IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| US DOMINION INC., ) <br> ) <br> DOMINION VOTING SYSTEMS INC., and ) <br> ) <br> DOMINION VOTING SYSTEMS ) <br> CORPORATION, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> RUDOLPH W. GIULIANI ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:21-cv-00213 |

**NOTICE OF FILING EXHIBITS**

1. Plaintiffs hereby give notice of filing the attached exhibits, which are exhibits to the Complaint filed on January 25, 2021 [D.E. 1].

2. Due to their nature, the exhibits listed below are unable to be filed electronically through the Court's ECF System. Therefore, a transcribed copy of each exhibit has been electronically filed through the Court's ECF System with the corresponding Exhibit Number, unless otherwise noted. Upon request, Plaintiffs can arrange for files of the below listed exhibits to be delivered to the Court.

| Exhibit No. | Description | Location |
|---|---|---|
| 14-V | *WATCH: Georgia election officials reject Trump call to 'find' more votes*, PBS (Jan. 4, 2021), available at, https://www.pbs.org/newshour/politics/watch-live-georgia-secretary-of-states-office-holds-press-conference. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 22-V | *Patrick Byrne Explains Trump Path to Victory*, Corsi Nation (Dec. 24, 2020), available at, https://www.stitcher.com/show/corsi-nation-by- | This exhibit is maintained by counsel and available upon request. As it is an audio/video, |

1

| | | |
|---|---|---|
| | jerome-r-corsi-phd/episode/dr-corsi-news-12-24-20-patrick-byrne-explains-trump-path-to-victory-80388895. | the exhibit is not in a format that readily permits electronic filing. |
| 32-V | *Trump Campaign News Conference on Legal Challenges,* CSPAN (Nov. 19, 2020), available at, https://www.c-span.org/video/?478246-1/trump-campaign-alleges-voter-fraud-states-plans-lawsuits. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 33-V | *MUST-SEE: Tucker Carlson ABANDONS Trump's election fraud case on air,* YouTube (Nov. 19, 2020), available at, https://www.youtube.com/watch?v=BspHzH6RRxo. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 36-V | *Sidney Powell: It will be BIBLICAL,* Newsmax TV (Nov. 21, 2020), available at, https://www.youtube.com/embed/Y68pEknYyCM?rel=0&start=0. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 44-V | *Sidney Powell, Lin Wood attend 'Stop the Steal' rally in Georgia,* YouTube (Dec. 2, 2020), available at, https://www.youtube.com/watch?v=pq-_B5z3QIA. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 109-V | *Lou Dobbs Tonight,* Fox Business (Nov. 12, 2020), available at, https://twitter.com/LouDobbs/status/1327024215887851521. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 110-V | *Chat with the Mayor: Major Challenges,* 77WABC (broadcast from Washington, D.C. Nov. 13, 2020), available at, https://wabcradio.com/episode/major-challenges-11-13-2020/. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 112-V | *REVEALED: Sworn Evidence of Pervasive Voter Fraud,* Rudy Giuliani's Common Sense (broadcast from Washington, D.C. Nov. 13, 2020), available at, https://www.youtube.com/watch?v=sd-5Xm5PFmg. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 114-V | *Uncovering the Truth with Rudy Giuliani & Dr. Maria Ryan: Voter Fraud,* 77WABC (Giuliani's appearance broadcast from Washington D.C. Nov. 15, 2020), available at, https://wabcradio.com/podcast/uncovering-the-truth-with-rudy-giuliani-maria-ryan/. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |

| 115-V | *Giuliani: Trump is contesting the election 'vigorously' in the courts*, Fox News (Giuliani's interview broadcast from Washington, D.C. Nov. 15, 2020), available at, https://video.foxnews.com/v/6209933935001#sp=show-clips. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
|---|---|---|
| 116-V | *Chat with the Mayor: Those are the Facts*, 77WABC (broadcast from Washington, D.C. Nov. 18, 2020), available at, https://wabcradio.com/podcast/rudy-giuliani/. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 117-V | *American Votes Tallied in Foreign Countries*, Rudy Giuliani's Common Sense (broadcast from Washington, D.C. Nov. 18, 2020), available at, https://www.youtube.com/watch?v=VOG1yOjSAd4. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 119-V | *Giuliani returns to court to argue Trump campaign's election case*, Fox Business (Giuliani interview broadcast from Washington, D.C. Nov. 18, 2020), available at, https://video.foxbusiness.com/v/6210778333001?playlist_id=933116636001. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 120-V | *Chat with the Mayor: Fraud and Lies*, 77WABC (broadcast from Washington, D.C. Nov. 19, 2020), available at, https://wabcradio.com/episode/those-are-the-facts-11-18-2020/. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 121-V | *Giuliani: Dems plotted 'national conspiracy' to steal 2020 election*, Fox News (Giuliani's interview broadcast from Washington, D.C. Nov. 19, 2020), available at, https://video.foxnews.com/v/6211099886001?playlist_id=930909813001. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 122-V | *Chat with the Mayor: The Mob Was Easier to Deal With*, 77WABC (broadcast from Washington, D.C. Nov. 20, 2020), available at, https://wabcradio.com/episode/the-mob-was-easier-to-deal-with-11-20-2020/. . | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 123-V | *Legal Strategy: Multiple Pathways to Victory*, Rudy Giuliani's Common Sense (broadcast from Washington, D.C. Nov. 20, 2020), available at, https://www.youtube.com/watch?v=H0h6sRuC8bQ. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |

| | | |
|---|---|---|
| 128-V | *Rudy Giuliani on Trump election fight: We have '1,000 affidavits from witnesses in 6 different states,'* Fox News (Dec. 12, 2020), available at, https://video.foxnews.com/v/6215882367001?playlist_id=930909787001. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 133-V | *Joe Pags Show*, Twitch (Dec. 14, 2020), available at, https://www.twitch.tv/videos/837601732?filter=all&sort=time. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 134-V | *DISCOVERY: 68% ERROR Rate in Votes PROVES Intentional Fraud*, Rudy Giuliani's Common Sense (broadcast from Washington, D.C. Dec. 18, 2020), available at, https://www.youtube.com/watch?v=UUtmBrgIC9w. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 135-V | *The Glenn Beck Program*, Blaze TV (Dec. 17, 2020), available at, https://twitter.com/glennbeck/status/1339722041545555968. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 136-V | *Uncovering the Truth with Rudy Giuliani & Dr. Maria Ryan*, 77WABC (Dec. 20, 2020), available at, https://wabcradio.com/episode/uncovering-the-truth-12-20-20/. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 137-V | *This Has NEVER Occurred in U.S. History*, Rudy Giuliani's Common Sense (Jan. 15, 2021), available at, https://www.iheart.com/podcast/867-rudy-giulianis-common-sens-72908742/episode/this-has-never-occurred-in-us-76308324/. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 138-V | *Chat with the Mayor: Capital Riot Aftermath*, 77WABC (broadcast from Washington, D.C. Jan. 8, 2021), available at, https://wabcradio.com/episode/capital-riot-aftermath-01-08-21/. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 147-V | *Christmas is NOT CANCELLED, It's Vital This Year*, Rudy Giuliani's Common Sense (broadcast from Washington. D.C. Dec. 23, 2020), available at, https://www.youtube.com/watch?v=FkvvtuVsyUA. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 162-V | *WHO Will Be Our PRESIDENT? The Current State of Our Country*, Rudy Giuliani's Common Sense (broadcast from Washington, D.C. Dec. 25, 2020), available at, https://www.youtube.com/watch?v=NAzCECx8XeE. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |

| | | |
|---|---|---|
| 172-V | *Rudy Giuliani to Newsmax TV: Pennsylvania Lawsuit First of Many Efforts*, Newsmax (Dec. 21, 2020), available at, https://www.newsmax.com/newsmax-tv/rudy-giuliani-pennsylvania-scotus-lawsuit/2020/12/21/id/1002628/. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 173-V | *Cats At Night Special Guest Rudy Giuliani*, 77WABC (Dec. 23, 2020), available at, https://www.youtube.com/watch?v=HZ37DcM-nCM. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 174-V | *Weekly Briefing Interview with Giuliani*, OAN (Jan. 2, 2021), available at, https://app.criticalmention.com/app/#clip/view/74ed09be-0f2b-4c14-b9de-0ca0ad59952b?token=76f4002c-113c-4d95-b318-b3fe81b0c8b5. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 175-V | *Chat with the Mayor: Georgia Runoff Looms*, 77WABC (broadcast from Washington D.C. Jan. 5, 2021), available at, https://wabcradio.com/podcast/rudy-giuliani/. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 176-V | *WATCH THIS BEFORE January 6th*, Rudy Giuliani's Common Sense (Jan. 5, 2021), available at https://www.iheart.com/podcast/867-rudy-giulianis-common-sens-72908742/episode/watch-this-before-january-6th-75890773/. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 182-V | *Rudy Giuliani Speaks at Washington DC Save America Rally*, YouTube (Jan. 6, 2021), available at, https://www.youtube.com/watch?v=YNIIryv3PW8. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 183-V | *Donald Trump Speech "Save America" Rally Transcript January 6*, Rev.com (Jan. 6, 2021), available at, https://www.rev.com/transcript-editor/shared/7Nw_aFgSCwkywakGftVXzVw6NTJEvtBTeS6rNigOo221hgTCjvDEnf_zvai7Hv5hmGYuImOca6TjcP2GuV0K1i_9pOY?loadFrom=PastedDeeplink&ts=3603.61. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 193-V | *Congressman Lou Correa stands up to Trump extremists in the airport*, YouTube (Jan. 11, 2021), available at, https://www.youtube.com/watch?v=7rDIE2xpuAE. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. *A transcript for this exhibit has not been filed. |

| 195-V | *Chat with the Mayor: Violent Rioters Must be Condemned*, 77WABC (broadcast from Washington, D.C. Jan. 7, 2021), available at, https://wabcradio.com/episode/violent-rioters-must-be-condemned-01-07-21/. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
|---|---|---|
| 200-V | *Chat with the Mayor: Direct Violation*, 77WABC (broadcast from Washington, D.C. Nov. 23, 2020), available at, https://wabcradio.com/podcast/rudy-giuliani/. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 201-V | *Uncovering the Truth with Rudy Giuliani & Dr. Maria Ryan: Uncovering Voter Fraud*, 77WABC (Nov. 29, 2020), available at, https://wabcradio.com/podcast/uncovering-the-truth-with-rudy-giuliani-maria-ryan/. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 202-V | *The ANSWER Exists in CONSTITUTION*, Rudy Giuliani's Common Sense (Dec. 2, 2020), available at, https://www.youtube.com/watch?v=81hlgki4hk0. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 204-V | *In Focus with Stephanie Hamill*, OAN (Giuliani's interview broadcast from Washington, D.C. Dec. 4, 2020), available at, https://app.criticalmention.com/app/#clip/view/70ebddad-8d73-4e94-8a7c-7a1897437d92?token=9667991d-a9cf-4554-89fc-7585a7734f37. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 205-V | *Uncovering the Truth with Rudy Giuliani and Dr. Maria Ryan: Uncovering Voter Fraud in Georgia*, 77WABC (broadcast from Washington, D.C. Dec. 6, 2020), available at, https://wabcradio.com/podcast/uncovering-the-truth-with-rudy-giuliani-maria-ryan/. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 206-V | *Chat with the Mayor: Paxton's Fighting On*, 77WABC (broadcast from Washington, D.C. Dec. 11, 2020), available at, https://wabcradio.com/podcast/rudy-giuliani/. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 207-V | *Chat with the Mayor: We Will Keep Fighting*, 77WABC (broadcast from Washington, D.C. Dec. 15, 2020), available at, https://wabcradio.com/podcast/rudy-giuliani/. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 208-V | *Chat with the Mayor: Snow Troubles and a Possible Second Shutdown*, 77WABC (broadcast from Washington, D.C. Dec. 16, | This exhibit is maintained by counsel and available upon request. As it is an audio/video, |

| | | |
|---|---|---|
| | 2020), available at, https://wabcradio.com/podcast/rudy-giuliani/. | the exhibit is not in a format that readily permits electronic filing. |
| 209-V | *Chat with the Mayor: Appoint New Electors*, 77WABC (broadcast from Washington, D.C. Dec. 22, 2020), available at, https://wabcradio.com/podcast/rudy-giuliani/. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 210-V | *Rudy Giuliani Gives An Update On The Election Lawsuits*, Bernie & Sid in the Morning, 77WABC (Dec. 23, 2020), available at, https://www.youtube.com/watch?v=gpIn2NXdAA4. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 211-V | TalkRadio 77 WABC (@77WABCradio), Twitter (Dec. 23, 2020), available at, https://twitter.com/77WABCradio/status/1341816433697828864. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 214-V | *Flash Update with Mayor Rudy Giuliani*, The Charlie Kirk Show (Jan. 4, 2021), available at, https://podcasts.apple.com/us/podcast/flash-update-with-mayor-rudy-giuliani/id1460600818?i=1000504332071. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 215-V | *Uncovering the Truth with Rudy Giuliani & Dr. Maria Ryan*, 77WABC (Jan. 10, 2021), available at, https://wabcradio.com/podcast/uncovering-the-truth-with-rudy-giuliani-maria-ryan/. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 216-V | *Rudy Giuliani: Pres. Trump is going to speak to the American people*, The Sara Carter Show (Jan. 11, 2021), available at, https://www.spreaker.com/user/10614200/sara-carter-01112021-rudygiuliani-censor?utm_medium=widget&utm_source=user%3A10614200&utm_term=episode_title. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 217-V | *Uncovering the Truth with Rudy Giuliani & Dr. Maria Ryan: Inauguration Security & Republican Party Future*, 77WABC (Jan. 17, 2021), available at, https://wabcradio.com/podcast/uncovering-the-truth-with-rudy-giuliani-maria-ryan/. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 221-V | *Freakout*, War Room: Pandemic (Nov. 13, 2020), available at, https://pandemic.warroom.org/2020/11/13/ep-499-pandemic-farce-w-john-fredericks-and-rudy-giuliani/. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |

| | | |
|---|---|---|
| 222-V | *Weather the Storm*, War Room: Pandemic (Nov. 27, 2020), available at, https://pandemic.warroom.org/2020/11/28/ep-544-pandemic/. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 223-V | *Crisis At Our Own Making*, War Room: Pandemic (Dec. 14, 2020), available at, https://pandemic.warroom.org/2020/12/14/ep-582-pandemic-quest-for-justice-w-maggie-vandenberg-john-eastman-boris-epshteyn-phill-kline-ben-bergquam-mark-finchem/. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 224-V | *One Person One Vote*, War Room: Pandemic (Dec. 16, 2020), available at, https://pandemic.warroom.org/2020/12/16/ep-588-pandemic-one-person-one-vote-w-maggie-vandenberghe-john-fredericks-michael-leahy-rudy-giuliani/. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 225-V | *America Under Attack*, War Room: Pandemic (Dec. 19, 2020), available at, https://listen.warroom.org/e/ep-597-pandemic-america-under-attack-w-maggie-vandenberghe-tony-shaffer-rudy-guliani-john-fredericks/. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 226-V | *Joe Pags Show*, Twitch (Jan 21, 2021), available at, https://www.twitch.tv/videos/882795673. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 227-V | *Chat with the Mayor*, 77WABC (Jan. 22, 2021), available in relevant part at, https://app.criticalmention.com/app/#clip/view/a6d28d7d-10df-4f50-b601-a9618d30dd27?token=c61d6a3e-e336-44f7-8438-b22c6611f7fb, and https://app.criticalmention.com/app/#clip/view/cfa46023-a414-45c4-9107-bba054e13868?token=c61d6a3e-e336-44f7-8438-b22c6611f7fb. | This exhibit is maintained by counsel and available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |

Date:   January 25, 2021

                                 */s/ Thomas A. Clare, P.C.*
                                 Thomas A. Clare, P.C. (D.C. Bar No. 461964)
                                 Megan L. Meier (D.C. Bar No. 985553)
                                 Dustin A. Pusch (D.C. Bar No. 1015069)
                                 10 Prince Street
                                 Alexandria, VA 22314
                                 (202) 628-7400
                                 tom@clarelocke.com

megan@clarelocke.com
dustin@clarelocke.com

*Attorneys for Plaintiffs*

megan@clarelocke.com
dustin@clarelocke.com