# Exhibit 9

screenshot-twitter.com-2021.01.06-12_44_32
https://twitter.com/LLinWood/status/1345067881319587840
06.01.2021



screenshot-twitter.com-2021.01.06-12_45_13
https://twitter.com/LLinWood/status/1345991175690457091
06.01.2021



*screenshot-parler.com-2021.01.06-12_57_50*
*https://parler.com/post/99be4095510747c2928ed02a4bc41a18*
*06.01.2021*

