# Exhibit 14

1

2

3

4

5                              File:

6                           PBS NewsHour

7    WATCH:  Georgia election officials reject Trump call to

8                        'find' more votes

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1       GABRIEL STERLING:  So as of right now, we

2   have 962,886 mail-in absentee ballots received.

3   There's 281,376 that are still outstanding.

4       I'm hoping to get the military received and

5   outstanding before the end of this press

6   conference, which will hopefully come in on my

7   cell phone.

8       Early vote in person -- obviously, we

9   smashed a record for turnout on that one.  We're

10  at 2,074,857.  So that means right now we're

11  looking at 3,027,743 votes that have already been

12  cast across Georgia.

13      Now, the previous record for a runoff

14  election was in 2004 -- I think that's right --

15  Saxby Chambliss race, which was 2.1 million votes

16  that were cast.  That is the previous record.  And

17  in the election 2018, the runoff election, we saw

18  just under 1.5 million.

19      So, obviously, a lot of interest.  I'm sure

20  Georgians are tired of TV ads, text messages,

21  voicemails, and mail; so it's all going to end

22  very soon, hopefully.

23      In preparation for the election tomorrow,

24  on Election Day voting, we have 6,963 poll pads.

25  They finished the final loading of -- of their

1   data today before lunch.  We had about 21

2   counties, which are the last ones to go, most of

3   them completed over the weekend.

4        There will be a total of 6,009- -- oh,

5   sorry -- 2,648 polling locations open on Election

6   Day.  We have a couple of them closed due to some

7   shortages, and some other Covid-related items; but

8   the total we have right now is 2,648.  We don't

9   anticipate changes, but that always may happen.

10       We have shared those locations with Georgia

11  Power and the EMCs in case there's power issues or

12  any other issues that might come up from that.

13  And we've seen a few shortages of poll workers; so

14  -- I think specifically we saw Morgan County,

15  they're going to lose two locations because of

16  that.

17       Now, what we've seen also is a difference

18  in the turnout models depending on congressional

19  district and county in the state, so far in large

20  part driven by the continuing misinformation and

21  disinformation concerning the value of people's

22  votes in this state.

23       The Secretary wants me to make clear that

24  everybody's vote is going to count.  Everybody's

25  vote did count.  I want to make that abundantly

1   clear.

2        If you care about, you know, the values and

3   direction of the nation you want to see, it is

4   your obligation to turn out and vote tomorrow, be

5   you Democrat or Republican.  However, right now

6   given the nature of the President's statements and

7   several other people who have been aligned with

8   him previously, who literally had a rally saying

9   protest and don't vote, we are specifically asking

10  you and telling you, please turn out and vote

11  tomorrow.

12       One of the things, specifically, I've had

13  to argue with people whom I've known for 20 years,

14  they say:  Well, we feel like our election was

15  stolen; we feel like our votes don't count.

16       And I said:  Okay, I'm not acknowledging

17  the election stolen, because it wasn't.  I'm not

18  acknowledging that there was massive voter fraud,

19  because there wasn't.

20       I said:  But if you believe in your heart

21  of hearts that there was, the best thing for you

22  to do is to turn out and vote and make it harder

23  for them to steal.  If that's what you genuinely

24  in your heart of hearts believe, turn out and

25  vote.

1      There are people who fought and died and

2  marched and prayed and voted to get the right to

3  vote.  Throwing it away because you have some

4  feeling that it may not matter is self-destructive

5  ultimately, and a self-fulfilling prophecy in the

6  end.

7      So everybody who cares about the future of

8  this nation should turn out and vote (inaudible)

9  it's vitally important.  It's absolutely

10  important.  And the reason I'm having to stand

11  here today is because there are people in

12  positions of authority and respect who have said

13  their votes didn't count, and it's not true.

14      And I'm going to do it again, and I'm going

15  to go through all this anti-disinformation Monday

16  -- it's -- it's whack-a-mole again.  It is

17  Groundhog Hay again.  I'm going to get to talk

18  about things that I've talked about repeatedly for

19  two months, but I'm going to do it again one last

20  time, I'm hoping.

21      Because at the end of the day we want to

22  make sure people understand their votes count,

23  every person, every voice matters.  And I know

24  that there's people who fought for that for years

25  about this.

1       So let's -- let's start again.  And, yes,

2  some of this is going to come out of the

3  continuing statements from the President, and some

4  of his supporters.  State fund.  All right.  This

5  has been one that's been conflated over several

6  different things.  We have multiple scan ballots,

7  we have Ruby Freeman, we have the leak, but it

8  says water main break, which wasn't a water main

9  break.

10      So in order to be fully transparent -- I

11  mean, one of the things we did we --  we had a

12  local media organization (inaudible) Just- --

13  Justin over here, we went through it for hours and

14  hours, we walked through frame by frame and showed

15  what happened.

16      So let's start:  If you go to

17  securevotega.com, we have posted all the videos

18  from State Farm for that day to cover the relevant

19  periods.  5:23 a.m., the -- they walk in, and they

20  discover what is essentially a pond on the floor,

21  where you can see water coming out of the sky.

22      So they say:  Okay, we can't do our work

23  here this morning.  They call in the State Farm

24  people -- it's not Fulton County people, which is

25  one of the other things they said, there's no

1    Fulton County work order to fix the water leak.

2    And guess what?  It wasn't in a Fulton County

3    facility, it was the State Farm.  So they were the

4    ones who fixed the leak, and it was a urinal that

5    had overflowed, because they were turned off

6    because -- guess what, nobody's in State Farm

7    because of Covid, other than this particular

8    usage.

9        So they turned off all those things and it

10   went over the edge of the relief valve, and that's

11   what caused the leak.  So they come in.  Then you

12   go to another one about 7:00 in the morning or so,

13   where you have essentially the -- I don't know

14   what to call it -- the drying Zamboni, is driving

15   around on the carpet, cleaning it all up.  Then at

16   about 7:00 -- or 8:23, you see a woman bringing in

17   the table in question that has been the point of

18   Mr. Giuliani's 90-second clip.  She's pulling it

19   with one hand, and she sets it down.  There's

20   nothing underneath it.  Okay?

21       Then you can fast forward to later in the

22   day, about 9:45 or so; everybody there -- there

23   were two groups of people there.  There's cutters

24   and there are scanners.  What happened was, the

25   cutters began putting their stuff away because

1   everybody's under the impression they were going

2   to get home.  We have discovered this.  So they

3   start putting covers over the cutting machines,

4   and everything.

5        So then we see also while the monitors in

6   the press are still in the room, they bring out

7   the carriers which are normal absentee ballot

8   carriers.  And I will admit, when I listened to

9   the audio of the phone call and the President

10  brought that up again and I heard it on a radio ad

11  again today, I wanted to scream -- well, I did

12  scream at the computer, and I screamed in my car

13  at the radio talking about this, because this has

14  been thoroughly debunked.

15       They bring out the normal absentee ballot

16  carriers, there are monitors in the room.  There

17  is press in the room.  They take the ballots that

18  have been opened, put them in carrier trays, and

19  put them in there and then -- put them in the

20  boxes, put the lid onto -- the lid matches the

21  box, and then you see at one point during the

22  video a woman crawling on the floor putting the

23  numbered seals on him so they can keep the chain

24  of custody.

25       Approximately, 10:25-10:30, the Secretary

1   in our office receives word that Fulton County is

2   shutting down for the night at -- at State Farm

3   arena.  So as some of y'all who were there on

4   Election might recall the Secretary got a little

5   irritated with this and made his feelings quite

6   known.  He said:  Some of us will be working

7   through the night, we're glad to see that Fulton

8   County sees the need to just go ahead and knock

9   off for the evening.

10       So Chris Harvey, our elections director,

11  then calls Rick Barron, the elections director for

12  Fulton County, who was at the other location,

13  which was their English Street Warehouse, because

14  he was doing Election Day activities.  Chris calls

15  Rick.

16       Rick says:  We're not shutting down.  Well,

17  Chris says:  It looks like you are.

18       So then you can go back to the videotape

19  and see Ralph Jones take a phone call at,

20  approximately -- almost 11 o'clock.  And you can

21  see his shoulders kind of shrug.  He takes the

22  phone call; he's being told at that point by his

23  boss Rick Barron:  You need to stay and continue

24  to scam.

25       So he hangs up the phone.  He goes over to

1  them boxes, put some more seals on them, because

2  obviously -- if you watch the videotape, many of

3  the people that are there have been there since

4  7:00 in the morning.  It's already 11 o'clock at

5  night.  They were all under the impression they

6  were going to get to go home.

7       So you see him spend about 30 seconds

8  going:  Heck, what am I going to say to these

9  people?  So he walks back over to the corner of a

10  desk and says:  I got the word, we got to keep on

11  scanning.

12       So they go back to the boxes that they --

13  you see them put under the table at the --

14  approximately, ten o'clock hour.  There is

15  videotape of this.

16       And this is what's really frustrating, the

17  President's legal team had the entire tape, they

18  watched the entire tape, and then from our point

19  of view, intentionally misled the State Senate,

20  the voters, and the people United States about

21  this.

22       It was intentional.  It was obvious.  And

23  anybody watching this knows that.  Anyone watching

24  it knows that.  That's why we released the entire

25  tape for people to watch.

1    So there's this claim that that was done.

2  So they pull those out and begin to scan.  Then

3  the other claim comes about a woman named Ruby

4  Freeman and multiple scanning.  One of the things

5  you need to understand is a normal ballot

6  processing -- if there is a problem with a ballot,

7  what it does is it stops, but before that four or

8  five will get through; so they say:  Delete that

9  last batch, and rescan it so they scan properly.

10  That is the normal process that is done.

11    Secondarily to that, everybody might be

12  familiar with the fact the President wanted us to

13  do a hand recount, a hand re-tally, which we ended

14  up doing under our audit.  That audit showed that

15  there was no problem with machine scanning.  If

16  somebody took a stack of ballots and scanned them

17  multiple times, you would have a lot of votes with

18  no corresponding ballots.

19    So let's go over the numbers one more time:

20  Statewide it was a -- for the (inaudible) number

21  of ballots they were off by .1053 percent.  For

22  the margin they were off by .0099 percent.  Which

23  shows that the machine scanned properly, our

24  counties did a great job of following these

25  batches, and doing the hand count properly,

1    appropriately, with scrutiny and with observers.

2         So let's put that to bed right now.

3         And one of the other things we -- we did as

4    part of our transparency is, we have put all of

5    those tally sheets online for every county so you

6    can go through and look at them all.  And it's at,

7    again, the securevotega.com.

8         Let's see -- let's go over the numbers the

9    President's team is claiming.  We have a little

10   chart over here.  They're claiming there were

11   2,056 felons that voted.  Our research -- and we

12   have better data because we're directly tied to

13   the state government on this, by the Department of

14   Corrections, and -- the -- the other department --

15   which I can't know recall what it's called right

16   now -- basically attracts when people are on

17   probation -- there we go.

18        We know exactly how many people voted for

19   this, because we have an outward bound of 74

20   potential people who are felons voted.  What that

21   means is, that's the biggest number it could be.

22   We will investigate and find out if some of these

23   people completed their sentences, some of these

24   people have the same name and birth date; so

25   there'll be some crossover there.  So 74 is the

1  outward bound, it's going to be lower than that.

2  So let's be clear about that.

3      Then there's the claim that 66,248 people

4  below the age of 18 voted.  The actual number is

5  zero.  Let me be clear:  66,000 versus zero.  And

6  the reason we know that is because the dates are

7  on the voter registration.  There are four cases

8  -- four where people requested their absentee

9  ballot before they turned 18, but they turned 18

10  by Election Day.  That means that is a legally

11  cast ballot.

12      So, again, 66,000, which is the biggest

13  single number they have on these kind of votes,

14  versus zero.

15      They say that there's 2,423 people who

16  voted without being registered.  Let's just be

17  clear about this:  You can't do it.  There cannot

18  be a ballot issue to you.  There's no way to tie

19  it back to you.  There's no way for them to have a

20  name to correspond back to unless they are

21  registered voters.  So that number is zero.

22      Then we've got 1,043 illegally voted using

23  a P.O. Box.  Again we're going through the

24  investigation on this; so far everyone we've seen

25  has been when there is a mailboxes, et cetera, or

1  something like that in a multifamily building,

2  like an apartment, so you will have what looks

3  like P.O. boxes listed in the system, but they're

4  actually the residential address of record for

5  people who live in multifamily housing, like

6  apartments.  So that's everything we've seen.  So

7  we haven't seen anybody actually registering to

8  vote at a -- at a USPS P.O. Box.

9        The next one is 4,926 voted past the legal

10  registration deadline.  Again, it's zero.  We have

11  zero record of anybody doing that, because the

12  voter registration cutoff is the voter

13  registration cutoff.  So there's -- there's no

14  corresponding way to do that.  They couldn't be

15  issued a ballot because they are not legally

16  within the system of that to have ballots issued.

17  10,350 who died before the election.

18        Again, our information from the Department

19  of Vital Records, we go through county by county,

20  shows potentially two.  So far two.  It could

21  change, it could go -- but it's not 10,000.

22        395 cast ballots in two states, we're

23  investigating that.  But again, then -- and we got

24  double voters, which we're investigating -- but

25  again, we're talking handfuls, not tens of

1    thousands.  Let's remember -- I think we're all

2    very clear on the number now, that it was 11,779.

3    We've seen nothing in our investigations of any of

4    these data claims that shows there's nearly enough

5    ballots to change the outcome.

6         And the Secretary and I at this podium have

7    said since November 3rd, there is illegal voting

8    in every single election, in the history of

9    mankind, because there are human beings involved

10   in the process.  It's going to happen.  It's a

11   question of limiting it and putting as many

12   safeguards as you can in place to make sure it

13   doesn't happen.

14        All right.  Oh, yeah, we had part of the

15   hand tally be discussed in relation to the

16   potential double scanning.  Let's just go to the

17   other ridiculous claims, the Dominion voting

18   machines are somehow using fractional voting or

19   flipping votes.  Again, by doing the hand tally,

20   it shows none of that is true.  Not a wit.

21        And let's go back to the overall claims

22   about Dominion voting systems in general.  If you

23   look in Wisconsin, they're claiming Wisconsin was

24   stolen through Dominion voting machines.  In the

25   14 counties in which Dominion voting machines were

1    used in Wisconsin, the President got 59 percent of

2    the vote.

3         And the -- in the counties in Pennsylvania

4    where Dominion voting machines were used, he got

5    52 and-a-half percent of the vote; he made a claim

6    at one point that 900,000 votes were deleted by

7    Dominion machines, and the 14 counties where that

8    -- where that happened, they had 1.3 million

9    people vote.  That was 70-some-odd percent plus --

10   a 76 percent turnout, in order for 900,000 to have

11   been deleted, they would have had to have 160

12   percent -- no, 130 percent turnout.  That did not

13   happen, because it cannot happen.

14        Again, this is all easily provably false;

15   yet, the President persists.  And by him doing so

16   undermines Georgian's faith in the election

17   system -- especially Republican Georgians in this

18   case, which is important because we have a big

19   election coming up tomorrow; and everybody

20   deserves to have their vote counted, if they want

21   it to be, Republican and Democrat alike.

22        Now, let's move on to signature matching.

23   There were claims about signature matching being

24   -- not being done.  They were -- and they were

25   based on feelings, we believe no specific evidence

1    was ever brought up until in one of the Trump

2    filings there was a specific allegation that

3    signature verification was not being done on the

4    absentee ballot request form properly in Cobb

5    County during the June primary.

6         So that's the first time we had a specific

7    actionable claim of signature match not being

8    done.  So with that in mind, the Governor

9    graciously offered -- after the Secretary and he

10   discussed potentially using GBI resources.  So we

11   got GBI to come alongside the Secretary of State

12   investigators, multiple teams, Vic Reynolds stood

13   here last week to announce the outcome of that,

14   and of the 15,118 absentee ballot envelopes that

15   they investigated, they found two with potential

16   problems.  Two.  99.99 was -- was properly done.

17        And of those two, the actual voter who was

18   intended to be marked as voting, was the actual

19   voter.  There -- they could have been done through

20   a cure period, which would be a better way to do

21   that.

22        Another thing they want to talk about is

23   the vast difference in rejection rates.  Well,

24   what we've seen is, there was not a vast

25   difference in rejection rates.  What's happening

1   is, in order to confuse people, because they don't

2   understand election systems, is they're conflating

3   the entirety of absentee ballots that were

4   rejected, versus those that were rejected for

5   signature mismatch or missing a signature.

6        Now, we're also comparing apples to

7   oranges.  In '16 -- I've done this so long I can't

8   -- I don't want to screw up these numbers, but I'm

9   going to give the general -- don't hold me to this

10  exact number -- I think it was 0.26 percent in

11  '18.  It was 0.16 percent and -- in 2020, so far

12  it's 0.15 percent.  We've got some updated numbers

13  on this now, and the difference is in 2019, HB316

14  was passed, which allowed there to be curing of

15  ballots.  So there are teams of Republicans and

16  Democrats, young people running around the state

17  as we speak, finding people who have signature

18  issues to cure their ballots.  That's going on

19  right now.

20       And the Democrats did a much better job of

21  that during the general election; the Republicans

22  were not prepared.  The Democrats had their own

23  forms set up, they had teams set up, they were

24  ready to go.  It was sort of a late entry on the

25  Republican side to do some of those.

1    And about 5,000 total ballots were rejected

2  for some purpose, and about 2600 of those were

3  cured; so that means the final rejection number

4  was around 2400 ballots around the total of 5

5  million, or a percentage of 1.3 million that we

6  saw that were voted absentee.

7    Let's go into some of the more new things.

8  There is no shredding of ballots going on.  That's

9  not real.  It's not happening.  There's no --

10  there's shredding of envelopes that were the

11  non-used ones or there's also shredding of the

12  secrecy envelopes that came through; and we saw

13  some of those in the Senate hearing, and it's

14  obvious that they are the secrecy envelopes, which

15  have no evidentiary value, because there's no

16  signature on it, there's no way to match it back,

17  they're just -- they're just basically trash.

18    The -- the law requires you keep the

19  signature and oath envelopes and the ballots

20  themselves for 22 months.  Those are all being

21  kept.

22    Let's see -- this is what I don't fully

23  understand:  No one is changing parts or pieces

24  out of Dominion voting machines.  That is --

25  that's -- that's not a real -- I don't even know

1    that means.  It's not a real thing.  That's not

2    happening.  The President mentioned on the call

3    yesterday or -- or from two days ago that's --

4    again, not real.  I don't even know how -- how

5    exactly to explain that.

6         Let's see, Secretary Raffensperger does not

7    have a brother named Ron Raffensperger.  That is

8    also not real.  The President tweeted that out as

9    well.

10        It's -- let's see.  I got such a long list.

11   Oh, yes, the other really fantastical thing we saw

12   the other day was a potential hacking of Dominion

13   equipment during a Senate hearing last week.  That

14   did not happen either.

15        Let's go over a couple reasons why:  First

16   of all, ballot marking devices and scanners,

17   neither one have modems.  It's very hard to hack

18   things without modems.  There's nothing to talk

19   to.  So let's get that clear.

20        The poll pads, which is a no-ink device,

21   does have the ability to connect to Wi-Fi, which

22   we use it for loading purposes, and in case

23   there's an issue on Election Day, but they are not

24   hooked up live all the time.

25        And if they saw anything -- they could see

1    traffic back and forth, but it would, basically,

2    be like watching a river go by, you couldn't get

3    in.  It's -- it's essentially if they did; which

4    we have no proof of.

5         We have claim after claim after claim with

6    zero proof.  Zero.  And signed affidavits are part

7    of an evidentiary trail, but they have to be

8    investigated.  And let's remember, everybody who

9    came and gave testimony -- it was public comment

10   -- at the State Senate hearing; this office was

11   never asked to come and discuss those items with

12   that State Senate hear- -- State Senate

13   subcommittee.  That didn't happen either; which I

14   find interesting because, obviously, they're

15   making wild claims that -- again, undermine

16   people's faith in the system.

17        Let's see -- oh, yeah; this is another one

18   that came over the weekend from the former -- from

19   the founder of overstock.com, that they had found

20   thousands and thousands of fake ballots in a

21   Fulton County warehouse.  For any of you all in

22   the press who have been to the Fulton County

23   warehouse, these are the emergency ballots that

24   have been sitting in that warehouse since before

25   the November election, very much in plain view,

1  everybody to see.

2       And what happened -- the reason they had a

3  high number -- first of all, every county has to

4  have those emergency ballots by -- by rule.  The

5  State Election Board rule says you have to have 10

6  percent of the available ones for each polling

7  location, and they have to be printed for that

8  polling location for the ballot (inaudible), so

9  they can track it properly.

10       In Fulton County's case, you all may

11  remember that there was a Covid outbreak in their

12  warehouse, not long before the logic and accuracy

13  testing period was happening for the general

14  election.  In a very wild abundance of caution

15  they had what they referred to as not Plan A, not

16  Plan B, what they referred to as Plan C, which was

17  if we can't get people in to do the logic and

18  accuracy testing on all of our equipment, we're

19  going to print up 100 percent of our ballots we

20  need to let hand-marked ballots be what we have to

21  do if we cannot get the machines done.

22       They did that out of an abundance of

23  caution given the unknowable unknowns surrounding

24  Covid and their ability to get employees in to do

25  that.  They were thankfully able to get the

1    employees in.  Dominion staff came in to help them

2    make sure they got a logic and accuracy test done;

3    so they were able to deploy all of their BMVs and

4    BMD carriers and scanners, so they didn't have to

5    use those ballots; but that's why those ballots

6    existed.

7         They are not fake ballots.  They are real

8    ballots.  They are unused ballots.  And what I

9    find really interesting about this is they were in

10   shrinkwrapped items, in boxes that are sealed;

11   what can you do with those?  They're sitting right

12   there.  Everybody saw them.

13        Let's see -- I'm trying to think what --

14   what other -- here's part of the problem, y'all --

15   I sit (inaudible) try to write down everything

16   that we see that comes over the Internet as a --

17   as a potential thing of disinformation.  It gets

18   exploded.  We all look at these things, we know

19   there's lots of bots that are doing it.  We have

20   foreign powers that are pushing some of these

21   things at the same time.

22        So here's the takeaway from all this:  This

23   office has been open and transparent.  We are

24   continuing investigations.  There are questions

25   about pristine ballots.  That's one last thing,

1  the pristine ballot thing.  There are three

2  reasons you can have the, quote-unquote, pristine

3  ballot; which is, essentially, the absentee,

4  slash, emergency, slash, provisional ballot.

5      There's -- the first one, military and

6  overseas voters oftentimes will get what they call

7  an electronic ballot; what happens is, once we get

8  the ballot built, starting the 49th or the 45th

9  day, we will send e-mails out to those people who

10  -- who want to have electronic ballot delivery,

11  which is many of our military servicemen and

12  women.  So they take that, they print it, and they

13  bubble in their choices.

14      Now, obviously, that's on an eight

15  and-a-half by 11 piece or 11 by 14 where they can

16  print it on, so it's not sized properly to go

17  through a scanner.  So when that comes back to the

18  county, they will duplicate that on a flat,

19  unfolded piece of paper, on the absentee ballot,

20  slash, emergency ballot.  That's a normal process

21  for many of the military and overseas voters that

22  are electronically delivered.

23      The other situation you might see that in

24  is an emergency ballot situation.  If a ballot

25  marking device goes down or wasn't used, which is

1  the case we saw in the morning in Spalding County

2  on Election Day, they will use the emergency

3  ballots as backup.  And those will just be scanned

4  directly in the machine and not folded.  And the

5  -- the final place you would see that is on a

6  damaged or adjudicated ballot that was not

7  adjudicated through the electronic system.  Or in

8  Fulton's case, what you saw was they were putting

9  so many of the absentee ballots through their

10  cutters, that occasionally it would catch the

11  ballot itself and slice it.

12      In Fulton County's case they did the vast

13  majority -- I think 100 percent of their

14  duplication on a BMD.  In Cobb County's location,

15  I think they did all those on hand-marked paper

16  ballots.  So there's a difference of use and

17  processes within each one of the counties.  So

18  that's why you would see quote/unquote pristine

19  ballots.

20      Wednesday:  We've all heard the reports

21  that there's going to be several Senators and

22  Congressmen who will be objecting to the electors

23  being seated.  We anticipate that each time they

24  do that they're going to go -- they'll separate

25  out, they'll have a debate for two hours, the

1    State of Georgia's electors will get seated, they

2    will look at this evidence, as best they can, in

3    such a way and it will be voted on by the House

4    and Senate; and we anticipate that, and that will

5    approve our certification was proper at the end of

6    the day, and that we followed the process

7    properly.

8         And I -- and I give you back to Senator Tom

9    Cotton's statement from earlier today, he says

10   this is the process that we follow, this is the

11   appropriate step under the Constitution of the

12   laws in the State of Georgia, and the laws in the

13   United States.

14        So with that, I want to say:  If you're a

15   Georgia voter, if you want your values reflected

16   by your elected officials, I strongly beg and

17   encourage you go vote tomorrow.  Do not let

18   anybody discourage you.  Do not self-suppress your

19   own vote.  Do not make a self-fulfilling prophecy

20   out of doing this.  Don't let anybody steal your

21   vote that way.

22        And that's what's happening, if you

23   self-suppress you're -- you're taking away your

24   important voice from this election.

25        So with that, I'll go ahead and take any

1  questions y'all got.  Sorry?  Oh, sorry.  I got

2  (inaudible) microphone back there.  Justin?

3      JUSTIN:  Hey.  Yeah, is the Secretary of

4  State or the State Election Board considering

5  asking either the Fulton D.A., or the Georgia

6  Attorney General, to investigate the call with the

7  President over the weekend?

8      GABRIEL STERLING:  I do not know that.

9      JUSTIN:  Any discussions of that?

10     GABRIEL STERLING:  Not that I'm aware of.

11     REPORTER:  From all that you said there --

12  I mean, do you believe, as some have said, that

13  what happened in that phone call was -- was an

14  attack --

15     GABRIEL STERLING:  I'm having a really hard

16  time hearing you.  I apologize.

17     REPORTER:  I'll go there.  Do you believe

18  that some have said that this is an attack on

19  democracy --

20     GABRIEL STERLING:  There we go.

21     REPORTER:  You can hear that.  I'll start

22  again.

23     GABRIEL STERLING:  Yes.

24     REPORTER:  As some have said, do you

25  believe that what happened in that phone call was

 1  an attack on democracy?

 2       GABRIEL STERLING:  I'll leave other people

 3  to make the decision on that.  I personally found

 4  it to be something that was not normal, out of

 5  place, and -- and nobody I know who would be

 6  President would do something like that to a

 7  Secretary of State.

 8       REPORTER:  Thank you.

 9       GABRIEL STERLING:  Yes, Mark.

10       MARK:  Afternoon.  Looking forward to

11  tomorrow.  Have you heard about any threats or

12  security problems or anything that could interfere

13  with people voting, and also what do you expect

14  turnout to be like tomorrow?

15       GABRIEL STERLING:  Well, I anticipate there

16  will be a high turnout, and there's a -- there's a

17  large bucket of voters in -- in many congressional

18  districts that could potentially show up.  We

19  anticipate there could be any number of potential

20  threats out there that could be attempting to

21  encourage or discourage turnout.

22       We encourage everybody to please turn out,

23  and be safe, be smart; and don't let anybody get

24  in the way of you casting your vote.

25       MARK:  And have you heard about any

1  threats, will there be extra security?

2       GABRIEL STERLING:  We've discussed with

3  GBI, FBI and sheriffs' departments potentially

4  there being threats.  And we've seen some of that

5  nature potentially out there that are under

6  investigation.

7       Yes, ma'am.

8       REPORTER:  Hi.  Hi, Gabe.  Lane Alexander

9  with NBC news.  Following up very quickly on

10 Justin's question:  Two members of the Board of

11 Elections, the state Board of Elections have

12 called on the Secretary of State's office to

13 investigate that phone call; how is the

14 Secretary's office responding, is there any plan

15 to investigate or will they block that -- will you

16 block that investigation anyway?

17      GABRIEL STERLING:  I'm not aware of any

18 discussion specifically on that yet; but I'm sure

19 it will be taken under -- under advisement.

20      REPORTER:  And I'll ask you very quickly

21 about the secretary's desire to have that phone

22 call recorded; why did he want that call recorded,

23 was he concerned about anything improper being

24 said or that he may need to release it later?

25      GABRIEL STERLING:  I think given the

1   environment we're in right now, and political

2   situation that we're in, and the history of the

3   President -- knowing that he sometimes doesn't

4   necessarily characterize things as they might have

5   actually occurred, it was a -- out of an abundance

6   of caution.  But I'm sure many people -- I'm sure

7   the President's side recorded it, too.  So it --

8   they might have been the ones that leaked part of

9   that as well.

10          REPORTER:  Thank you.

11          REPORTER:  (Inaudible) with Fox News

12  National.  How do you interpret the President

13  asking the Secretary of State to, quote, find

14  votes on that phone call; is it fair to say the

15  President was asking the Secretary of State to

16  fraudulently find or flip votes?

17          GABRIEL STERLING:  I don't know he was

18  trying to fraudulently find the votes; but the

19  thing is, we have certified this election, so

20  there are no more votes to find.  And we -- we

21  will continue investigations, and he has an

22  election challenge.  And one of the things they

23  were discussing on that phone call was they have

24  sued the State of Georgia and the Secretary of

25  State.

1    There are rules of evidence to follow once

2    you do that; trying to go outside of that is an

3    issue.  And we've said -- we've said -- I believe

4    we sent their -- our lawyers had sent their

5    lawyers a letter saying:  If you want to dismiss

6    your challenge, we're more than happy to share

7    this data with you to show that your data is

8    incorrect and you have, in fact, lost the State of

9    Georgia.

10    REPORTER:  The Bureau of Investigation says

11    there's an unprecedented number of threats

12    statewide; are you aware of any of those types of

13    threats (inaudible) --

14    GABRIEL STERLING:  I'm sorry, I didn't --

15    the unprecedented number of threats, what?

16    REPORTER:  The Bureau of Investigation says

17    that there's an unprecedented number of threats

18    that have come in statewide regarding the

19    election; we're not sure the nature of those

20    threats.

21    Are you aware of what type of threats you

22    guys may --

23    GABRIEL STERLING:  We're aware of some, but

24    we're trying to not discuss in too much detail

25    about that while they try to investigate and find

1  out what the actual nature of those threats may

2  be.

3      REPORTER:  Hey, Gabe.  Konstantin Toropin

4  with CNN.  So I -- this is now the second sort of

5  conversation that the Secretary of State had --

6  that has been reported out on this topic; first it

7  was Lindsey Graham earlier in November, and now

8  the President.

9      Has the -- has the Secretary of State's

10 office been contacted by any other members of the

11 Trump Administration or GOP officials?

12     GABRIEL STERLING:  Well, I mean, our office

13 is contacted by Democrats/Republicans like pretty

14 consistently to discuss election issues.  So yes,

15 that -- that has occurred.  Specifically, I --

16 it's a little bit of a broad question, I think.

17 But we -- we get contacted by members of the

18 Administration.  We get contacted by Democrats.

19 We get (inaudible) by Republicans.

20     REPORTER:  Have -- have you been contacted

21 by on -- the topic of these -- some of these

22 conspiracy theories that you've outlined today?

23     GABRIEL STERLING:  I mean, no more than my

24 normal of having to explain the ridiculousness of

25 many this -- this disinformation.  So thank you

1    all very much.

2         REPORTER:  Excuse me.  The Secretary of

3    State was asked by a federal judge to meet with

4    Black Voters Matter to return wrongly (inaudible)

5    purged voters back to the voter rolls.  Why do you

6    refuse to meet with the Black Voters Matter before

7    this vote?

8         This is the second time you've ducked this

9    question.  And it's the third time you ducked

10   Black Voters Matter.  Okay.  Greg Powell

11   (inaudible) radio network.  Thank you.

12        (End of the recording.)

13

14

15

16

17

18

19

20

21

22

23

24

25

PBS NewsHour Georgia election officials reject Trump

1                    C E R T I F I C A T E

2

3              I, Jackie Mentecky, Transcriptionist/Court

4      Reporter, do hereby certify that I was authorized to

5      transcribe the foregoing recorded proceeding, and that

6      the transcript is a true and accurate transcription of my

7      shorthand notes to the best of my ability taken while

8      listening to the provided recording.

9

10     Dated this 7th day of January, 2021.

11

12

13

14

15                    _____

16                    Jackie Mentecky

17

18

19

20

21

22

23

24

25