# Exhibit 22

Dr. Corsi News Parick Byrne Explains
December 24, 2020

1

2

3

4          File:

5

6        Dr. Corsi NEWS 12-24-20:

7    Patrick Byrne Explains Trump Path To Victory

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1      CRAIG:  So, Dr. Corsi, it looks like it's

2    boiling down to President Trump against the world;

3    is that where we're at?

4      DR. CORSI:  That's it.  And then the odds

5    are looking good to me for Donald Trump to win.

6    It look -- it doesn't need anything more than

7    Donald Trump versus the world.  I think it's

8    always been Donald Trump versus the world.

9      I -- I can remember when he bought the --

10   the land from Bonwit Teller, that he was going to

11   put up the Trump Tower, and all these people in

12   New York wanted to preserve these art deco

13   sculptures; Donald Trump got a wrecking ball and

14   he knocked the thing down before they could

15   preserve it.  Yes, it wasn't much to preserve

16   after he got done with it, and he built Trump

17   Tower.

18      Donald Trump doesn't need approval, and he

19   will win.

20      Today is December 24th, this is 2020,

21   Christmas Eve; our Lord Jesus Christ, we're going

22   to celebrate his birthday.  And the same kind of a

23   constellation it appears with the three stars, is

24   coming back again.  And I want to make only one

25   kind of -- two -- one -- two comments this

1  morning, because I want to get right into --

2  Patrick Byrne is going to join us here.  He's

3  waiting right now, and I don't want to keep -- get

4  too long into the introduction, but two points.

5      Number one:  In terms of Jesus Christ, you

6  know the Romans really thought they won when they

7  crucified him and put him in the tomb, three days

8  later he rose.  I guess Jesus Christ won that one.

9      What do you think, Craig?

10     CRAIG:  Right, absolutely.  And he's coming

11  back soon.  We don't know when, but my preference

12  would be four more years for Trump, and then we'll

13  worry about that later.

14     DR. CORSI:  Well, Jesus Christ will come

15  back when he wants to and --

16     CRAIG:  Right.

17     DR. CORSI:  -- we'll be -- welcome him, and

18  -- but the point is, often it looks like defeat is

19  certain until victory happens.

20     And I can point -- George Washington went

21  through the same thing, and never gave up despite

22  all the setbacks.  Abraham Lincoln had many dark

23  days in the White House.  And Donald Trump has

24  been looking at the presidents of Abraham Lincoln,

25  and then also Winston Churchill, all of whom went

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                    4

1   through dire events and won.  Yeah, it -- Winston

2   Churchill, they're bombing London, he says:  This

3   is our finest hour.

4        You look around and say:  Wait a minute,

5   how could that be possibly true?  It was.  And

6   again, the courage and the determination in these

7   darkest hours is what -- what makes greatness.

8   And Donald Trump is capable and -- and has

9   experienced greatness throughout his life.

10       Number two:  We're very close in a lot of

11  these states to getting a decertification of

12  Biden.  I'm pointing to Wisconsin, and we have the

13  Supreme Court decision, and there's a process

14  ongoing.  We're right now beginning to look at the

15  -- those ballots that need to be excluded, and

16  there's over -- there were 240,000 of them; and so

17  I think that process is going along.

18       And one of these states, whether it's

19  Georgia or Arizona, one of these states or

20  Wisconsin will start the process by decertifying

21  Biden.  And when one state does that, it's going

22  to be an avalanche.

23       So I remain confident today that we should

24  celebrate Christmas, because this is our great

25  time of the year for Christians to celebrate.  And

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                    5

1   I believe we will have the assistance of Jesus

2   Christ, if we pray through this time, for the

3   Republican for Donald Trump.

4       We have also join- -- joining us today is

5   Agent X will be here.

6       And Patrick -- let's bring Patrick on.

7       Patrick, it's great to have you here.  It's

8   a great honor to have you, and thank you --

9       Patrick Byrne:  Dr. Corsi --

10      DR. CORSI:  -- for joining us.

11      Patrick Byrne:  Dr. Corsi, the honor is

12  definitely mine.  I've admired you since that

13  first time I saw you on television; you reminded

14  me of Thomas Moore, I suppose, where you just gave

15  this very simple explanation that said you weren't

16  going to -- to swear something -- to something

17  against the President that wasn't true, because

18  you -- you just don't do that.

19      And I thought, wow, finally a man who

20  thinks in terms of principles and not in terms of

21  expediency.

22      DR. CORSI:  And, again, the -- the pressure

23  was enormous.  I mean, it -- they were going to

24  put me in prison for 25 years.  The same thing

25  they're saying now -- Chinese are saying they want

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                    6

1   to go after Donald Trump for war crimes.  I mean,

2   everybody wants -- I -- I felt like, you know,

3   there's nothing anybody can do to me here; this is

4   not -- I'm not here for an earthly reward.

5       PATRICK BYRNE:  Yeah.

6       DR. CORSI:  And -- none of us are here

7   permanently; you might as well face that reality.

8   You know, nothing -- there's nothing you can do to

9   make it out of here alive.  You know, that's a

10  fundamental reality.

11      PATRICK BYRNE:  Right.  I -- you don't have

12  to -- in a sense -- so you know I've had a few

13  medical issues in my life --

14      DR. CORSI:  Yes.

15      PATRICK BYRNE:  -- and I -- I got to that

16  point a long time ago.  I got to that point a long

17  time ago.

18      DR. CORSI:  Every day is a gift.

19      PATRICK BYRNE:  Every day is -- that's why

20  they call it the present.

21      DR. CORSI:  And we have to live in the

22  present, and in any moment everything can change,

23  and one phone call, one e-mail, one -- somebody

24  doing something positive.  I mean, my wife woke up

25  in the middle of this -- just one morning, she

1  just woke -- woke up and sat up in bed and said --

2  I was sitting in the chair in the -- in the

3  bedroom working on the computer, trying to figure

4  out how he's going to deal with Mueller, and she

5  said:  I would rather visit you in prison the rest

6  of your life than have you not be the man I

7  married.

8       PATRICK BYRNE:  That's the woman -- you

9  married the right gal.

10      DR. CORSI:  I sure did.  Monica's been with

11  me now -- this will be our 29th year.  We're going

12  into our 30th year of marriage.  We'll celebrate

13  that in August.  And it's been the best 30 years

14  of my life.

15      PATRICK BYRNE:  Me, I can't find the one

16  that will have me, Dr. Corsi.  I must do something

17  wrong.

18      DR. CORSI:  We'll give you the formula,

19  just keep looking, is what -- a -- a good one, and

20  you'll find them, if you --

21      PATRICK BYRNE:  Not many shopping days left

22  until Christmas.

23      DR. CORSI:  See, don't count it out.  You

24  know, I've seen 70-year-olds and 80-year-olds and

25  90-year-olds still thinking about the future.  We

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                     8

1   got to keep thinking about the future.

2       And Agent X, how are you doing today?

3       AGENT X:  I'm doing great.

4       DR. CORSI:  Great.  And we -- Patrick, I

5   want to start right with what -- what -- you had

6   this extraordinary meeting in the White House, I

7   guess last weekend, and what -- I've been wanting

8   to ask you -- I mean, how did you get there?  I

9   mean, you -- you come from nowhere in this saga,

10  you have -- you know, have done great in business,

11  everybody knows you from business.  But -- I mean,

12  you've had associations with Warren Buffett, as I

13  understand, and -- you know, you haven't been on

14  the political scene, and then suddenly you're at

15  the White House in this critical historic meeting,

16  I got to say, how'd you get there?

17      PATRICK BYRNE:  Well, it -- it was -- so

18  first it's -- it's etiquette, of course, when you

19  meet with the President and go in the White House;

20  of course, you never reveal anything about the

21  meeting.  But given that one of the weasels in the

22  meeting leaked about it afterwards and lied about

23  it, I felt it was incumbent upon me to tell the

24  truth.

25      Secondly, I never met Donald Trump.  I did

1  not support Donald Trump.  I'm a small-L

2  libertarian, Milton Friedman is my -- was my

3  friend and teacher.  And -- and I'm a small-L

4  libertarian; so I've just always voted libertarian

5  all my life.

6       Third, how I got there, it was a bit of a

7  Jedi-mind trick, but when you got Sidney Powell

8  and Michael Flynn with you, it just sort of --

9  there was no scheduled meeting, he didn't know we

10  were coming, is the short answer; but we sort of

11  -- you know, it's you fake it until you make it,

12  as they say.

13       DR. CORSI:  Well -- I mean, Milton Friedman

14  -- I never met him, but I -- when I was going

15  through graduate school, he was at the University

16  of Chicago, and he was a monetary policy guy who

17  wanted us to focus on federal reserve and how --

18  the growth of the money supply.  I thought he was

19  brilliant in this era --

20       PATRICK BYRNE:  He was.

21       DR. CORSI:  -- where the Kenyan -- Ken- --

22  the Keynes and Keynesians were saying just spend,

23  spend, spend, and surplus spending, and that's the

24  kind of thing which got us where we are today.  I

25  think if Milton Friedman had been alive today,

1  we've been -- we would have -- I greatly admired

2  Milton Friedman when I was going through graduate

3  school.

4        PATRICK BYRNE:  Well, he was a great friend

5  of mine.  And I'll tell you something -- I'll tell

6  you a story, it's public, in -- in limited circles

7  it's public; it's a story that only -- about .1

8  percent of humanity would -- it would mean

9  anything to you, but I have the feeling that it

10  sounds like you, and probably some of your

11  audience it would mean something.

12        You know -- well, the -- and that is that

13  his foundation was set up so that when he passed,

14  his foundation, which was the -- sort of a --

15  origin of the movement for School Choice, the

16  Milton and Rose Friedman Foundation, when he

17  passed it was set -- it was going to dissolve.

18  And he called me a few weeks before he passed and

19  he told me that I know -- I know -- sorry -- I

20  know the end is near and I want to make a change;

21  Rose and I want to make a change in our will, and

22  we want you to be -- succeed me as chairman and

23  carry on in my name for 10 years.

24        So I carried on as the chairman of the

25  Milton and Rose Friedman Foundation for 10 years,

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                      11

1  which to me was like Isaac Newton had called me up

2  and said, you know, take my name for 10 years.

3  Like I say, I know that that -- you know, for 99.9

4  percent of humanity, that doesn't boil an egg; but

5  for a small group of people, that actually means

6  something.

7      DR. CORSI:  Well, it means a lot to me and

8  it tells me really who you are, because Milton

9  Friedman was brilliant, a contrarian; he had very

10  few people in the mainstream economics, these

11  years were coming out of Roosevelt where we did

12  all this deficit spending for -- not only his --

13  his programs in the depression, but then World War

14  II, and then following that in the '60s when

15  Johnson, after Jack Kennedy was assassinated, had

16  all this new deal programs and he was spending

17  like crazy and saying:  Don't worry about it.

18      And today we've got -- you know, we're

19  approaching doubling the national debt, and the

20  federal reserve is buying our debt in massive

21  numbers, and Milton Friedman would have been

22  apoplectic watching this.

23      But anybody who was a fan of Milton

24  Friedman, I'm a fan of.  And so --

25      PATRICK BYRNE:  You know, he -- George

1  Schultz was asked once, you know, who was the most

2  important man he ever met; and he said, of all the

3  -- I get (inaudible) when I tell this story, but

4  he said of all the presidents and dictators and

5  kings and foreign ministers I ever met, the most

6  significant man I ever met was an academic

7  scribbler from Chicago named Milton Friedman.

8      DR. CORSI:  I know.

9      PATRICK BYRNE:  A great friend of Liberty

10  that -- from one of the greatest friends of

11  Liberty in the 20th Century.  I put him and

12  Churchill, and maybe George C. Marshall, as the --

13  my (inaudible).

14      DR. CORSI:  Okay.  So I think we're getting

15  an understanding of who you are, because to me

16  these are -- the heroes I have are the people who

17  are contrarians, who have different insight or can

18  perceive things differently so that a Churchill or

19  a -- a Lincoln, you know, could still see victory

20  in -- in the midst of the worst Civil War when it

21  looked the -- the darkest days.

22      And, you know, 1864 Lincoln had his cabinet

23  sign a blind note and they said he -- he had them

24  sign a note that they didn't read saying they

25  would support his successor, because he was sure

1  he was going to lose.  And then Sherman wins,

2  takes Atlanta --

3      PATRICK BYRNE:  Uh-huh.

4      DR. CORSI:  -- finally, and that's the --

5  that's the catalyst for Lincoln to get his second

6  term.  And we're going to have so- -- that's going

7  to happen, I think again here.

8      Now, Patrick, as I understand it --

9      PATRICK BYRNE:  Before you go on, may I

10  bring something up?  I've been spending a lot of

11  time with General Flynn.

12      DR. CORSI:  Good.

13      PATRICK BYRNE:  Mike Flynn, the people's

14  general, and he's told me about, and reminded me

15  of, and I went and read it, Sherman's letter was

16  on Christmas Eve the night before he took Atlanta,

17  and he wrote -- you know that -- like you're

18  nodding like you know that letter --

19      DR. CORSI:  I know -- go ahead and explain,

20  I know the letter.  Go ahead.

21      PATRICK BYRNE:  Well, he was about to take

22  Atlanta and he sent the town fathers, so to speak,

23  a letter that said, you know, don't put your city

24  through what is going to happen.  But it really

25  defines the American way of war.  He said:  Let

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                    14

1  your people go, let everybody leave, I will give

2  them safe conduct; but if you don't, I'm going to

3  burn this to the ground.

4      DR. CORSI:  Yeah.

5      PATRICK BYRNE:  As -- I'm going to burn it

6  -- because it was a munition center.  It was a

7  great big factory for the south, and they didn't,

8  and he went in and he burned the city to the

9  ground.

10      DR. CORSI:  And Flynn tells you this story

11  when --

12      PATRICK BYRNE:  Yeah.

13      DR. CORSI:  -- and he -- he's telling you,

14  basically, that a guy like Sherman did have a

15  heart and so did Lincoln.

16      PATRICK BYRNE:  A gentlemanly way to fight,

17  and had a way -- and he -- it's a -- it's an

18  amazing letter from U.S. history.

19      DR. CORSI:  I want to ask --

20      PATRICK BYRNE:  I don't know --

21      DR. CORSI:  I --

22      PATRICK BYRNE:  -- letter to Atlanta and it

23  was Christmas Eve from -- what, 36 -- 156 years

24  ago.

25      DR. CORSI:  Yeah.  And that -- see, this is

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                    15

1   what people don't understand in terms of how

2   history is shaped; when you go back and think

3   about -- you know, what was Lincoln thinking?

4   Lincoln was faced with that he could be defeated

5   by General MacCallum, he was running against him.

6   The General he promoted twice and could not really

7   follow up and fight a battle.  I mean, Lincoln was

8   on the battlefield of Antietam, and he said, you

9   know, what -- what do you see stretched to your

10  tent, and he was there with a congressman, and he

11  slept that night, he woke up in the morning and

12  said:  What do you see here?  He said:  Well, Mr.

13  President, that's the army of the Potomac.  He

14  said:  No, it's General McCallum's personal

15  bodyguard.  You know --

16      PATRICK BYRNE:  Yeah.

17      DR. CORSI:  -- and it -- it looked dark as

18  -- again, General Flynn is another American hero,

19  and I want to get to that in a minute, but it

20  sounds like you and -- were hanging out with

21  Sidney Powell and General Flynn, and you got an

22  opportunity to go to the White House.  And since

23  you were there, you came along, and then you find

24  yourself sitting in the Oval Office, and there's

25  the President of the United States --

1    PATRICK BYRNE:  No, we went with an idea of

2   sort of penetrating to the Oval Office, because

3   the President is getting bad advice and we decided

4   it wasn't quite right and --

5    DR. CORSI:  You went in to change things --

6    PATRICK BYRNE:  I'm not going to go into

7   too much of the detail of what had -- because I

8   don't want to get any secret service agents in

9   trouble, but we -- and -- but we sort of -- kind

10  of Jedi-mind tricked our way through where we

11  needed to get.  And then we got to this, and --

12  and then we hid in an office for 20 minutes, and

13  then we got to this other; and we worked our way

14  closer to the Oval Office.  We just got in.  It

15  was a --

16   DR. CORSI:  Good for you.

17   PATRICK BYRNE:  Before you knew it, we're

18  next to the Oval Office and -- and we walked into

19  the Oval Office as -- as we heard the President

20  coming in, and suddenly it was the three of -- the

21  four of us.  There was another -- another lawyer

22  with us, one of Sidney's lawyers, I doubt that

23  woman wants -- I don't know if she wants her name

24  used, so I'm not going to include her.

25   DR. CORSI:  Okay.  And so the conversation

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                    17

1   gets started, and you get into the room; what's

2   one of the first things you say to the President?

3       PATRICK BYRNE:  Well, Sidney and General

4   Flynn did most of the talking for the first 10 or

5   15 minutes.  Also about 15 minutes into it his

6   lawyers showed up, three lawyers came in, and they

7   were very upset, and it included White House

8   General Counsel Pat Cipollone -- Cipollone -- I

9   keep getting corrected, however I -- Cipollone

10  would be the Italian, but I'm not sure how it's

11  pronounced by Americans -- and they came in quite

12  huffing and puffing about what was going on.  And

13  it turned into -- it was a four-hour -- four

14  and-a-half hour, four-hour 40-minute meeting that

15  was conducted about -- most -- about half of it

16  there and then a little bit in the cabinet room

17  when Rudy came in; and then we all ended up

18  together in the -- in the residence.  There's sort

19  of a second Oval Office they call the Yellow Oval,

20  I think, or the -- the President served delicious

21  Swedish meatballs.  Compliments to the White House

22  chefs.  They -- they were really quite good.

23      And we had -- and we sat around and -- and

24  talked some more until about 12:10 in the morning.

25  President Trump said after -- when we left the

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                          18

1   part of the two hours in the Oval Office, which

2   almost came to blows -- pretty damn close came --

3   if they -- if it had been one inch pushed further,

4   there would have been a -- a -- official -- at

5   least a slap thrown -- a bitch slap -- pardon me

6   but I would have thrown a bitch slap on this

7   lawyer, the lawyers were tremendously

8   disrespectful to Donald Trump.

9        I want anyone to know -- and forget the

10  personal disrespect and which -- by showing

11  disrespect to the President, they're showing it to

12  the United States, you do not talk to the

13  President that way; they were also lying to him.

14  Pat Cipollone was lying through his teeth, and he

15  got caught lying through his teeth.

16       And I eventually said:  Mr. President, I

17  can get three young men from your administration

18  in here in 30 minutes who can explain to you --

19  well, I -- I actually said that you're -- who can

20  explain to you they're getting signals from their

21  leaders that -- just get the President to concede;

22  we're just going to get him into transition mode,

23  just help us get him to concede.

24       The leaders in the White House led by Pat

25  Cipollone and more recently Mark Meadows, were

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                           19

1   telling people in the White House -- half the

2   white House -- they're so discouraged, I spent two

3   months swimming around the outside of this

4   administration, but getting to know people and

5   such, and the message I'm constantly getting is

6   people within love him, the young people, but the

7   -- the leadership is trying to get the young

8   people to get the President -- not to support him,

9   not to care as others, not to get to the -- and

10  just to get him to concede.

11       It was disgusting.  And when we were all in

12  front of him, within about 15 minutes it became

13  clear what they were doing, they are deny- -- and

14  anything that gets discussed, the lawyers are

15  immediately in the mode of:  No, no; oh, you can't

16  do that.  No, no; you can't do that.  No, you

17  can't do that one either.  No, you can't do that.

18       And Sidney was there and saying:  What do

19  you mean you can't do that?  Of course he can do

20  that; he's got this power and that -- no, no, no,

21  you can't -- and they got caught so many times --

22  finally Flynn and I turned to each other and said:

23  This is surreal what we're watching.

24       And at one point Cipollone started not just

25  yelling at me, which I don't care about, or Flynn

1  or Sidney and being awful -- first of all, they're

2  sexist assholes.  If you -- the way they treated

3  Sidney and the young female lawyer who was with

4  Sidney, if you did that in corporate America

5  today, you would have a class-action lawsuit in a

6  New York minute.  So they're sexist assholes.

7      Setting that aside, they -- they were so

8  angry they started yelling at the President.  And

9  I couldn't believe it.  And -- and I finally --

10  well, one of them -- Pat Cipollone was yelling at

11  the President.  And at one point he yelled:  Is --

12  he yelled:  Well, you don't even -- if you really

13  want to do this, you don't even need -- you can --

14  you can just declare that Sidney Powell is your --

15  is a White House counsel -- and she is.

16      And -- and about 20 minutes later of more

17  shouting -- and by the way, Mr. Trump turns out to

18  be a much different man than I had ever understood

19  through the mass media -- stupid -- stupid

20  (inaudible) may not to get that they -- he's

21  actually a very gentle and kind and warm guy, way

22  too patient.  There's not a -- he's way too

23  patient.

24      I finally said to him:  Sir, CEO to CEO,

25  I've never -- I -- you know, you got to get rid of

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                    21

1  these guys right now, they're lying to you.  I

2  said it:  I can get three -- I can get young

3  people from your administration to come in right

4  now -- well, in the next 30 minutes who will tell

5  you these men are sending the word down get -- do

6  not help the President, get him to concede --

7  blah, blah, blah.

8      So, finally, Mr. Trump said:  You know

9  what, Pat -- and I -- I don't want to repeat too

10  much of what Mr. Trump said, because that's not --

11  but --

12      DR. CORSI:  It's -- it's okay.  I -- Pat, I

13  -- I know there's certain rules and regulations

14  and -- and etiquette about that; but what --

15  what's -- what's critical right now is you -- you

16  heard a meeting and saw President Trump up close,

17  and he's going to go down.  So let's forget --

18  he's not going to go down, but because all of us

19  are restrained -- I want you just to tell us what

20  he said, and -- and so they get mad at you, what

21  are they going to do?  It's not -- it's not a

22  crime to say what he said.

23      PATRICK BYRNE:  Yeah.

24      DR. CORSI:  I -- so what did he -- what did

25  he say?

1      PATRICK BYRNE:  He said -- after a while he

2   said:  You know, Pat -- well, he said:  You folks

3   have -- he said:  You've -- you know, these people

4   at least want to fight for me.

5      He turned to me at one point and said:  Do

6   you see what I've been putting up with for four

7   years?  I've had the best -- all my life, I've had

8   the best voice.  People call me -- me from all

9   over the world to ask me:  What lawyers should I

10  use on this?  What should I use on that?  I've

11  been in this job for four years, can you imagine

12  what I could have gotten done without these -- if

13  I didn't have to work through the -- people like

14  this; do you see what I have to put up with?

15      And then he turned to Pat and he said:  You

16  know what, you're -- you're -- these folks are at

17  least ready to fight for me, you're not; I hereby

18  declare Sidney counsel -- as Sidney Powell as

19  White House special counsel.  And then one of the

20  lawyers started saying:  Well, you know, it takes

21  a month to get the -- the -- the security

22  clearance and this, that, and the other thing.

23  And General Flynn said:  That's not true; you have

24  the right, right now, to declare, Mr. President,

25  that she has a top-secret security -- security

1  clearance.

2     And he says:  You know what, Sidney Powell

3  now has a top-secret sec- -- security clearance.

4  They -- oh, and the next day when Sidney Powell

5  called in, Mark Meadows -- and this all happened

6  -- Mark Meadows was on the phone for that part,

7  when he called in Mark Mead- -- when she called

8  the next Saturday morning and said:  Well, Chief

9  of Staff Meadows, it looks like I'm going to need

10  an office in the White House.  And -- and Meadows

11  said:  Sidney, I'm not sure we can really do that

12  for you.

13     And she said:  Well, okay, then you need to

14  get me a badge so I can come and go.  And Meadows

15  said:  Well, I -- you know, we'll have to check

16  into that, but I'm not sure we can get that for

17  you either.

18     I will tell you that there was a point that

19  General Flynn -- because these goon lawyers were

20  standing up and acting intimidating, General Flynn

21  got to his feet -- and he's a wonderful gentleman,

22  calm, measured-fashion, he said:  Can we just

23  start with a common baseline, you -- you folks?

24  You do agree that on November 3rd he won the

25  election; you do see that he won, don't you?  And

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                          24

1    let's start there.

2        And the three lawyers looked down and

3    kicked the dirt and looked around:  Well, we --

4    wouldn't answer that question, which is when --

5    which is when -- that's actually when President

6    Trump said:  Hey, it's -- you know, I -- I've --

7    you -- you folks aren't even fighting for me;

8    these folks at least want to fight.

9        And he tried to do that thing with Sidney

10   Powell, and he did it.  He did it.  It was done.

11   It was done.  And the next morning Mark Meadows

12   refused to carry out that instruction, and all the

13   goons went to work and -- went to work and before

14   you knew it by -- by Monday night or Tuesday, it

15   was off the table.  So --

16       DR. CORSI:  Was -- what happens in these --

17   what you're telling us here is that as soon as you

18   guys left, then they --

19       PATRICK BYRNE:  Yeah.

20       DR. CORSI:  -- then the naysayers Cipollone

21   and Meadows, and all these guys, came back in and

22   said:  Now, Mr. President, I know that you had

23   this meeting, but you're a little insane there;

24   why don't you get back in line and why don't you

25   do what we tell you to?  And --

1       PATRICK BYRNE:  I think -- yeah, the gist

2   -- yeah, they can slow (inaudible) -- they refused

3   to carry out orders.  I don't want to include

4   Mr. Meadows in the same group.  Mr. Meadows is not

5   venal.  Mr. Meadows is weak.  He's a congressman.

6   He's a lovely guy.  He should go be an ambassador

7   somewhere, not to -- like, you know, like Italy or

8   something.

9       He's not the -- he's not a man of courage

10  and -- but he's not venal.  The -- the lawyer Pat

11  Cipollone -- I got to tell you, it -- all these

12  guys -- well, one of the three was actually on his

13  way out, that was his last day.  And

14  Mr. Trump -- I don't -- don't want to tell you his

15  name, but President Trump said:  You know, this --

16  can you believe this fellow?  This is his last

17  day, because he's going -- he's starting a new job

18  on Monday at 10 times the salary I'm paying him.

19  All these people are being told if you just get

20  the prep by the Washington establishment, if you

21  get the President to concede, you -- there's a

22  nice cushy job waiting for you over at --

23      DR. CORSI:  We got a million dollar salary

24  for you over here at XYZ firm, why don't --

25      PATRICK BYRNE:  Oh, yes.

1      DR. CORSI:  -- you just get him -- yeah.

2      PATRICK BYRNE:  You're going to see them

3  get million and-a-half/two million dollar salaries

4  --

5      DR. CORSI:  Right.

6      PATRICK BYRNE:  -- and there will be

7  invitations for you to join Ball (inaudible), and

8  the right social circles, and all this stuff --

9      DR. CORSI:  Your life is going to be made,

10  just get rid of Trump.

11      PATRICK BYRNE:  And if you don't -- if you

12  don't, you're a pariah.

13      DR. CORSI:  If you don't the --

14      PATRICK BYRNE:  If you don't --

15      DR. CORSI:  If you support Trump and give

16  him good advice, we're going to destroy your

17  career --

18      PATRICK BYRNE:  Yeah.

19      DR. CORSI:  --  which would you rather

20  have?

21      PATRICK BYRNE:  I (inaudible) -- if -- if

22  -- God forbid, these guys -- you -- if -- if

23  President Trump -- well, if -- if this doesn't

24  work out, I bet you see these guys get jobs for a

25  million and-a-half/two million dollar salaries

1  within 60 days of -- by -- by the end of March.

2       DR. CORSI:  And they'll do nothing when the

3  communist Chinese come after Donald Trump to put

4  him in prison or kill him for war crimes, they'll

5  cooperate with communist China, because communist

6  China will pay them more.

7       PATRICK BYRNE:  Who said -- no, you said --

8  you opened saying something about the Chinese,

9  you're saying Trump -- they're going to prosecute

10  Trump as a criminal --

11       DR. CORSI:  Yeah --

12       PATRICK BYRNE:  -- a war criminal --

13       DR. CORSI:  War criminal.

14       PATRICK BYRNE:  Yeah.  Well, at least he

15  doesn't harvest organs.

16       DR. CORSI:  Well, look, Patrick, we've got

17  to take this -- this is -- I mean, first -- first

18  of all, I know Donald Trump.  Now, Donald Trump

19  had to in one of these -- what -- what -- you

20  know, going through this, listening to these

21  guys -- and by the way, it's -- it's no longer

22  time to play Hamlet, you know, to be, not to be,

23  what should I do, maybe I should do this -- it's

24  time for some decisive action.

25       PATRICK BYRNE:  I --

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                    28

1      DR. CORSI:  And --

2      PATRICK BYRNE:  -- I have to say that's --

3   if I had one way to -- he was too nice.  He's too

4   nice.  And he was a bit Hamlet-like.  He knows

5   what the right thing to do is.  He knows what the

6   right thing to do is --

7      DR. CORSI:  Well --

8      PATRICK BYRNE:  -- but he's too nice.  He

9   should have --

10      DR. CORSI:  I'm pretty sure --

11      PATRICK BYRNE:  -- fired them lawyers on

12   the spot.  I just about -- I literally -- the one

13   lawyer was being so disrespectful I was on the --

14   well, there was a point that when they sort of

15   crowded Flynn, I jumped up and Flynn and I were

16   shoulder apart -- I mean, Flynn, Byrne, a couple

17   -- a mix, you know?  But we were shoulder to

18   shoulder --

19      DR. CORSI:  Right.

20      PATRICK BYRNE:  -- with the lawyers, I had

21   already set my trigger point if that lawyer leaned

22   his face one inch closer I was going to throw --

23   not a right hook, but a bitch slap on him.  He was

24   so disrespectful the way he talked to Flynn and

25   the way he talked to the President.

1     DR. CORSI:  Because he -- and --  and what

2   they -- they come in and say:  You know,

3   Mr. President, you don't understand, you can't do

4   this and we're going -- you're going to be -- make

5   him feel terrible.

6     PATRICK BYRNE:  Yes.

7     DR. CORSI:  Now, I've seen that -- let me

8   give you a picture of Donald Trump as I've seen

9   him.  So here we are, I'm VIP guest in the hotel.

10   I mean, I've been there -- you know, I had a

11   stretched limousine parked outside, and Donald

12   Trump -- I had my table in the Edwardian Room

13   where I had breakfast every morning.

14      Well, here's Donald Trump, he's got his

15   family over here, and I come over and say hello to

16   him.  And we know each other and say hello.  Well,

17   he's the most gracious guy in the world.

18     PATRICK BYRNE:  He really is.

19     DR. CORSI:  And he'll tip the -- he -- he

20   makes sure everybody has money coming out, he

21   tipped these people like I was tipping them.  You

22   know, I go out to -- in the morning, get my -- in

23   my limousine, I hand the doorman 20 bucks:  Here

24   you are.  I didn't want him to do anything, just

25   thank you for being here.

1     PATRICK BYRNE:  Right.

2     DR. CORSI:  Okay.  And know that this is a

3  guy who makes the place work.  That's how Donald

4  Trump thinks.

5     PATRICK BYRNE:  Right.

6     DR. CORSI:  Now, when you think that way --

7     PATRICK BYRNE:  He's really --

8     DR. CORSI:  You're a CEO, you -- you know

9  how it is.

10     PATRICK BYRNE:  You know, it's just who

11  makes the place work.  That's well said.  You

12  know, it's just who makes the place work.

13     DR. CORSI:  Okay.  Now, he's got to

14  understand these lawyers are -- are not making the

15  place work, what they're going to do is --

16     PATRICK BYRNE:  No, they're making the

17  place not work.  They're making the place gummed

18  up, because that way they're going to be accepted

19  in the right socialite circles and -- in New York,

20  and when they go to the Met, people are going to

21  say:  Oh, you helped get us rid -- rid of that

22  horrible man.

23     DR. CORSI:  Yeah.  Orange man bad.

24     PATRICK BYRNE:  I grew up around that

25  circles.  It's -- it's -- it's -- I -- I -- I

1  think of it as slumming.  I grew up around people

2  like that, and you aren't missing a thing.  And

3  it's slumming.  And they're so -- so there.

4     DR. CORSI:  Okay.

5     AGENT  X:  (Inaudible) --

6     DR. CORSI:  Yeah go ahead, Agent X.

7     AGENT  X:  So did he -- did -- did he

8  appoint Sidney Powell special counsel and give her

9  the security clearance she needs?

10     PATRICK BYRNE:  He did verbally, but over

11  the weekend his staff undermined it and sabotaged

12  it, and this and that, and it didn't get done.

13  And it has not --

14     DR. CORSI:  Well, I'll -- I'll tell you

15  what they do, they put all kinds of trash out

16  about her.

17     PATRICK BYRNE:  Yeah, they put all of this

18  --

19     DR. CORSI:  When --

20     PATRICK BYRNE:  -- me -- the -- the -- the

21  general counsel went out and spun a bunch of lies

22  about the meeting to his pet journalist Maggie

23  Haberman in the New York Times.  Pat Cipollone is

24  a -- is a leaker to Maggie Haberman of the New

25  York Times, and he put out some lies about the

1    meeting and that it was about martial law and

2    Insurrection Act, and this and that.  Those are

3    fabrications.  Not one word --

4        DR. CORSI:  Did it discussed at all -- did

5    anything come up about martial law at all this

6    time?

7        PATRICK BYRNE:  Not one word.  Not one

8    word.  Not -- no, the Insurrection Act was not

9    mentioned, martial law was never --

10       DR. CORSI:  Mag- -- Maggie Haberman makes

11   it her biggest story of the day coming out of

12   there.

13       PATRICK BYRNE:  Yeah, it's a fabrication.

14   It's a fabrication.  And based on the typical

15   unnamed sources that we can't name in the Oval

16   Office -- well, here you have a name source, his

17   name is Patrick Byrne, he was there.  I was there.

18   I posted a picture of me in the White House, which

19   is also something you don't do, but you have a

20   named source who was in the meeting, who's saying

21   that's a flat lie.  Maggie Haberman had printed a

22   fabrication.  The New York Times printed a

23   fabrication.

24       DR. CORSI:  And Mark Meadows did nothing to

25   correct it.  He said -- did nothing to say that

1  was wrong.  He was happy to have the --

2      PATRICK BYRNE:  Oh, I say he's a weak man.

3  He's a weak man.  He's not venal.  He's a go-along

4  guy.  He's probably -- I bet you he's got a

5  million dollar salary waiting for him at some

6  lobbying firm, and I bet you Patrick Cipollone has

7  got a million-and-a-half dollar salary at some --

8  at Sullivan & Cromwell, or something like that.

9      DR. CORSI:  He'll be -- he'll be the toast

10  of the town.  They'll -- they'll celebrate him in

11  the restaurant.  So -- you know, everywhere he

12  goes, you come to the Kennedy Center, they'll

13  stand up and applaud for him.

14      PATRICK BYRNE:  But if Trump fights on --

15      DR. CORSI:  He's going to --

16      PATRICK BYRNE:  -- that's all gone.  That's

17  all off the table.  That's how it works.  Right?

18      DR. CORSI:  Well, these people -- if these

19  people control it -- you know, they think it's

20  going to be all fine, they'll bring Biden in; they

21  -- they don't understand they'll be one of the

22  first to go.  You know, this is basically --

23      PATRICK BYRNE:  They'll be the first

24  against the wall when the revolution comes.  You

25  know, what if -- I can tell you something Donald

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                    34

1  Trump could do that I -- in my mind, would give

2  him like 100 percent chance of victory, he could

3  do it in two minutes, it would be make -- make

4  Michael Flynn his general coun- -- his -- make

5  Michael Flynn his Chief of Staff --

6      DR. CORSI:  Chief of Staff.  Yeah, make him

7  Chief --

8      PATRICK BYRNE:  Sidney Powell either the

9  White House General Counsel or the Attorney

10  General, the acting --

11      DR. CORSI:  Yeah --

12      PATRICK BYRNE:  -- Attorney General --

13      DR. CORSI:  I mean, at least get your

14  friends around you and the people who want to work

15  for you.  Let's get the people in there who will

16  be giving you advice to win, not the --

17      PATRICK BYRNE:  It will be over by January

18  6th.  It should be over by January 6th.  All the

19  answers would be out.

20      Here's another thing, the President was

21  very clear about, he said:  You know, I don't have

22  any trouble leaving on January 20, if I lost.  If

23  I've lost, I'll go, I'll walk to the airplane,

24  I'll leave.  All this stuff about him wanting --

25  you know, but he said:  I don't want to do that

1   and -- if the election was stolen from me, and I

2   just want an answer, Pat -- Pat Cipollone, and

3   you're not doing anything to get me --

4       DR. CORSI:  He'll do nothing.  He has --

5   Pat Cipollone has no intention of helping Donald

6   Trump.

7       PATRICK BYRNE:  We had a -- we have a plan

8   that doesn't involve the military, it doesn't

9   involve seizing computers, it involves inspecting

10  and -- you know, it's organized by General Flynn,

11  and it's organized to a further- -- you know, to a

12  -- fairly well -- that would require -- that would

13  allow the -- the inspection of certain machines in

14  certain places.  We have teams, everything is

15  aligned.  It's like a -- you know, we have an op-

16  -- an -- an execution list, and all the assets and

17  everybody ready to do it.  And by January 4 --

18  really by about December 31st, even if he signed

19  it today, we would have the answer by December

20  31st, maybe January 2nd or 3rd, at the latest --

21  4th at the latest, we're going to have the answer,

22  America would know, was the election rigged or

23  not; and then on January 6th, Congress could make

24  an informed decision.

25      Why are people fighting just having

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                    36

1  transparency?  This is all about -- they don't --

2  they're fighting letting there be an inspection of

3  the elect- -- of the election.

4     DR. CORSI:  They want to get a theft --

5  say, don't worry about this, there's nothing to

6  see here.

7     Now, look what you're telling me -- and I

8  want to really get this point down hard, and that

9  is there's a small group that could -- could save

10  Donald Trump.

11     PATRICK BYRNE:  Yes.  In a New York minute.

12     DR. CORSI:  General Flynn --

13     PATRICK BYRNE:  No problem at all.

14     DR. CORSI:  And the military intelligence

15  guys in Flynn's unit, which have already produced

16  a report showing how communist China owns this

17  Dominion voting systems, and how they are inside

18  it and the data is going to Iran.  This is a

19  national security issue.  Okay.

20     PATRICK BYRNE:  We don't really know that

21  the Chinese own it, but I can promise you --

22  although there are some very murky transactions --

23     DR. CORSI:  Yes, they -- they bought

24  something -- whether they own it outright or what

25  they -- they have made an investment in this

1  company through a shell corporation, and that's

2  been revealed in the SEC filings (inaudible) --

3     PATRICK BYRNE:  The HSBC -- the Hong Kong

4  and Shanghai Banking Corporation has all the

5  intellectual property pledged to it of Dominion.

6  There's so -- you know, whether it's equity or

7  it's a preferred return- -- it's a preferred piece

8  -- there's a -- there's some kind of financial

9  transaction, but what's more important than who

10  owns what is that we know for a fact -- and I -- I

11  have to be careful what I say -- but we now have

12  all the IP data that shows China was on a machine

13  -- well, there's -- there's many examples of this,

14  but we now have a complete soup-to-nuts forensic

15  trail showing a -- a counting machine in a U.S.

16  swing state being accessed through a -- in -- you

17  know -- you know what the internet of things is?

18     DR. CORSI:  Oh, yes.  Of course.

19     PATRICK BYRNE:  The -- an appliance in a

20  room -- that was in a room where the counting

21  machine was, and there was a wireless card in the

22  Dominion machine that was accessed from an

23  appliance, and you inspect that appliance, the IP

24  that was accessing it traces all the way back to a

25  city in China, to a corporate headquarters, and

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                    38

1  it's a corporation that you probably have heard

2  of, and its name is on the list of those

3  corporations that are really sort of front for the

4  Chinese CCB.

5      So the Chinese CCP was coming through the

6  internet and through an appliance in a room

7  accessing the wireless card in the counting out --

8  in account -- account -- Dominion counting machine

9  during the counting.

10     DR. CORSI:  It's through a thermo- --

11  thermostat; they can take a thermostat and have it

12  bounce the data through an IP back to China; so it

13  doesn't happen right in the computer itself.  And

14  --

15     PATRICK BYRNE:  And let's not talk anymore

16  about who -- who -- exactly where and how they did

17  it, but --

18     DR. CORSI:  Okay.

19     PATRICK BYRNE:  We have it all.  We have it

20  all.

21     DR. CORSI:  That's --

22     PATRICK BYRNE:  It's (inaudible) --

23     DR. CORSI:  That would be my -- that's my

24  guess, and from little pieces I've had.

25     But I want to go back to another thing.

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                    39

1   Donald Trump -- okay.  So you go over to the

2   residence now, and I've been in the residence; and

3   so you get up there, it's kind of cozy, the secret

4   service is standing in the hall, but you get in

5   this little private office and close the door, and

6   you -- and Donald Trump orders some food up.

7       Now, what he's doing is, he's treating you

8   like -- you know, like good friends, like he --

9   he's being a host.

10      PATRICK BYRNE:  Right.

11      DR. CORSI:  Now, through that he's saying

12  to himself -- he's kind of letting his hair down a

13  little bit -- I've been with him in moments like

14  this -- where he says:  You know, I really don't

15  have to do this.

16      PATRICK BYRNE:  Right.

17      DR. CORSI:  I could just go golf; why --

18  why did I ever even think to do this?  It was

19  insane.

20      PATRICK BYRNE:  That's exactly what he

21  said.  That -- yeah, he said:  You know, I can

22  leave here, my life will be good, I'll be in the

23  sun, I'll be golfing; I'll be totally fine.  If I

24  lost the election, I'm totally fine.  You don't --

25  you know, it's not right to ask me not to do that,

1    not knowing whether or not I won in a landslide.

2    I think I won in a landslide, and I just want -- I

3    just want the answer, Pat.

4         DR. CORSI:  Well -- and, see, look, there's

5    a couple of things -- first of all, they tell you

6    all this and Donald Trump -- the first time you

7    come into the White House, it's kind of a dump,

8    quite frankly.  I mean, it's an elegant dump, it's

9    a big museum.  But Bill Clinton called it the

10   crown jewel of the federal prison system; you

11   can't even go down the street for a Starbucks if

12   you wanted one.

13        PATRICK BYRNE:  He called it that?  Who

14   said that?

15        DR. CORSI:  Bill Clinton said the crown

16   jewel of the -- the federal -- it -- the White

17   House --

18        PATRICK BYRNE:  Well --

19        DR. CORSI:  -- well, the first thing you do

20   when you come in the White House, you say:  Oh,

21   isn't this all elegant, look at this, isn't this

22   wonderful?  I'm in a museum.

23        The next thing you say is:  This place is

24   kind of small.  You know, it's really kind of

25   tiny.

1      PATRICK BYRNE:  Well, 200 years ago people

2   were a bit smaller than we were.  The average

3   height was about five-foot-six or something,

4   five-foot-seven --

5      DR. CORSI:  And nobody had a house like

6   this 200 years ago.  Now Donald Trump has got --

7   go to the -- if you've ever been in Donald Trump's

8   offices, they're like -- you've got marble, you

9   have gold, you got elegance, you got people

10   waiting on you; why do you have to go do this

11   stupid thing in the White House?  And -- you know,

12   you're here after how many other presidents and

13   how many people have used this place, and nobody

14   stays there permanently, so nobody really takes

15   care of it.

16      Harry Truman got the White House, he had to

17   gut the whole thing after the Roosevelts, and

18   rebuild it from the inside out.  I mean, that's

19   how badly --

20      PATRICK BYRNE:  (Inaudible) security

21   reasons for that, too, because --

22      DR. CORSI:  Yeah.  Well, there are.  But

23   the point is this -- I'm -- I'm going -- driving a

24   different point here.  I'm saying that Donald

25   Trump basically gets into these moments, which is

1   natural, to say:  Why do I have to do this?  And

2   -- you know, it reminds me of -- of hard things

3   that other presidents and other people have had to

4   do, or -- at Christmastime, I'm sure Jesus Christ

5   in the Garden of Gethsemane praying, couldn't you

6   just take this cup from me?  Why do I have to do

7   this?

8        PATRICK BYRNE:  Yeah, that -- he basically

9   said I need this like a hole in the head.  He

10  didn't say those words, but that was the attitude

11  to summarize, like I need this job like a hole in

12  the head; my life would be great without this job.

13       But he also knows the republic needs him to

14  stand tall right now, he -- they -- it --

15       DR. CORSI:  Well, it -- it's a --

16       PATRICK BYRNE:  -- (inaudible) needed this

17  nonsense, we don't get another bite at that apple.

18  You know, they have asked us to surrender over

19  recent years and decades on all kinds of core

20  principles, like freedom of speech, now hate

21  speech isn't free speech, say the NPCs, freedom of

22  assembly.  Look at what's happened with the goon-

23  -- with the agonism that's taking over America and

24  they're allowing goons to bring political violence

25  to intimidate people, hope -- who peaceably

1  assemble with positions they don't like.  Nuns

2  being forced to pay for abortions and -- and just

3  freedom of religion has eroded.  Rights of the

4  innocent until proven guilty.  Look at Kavanaugh.

5      On and on they've eroded, but the core

6  concept of our tradition -- and you know as a

7  political scientist, the tradition of the core --

8  the atomic concept is consent of the governed; and

9  what it -- how do you know what it is to which the

10  governed consent, you hold a free, fair and

11  transparent election.

12      They have clearly violated that.  If they

13  -- if we allow -- if we bend a knee to this one,

14  it's the most atomic concept and we don't get

15  another chance.  We have surrendered way too much

16  ground.  And if we surrender on elections that are

17  free, fair and transparent, that's the end of the

18  American experiment.

19      DR. CORSI:  And -- and finally, you know,

20  these great heroes -- I mean, you finally get to

21  the point where they say:  If I don't do it, who's

22  going to do it?  If I don't stand up for this,

23  who's going to stand up for it?

24      PATRICK BYRNE:  Right.

25      DR. CORSI:  I mean, and -- and at that

1  point -- you've been CEO, when you get to one of

2  those points in your business, what do you do?

3      PATRICK BYRNE:  Well, you -- you have no

4  choice.  You are the steward as -- in the

5  business, you're the stew- -- steward of the

6  capital of other people of the hopes and

7  aspirations of other people.  And you -- you don't

8  have any choice, you keep marching.

9      And I think the President has -- you know,

10  he's right, he more or less said:  I don't have --

11  of course I can't -- the -- well, we told him --

12  General Flynn told him:  Sir, this is not about

13  you, this is not about Donald Trump; this is about

14  the American republic.

15      If -- and he basically said the same thing:

16  If you let them do this and rig an election

17  without even getting to the bottom of what

18  happened, that you're -- you're just not allowed

19  to do that.  That's more or less what he -- and --

20  and President Trump had -- didn't need Michael

21  Flynn to tell him that.  President Trump knows --

22  knew all that already.

23      But he's got these mendacious mediocrities

24  led by Pat Cipollone -- you know, lying to him,

25  giving him the worst legal advice I have ever

1  heard.  And finally, he's saying things like:  If

2  -- you know, telling President Trump that if you

3  don't accept this and just walk away, and just

4  take it -- although he doesn't put it into those

5  words, he says it in terms of you can't do

6  anything.  Anything that gets proposed, he says:

7  No, no; you can't do that.  No, you can't do that.

8  Oh, no, no; you can't do that one either.

9      Until he -- if he -- he -- we knew -- we --

10  we reached the point where we were saying -- well,

11  they were at one point saying no without even

12  having a reason; and then they would turn and

13  discuss with each other, let's come up with a

14  reason, basically.  But they were just saying no

15  reflexively.  It was so transparent.  It's

16  transparent.

17      That's the funny thing about crooks.  You

18  know, Buffett says:  Sometimes crooks just look

19  like crooks.

20      Well, go and look up a picture of Pat

21  Cipollone, and he acts just like he looks.  He's a

22  little weasel.

23      DR. CORSI:  If you were a CEO in that

24  situation, what would you do with Pat Cipollone?

25      PATRICK BYRNE:  I would have -- I would

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                    46

1   have fired the guy in a New York minute.  They

2   would have -- I would have fired the guy on the

3   spot --

4        DR. CORSI:  And --

5        PATRICK BYRNE:  -- let alone when he stood

6   up and started shouting, he started shouting at

7   the President, which is when things started

8   getting heated.  And -- you know, it --  so it --

9        DR. CORSI:  Those are the moments when

10  Cipollone is feeling loss of control, and he wants

11  to get back -- get Donald Trump back under his

12  control; is that what you saw going on?

13       PATRICK BYRNE:  Yeah.  When -- when

14  President Trump started hearing from us -- no,

15  there are alternatives.  There's all kinds of

16  attorneys (sic) -- Barack Obama signed a finding

17  that would be of use to the President now.

18  There's a 2018 finding called Foreign Interference

19  -- an executive order about foreign interference

20  in domestic elections.  It gives the President all

21  kinds of power.

22       You know, the -- by federal law, these

23  machines are -- have to be and the -- the data and

24  everything has to be maintained for 22 months.  22

25  months.  There's a reason that's the law.  The

1  reason that's the law is if an something untoward

2  happens, as clearly happened in this election

3  where they're shutting down voting counting --

4  vote counting and things like that, the American

5  people who need to have faith in their elections

6  could examine, could inspect, and determine what

7  actually happened.

8      There's -- that's the reason there's the

9  law.  Can anyone honestly say that the threshold

10  of -- has not been met of -- that should trigger

11  Americans get to inspect the actual -- the data --

12  the -- the raw data and see what happened, and

13  inspect -- you know, that -- that's the reason

14  they -- there's a law these people have to keep

15  the machines and keep the tapes and keep the --

16  the data.

17      We clearly have reached a threshold of --

18  there's -- you know, not probable cause in the

19  sense of criminal activity, we got to put people

20  away; but clearly there were enough irregularities

21  about this that it -- it -- it bears an

22  inspection.  Let's just have an inspection.

23  That's all we're asking.

24      And the lawyers are like:  No, no; you

25  can't do that, because -- because -- because --

1  because the sun's rising in the west, and because

2  the Japanese yen is doing this; and no, you can't

3  do any of that.

4      It was bizarre.  It was surreal.

5      DR. CORSI:  You know what President Lincoln

6  said about why he kept Grant, because everybody

7  says he's a butcher, he's this, he's a drunk; what

8  -- do you know what --

9      PATRICK BYRNE:  (Inaudible) my favorite

10  lines of Lincoln, it was -- I think it was

11  (inaudible) wife who said something about:  How

12  can you be promoting that man?  He's a slob.  He's

13  a drunk.  And is that -- and Lincoln said:  You

14  know what, madam, find out what that brand of

15  whiskey the man drinks so that I might send my

16  other generals a barrel of it.

17      DR. CORSI:  That's right.  And he said:

18  Finally -- to somebody he said:  Why do you keep

19  -- you know, why do you keep Grant, he's this --

20  just like Donald Trump, they would demonize these

21  people who are going to win the war.  And -- and

22  -- and Lincoln said:  I keep him because he

23  fights.

24      PATRICK BYRNE:  Right.

25      DR. CORSI:  He fights.

1     PATRICK BYRNE:  Yeah.

2     DR. CORSI:  With --

3     PATRICK BYRNE:  (Inaudible) if he made

4  Flynn his general coun- -- his Chief of Staff, and

5  Sidney as general counsel, this thing would be

6  over by New Year's Eve.

7     DR. CORSI:  It -- it would be over by noon.

8     PATRICK BYRNE:  Yeah.  Yeah.

9     DR. CORSI:  You know, because -- again, so

10  McCollum could never cross the Potomac and do a

11  fight.  Every time he won a victory, he went back

12  and licked his wounds.  And General Grant comes

13  on -- General Grant says -- Lincoln says:  If I

14  give you the Army, what are you going to do?  And

15  grant says:  Wherever Lee is, I'm going to be.

16  And I'm going to fight this guy, and we're going

17  to kill the- -- because you have to kill the enemy

18  or you're not going to win.  So he went to battle.

19     Trump needs people around him like you,

20  like Flynn, like Sidney Powell, who will fight for

21  him.

22     PATRICK BYRNE:  I'm -- I'm not -- I'm not

23  -- I'm not one for government certainly --

24     DR. CORSI:  No, you don't have to be

25  government, Patrick.  Just stick around and -- and

1   talk to them.

2        PATRICK BYRNE:  Well, I'm not even fighting

3   for President Trump.  I'm fighting for the

4   constitution.  And I know what's coming if we bend

5   a knee to this.  And that -- and so I want to --

6   so I actually like President Trump much more than

7   I had anticipated.  I think he's a very fine man.

8   I really enjoyed him.  All this stuff about him

9   being a racist (inaudible) is total nonsense.

10       But I did not -- I -- I think he cares a

11  great deal about the country.  He's not selfish.

12  And -- so I don't even see it as fighting for him,

13  I fight for the constitution; which -- you know,

14  if this were happening to Barack Obama, I would be

15  doing the exact same thing.  I probably would have

16  done it a bit earlier.  I felt an obligation to

17  bend over backwards to stay out of it; but if this

18  had happened to Obama or Bush or Clinton, I would

19  be doing just the same thing.

20       But at this point I've really come to have

21  an affection for Trump that I know I -- I did not

22  anticipate I was going to have.

23       DR. CORSI:  Well, Trump has been so

24  demonized that everybody has this idea of him, and

25  -- you know, Lincoln was demonized.  They called

1  him a monkey, they called -- I mean, they -- there

2  are forces that don't want to win, the forces of

3  evil --

4       PATRICK BYRNE:  Right.

5       DR. CORSI:  -- who want to destroy the

6  country, always demonize those who are going to

7  succeed.  I mean --

8       PATRICK BYRNE:  Right.

9       DR. CORSI:  -- look at Patton, how he was

10 demonized.

11      PATRICK BYRNE:  Yeah.  He just won.  Yeah,

12 you know, these -- it's a certain mentality you

13 sometimes come across among the intellectual class

14 that -- well, first they hate America.  These

15 people hate America.  I've been around it.  A lot

16 of these people just deep down hate -- on the

17 left, they just hate America.  And I think they

18 would love us to lose to China.  I think that they

19 really have just very low self-esteem and their

20 way of handling their bitterness is to be lefty

21 goons.

22      DR. CORSI:  Well, the -- again, all these

23 heroes we're talking about, looking at the picture

24 of Church- -- a picture of Churchill, looking at

25 the pictures of Lincoln; what Donald Trump is

1   reaching into himself to find and -- is that

2   bottom line, if I don't do it, who's going to --

3   who is -- who else is going to do it?

4       PATRICK BYRNE:  Correct.

5       DR. CORSI:  And it's my job to do it.  And

6   I'm going to take that job.

7       I mean, go -- I'm -- I'm confident Jesus

8   Christ in the garden -- Garden of Gethsemane,

9   knowing what was coming, had to think:  Why do I

10  have to go through this.

11      PATRICK BYRNE:  Yeah.  Talk about someone

12  who needed that job like a hole in the head.

13      DR. CORSI:  Yeah.  I mean, what -- what am

14  I here doing this for?

15      PATRICK BYRNE:  Right.

16      DR. CORSI:  Yeah.  Son of God, and I'm here

17  doing this for these people?

18      PATRICK BYRNE:  Yeah.  But he's got an

19  obligation, as President Trump understands his

20  obligation.  General Flynn a couple times started

21  -- you know, even said things like that, but

22  President Trump showed he didn't -- I mean, he --

23  he didn't -- he didn't need General Flynn to tell

24  him, but it -- that we're all thinking along the

25  same path; as ugly as this is, as horrible as this

1  is, he has an obligation not to fall to a rigged

2  election.

3      And all that means is let's have some

4  transparency.  There's a reason the law is written

5  that way.  There's a reason that we -- that the

6  law is written that -- so these machines are

7  inspectable, the data is inspectable.  Let's

8  inspect it.  We could be done by January 4th, and

9  on January 6th that Congress could make an

10  informed decision, and -- and the state

11  legislatures can make an informed decision, and

12  the Congress can make an informed decision.

13  That's -- you know, what's wrong with that?

14  What's wrong with a little transparency?

15      DR. CORSI:  Yeah, we the people want to see

16  courage.  I want to see courage here.  Let's get

17  -- let's do the right thing.  I mean, why are we

18  giving in and taking a knee to this crap?

19      PATRICK BYRNE:  Right.  Well, (inaudible)

20  media is -- I mean, they're really in the business

21  of just distorting the truth --

22      DR. CORSI:  Well, shut them down under that

23  Insurrection Act.  They're helping China.  Shut

24  them down take.

25      PATRICK BYRNE:  No, we don't have to --

1      DR. CORSI:  Take -- freeze their assets --

2      PATRICK BYRNE:  -- do anything like that.

3  We don't have to do anything like that.

4      I think we do have to say that our -- our

5  internet platforms, which have protection from all

6  the -- don't have to face libel charges, because

7  they're just supposed to be neutral platforms,

8  between their -- just their algorithms and their

9  outright censorship, they have -- they clearly are

10  publishers; whether they -- you know, it's a new

11  concept that wasn't around 20 years ago when that

12  law was written, but they clearly have become

13  publishers and they should be -- lose their legal

14  protection from -- from lawsuits for libel,

15  because when you're -- when you're suppressing the

16  kind of stories the way they do and you're

17  boosting the other stories, and you're not just

18  suppressing some stories, you're outlawing some

19  stories, you are now a publisher.  Whether or not

20  -- you can't just be -- see yourself as a neutral,

21  you know, platform like you're a tree in the town

22  square that people are going and nailing -- you

23  know, a pamphlet to.  You've become a publisher.

24      DR. CORSI:  Patrick, if you're going into a

25  fight, who do you want around you?  Do you want --

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                    55

1   you go into it with a guy like Rocky, you want to

2   go around with guys who are telling you, you can

3   win?  You want to go around -- who are you going

4   to pick to go into the most difficult fight of

5   your life, who are you going to pick?  A CEO.

6        PATRICK BYRNE:  Well, people who want you

7   to win, people who think you can win, people --

8   well, most fundamentally, people who want you to

9   win.  Trump is surrounded by leaders who have --

10  in his White House who do not want him to win.

11  And the Republican party -- McConnell, who's a

12  crook, who's in the pocket of China, you ought to

13  -- Americans ought to vote -- keep track of what

14  Republicans stand tall in the saddle, and which --

15  which are part of this.  And I think we're going

16  to get an x-ray of the establishment over the next

17  couple of weeks.  We're going to see which people

18  are really in the pocket of China, who surrender

19  monkeys, who stand for nothing, who are go-along

20  guys, like Mark Meadows who are just -- pardon me

21  -- but just pussified.

22       I know you're probably not cool with that,

23  but I just -- it -- you know, I'm --

24       DR. CORSI:  It doesn't -- it doesn't bother

25  me.

1      PATRICK BYRNE:  Truman said of an opponent:

2   I could carve a better man out of a banana.

3   That's the -- you know, that's the best.  That's

4   Mark Meadows.  That's Mark Meadows.  I mean, he's

5   just a banan- -- you could carve a stronger man

6   with a more backbone out of a banana.

7      When you get to people like Pat Cipollone,

8   you're talking about actually bad guys.  They're

9   -- they're not just neutral-flabby indecisive,

10  you're talking about bad people who want -- who

11  actively want the President to lose.

12      If Mark Meadows thought that it was to his

13  benefit tomorrow or -- I mean, Mark Meadows has to

14  see which way the wind's blowing, and then -- he's

15  one of these leaders, which way is the wind

16  blowing?  Okay, I'll lead people that way.  He's

17  one of those guys.

18      The other people are venal.  They're -- and

19  Trump --

20      DR. CORSI:  (Inaudible) when Trump -- Trump

21  gives an order, and these other people don't do it

22  -- I mean, when you want to give an order as CEO,

23  and the people actually do it, go out and fight

24  for what you want done --

25      PATRICK BYRNE:  Right --

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                        57

1      DR. CORSI:  -- instead -- instead of it

2  coming back with excuses as to why it can't be

3  done.

4      Agent X, you wanted to say something?

5  Please, go ahead.

6      AGENT  X:  Yeah.  This is -- so -- so,

7  Patrick, in your opinion -- I mean, you have

8  people like General Flynn and Sidney Powell and

9  yourself around Trump, and he sees that you're

10  patriots and these other people are -- are

11  undermining him, what's stopping him from making

12  the decision to get rid of those unpatriotic

13  people and -- and -- and put in the right people?

14      PATRICK BYRNE:  He's very loyal.  He's very

15  loyal.  And he's loyal to Rudy, and Rudy's a

16  wonderful man, and they're old friends.  And I

17  don't know if he has many old friends left, but

18  Rudy isn't the fellow to storm the beach, in my

19  respectful opinion.  I love Rudy.  He's America's

20  mayor.

21      Rudy has stormed the beach many times in

22  his life.  He took down the mafia.  He took down

23  -- you know, he was 9/11.  The mayor on 9/ 11.  He

24  has stormed the beach enough.  It's time -- Rudy

25  should be the General Marshall of this effort.  He

1   should be the guy -- George C. -- George C.

2   Marshall was in the Pentagon during World War II,

3   and both F- -- well, FDR and Churchill -- and I

4   think even Stalin said this is like the finest man

5   I ever met in my life, they all thought was George

6   marshall.  He was an extraordinary man.

7        And when the opportunity -- when the time

8   came to invade Europe, you know, Marshall --

9   Marshall knew whoever was going to lead that Army

10  was going to go down in history.  And he -- and

11  the -- President Truman -- President Roosevelt

12  asked him -- you know, formally offered it to him,

13  but -- but also said:  I couldn't sleep night- --

14  nights that George Marshall were -- was out of

15  Washington D.C., I couldn't sleep.  He was the

16  most competent able man.

17       And Marshall knew and wanted the job, and

18  knew that he would go down in history for taking

19  it; but he wouldn't give the President an answer.

20  He wouldn't say, yes, please give me that job.  He

21  just said:  Sir, you -- you know, that's not my

22  decision, and you have to do -- and finally

23  Roosevelt decided I can't sleep with George

24  Marshall outside of Washington D.C., and they gave

25  it to this younger General Dwight Eisenhower, who

1  was the big historic general and became President;

2  and they all knew that was going to be the case.

3      But Rudy should be the George Marshall by

4  the President's side, advising the President.

5  He's -- he's -- he doesn't have to storm the

6  beaches at Normandy.  He has stormed the beaches

7  at Normandy, he stormed the beaches at

8  Guadalcanal, he stormed the beaches in the

9  Philippines -- where was it that MacArthur went

10  ashore -- you know, he's -- he's -- he has stormed

11  enough beaches, and he's 76.  He's not the fellow

12  to storm this beach, he's the -- he should be --

13  he should be the George C. Marshall advising the

14  President, and talking to the President.

15      My view is Sidney Powell is the one who

16  storms -- should storm this beach.  If she storms

17  this beach we win.  She storms the beach and you

18  let Mike Flynn be -- you know, Michael Flynn

19  doesn't even have to be -- even have to have an

20  official role, but just let's see -- let him work

21  for Sidney Powell.  He's a wonderful strategist.

22  He's a brilliant man.  He's also a really fine

23  gentleman.  And he -- let him storm the bea- --

24  let Sidney Powell storm the beach, and let Rudy be

25  like George C. Marshall back in Washington and

1  advising the President.

2      DR. CORSI:  And with -- with this kind of a

3  combination -- I mean, you get -- so I -- I agree

4  with you entirely.  I think you got it analyzed

5  correctly.

6      And the -- you know, you get a resolve here

7  to go in.  Rudy is terrific, and will play the

8  George C. Marshall role.  Sidney Powell, as a

9  woman -- especially -- Washington really hates to

10  see a woman win for Donald Trump.  Let her go do

11  it.

12      PATRICK BYRNE:  Yeah, let her -- and she

13  would.  You know, she would.  She's so far -- let

14  me tell you, I came here the day after -- well,

15  the -- the day after the election I got in touch

16  with Rudy and Sidney, and started bringing them

17  information.  And so I've actually been on this

18  since August.  I knew what the goons were going to

19  do.  And that's a story for another day.

20      But I knew that they were going to steal

21  this.  And there's a group of cyber guys who were

22  on this, too, and they -- they were on this and we

23  met up in August, and I started funding things;

24  and we had this plotted out what they were going

25  to do.  They -- Sidney -- Sidney got it

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                                61

1   immediately.  Rudy -- you know, Rudy under- -- but

2   Rudy -- Rudy's in a different place.  Rudy came at

3   this a bit differently.  He -- I mean, he's smart

4   as a whip, but Sidney had already, I would say,

5   figured out what had happened.

6        And I think it was when we went to the more

7   -- she had already figured out what happened, she

8   didn't have the technical knowledge, didn't have

9   the data, didn't have the math- -- mathematicians

10  and stuff, but when we went in and explained -- I

11  think it was the Thursday or the Friday after the

12  election what we saw had happened, we had already

13  carved things out and we found that -- just how

14  they had done it; which as -- as everybody gets by

15  now, they picked -- and as you understand as a

16  political scientist -- they -- there's six

17  counties in America -- you don't have to steal

18  across America to steal America, there's six

19  counties that if you just steal those counties,

20  you steal the country.  You flip the states

21  they're in, you flip the electoral college, you

22  steal the country.

23       We had that all sort of deconstructed,

24  reverse engineered by the Thursday after the

25  election or the Friday.  Sidney was totally super

1   receptive to what we had to say.  It was a little

2   far-fetched for other people in Washington, but

3   Sidney got it immediately, and she's so far ahead

4   of everyone else on this.  She -- this will be

5   over by January 4th, in ten days we can have

6   everything done and an answer for America.

7        And, hey, if Joe Biden won, I'll be the

8   first to say President Biden.  That's fine by me.

9        DR. CORSI:  He didn't win.  He stole it.

10  You know that.

11       PATRICK BYRNE:  My father was an actuary

12  and I grew up on this saying, the saying of the

13  American actuarial society is:  Substitute facts

14  for impressions.  We all have -- our impressions

15  about what happened on November 3rd.  Let's --

16  let's get some -- get the facts; 10 (inaudible)

17  days.

18       DR. CORSI:  And Patrick, I don't think

19  people know you put this team together, even

20  before the election.  So you've got experts in

21  place?

22       PATRICK BYRNE:  Oh, yeah.  We have experts

23  in place.  We've been working on it for months.

24  We already reversed engineered a lot of what

25  happened.  And we would like to go and pull some

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                    63

1   data off these machines.

2       Dominion can be there.  The democrats can

3   be there.  We can have cameras on the machines.

4   Just let us touch -- access the machines for a

5   couple hours -- bom-bom-bom, bom-bom-bom -- give

6   us three or four days to crunch some numbers;

7   we'll be able to tell you what happened.

8       DR. CORSI:  I want you to bring -- you come

9   can back with some of those guys, let's just show

10  the American public right here.

11      PATRICK BYRNE:  Phil Waldron.  Phil

12  Waldron, you've seen him.  He spoke at Michigan.

13  He spoke at Arizona.  He spoke at some of those

14  hearings that -- he was next to Rudy.  He

15  explained things.  He's the fellow who wore that

16  mask in Pennsylvania and he spoke immediately

17  after Rudy -- Mayor Giuliani did.  And he -- he

18  can -- he's a -- he and the hackers -- he's really

19  the CEO of a company that -- and there's another

20  fellow named Russ Ramsland -- and they all -- they

21  attack the credibility of these guys and are --

22  are they real technologists, this and that; no,

23  these guys are CEOs of cyber companies.  Under

24  them are the computer forensic guys who are the

25  licensed certified forensic computer -- you know,

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                    64

1   they -- they have the certifications that let them

2   take data off machines, and present it in court.

3   This whole thing can be done under the nose of

4   U.S. Marshals; and we can get it, and we can make

5   it happen.

6       But for some reason --

7       DR. CORSI:  (Inaudible) bring -- can we get

8   them -- can we get them here tomorrow or over the

9   weekend?  Or let's just keep going.

10      PATRICK BYRNE:  Well, I -- I would love

11  that.  I don't control their schedule, it's

12  Christmas.

13      DR. CORSI:  Well, you --

14      PATRICK BYRNE:  But I can put in a good

15  word for you with Phil.

16      DR. CORSI:  Well, I want you there, too.

17      PATRICK BYRNE:  Okay.  He's a -- okay.

18  Well, I'll text him as soon as we're off and see

19  if he feels like coming on and -- and I'll connect

20  you by text, and leave it up to him.

21      DR. CORSI:  Yeah.  I -- I want you to get

22  the -- all these guys, let's explain it chapter

23  and verse to the American people.  Let's show them

24  what they know.  And you've got the team, let's

25  just be CEO here -- you could be CEO of this

1   project, figure out who we need to talk to, we'll

2   get them in here.

3       PATRICK BYRNE:  Copy.  We'll go.

4       DR. CORSI:  Okay.  And also from President

5   Trump, I don't want you to give up trying to talk

6   to him.  You're talking to him right now.  He'll

7   be listening to this; what would you have to say

8   to President Trump?

9       PATRICK BYRNE:  One thing I would say:

10  Sir, is as we parted on Friday night, I started

11  trying to tell you something, it was 12:10, I

12  stumbled a bit; I know something that you don't

13  know about a cover-up, and I can tell you

14  something that will change this whole scene for

15  you.  You give me two minutes, sir.  Give me two

16  minutes and I can tell you something that will

17  expose a cover-up and change this entire picture

18  for you.

19       The other thing I would say is keep

20  fighting.  What I really want to say is to the

21  American people, this is not a time -- what's that

22  Shakespeare line about sunshine shoulder --

23  fairweather soldiers or something?

24       DR. CORSI:  Uh-huh.  Right.  It's -- it's

25  -- it's in one of the -- it's one of the --

1     PATRICK BYRNE:  Was it Henry?

2     DR. CORSI:  We -- we -- Henry --

3   (inaudible) small band of men here will remember

4   this forever --

5     PATRICK BYRNE:  Well --

6     DR. CORSI:  -- you know --

7     PATRICK BYRNE:  -- this is that moment for

8   us.  This is that moment.  We're about to lose our

9   country to a rigged election.  It doesn't matter

10  how you feel about Donald Trump or whether you

11  voted for him or not.  I didn't vote for him, but

12  the right thing to do is you cannot let this

13  happen.  On August 4th -- January 4th, 5th and

14  6th, there have to be mass demonstrations around

15  this country in every state capital and in

16  Washington D.C.

17      We're going to -- we're trying -- we're

18  asking millions of people to come to Washington

19  D.C.; if you have to camp out -- you know, if you

20  have to camp out on the mall, camp out on the

21  mall.  Let it be our Valley Forge.  4th and 5th

22  and 6th, Congress is meeting on 1:00 p.m. on the

23  6th.  We have to have been here for a couple days

24  already, and we don't raise hell.  We're not the

25  violent guys, we're -- we're better than the other

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                    67

1   guys.  We're several steps better than the other

2   guys.  The other guys are probably going to try to

3   bring violence and intimidation; let us -- let's

4   show them with love and in peace that we're not

5   going to be intimidated, we're not -- we're not

6   going to be intimidated and we have -- you have to

7   -- if you -- you know, if you don't do this now,

8   America, I promise you within six months to a year

9   you're going to be regretting that you do not --

10  that you -- this -- you'll have understood this

11  was your last moment to have made a difference.

12      So come to Washington D.C. on January 4th

13  and January 5th for mass protests like this city

14  has never seen.  And if you can't make it here, do

15  it in your state capital.  And I mean -- you know,

16  the same rules apply to us as apply to them.  And

17  -- and only we're going to do it peaceably.  We're

18  not going to be like the goons.

19      I do think it's time we say if the goons

20  show up with their violence, we can't -- we cannot

21  be intimidated.  We cannot be intimidated anymore

22  if the -- if the goons have introduced political

23  violence into the discourse, we don't have to take

24  it anymore.  And if -- and if the police are not

25  going to protect us, it's -- you know, the right

1   of (inaudible) John Locke, the most fundamental

2   right you have -- you know, a dog has the right to

3   self-defense.  We're free men, we do not take

4   being intimidated by goons.

5       So come, but other than that, we're going

6   to be -- we want to have the moral high ground.  I

7   mean, not other than that -- we always want to

8   have the moral high ground.  We're going to be

9   better than the other guys, but we're not going to

10  be intimidated.  And if you don't want -- if you

11  want to stop this, come to Washington D.C. on

12  January 4th, 5th and 6th, and be prepared to show

13  Congress that it -- we're not going to let slide

14  -- we're not going to bend a knee to them taking

15  away the most fundamental concept of our

16  tradition, which is consent to the governed.

17      If you let this one slide, you -- you're --

18  it could be 1,000 years of darkness.

19      DR. CORSI:  Well, there's going to be 1,000

20  years of peace and 1,000 years of light, because

21  we're going to fight this thing.  And I -- I --

22      PATRICK BYRNE:  Trump loves you.

23      DR. CORSI:  Let's call -- let's call people

24  to Washington.  Let's call -- how about the

25  caravans?  Get out of the caravans again.  Get the

Dr. Corsi News Parick Byrne Explains
December 24, 2020                    69

1   --

2      PATRICK BYRNE:  Right.

3      DR. CORSI:  -- boat caravans, the car

4   caravans.  Let's get out in the streets again with

5   the Trump flags.  Let's quit being afraid of these

6   guys.

7      Would you agree with that, Patrick?

8      PATRICK BYRNE:  Absolutely, stop being

9   afraid of them.  Absolutely, we do not want to be

10  the violent guys; but if they think they're going

11  to intimidate us anymore, it is time for us to say

12  we have -- we have been -- we have let that happen

13  too -- longer than we should have, and we are not

14  going to let it happen now.

15     DR. CORSI:  And Sidney Powell and Michael

16  Flynn shouldn't take the fact that Mark Meadows

17  says they can't talk -- just go ahead and be

18  special counsel, let's start going to these stuff

19  -- get -- I'll have them right here, we'll --

20  we'll do the indictment right here.

21     PATRICK BYRNE:  You're -- Dr. Corsi, if you

22  can get me five minutes on the phone with the

23  President -- at this point, the secret service,

24  I'm sure I'm on some watch list that I'm going to

25  get shot in the head if I get anywhere close to

1   him -- if you can intercede and give me five

2   minutes with him, I can tell him something that

3   will blow up this -- that will change the entire

4   narrative.  I can blowup a cover-up.  I only

5   became aware that he -- that there was a cover-up

6   at -- on -- on certain crucial facts, just as we

7   parted at midnight at 12:10 on Friday night --

8   Saturday morning as we parted, I said something to

9   him that I didn't catch, and myself and some other

10  people who were there have realized, he doesn't

11  know something.  A very important fact has been

12  kept from him that could change the entire

13  picture, but I need to speak with him for two

14  minutes.

15      DR. CORSI:  Well, I pretty well know what

16  that is, I think -- let's do a couple things here.

17  Number one, you were involved in the Barack Obama

18  bribing Hillary.

19      PATRICK BYRNE:  Yeah, I bribed Hillary

20  Clinton $18 million.  Hillary Clinton took a $20

21  million bribe, the FBI told me.  In December of

22  2015 they told me.  And in January -- January 2016

23  I set Hillary Clinton up on an $18 million bribe,

24  which she took.  And it turned out to be all about

25  blackmail from Barack Obama.

1      I can give President Trump the names,

2    dates, the names of the agents --

3      DR. CORSI:  Right.

4      PATRICK BYRNE:  -- and exactly where it all

5    happened, and more -- and more that -- that I have

6    not -- that we're not talking about here, but I

7    can bring this whole thing down.  But I need two

8    minutes on the phone with the fellow.

9      DR. CORSI:  As I read what you wrote --

10     PATRICK BYRNE:  (Inaudible) it became clear

11   it's been kept from him.  There's a cover-up going

12   on about some crucial information that has been

13   kept from the President.  If I have two minutes to

14   give it to him, it will change the whole

15   narrative.

16     DR. CORSI:  And -- and from what you've

17   said -- I mean, you were -- they -- the FBI took

18   you out at the last step before the bribe was

19   paid; so you didn't actually see it paid, but you

20   know it was paid -- I know it was paid, too.  I

21   mean, everybody -- I -- all my sources says that

22   -- say that bribe was paid.

23     PATRICK BYRNE:  It was paid in the spring

24   in the course of the investigation.  I was shown a

25   document or a picture of a document that is

1  consistent with that bribe having been paid.  It

2  was a bank record that showed the bribe had, in

3  fact, been paid.

4      DR. CORSI:  And Barack Obama's purpose, I

5  think there was, to become President himself,

6  because of -- the information we've been told is

7  correct, Putin had the idea that he could get her

8  impeached -- or get her indicted.  That bribe

9  would have been nice.  Barack Obama might have had

10  two more years in the White House, the same with

11  --

12      PATRICK BYRNE:  I heard -- I heard a

13  related, but slightly different version of what

14  was going on.

15      DR. CORSI:  Tell us --

16      PATRICK BYRNE:  And that may well have been

17  one plan and then there was a backup plan and then

18  there was a backup to the backup plan.

19      DR. CORSI:  Tell us about them.

20      PATRICK BYRNE:  Well, I -- I think we've

21  said enough for today.

22      DR. CORSI:  Well --

23      PATRICK BYRNE:  I'll tell the President

24  about it, but I --

25      DR. CORSI:  Okay.

1      PATRICK BYRNE:  Okay.

2      DR. CORSI:  We will --

3      PATRICK BYRNE:  -- (inaudible)

4    incidentally, I'm going to get iced.  If I get

5    iced, people should go -- yeah, well who cares.

6      DR. CORSI:  We know where they should go;

7    you told us which -- which publications.  You've

8    published all this before.  People just need to

9    read it.

10      PATRICK BYRNE:  Deep Capture.

11      DR. CORSI:  Deep Capture.  Where do they

12    find Deep Capture?

13      PATRICK BYRNE:  Deepcapture.com.

14      DR. CORSI:  Okay.  We're going to have you

15    back, and we're going to have read that and people

16    are going to see that, and then we're going to

17    talk about it.

18      But we'll -- offline, we'll get President

19    Trump your phone number.

20      PATRICK BYRNE:  Thank you.  Get it -- that

21    would be -- that would be -- that -- that could

22    change history, sir.

23      DR. CORSI:  Well, you know, I -- look, I

24    told Mueller to go F-himself.  Now we can tell

25    these entire bunch of Biden-Obama criminals to go

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                    74

1    F-themselves.

2         PATRICK BYRNE:  Yes.  I -- well, if you get

3    me two minutes on the phone with him, I can tell

4    him something -- it became apparent to us and we

5    put the pieces together afterwards, he's --

6    there's a cover-up going on, and there's some

7    crucial information he needs to know that he's not

8    been told.  And it would change this whole picture

9    for him if I have two minutes.

10        DR. CORSI:  You'll -- you'll get him.

11        PATRICK BYRNE:  Thank you, sir.  I'll keep

12   my phone with me.

13        DR. CORSI:  Well, we're going to -- we'll

14   -- we'll work on this today, and we'll get this

15   done.  President Trump will tell Mark Meadows to

16   go park himself; and hopefully -- he's still in

17   charge.  He's still the President.  Mark Meadows

18   is not -- I don't recall Mark Meadows having been

19   inaugurated President, taking the oath of office,

20   do you?

21        PATRICK BYRNE:  No.  But Meadows could be

22   part of the winning team.  He could actually be

23   part of the winning team.  He doesn't have to fire

24   Meadows.  He's got to fire a Pat Cipollone.  And

25   --

Dr. Corsi News Parick Byrne Explains
December 24, 2020                          75

1      DR. CORSI:  Well --

2      PATRICK BYRNE:  -- and if he makes Sidney

3  Powell the White House General Counsel, this thing

4  will be over -- you know, this thing will be over

5  by January 4th.  And Sidney's with me.  Sidney's

6  with me in the sense of -- hey, if the data turns

7  out to be that we are wrong, President Biden.  And

8  no one will -- no one will do that more than

9  Donald Trump.

10      Donald Trump -- I know it, when we talked

11  about it, he said if -- you know, if -- if it

12  turns out not to be there, he will be -- he will

13  walk to his helicopter gracefully, fly away --

14      DR. CORSI:  Forget that.  We -- that's a

15  whole -- that's a nightmare.

16      PATRICK BYRNE:  Well --

17      DR. CORSI:  I don't even want to think --

18      PATRICK BYRNE:  -- (inaudible) --

19      DR. CORSI:  -- I know --

20      PATRICK BYRNE:  -- the data -- let's see

21  the data.

22      DR. CORSI:  Let's see the data.  That's --

23  that's -- we're going to do that, we're going to

24  show the data here.

25      PATRICK BYRNE:  Yeah.

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                    76

1       DR. CORSI:  Okay.  Now, Agent X, you've

2   been listening to this; how do you think we go

3   operational, what do we do?

4       AGENT  X:  Well, I -- you know, I -- I

5   think that -- right now it sounds like President

6   Trump has to take action to remove the traders and

7   put in the patriots, and -- and, you know, I think

8   if you -- there's a lot of people that are fooled

9   by the media into thinking one narrative that's --

10  that's wrong or that there's no evidence that this

11  is -- just to move on.

12      And I think those people that have that

13  evidence, that have that information, if you have

14  the information and you're not doing anything --

15  you know, you're either a patriot or a trader.

16  You're a patriot if you're stepping up and

17  helping; if you're doing nothing, you're a traitor

18  at that point.

19      And I think he needs to remove those

20  traitors whether he's loyal to them or not, and

21  move forward and put in and -- and, you know, take

22  the services of Patrick and Sidney and -- and I

23  think -- you know, he gets his strength from the

24  American people, 80 million people voted for him

25  and it's growing; even with the media trying to

Dr. Corsi News Parick Byrne Explains
December 24, 2020                               77

1  drown this out, people don't -- they don't --

2  don't buy it.

3      PATRICK BYRNE:  You know, I think one of

4  the reasons they're going so crazy, Agent X, is

5  they think that they --  they know that they shot

6  their wad.  They know that this is -- they -- or

7  they think that what happens to them, as much as

8  they're all going to be rounded up and executed, I

9  would actually advise the President that when we

10  get through this, and get through it we will, we

11  consider what the left -- the left -- I mean, it's

12  a lefty idea, but it's called truth and

13  reconciliation.

14      DR. CORSI:  Right.

15      PATRICK BYRNE:  It's what they do in

16  African countries when there's a Civil War and

17  people chop each other's arms off and stuff.  What

18  are you going to do?  Are you going to prosecute

19  50,000 people?  No.  You give everyone the chance

20  -- it's what they did after Apartheid in South

21  Africa.  The prison guards were given the chance

22  to come forward and say what they did, and

23  anything you came out and acknowledged in a

24  hearing -- yeah, I did this, I beat prisoners 32

25  times, I raped one of the prisoners, I kill- --

1   all of that, you come out and say it, you're

2   forgiven.  You're just forgiven.

3       If you left something out, then -- and then

4   later as they investigated they found it, they

5   would prosecute you for that.  So it created this

6   incentive.

7       DR. CORSI:  Right.

8       PATRICK BYRNE:  And this beautiful thing

9   happened in South Africa, and all these people

10  came out and said, okay, this is what really

11  happened under Apartheid; that's what needs to be

12  done now.  And it would save -- I don't want to

13  put -- I don't want to put Hillary Clinton in

14  prison.  I think that she should probably be

15  confined with an ankle bracelet or something.  I

16  don't think these people should go to prison.

17  Where -- this is America; we're not going to do

18  this.  This was a coup.  It was treason.  You're

19  going to -- well, sedition, (inaudible) peace sign

20  -- but -- but I don't think that we -- that we

21  should be telling people we're going to be putting

22  thousands of people in prison.

23      Maybe there's some real ring leaders that

24  need it, but this is about -- this is America;

25  we're not going to -- we're not going to wipeout

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                    79

1  our political class.  We should have a truth and

2  reconciliation process after that.

3      And I would be -- you know what I would do,

4  that's what I would -- I -- the some -- I would

5  love to be involved in that.  But anyway that's --

6  that's way above my pay grade, which is precisely

7  zero.  I'm not even sure I -- I really don't want

8  to go to work for the government.

9      But I'm one step ahead of the sheriff

10 myself, I got to tell you.  You don't --

11     DR. CORSI:  Well, you -- right now you're

12 not working for the government, you're working for

13 the American people.  And I think that's why a lot

14 of us are here, right?  It's about our country.

15 It's about our constitution.

16     PATRICK BYRNE:  Absolutely.

17     DR. CORSI:  We have Arthur with us, too.

18 Arthur, come on in.  Arthur is our prayer warrior.

19 He runs the -- the prayerfulpatriot.com.

20     And Craig, what are you -- what are you

21 hearing today?

22     CRAIG:  Well, absolutely.  And when you

23 interviewed Robert David Steele the other day,

24 along with Dr. Cynthia McKinney and they said both

25 things that you're talking about right now.  What

1  Patrick is talking about with the truth and

2  reconciliation, that's exactly what Robert David

3  Steele cede- -- said needed to take place.  And

4  Dr. Cynthia McKinney said exactly what we've been

5  saying, it's patriots and traitors now.  There are

6  no Republicans.  There are no Democrats.  There

7  are people that will stand up for the

8  constitution, and there's people that want to burn

9  it down.  That's it.  It's time for choosing like

10  President Reagan said, and it could not be more

11  clear.

12      DR. CORSI:  And I do think Lincoln won the

13  Civil War, and said -- Lincoln always said like a

14  wrestling -- he had experienced wrestling in the

15  American west.  He said:  Let him up easy.  That

16  was his instruction --

17      PATRICK BYRNE:  Yeah, let them up --

18      DR. CORSI:  -- to Grant, let them up easy.

19      PATRICK BYRNE:  You know, when Lincoln was

20  24, he famously got in a fight with some bullies

21  -- do you know that story?

22      DR. CORSI:  Yes, I do.  Tell it.

23      PATRICK BYRNE:  And -- yeah, I never heard

24  that saying, but that's it:  You let them up easy.

25      DR. CORSI:  You know let them up -- like

1  Lincoln actually told Grant:  Let them up -- they

2  had a meeting in the -- on this riverboat, it's by

3  City Point, and they -- it was a war council and

4  -- and Lincoln's last instructions were to Grant

5  were:  Let them up easy.

6      PATRICK BYRNE:  That sounds just like a --

7      DR. CORSI:  Yeah.  But -- you know, until

8  -- at the end of the Civil War, when Lee got out

9  of Petersburg, because they were starving and went

10  right into western -- tried to escape towards sp

11  Manassas on -- there's a telegram where Sherman

12  and -- and -- and Grant are trying to decide --

13  you know, they -- they're chasing these guys --

14  they didn't go into Richmond and have a big party

15  with themselves as being heroes, they didn't go

16  and capture the capital.  They said, forget the

17  capital, we're going to make sure now we destroy

18  Lee's Army before they get in the hills and

19  continue this revolution.

20      And so they traced -- they chased them out,

21  but they were -- you know, they were beginning to

22  slaughter these guys like a turkey shoot and

23  there's a telegram where, basically, Grant and

24  Sherman are saying, you know, we could probably

25  end this, you know, if -- if -- if we press this

1   thing.

2       Well, if (inaudible) we go kill a bunch of

3   people today, we'll probably end the war.

4   Lincoln's -- Lincoln sent back a very short

5   answer, he said:  Let it be pressed.  Go kill

6   them.  Now, he didn't want to kill them, but he

7   wanted to end it.  And once he ended it, his

8   instructions to Grant were:  Let the -- you know,

9   let them up easy in the peace terms.

10      PATRICK BYRNE:  Right.  That's exactly --

11      DR. CORSI:  Okay.

12      PATRICK BYRNE:  -- the (inaudible)

13  attitude.

14      DR. CORSI:  That's what you're saying.

15      PATRICK BYRNE:  Right.  Exactly.

16      DR. CORSI:  Okay.

17      PATRICK BYRNE:  You got to end it -- you

18  know, ending this is -- doesn't take violence.

19  Ending this means sending some federal marshals

20  and a -- a dozen white-hat hackers I know -- not

21  hack- -- cyber computer forensic experts certified

22  (inaudible) -- with a dozen federal marshals, look

23  at about -- machines in half a dozen locations,

24  we'll have an answer in -- we can have an answer

25  in four days.

1      And you know what, if we don't do that and

2    we go forward in -- January 6, and they just --

3    and the Congress takes Biden and that question is

4    unanswered, do you think the grassy knoll

5    conspiracy theory has bedeviled American life,

6    there won't be anything like what happened in

7    2020.  It will never -- half the country will

8    never accept -- you know, 35 percent of Democrats

9    think the election was rigged, along with 75-80

10   percent of Republicans.  I don't know who the

11   other 20 percent of Republicans are.

12      But it tells you that there is -- so if

13   they don't do that, there's no way that American

14   people are going to swallow this.  We're going to

15   have four years of violence.  I know it's -- I --

16   I won't bend a knee to this.  It's -- it's -- it's

17   the -- so if they -- the only way to have a -- a

18   peaceful way for us to go forward is just inspect

19   the machines.  Just inspect the machines.

20      And there's a reason that we have federal

21   law that says the machines have to be kept in a

22   condition where they can be inspected for 22

23   months.  That's -- this is the reason.  This is

24   that moment.  If there was that -- you know, can

25   anyone honestly say we have not reached the -- the

1  -- a legitimate threshold of doubt that would

2  justify -- that would -- that would trigger the --

3  the facts of the -- that would trigger the reasons

4  we wrote those laws and those executive orders to

5  be as they are, is there -- you know, does anyone

6  doubt that -- that we have not reached that

7  threshold at this point?

8      DR. CORSI:  And look, you're saying some

9  very profound things here, because what you're

10  saying is -- you know, that these swamp creatures

11  that want to keep the fix in, Cipollone wants his

12  million and-a-half dollar salary at some fancy

13  firm, he's going to die, too, eventually.  God's

14  going to take him back.

15      What's that -- what's that -- what's a

16  million and-a-half dollars going to do for him

17  when he's facing the throne of heaven?

18      PATRICK BYRNE:  Yeah.  And you know what,

19  getting invited to those socialite parties, I -- I

20  wouldn't say I grew up around them, but there were

21  periods of my life when I've been to those

22  parties -- America, you ain't missing nothing.

23  You ain't missing nothing.

24      DR. CORSI:  All right.  Little hors

25  d'oeuvres, everybody is standing around trying to

1   impress each other they're there.

2       PATRICK BYRNE:  Buffett calls it an

3   elephant bump -- actually Munger, Buffett's

4   partner calls it an elephant bump.  And it's just

5   -- you know how elephants stand around in the dark

6   -- and then -- it's just a bunch of big shots

7   standing around and they go to these parties so

8   they can say -- and sort of bump into each other

9   and be -- I'm an elephant, you're an elephant;

10  yeah, I'm an elephant, too.

11      It's just vacuous.  You aren't missing a

12  thing.  And -- and you're a traitor if that's --

13  if you sell out your country in order to be part

14  of that.

15      DR. CORSI:  Arthur, what do you think?

16      ARTHUR:  Well, it's time to take the gloves

17  off.  I mean, everybody is dealing with, you know,

18  huge amounts of personal issues and -- and -- you

19  know, what -- Pat, you were saying about Donald

20  Trump and the fact that he's had to deal with what

21  he's had to deal with, and he being a gentle soul,

22  why it's even more important that we're -- we're

23  going to have to start asking for very specific

24  things to manifest around these individuals.

25      And Dr. Corsi, I've -- I've put together a

1    very powerful prayer --

2        DR. CORSI:  I want you to read it.  Can you

3    read it for us?

4        ARTHUR:  I -- I can do it right away.  And

5    Pat, I think you're going to see how these are

6    addressed.  And -- and these are just for those

7    that don't know, these are petitions and they're

8    just like -- and I've actually been called a -- a

9    spiritual attorney, I don't know why, but it -- it

10   actually -- these are petitions that we're putting

11   before the throne of God that are adjudicated by

12   the dispensation given to us by our Lord and

13   Savior Jesus, in Matthew 18, for agreement.

14       So with that said:  In the name of our I am

15   presence that spoke to Moses at the burning bush,

16   and in the name of the self that works with us,

17   that Christ self, we agree together in the name

18   Jesus Christ for the will of God to be made

19   manifest for, the absolute God protection of all

20   patriots standing at defense of liberty who are

21   working to save our constitution, expose the

22   fraud, bring justice and correct the attacks

23   against this nation.

24       The absolute intervention of the host of

25   the Lord into all details of day-to-day life, the

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                    87

1   current circumstances and events, and to

2   overshadow those who must take the necessary and

3   appropriate actions that are required to be taken,

4   according to your will, to correct the fraudulent

5   2020 elections, stop the coup against the

6   President and administration, and all attempts to

7   convert America into a socialist communist

8   country, to bring to justice the perpetrators,

9   expose the treason and seditious acts against the

10  constitution, and clear the nation of the evil

11  that has implanted itself to restore justice and

12  wake up all that must be to the true threats of

13  evil that are being directed against freedom and

14  individual liberty; such as executing the correct

15  executive actions, the firing and replacement of

16  those who are not taking the correct stance for

17  truth, and are unwilling to take the necessary

18  steps to defeat the evil and clean up the

19  government; or who by their own ignorance and

20  compromise are giving the President false,

21  misleading advice, that would lead to the

22  compromise of your judgments and actions and allow

23  evil to remain.

24       The clearing of compromised forces against

25  the President and Vice President and their staffs

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                      88

1   and family, protection and security staffs, the

2   military, and all who are opposing God's will or

3   leaving the door open to further compromise the

4   absolute exposure of the fraud and compromise, and

5   the responsible individuals behind it who must be

6   removed from their current post, and replaced with

7   those who must be there.

8       Our ratification of all divine judgments

9   that have been made upon the seed of the wicked

10  and by this our petition prayer, the request for

11  the stripping of the forces of darkness, entities,

12  demonic and satanic forces, energy veils and

13  protection afforded by dark forces that surround

14  the evil doers and cause them to slip through

15  without their evil behaviors being properly dealt

16  with and put in check.

17      Your divine judgments upon the following:

18  Those who are compromised in their support of the

19  constitution and have been shown to have made

20  malicious seditious acts, decisions and judgments

21  against the divine plan for America, and the

22  spirit and letter of your laws and constitution,

23  including but not limited to Chief Justice John

24  Roberts, Hillary and William Clinton, Nancy

25  Pelosi, and all legislators who have compromised

1  their standings and are opposing the divine plan

2  for America, in both houses of Congress and

3  Senate.  And Judge Emmett Sullivan, Judge Biden,

4  Hiden -- Hunter Biden and the Biden crime family.

5  All those who have committed U.S. constitutional

6  violations knowingly and with mal-intent, such as

7  states governors, election boards, and others who

8  have changed election rules in an effort to

9  introduce and support fraud, sedition, the theft

10  of the election, and to override their respective

11  state legislators, such as but not limited to, the

12  passing of rules to use -- to use illegal mail-in

13  ballots and extension of vote counts beyond the

14  days of election.

15      All judges, prosecutors, district

16  attorneys, and others who are part of the judicial

17  system, who have compromised the letter and spirit

18  of the law, those responsible for the fraud and

19  criminal activities that had been discovered in

20  the 2020 elections; especially in the so-called

21  swing states Nevada, Arizona, Pennsylvania,

22  Michigan, Wisconsin, North Carolina, and Georgia.

23      Those who are misinformed and are giving

24  bad and dangerous advice to the President, and are

25  disrespectful to the office of the President,

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                    90

1   you're overshadowing a direct intervention to help

2   Donald Trump to have the strength, resolve,

3   determination, to stand up against the forces

4   against him and to fully consciously understand

5   his responsibilities and the actions that must be

6   taken and to directly guide him to take those

7   immediate and correct steps to protect America for

8   your will to be made manifest, through direct

9   divine counseling; and if it's your will, direct

10  visitation and to surround him with the right

11  individuals to assist.

12       Your immediate intervention to

13  expeditiously remove those from the White House

14  staffs, who are working against America and those

15  who should not be there and are compromised or

16  weak, who are spreading lies and leaking to the

17  press, such as Pat Cipollone, Mark Meadows.  The

18  replacement of the staff in the White House and

19  surrounding the President who are not supporting

20  the will of God with those patriots who need to be

21  there.  Your divine justice to be served upon the

22  media, those complicit in keeping inaccurate

23  narrative alive about the elections, and who are

24  responsible for the spreading of discord and

25  unrest among the citizens.

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                    91

1      Your divine justice to stop the

2   intervention of communist China and Russia into

3   the affairs of America; and especially the

4   involvement in the election of 2020.  The

5   all-seeing eye of God to continue to expose the

6   voter fraud, vote manipulations, criminal

7   structures that are in place, the methods, the

8   people involved, and funding sources behind the

9   fraudulent manipulation that's taken place in the

10  2020 presidential election.

11      And the clearing of all illuminati,

12  Luciferian, satanic manipulation of the people,

13  the courts, lawyers, judges, and others of all

14  treachery and intrigue, lawlessness and opposition

15  to the constitution as a divinely inspired

16  document, and compromise to the truth regarding

17  who actually won the 2020 election.

18      And we ask that no light to be given

19  unlawfully unauthorized to any part of life,

20  whether it's not the commitment under the soul

21  salvation under the worship of our God.  And we

22  also agree together for the absolute God

23  protection from the backlash from the forces of

24  darkness by this prayer and the subsequent release

25  of light into these situations.

1      And so we ask for your cloaks of

2  invisibility and vulnerability and visibility and

3  protection to be upon us, our loved ones, and

4  those to whom we are spiritually tied, and as far

5  as the forces of darkness are concerned.

6      Let this prayer be adjusted according to

7  God's holy will.  Nevertheless, (inaudible) our

8  wills but thine be done.  Amen.

9      PATRICK BYRNE:  Amen, and amen.

10     DR. CORSI:  Amen.  And look, generations of

11  children about to be born and yet to be born

12  depend on us doing the right thing here.

13     PATRICK BYRNE:  If the lights go out

14  here -- if the lights go out in America, and you

15  know the world knows this, don't believe -- you

16  know, in France a protest at the American Embassy

17  is just a cheap date.  The world knows what

18  America is about, and what we stand for.

19     If the light -- they are counting on us,

20  free people and people who aspire to freedom

21  around the world are counting on you to do the

22  right thing, America.  The lights go out here,

23  they go out throughout the world.

24     ARTHUR:  That's true.

25     DR. CORSI:  And look, this is -- I've

1  decided, I'm selling all my books at -- the back

2  -- the -- all the books I've -- Corsi Nation now

3  that I've written, I have all my author's copies

4  -- I'm not -- I'm going --  I'm going to make some

5  decisions as to what I'm going to do next in my

6  life, but I know I'm going to fight this battle.

7      JIM:  May I -- may I throw one more

8  dimension on this?  I wasn't going to touch --

9      DR. CORSI:  Sure.  Please.

10      PATRICK BYRNE:  -- but -- China.  Now I

11  want to say that I love China.  I grew up thinking

12  myself as a reincarnation of a Chinese Shaolin

13  monk.  I may have just watched too many Bruce Lee

14  movies as a kid, but my undergraduate degree was

15  philosophy and Chinese studies.  I speak Chinese.

16  I was a student -- the first time they opened up

17  in '83-'84 to foreign students from the West, I

18  was there for -- I spent a year -- over a year,

19  I've -- how can I put it?  I -- it's -- so I have

20  this great affection.

21      I -- there's an old saying some journalist

22  100 years ago that said the difference between a

23  Russian and a Chinese, when it comes to America,

24  is when Americans meet a Russian we don't love

25  each other, but when we meet Chinese, we love each

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                        94

1  other.

2     I'm Irish.  The Chinese and the Irish built

3  the railroad.  So all that said, what's going on

4  here is this, since you touched on it, there has

5  been for 15 years -- well, there's a book called

6  the 100 Year Marathon by Michael Pillsbury.  You

7  know that book, Dr. Corsi?

8     DR. CORSI:  Yes, I know -- I know it quite

9  well.  Yes.

10     PATRICK BYRNE:  And that's true.  In 1949

11  the Chinese -- the Maoism took -- it started a

12  100-year plan to take us down.  And in 2015,

13  Michael Pillsbury, a lifelong dove, China dove,

14  wrote a book that said:  I've been wrong my whole

15  life, the Chinese have this 100-year plan, they're

16  66 years into it, but they're running 20 years

17  ahead of schedule and they're going to take us

18  down.

19     For 15 years now the Chinese national

20  security literature has included references to an

21  Assassin's Mace, Shah Shoujin, the (inaudible) --

22  the mace of the assassin, the club of the

23  assassin.  And it's a reference to an old Chinese

24  story about two kingdoms who where going to go to

25  war, but the king of one gets a -- an assassin

Dr. Corsi News Parick Byrne Explains
December 24, 2020                               95

1   next to the king of the other; and with one

2   stroke, takes him out.  And there doesn't have to

3   be a war.  One kingdom takes over the other.

4        For a dozen years or more, the Chinese

5   literature has referred to a coming (inaudible),

6   the Assassin's Mace.  We've -- (inaudible) side

7   has been wondering what is this?  We thought we

8   were friends.  We thought we were trying to help

9   them and stand up and -- and be our partner, and

10  create a new civil -- you know, world.

11       That -- that -- the question has been what

12  is the mace; is it their new aircraft carrier?

13  Their stealth planes?  Their ballistic missiles

14  that can take out a ship?  The hypersonic that --

15  I think that what we are experiencing is the

16  Assassin's Mace.  This is it.  It's very Chinese

17  to win a war without even having to fight.

18       What we're experiencing is a -- is a China

19  -- is the Chinese -- what we're going through

20  right now is a (inaudible), as I'm sure you've

21  come to understand about Covid and stuff like

22  that, the hand of China is behind this, this

23  rigged election, as Iran and China -- who

24  incidentally are like that -- involved.

25       We have absolutely clear computer forensic

1  evidence that they have been accessing our

2  election equipment during the election and the

3  voting, and the -- so you are experiencing the --

4  the Chinese assassin's mace.  And that's -- that's

5  -- this very strange year that America -- you've

6  been living through.

7       So you bend a knee to need to this, you're

8  -- you know, they'll be harvesting your organs

9  before -- you know, your -- you know, before the

10  decade is out, they'll be -- they'll be -- what

11  they have going on in China, they'll be going on

12  here.

13      It's going to start with you, Corsi.

14      DR. CORSI:  Well, look, here's where we --

15  fine, then let it be.  Bring it on.  Let's duke it

16  out.  I'm ready.

17      PATRICK BYRNE:  In (inaudible) --

18      DR. CORSI:  Let's duke it out.  And you

19  know, I'm going to sell these books, get people --

20  give them collectors' signatures.  And I'm going

21  to do -- with the rest of my life here, whatever

22  is next.  I have no idea what that is at the

23  moment.  But I know right now it doesn't matter.

24  I'm going -- these guys want to duke it out, let's

25  duke it out.  I've done it before.  I duked it out

1   with Mueller.  Mueller lost.

2        PATRICK BYRNE:  You know, I saw you on

3   television that year or two ago, and I just loved

4   the way you spoke, that you're just not going to

5   bear false witness against somebody because you're

6   not the kind of man who bears false witness; and

7   you'll take life in prison rather than that.  And

8   I thought, gee, that's a man after my own --

9   that's a Thomas Moore.  That's a --

10       DR. CORSI:  Well, I -- I -- I greatly

11   appreciate you saying that; but -- you know, the

12   -- I'm not here for an earthly reward.  When I

13   face the throne of God, I have -- I'm going to

14   answer only one question that God -- were you a

15   faithful servant?  And that's -- that's the only

16   point of being alive.

17       PATRICK BYRNE:  Correct.  We figured the

18   same things out.

19       DR. CORSI:  Figured the same things out.

20   You and I are a lot like in that regard.  And

21   we're going to do some more together.  We'll have

22   a conversation after this.  We'll set some things

23   up.  I want you to bring in your experts.  We'll

24   do -- we'll do the prosecutions right here.

25       PATRICK BYRNE:  I would love to start --

1      DR. CORSI:  Sidney Pow- -- I'll -- Sidney

2   Powell can be special counselor right here.  Rudy

3   Giuliani and General Flynn, right here, we'll give

4   them a platform and we'll organize it and -- and

5   whatever you -- however you kind of organize it

6   with these people is how we'll do it, Patrick.

7      PATRICK BYRNE:  Okay.  I'll text them as

8   soon as I get off the phone.

9      DR. CORSI:  Okay.  Last comments.  Craig,

10   any comments you have on all this?

11      CRAIG:  Yes.  As we have been ending almost

12   every program for the last month, is fear not,

13   stand strong, and remain united.  Arthur?

14      ARTHUR:  And these spiritual petitions,

15   like the one I just gave, are up on the prayerful

16   patriot -- go to the featured agreement prayer on

17   the -- on the front page, and then you can see how

18   all this is done and construct your own.  We got

19   to keep the prayer up.  It's incredibly important.

20   Dr. Corsi?

21      DR. CORSI:  It's incredibly important,

22   because we got to -- we got to beseech God to --

23   repent that we let the country get to this point.

24   And we ask his forgiveness and we ask for his

25   divine intervention.

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                    99

1    CRAIG:  Agent X?

2    DR. CORSI:  Wait a second.  It's time for

3  Michael the archangel -- there's evidently moments

4  --

5    ARTHUR:  Yes.

6    DR. CORSI:  Take that mighty sword and

7  let's clean -- let's get some justice here, and

8  let the -- let the angels, the archangels, get out

9  and get involved and do their thing; and we'll

10  stand by and let them -- we'll watch and we'll --

11    PATRICK BYRNE:  No justice, no peace.  No

12  justice, no peace.

13    CRAIG:  There it is.

14    DR. CORSI:  And -- you know, this is one we

15  can win and we're going to win, because it is

16  still we the people.

17    JIM:  Right on.  Right on.

18    DR. CORSI:  And that's why -- getting out

19  in the streets, getting out in the caravans,

20  getting out for Donald Trump.  It's not a time to

21  feel afraid or feel that these people saying take

22  a knee and -- you know, you're going to have to

23  get on the helicopter and leave and do it with

24  grace and dignity, we'll give you a -- a gold

25  watch when you leave.  Forget all that nonsense.

Dr. Corsi News Parick Byrne Explains
December 24, 2020                                    100

1      PATRICK BYRNE:  It's a perp walk.  If he

2   walks to the helicopter now, without -- without

3   getting to the bottom of this, it's a perp walk.

4      DR. CORSI:  And we're not going to do that.

5      PATRICK BYRNE:  We're not going to

6   (inaudible) --

7      DR. CORSI:  -- tell them -- we're not going

8   to tell him no, we're telling him hell no.

9      PATRICK BYRNE:  No justice, no peace.  No

10   justice, no peace.

11      DR. CORSI:  It's like I said, I'm not --

12   I'm not signing that damn piece of paper.  I'm not

13   -- I'm not going to stand in front of God, my hand

14   on the bible, swear to a crime I didn't commit;

15   and that will make your case against Donald Trump

16   -- just go ahead and put me in prison the rest of

17   my life.  Saint Paul, evangelized the prison and

18   he wrote a couple of books.  I could probably do

19   that.

20      Agent X, anything you got to say?

21      AGENT X:  Yeah, I -- I agree with what

22   Patrick is saying about China.  I mean -- you

23   know, I -- we've always heard that we engaged

24   China, even though we didn't like everything they

25   did, but that we were going to make them more like

1   us.  And I think what's happened is, they've made

2   us more like them.  And I think it's a very

3   dangerous time in our -- in our society.

4        And -- you know, a lot of people are

5   watching these videos and watching other videos

6   and -- and trying to be educated, and I think also

7   now is the time to take action; and it's hard for

8   people at this point in time to say what can I do.

9   And the best thing that anybody watching this

10   video can do is share this information with other

11   people, share these videos that -- that you're

12   publishing.  We're putting together these short

13   videos that are more digestible.  And also we have

14   petitions on your website that people can sign,

15   send in from -- you know, send e-mails and -- and

16   posts to -- to your -- your people in Congress,

17   and this President and Senate about taking action.

18        So there are things that -- that everybody

19   can do to take action.  Showing up in D.C. on

20   January 4th through the 6th, that's something we

21   can do.  And if your country's worse --

22        SPEAKER:  (Inaudible) --

23        PATRICK BYRNE:  Come, you have to do that.

24   Come to Washington January 4th through the 6th.

25   We want millions of people showing up and showing

1   these weasels in Congress we're not cool with

2   them, they have -- we are not -- we are not going

3   to bend a knee to a rigged election.  We're not

4   Venezuelans.  We're not, you know, Hungarians who

5   were forced to do this kind of stuff in -- in '56

6   and in '45 and -- and we're (inaudible) '46.

7   We're not -- we don't -- Americans do not bend a

8   knee to this kind of thing.

9       AGENT  X:  And this isn't just an election,

10  right?  The reason the Venezuelans and Cubans are

11  so passionate about this is they've seen this --

12  this -- this played out before.

13      PATRICK BYRNE:  Right.

14      AGENT  X:  So -- so, you know, tomorrow is

15  Christmas, and then in -- on December 25th in

16  1776, Washington crossed the -- the Delaware.

17      PATRICK BYRNE:  Yeah.  We can get our ass

18  off the couch and come and do a protest.

19  Washington crossed the Delaware -- you're right,

20  it was -- it was the night, right?  It was

21  tonight, was it not?

22      CRAIG:  Yes, it was.

23      AGENT  X:  I just looked it up, it was the

24  25th, it said.  And Wikipedia, at least -- but

25  Wikipedia isn't always correct.

1      DR. CORSI:  I'll get the book out and read

2    it tomorrow.  It was a Christmas night, they came

3    across on Christmas night.

4      PATRICK BYRNE:  To Trent?

5      DR. CORSI:  To Trenton.  Trenton, New

6    Jersey.

7      DR. CORSI:  That was a turning point in --

8      PATRICK BYRNE:  (Inaudible) six miles away

9    and marched through the snow.

10      CRAIG:  Yep.  Destroyed the Hessians.

11      DR. CORSI:  It was a turning point in the

12    war.  Up until then Washington had been losing, he

13    did a campaign through New Jersey, where I live

14    now, and to Princeton, and beat the -- beat the

15    British, and that was the turning point in the

16    war.

17      PATRICK BYRNE:  Jerome, you get me five

18    minutes with the President on the phone, I can

19    tell him something that blows up a cover-up.

20      DR. CORSI:  Okay.

21      PATRICK BYRNE:  We're ready (inaudible) --

22      DR. CORSI:  We're going to get that done.

23    So you -- you and I are going to talk when we're

24    finished with this, and we'll figure out -- we'll

25    go get this done.

1      PATRICK BYRNE:  Thank you, sir.

2      DR. CORSI:  And -- and we'll get all the

3    other things we've talked about here done, too.

4    We're going to have more programs.  We'll -- we've

5    got Jesus Christ celebration of his birth right

6    now, and we got the Christmas star in the skies.

7    We've got everything we need here to win, so let's

8    just go ahead and get it done.

9      PATRICK BYRNE:  Put it on.

10     DR. CORSI:  God bless you all.  Thank you

11   for joining us.  We'll be back.  We may even do a

12   show tomorrow, I'm not sure yet.  Talk with

13   everybody and see what we're doing, but we'll keep

14   going.  And Merry Christmas to all.  Celebrate.

15   Be sure to get down on your knees and thank God

16   for Christmas and for Jesus Christ our Lord and

17   Savior.

18     And in the end, God always wins.  God will

19   win here, too.  And Donald Trump will be

20   re-elected.

21     This is Jerome Corsi, and it's been a

22   really historic broadcast today.  Patrick Byrne

23   has joined us, and will be back with us many

24   times.

25     Arthur, thank you for the prayers.

1      ARTHUR:  Thank you.

2      DR. CORSI:  Craig, thank you for producing.

3   And Agent X, I suspect we'll be doing some more

4   planning and having some more fun over the coming

5   days.  I can't wait.

6      God bless.  And -- and in the end, God

7   always wins.  Today is -- today's a wonderful day,

8   we get to celebrate our savior's birth.  God

9   bless.

10      JIM:  Amen.

11      PATRICK BYRNE:  (Inaudible) victory,

12   everyone.

13      (End of the recording.)

14

15

16

17

18

19

20

21

22

23

24

25

1          C E R T I F I C A T E

2

3          I, Jackie Mentecky, Transcriptionist/Court

4    Reporter, do hereby certify that I was authorized to

5    transcribe the foregoing recorded proceeding, and that

6    the transcript is a true and accurate transcription of my

7    shorthand notes to the best of my ability taken while

8    listening to the provided recording.

9

10   Dated this 5th day of January, 2021.

11

12

13

14

15               _____

16               Jackie Mentecky

17

18

19

20

21

22

23

24

25