# Exhibit 31

*screenshot-twitter.com-2021.01.06-13_58_32*
*https://twitter.com/realDonaldTrump/status/1329408856733184008*
*06.01.2021*



**Donald J. Trump** ✓
@realDonaldTrump

Important News Conference today by lawyers on a very clear and viable path to victory. Pieces are very nicely falling into place. RNC at 12:00 P.M.

7:59 AM · Nov 19, 2020 · Twitter for iPhone

**65.7K** Retweets   **10.9K** Quote Tweets   **328.6K** Likes