# Exhibit 32

1

2

3

4

5                        FILE NAME:

6       Trump Campaign News Conference on Legal Challenges

7                      (1:32:28 hour)

8

9

10

11

12        TRANSCRIPT OF VIDEO-RECORDED NEWS CONFERENCE

13                     RUDY GIULIANI

14                     SIDNEY POWELL

15                     JENNA ELLIS

16                     JOE diGENOVA

17                   VICTORIA TOENSING

18                    BORIS EPSHTEYN

19

20

21

22

23

24   Transcribed By:
     TERRI NESTORE
25   CSR No. 5614, RPR, CRR

Trump Campaign News Conference on Legal Challenges

2

1        NARRATOR:  The Trump campaign gave an update on

2    their legal challenges to the election results from the

3    headquarters of the Republican National Committee.

4        Rudy Giuliani, personal attorney for President

5    Trump, said the campaign would likely file a lawsuit in

6    Georgia, and we're looking into filing lawsuits in

7    New Mexico and Virginia.  This is 90 minutes.

8        RUDY GIULIANI:  Good afternoon, and thank you

9    very much for coming.

10        This is representative of our legal team.  We're

11    representing President Trump and we're representing the

12    Trump campaign.  When I finish, Sidney Powell and then

13    Jenna Ellis will follow me, and we will present in brief

14    the evidence that we've collected over the last -- I guess

15    it is two weeks.  Also, Joseph diGenova and Victoria

16    Toensing are here with me.  There are a lot more lawyers

17    working on this, but we're the -- I guess we're the senior

18    lawyers.  And Boris Epshteyn.

19        So I guess the best way to describe this is when

20    we began our representation of the president, we certainly

21    were confronted with a very anomalous set of results.

22        The president, way ahead on election night, 7 or

23    800,000 in Pennsylvania, somehow he lost Pennsylvania.

24        We have statisticians willing to testify that

25    that's almost statistically impossible to have happened in

Trump Campaign News Conference on Legal Challenges

3

 1  the period of time that it happened.

 2          But of course that's just speculation.

 3          As we started investigating, both our

 4  investigations and the very patriotic and brave American

 5  citizens that have come forward are extraordinary;

 6  extraordinary number of people, extraordinary number of

 7  witnesses, and what emerged very quickly is, is it's not a

 8  singular voter fraud in one state.

 9          This pattern repeats itself in a number of

10  states, almost exactly the same pattern, which to any

11  experienced investigator, prosecutor, would suggest that

12  there was a plan, from a centralized place, to execute

13  these various acts of voter fraud, specifically focused on

14  big cities and specifically focused on, as you would

15  imagine, big cities controlled by democrats, and

16  particularly focused on big cities that have a long

17  history of corruption.

18          The number of voter fraud cases in Philadelphia

19  could fill a library.  Just a few weeks ago there was a

20  conviction for voter fraud, and one two weeks before that,

21  and I've often said -- I guess sarcastically, but it's

22  true -- the only surprise I would have found in this is if

23  Philadelphia hadn't cheated in this election because for

24  the last 60 years, they've cheated in just about every

25  single election.

4

1          You could say the same thing about Detroit.

2          Each one of these cities are cities that are

3    controlled by democrats, which means they can get away

4    with anything they want to do; it means they have a

5    certain degree of control over -- certainly control of the

6    Election Board completely, and they control law

7    enforcement, and unfortunately, they have some friendly

8    judges that will issue ridiculously irrational opinions,

9    just to come out in their favor.

10          So let's start with the specifics.  Pennsylvania.

11          In Pennsylvania, the margin of victory now for

12    Biden, which is a -- not a victory, it's a fraud -- is

13    69,140 votes.  The reality is that we are now at a count

14    of 682,770 ballots, for which we have affidavits that

15    there was no inspection of that ballot at the time that it

16    was entered in the vote.  It was a mail ballot.

17          Mail ballots are particularly prone to fraud.  We

18    were warned about that by Jimmy Carter, President Jimmy

19    Carter, and Secretary Baker in a report about a dozen

20    years ago, in which they said that mail balloting is

21    particularly susceptible of fraud, that we should very

22    carefully consider ever doing it, and that it can be taken

23    advantage of.

24          Justice Souter warned us of the same thing in a

25    comment in a election law case, and even the New York

1  Times wrote articles about how dangerous mail voting --

2  mail-in voting was.

3  And this is the first time we ever did it

4  en masse, and I think we proved that all three are

5  prophets.  It's not only susceptible to fraud, it is

6  easily susceptible to fraud, particularly if you have a

7  plan or scheme which sounds eerily similar to what Joe

8  Biden told us a few days before the election, that he had

9  the best voter fraud team in the world.

10  Well, they were good.  I don't know that they

11  were that good because they made significant mistakes,

12  like all crooks do, and we caught 'em.

13  One of them was pushing out republican

14  inspectors.  Every state, almost every civilized country,

15  even Tanzania and places that you wouldn't think of, have

16  rules about inspectors, particularly for mail-in ballots,

17  and why particularly for mail-in ballots?  Because they

18  can more easily be defrauded and you can't check on them.

19  People who have never done a mail-in ballot, I'm

20  going to show you why it's so easy.  Well, you fill out an

21  envelope like this, you put your -- usually -- in

22  New York, it would be your assembly district and the

23  precinct in which you're voting.  You fill out your name

24  and your address and you sign it.  You then use an inner

25  envelope and you put the ballot inside the inner envelope.

1          You seal it all and you send it in.

2          When it's being counted, almost invariably in the

3   United States, up until the mass cheating that went on in

4   this election, a republican and a democrat inspector, as

5   well as others, if there are other parties, is allowed to

6   watch the unsealing of this ballot.  It used to go on all

7   over America, when we conducted honest elections.

8          Because the only time you can ever find out if

9   it's a fraudulent ballot is when it is looked at.  The

10  minute you approve this, it's thrown away, gone for

11  eternity.  The only thing left is the vote.

12         That could have been Mickey Mouse, that could

13  have been a dead person, that could have been not filled

14  out properly, that could have been the same person 30

15  times, that could have been -- and all these things have

16  happened, by the way -- that could have been nothing

17  filled out.  We'd never know.

18         So for example, the recount being done in Georgia

19  will tell us nothing because these fraudulent ballots will

20  just be counted again because they wouldn't supply the

21  signatures to page the ballots, so it means nothing to

22  have counted these ballots because, for example, in

23  Pennsylvania, where we have probably our most precise

24  evidence, 682,770 of these ballots were cast, put in and

25  they weren't inspected, which renders them ballots that

1  are null and void.  They cannot be counted.

2           Have to be removed from the vote.

3           Why?  For several reasons, not the least of which

4  is that was basically only one of two places in the state

5  where it was done, so in the other parts of the state

6  there was a legitimate inspection of the ballots.

7           So if you have two different standards in

8  different parts of the state, one favoring one part of the

9  state, the other disfavoring the other part of the state,

10 that's a classic violation of the equal protection clause

11 in the United States Constitution, Bush v. Gore being the

12 most recent case that teaches that.

13          That's not the only fraud that went on in

14 Pennsylvania.  All of the other frauds carried out in the

15 other states by the democrat bosses happened there as

16 well.

17          For example, if you made a mistake in that ballot

18 and you lived in Philadelphia or in Pittsburgh, you were

19 allowed to fix the mistake, but if you lived in the --

20 what would be considered more republican or Trump parts of

21 the state, you were given no such right.

22          One of our plaintiffs, Mr. Henry, cast a absentee

23 ballot and he failed to put it in the secure envelope

24 inside.  He just put it in, open, naked.  That ballot was

25 cast aside because it was invalid, because that breaks the

8

1 privacy of the vote.

2       In Pittsburgh and in Philadelphia, if they

3 noticed that there wasn't an inner envelope, they'd

4 contact the voter and allow them to vote again, or if he

5 didn't fill it out completely or if he made a mistake and

6 didn't sign his full name, he was allowed to cure it.

7       There is no such provision under the law of

8 Pennsylvania.  The democrat Secretary of State made that

9 up in order to maximize the votes in Philadelphia and

10 Pittsburgh and to minimize the votes in the other parts of

11 the state.  Clearly illegal, clearly voter fraud, easily

12 provable, hundreds of witnesses, maybe thousands.

13       We have -- I'll give you another example.

14       We have 17,000 provisional ballots cast in

15 Pittsburgh.  Do you know what a provisional ballot is?  A

16 provisional ballot usually happens this way -- in about 15

17 of the 17,000 happened this way:  You walk in and you say,

18 I'm here to vote today.  Oh, Mr. Giuliani, you already

19 voted.  I did?  I don't remember voting.  Oh, yes, yes,

20 you cast an absentee ballot.  No, I didn't.  Yes, you did.

21 No, I didn't.  Yes, you did.

22       So why does that happen 17,000 times in

23 Pittsburgh?  People walked in thinking -- actually 15,000,

24 to be precise -- why did it happen 15,000 times that

25 people in Pittsburgh walked in to vote and they had

1  already voted, according to the democrat election machine?

2       Did they forget?  That many people with bad

3  memories in Pittsburgh?  Or is the following correct:

4  That as witnesses will testify, they were instructed by

5  the democrat bosses, when they had a ballot in which there

6  was no one registered, just assign it to somebody, just

7  assign it to Rudy Giuliani.  So when Rudy Giuliani -- and

8  maybe Rudy Giuliani wouldn't show up to vote, and if he

9  does show up to vote, we'll give him a provisional ballot.

10  That is what we call circumstantial evidence of the fraud.

11       The direct evidence of the fraud are the people

12  who will testify that in fact that's what happened to

13  them, as well as the 50 to 60 witnesses we have for the

14  way they were treated and not allowed to inspect the

15  ballots.  They weren't just not allowed to do it, they

16  were pushed, in a few cases they were assaulted, in all

17  cases they were put in a corral so far away -- probably

18  the closest they got is from here to the back of that

19  room.

20       We could do like a -- did you all watch My Cousin

21  Vinnie?  You know the movie?  It's one of my favorite law

22  movies.  Of course he comes from Brooklyn and when the

23  nice lady who said she saw, and then he says to her, how

24  many fingers do I got up?  And she says three.  Well, she

25  was too far away to see it was only two.

1          These people were further away than My Cousin

2    Vinnie was from the witness.  They couldn't see a thing.

3          Now, I don't know, you're going to tell me that

4    60 people are lying?  They didn't just tell me this, they

5    swore under penalty of perjury, which is something no

6    democrat's ever done.

7          You don't even ask Biden about this.  You don't

8    put him under penalty of perjury.  He doesn't even get

9    asked questions about it.  He doesn't get asked questions

10   about all the evidence of the crimes that he committed.

11         These people are under penalty of perjury.  Their

12   names are on an affidavit.  They swear that they weren't

13   allowed to carry out their function as inspectors.

14         And it's not just a technical thing.

15         There's a reason they did it.  Why would you not

16   allow people to carry out the function they've been

17   allowed to do for 50 years, 60 years, why wouldn't you

18   allow inspections of those ballots?

19         Because you knew you were going to use those

20   ballots to catch Biden up, and you had a big road ahead of

21   you.  You had to catch him up for 700,000 to 800,000 votes

22   that he was behind, and the only way you were going to do

23   it were with the mail-in ballots.  You couldn't have a

24   democrat and republican inspector around.  They don't even

25   have democrats watching because they'd be afraid that

1  they'd be honest democrats who would say you're cheating.

2          So that takes us to Michigan, where there was an

3  honest democrat who said they were cheating, and we'll

4  show you her affidavit because I know you keep reporting

5  falsely that we have no evidence, that we have no specific

6  acts of fraud.  That's because the coverage of this has

7  been almost as dishonest as the scheme itself.

8          The American people are entitled to know this.

9  You don't have a right to keep it from them.  You don't

10  have a right to lie about it, and you are.  I mean, you

11  don't report to them that a citizen of this country, a

12  very fine woman who was willing to allow me to give you

13  her name -- I can't give you all these affidavits because

14  if I do, these people will be harassed, they'll be

15  threatened, they may lose their job, they will lose their

16  friends.  We've lost lawyers in this case because they've

17  been threatened.  We've had lawyers that need protection.

18          What's going on in this country is horrible, and

19  the censorship that you're imposing is making it worse.

20          But Jesse Jacob is an adult citizen and a

21  resident of the State of Michigan.  She's been an employee

22  of the City of Detroit for decades.  I know her age but...

23  she can tell you her age.

24          She was assigned to voting duties in September

25  and she was trained by the City of Detroit and the State

1  of Michigan.  She was basically trained to cheat.  She

2  said that, I was instructed by my supervisor to adjust the

3  mailing date of these absentee ballot packages to be dated

4  earlier than when they were actually sent in.

5        The supervisor made that announcement for all

6  workers, to engage in that fraudulent practice.

7        That's not me saying that, that's this American

8  citizen saying that, under oath.  I don't know.  Maybe you

9  could say she's lying, but you can't say there's no

10  evidence.  This is what we call evidence.

11        This is direct evidence, not circumstantial.

12        I tried many, many cases, as did all my

13  colleagues here.  You put a witness on the witness stand,

14  the witness is testifying to their own knowledge.  This

15  witness goes on the witness stand and she will say, I was

16  told to adjust the dates on the absentee ballots.  I

17  witnessed election workers and employees going over to the

18  voting booth with voters in order to watch them vote, and

19  coach them for whom to vote.  Completely illegal.

20        She will testify to that.

21        I don't know, Biden's people can cross-examine

22  her, but you can't just throw it away -- gee, there's no

23  evidence.  Next time you say that, you'll be lying because

24  there is evidence.  By the way, this is public.  You can

25  all get it.  It's attached to the complaint in Costantino

1 v. The City of Detroit.

2       Then she was instructed, by my supervisor not to

3 ask for a driver's license or any photo ID when a person

4 was trying to vote.  Don't ask for identification.

5       Why would you not ask for identification?

6       Because you knew that a lot of people not

7 entitled to vote, were going to come in and early vote,

8 because you knew that illegal immigrants were going to be

9 allowed to vote.  You knew, if you lived in

10 Philadelphia -- unless you're stunad -- that's an Italian

11 expression for stupid -- unless you're stupid, you knew

12 that a lot of people were coming over from Camden to vote.

13       They do every year.  It happens all the time in

14 Philly.  It's about as frequent as getting beaten up at a

15 Philadelphia Eagles' football game.  It happens all the

16 time.  All the time.  And it's allowed to happen because

17 it is a democrat corrupt city, and has been for years.

18       Many, many years.

19       And they carried it out in places they could get

20 away with it.  They didn't carry it out in neutral places,

21 they didn't carry it out in republican places, they didn't

22 carry it out where the law is respected, they carried it

23 out in a corrupt city where the district attorney releases

24 criminals en masse, which is why it has so much crime.

25       She also said, I observed a large number of

1   people who came to the satellite location to vote in

2   person, but they had already applied for and submitted an

3   absentee ballot.  So she observed a lot of people voting

4   twice.  Again, this is Jesse Jacob, not me.

5           I was instructed not to invalidate any ballots

6   and not to look for any deficiency in the ballots.

7           Why would you do that?  Because you're cheating,

8   on purpose cheating, intentionally cheating.  You're

9   cheating as a institution.

10          This is an instruction from the Election

11  Commission or the -- to the worker:  Don't look for any

12  deficiencies in the ballot.  I was instructed not to look

13  at any of the signatures on the absentee ballots.

14          If she was instructed to look -- not to look for

15  any of the signatures on the absentee ballots, why the

16  heck do you sign it in the first place in order to

17  identify it?  She was instructed not to do that because

18  many of the absentee ballots were fraudulent and they knew

19  that and they didn't want to have a count of that.

20          On November 4, 2020, I was instructed to

21  improperly predate the absentee ballots when the receipt

22  date was actually November -- was after November 3rd,

23  2020.  Now, this is really significant because Justice

24  Alito of the Supreme Court instructed Pennsylvania that

25  any ballot that comes in after 8:00 o'clock on

1  November 3rd, 2020, had to be put aside and not opened

2  because there's a question as to its legality and its

3  constitutionality.

4         What she's telling you is that they blatantly

5  disregarded that order.  That they took ballots that were

6  marked the 4th and the 5th and the 6th and they marked it

7  down for the 3rd, in blatant disregard of the order of the

8  United States Supreme Court.

9         This is -- I don't know if she's a democrat or a

10  republican.  I assume, if she's working for the -- I

11  assume, if she's working for the City of Detroit, that

12  she's a democrat.  I assume, but I may be wrong.

13         She's a citizen.  I never met her, never coached

14  her, and I'd like you to note that it's signed under

15  penalties of perjury.

16         We have a hundred more of these.  I can't show

17  'em to you because those people don't want to be harassed,

18  they don't want to have their lives torn apart by the

19  goons on the other side.  We don't do that to them.

20  They've done that to a lot of our people.  They've done it

21  for four years, and it's outrageous that it's tolerated,

22  and it's tolerated because you condone it in the press and

23  you don't cover it and you don't condemn it.  And it

24  shouldn't happen to a republican or a democrat.  A lawyer

25  shouldn't have to withdraw from a case because he's

1 representing the president of the United States.

2         There are many more affidavits here.  I'd like to

3 read 'em all to you but I don't have the time.  You should

4 have had the time and energy to go look for them.  That's

5 your job.  Like it's my job to defend the president and to

6 represent the president, it's your job to read these

7 things and not falsely report that there's no evidence.

8         Do you know how many affidavits we have in the

9 Michigan case?  220 affidavits.  They're not all public,

10 but eight of them are.  Four affiants here -- those are

11 people who give affidavits -- report an incident that

12 under any other circumstances would have been on the front

13 page of all your newspapers, if it didn't involve the

14 hatred that you have, the irrational, pathological hatred

15 that you have for the president.

16         What they swear to is that at 4:30 in the morning

17 a truck pulled up to the Detroit center where they were

18 counting ballots.  The people thought it was food, so they

19 all ran to the truck.  It wasn't food, it was thousands

20 and thousands of ballots, and the ballots were in garbage

21 cans, they were in paper bags, they were in cardboard

22 boxes and they were taken into the center.

23         They were put on a number of tables.

24         At that time they thought all the republican

25 inspectors had left, all but two had, and an employee of

1  Dominion, who we will address a little bit later,

2  Dominion.

3          And here's what they jointly swear to:  That

4  every ballot that they could see, everything they could

5  hear, these were ballots for Biden.  When they saw a

6  ballot, these were ballots only for Biden, meaning there

7  was no down ticket, just Biden.  Many of them didn't have

8  anything on the outer envelope because these ballots were

9  produced very quickly, very swiftly, and there are

10 estimated to be a minimum of 60,000, maximum of a hundred

11 thousand.  Many of them were triple counted, which means

12 they were put into the counting machine this way; once,

13 twice, three times.

14         I didn't see that.  I don't know that, but for

15 the fact that three American citizens are willing to swear

16 to it.  And we're not going to let them go to court and do

17 that?  We're going to let this election go by, when there

18 are -- in this case 60 witnesses that can prove what I'm

19 saying to you, and other acts of fraud in Michigan?

20         I mean, what's happened to this country, if we're

21 going to let that happen?  What happened to this country,

22 if we're going to cover that up?

23         We let Al Gore carry on an election dispute

24 longer than this one has been going on for one state, and

25 for chads.  This happened in Pennsylvania, it happened in

1 Michigan.  Michigan probably right now, if I count up the

2 affidavits, just one case alone, Trump v. Benson, a case

3 that we dismissed today because that case was attempting

4 to get the Wayne County Board of Supervisors to decertify.

5          Well, they did.  They decertified.

6          That case has a hundred affidavits, and the

7 hundred affidavits show essentially what I have talked to

8 you about:  Counting ballots improperly, counting them

9 three and four times; having people vote three and four

10 times, changing and backdating ballots, to the point of at

11 least 300,000 illegitimate ballots that we can

12 specifically identify.

13          The margin in Michigan was 146,121, and these

14 ballots were all cast basically in Detroit that Biden won

15 80/20.  So you see it changes the result of the election

16 in Michigan, if you take out Wayne County.

17          So it's a very significant case.  That is being

18 raised in the case of Costantino v. The City of Detroit.

19 Not by us, but by an individual plaintiff.  We are helping

20 and assisting in that case, however, and you can find all

21 the affidavits that you want filed in that case, and you

22 can find out they're not just allegations, they're

23 allegations supported by sworn testimony, which is a lot

24 better than Joe Biden has ever done on anything.  He

25 doesn't answer questions, much less give you sworn

Trump Campaign News Conference on Legal Challenges

1  affidavits.

2          Wisconsin.  Wisconsin had a very small margin.

3  20,544, last time I looked.  In Wisconsin, without going

4  into great detail, very similar plan; republicans shut out

5  in the city of Milwaukee and also in Madison.  Republicans

6  are almost uniformly shut out from the absentee process,

7  not allowed to inspect, not allowed to look at the

8  ballots.

9          We have, in Milwaukee and in the state of

10  Wisconsin, a much stricter law.  Wisconsin doesn't allow

11  mail-in ballots.  They didn't buy into the big mail-in

12  ballot situation.

13          Wisconsin, when you look at their Constitution,

14  almost seems to not like absentee ballots.  They state

15  it's not a right, a privilege.  And they have very, very

16  strict procedures.  And their strict procedure says that

17  you can't be given an absentee ballot, you have to

18  personally apply for it.  It's illegal, basically, to

19  solicit a vote.

20          And they have actually many reasons for it that

21  probably goes back to their progressive days -- when I say

22  "progressive," I mean late 19 century, early 20th century

23  progressive, when that really meant progressive, not

24  retrogressive.

25          So there are 60,000 ballots in Milwaukee County

1  and 40,000 ballots in Madison that, as far as we can tell

2  -- and this is why we are auditing, because we have very

3  good information that the numbers are going to come out

4  about here that don't have applications.

5          Under the law of the state of Wisconsin, already

6  decided, if there's no application for an absentee ballot,

7  the absentee ballot is thrown away.

8          This all happened in two places in Wisconsin.  It

9  didn't happen in northern Wisconsin, it didn't happen in

10  republican Wisconsin, it didn't happen in neutral

11  Wisconsin where there are an equal number of republicans

12  and democrats, it happened in the place where the vote was

13  75, 80 percent for the democrat.

14          You take away any number of those and that 20,000

15  lead disappears.  In other words, if you count the lawful

16  votes, Trump won Wisconsin by a good margin.

17          Indeed, if you count the lawful votes in

18  Pennsylvania, he won it by about 300,000 votes.

19          Also in the lawsuit filed in Wisconsin, which is

20  really a petition because of their procedures, there were

21  no inspectors provided for the count of the illegal

22  ballots, there were numerous backdated ballots -- we're

23  just counting them now -- run over into the thousands, and

24  there were many precincts in which there was an overvote.

25          Now, let me explain to you what an overvote is,

1  which is something you should have explained to the

2  American people, because it's about the clearest

3  circumstantial evidence of massive fraud that you can

4  have.

5          An overvote is if 200 percent of the people who

6  are registered in a district vote.  Think about that.

7  200 percent of the registered voters in a district vote.

8          What does that mean?  That means somebody voted

9  twice.  That means somebody who is not entitled to vote,

10  voted; an illegal, a person from another city or state, a

11  person who is not registered, but what it means is that

12  those are illegitimate votes.

13          You don't have an overvote of 200 percent or

14  300 percent.  You don't have an overvote of a hundred

15  percent.  Most precincts don't have a hundred percent

16  turnout.  In fact, classically it's considered to be an

17  overvote if you go over 80 percent.  Well, in Michigan and

18  Wisconsin, we have overvotes in numerous precincts of

19  150 percent, 200 percent, and 300 percent.

20          One of the reasons why the two republicans did

21  not certify in Wayne, Michigan -- Wayne County, Michigan,

22  is because the overvote was so high, monstrously high in

23  about two-thirds of the precincts in the City of Detroit,

24  which means magically two and three times the number of

25  registered voters turned out to vote.

1         In fact, we have precincts in which two times the

2    number of people who live there, including children,

3    voted.  That's absurd.

4         The frustration of this is what I'm describing to

5    you is a massive fraud.  It isn't a little teeny one.

6         It isn't a hundred votes switched here or there.

7         Georgia, we're about to file a major lawsuit in

8    Georgia.  That will be filed probably tomorrow.  I don't

9    need to go through it.  Virtually the same things I've

10   told you before.

11        Very -- in the city of Atlanta, republicans were

12   not allowed to watch the absentee mail-in ballot process.

13   Inspections completely cast aside.  And we have numerous

14   double voters, we have numerous out-of-state voters, and

15   we have specific evidence of intimidation and changes of

16   vote.  That will all be in the lawsuit that comes out

17   tomorrow.

18        Arizona is a state that we're looking at very,

19   very carefully.  I would say we're probably going to bring

20   a lawsuit in Arizona -- more than probably, I think we are

21   going to bring a lawsuit in Arizona.  We're still

22   collecting that evidence.

23        And the state that we're looking at that would

24   surprise you is we have very, very significant amount of

25   fraud allegations in the State of New Mexico, which -- and

1  we have a significant number of allegations in the state

2  of Virginia.  I don't know yet whether the number in

3  Virginia will reach the number that can turn the election.

4           In the states that we have indicated in red:

5  Georgia, Pennsylvania, Michigan, Wisconsin, Nevada and

6  Arizona, we more than double the number of votes needed to

7  overturn the election, in terms of provable, illegal

8  ballots.  All you got to do to find out if I'm misleading

9  you at all is to look at the lawsuits.  Look at what's

10  alleged, look at the affidavits.  Maybe we can supply more

11  affidavits.  In order to do it, I have to get permission

12  from the people, but in the materials I have here, there

13  are at least ten that come from citizens.  We have a

14  thousand at least, and we're getting more every day.

15           And there are other aspects of this fraud that at

16  this point, I really can't reveal.  This is really enough.

17           It's enough to overturn any election.

18           It's disgraceful what happened.

19           And I'll conclude by asking you to just think

20  about this for a minute:  What happened on the morning of

21  November 3rd, when they were going to count this new kind

22  of ballot, this mail-in ballot?

23           Did every democrat leader in Pennsylvania and in

24  Michigan and in Wisconsin and in Georgia and in Nevada and

25  in Arizona, did they all wake up and all separately have

1  the same idea?

2        Did they all separately have the idea that we are

3  going to -- we're going to put republican inspectors in

4  pens, we're not going to let them look at mail-in or

5  absentee ballots?  Did they all independently come up with

6  that, like just by coincidence?  They said, hey, you know,

7  we're going to put -- we're going to put the republicans

8  in pens and corrals.  We're going do it in Pittsburgh and

9  we're going to do it in Philadelphia, we're going to do it

10 in Detroit, we're going to do it in Milwaukee, we're going

11 to do it in Las Vegas, we're going to do it in Phoenix --

12 what did I miss?  Oh, we're going to do it in Atlanta.

13       Or isn't the logical conclusion that I think any

14 jury would accept, after they heard this evidence, that

15 somebody had this plan, maybe that was always the plan, to

16 do these -- this very, very questionable form of voting

17 which has been criticized by President Carter, by

18 Secretary Baker, by most experts on election reform.

19       I think the logical conclusion is this is a

20 common plan, a common scheme, it comes right directly from

21 the democrat party, and it comes from the candidate.

22       Clearly.

23       That's the reason why Hillary Clinton said, don't

24 concede, even if you're losing.  That's the reason.

25       We had a Freudian slip by the candidate when he

1  said he had the best voter fraud team in the country.

2       That's the reason why he probably didn't have to

3  go out and campaign.  He had to have known what they were

4  going to do.  This had to be planned in advance.

5       I'm kind of checking, did they go, you know, to

6  the same contractor to get the corrals to put the

7  republicans in?

8       And this is a disgraceful thing that was done in

9  this country.  Probably not much more disgraceful than the

10  things these people did in office, which you didn't and

11  don't bother to cover and you conceal from the American

12  people.

13       But we let this happen -- you know, we used

14  largely a Venezuelan voting machine, in essence, to count

15  our vote -- we let this happen, we're going to become

16  Venezuela.  We cannot let this happen to us.  We cannot

17  allow these crooks -- because that's what they are -- to

18  steal an election from the American people.

19       They elected Donald Trump.  They didn't elect Joe

20  Biden.  Joe Biden is in the lead because of the fraudulent

21  ballots, the illegal ballots that were produced and that

22  were allowed to be used after the election was over.

23       Give us an opportunity to prove it in court, and

24  we will.

25       Now I'm going to ask Sidney Powell to describe to

Trump Campaign News Conference on Legal Challenges

26

1  you what we can describe about another totally outrageous

2  situation.  I don't think most Americans know that our

3  ballots get calculated, many of them, outside the

4  United States and are completely open to hacking,

5  completely open to change, and it's being done by a

6  company that specializes in voter fraud.

7          I'll let Sidney describe that to you.

8          SIDNEY POWELL:  Thank you, Rudy.

9          What we are really dealing with here and

10  uncovering more by the day is the massive influence of

11  Communist money through Venezuela, Cuba and likely China,

12  in the interference with our elections here in the

13  United States.

14          The Dominion Voting Systems, the Smartmatic

15  technology software and the software that goes in other

16  computerized voting systems here as well, not just

17  Dominion, were created in Venezuela at the direction of

18  Hugo Chavez, to make sure he never lost an election after

19  one constitutional referendum came out the way he did not

20  want it to come out.

21          We have one very strong witness who has explained

22  how it all works.  His affidavit is attached to the

23  pleadings of Lin Wood, in the lawsuit he filed in Georgia.

24          It is a stunning, detailed affidavit because he

25  was with Hugo Chavez while the -- he was being briefed on

1  how it worked.  He was with Hugo Chavez when he saw it

2  operate, to make sure the election came out his way.  That

3  was the express purpose for creating this software.

4          He has seen it operate, and as soon as he saw the

5  multiple states shut down the voting on the night of the

6  election, he knew the same thing was happening here, that

7  that was what had gone on.

8          Now, the software itself was created with so many

9  variables and so many backdoors that can be hooked up to

10  the internet or a thumb drive stuck in it or whatever, but

11  one of its most characteristic features is its ability to

12  flip votes.  It can set and run an algorithm that probably

13  ran all over the country, to take a certain percentage of

14  votes from President Trump and flip them to president

15  Biden, which we might never have uncovered had the votes

16  for President Trump not been so overwhelming in so many of

17  these states that it broke the algorithm that had been

18  plugged into the system, and that's what caused them to

19  have to shut down in the states they shut down in.

20          That's when they came in the backdoor with all

21  the mail-in -- mail-in ballots, many of which they had

22  actually fabricated.  Some were on pristine paper with

23  identically matching, perfect circled dots for Mr. Biden;

24  others were shoved in in batches -- they're always put in

25  in a certain number of batches, and people would rerun the

Trump Campaign News Conference on Legal Challenges

28

1  same batch.

2        This corresponds to our statistical evidence that

3  shows incredible spikes in the vote counts at particular

4  times, and that corresponds to eyewitness testimony of

5  numerous people who have come forward and said they saw

6  the ballots come in the backdoor at that time.

7        Notably, the Dominion executives are nowhere to

8  be found now.  They are moving their offices overnight to

9  different places.  Their office in Toronto was shared with

10  one of the Soros entities, one of the leaders of the

11  Dominion project in -- overall is Lord Malloch-Brown,

12  Mr. Soros' number two person in the UK, and part of his

13  organization.

14        There are ties of the Dominion leadership to the

15  Clinton Foundation and to other known politicians in this

16  country.

17        Just to give you a brief description of how this

18  worked, I'm going to quote from a letter that was written,

19  and I will read that to make sure I get the quotes right.

20        This person was objecting to the United States'

21  acquisition of Sequoia Voting Systems by Smartmatic, a

22  foreign owned company.

23        I believe this transaction raises exactly the

24  sort of foreign ownership issues that CFIUS is best

25  positioned to examine for national security purposes.

Trump Campaign News Conference on Legal Challenges

29

1          It's undisputed that Smartmatic is foreign owned

2    and it has acquired Sequoia -- they keep changing the

3    names as they go along.  Different times when a problem

4    comes up, they just create another corporation and call it

5    a different name, but it was a voting machine company

6    doing business in the United States.

7          Sequoia voting machines were used to record over

8    125 million votes during the 2004 presidential election in

9    the United States.

10          Smartmatic now acknowledges that Antonio Mugica,

11    a Venezuelan businessman, has controlling interest in

12    Smartmatic, but the company has not revealed who all the

13    Smartmatic owners are.

14          According to the press, Smartmatic's owners are

15    hidden through a web of offshore private entities, and

16    that is in fact true.

17          Smartmatic has been associated with the

18    Venezuelan government led by Hugo Chavez, which is openly

19    hostile to the United States, and of course as we all

20    know, communistic and really brutalizing its own people.

21          The system has been continued there by

22    Mr. Maduro, and ensured his election.

23          Smartmatic's possible connection to the

24    Venezuelan government poses a potential national security

25    concern in the context of its acquisition of Sequoia,

 1  because electronic voting machines are susceptible to

 2  tampering, and insiders are in the best position to engage

 3  in such tampering.

 4          This letter expresses concern of the Chicago 2006

 5  primary election, and it ends by saying the products and

 6  services that are of Venezuelan origin and evaluate

 7  Smartmatic's ownership to determine who could have

 8  influence and control over these and other Sequoia

 9  products and services are important to the national

10  security of the United States.

11          This letter was written to Hank Paulson on

12  October 6th, 2006, by Congresswoman Carolyn B. Maloney.

13          Senators Klobuchar and Warren have raised these

14  concerns as recently as December 2019.

15          Why our government has not taken them seriously

16  is beyond my comprehension, unless they have some of the

17  three letter agencies have used them themselves in other

18  parts of the world.  We know that the technology was

19  exported to affect an election in Argentina.  That's

20  admitted by our friend who wrote the affidavit about Hugo

21  Chavez and his interest in Smartmatic.

22          Again, in 2006 Carolyn Maloney wrote the

23  Honorable John Snow, the Secretary of the Treasury, about

24  the issues.

25          Speaking of Smartmatic's leadership, one of the

1  Smartmatic patent holders, Eric Coomer, I believe his name

2  is, is on the Web as being recorded in a conversation with

3  Antifa members, saying that he had the election rigged for

4  Mr. Biden, nothing to worry about here, and he was going

5  to -- they were going to "F" Trump.  His social media is

6  filled with hatred for the president and for the

7  United States of America as a whole, as are the social

8  media accounts of many other Smartmatic people.

9       There has been widespread use of this.  Dominion

10  itself is utilized in 2000 jurisdictions in 30 states.  It

11  has been uncertifiable in multiple states, who realized

12  all the problems that it had, including Texas.

13       Experts have described it across the board, from

14  a Princeton group of three professors, to experts that we

15  have talked to, about its enduser vulnerabilities.

16       People can admittedly go in and change whatever

17  they want.  They can set the ratio of votes from one thing

18  to another, they can say that a Biden vote counts as 1.25

19  and a Trump vote counts as .75, and those may be the

20  numbers that were actually used here.

21       It's not just the swing states that were

22  affected.  The algorithm was likely run across the

23  country, to affect the entire election.

24       Like I said, we only discovered it this year

25  because of the overwhelming number of votes for President

1  Trump in the swing states to cause the machines to have to

2  shut down for them to backfill or adding votes.

3      We have evidence of different numbers of votes

4  being injected into the system, the same identical unique

5  six digit number multiple times in at least two states

6  that we've analyzed so far, and I'm talking about 341,542

7  votes for Biden and 100,012 for Trump.  There's no

8  explanation, no logical explanation for the same numbers

9  being injected 20 minutes apart into the machine.

10     The software manual itself, you can download it

11  from the internet, and I would encourage you all to read

12  it because it specifically advertises some of these things

13  as features of the system.  Why it was ever allowed into

14  this country is beyond my comprehension and why nobody has

15  dealt with it is absolutely appalling.

16     The machines were easily accessible to hackers,

17  there's video on the net that will explain to you how a

18  kid with a cell phone can hack one of these voting

19  machines.

20     There's been no oversight of Dominion or its

21  software.  Workers in each county were trained by

22  Dominion, but there's no evidence of any monitoring

23  otherwise.  We have testimony of different workers

24  admitting that they were trained how to dispose of Trump

25  votes and add to Biden votes.

1        The software has a feature pursuant to which you

2   can drag and drop any number of batches of votes to the

3   candidate of your choice, or simply throw them away.

4        So we have mathematical evidence in a number of

5   states of massive quantities of Trump votes being trashed,

6   just simply put in the trash like you would on your

7   computer with any file, and Biden votes being injected.

8        That's in addition to the flipping.  I mean, it

9   really happens in two ways.  There's an algorithm that

10  runs that automatically flips all the votes and then each

11  operator has the ability to go in, override settings, they

12  can ignore signature, they can ignore the top line of the

13  ballot, they can go down ballot and select who they want

14  to change the results for.

15       Mr. -- the gentleman who founded Smartmatic,

16  there's video of him on the internet explaining that, yes,

17  in at least one occasion he admits, they changed a million

18  votes with no problem.

19       Many of the jurisdictions that have had this

20  problem might not have known of the issues, but many did,

21  and I think a full scale criminal investigation needs to

22  be undertaken immediately by the Department of Justice and

23  by every state's equivalent, Attorney General's Office or

24  state investigatory unit, because there's evidence of

25  different benefits being provided to the people who spent

1  a hundred million dollars of taxpayer money at the last

2  minute for their state to get the Dominion Voting Systems

3  put in in time for this election, in different ways.

4          There's one person that a lawyer told me got,

5  quote, election insurance, meaning that he would be able

6  to make sure he was elected.  I'm sure they explained that

7  feature in detail to many people who expressed interest in

8  putting this voting system in.

9          Texas denied certification of the Dominion system

10  in 2019 but there are no doubt issues with the software

11  that Texas did use -- unbeknownst to Texas, I would

12  imagine, since they went to great trouble to examine the

13  Dominion Systems and reject them; but other software, the

14  source code that does the alterations is embedded, we have

15  been told, in the source code all across the country, in

16  all the voting machines.

17          There's no doubt it has been used to alter

18  elections in other countries.  We know specifically that

19  Venezuela exported it for that purpose to Argentina and

20  other Latin-American companies to make sure that the

21  corrupt rulers who were willing to pay the highest price

22  for being in office were allowed to rig their elections.

23          This is stunning, heartbreaking, infuriating, and

24  the most unpatriotic acts I can even imagine for people in

25  this country to have participated in in any way, shape or

1  form, and I want the American public to know right now

2  that we will not be intimidated.  American patriots are

3  fed up with the corruption from the local level to the

4  highest level of our government and we are going to take

5  this country back, we are not going to be intimidated, we

6  are not going to back down, we are going to clean this

7  mess up now.

8          President Trump won by a landslide.  We are going

9  to prove it and we are going to reclaim the United States

10 of America for the people who vote for freedom.

11         PRESS:  How come you're not suing in the

12 Wisconsin counties that used this?

13         Why are you only doing a recount --

14         JENNA ELLIS:  Excuse me, we're not up to the

15 questions at this point.  So excuse me, we're not at the

16 questions at this point.

17         My name is Jenna Ellis and I'm the senior legal

18 advisor to the Trump campaign and I'd like to just explain

19 now where we've been and where we're at and what you can

20 expect from this process.

21         So what you have heard, I'm sure, in the fake

22 newspapers tomorrow will be one of two things:  Either

23 there was not sufficient evidence that we've presented or

24 we spoke too long.  Okay?

25         So what you've heard now is basically an opening

1    statement.  This is what you can expect to see when we get

2    to court to actually have a full trial on the merits, to

3    actually show this evidence in court and prove our case.

4            This is not a Law and Order episode where

5    everything is neatly wrapped up in 60 minutes.

6            For those of you who are here in this room or

7    have maybe tuned out in other networks, clearly you've

8    never been court reporters.  Trials take time.  Putting on

9    evidence takes time.  This is basically an opening

10   statement so the American people can understand what the

11   networks have been hiding and what they refuse to cover

12   because all of your fake news headlines are dancing around

13   the merits of this case and are trying to delegitimize

14   what we are doing here.

15           Let me be very clear that our objective is to

16   make sure to preserve and protect election integrity.

17           President Trump has been saying from day one that

18   this is about maintaining free and fair elections in this

19   country.  It is not about overturning an outcome, it is

20   about making sure that election integrity is preserved,

21   and every American should want that.

22           If every American is not on board with that, you

23   have to ask yourself why, and if your fake news network is

24   not covering this or allowing you to cover it fairly and

25   accurately, you should ask yourself why.

Trump Campaign News Conference on Legal Challenges

37

1          This is absolutely a legitimate legal basis.  We

2  have been asked to provide an entire case that generally

3  would take years in civil litigation.

4          I've been a prosecutor, I have tried cases with

5  far simpler facts, one thing happened in a matter of

6  minutes, and it still takes days, and we go through a jury

7  process.

8          This is the court of public opinion right now.

9  We are not trying our case in the court of public opinion

10  because if we were, we would get unbiased jurors.  I would

11  strike 99 percent of you from the jury, and I would be

12  allowed to because of the fake news coverage you provide.

13          You are not unbiased jurors, and until you step

14  out of your role as a journalist and actually go into a

15  courtroom and you are a judge on a bench that has sworn an

16  oath to be unbiased in our separation of powers, then your

17  opinion does not matter.

18          The facts matter, the truth matters, and if you

19  are fair reporters, you will cover that fairly and

20  appropriately and you will allow coverage of our media

21  team here and our legal team.

22          That is absolutely shocking, that all you cover

23  are around the margins.  And I've seen all of you taking

24  pictures right now and I can anticipate what your

25  headlines are going to be.

Trump Campaign News Conference on Legal Challenges

38

1        If you are not willing to talk about the evidence

2   that has been presented, then that is absolutely

3   unacceptable for journalistic standards.

4        This is an opening statement.

5        This is something where we have told you what the

6   evidence will show, and we have given you a brief

7   description.  That happens in a courtroom all the time,

8   where that's not the fact finding process, that is just an

9   overview.  That is what we have given you today, because

10  the American people need deserve to know what we have

11  uncovered in the last couple of weeks.

12        Remember, this is such a short time frame and

13  this is an elite strike force team that is working on

14  behalf of the president and the campaign to make sure that

15  our Constitution is protected.

16        We are a nation of rules, not a nation of rulers.

17  There is not someone that just gets to pick who the next

18  president is, outside the will of the American people.

19        And that is our task, because when we talk about

20  voter fraud, it's actually election official fraud.  That

21  cannot stand.  The Constitution requires that the state

22  legislatures are the ones that make election law.  It

23  still has to go by the U.S. Constitution.

24        But what has happened in this case is that state

25  and local level officials, and all the way up, have

1  changed the rules.  That's what the democrats do.  If they

2  don't like the rules, they change them, and they change

3  them at the last minute, they manipulate them, they want

4  to tear down our American system.

5          Our founders were so brilliant that they

6  anticipated this, that there would be corruption, there

7  would be foreign influence, there would be attempts to

8  manipulate the outcome of the election, especially with

9  who they called our chief magistrate.

10          I would encourage all of you to go home and

11  actually read Alexander Hamilton's Federalist 68 and see

12  what he described as an advocacy position to adopt and

13  ratify the Electoral College, and the process by which we

14  select our president.

15          We select our president through the Electoral

16  College, not because it disenfranchises voters, but

17  because it is a security mechanism for exactly the type of

18  corruption that we are uncovering, and every American

19  should be grateful and thankful that our founders had the

20  foresight to put in those protections and provisions to

21  make sure that your legitimate legal vote is not

22  disenfranchised.

23          That is what we are advocating for.  We want to

24  make sure to protect election integrity and your

25  president, President Trump, we are so proud that he is in

1   this fight because he understands that when he swore his

2   oath of office, he swore an oath to uphold and defend the

3   United States Constitution.  That is what he is doing.

4           And that is what we are doing.  We are confident

5   that through this multiple pathway to victory, we will get

6   to the actual outcome that the evidence shows.

7           But this is not about overturning an election on

8   our part, it's about making sure that we protect and

9   preserve free and fair elections for all future American

10  elections.

11          If the United States caves to corruption or this

12  type of election integrity disaster, then no election will

13  be secure from here on out, and we all need to be keenly

14  aware of that.

15          We are the representatives here that are standing

16  in this gap and defending President Trump and defending

17  you, the American people, at the end of the day.

18          This is ultimately about the United States of

19  America, and we want to make sure to protect and defend

20  that.

21          And as my colleagues have said, we will not back

22  down, we won't be intimidated, President Trump will not be

23  intimidated, you the American people should not be

24  intimidated.  You the press should cover this fairly and

25  should know that this matters to election integrity and it

Trump Campaign News Conference on Legal Challenges

1  matters to the future of our nation.

2          So we have given you an overview, but recognize

3  this is not a court of law.  We will get there and we have

4  time and we have constitutional provisions that will step

5  in when we show the corruption and the irredeemably

6  challenged and overturned votes that are absolutely

7  corrupt in all of these counties.  It is irredeemably

8  compromised.  We will show that, but you have to give us

9  that opportunity.  This has been just our opening

10 statement and we have an opportunity to get there and we

11 have time and we will do that.

12         This is the United States of America and we stand

13 proudly for President Donald J. Trump.  Thank you.

14         SIDNEY POWELL:  The world is watching this.

15         I have gotten multiple emails from people in

16 other countries who watched the same pattern happen there.

17         We have witness testimony that these same things

18 were done in those countries, as this was exported from

19 Venezuela and by Maduro and by Mr. Chavez and by Cuba, and

20 of course we know China also has a substantial presence in

21 Venezuela and substantial interests in making sure that

22 President Trump does not continue in office.

23         This is the consummate foreign interference in

24 our election, in the most criminal way you can possibly

25 imagine.  It must be shut down.

1        We know, for example, that one of the Dominion's

2    highest level employees or officers went to Detroit

3    himself to man the Detroit operations center, where he

4    could watch the votes coming in realtime and decide what

5    file folder in the system to put those votes into.

6        That's why you see massive spikes after hours,

7    when people were told that all the votes were in and all

8    the votes were counted.

9        Many Dominion employees have already reached out

10   to us to tell us the truth.  They are Americans who want

11   to ensure election integrity like we do.

12       I would encourage every Dominion or Smartmatic

13   employee who is fed up with the corruption in this

14   country, to come forward as soon as possible because these

15   are serious federal offenses that I am confident the

16   Department of Justice will be in pursuit of in very short

17   order, if they are not already.

18       RUDY GIULIANI:  All right, a few questions.

19       PRESS:  Yeah, Mayor Giuliani, this sort of

20   reminds me of 30 years ago, they had federal judges doing

21   consent decrees over elections, you get a federal judge

22   overseeing the election -- this is in the old Chicago

23   days.  Will you be asking that in Georgia, where you have

24   two Senate races that have the U.S. District Court judges

25   and federal authorities monitoring the elections?

1          RUDY GIULIANI:  I can't say what's going to be

2     done about --

3          PRESS:  Can we have sort of a operation --

4          RUDY GIULIANI:  I'm sorry, in what county?

5          PRESS:  In (unintelligible) county, Pennsylvania,

6     to (unintelligible) there's an Operation Greylord, I don't

7     know if you were aware of that.

8          RUDY GIULIANI:  Yep, I know about it.  I really

9     can't give you an opinion on that.  I think obviously

10    every election official should learn something from this

11    and be very, very careful with the next election.

12          I know this is a lot of information that we've

13    given you, probably because we're frustrated with what we

14    keep reading and hearing in the censored press, which is

15    that we have no evidence, we have no specifics, we have no

16    backup for what we're saying, and you largely ignore the

17    affidavits that are filed.  Whether you agree or disagree

18    with an affidavit, it's evidence.

19          You can't say -- I mean, you're just lying to the

20    American people when you say there's no evidence.

21          Sidney was giving you information that come from

22    affidavits from other people, that are given under oath.

23          I was explaining things to you from affidavits

24    that come from other people, American citizens, who swear

25    under oath that they saw 100,000 ballots come in and that

1  they were all for Joe Biden; and that I should point out,

2  now that Sidney has spoken, that those happened just

3  around the time that the Dominion or Smartmatic people

4  called a halt to the election, and then you can also trace

5  it with a very big spike in the vote count at exactly that

6  time.  Right up.

7          So what we're telling you is supported by

8  evidence and we're going to have to present these because

9  of the procedures that exist, according to the different

10  voting laws of the different states.

11          For example, you asked us about Wisconsin.  We

12  have to first create a contest in Wisconsin before we can

13  move to bringing a fulsome federal lawsuit.

14          The contest, from everything I can see, is going

15  to overturn the vote because it's going to show somewhere

16  around a hundred thousand illegal ballots in two counties

17  that Biden carried by 75, 80 percent -- and you know how

18  close Wisconsin is -- and what I'm talking about is the

19  absentee ballots for which there were no applications, and

20  that's not just a small matter.

21          The reason for the application and the reason to

22  keep all these things together is precisely to avoid what

23  the democrats did in this election, which is to misuse the

24  absentee ballot process and the mail-in ballot process, in

25  order to cheat.

1        So they really cheated in two respects.

2        They cheated with the machines.  Instead of

3   asking me are we going to bring a lawsuit in Wisconsin --

4   which we will, if we have to -- you should have asked me

5   -- and you should be more astounded by the fact that our

6   votes are counted in Germany and in Spain by a company

7   owned by affiliates of Chavez and Maduro.

8        Did you ever believe that was true?  Did any of

9   you here believe that that was possible?  Of course it's

10  not -- of course it shouldn't be possible.  I don't know

11  if we're going to have time to develop all that in time to

12  fill the requirements of all these cases.

13       We have enough evidence without that to overturn

14  this election.  We have it from the affidavits of American

15  citizens.  But that's a matter of national security that

16  we're talking about now.  Very, very serious matter of

17  national security.  Please don't make light of it and

18  don't act like you knew it.  Don't act like it isn't a

19  surprise.  If that's not a headline tomorrow, then you

20  don't know what a headline is.

21       There isn't a single person in this country that

22  would have believed that we have states that are stupid

23  enough to have our vote sent out of this country.

24       You couldn't possibly believe that the company

25  counting our vote, with control over our vote, is owned by

1  two Venezuelans who were allies of Chavez, are present

2  allies of Maduro, with a company whose chairman is a close

3  associate and business partner of George Soros, the

4  biggest donor to the democrat party, the biggest donor to

5  Antifa and the biggest donor to Black Lives Matter.

6          My goodness, what do we have to do to get you to

7  give our people the truth?  Yes.

8          PRESS:  Thank you, Mayor Giuliani.  My name is

9  (unintelligible).  Some on this legal team have mentioned

10  before that people close to the Trump campaign are

11  pressuring him to drop the investigation into Dominion.

12          Can you go further into detail and tell us

13  specifically who those people are?

14          Also, if it's possible, can you tell us if they

15  work with some of our powerful defense groups in the

16  United States, such as the CIA?

17          RUDY GIULIANI:  The last part was do they work?

18          PRESS:  With defense groups.

19          RUDY GIULIANI:  With defense groups and the CIA.

20          First, I'm in charge of this investigation, with

21  Sidney and the people that you see here.  There's been no

22  pressure to stop investigating Dominion.

23          PRESS:  No, to stop --

24          RUDY GIULIANI:  No, there's pressure to go as

25  fast as we can.  I think there was uniform shock, when we

1  first heard it.  I think when I first heard it, I didn't

2  believe it, until Sidney showed me the documents.

3       And in fact I feel kind of stupid, and you all

4  should, because all you had to do was go online and find

5  out that Smartmatic is owned by Venezuelans close to

6  Chavez.  You can Google it.  Well, unless they take it

7  down.  I preserved it, so you can find it.

8       By the way, the Coomer character who is close to

9  Antifa took off all of his social media.  Ha-ha.  But we

10 kept it, we've got it.  The man is a vicious, vicious man.

11 He wrote horrible things about the president.  He is

12 completely -- he is completely biased, he's completely

13 warped, and he specifically says that they're going to fix

14 this election.

15       I don't know what you need to wake you up to do

16 your job and inform the American people, whether you like

17 it or not, of the things they need to know.

18       This is real.  It is not made up.  There's nobody

19 here that engages in fantasies.  I've tried a hundred

20 cases.  I've prosecuted some of the most dangerous

21 criminals in the world.  I know crimes.  I can smell 'em.

22       You don't have to smell this one.  I can prove it

23 to you 18 different ways.  I can prove to you that he won

24 Pennsylvania by 300,000 votes.  I can prove to you that he

25 won Michigan by probably 50,000 votes.

1          When I went to bed on election night, he was

2     ahead in all those states, every single one of those

3     states.  How is it they all turned around, every single

4     one of them turned around?

5          Or is it more consistent there was a plan to turn

6     'em around?  And since there are witnesses who say there

7     was a plan to turn 'em around and it kind of begs

8     credulity to say that it all happened, in every single

9     state, my goodness, this is how you win cases in a

10    courtroom.

11         PRESS:  Sir, is it your goal with this to

12    (unintelligible) officials and law makers in battleground

13    states to block or delay certification so the GOP can pick

14    their own electors; is that the endgame here?

15         RUDY GIULIANI:  Our goal here is to go around the

16    iron curtain of censorship that -- what publication are

17    you with?

18         PRESS:  CNN.

19         RUDY GIULIANI:  It's to go around the outrageous

20    iron curtain of censorship and get facts to the American

21    people that, if you were a fair and honest network, you'd

22    have been reporting for the last two weeks.  These are

23    facts.  These are things that actually happened.  These

24    people really wrote these affidavits.  These affidavits

25    are really part of the public record.  You're concealing

Trump Campaign News Conference on Legal Challenges

1  them, you're covering them up.  And our role here is to do

2  your job, because you don't do it.

3          Chanel.

4          PRESS:  Mr. Mayor, thank you.  Where is our FBI,

5  and have they expressed any interest whatsoever in looking

6  into allegations of voter fraud and election fraud that

7  you have pointed out in these six states?

8          RUDY GIULIANI:  Come on.

9          You have to have a little humor.

10         SIDNEY POWELL:  We have witnesses who have

11  actually reported --

12         RUDY GIULIANI:  Where are you, FBI?

13         SIDNEY POWELL:  -- to the FBI, and nothing has

14  happened as a result of it.

15         RUDY GIULIANI:  I don't know where the FBI has

16  been for the last three years.  I have no idea where the

17  FBI has been for the last four years.

18         Explain to me how the FBI concealed a memo in the

19  hand of Brennan to Obama, saying that Hillary basically

20  made up the Russia collusion plot.  They withheld that for

21  four years and cost our country $40 million and two

22  impeachment -- one attempted, one actual, and then a

23  acquittal proceeding.  I don't know where they've been.  I

24  don't know where were on the hard drive.  They got it

25  eight, 10 months ago.  There are clear crimes revealed on

 1  it.  They didn't do anything with that.

 2          I don't know where they are now.  Our country has

 3  had its ballots counted, calculated and manipulated in a

 4  foreign country, with a company controlled by friends of

 5  an enemy of the United States.

 6          What do we have to do to get the FBI to wake up?

 7  Maybe we need a new agency to protect us.  I have no idea.

 8          SIDNEY POWELL:  If I may speak for just a minute.

 9          RUDY GIULIANI:  Sure.

10          SIDNEY POWELL:  In terms of the level of

11  corruption we are looking at here, we have no idea how

12  many republican or democratic candidates in any state

13  across the country paid to have the system rigged to work

14  for them.  These people didn't do this just to take

15  control.  They make one heck of a lot of money off of it.

16          Think about the global interests behind your own

17  news organizations.  Think about the pressure being

18  brought to bear on -- from the social media companies to

19  shut down free speech on any challenge to the election.

20          This is a massive, well-funded, coordinated

21  effort to deprive we the people of the United States of

22  our most fundamental right under the Constitution, to

23  preserve this republic that we all cherish.

24          It is of the greatest concern.

25          It is the 1775 of our generation, and beyond.

Trump Campaign News Conference on Legal Challenges

51

1          PRESS:  Sidney, the votes being held and

2  processed, tabulated overseas, there are reports that

3  there was a piece of hardware, probably a server picked up

4  in Germany.  Is that true and is it related to this?

5          SIDNEY POWELL:  That is true.  It is somehow

6  related to this, but I do not know whether good guys got

7  it or bad guys got it.

8          PRESS:  So we don't know who has that?

9          PRESS:  Sidney, I have a question on --

10          PRESS:  -- Wisconsin or the counties that use

11  Dominion Systems?

12          SIDNEY POWELL:  I can only hear one person at a

13  time.  I'm going to take the ones with the hands raised.

14          PRESS:  I'm with just the news (unintelligible)

15  so question for you, Sidney.  First on the issue of the

16  machines, do you plan to have -- are you seeking a court

17  order to either seize or subpoena or just to gain access

18  to any of these machines in any of these contested

19  districts, have you begun that process and when can we

20  expect a timeline on that?

21          And then for you, Mr. Mayor, you mentioned in

22  Wisconsin and in Michigan these issues of overvoting.

23          Where can we learn more about that -- you're

24  saying 150, 200 percent?

25          SIDNEY POWELL:  Up to 350 percent, in some

1  places.

2         PRESS:  Where would we get access to that data?

3         And then to what extent were those people who

4  showed up to vote in person?  Because in Michigan, for

5  example, they did allow same day registration.

6         SIDNEY POWELL:  Yes.  Well, the same day

7  registration causes problems with the vote signature and

8  the registration itself.  That's a whole different system

9  that makes it impossible, really, to validate the

10  signature.  I mean, one person could sign the same name --

11  I mean, I could sign John Smith, I could sign Kay Smith, I

12  could sign on both things and run 50 ballots that way, and

13  we've got some evidence of that being done as well.

14         Rudy, do you want to speak to the other part of

15  it?

16         RUDY GIULIANI:  Sure.  We have now three overvote

17  analyses done; one for Pennsylvania, one for Michigan, and

18  one for Wisconsin.  We're in the process -- oh, I'm sorry,

19  Georgia.  We're in the process of doing the others.

20         I'll check to see if it's appropriate for us to

21  make it public.  I imagine it is, but you could actually

22  do -- you could do it yourself.

23         SIDNEY POWELL:  A lot of the analysis comes from

24  the realtime data that came through to the news medias the

25  night and following the election, and some entrepreneurs

1  out there have started crunching data themselves, in

2  addition to multiple experts who could easily recognize,

3  with the mathematical brain that I do not have, the beyond

4  explicable deviations, to the point of mathematical

5  impossibility, that 186,000 votes come in at once, all for

6  Joe Biden.  That's like flipping a coin 186,000 times and

7  it lands on heads every time.  That does not happen.

8          There is no reasonable explanation for the

9  up-shoots, the straight lines up -- I'm not even talking

10  about an angle, I'm talking about some massive straight

11  lines up in the vote tallies in the middle of the night,

12  after they've supposedly stopped counting, and that's when

13  the Dominion operators went in and injected votes and

14  changed the whole system; and it affects votes around the

15  country, around the world, and all kinds of massive

16  interests of globalists, dictators, corporations -- you

17  name it.  Everybody's against us except President Trump

18  and we the people of the United States of America.

19          PRESS:  You've spoken of unleashing the kraken.

20          Is the country ready for this?  I mean, Americans

21  should be astonished what you're saying here today.  Is

22  the country on the verge of an electoral breakdown?

23          SIDNEY POWELL:  We've already had it.

24          We have already had that electoral breakdown.

25          But the Constitution, as Jenna explains, has

1  provisions in it for how you fix this, and there should

2  never be another election conducted in this country -- I

3  don't care if it's for local dog catcher -- using a

4  Dominion machine and Smartmatic software.

5          We have got to have an American company that uses

6  paper ballots that we can all verify so every one of us

7  can see that our vote is our vote.

8          PRESS:  Why are you not requesting recounts in a

9  Wisconsin county that used Dominion software?  You're

10  requesting recounts in two counties that don't use the

11  software at all.

12          RUDY GIULIANI:  Because this case is not only

13  about -- remember, this case didn't begin with Dominion.

14          This case began and this case can be proven the

15  old-fashioned way.  It can be proven based on just good

16  old-fashioned democratic tactics that go back to Mayor

17  Daley in the 1960's when he held the vote back in Chicago

18  so that he could elect John F. Kennedy; or as recently as

19  last year, when they held the vote back in Palm Beach

20  County and Broward County in order to see if they could

21  steal that election for the Senate and governor, and then

22  got caught manufacturing ballots.  Democrats have been

23  doing this for years, on a small scale.

24          When they passed the mail-in voter statute, which

25  all of a sudden multiplied by ten times the number of

Trump Campaign News Conference on Legal Challenges

55

1  mail-in votes, they realized they could have a field day.

2  They could do precisely what Jimmy Carter and Secretary

3  Baker warned us about.  All you have to do is own an

4  election board, and you can get away with it.

5          And unlike what Sidney is talking about, where

6  you can have a paper trail, a paper ballot, I tried to

7  point out to you, the minute that you separate the outer

8  envelope from the ballot, you can no longer trace it,

9  which is why the count -- whatever the count in Georgia

10 today is, it's totally ridiculous.

11         They're counting the same fraudulent ballots one

12 more time.  And we're still very close.

13         PRESS:  So far (inaudible) that's got to be

14 disappointing to you and the president.  How would you

15 describe his mood at the moment and do you and him still

16 genuinely believe you can overturn this election or is it

17 about something bigger than you?

18         RUDY GIULIANI:  Well, it is about something --

19 let's go from the big picture to the smaller picture.

20         The most important thing here is that this has

21 been a massive attack on the integrity of the voting

22 system in the greatest democracy on earth.

23         The people who did this have committed one of the

24 worst crimes that I've ever seen or observed.

25         One of the things we're the most proud of in this

1  country is that we've been such a longstanding democracy,

2  based on the right to vote.  They have trashed the right

3  to vote, they've dishonored the right to vote, they've

4  destroyed the right to vote, in their greed for power and

5  money.  And there's no doubt about it.  This was not an

6  individual idea of 10 or 12 democrat bosses.

7        This is a plan.  You would have to be a fool not

8  to realize that.  They do the same thing in exactly the

9  same way in ten big democrat controlled, in most cases,

10  crooked city -- and when I say "crooked city," go look at

11  how many of their officials have gone to jail in the last

12  20 or 30 or 40 or 50 or 60 years that they have dominated

13  and destroyed those cities.

14        They picked the places where they could get away

15  with it.  They picked the places where, whether or not

16  republicans testify to something, judges would just

17  dismiss it, because judges are appointed politically and

18  too many of them are hacks.

19        They pick places where they can get a sheriff

20  that refused to enforce a court order.  When we got a

21  court order that we could be ten feet closer, our

22  representatives were told:  If you try to do it, I'll

23  arrest you.

24        PRESS:  (Inaudible) national conspiracy

25  suggesting that Joe Biden was actually part of that.

1            RUDY GIULIANI:  Part one.  Part one.

2            It began as a national conspiracy, clearly.  That

3     evidence emerged very, very quickly.  The minute I saw

4     that it was the same thing in ten states, just using

5     logic, I said this can't be an accident.

6            And then what I was surprised about is the

7     dimension of it.  I mean, not inspecting almost 700,000

8     ballots is astounding.

9            PRESS:  Are you suggesting that Joe Biden was

10    part of that conspiracy?

11           I just wonder what your evidence is.

12           RUDY GIULIANI:  Honestly, I don't know what Joe

13    Biden is aware of or not aware of, and I mean that as a

14    lawyer, not trying to be -- not trying to be cute.  I've

15    watched him, I've observed him.  I honestly don't know how

16    much he's aware of.  I don't know how much he decides and

17    how much things are decided for him.

18           JENNA ELLIS:  Can I say just one other thing to

19    your question about the process.

20           Your question is fundamentally flawed when you're

21    asking where is the evidence.  You clearly don't

22    understand the legal process.  What we have asked for in

23    the court is to not have the certification of false

24    results.  And so to say, hold on a minute, we have

25    evidence that we will present to the court.  We haven't

Trump Campaign News Conference on Legal Challenges

1  had the opportunity yet to present that to the court.

2          We're giving you an overview and a preview of

3  what we've discovered, but no court yet has had -- we've

4  had that opportunity.  So when we have a -- and we have

5  fraud allegations pending.

6          So what we've asked for are temporary restraining

7  orders or injunctions to not certify false results.

8          We're very happy that Michigan, the reason we

9  dismissed that lawsuit today is because the Michigan

10 county in Wayne County, they're not going to certify that

11 because 71 percent of counties have inconsistent data.

12         No person in this room or in this country should

13 want states to rush through and coronate a president with

14 false results.  We have to make sure that the results are

15 accurate, and that's what we will prove.

16         RUDY GIULIANI:  Two more questions.

17         PRESS:  The Secretary of State says that that

18 can't actually happen, that those votes can't be rescinded

19 and that was a (unintelligible) representation in Michigan

20 currently stands.

21         RUDY GIULIANI:  The Secretary of State where?

22         PRESS:  In Michigan.

23         SIDNEY POWELL:  Well, there are problems in

24 Michigan.  Follow the money.

25         RUDY GIULIANI:  Follow the political party,

1   ma'am.  I mean, you're actually seriously going to want me

2   to take seriously the Secretary of State of Michigan, when

3   Michigan -- when Michigan -- when the Secretary of State

4   of Michigan never bothered to find out that the votes in

5   her state were being counted in Germany by a Venezuelan

6   company, and you want me to take her seriously or him

7   seriously?

8           I mean, I was in government.  If I were the

9   governor of that state I'd fire everybody that was

10  involved in this election.  They didn't come and tell me

11  that my state was going to be embarrassed, made a fool of

12  because I'm sending my votes of people in Michigan over to

13  Germany to be counted by a company that is owned by people

14  who are allies of Maduro and Chavez?

15          By the way, Carolyn Maloney who wrote that is my

16  Congresswoman.  A democrat pointed that out.

17          They didn't do the darnedest bit of due

18  diligence.  If you bought a $10 million company you would

19  have done more due diligence than that.

20          Maybe they're incompetent or maybe they didn't

21  want to know, but you're not going to have me take

22  seriously anything that comes from anyone involved in the

23  election, the way it was conducted in Michigan.

24          PRESS:  You guys are saying that those votes have

25  been rescinded.  They haven't.  The Secretary of State

1   there said that they can't be.

2           RUDY GIULIANI:  The Secretary of State can say

3   whatever she wants to say.  Of course she's going to say

4   that.  She's a democrat.  She could also credit the

5   affidavits of the two people and say that the board is

6   tied and therefore the vote hasn't been certified.

7           So because she's a democrat, she's saying that.

8           Do you think she has any credibility, having run

9   the kind of election they ran in Michigan?  Do you think

10  anyone in that government has credibility, after using a

11  machine and fooling their citizens?  There can't be a

12  person in Michigan who thought their vote was being sent

13  outside the United States so somebody could play with it.

14          I mean, it's disgraceful, what the government of

15  Michigan did to its citizens.  Absolutely disgraceful.

16          PRESS:  Mr. Mayor, you have alleged

17  (unintelligible) get your hands on the -- sorry, the

18  voting machines or the servers and are you going to have

19  to say what, when, where?

20          RUDY GIULIANI:  We are limited in what we can do.

21  We're not the FBI, we're not the government.  We don't

22  have that kind of subpoena power, we don't have the power

23  to just go subpoena anything we want.  The government

24  does.  We would have to subpoena in line with a case.

25          Our first case, we're asking for that authority

Trump Campaign News Conference on Legal Challenges

61

1    in Pennsylvania and in Michigan.  But you have to get that

2    authority from the court.  We're private citizens, we're

3    not the government.

4          If I were the government like I used to be, there

5    would probably be a lot of people arrested by now because

6    there's plenty of probable cause.

7          Plenty of probable cause.

8          BORIS EPSHTEYN:  All right, thank you everybody.

9          PRESS:  I had it one last --

10         RUDY GIULIANI:  We'll take.

11         PRESS:  You allege that Donald Trump has won by a

12   landslide.  We've seen that a lot of your lawsuits and in

13   fact lawyers have been kind of dropping like flies.

14         What do you say to those people who call this a

15   landslide just on the other side, why didn't this and also

16   why didn't this --

17         RUDY GIULIANI:  What -- what fake network do you

18   come from?

19         PRESS:  I don't come from a fake network.  In

20   fact, I am completely independent and have no one above my

21   head.

22         RUDY GIULIANI:  Oh, my goodness.  Well, first of

23   all, our cases haven't been dismissed.  We only have --

24         PRESS:  Over 20 --

25         JENNA ELLIS:  Look at the plaintiffs who are

1    involved.

2           RUDY GIULIANI:  It's not our case, ma'am.

3           PRESS:  20.

4           RUDY GIULIANI:  Don't lie to people.  Ma'am,

5    ma'am, ma'am, you are lying.  You're lying.  You're lying.

6           Well, continue to lie.

7           PRESS:  Way over their head.

8           RUDY GIULIANI:  Ma'am, ma'am, ma'am, ma'am, ma'am

9    -- okay, let me answer the question.  Let me answer the

10   question.  The answer to the question is we don't have a

11   lot of lawsuits, we only have three.  Our lawsuits have

12   not been dropped all over the place.

13          We just -- we just --

14          PRESS:  -- go away --

15          RUDY GIULIANI:  Well, you're a totally

16   discourteous person.  I'm going to finish my answer.

17          PRESS:  I'm actually really not.

18          RUDY GIULIANI:  I'm going to finish my answer.

19          The fact is we have very, very few lawsuits.  The

20   lawsuits you're talking about have been brought by private

21   individuals and groups.  Most of them were dismissed for

22   lack of standing.  Probably correctly, because they were

23   brought before the election took place.

24          The election is now over.  The only lawsuit we

25   have withdrawn is the one where we got the relief that we

Trump Campaign News Conference on Legal Challenges

1  wanted, and that's the one in Michigan.  We also have

2  another lawsuit in Michigan that will accomplish the other

3  objectives of what we want to do in Michigan, so it's

4  silly to have two competing lawsuits.

5          The only lawyer that left a case, left because he

6  was threatened; his family was threatened, his children

7  were threatened and so was the other lawyer.  Yeah, that's

8  true, we have a little difficulty getting lawyers because

9  our lawyers get threatened with being killed because of

10 the ridiculous way in which you cover this and the

11 ridiculous way in which you cover --

12          PRESS:  You haven't seen how I've covered this.

13          RUDY GIULIANI:  I'm not talking about you, I'm

14 talking about everybody but I get a pretty good sense,

15 from the way you handle yourself, how you cover it.

16          All right, we're finished with you now.

17          One last question.  One last question from a --

18 one last question.  One last question.  One last question

19 from a reasonable, civil person.  You are not.  Yes.

20          PRESS:  I'm not a reasonable person?

21          RUDY GIULIANI:  No, her, she isn't.

22          Well, we'll find out.

23          PRESS:  I'm from Daily Caller.

24          PRESS:  Oh, there we go.  Great.

25          PRESS:  Thank you.  If the courts don't

1  (inaudible) the entire bulk of the evidence to the media

2  to review?  And if so, when?  Are you going to drag this

3  thing out like the Hunter Biden hard drive again?

4          RUDY GIULIANI:  We're not going to drag it out.

5  I mean it's ridiculous for you to say we're dragging it

6  out.  Al Gore had a lot more time than we've had and we've

7  had two weeks to investigate.  So that's also completely

8  unfair to say we're dragging it out.

9          Also, if we're going to present things in court,

10  if we present it to you, judges are not going to be very

11  happy with us.

12          And finally, I have to tell you, our witnesses

13  don't want to be exposed to the tender mercies of a

14  vicious press.  I have great difficulty getting those

15  witnesses that I did reveal to allow me to do it.

16          They don't trust you, they don't like you.  They

17  think you put their lives in jeopardy with the spin that

18  you put on what's going on here and with the unfairness in

19  which you cover it.  It's not easy to reveal the things

20  that they tell me.

21          PRESS:  So the answer is no?

22          RUDY GIULIANI:  The answer is I can't do it

23  because I can't put a witness's life in jeopardy or a

24  person who thinks their life is in jeopardy.  This woman

25  tells me we have lawyers dropping out of the case.

Trump Campaign News Conference on Legal Challenges

65

1          We have lawyers dropping out of the case because
2    they're being threatened with destruction of their
3    careers, destruction of their livelihood and in some cases
4    destruction of their lives.

5          That comes about because of the hysterical way in
6    which you have covered Donald Trump and his
7    administration.

8          But we're going to change all that.

9          We're going to go to court, we're going to prove
10   it in court.  I would love to release all the information
11   that I have.  I would love to give it to you all, except
12   most of you wouldn't cover it.  A few of you would and
13   then we'd have half the American people probably informed.

14         The censorship that is going on in this country
15   right now by big tech and by big media is almost as
16   dangerous as the election fraud that we're revealing.
17   Maybe just as dangerous.  We're headed to a very bad place
18   when it is not inappropriate that a Venezuelan company
19   counted our votes.  Thank you.

20              (End of news conference.)

21

22

23

24

25

1                    C E R T I F I C A T E

2

3

4        I, TERRI NESTORE, Certified Shorthand Reporter/

5   Transcriptionist, do hereby certify that I was authorized

6   to transcribe the foregoing recorded proceeding, and that

7   the transcript is a true and accurate transcription of my

8   shorthand notes, to the best of my ability, taken while

9   listening to the provided recording.

10

11       I further certify that I am not of counsel or

12  attorney for either or any of the parties to said

13  proceedings, nor in any way interested in the events of

14  this cause, and that I am not related to any of the

15  parties thereto.

16

17

18  Dated this 18th day of December, 2020.

19

20

21  _____
    TERRI NESTORE, CSR 5614, RPR, CRR
22

23

24

25