# Exhibit 34





