# Exhibit 59

SUBSCRIBE NOW
$39 for one year. Save 67%.

SUBSCRIBE NOW
$39 for one year. Save 67%.

[ News ] Sports Autos Entertainment Nation / World Obituaries E-Edition Legals 31°F Subscribe Sign In

Advertisement - scroll for more content

ELECTIONS

# Former election security chief for Trump knocks down Antrim County report

Todd Spangler Detroit Free Press

Published 1:40 p.m. ET Dec. 16, 2020 | Updated 5:31 p.m. ET Dec. 16, 2020

View Comments   

TRU
KEEP AME

**Pro-Trump rally in Washington, D.C. includes arrests, stabbings**

Supporters of President Donald Trump's unfounded voter fraud claims in the District of Columbia clashed with counter-protesters. *USA TODAY*

A former Trump administration official who oversaw election security and was ousted after saying there were no widespread problems on Wednesday pointed out problems with a report claiming irregularities in Antrim County and cited as proof of corruption by President Donald Trump and others.

Testifying before the Senate Homeland Security and Governmental Affairs Committee, Chris Krebs, the former chief of the Department of Homeland Security's Cybersecurity and Infrastructure Security Agency, called the report by Allied Security Operations Group throwing doubts on the election systems used in Antrim County "factually inaccurate."

"It implies those systems are undependable," said Krebs, who explained that he went over

Advertisement

Trusted products
Reliable services
Helpful resources
GRAINGER
LEARN MORE

## More Stories

Detroit Lions waive starting safety Jayron Kearse in surprise move
SPORTS

Unemployment benefits have been extended, but delays are expected
NEWS

Here are some metro Detroit businesses that closed in 2020
NEWS

*Notice our new look? As you get used to things, please let us know what you think!*

Advertisement

loanDepot
At loanDepot, we know home means everything.
Learn More

Document title: Antrim County report debunked by former Trump election official
Capture URL: https://www.freep.com/story/news/politics/elections/2020/12/16/antrim-county-report-debunked-by-former-trump-election-official/3923499001/
Capture timestamp (UTC): Tue, 29 Dec 2020 21:40:08 GMT
Page 1 of 10

SUBSCRIBE NOW
$39 for one year. Save 67%.

Detroit Free Press
[ News ] Sports Autos Entertainment Nation / World Obituaries E-Edition Legals 31°F Subscribe Sign In

SUBSCRIBE NOW
$39 for one year. Save 67%.

and Infrastructure Security Agency, called the report by Allied Security Operations Group throwing doubts on the election systems used in Antrim County "factually inaccurate."

"It implies those systems are undependable," said Krebs, who explained that he went over the report the group issued as part of a lawsuit questioning the vote results in the county that has been used by Trump and his allies to widely suggest corruption. He said he could find nothing in it to support those claims.

Advertisement

Advertisement

loanDepot
At loanDepot, we know home means everything.
Learn More
NMLS#174457
www.nmlsconsumeraccess.org

**More:** State, company officials dispute report claiming Antrim County tabulators bungled results

**More:** Trump tweet wrongly suggests there were defects with Michigan voting machines

The Free Press, which has been following the Antrim County case, has looked closely at the Allied Security Operations Group report, which claims the county's equipment supplied by Dominion Voting Systems was "intentionally and purposefully designed with inherent errors to create systemic fraud and influence election results." In those reports, the Free Press has concluded that some of its claims — including one that suggested machines had a 68% error rateas if that percentage of the county votes had been misred, left untallied or changed — were false or misleading.

Advertisement

CLOSE ✕

Document title: Antrim County report debunked by former Trump election official
Capture URL: https://www.freep.com/story/news/politics/elections/2020/12/16/antrim-county-report-debunked-by-former-trump-election-official/3923499001/
Capture timestamp (UTC): Tue, 29 Dec 2020 21:40:08 GMT
Page 2 of 10

SUBSCRIBE NOW
$39 for one year. Save 67%.

Detroit Free Press

SUBSCRIBE NOW
$39 for one year. Save 67%.

[ News ] Sports Autos Entertainment Nation / World Obituaries E-Edition Legals 31°F Subscribe Sign In

Advertisement

loanDepot
At loanDepot, we know home means everything.
Learn More
NMLS#174457
www.nmlsconsumeraccess.org

Krebs said when he went over the report he was thrown by that claim of a 68% error rate and he saw it "repeated in social media by the (Trump) campaign, by the president." But as he looked more closely, he concluded that the number cited by the group is the number of alerts reported by the voting machines or tabulators, not necessarily errors or changes in the actual ballots as they were counted.

"That's being used to spin that the machine itself is not reliable," Krebs said.

The tabulators used in Antrim County were certified by the Election Assistance Commission, which requires that voting systems meet certain error thresholds for the computer code that runs the systems.

The former acting director of the EAC's Voting System Testing and Certification Program, Ryan Macias, said the report showed "a grave misunderstanding" of the voting system used in Antrim County as well as "a lack of knowledge of election technology and process." The report, as a result, "has come to a preposterous conclusion," Macias said.

Krebs also said that a photo he inspected from the report, which purported to show vote tampering and an effort to "zero out election results," appeared to him as nothing more than a "placeholder" in a line of code in Dominion's programming system. He noted that these are Windows-based machines and he worked at Microsoft.

"It's a placeholder for a parameter," Krebs said. "It may be that it's just not good coding. But it certainly doesn't mean that someone tried to get in there and hit 0.

"They misinterpreted the language … and that's just one example," Krebs said.

Krebs said efforts to try to undermine the integrity of the election could have a long-term effect and need to stop, given that no evidence of widespread problems has been found despite allegations by Trump and his supporters.

"I'm seeing these reports that are factually inaccurate continue to be promoted," he said. "We have to stop this. It's undermining confidence in democracy."

*Clara Hendrickson contributed to this report*

*Contact Todd Spangler attspangler@freepress.com. Follow him on Twitter@tsspangler. Read more onMichigan politics and sign up for ourelections newsletter.*

View Comments

CLOSE

Taboola Feed

Document title: Antrim County report debunked by former Trump election official
Capture URL: https://www.freep.com/story/news/politics/elections/2020/12/16/antrim-county-report-debunked-by-former-trump-election-official/3923499001/
Capture timestamp (UTC): Tue, 29 Dec 2020 21:40:08 GMT
Page 3 of 10



SUBSCRIBE NOW
$39 for one year. Save 67%.

Detroit Free Press

SUBSCRIBE NOW
$39 for one year. Save 67%.

Taboola Feed

Here's How You Can Always Know Your Glucose Number
Dexcom | Sponsored

Get Unsold 2020 Cars For A Fraction Of Their Value
Luxury SUVs | Searc... | Sponsored

Used Car Clearance Sale Going On Near Monument
Top Used Cars | Se... | Sponsored

StairLift Elevators Could Be A Dream Come True For Seniors
Stairlift | Search Ads | Sponsored

N95 Respirator Mask Reusable (FDA Registered), 10% Off
Canopus Group | Sponsored

Every Senior Should Wear This $49 Fit Watch
MaxFit | Sponsored

Advertisement

If You Like to Play, this Fantasy Game is a Must-Have. No Install.
Elvenar | Sponsored

Seniors Under 82 Yrs Old Get Up To $50,000 In Life Insurance for $15/Mth
EIN for NationalFamily | Sponsored

If You Like to Play, this Fantasy Game is a Must-Have. No Install.
Elvenar | Sponsored

Here's How You Can Always Know Your Glucose Number
Dexcom | Sponsored

## Deal of the Day

Kohl's Is Having a Huge Home Refresh Sale Right Now

CLOSE ✕

SUBSCRIBE NOW
$39 for one year. Save 67%.
Detroit Free Press
SUBSCRIBE NOW
$39 for one year. Save 67%.
[ News ] Sports Autos Entertainment Nation / World Obituaries E-Edition Legals 31°F Subscribe Sign In

## Deal of the Day

Kohl's Is Having a Huge Home Refresh Sale Right Now

REVIEWED USA TODAY Network

View Deal

Recommendations are independently chosen by our editors. Purchases you make through our links may earn us a commission.

Advertisement

loanDepot
At loanDepot, we know home means everything.
Learn More
NMLS#174457
www.nmlsconsumeraccess.org

## Recommended

Detroit Lions waive starting safety Jayron Kearse in surprise move

SPORTS

Get Unsold 2020 Cars For A Fraction Of Their Value

Luxury SUVs | Search Ads | Sponsored

Used Car Clearance Sale Going On Near Monument

Top Used Cars | Search Ads | Sponsored

## More Local Stories

Unemployment benefits have been extended, but delays are expected

NEWS

Here are some metro Detroit businesses that closed in 2020

NEWS

4 people dead in 2 separate Michigan shootings

NEWS

CLOSE

Document title: Antrim County report debunked by former Trump election official
Capture URL: https://www.freep.com/story/news/politics/elections/2020/12/16/antrim-county-report-debunked-by-former-trump-election-official/3923499001/
Capture timestamp (UTC): Tue, 29 Dec 2020 21:40:08 GMT
Page 5 of 10





SUBSCRIBE NOW
$39 for one year. Save 67%.

SUBSCRIBE NOW
$39 for one year. Save 67%.

Trump mean-tweets Nessel after AG eyes sanctions for election lawyers
NEWS

StairLift Elevators Could Be A Dream Come True For Seniors
Stairlift | Search Ads | Sponsored

N95 Respirator Mask Reusable (FDA Registered), 10% Off
Canopus Group | Sponsored

Every Senior Should Wear This $49 Fit Watch
MaxFit | Sponsored

Seniors Under 82 Yrs Old Get Up To $50,000 In Life Insurance for $15/Mth
EIN for NationalFamily | Sponsored

Advertisement

## More Local Stories

Southfield man, 48, shot to death during carjacking
NEWS

What Tom Brady, Detroit Lions' Matthew Stafford talked about postgame
SPORTS

Michigan basketball jumps Michigan State in USA TODAY Sports poll
SPORTS

How the Lions could move up to No. 3 in NFL draft
SPORTS

CLOSE



SUBSCRIBE NOW
$39 for one year. Save 67%.
Detroit Free Press
SUBSCRIBE NOW
$39 for one year. Save 67%.
[ News ] Sports Autos Entertainment Nation / World Obituaries E-Edition Legals 31°F Subscribe Sign In

How the Lions could move up to No. 3 in NFL draft
SPORTS

Advertisement

loanDepot
At loanDepot, we know home means everything.
Learn More
NMLS#174457
www.nmlsconsumeraccess.org

**If You Like to Play, this Fantasy Game is a Must-Have. No Install.**
Elvenar | Sponsored

**Here's How You Can Always Know Your Glucose Number**
Dexcom | Sponsored

**Get Unsold 2020 Cars For A Fraction Of Their Value**
Luxury SUVs | Search Ads | Sponsored

**Used Car Clearance Sale Going On Near Monument**
Top Used Cars | Search Ads | Sponsored

## Recommended

**Detroit Lions waive starting safety Jayron Kearse in surprise move**
SPORTS

**Unemployment benefits have been extended, but delays are expected**
NEWS

CLOSE ×

Document title: Antrim County report debunked by former Trump election official
Capture URL: https://www.freep.com/story/news/politics/elections/2020/12/16/antrim-county-report-debunked-by-former-trump-election-official/3923499001/
Capture timestamp (UTC): Tue, 29 Dec 2020 21:40:08 GMT
Page 7 of 10

SUBSCRIBE NOW
$39 for one year. Save 67%.

Detroit Free Press

SUBSCRIBE NOW
$39 for one year. Save 67%.

StairLift Elevators Could Be A Dream Come True For Seniors
Stairlift | Search Ads | Sponsored

2
PACK

N95 Respirator Mask Reusable (FDA Registered), 10% Off
Canopus Group | Sponsored

Advertisement

loanDepot
At loanDepot, we know home means everything.
Learn More
NMLS#174457
www.nmlsconsumeraccess.org

## More Local Stories

Here are some metro Detroit businesses that closed in 2020
NEWS

4 people dead in 2 separate Michigan shootings
NEWS

Trump mean-tweets Nessel after AG eyes sanctions for election lawyers
NEWS

POLICE LINE DO N

Southfield man, 48, shot to death during carjacking
NEWS

Every Senior Should Wear This $49 Fit Watch
MaxFit | Sponsored

Seniors Under 82 Yrs Old Get Up To $50,000 In Life Insurance for $15/Mth
EIN for NationalFamily | Sponsored

CLOSE ✕

SUBSCRIBE NOW
$39 for one year. Save 67%.

Detroit Free Press

SUBSCRIBE NOW
$39 for one year. Save 67%.

[ News ] Sports Autos Entertainment Nation / World Obituaries E-Edition Legals 31°F Subscribe Sign In

New Car Gadget Removes Scratches & Dents
NanoSparkle Cloth | Sponsored

Dental Implants Are Almost Being Given Away
Did U Know | Sponsored

Advertisement

loanDepot

At loanDepot, we know home means everything.

Learn More

NMLS#174457
www.nmlsconsumeraccess.org

## More Local Stories

What Tom Brady, Detroit Lions' Matthew Stafford talked about postgame
SPORTS

Michigan basketball jumps Michigan State in USA TODAY Sports poll
SPORTS

How the Lions could move up to No. 3 in NFL draft
SPORTS

MICHIGAN
STATE POLICE

Trooper stops man driving 117 mph down I-94 in Macomb County
NEWS

Advertisement

WorldRemit
Send money with us wherever you are.
Check our rates

Detroit Free Press
PART OF THE USA TODAY NETWORK

About
Staff Directory
Careers
Accessibility Support
Site Map
Legals

Support
Contact Us
Support Local Businesses
Advertise Your Business
Advertising Terms and Conditions
Buy and Sell

Stay Connected
Subscribe Today
Newsletters
Mobile Apps
Facebook
Twitter

CLOSE ×

Document title: Antrim County report debunked by former Trump election official
Capture URL: https://www.freep.com/story/news/politics/elections/2020/12/16/antrim-county-report-debunked-by-former-trump-election-official/3923499001/
Capture timestamp (UTC): Tue, 29 Dec 2020 21:40:08 GMT
Page 9 of 10



SUBSCRIBE NOW
$39 for one year. Save 67%.

SUBSCRIBE NOW
$39 for one year. Save 67%.
[ News ] Sports Autos Entertainment Nation / World Obituaries E-Edition Legals 31°F Subscribe Sign In

SPORTS

Michigan basketball jumps Michigan State in USA TODAY Sports poll

SPORTS

How the Lions could move up to No. 3 in NFL draft

SPORTS

Trooper stops man driving 117 mph down I-94 in Macomb County

NEWS

At loanDepot, we know home means everything.
Learn More
NMLS#174457
www.nmlsconsumeraccess.org

Advertisement

WorldRemit
Send money with us wherever you are.
Check our rates

Detroit Free Press
PART OF THE USA TODAY NETWORK

**About**
Staff Directory
Careers
Accessibility Support
Site Map
Legals
Our Ethical Principles
Terms of Service
Privacy Policy
Your California Privacy Rights / Privacy Policy
**Cookie Settings**

**Support**
Contact Us
Support Local Businesses
Advertise Your Business
Advertising Terms and Conditions
Buy and Sell
Licensing & Reprints
Help Center
Subscriber Guide
My Account
Give Feedback

**Stay Connected**
Subscribe Today
Newsletters
Mobile Apps
Facebook
Twitter
E-Edition
Storytellers
Archives
RSS Feeds

**Our Partners**
Jobs
Cars
Classifieds
Education
Renvy.com
Michigan.com

CLOSE

© 2020 www.freep.com. All rights reserved.

Document title: Antrim County report debunked by former Trump election official
Capture URL: https://www.freep.com/story/news/politics/elections/2020/12/16/antrim-county-report-debunked-by-former-trump-election-official/3923499001/
Capture timestamp (UTC): Tue, 29 Dec 2020 21:40:08 GMT
Page 10 of 10

