# Exhibit 66

screenshot-twitter.com-2021.01.06-14_04_43
https://twitter.com/Stephenwc24/status/1336732043607068673
06.01.2021



Stephen
@Stephenwc24

Replying to @realDonaldTrump

There has been so much fraud, Republican ballots destroyed, fake ballots printed by China and the Dems, Dominion machines moving Trump votes to Biden - that there is no way we can recoup. The only possibility at this point is to call for a new national election - w/o fraud!

12:58 PM · Dec 9, 2020 · Twitter Web App