# Exhibit 67

screenshot-twitter.com-2021.01.06-14_05_23
https://twitter.com/brsquared/status/1336725318367911936
06.01.2021



**Bruce Robinson**
@brsquared

Replying to @BreakerCoup @war_on_morons and @marklevinshow

"no evidence of fraud that would change the results of the election" - You left out the word "yet".  Several years ago Democrats thought Dominion was bad but now they are in bed with them. Dominion et al was created in Venezuela for Chavez & Maduro.

12:32 PM · Dec 9, 2020 · Twitter for Mac