# Exhibit 68

*screenshot-twitter.com-2021.01.06-14_06_06*
*https://twitter.com/ivoboutros/status/1336443509134548993*
*06.01.2021*

