# Exhibit 73



# PRESS RELEASE

## Most Americans agree Joe Biden is rightful winner of 2020 election
Latest Reuters/Ipsos poll shows most approve of how Joe Biden is handling his position of President-elect

**Topline Findings**

**Washington, DC, November 18, 2020 –** In the latest public opinion poll from Reuters/Ipsos, three-fourths of Americans (73%) believe that Joe Biden has won the presidential election based on what they know or have heard. Five percent believe Donald Trump has won and another 18% believe the election has not yet been called. When asked who has *rightfully* won the election, 63% of Americans believe Joe Biden has, including 95% of Democrats, 29% of Republicans, and 60% of independents. Fifty-four percent of Americans say that Joe Biden is acting responsibly by claiming victory compared to just 31% who say he is acting irresponsibly. However, only 20% of Americans agree that Donald Trump, who has also claimed victory, is acting responsibly in doing so. Seven out of ten (69%) think he is acting irresponsibly. A majority of American's believe that Donald Trump claiming victory early is bad for this country's democracy (55%), only 28% feel the same about Joe Biden's claim. Sixty percent approve of how Joe Biden is handling his job as President-elect while 37% approve of Donald Trump's handling of the presidency. A majority of Americans disapprove of the way Donald Trump is handling the transition process to the Biden administration (60%) with most of those *strongly* disapproving (42%).

Overall, most Americans believe the election was legitimate and accurate (55%). Democrats (86%) are far more likely to hold this belief than Republicans (26%) or independents (49%). On the other hand, Republicans are much more likely to believe the results of the election were fraudulent due to illegal voting or election rigging (59%) compared to just 6% of Democrats and 20% of independents. When asked how the outcome of the election, which has consistently been called for Joe Biden, makes people feel, Democrats report positive emotions such as hopeful (30%), relieved (28%), and happy (18%). Republican responses trend negative: worried (39%), angry (15%), and indifferent (11%). Independents seem to sympathize with both sides feeling indifferent (26%), hopeful (19%), and worried (16%).

As legal challenges from the Trump campaign are ongoing, Americans unanimously agree that all ballots need to be counted, regardless of who was declared winner (87%). Three out of five (61%) trust the electoral college to reflect the will of the American people, backed by bipartisan support.

For full results, please refer to the following annotated questionnaire.

2020 K Street, NW, Suite 410
Washington DC 20006
+1 202 463-7300

Contact: **Chris Jackson**
Senior Vice President, US, Public Affairs, Ipsos
Email: chris.jackson@ipsos.com
Tel: +1 202 420-2025





# PRESS RELEASE

|  |  | All Respondents | Democrats | Republicans | Independents |
|---|---|---|---|---|---|
| Do you consider yourself a Democrat, a Republican, an independent or none of these? | Democrat | 42% | 100% | 0% | 0% |
|  | Republican | 38% | 0% | 100% | 0% |
|  | Independent | 12% | 0% | 0% | 100% |
|  | None/DK | 8% | 0% | 0% | 0% |
|  | Total | 1346 | 598 | 496 | 149 |
| TM1890Y20. Are you currently registered to vote at your current address, or not? | Yes, registered to vote at my current address | 82% | 87% | 89% | 74% |
|  | No, not registered to vote at my current address | 16% | 12% | 10% | 21% |
|  | Not sure | 2% | 1% | 1% | 4% |
|  | Total | 1346 | 598 | 496 | 149 |
| S8 / SC8. In your opinion, what is the most important problem facing the U.S. today? (Select from below or write in) | Economy generally | 19% | 14% | 25% | 20% |
|  | Unemployment / lack of jobs | 8% | 8% | 7% | 7% |
|  | War / foreign conflicts | 1% | 1% | 0% | 0% |
|  | Immigration | 5% | 3% | 10% | 1% |
|  | Terrorism / terrorist attacks | 3% | 2% | 4% | 3% |
|  | Healthcare | 20% | 28% | 11% | 23% |
|  | Energy issues | 1% | 1% | 1% | 0% |
|  | Morality | 8% | 6% | 10% | 6% |
|  | Education | 2% | 2% | 2% | 2% |
|  | Crime | 6% | 5% | 7% | 2% |
|  | Environment | 5% | 7% | 2% | 5% |
|  | Other | 19% | 20% | 18% | 23% |
|  | Don't know | 5% | 3% | 2% | 9% |
|  | Total | 1346 | 598 | 496 | 149 |

2020 K Street, NW, Suite 410
Washington DC 20006
+1 202 463-7300

Contact: **Chris Jackson**
Senior Vice President, US, Public Affairs, Ipsos
Email: chris.jackson@ipsos.com
Tel: +1 202 420-2025







# PRESS RELEASE

|  |  | All Respondents | Democrats | Republicans | Independents |
|---|---|---|---|---|---|
| AB1.Generally speaking, would you say things in this country are heading in the right direction, or are they off on the wrong track? | Right direction | 23% | 18% | 33% | 13% |
|  | Wrong track | 61% | 70% | 51% | 68% |
|  | Don't know | 16% | 11% | 16% | 18% |
|  | Total | 1346 | 598 | 496 | 149 |
| TM1985Y20. Based on what you know or have heard, what is the result of the recent presidential election? | Donald Trump won | 5% | 1% | 12% | 2% |
|  | Joe Biden won | 73% | 96% | 48% | 75% |
|  | The election has not been called | 18% | 3% | 36% | 16% |
|  | Don't know | 5% | 1% | 5% | 7% |
|  | Total | 1346 | 598 | 496 | 149 |
| TM1995Y20. Who do you believe rightfully won the 2020 presidential election? | Donald Trump | 23% | 3% | 52% | 15% |
|  | Joe Biden | 63% | 95% | 29% | 60% |
|  | Not sure | 14% | 2% | 19% | 25% |
|  | Total | 1346 | 598 | 496 | 149 |
| TM1886Y20_12. It is extremely important to me that all ballots are counted, no matter who was declared winner | Strongly agree | 67% | 68% | 73% | 63% |
|  | Somewhat agree | 19% | 22% | 17% | 16% |
|  | Somewhat disagree | 5% | 5% | 4% | 5% |
|  | Strongly disagree | 3% | 3% | 2% | 4% |
|  | Not sure | 5% | 2% | 4% | 11% |
|  | Total | 1346 | 598 | 496 | 149 |
| TM1886Y20_7. Please indicate how much you agree or disagree with the following statements... I trust election officials in my county or town to do their job honestly | Strongly agree | 39% | 54% | 26% | 37% |
|  | Somewhat agree | 32% | 31% | 35% | 28% |
|  | Somewhat disagree | 13% | 7% | 17% | 15% |
|  | Strongly disagree | 9% | 4% | 15% | 9% |
|  | Not sure | 7% | 4% | 7% | 11% |
|  | Total | 1346 | 598 | 496 | 149 |

2020 K Street, NW, Suite 410  
Washington DC 20006  
+1 202 463-7300  

Contact: **Chris Jackson**  
Senior Vice President, US, Public Affairs, Ipsos  
Email: chris.jackson@ipsos.com  
Tel:  +1 202 420-2025






# PRESS RELEASE

|  |  | All Respondents | Democrats | Republicans | Independents |
|---|---|---|---|---|---|
| TM1886Y20_8. Please indicate how much you agree or disagree with the following statements... I am concerned that the election is rigged | Strongly agree | 22% | 7% | 42% | 14% |
|  | Somewhat agree | 17% | 10% | 25% | 17% |
|  | Somewhat disagree | 17% | 18% | 14% | 21% |
|  | Strongly disagree | 37% | 62% | 13% | 30% |
|  | Not sure | 7% | 3% | 6% | 17% |
|  | Total | 1346 | 598 | 496 | 149 |
| TM1886Y20_9. Please indicate how much you agree or disagree with the following statements... I trust the electoral college to reflect the will of the American people | Strongly agree | 28% | 33% | 25% | 25% |
|  | Somewhat agree | 33% | 32% | 36% | 29% |
|  | Somewhat disagree | 17% | 18% | 16% | 16% |
|  | Strongly disagree | 13% | 11% | 14% | 16% |
|  | Not sure | 9% | 6% | 8% | 14% |
|  | Total | 1346 | 598 | 496 | 149 |
| TM1991Y20_2. How does the outcome of presidential election make you feel? | Worried | 22% | 9% | 39% | 16% |
|  | Angry | 7% | 2% | 15% | 3% |
|  | Hopeful | 19% | 30% | 8% | 19% |
|  | Relieved | 15% | 28% | 4% | 9% |
|  | Happy | 10% | 18% | 3% | 6% |
|  | Sad | 5% | 1% | 9% | 5% |
|  | Indifferent | 10% | 5% | 11% | 26% |
|  | Other | 3% | 1% | 5% | 4% |
|  | None of these | 8% | 4% | 7% | 11% |
|  | Total | 1346 | 598 | 496 | 149 |
| TM1082Y16_2. What comes close to your view of the 2020 election? It was... | Legitimate and accurate | 55% | 86% | 26% | 49% |
|  | The result of illegal voting or election rigging | 28% | 6% | 59% | 20% |
|  | Don't know | 17% | 7% | 15% | 30% |
|  | Total | 1346 | 598 | 496 | 149 |

2020 K Street, NW, Suite 410  
Washington DC 20006  
+1 202 463-7300

Contact: **Chris Jackson**  
Senior Vice President, US, Public Affairs, Ipsos  
Email: chris.jackson@ipsos.com  
Tel: +1 202 420-2025







# PRESS RELEASE

|  |  | All Respondents | Democrats | Republicans | Independents |
|---|---|---|---|---|---|
| TM1045Y16_2. If Joe Biden wins the presidency will you... | Accept the results as legitimate and support his presidency | 66% | 90% | 38% | 64% |
|  | Accept the results as legitimate and oppose his presidency | 14% | 6% | 22% | 19% |
|  | Not accept the results as legitimate but do nothing | 13% | 3% | 25% | 13% |
|  | Not accept the results as legitimate and take action | 7% | 1% | 15% | 5% |
|  | Total | 1346 | 598 | 496 | 149 |
| TM1046Y16. If Donald Trump wins the presidency will you... | Accept the results as legitimate and support his presidency | 49% | 19% | 82% | 46% |
|  | Accept the results as legitimate and oppose his presidency | 19% | 28% | 8% | 28% |
|  | Not accept the results as legitimate but do nothing | 17% | 26% | 6% | 17% |
|  | Not accept the results as legitimate and take action | 15% | 27% | 5% | 9% |
|  | Total | 1346 | 598 | 496 | 149 |
| TM1988Y20. Is Donald Trump behaving responsibly or irresponsibly by claiming victory early? | Very responsibly | 11% | 3% | 23% | 7% |
|  | Somewhat responsibly | 9% | 4% | 16% | 5% |
|  | Somewhat irresponsibly | 19% | 11% | 28% | 24% |
|  | Very irresponsibly | 49% | 79% | 19% | 47% |
|  | Not sure | 11% | 4% | 14% | 18% |
|  | Total | 1346 | 598 | 496 | 149 |

2020 K Street, NW, Suite 410  
Washington DC 20006  
+1 202 463-7300  

Contact: **Chris Jackson**  
Senior Vice President, US, Public Affairs, Ipsos  
Email: chris.jackson@ipsos.com  
Tel: +1 202 420-2025






# PRESS RELEASE

|  |  | All Respondents | Democrats | Republicans | Independents |
|---|---|---|---|---|---|
| TM1984Y20_2. Is Joe Biden behaving responsibly or irresponsibly by claiming victory early? | Very responsibly | 34% | 60% | 10% | 27% |
|  | Somewhat responsibly | 20% | 22% | 18% | 20% |
|  | Somewhat irresponsibly | 15% | 7% | 24% | 16% |
|  | Very irresponsibly | 17% | 3% | 33% | 15% |
|  | Not sure | 14% | 7% | 14% | 22% |
|  | Total | 1346 | 598 | 496 | 149 |
| TM1989Y20. Is Donald Trump claiming victory early good or bad for America's democracy? | Good for America's democracy | 17% | 8% | 33% | 7% |
|  | Bad for America's democracy | 55% | 82% | 32% | 52% |
|  | Not sure | 27% | 10% | 34% | 41% |
|  | Total | 1346 | 598 | 496 | 149 |
| TM1989Y20_2. Is Joe Biden claiming victory early good or bad for America's democracy? | Good for America's democracy | 41% | 71% | 16% | 26% |
|  | Bad for America's democracy | 28% | 10% | 53% | 23% |
|  | Not sure | 31% | 20% | 31% | 51% |
|  | Total | 1346 | 598 | 496 | 149 |
| AB11_2021. Overall, do you approve or disapprove of the way Joe Biden is handling his job as President-elect? | Strongly approve | 37% | 68% | 8% | 27% |
|  | Somewhat approve | 20% | 20% | 19% | 25% |
|  | Lean towards approve | 4% | 3% | 5% | 5% |
|  | Lean towards disapprove | 2% | 0% | 3% | 0% |
|  | Somewhat disapprove | 10% | 4% | 19% | 6% |
|  | Strongly disapprove | 20% | 2% | 42% | 16% |
|  | Not sure | 9% | 2% | 5% | 20% |
|  | Total | 1346 | 598 | 496 | 149 |

2020 K Street, NW, Suite 410
Washington DC 20006
+1 202 463-7300

Contact: **Chris Jackson**
Senior Vice President, US, Public Affairs, Ipsos
Email: chris.jackson@ipsos.com
Tel: +1 202 420-2025







# PRESS RELEASE

|  |  | All Respondents | Democrats | Republicans | Independents |
|---|---|---|---|---|---|
| AB11_2021. Overall, do you approve or disapprove of the way Joe Biden is handling his job as President-elect? - Summary | TOTAL APPROVE | 60% | 91% | 31% | 58% |
|  | TOTAL DISAPPROVE | 31% | 7% | 64% | 23% |
|  | Not sure | 9% | 2% | 5% | 20% |
|  | Total | 1346 | 598 | 496 | 149 |
| AB11. Overall, do you approve or disapprove of the way Donald Trump is handling his job as President? | Strongly approve | 23% | 5% | 49% | 10% |
|  | Somewhat approve | 13% | 4% | 23% | 8% |
|  | Lean towards approve | 2% | 1% | 2% | 5% |
|  | Lean towards disapprove | 1% | 0% | 2% | 1% |
|  | Somewhat disapprove | 13% | 15% | 10% | 21% |
|  | Strongly disapprove | 43% | 74% | 11% | 42% |
|  | Not sure | 6% | 2% | 3% | 13% |
|  | Total | 1346 | 598 | 496 | 149 |
| AB11. Overall, do you approve or disapprove of the way Donald Trump is handling his job as President? Summary | TOTAL APPROVE | 37% | 10% | 74% | 23% |
|  | TOTAL DISAPPROVE | 57% | 88% | 23% | 63% |
|  | Not sure | 6% | 2% | 3% | 13% |
|  | Total | 1346 | 598 | 496 | 149 |
| TM3. How familiar are you with the following public figures, taking into account all the ways you may have heard about them?...Donald Trump | Very familiar | 66% | 67% | 75% | 53% |
|  | Somewhat familiar | 25% | 22% | 22% | 36% |
|  | Not very familiar | 4% | 5% | 1% | 6% |
|  | Have heard of them, but that's it | 3% | 3% | 1% | 4% |
|  | Have not heard about them | 2% | 2% | 1% | 1% |
|  | Total | 1346 | 598 | 496 | 149 |

2020 K Street, NW, Suite 410
Washington DC 20006
+1 202 463-7300

Contact: **Chris Jackson**
Senior Vice President, US, Public Affairs, Ipsos
Email: chris.jackson@ipsos.com
Tel: +1 202 420-2025






# PRESS RELEASE

| | | All Respondents | Democrats | Republicans | Independents |
|---|---|---|---|---|---|
| TM3. How familiar are you with the following public figures, taking into account all the ways you may have heard about them?...Joe Biden | Very familiar | 54% | 65% | 51% | 40% |
| | Somewhat familiar | 34% | 28% | 38% | 45% |
| | Not very familiar | 7% | 4% | 7% | 8% |
| | Have heard of them, but that's it | 5% | 2% | 3% | 7% |
| | Have not heard about them | 1% | 1% | 0% | 0% |
| | Total | 1346 | 598 | 496 | 149 |
| TM3. How familiar are you with the following public figures, taking into account all the ways you may have heard about them?...Kamala Harris | Very familiar | 34% | 44% | 30% | 22% |
| | Somewhat familiar | 36% | 38% | 37% | 36% |
| | Not very familiar | 18% | 11% | 21% | 29% |
| | Have heard of them, but that's it | 8% | 5% | 9% | 10% |
| | Have not heard about them | 4% | 2% | 4% | 4% |
| | Total | 1346 | 598 | 496 | 149 |
| TM3. How familiar are you with the following public figures, taking into account all the ways you may have heard about them?...Mike Pence | Very familiar | 39% | 40% | 50% | 22% |
| | Somewhat familiar | 36% | 35% | 35% | 45% |
| | Not very familiar | 13% | 14% | 10% | 19% |
| | Have heard of them, but that's it | 8% | 7% | 4% | 13% |
| | Have not heard about them | 3% | 3% | 2% | 1% |
| | Total | 1346 | 598 | 496 | 149 |
| TM4. Would you say you are generally favorable or unfavorable towards these public figures?...Donald Trump | Very favorable | 22% | 4% | 49% | 10% |
| | Somewhat favorable | 12% | 4% | 23% | 7% |
| | Lean towards favorable | 10% | 4% | 10% | 17% |
| | Lean towards unfavorable | 8% | 7% | 7% | 14% |
| | Somewhat unfavorable | 8% | 9% | 4% | 11% |
| | Very unfavorable | 40% | 72% | 7% | 42% |
| | Total | 1326 | 587 | 492 | 148 |

2020 K Street, NW, Suite 410  
Washington DC 20006  
+1 202 463-7300

Contact: **Chris Jackson**  
Senior Vice President, US, Public Affairs, Ipsos  
Email: chris.jackson@ipsos.com  
Tel: +1 202 420-2025






# PRESS RELEASE

|  |  | All Respondents | Democrats | Republicans | Independents |
|---|---|---|---|---|---|
| TM4. Would you say you are generally favorable or unfavorable towards these public figures?...Joe Biden | Very favorable | 26% | 51% | 3% | 16% |
|  | Somewhat favorable | 18% | 29% | 9% | 16% |
|  | Lean towards favorable | 15% | 13% | 12% | 20% |
|  | Lean towards unfavorable | 10% | 2% | 15% | 16% |
|  | Somewhat unfavorable | 8% | 2% | 14% | 8% |
|  | Very unfavorable | 23% | 3% | 47% | 24% |
|  | Total | 1334 | 592 | 493 | 149 |
| TM4. Would you say you are generally favorable or unfavorable towards these public figures?...Kamala Harris | Very favorable | 23% | 46% | 2% | 12% |
|  | Somewhat favorable | 15% | 25% | 7% | 10% |
|  | Lean towards favorable | 17% | 17% | 11% | 28% |
|  | Lean towards unfavorable | 11% | 7% | 13% | 15% |
|  | Somewhat unfavorable | 7% | 3% | 11% | 9% |
|  | Very unfavorable | 26% | 2% | 56% | 26% |
|  | Total | 1299 | 588 | 481 | 144 |
| TM4. Would you say you are generally favorable or unfavorable towards these public figures?...Mike Pence | Very favorable | 20% | 3% | 45% | 9% |
|  | Somewhat favorable | 14% | 7% | 24% | 11% |
|  | Lean towards favorable | 16% | 9% | 17% | 27% |
|  | Lean towards unfavorable | 13% | 15% | 7% | 17% |
|  | Somewhat unfavorable | 11% | 16% | 4% | 10% |
|  | Very unfavorable | 27% | 50% | 4% | 26% |
|  | Total | 1305 | 585 | 489 | 148 |

2020 K Street, NW, Suite 410
Washington DC 20006
+1 202 463-7300

Contact: **Chris Jackson**
Senior Vice President, US, Public Affairs, Ipsos
Email: chris.jackson@ipsos.com
Tel: +1 202 420-2025







# PRESS RELEASE

| | | All Respondents | Democrats | Republicans | Independents |
|---|---|---|---|---|---|
| TM1128Y17_1. Do you approve or disapprove of the way Donald Trump is handling the following issues? The US economy | Strongly approve | 26% | 5% | 57% | 15% |
| | Somewhat approve | 12% | 6% | 18% | 13% |
| | Lean towards approve | 12% | 11% | 10% | 18% |
| | Lean towards disapprove | 9% | 12% | 4% | 13% |
| | Somewhat disapprove | 10% | 14% | 3% | 9% |
| | Strongly disapprove | 24% | 47% | 3% | 16% |
| | Don't know | 7% | 4% | 4% | 16% |
| | Total | 1346 | 598 | 496 | 149 |
| TM1128Y17_4. Do you approve or disapprove of the way Donald Trump is handling the following issues? Employment and jobs | Strongly approve | 27% | 5% | 58% | 14% |
| | Somewhat approve | 11% | 6% | 16% | 14% |
| | Lean towards approve | 13% | 12% | 14% | 14% |
| | Lean towards disapprove | 8% | 11% | 4% | 15% |
| | Somewhat disapprove | 11% | 17% | 3% | 11% |
| | Strongly disapprove | 23% | 45% | 2% | 16% |
| | Don't know | 7% | 4% | 4% | 17% |
| | Total | 1346 | 598 | 496 | 149 |
| TM1128Y17_4. Do you approve or disapprove of the way Donald Trump is handling the following issues? Coronavirus/COVID-19 | Strongly approve | 16% | 3% | 36% | 7% |
| | Somewhat approve | 13% | 6% | 21% | 10% |
| | Lean towards approve | 8% | 3% | 15% | 5% |
| | Lean towards disapprove | 8% | 6% | 8% | 12% |
| | Somewhat disapprove | 7% | 8% | 5% | 9% |
| | Strongly disapprove | 43% | 73% | 11% | 43% |
| | Don't know | 5% | 2% | 4% | 13% |
| | Total | 1346 | 598 | 496 | 149 |

2020 K Street, NW, Suite 410  
Washington DC 20006  
+1 202 463-7300

Contact: **Chris Jackson**  
Senior Vice President, US, Public Affairs, Ipsos  
Email: chris.jackson@ipsos.com  
Tel: +1 202 420-2025






# PRESS RELEASE

|  |  | All Respondents | Democrats | Republicans | Independents |
|---|---|---|---|---|---|
| TM1128Y17_22. Do you approve or disapprove of the way Donald Trump is handling the following issues? The transition process from the Trump administration to the Biden administration | Strongly approve | 11% | 4% | 22% | 5% |
|  | Somewhat approve | 6% | 4% | 11% | 3% |
|  | Lean towards approve | 8% | 4% | 11% | 9% |
|  | Lean towards disapprove | 11% | 6% | 16% | 12% |
|  | Somewhat disapprove | 7% | 8% | 8% | 5% |
|  | Strongly disapprove | 42% | 70% | 13% | 42% |
|  | Don't know | 14% | 3% | 19% | 23% |
|  | Total | 1346 | 598 | 496 | 149 |
| TM1350Y17. Of the choices listed below, which is your main source of news about current events and politics? (Select one) | FOX News | 16% | 10% | 26% | 8% |
|  | CNN | 17% | 30% | 6% | 9% |
|  | MSNBC | 5% | 9% | 2% | 6% |
|  | ABC | 8% | 10% | 5% | 13% |
|  | CBS | 8% | 9% | 7% | 12% |
|  | NBC | 9% | 10% | 10% | 5% |
|  | Public Television | 4% | 5% | 3% | 3% |
|  | Other | 10% | 5% | 16% | 12% |
|  | None of the above | 21% | 13% | 23% | 31% |
|  | Total | 1346 | 598 | 496 | 149 |
| TM1997Y20. For whom did you vote for President in 2020? | Joe Biden (Democrat) | 44% | 82% | 11% | 34% |
|  | Donald Trump (Republican) | 32% | 4% | 74% | 18% |
|  | Other | 4% | 3% | 2% | 13% |
|  | I did not vote in the 2020 presidential election | 16% | 10% | 11% | 27% |
|  | Unsure / Refuse | 4% | 2% | 2% | 7% |
|  | Total | 1346 | 598 | 496 | 149 |


2020 K Street, NW, Suite 410
Washington DC 20006
+1 202 463-7300

Contact: **Chris Jackson**
Senior Vice President, US, Public Affairs, Ipsos
Email: chris.jackson@ipsos.com
Tel: +1 202 420-2025


GAME CHANGERS




# PRESS RELEASE

|  |  | All Respondents | Democrats | Republicans | Independents |
|---|---|---|---|---|---|
| TM1742Y19 / AB7_2016. For whom did you vote for President in 2016? | Hillary Clinton (Democrat) | 32% | 64% | 6% | 19% |
|  | Donald Trump (Republican) | 32% | 6% | 71% | 20% |
|  | Other | 6% | 4% | 5% | 16% |
|  | I did not vote in the 2016 presidential election | 26% | 24% | 17% | 41% |
|  | Unsure / Refuse | 4% | 2% | 2% | 4% |
|  | Total | 1346 | 598 | 496 | 149 |

2020 K Street, NW, Suite 410  
Washington DC 20006  
+1 202 463-7300

Contact: **Chris Jackson**  
Senior Vice President, US, Public Affairs, Ipsos  
Email: chris.jackson@ipsos.com  
Tel: +1 202 420-2025

GAME CHANGERS  Ipsos



# PRESS RELEASE

## About the Study

These are some of the findings of an Ipsos poll conducted between November 13-17, 2020 on behalf of Thomson Reuters. For this survey, a sample of 1,346 Americans age 18+ from the continental U.S., Alaska and Hawaii were interviewed online in English. The sample includes 598 Democrats, 496 Republicans and 149 independents. Weighting was then employed to balance demographics to ensure that the sample's composition reflects that of the adult population according to Census data and to provide results intended to approximate the sample universe. The precision of Ipsos online polls is measured using a credibility interval. In this case, the poll is accurate to within ± 3.0 percentage points, 19 times out of 20, had all Americans been polled. The credibility interval will be wider among subsets of the population. All sample surveys and polls may be subject to other sources of error, including, but not limited to coverage error, and measurement error. The poll also has a credibility interval ± 4.6 percentage points for Democrats, ± 5.0 percentage points for Republicans, and ± 9.2 percentage points for independents.

**For more information on this news release, please contact:**

Chris Jackson
Senior Vice President, US
Public Affairs
+1 202 420-2025
Chris.Jackson@ipsos.com

Kate Silverstein
Media Relations, US
Public Affairs
+1 718 755-8829
Kate.Silverstein@ipsos.com

2020 K Street, NW, Suite 410
Washington DC 20006
+1 202 463-7300

Contact: **Chris Jackson**
Senior Vice President, US, Public Affairs, Ipsos
Email: chris.jackson@ipsos.com
Tel: +1 202 420-2025





## PRESS RELEASE

### About Ipsos

Ipsos is the world's third largest market research company, present in 90 markets and employing more than 18,000 people.

Our passionately curious research professionals, analysts and scientists have built unique multi-specialist capabilities that provide true understanding and powerful insights into the actions, opinions and motivations of citizens, consumers, patients, customers or employees. We serve more than 5000 clients across the world with 75 business solutions.

Founded in France in 1975, Ipsos is listed on the Euronext Paris since July 1st, 1999. The company is part of the SBF 120 and the Mid-60 index and is eligible for the Deferred Settlement Service (SRD).

ISIN code FR0000073298, Reuters ISOS.PA, Bloomberg IPS:FP

www.ipsos.com

2020 K Street, NW, Suite 410  
Washington DC 20006  
+1 202 463-7300

Contact: **Chris Jackson**  
Senior Vice President, US, Public Affairs, Ipsos  
Email: chris.jackson@ipsos.com  
Tel: +1 202 420-2025

