# Exhibit 74



Tim Malloy,
Polling Analyst
(203) 645-8043

Doug Schwartz,
Associate Vice President and Director
(203) 582-5294

FOR RELEASE: DECEMBER 10, 2020

### 60% VIEW JOE BIDEN'S 2020 PRESIDENTIAL VICTORY AS LEGITIMATE, QUINNIPIAC UNIVERSITY NATIONAL POLL FINDS; 77% OF REPUBLICANS BELIEVE THERE WAS WIDESPREAD VOTER FRAUD

Roughly one month after the presidential election, 60 percent of registered voters say they think President-elect Joe Biden's victory in the 2020 presidential election is legitimate and 34 percent think his win is not legitimate, according to a Quinnipiac (KWIN-uh-pe-ack) University national poll released today.

There are large partisan gaps. Democrats say 98 – 2 percent they think Biden's election victory is legitimate and independents say 62 – 30 percent his victory is legitimate. Republicans, however, say 70 – 23 percent that they think Biden's victory is not legitimate.

A majority of voters (58 percent) do not believe there was widespread voter fraud in the 2020 presidential election, while 38 percent say they believe there was widespread fraud. Democrats say 97 – 3 percent they believe there was no widespread voter fraud, independents say 62 – 35 percent they believe there was no widespread voter fraud, and Republicans say 77 – 19 percent they believe there was widespread voter fraud.

"Was the election on the level? 'No way' say the vast majority of Republicans. The dearth of Republicans in the House and Senate willing to acknowledge the Biden win is in step with their base," said Quinnipiac University Polling Analyst Tim Malloy.

### THE NEXT FOUR YEARS

More than half of voters (56 percent) say they are generally optimistic about the next four years with Joe Biden as president and 37 percent say they are generally pessimistic. The results are nearly identical to those in 2016 when the same question was posed about then President-elect Donald Trump. In that November 2016 survey, 59 percent said they were optimistic and 37 percent were pessimistic.

A majority of voters (56 percent) say they feel that Joe Biden will do more to unite the country as president, while 39 percent say he will do more to divide the country as president. In November of 2016, voters were split with 47 percent who said Trump would do more to unite the country, and 49 percent who said he would do more to divide the country.

"While Americans are generally optimistic about a post-Trump future, the number of Republicans not willing to embrace the nascent Biden era speaks to the uphill climb the new administration faces the day after Inauguration Day," said Malloy.

Voters are split in their views about whether the country will unite or remain divided moving forward anytime soon. Nearly half (49 percent) of voters say they view the country as divided but it will unite more in the foreseeable future, while 45 percent say they view the country as divided and believe it will remain that way for the foreseeable future.

## POLICY ISSUES

Sixty-one percent of voters say they think the Biden administration should urge states to require that everyone wear masks in public, while 37 percent say it should <u>not</u> do that.

A majority of voters (56 percent) say they support the Biden administration re-joining the Paris Agreement, a global pact reached in 2015 to reduce greenhouse gas emissions to limit climate change, while 38 percent oppose that.

When it comes to restarting the nuclear arms agreement with Iran that was reached during the Obama presidency, 46 percent say they do <u>not</u> want the Biden administration to try and restart the agreement with Iran, while 41 percent say they do want to see that happen.

## TRUMP PRESIDENCY

Looking back at the past four years, voters were asked to rate Donald Trump as the President of the United States. More than one quarter (28 percent) rate him as a great president, 19 percent rate him as a good president, 11 percent rate him as a not so good president, and 40 percent rate him as a bad president.

In November of 2016, as President Barack Obama was winding down his time in the Oval Office, 22 percent rated him as a great president, 33 percent rated him as a good president, 23 percent rated him as a not so good president, and 22 percent rated him as a bad president.

When it comes to the way President Trump is handling his job as president today, 44 percent approve and 51 percent disapprove. This is close to his highest job approval rating in April 2020, when 45 percent of voters approved of the job he was doing and 51 percent disapproved.

Today, voters also rated his handling of three issues:

- On his handling of the economy, 52 percent approve and 42 percent disapprove;
- On his handling of foreign policy, 45 percent approve and 49 percent disapprove;
- On his handling of the response to the coronavirus, 39 percent approve and 58 percent disapprove.

## THE ECONOMY & JOBS

Half of voters (50 percent) say they think Trump's policies have helped the nation's economy, 30 percent say his policies have hurt it, and 17 percent say his policies have not made a difference.

That is in line with voters' expectations in 2016 after Trump was elected. In November of 2016, 52 percent of voters said they thought Trump's policies would help the nation's economy, 31 percent said they thought his policies would hurt the economy, and 11 percent didn't think his policies would make a difference.

Looking ahead to a Biden presidency, 39 percent say they think Biden's policies will help the economy, 38 percent say his policies will hurt the economy, and 15 percent say his policies won't make a difference.

Forty-three percent of voters rate the economy as either excellent (9 percent) or good (34 percent), while 56 percent rate it as not so good (33 percent) or poor (23 percent). That is slightly improved from June 18, 2020, when 38 percent rated the economy as excellent or good and 61 percent rated it as not so good or poor.

A plurality of voters expect the nation's economy to improve in the near future, as 47 percent say they think the economy will be better in six months and 37 percent say they think it will be worse.

Asked about how difficult it would be to pay for an unexpected bill of one thousand dollars right now, 49 percent say it would be either very difficult (23 percent) or somewhat difficult (26 percent). The same amount, 49 percent, say it would be not so difficult (16 percent) or not difficult at all (33 percent).

"There is hope for an economic upswing… and for people living paycheck to paycheck, it can't come a moment too soon," added Malloy.

When it comes to job opportunities where they live, 46 percent say there are plenty of jobs available in their communities, while 42 percent say job opportunities are difficult to find in their communities.

## SATISFACTION

Twenty-five percent of voters say they are either very satisfied (7 percent) or somewhat satisfied (18 percent) with the way things are going in the nation today, while 71 percent say they are either somewhat dissatisfied (25 percent) or very dissatisfied (46 percent) with the way things are going. This compares to July 2020, when 24 percent said they were either very satisfied (7 percent) or somewhat satisfied (17 percent), and 74 percent said they were either somewhat dissatisfied (18 percent) or very dissatisfied (56 percent).

978 self-identified registered voters nationwide were surveyed from December 1st – 7th with a margin of error of +/- 3.1 percentage points.

The Quinnipiac University Poll, directed by Douglas Schwartz, Ph.D., conducts gold standard surveys using random digit dialing with live interviewers calling landlines and cell phones. The Quinnipiac University Poll conducts nationwide surveys and polls in more than twenty states on national and statewide elections, as well as public policy issues.

**Visit poll.qu.edu or www.facebook.com/quinnipiacpoll**
**Email poll@qu.edu, or follow us on Twitter @QuinnipiacPoll.**

1. Do you approve or disapprove of the way Donald Trump is handling his job as president?

|  | Tot | Rep | Dem | Ind | Men | Wom | WHITE 4 YR COLL DEG Yes | WHITE 4 YR COLL DEG No | Wht Evang |
|---|---|---|---|---|---|---|---|---|---|
| Approve | 44% | 89% | 3% | 38% | 50% | 39% | 35% | 64% | 84% |
| Disapprove | 51 | 9 | 96 | 53 | 44 | 58 | 61 | 34 | 15 |
| DK/NA | 5 | 2 | 1 | 8 | 6 | 3 | 4 | 3 | 1 |

|  | AGE IN YRS 18-34 | 35-49 | 50-64 | 65+ | WHITE Men | WHITE Wom | Wht | Blk | Hsp |
|---|---|---|---|---|---|---|---|---|---|
| Approve | 36% | 45% | 49% | 45% | 60% | 49% | 54% | 7% | 33% |
| Disapprove | 53 | 50 | 50 | 54 | 37 | 49 | 43 | 86 | 59 |
| DK/NA | 11 | 5 | 1 | 1 | 3 | 3 | 3 | 7 | 8 |

TREND: Do you approve or disapprove of the way Donald Trump is handling his job as president?

|  | App | Dis | DK/NA |
|---|---|---|---|
| Dec 10, 2020 | 44 | 51 | 5 |
| Jul 15, 2020 | 36 | 60 | 4 |
| Jun 18, 2020 | 42 | 55 | 3 |
| May 20, 2020 | 42 | 53 | 5 |
| Apr 08, 2020 | 45 | 51 | 5 |
| Mar 09, 2020 | 41 | 54 | 5 |
| Feb 10, 2020 | 43 | 53 | 3 |
| Jan 28, 2020 | 43 | 52 | 5 |
| Jan 13, 2020 | 43 | 52 | 5 |
| Dec 16, 2019 | 43 | 52 | 5 |

See additional trend information on website

1a. Do you approve or disapprove of the way Donald Trump is handling his job as president?
COMBINED WITH: (If approve/disapprove q1) Do you strongly or somewhat approve/disapprove?

|  | Tot | Rep | Dem | Ind | Men | Wom | WHITE 4 YR COLL DEG Yes | No | Wht Evang |
|---|---|---|---|---|---|---|---|---|---|
| Approve strongly | 36% | 79% | 3% | 28% | 39% | 34% | 30% | 53% | 70% |
| Approve smwht | 7 | 10 | - | 10 | 10 | 5 | 5 | 10 | 14 |
| Disapprove smwht | 5 | 3 | 4 | 8 | 5 | 4 | 3 | 4 | 2 |
| Disapprove strongly | 47 | 6 | 92 | 45 | 39 | 54 | 58 | 30 | 12 |
| DK/NA | 5 | 2 | 1 | 9 | 7 | 3 | 5 | 3 | 1 |

|  | AGE IN YRS | | | | WHITE | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 18-34 | 35-49 | 50-64 | 65+ | Men | Wom | Wht | Blk | Hsp |
| Approve strongly | 25% | 34% | 44% | 41% | 49% | 42% | 45% | 6% | 26% |
| Approve smwht | 11 | 11 | 5 | 4 | 10 | 7 | 8 | 1 | 7 |
| Disapprove smwht | 11 | 1 | 3 | 2 | 4 | 3 | 3 | 5 | 11 |
| Disapprove strongly | 41 | 48 | 47 | 51 | 33 | 46 | 40 | 81 | 48 |
| DK/NA | 11 | 6 | 1 | 1 | 4 | 3 | 3 | 7 | 8 |

TREND: Do you approve or disapprove of the way Donald Trump is handling his job as president? COMBINED WITH: (If approve/disapprove) Do you strongly or somewhat approve/disapprove?

|  | APPROVE | | DISAPPROVE | | |
|---|---|---|---|---|---|
|  | Strngly | Smwht | Smwht | Strngly | DK/NA |
| Dec 10, 2020 | 36 | 7 | 5 | 47 | 5 |
| Jul 15, 2020 | 25 | 10 | 6 | 54 | 5 |
| Jun 18, 2020 | 32 | 10 | 6 | 48 | 4 |
| May 20, 2020 | 28 | 14 | 7 | 46 | 5 |
| Apr 08, 2020 | 32 | 13 | 8 | 42 | 5 |
| Mar 09, 2020 | 30 | 11 | 7 | 47 | 5 |
| Feb 10, 2020 | 35 | 9 | 6 | 47 | 4 |
| Jan 28, 2020 | 34 | 8 | 6 | 47 | 5 |
| Jan 13, 2020 | 34 | 9 | 6 | 46 | 6 |
| Dec 16, 2019 | 34 | 9 | 5 | 46 | 6 |

See additional trend information on website

2. Is your opinion of Joe Biden favorable, unfavorable or haven't you heard enough about him?

|  | Tot | Rep | Dem | Ind | Men | Wom | WHITE........ 4 YR COLL DEG Yes | No |
|---|---|---|---|---|---|---|---|---|
| Favorable | 45% | 10% | 91% | 42% | 38% | 52% | 60% | 28% |
| Unfavorable | 44 | 82 | 3 | 42 | 48 | 39 | 35 | 63 |
| Hvn't hrd enough | 9 | 7 | 6 | 12 | 11 | 7 | 4 | 7 |
| REFUSED | 2 | 2 | - | 5 | 3 | 2 | 1 | 2 |

|  | AGE IN YRS.............. | | | | WHITE..... | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 18-34 | 35-49 | 50-64 | 65+ | Men | Wom | Wht | Blk | Hsp |
| Favorable | 39% | 45% | 47% | 51% | 32% | 46% | 39% | 69% | 50% |
| Unfavorable | 43 | 43 | 45 | 44 | 57 | 50 | 53 | 14 | 28 |
| Hvn't hrd enough | 15 | 10 | 6 | 4 | 9 | 3 | 6 | 15 | 18 |
| REFUSED | 4 | 2 | 2 | - | 2 | 1 | 1 | 1 | 4 |

TREND: Is your opinion of Joe Biden favorable, unfavorable or haven't you heard enough about him?

|  | Fav | Unfav | Hvn't HrdEn | REF |
|---|---|---|---|---|
| Dec 10, 2020 | 45 | 44 | 9 | 2 |
| Jul 15, 2020 | 45 | 43 | 9 | 3 |
| Jun 18, 2020 | 42 | 46 | 10 | 3 |
| May 20, 2020 | 45 | 41 | 12 | 2 |
| Apr 08, 2020 | 43 | 43 | 12 | 2 |
| Mar 09, 2020 | 45 | 40 | 12 | 3 |
| Feb 10, 2020 | 43 | 50 | 5 | 2 |
| Dec 10, 2019 | 44 | 47 | 7 | 2 |
| Oct 14, 2019 | 41 | 43 | 14 | 3 |
| Sep 25, 2019 | 45 | 45 | 9 | 2 |

See additional trend information on website

3. Is your opinion of Donald Trump favorable, unfavorable or haven't you heard enough about him?

```
                                                              WHITE........
                                                              4 YR COLL DEG
                 Tot     Rep     Dem     Ind    Men    Wom    Yes    No

Favorable        43%     85%      3%     40%    50%    36%    35%    59%
Unfavorable      52      12      95      53     45     59     63     36
Hvn't hrd enough  3       3       1       5      2      4      -      2
REFUSED           2       -       1       3      3      1      2      3

                 AGE IN YRS..............    WHITE.....
                 18-34  35-49  50-64   65+   Men    Wom    Wht    Blk    Hsp

Favorable         33%    45%    48%    44%   58%    44%    51%    11%    33%
Unfavorable       54     51     51     54    38     52     45     78     61
Hvn't hrd enough   7      2      -      1     1      2      2      9      3
REFUSED            5      3      -      1     3      2      2      2      2
```

TREND: Is your opinion of Donald Trump favorable, unfavorable or haven't you heard enough about him?

```
                             Hvn't
              Fav    Unfav   HrdEn   REF

Dec 10, 2020   43     52      3      2
Jul 15, 2020   34     61      3      2
Jun 18, 2020   40     56      2      2
May 20, 2020   40     55      3      3
Apr 08, 2020   41     52      4      3
Mar 09, 2020   39     58      1      2
Feb 10, 2020   42     55      1      2
Dec 10, 2019   40     57      2      2
Oct 14, 2019   39     56      2      3
Sep 25, 2019   38     55      4      3
```
See additional trend information on website

6. Do you approve or disapprove of the way Donald Trump is handling - the economy?

|  | Tot | Rep | Dem | Ind | Men | Wom | WHITE......... 4 YR COLL DEG Yes | No |
|---|---|---|---|---|---|---|---|---|
| Approve | 52% | 94% | 11% | 52% | 60% | 46% | 43% | 68% |
| Disapprove | 42 | 5 | 83 | 39 | 35 | 49 | 54 | 28 |
| DK/NA | 6 | 1 | 5 | 9 | 6 | 6 | 4 | 5 |

|  | AGE IN YRS............. | | | | WHITE..... | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 18-34 | 35-49 | 50-64 | 65+ | Men | Wom | Wht | Blk | Hsp |
| Approve | 51% | 52% | 56% | 50% | 66% | 53% | 59% | 23% | 49% |
| Disapprove | 40 | 43 | 42 | 44 | 31 | 42 | 36 | 69 | 41 |
| DK/NA | 9 | 5 | 2 | 6 | 3 | 5 | 4 | 8 | 9 |

TREND: Do you approve or disapprove of the way Donald Trump is handling the economy?

|  | App | Dis | DK/NA |
|---|---|---|---|
| Dec 10, 2020 | 52 | 42 | 6 |
| Jul 15, 2020 | 44 | 53 | 3 |
| Jun 18, 2020 | 52 | 45 | 3 |
| May 20, 2020 | 50 | 47 | 3 |
| Apr 08, 2020 | 51 | 44 | 5 |
| Mar 09, 2020 | 54 | 42 | 4 |
| Feb 10, 2020 | 54 | 42 | 4 |
| Jan 13, 2020 | 57 | 38 | 5 |
| Dec 10, 2019 | 54 | 42 | 4 |
| Oct 23, 2019 | 48 | 48 | 4 |

See additional trend information on website

7. Do you approve or disapprove of the way Donald Trump is handling - foreign policy?

|  | Tot | Rep | Dem | Ind | Men | Wom | WHITE........ 4 YR COLL DEG | |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | Yes | No |
| Approve | 45% | 85% | 5% | 44% | 50% | 40% | 37% | 64% |
| Disapprove | 49 | 13 | 91 | 46 | 43 | 55 | 58 | 32 |
| DK/NA | 6 | 2 | 4 | 9 | 7 | 5 | 4 | 4 |

|  | AGE IN YRS.............. | | | | WHITE..... | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 18-34 | 35-49 | 50-64 | 65+ | Men | Wom | Wht | Blk | Hsp |
| Approve | 35% | 46% | 50% | 47% | 62% | 49% | 55% | 13% | 31% |
| Disapprove | 55 | 48 | 47 | 49 | 34 | 47 | 41 | 76 | 59 |
| DK/NA | 10 | 6 | 2 | 4 | 4 | 4 | 4 | 12 | 10 |

TREND: Do you approve or disapprove of the way Donald Trump is handling foreign policy?

|  | App | Dis | DK/NA |
|---|---|---|---|
| Dec 10, 2020 | 45 | 49 | 6 |
| Jul 15, 2020 | 37 | 59 | 4 |
| Mar 09, 2020 | 40 | 56 | 4 |
| Feb 10, 2020 | 43 | 53 | 3 |
| Jan 13, 2020 | 43 | 53 | 4 |
| Dec 10, 2019 | 40 | 56 | 4 |
| Oct 23, 2019 | 35 | 61 | 4 |
| Oct 14, 2019 | 37 | 57 | 5 |
| Sep 25, 2019 | 37 | 57 | 6 |
| Aug 28, 2019 | 38 | 56 | 6 |

See additional trend information on website

8. In general, how satisfied are you with the way things are going in the nation today; are you very satisfied, somewhat satisfied, somewhat dissatisfied, or very dissatisfied?

|  | Tot | Rep | Dem | Ind | Men | Wom | WHITE......... 4 YR COLL DEG | |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | Yes | No |
| Very satisfied | 7% | 12% | 3% | 5% | 8% | 6% | 8% | 9% |
| Smwht satisfied | 18 | 25 | 7 | 22 | 21 | 16 | 12 | 19 |
| Smwht dissatisfied | 25 | 22 | 22 | 33 | 27 | 23 | 23 | 24 |
| Very dissatisfied | 46 | 36 | 68 | 38 | 41 | 52 | 51 | 45 |
| DK/NA | 3 | 5 | - | 1 | 3 | 3 | 6 | 4 |

|  | AGE IN YRS............. | | | | WHITE..... | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 18-34 | 35-49 | 50-64 | 65+ | Men | Wom | Wht | Blk | Hsp |
| Very satisfied | 4% | 6% | 10% | 7% | 11% | 6% | 8% | 4% | 6% |
| Smwht satisfied | 21 | 19 | 19 | 14 | 17 | 15 | 16 | 17 | 29 |
| Smwht dissatisfied | 38 | 23 | 19 | 23 | 27 | 20 | 23 | 28 | 31 |
| Very dissatisfied | 35 | 49 | 49 | 53 | 41 | 54 | 48 | 50 | 34 |
| DK/NA | 3 | 3 | 3 | 4 | 4 | 5 | 5 | 1 | - |

TREND: In general, how satisfied are you with the way things are going in the nation today; are you very satisfied, somewhat satisfied, somewhat dissatisfied, or very dissatisfied?

|  | Very sat | Smwht sat | Smwht dis | Very dis | DK/NA |
|---|---|---|---|---|---|
| Dec 10, 2020 | 7 | 18 | 25 | 46 | 3 |
| Jul 15, 2020 | 7 | 17 | 18 | 56 | 1 |
| Jun 18, 2020 | 7 | 18 | 21 | 50 | 4 |
| May 20, 2020 | 10 | 24 | 22 | 42 | 2 |
| Dec 10, 2019 | 12 | 27 | 26 | 34 | 2 |
| Oct 23, 2019 | 9 | 24 | 26 | 38 | 2 |
| Sep 25, 2019 | 15 | 25 | 22 | 37 | 2 |
| Aug 28, 2019 | 14 | 22 | 22 | 39 | 3 |
| Jan 15, 2019 | 10 | 27 | 23 | 39 | 1 |
| Dec 18, 2018 | 13 | 28 | 22 | 35 | 2 |

See additional trend information on website

9. Do you think that Joe Biden's victory in the 2020 presidential election is legitimate or not legitimate?

|  | Tot | Rep | Dem | Ind | Men | Wom | WHITE......... 4 YR COLL DEG | |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | Yes | No |
| Legitimate | 60% | 23% | 98% | 62% | 55% | 63% | 69% | 40% |
| Not legitimate | 34 | 70 | 2 | 30 | 36 | 33 | 26 | 53 |
| DK/NA | 6 | 7 | 1 | 7 | 9 | 3 | 5 | 8 |

|  | AGE IN YRS............. | | | | WHITE..... | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 18-34 | 35-49 | 50-64 | 65+ | Men | Wom | Wht | Blk | Hsp |
| Legitimate | 69% | 56% | 58% | 58% | 47% | 52% | 50% | 90% | 77% |
| Not legitimate | 24 | 36 | 37 | 39 | 45 | 42 | 44 | 8 | 18 |
| DK/NA | 6 | 9 | 5 | 4 | 8 | 5 | 7 | 2 | 4 |

10. Do you believe there was widespread voter fraud in the 2020 presidential election, or not?

|  | Tot | Rep | Dem | Ind | Men | Wom | WHITE........ 4 YR COLL DEG | |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | Yes | No |
| Yes/Believe | 38% | 77% | 3% | 35% | 40% | 36% | 30% | 58% |
| No | 58 | 19 | 97 | 62 | 54 | 62 | 68 | 39 |
| DK/NA | 3 | 5 | - | 3 | 5 | 2 | 3 | 3 |

|  | AGE IN YRS.............. | | | | WHITE..... | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 18-34 | 35-49 | 50-64 | 65+ | Men | Wom | Wht | Blk | Hsp |
| Yes/Believe | 32% | 38% | 41% | 41% | 50% | 47% | 48% | 9% | 20% |
| No | 64 | 57 | 56 | 58 | 46 | 52 | 49 | 91 | 72 |
| DK/NA | 4 | 5 | 3 | 2 | 4 | 2 | 3 | - | 7 |

11. Are you generally optimistic or pessimistic about the next four years with Joe Biden as president?

|  | Tot | Rep | Dem | Ind | Men | Wom | WHITE........ 4 YR COLL DEG | |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | Yes | No |
| Optimistic | 56% | 22% | 93% | 60% | 52% | 60% | 60% | 42% |
| Pessimistic | 37 | 69 | 5 | 32 | 42 | 33 | 34 | 52 |
| DK/NA | 7 | 9 | 2 | 8 | 7 | 7 | 6 | 6 |

|  | AGE IN YRS.............. | | | | WHITE..... | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 18-34 | 35-49 | 50-64 | 65+ | Men | Wom | Wht | Blk | Hsp |
| Optimistic | 61% | 54% | 55% | 55% | 45% | 51% | 48% | 85% | 69% |
| Pessimistic | 28 | 41 | 42 | 39 | 49 | 42 | 45 | 10 | 21 |
| DK/NA | 11 | 5 | 4 | 6 | 6 | 8 | 7 | 5 | 10 |

12. Which comes closer to your point of view: the United States is a divided country and will remain that way for the foreseeable future, or the United States is a divided country but will unite more in the foreseeable future?

|  | Tot | Rep | Dem | Ind | Men | Wom | WHITE........ 4 YR COLL DEG | |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | Yes | No |
| Divided/Will remain | 45% | 60% | 25% | 48% | 54% | 38% | 53% | 48% |
| Divided/Will unite | 49 | 32 | 73 | 46 | 40 | 57 | 42 | 44 |
| DK/NA | 6 | 8 | 2 | 6 | 6 | 5 | 6 | 8 |

|  | AGE IN YRS.............. | | | | WHITE..... | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 18-34 | 35-49 | 50-64 | 65+ | Men | Wom | Wht | Blk | Hsp |
| Divided/Will remain | 44% | 53% | 44% | 43% | 57% | 43% | 50% | 24% | 40% |
| Divided/Will unite | 53 | 42 | 49 | 51 | 35 | 50 | 43 | 75 | 58 |
| DK/NA | 4 | 6 | 7 | 6 | 8 | 6 | 7 | 1 | 2 |

13. How would you rate Donald Trump as the President of the United States; would you say that he has been a great president, a good president, a not so good president, or a bad president?

|  | Tot | Rep | Dem | Ind | Men | Wom | WHITE 4 YR COLL DEG Yes | No |
|---|---|---|---|---|---|---|---|---|
| Great | 28% | 62% | 1% | 20% | 28% | 28% | 20% | 41% |
| Good | 19 | 29 | 2 | 24 | 26 | 14 | 17 | 25 |
| Not so good | 11 | 4 | 13 | 17 | 13 | 10 | 8 | 6 |
| Bad | 40 | 5 | 83 | 38 | 33 | 48 | 54 | 27 |
| DK/NA | 1 | - | - | 1 | 1 | 1 | 1 | - |

|  | AGE IN YRS 18-34 | 35-49 | 50-64 | 65+ | WHITE Men | Wom | Wht | Blk | Hsp |
|---|---|---|---|---|---|---|---|---|---|
| Great | 19% | 25% | 33% | 31% | 36% | 33% | 35% | 4% | 20% |
| Good | 23 | 23 | 18 | 15 | 28 | 17 | 22 | 5 | 16 |
| Not so good | 22 | 9 | 6 | 9 | 7 | 6 | 7 | 30 | 19 |
| Bad | 35 | 40 | 43 | 44 | 29 | 42 | 36 | 59 | 43 |
| DK/NA | 1 | 2 | - | - | - | 1 | - | 2 | 2 |

14. Do you think President Trump's policies have helped the nation's economy, hurt the nation's economy, or haven't made a difference?

|  | Tot | Rep | Dem | Ind | Men | Wom | WHITE 4 YR COLL DEG Yes | No |
|---|---|---|---|---|---|---|---|---|
| Helped | 50% | 92% | 10% | 48% | 58% | 43% | 41% | 66% |
| Hurt | 30 | 4 | 63 | 25 | 22 | 36 | 40 | 19 |
| No difference | 17 | 3 | 24 | 23 | 17 | 17 | 16 | 12 |
| DK/NA | 3 | 1 | 3 | 4 | 3 | 3 | 3 | 2 |

|  | AGE IN YRS 18-34 | 35-49 | 50-64 | 65+ | WHITE Men | Wom | Wht | Blk | Hsp |
|---|---|---|---|---|---|---|---|---|---|
| Helped | 50% | 50% | 52% | 50% | 65% | 52% | 58% | 19% | 45% |
| Hurt | 23 | 32 | 30 | 33 | 21 | 32 | 26 | 55 | 22 |
| No difference | 23 | 17 | 16 | 12 | 13 | 13 | 13 | 22 | 30 |
| DK/NA | 4 | 1 | 2 | 5 | 1 | 3 | 2 | 3 | 3 |

|  | REGION NEast | MWest | South | West | ANNUAL HOUSEHOLD INCOME <30K | 30-50 | 50-100 | >100K |
|---|---|---|---|---|---|---|---|---|
| Helped | 45% | 56% | 52% | 47% | 40% | 51% | 56% | 47% |
| Hurt | 32 | 27 | 28 | 32 | 35 | 30 | 28 | 31 |
| No difference | 20 | 13 | 17 | 18 | 19 | 17 | 14 | 19 |
| DK/NA | 3 | 4 | 3 | 3 | 5 | 2 | 2 | 2 |

TREND: Do you think President Trump's policies have helped the nation's economy, hurt the nation's economy, or haven't made a difference? (Note: Prior to December 10, 2020, question was in present tense; prior Nov 22, 2017, question was in future tense)

|  | Help | Hurt | NoDiff | DK/NA |
|---|---|---|---|---|
| Dec 10, 2020 | 50 | 30 | 17 | 3 |
| Aug 28, 2019 | 37 | 41 | 20 | 2 |
| Jan 15, 2019 | 40 | 37 | 20 | 2 |
| Dec 18, 2018 | 43 | 30 | 25 | 2 |
| Jan 10, 2018 | 37 | 29 | 30 | 4 |
| Nov 22, 2017 | 36 | 31 | 30 | 4 |
| Jan 26, 2017 | 44 | 36 | 14 | 6 |
| Jan 10, 2017 | 47 | 31 | 17 | 5 |
| Nov 22, 2016 | 52 | 31 | 11 | 6 |

15. Do you think Joe Biden's policies will help the nation's economy, hurt the nation's economy, or won't make a difference?

|  | Tot | Rep | Dem | Ind | Men | Wom | WHITE 4 YR COLL DEG Yes | No |
|---|---|---|---|---|---|---|---|---|
| Help | 39% | 8% | 81% | 34% | 30% | 48% | 46% | 25% |
| Hurt | 38 | 75 | 3 | 33 | 43 | 33 | 31 | 55 |
| No difference | 15 | 12 | 11 | 22 | 19 | 12 | 15 | 11 |
| DK/NA | 8 | 5 | 5 | 11 | 9 | 7 | 7 | 9 |

|  | AGE IN YRS 18-34 | 35-49 | 50-64 | 65+ | WHITE Men | Wom | Wht | Blk | Hsp |
|---|---|---|---|---|---|---|---|---|---|
| Help | 31% | 40% | 42% | 45% | 24% | 39% | 32% | 74% | 40% |
| Hurt | 31 | 38 | 42 | 40 | 53 | 41 | 47 | 8 | 27 |
| No difference | 27 | 16 | 13 | 7 | 14 | 11 | 13 | 11 | 26 |
| DK/NA | 11 | 7 | 3 | 9 | 9 | 8 | 9 | 8 | 7 |

|  | REGION NEast | MWest | South | West | ANNUAL HOUSEHOLD INCOME <30K | 30-50 | 50-100 | >100K |
|---|---|---|---|---|---|---|---|---|
| Help | 43% | 34% | 38% | 41% | 49% | 37% | 36% | 41% |
| Hurt | 31 | 41 | 40 | 38 | 23 | 39 | 46 | 36 |
| No difference | 16 | 17 | 16 | 11 | 19 | 15 | 13 | 17 |
| DK/NA | 9 | 9 | 6 | 10 | 9 | 10 | 5 | 6 |

16. As president, do you think Joe Biden will take the nation in the right direction or the wrong direction?

|  | Tot | Rep | Dem | Ind | Men | Wom | WHITE 4 YR COLL DEG Yes | No |
|---|---|---|---|---|---|---|---|---|
| Right direction | 52% | 14% | 95% | 54% | 46% | 58% | 61% | 34% |
| Wrong direction | 41 | 81 | 3 | 39 | 46 | 37 | 34 | 60 |
| DK/NA | 6 | 5 | 2 | 8 | 8 | 5 | 5 | 6 |

|  | AGE IN YRS 18-34 | 35-49 | 50-64 | 65+ | WHITE Men | Wom | Wht | Blk | Hsp |
|---|---|---|---|---|---|---|---|---|---|
| Right direction | 56% | 48% | 51% | 54% | 38% | 48% | 43% | 85% | 64% |
| Wrong direction | 35 | 43 | 46 | 41 | 56 | 46 | 51 | 10 | 26 |
| DK/NA | 9 | 9 | 3 | 4 | 6 | 6 | 6 | 5 | 10 |

17. Do you feel that Joe Biden will do more to unite the country as president, or will do more to divide the country as president?

|  | Tot | Rep | Dem | Ind | Men | Wom | WHITE........ 4 YR COLL DEG | |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | Yes | No |
| Unite | 56% | 17% | 95% | 61% | 50% | 61% | 65% | 38% |
| Divide | 39 | 76 | 3 | 35 | 43 | 36 | 30 | 58 |
| DK/NA | 5 | 7 | 2 | 4 | 7 | 3 | 5 | 4 |

|  | AGE IN YRS.............. | | | | WHITE..... | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 18-34 | 35-49 | 50-64 | 65+ | Men | Wom | Wht | Blk | Hsp |
| Unite | 62% | 52% | 53% | 56% | 42% | 51% | 47% | 89% | 66% |
| Divide | 34 | 40 | 43 | 40 | 52 | 46 | 49 | 9 | 28 |
| DK/NA | 3 | 8 | 5 | 4 | 6 | 4 | 5 | 2 | 6 |

18. Would you describe the state of the nation's economy these days as excellent, good, not so good, or poor?

|  | Tot | Rep | Dem | Ind | Men | Wom | WHITE........ 4 YR COLL DEG | |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | Yes | No |
| Excellent | 9% | 18% | 1% | 7% | 9% | 8% | 7% | 11% |
| Good | 34 | 48 | 16 | 37 | 38 | 30 | 30 | 41 |
| Not so good | 33 | 23 | 43 | 34 | 32 | 35 | 30 | 31 |
| Poor | 23 | 10 | 40 | 21 | 19 | 27 | 31 | 16 |
| DK/NA | 1 | 1 | - | 1 | 1 | 1 | 2 | - |

|  | AGE IN YRS.............. | | | | WHITE..... | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 18-34 | 35-49 | 50-64 | 65+ | Men | Wom | Wht | Blk | Hsp |
| Excellent | 9% | 8% | 11% | 8% | 10% | 9% | 10% | 4% | 11% |
| Good | 32 | 37 | 35 | 32 | 41 | 33 | 37 | 24 | 26 |
| Not so good | 43 | 26 | 30 | 38 | 29 | 32 | 31 | 40 | 40 |
| Poor | 16 | 29 | 23 | 21 | 19 | 25 | 22 | 29 | 22 |
| DK/NA | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 |

|  | REGION................ | | | | ANNUAL HOUSEHOLD INCOME... | | | |
|---|---|---|---|---|---|---|---|---|
|  | NEast | MWest | South | West | <30K | 30-50 | 50-100 | >100K |
| Excellent | 7% | 9% | 11% | 5% | 6% | 8% | 11% | 7% |
| Good | 33 | 38 | 33 | 33 | 20 | 32 | 38 | 40 |
| Not so good | 36 | 33 | 33 | 31 | 44 | 40 | 28 | 29 |
| Poor | 23 | 18 | 22 | 30 | 28 | 20 | 23 | 24 |
| DK/NA | 1 | 2 | 1 | 1 | 2 | 1 | - | 1 |

TREND: Would you describe the state of the nation's economy these days as excellent, good, not so good, or poor?

```
                                  Not so
                    Exclnt  Good  Good   Poor   DK/NA

Dec 10, 2020          9      34    33     23      1
Jun 18, 2020          8      30    33     28      2
May 20, 2020          3      20    35     39      2
Apr 08, 2020         10      21    35     31      3
Mar 09, 2020         22      44    23     10      1
Feb 10, 2020         25      45    21      8      2
Dec 16, 2019         26      47    19      6      2
Dec 10, 2019         22      47    22      8      2
Oct 23, 2019         17      44    26     10      2
Sep 25, 2019         16      43    28     11      2
```
See additional trend information on website

19. Do you think the nation's economy will be better or worse in six months?

```
                                                              WHITE........
                                                              4 YR COLL DEG
              Tot    Rep    Dem    Ind    Men    Wom    Yes    No

Better        47%    26%    72%    44%    48%    46%    54%    34%
Worse         37     53     19     36     38     36     32     47
NEITHER(VOL)   4      5      2      6      4      5      6      4
DK/NA         12     15      7     13     10     14      9     15

              AGE IN YRS..............    WHITE.....
              18-34  35-49  50-64  65+    Men    Wom    Wht    Blk    Hsp

Better        48%    42%    50%    46%    42%    40%    41%    69%    54%
Worse         40     43     32     32     41     43     42     20     31
NEITHER(VOL)   5      2      5      5      5      5      5      1      6
DK/NA          7     13     12     16     12     13     12     11      8

              REGION..................    ANNUAL HOUSEHOLD INCOME...
              NEast  MWest  South  West   <30K   30-50  50-100 >100K

Better        51%    45%    46%    46%    55%    41%    46%    51%
Worse         34     41     34     40     35     38     39     35
NEITHER(VOL)   3      3      5      5      3      6      4      4
DK/NA         13     11     15      9      8     14     11      9
```

20. Thinking now about job opportunities where you live, would you say there are plenty of jobs available in your community, or are jobs difficult to find?

|                  |      |     |     |     |     |     | WHITE........ 4 YR COLL DEG | |
|------------------|------|-----|-----|-----|-----|-----|-----|-----|
|                  | Tot  | Rep | Dem | Ind | Men | Wom | Yes | No  |
| Plenty available | 46%  | 64% | 29% | 47% | 49% | 43% | 37% | 54% |
| Difficult to find| 42   | 26  | 57  | 42  | 39  | 46  | 44  | 39  |
| NEITHER(VOL)     | 3    | 2   | 3   | 3   | 2   | 3   | 6   | 1   |
| DK/NA            | 9    | 7   | 12  | 8   | 9   | 8   | 12  | 7   |

|                  | AGE IN YRS............. | | | | WHITE..... | | | | |
|                  | 18-34 | 35-49 | 50-64 | 65+ | Men | Wom | Wht | Blk | Hsp |
|------------------|-------|-------|-------|-----|-----|-----|-----|-----|-----|
| Plenty available | 53%   | 46%   | 49%   | 42% | 53% | 43% | 48% | 31% | 55% |
| Difficult to find| 40    | 45    | 41    | 41  | 36  | 46  | 41  | 58  | 36  |
| NEITHER(VOL)     | 2     | 3     | 3     | 3   | 2   | 4   | 3   | 3   | -   |
| DK/NA            | 5     | 6     | 7     | 14  | 9   | 8   | 9   | 8   | 9   |

|                  | REGION.................. | | | | ANNUAL HOUSEHOLD INCOME... | | | |
|                  | NEast | MWest | South | West | <30K | 30-50 | 50-100 | >100K |
|------------------|-------|-------|-------|------|------|-------|--------|-------|
| Plenty available | 37%   | 55%   | 50%   | 39%  | 31%  | 49%   | 49%    | 53%   |
| Difficult to find| 48    | 36    | 40    | 47   | 61   | 42    | 38     | 37    |
| NEITHER(VOL)     | 2     | 2     | 3     | 3    | 1    | 1     | 2      | 4     |
| DK/NA            | 13    | 7     | 6     | 12   | 7    | 8     | 11     | 7     |

21. How difficult would it be for you to pay an unexpected bill of one thousand dollars right away: very difficult, somewhat difficult, not so difficult, or not difficult at all?

|                     |     |     |     |     |     |     | WHITE........ 4 YR COLL DEG | |
|---------------------|-----|-----|-----|-----|-----|-----|-----|-----|
|                     | Tot | Rep | Dem | Ind | Men | Wom | Yes | No  |
| Very difficult      | 23% | 19% | 25% | 28% | 21% | 26% | 8%  | 22% |
| Somewhat difficult  | 26  | 31  | 28  | 22  | 25  | 28  | 18  | 27  |
| Not so difficult    | 16  | 17  | 16  | 14  | 16  | 16  | 20  | 18  |
| Not difficult at all| 33  | 32  | 30  | 34  | 37  | 29  | 53  | 32  |
| DK/NA               | 2   | 1   | -   | 2   | 2   | 2   | 1   | 1   |

|                     | AGE IN YRS............. | | | | WHITE..... | | | | |
|                     | 18-34 | 35-49 | 50-64 | 65+ | Men | Wom | Wht | Blk | Hsp |
|---------------------|-------|-------|-------|-----|-----|-----|-----|-----|-----|
| Very difficult      | 30%   | 29%   | 19%   | 13% | 14% | 21% | 18% | 45% | 27% |
| Somewhat difficult  | 34    | 25    | 21    | 27  | 23  | 25  | 24  | 30  | 35  |
| Not so difficult    | 11    | 12    | 21    | 20  | 18  | 20  | 19  | 10  | 11  |
| Not difficult at all| 25    | 34    | 39    | 37  | 44  | 34  | 39  | 15  | 24  |
| DK/NA               | -     | -     | -     | 3   | 1   | 1   | 1   | -   | 3   |

|                     | REGION.................. | | | | ANNUAL HOUSEHOLD INCOME... | | | |
|                     | NEast | MWest | South | West | <30K | 30-50 | 50-100 | >100K |
|---------------------|-------|-------|-------|------|------|-------|--------|-------|
| Very difficult      | 18%   | 21%   | 28%   | 22%  | 57%  | 39%   | 16%    | 5%    |
| Somewhat difficult  | 19    | 27    | 24    | 36   | 31   | 33    | 24     | 18    |
| Not so difficult    | 22    | 14    | 15    | 13   | 7    | 10    | 21     | 20    |
| Not difficult at all| 39    | 36    | 31    | 27   | 5    | 17    | 38     | 58    |
| DK/NA               | 2     | 1     | 2     | 2    | -    | -     | -      | -     |

24. Do you approve or disapprove of the way Donald Trump is handling the response to the coronavirus?

|  | Tot | Rep | Dem | Ind | Men | Wom | WHITE........ 4 YR COLL DEG | |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | Yes | No |
| Approve | 39% | 78% | 3% | 35% | 44% | 35% | 32% | 59% |
| Disapprove | 58 | 18 | 96 | 63 | 52 | 64 | 67 | 39 |
| DK/NA | 2 | 3 | - | 2 | 3 | 1 | 1 | 2 |

|  | AGE IN YRS.............. | | | | WHITE..... | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 18-34 | 35-49 | 50-64 | 65+ | Men | Wom | Wht | Blk | Hsp |
| Approve | 29% | 39% | 46% | 43% | 55% | 45% | 50% | 6% | 26% |
| Disapprove | 70 | 58 | 52 | 55 | 43 | 54 | 49 | 93 | 68 |
| DK/NA | 1 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 5 |

|  | REGION................. | | | | DENSITY............ | | |
|---|---|---|---|---|---|---|---|
|  | NEast | MWest | South | West | City | Suburb | Rural |
| Approve | 37% | 44% | 40% | 37% | 29% | 37% | 56% |
| Disapprove | 60 | 53 | 59 | 61 | 69 | 61 | 42 |
| DK/NA | 4 | 3 | 1 | 2 | 2 | 2 | 2 |

TREND: Do you approve or disapprove of the way Donald Trump is handling the response to the coronavirus?

|  | App | Dis | DK/NA |
|---|---|---|---|
| Dec 10, 2020 | 39 | 58 | 2 |
| Jul 15, 2020 | 35 | 62 | 3 |
| Jun 18, 2020 | 42 | 56 | 2 |
| May 20, 2020 | 41 | 56 | 3 |
| Apr 08, 2020 | 46 | 51 | 3 |
| Mar 09, 2020 | 43 | 49 | 8 |

27. Do you think the Biden administration should urge states to require that everyone wear masks in public, or not?

|  | Tot | Rep | Dem | Ind | Men | Wom | WHITE........ 4 YR COLL DEG | |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | Yes | No |
| Yes | 61% | 34% | 94% | 62% | 54% | 67% | 65% | 49% |
| No | 37 | 64 | 6 | 36 | 44 | 31 | 33 | 49 |
| DK/NA | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 |

|  | AGE IN YRS.............. | | | | WHITE..... | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 18-34 | 35-49 | 50-64 | 65+ | Men | Wom | Wht | Blk | Hsp |
| Yes | 68% | 57% | 58% | 67% | 47% | 61% | 54% | 84% | 73% |
| No | 31 | 41 | 40 | 30 | 52 | 36 | 44 | 15 | 24 |
| DK/NA | 1 | 2 | 2 | 3 | 1 | 3 | 2 | 1 | 3 |

|  | REGION................. | | | | DENSITY............ | | |
|---|---|---|---|---|---|---|---|
|  | NEast | MWest | South | West | City | Suburb | Rural |
| Yes | 73% | 52% | 59% | 60% | 69% | 63% | 48% |
| No | 25 | 44 | 39 | 38 | 29 | 35 | 51 |
| DK/NA | 1 | 4 | 2 | 1 | 2 | 2 | 2 |

41. Do you support or oppose the Biden administration re-joining the Paris Agreement, a pact reached among countries around the globe to limit climate change by reducing greenhouse gas emissions?

|  | Tot | Rep | Dem | Ind | Men | Wom | WHITE........ 4 YR COLL DEG Yes | No |
|---|---|---|---|---|---|---|---|---|
| Support | 56% | 20% | 93% | 58% | 52% | 60% | 65% | 39% |
| Oppose | 38 | 74 | 5 | 33 | 43 | 33 | 30 | 54 |
| DK/NA | 6 | 5 | 3 | 9 | 5 | 7 | 4 | 7 |

|  | AGE IN YRS.............. 18-34 | 35-49 | 50-64 | 65+ | WHITE..... Men | Wom | Wht | Blk | Hsp |
|---|---|---|---|---|---|---|---|---|---|
| Support | 67% | 55% | 53% | 51% | 41% | 54% | 48% | 79% | 70% |
| Oppose | 24 | 39 | 45 | 42 | 52 | 41 | 46 | 11 | 23 |
| DK/NA | 9 | 6 | 2 | 7 | 6 | 5 | 6 | 9 | 7 |

42. Do you believe that Israel was involved in the recent killing of Iran's top nuclear scientist, or not?

|  | Tot | Rep | Dem | Ind | Men | Wom | WHITE........ 4 YR COLL DEG Yes | No |
|---|---|---|---|---|---|---|---|---|
| Yes | 31% | 23% | 41% | 32% | 34% | 29% | 38% | 30% |
| No | 23 | 35 | 16 | 22 | 20 | 25 | 14 | 27 |
| DK/NA | 46 | 43 | 43 | 47 | 45 | 47 | 48 | 42 |

|  | AGE IN YRS.............. 18-34 | 35-49 | 50-64 | 65+ | WHITE..... Men | Wom | Wht | Blk | Hsp |
|---|---|---|---|---|---|---|---|---|---|
| Yes | 21% | 36% | 37% | 34% | 35% | 31% | 33% | 32% | 31% |
| No | 31 | 18 | 20 | 25 | 22 | 24 | 23 | 18 | 27 |
| DK/NA | 49 | 46 | 43 | 42 | 43 | 44 | 44 | 49 | 42 |

43. Would you like to see the Biden administration try to restart the Obama-era nuclear arms agreement with Iran, or not?

|  | Tot | Rep | Dem | Ind | Men | Wom | WHITE........ 4 YR COLL DEG Yes | No |
|---|---|---|---|---|---|---|---|---|
| Yes | 41% | 12% | 77% | 38% | 36% | 46% | 53% | 30% |
| No | 46 | 81 | 10 | 46 | 52 | 40 | 37 | 62 |
| DK/NA | 13 | 7 | 13 | 17 | 12 | 14 | 9 | 8 |

|  | AGE IN YRS.............. 18-34 | 35-49 | 50-64 | 65+ | WHITE..... Men | Wom | Wht | Blk | Hsp |
|---|---|---|---|---|---|---|---|---|---|
| Yes | 42% | 40% | 42% | 45% | 31% | 44% | 38% | 62% | 40% |
| No | 40 | 48 | 50 | 45 | 61 | 47 | 54 | 14 | 39 |
| DK/NA | 18 | 12 | 8 | 10 | 8 | 9 | 8 | 24 | 21 |