# Exhibit 75

*screenshot-twitter.com-2021.01.06-14_07_55*
*https://twitter.com/WoodsonTJames/status/1336726130771038208*
*06.01.2021*

