# Exhibit 76

*screenshot-twitter.com-2021.01.06-14_08_34*
*https://twitter.com/leonkhanin1234/status/1336497514598555650*
*06.01.2021*

