# Exhibit 77

*screenshot-twitter.com-2021.01.06-14_09_14*
*https://twitter.com/votewarren/status/1329802399565770752*
*06.01.2021*



**Warren Petersen**
@votewarren

I'm drafting legislation to ban the use of Dominion software and equipment from the state of Arizona. My constituents do not trust it. Texas refused to use it. Too many concerns in states that have. There is no room for doubt when it comes to election integrity.

10:02 AM · Nov 20, 2020 · Twitter for Android

**368** Retweets   **46** Quote Tweets   **1.2K** Likes