# Exhibit 109

screenshot-twitter.com-2021.01.18-13_42_37
https://twitter.com/LouDobbs/status/1327024215887851521
18.01.2021



```
 1
 2
 3
 4
 5                       FILE NAME:
 6                           1.
 7    Https://twitter.com/LouDobbs/status/13270242158878515212
 8
 9
10          TRANSCRIPT OF VIDEO-RECORDED INTERVIEW
11                         LOU DOBBS
12                       RUDY GIULIANI
13
14
15
16
17
18
19
20
21
22
23
24  Transcribed By:
    TERRI NESTORE
25  CSR No. 5614, RPR, CRR
```

1        LOU DOBBS:  Well, joining us now, President
2   Trump's personal attorney, former New York City Mayor,
3   Rudy Giuliani, and federal prosecutor.
4        Rudy, good to have you back with us.
5        Let's talk about, just for a moment, an update on
6   Dominion and how important do you believe the concerns
7   that are being expressed in a number of states about the
8   ability of these machines not to be hacked?
9        RUDY GIULIANI:  Well, first of all, the machines
10  can be hacked.  There's no question about that.  Their
11  machines can be hacked.
12       But it's far worse than that, Lou.  Dominion is a
13  company that's owned by another company called Smartmatic,
14  through an intermediary company named Indra.  Smartmatic
15  is a company that was formed way back in about 2004;
16  2003-2004.  You're going to be astonished when I tell you
17  how it was formed.  It was formed really by three
18  Venezuelans who were very close to...  very close to the
19  dictator Chavez of Venezuela and it was formed in order to
20  fix elections.  That's the company that owns Dominion.
21       Dominion is a Canadian company but all of its
22  software is Smartmatic software, so the votes actually go
23  to Barcelona, Spain.
24       So we're using a foreign company that is owned by
25  Venezuelans who are close to -- were close to Chavez, are

1  now close to Maduro, have a history -- they were founded
2  as a company to fix elections, they have a terrible
3  record, and they are extremely hackable.
4         So I mean, Texas made the right decision.  What
5  the heck was Georgia doing hiring this company?  I'll tell
6  you what they were doing.  The lobbyist for Dominion was
7  the former chief of staff of the governor.
8         LOU DOBBS:  The former chief of staff --
9         RUDY GIULIANI:  Why are they using a foreign
10 company with connections to Venezuela?
11        I'll give you another connection.  Smartmatic,
12 the company that owns Dominion, well, the guy who was
13 running it was one of the -- one of the people who was
14 number 2 or 3 in Soros' Change the World organization --
15 Open Society, right.  We got a very funny company here.
16 We've got a really strange company.  Very frightening and
17 yes, they can be hacked and yes, they can change votes.
18        LOU DOBBS:  And now we have to find out whether
19 they did.  And with those servers, whether they're in
20 Canada, whether they're in Barcelona, Spain, or Germany,
21 we know a number of companies, all of them are private,
22 five of the top voting companies in this country, at
23 least if they're not in this country they're processing
24 our votes in this country, they comprise 90 percent of all
25 of the election voting market in this country.  It's

1  stunning.  And they're private firms and very little is
2  known about their ownership, beyond what you're saying
3  about Dominion.  It's very difficult to get a handle on
4  just who owns what and how they're being operated.
5          And by the way, the states, as you well know now,
6  they have no ability to audit meaningfully the votes that
7  are cast because the servers are somewhere else and are
8  considered proprietary and they won't touch them.
9          They won't permit them being touched.
10         So it's really -- how do you proceed now?
11         RUDY GIULIANI:  Well, I'm working on the part of
12  the case which is demonstrating how many illegal votes
13  were cast, and I'm way beyond the margin that I need in
14  Pennsylvania or Michigan to overturn the vote there.
15         We're up to about 623,000 unlawful ballots in
16  Pennsylvania and about 320 unlawful ballots in Michigan,
17  and in Michigan, of course, we have a couple of
18  extraordinary witnesses, one of whom was a democrat, who
19  worked for 30 years for the City of Detroit, who will
20  explain that she started getting trained in how to cheat
21  in September of 2020.
22         They'll also testify to a hundred thousand
23  ballots being shipped in about 4:00 in the morning, after
24  they had stopped counting, when they got into a panic
25  because they thought they had made up the lead, and Trump

1  was still ahead by 120,000 votes.
2          So they brought these ballots in in trucks that
3  had out of state license plates, they piled them on the
4  tables, and from the witnesses that were there, from whom
5  we have affidavits, every single vote was for Biden, and
6  the ballots look totally fraudulent.  Only one person
7  voted for, the rest of the ballot empty.  Nobody bothered
8  to look or check whether or not the envelope was valid,
9  they just threw it away immediately.
10         There was no republican observer, as the law of
11 Michigan requires, and it's a misdemeanor not to do it.
12         So I can't see these hundred thousand votes
13 standing.  Plus about 140,000 more that were counted
14 deliberately out of the sight of any republican who could
15 check the validity of the ballot, and I think that number
16 will go up.  When we began in Pennsylvania, we only had
17 about 130.  We're now at 632,000.
18         This was a stolen election, Lou.  I know the
19 phony elites don't want to hear it, but this was a stolen
20 election.  The same pattern exists in Nevada, Arizona,
21 Georgia, Wisconsin.
22         LOU DOBBS:  And I think, Rudy, I think that,
23 Rudy, the fact of the matter is, this is -- this looks to
24 me like it may be -- and I say may be -- I'm not
25 suggesting it is.

```
 1                RUDY GIULIANI:  Sure.
 2                LOU DOBBS:  But following the operation as when
 3    President Trump was a candidate, to block his presidency,
 4    to --
 5                RUDY GIULIANI:  Yeah.
 6                LOU DOBBS:  -- follow up with a special counsel.
 7    First we had 11 months of investigation, then the special
 8    counsel investigation, which went nowhere except to
 9    exonerate him; and then the phony impeachment process.
10                This looks to me like it is the end of what has
11    been a four-and-a-half -- the endgame to a four-and-a-half
12    year long effort to overthrow the president of the
13    United States.  It looks like it's exactly that.
14                That there is --
15                RUDY GIULIANI:  Yeah, Lou.
16                LOU DOBBS:  These are all parts of a piece here.
17                RUDY GIULIANI:  Lou, it's impossible that in ten
18    different crooked democratic cities, on the morning of the
19    election, every single one of those democratic leaders
20    woke up and said, we're going to block the republicans
21    from seeing any of the mail ballots, since whenever we
22    count absentee ballots we know we have to have a
23    republican and a democratic representative.
24                The only reason they did that is because they
25    knew they were going to need that room to make up for his
```

1  margins.
2         And here's where they got screwed up:  The
3  margins were much bigger than they anticipated.  They were
4  figuring they had to make up a couple hundred thousand
5  votes in Pennsylvania, maybe a hundred thousand in
6  Michigan, maybe 80 or 90,000 in Wisconsin.
7         Now they're looking at numbers like 800,000,
8  300,000, 400,000.  They had to do plenty of cheating in
9  the middle of the night in order to catch up, and that's
10 why they kept the republicans out.
11        LOU DOBBS:  Rudy --
12        RUDY GIULIANI:  No reason not to let the
13 republicans look at these ballots, if they're legitimate.
14 Why do you want this issue?  And if you know the history
15 of absentee balloting, we never exclude the other side
16 when we look at absentee ballots.  Never, ever.  That is
17 the first time this has ever happened.
18        LOU DOBBS:  Well, no one would.
19        RUDY GIULIANI:  No one would.
20        LOU DOBBS:  It's extraordinary.
21        RUDY GIULIANI:  Unless --
22        LOU DOBBS:  This election has got more firsts
23 than any I can think of and Rudy, we're glad you're on the
24 case and pursuing what is the truth.
25        (End of recording.)

C E R T I F I C A T E

        I, TERRI NESTORE, Certified Shorthand Reporter/ Transcriptionist, do hereby certify that I was authorized to transcribe the foregoing recorded proceeding, and that the transcript is a true and accurate transcription of my shorthand notes, to the best of my ability, taken while listening to the provided recording.

        I further certify that I am not of counsel or attorney for either or any of the parties to said proceedings, nor in any way interested in the events of this cause, and that I am not related to any of the parties thereto.

Dated this 12th day of January, 2021.

_____
TERRI NESTORE, CSR 5614, RPR, CRR

**1**

**1** 1:6
**11** 6:7
**120,000** 5:1
**12th** 8:18
**130** 5:17
**140,000** 5:13

**2**

**2** 3:14
**2003-2004** 2:16
**2004** 2:15
**2020** 4:21
**2021** 8:18

**3**

**3** 3:14
**30** 4:19
**300,000** 7:8
**320** 4:16

**4**

**400,000** 7:8
**4:00** 4:23

**5**

**5614** 1:25 8:21

**6**

**623,000** 4:15
**632,000** 5:17

**8**

**80** 7:6

**800,000** 7:7

**9**

**90** 3:24
**90,000** 7:6

**A**

**ability** 2:8 4:6 8:8
**absentee** 6:22 7:15,16
**accurate** 8:7
**affidavits** 5:5
**ahead** 5:1
**anticipated** 7:3
**Arizona** 5:20
**astonished** 2:16
**attorney** 2:2 8:12
**audit** 4:6
**authorized** 8:5

**B**

**back** 2:4,15
**ballot** 5:7,15
**balloting** 7:15
**ballots** 4:15,16,23 5:2,6 6:21,22 7:13,16
**Barcelona** 2:23 3:20
**began** 5:16
**Biden** 5:5
**bigger** 7:3
**block** 6:3,20
**bothered** 5:7
**brought** 5:2

**C**

**called** 2:13
**Canada** 3:20
**Canadian** 2:21
**candidate** 6:3
**case** 4:12 7:24
**cast** 4:7,13
**catch** 7:9
**Certified** 8:4
**certify** 8:5,11
**change** 3:14,17
**Chavez** 2:19,25
**cheat** 4:20
**cheating** 7:8
**check** 5:8,15
**chief** 3:7,8
**cities** 6:18
**City** 2:2 4:19
**close** 2:18,25 3:1
**companies** 3:21,22
**company** 2:13,14,15,20,21,24 3:2,5,10,12,15,16
**comprise** 3:24
**concerns** 2:6
**connection** 3:11
**connections** 3:10
**considered** 4:8
**counsel** 6:6,8 8:11
**count** 6:22
**counted** 5:13
**counting** 4:24
**country** 3:22,23,24,25
**couple** 4:17 7:4
**crooked** 6:18
**CRR** 1:25 8:21
**CSR** 1:25 8:21

**D**

**Dated** 8:18
**day** 8:18
**decision** 3:4
**deliberately** 5:14
**democrat** 4:18
**democratic** 6:18,19,23
**demonstrating** 4:12
**Detroit** 4:19
**dictator** 2:19
**difficult** 4:3
**DOBBS** 1:11 2:1 3:8,18 5:22 6:2,6,16 7:11,18,20,22
**Dominion** 2:6,12,20,21 3:6,12 4:3

**E**

**effort** 6:12
**election** 3:25 5:18,20 6:19 7:22
**elections** 2:20 3:2
**elites** 5:19
**empty** 5:7
**end** 6:10 7:25
**endgame** 6:11
**envelope** 5:8

events   8:13
exclude   7:15
exists   5:20
exonerate   6:9
explain   4:20
expressed   2:7
extraordinary
  4:18 7:20
extremely   3:3

**F**

fact   5:23
federal   2:3
figuring   7:4
FILE   1:5
find   3:18
firms   4:1
firsts   7:22
fix   2:20 3:2
follow   6:6
foregoing   8:6
foreign   2:24
  3:9
formed   2:15,
  17,19
founded   3:1
four-and-a-
  half   6:11
fraudulent
  5:6
frightening
  3:16
funny   3:15

**G**

Georgia   3:5
  5:21
Germany   3:20
Giuliani   1:12
  2:3,9 3:9
  4:11 6:1,5,
  15,17 7:12,
  19,21

give   3:11
glad   7:23
good   2:4
governor   3:7
guy   3:12

**H**

hackable   3:3
hacked   2:8,
  10,11 3:17
handle   4:3
happened   7:17
hear   5:19
heck   3:5
hiring   3:5
history   3:1
  7:14
Https://
twitter.com/
loudobbs/
status/
13270242158878
515212   1:7
hundred   4:22
  5:12 7:4,5

**I**

illegal   4:12
immediately
  5:9
impeachment
  6:9
important   2:6
impossible
  6:17
Indra   2:14
interested
  8:13
intermediary
  2:14
INTERVIEW
  1:10
investigation
  6:7,8

issue   7:14

**J**

January   8:18
joining   2:1

**K**

knew   6:25

**L**

law   5:10
lead   4:25
leaders   6:19
legitimate
  7:13
license   5:3
listening   8:9
lobbyist   3:6
long   6:12
Lou   1:11 2:1,
  12 3:8,18
  5:18,22 6:2,
  6,15,16,17
  7:11,18,20,22

**M**

machines   2:8,
  9,11
made   3:4 4:25
Maduro   3:1
mail   6:21
make   6:25 7:4
margin   4:13
margins   7:1,3
market   3:25
matter   5:23
Mayor   2:2
meaningfully
  4:6
Michigan
  4:14,16,17
  5:11 7:6

middle   7:9
misdemeanor
  5:11
moment   2:5
months   6:7
morning   4:23
  6:18

**N**

named   2:14
NESTORE   1:24
  8:4,21
Nevada   5:20
night   7:9
notes   8:8
number   2:7
  3:14,21 5:15
numbers   7:7

**O**

observer   5:10
Open   3:15
operated   4:4
operation   6:2
order   2:19
  7:9
organization
  3:14
overthrow
  6:12
overturn   4:14
owned   2:13,24
ownership   4:2
owns   2:20
  3:12 4:4

**P**

panic   4:24
part   4:11
parties   8:12,
  15
parts   6:16

| | | | |
|---|---|---|---|
| pattern  5:20 | recorded  8:6 | special  6:6,7 | Transcriptionist  8:5 |
| Pennsylvania  4:14,16  5:16  7:5 | recording  7:25  8:9 | staff  3:7,8 | trucks  5:2 |
| people  3:13 | related  8:14 | standing  5:13 | true  8:7 |
| percent  3:24 | Reporter  8:4 | started  4:20 | Trump  4:25  6:3 |
| permit  4:9 | representative  6:23 | state  5:3 | Trump's  2:2 |
| person  5:6 | republican  5:10,14  6:23 | states  2:7  4:5  6:13 | truth  7:24 |
| personal  2:2 | republicans  6:20  7:10,13 | stolen  5:18, 19 | **U** |
| phony  5:19  6:9 | requires  5:11 | stopped  4:24 | United  6:13 |
| piece  6:16 | rest  5:7 | strange  3:16 | unlawful  4:15,16 |
| piled  5:3 | room  6:25 | stunning  4:1 | update  2:5 |
| plates  5:3 | RPR  1:25  8:21 | suggesting  5:25 | |
| plenty  7:8 | Rudy  1:12  2:3,4,9  3:9  4:11  5:22,23  6:1,5,15,17  7:11,12,19, 21,23 | | **V** |
| presidency  6:3 | | **T** | valid  5:8 |
| president  2:1  6:3,12 | | tables  5:4 | validity  5:15 |
| private  3:21  4:1 | running  3:13 | talk  2:5 | Venezuela  2:19  3:10 |
| proceed  4:10 | | ten  6:17 | Venezuelans  2:18,25 |
| proceeding  8:6 | **S** | TERRI  1:24  8:4,21 | VIDEO-RECORDED  1:10 |
| proceedings  8:13 | screwed  7:2 | terrible  3:2 | vote  4:14  5:5 |
| process  6:9 | September  4:21 | testify  4:22 | voted  5:7 |
| processing  3:23 | servers  3:19  4:7 | Texas  3:4 | votes  2:22  3:17,24  4:6, 12  5:1,12  7:5 |
| proprietary  4:8 | shipped  4:23 | thereto  8:15 | |
| prosecutor  2:3 | shorthand  8:4,8 | thought  4:25 | voting  3:22, 25 |
| provided  8:9 | side  7:15 | thousand  4:22  5:12  7:4,5 | |
| pursuing  7:24 | sight  5:14 | threw  5:9 | **W** |
| | single  5:5  6:19 | time  7:17 | Wisconsin  5:21  7:6 |
| **Q** | Smartmatic  2:13,14,22  3:11 | top  3:22 | witnesses  4:18  5:4 |
| question  2:10 | Society  3:15 | totally  5:6 | woke  6:20 |
| | software  2:22 | touch  4:8 | worked  4:19 |
| **R** | Soros'  3:14 | touched  4:9 | working  4:11 |
| reason  6:24  7:12 | Spain  2:23  3:20 | trained  4:20 | World  3:14 |
| record  3:3 | | transcribe  8:6 | worse  2:12 |
| | | Transcribed  1:24 | |
| | | transcript  1:10  8:7 | |
| | | transcription  8:7 | |

|        Y        |
|-----------------|
| **year**  6:12  |
| **years** 4:19  |
| **York**  2:2   |