# Exhibit 110

File 1 Chat with the Mayor Rudy Giuliani
November 13, 2020

1

2

3

4

5

6                    File 1

7        Rudy Giuliani, Chat with the Mayor, 77WABC

8                November 13, 2020

9        https://wabcradio.com/podcast/rudy-giuliani/

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 1:21-cv-00213-CJN  Document 2-45  Filed 01/25/21  Page 3 of 40
File 1 Chat with the Mayor Rudy Giuliani
November 13, 2020                                    2

1      RUDY GIULIANI:  Good afternoon.  This is Rudy

2   Giuliani, live from the District of Columbia, the

3   Capitol of the Nation, on 77 WABC.  And I really want to

4   thank all of you for -- for checking in with us, and

5   we're going to -- during the course of this hour, we're

6   going to have plenty of time to -- to go to the Tunnel

7   to Towers Foundation Hotline at 1-800-848-WABC.  That's

8   Tunnel to Towers to do good.  Denote $11 dollars a month

9   to T2T.org.  That's "T," the number 2, "T," dot org, and

10  the number for us is 1-800-848-9222.

11      Well, the presidential election and the aftermath

12  of it is still quite active even though you wouldn't

13  know that from the censored media that you get, other

14  than from maybe two or three television stations, like

15  OANN and Newsmax and possibly from, you know, WABC and a

16  couple of the local radio stations, and then from a good

17  many of the blogs and podcasts.  So you got to really

18  rely on social media to know what's going on.  Most

19  Americans I don't think know that there are two major

20  challenges that are going on, cases filed this week in

21  Pennsylvania and in Michigan.

22      In Pennsylvania, there are now located,

23  allegedly, but with affidavits to support it, 632,000

24  votes that were cast illegally.  They were cast

25  illegally because the law required that for the -- those

Case 1:21-cv-00213-CJN   Document 2-45   Filed 01/25/21   Page 4 of 40
File 1 Chat with the Mayor Rudy Giuliani
November 13, 2020                                          3

1   mail-in votes, which is quite new.  We never did that

2   before, had mail-in votes, but you need an observer in

3   order to determine whether or not it's a valid vote

4   because it is prone to fraud.  Everyone knows that.

5   Supreme Court's Justices said that.

6       It needs a little more scrutiny than the usual

7   vote.  Well, in, fact, it got no scrutiny.  In other

8   words, these votes we're just ripped out of the

9   envelope.  Thrown in the voting bin, and nobody examined

10  the envelope.

11      Those envelopes under the law of Pennsylvania and

12  the law under Michigan had to be examined by at least

13  one Republican credentialed inspector.  In the case of

14  Pennsylvania, 682,000 some odd ballots were thrown into

15  the vote without a Republican having a chance to see it,

16  touch it, feel it, look at it, or make any determination

17  as to whether even if it had a name on it.  Those are

18  considered illegal, unlawful, null and void votes.

19      Now, in Michigan, the number is right now

20  something like 250, 300,000.  100,000 of which all came

21  at 4:00 o'clock in the morning, 4:30 in the morning,

22  when the Republicans had already left and were told that

23  the vote count for the day was over.  And According to

24  them with the mail votes that they had counted, none of

25  which inspected by Republicans, Biden had made up some

Case 1:21-cv-00213-CJN   Document 2-45   Filed 01/25/21   Page 5 of 40
File 1 Chat with the Mayor Rudy Giuliani
November 13, 2020                                    4

1   of the -- some of the deficits that he had, which was

2   300,000 that night, and all of a sudden at 4:30 in the

3   morning, through the backdoor, come all these ballots in

4   cardboard, in shopping bags, in this, in that, in other

5   things.  Not in the usual containers that they have for

6   votes and secure votes.

7          And they didn't think any Republicans were

8   around.  But there were two Republicans around and an

9   employee of Dominion.  And they've given us affidavits,

10  and their affidavits say that approximately 100,000

11  votes were counted.  They were all for Biden.  All for

12  Biden.

13         And to the extent they were able to peek and see

14  the ballots, the ballots were not only all for Biden,

15  they were only for Biden.  Meaning, there was no

16  down-ballot vote.  No vote for the Senate.  No vote for

17  Congress.  No vote for Judges.  No vote for this.  No

18  vote for that.  No vote for who knows.  No vote for

19  what.

20         All of it done between 4:30 and 8:00 in the

21  morning when they thought nobody was looking, but three

22  people were looking and gave us affidavits.  So, that's

23  where we stand, in those two places.  The difference in

24  Pennsylvania is only 54,000 votes rounded off.

25         The difference in Michigan is 146,000 votes

Case 1:21-cv-00213-CJN   Document 2-45   Filed 01/25/21   Page 6 of 40
File 1 Chat with the Mayor Rudy Giuliani
November 13, 2020                                              5

1   rounded off.  So in Pennsylvania, we have 628,000 votes

2   that must be thrown out, and in Michigan, we have

3   250,000 votes that have to be turned out now.  Michigan

4   is going to grow because we haven't had the discovery

5   yet.  They can get up around 300, 400,000.

6        Now, we have to prove this in court.  I'm one of

7   the lawyers involved.  I'm coordinating it, but there

8   are lawyers handling these cases in both places, great

9   lawyers.  In fact, the lawyer in Pennsylvania has been

10   threatened.  His family's been threatened.  His law

11   firm's been threatened.  His law firm's clients have

12   threatened them, and some of the clients have been

13   threatened.

14        And this isn't American anymore, ladies and

15   gentleman.  When a lawyer gets threatened for being on a

16   case in which he's trying to vindicate the rights of a

17   candidate for President of the United States, there's

18   something really sick going on.  Really -- I -- I have

19   put up with it for years, but I'm sort of insensitive to

20   this.

21        I probably shouldn't be.  But what they're doing

22   to these two lawyers, particular the two lead lawyers,

23   one male, one female, in Pennsylvania is criminal.  This

24   is the kind of stuff that takes place in East Berlin,

25   you know, during the Cold War.  And it is vicious and

Case 1:21-cv-00213-CJN   Document 2-45   Filed 01/25/21   Page 7 of 40
File 1 Chat with the Mayor Rudy Giuliani
November 13, 2020                                    6

1  horrible, and it's been going on for years, and, you

2  know, Republicans just don't complain the way Democrats

3  do.

4       So I'm going to tell you again, one more time,

5  the evidence is there.  The affidavits are there.  I

6  read from them the other day.  You can see some of them

7  on my website.  You can go to my podcast,

8  rudyscommonsense.com.

9       I don't -- I don't just talk on that podcast.  I

10  treat it like a trial.  I show it to you.  I show you

11  the documents.  You can read the documents yourself.

12       You can read the document of the woman who works

13  for the city of Detroit for many, many decades, many

14  decades, and she said that she couldn't stand it

15  anymore.  She said starting in September, they were

16  training her to cheat.  And in the run-up to the vote,

17  she registered people improperly.  She never asked for

18  identification.

19       She was trained to help people vote Democrat.

20  Her colleagues and she helped people to the extent of

21  actually going to the voting booth with them and showed

22  them how to the vote straight Democrat.  When somebody

23  came in and the signature couldn't be verified, they

24  didn't bother to verify it.  They just took the vote.

25       When they couldn't find it in the registration

1   book, they put a phony name in the registration book.

2   This may account for the fact that there are 7,000

3   provisional ballots, I believe it is Pennsylvania.  You

4   know what that mean?  Somebody walked in on election

5   day.  Let's say you walk into your voting booth on

6   election day.

7        You say, "I want to vote."  They say, "You voted

8   already, ma'am."  You said, "I didn't vote already.  I

9   -- I don't remember sending any ballot back.  I never

10  did."  Oh, but you did.  Because you were one of the

11  people they used for those phony ballots when they had

12  it paired up with the registration.

13       That's what Ms. Jace says to us in an affidavit

14  under oath.  I clarify, under oath.  And what I -- and

15  what I told you is backed up.  It's backed up by

16  affidavits, not just what I am saying right now at this

17  minute.

18       This is going to play out with certain kinds of

19  variations in Wisconsin, Arizona, Nevada, Georgia and

20  possibly even Virginia with regard to the common

21  allegation that Republicans were kept out of any viewing

22  of mail ballots.  Now, when I say "any," in

23  Pennsylvania, it was any.  It was everything -- or I

24  should be careful.  In Philadelphia, it was everything.

25       In Pittsburgh, it was the first day.  Second day,

Case 1:21-cv-00213-CJN   Document 2-45   Filed 01/25/21   Page 9 of 40
File 1 Chat with the Mayor Rudy Giuliani
November 13, 2020                                    8

1  they got a little more frightened, and they allowed some

2  observations.  So that's why 333,000 in Pittsburgh,

3  unlawful, and over -- over that number in Philadelphia.

4  In Michigan, in Detroit, they kept Republicans out from

5  seeing the ballots.

6       We have pictures of where the Republicans were

7  placed.  We have affidavits from all of the Republicans

8  that weren't able to see a single ballot.  And then,

9  Republicans left, except for two who gave us an

10 affidavit when the 100,000 ballots came in that were

11 phony ballots.  That was observed.  We have three

12 witnesses for that.

13      And then, for the other things that happened,

14 like the backdating, we've got witnesses for that also,

15 affidavits attached to the complaint.  We're not fooling

16 around here.  This is true.  This happened.

17      We understand how serious it is to overturn a

18 state election.  It can't be done just on whim.  This is

19 proof.  This is how you prove your case in court.

20      How do you prove murder?  You call witnesses who

21 say, "That's the man who shot the gun, and here's the

22 gun, and it was found on him," and this is the

23 circumstantial evidence that exists.  So here we have 50

24 direct witnesses in Pennsylvania.  Something like 45 in

25 Michigan.  And then, some video, some pictures, some

Case 1:21-cv-00213-CJN  Document 2-45  Filed 01/25/21  Page 10 of 40
File 1 Chat with the Mayor Rudy Giuliani
November 13, 2020                                         9

1  documents.

2      I believe -- of course I'm on one side of the

3  case -- but we're going to win both those cases.  And

4  when that happens, the electoral vote really flips, and

5  if that happens in both states, he's pretty close to

6  winning the election if he picks up another state.  And

7  let me tell you how close it is in the other states.

8      It's only 20,000 in Wisconsin.  It's only 14,000

9  in Georgia.  It's 11,000 in Arizona, and it's 36,000 in

10  Nevada.  In other words, the two biggest margins are in

11  the states that we're now in the process of bringing a

12  very, very strong case of fraud.  Pennsylvania, 53,000.

13  Michigan, 146,000.  Then we go down 20, 14, 11 and

14  36,000.

15      Basically, have to win just one of those states.

16  Georgia, there's going to be a recount, 14,000.  I'm

17  sure there will be a recount in Arizona, 11,000.  There

18  are serious allegations of fraud in Arizona and Nevada.

19  And I can't predict lawsuits, but I can.

20      So this isn't over, and I understand they want it

21  to be over, but, you know, Al Gore got a month more than

22  we used up so far.  And everybody thought he was doing

23  the Republic a favor to have the election, you know,

24  make sure we're right.  But in case Trump, he's being

25  terrible and bad and awful.

Case 1:21-cv-00213-CJN  Document 2-45  Filed 01/25/21  Page 11 of 40
File 1 Chat with the Mayor Rudy Giuliani
November 13, 2020                                    10

1      It's been that way from the beginning, ladies and

2  gentleman.  It's been so dishonest.  And what they're

3  doing is they're jeopardizing a great president because

4  they can't stand a great president because a great

5  president will clean out all these phonies and the

6  leaders and crooks.

7      Coming up, I get to speak with you on Chat with

8  the Mayor.  Call me an the Tunnel to Towers Foundation

9  Hotline at 1-800-848-WABC.  Help Tunnel to Towers to do

10  good.  Donate $11 a month to T2t.org.  That's "T," the

11  number 2, dot org.  That's 1-800-848-9222.

12      To hear me discuss more about the election,

13  listen to my podcast.  Visit rudyscommonsense.com or my

14  YouTube channel to watch the latest one, which is about

15  how the election is being stolen and where with

16  specifics, including affidavits.  77WABC wants to honor

17  our veterans, and you can too.  Sign up today to receive

18  an exclusive support our troops yellow ribbon at

19  WABC.com.  To listen to us on Alexa, simply say, "Alexa,

20  enable the 77 WABC skill."

21      (Commercial break.)

22      RUDY GIULIANI:  I'm Rudy Giuliani back with you

23  on WABC, and we will go first to Joe in Astoria.

24      CALLER JOE:  Good afternoon, Mr. Mayor.  How are

25  you today?

Case 1:21-cv-00213-CJN   Document 2-45   Filed 01/25/21   Page 12 of 40
File 1 Chat with the Mayor Rudy Giuliani
November 13, 2020                                          11

1      RUDY GIULIANI:  I'm good, Joe.  I'm good.

2      CALLER JOE:  Listen, this is really not so much

3  of a comment, it's just a message of support for both --

4  both you and the President.  There's many of us out

5  there that want this President to keep fighting.  We're

6  happy.  We're proud that he -- that's he's fighting

7  because he's fighting for us.

8      We're proud of you, Mr. Mayor.  You're doing a

9  great thing.  You're stepping up to the country.

10  There's many of us out there that support you and cheer

11  you on, and I'm going to tell you, Mr. Mayor, before I

12  go it's like I've been telling my friends, it's just

13  like Rocky 3.  Remember when Apollo Creed told Rocky,

14  "When this is over, a lot of people are going to owe an

15  engraved apology."  You prove your charges.  I wish you

16  all the best, Your Honor, and I --

17      RUDY GIULIANI:  Thank you, sir.

18      JOE CALLER:  -- hope you can have a nice day.

19      RUDY GIULIANI:  Thank you.  You're very kind.

20  Thank you.

21      And now, we will go to Pat in Buffalo, New York.

22      CALLER PAT:  Hi.  How are you?

23      RUDY GIULIANI:  How are you, Pat?

24      CALLER PAT:  I really am a big fan, and I agree

25  with Joe 100 percent.

File 1 Chat with the Mayor Rudy Giuliani
November 13, 2020                                    12

1       RUDY GIULIANI:  Well, thank you.

2       CALLER PAT:  I love your courage speaking up for

3   the President isn't easy, and I really admire that.  I

4   have two things to ask you.  The first one is are you

5   trying to look at those computers that used Dominion

6   software because --

7       RUDY GIULIANI:  Yes we are.

8       CALLER PAT:  -- because they were used in a lot

9   of states.

10      RUDY GIULIANI:  Yes.

11      CALLER PAT:  Yes?

12      RUDY GIULIANI:  Very, very, very carefully.

13      CALLER PAT:  Good.  And I hope they are --

14      RUDY GIULIANI:  It's a big focus of our

15  investigation.  What I talked about earlier is what

16  we're ready to prove.  But we have great concern over

17  Dominion.  It's -- it's actually mind-boggling when you

18  look at it.  Do you know Dominion, Pat?

19      Well, Dominion software is a Canadian company.

20  Why we're using a Canadian company to count our ballots

21  is kind of strange to start with.  But it's not really a

22  Canadian company.  It's -- the software really is

23  Venezuelan.

24      It was called -- it's called Smartmatic.  It was

25  -- it was invented for -- for Hugo Chavez to steal

Case 1:21-cv-00213-CJN   Document 2-45   Filed 01/25/21   Page 14 of 40
File 1 Chat with the Mayor Rudy Giuliani
November 13, 2020                                13

1  elections.  I'm not kidding you.  That was back in 2003,

2  2004.  Smartmatic has been the software in -- in very,

3  very controversial companies like Sequoia that screwed

4  up many elections.

5      It's the -- it's the software in other voting

6  machines, as well as Dominion.  But Dominion is one of

7  the worst.  One of the top people in Dominion is a very

8  big vocal supporter of Antifa.  Smartmatic -- the CEO of

9  Smartmatic, until a few weeks ago, was a close associate

10  of George Soros.

11      The owners of Smartmatic continue to be two

12  Venezuelans who are very close to Maduro.  And the vote

13  that you thought -- if you were voting on one of those

14  machines -- the vote that you thought was counted in the

15  United States actually was calculated in Barcelona,

16  Spain where they computed that was so insecure that

17  Texas found a Dominion to be totally incompetent and

18  wouldn't use them.  Now, why was it used in Michigan?  I

19  don't know.  You're going to have to ask the genius

20  Governor of Michigan that question.

21      And why was it used in Georgia with a Republican

22  governor?  Well, because Smartmatic employed as its

23  Chief Lobbyist, the Governor's former Chief of Staff.

24  I'm not saying that was the reason they took it.  But if

25  anybody had done, oh my goodness, I guess, the least bit

File 1 Chat with the Mayor Rudy Giuliani
November 13, 2020                              14

1  of -- of investigation of this company that was getting

2  a gigantic contact and found that it's a Canadian

3  company, number one, not American, I think that would

4  trouble you.

5       You found out that the votes were being counted

6  outside of the United States with very, very insecure

7  server and possibly they believe a backdoor built into

8  it, with Chinese technology in it as well, and with a

9  company owned by two people that are very close to a

10  very big enemy of the United States, Hugo Chaves, and

11  with close connections with China.

12       Now, how did it effect the vote?  We don't know

13  that yet.  We do know that in Antrim County, Michigan,

14  when the vote was first announced, Biden was the winner,

15  and it was extremely weird because Trump had won it like

16  60/40 last time.  And when they went back to look, they

17  had to switch the vote around because the machine

18  screwed up the vote.  The machine flipped the vote.

19       In other words, when you pressed down Biden you

20  got Trump.  And when you press down Trump, you got

21  Biden.  So those machines all have to be audited.

22  Somebody's got to go out to Barcelona, Spain and see

23  what the heck they did to the votes in Barcelona, Spain.

24       I mean, it's kind of weird he's ahead by 800,000

25  in Pennsylvania.  And then, he loses it by 53,980.  I

Case 1:21-cv-00213-CJN  Document 2-45  Filed 01/25/21  Page 16 of 40
File 1 Chat with the Mayor Rudy Giuliani
November 13, 2020                                    15

1   think the mail ballots had a lot to do with it.  The

2   623,000 illegal mail ballots, but flipping around the

3   machine, might not be -- might also be a contributor.

4        And when you consider that this company was

5   expert in it, that's what it's invented to do, now it

6   gets to be really strange.  And this is the election.

7   They don't want to give us another month at least to

8   take a look at.  Well, the heck with them.  This is

9   America.  We have a right to take a look at it, and we

10  have a right to take a look at it for the benefit of our

11  people.

12        And that's why you go with common sense, we will

13  uncover the truth and get to a solution on talk radio 77

14  WABC.

15       (Commercial break.)

16       RUDY GIULIANI:  We're back again on 77 WABC, and

17  we got lots of calls, and we will go to John first in

18  Suffolk County.

19       CALLER JOHN:  Hey, Rudy.  Actually, I'm from Fort

20  Green Park section of Brooklyn where the least mask

21  crave of American soldiers on American soil is.  Can you

22  hear me clearly?

23       RUDY GIULIANI:  Yeah.  I hear you fine, John.

24  That's says Suffolk County here.  I don't know why, but

25  okay.

File 1 Chat with the Mayor Rudy Giuliani
November 13, 2020                                16

1      CALLER JOHN:  Yes.  Yes.  Because I'm out in

2   Suffolk County, I said I'm in Suffolk County, but I'm

3   from Brooklyn.

4      RUDY GIULIANI:  Oh, like me.  Okay.

5      CALLER JOHN:  Yeah.

6      RUDY GIULIANI:  Okay.

7      CALLER JOHN:  Yeah, but I went to Saint Johns.

8   You went to Loughlin, didn't you, or something?

9      RUDY GIULIANI:  Yeah, Bishop Loughlin Memorial

10  High School.

11      CALLER JOHN:  All right.  So here's what I want

12  to say about this thing.  I want to say the dredging of

13  islands in the South China Sea o militarizing is a

14  problem.  Tahrir Square becomes into it.  Then you got

15  Benghazi.  Then you got Joe Biden and the communist

16  Chinese Party's pocket.  And then, you have, let's say,

17  the 25th amendment because Joe isn't going to make it

18  very far.  So --

19      RUDY GIULIANI:  You think he's not all there?

20      CALLER JOHN:  So are we really go to --

21      RUDY GIULIANI:  All the brain cells aren't

22  working, right?

23      CALLER JOHN:  That's what I -- I don't think --

24  look.  Something happens at 2:00 o'clock in the morning,

25  what's Joe going to do?  I mean, did he get out of bed

Case 1:21-cv-00213-CJN   Document 2-45   Filed 01/25/21   Page 18 of 40
File 1 Chat with the Mayor Rudy Giuliani
November 13, 2020                                          17

1   even and think straight and act quickly?

2       RUDY GIULIANI:  It's not funny.  I know it's not

3   funny.

4       CALLER JOHN:  You got Tibet taken over by China.

5   You got the Ogrons right now that are being suppressed.

6   You're not dealing with a small nation here.  This is

7   1.5 billion people who could do a lot of damage.

8   (Inaudible) you get a lot from us really the trillions

9   in terms of bad trade agreements.

10      So I think we're going to put ourself in a really

11  bad position if the electoral college doesn't come to

12  the assistance of their nation.  I guess I can say a

13  whole lot more, but --

14      RUDY GIULIANI:  No.  You said it.  You said --

15  you know what you said is basically everything that was

16  not allowed to be said on television and on the

17  internet.  So a lot of the American people don't know

18  what you know because the New York Times didn't print

19  it.  The Wall -- even the Wall Street Journal cut out a

20  lot of it.  NBC, ABC, CBS, all the networks.

21      Now -- now, they won't cover -- they constantly

22  say lies like, "There's no evidence of voter fraud."

23  There's -- there are -- there are -- there's thousand

24  affidavits.

25      CALLER JOHN:  Yeah.

Case 1:21-cv-00213-CJN  Document 2-45  Filed 01/25/21  Page 19 of 40
File 1 Chat with the Mayor Rudy Giuliani
November 13, 2020                                    18

1     RUDY GIULIANI:  What do you mean no evidence?

2  That's evidence people.  Now, you can say the evidence

3  is true or false.  But before you can say it's true or

4  false, you have to have a hearing.  People have signed

5  under oath that they saw voter fraud.  In some cases, as

6  much as 100,000 ballots.

7     CALLER JOHN:  I get it.  I get it.  Go ahead.

8     RUDY GIULIANI:  And they don't print it.

9     CALLER JOHN:  Yeah.  I hear you.  I've been

10  listening to you for days.  I just got -- I want to just

11  add maybe something small here, but I still tell never

12  saw Obama's real paper birth certificate.  And this guy

13  mouthing off and people gave him a pass, as far as I'm

14  concerned for eight years.

15     RUDY GIULIANI:  I never gave him a pass.

16     CALLER JOHN:  But I mean, anybody can make --

17     RUDY GIULIANI:  He's the worst president of our

18  lifetime.  He did more damage to the United States than

19  any American president in my lifetime.  And what he did

20  with Iran -- what he did with Iran should be a crime.

21  And we gave him a billion dollars.

22     And Iran is a terrorist nation.  And if you give

23  them a billion dollars, some of that money is going to

24  be used to kill people.  I mean, and -- and dumb dumb,

25  you know -- dumb dumb probably would have delivered the

Case 1:21-cv-00213-CJN  Document 2-45  Filed 01/25/21  Page 20 of 40
File 1 Chat with the Mayor Rudy Giuliani
November 13, 2020                                              19

1  cash himself if he was asked to do it.  I mean, but he

2  actually -- he was used use to getting cash rather than

3  giving it.

4       So let's go to Paula from New Jersey.

5       CALLER PAULA:  Good afternoon, Mayor.

6       RUDY GIULIANI:  How are you, Paula?

7       CALLER PAULA:  Thank goodness I -- I admire our

8  President.  I admire the staff that he has to defend

9  him, including yourself.  I wanted to -- to just -- that

10  our President, as well as our beloved country should be

11  given the benefit of the doubt because this is so

12  important.  Why can't the votes that are being looked at

13  by hand, why can't there be a drone that is for the

14  Republican Party, one drone for the Democratic Party,

15  and another drone for Independence.

16       Why can't there be this technology, a high

17  surveillance camera that can, you know, zoom in so that

18  any questions that people would have in terms of a doubt

19  could be answered.  And -- and then, this could be, you

20  know, upgraded so highly due to our technology, or a

21  robot with the equivalence.

22       You know, with the special kind of eye that

23  could, you know, zoom in and make sure the ballots are

24  valid.  I don't see how --

25       RUDY GIULIANI:  Well, I think --

Case 1:21-cv-00213-CJN  Document 2-45  Filed 01/25/21  Page 21 of 40
File 1 Chat with the Mayor Rudy Giuliani
November 13, 2020                                    20

1    CALLER PAULA:  -- even six feet away is going to

2  be as good as this.

3    RUDY GIULIANI:  Well, that's something very worth

4  while thinking about.  You know, no one ever thought

5  they would exclude the Republican instructors.  And they

6  weren't six feet away.  They were 20 feet away or more.

7  And their backs were turned to the observers.  I have

8  pictures of that.

9    So I mean there -- this was like a sneak attack

10  in the sense that whenever you do absentee ballots, it's

11  been, you know, for 100 years, I guess, or at least as

12  long as I know, 30 or 40 years, there's never been a

13  problem.  You have the Republican, the Democrat look at

14  it.  They fight over it sometimes.  They pass on it, and

15  it's necessary because it's the only way to validate the

16  ballot.

17    You can't go back and check the machine because

18  once you separate the outer envelope from the inner

19  envelope, they become impossible to match.  For the

20  purposes of keeping your vote private.  So you -- you

21  look at the outer envelope.  That's your check.  You

22  pass on it.  The vote goes into the voting totals, and

23  now it disappears.

24    So when we -- when we -- when we went from, you

25  know, 200,000 absentee ballots to 2,000,000 mail

Case 1:21-cv-00213-CJN  Document 2-45  Filed 01/25/21  Page 22 of 40
File 1 Chat with the Mayor Rudy Giuliani
November 13, 2020                                        21

1   ballots, the State Legislatives made it clear in all

2   these states you have to have clear observation.  You

3   have to have a check on it.  They have it to be both

4   parities or all parities there.  Some states made it a

5   crime if you don't do it.

6        And the Democrats in key places, where they have

7   crooked Democrat machines, like Philadelphia, just shut

8   the Republicans out.  And when the Republicans went to

9   the court, they, again, refused to comply.  And of

10  course the courts are all Democratic hacks, and they

11  didn't do anything about it.

12       So now we're suing.  We're suing and saying all

13  those votes that we can calculate and show and

14  demonstrate were not examined, are null and void, which

15  is what the law is.  And I don't know why that's so

16  extraordinary, and why we're being castigated for it.

17       People who should be castigated are the people

18  who shut out the Republican inspectors in the first

19  place.  People who were castigated are the people who

20  brought the 100,000 ballots in the middle of the night

21  in trucks without a state license numbers.  But this

22  isn't a fair country any longer.  It's a country ruled

23  by elitist snobs.  And worse, and they only print what

24  they want to print, and they print a lot of lies.

25       So now we're going to go to Irene in New Jersey.

Case 1:21-cv-00213-CJN  Document 2-45  Filed 01/25/21  Page 23 of 40
File 1 Chat with the Mayor Rudy Giuliani
November 13, 2020                                    22

1     CALLER IRENE:  Hi, Mr. Mayor.

2     RUDY GIULIANI:  How are you, Irene?

3     CALLER IRENE:  Good.  I have some really some

4   important information what happened in New Jersey.

5   Okay.  In New Jersey we have six million registered

6   voters.  They called the election at 2.1 million voters

7   that, you know -- initially, you know, they are all

8   Democrats, right?

9     So they call the election 68 to 32.  When they

10   only counted the 2.1 that went in initially.  And then,

11   when people went to the polls, Republicans went to the

12   polls, we had to fill out provisional ballots, and

13   because it was 68 to 32, those ballots are never going

14   to be counted.

15     So what happened is we got a letter when we got

16   our mail-in ballot, and it said, "You can vote on

17   November 3rd, but they will not be counted on election

18   night, and they will be brought to an external

19   facility."  Okay.  So what they did was they called the

20   election at 2.1 million, the initial -- and in the

21   paper, it said by October 24th, they had 2.5 million

22   mail-in ballots, and the Governor said it was supposed

23   to be a record year for New Jersey voters.  We're at

24   like 50 percent.  We are usually at 69, 79 percent.

25     So there's a lot of votes that Republicans came

Case 1:21-cv-00213-CJN   Document 2-45   Filed 01/25/21   Page 24 of 40
File 1 Chat with the Mayor Rudy Giuliani
November 13, 2020                                    23

1  to the ballots and came to the polls to -- to vote as

2  their primary votes that is being called the provisional

3  ballots, and it's not being used to count for the

4  President, and I believe New Jersey can go for the

5  President.

6      RUDY GIULIANI:  Well, you know, I hear that from

7  people in Virginia there were like thousands and

8  thousands and thousands of ballots.  And, you know, we

9  have been concentrating on the states that are closer

10  because it's just easier, but I think in any of these

11  states that have Democrat machines, you're going to have

12  this have happened.

13      I think this was a -- this whole idea of these

14  mail ballots, which America has resisted for years,

15  including rather the Liberal Supreme Court Justices,

16  like Justice Souter, because it's so fought with

17  possibilities of fraud.  We never wanted to do this.

18      Now, the Dem's used Covid as an excuse for doing

19  it, and I -- you know, shame on us, but we probably

20  didn't anticipate how crooked they are, and what they

21  we're going to do with this.  I mean, if you listen to

22  the testimony of the woman -- which you can get online.

23  You can get it on my website, rudyscommonsense.com -- if

24  you listen to it, if you read the testimony of that

25  woman, you can see they started preparing in September

1    for screwing around with these mail -- mail-in ballots.

2        And getting illegals to vote, getting people's

3    vote 3, 4, and 5 times.  And as I said, they had 7,000

4    provisional ballots in -- in Pennsylvania.  7,000 people

5    showed up and found and -- to find out that they,

6    themselves, had voted already, and they hadn't.

7        So Luis in Brooklyn.

8        CALLER LUIS:  Hello, Mr. Mayor.  How are you?

9        RUDY GIULIANI:  I am -- I am good.  I'm good.

10   So what's up Luis?

11       CALLER LUIS:  The first question -- the first

12   question is how do I become a pole watcher?

13       RUDY GIULIANI:  Well, I mean, we can take that up

14   in a year -- a year or two from now, but you just go to

15   the Party, and they will -- the Republican Party

16   designates their people.  The Democrat Party designates

17   their people.  They get credentialed.  I don't know what

18   -- there are qualifications, but, you know, like 21

19   years old, and you can't be a bank thief, and whatever.

20       I don't know what the qualifications are, but you

21   volunteer for it.

22       CALLER LUIS:  Yeah.  Well, the thing is that I

23   heard they're looking for people, Curtis and Julia who

24   said they were looking for people you had to call up.

25   They're looking for Pennsylvania or Wisconsin.

File 1 Chat with the Mayor Rudy Giuliani
                    November 13, 2020                    25

```
1      RUDY GIULIANI:  Oh, I didn't know that.  I'll

2    find out.  I'll let you know that on Sunday or on -- or

3    on Monday, okay?  Yeah.  I'll find out if they're

4    looking for pole watchers there.  I mean, there are -- I

5    mean, we had plenty pole watchers.  I mean, gosh.  I got

6    a list -- I better take a better look at it, but it

7    looks like it's about 60 or 70 pole watchers in

8    Pennsylvania that we kept out.  They were kept out.

9      I mean, this time I think you'll get a chance to

10   see the ballot because it will be under the ostriches of

11   the court.

12      So let's go to John in Staten Island.

13      CALLER JOHN:  Hello, Mr. Mayor, Honorable, Mayor

14   Giuliani.  I wanted a question of one thing I heard

15   Andrew Wang saying he's temporarily moving to Georgia so

16   he can vote.  So I would call that a Copper Bagger, but

17   the other point I want to make, the lady just spoke from

18   New Jersey that they put the provisional ballots to the

19   side, is there a way we can have another group of alloys

20   right now because we're not doing an electoral college

21   until the 14th.  Can we get those ballots and get them

22   counted?

23      RUDY GIULIANI:  I don't know if we -- you know,

24   the ballots you're talking about, we probably can get.

25   We will have to figure out the legal procedure to do
```

Case 1:21-cv-00213-CJN  Document 2-45  Filed 01/25/21  Page 27 of 40
File 1 Chat with the Mayor Rudy Giuliani
November 13, 2020                                    26

1  that, but the most important thing is we have to have

2  declared null and void the illegal ballots.  Once that's

3  done, he will have won -- I mean, the shame of it is in

4  both Pennsylvania and Michigan, he won pretty big.

5       And that was the problem for the Democrats, and

6  that's why they screwed up so badly there.

7  Pennsylvania, they never expected them to be ahead by 7

8  to 800,000 votes.  Never, ever expected him to be ahead

9  by that number.

10      It became way too difficult for them to deal with

11  that.  And in Michigan, they didn't expect him to be

12  ahead by 300,000.  And when they finished trying to

13  catch up, all of a sudden they were notified they were

14  135,000 short.  That's where Dominion may have come into

15  play.  And the operation they have in -- the operation

16  they have in Barcelona, Spain.

17      I mean, do you -- you have any idea that if you

18  use a Dominion machine, your votes gets counted in

19  Barcelona, Spain with some enormous number of holes in

20  the -- in the process, meaning hacking possibilities.

21      Well, thank you very much for your calls on the

22  Tunnel to Towers Foundation Hotline.  Help Tunnel to

23  Towers do good.  Donate $11 dollars a month to T2T.org.

24  That's "T," the number 2, "T," dot org.  That's

25  1-800-848-9222.  I'm Rudy Giuliani with Common Sense.

```
                File 1 Chat with the Mayor Rudy Giuliani
                        November 13, 2020                    27
```

1  We will uncover the truth and get to a solution on Talk

2  Radio 77 WABC.

3      (Commercial break.)

4      RUDY GIULIANI:  Rudy Giuliani back, and we will

5  try one more call.  We will go to Lisa from Madison.

6      Lisa, how are you?

7      CALLER LISA:  Hi.  How are you, Mayor?

8      RUDY GIULIANI:  Good.  Good.  What's up, Lisa?

9      CALLER LISA:  Good.  I have a suggestion --

10     RUDY GIULIANI:  Good.

11     CALLER LISA:  For President Trump to avoid all of

12  his tweets being censored on Twitter.

13     RUDY GIULIANI:  Uh-huh.  Go ahead.  I know what

14  you're going to say.  Come on.

15     CALLER LISA:  Parlor.

16     RUDY GIULIANI:  Yep.  I love Parlor.  I love

17  to --

18     CALLER LISA:  Do you know about it because he

19  won't be censored over there.

20     RUDY GIULIANI:  Do I know about it?  I've been on

21  it for almost two years, and I'm almost up to 1,000,000

22  followers.  I'm at 900 and -- 990 something, 93.  So I

23  got to get 7,000 more to be at a million on Parlor.

24  Wouldn't that be nice?  Then it will be the same as

25  Twitter.

Case 1:21-cv-00213-CJN  Document 2-45  Filed 01/25/21  Page 29 of 40
File 1 Chat with the Mayor Rudy Giuliani
November 13, 2020                                          28

1      You know, I like Parlor a, lot, and I don't get

2  all these notices from them like, "caution."  And then,

3  a couple of things.  "There's a competing opinion."

4  There's a competing opinion for everything.  Everything

5  Obama says has a competing opinion for.  Everything

6  Biden says, half of them are lies, but they don't put

7  that down, right?  It's amazing how unfair they are.

8  Amazing.

9      So we're going -- we're going to get ready for

10  it.  I hope you have a really good weekend.  I will have

11  a really good weekend being a lawyer, which is the thing

12  I like doing the most in the whole world, believe it or

13  not.  I like being a lawyer best of everything that I've

14  done, and we have got very interesting cases.

15      I know they're not being covered, and they're not

16  being covered properly by the media.  You don't know --

17  you don't know really the cases how good it is in

18  Pennsylvania or Michigan.  You have no idea the

19  shenanigans that went on in Nevada and Arizona, Georgia,

20  Wisconsin.  This is all over the country.

21      I -- actually, it's all over the country.  It's

22  confined to, and they were smart about it.  The real

23  cheating is confined to the crooked Democratic cities

24  where they can cover it up.  And, you know, isn't it a

25  little naive to think that Philadelphia wouldn't cheat

Case 1:21-cv-00213-CJN   Document 2-45   Filed 01/25/21   Page 30 of 40
File 1 Chat with the Mayor Rudy Giuliani
November 13, 2020                                  29

1   in this election?  Philadelphia has cheated in every

2   election for the last 60 years.

3       This is the biggest election of the Century, and

4   they're not going to cheat?  I mean, it's like stupid.

5   And they think were idiots, but they do think we are

6   idiots.  The left wing elites think we're idiots.

7   That's why Joe Biden said, "You don't deserve to know."

8   Because he, working with a 100 IQ, is smarter than you

9   are.  This is the guy who was left back in the 3rd

10  grade.  Had to cheat his way through law school,

11  documented.  Had to cheat his way through law school.

12  When you start that way, and you take millions and

13  millions from foreign countries, is there such a big

14  stretch to fix an election?

15      Ladies and gentleman, you have a wonderful

16  weekend.  We're going to be working away.  God bless

17  America.  You say that when you wake up in the morning.

18  Greatest country on earth.

19      (End of recording.)

20

21

22

23

24

25

Case 1:21-cv-00213-CJN  Document 2-45  Filed 01/25/21  Page 31 of 40
File 1 Chat with the Mayor Rudy Giuliani
November 13, 2020                                      30

1        C E R T I F I C A T E

2

3    I, STEPHANIE TURNER, Certified Shorthand Reporter/

4    Transcriptionist, do hereby certify that I was

5    authorized to transcribe the foregoing recorded

6    proceeding, and that the transcript is a true and

7    accurate transcription of my shorthand notes, to the

8    best of my ability, taken while listening to the

9    provided recording.

10

11   I further certify that I am not of counsel or attorney

12   for either or any of the parties to said proceedings,

13   nor in any way interested in the events of this cause,

14   and that I am not related to any of the parties thereto.

15   Dated this 19th day of January, 2021.

16

17

18

19

20              _____

21              STEPHANIE TURNER, CSR 13439

22

23

24

25

**$**

$11   2:8 10:10
   26:23

**1**

1,000,000
   27:21
1-800-848-9222
   2:10 10:11
   26:25
1-800-848-WABC
   2:7 10:9
1.5   17:7
100   11:25
   20:11 29:8
100,000   3:20
   4:10 8:10
   18:6 21:20
11   9:13
11,000   9:9,17
135,000   26:14
14   9:13
14,000   9:8,16
146,000   4:25
   9:13
14th   25:21

**2**

2   2:9 10:11
   26:24
2,000,000
   20:25
2.1   22:6,10,
   20
2.5   22:21
20   9:13 20:6
20,000   9:8
200,000   20:25
2003   13:1
2004   13:2
21   24:18

**24th**   22:21
**250**   3:20
**250,000**   5:3
**25th**   16:17
**2:00**   16:24

**3**

3   11:13 24:3
30   20:12
300   5:5
300,000   3:20
   4:2 26:12
32   22:9,13
333,000   8:2
36,000   9:9,14
3rd   22:17
   29:9

**4**

4   24:3
40   20:12
400,000   5:5
45   8:24
4:00   3:21
4:30   3:21
   4:2,20

**5**

5   24:3
50   8:23 22:24
53,000   9:12
53,980   14:25
54,000   4:24

**6**

60   25:7 29:2
60/40   14:16
623,000   15:2
628,000   5:1
632,000   2:23

**68**   22:9,13
**682,000**   3:14
**69**   22:24

**7**

7   26:7
7,000   7:2
   24:3,4 27:23
70   25:7
77   2:3 10:20
   15:13,16 27:2
77WABC   10:16
79   22:24

**8**

800,000   14:24
   26:8
8:00   4:20

**9**

900   27:22
93   27:22
990   27:22

**A**

ABC   17:20
absentee
   20:10,25
account   7:2
act   17:1
active   2:12
add   18:11
admire   12:3
   19:7,8
affidavit
   7:13 8:10
affidavits
   2:23 4:9,10,
   22 6:5 7:16
   8:7,15 10:16
   17:24

aftermath
   2:11
afternoon   2:1
   10:24 19:5
agree   11:24
agreements
   17:9
ahead   14:24
   18:7 26:7,8,
   12 27:13
Alexa   10:19
allegation
   7:21
allegations
   9:18
allegedly
   2:23
allowed   8:1
   17:16
alloys   25:19
amazing   28:7,
   8
amendment
   16:17
America   15:9
   23:14 29:17
American   5:14
   14:3 15:21
   17:17 18:19
Americans
   2:19
Andrew   25:15
announced
   14:14
anticipate
   23:20
Antifa   13:8
Antrim   14:13
anymore   5:14
   6:15
Apollo   11:13
apology   11:15
approximately
   4:10
Arizona   7:19
   9:9,17,18
   28:19

assistance
  17:12
associate
  13:9
Astoria   10:23
attached   8:15
attack   20:9
audited   14:21
avoid   27:11
awful   9:25

**B**

back   7:9
  10:22 13:1
  14:16 15:16
  20:17 27:4
  29:9
backdating
  8:14
backdoor   4:3
  14:7
backed   7:15
backs   20:7
bad   9:25
  17:9,11
badly   26:6
Bagger   25:16
bags   4:4
ballot   7:9
  8:8 20:16
  22:16 25:10
ballots   3:14
  4:3,14 7:3,
  11,22 8:5,10,
  11 12:20
  15:1,2 18:6
  19:23 20:10,
  25 21:1,20
  22:12,13,22
  23:1,3,8,14
  24:1,4 25:18,
  21,24 26:2
bank   24:19
Barcelona
  13:15 14:22,
  23 26:16,19

basically
  9:15 17:15
bed   16:25
beginning
  10:1
beloved   19:10
benefit   15:10
  19:11
Benghazi
  16:15
Berlin   5:24
Biden   3:25
  4:11,12,14,15
  14:14,19,21
  16:15 28:6
  29:7
big   11:24
  12:14 13:8
  14:10 26:4
  29:13
biggest   9:10
  29:3
billion   17:7
  18:21,23
bin   3:9
birth   18:12
Bishop   16:9
bit   13:25
bless   29:16
blogs   2:17
book   7:1
booth   6:21
  7:5
bother   6:24
brain   16:21
break   10:21
  15:15 27:3
bringing   9:11
Brooklyn
  15:20 16:3
  24:7
brought   21:20
  22:18
Buffalo   11:21
built   14:7

**C**

calculate
  21:13
calculated
  13:15
call   8:20
  10:8 22:9
  24:24 25:16
  27:5
called   12:24
  22:6,19 23:2
CALLER   10:24
  11:2,18,22,24
  12:2,8,11,13
  15:19 16:1,5,
  7,11,20,23
  17:4,25 18:7,
  9,16 19:5,7
  20:1 22:1,3
  24:8,11,22
  25:13 27:7,9,
  11,15,18
calls   15:17
  26:21
camera   19:17
Canadian
  12:19,20,22
  14:2
candidate
  5:17
Capitol   2:3
cardboard   4:4
careful   7:24
carefully
  12:12
case   3:13
  5:16 8:19
  9:3,12,24
cases   2:20
  5:8 9:3 18:5
  28:14,17
cash   19:1,2
cast   2:24
castigated
  21:16,17,19

catch   26:13
caution   28:2
CBS   17:20
cells   16:21
censored   2:13
  27:12,19
Century   29:3
CEO   13:8
certificate
  18:12
challenges
  2:20
chance   3:15
  25:9
channel   10:14
charges   11:15
Chat   10:7
Chaves   14:10
Chavez   12:25
cheat   6:16
  28:25 29:4,
  10,11
cheated   29:1
cheating
  28:23
check   20:17,
  21 21:3
checking   2:4
cheer   11:10
Chief   13:23
China   14:11
  16:13 17:4
Chinese   14:8
  16:16
circumstantial
  8:23
cities   28:23
city   6:13
clarify   7:14
clean   10:5
clear   21:1,2
clients   5:11,
  12
close   9:5,7
  13:9,12 14:9,
  11

**closer** 23:9
**Cold** 5:25
**colleagues** 6:20
**college** 17:11 25:20
**Columbia** 2:2
**comment** 11:3
**commercial** 10:21 15:15 27:3
**common** 7:20 15:12 26:25
**communist** 16:15
**companies** 13:3
**company** 12:19,20,22 14:1,3,9 15:4
**competing** 28:3,4,5
**complain** 6:2
**complaint** 8:15
**comply** 21:9
**computed** 13:16
**computers** 12:5
**concentrating** 23:9
**concern** 12:16
**concerned** 18:14
**confined** 28:22,23
**Congress** 4:17
**connections** 14:11
**considered** 3:18
**constantly** 17:21
**contact** 14:2
**containers** 4:5

**continue** 13:11
**contributor** 15:3
**controversial** 13:3
**coordinating** 5:7
**Copper** 25:16
**count** 3:23 12:20 23:3
**counted** 3:24 4:11 13:14 14:5 22:10, 14,17 25:22 26:18
**countries** 29:13
**country** 11:9 19:10 21:22 28:20,21 29:18
**County** 14:13 15:18,24 16:2
**couple** 2:16 28:3
**courage** 12:2
**court** 5:6 8:19 21:9 23:15 25:11
**Court's** 3:5
**courts** 21:10
**cover** 17:21 28:24
**covered** 28:15,16
**Covid** 23:18
**crave** 15:21
**credentialed** 3:13 24:17
**Creed** 11:13
**crime** 18:20 21:5
**criminal** 5:23
**crooked** 21:7 23:20 28:23

**crooks** 10:6
**Curtis** 24:23
**cut** 17:19

---

**D**

**damage** 17:7 18:18
**day** 3:23 6:6 7:5,6,25 11:18
**days** 18:10
**deal** 26:10
**dealing** 17:6
**decades** 6:13, 14
**declared** 26:2
**defend** 19:8
**deficits** 4:1
**delivered** 18:25
**Dem's** 23:18
**Democrat** 6:19,22 20:13 21:7 23:11 24:16
**Democratic** 19:14 21:10 28:23
**Democrats** 6:2 21:6 22:8 26:5
**demonstrate** 21:14
**Denote** 2:8
**deserve** 29:7
**designates** 24:16
**determination** 3:16
**determine** 3:3
**Detroit** 6:13 8:4
**difference** 4:23,25
**difficult**

**26:10
**direct** 8:24
**disappears** 20:23
**discovery** 5:4
**discuss** 10:12
**dishonest** 10:2
**District** 2:2
**document** 6:12
**documented** 29:11
**documents** 6:11 9:1
**dollars** 2:8 18:21,23 26:23
**Dominion** 4:9 12:5,17,18,19 13:6,7,17 26:14,18
**Donate** 10:10 26:23
**dot** 2:9 10:11 26:24
**doubt** 19:11, 18
**down-ballot** 4:16
**dredging** 16:12
**drone** 19:13, 14,15
**due** 19:20
**dumb** 18:24,25

---

**E**

**earlier** 12:15
**earth** 29:18
**easier** 23:10
**East** 5:24
**easy** 12:3
**effect** 14:12
**election** 2:11 7:4,6 8:18

November 13, 2020                                              4

9:6,23 10:12,
15 15:6 22:6,
9,17,20 29:1,
2,3,14
**elections**
13:1,4
**electoral**  9:4
17:11 25:20
**elites**  29:6
**elitist**  21:23
**employed**
13:22
**employee**  4:9
**enable**  10:20
**end**  29:19
**enemy**  14:10
**engraved**
11:15
**enormous**
26:19
**envelope**  3:9,
10 20:18,19,
21
**envelopes**
3:11
**equivalence**
19:21
**evidence**  6:5
8:23 17:22
18:1,2
**examined**  3:9,
12 21:14
**exclude**  20:5
**exclusive**
10:18
**excuse**  23:18
**exists**  8:23
**expect**  26:11
**expected**
26:7,8
**expert**  15:5
**extent**  4:13
6:20
**external**
22:18
**extraordinary**
21:16

**extremely**
14:15
**eye**  19:22

___

### F

**facility**
22:19
**fact**  3:7 5:9
7:2
**fair**  21:22
**false**  18:3,4
**family's**  5:10
**fan**  11:24
**favor**  9:23
**feel**  3:16
**feet**  20:1,6
**female**  5:23
**fight**  20:14
**fighting**
11:5,6,7
**figure**  25:25
**filed**  2:20
**fill**  22:12
**find**  6:25
24:5 25:2,3
**fine**  15:23
**finished**
26:12
**firm's**  5:11
**fix**  29:14
**flipped**  14:18
**flipping**  15:2
**flips**  9:4
**focus**  12:14
**followers**
27:22
**fooling**  8:15
**foreign**  29:13
**Fort**  15:19
**fought**  23:16
**found**  8:22
13:17 14:2,5
24:5
**Foundation**
2:7 10:8

26:22
**fraud**  3:4
9:12,18 17:22
18:5 23:17
**friends**  11:12
**frightened**
8:1
**funny**  17:2,3

___

### G

**gave**  4:22 8:9
18:13,15,21
**genius**  13:19
**gentleman**
5:15 10:2
29:15
**George**  13:10
**Georgia**  7:19
9:9,16 13:21
25:15 28:19
**gigantic**  14:2
**Giuliani**  2:1,
2 10:22 11:1,
17,19,23
12:1,7,10,12,
14 15:16,23
16:4,6,9,19,
21 17:2,14
18:1,8,15,17
19:6,25 20:3
22:2 23:6
24:9,13 25:1,
14,23 26:25
27:4,8,10,13,
16,20
**give**  15:7
18:22
**giving**  19:3
**God**  29:16
**good**  2:1,8,16
10:10,24 11:1
12:13 19:5
20:2 22:3
24:9 26:23
27:8,9,10
28:10,11,17

**goodness**
13:25 19:7
**Gore**  9:21
**gosh**  25:5
**governor**
13:20,22
22:22
**Governor's**
13:23
**grade**  29:10
**great**  5:8
10:3,4 11:9
12:16
**Greatest**
29:18
**Green**  15:20
**group**  25:19
**grow**  5:4
**guess**  13:25
17:12 20:11
**gun**  8:21,22
**guy**  18:12
29:9

___

### H

**hacking**  26:20
**hacks**  21:10
**half**  28:6
**hand**  19:13
**handling**  5:8
**happened**
8:13,16 22:4,
15 23:12
**happy**  11:6
**hear**  10:12
15:22,23 18:9
23:6
**heard**  24:23
25:14
**hearing**  18:4
**heck**  14:23
15:8
**helped**  6:20
**Hey**  15:19

high  16:10
  19:16
highly  19:20
holes  26:19
honor  10:16
  11:16
Honorable
  25:13
hope  11:18
  12:13 28:10
horrible  6:1
Hotline  2:7
  10:9 26:22
hour  2:5
Hugo  12:25
  14:10

## I

idea  23:13
  26:17 28:18
identification
  6:18
idiots  29:5,6
illegal  3:18
  15:2 26:2
illegally
  2:24,25
illegals  24:2
important
  19:12 22:4
  26:1
impossible
  20:19
improperly
  6:17
Inaudible
  17:8
including
  10:16 19:9
  23:15
incompetent
  13:17
Independence
  19:15
information
  22:4

initial  22:20
initially
  22:7,10
insecure
  13:16 14:6
insensitive
  5:19
inspected
  3:25
inspector
  3:13
inspectors
  21:18
instructors
  20:5
interesting
  28:14
internet
  17:17
invented
  12:25 15:5
investigation
  12:15 14:1
involved  5:7
IQ  29:8
Iran  18:20,22
Irene  21:25
  22:1,2,3
Island  25:12
islands  16:13

## J

Jace  7:13
jeopardizing
  10:3
Jersey  19:4
  21:25 22:4,5,
  23 23:4 25:18
Joe  10:23,24
  11:1,2,18,25
  16:15,17,25
  29:7
John  15:17,
  19,23 16:1,5,
  7,11,20,23
  17:4,25 18:7,

9,16 25:12,13
Johns  16:7
Journal  17:19
Judges  4:17
Julia  24:23
Justice  23:16
Justices  3:5
  23:15

## K

keeping  20:20
key  21:6
kidding  13:1
kill  18:24
kind  5:24
  11:19 12:21
  14:24 19:22
kinds  7:18

## L

ladies  5:14
  10:1 29:15
lady  25:17
latest  10:14
law  2:25
  3:11,12 5:10,
  11 21:15
  29:10,11
lawsuits  9:19
lawyer  5:9,15
  28:11,13
lawyers  5:7,
  8,9,22
lead  5:22
leaders  10:6
left  3:22 8:9
  29:6,9
legal  25:25
Legislatives
  21:1
letter  22:15
Liberal  23:15
license  21:21

lies  17:22
  21:24 28:6
lifetime
  18:18,19
Lisa  27:5,6,
  7,8,9,11,15,
  18
list  25:6
listen  10:13,
  19 11:2
  23:21,24
listening
  18:10
live  2:2
Lobbyist
  13:23
local  2:16
located  2:22
long  20:12
longer  21:22
looked  19:12
loses  14:25
lot  11:14
  12:8 15:1
  17:7,8,13,17,
  20 21:24
  22:25 28:1
lots  15:17
Loughlin
  16:8,9
love  12:2
  27:16
Luis  24:7,8,
  10,11,22

## M

machine
  14:17,18 15:3
  20:17 26:18
machines
  13:6,14 14:21
  21:7 23:11
made  3:25
  21:1,4
Madison  27:5

Maduro  13:12
mail  3:24
  7:22 15:1,2
  20:25 23:14
  24:1
mail-in  3:1,2
  22:16,22 24:1
major  2:19
make  3:16
  9:24 16:17
  18:16 19:23
  25:17
male  5:23
man  8:21
margins  9:10
mask  15:20
match  20:19
Mayor  10:8,24
  11:8,11 19:5
  22:1 24:8
  25:13 27:7
meaning  4:15
  26:20
media  2:13,18
  28:16
Memorial  16:9
message  11:3
Michigan  2:21
  3:12,19 4:25
  5:2,3 8:4,25
  9:13 13:18,20
  14:13 26:4,11
  28:18
middle  21:20
militarizing
  16:13
million  22:5,
  6,20,21 27:23
millions
  29:12,13
mind-boggling
  12:17
minute  7:17
Monday  25:3
money  18:23
month  2:8
  9:21 10:10

15:7 26:23
morning  3:21
  4:3,21 16:24
  29:17
mouthing
  18:13
moving  25:15
murder  8:20

_____

        N

naive  28:25
nation  2:3
  17:6,12 18:22
NBC  17:20
networks
  17:20
Nevada  7:19
  9:10,18 28:19
Newsmax  2:15
nice  11:18
  27:24
night  4:2
  21:20 22:18
notices  28:2
notified
  26:13
November
  22:17
null  3:18
  21:14 26:2
number  2:9,10
  3:19 8:3
  10:11 14:3
  26:9,19,24
numbers  21:21

_____

        O

OANN  2:15
oath  7:14
  18:5
Obama  28:5
Obama's  18:12
observation
  21:2

observations
  8:2
observed  8:11
observer  3:2
observers
  20:7
October  22:21
odd  3:14
Ogrons  17:5
online  23:22
operation
  26:15
opinion  28:3,
  4,5
order  3:3
org  2:9 10:11
  26:24
ostriches
  25:10
ourself  17:10
outer  20:18,
  21
overturn  8:17
owe  11:14
owned  14:9
owners  13:11

_____

        P

paired  7:12
paper  18:12
  22:21
parities  21:4
Park  15:20
Parlor  27:15,
  16,23 28:1
Party  19:14
  24:15,16
Party's  16:16
pass  18:13,15
  20:14,22
Pat  11:21,22,
  23,24 12:2,8,
  11,13,18
Paula  19:4,5,
  6,7 20:1

peek  4:13
Pennsylvania
  2:21,22 3:11,
  14 4:24 5:1,
  9,23 7:3,23
  8:24 9:12
  14:25 24:4,25
  25:8 26:4,7
  28:18
people  4:22
  6:17,19,20
  7:11 11:14
  13:7 14:9
  15:11 17:7,17
  18:2,4,13,24
  19:18 21:17,
  19 22:11 23:7
  24:4,16,17,
  23,24
people's  24:2
percent  11:25
  22:24
Philadelphia
  7:24 8:3 21:7
  28:25 29:1
phonies  10:5
phony  7:1,11
  8:11
picks  9:6
pictures  8:6,
  25 20:8
Pittsburgh
  7:25 8:2
place  5:24
  21:19
places  4:23
  5:8 21:6
play  7:18
  26:15
plenty  2:6
  25:5
pocket  16:16
podcast  6:7,9
  10:13
podcasts  2:17
point  25:17

pole   24:12
   25:4,5,7
polls   22:11,
   12 23:1
position
   17:11
possibilities
   23:17 26:20
possibly   2:15
   7:20 14:7
predict   9:19
preparing
   23:25
president
   5:17 10:3,4,5
   11:4,5 12:3
   18:17,19
   19:8,10 23:4,
   5 27:11
presidential
   2:11
press   14:20
pressed   14:19
pretty   9:5
   26:4
primary   23:2
print   17:18
   18:8 21:23,24
private   20:20
problem   16:14
   20:13 26:5
procedure
   25:25
process   9:11
   26:20
prone   3:4
proof   8:19
properly
   28:16
proud   11:6,8
prove   5:6
   8:19,20 11:15
   12:16
provisional
   7:3 22:12
   23:2 24:4
   25:18

purposes
   20:20
put   5:19 7:1
   17:10 25:18
   28:6

_____

**Q**

qualifications
   24:18,20
question
   13:20 24:11,
   12 25:14
questions
   19:18
quickly   17:1

_____

**R**

radio   2:16
   15:13 27:2
read   6:6,11,
   12 23:24
ready   12:16
   28:9
real   18:12
   28:22
reason   13:24
receive   10:17
record   22:23
recording
   29:19
recount   9:16,
   17
refused   21:9
regard   7:20
registered
   6:17 22:5
registration
   6:25 7:1,12
rely   2:18
remember   7:9
   11:13
Republic   9:23
Republican
   3:13,15 13:21

   19:14 20:5,13
   21:18 24:15
Republicans
   3:22,25 4:7,8
   6:2 7:21 8:4,
   6,7,9 21:8
   22:11,25
required   2:25
resisted
   23:14
ribbon   10:18
rights   5:16
ripped   3:8
robot   19:21
Rocky   11:13
rounded   4:24
   5:1
Rudy   2:1
   10:22 11:1,
   17,19,23
   12:1,7,10,12,
   14 15:16,19,
   23 16:4,6,9,
   19,21 17:2,14
   18:1,8,15,17
   19:6,25 20:3
   22:2 23:6
   24:9,13 25:1,
   23 26:25
   27:4,8,10,13,
   16,20
rudyscommonsen
se.com   10:13
   23:23
rudyscommonsen
se.com.   6:8
ruled   21:22
run-up   6:16

_____

**S**

Saint   16:7
school   16:10
   29:10,11
screwed   13:3
   14:18 26:6

screwing   24:1
scrutiny   3:6,
   7
Sea   16:13
section   15:20
secure   4:6
Senate   4:16
sending   7:9
sense   15:12
   20:10 26:25
separate
   20:18
September
   6:15 23:25
Sequoia   13:3
server   14:7
shame   23:19
   26:3
shenanigans
   28:19
shopping   4:4
short   26:14
shot   8:21
show   6:10
   21:13
showed   6:21
   24:5
shut   21:7,18
sick   5:18
side   9:2
   25:19
Sign   10:17
signature
   6:23
signed   18:4
simply   10:19
single   8:8
sir   11:17
skill   10:20
small   17:6
   18:11
smart   28:22
smarter   29:8
Smartmatic
   12:24 13:2,8,
   9,11,22

sneak  20:9
snobs  21:23
social  2:18
software
  12:6,19,22
  13:2,5
soil  15:21
soldiers
  15:21
solution
  15:13 27:1
Somebody's
  14:22
Soros  13:10
sort  5:19
Souter  23:16
South  16:13
Spain  13:16
  14:22,23
  26:16,19
speak  10:7
speaking  12:2
special  19:22
specifics
  10:16
spoke  25:17
Square  16:14
staff  13:23
  19:8
stand  4:23
  6:14 10:4
start  12:21
  29:12
started  23:25
starting  6:15
state  8:18
  9:6 21:1,21
Staten  25:12
states  5:17
  9:5,7,11,15
  12:9 13:15
  14:6,10 18:18
  21:2,4 23:9,
  11
stations
  2:14,16

steal  12:25
stepping  11:9
stolen  10:15
straight  6:22
  17:1
strange  12:21
  15:6
Street  17:19
stretch  29:14
strong  9:12
stuff  5:24
stupid  29:4
sudden  4:2
  26:13
Suffolk
  15:18,24 16:2
suggestion
  27:9
suing  21:12
Sunday  25:2
support  2:23
  10:18 11:3,10
supporter
  13:8
supposed
  22:22
suppressed
  17:5
Supreme  3:5
  23:15
surveillance
  19:17
switch  14:17

────────────
        T
────────────

T2t.org.  2:9
  10:10 26:23
Tahrir  16:14
takes  5:24
talk  6:9
  15:13 27:1
talked  12:15
talking  25:24
technology
  14:8 19:16,20

television
  2:14 17:16
telling  11:12
temporarily
  25:15
terms  17:9
  19:18
terrible  9:25
terrorist
  18:22
testimony
  23:22,24
Texas  13:17
thief  24:19
thing  11:9
  16:12 24:22
  25:14 26:1
  28:11
things  4:5
  8:13 12:4
  28:3
thinking  20:4
thought  4:21
  9:22 13:13,14
  20:4
thousand
  17:23
thousands
  23:7,8
threatened
  5:10,11,12,
  13,15
thrown  3:9,14
  5:2
Tibet  17:4
time  2:6 6:4
  14:16 25:9
times  17:18
  24:3
today  10:17,
  25
told  3:22
  7:15 11:13
top  13:7
totally  13:17
totals  20:22

touch  3:16
Towers  2:7,8
  10:8,9 26:22,
  23
trade  17:9
trained  6:19
training  6:16
treat  6:10
trial  6:10
trillions
  17:8
troops  10:18
trouble  14:4
trucks  21:21
true  8:16
  18:3
Trump  9:24
  14:15,20
  27:11
truth  15:13
  27:1
Tunnel  2:6,8
  10:8,9 26:22
turned  5:3
  20:7
tweets  27:12
Twitter
  27:12,25

────────────
        U
────────────

Uh-huh  27:13
uncover  15:13
  27:1
understand
  8:17 9:20
unfair  28:7
United  5:17
  13:15 14:6,10
  18:18
unlawful  3:18
  8:3
upgraded
  19:20
usual  3:6 4:5

**V**

**valid**  3:3
  19:24
**validate**
  20:15
**variations**
  7:19
**Venezuelan**
  12:23
**Venezuelans**
  13:12
**verified**  6:23
**verify**  6:24
**veterans**
  10:17
**vicious**  5:25
**video**  8:25
**viewing**  7:21
**vindicate**
  5:16
**Virginia**  7:20
  23:7
**Visit**  10:13
**vocal**  13:8
**void**  3:18
  21:14 26:2
**volunteer**
  24:21
**vote**  3:3,7,
  15,23 4:16,
  17,18 6:16,
  19,22,24 7:7,
  8 9:4 13:12,
  14 14:12,14,
  17,18 20:20,
  22 22:16 23:1
  24:2,3 25:16
**voted**  7:7
  24:6
**voter**  17:22
  18:5
**voters**  22:6,
  23
**votes**  2:24
  3:1,2,8,18,24

4:6,11,24,25
5:1,3 14:5,23
19:12 21:13
22:25 23:2
26:8,18
**voting**  3:9
  6:21 7:5
  13:5,13 20:22


**W**

**WABC**  2:3,15
  10:20,23
  15:14,16 27:2
**Wabc.com.**
  10:19
**wake**  29:17
**walk**  7:5
**walked**  7:4
**Wall**  17:19
**Wang**  25:15
**wanted**  19:9
  23:17 25:14
**War**  5:25
**watch**  10:14
**watcher**  24:12
**watchers**
  25:4,5,7
**website**  6:7
  23:23
**week**  2:20
**weekend**
  28:10,11
  29:16
**weeks**  13:9
**weird**  14:15,
  24
**whim**  8:18
**win**  9:3,15
**wing**  29:6
**winner**  14:14
**winning**  9:6
**Wisconsin**
  7:19 9:8
  24:25 28:20
**witnesses**

8:12,14,20,24
**woman**  6:12
  23:22,25
**won**  14:15
  26:3,4
**wonderful**
  29:15
**words**  3:8
  9:10 14:19
**working**  16:22
  29:8,16
**works**  6:12
**world**  28:12
**worse**  21:23
**worst**  13:7
  18:17
**worth**  20:3


**Y**

**year**  22:23
  24:14
**years**  5:19
  6:1 18:14
  20:11,12
  23:14 24:19
  27:21 29:2
**yellow**  10:18
**York**  11:21
  17:18
**Youtube**  10:14


**Z**

**zoom**  19:17,23