# Exhibit 111

screenshot-twitter.com-2021.01.18-13_43_58
https://twitter.com/RudyGiuliani/status/1327616396939948032
18.01.2021

