# Exhibit 112

1

2

3

4

5

6          File 2

7         Rudy Giuliani's Common Sense

8            Nov. 13, 2020

9    https://www.youtube.com/watch?v=sd-5Xm5PFmg&list=PLlMn0a

10   7NglUZlGjQVofrk1M3Ulqdc7_-4&index=15

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1      RUDY GIULIANI:  Hello.  This is Rudy Giuliani

2  with Rudy's Common Sense.  Today, we're going to

3  concentrate on Michigan.  I'm going to concentrate on

4  the two lawsuits that have been filed.  They are both

5  very, very big cases.  One, in State Court.  One, in

6  Federal Court.

7      And we're going to drill down -- not the whole

8  lawsuit -- but we're going to drill down into the key

9  witnesses because the fake media is reporting over and

10  over again, including Fox, that there is no evidence --

11  hard evidence -- of fraud.  There are thousands of

12  pieces of evidence of hard fraud.  They just don't

13  publish it.  They have an iron curtain.

14      If you -- if you show them an affidavit signed by

15  someone that says they observe fraud, they don't put it

16  on.  I mean, it's really in -- in -- in -- incredible,

17  but it isn't incredible.  It's un-American.  And the

18  only way we get around it is by going around them,

19  getting on OANN or Newsmax or local radio or some radio

20  stations that are brave enough to publish this.

21      And I know -- I know why they're doing it.  I

22  mean, they're doing it -- some of it because of ideology

23  and some of it because they're being threatened by

24  sponsors.  We've had people threatened with being thrown

25  out of their law firms if they help us.  I mean, that's

1    -- that's for another day, but this is McCarthyism on

2    steroids.

3        This is making Nixon's enemies list look bad, but

4    not as bad.  This is probably the worst time in America

5    for the exercise of your rights of free speech.  The

6    worst.  This is not terribly different than what's going

7    on in Venezuela.  And very interestingly, you're going

8    to see that Venezuela is involved in this voter fraud.

9        But now, we're going to go to Michigan.  What

10   happened in the state of Michigan?  We filed a lawsuit

11   several days ago, two of them.  One, in State Court.

12   One, in Federal Court.  One in Detroit and one in

13   Lansing.

14       And together, they allege the following:  That

15   like Pennsylvania, Detroit was a cesspool of systemic

16   corruption.  That the Detroit Democratic Machine, which

17   has its own issues of corruption, may be as bad, maybe

18   not as bad as Philadelphia.  Its own history of voter

19   fraud, maybe not as legendary as Philadelphia, but still

20   there, that they did essentially the same thing that

21   Philadelphia -- they excluded republicans from being

22   able to observe the mail-in ballots.

23       The ballots that were so disputed -- the ballots

24   that were new to this election.  We never had that

25   before.  We had absentee ballots, but not you could just

1  mail in.  And we never had so many mail-in ballots to

2  deal with.

3      Michigan set up a lawful procedure for doing

4  that.  Critical to the lawful procedure, of course, was

5  the inspection by both parties because what -- what --

6  what I think you have to understand about a mail-in

7  ballot, unlike a ballot in a machine, or -- or even a

8  ballot on paper that's submitted.  And then, is checked

9  on the voter roll.

10      Once that envelope that sends in the ballot is

11  discarded, you can no longer verify it.  The

12  verification takes place on the spot.  And from time

13  immemorial when absentee ballots are counted, the -- the

14  city or state worker sits in the middle.  Has the

15  ballot.  On one side's the Republican.  One side's the

16  Democrat.  Liberal can sit -- whatever.

17      They pull out the envelope.  They all look at the

18  envelope.  They see whether all the identifying data is

19  there.  They see if it looks good or suspicious.  If it

20  looks good, they take it.  They open the envelope.

21      Inside is another envelope sealed to preserve the

22  privacy of your vote, and it's put in the vote pile to

23  be counted.  And the envelope is put over there.  And,

24  basically now, you can no longer verify.  They've become

25  separated from each other and mixed up within a million

1   votes.

2        In this case, there was no Republican.  Rarely,

3   was there even a Democrat.  A couple of times you'll see

4   there were two Democrats and no Republican.  No

5   Republican got to see that.

6        We've shown in Pennsylvania that we can -- we can

7   count now up to 620 -- 628,000 votes were unlawfully

8   cast that way.  And now, in Michigan, we're well over

9   300,000, and we've just begun to count.  But I want to

10  drill down now into the -- there's -- there's no

11  evidence, they say, of voter fraud.

12       And I want to -- I want to show you an affidavit

13  in the state case that's been filed.  That has been

14  incorporated by reference into the federal case.  So

15  it's part of both cases.  This is Exhibit -- I believe,

16  it's Exhibit B, and it's from a city worker.  So this --

17  this person is a -- well, let me just read it.

18       "My name is Jessy Jacob.  I'm an adult citizen

19  and resident of the state of Michigan.  I've been

20  employed for the city of Detroit for decades." I -- I

21  want you to note at the end that it's sworn to.

22       This is not just a letter.  This is an affidavit,

23  and if this person is lying, they go to jail for at

24  least five years.  Okay?  Federal and State because we

25  submitted it in the federal lawsuit now.  And she has no

1  fear of that happening to her.

2      Regular citizen.  Long-time employee of the city

3  of Detroit.  Yeah, city of Detroit.  I don't know if

4  she's a Republican or a Democrat.  I guess, I'm going to

5  assume she's a Democrat.  Probably shouldn't because

6  it's Detroit.  Eight out of ten are Democrats.

7      She was assigned to work in the elections

8  department for the 2020 election, and she received

9  training from the city of Detroit and the state of

10  Michigan regarding the election process.  She worked at

11  the headquarters for most of September, and then she

12  started working at a satellite location for most of

13  October.

14      She processed absentee-ballot packages to be sent

15  to voters while "I worked at the election headquarters

16  in September 2020, along with 70 or 80 other workers.  I

17  was instructed by my supervisor" quote "to adjust the

18  mailing date of these absentee-ballot packages to be

19  dated earlier than they were actually sent."  First

20  crime.

21      Ordered to do it by her supervisor, a city

22  worker.  First fraud.  First crime.  The supervisor was

23  making announcements for all workers to engage in this

24  practice.  So it wasn't individual.  It was pervasive.

25      "At the satellite location, I processed voter

1  registrations and issued absentee ballots for people to

2  vote in person at the location.  I directly observed on

3  a daily basis city of Detroit election workers and

4  employees coaching and trying to coach voters to vote

5  for Joe Biden and the Democrat party."  Completely

6  illegal.  That's me.  Editorial aside.

7       She goes to say, "I witnessed these workers and

8  employees encouraging voters to do a straight Democrat

9  ticket.  I witnessed these election workers and

10  employees going over to the voting booths with voters in

11  order to watch them vote and coach them for whom to

12  vote.  During the last two weeks while working at this

13  satellite location, I was specifically instructed by my

14  supervisor not to ask for a driver's license or a photo

15  ID when a person was trying to vote."

16       Gosh, let's not see if they're an illegal alien.

17  Let's not see if they come from New York.  Let's not see

18  if they were sent over from Chicago where they surely

19  were going to win so why waist time in Chicago.  Come

20  and vote in Detroit like they do from Camden to

21  Philadelphia in almost every election.

22       Where Democrat machines control a place, they

23  cheat.  And why wouldn't they?  They steal.  Why

24  wouldn't they cheat?  You don't have to guess at it.

25  She's telling you that.

1      Goes on.  Paragraph 10, "I observed a large

2   number of people who came to the satellite location to

3   vote in person, but they had already applied for an

4   absentee ballot."  Gee, that's kind of strange.  These

5   people were allowed to vote in person and were not

6   required to return the mailed-absentee ballot or sign an

7   affidavit that the voter lost the mail-absentee

8   ballot -- the mailed-absentee ballot.  Encouraging them

9   to vote twice.

10      This is like, you know, I vote -- I voted early

11   and often for Joe Biden and -- and -- and Harris because

12   I was instructed to do so by the crooked Democrat party

13   of Detroit.  "Whenever I processed an absentee voter

14   application or in-person registration, I was instructed

15   to input the person's name, address, and date of birth

16   into the qualified-voter file, QVF system."  That means

17   if they weren't registered, which means they weren't

18   entitled to vote, she'd clean it all up by getting the

19   vote, and then putting the person's name in after the

20   fact.  That's also fraud.

21      I don't know how many have I counted out.  Four

22   -- four different acts of fraud being done by her and 70

23   to 80 other poll workers.  You see -- see how they're

24   lying to you?  "The QV system can be accessed and edited

25   by any election processor with proper credentials.

1      I worked at the satellite location until the poll

2   is closed.  And then, completed the entry of all

3   absentee ballots by 8:30.  I, then, reported to the TCF

4   center, which becomes a center for corruption.  It

5   should be called the voter corruption center.

6      On November 4, 2020 at 8:30 a.m., I was

7   instructed not to validate any ballots and not to look

8   for any deficiencies in the ballots."  That's what

9   you're supposed to do.  You're supposed to look for

10   deficiencies in the ballots.  They did -- they didn't

11   allow a Republican to look.  And they also told the city

12   worker don't look.

13      Normally, about ten percent of the ballots are

14   deficient.  And every single one of these ballots didn't

15   have that inspection became by virtue of that under the

16   law of Michigan an unlawful ballot.  One that shouldn't

17   be counted -- can't be counted.  It's an illegal vote

18   because it hasn't been inspected according to the new

19   law that was passed.

20      "Absentee ballots that were received in the mail

21   would have the voter's signature on the envelope.  While

22   I was at the TCF center, I was instructed not to look at

23   any of the signatures on the absentee ballots, and I was

24   instructed not to compare the signature on the absentee

25   ballot."  The signature is there for the purpose of

1   verifying.

2        A Republican to get a chance to see that, and the

3   city worker was told not to do it.  Who cares if the

4   signature is one thing, and the signature is another

5   thing, and this person is voting 30 times.  It keeps

6   coming in 30 times.  We wouldn't know.  That also is a

7   crime.

8        "All absentee ballots that existed were required

9   to be inputted into the system by 9:00 p.m. on November

10  3rd.  That was required to be done in order to have a

11  final list, etc., etc.  In order to have enough time to

12  process the ballots, all satellites were instructed to

13  collect the absentee ballots from the drop box once

14  every hour on November 3rd, 2020, end time 8:00 p.m.,

15  November 3, 2020."

16       By the way, that's an order from Justice, Samuel

17  Alito, of the United States Supreme Court.  Doesn't

18  matter.  Who's Justice Alito?  The crooked Democratic

19  party of Detroit's more important than Judge Alito or

20  the Supreme Court because "on November 4, I was

21  instructed to improperly predate the absentee ballots to

22  change the receive date and to make it look that they

23  had been received on or before November 3rd. I was told

24  then to alter the information in the QVF to falsely show

25  that the absentee ballots have been received in time to

1    be valid."

2        I estimate that this was done thousands of times.

3    Then, she signs under penalty of perjury.  You're

4    telling me this wasn't pervasive fraud.  That there's no

5    evidence of pervasive fraud.  I assume now that NBC,

6    CBS, ABC, Twitter, Facebook, Times -- Washington Post is

7    aware of this, they will put it on the front page.

8        We -- we might as well be in Venezuela or China

9    or the old soviet union.  And now, I think it would be a

10   good time to take a short break.

11       ADVERTISEMENT:  "I couldn't believe we were

12   evicted from our home that we didn't even sell."  Those

13   are the words of a homeowner, Deborah, when she learned

14   she was the victim of home title fraud.  It's a

15   devastating crime that can cost you your home and title

16   fraud is not covered by insurance or common identity

17   theft services.

18       The only folks to trust, that I know of, to

19   protect your home's title is Home Title Lock.  Cyber

20   thieves have discovered the titles to our homes are kept

21   online.  They forge your name on your Deed stating you

22   sold your home, and they re-file as the new owner.

23       In Debra's case, she didn't even know she was a

24   victim until the eviction notice arrived in her mail.

25   Home Title Lock protects you and your home by putting a

1  virtual barrier around your home's title.  The instant

2  they detect tampering, they mobilize to shut it down.

3      Go online to hometitlelock.com and register your

4  address to see if you're already a victim and don't know

5  it.  Then, use code Rudy, that's me and sign up for 33

6  days of protection.  That's code, Rudy,

7  hometitlelock.com.

8      RUDY GIULIANI:  Welcome back.  And let's -- let's

9  get back to the evidence and the proof that's being

10  denied you because of the iron curtain of censorship.

11  Let's get right back into it.  Now, we get to the second

12  part.  Now, we get to the second part of the affidavits.

13      These are two affidavits.  One is from Andrew

14  Sito, a poll challenger.  And the other is from Melissa

15  Carone, an employee of Dominion Voting Services.

16  Dominion Voting Services was the company that was

17  selected to count the ballots.

18      Very, very strange selection since they're a

19  foreign company.  It's going to turn out to be a very

20  strange selection when you learn all the facts about

21  Dominion Voting Services, and who financed it, and where

22  the money came from.  And where these votes went, so

23  they could be manipulated.

24      But that's not part of this direct case right

25  now.  That'd be another case.  Let me tell you what --

1  what these two together say.  First -- first, Melissa

2  Carone.  Not an employee of anybody.  Not a political

3  person.  Work for Dominion Voting Services.

4       She says, "I witnessed countless workers

5  re-scanning the batches without discarding them first,

6  which resulted in ballots being counted four or five

7  times.  This is in the TCF center in Detroit where

8  basically eight out of every ten votes was for Biden."

9  Except it wasn't eight out of ten.  It was eight out of

10  ten falsely magnified by four or five times.

11       "Over 400 ballots was scanned, had gotten

12  blocked, which means one batch was counted over eight

13  times.  This happened countless times while I was at the

14  center.  I confronted my manager, Nick Okonomakus,

15  saying how big of a problem this was.  Nick told me he

16  didn't want to hear that we have a big problem.  He told

17  me we are here to assist with I.T. work, not to run

18  their election."

19       I guess they're there also not to be citizens of

20  the United States and report crimes.  "I overheard

21  numerous workers talking during shift change, in which

22  over 20 machines had two Democrats judging the ballots

23  resulting in an unfair process."  Then, we have the most

24  interesting thing of all, that Mr. Cedo and Ms. Carone

25  are both -- would observe at the same time.

File 2 Rudy Giuliani Common Sense
November 13, 2020                                    14

1       So let's go -- let's go to Ms. Carone's version

2  first.  "Sometime around 4:00 in the morning, there was

3  two vans that pulled into the garage of the counting

4  room."  This is after most people had left and most

5  Republicans had left because they thought it was over,

6  the counting was over.  Trump was still ahead by about

7  130,000 votes, which they were extremely nervous about,

8  say these witnesses.

9       "The two vans pulled up into the garage of the

10  counting room.  These vans appeared to be bringing food,

11  but no food ever emerged from the vans.  Instead,

12  something like over a hundred thousand ballots came out

13  of nowhere.  Not in the usual containers in cardboard

14  boxes, in bags, some of them falling out, and they're

15  all thrown on the table.

16       And it was announced that Michigan had discovered

17  over a hundred thousand more ballots after they had

18  counted all of the mail ballots."  But a hundred

19  thousand more were just discovered in the middle of the

20  night.  And when a -- when a worker, she observed --

21  when a worker couldn't read it, or all they did is just

22  throw it in.  They didn't bother to observe it.  They

23  were just being thrown in.  Thrown in.  Thrown in.

24       "When there wasn't a name, the worker would sign

25  the name of the person that the ballot belonged to,"

File 2 Rudy Giuliani Common Sense
November 13, 2020                          15

1  which is clearly illegal.  "There was a time I heard

2  Samuel talking to Nick about losing tons of data."

3  Ultimately, she called the FBI and made a report with

4  them, and "I was told I will be getting a call back."

5        Needless to say, she didn't get a call back

6  because this was overwhelming evidence of voter fraud by

7  Democrats not Republicans.  Had it been Republicans, 10

8  FBI agents would have shown up immediately and seized

9  the ballots.  You know that.  You know there's something

10  seriously wrong with the upper echelon of the FBI.

11        Now, just in case you don't believe her, even

12  though she signed under penalties of perjury, why would

13  a woman do that if it wasn't true?  But there it is, and

14  by the way, whether you believe or not, it's evidence.

15  They're lying to you when they say there's no evidence.

16        This is evidence.  Evidence of systemic,

17  pervasive, voter fraud in the city of Detroit at such a

18  level that it changed the numbers and made Biden the

19  winner and not Trump because we can count out at least

20  320,000 votes that were unlawful and illegal, including

21  the 100,000 that came in at 4:30 in the morning.  And

22  there are more witnesses to that, by the way.  I just

23  gave you the two under oath.  There were more witnesses

24  to what I told you.  That it definitely happened.

25        This is very powerful evidence.  So let's take a

File 2 Rudy Giuliani Common Sense
November 13, 2020                                     16

1   short break, and we'll be back with even more.

2        ADVERTISEMENT:  How bad is it?  Your back, knee

3   or neck pain?  My knee pain was awful.  I probably tried

4   the same things you're trying to manage your pain.

5   Topical ointments, pain relievers, fish oil, but nothing

6   worked.

7        Then I tried Omega XL, and here's why, the

8   underlying cause of painful achy joints and muscles is

9   inflammation.  The key is to knock down inflammation

10  before it causes permanent damage.  Back by 35 years of

11  research, that's exactly what Omega XL does.  Nothing

12  comes close to doing what Omega Xl does.  There's

13  nothing like it.

14       If you're suffering with painful, achy joints and

15  muscles, stop wasting money and switch to Omega XL.

16  Order Omega XL now and get a second bottle free.  Visit

17  OMEGAXL.COM/RUDY.  That's OMEGAXL.COM/RUDY or call

18  1-800-844-4888. 1-800-844-4888.

19       RUDY GIULIANI:  Thank you for returning and let's

20  get back to the evidence that the phony media says

21  doesn't exist.  Then, we have the support for that from

22  a gentleman by the name of Andrew Cedo.  Andrew was a

23  pole challenger.  He arrived at the TCF center at 9:30

24  p.m. on November 3rd.

25       He reported to the counting room, and he had no

1  ability to be able to see any of the ballots being

2  counted, nor would they allow him to see any of the

3  ballots being counted.  Even though he was a certified

4  poll watcher of the Republican party.  "At approximately

5  4:30 p.m. --"  Now, similar to what she said, "-- I

6  thought everyone was going to go home as our shift had

7  ended.  There were two men in charge of the county.  One

8  in his 30s, and one in his 50s.

9      At approximately 4:30, the man in his 50s got on

10  the microphone and stated that another shipment of

11  absentee ballots would be arriving and would have to be

12  counted."  Now, the count was all over.  The guy

13  announces "We got a few more ballots coming in."

14      They had finished all the ballots they thought

15  they had.  It wasn't a few more ballots.  There's a

16  hundred thousand ballots.  A few more ballots that come

17  in at 4:30 in the morning?  This is like Al Capone and

18  -- and -- this is like Al Capone and the Prohibition.

19      "At approximately 4:30 a.m. --" sworn under oath

20  by Mr. Cedo, "-- at approximately 4:00, tens of

21  thousands of ballots were brought in and placed on eight

22  long tables.  Unlike the other ballots, these boxes were

23  brought in from the rear of the room."  Quite

24  appropriate that they brought in the back door, right?

25      "The same procedure was performed on the ballots

1  that arrived at approximately 4:30 a.m., but I

2  specifically noticed that every ballot I observed was

3  cast for Joe Biden."  Oh, wow.  Wasn't that amazing?

4  They thought they had finished counting.  A hundred

5  thousand ballots come in out of nowhere.  Sort of like

6  it's Santa Clause in Christmas.  Except Santa Clause

7  would never participate in a voter fraud.  And they're

8  all for Biden.  And they have to make up 130,000 votes.

9  This is 100,000 votes.

10       "While counting these new ballots, I heard

11  counters say at least five or six times that all five or

12  six ballots as they were counting through were for

13  Biden.  All ballots that I sampled, heard, or observed,

14  were for Joe Biden.  There was a shift change at 5:00

15  a.m.  Whatever challenges were left, left.  I decided

16  not to leave and continue to monitor the ballot

17  counting.  Upon information and belief, the TCF said it

18  was the only place where absentee ballots were being

19  counted.  I filled out six or seven incidents reports

20  about what the -- what was happening at the TCF center."

21       Now, he was complaining vociferously about this

22  to no avail.  "At approximately 2:00 p.m. --"  so now he

23  stayed all the way until 2:00 p.m., "-- on November 4,

24  2020, election officials covered the windows to the

25  counting room with cardboard to block the view, against

File 2 Rudy Giuliani Common Sense
November 13, 2020                                    19

1  the law in Michigan.  A little after 2:00 p.m., I exited

2  the glass-enclosed room to take a break in the lobby

3  area.  When I tried to go back into the counting room,

4  security guards refused to allow me back into the

5  monitoring room to carry out my duties as a observer --

6  credentialed observer.  Previously, people could come

7  and go freely into the counting room."  Sworn to by

8  Mr. Cedo.

9       Hundred thousand ballots at 4:30 in the morning,

10 that's massive voter fraud.  When you combine it with

11 the votes that were counted without Republican observers

12 as the law required, we're talking about approximately

13 230 to 300,000 ballots that were unlawful.

14      Way beyond -- way beyond Biden's phony margin of

15 victory.  It sounds like, in fact, this is going to end

16 up with Trump being pretty close to the 300 -- well,

17 probably half the 300,000 that he had on the night of

18 the election, which actually is what most mathematicians

19 would tell you was the most they could have really

20 reduced it if they did it legally.  And the reason they

21 had to rush in those hundred thousand ballots we can now

22 show is because they panicked.  The Democrats didn't

23 expect that he'd run that well.

24      And then, I want you to consider one other thing

25 in conclusion.  How is it that in 10 different

1  Democrat-controlled cities with crooked Democrat

2  machines, with a long list of people that have gone to

3  jail over the years, how is it that every single leader

4  there woke up on the morning of November 3rd and said,

5  "We have this new mail process, and we're going to shut

6  out the Republicans from observing.  Even though

7  whenever we do absentee ballots, we have to allow the

8  Republicans to observe.  And even though the law says we

9  have to allow the Republicans to observe, we're going to

10  take the risk of violating the law because we control

11  these cities so much."

12      But it was like an -- it was like the individual

13  idea of the leader in Philadelphia and the one in

14  Pittsburgh and the one in Detroit and the one in

15  Milwaukee and the one in Minnesota and the one all the

16  way out in Phoenix, Arizona and Las Vegas, Nevada and

17  Atlanta, Georgia.  They just came up with this on their

18  own.  "We're going to shut out the Republicans."  Or do

19  you think this was a concerted plan executed by the

20  Democratic national committee and the crooked Biden

21  campaign?

22      Look, let's get real.  Joe Biden plagiarized and

23  cheated his way through law school.  Joe Biden

24  plagiarized and tried to cheat his way through his first

25  presidential election.  The Biden family and Joe have

1  made millions -- 30 to 40 million alone from China.  And

2  we have a text in which Hunter Biden says half of that

3  goes to Joe.

4      The man, you know, sold himself so many times.

5  Why wouldn't he cheat?  The evidence is overwhelming,

6  ladies and gentlemen.  He stole an election.  Now, we

7  have two states.  Those votes have to go to Trump.

8      We're going to move on now to Nevada.  You don't

9  think it's worse than Nevada?  I already know it's worse

10 than Nevada.  Phoenix, Atlanta, we're not going to stop.

11     We've been threatened.  We've been told we can

12 never get jobs.  We've been told we can't be allowed in

13 polite society.  We've been told all kinds of things.

14     I'm very proud of what we're doing.  We're saving

15 the integrity of the American electoral process, which

16 has been trashed by a crooked leadership of the

17 Democratic party, and I want to say to Democrats, even

18 those who voted for Biden, this isn't your fault.  This

19 isn't your fault.  This is the leadership of your party.

20     It got corrupted by Clinton, and it never got

21 uncorrupted.  And now, they've become major world-class

22 crooks.  Stealing an election is nothing for these

23 people.  Nothing.

24     They certainly stole the election in Detroit.

25 They certainly stole the election in Pennsylvania.

1  There were over 100 witnesses to that.  And you're going

2  to see the same thing is true in five other places.  And

3  then, we're going to take a look at Dominion, and we'll

4  show you how technologically they stole the election.

5       So keep paying attention to this podcast and the

6  others, as well as OANN and Newsmax and the local --

7  local radio stations that have the courage to -- to --

8  to present the information to you.  A lot of it, you

9  know, is getting through.  We're going around that iron

10 curtain.  It's kind of like the Berlin Wall.

11      Never thought I'd see this in America, but -- but

12 we're going to defeat.  This is a great country.  We've

13 got great people.  My goodness, you have unbelievable

14 common sense.  So stick with us.  We'll be back very

15 shortly with a lot more evidence very much like this.

16 Thank you.

17      (End of recording.)

18

19

20

21

22

23

24

25

1          C E R T I F I C A T E

2

3   I, STEPHANIE TURNER, Certified Shorthand Reporter/

4   Transcriptionist, do hereby certify that I was

5   authorized to transcribe the foregoing recorded

6   proceeding, and that the transcript is a true and

7   accurate transcription of my shorthand notes, to the

8   best of my ability, taken while listening to the

9   provided recording.

10

11  I further certify that I am not of counsel or attorney

12  for either or any of the parties to said proceedings,

13  nor in any way interested in the events of this cause,

14  and that I am not related to any of the parties thereto.

15  Dated this 19th day of January, 2021.

16

17

18

19

20          _____

21          STEPHANIE TURNER, CSR 13439

22

23

24

25

**1**

1-800-844-4888
  16:18
**10**  8:1 15:7
  19:25
**100**  22:1
**100,000**  15:21
  18:9
**130,000**  14:7
  18:8

**2**

**20**  13:22
**2020**  6:8,16
  9:6 10:14,15
  18:24
**230**  19:13
**2:00**  18:22,23
  19:1

**3**

**3**  10:15
**30**  10:5,6
  21:1
**300**  19:16
**300,000**  5:9
  19:13,17
**30s**  17:8
**320,000**  15:20
**33**  12:5
**35**  16:10
**3rd**  10:10,14,
  23 16:24 20:4

**4**

**4**  9:6 10:20
  18:23
**40**  21:1
**400**  13:11
**4:00**  14:2
  17:20

**4:30**  15:21
  17:5,9,17,19
  18:1 19:9

**5**

**50s**  17:8,9
**5:00**  18:14

**6**

**620**  5:7
**628,000**  5:7

**7**

**70**  6:16 8:22

**8**

**80**  6:16 8:23
**8:00**  10:14
**8:30**  9:3,6

**9**

**9:00**  10:9
**9:30**  16:23

**A**

**a.m.**  9:6
  17:19 18:1,15
**ABC**  11:6
**ability**  17:1
**absentee**  7:1
  8:4,13 9:3,
  20,23,24
  10:8,13,21,25
  17:11 18:18
  20:7
**absentee-
ballot**  6:14,
  18
**accessed**  8:24

**achy**  16:8,14
**acts**  8:22
**address**  8:15
  12:4
**adjust**  6:17
**adult**  5:18
**ADVERTISEMENT**
  11:11 16:2
**affidavit**
  5:12,22 8:7
**affidavits**
  12:12,13
**agents**  15:8
**ahead**  14:6
**alien**  7:16
**Alito**  10:17,
  18,19
**allowed**  8:5
  21:12
**alter**  10:24
**amazing**  18:3
**America**  22:11
**American**
  21:15
**Andrew**  12:13
  16:22
**announced**
  14:16
**announcements**
  6:23
**announces**
  17:13
**appeared**
  14:10
**application**
  8:14
**applied**  8:3
**approximately**
  17:4,9,19,20
  18:1,22 19:12
**area**  19:3
**Arizona**  20:16
**arrived**  11:24
  16:23 18:1
**arriving**
  17:11

**assigned**  6:7
**assist**  13:17
**assume**  6:5
  11:5
**Atlanta**  20:17
  21:10
**attention**
  22:5
**avail**  18:22
**aware**  11:7
**awful**  16:3

**B**

**back**  12:8,9,
  11 15:4,5
  16:1,2,10,20
  17:24 19:3,4
  22:14
**bad**  16:2
**bags**  14:14
**ballot**  8:4,6,
  8 9:16,25
  14:25 18:2,16
**ballots**  7:1
  9:3,7,8,10,
  13,14,20,23
  10:8,12,13,
  21,25 12:17
  13:6,11,22
  14:12,17,18
  15:9 17:1,3,
  11,13,14,15,
  16,21,22,25
  18:5,10,12,
  13,18 19:9,
  13,21 20:7
**barrier**  12:1
**basically**
  13:8
**basis**  7:3
**batch**  13:12
**batches**  13:5
**begun**  5:9
**belief**  18:17
**belonged**
  14:25

Berlin  22:10
Biden  7:5
   8:11 13:8
   15:18 18:3,8,
   13,14 20:20,
   22,23,25
   21:2,18
Biden's  19:14
big  13:15,16
birth  8:15
block  18:25
blocked  13:12
booths  7:10
bother  14:22
bottle  16:16
box  10:13
boxes  14:14
   17:22
break  11:10
   16:1 19:2
bringing
   14:10
brought
   17:21,23,24

            C

call  15:4,5
   16:17
called  9:5
   15:3
Camden  7:20
campaign
   20:21
Capone  17:17,
   18
cardboard
   14:13 18:25
cares  10:3
Carone  12:15
   13:2,24
Carone's  14:1
carry  19:5
case  5:2,13,
   14 11:23
   12:24,25

15:11
cases  5:15
cast  5:8 18:3
CBS  11:6
Cedo  13:24
   16:22 17:20
   19:8
censorship
   12:10
center  9:4,5,
   22 13:7,14
   16:23 18:20
certified
   17:3
challenger
   12:14 16:23
challenges
   18:15
chance  10:2
change  10:22
   13:21 18:14
changed  15:18
charge  17:7
cheat  7:23,24
   20:24 21:5
cheated  20:23
Chicago  7:18,
   19
China  11:8
   21:1
Christmas
   18:6
cities  20:1,
   11
citizen  5:18
   6:2
citizens
   13:19
city  5:16,20
   6:2,3,9,21
   7:3 9:11 10:3
   15:17
Clause  18:6
clean  8:18
Clinton  21:20
close  16:12
   19:16

closed  9:2
coach  7:4,11
coaching  7:4
code  12:5,6
collect  10:13
combine  19:10
committee
   20:20
common  11:16
   22:14
company
   12:16,19
compare  9:24
complaining
   18:21
completed  9:2
Completely
   7:5
concerted
   20:19
conclusion
   19:25
confronted
   13:14
containers
   14:13
continue
   18:16
control  7:22
   20:10
corrupted
   21:20
corruption
   9:4,5
cost  11:15
count  5:7,9
   12:17 15:19
   17:12
counted  8:21
   9:17 13:6,12
   14:18 17:2,3,
   12 18:19
   19:11
counters
   18:11
counting
   14:3,6,10

16:25 18:4,
   10,12,17,25
   19:3,7
countless
   13:4,13
country  22:12
county  17:7
couple  5:3
courage  22:7
Court  10:17,
   20
covered  11:16
   18:24
credentialed
   19:6
credentials
   8:25
crime  6:20,22
   10:7 11:15
crimes  13:20
crooked  8:12
   10:18 20:1,20
   21:16
crooks  21:22
curtain  12:10
   22:10
Cyber  11:19

            D

daily  7:3
damage  16:10
data  15:2
date  6:18
   8:15 10:22
dated  6:19
days  12:6
Deborah  11:13
Debra's  11:23
decades  5:20
decided  18:15
Deed  11:21
defeat  22:12
deficiencies
   9:8,10

deficient
  9:14
Democrat  5:3
  6:4,5 7:5,8,
  22 8:12 20:1
Democrat-
controlled
  20:1
Democratic
  10:18 20:20
  21:17
Democrats  5:4
  6:6 13:22
  15:7 19:22
  21:17
denied  12:10
department
  6:8
detect  12:2
Detroit  5:20
  6:3,6,9 7:3,
  20 8:13 13:7
  15:17 20:14
  21:24
Detroit's
  10:19
devastating
  11:15
direct  12:24
directly  7:2
discarding
  13:5
discovered
  11:20 14:16,
  19
Dominion
  12:15,16,21
  13:3 22:3
door  17:24
drill  5:10
driver's  7:14
drop  10:13
duties  19:5

**E**

earlier  6:19
early  8:10
echelon  15:10
edited  8:24
Editorial  7:6
election  6:8,
  10,15 7:3,9,
  21 8:25 13:18
  18:24 19:18
  20:25 21:6,
  22,24,25 22:4
elections  6:7
electoral
  21:15
emerged  14:11
employed  5:20
employee  6:2
  12:15 13:2
employees
  7:4,8,10
encouraging
  7:8 8:8
end  5:21
  10:14 19:15
  22:17
ended  17:7
engage  6:23
entitled  8:18
entry  9:2
envelope  9:21
estimate  11:2
evicted  11:12
eviction
  11:24
evidence  5:11
  11:5 12:9
  15:6,14,15,
  16,25 16:20
  21:5 22:15
executed
  20:19
Exhibit  5:15,
  16

exist  16:21
existed  10:8
exited  19:1
expect  19:23
extremely
  14:7

**F**

Facebook  11:6
fact  8:20
  19:15
facts  12:20
falling  14:14
falsely  10:24
  13:10
family  20:25
fault  21:18,
  19
FBI  15:3,8,10
fear  6:1
federal  5:14,
  24,25
file  8:16
filed  5:13
filled  18:19
final  10:11
financed
  12:21
finished
  17:14 18:4
fish  16:5
folks  11:18
food  14:10,11
foreign  12:19
forge  11:21
fraud  5:11
  6:22 8:20,22
  11:4,5,14,16
  15:6,17 18:7
  19:10
free  16:16
freely  19:7
front  11:7

**G**

garage  14:3,9
gave  15:23
Gee  8:4
gentleman
  16:22
gentlemen
  21:6
Georgia  20:17
GIULIANI  12:8
  16:19
glass-enclosed
  19:2
good  11:10
goodness
  22:13
Gosh  7:16
great  22:12,
  13
guards  19:4
guess  6:4
  7:24 13:19
guy  17:12

**H**

half  19:17
  21:2
happened
  13:13 15:24
happening  6:1
  18:20
Harris  8:11
headquarters
  6:11,15
hear  13:16
heard  15:1
  18:10,13
home  11:12,
  14,15,19,22,
  25 17:6
home's  11:19
  12:1

homeowner
  11:13
homes   11:20
hometitlelock.
com   12:3
hometitlelock.
com.   12:7
hour   10:14
hundred
  14:12,17,18
  17:16 18:4
  19:9,21
Hunter   21:2

**I**

I.T.   13:17
ID   7:15
idea   20:13
identity
  11:16
illegal   7:6,
  16 9:17 15:1,
  20
immediately
  15:8
important
  10:19
improperly
  10:21
in-person
  8:14
incidents
  18:19
including
  15:20
incorporated
  5:14
individual
  6:24 20:12
inflammation
  16:9
information
  10:24 18:17
  22:8
input   8:15

inputted   10:9
inspected
  9:18
inspection
  9:15
instant   12:1
instructed
  6:17 7:13
  8:12,14 9:7,
  22,24 10:12,
  21
insurance
  11:16
integrity
  21:15
interesting
  13:24
iron   12:10
  22:9
issued   7:1

**J**

Jacob   5:18
jail   5:23
  20:3
Jessy   5:18
jobs   21:12
Joe   7:5 8:11
  18:3,14
  20:22,23,25
  21:3
joints   16:8,
  14
Judge   10:19
judging   13:22
Justice
  10:16,18

**K**

key   16:9
kind   8:4
  22:10
kinds   21:13
knee   16:2,3

knock   16:9

**L**

ladies   21:6
large   8:1
Las   20:16
law   9:16,19
  19:1,12 20:8,
  10,23
lawsuit   5:25
leader   20:3,
  13
leadership
  21:16,19
learn   12:20
learned   11:13
leave   18:16
left   14:4,5
  18:15
legally   19:20
letter   5:22
level   15:18
license   7:14
list   10:11
  20:2
lobby   19:2
local   22:6,7
location
  6:12,25 7:2,
  13 8:2 9:1
Lock   11:19,25
long   17:22
  20:2
Long-time   6:2
losing   15:2
lost   8:7
lot   22:8,15
lying   5:23
  8:24 15:15

**M**

machines   7:22
  13:22 20:2

made   15:3,18
  21:1
magnified
  13:10
mail   9:20
  11:24 14:18
  20:5
mail-absentee
  8:7
mailed-
absentee   8:6,
  8
mailing   6:18
major   21:21
make   10:22
  18:8
making   6:23
man   17:9 21:4
manage   16:4
manager   13:14
manipulated
  12:23
margin   19:14
massive   19:10
mathematicians
  19:18
matter   10:18
means   8:16,17
  13:12
media   16:20
Melissa   12:14
  13:1
men   17:7
Michigan   5:8,
  19 6:10 9:16
  14:16 19:1
microphone
  17:10
middle   14:19
million   21:1
millions   21:1
Milwaukee
  20:15
Minnesota
  20:15
mobilize   12:2

money  12:22
  16:15
monitor  18:16
monitoring
  19:5
morning  14:2
  15:21 17:17
  19:9 20:4
move  21:8
muscles  16:8,
  15

**N**

national
  20:20
NBC  11:5
neck  16:3
Needless  15:5
nervous  14:7
Nevada  20:16
  21:8,9,10
Newsmax  22:6
Nick  13:14,15
  15:2
night  14:20
  19:17
note  5:21
notice  11:24
noticed  18:2
November  9:6
  10:9,14,15,
  20,23 16:24
  18:23 20:4
number  8:2
numbers  15:18
numerous
  13:21

**O**

OANN  22:6
oath  15:23
  17:19
observe  13:25
  14:22 20:8,9

observed  7:2
  8:1 14:20
  18:2,13
observer
  19:5,6
observers
  19:11
observing
  20:6
October  6:13
officials
  18:24
oil  16:5
ointments
  16:5
Okonomakus
  13:14
Omega  16:7,
  11,12,15,16
OMEGAXL.COM/
  RUDY  16:17
OMEGAXL.COM/
  RUDY.  16:17
online  11:21
  12:3
order  7:11
  10:10,11,16
  16:16
Ordered  6:21
overheard
  13:20
overwhelming
  15:6 21:5
owner  11:22

**P**

p.m.  10:9,14
  16:24 17:5
  18:22,23 19:1
packages
  6:14,18
pain  16:3,4,5
painful  16:8,
  14
panicked
  19:22

Paragraph  8:1
part  5:15
  12:12,24
participate
  18:7
party  7:5
  8:12 10:19
  17:4 21:17,19
passed  9:19
paying  22:5
penalties
  15:12
penalty  11:3
Pennsylvania
  5:6 21:25
people  7:1
  8:2,5 14:4
  19:6 20:2
  21:23 22:13
percent  9:13
performed
  17:25
perjury  11:3
  15:12
permanent
  16:10
person  5:17,
  23 7:2,15
  8:3,5 10:5
  13:3 14:25
person's
  8:15,19
pervasive
  6:24 11:4,5
  15:17
Philadelphia
  7:21 20:13
Phoenix  20:16
  21:10
phony  16:20
  19:14
photo  7:14
Pittsburgh
  20:14
place  7:22
  18:18

places  22:2
plagiarized
  20:22,24
plan  20:19
podcast  22:5
pole  16:23
polite  21:13
political
  13:2
poll  8:23 9:1
  12:14 17:4
Post  11:6
powerful
  15:25
practice  6:24
predate  10:21
present  22:8
presidential
  20:25
pretty  19:16
Previously
  19:6
problem
  13:15,16
procedure
  17:25
process  6:10
  10:12 13:23
  20:5 21:15
processed
  6:14,25 8:13
processor
  8:25
Prohibition
  17:18
proof  12:9
proper  8:25
protect  11:19
protection
  12:6
protects
  11:25
proud  21:14
pulled  14:3,9
purpose  9:25

**put**  11:7
**putting**  8:19
  11:25

---

**Q**

**qualified-
voter**  8:16
**quote**  6:17
**QVF**  8:16
  10:24

---

**R**

**radio**  22:7
**Rarely**  5:2
**re-file**  11:22
**re-scanning**
  13:5
**read**  5:17
  14:21
**real**  20:22
**rear**  17:23
**reason**  19:20
**receive**  10:22
**received**  6:8
  9:20 10:23,25
**recording**
  22:17
**reduced**  19:20
**reference**
  5:14
**refused**  19:4
**register**  12:3
**registered**
  8:17
**registration**
  8:14
**registrations**
  7:1
**Regular**  6:2
**relievers**
  16:5
**report**  13:20
  15:3

**reported**  9:3
  16:25
**reports**  18:19
**Republican**
  5:2,4,5 6:4
  9:11 10:2
  17:4 19:11
**Republicans**
  14:5 15:7
  20:6,8,9,18
**required**  8:6
  10:8,10 19:12
**research**
  16:11
**resident**  5:19
**resulted**  13:6
**resulting**
  13:23
**return**  8:6
**returning**
  16:19
**risk**  20:10
**room**  14:4,10
  16:25 17:23
  18:25 19:2,3,
  5,7
**Rudy**  12:5,6,8
  16:19
**run**  13:17
  19:23
**rush**  19:21

---

**S**

**sampled**  18:13
**Samuel**  10:16
  15:2
**Santa**  18:6
**satellite**
  6:12,25 7:13
  8:2 9:1
**satellites**
  10:12
**saving**  21:14
**scanned**  13:11
**school**  20:23

**security**  19:4
**seized**  15:8
**selected**
  12:17
**selection**
  12:18,20
**sell**  11:12
**sense**  22:14
**September**
  6:11,16
**services**
  11:17 12:15,
  16,21 13:3
**she'd**  8:18
**shift**  13:21
  17:6 18:14
**shipment**
  17:10
**short**  11:10
  16:1
**shortly**  22:15
**show**  5:12
  10:24 19:22
  22:4
**shown**  5:6
  15:8
**shut**  12:2
  20:5,18
**sign**  8:6 12:5
  14:24
**signature**
  9:21,24,25
  10:4
**signatures**
  9:23
**signed**  15:12
**signs**  11:3
**similar**  17:5
**single**  9:14
  20:3
**Sito**  12:14
**society**  21:13
**sold**  11:22
  21:4
**Sort**  18:5
**sounds**  19:15

**soviet**  11:9
**specifically**
  7:13 18:2
**started**  6:12
**state**  5:13,
  19,24 6:9
**stated**  17:10
**states**  10:17
  13:20 21:7
**stating**  11:21
**stations**  22:7
**stayed**  18:23
**steal**  7:23
**Stealing**
  21:22
**stick**  22:14
**stole**  21:6,
  24,25 22:4
**stop**  16:15
  21:10
**straight**  7:8
**strange**  8:4
  12:18,20
**submitted**
  5:25
**suffering**
  16:14
**supervisor**
  6:17,21,22
  7:14
**support**  16:21
**supposed**  9:9
**Supreme**
  10:17,20
**surely**  7:18
**switch**  16:15
**sworn**  5:21
  17:19 19:7
**system**  8:16,
  24 10:9
**systemic**
  15:16

---

**T**

**table**  14:15

**tables** 17:22
**talking** 13:21
  15:2 19:12
**tampering**
  12:2
**TCF** 9:3,22
  13:7 16:23
  18:17,20
**technologicall**
**y** 22:4
**telling** 7:25
  11:4
**ten** 6:6 9:13
  13:8,9,10
**tens** 17:20
**text** 21:2
**That'd** 12:25
**theft** 11:17
**thieves** 11:20
**thing** 10:4,5
  13:24 19:24
  22:2
**things** 16:4
  21:13
**thought** 14:5
  17:6,14 18:4
  22:11
**thousand**
  14:12,17,19
  17:16 18:5
  19:9,21
**thousands**
  11:2 17:21
**threatened**
  21:11
**throw** 14:22
**thrown** 14:15,
  23
**ticket** 7:9
**time** 7:19
  10:11,14,25
  11:10 13:25
  15:1
**times** 5:3
  10:5,6 11:2,6
  13:7,10,13
  18:11 21:4

**title** 11:14,
  15,19,25 12:1
**titles** 11:20
**told** 9:11
  10:3,23
  13:15,16
  15:4,24
  21:11,12,13
**tons** 15:2
**Topical** 16:5
**training** 6:9
**trashed** 21:16
**true** 15:13
  22:2
**Trump** 14:6
  15:19 19:16
  21:7
**trust** 11:18
**turn** 12:19
**Twitter** 11:6

---

**U**

**Ultimately**
  15:3
**unbelievable**
  22:13
**uncorrupted**
  21:21
**underlying**
  16:8
**unfair** 13:23
**union** 11:9
**United** 10:17
  13:20
**unlawful** 9:16
  15:20 19:13
**unlawfully**
  5:7
**Unlike** 17:22
**upper** 15:10
**usual** 14:13

---

**V**

**valid** 11:1

**validate** 9:7
**vans** 14:3,9,
  10,11
**Vegas** 20:16
**Venezuela**
  11:8
**verifying**
  10:1
**version** 14:1
**victim** 11:14,
  24 12:4
**victory** 19:15
**view** 18:25
**violating**
  20:10
**virtual** 12:1
**virtue** 9:15
**Visit** 16:16
**vociferously**
  18:21
**vote** 7:2,4,
  11,12,15,20
  8:3,5,9,10,
  18,19 9:17
**voted** 8:10
  21:18
**voter** 5:11
  6:25 8:7,13
  9:5 15:6,17
  18:7 19:10
**voter's** 9:21
**voters** 6:15
  7:4,8,10
**votes** 5:1,7
  12:22 13:8
  14:7 15:20
  18:8,9 19:11
  21:7
**voting** 7:10
  10:5 12:15,
  16,21 13:3

---

**W**

**waist** 7:19
**Wall** 22:10

**Washington**
  11:6
**wasting** 16:15
**watch** 7:11
**watcher** 17:4
**weeks** 7:12
**win** 7:19
**windows** 18:24
**winner** 15:19
**witnessed**
  7:7,9 13:4
**witnesses**
  14:8 15:22,23
  22:1
**woke** 20:4
**woman** 15:13
**words** 11:13
**work** 6:7
  13:3,17
**worked** 6:10,
  15 9:1 16:6
**worker** 5:16
  6:22 9:12
  10:3 14:20,
  21,24
**workers** 6:16,
  23 7:3,7,9
  8:23 13:4,21
**working** 6:12
  7:12
**world-class**
  21:21
**worse** 21:9
**wow** 18:3
**wrong** 15:10

---

**X**

**X1** 16:7,11,
  12,15,16

---

**Y**

**years** 5:24
  16:10 20:3

**York** 7:17