# Exhibit 113

The New York Times

ADVERTISEMENT



AD SMARTASSET

**Avoid These 7 Mistakes Finding a Financial Advisor**

7 Mistakes You'll Make Hiring A Financial Advisor

LEARN MORE

# *Giuliani Is Said to Seek $20,000 a Day Payment for Trump Legal Work*

Last week, the president put the former New York mayor in charge of the court challenges to his loss in the election. Since then they have suffered nothing but setbacks.

    



Rudolph W. Giuliani, President Trump's personal lawyer, speaking about lawsuits on behalf of the Trump campaign this month in Philadelphia earlier. The president has put him in charge of all of his election-related litigation. Gabriela Bhaskar for The New York Times

  **By Michael S. Schmidt and Maggie Haberman**

Published Nov. 17, 2020   Updated Jan. 14, 2021

Rudolph W. Giuliani, who has helped oversee a string of failed

Document title: Giuliani Is Said to Seek $20,000 a Day Payment for Trump Legal Work - The New York Times
Capture URL: https://www.nytimes.com/2020/11/17/us/politics/giuliani-trump-election-pay.html
Capture timestamp (UTC): Fri, 22 Jan 2021 19:09:12 GMT



By Michael S. Schmidt and Maggie Haberman

Published Nov. 17, 2020    Updated Jan. 14, 2021

Rudolph W. Giuliani, who has helped oversee a string of failed court challenges to President Trump's defeat in the election, asked the president's campaign to pay him $20,000 a day for his legal work, multiple people briefed on the matter said.

The request stirred opposition from some of Mr. Trump's aides and advisers, who appear to have ruled out paying that much, and it is unclear how much Mr. Giuliani will ultimately be compensated.

Since Mr. Giuliani took over management of the legal effort, Mr. Trump has suffered a series of defeats in court and lawyers handling some of the remaining cases have dropped out.

A $20,000-a-day rate would have made Mr. Giuliani, the former New York City mayor who has been Mr. Trump's personal lawyer for several years, among the most highly compensated lawyers anywhere.

ADVERTISEMENT



Refinance Calculator

1998'S RATE
**6.59% APR**

Calculate how much you could save

Terms & Conditions apply. NMLS#1136

Rates are at historic lows!

Loan amount
$400,000

Loan term
15-Year Fixed

Credit score
Excellent

Calculate Payment ▶

Reached by phone, Mr. Giuliani strenuously denied requesting that much.

"I never asked for $20,000," said Mr. Giuliani, saying the president volunteered to make sure he was paid after the cases concluded. "The arrangement is, we'll work it out at the end."

He added that whoever had said he made the $20,000-a-day request "is a liar, a complete liar."

There is little to no prospect of any of the remaining legal cases being overseen by Mr. Giuliani altering the outcome in any of the states where Mr. Trump is still fighting in court, much less of overturning President-elect Joseph R. Biden Jr.'s Electoral College and popular vote victory. Some Trump allies fear that Mr. Giuliani is encouraging the president to continue a spurious legal fight because he sees financial advantage for himself in it.

The Trump campaign has set up a legal-defense fund and is said to be raising significant sums to continue legal challenges in places like Pennsylvania and Georgia.

**ON POLITICS WITH LISA LERER:** *A guiding hand through the political news cycle, telling you what you really need to know.*    Sign Up

Editors' Picks


Biden's Inaugural Will Draw Stars, but Not the Crowds of Years Past


He Brought Moynihan Train Hall to Life, but Didn't Live to See It


Before 'I Have a Dream,' Martin Luther King Almost Died. This Man Saved Him.


**PAID POST: Citibank**
Two Black Families Show the Cost of the Racial Wealth Gap


**PAID POST: Citibank**
Two Black Families
Show the Cost of the
Racial Wealth Gap

like Pennsylvania and Georgia.

**ON POLITICS WITH LISA LERER:** *A guiding hand through the political news cycle, telling you what you really need to know.*

Sign Up

A Trump campaign spokesman did not respond to requests for comment.

Mr. Giuliani had sought compensation for his work dating back to the day after Election Day, when Mr. Trump began publicly claiming that he won despite the results, according to people familiar with the request, who asked for anonymity to speak about sensitive discussions.

At $20,000 a day, Mr. Giuliani's rate would be above the top-of-the-line lawyers in Washington and New York who can charge as much as $15,000 a day if they are spending all of their time working for a client.


ADVERTISEMENT

Refinance Calculator

Rates are at historic lows!

1991'S RATE
**8.40% APR**

Calculate how much you could save

Terms & Conditions apply. NMLS#1136

1991

Loan amount
$400,000

Loan term
15-Year Fixed

Credit score
Excellent

Calculate Payment ▶

Mr. Trump's insistence that widespread voter fraud cost him the election has no basis in fact but has stoked skepticism about the outcome among his base, including some who violently protested this past weekend in Washington.



**The Biden Administration**

**Live Updates ›**
Updated 3 hours ago

- Lloyd Austin is confirmed, becoming the first Black defense secretary in U.S. history.
- Governors order their National Guard troops home after some were told to sleep in a parking garage.
- Biden wants to raise some taxes, but many of his predecessor's cuts are here to stay.

Is this helpful? 👍 👎

Mr. Giuliani has encouraged Mr. Trump to believe a number of conspiracy theories about voting machine irregularities, according to multiple people close to the president who were not authorized to discuss the conversations publicly. Late last week, Mr. Giuliani repeatedly insisted to the president that his other advisers have

conspiracy theories about voting machine irregularities, according
to multiple people close to the president who were not authorized
to discuss the conversations publicly. Late last week, Mr. Giuliani
repeatedly insisted to the president that his other advisers have
not been telling him the truth about his chances of success in his
legal battles to overturn the results of the election.

Last Friday, as Mr. Trump's legal fight in Arizona appeared to peter
out when the campaign dropped a lawsuit in Maricopa County,
Ariz., that was destined to fail, the president put Mr. Giuliani in
charge of all election-related litigation and communications for it.

On Monday, the day before a key hearing on a lawsuit in federal
court in Pennsylvania, Mr. Giuliani forced out a lawyer who had
been leading the case, two people briefed on the events said. That
left Mr. Trump's team scrambling for a replacement. The local
lawyer now handling the case has referred to Mr. Biden as the
winner of the election and has said the lawsuits will not change
that outcome.

The judge in the case declined on Monday night to postpone the
hearing despite a request from the Trump team.

On Tuesday, Mr. Giuliani made the opening argument in the
Pennsylvania hearing, largely sidestepping whether there was
evidence that voting or vote counting in the state had been
compromised. Instead, he repeated baseless claims of "widespread
nationwide voter fraud."

Mr. Giuliani, who has been claiming for two weeks that the election
was compromised by massive fraud, acknowledged in court that
the federal suit in Pennsylvania, which focuses on whether all
voters in the state had the same opportunity to fix problems with
their mail-in ballots, did not involve fraud. "This is not a fraud
case," he said.

ADVERTISEMENT



While the hearing was taking place, the Pennsylvania Supreme
Court handed the Trump legal team another defeat, ruling that a
lower court should not have agreed to give greater access to
Republican monitors at the main vote counting site in Philadelphia.

Beginning in April 2018, in the middle of the Mueller investigation,
Mr. Giuliani began representing Mr. Trump for free as his personal
lawyer. Although Mr. Giuliani said he made nothing from Mr.
Trump, it gave him direct access to the president and his

Beginning in April 2018, in the middle of the Mueller investigation, Mr. Giuliani began representing Mr. Trump for free as his personal lawyer. Although Mr. Giuliani said he made nothing from Mr. Trump, it gave him direct access to the president and his administration — access that Mr. Giuliani used to help his other clients, including foreign business executives under investigation by the Justice Department.

After the Mueller investigation ended in April 2019, Mr. Giuliani continued his work for Mr. Trump, concentrating on trying to develop damaging information in Ukraine about Mr. Biden's son, Hunter Biden — an effort that ultimately led to the House impeaching Mr. Trump.

Last year, the intelligence community warned the White House that Mr. Giuliani had become the target of a foreign influence operation by the Russian government, which was seeking to feed misinformation to him in the hopes of undermining Mr. Biden's presidential campaign.

The president has refused to allow a formal transition from one administration to the next to begin, blocking Mr. Biden's team from having access to the agencies they will take over and from receiving briefings on the pandemic and national security threats to the country. National security experts have said this could leave the Biden administration at a disadvantage as it takes over the government in January, and Mr. Biden has said the delay could prove costly in treating the spreading coronavirus pandemic.

Alan Feuer contributed reporting.

**Trump vs. the Election**

Trump Loses String of Election Lawsuits, Leaving Few Vehicles to Fight His Defeat  Nov. 13, 2020



Trump Is Not Doing Well With His Election Lawsuits. Here's a Rundown.  Nov. 13, 2020



Behind Trump's Yearslong Effort to Turn Losing Into Winning  Nov. 15, 2020



Michael S. Schmidt is a Washington correspondent covering national security and federal investigations. He was part of two teams that won Pulitzer Prizes in 2018 — one for reporting on workplace sexual harassment and the other for coverage of President Trump and his campaign's ties to Russia.  @NYTMike

Maggie Haberman is a White House correspondent. She joined The Times in 2015 as a campaign correspondent and was part of a team that won a Pulitzer Prize in 2018 for reporting on President Trump's advisers and their connections to Russia.  @maggieNYT

A version of this article appears in print on Nov. 18, 2020, Section A, Page 20 of the New York edition with the headline: Giuliani Is Said to Ask for $20,000 a Day. Order Reprints | Today's Paper | Subscribe

    



headline: Giuliani Is Said to Ask for $20,000 a Day. Order Reprints | Today's Paper | Subscribe

  



## 2020 Election

The latest news about the 2020 election, including updates on the candidates, the polls and the major issues.

| Presidential Election Results: Biden Wins |  | U.S. Senate Election Results: Democrats Win |  | U.S. House Election Results |  |
|---|---|---|---|---|---|
| 1m ago | | 1m ago | | 1m ago | |

### More in Politics



Doug Mills/The New York Times

**Melania Trump's Legacy: Missteps, Mystery and, in the End, Absence**
Jan. 19



Carolyn Kaster/Associated Press

**Do You Know Where the Vice President Lives?**
10h ago



Pete Marovich for The New York Times

**Tiffany Trump Announces Engagement**
Jan. 21



Brendan Smialowski/Agence France-Presse — Getty Images

**Bernie Sanders Is Once Again the Star of a Meme**
Jan. 21



Doug Mills/The New York Times

**Psaki Tries to Strike a New Tone in the White House Briefing Room**
Jan. 21

### Editors' Picks



**The Stories of Those Who Lost Decades in the Closet**
Jan. 19



Sara Krulwich/The New York Times

**It's Time to Turn the Page on the Trump-Shakespeare Comparisons**
Jan. 19



Adrian Kraus/Associated Press

**When the Removal of 2 N.F.L. Stars From Playoff Games Is Progress**
Jan. 19

### Most Popular

Is That a Rolex on Biden's Wrist?

'Everybody Loved Blake, Except His Wives. Sometimes, We Hated Him.'

My Co-Worker Is a Scammer and She Gets on My Last Nerve

Top Honor for a Tennis Player With Intolerant Views Draws Outrage

Two Masks Are the New Masks

'Every Two Months, One of My Teammates Dies'

'This Kettle Is Set to Boil': New Evidence Points to Riot Conspiracy

A Report Card for U.S. Schools

Supermarket Worker Stole $1 Million and Bought Cars and Guns, Police Say

'A Total Failure': The Proud Boys Now Mock Trump

ADVERTISEMENT

AD SMARTASSET



**Avoid These 7 Mistakes Finding a Financial Advisor**

7 Mistakes You'll Make Hiring A Financial Advisor

The Biden Administration · Live Latest Updates · Cabinet Nominee Tracker · Electoral College Results · Transition of Power

Melania Trump's Legacy: Tableaus, Mystery and, in the End, Absence
Jan. 19

Do You Know Where the Vice President Lives?
10h ago

‘This Kettle Is Set to Boil’: New Evidence Points to Riot Conspiracy

A Report Card for U.S. Schools

Supermarket Worker Stole $1 Million and Bought Cars and Guns, Police Say

‘A Total Failure’: The Proud Boys Now Mock Trump


Pete Marovich for The New York Times

**Tiffany Trump Announces Engagement**
Jan. 21


Brendan Smialowski/Agence France-Presse — Getty Images

**Bernie Sanders Is Once Again the Star of a Meme**


Doug Mills/The New York Times

**Psaki Tries to Strike a New Tone in the White House Briefing Room**
Jan. 21

**Editors' Picks**



**The Stories of Those Who Lost Decades in the Closet**
Jan. 19

Sara Krulwich/The New York Times

**It's Time to Turn the Page on the Trump-Shakespeare Comparisons**
Jan. 19


Adrian Kraus/Associated Press

**When the Removal of 2 N.F.L. Stars From Playoff Games Is Progress**
Jan. 19

ADVERTISEMENT

AD SMARTASSET



**Avoid These 7 Mistakes Finding a Financial Advisor**

7 Mistakes You'll Make Hiring A Financial Advisor

LEARN MORE

The New York Times

Go to Home Page »

**NEWS**
Home Page
World
Coronavirus
U.S.
Politics
Election Results
New York
Business
Tech
Science
Sports
Obituaries
Today's Paper
Corrections

**OPINION**
Today's Opinion
Op-Ed Columnists
Editorials
Op-Ed Contributors
Letters
Sunday Review
Video: Opinion

**ARTS**
Today's Arts
Art & Design
Books
Dance
Movies
Music
Pop Culture
Television
Theater
Video: Arts

**LIVING**
At Home
Automobiles
Games
Education
Food
Health
Jobs
Love
Magazine
Parenting
Real Estate
Recipes
Style
T Magazine
Travel

**MORE**
Reader Center
Wirecutter
Live Events
The Learning Network
Tools & Services
Multimedia
Photography
Video
Newsletters
TimesMachine
NYT Store
Times Journeys
Manage My Account

**SUBSCRIBE**
📰 Home Delivery
🎁 Gift Subscriptions
🎮 Games
☕ Cooking

Email Newsletters
Corporate Subscriptions
Education Rate

Mobile Applications
Replica Edition
International
Canada
Español
中文网

© 2021 The New York Times Company   NYTCo   Contact Us   Work with us   Advertise   T Brand Studio   Your Ad Choices   Privacy Policy   Terms of Service   Terms of Sale   Site Map   Help   Subscriptions

Document title: Giuliani Is Said to Seek $20,000 a Day Payment for Trump Legal Work - The New York Times
Capture URL: https://www.nytimes.com/2020/11/17/us/politics/giuliani-trump-election-pay.html
Capture timestamp (UTC): Fri, 22 Jan 2021 19:09:12 GMT