# Exhibit 114

File 3 Uncovering the Truth  Rudy Giuliani
November 15, 2020

1

2

3

4

5

6          File 3

7    Uncovering the Truth with Rudy Giuliani & Dr. Maria Ryan

8              Nov. 15, 2020

9    https://wabcradio.com/podcast/uncovering-the-truth-with-

10   rudy-giuliani-maria-ryan/

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1      Hoaxes and other fake news stories.  This is

2  Uncovering the Truth with Dr. Maria Ryan and

3  Rudy Giuliani.  Guarding against misinformation, fake

4  news, and it doesn't seem to be making a difference.

5  Using common sense thinking with New York street smarts.

6      Now, with Dr. Maria Ryan, here is Rudy Giuliani.

7      DR. MARIA RYAN:  Good morning.  Good morning.

8  Welcome to Uncovering the Truth on this crisp beautiful

9  fall day.  I am broadcasting live from the great state

10  of New Hampshire.

11      RUDY GIULIANI:  And I'm broadcasting live from

12  Washington D.C., otherwise known as the Swamp.

13      Call us at 1(800) 848-9222, that is

14  (800) 848-WABC.  I bet you got a lot of questions this

15  week.

16      DR. MARIA RYAN:  Rudy, what is going on with the

17  Tweet from the President today?

18      RUDY GIULIANI:  Well, the President Tweeted

19  out -- I don't know if he did it last night or this

20  morning, but he Tweeted out, more or less, a comment,

21  maybe like a sarcastic remark, you know, "Biden won

22  because he cheated by keeping our poll watchers out in

23  ten states and by using a foreign company -- by using a

24  foreign company that they are affiliated with the count

25  to vote," something like that.  I'm just paraphrasing

1    it.  He was being sarcastic.  It was clear.

2       DR. MARIA RYAN:  Of course.

3       RUDY GIULIANI:  Because he said Biden won, and

4    then he went on to show all the ways, he believes, that

5    he can prove that Biden cheated.  So, of course, CNN

6    interrupted "Special news.  He conceited."

7       DR. MARIA RYAN:  Oh, dear Lord.

8       RUDY GIULIANI:  He didn't concede.

9       DR. MARIA RYAN:  No.

10      RUDY GIULIANI:  He is feisty as ever.  The

11    evidence is mounting and mounting and mounting.  In

12    fact, it is pretty overwhelming right now.

13      DR. MARIA RYAN:  Yeah.  I personally spoke to a

14    lot of the poll watchers in Pennsylvania.  And they were

15    either not allowed to even get in the building or if

16    they were allowed in the building, they were put in a

17    corner.  And nobody has been arrested in all these

18    states.

19      RUDY GIULIANI:  Right.

20      DR. MARIA RYAN:  They broke their own state laws

21    by not allowing the observers to properly observe.

22      RUDY GIULIANI:  Yep.  Yep.

23      DR. MARIA RYAN:  So we talked about that last

24    week.  And the question we had was "Do you think fraud

25    impacted the presidential election?"  The verdict was

1   overwhelming from the jurors, all of you people out

2   there.  "Yes.  94.9, "percent," "No.  5.4 percent."

3       RUDY GIULIANI:  I mean, and it is -- it was

4   pretty clear last week.  It is now overwhelming.  And it

5   is not only fraud.  It is fraud in a number of states.

6   So it is a pattern of fraud and the pattern happens to

7   be focused on Democrat cities where Democrats control

8   everything so that they can push people around.  So if

9   you go to court, you know, maybe you will get one ruling

10   but then another crooked judge will overrule it.  I

11   mean, you know, that a city -- my own city is a corrupt

12   Democrat machine.  Boston is a corrupt Democrat machine.

13   Philadelphia could make both of them look like

14   armatures.  Phila -- my comment is I would be surprised

15   if Philadelphia didn't cheat in this election.  That

16   would be the surprise.

17       DR. MARIA RYAN:  Yeah.  That is one thing I want

18   to make sure people know this is not unique.  What is

19   different about this election it does seem targeted to

20   the presidential race.  It does appear coordinated

21   across many states in the Dominion software company.

22   There has been issues.  Texas wouldn't even use it, but

23   I want to go back to election night.

24       It seemed like President Trump could not lose.

25   It was going to be a landslide.  He was leading by

1   800,000 votes in Pennsylvania, 13 percent -- 33 --

2   excuse me 300,000 votes in Michigan, by an either larger

3   percent in Wisconsin.  And he was leading by 2.5 percent

4   in Georgia, North Carolina with 90 percent of the vote

5   cast.  He was even leading in Virginia and many people

6   think he won Virginia.

7        RUDY GIULIANI:  Well, you know, Maria, that is

8   absolutely correct.  Some of those states in prior years

9   would have been called for him if the networks were

10  fair.  Meaning --

11       DR. MARIA RYAN:  Right.

12       RUDY GIULIANI:  -- Pennsylvania 800,000 ahead,

13  you're not going to catch up with something like --

14       DR. MARIA RYAN:  No.  How can you?

15       RUDY GIULIANI:  -- 65 percent of the vote cast.

16  Michigan he wasn't going to catch up.  And Wisconsin he

17  was way ahead.  I mean, those three states should have

18  been called for him.  Maybe even north Carolina or in

19  Georgia.  They didn't do it --

20       DR. MARIA RYAN:  Yeah.

21       RUDY GIULIANI:  -- because -- they didn't want to

22  have to call the election for him because maybe they

23  knew what was going to happen.  There was a big pause --

24       DR. MARIA RYAN:  Yeah.

25       RUDY GIULIANI:  -- there was a big pause.  Now

1   looks like it was instigated by Dominion, and they

2   probably got the word "We got to make up those ballots"

3   and the cheating really went into high gear.  And that

4   is when --

5       DR. MARIA RYAN:  You know --

6       RUDY GIULIANI:  -- at 4:00 in the morning 100,000

7   votes show up in Michigan.  100,000 votes to show up in

8   ashcans and boxes and what I am telling you is there was

9   four affidavits supporting it.  This isn't coming from

10  the top of my head.

11      DR. MARIA RYAN:  No, no, no, no.

12      RUDY GIULIANI:  There is plenty of evidence of

13  this.

14      DR. MARIA RYAN:  I believe it wholeheartedly.

15  Wholeheartedly that -- and it seems multi-factorial,

16  right?  We have the regular fraud that happens in every

17  election where people use dead people to cast a vote.

18  We had a lot of ballot harvesting, which in Pennsylvania

19  where they did it, and I know they did it, it is

20  illegal.  It is not illegal in California, but most the

21  time it is illegal.

22      RUDY GIULIANI:  Well, nothing is illegal in

23  California.  Nothing.

24      DR. MARIA RYAN:  Yeah.  And all these people

25  saying that they saw trucks coming to certain polling

1   stations in the night, and data analysis showing that so

2   many ballots were just strictly for Biden.  Nothing else

3   checked in the entire ballot.

4        RUDY GIULIANI:  Yes.

5        DR. MARIA RYAN:  Almost like somebody was just

6   trying to do that and put in those ballots.  But going

7   back to some of the numbers, in Pennsylvania the count

8   was over 650,000 votes.  And like I said, Michigan over

9   300,000.  And illegal counts voted without any

10  inspection, and I want people to know what a big deal

11  this is.

12       RUDY GIULIANI:  Yeah.

13       DR. MARIA RYAN:  We wanted voter integrity.  If

14  this happened to Biden, I swear my hand on a Bible, I

15  would be fighting for fairness for Biden.  We have to

16  have voter integrity.  We are the United States of

17  America.

18       And then tell us about the problem with the

19  voting machine company.

20       RUDY GIULIANI:  Oh, my goodness, Maria.  The

21  voting machine company -- I mean, that is a serious

22  national security issue.  I don't think anybody in this

23  country, including me, and I -- I blame myself for never

24  looking into this.  We don't know much about those

25  voting machines.  This company --

1      DR. MARIA RYAN:  No, but why would --

2      RUDY GIULIANI: -- first of all, makes no sense to

3   me they were counting our vote outside the United

4   States.  Why are we using a foreign company to count

5   American votes?  Dominion is a foreign company.  Not

6   only that, it is a far left radical foreign company.

7   Their director of security --

8      DR. MARIA RYAN:  Why?

9      RUDY GIULIANI:  Well, for four or five years

10   their director of security has been a big supporter of

11   Antifa.  He is all over the internet calling Trump all

12   kinds of horrible names.  He wiped -- he wiped it clean,

13   but it was kept by a fellah named Oltmann, and he has

14   got the whole thing.

15      This guy is a big lefty.  Second, Dominion isn't

16   what it appears to be.  If they had done the slightest

17   bit of due diligence, any of these governors who awarded

18   the contract, they would find out that they used their

19   software by contract with a company called Smartmatic.

20      Smartmatic is founded in 2004 by two Venezuelans

21   who were very close to Chavez.  It was founded and put

22   together for the specific purpose of stealing elections.

23   It stole elections in Venezuela.  Stole elections in

24   Argentina.  It screwed up an election in Chicago.  They

25   were going by another name at the time, Sequoia.  It is

1   all evidence.  It is all in House records.  They were

2   thrown out of Chicago for screwing up an election.  And

3   then they come back as a subcontractor with other

4   companies.

5       So Dominion is basically a shell for Smartmatic.

6   It is a company still owned by two Venezuelans.  Two

7   Venezuelans very close to Maduro, the guy that were

8   trying to overthrow in Venezuela.

9       DR. MARIA RYAN:  Great.

10      RUDY GIULIANI:  Venezuela software clearly comes

11  from China.  And our votes are being counted in Germany

12  and in Spain.

13      DR. MARIA RYAN:  That is so nuts.

14      RUDY GIULIANI:  We don't know what they are doing

15  with it.  And here is one of their specialties, which

16  they did in an Argentinian election, I believe.  One of

17  their specialties is if you're going to lose, they

18  immediately figure out where they got to cut off the

19  vote.  And then they either change the machines or here

20  they were able to bring in -- because we did this whole

21  mail-in ballot thing.  It was crazy to do.

22      DR. MARIA RYAN:  Yeah.

23      RUDY GIULIANI:  For years we were warned that

24  mail-in ballots would lead to fraud, including by

25  Jimmy Carter.

1       DR. MARIA RYAN:  Oh, Lord.

2       RUDY GIULIANI:  And James Baker and Justice

3   Souter and the New York times.  So we did mail-in

4   ballots and the Democrats said, "Great.  Now we can

5   really cheat.  If we have to make up the vote, we just

6   fill out lots of ballots."  Which is exactly what they

7   did.  And the reason Biden's name appears like on those

8   100,000 ballots that came in the middle of the night --

9       DR. MARIA RYAN:  Yeah.

10      RUDY GIULIANI: -- because you don't have time to

11  fill out the rest of the Democrats.

12      DR. MARIA RYAN:  Yeah.

13      RUDY GIULIANI:  You got to do 10,000 Biden's in

14  an hour.  So people sit around.

15      DR. MARIA RYAN:  I think they were smart, too,

16  because Republicans did really well and maybe they were

17  thinking well, if the House and Senate does fairly well,

18  Republicans, you know, they won't fight so hard for

19  President Trump.

20      RUDY GIULIANI:  Absolutely right.  You're 100

21  percent right, Maria.  They were totally shocked,

22  believe me, that he was ahead by 7 or 800,000 votes in

23  Pennsylvania.  They blew their minds.  They thought at

24  most he would be ahead by 100 -- he won those states by

25  a percent or less.  He was ahead by, like, major 300,000

1   in Michigan is a lot to be ahead.

2       DR. MARIA RYAN:  Yeah.

3       RUDY GIULIANI:  He was ahead by more in

4   Wisconsin.  Ahead by 800,000 votes in Pennsylvania.  And

5   they shut it down and said, "This is our" -- I don't

6   think they actually thought they could steal

7   Pennsylvania back.  I don't think they did, but that is

8   why they were so aggressive pushing people around,

9   pushing them out.

10       People should just understand this.  In

11  Pennsylvania there are 632,000 ballots in the count that

12  Republicans were deliberately not allowed to inspect on

13  purpose.  It wasn't on accident.  They shut them out.

14  They are completely illegal.  They are against state

15  law.  They make the whole mail-in ballot system a farce,

16  and they have to be discarded.

17       You take those 632,000 votes and take them out,

18  and he wins Pennsylvania by the 300,000 that he probably

19  actually won it by in the first place.  Similarly in

20  Michigan where we are talking about 250,000 votes.  And

21  then we move onto the other ones.  And there is plenty

22  of evidence way beyond the numbers that are needed to

23  make up the very small margin.

24       I mean, Wisconsin it is, like, 11,000 votes --

25  20,000 votes.  I mean, there are a lot more than 20,000

1  illegal ballots sitting in the vote count.  So that is

2  what we are -- that is what we are going to --

3      DR. MARIA RYAN:  Why don't the State legislators

4  examine this count in the foreign voting machines under

5  Article 2 Section 1 Clause 2 of the Constitution?

6  Aren't the State governments given the power to select

7  the electors?  Shouldn't they --

8      RUDY GIULIANI:  Dr. Maria, you're a lawyer, too.

9  You're a lawyer also.  Wow.  Well, you're absolutely

10 right.  I don't know why the State legislature are

11 sitting on their hands.  It is their responsibility

12 actually to govern the rules for federal elections

13 including for President.  For President they select the

14 electors.  Now, the congress can set laws, changing that

15 or guiding that, but they haven't in this case.

16      So I mean, the legislatures should be outraged.

17 They passed a law that is very controversial, this mail

18 thing --

19      DR. MARIA RYAN:  Yeah.

20      RUDY GIULIANI:  -- we always resisting it.  We

21 did it because of this COVID, right?

22      DR. MARIA RYAN:  Right?

23      RUDY GIULIANI:  And now we find out that the

24 Democrat Party made a mockery of it.  They made a

25 mockery of that law.

1      DR. MARIA RYAN:  Yes.

2      RUDY GIULIANI:  And they did it in cities that

3  they control, crooked cities that they control.

4      DR. MARIA RYAN:  Yep.

5      RUDY GIULIANI:  So you go into the court in

6  Philadelphia and you tell the judge, "We are not being

7  allowed to see the ballot."  The judge says, "Oh, well,

8  it says you have to be present.  You don't have to see."

9      DR. MARIA RYAN:  What is the use?

10      RUDY GIULIANI:  Well, that got reserved, but I

11  mean, that is the kind of garbage --

12      DR. MARIA RYAN:  Yeah.  Yeah.

13      RUDY GIULIANI: -- you get out of these hack

14  Democrat judges.  And they -- believe me, they exist.

15  They exist.  I mean, they are put there for political

16  reasons.  They, you know, couldn't pass a bar examine

17  again probably.  It is not all judges, but in these

18  cities where you have Democrat machine control, one of

19  the things that comes along with it is a pretty screwed

20  up Judiciary because they are getting put on --

21      DR. MARIA RYAN:  That is too bad.

22      RUDY GIULIANI: -- by party bosses.  They are not

23  getting put on by, you know --

24      DR. MARIA RYAN:  Yep.

25      RUDY GIULIANI: -- advise and consent of the

1  Senate --

2      DR. MARIA RYAN:  Yeah.  And George Soros'

3  money --

4      RUDY GIULIANI: -- unbelievable.

5      DR. MARIA RYAN: -- helps influence things.

6      RUDY GIULIANI:  George Soros' partner --

7      DR. MARIA RYAN: -- in China.

8      RUDY GIULIANI: -- was the CEO of Smartmatic.

9  George Soros' partner was running --

10      DR. MARIA RYAN:  Is that (inaudible) or do you

11  think people know this?

12      RUDY GIULIANI:  Nobody knows it.  I don't think

13  -- well, anybody who knew it and gave them a contract --

14      DR. MARIA RYAN:  Why would you look into it?

15  Right.  Why would you look into it?

16      RUDY GIULIANI:  Anybody -- anybody that knew that

17  and gave them a contract should get investigated because

18  they probably got something for it.

19      (Commercial break.)

20      This is Uncovering the Truth with Dr. Maria Ryan

21  and Rudy Giuliani.  Guarding against misinformation,

22  fake news, and it doesn't seem to be making a

23  difference.  Now, with Dr. Maria Ryan, here is

24  Rudy Giuliani.

25      RUDY GIULIANI:  Doctor Ryan, we have so many

1  calls.  I can't imagine how we are going to get to them

2  all.  So maybe -- maybe -- maybe we should just get --

3  maybe we should just get started to go to that.

4      So we will start with Judy in Brooklyn.

5      DR. MARIA RYAN:  Good morning, Judy.

6      TELEPHONE CALLER:  Hi, good morning, Mayor

7  Giuliani and Dr. Ryan.  It is so nice to hear from you.

8  Before I ask -- Mayor Giuliani, before I ask you a

9  question, I would like you to put on your legal hat

10  because it is very creative, and I want to hear

11  something creative from you because this is a crazy

12  situation.  Okay?

13      RUDY GIULIANI:  Sure.

14      TELEPHONE CALLER:  And, Maria, by the way, voter

15  integrity plus voter transparency is important, too.  So

16  here we go.

17      DR. MARIA RYAN:  Yeah.

18      TELEPHONE CALLER:  President Trump -- President

19  Trump, as far as I'm concerned, and 72 million is

20  concerned, won November 3rd at midnight.  There is

21  nothing to --

22      DR. MARIA RYAN:  Amen.

23      TELEPHONE CALLER:  Okay.  The problem is the

24  cheating and the fraud has been so overwhelming after

25  midnight, okay, and on, for example -- listen to this.

1   How is it possible that dead people voted let alone all

2   for Biden?  Could you please explain that a little to

3   me?  They all voted for Biden.  They are all dead.  They

4   all voted for Biden.  You know, it is crazy.  Factor in

5   the deliberate suppression of the truth by the press,

6   Twitter, Facebook, Google, networks, media, whatever,

7   for four years let alone the Biden scandal to suppress

8   it from the American citizens, okay, and also I have to

9   tell you I do not trust back stabber Justin Roberts.

10  I'm very concerned about him.

11      So here is my question, okay --

12      RUDY GIULIANI:  Yes.

13      TELEPHONE CALLER:  Can President Trump -- can

14  President Trump declare a state of emergency for the

15  purpose of fair elections that did not happen where all

16  American citizens are informed of the truth, Mayor, and

17  have a fully transparent election with a do over in

18  these swing states, fair and square?  What do you say?

19      RUDY GIULIANI:  He can't.  Flat out he couldn't

20  do that.  What he can do, though, I mean, it isn't just

21  the courts, he can appeal to the State legislations to

22  do their jobs.  For example, the state of the common

23  wealth of Pennsylvania and the state of Michigan, the

24  State legislature has to certify the vote.  That means

25  the state legislature, if you take that seriously, has

1  to honestly say "This is an honest vote."  How can they

2  do that in Pennsylvania?

3      I mean, they have -- they shut out Republican

4  inspectors.  I mean, it is a lot more than 682,000

5  votes.  That is the ones we can count.  And they did it

6  only in the crooked big cities.  In the other parts of

7  the state, everybody was treating fairly and fine.  No

8  complaints in the Republican areas, none, zero.

9  Republicans weren't shutting out Democrats.

10      That is also an equal protection violation in the

11  United States Constitution, which is what Bush v. Gore

12  was decided on, but the state legislatures could step

13  up.  They could do their own investigation, look at this

14  evidence and say, "I am sorry.  We are going to deduct

15  682,000 votes, and certify the vote that way."

16      And actually -- actually they would be doing

17  something honest, if they did it.  So there are -- there

18  are avenues here that the crooked press isn't telling

19  you about.  The case in -- now, we are going to have to

20  go -- in some of these cases we are going to have to go

21  in front of Democrat judges, and I'm not sure we are

22  going to get in every case the right opinion in the

23  first instance, but we can appeal all of them.

24      So if, you know, we can't help but if we were in

25  front of a judge that puts his political hat in front of

1  his judge hat, and that happens sometimes, and judges

2  will get angry at me for saying it, but I'm just telling

3  you the truth.

4       DR. MARIA RYAN:  Yeah.  I asked Rudy to put on

5  his legal hat, too, about a massive conspiracy because

6  we had people investigating or spying on the Trump

7  campaign before he was even elected.  Okay.  That is

8  illegal.  Nothing has happened to those people doing

9  that.  That should never happen in the United States of

10  America.

11       RUDY GIULIANI:  It is outrageous, Maria.  It is

12  outrageous.  It is outrageous.

13       DR. MARIA RYAN:  Yeah.  Then we knew that the

14  Russian hoax was paid for by the DMC and Hillary and yet

15  everybody knew it.  Ship and others went through the

16  charade.  Spent 40 million dollars taxpayers money that

17  is cue, No. 1.  Then the fake impeachment.  We knew this

18  was coming.  I have people outside of New Hampshire

19  saying there is algorithms in this Dominion and

20  President Trump should have won New Hampshire.

21       I mean, we need to look into this, but I have

22  breaking news.  Sidney Powell, the great attorney,

23  Sidney Powell on Maria Bartiromo broke the news that

24  Biden's transition team member, Peter Neffenger, is

25  president and director of Smartmatic.

1    How about that?  How about that?

2    RUDY GIULIANI:  I shouldn't be laughing.  I don't

3  know why I laugh at these things.  I get the dark humor

4  of a prosecutor.  I got to tell you Maria and Judy, they

5  overdid it this time, and they are going to get caught.

6    They have been stealing -- they have been trying

7  to steal elections for years.  I even know the standard.

8  In Florida they start cheating, if it is two percent or

9  less.  If it is two percent or less they hold back the

10  votes --

11    DR. MARIA RYAN:  The counties --

12    RUDY GIULIANI:  Yeah, the two counties Palm Beach

13  County and Broward County, solid Democrat machines,

14  meaning crooked, hold back the vote.  If it is within

15  two percent, they are going to start shipping ballots in

16  from elsewhere.  If it is over two percent, they are

17  smart enough to say, "We will get caught if we do it."

18    And even Mayor Daily -- I mean, this goes back at

19  least to 1960 when Mayor Daily held back the vote in

20  Chicago so that John F. Kennedy could win Illinois.  He

21  waited for the down state vote to come in.  It was close

22  and close enough to steal, but, believe me, Mayor Daily

23  wouldn't have been stupid enough to try to deal if he

24  was behind by 800,000 votes.  The only reason they did

25  it is because they have a suck up media that is corrupt.

1      DR. MARIA RYAN:  Yeah.

2      RUDY GIULIANI: -- and covers it up for them.

3      (Commercial break.)

4      This is Uncovering the Truth with Dr. Maria Ryan

5   and Rudy Giuliani.  These fake news stories affected the

6   election.

7      Now, with Dr. Maria Ryan, here is Rudy Giuliani.

8      RUDY GIULIANI:  Maria, they are lined up and

9   ready to go.

10      So Rustle from West Chester.

11      DR. MARIA RYAN:  Good morning, Rustle.

12      TELEPHONE CALLER:  Oh, good morning, Maria and hi

13   Rudy.

14      RUDY GIULIANI:  How are you?

15      TELEPHONE CALLER:  Hi, I would like to ask both

16   of you if all else fails in the courts, what will be the

17   last stitch effort?  I know Rudy is an officer of the

18   court.  You can only go so far, but I feel that we might

19   be looking at martial law in this --

20      RUDY GIULIANI:  Oh, no, no, no, no.

21      TELEPHONE CALLER:  Okay.  Rudy, thank you very

22   much.  I just wanted to know what --

23      RUDY GIULIANI:  I know and, Rustle, come on.

24   You're a jerk.  I can tell the minute you start you're a

25   jerk.  Of course there is not going to be anything

1  beyond the courts.  President Trump is an honorable

2  Patriotic American, and he is an honest man.  He wasn't

3  taking money from foreign countries like the Biden

4  family for 30 years.  It is a totally different thing.

5  He didn't plagiarize in law school or plagiarize as a

6  Senator or lie constantly about not knowing about his

7  son's business, lie to the American people about --

8  about his involved in the business.

9      He didn't go into business with the Chinese

10  communist spies.  We are talking about a complete

11  different person.

12      DR. MARIA RYAN:  Rudy, do you think Biden is in

13  the know about all the cheating and coordinated effort

14  across multiple states?  People were even told to

15  (inaudible) --

16      RUDY GIULIANI:  Honestly --

17      DR. MARIA RYAN:  There is affidavits and

18  Whistleblower's.

19      RUDY GIULIANI:  Honestly, I think I could defend

20  him on a -- I could defend him on an incompetence

21  defense.  I don't think the guy knows he -- I think he

22  vaguely knows he is president, you know.

23      DR. MARIA RYAN:  Look at the first people who

24  reached out to him.  Iran, evil terrorists.

25      RUDY GIULIANI:  Yeah, and China.

1    DR. MARIA RYAN:  Iran --

2    RUDY GIULIANI:  And China.

3    DR. MARIA RYAN:  They love it that Biden.

4    RUDY GIULIANI:  China would have lost a lot of

5  money if they didn't win.

6    Well, let's go back to our -- let's go back to

7  our friends here.  Joseph, Bronx.  Hey, Joseph.  Joseph.

8    TELEPHONE CALLER:  Good morning.

9    RUDY GIULIANI:  Good morning, sir.

10    TELEPHONE CALLER:  Yeah.  I just wanted to

11  actually make a little clarification.  I mean, you know

12  I think it is very unfair that the media came down on

13  Nancy Pelosi for ice cream costing $100 a gallon.  I

14  think there is a very legitimate reason why it is so

15  experience.  From what I understand it is cocaine

16  flavored.

17    DR. MARIA RYAN:  Wow.  That came out of nowhere.

18  I wasn't expecting that.

19    RUDY GIULIANI:  Joseph, I recognize you.  You're

20  always so serious.

21    TELEPHONE CALLER:  Okay.

22    RUDY GIULIANI:  How can you -- I didn't know you

23  had a great sense of humor.

24    TELEPHONE CALLER:  Well, we are living in very

25  serious times, and it is nothing to joke about.

1    RUDY GIULIANI:  I know.

2    TELEPHONE CALLER:  With regard to, you know, an

3  earlier and earlier caller Judy, she sort of stole my

4  thunder on the number of points she touched on.  The

5  steal investigate, the nonstop media by (inaudible) of

6  our president.

7    RUDY GIULIANI:  Right.

8    TELEPHONE CALLER:  The suppression of the Biden

9  corruption story again with the mass media malfeasance.

10  And also more importantly with the vote, you know, the

11  far east vote counting going on in several important key

12  states like Georgia and Pennsylvania.  You know, there

13  is a wealth of information on that that you're not going

14  to find in the mass media because, again, the media, as

15  we all know, is contentious and bias and --

16    RUDY GIULIANI:  It is insane.

17    TELEPHONE CALLER: -- favor of the Democrats.

18  They are in their pockets, but there is a wonderful site

19  it is UNZ.com

20    RUDY GIULIANI:  UNZ?

21    TELEPHONE CALLER:  A lot of the stories by

22  Paul Craig Roberts, (inaudible) a lot of solid

23  conservatives who've uncovered evidence that, you know,

24  the Democrats have indeed vote stealing with regard to

25  this election, and it is not a fair election at all.

1  So, again, you want to visit that site.  It is UNZ.com.

2  But again --

3      RUDY GIULIANI:  Thanks.  I think we will look at

4  that.  I mean, as you got to go on the internet and you

5  got to do your own research now because we are living in

6  an age of massive censorship.  It is tragic.  Right,

7  Maria?

8      DR. MARIA RYAN:  It is terrible, and it is

9  incredible how many data analysis or analytic people, I

10  don't know what their titles are, that are taking this

11  seriously.  They are, like, "I know how they did it.  I

12  know the algorithm they put in."  Dr. Sharaby, I think

13  his name is, with MIT, e-mail, he even says there is

14  something terribly, terribly wrong with these voting

15  machines.

16      RUDY GIULIANI:  Yep.  I will tell you one of the

17  things that I learned because I don't -- I don't know

18  this part of the case as well as Sidney does, but I do

19  know that one of the things that Smartmatic specializes

20  in including, you know, warning you you have fallen too

21  far behind, stop, reset, and start cheating even more,

22  they also know how to spread a vote out.  So if they

23  have to catch you up, let's say by 10,000 votes, they

24  don't do it just in one place.  They sprinkle it in

25  throughout a big city --

1      DR. MARIA RYAN:  Uh-huh.

2      RUDY GIULIANI: -- but they made a mistake in

3  Michigan.  That is how it all started.  In Antrim

4  County, Michigan way up in northern Michigan,

5  Republican, as you can imagine, all of a sudden Biden

6  wins.  And some enterprising people said, "It can't be.

7  Can't be.  Can't be."

8      So they went back and they examined the machine

9  and the machine had 6,000 votes switched from Trump to

10  Biden.  And then they said, "Oh, it is a mistake, a

11  mistake, a mistake."  And then we found out the whole

12  history of this company.  This is what they do.  But

13  usually they are smarter than that.  They don't do a

14  6,000 vote.  They might do a 2,000 here.

15      DR. MARIA RYAN:  Sprinkle.

16      RUDY GIULIANI:  Right?  You know that Maria.

17      DR. MARIA RYAN:  Yeah.  In Wisconsin I know they

18  found the same thing.  Why can't every state, every

19  county who is using this do an audit?

20      RUDY GIULIANI:  They have to.

21      DR. MARIA RYAN:  You know what --

22      RUDY GIULIANI:  They have to otherwise we are

23  going to have a --

24      DR. MARIA RYAN:  -- 73 million people voted for

25  President Trump.  We deserve an answer.

1      RUDY GIULIANI:  Maria, we spent 40 million

2   dollars to find out that Russia didn't collude with

3   President Trump in the last election.  Well, we should

4   spend more than that.

5      DR. MARIA RYAN:  They eluded with Hillary.

6      RUDY GIULIANI:  This is a foreign -- this is a

7   foreign entity that is rigging our election.  This is a

8   Venezuelan owned company.  They may be registered in

9   Delaware --

10      DR. MARIA RYAN:  I didn't realize that.

11      RUDY GIULIANI: -- they maybe registered in

12   Delaware but the people who own it and funded it are

13   Venezuelans.  They did originally for Chavez.  They work

14   with Maduro now.  These people are dead set enemies of

15   the United States of America.

16      You can't find a bigger enemy of the United

17   States than Venezuela.  And you can't find a better

18   example of what the left wingers want to do to us like

19   Soros that let us be another Venezuela.  And a couple of

20   them can be rich, and we will all be on welfare.  That

21   is the aim of the current crooked Democrat party.  Not

22   all Democrats by any means.

23      DR. MARIA RYAN:  Right.

24      RUDY GIULIANI:  Most Democrats are victimized by

25   this just like we are.

1      DR. MARIA RYAN:  Yep.

2      RUDY GIULIANI:  So let's go to Daniel in New

3  Jersey.

4      TELEPHONE CALLER:  What you said was right on.

5  A lot of these judges that are encountering now are

6  nothing but political hacks, and I want to talk about

7  the Bruce Marks/William Stinson case.

8      RUDY GIULIANI:  The which one?

9      TELEPHONE CALLER:  The Bruce Marks -- Bruce and

10  William Stinson.

11      RUDY GIULIANI:  You got to tell me the case.

12      TELEPHONE CALLER:  1993/94.

13      RUDY GIULIANI:  Okay.

14      TELEPHONE CALLER:  There was a state Senate race

15  with a special election in '93.  And William Stinson was

16  actually sworn in.  Mark said, "No, no.  You had all

17  kind of election fraud with these absentee," and he went

18  to the federal court and had it overturned.  And they

19  actually threw him out of office after he was sworn in.

20      RUDY GIULIANI:  I know it.  It was in

21  Pennsylvania.  It was -- it was a lot of it was fraud

22  with absentee ballots.  Very much like our case.  And it

23  was --

24      DR. MARIA RYAN:  Yep.

25      RUDY GIULIANI:  -- decided by the federal district

1  court in Pennsylvania.  I forgot which district.  Maybe

2  the middle district, but in any event there is precedent

3  for throwing out an election because of tampering with

4  absentee ballots, and I'm not even sure in that case

5  they proved the exact number like we can.  They threw it

6  out because the election stunk.

7        They couldn't -- look you got to certify an

8  election.  It is like, you know, signing an affidavit.

9  You have to certify to the best of your knowledge this

10  is a legitimate vote count.  How the heck can you do

11  that in Pennsylvania?  Anybody who does it is committing

12  perjury.

13        DR. MARIA RYAN:  Well, I have to say a lot of the

14  e-mails that were going to you, Rudy, because people

15  are, like, Rudy -- Rudy, if anybody can do this, Rudy

16  Giuliani can find out the truth, and I was tasked

17  helping sort through all these e-mails you were getting.

18  And there is people from California --

19        RUDY GIULIANI:  I know.

20        DR. MARIA RYAN:  -- New York.  They are all over

21  the United States saying "I got three different ballots

22  in my mail."

23        RUDY GIULIANI:  Yeah.  This whole mail -- this

24  whole mail thing was a -- turns out to be a Democrat

25  scheme.  To be able to do what they do but do it on a

1  bigger scale.  They -- they put in phony ballots in

2  every election in these crooked cities, but now since

3  they have the mail thing, they can put in large numbers

4  of phony ballots.  This is what we were warned about to

5  not do mail.  We were warned about it ten years ago by

6  the New York Times.

7      DR. MARIA RYAN:  Yeah.  Jimmy Carter talked about

8  it, too.

9      RUDY GIULIANI:  Turns out the New York Times was

10  right about something.

11      Hailey --

12      DR. MARIA RYAN:  One thing --

13      RUDY GIULIANI: -- from Florida.  Let's get

14  Hailey.

15      Hailey?

16      TELEPHONE CALLER:  Hi, guys.  How are you?

17      RUDY GIULIANI:  How are you Hailey?

18      DR. MARIA RYAN:  Good morning.

19      TELEPHONE CALLER:  I'm doing well.  Thanks for

20  taking my call.  I just think I have a pretty good

21  point.  One that every American can relate to in

22  parallel to this voting mess.  In that, you know, when

23  you go to gamble and you go to play a gambling machine,

24  it is controlled by the state lottery.  And those

25  servers are controlled by the state laterally and they

1   are harbored in the U.S.  So why is it so hard for the

2   election systems, you know, to work in the same way in

3   the states?  I just don't get it.  It is like such

4   common sense.

5       RUDY GIULIANI:  What do you think, Maria?

6       DR. MARIA RYAN:  Common sense is right, Hailey.

7   There is no common sense here.  And why is there

8   automatic algorithms in there.  Isn't it as simple or am

9   I missing something that votes just get counted

10  encabulated?  Why are the algorithms put in these

11  systems?  I'm perplexed over it.  Somebody --

12      TELEPHONE CALLER:  Well, yeah, I mean, they are

13  not put in the gambling system.  So maybe that is more

14  important than voting apparently.

15      RUDY GIULIANI:  We protect gambling more than we

16  protect the sacrad vote.

17      DR. MARIA RYAN:  Our votes.

18      TELEPHONE CALLER:  Is what it seems.

19      RUDY GIULIANI:  Wow.  But, Hailey, I don't

20  understand why any governor would give a contract to any

21  foreign company to count our vote.  I don't care.  Even

22  it is a Canadian company.  It is a friendly country, but

23  it gets out of our control.  And then they are too

24  stupid to find out that, really, that company isn't

25  doing the counting.  Smartmatic is.  With Soros pal the

1   chairman of it and the company that is in trouble all

2   over the world?  Now, Texas threw them out.  Texas did

3   what apparently these other states didn't do.  Texas

4   threw them out because there -- they are incompetent

5   also.

6        DR. MARIA RYAN:  Yeah.

7        RUDY GIULIANI:  They do a good job of counting

8   the vote even when they are trying to be honest.  All

9   well.

10        DR. MARIA RYAN:  You know how I eluded to these

11   e-mails before?  One of the threads in all these e-mails

12   is that they don't trust the FBI.  So they want to know

13   where do I report "x" happening to me?  The fact that I

14   got multiple ballots or I went to go vote they told me I

15   already did.  Like, people don't know where to go and

16   they don't trust the FBI.

17        RUDY GIULIANI:  Yeah, well --

18        DR. MARIA RYAN:  I think it is said on the shell

19   "Go to your state attorney general" but is there any

20   better thing I should tell people, Rudy?

21        TELEPHONE CALLER:  I --

22        RUDY GIULIANI:  Well, I think they got to go to

23   the FBI no matter what at this point.  But, I mean, they

24   should report it to us, and we will get it to court.

25   That is the only place I can tell you that it will be

1   handled.  The FBI has buried so many things I can't

2   figure out what Christopher Ray and what he thinks his

3   job is.

4        So let's go to Rustle in Passaic, New Jersey.

5        DR. MARIA RYAN:  Oh, Passaic.

6        RUDY GIULIANI:  Passaic, yep.

7        TELEPHONE CALLER:  Nice.  Thanks so much,

8   Mr. Mayor.  You're doing the work that over half this

9   country is looking for you to save this country --

10       DR. MARIA RYAN:  Yeah.

11       TELEPHONE CALLER: -- going forward, but I have a

12   couple very simple questions.  First, you cannot go

13   anywhere these days without be watched by some security

14   cameras.  What happened to the security cameras in these

15   voting areas where they are tabulating these votes?

16       RUDY GIULIANI:  Yeah, yeah, how come they didn't

17   have any?  Because they knew they were going to cheat.

18   That is why.  Why do they keep -- why would you create

19   this problem of keeping the Republicans out if you're

20   not cheating?  The law says and different states have

21   different language.  Some say "present."  Some say

22   "observe."  Some say "inspect," but, look, we all know

23   it.  We have been counting absentee ballots for 1,000

24   years.  I've been through it.

25       And never -- I never heard of anybody even think

1  about this.  You're counting absentee ballots.  You have

2  a Republican on one side, a Democrat on the other.  And

3  you show it to them.  Now, you say COVID.  COVID.  Well,

4  first of all, these laws were passed and the state

5  legislatures knew about COVID, and they still required

6  inspection.  So then --

7      DR. MARIA RYAN:  Yes.

8      RUDY GIULIANI:  -- hold the ballot up, hold it up

9  so everybody can see it.  And let the person be six feet

10 away.

11     DR. MARIA RYAN:  Called voter integrity.

12     RUDY GIULIANI:  Hold it up.  And then if there is

13 a really questionable ballot, put it down on a thing.

14 Let the person come over with a mask on and examine it

15 with gloves on.  I mean, if you want to do it, you can

16 do it.  COVID doesn't give them an excuse to break the

17 law.  And how come every single one of them in ten, 12

18 different places did exactly the same thing with exactly

19 the same excuse if it wasn't orchestrated?  That is --

20     DR. MARIA RYAN:  Well, they weren't worried about

21 COVID when they went dancing in the streets.  Nobody

22 questioned that.

23     RUDY GIULIANI:  Yeah.  I mean, COVID?  There are

24 all kinds of ways around COVID.  You put the mask on.

25 You hold the ballot up.  I can, you know --

1    DR. MARIA RYAN:  Yep.

2    RUDY GIULIANI:  You hold the ballot up.  Now, if

3 I see something wrong with that ballot, you put it aside

4 and we will look at that one later.  Hold it up.  Look

5 at it later.  That is what we do forever and ever with

6 absentee ballots.

7    All of these people are professional elector

8 people.  They have been doing this for years.  This is

9 so unusual it had to be orchestrated.  In other words,

10 nobody is going to wake up who counts ballots and say,

11 "We are going to shut out the Republicans.  We are not

12 going to let them see the ballots."  And somebody in

13 Pennsylvania has that idea and somebody in Detroit has

14 that idea and somebody in Phoenix has that idea and

15 somebody in Las Vegas has that idea?  What do you think?

16 I'm stupid?

17    DR. MARIA RYAN:  You know --

18    RUDY GIULIANI:  Do you think I'm stupid, Maria?

19    DR. MARIA RYAN:  No, of course not.  Rustle made

20 the statement about security cameras.  And in

21 Philadelphia they had a -- I guess I will call it a

22 whistleblower who said, "It is on camera.  I saw them

23 brought in ballots."  If the city doesn't do anything

24 like Philadelphia, how do you get those security tapes?

25 You have to subpoena them?

1      RUDY GIULIANI:  They would subpoena them if they

2  were around.

3      DR. MARIA RYAN:  Right.  Now they've had time to

4  erase them.

5      RUDY GIULIANI:  Of course and they had time to

6  change all the envelopes.

7      DR. MARIA RYAN:  Yeah.

8      RUDY GIULIANI:  The only thing that allows you to

9  verify a mail-in ballot is the envelope, outside

10  envelope.  The minute the envelope is separated from the

11  ballot, you can no longer link the two things.  So I

12  mean, they know what they are doing.  It is a perfect

13  way to cheat because it is then very, very hard unless

14  you have the evidence that we have to pick it up.

15      So now even if we went back to those envelopes

16  and we found discrepancies in the envelopes, they

17  wouldn't relate to a particular vote.  And you know if

18  they stuffed the ballot box, they are going to change

19  the envelope.  And they have had days to do it.  So

20  those envelopes are going to be pristine by now.

21      DR. MARIA RYAN:  Yes.

22      RUDY GIULIANI:  So, I mean, it is --

23      DR. MARIA RYAN:  And recounts don't matter

24  because they will just recount the same fake Biden ones

25  that were put in, and I've heard reports that Trump --

1   legitimate Trump votes were thrown away.  So if they do

2   a recount, they will never find those votes.

3        RUDY GIULIANI:  Recounts are useless.

4        DR. MARIA RYAN:  Yep.

5        RUDY GIULIANI:  That is why -- that is why we

6   have filed an action in Georgia to not go ahead with the

7   recount unless they can produce the signatures for the

8   ballot.  Let's see if they can produce the signatures

9   for the ballot.  And then we can examine the signature.

10  You know what is going to happen?  He is going to win

11  Georgia by 100,000 votes if they do that.

12       (Commercial break.)

13       This is Uncovering the Truth with Dr. Maria Ryan

14  and Rudy Giuliani.  Guarding against misinformation,

15  fake news, and it doesn't seem to be making a

16  difference.

17       Now, with Dr. Maria Ryan, here is Rudy Giuliani.

18       RUDY GIULIANI:  We are back, and we are back for

19  the closing argument.  The question this week is should

20  mail ballots that were counted without inspection by

21  both sides be declared void and deducted from the vote

22  count?  You can answer that as a verdict.  You give your

23  verdict on WABCradio.com.

24       This closing argument now is brought to you by

25  Global Security Solutions for all of your security and

1  investigative needs.  When you need results,

2  GlobalSecuritySolutions.com

3      Maria?

4      DR. MARIA RYAN:  Well, we've been investigating

5  in looking at this.  The American public has been crying

6  out.  I want to stress this because I looked at some of

7  the main stream media and they are like President Trump

8  thinks that the election was fixed.

9      I have to tell you a big percentage of the

10  American public believe that.  There has been votes put

11  in just statistically almost impossible more people

12  voting in counties than there are residence, dead people

13  voting, whistleblowers coming out of the woodwork that

14  their supervisors were harassing them telling them to

15  backdate ballots.

16      And then all the reports of ballots being brought

17  in in the middle of the night and ballot harvesting

18  going on.  We have to really look at this as a country.

19  We need voter integrity.  I saw two news shows.  One in

20  England one in Australia.  They are pulling for us.

21  They are pulling for President Trump.  They, too,

22  believe the election was stolen.

23      We are one of the last free nations.  We got to

24  get this under control and stop it for the future, too.

25  That is what President Trump was even saying about his

1  complain.  Yes, bad, illegal, it happened to me but we

2  can't allow that to happen in the future either.  We

3  have got to wipe out all these bad people and politics

4  and the FBI, justice department, and we have got to get

5  our act together as a nation.

6      But there is too many illegitimate votes, poll

7  watchers not being able to observe.  Why?  If we can't

8  validate and have integrity, those votes must be thrown

9  out.  That is my summary.

10     RUDY GIULIANI:  This has been brought to you by

11  Global Security Solutions for all your security

12  investigative needs.  When you need results, Global

13  Security Solutions.

14     This has to be done, Maria, for the good of the

15  country.  We can't have --

16     DR. MARIA RYAN:  Absolutely.

17     RUDY GIULIANI: -- foreign counting of our

18  ballots.  And more than that, foreign counting of our

19  ballots to come under the jurisdiction of a company

20  owned by dead set enemies of the United States of

21  America.  That is outrageous.  The American people

22  didn't know that.  There are 27 states.  We can't just

23  let this pass by.  I know they are threatening us.  They

24  are firing people.  I mean, one of the lawyers involved

25  in the case in Pennsylvania, his law firm was going to

1   fire him if he stayed in the case because their clients

2   were pressuring them.

3       DR. MARIA RYAN:  That is terrible.

4       RUDY GIULIANI:  I'm getting ridiculous threats.

5       DR. MARIA RYAN:  You are, too, Rudy?

6       RUDY GIULIANI:  Yeah.  No reason to send me

7   threats, guys.  You know, you're not going to scare me.

8   The mafia didn't do it.  The phoric didn't do it.  The

9   Islamic terrorists didn't do it.  You know, screw you.

10  We are going to go ahead and do the right thing because

11  I got to wake up in the morning and so do you, Maria,

12  you're built the same way, and we got to be honest with

13  ourselves.  This election was stolen.  I know you're not

14  supposed to say that.  You would probably get thrown off

15  Twitter if you say it.  The election was stolen.

16      DR. MARIA RYAN:  Absolutely.

17      RUDY GIULIANI:  Simple.  And we got to live with

18  it.  And we got to investigate it.  And we got to do the

19  right thing.  Finally we got to do the right thing in

20  this country to straighten ourselves out.

21      DR. MARIA RYAN:  Yeah.

22      RUDY GIULIANI:  Well, Maria, great job as usual.

23  Great job by our audience, right, I mean, the people

24  calling are terrific.

25      DR. MARIA RYAN:  I love the callers.

1      RUDY GIULIANI:  They are the very, very best.

2      DR. MARIA RYAN:  We always have a good audience.

3      RUDY GIULIANI:  And remember we are the greatest

4   country on earth.  Thank God we are in America because

5   we can have this debate even if they try to shut us off,

6   we are on radio talking to you.  That wouldn't happen in

7   Venezuela.

8      God bless you.

9      (End of recording.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        C E R T I F I C A T E

2

3    I, SHAWNEE WILBORN, Certified Shorthand Reporter/

4    Transcriptionist, do hereby certify that I was

5    authorized to transcribe the foregoing recorded

6    proceeding, and that the transcript is a true and

7    accurate transcription of my shorthand notes, to the

8    best of my ability, taken while listening to the

9    provided recording.

10

11   I further certify that I am not of counsel or attorney

12   for either or any of the parties to said proceedings,

13   nor in any way interested in the events of this cause,

14   and that I am not related to any of the parties thereto.

15

16

17   Dated this 20th day of January, 2021

18

19

20          _____

21             SHAWNEE WILBORN, CSR 13361

22

23

24

25

## $

**$100**   22:13

## (

**(800)**   2:14

## 1

**1**   12:5  18:17
**1(800)848-9222**
  2:13
**1,000**   32:23
**10,000**   10:13
  24:23
**100**   10:20,24
**100,000**   6:6,7
  10:8  36:11
**11,000**   11:24
**12**   33:17
**13**   5:1
**1960**   19:19
**1993/94**   27:12

## 2

**2**   12:5
**2,000**   25:14
**2.5**   5:3
**20,000**   11:25
**2004**   8:20
**250,000**   11:20
**27**   38:22

## 3

**30**   21:4
**300,000**   5:2
  7:9  10:25
  11:18
**33**   5:1
**3rd**   15:20

## 4

**40**   18:16  26:1
**4:00**   6:6

## 5

**5.4**   4:2

## 6

**6,000**   25:9,14
**632,000**
  11:11,17
**65**   5:15
**650,000**   7:8
**682,000**   17:4,
  15

## 7

**7**   10:22
**72**   15:19
**73**   25:24

## 8

**800,000**   5:1,
  12  10:22  11:4
  19:24
**848-WABC**   2:14

## 9

**90**   5:4
**93**   27:15
**94.9**   4:2

## A

**absentee**
  27:17,22  28:4
  32:23  33:1
  34:6
**absolutely**
  5:8  10:20
  12:9  38:16
  39:16
**accident**
  11:13
**act**   38:5
**action**   36:6
**advise**   13:25
**affected**   20:5
**affidavit**
  28:8
**affidavits**
  6:9  21:17
**affiliated**
  2:24
**age**   24:6
**aggressive**
  11:8
**ahead**   5:12,17
  10:22,24,25
  11:1,3,4  36:6
  39:10
**aim**   26:21
**algorithm**
  24:12
**algorithms**
  18:19  30:8,10
**allowed**   3:15,
  16  11:12  13:7
**allowing**   3:21
**Amen**   15:22
**America**   7:17
  18:10  26:15
  38:21  40:4
**American**   8:5
  16:8,16  21:2,
  7  29:21  37:5,
  10  38:21
**analysis**   7:1
  24:9
**analytic**   24:9
**angry**   18:2
**Antifa**   8:11
**Antrim**   25:3
**apparently**
  30:14  31:3

**appeal**   16:21
  17:23
**appears**   8:16
  10:7
**areas**   17:8
  32:15
**Argentina**
  8:24
**Argentinian**
  9:16
**argument**
  36:19,24
**armatures**
  4:14
**arrested**   3:17
**Article**   12:5
**ashcans**   6:8
**attorney**
  18:22  31:19
**audience**
  39:23  40:2
**audit**   25:19
**Australia**
  37:20
**automatic**
  30:8
**avenues**   17:18
**awarded**   8:17

## B

**back**   4:23  7:7
  9:3  11:7  16:9
  19:9,14,18,19
  22:6  25:8
  35:15  36:18
**backdate**
  37:15
**bad**   13:21
  38:1,3
**Baker**   10:2
**ballot**   6:18
  7:3  9:21
  11:15  13:7
  33:8,13,25
  34:2,3  35:9,
  11,18  36:8,9

37:17
**ballots**  6:2
  7:2,6 9:24
  10:4,6,8
  11:11 12:1
  19:15 27:22
  28:4,21 29:1,
  4 31:14 32:23
  33:1 34:6,10,
  12,23 36:20
  37:15,16
  38:18,19
**bar**  13:16
**Bartiromo**
  18:23
**basically**  9:5
**Beach**  19:12
**beautiful**  2:8
**believes**  3:4
**bet**  2:14
**bias**  23:15
**Bible**  7:14
**Biden**  2:21
  3:3,5 7:2,14,
  15 16:2,3,4,7
  21:3,12 22:3
  23:8 25:5,10
  35:24
**Biden's**  10:7,
  13 18:24
**big**  5:23,25
  7:10 8:10,15
  17:6 24:25
  37:9
**bigger**  26:16
  29:1
**bit**  8:17
**blame**  7:23
**bless**  40:8
**blew**  10:23
**bosses**  13:22
**Boston**  4:12
**box**  35:18
**boxes**  6:8
**break**  14:19
  20:3 33:16
  36:12

**breaking**
  18:22
**bring**  9:20
**broadcasting**
  2:9,11
**broke**  3:20
  18:23
**Bronx**  22:7
**Brooklyn**  15:4
**brought**  34:23
  36:24 37:16
  38:10
**Broward**  19:13
**Bruce**  27:7,9
**building**
  3:15,16
**built**  39:12
**buried**  32:1
**Bush**  17:11
**business**
  21:7,8,9

---

**C**

**California**
  6:20,23 28:18
**call**  2:13
  5:22 29:20
  34:21
**called**  5:9,18
  8:19 33:11
**caller**  15:6,
  14,18,23
  16:13 20:12,
  15,21 22:8,
  10,21,24
  23:2,3,8,17,
  21 27:4,9,12,
  14 29:16,19
  30:12,18
  31:21 32:7,11
**callers**  39:25
**calling**  8:11
  39:24
**calls**  15:1
**camera**  34:22

**cameras**  32:14
  34:20
**campaign**  18:7
**Canadian**
  30:22
**care**  30:21
**Carolina**  5:4,
  18
**Carter**  9:25
  29:7
**case**  12:15
  17:19,22
  24:18 27:7,
  11,22 28:4
  38:25 39:1
**cases**  17:20
**cast**  5:5,15
  6:17
**catch**  5:13,16
  24:23
**caught**  19:5,
  17
**censorship**
  24:6
**CEO**  14:8
**certify**  16:24
  17:15 28:7,9
**chairman**  31:1
**change**  9:19
  35:6,18
**changing**
  12:14
**charade**  18:16
**Chavez**  8:21
  26:13
**cheat**  4:15
  10:5 32:17
  35:13
**cheated**  2:22
  3:5
**cheating**  6:3
  15:24 19:8
  21:13 24:21
  32:20
**checked**  7:3
**Chester**  20:10

**Chicago**  8:24
  9:2 19:20
**China**  9:11
  14:7 21:25
  22:2,4
**Chinese**  21:9
**Christopher**
  32:2
**cities**  4:7
  13:2,3,18
  17:6 29:2
**citizens**
  16:8,16
**city**  4:11
  24:25 34:23
**clarification**
  22:11
**Clause**  12:5
**clean**  8:12
**clear**  3:1 4:4
**clients**  39:1
**close**  8:21
  9:7 19:21,22
**closing**
  36:19,24
**CNN**  3:5
**cocaine**  22:15
**collude**  26:2
**comment**  2:20
  4:14
**commercial**
  14:19 20:3
  36:12
**committing**
  28:11
**common**  2:5
  16:22 30:4,6,
  7
**communist**
  21:10
**companies**  9:4
**company**  2:23,
  24 4:21 7:19,
  21,25 8:4,5,
  6,19 9:6
  25:12 26:8
  30:21,22,24

31:1 38:19
**complain**  38:1
**complaints**
  17:8
**complete**
  21:10
**completely**
  11:14
**concede**  3:8
**conceited**  3:6
**concerned**
  15:19,20
  16:10
**congress**
  12:14
**consent**  13:25
**conservatives**
  23:23
**conspiracy**
  18:5
**constantly**
  21:6
**Constitution**
  12:5 17:11
**contentious**
  23:15
**contract**
  8:18,19
  14:13,17
  30:20
**control**  4:7
  13:3,18 30:23
  37:24
**controlled**
  29:24,25
**controversial**
  12:17
**coordinated**
  4:20 21:13
**corner**  3:17
**correct**  5:8
**corrupt**  4:11,
  12 19:25
**corruption**
  23:9
**costing**  22:13

**count**  2:24
  7:7 8:4 11:11
  12:1,4 17:5
  28:10 30:21
  36:22
**counted**  9:11
  30:9 36:20
**counties**
  19:11,12
  37:12
**counting**  8:3
  23:11 30:25
  31:7 32:23
  33:1 38:17,18
**countries**
  21:3
**country**  7:23
  30:22 32:9
  37:18 38:15
  39:20 40:4
**counts**  7:9
  34:10
**county**  19:13
  25:4,19
**couple**  26:19
  32:12
**court**  4:9
  13:5 20:18
  27:18 28:1
  31:24
**courts**  16:21
  20:16 21:1
**covers**  20:2
**COVID**  12:21
  33:3,5,16,21,
  23,24
**Craig**  23:22
**crazy**  9:21
  15:11 16:4
**cream**  22:13
**create**  32:18
**creative**
  15:10,11
**crisp**  2:8
**crooked**  4:10
  13:3 17:6,18
  19:14 26:21

  29:2
**crying**  37:5
**cue**  18:17
**current**  26:21
**cut**  9:18

---

**D**

**D.C.**  2:12
**Daily**  19:18,
  19,22
**dancing**  33:21
**Daniel**  27:2
**dark**  19:3
**data**  7:1 24:9
**day**  2:9
**days**  32:13
  35:19
**dead**  6:17
  16:1,3 26:14
  37:12 38:20
**deal**  7:10
  19:23
**dear**  3:7
**debate**  40:5
**decided**  17:12
  27:25
**declare**  16:14
**declared**
  36:21
**deduct**  17:14
**deducted**
  36:21
**defend**  21:19,
  20
**defense**  21:21
**Delaware**
  26:9,12
**deliberate**
  16:5
**deliberately**
  11:12
**Democrat**  4:7,
  12 12:24
  13:14,18
  17:21 19:13

  26:21 28:24
  33:2
**Democrats**  4:7
  10:4,11 17:9
  23:17,24
  26:22,24
**department**
  38:4
**deserve**  25:25
**Detroit**  34:13
**difference**
  2:4 14:23
  36:16
**diligence**
  8:17
**director**  8:7,
  10 18:25
**discarded**
  11:16
**discrepancies**
  35:16
**district**
  27:25 28:1,2
**DMC**  18:14
**Doctor**  14:25
**dollars**  18:16
  26:2
**Dominion**  4:21
  6:1 8:5,15
  9:5 18:19
**due**  8:17

---

**E**

**e-mail**  24:13
**e-mails**
  28:14,17
  31:11
**earlier**  23:3
**earth**  40:4
**east**  23:11
**effort**  20:17
  21:13
**elected**  18:7
**election**  3:25
  4:15,19,23
  5:22 6:17

8:24 9:2,16
16:17 20:6
23:25 26:3,7
27:15,17
28:3,6,8 29:2
30:2 37:8,22
39:13,15
**elections**
8:22,23 12:12
16:15 19:7
**elector** 34:7
**electors**
12:7,14
**eluded** 26:5
31:10
**emergency**
16:14
**encabulated**
30:10
**encountering**
27:5
**end** 40:9
**enemies** 26:14
38:20
**enemy** 26:16
**England** 37:20
**enterprising**
25:6
**entire** 7:3
**entity** 26:7
**envelope**
35:9,10,19
**envelopes**
35:6,15,16,20
**equal** 17:10
**erase** 35:4
**event** 28:2
**evidence** 3:11
6:12 9:1
11:22 17:14
23:23 35:14
**evil** 21:24
**exact** 28:5
**examine** 12:4
13:16 33:14
36:9

**examined** 25:8
**excuse** 5:2
33:16,19
**exist** 13:14,
15
**expecting**
22:18
**experience**
22:15
**explain** 16:2

___

**F**

**Facebook** 16:6
**fact** 3:12
31:13
**Factor** 16:4
**fails** 20:16
**fair** 5:10
16:15,18
23:25
**fairly** 10:17
17:7
**fairness** 7:15
**fake** 2:1,3
14:22 18:17
20:5 35:24
36:15
**fall** 2:9
**fallen** 24:20
**family** 21:4
**farce** 11:15
**favor** 23:17
**FBI** 31:12,16,
23 32:1 38:4
**federal** 12:12
27:18,25
**feel** 20:18
**feet** 33:9
**feisty** 3:10
**fellah** 8:13
**fight** 10:18
**fighting** 7:15
**figure** 9:18
32:2

**filed** 36:6
**fill** 10:6,11
**Finally** 39:19
**find** 8:18
12:23 23:14
26:2,16,17
28:16 30:24
36:2
**fine** 17:7
**fire** 39:1
**firing** 38:24
**firm** 38:25
**fixed** 37:8
**Flat** 16:19
**flavored**
22:16
**Florida** 19:8
29:13
**focused** 4:7
**foreign** 2:23,
24 8:4,5,6
12:4 21:3
26:6,7 30:21
38:17,18
**forever** 34:5
**forgot** 28:1
**forward** 32:11
**found** 25:11,
18 35:16
**founded** 8:20,
21
**fraud** 3:24
4:5,6 6:16
9:24 15:24
27:17,21
**free** 37:23
**friendly**
30:22
**friends** 22:7
**front** 17:21,
25
**fully** 16:17
**funded** 26:12
**future** 37:24
38:2

___

**G**

**gallon** 22:13
**gamble** 29:23
**gambling**
29:23 30:13,
15
**garbage** 13:11
**gave** 14:13,17
**gear** 6:3
**general** 31:19
**George** 14:2,
6,9
**Georgia** 5:4,
19 23:12
36:6,11
**Germany** 9:11
**Giuliani** 2:3,
6,11,18 3:3,
8,10,19,22
4:3 5:7,12,
15,21,25 6:6,
12,22 7:4,12,
20 8:2,9
9:10,14,23
10:2,10,13,20
11:3 12:8,20,
23 13:2,5,10,
13,22,25
14:4,6,8,12,
16,21,24,25
15:7,8,13
16:12,19
18:11 19:2,12
20:2,5,7,8,
14,20,23
21:16,19,25
22:2,4,9,19,
22 23:1,7,16,
20 24:3,16
25:2,16,20,22
26:1,6,11,24
27:2,8,11,13,
20,25 28:16,
19,23 29:9,
13,17 30:5,
15,19 31:7,

17,22 32:6,16
33:8,12,23
34:2,18 35:1,
5,8,22 36:3,
5,14,17,18
38:10,17
39:4,6,17,22
40:1,3
**give** 30:20
33:16 36:22
**Global** 36:25
38:11,12
**Globalsecurity
solutions.com**
37:2
**gloves** 33:15
**God** 40:4,8
**good** 2:7
15:5,6 20:11,
12 22:8,9
29:18,20 31:7
38:14 40:2
**goodness** 7:20
**Google** 16:6
**Gore** 17:11
**govern** 12:12
**governments**
12:6
**governor**
30:20
**governors**
8:17
**great** 2:9 9:9
10:4 18:22
22:23 39:22,
23
**greatest** 40:3
**Guarding** 2:3
14:21 36:14
**guess** 34:21
**guiding** 12:15
**guy** 8:15 9:7
21:21
**guys** 29:16
39:7

---

### H

**hack** 13:13
**hacks** 27:6
**Hailey** 29:11,
14,15,17
30:6,19
**half** 32:8
**Hampshire**
2:10 18:18,20
**hand** 7:14
**handled** 32:1
**hands** 12:11
**happen** 5:23
16:15 18:9
36:10 38:2
40:6
**happened** 7:14
18:8 32:14
38:1
**happening**
31:13
**harassing**
37:14
**harbored** 30:1
30:1 35:13
**harvesting**
6:18 37:17
**hat** 15:9
17:25 18:1,5
**head** 6:10
**hear** 15:7,10
**heard** 32:25
35:25
**heck** 28:10
**held** 19:19
**helping** 28:17
**helps** 14:5
**Hey** 22:7
**high** 6:3
**Hillary** 18:14
26:5
**history** 25:12

---

**hoax** 18:14
**Hoaxes** 2:1
**hold** 19:9,14
33:8,12,25
34:2,4
**honest** 17:1,
17 21:2 31:8
39:12
**honestly** 17:1
21:16,19
**honorable**
21:1
**horrible** 8:12
**hour** 10:14
**House** 9:1
10:17
**humor** 19:3
22:23

---

### I

**ice** 22:13
**idea** 34:13,
14,15
**illegal** 6:20,
21,22 7:9
11:14 12:1
18:8 38:1
**illegitimate**
38:6
**Illinois**
19:20
**imagine** 15:1
25:5
**immediately**
9:18
**impacted** 3:25
**impeachment**
18:17
**important**
15:15 23:11
30:14
**importantly**
23:10
**impossible**
37:11

---

**inaudible**
14:10 21:15
23:5,22
**including**
7:23 9:24
12:13 24:20
**incompetence**
21:20
**incompetent**
31:4
**incredible**
24:9
**influence**
14:5
**information**
23:13
**informed**
16:16
**insane** 23:16
**inspect** 11:12
32:22
**inspection**
7:10 33:6
36:20
**inspectors**
17:4
**instance**
17:23
**instigated**
6:1
**integrity**
7:13,16 15:15
33:11 37:19
38:8
**internet** 8:11
24:4
**interrupted**
3:6
**investigate**
23:5 39:18
**investigated**
14:17
**investigating**
18:6 37:4
**investigation**
17:13

investigative
  37:1 38:12
involved  21:8
  38:24
Iran  21:24
  22:1
Islamic  39:9
issue  7:22
issues  4:22

**J**

James  10:2
jerk  20:24,25
Jersey  27:3
  32:4
Jimmy  9:25
  29:7
job  31:7 32:3
  39:22,23
jobs  16:22
John  19:20
joke  22:25
Joseph  22:7,
  19
judge  4:10
  13:6,7 17:25
  18:1
judges  13:14,
  17 17:21 18:1
  27:5
Judiciary
  13:20
Judy  15:4,5
  19:4 23:3
jurisdiction
  38:19
jurors  4:1
justice  10:2
  38:4
Justin  16:9

**K**

keeping  2:22
  32:19

Kennedy  19:20
key  23:11
kind  13:11
  27:17
kinds  8:12
  33:24
knew  5:23
  14:13,16
  18:13,15,17
  32:17 33:5
knowing  21:6
knowledge
  28:9

**L**

landslide
  4:25
language
  32:21
large  29:3
larger  5:2
Las  34:15
laterally
  29:25
laugh  19:3
laughing  19:2
law  11:15
  12:17,25
  20:19 21:5
  32:20 33:17
  38:25
laws  3:20
  12:14 33:4
lawyer  12:8,9
lawyers  38:24
lead  9:24
leading  4:25
  5:3,5
learned  24:17
left  8:6
  26:18
lefty  8:15
legal  15:9
  18:5
legislations

16:21
legislators
  12:3
legislature
  12:10 16:24,
  25
legislatures
  12:16 17:12
  33:5
legitimate
  22:14 28:10
  36:1
let alone
  16:1,7
lie  21:6,7
lined  20:8
link  35:11
listen  15:25
live  2:9,11
  39:17
living  22:24
  24:5
longer  35:11
looked  37:6
Lord  3:7 10:1
lose  4:24
  9:17
lost  22:4
lot  2:14 3:14
  6:18 11:1,25
  17:4 22:4
  23:21,22
  27:5,21 28:13
lots  10:6
lottery  29:24
love  22:3
  39:25

**M**

machine  4:12
  7:19,21 13:18
  25:8,9 29:23
machines  7:25
  9:19 12:4
  19:13 24:15

made  12:24
  25:2 34:19
Maduro  9:7
  26:14
mafia  39:8
mail  12:17
  28:22,23,24
  29:3,5 36:20
mail-in  9:21,
  24 10:3 11:15
  35:9
main  37:7
major  10:25
make  4:13,18
  6:2 10:5
  11:15,23
  22:11
makes  8:2
making  2:4
  14:22 36:15
malfeasance
  23:9
man  21:2
margin  11:23
Maria  2:2,6,
  7,16 3:2,7,9,
  13,20,23 4:17
  5:7,11,14,20,
  24 6:5,11,14,
  24 7:5,13,20
  8:1,8 9:9,13,
  22 10:1,9,12,
  15,21 11:2
  12:3,8,19,22
  13:1,4,9,12,
  21,24 14:2,5,
  7,10,14,20,23
  15:5,14,17,22
  18:4,11,13,23
  19:4,11 20:1,
  4,7,8,11,12
  21:12,17,23
  22:1,3,17
  24:7,8 25:1,
  15,16,17,21,
  24 26:1,5,10,
  23 27:1,24
  28:13,20

29:7,12,18
30:5,6,17
31:6,10,18
32:5,10 33:7,
11,20 34:1,
17,18,19
35:3,7,21,23
36:4,13,17
37:3,4 38:14,
16 39:3,5,11,
16,21,22,25
40:2
**Mark** 27:16
**Marks** 27:9
**Marks/william**
27:7
**martial** 20:19
**mask** 33:14,24
**mass** 23:9,14
**massive** 18:5
24:6
**matter** 31:23
35:23
**Mayor** 15:6,8
16:16 19:18,
19,22 32:8
**meaning** 5:10
19:14
**means** 16:24
26:22
**media** 16:6
19:25 22:12
23:5,9,14
37:7
**member** 18:24
**mess** 29:22
**Michigan** 5:2,
16 6:7 7:8
11:1,20 16:23
25:3,4
**middle** 10:8
28:2 37:17
**midnight**
15:20,25
**million** 15:19
18:16 25:24
26:1

**minds** 10:23
**minute** 20:24
35:10
**misinformation**
2:3 14:21
36:14
**missing** 30:9
**mistake** 25:2,
10,11
**MIT** 24:13
**mockery**
12:24,25
**money** 14:3
18:16 21:3
22:5
**morning** 2:7,
20 6:6 15:5,6
20:11,12
22:8,9 29:18
39:11
**mounting** 3:11
**move** 11:21
**multi-**
**factorial**
6:15
**multiple**
21:14 31:14

---

### N

**named** 8:13
**names** 8:12
**Nancy** 22:13
**nation** 38:5
**national** 7:22
**nations** 37:23
**needed** 11:22
**Neffenger**
18:24
**networks** 5:9
16:6
**news** 2:1,4
3:6 14:22
18:22,23 20:5
36:15 37:19
**nice** 15:7
32:7

**night** 2:19
4:23 7:1 10:8
37:17
**nonstop** 23:5
**north** 5:4,18
**northern** 25:4
**November**
15:20
**number** 4:5
23:4 28:5
**numbers** 7:7
11:22 29:3
**nuts** 9:13

---

### O

**observe** 3:21
32:22 38:7
**observers**
3:21
**office** 27:19
**officer** 20:17
**Oltmann** 8:13
**opinion** 17:22
**orchestrated**
33:19 34:9
**originally**
26:13
**outraged**
12:16
**outrageous**
18:11,12
38:21
**overdid** 19:5
**overrule** 4:10
**overthrow** 9:8
**overturned**
27:18
**overwhelming**
3:12 4:1,4
15:24
**owned** 9:6
26:8 38:20

---

### P

**paid** 18:14
**pal** 30:25
**Palm** 19:12
**parallel**
29:22
**paraphrasing**
2:25
**part** 24:18
**partner** 14:6,
9
**parts** 17:6
**party** 12:24
13:22 26:21
**pass** 13:16
38:23
**Passaic** 32:4,
5,6
**passed** 12:17
33:4
**Patriotic**
21:2
**pattern** 4:6
**Paul** 23:22
**pause** 5:23,25
**Pelosi** 22:13
**Pennsylvania**
3:14 5:1,12
6:18 7:7
10:23 11:4,7,
11,18 16:23
17:2 23:12
27:21 28:1,11
34:13 38:25
**people** 4:1,8,
18 5:5 6:17,
24 7:10 10:14
11:8,10 14:11
16:1 18:6,8,
18 21:7,14,23
24:9 25:6,24
26:12,14
28:14,18
31:15,20
34:7,8 37:11,

12 38:3,21,24
39:23
**percent** 4:2
5:1,3,4,15
10:21,25
19:8,9,15,16
**percentage**
37:9
**perfect** 35:12
**perjury** 28:12
**perplexed**
30:11
**person** 21:11
33:9,14
**personally**
3:13
**Peter** 18:24
**Phila** 4:14
**Philadelphia**
4:13,15 13:6
34:21,24
**Phoenix** 34:14
**phony** 29:1,4
**phoric** 39:8
**pick** 35:14
**place** 11:19
24:24 31:25
**places** 33:18
**plagiarize**
21:5
**play** 29:23
**plenty** 6:12
11:21
**pockets** 23:18
**point** 29:21
31:23
**points** 23:4
**political**
13:15 17:25
27:6
**politics** 38:3
**poll** 2:22
3:14 38:6
**polling** 6:25
**Powell** 18:22,
23

**power** 12:6
**precedent**
28:2
**present** 13:8
32:21
**president**
2:17,18 4:24
10:19 12:13
15:18 16:13,
14 18:20,25
21:1,22 23:6
25:25 26:3
37:7,21,25
**presidential**
3:25 4:20
**press** 16:5
17:18
**pressuring**
39:2
**pretty** 3:12
4:4 13:19
29:20
**prior** 5:8
**pristine**
35:20
**problem** 7:18
15:23 32:19
**produce** 36:7,
8
**professional**
34:7
**properly** 3:21
**prosecutor**
19:4
**protect**
30:15,16
**protection**
17:10
**prove** 3:5
**proved** 28:5
**public** 37:5,
10
**pulling**
37:20,21
**purpose** 8:22
11:13 16:15

**push** 4:8
**pushing** 11:8,
9
**put** 3:16 7:6
8:21 13:15,
20,23 15:9
18:4 24:12
29:1,3 30:10,
13 33:13,24
34:3 35:25
37:10
**puts** 17:25

———————————

**Q**

———————————

**question** 3:24
15:9 16:11
36:19
**questionable**
33:13
**questioned**
33:22
**questions**
2:14 32:12

———————————

**R**

———————————

**race** 4:20
27:14
**radical** 8:6
**radio** 40:6
**Ray** 32:2
**reached** 21:24
**ready** 20:9
**realize** 26:10
**reason** 10:7
19:24 22:14
39:6
**reasons** 13:16
**recognize**
22:19
**recording**
40:9
**records** 9:1
**recount** 35:24
36:2,7

**recounts**
35:23 36:3
**regard** 23:2,
24
**registered**
26:8,11
**regular** 6:16
**relate** 29:21
35:17
**remark** 2:21
**remember** 40:3
**report** 31:13,
24
**reports** 35:25
37:16
**Republican**
17:3,8 25:5
33:2
**Republicans**
10:16,18
11:12 17:9
32:19 34:11
**required** 33:5
**research** 24:5
**reserved**
13:10
**reset** 24:21
**residence**
37:12
**resisting**
12:20
**responsibility**
12:11
**rest** 10:11
**results** 37:1
38:12
**rich** 26:20
**ridiculous**
39:4
**rigging** 26:7
**Roberts** 16:9
23:22
**Rudy** 2:3,6,
11,16,18 3:3,
8,10,19,22
4:3 5:7,12,
15,21,25 6:6,

12,22 7:4,12,
20 8:2,9
9:10,14,23
10:2,10,13,20
11:3 12:8,20,
23 13:2,5,10,
13,22,25
14:4,6,8,12,
16,21,24,25
15:13 16:12,
19 18:4,11
19:2,12 20:2,
5,7,8,13,14,
17,20,21,23
21:12,16,19,
25 22:2,4,9,
19,22 23:1,7,
16,20 24:3,16
25:2,16,20,22
26:1,6,11,24
27:2,8,11,13,
20,25 28:14,
15,19,23
29:9,13,17
30:5,15,19
31:7,17,20,22
32:6,16 33:8,
12,23 34:2,18
35:1,5,8,22
36:3,5,14,17,
18 38:10,17
39:4,5,6,17,
22 40:1,3
**rules**  12:12
**ruling**  4:9
**running**  14:9
**Russia**  26:2
**Russian**  18:14
**Rustle**  20:10,
11,23 32:4
34:19
**Ryan**  2:2,6,7,
16 3:2,7,9,
13,20,23 4:17
5:11,14,20,24
6:5,11,14,24
7:5,13 8:1,8
9:9,13,22
10:1,9,12,15

11:2 12:3,19,
22 13:1,4,9,
12,21,24
14:2,5,7,10,
14,20,23,25
15:5,7,17,22
18:4,13 19:11
20:1,4,7,11
21:12,17,23
22:1,3,17
24:8 25:1,15,
17,21,24
26:5,10,23
27:1,24
28:13,20
29:7,12,18
30:6,17 31:6,
10,18 32:5,10
33:7,11,20
34:1,17,19
35:3,7,21,23
36:4,13,17
37:4 38:16
39:3,5,16,21,
25 40:2

---

## S

**sacrad**  30:16
**sarcastic**
2:21 3:1
**save**  32:9
**scale**  29:1
**scandal**  16:7
**scare**  39:7
**scheme**  28:25
**school**  21:5
**screw**  39:9
**screwed**  8:24
13:19
**screwing**  9:2
**Section**  12:5
**security**  7:22
8:7,10 32:13,
14 34:20,24
36:25 38:11,
13

**select**  12:6,
13
**Senate**  10:17
14:1 27:14
**Senator**  21:6
**send**  39:6
**sense**  2:5 8:2
22:23 30:4,6,
7
**separated**
35:10
**Sequoia**  8:25
**servers**  29:25
**set**  12:14
26:14 38:20
**Sharaby**  24:12
**shell**  9:5
31:18
**Ship**  18:15
**shipping**
19:15
**shocked**  10:21
**show**  3:4 6:7
33:3
**showing**  7:1
**shows**  37:19
**shut**  11:5,13
17:3 34:11
40:5
**shutting**  17:9
**side**  33:2
**sides**  36:21
**Sidney**  18:22,
23 24:18
**signature**
36:9
**signatures**
36:7,8
**signing**  28:8
**Similarly**
11:19
**simple**  30:8
32:12 39:17
**single**  33:17
**sir**  22:9

**sit**  10:14
**site**  23:18
24:1
**sitting**  12:1,
11
**situation**
15:12
**slightest**
8:16
**small**  11:23
**smart**  10:15
19:17
**smarter**  25:13
**Smartmatic**
8:19,20 9:5
14:8 18:25
24:19 30:25
**smarts**  2:5
**software**  4:21
8:19 9:10
**solid**  19:13
23:22
**Solutions**
36:25 38:11,
13
**son's**  21:7
**Soros**  26:19
30:25
**Soros'**  14:2,
6,9
**sort**  23:3
28:17
**Souter**  10:3
**Spain**  9:12
**special**  3:6
27:15
**specializes**
24:19
**specialties**
9:15,17
**specific**  8:22
**spend**  26:4
**spent**  18:16
26:1
**spies**  21:10
**spoke**  3:13

spread  24:22
sprinkle
   24:24 25:15
spying  18:6
square  16:18
stabber  16:9
standard  19:7
start  15:4
   19:8,15 20:24
   24:21
started  15:3
   25:3
state  2:9
   3:20 11:14
   12:3,6,10
   16:14,21,22,
   23,24,25
   17:7,12 19:21
   25:18 27:14
   29:24,25
   31:19 33:4
statement
   34:20
states  2:23
   3:18 4:5,21
   5:8,17 7:16
   8:4 10:24
   16:18 17:11
   18:9 21:14
   23:12 26:15,
   17 28:21 30:3
   31:3 32:20
   38:20,22
stations  7:1
statistically
   37:11
stayed  39:1
steal  11:6
   19:7,22 23:5
stealing  8:22
   19:6 23:24
step  17:12
Stinson  27:7,
   10,15
stitch  20:17
stole  8:23
   23:3

stolen  37:22
   39:13,15
stop  24:21
   37:24
stories  2:1
   20:5 23:21
story  23:9
straighten
   39:20
stream  37:7
street  2:5
streets  33:21
stress  37:6
strictly  7:2
stuffed  35:18
stunk  28:6
stupid  19:23
   30:24 34:16,
   18
subcontractor
   9:3
subpoena
   34:25 35:1
suck  19:25
sudden  25:5
summary  38:9
supervisors
   37:14
supporter
   8:10
supporting
   6:9
supposed
   39:14
suppress  16:7
suppression
   16:5 23:8
surprise  4:16
surprised
   4:14
Swamp  2:12
swear  7:14
swing  16:18
switched  25:9
sworn  27:16,
   19

system  11:15
   30:13
systems  30:2,
   11


            T

tabulating
   32:15
taking  21:3
   24:10 29:20
talk  27:6
talked  3:23
   29:7
talking  11:20
   21:10 40:6
tampering
   28:3
tapes  34:24
targeted  4:19
tasked  28:16
taxpayers
   18:16
team  18:24
TELEPHONE
   15:6,14,18,23
   16:13 20:12,
   15,21 22:8,
   10,21,24
   23:2,8,17,21
   27:4,9,12,14
   29:16,19
   30:12,18
   31:21 32:7,11
telling  6:8
   17:18 18:2
   37:14
ten  2:23 29:5
   33:17
terrible  24:8
   39:3
terribly
   24:14
terrific
   39:24
terrorists
   21:24 39:9

Texas  4:22
   31:2,3
thing  4:17
   8:14 9:21
   12:18 21:4
   25:18 28:24
   29:3,12 31:20
   33:13,18 35:8
   39:10,19
things  13:19
   14:5 19:3
   24:17,19 32:1
   35:11
thinking  2:5
   10:17
thinks  32:2
   37:8
thought  10:23
   11:6
threads  31:11
threatening
   38:23
threats  39:4,
   7
threw  27:19
   28:5 31:2,4
throwing  28:3
thrown  9:2
   36:1 38:8
   39:14
thunder  23:4
time  6:21
   8:25 10:10
   19:5 35:3,5
times  10:3
   22:25 29:6,9
titles  24:10
today  2:17
told  21:14
   31:14
top  6:10
totally  10:21
   21:4
touched  23:4
tragic  24:6
transition
   18:24

transparency
  15:15
transparent
  16:17
treating  17:7
trouble  31:1
trucks  6:25
Trump  4:24
  8:11 10:19
  15:18,19
  16:13,14
  18:6,20 21:1
  25:9,25 26:3
  35:25 36:1
  37:7,21,25
trust  16:9
  31:12,16
truth  2:2,8
  14:20 16:5,16
  18:3 20:4
  28:16 36:13
turns  28:24
  29:9
Tweet  2:17
Tweeted  2:18,
  20
Twitter  16:6
  39:15

U

U.S.  30:1
Uh-huh  25:1
unbelievable
  14:4
uncovered
  23:23
Uncovering
  2:2,8 14:20
  20:4 36:13
understand
  11:10 22:15
  30:20
unfair  22:12
unique  4:18
United  7:16
  8:3 17:11

  18:9 26:15,16
  28:21 38:20
unusual  34:9
UNZ  23:20
UNZ.COM  23:19
Unz.com.  24:1
useless  36:3
usual  39:22

V

vaguely  21:22
validate  38:8
Vegas  34:15
Venezuela
  8:23 9:8,10
  26:17,19 40:7
Venezuelan
  26:8
Venezuelans
  8:20 9:6,7
  26:13
verdict  3:25
  36:22,23
verify  35:9
victimized
  26:24
violation
  17:10
Virginia  5:5,
  6
visit  24:1
void  36:21
vote  2:25
  5:4,15 6:17
  8:3 9:19 10:5
  12:1 16:24
  17:1,15
  19:14,19,21
  23:10,11,24
  24:22 25:14
  28:10 30:16,
  21 31:8,14
  35:17 36:21
voted  7:9
  16:1,3,4
  25:24

voter  7:13,16
  15:14,15
  33:11 37:19
votes  5:1,2
  6:7 7:8 8:5
  9:11 10:22
  11:4,17,20,
  24,25 17:5,15
  19:10,24
  24:23 25:9
  30:9,17 32:15
  36:1,2,11
  37:10 38:6,8
voting  7:19,
  21,25 12:4
  24:14 29:22
  30:14 32:15
  37:12,13

W

Wabcradio.com.
  36:23
waited  19:21
wake  34:10
  39:11
wanted  7:13
  20:22 22:10
warned  9:23
  29:4,5
warning  24:20
Washington
  2:12
watched  32:13
watchers  2:22
  3:14 38:7
ways  3:4
  33:24
wealth  16:23
  23:13
week  2:15
  3:24 4:4
  36:19
welfare  26:20
West  20:10
whistleblower
  34:22

Whistleblower'
s  21:18
whistleblowers
  37:13
who've  23:23
wholeheartedly
  6:14,15
William
  27:10,15
win  19:20
  22:5 36:10
wingers  26:18
wins  11:18
  25:6
wipe  38:3
wiped  8:12
Wisconsin
  5:3,16 11:4,
  24 25:17
won  2:21 3:3
  5:6 10:24
  11:19 15:20
  18:20
wonderful
  23:18
woodwork
  37:13
word  6:2
words  34:9
work  26:13
  30:2 32:8
world  31:2
worried  33:20
Wow  12:9
  22:17 30:19
wrong  24:14
  34:3

Y

years  5:8 8:9
  9:23 16:7
  19:7 21:4
  29:5 32:24
  34:8
York  2:5 10:3
  28:20 29:6,9