# Exhibit 115

1

2

3

4

5  FOX NEWS: TRUMP TEAM LEGAL CHALLENGES REMAIN ACTIVE IN

6       SEVERAL BATTLEGROUND STATES

7

8

9

10

11  NOVEMBER 11, 2020

12  FILE 26

13

14

15

16

17  File 26, Fox News: Trump Team Legal Challenges Remain

18  Active in Several Battleground States, available at:

19  https://video.foxnews.com/v/6209933935001#sp=shows-

20  clips

21

22

23

24

25

File 26 Fox News Trump Team Legal
November 11, 2020                                        2

1        MARIA BARTIROMO:  President Trump's legal

2    team has exactly one month to produce enough evidence

3    to overturn the 2020 election.  With a slew of

4    lawsuits pending in multiple states, it's a tall task,

5    but one that Senator Ted Cruz told us on this program

6    last week is realistic:

7        TED CRUZ:  We could easily see -- I believe

8    President Trump still has a path to victory.  And that

9    path is to count every single legal vote that was

10   cast, but also not to cast any votes that were

11   fraudulently cast or illegally cast.  And we have a

12   legal process to determine what's legal and what

13   isn't.

14       MARIA BARTIROMO:  Former New York City Mayor

15   and President Trump's personal attorney, Rudy

16   Giuliani, is working to establish how many legal votes

17   were actually cast.  And he joins me right now.

18       Rudy, it's good to see you this morning.

19   Thanks so much for being here.

20       RUDY GIULIANI:  Good morning, Maria.

21       MARIA BARTIROMO:  So I want to start off --

22   I know that you just spoke with President Trump.  And

23   I want to -- I saw you on the phone.  But I want to

24   start off with this tweet that President Trump put out

25   because it's gone viral on -- online.  And a lot of

1   people are saying that he is conceding.  And here is

2   what the president wrote on Twitter:  "He won because

3   the election was rigged.  No vote watchers or

4   observers allowed.  Vote tabulated by a radical left

5   privately owned company, Dominion, with a bad

6   reputation and bum equipment that couldn't even

7   qualify for Texas, which I won by a lot.  The fake and

8   silent media and more."

9           Rudy, he says he won.  Is the president

10   right now in this tweet conceding this election?

11           RUDY GIULIANI:  No, no, no.  Far from it.

12   What he's -- what he's saying is more -- I guess you'd

13   call it sarcastic or a comment on the terrible times

14   in which we live in which the media has said he won.

15   But by going on to point out that it was illegal,

16   obviously he's contesting it vigorously in the courts.

17           The media has tried to call the election.

18   And they -- they don't have a legal right to call the

19   election.  It only -- it gets decided by our electors;

20   not by NBC, CBS, MSNBC, CNN, and even FOX.  You --

21   you -- you don't get the right to call it.  I don't

22   get the right to call it.

23           So he is contesting it vigorously.  As he's

24   gotten more evidence of the rigging that went on, he's

25   really outraged.  And I am too.  I mean, it's way

1   beyond what people think, including a very, very, uh,

2   dangerous, uh, foreign company that did the votes in

3   27 states, a company that's not American, a company

4   that's foreign, a company that has close, close ties

5   with Venezuela and, therefore, China, and uses

6   Venezuelan's -- a company software that's been used to

7   steal elections in other countries.

8        I mean, I don't think people have any idea

9   of the dimension of the national security problem that

10  Dominion creates.  This Dominion company is a radical

11  left company.  One of the people there is a big

12  supporter of Antifa and has written horrible things

13  about the president for the last three or four years.

14  And the software that they use is done by a company

15  called Smartmatic.  It's a company that was founded by

16  Chavez and by Chavez's two -- two allies who still

17  own -- own it.  It's been used to cheat in elections

18  in South America.  It was -- it was banned by the

19  United States several -- about a decade ago.  It's

20  come back now as a subcontractor to other companies

21  who sort of hides in the weeds.

22       But Dominion sends everything to Smartmatic.

23  Can you believe it?  Our votes are sent overseas.

24  They're sent to someplace else, some other country.

25  Why do they leave our country?

1       MARIA BARTIROMO:  Yeah.

2       RUDY GIULIANI:  And this company has -- and

3  this company has tried-and-true methods for fixing

4  elections by calling a halt to the voting when you're

5  running too far behind.  They've done that in prior

6  elections.

7       Now, what happened on election night?  He

8  was ahead by 800,000 votes in Pennsylvania.

9  Impossible to catch up unless you're cheating.  And

10  same thing in -- in Michigan, Wisconsin.  He was ahead

11  in all those states by numbers that in prior times --

12  and I can show this to you -- networks would have

13  called for him.  But they didn't call it for him.  I

14  mean, we were -- we -- we were ahead in those states.

15  And there was so little to -- to -- like, for example,

16  800,000 ahead in Pennsylvania, 64 percent of the note

17  cast.  He was outpolling every projection possible.

18       So right down to the rigged polls before,

19  this is another attempt to try to defeat him by

20  illegal means.  It's no different than the

21  impeachment.  It's done by largely the same people who

22  were involved in it.  One of the -- the chairman of

23  Smartmatic is a close business associate of Joe Soros.

24  I have to tell you more?

25

1          Finally, you want to get down to the votes,

2    let's just pick Pennsylvania.  We have identified

3    632,000 illegal votes.  632,000.  It's enough to have

4    the president win the state by 300,000, which is,

5    actually, what he won it by, right?  40- -- if you get

6    that Smartmatic machine out and you --

7          MARIA BARTIROMO:  Yeah.

8          RUDY GIULIANI:  -- allow us -- I mean, this

9    is unprecedented.  They're counting mail-in ballots.

10          MARIA BARTIROMO:  So --

11          RUDY GIULIANI:  And they don't allow any --

12          MARIA BARTIROMO:  -- should we --

13          RUDY GIULIANI:  -- any republican to

14    inspect.  That is illegal, unlawful, against the law.

15    I don't know how else to put it.  Never happened.

16    I've done many absentee ballot elections.  There's a

17    republican on one side, a democrat on the other.  No,

18    no, no.  The republican was out -- out -- outside

19    getting pushed around by goons.  When they finally get

20    in, they're 20 feet away and they're told to use

21    binoculars.  Binoculars.

22          The only way you can tell whether a mail-in

23    ballot is valid is by examining the outer envelope.

24    The minute you remove the --

25          MARIA BARTIROMO:  Yeah.

1          RUDY GIULIANI:  -- outer envelope, it's

2    gone.  You can no longer validate it.  And that's why,

3    under the law of every state, if you don't inspect it,

4    the law -- the vote is invalid.

5          There are cases, including in Pennsylvania,

6    that have been overturned for just a few ballots that

7    were handled that way.  We can prove that 632,000

8    ballots were handled that way, particularly in

9    Philadelphia.  And if you tell me that Philadelphia

10   doesn't cheat in elections, I will tell you you're

11   living on Mars.  I mean -- and there is a Mars in

12   Pennsylvania, by the way.  But, I mean, the reality

13   is -- the reality is -- the reality is that I would be

14   surprised if Philadelphia didn't cheat in this

15   election.

16         MARIA BARTIROMO:  Yeah.

17         RUDY GIULIANI:  They've done it in the

18   last --

19         MARIA BARTIROMO:  So --

20         RUDY GIULIANI:  -- for the last --

21         MARIA BARTIROMO:  So let me --

22         RUDY GIULIANI:  -- 60 years.  Now we move on

23   to Detroit.

24         MARIA BARTIROMO:  I'm --

25         RUDY GIULIANI:  In Detroit --

1       MARIA BARTIROMO:  Yep.

2       RUDY GIULIANI:  -- we have evidence that a

3   hundred thousand ballots were brought in at 4:30 in

4   the morning and counted.  And to the extent that our

5   witnesses -- and there are four of them saw it.  And

6   one of them is a ex-employee of Dominion.  According

7   to them, every single ballot was for Biden.  And not

8   only that, what -- whatever ballots they could see --

9   because these weren't republicans so they could get

10  closer.  Every ballot they could see, it just had

11  Biden's name on it.  Nobody else.  Not even another

12  democrat.

13      Now, why does that happen?  It happens

14  because you know you're behind.  Dominion --

15      MARIA BARTIROMO:  Yeah.

16      RUDY GIULIANI:  -- notifies you.  You call

17  off the counting.  And then you start doing ballots

18  like this (indicating with sound).  You can't -- you

19  can't do the downticket.  That's why you have Biden

20  and no downticket, because they just had enough time

21  to get Biden's name in.  We never got a chance to

22  inspect a single one of those.  Okay.  I got --

23      MARIA BARTIROMO:  Well, will you be able --

24      RUDY GIULIANI:  I got piece out.

25

1        MARIA BARTIROMO:  Will you be able -- will

2   you be able to prove this, Rudy?  Look, I want to show

3   this graphic of the swing states --

4        RUDY GIULIANI:  Yeah, I could prove it.

5        MARIA BARTIROMO:  -- that were using

6   Dominion and this -- this software, the Smartmatic

7   software.  I mean, you just said it all.  This is a

8   Smartmatic, a Delaware entity, registered in Boca

9   Raton, Florida, activities in Caracas, Venezuela.  The

10  voting machines were used -- Dominion voting machines

11  were used in Arizona, Georgia, Michigan, Nevada,

12  Pennsylvania and Wisconsin.

13       And I have a graphic showing the -- the

14  states where they stopped counting, which I thought

15  was also strange to stop counting in the middle of

16  election night.  One source says that the key point to

17  understand is that this Smartmatic system has a back

18  door that allows it to be --

19       RUDY GIULIANI:  Yeah.

20       MARIA BARTIROMO:  -- or that allows the

21  votes to be mirrored and monitored, allowing an

22  intervening party a real-time understanding of how

23  many votes will be needed to gain an electoral

24  advantage.  Are you saying the states that used that

25  software did that?

1        RUDY GIULIANI:  Well, I know -- I can prove

2    that they did it in Michigan.  I can prove it with

3    witnesses.  We're investigating the rest.  In every

4    one of those states, though, we have more than enough

5    illegal ballots already documented to overturn the

6    result in that state.  Because not only did they use a

7    Venezuelan company to count our ballots, which almost

8    should be illegal per se, number two, they didn't

9    allow republicans in key places to observe the -- the

10   mail vote.  That makes the mail vote completely

11   invalid.

12       Now, they didn't do it everywhere.  They did

13   it in big cities where they have corrupt machines that

14   will protect them, meaning Pennsyl- -- in

15   Pennsylvania, Philadelphia and Pittsburg; in Detroit.

16   They -- they didn't have to do it in Chicago and New

17   York or Boston.  They could have.  They have corrupt

18   machines there.  They -- they did it absolutely in

19   Phoenix, Arizona.  They did it absolutely in

20   Milwaukee, Wisconsin.  Republicans were shut out from

21   enough of the count so they could accomplish what

22   Smartmatic wanted to do.  And what you -- and that

23   pattern that you have there, we have evidence that

24   that's the same pattern Smartmatic used in other

25   elections in which they were disqualified.  In other

1  words, this is their pattern of -- of activity.  And

2  yes, there is a back door.

3       MARIA BARTIROMO:  Right.

4       RUDY GIULIANI:  And we actually have proof

5  of some of the connections to it.  Right now our cases

6  are the most developed in Pennsylvania and in

7  Michigan.  But we already have enough affidavits from

8  people who were pushed out of being able to observe.

9  So in each one of the states that he lost narrowly, he

10  won those states --

11       MARIA BARTIROMO:  Yeah.

12       RUDY GIULIANI:  -- probably by 2 or 3

13  percent.  I mean, it's --

14       MARIA BARTIROMO:  So Rudy --

15       RUDY GIULIANI:  -- it's -- it's a

16  terrible --

17       MARIA BARTIROMO:  -- two questions real

18  quick --

19       RUDY GIULIANI:  -- terrible, thing that

20  happened to --

21       MARIA BARTIROMO:  -- before we go.  Do you

22  have the Dominion hardware in your possession?  Do

23  you -- do you need to have that hardware in your

24  possession to prove it?  Can you prove the case

25  without the hardware or the software?

1      RUDY GIULIANI:  We have people that I can't

2   really disclose that can describe the hardware in

3   great detail.  We have -- some of the people former

4   government employees, our government employees and

5   others, that were there at the creation of Smartmatic.

6   They can describe it.

7      MARIA BARTIROMO:  Okay.

8      RUDY GIULIANI:  They can draw it.  They can

9   show it.  And then we have proof that I --

10      MARIA BARTIROMO:  And --

11      RUDY GIULIANI:  -- can't disclose yet.  But

12   I'm -- I'm -- I'm confident --

13      MARIA BARTIROMO:  And -- and final

14   question --

15      RUDY GIULIANI:  I'm confident that --

16      MARIA BARTIROMO:  Yeah.

17      RUDY GIULIANI:  Go ahead.

18      MARIA BARTIROMO:  Go ahead.

19      RUDY GIULIANI:  And this has to be examined,

20   Maria, beyond this election, which I believe will get

21   overturned.  But beyond this election, this whole

22   thing has to be investigated as a national security

23   matter.  And -- and the governors who gave contracts

24   to this company never bothered to do any due

25   diligence.  I mean, I can't imagine you would give a

1  contract to a company if you went one step further and

2  found out it's really being run by people that are

3  close to Maduro and Chavez.  I can't imagine you would

4  do that unless you're out of your mind.

5      MARIA BARTIROMO:  So you -- you only have a

6  few weeks, Rudy, because they want to certify the

7  state elections early December.  Do you believe you

8  will be able to --

9      RUDY GIULIANI:  I can't see how you --

10     MARIA BARTIROMO:  -- prosecute and be heard

11  within this time frame?

12     RUDY GIULIANI:  Of course.  And I can't

13  imagine how a state legislature can certify based upon

14  ballots where we had no opportunity to inspect.  And

15  it was done deliberately.  I mean, the fact that it

16  happened in all those states, right, tells you it was

17  a plan.  The -- the -- the crooked democratic leaders

18  in those 10 or 12 places where we were shut out didn't

19  all develop that idea by themselves, right?  They

20  didn't have the same dream that night.  This is a

21  plan.  This is -- this is maybe the plan Joe Biden was

22  talking about.  He's got the best voter fraud plan in

23  the -- in the world.  Well, he has a really good one,

24  but lucky we caught it.

25

1        MARIA BARTIROMO:  Wow.  All right, Rudy.

2   We're going to be following your investigation.  Thank

3   you very much for breaking all of this news --

4        RUDY GIULIANI:  Well, thank you.

5        MARIA BARTIROMO:  -- on this program this

6   morning.

7        RUDY GIULIANI:  Thank you.  Please, you

8   may --

9        MARIA BARTIROMO:  We'll keep catching up.

10        RUDY GIULIANI:  You may be the only one

11   following it because we're -- we're also enduring a

12   lot of censorship.  A lot.  Almost complete, like

13   we're not in America.

14        MARIA BARTIROMO:  Unbelievable.  Rudy

15   Giuliani --

16        RUDY GIULIANI:  Yep, it is.

17        MARIA BARTIROMO:  -- we'll keep on it.

18   Promise you that.

19        RUDY GIULIANI:  Tragic.

20        MARIA BARTIROMO:  Thank you so much, sir.

21        RUDY GIULIANI:  Okay.

22        MARIA BARTIROMO:  We will see you soon.

23        RUDY GIULIANI:  Thank you.  Thank you.

24        (End of recording.)

25

1          C E R T I F I C A T E

2

3          I, KARI FRILLICI, Certified Shorthand

4    Reporter and Certified Electronic Transcriptionist, do

5    hereby certify that I was authorized to transcribe the

6    foregoing recording, and that the transcript is a true

7    and accurate transcription of the provided audio

8    recording to the best of my ability.

9

10          I further certify that I am not of counsel

11   or attorney for either or any of the parties to said

12   proceedings, nor in any way interested in the events

13   of this cause, and that I am not related to any of the

14   parties thereto.

15

16          Dated this 21st day of January 2021.

17

18   _____

19   KARI FRILLICI, CSR 9030, CET

20

21

22

23

24

25

**1**

10   13:18
12   13:18

**2**

2   11:12
20   6:20
2020   2:3
27   4:3

**3**

3   11:12
300,000   6:4

**4**

40-   6:5
4:30   8:3

**6**

60   7:22
632,000   6:3
   7:7
64   5:16

**8**

800,000   5:8,
   16

**A**

absentee   6:16
absolutely
   10:18,19
accomplish
   10:21
activities
   9:9
activity   11:1

advantage
   9:24
affidavits
   11:7
ahead   5:8,10,
   14,16 12:17,
   18
allies   4:16
allowed   3:4
allowing   9:21
America   4:18
   14:13
American   4:3
Antifa   4:12
Arizona   9:11
   10:19
associate
   5:23
attempt   5:19
attorney   2:15

**B**

back   4:20
   9:17 11:2
bad   3:5
ballot   6:16,
   23 8:7,10
ballots   6:9
   7:6,8 8:3,8,
   17 10:5,7
   13:14
banned   4:18
BARTIROMO
   2:1,14,21 5:1
   6:7,10,12,25
   7:16,19,21,24
   8:1,15,23
   9:1,5,20
   11:3,11,14,
   17,21 12:7,
   10,13,16,18
   13:5,10 14:1,
   5,9,14,17,20,
   22
based   13:13

Biden   8:7,19
   13:21
Biden's   8:11,
   21
big   4:11
   10:13
binoculars
   6:21
Boca   9:8
Boston   10:17
bothered
   12:24
breaking   14:3
brought   8:3
bum   3:6
business   5:23

**C**

call   3:13,17,
   18,21,22 5:13
   8:16
called   4:15
   5:13
calling   5:4
Caracas   9:9
case   11:24
cases   7:5
   11:5
cast   2:10,11,
   17 5:17
catch   5:9
catching   14:9
caught   13:24
CBS   3:20
censorship
   14:12
certify   13:6,
   13
chairman   5:22
chance   8:21
Chavez   4:16
   13:3
Chavez's   4:16
cheat   4:17
   7:10,14

cheating   5:9
Chicago   10:16
China   4:5
cities   10:13
City   2:14
close   4:4
   5:23 13:3
closer   8:10
CNN   3:20
comment   3:13
companies
   4:20
company   3:5
   4:2,3,4,6,10,
   11,14,15 5:2,
   3 10:7 12:24
   13:1
complete
   14:12
completely
   10:10
conceding
   3:1,10
confident
   12:12,15
connections
   11:5
contesting
   3:16,23
contract   13:1
contracts
   12:23
corrupt
   10:13,17
count   2:9
   10:7,21
counted   8:4
counting   6:9
   8:17 9:14,15
countries   4:7
country   4:24,
   25
courts   3:16
creates   4:10
creation   12:5
crooked   13:17

Cruz   2:5,7

**D**

dangerous   4:2
decade   4:19
December   13:7
decided   3:19
defeat   5:19
Delaware   9:8
deliberately
   13:15
democrat   6:17
   8:12
democratic
   13:17
describe
   12:2,6
detail   12:3
determine
   2:12
Detroit   7:23,
   25   10:15
develop   13:19
developed
   11:6
diligence
   12:25
dimension   4:9
disclose
   12:2,11
disqualified
   10:25
documented
   10:5
Dominion   3:5
   4:10,22   8:6,
   14   9:6,10
   11:22
door   9:18
   11:2
downticket
   8:19,20
draw   12:8
dream   13:20

due   12:24

**E**

early   13:7
easily   2:7
election   2:3
   3:3,10,17,19
   5:7   7:15   9:16
   12:20,21
elections
   4:7,17   5:4,6
   6:16   7:10
   10:25   13:7
electoral
   9:23
electors   3:19
employees
   12:4
end   14:24
enduring
   14:11
entity   9:8
envelope   6:23
   7:1
equipment   3:6
establish
   2:16
evidence   2:2
   3:24   8:2
   10:23
ex-employee
   8:6
examined
   12:19
examining
   6:23
extent   8:4

**F**

fact   13:15
fake   3:7
feet   6:20
final   12:13

finally   6:1,
   19
fixing   5:3
Florida   9:9
foreign   4:2,4
found   13:2
founded   4:15
FOX   3:20
frame   13:11
fraud   13:22
fraudulently
   2:11

**G**

gain   9:23
gave   12:23
Georgia   9:11
Giuliani
   2:16,20   3:11
   5:2   6:8,11,13
   7:1,17,20,22,
   25   8:2,16,24
   9:4,19   10:1
   11:4,12,15,19
   12:1,8,11,15,
   17,19   13:9,12
   14:4,7,10,15,
   16,19,21,23
give   12:25
good   2:18,20
   13:23
goons   6:19
government
   12:4
governors
   12:23
graphic   9:3,
   13
great   12:3
guess   3:12

**H**

halt   5:4

handled   7:7,8
happen   8:13
happened   5:7
   6:15   11:20
   13:16
hardware
   11:22,23,25
   12:2
heard   13:10
hides   4:21
horrible   4:12
hundred   8:3

**I**

idea   4:8
   13:19
identified
   6:2
illegal   3:15
   5:20   6:3,14
   10:5,8
illegally
   2:11
imagine   12:25
   13:3,13
impeachment
   5:21
Impossible
   5:9
including   4:1
   7:5
indicating
   8:18
inspect   6:14
   7:3   8:22
   13:14
intervening
   9:22
invalid   7:4
   10:11
investigated
   12:22
investigating
   10:3
investigation
   14:2

**involved**  5:22

---

### J

**Joe**  5:23
  13:21
**joins**  2:17

---

### K

**key**  9:16 10:9

---

### L

**largely**  5:21
**law**  6:14 7:3,
  4
**lawsuits**  2:4
**leaders**  13:17
**leave**  4:25
**left**  3:4 4:11
**legal**  2:1,9,
  12,16 3:18
**legislature**
  13:13
**live**  3:14
**living**  7:11
**longer**  7:2
**lost**  11:9
**lot**  2:25 3:7
  14:12
**lucky**  13:24

---

### M

**machine**  6:6
**machines**  9:10
  10:13,18
**Maduro**  13:3
**mail**  10:10
**mail-in**  6:9,
  22
**makes**  10:10
**Maria**  2:1,14,
  20,21 5:1
  6:7,10,12,25

7:16,19,21,24
  8:1,15,23
  9:1,5,20
  11:3,11,14,
  17,21 12:7,
  10,13,16,18,
  20 13:5,10
  14:1,5,9,14,
  17,20,22
**Mars**  7:11
**matter**  12:23
**Mayor**  2:14
**meaning**  10:14
**means**  5:20
**media**  3:8,14,
  17
**methods**  5:3
**Michigan**  5:10
  9:11 10:2
  11:7
**middle**  9:15
**Milwaukee**
  10:20
**mind**  13:4
**minute**  6:24
**mirrored**  9:21
**monitored**
  9:21
**month**  2:2
**morning**  2:18,
  20 8:4 14:6
**move**  7:22
**MSNBC**  3:20
**multiple**  2:4

---

### N

**narrowly**  11:9
**national**  4:9
  12:22
**NBC**  3:20
**needed**  9:23
**networks**  5:12
**Nevada**  9:11
**news**  14:3

**night**  5:7
  9:16 13:20
**note**  5:16
**notifies**  8:16
**number**  10:8
**numbers**  5:11

---

### O

**observe**  10:9
  11:8
**observers**  3:4
**online**  2:25
**opportunity**
  13:14
**outer**  6:23
  7:1
**outpolling**
  5:17
**outraged**  3:25
**overseas**  4:23
**overturn**  2:3
  10:5
**overturned**
  7:6 12:21
**owned**  3:5

---

### P

**party**  9:22
**path**  2:8,9
**pattern**
  10:23,24 11:1
**pending**  2:4
**Pennsyl-**
  10:14
**Pennsylvania**
  5:8,16 6:2
  7:5,12 9:12
  10:15 11:6
**people**  3:1
  4:1,8,11 5:21
  11:8 12:1,3
  13:2
**percent**  5:16
  11:13

**personal**  2:15
**Philadelphia**
  7:9,14 10:15
**Phoenix**  10:19
**phone**  2:23
**pick**  6:2
**piece**  8:24
**Pittsburg**
  10:15
**places**  10:9
  13:18
**plan**  13:17,
  21,22
**point**  3:15
  9:16
**polls**  5:18
**possession**
  11:22,24
**president**
  2:1,8,15,22,
  24 3:2,9 4:13
  6:4
**prior**  5:5,11
**privately**  3:5
**problem**  4:9
**process**  2:12
**produce**  2:2
**program**  2:5
  14:5
**projection**
  5:17
**Promise**  14:18
**proof**  11:4
  12:9
**prosecute**
  13:10
**protect**  10:14
**prove**  7:7
  9:2,4 10:1,2
  11:24
**pushed**  6:19
  11:8
**put**  2:24 6:15

**Q**

qualify   3:7
question
  12:14
questions
  11:17
quick   11:18

**R**

radical   3:4
  4:10
Raton   9:9
real   11:17
real-time
  9:22
realistic   2:6
reality   7:12,
  13
recording
  14:24
registered
  9:8
remove   6:24
republican
  6:13,17,18
republicans
  8:9 10:9,20
reputation
  3:6
rest   10:3
result   10:6
rigged   3:3
  5:18
rigging   3:24
Rudy   2:15,18,
  20 3:9,11 5:2
  6:8,11,13
  7:1,17,20,22,
  25 8:2,16,24
  9:2,4,19 10:1
  11:4,12,14,
  15,19 12:1,8,
  11,15,17,19
  13:6,9,12

14:1,4,7,10,
  14,16,19,21,
  23
run   13:2
running   5:5

**S**

sarcastic
  3:13
security   4:9
  12:22
Senator   2:5
sends   4:22
show   5:12 9:2
  12:9
showing   9:13
shut   10:20
  13:18
side   6:17
silent   3:8
single   2:9
  8:7,22
sir   14:20
slew   2:3
Smartmatic
  4:15,22 5:23
  6:6 9:6,8,17
  10:22,24 12:5
software   4:6,
  14 9:6,7,25
  11:25
someplace
  4:24
Soros   5:23
sort   4:21
sound   8:18
source   9:16
South   4:18
spoke   2:22
start   2:21,24
  8:17
state   6:4 7:3
  10:6 13:7,13
states   2:4
  4:3,19 5:11,

14 9:3,14,24
  10:4 11:9,10
  13:16
steal   4:7
step   13:1
stop   9:15
stopped   9:14
strange   9:15
subcontractor
  4:20
supporter
  4:12
surprised
  7:14
swing   9:3
system   9:17

**T**

tabulated   3:4
talking   13:22
tall   2:4
task   2:4
team   2:2
Ted   2:5,7
tells   13:16
terrible   3:13
  11:16,19
Texas   3:7
They've   5:5
thing   5:10
  11:19 12:22
things   4:12
thought   9:14
thousand   8:3
ties   4:4
time   8:20
  13:11
times   3:13
  5:11
told   2:5 6:20
Tragic   14:19
tried-and-true
  5:3
Trump   2:8,22,
  24

Trump's   2:1,
  15
tweet   2:24
  3:10
Twitter   3:2

**U**

Unbelievable
  14:14
understand
  9:17
understanding
  9:22
United   4:19
unlawful   6:14
unprecedented
  6:9

**V**

valid   6:23
validate   7:2
Venezuela   4:5
  9:9
Venezuelan
  10:7
Venezuelan's
  4:6
victory   2:8
vigorously
  3:16,23
viral   2:25
vote   2:9 3:3,
  4 7:4 10:10
voter   13:22
votes   2:10,16
  4:2,23 5:8
  6:1,3 9:21,23
voting   5:4
  9:10

**W**

wanted   10:22

**watchers** 3:3
**weeds** 4:21
**week** 2:6
**weeks** 13:6
**win** 6:4
**Wisconsin**
  5:10 9:12
  10:20
**witnesses** 8:5
  10:3
**won** 3:2,7,9,
  14 6:5 11:10
**words** 11:1
**working** 2:16
**world** 13:23
**Wow** 14:1
**written** 4:12
**wrote** 3:2

---

**Y**

---

**years** 4:13
  7:22
**York** 2:14
  10:17