# Exhibit 116

Case 1:21-cv-00213-CJN   Document 2-51   Filed 01/25/21   Page 2 of 36
File 5 Chat with the Mayor  Rudy Giuliani
November 18, 2020

1

2

3

4

5

6            File 5

7    Rudy Giuliani, Chat with the Mayor, 77WABC

8            Nov. 18, 2020

9    https://wabcradio.com/podcast/rudy-giuliani/

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 1:21-cv-00213-CJN   Document 2-51   Filed 01/25/21   Page 3 of 36
File 5 Chat with the Mayor  Rudy Giuliani
November 18, 2020                                    2

1      RUDY GIULIANI:  Good afternoon.  This is Rudy

2   Giuliani.  Thank you, very much for joining us.  I am in

3   the District of Columbia, the Nation's Capital, even

4   though I call it the swamp, 77WABC, and thank you for

5   tuning in.

6         Coming up, I get to speak with you on Chat with

7   the Mayor.  Call me on the Tunnel to Towers Foundation

8   Hotline at 1-800-848-WABC.  That's 1-800-848-9222.  Help

9   Tunnel to Towers to do good.  Donate $11 dollars a month

10  at T2T.org.  That's "T," the number 2, "T," dot org.

11  And my number, 1-800-848-9222.

12        I want to start the show today by addressing,

13  once again, where we are.  Let me tell you once again

14  were I was.  So I missed a show on Monday and Tuesday.

15  I hate that because I love your questions.  They help me

16  a great deal, but yesterday I was in Williamsport,

17  Pennsylvania.

18         Not to watch the little league world series, but

19  to argue a motion in the case of Trump, verses Boockvar,

20  but actually it's Trump verses the State of Pennsylvania

21  where we allege that 680,770 votes were cast illegally,

22  fraudulently for Joseph Biden.  And that's a minimum

23  number of votes.  Those are the votes just from

24  Allegheny County and Philadelphia County, meaning

25  Philadelphia and Pittsburgh.

Case 1:21-cv-00213-CJN   Document 2-51   Filed 01/25/21   Page 4 of 36
File 5 Chat with the Mayor   Rudy Giuliani
November 18, 2020                                          3

1       Those votes represent the number of absentee

2   ballots that were entered without anyone inspecting

3   them.  So they could be ballots sent in by one person or

4   -- or a hundred ballots sent in by one person, or the

5   reason that you examine the ballots of mail-order

6   ballots before they go in, is to avoid that very thing.

7   Avoid stuffing the ballot box.

8       When you take those inspectors away, as they did

9   extraordinarily did -- "extraordinarily" meaning this is

10  not the usual pattern.  Usually, without any issue,

11  without any problem, you are allowed to have an

12  inspector for an absentee thing.  It's unheard of that

13  you would even do it once or twice.  It is completely

14  beyond credulity that you would do it for 680,770 votes.

15      Democrats are trying really hard to get the case

16  dismissed.  Not on that, they don't even dispute that

17  they stole these votes.  They want to get it dismissed

18  on technical grounds, standing -- lack of standing.

19  Lack of -- I mean, if you heard this argument and

20  understood it, you can pass, you know, first year law

21  school procedure.

22      Okay.  So I would -- I would -- I would for sure

23  pay attention to these cases because gosh it's hard to

24  get the facts out to you.  The media has like a -- my

25  goodness.  They have like a censorship on this that's

Case 1:21-cv-00213-CJN   Document 2-51   Filed 01/25/21   Page 5 of 36
File 5 Chat with the Mayor  Rudy Giuliani
November 18, 2020                          4

1  unbelievable.

2      I was just reminded by -- by Sidney Powell that

3  somebody was on the other day, maybe it was her, and the

4  word "fraud" was used.  And as soon as the word "fraud"

5  was used, Pavuto cut her off.  Boom.  Just cut her right

6  off.  You can't say the word "fraud" on even FOX.

7      Well, if you believe that this amounts to fraud,

8  then why shouldn't you be able to say it in America?

9  And -- and the belief that amounts to fraud is not

10  exactly some kind of radical, totally unsupported

11  belief.  I mean, here -- here -- here's what I know from

12  affidavits.  Other people swearing that it's true.

13      That although every other year and in most of the

14  rest of America, absentee ballots were counted with a

15  Republican and a Democrat getting a chance to determine

16  whether they were legitimate ballots.  And in most of

17  the rest of Pennsylvania, they were done that way.  In

18  the two key Democrat counties of Philadelphia and

19  Allegheny, which is Pittsburgh.  And largely only those

20  two in Pennsylvania, there was not a single ballot

21  observed by a Republican.

22      Now, why would they act so differently than the

23  rest of the state and the rest of the country?  Why

24  wouldn't they show the ballots to the Republicans?  The

25  law requires it.  Although that has now been screwed up

Case 1:21-cv-00213-CJN   Document 2-51   Filed 01/25/21   Page 6 of 36
File 5 Chat with the Mayor  Rudy Giuliani
November 18, 2020                                    5

1    by a 5 to 2 Democrat against Republican insane opinion

2    in the Supreme Court of Pennsylvania.

3         I'm not worried about it because it's going to be

4    reversed.  It is embarrassing for the judges who were

5    awarded by any piece of crap if it's Democrat.  I mean,

6    unbelievable.  So Pennsylvania case, should result in

7    hundreds of thousands of ballots being declared frauds

8    in Pennsylvania.

9         And if it doesn't, we can take it up on appeal

10   and show that to the Supreme Court.  So that is in

11   essence the core of the rest of the cases.  In Michigan,

12   same thing.  Michigan we had a very strange occurrence

13   yesterday.  The Board -- the Electoral Board for Wayne

14   County, which is the County that encompasses Detroit,

15   voted not to certify the ballot because of

16   irregularities.

17        Then there was a meeting, and the two Republicans

18   who voted that way were threatened.  They were yelled

19   at.  They were called racist.  They were threatened with

20   loss of job, and all kind of things.  And they took a

21   hand vote, and it appeared as if they changed their vote

22   in front of the harassing, threatening, crowd.  And they

23   put their hands up when they said they would certify in

24   exchange for an audit.

25        But then when they went back in the private

Case 1:21-cv-00213-CJN  Document 2-51  Filed 01/25/21  Page 7 of 36
File 5 Chat with the Mayor  Rudy Giuliani
November 18, 2020                              6

1   chambers that they have, they once again went back to we

2   can't.  We can't in good faith sign this.  This is under

3   oath now.  And we don't believe that those numbers that

4   you're giving, we don't believe there anywhere close to

5   the valid votes.

6       I mean, we know that you dumped 100,000 votes in

7   the middle of the night, at 4:30 at night, nobody got to

8   inspect those.  We know we didn't get to inspect any

9   absentee ballots.  We can specifically come up with

10  about 330,000 ballots that were subject to no

11  inspection.

12      We know that you back-dated ballots so it looked

13  like they came in on November 3rd or before, and not

14  after, which would violate Judge Alito's order and had

15  to be segregated.  We know all these things.  And

16  therefore, in good conscious, we can't sign it.  We

17  can't sign it because if we sign it, it's perjury.

18      So there's no question that this is an

19  extraordinary fraud.  I'll give you the places where it

20  definitely took place.  Pennsylvania, Michigan,

21  Wisconsin, that case was filed yesterday, Nevada,

22  Georgia.  Very, very, very, very good chance it took

23  place in Arizona, Minnesota, and New Mexico and

24  Virginia.

25      Now, not all of them are going to turn out to be

Case 1:21-cv-00213-CJN   Document 2-51   Filed 01/25/21   Page 8 of 36
File 5 Chat with the Mayor  Rudy Giuliani
November 18, 2020                                    7

1   ones where we can get the evidence as tight and as

2   strong as we have it in Massachusetts, and as we have it

3   in Michigan, and as we have it in -- in Wisconsin.  But

4   -- but we might get there.  We might get there with

5   those.

6        We already have enough votes in enough places

7   that if the court were to exercise its jurisdiction and

8   dismiss those votes, well, the result of the election

9   changes.  But it isn't just about the results of the

10  election, it's about the cheating that goes on in

11  America and America Elections.  It's wide spread.

12       And then, they used this company called Dominion,

13  which is originally a company from Venezuela that was

14  put together in order to help Chavez win in Venezuela.

15  And then, Maduro, and it has expertise in suddenly

16  changing the vote.  Subtle changes in vote.  It has an

17  algorithm where let's say they want to change 10,000

18  votes in New York City.  They do not do it all in one

19  place.  They do it in various places.

20       So that it spreads out.  So that it's hard to

21  find.  So that it's a thousand votes here.  500 votes

22  there.  A thousand is probably too much.  250 somewhere,

23  depending on the size of the district.

24       Then, they determine if an election is getting

25  out of control, like this one was, and they call a halt

Case 1:21-cv-00213-CJN   Document 2-51   Filed 01/25/21   Page 9 of 36
File 5 Chat with the Mayor  Rudy Giuliani
November 18, 2020                                    8

1  like they did here at 2:30 in the morning because Biden

2  was going under.  He was getting buried as they were

3  counting votes.  So they stop.  They readjust things.

4  They figure out how many phony mail-in ballots they have

5  to bring in.  Since they're not being inspected by

6  Republicans.  They got an unlimited ability to do that,

7  and they did it.

8      And they made up ridiculously large margins with

9  fraudulent mail-in ballots.  This is what we're going to

10  prove over the next three to four weeks as we try to

11  overcome the censorship, the attacks.  I've had lawyers

12  leave this case because they were threatened.  Their

13  families were threatened.  Shouldn't be that way.  That

14  shouldn't happen in America.  None of this should happen

15  in America.

16      We should have free, and we should have fair

17  elections, and we're not getting that.  This is not by

18  any means a free and fair election.  You know that the

19  Supreme Court of Philadelphia decided the following:

20  The law in Pennsylvania says that you are allowed to

21  have your watchers, your poll watchers, present at the

22  counting of the absentee ballots.

23      So Philadelphia said, "You can be present, but

24  you can't get to see."  And they put us 20 or 30 feet

25  away with the backs of the workers.  So even if you can

Case 1:21-cv-00213-CJN   Document 2-51   Filed 01/25/21   Page 10 of 36
File 5 Chat with the Mayor  Rudy Giuliani
November 18, 2020                                    9

1  see 20 or 30 feet away, you couldn't see the ballot.

2  And we went to court.  And a hacked Democrat judge said,

3  "Oh, yes.  That's right.  Presence is enough.  They

4  don't have to see anything."

5       So why are you there?  What are you a potted

6  plant?  I mean, the whole purpose is saying present so

7  you can inspect like you can in every state in the

8  union, 49 other states.  And in Tanzania, in

9  under-developed countries, they have the right to

10  inspect mail-in ballots.

11       Pennsylvania is not an under-developed country.

12  Pennsylvania is a great state except for crooked

13  Democrat machine, Philadelphia.  One of the leading

14  states -- one of that leading cities of voter fraud.  I

15  looked up the number of cases, every year astounding

16  number of voter fraud cases, and they don't do nothing

17  about it.  Nothing.  Zero.  Nothing about it.

18       Well, you got the point.  We're going to take

19  your questions in a few minutes.  Coming up, I'm going

20  to get to speak with you on Chat with the Mayor.  You

21  call me on the Tunnel to Towers Foundation Hotline at

22  1-800-848-WABC.  That's 1-800-848-9222.

23       Help Tunnel to Towers to do good.  Donate $11

24  dollars a month at T2t.org.  That's "T," the number 2,

25  "T," dot org.  That's 1-800-848-9222.  To hear me

Case 1:21-cv-00213-CJN   Document 2-51   Filed 01/25/21   Page 11 of 36
File 5 Chat with the Mayor  Rudy Giuliani
November 18, 2020                                    10

1  discuss more about the election, listen to my latest

2  podcast, which goes into detail on this fraud.  It will

3  be at rudyscommonsense.com or on my YouTube channel.

4      (Commercial was taken.)

5      RUDY GIULIANI:  Well, welcome back.  Now, I get

6  to talk to you on Chat with the Mayor.  Let's head to

7  the Tunnel to Towers Foundation Hotline at

8  1-800-848-WABC.  That's 1-800-848-9222.

9      The first caller is Jason from New Jersey.

10      Jason, what are we doing?

11      CALLER JASON:  Yes, Mayor.  I'm your first-time

12  caller.  I love your show.  Great to talk to you.

13      RUDY GIULIANI:  Yes, Jason.

14      CALLER JASON:  My topic is -- my topic is with

15  all the voter fraud in Covid lock down all been so

16  draconian mainly -- and it's mainly calling the hands of

17  the state governors.  If all else fails with the voter

18  fraud case, and if all else fails with bringing in the

19  Covid lock downs, I think President Trump should -- came

20  and should because it's within his jurisdiction and his

21  powers, he needs to invoke Sections two, three and four

22  of the 14th amendment.

23      Now, if I may, pardon me, provide some of the

24  details.  Section two -- let's see.  Section two is that

25  use the crack down on those who support rebellion

Case 1:21-cv-00213-CJN   Document 2-51   Filed 01/25/21   Page 12 of 36
File 5 Chat with the Mayor   Rudy Giuliani
November 18, 2020                                        11

1   against the U.S.A. and commit voter's suppression.

2       RUDY GIULIANI:  Before -- we don't have a lot of

3   time, but before -- before we get to that, what's the

4   purpose of his doing this?

5       CALLER JASON:  Okay.

6       RUDY GIULIANI:  You want him -- you want him --

7   you want him even if the votes get counted and get

8   certified for the other side, you want him to prevent

9   the guy from becoming president?

10      CALLER JASON:  No.  I'm just saying that --

11      RUDY GIULIANI:  Without sanction of the court?

12  Without going to court?  I mean, there is a way to do it

13  without going to court.  I mean, if the state

14  legislators do not certify the vote in the states where

15  there has been clear fraud, or they certify the vote --

16  only the legal votes -- I mean if they certify only the

17  legal votes, Trump would win Pennsylvania for sure.

18      He would win Michigan for sure.  He'd win

19  Wisconsin for sure.  The rest I think also, but those

20  are the ones I've analyzed in great depth to approve the

21  lawsuit.  Oh, my goodness.  The lawsuit in Nevada is

22  overwhelming.

23      So if they certify the right votes, he would get

24  the electoral votes.  If they don't certify, well, those

25  votes -- most of those states were illegally sort of --

Case 1:21-cv-00213-CJN   Document 2-51   Filed 01/25/21   Page 13 of 36
File 5 Chat with the Mayor  Rudy Giuliani
November 18, 2020                                    12

1  not illegally because it hasn't been done, but

2  incorrectly assigned to Biden.  Then Biden wouldn't have

3  to 270 electoral votes.

4        And do you know what happens if he doesn't?  Goes

5  to the House of Representatives where there is a 27/23

6  Republican edge if you vote by state.  So just get ready

7  for that possibility.  That kind of happening.

8        (Commercial break was taken.)

9        RUDY GIULIANI:  Welcome back.  It's Rudy

10 Giuliani.  Call 1-800-848-WABC.  That's 1-800-848-9222.

11 So let's go to the Tunnel to Towers Foundation Hotline,

12 and we go to Joe in Astoria.

13       CALLER JOE:  Good afternoon, Mr. Mayor.  How are

14 you today?

15       RUDY GIULIANI:  I'm good, Joe.  How are you?

16       CALLER JOE:  All right.  I just got two -- two

17 quick comments and a question for you.  I just want to

18 keep urging you and the President to keep on fighting.

19 I think you guys are two great patriots and there's many

20 of us that want you guys to keep fighting, and you're

21 doing a great job.  I love how you --

22       RUDY GIULIANI:  You know, Joe, I don't like

23 comments -- pardon me?

24       CALLER JOE:  I'm sorry.  No.  I loved yesterday

25 how you turned that comment on them about wasting a good

File 5 Chat with the Mayor   Rudy Giuliani
November 18, 2020                        13

1   crisis.  That was pretty funny.

2       RUDY GIULIANI:  Well, after what they did, they

3   saw the crisis of the pandemic and they said we can

4   really steel votes now.  We will do the mail-in thing

5   that people have been criticizing for 20 years as a

6   great vehicle for fraud.  And they got it.  And boy did

7   they use it.

8       CALLER JOE:  Mr. Mayor, can I just ask you one

9   thing before I go, and I'll hang up and listen to your

10  answer?

11      RUDY GIULIANI:  Sure.  Be my guest.

12      CALLER JOE:  Mr. Mayor, do you think we're headed

13  for the Supreme Court?  Thanks a lot.  Keep up the good

14  fight and have a nice day.

15      RUDY GIULIANI:  The simple answer is yes.  I

16  mean, we're headed for the Supreme Court, yeah.  I mean,

17  look, they're going to be seven or eight key cases.

18  There are three now.  The one we argued yesterday.  The

19  one in Michigan.  And then, you have the one in

20  Wisconsin that was filed yesterday.

21      There's one basically sitting here on my desk for

22  Georgia that will get filed tonight or tomorrow.  There

23  is one for Nevada that has been filed.  Sorry.  That's

24  already been filed.  That's been approved yesterday and

25  got filed yesterday.  And there will be one for probably

Case 1:21-cv-00213-CJN   Document 2-51   Filed 01/25/21   Page 15 of 36
File 5 Chat with the Mayor  Rudy Giuliani
November 18, 2020                                    14

1  -- these now get into the probably category -- there

2  will be one for Arizona.  Could be one for Virginia or

3  New Mexico.

4       Now, you take those cases and some of them are

5  going to be victories and some are going to be losses.

6  And it might be on political grounds.  You remember Bush

7  V. Gore, the loss in the Florida Supreme Court was five

8  to two.  There were five Democratic, two Republicans.

9  They vote as you'd imagine.

10      The loss yesterday for us in the -- in the

11  Supreme Court of Pennsylvania was also five to two.

12  Want to guess?  Just wildly guess the political

13  affiliation of the judges?  You got it.  Five to two,

14  Democrat.  And the opinion there is unexplainable.  It's

15  unexplainable.  I won't bother you with the details.

16  It's unexplainable.

17      Okay.  So the reality is that those cases are

18  going to get decided, and they're going to probably have

19  different decisions depending on the courts, but we're

20  going to appeal what they're going to appeal.  Meaning,

21  if we win, and -- and if we win in Pennsylvania, it's

22  not over.  Biden will appeal it to the Appellate -- to

23  the -- he will appeal it to the Third Circuit.  I'm

24  sorry.  To the Third Circuit.

25      The Third Circuit will make a decision, and then

Case 1:21-cv-00213-CJN   Document 2-51   Filed 01/25/21   Page 16 of 36
File 5 Chat with the Mayor  Rudy Giuliani
November 18, 2020                              15

1  we will go to the Supreme Court after that and vice

2  versa if we should lose, we do the same thing.  So let's

3  assume there are wins and losses, they are all headed to

4  the Supreme Court.

5      Now, we go to Bill in Norwalk.

6      CALLER BILL:  Yes, Mr. Mayor.  Needless to say,

7  I'm very disappointed with this whole thing and the fake

8  news kept saying that the Biden was winning the election

9  at first by 17 points.  And then, it came down to more

10  equitable.  I was wondering, did the President have any

11  -- any poll numbers of his own?  I mean, do we have any

12  poll numbers that indicate because I watch every one of

13  the -- almost every one of the rallies, and I saw as

14  many 37,000 people coming out to one rally.

15      Biden couldn't get as many as 200.  He usually

16  gave out Pretzels, and nobody came to their rallies.  So

17  I can't believe he got those kind of votes.

18      RUDY GIULIANI:  What kind of pretzels?

19      CALLER BILL:  I don't know what kind of --

20      RUDY GIULIANI:  What kind of pretzels --

21      CALLER BILL:  Excuse me?

22      RUDY GIULIANI:  Just regular pretzels or those

23  good like Pennsylvania pretzels and stuff like that?

24      CALLER BILL:  No.  No.  The ones I bake myself,

25  so you'd like them.  I'll send you some.

File 5 Chat with the Mayor  Rudy Giuliani
November 18, 2020                          16

1      RUDY GIULIANI:  I like -- I like good pretzels.

2      CALLER BILL:  Okay.

3      RUDY GIULIANI:  I had -- I had good pretzels last

4    night in Williamsport.  I ate there at the

5    recommendation of the Judge.  The Judge in the case is a

6    cool guy, by the way.

7      CALLER BILL:  Yeah.  Well, ask Biden.  He knows

8    where the good pretzels are because that's what he did

9    to get people at his rallies.

10     RUDY GIULIANI:  Do you think he steals them?

11     CALLER BILL:  I still think that we have a way to

12   go there, but I'm just hoping and praying that we can

13   pull this out.

14     RUDY GIULIANI:  We have a way to go, but we can

15   pull it out.  That's the right -- exactly correct.

16     Let's go to Charlie.  Charlie in the Bronx.

17     CALLER CHARLIE:  Hello, Mr. Mayor.  This is all I

18   have to say is you are the best.

19     RUDY GIULIANI:  Oh, that's so nice.  Thank you.

20   Charlie?

21     CALLER CHARLIE:  Hello, Mr. Mayor?

22     RUDY GIULIANI:  Ask your question.  Come on.  I'm

23   here for you Charlie.  What do you want to know?  Don't

24   get shy now.

25     CALLER CHARLIE:  I just want to say that you're

File 5 Chat with the Mayor  Rudy Giuliani
November 18, 2020                          17

1  the best.

2      RUDY GIULIANI:  Okay.

3      CALLER CHARLIE:  And you're the only other person

4  who could fill the President's shoes if he doesn't run

5  for president in 2024.  God forbid that this doesn't go

6  in his favor.  We appreciate all that you do, but I just

7  want to ask you one question.

8      RUDY GIULIANI:  Yeah.

9      CALLER CHARLIE:  The question is on a so-called

10  executive order on opposing certain sanctions in the

11  event of foreign interference in a United States

12  election that President Trump created back in September

13  12/20/18.  Can you give us some information on that, and

14  if that can take -- or if this can supersede the votes

15  that you're working through now.

16      RUDY GIULIANI:  Okay.  That President Trump got

17  foreign intervention in the election?

18      CALLER CHARLIE:  Yes.  He has an executive order

19  that if you --

20      RUDY GIULIANI:  Oh.  Oh.  Prohibiting foreign

21  intervention in the election.  I see what you're saying.

22      CALLER CHARLIE:  Yes.

23      RUDY GIULIANI:  Well, there's some possibility of

24  it that -- I mean, I'll tell you I was totally shocked

25  to find out that most of our votes are counted outside

Case 1:21-cv-00213-CJN   Document 2-51   Filed 01/25/21   Page 19 of 36
File 5 Chat with the Mayor   Rudy Giuliani
November 18, 2020                                    18

1   of side the United States.  I mean, that's crazy.

2      CALLER CHARLIE:  Wow.

3      RUDY GIULIANI:  This Dominion company is a

4   Canadian company.  And then, they don't even count them

5   in Canada.  They send them to Germany.  And the company

6   that counts them is a company runned by crooked

7   Venezuelans who support Maduro.

8      Every, every single fact that I just told you is

9   true.  It's also you can go see it and read it if you go

10  get out the hearings that were held in 20 -- 2007, and

11  there's a quite good letter from Carolyn Maloney, the

12  Congress woman from Manhattan, about how dangerous

13  Smartmatic is.

14      And you're going to say, who's "Smartmatic?"

15  Smartmatic is the company that Dominion contracts with

16  to actually calculate the ballot.  And the other company

17  that has a good reputation of fixing elections in South

18  America.  And strangely, there are witnesses who have

19  come forward who say the way this was done fits the

20  pattern of the way in which they fixed elections in

21  Latin America.  And you've getting the feeling since the

22  pandemic started, that were getting to be bit of a

23  Banana Republic in some states, right?

24      CALLER CHARLIE:  Right.

25      RUDY GIULIANI:  Nanny State -- Nanny State

Case 1:21-cv-00213-CJN   Document 2-51   Filed 01/25/21   Page 20 of 36
File 5 Chat with the Mayor  Rudy Giuliani
November 18, 2020                          19

1  Dictator.  New York, Michigan, Illinois.  I mean the

2  governors on television every day telling us how to

3  breath.  Whether we can walk or not.  If our kids can go

4  to school.  How many can go to church every Sunday.

5  Can't be everybody.  Only a few people can go to church

6  every Sunday because the governors are more important

7  than God.

8       CALLER CHARLIE:  Right.

9       RUDY GIULIANI:  Did you know that?

10       CALLER CHARLIE:  I didn't know that until now.

11       RUDY GIULIANI:  Our governor supersedes God.  Our

12  governor supersedes God.  I mean, it's not so important

13  to go to church.  Not important.  Much more important to

14  have a black lives matter rally than to go to church.

15       Because for a black lives matter rally, you're

16  going have like 5,000 people.  I know there outdoors,

17  but there like in each other faces and spitting in each

18  other faces.  And in church, nobody spits in each others

19  face or starts screaming such a way.

20       That the stuff from their mouth can get into your

21  face.  But church, you got to be 500,000 feet apart, and

22  you better do everything right, or they will come after

23  you.  If you're black lives matter, that's too

24  important.  That is too important of a message to

25  interfere with.  But the message of praying to God in

File 5 Chat with the Mayor  Rudy Giuliani
November 18, 2020                              20

1   God's house is not too important.  That's a country

2   going in the wrong direction my friend.

3        So let's go to Lester in my birth place,

4   Brooklyn?

5        CALLER LESTER:  Hello?  Hello?

6        RUDY GIULIANI:  Yep.  Yep.

7        CALLER LESTER:  Hello?  Do you hear me?

8        RUDY GIULIANI:  I hear you very well, Lester.

9   You can't believe how well I hear you.

10        CALLER LESTER:  Two points.

11        RUDY GIULIANI:  And you have a nice voice.

12        CALLER LESTER:  I don't think that pursuing the

13   Ford poll watchers being excluded option is the best

14   option.  I think the best option is Article two, Section

15   Two, Clause two of the Constitution which says that

16   time, places and matter of choosing electors shall be

17   prescribed by the legislation thereof.  Now, it seems to

18   me, they were blatantly unconstitutional, and there's no

19   way to call the Supreme Court can ignore this without

20   bringing greater program upon itself.

21        RUDY GIULIANI:  Ignore what, sir?  Tell me.

22        CALLER LESTER:  Ignore the constitutional

23   provision that Pennsylvania clearly violated the

24   constitution by giving three days extra to count those

25   votes.  Regard -- those votes are invalid no matter what

Case 1:21-cv-00213-CJN   Document 2-51   Filed 01/25/21   Page 22 of 36
File 5 Chat with the Mayor  Rudy Giuliani
November 18, 2020                                    21

1  the poll watchers were excluded, no matter how they were

2  excluded.

3      RUDY GIULIANI:  Well, I may have to argue that at

4  some point so I don't want to tell you that it's not a

5  good argument, but I'll tell you it's not nearly as good

6  an argument if, in fact, a protection that exists in

7  every single state in the country, and in every other

8  county in the state of Pennsylvania but two, is denied a

9  certain candidate because that's an equal protection

10  violation.

11      So it's not only -- it's not only that they

12  didn't supply inspectors for the ballots that were being

13  delivered in the 8 out of 10 Biden counties.  It's that

14  they did supply inspectors, being very picky about

15  ballots I'd imagine, in what we would call the Trump

16  parts of the state.  And that's what we call a classic

17  violation of equal protection clause of United States

18  constitution.

19      Bush V. Gore says that one candidate should not

20  be treated differently than another candidate in a state

21  just because of their location.  And this is what's

22  happened.  If you're in one part of the state, you get

23  your ballots scrutinized very carefully, and many more

24  can be thrown out.  In other part of the state, nobody

25  looks at anything.  Or they had another thing in

Case 1:21-cv-00213-CJN   Document 2-51   Filed 01/25/21   Page 23 of 36
File 5 Chat with the Mayor  Rudy Giuliani
November 18, 2020                                22

1   Pennsylvania.

2       In one part of the state, if you made mistake in

3   your ballot, they would allow you to come back and fix

4   it.  Change it.  Rewrite it.  Do it again.  You don't

5   have to guess the Biden parts of the state.

6       In the Trump parts of the state they didn't do

7   that because they -- they thought that even with the

8   secretaries guidance, the secretary of elections of the

9   Democrat, even with the guides who rented the ballot

10  improper because the law doesn't allow you to do it.

11  The secretary made it up.  So was this a rogue election?

12      And is what I'm telling you about Pennsylvania

13  repeated in Michigan and in Wisconsin and in Minnesota

14  and in Arizona and Nevada and Georgia, New Mexico,

15  Virginia, speak fraud.  Not little.  Big.

16      Whereas the President of the United States used

17  to once stay Yuge.  It's Yuge.  But Yuge meaning bad.

18  Yuge bad.  Like major criminal conduct.  Oh, that's

19  surprising.  Joe Biden, who cheated in law school, who

20  cheated as a senator, who pulled in for his family 40,

21  50 million selling his office, but he wouldn't fix an

22  election.

23      We're talking to you on 77 WABC.

24      (Commercial was taken.)

25      RUDY GIULIANI:  Well, welcome back to our

Case 1:21-cv-00213-CJN Document 2-51 Filed 01/25/21 Page 24 of 36
File 5 Chat with the Mayor  Rudy Giuliani
November 18, 2020                                    23

1   wonderful show and with our great people.  I missed you

2   for two days.  I really did.  Although I did enjoy going

3   back in the court, I have to tell you that.  I haven't

4   been to court in about three years, maybe four.  I

5   argued a case for Activision in California a couple

6   years ago.

7        And I -- you know, I do a lot of speeches, and

8   presentations and debates, even some like

9   arbitration-type things, but nothing like being in

10  court.  Nothing.  For pure -- I don't know --

11  excitement.  Rational annalists.  Terrific.

12       So we will go to Paula in New jersey.

13       CALLER PAULA:  Yes.  Thank you, Mayor.  I have

14  some important information for you and for our beloved

15  country.  There is such a thing as a forensic

16  laboratory.

17       RUDY GIULIANI:  Oh, yeah.  I know what it is.

18       CALLER PAULA:  I never knew this --

19       RUDY GIULIANI:  We got plenty of them.

20       CALLER PAULA:  But I basically found this out,

21  and this kind of laboratory can determine very directly

22  whether there was fraud in the mail-in ballots.  How?

23  Especially in Georgia because the forensic laboratory

24  can analyze the ink that is in the circle, where --

25       RUDY GIULIANI:  Right.

Case 1:21-cv-00213-CJN   Document 2-51   Filed 01/25/21   Page 25 of 36
File 5 Chat with the Mayor  Rudy Giuliani
November 18, 2020                              24

1      CALLER PAULA:  -- it's filled in.  Okay.  So they

2   can annualize that ink and determine whether if it is

3   inkjeted, which is a liquid that dries.  Laser jet,

4   which is a powder on the paper.  Or ball point, which

5   would be done by hand.  And they can also determine

6   whether any of those inks, specifically the mechanical

7   kind, match the rest of the paper.

8         And I was amazed at this information, and I'm

9   wondering if it could be of use to the country in

10  Georgia.

11     RUDY GIULIANI:  Okay.  So number one, you're

12  absolutely right.  There are ways of doing it.  What

13  you're describing isn't as accurate as some other

14  things, but it could be used.  The question is we got to

15  get our hands on it.  So we got to subpoena it.  And the

16  court has to let us subpoena it.

17        The -- they're not making anything -- they're

18  trying to hide everything.  So -- and who knows?  They

19  may destroy them before we even it get to them, but I do

20  -- I do -- I do think that if we got our hands on those

21  ballots you would see things like 50 in a row in the

22  same pen, right?  Or 100 in a row.  And then --

23     CALLER PAULA:  Right.

24     RUDY GIULIANI:  And then, there's -- and then,

25  there's machine counting, and that can tell you -- that

Case 1:21-cv-00213-CJN   Document 2-51   Filed 01/25/21   Page 26 of 36
File 5 Chat with the Mayor  Rudy Giuliani
November 18, 2020                                25

1   can tell you a very, very large amount of about how

2   similar are they because what they did, particularly in

3   Pennsylvania and in Michigan, where they to catch up a

4   lot, they had people doing ballots even after the

5   election.  I mean, they we're just sitting in a garage

6   somewhere and just shooting off ballots.

7        We got our hands on the ballots, we will find

8   those, but we have to get our hands on the ballots

9   first.  And they're hiding those things very, very, very

10  much.  That's the whole reason they didn't let us

11  inspect, in order to hide it from us because some of the

12  things you're talking about you can tell with an

13  inspection.

14       I mean, a good -- a good inspector of absentee

15  ballots has a nose for a bad ballot.  Just looks outside

16  of the envelope where it's written, the person kind of

17  scratches the -- kind of scratches out an address and

18  just puts -- it has to be put on very quickly.  You can

19  just smell it.  And we didn't get to look at it, much

20  the less smell it.

21       Well, we're going to be back tomorrow.  We can

22  tell you more about this.  It's getting bigger and

23  bigger and bigger, and I'm going to have a press

24  conference about it tomorrow.  We will review it, and

25  then I'll talk to you about it after the press

Case 1:21-cv-00213-CJN   Document 2-51   Filed 01/25/21   Page 27 of 36
File 5 Chat with the Mayor  Rudy Giuliani
November 18, 2020                                     26

1  conference at 12:00.  God bless America.  We are going

2  to get there.  Great Country.  You say thank God

3  tomorrow morning when you wake up.

4      (End of recording.)

Case 1:21-cv-00213-CJN   Document 2-51   Filed 01/25/21   Page 28 of 36
File 5 Chat with the Mayor  Rudy Giuliani
November 18, 2020                          27

1                C E R T I F I C A T E

2

3    I, STEPHANIE TURNER, Certified Shorthand Reporter/

4    Transcriptionist, do hereby certify that I was

5    authorized to transcribe the foregoing recorded

6    proceeding, and that the transcript is a true and

7    accurate transcription of my shorthand notes, to the

8    best of my ability, taken while listening to the

9    provided recording.

10

11   I further certify that I am not of counsel or attorney

12   for either or any of the parties to said proceedings,

13   nor in any way interested in the events of this cause,

14   and that I am not related to any of the parties thereto.

15   Dated this 19th day of January, 2021.

16

17

18

19

20             _____

21             STEPHANIE TURNER, CSR 13439

22

23

24

25

**$**

**$11**   2:9 9:23

**1**

**1-800-848-9222**
  2:8,11 9:22,
  25 10:8 12:10
**1-800-848-WABC**
  2:8 9:22 10:8
  12:10
**10**   21:13
**10,000**   7:17
**100**   24:22
**100,000**   6:6
**12/20/18**
  17:13
**12:00**   26:1
**14th**   10:22
**17**   15:9

**2**

**2**   2:10 5:1
  9:24
**20**   8:24 9:1
  13:5 18:10
**200**   15:15
**2007**   18:10
**2024**   17:5
**250**   7:22
**27/23**   12:5
**270**   12:3
**2:30**   8:1

**3**

**30**   8:24 9:1
**330,000**   6:10
**37,000**   15:14
**3rd**   6:13

**4**

**40**   22:20
**49**   9:8
**4:30**   6:7

**5**

**5**   5:1
**5,000**   19:16
**50**   22:21
  24:21
**500**   7:21
**500,000**   19:21

**6**

**680,770**   2:21
  3:14

**7**

**77**   22:23
**77WABC**   2:4

**8**

**8**   21:13

**A**

**ability**   8:6
**absentee**   3:1,
  12 4:14 6:9
  8:22 25:14
**absolutely**
  24:12
**accurate**
  24:13
**act**   4:22
**Activision**
  23:5
**address**   25:17
**addressing**
  2:12

**affidavits**
  4:12
**affiliation**
  14:13
**afternoon**   2:1
  12:13
**algorithm**
  7:17
**Alito's**   6:14
**allege**   2:21
**Allegheny**
  2:24 4:19
**allowed**   3:11
  8:20
**amazed**   24:8
**amendment**
  10:22
**America**   4:8,
  14 7:11 8:14,
  15 18:18,21
  26:1
**amount**   25:1
**amounts**   4:7,9
**analyze**   23:24
**analyzed**
  11:20
**annalists**
  23:11
**annualize**
  24:2
**appeal**   5:9
  14:20,22,23
**appeared**   5:21
**Appellate**
  14:22
**approve**   11:20
**approved**
  13:24
**arbitration-**
**type**   23:9
**argue**   2:19
  21:3
**argued**   13:18
  23:5
**argument**   3:19
  21:5,6

**Arizona**   6:23
  14:2 22:14
**Article**   20:14
**assigned**   12:2
**assume**   15:3
**Astoria**   12:12
**astounding**
  9:15
**ate**   16:4
**attacks**   8:11
**attention**
  3:23
**audit**   5:24
**avoid**   3:6,7
**awarded**   5:5

**B**

**back**   5:25 6:1
  10:5 12:9
  17:12 22:3,25
  23:3 25:21
**back-dated**
  6:12
**backs**   8:25
**bad**   22:17,18
  25:15
**bake**   15:24
**ball**   24:4
**ballot**   3:7
  4:20 5:15 9:1
  18:16 22:3,9
  25:15
**ballots**   3:2,
  3,4,5,6 4:14,
  16,24 5:7
  6:9,10,12
  8:4,9,22 9:10
  21:12,15,23
  23:22 24:21
  25:4,6,7,8,15
**Banana**   18:23
**basically**
  13:21 23:20
**belief**   4:9,11
**beloved**   23:14

Biden  2:22
  8:1 12:2
  14:22 15:8,15
  16:7 21:13
  22:5,19
Big  22:15
bigger  25:22,
  23
Bill  15:5,6,
  19,21,24
  16:2,7,11
birth  20:3
bit  18:22
black  19:14,
  15,23
blatantly
  20:18
bless  26:1
Board  5:13
Boockvar  2:19
Boom  4:5
bother  14:15
box  3:7
boy  13:6
break  12:8
breath  19:3
bring  8:5
bringing
  10:18 20:20
Bronx  16:16
Brooklyn  20:4
buried  8:2
Bush  14:6
  21:19

—————

C

calculate
  18:16
California
  23:5
call  2:4,7
  7:25 9:21
  12:10 20:19
  21:15,16

called  5:19
  7:12
caller  10:9,
  11,12,14
  11:5,10
  12:13,16,24
  13:8,12 15:6,
  19,21,24
  16:2,7,11,17,
  21,25 17:3,9,
  18,22 18:2,24
  19:8,10 20:5,
  7,10,12,22
  23:13,18,20
  24:1,23
calling  10:16
Canada  18:5
Canadian  18:4
candidate
  21:9,19,20
Capital  2:3
carefully
  21:23
Carolyn  18:11
case  2:19
  3:15 5:6 6:21
  8:12 10:18
  16:5 23:5
cases  3:23
  5:11 9:15,16
  13:17 14:4,17
cast  2:21
catch  25:3
category  14:1
censorship
  3:25 8:11
certified
  11:8
certify  5:15,
  23 11:14,15,
  16,23,24
chambers  6:1
chance  4:15
  6:22
change  7:17
  22:4

changed  5:21
changing  7:16
channel  10:3
Charlie
  16:16,17,20,
  21,23,25
  17:3,9,18,22
  18:2,24 19:8,
  10
Chat  2:6 9:20
  10:6
Chavez  7:14
cheated
  22:19,20
cheating  7:10
choosing
  20:16
church  19:4,
  5,13,14,18,21
circle  23:24
Circuit
  14:23,24,25
cities  9:14
City  7:18
classic  21:16
clause  20:15
  21:17
clear  11:15
close  6:4
Columbia  2:3
comment  12:25
comments
  12:17,23
commercial
  10:4 12:8
  22:24
commit  11:1
company  7:12,
  13 18:3,4,5,
  6,15,16
completely
  3:13
conduct  22:18
conference
  25:24 26:1
Congress
  18:12

conscious
  6:16
constitution
  20:15,24
  21:18
constitutional
  20:22
contracts
  18:15
control  7:25
cool  16:6
core  5:11
correct  16:15
count  18:4
  20:24
counted  4:14
  11:7 17:25
counties  4:18
  21:13
counting  8:3,
  22 24:25
countries  9:9
country  4:23
  9:11 20:1
  21:7 23:15
  24:9 26:2
counts  18:6
county  2:24
  5:14 21:8
couple  23:5
court  5:2,10
  7:7 8:19 9:2
  11:11,12,13
  13:13,16
  14:7,11 15:1,
  4 20:19 23:3,
  4,10 24:16
courts  14:19
Covid  10:15,
  19
crack  10:25
crap  5:5
crazy  18:1
created  17:12
credulity
  3:14

**criminal**
  22:18
**crisis**  13:1,3
**criticizing**
  13:5
**crooked**  9:12
  18:6
**crowd**  5:22
**cut**  4:5

---

**D**

**dangerous**
  18:12
**day**  4:3 13:14
  19:2
**days**  20:24
  23:2
**deal**  2:16
**debates**  23:8
**decided**  8:19
  14:18
**decision**
  14:25
**decisions**
  14:19
**declared**  5:7
**delivered**
  21:13
**Democrat**
  4:15,18 5:1,5
  9:2,13 14:14
  22:9
**Democratic**
  14:8
**Democrats**
  3:15
**denied**  21:8
**depending**
  7:23 14:19
**depth**  11:20
**describing**
  24:13
**desk**  13:21
**destroy**  24:19
**detail**  10:2

**details**  10:24
  14:15
**determine**
  4:15 7:24
  23:21 24:2,5
**Detroit**  5:14
**Dictator**  19:1
**differently**
  4:22 21:20
**direction**
  20:2
**directly**
  23:21
**disappointed**
  15:7
**discuss**  10:1
**dismiss**  7:8
**dismissed**
  3:16,17
**dispute**  3:16
**district**  2:3
  7:23
**dollars**  2:9
  9:24
**Dominion**  7:12
  18:3,15
**Donate**  2:9
  9:23
**dot**  2:10 9:25
**downs**  10:19
**draconian**
  10:16
**dries**  24:3
**dumped**  6:6

---

**E**

**edge**  12:6
**election**  7:8,
  10,24 8:18
  10:1 15:8
  17:12,17,21
  22:11,22 25:5
**elections**
  7:11 8:17
  18:17,20 22:8

**electoral**
  5:13 11:24
  12:3
**electors**
  20:16
**embarrassing**
  5:4
**encompasses**
  5:14
**end**  26:4
**enjoy**  23:2
**entered**  3:2
**envelope**
  25:16
**equal**  21:9,17
**equitable**
  15:10
**essence**  5:11
**event**  17:11
**evidence**  7:1
**examine**  3:5
**exchange**  5:24
**excitement**
  23:11
**excluded**
  20:13 21:1,2
**Excuse**  15:21
**executive**
  17:10,18
**exercise**  7:7
**exists**  21:6
**expertise**
  7:15
**extra**  20:24
**extraordinaril**
**y**  3:9
**extraordinary**
  6:19

---

**F**

**face**  19:19,21
**faces**  19:17,
  18
**fact**  18:8
  21:6

**facts**  3:24
**fails**  10:17,
  18
**fair**  8:16,18
**faith**  6:2
**fake**  15:7
**families**  8:13
**family**  22:20
**favor**  17:6
**feeling**  18:21
**feet**  8:24 9:1
  19:21
**fight**  13:14
**fighting**
  12:18,20
**figure**  8:4
**filed**  6:21
  13:20,22,23,
  24,25
**fill**  17:4
**filled**  24:1
**find**  7:21
  17:25 25:7
**first-time**
  10:11
**fits**  18:19
**fix**  22:3,21
**fixed**  18:20
**fixing**  18:17
**Florida**  14:7
**forbid**  17:5
**Ford**  20:13
**foreign**
  17:11,17,20
**forensic**
  23:15,23
**forward**  18:19
**found**  23:20
**Foundation**
  2:7 9:21 10:7
  12:11
**FOX**  4:6
**fraud**  4:4,6,
  7,9 6:19
  9:14,16 10:2,
  15,18 11:15

13:6 22:15
23:22
**frauds**  5:7
**fraudulent**
8:9
**fraudulently**
2:22
**free**  8:16,18
**friend**  20:2
**front**  5:22
**funny**  13:1

---

### G

**garage**  25:5
**gave**  15:16
**Georgia**  6:22
13:22 22:14
23:23 24:10
**Germany**  18:5
**Giuliani**  2:1,
2 10:5,13
11:2,6,11
12:9,10,15,22
13:2,11,15
15:18,20,22
16:1,3,10,14,
19,22 17:2,8,
16,20,23
18:3,25 19:9,
11 20:6,8,11,
21 21:3 22:25
23:17,19,25
24:11,24
**give**  6:19
17:13
**giving**  6:4
20:24
**God**  17:5
19:7,11,12,25
26:1,2
**God's**  20:1
**good**  2:1,9
6:2,16,22
9:23 12:13,
15,25 13:13
15:23 16:1,3,

8 18:11,17
21:5 25:14
**goodness**  3:25
11:21
**Gore**  14:7
21:19
**gosh**  3:23
**governor**
19:11,12
**governors**
10:17 19:2,6
**great**  2:16
9:12 10:12
11:20 12:19,
21 13:6 23:1
26:2
**greater**  20:20
**grounds**  3:18
14:6
**guess**  14:12
22:5
**guest**  13:11
**guidance**  22:8
**guides**  22:9
**guy**  11:9 16:6
**guys**  12:19,20

---

### H

**hacked**  9:2
**halt**  7:25
**hand**  5:21
24:5
**hands**  5:23
10:16 24:15,
20 25:7,8
**hang**  13:9
**happen**  8:14
**happened**
21:22
**happening**
12:7
**harassing**
5:22
**hard**  3:15,23
7:20

**hate**  2:15
**head**  10:6
**headed**  13:12,
16 15:3
**hear**  9:25
20:7,8,9
**heard**  3:19
**hearings**
18:10
**held**  18:10
**hide**  24:18
25:11
**hiding**  25:9
**hoping**  16:12
**Hotline**  2:8
9:21 10:7
12:11
**house**  12:5
20:1
**hundred**  3:4
**hundreds**  5:7

---

### I

**ignore**  20:19,
21,22
**illegally**
2:21 11:25
12:1
**Illinois**  19:1
**imagine**  14:9
21:15
**important**
19:6,12,13,24
20:1 23:14
**improper**
22:10
**incorrectly**
12:2
**information**
17:13 23:14
24:8
**ink**  23:24
24:2
**inkjeted**  24:3
**inks**  24:6

**insane**  5:1
**inspect**  6:8
9:7,10 25:11
**inspected**  8:5
**inspecting**
3:2
**inspection**
6:11 25:13
**inspector**
3:12 25:14
**inspectors**
3:8 21:12,14
**interfere**
19:25
**interference**
17:11
**intervention**
17:17,21
**invalid**  20:25
**invoke**  10:21
**irregularities**
5:16
**issue**  3:10

---

### J

**Jason**  10:9,
10,11,13,14
11:5,10
**jersey**  10:9
23:12
**jet**  24:3
**job**  5:20
12:21
**Joe**  12:12,13,
15,16,22,24
13:8,12 22:19
**joining**  2:2
**Joseph**  2:22
**judge**  6:14
9:2 16:5
**judges**  5:4
14:13
**jurisdiction**
7:7 10:20

**K**

key  4:18
  13:17
kids  19:3
kind  4:10
  5:20 12:7
  15:17,18,19,
  20 23:21 24:7
  25:16,17
knew  23:18

**L**

laboratory
  23:16,21,23
lack  3:18,19
large  8:8
  25:1
largely  4:19
Laser  24:3
latest  10:1
Latin  18:21
law  3:20 4:25
  8:20 22:10,19
lawsuit  11:21
lawyers  8:11
leading  9:13,
  14
league  2:18
leave  8:12
legal  11:16,
  17
legislation
  20:17
legislators
  11:14
legitimate
  4:16
Lester  20:3,
  5,7,8,10,12,
  22
letter  18:11
liquid  24:3

listen  10:1
  13:9
lives  19:14,
  15,23
location
  21:21
lock  10:15,19
looked  6:12
  9:15
lose  15:2
loss  5:20
  14:7,10
losses  14:5
  15:3
lot  11:2
  13:13 23:7
  25:4
love  2:15
  10:12 12:21
loved  12:24

**M**

machine  9:13
  24:25
made  8:8
  22:2,11
Maduro  7:15
  18:7
mail-in  8:4,9
  9:10 13:4
  23:22
mail-order
  3:5
major  22:18
make  14:25
making  24:17
Maloney  18:11
Manhattan
  18:12
margins  8:8
Massachusetts
  7:2
match  24:7
matter  19:14,
  15,23 20:16,
  25 21:1

Mayor  2:7
  9:20 10:6,11
  12:13 13:8,12
  15:6 16:17,21
  23:13
meaning  2:24
  3:9 14:20
  22:17
means  8:18
mechanical
  24:6
media  3:24
meeting  5:17
message
  19:24,25
Mexico  6:23
  14:3 22:14
Michigan
  5:11,12 6:20
  7:3 11:18
  13:19 19:1
  22:13 25:3
middle  6:7
million  22:21
minimum  2:22
Minnesota
  6:23 22:13
minutes  9:19
missed  2:14
  23:1
mistake  22:2
Monday  2:14
month  2:9
  9:24
morning  8:1
  26:3
motion  2:19
mouth  19:20

**N**

Nanny  18:25
Nation's  2:3
Needless  15:6
Nevada  6:21
  11:21 13:23
  22:14

news  15:8
nice  13:14
  16:19 20:11
night  6:7
  16:4
Norwalk  15:5
nose  25:15
November  6:13
number  2:10,
  11,23 3:1
  9:15,16,24
  24:11
numbers  6:3
  15:11,12

**O**

oath  6:3
observed  4:21
occurrence
  5:12
office  22:21
opinion  5:1
  14:14
opposing
  17:10
option  20:13,
  14
order  6:14
  7:14 17:10,18
  25:11
org  2:10 9:25
originally
  7:13
outdoors
  19:16
overcome  8:11
overwhelming
  11:22

**P**

pandemic  13:3
  18:22
paper  24:4,7

pardon 10:23
12:23
part 21:22,24
22:2
parts 21:16
22:5,6
pass 3:20
patriots
12:19
pattern 3:10
18:20
Paula 23:12,
13,18,20
24:1,23
Pavuto 4:5
pay 3:23
pen 24:22
Pennsylvania
2:17,20 4:17,
20 5:2,6,8
6:20 8:20
9:11,12 11:17
14:11,21
15:23 20:23
21:8 22:1,12
25:3
people 4:12
13:5 15:14
16:9 19:5,16
23:1 25:4
perjury 6:17
person 3:3,4
17:3 25:16
Philadelphia
2:24,25 4:18
8:19,23 9:13
phony 8:4
picky 21:14
piece 5:5
Pittsburgh
2:25 4:19
place 6:20,23
7:19 20:3
places 6:19
7:6,19 20:16
plant 9:6

plenty 23:19
podcast 10:2
point 9:18
21:4 24:4
points 15:9
20:10
political
14:6,12
poll 8:21
15:11,12
20:13 21:1
possibility
12:7 17:23
potted 9:5
powder 24:4
Powell 4:2
powers 10:21
praying 16:12
19:25
prescribed
20:17
Presence 9:3
present 8:21,
23 9:6
presentations
23:8
president
10:19 11:9
12:18 15:10
17:5,12,16
22:16
President's
17:4
press 25:23,
25
pretty 13:1
pretzels
15:16,18,20,
22,23 16:1,3,
8
prevent 11:8
private 5:25
problem 3:11
procedure
3:21
program 20:20

Prohibiting
17:20
protection
21:6,9,17
prove 8:10
provide 10:23
provision
20:23
pull 16:13,15
pulled 22:20
pure 23:10
purpose 9:6
11:4
pursuing
20:12
put 5:23 7:14
8:24 25:18
puts 25:18

**Q**

question 6:18
12:17 16:22
17:7,9 24:14
questions
2:15 9:19
quick 12:17
quickly 25:18

**R**

racist 5:19
radical 4:10
rallies
15:13,16 16:9
rally 15:14
19:14,15
Rational
23:11
read 18:9
readjust 8:3
ready 12:6
reality 14:17
reason 3:5
25:10

rebellion
10:25
recommendation
16:5
recording
26:4
Regard 20:25
regular 15:22
remember 14:6
reminded 4:2
rented 22:9
repeated
22:13
represent 3:1
Representative
s 12:5
Republic
18:23
Republican
4:15,21 5:1
12:6
Republicans
4:24 5:17 8:6
14:8
reputation
18:17
requires 4:25
rest 4:14,17,
23 5:11 11:19
24:7
result 5:6
7:8
results 7:9
reversed 5:4
review 25:24
Rewrite 22:4
ridiculously
8:8
rogue 22:11
row 24:21,22
Rudy 2:1
10:5,13 11:2,
6,11 12:9,15,
22 13:2,11,15
15:18,20,22
16:1,3,10,14,
19,22 17:2,8,

16,20,23
18:3,25 19:9,
11 20:6,8,11,
21 21:3 22:25
23:17,19,25
24:11,24
rudyscommonsen
se.com  10:3
run  17:4
runned  18:6

_____

**S**
_____

sanction
  11:11
sanctions
  17:10
school  3:21
  19:4 22:19
scratches
  25:17
screaming
  19:19
screwed  4:25
scrutinized
  21:23
secretaries
  22:8
secretary
  22:8,11
Section  10:24
  20:14
Sections
  10:21
segregated
  6:15
selling  22:21
senator  22:20
send  15:25
  18:5
September
  17:12
series  2:18
shocked  17:24
shoes  17:4
shooting  25:6

show  2:12,14
  4:24 5:10
  10:12 23:1
shy  16:24
side  11:8
  18:1
Sidney  4:2
sign  6:2,16,
  17
similar  25:2
simple  13:15
single  4:20
  18:8 21:7
sir  20:21
sitting  13:21
  25:5
size  7:23
Smartmatic
  18:13,14,15
smell  25:19,
  20
so-called
  17:9
sort  11:25
South  18:17
speak  2:6
  9:20 22:15
specifically
  6:9 24:6
speeches  23:7
spits  19:18
spitting
  19:17
spread  7:11
spreads  7:20
standing  3:18
start  2:12
started  18:22
starts  19:19
state  2:20
  4:23 9:7,12
  10:17 11:13
  12:6 18:25
  21:7,8,16,20,
  22,24 22:2,5,
  6

states  9:8,14
  11:14,25
  17:11 18:1,23
  21:17 22:16
stay  22:17
steals  16:10
steel  13:4
stole  3:17
stop  8:3
strange  5:12
strangely
  18:18
strong  7:2
stuff  15:23
  19:20
stuffing  3:7
subject  6:10
subpoena
  24:15,16
Subtle  7:16
suddenly  7:15
Sunday  19:4,6
supersede
  17:14
supersedes
  19:11,12
supply  21:12,
  14
support  10:25
  18:7
suppression
  11:1
Supreme  5:2,
  10 8:19
  13:13,16
  14:7,11 15:1,
  4 20:19
surprising
  22:19
swamp  2:4
swearing  4:12

_____

**T**
_____

T2t.org.  2:10
  9:24

talk  10:6,12
  25:25
talking  22:23
  25:12
Tanzania  9:8
technical
  3:18
television
  19:2
telling  19:2
  22:12
Terrific
  23:11
thereof  20:17
thing  3:6,12
  5:12 13:4,9
  15:2,7 21:25
  23:15
things  5:20
  6:15 8:3 23:9
  24:14,21
  25:9,12
thought  22:7
thousand
  7:21,22
thousands  5:7
threatened
  5:18,19 8:12,
  13
threatening
  5:22
thrown  21:24
tight  7:1
time  11:3
  20:16
today  2:12
  12:14
told  18:8
tomorrow
  13:22 25:21,
  24 26:3
tonight  13:22
topic  10:14
totally  4:10
  17:24
Towers  2:7,9
  9:21,23 10:7

12:11
**treated** 21:20
**true** 4:12
  18:9
**Trump** 2:19,20
  10:19 11:17
  17:12,16
  21:15 22:6
**Tuesday** 2:14
**tuning** 2:5
**Tunnel** 2:7,9
  9:21,23 10:7
  12:11
**turn** 6:25
**turned** 12:25

────────────

**U**
────────────

**U.S.A.** 11:1
**unbelievable**
  4:1 5:6
**unconstitution**
**al** 20:18
**under-**
**developed**
  9:9,11
**understood**
  3:20
**unexplainable**
  14:14,15,16
**unheard** 3:12
**union** 9:8
**United** 17:11
  18:1 21:17
  22:16
**unlimited** 8:6
**unsupported**
  4:10
**urging** 12:18
**usual** 3:10

────────────

**V**
────────────

**valid** 6:5
**vehicle** 13:6

**Venezuela**
  7:13,14
**Venezuelans**
  18:7
**versa** 15:2
**verses** 2:19,
  20
**vice** 15:1
**victories**
  14:5
**violate** 6:14
**violated**
  20:23
**violation**
  21:10,17
**Virginia** 6:24
  14:2 22:15
**voice** 20:11
**vote** 5:21
  7:16 11:14,15
  12:6 14:9
**voted** 5:15,18
**voter** 9:14,16
  10:15,17
**voter's** 11:1
**votes** 2:21,23
  3:1,14,17
  6:5,6 7:6,8,
  18,21 8:3
  11:7,16,17,
  23,24,25 12:3
  13:4 15:17
  17:14,25
  20:25

────────────

**W**
────────────

**WABC** 22:23
**wake** 26:3
**walk** 19:3
**wasting** 12:25
**watch** 2:18
  15:12
**watchers** 8:21
  20:13 21:1
**Wayne** 5:13

**ways** 24:12
**weeks** 8:10
**wide** 7:11
**wildly** 14:12
**Williamsport**
  2:16 16:4
**win** 7:14
  11:17,18
  14:21
**winning** 15:8
**wins** 15:3
**Wisconsin**
  6:21 7:3
  11:19 13:20
  22:13
**witnesses**
  18:18
**woman** 18:12
**wonderful**
  23:1
**wondering**
  15:10 24:9
**word** 4:4,6
**workers** 8:25
**working** 17:15
**world** 2:18
**worried** 5:3
**Wow** 18:2
**written** 25:16
**wrong** 20:2

────────────

**Y**
────────────

**year** 3:20
  4:13 9:15
**years** 13:5
  23:4,6
**yelled** 5:18
**yesterday**
  2:16 5:13
  6:21 12:24
  13:18,20,24,
  25 14:10
**York** 7:18
  19:1

**Youtube** 10:3
**Yuge** 22:17,18