# Exhibit 117

File 4 Rudy Giuliani Common Sense
November 18, 2020



1
2
3
4
5
6          File 4
7        Rudy Giuliani's Common Sense
8          Nov. 18, 2020
9   https://www.youtube.com/watch?v=VOG1yOjSAd4&list=PLlMn0a
10   7NgIUZIGjQVofrk1M3Ulqdc7_-4&index=14
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1      RUDY GIULIANI:  Hello.  This is Rudy Giuliani

2   with Rudy's Common Sense.  Today we're going to focus

3   on, for me, one of the biggest surprises that I've had

4   in this case, in which I am representing the Trump

5   campaign.  And there have been many surprises, but I was

6   absolutely shocked to learn that many, many, if not all

7   of our ballots, are calculated outside of the United

8   States of America.

9      In the state of Michigan, for example, the state

10  of Arizona, the state of Georgia, the calculations are

11  handled by a company called Dominion.  They have the

12  machines.  They have a reputation of being -- well, I

13  guess the best way to say it is the state of Texas

14  turned them down because they were not considered

15  competent enough to handle elections in Texas.  And when

16  I tell you their real history, I think you'll be quite

17  shocked that we use them at all for elections.

18      But in any event, Dominion doesn't really count

19  the votes.  Dominion has a contract with a company

20  called Smartmatic.  And Smartmatic has locations in

21  Frankfurt, Germany and in Barcelona, Spain.  So when the

22  votes are being calculated, they are sent to -- most of

23  them in this particular election, Frankfurt, I believe,

24  but there may have been some sent to Barcelona, Spain.

25      Those votes are also in -- in -- are in machines,

File 4 Rudy Giuliani Common Sense
November 18, 2020                                     3

1  devices, that are extremely vulnerable to hacking and

2  extremely vulnerable to a manipulation.  Now, let me

3  tell you the history of Smartmatic because when you hear

4  it, you're not going to believe it, and you're going to

5  have to go check what I say by googling it if they

6  haven't removed all this already.

7       Smartmatic is a company whose origins go back to

8  somewhere around 2004, 2005.  It was founded by two

9  Venezuelans and two Venezuelans that were very close to

10  the dictator in Venezuela, Chavez.  And it was founded

11  for the specific purpose of being able to fix elections.

12  That's right.

13       The company that is calculating many of our votes

14  in 27 states, the company that's using the software to

15  count those votes, was founded for the specific purpose

16  of fixing elections.  If you want to check that out, go

17  online and look at the Sequoia case in Chicago.  We'll

18  explain it in a little while, and look at the testimony

19  and the letter from Congress -- Congresswoman, Carolyn

20  Maloney, who happens to be my representative in congress

21  where I live in New York, and her concerns about

22  Smartmatic going back to 2007, 2008 as a Venezuelan

23  company that had a very, very terrible reputation for

24  fixing elections.

25       Well, they were founded for the specific purpose

1  of making sure that Chavez was elected and re-elected --

2  really re-elected, and also then used in Argentina, at

3  least once or twice, in order to make sure that the

4  election was fixed in the way that Chavez wanted it

5  fixed.  The -- the place in which this all was exposed

6  was during the 2007 election in Chicago in which

7  Sequoia -- a company named Sequoia was counting the

8  ballots in Chicago.

9       There was a tremendous amount of confusion.  The

10  result of the election was delayed, and there was a

11  great deal of concern with the -- with the voting

12  machines.  No one really had focused where these --

13  nobody really focused on where these voting machines had

14  come from, but the voting machines came from and were

15  embedded with software from Smartmatic.

16       Again, outside the country.  And when they did

17  the investigation, they found this whole history of

18  Smartmatic that Sequoia was really a front for

19  Smartmatic, the way Dominion is the front for

20  Smartmatic.  And Detroit used them in this particular

21  election, for example.

22       And a lot of Michigan used it in this particular

23  election without apparently taking a look at their

24  history.  And their history right here in the United

25  States, including the election they did in Chicago, is

1  as a company that has been extremely -- number one,

2  extremely ineffective.  A lot of mistakes.  But number

3  two, suspected of directly interfering in elections

4  because that was the whole purpose for their origin, and

5  that's the company that we used to collect our ballots.

6      Now, how did we find out about this?  We found

7  out about it because they apparently made a big mistake.

8  Usually, according to the evidence that we have so far,

9  and I think we're gonna have quite a bit more, the way

10 Smartmatic fixes an election is to very subtly change

11 votes.  So there isn't some big change in any one

12 particular voting place.

13     So let's say you want to make up 50,000 votes in

14 the city of New York.  So you don't do it in -- in one

15 place.  You don't do it in two places, three.  They use

16 an algorithm in which they spread it out across the

17 city.  So they can get you a two or three percent

18 difference over your opponent.

19     This is their formula that they used in

20 Venezuela.  This is the formula they use in Argentina.

21 This is the formula they're known for.  That is -- that

22 is executed by the Smartmatic algorithms and the

23 Smartmatic software, which as I said, originates from

24 Venezuela.

25     In other words, we're using a Venezuelan system

1  to calculate the votes in the United States.  We're

2  using a system that originates from a dictatorship.

3  Maybe one of the worst in the world as the core of our

4  vote calculation, and a company whose expertise is

5  subtle changes in votes, so they're not noticed.  So

6  they're not -- they're not too many anomalies in the

7  vote return.

8       Now, of course like anything else, Smartmatic and

9  Dominion are not perfect.  And they weren't perfect at

10  Antrim County, Michigan.  In Antrim, all of a sudden on

11  election day, or when the returns came in from the

12  machine, Biden was ahead.  It made no sense because all

13  the Republicans down ticketed one, and Trump had won

14  that county.  I've forgotten by what percentage, but a

15  very large percentage in 2016.

16       And he ran -- he won the counties around it

17  similar -- similar places around it by big margins.

18  What turned out, that among other things, in one

19  particular machine, they had switched -- Dominion had

20  and Smartmatic, which is the ultimate software, had

21  switched six thousand votes.  It switched six thousand

22  votes from Trump to Biden.

23       So the poor people of Michigan that went in to

24  vote for Trump, ended up voting for Biden because the

25  machine and the software that originates, you know, with

1   Venezuela, the Dictatorship, changed their vote without

2   their ever knowing it.  Now, had they not been so

3   piggish in that in that -- in that county, we never

4   would have caught them.  If it had been a difference of

5   2,000, 1200, it would have been hard to catch, and

6   that's what they usually do because they're very smart

7   and very crafty.

8        So now, we're looking for anomalous results in

9   other parts of the country.  We have some very, very

10  good leads where they've changed votes.  We're probably

11  not going to get too many because they do it in a way

12  that's very, very careful.  But one of the other things

13  they do is they warn you when you're falling too far

14  behind when the count is going on.

15       So I don't know if you remember this, but on

16  election night, there was a period of time in which it

17  looked like Trump was going to win by -- by an

18  unexpectedly large margin.  He was ahead in -- he was a

19  -- he was ahead in Pennsylvania by between 7 or 800,000

20  votes, which 65 percent of the vote cast.  Normally,

21  when we used to have a fair -- or fair -- you know, a

22  fair and decent media, that would have been call for

23  him.  Because they weren't going to call anything for

24  him until they called enough for Biden rightly or

25  wrongly, that would, you know, make him the winner.

1      Like, they -- like it -- like, they get to decide

2   who wins.  Somebody should remind them it's the

3   electoral college that decides who wins.  Not NBC, CBS,

4   CNN, FOX, or any of the rest of them.  But in any event,

5   they didn't call it for -- for Trump, even though

6   normally that would be called for someone with a 7 to

7   800,000 lead.

8      Also, he had a very, very substantial lead in

9   Wisconsin.  I think it was eight, nine percent.

10   Something like 85 percent of the vote cast.  He had a

11   300,000 vote lead in Michigan.  Again, with 80, 85

12   percent of the vote cast.  He had 2.5 percent lead in

13   Georgia, and North Carolina.  Now, that isn't as great,

14   but we were at 90 percent, and it's usually -- I

15   remember when I won the Mayoralty, I was at two and a

16   half percent with 85 of the vote cast, and they called

17   the election for me.

18      Let's take a short break.

19      ADVERTISEMENT:  "I couldn't believe we were

20   evicted from our home that we didn't even sell."  Those

21   are the words of a homeowner, Deborah, when she learned

22   she was the victim of home title fraud.  It's a

23   devastating crime that can cost you your home and title

24   fraud is not covered by insurance or common identity

25   theft services.

1      The only folks to trust, that I know of, to

2  protect your home's title is Home Title Lock.  Cyber

3  thieves have discovered the titles to our homes are kept

4  online.  They forge your name on your Deed stating you

5  sold your home, and they re-file as the new owner.

6      In Debra's case, she didn't even know she was a

7  victim until the eviction notice arrived in her mail.

8  Home Title Lock protects you and your home by putting a

9  virtual barrier around your home's title.  The instant

10  they detect tampering, they mobilize to shut it down.

11      Go online to hometitlelock.com and register your

12  address to see if you're already a victim and don't know

13  it.  Then, use code Rudy, that's me and sign up for 33

14  days of protection.  That's code, Rudy,

15  hometitlelock.com.

16      RUDY GIULIANI:  Thank you for returning.  So it

17  looked pretty good.  He was ahead almost everywhere,

18  even in Virginia where no one expected him to be ahead.

19  And of course it was too early to tell about Arizona,

20  which was called immediately by FOX for Biden, which of

21  course was a very bad call because it took a week to

22  figure out the margin, and the margin now is about 8,000

23  votes.

24      It's like that, and it could easily be wrong.  By

25  the way, it is wrong.  And we'll prove that not only

1  with evidence about Dominion, may not be able to get

2  specific evidence of that on the machines, but I'll tell

3  you what we can do, we can show that there were many,

4  many absentee and mail-in ballots that were not

5  inspected at all by Republicans.  That were just put in

6  behind our backs.  And remember when it's a mail-in

7  ballot or an absentee ballot, there's only one point at

8  which you can verify the ballot.

9      That's when it's being counted because it gets

10  separated from the envelope that verifies it.  Once you

11  look at it, you say, okay.  It gets put in the vote

12  pile.  The envelope gets put in the other pile.  There's

13  nothing that connects them together, and you lose that

14  for eternity.

15      It can't be rechecked.  It can't be re --

16  recounted.  You can't go back and look at the machine.

17  That's why the recounts -- when you can't link the

18  envelope to the ballot are meaningless, and that's why

19  there's such a strong emphasis on making certain that

20  both sides get a chance to see that ballot.  We've never

21  had an election where we had this kind of pervasive

22  nationwide problem with that.

23      Absentee ballots happen all the time.

24  Politically, they become the source of disputes between

25  the two sides, but I've never heard of so many instances

1   where hundreds of thousands -- and now it goes over a

2   million -- absentee ballots were counted by just one

3   side.  Republicans had no chance to see the ballot.

4   That's outrageous.  It's outrageous.  And in many of

5   these cases, states that number far exceeds Biden's

6   small margin of victory.

7        Those ballots should be declared null and void.

8   They should be taken out of the count.  And if -- if

9   that happens, and I believe it will, you're going to see

10  at least three or four of these states, if not all of

11  them, flip because the -- the number of illegal ballots

12  far exceeds the small lead that Biden has.  In addition,

13  the Dominion part is being investigated, and every day,

14  amount of evidence is coming in about statistical

15  anomalies.

16       And I -- I expect soon there'll be even more

17  targeted evidence of the fraud carried out by Dominion.

18  I'll give you another example of how you can prove this.

19  In Michigan, and concentrated in the Democrat areas of

20  Michigan, there were many districts in which there was

21  an overvote.  What's an overvote?  An overvote is oh,

22  there are some districts in which 150 of the people in

23  the district voted, or 200 percent.  There's even one

24  where 300 percent of the people in the district voted.

25       What does that mean?  That means they're not real

File 4 Rudy Giuliani Common Sense
November 18, 2020                              12

1   people.  You can't have over 100 of the people in the

2   district voting.  It means they're either from some

3   other district, or they're completely phony ballots.  So

4   if you have a district with 2,000 people, and you have a

5   200 percent overvote, all those -- all those overvotes

6   are fraudulent ballots that have to be taken out of the

7   count.

8       And when you look at Michigan, that number alone

9   can wipe out all of the Biden lead and turn it around to

10  a Trump victory.  I don't know how -- I don't know how

11  in good conscience in Pennsylvania, Michigan, Wisconsin,

12  Nevada, Arizona and Georgia -- I have no idea how

13  anybody could, in good conscience, certify the vote

14  because the vote count right now is completely

15  fraudulent.  Completely.  And I don't know if there are

16  penalties of perjury for signing off on a vote count

17  that's fraudulent.  There should be.

18      In every one of those states there are thousands

19  and hundreds of thousands of ballots that were put in,

20  in secret.  Only -- only a Democrat observer and a

21  Democrat official and maybe just a Democrat official,

22  even without a Democrat observer, looked at the ballot

23  to verify it.  That's completely contrary not only the

24  law, but the way in which they carried it out nationally

25  is unconstitutional.

1      It's a violation of the due process cause of the

2  United States Constitution.  A candidate for president

3  is entitled to fair treatment.  Also, entitled to the

4  same treatment the other side gets.  That's a violation

5  of the Equal Protection Clause of the Constitution.

6      Well, how can -- how can -- how can this not be a

7  violation of due process and equal protection if in fact

8  the ballots that are being counted do not allow for any

9  inspection by the Republican side.  They're counted by

10  Democrats.  And the only other inspection, if any, is

11  done by a Democrat.

12      And there are more than enough ballots like that

13  in each one of these states to change the result from

14  Biden to Trump.  Which says to me that they really

15  didn't make up those numbers on election night.  They

16  didn't make up 7 or 800,000 votes in Philadelphia.

17  Well, they did make it up.  They made it up with phony

18  ballots.

19      They didn't -- they didn't catch up and pass him

20  in Wisconsin where he was leading by eight or nine

21  percent with 85 percent in.  No.  What they did was they

22  put in mail ballots, and they wouldn't let Republicans

23  examine them.  And they did it with a very, very

24  deliberate fraudulent plan, the Democrats did.

25      They used cities that they completely control.

1   They didn't do it in neutral cities or Republican

2   cities, certainly.  Or they didn't even do it in cities

3   that are moderately Democrat cities.  They did it in

4   cities they completely control, Detroit, Philadelphia,

5   Milwaukee.

6        You just think about this, right?  Those are

7   places in which Philadelphia is legendary for voter

8   fraud.  I looked at the list of people convicted of the

9   last two years in Philadelphia of voter fraud.  It's

10  almost -- almost the same as the number of people

11  arrested, you know, every week at a Eagle's game for

12  beating people up because they have a jail right in the

13  -- right in the football stadium.

14       I mean, I love Philadelphia as a city.  And as

15  many people say some of my best friends are in

16  Philadelphia.  One of my closest friends was a judge in

17  Philadelphia.  But that doesn't stop me from telling you

18  that their voter fraud process is legendary.

19       In fact, the biggest surprise I would have is if

20  they didn't cheat in this election.  Well, boy did they

21  cheat.  They had to make up 700 million -- 700,000 --

22  700,000 votes, and they did.  And they did it by

23  excluding Republicans completely from observing any

24  ballot.  Couldn't observe not a single ballot.

25       Now, why would you do that?  Why would you do

1  that in Philadelphia?  In Pittsburgh?  In Detroit?  In

2  Milwaukee?  In minneapolis?  In Las Vegas, Nevada?

3  In phoenix, Arizona?  In Atlanta, Georgia?  Why would

4  you do that?

5       Why would you just uniformly exclude Republicans?

6  And why would you do it in every one of those?  Like,

7  every single one of them had that idea by themselves.

8  That had to come from some central source.  And why

9  didn't happen elsewhere?

10      Because those are the places where they can get

11  away with it.  Those are the places where they

12  completely control the election board.  Those are the

13  places where they can even get the sheriff to threaten

14  people with arrests just for exercising their rights,

15  which happened in several cases.  Those are the places

16  where they can really be goons and push people around

17  and have no consequences.  And those are the places

18  where they have a fair number of crooked judges.  That's

19  just the reality.

20      So they picked the places where they thought they

21  had immunity.  Well, like most crooks who get too

22  ambitious and too greedy because I think what happened

23  is President Trump was ahead by way too much.  They

24  didn't anticipate seven -- have to make up seven hundred

25  thousand in Philadelphia, and very large numbers in

1   Michigan and all those other places, they got really --

2   they got really, sloppy, and that's how we caught them.

3        And they had to exclude all the Republicans from

4   the count, which makes it invalid just to start with.

5   We have evidence of ballots being brought in the middle

6   of the night that look like they were just written off.

7   They come in ash cans, paper bags, cardboard boxes.

8        Let's take a short break.

9        ADVERTISEMENT:  If you want a good cigar, go to a

10  good cigar shop.  You want the best, go to Famous Smoke

11  Shop.  Let Famous Smoke deliver your favorite cigars

12  right to your doorstep at America's lowest prices.

13  Famous opened in 1939 as a small shop in New York City.

14        Today, it's the largest privately held

15  American-owned cigar business in the country.  That's 80

16  years experience in the cigar business, and they're

17  putting that experience to work for you making deals on

18  the cigars you love.  From affordable everyday smokes to

19  high-end luxury cigars for your next special occasion.

20        Go to famous-smoke.com/Rudy and click the

21  activate button to apply the promo code.  Pick from more

22  than a thousand cigar brands fresh and ready to ship

23  from Famous Smoke's climate control, 24,000 square foot

24  humidor.  Check out with the promo code Rudy20.  That's

25  Rudy, R-u-d-y, 20 and get 20 off your order.

1      Every cigar purchase you make is backed by the

2    Famous freshness guarantee.  Get real cigars from a real

3    cigar shop shipped direct to you from Famous Smoke Shop.

4    Go to Famous-Smoke.com/Rudy.  That's

5    Famous-Smoke.com/Rudy.

6      RUDY GIULIANI:  And now, let's get back to the

7    analysis.  So you put together the two things.  Each one

8    of those states, all the ballots that were put in

9    secretly without Republican inspectors, only with a

10   Democratic office holder looking at it -- maybe a

11   Democrat inspector, no Republican -- those ballots

12   violate both the due process and the Equal Protection

13   Clause the United States Constitution.

14      The numbers are much greater than the -- than the

15   margin, and they have to be thrown out.  And then, when

16   you do the certification, the certification should

17   justly be awarded to the person who leads by a

18   substantial amount based on the legitimate ballots that

19   follow the law.  That weren't struck off in somebody's

20   back garage working as a Democratic operative in

21   Detroit, Michigan, or Philadelphia, Pennsylvania,

22   Or wherever.

23      And then, most importantly I want you to

24   remember, because this -- this goes beyond this

25   election, we should never have the votes in the United

1   States sent to a foreign country.  I'm shocked that we

2   were doing it.  Even a friendly country, like Canada,

3   where I think we thought they were going.

4        We're capable of counting votes here in America,

5   so we can have discipline.  We can be sure our enemies

6   aren't involved in it.  Here, we have a company that's

7   controlled by Venezuelans who support Maduro.  One of

8   the worst dictators in the hemisphere.  One of the

9   biggest enemies in the United States.

10       One of the people that would more than anything

11   want to see Donald Trump out of office.  Shouldn't

12   happen.  Votes should be counted in the United States.

13   If we learn anything from this pervasive voter fraud

14   that I believe is going to overturn an election and put

15   it in the right column.

16       But in any event, whatever we learn from it, what

17   has to emerge from it is never, ever again should our

18   votes be counted outside of the United States of

19   America.  So they become really completely unable to

20   discipline, to secure, to make sure they're done

21   validly, to make sure there aren't formulas that are

22   used to switch the vote by two, three percent, or

23   formulas that are used to warn you if you should put in

24   illegal ballots.

25       So keep following it.  The evidence on that part

1  of this investigation is just going to get stronger and

2  stronger and stronger.  Meaning, the counting of ballots

3  and the manipulation of ballots and the calculation of

4  ballots outside the United States, there's much more

5  evidence than i've been able to describe.

6       And there are some things that I haven't been

7  able to tell you, but -- and then over the course of the

8  next couple weeks, I think the foreign aspect of this

9  and the national security aspect of this will become

10  bigger and bigger and bigger.  With regard to the votes,

11  the pure votes, that's already done.

12       And every one of the states that I mentioned,

13  every one of the swing states, every one of the states

14  where they utilized a crooked Democrat city to carry out

15  the voter fraud, there are more than enough fraudulent

16  ballots that have now been discovered to overturn the

17  vote in that crooked city and to change the result in

18  the state based on legitimate votes from Biden to Trump.

19       And for the good of this Republic, that has to

20  happen because you shouldn't be allowed to do this.

21  Well, thank you very much.  And we'll be back very

22  shortly I'm sure with even a more detailed description

23  of this fraud, which is growing and growing and growing

24  in terms of evidence every day.  Thank you.

25       (Recording has ended.)

1          C E R T I F I C A T E

2

3    I, STEPHANIE TURNER, Certified Shorthand Reporter/

4    Transcriptionist, do hereby certify that I was

5    authorized to transcribe the foregoing recorded

6    proceeding, and that the transcript is a true and

7    accurate transcription of my shorthand notes, to the

8    best of my ability, taken while listening to the

9    provided recording.

10

11   I further certify that I am not of counsel or attorney

12   for either or any of the parties to said proceedings,

13   nor in any way interested in the events of this cause,

14   and that I am not related to any of the parties thereto.

15   Dated this 19th day of January, 2021.

16

17

18

19

20                    _____

21                    STEPHANIE TURNER, CSR 13439

22

23

24

25

**1**

**100**  12:1
**150**  11:22

**2**

**2,000**  12:4
**200**  11:23
  12:5

**3**

**300**  11:24

**7**

**7**  13:16

**8**

**800,000**  13:16
**85**  13:21

**A**

**absentee**
  10:4,7,23
  11:2
**addition**
  11:12
**amount**  11:14
**anomalies**
  11:15
**areas**  11:19
**Arizona**  12:12

**B**

**back**  10:16
**backs**  10:6
**ballot**  10:7,
  8,18,20 11:3
  12:22

**ballots**  10:4,
  23 11:2,7,11
  12:3,6,19
  13:8,12,18,22
**Biden**  11:12
  12:9 13:14
**Biden's**  11:5

**C**

**candidate**
  13:2
**carried**  11:17
  12:24
**cases**  11:5
**catch**  13:19
**certify**  12:13
**chance**  10:20
  11:3
**change**  13:13
**cities**  13:25
**Clause**  13:5
**completely**
  12:3,14,15,23
  13:25
**concentrated**
  11:19
**connects**
  10:13
**conscience**
  12:11,13
**Constitution**
  13:2,5
**contrary**
  12:23
**control**  13:25
**count**  11:8
  12:7,14,16
**counted**  10:9
  11:2 13:8,9

**D**

**day**  11:13
**declared**  11:7

**deliberate**
  13:24
**Democrat**
  11:19 12:20,
  21,22 13:11
**Democrats**
  13:10,24
**disputes**
  10:24
**district**
  11:23,24
  12:2,3,4
**districts**
  11:20,22
**Dominion**  10:1
  11:13,17
**due**  13:1,7

**E**

**election**
  10:21 13:15
**emphasis**
  10:19
**entitled**  13:3
**envelope**
  10:10,12,18
**equal**  13:5,7
**eternity**
  10:14
**evidence**
  10:1,2 11:14,
  17
**examine**  13:23
**exceeds**  11:5,
  12
**expect**  11:16

**F**

**fact**  13:7
**fair**  13:3
**flip**  11:11
**fraud**  11:17
**fraudulent**
  12:6,15,17

  13:24

**G**

**Georgia**  12:12
**give**  11:18
**good**  12:11,13

**H**

**happen**  10:23
**heard**  10:25
**hundreds**  11:1
  12:19

**I**

**idea**  12:12
**illegal**  11:11
**inspected**
  10:5
**inspection**
  13:9,10
**instances**
  10:25
**investigated**
  11:13

**K**

**kind**  10:21

**L**

**law**  12:24
**lead**  11:12
  12:9
**leading**  13:20
**link**  10:17
**looked**  12:22
**lose**  10:13

**M**

**machine**  10:16

machines  10:2
made  13:17
mail  13:22
mail-in  10:4, 6
make  13:15, 16,17
making  10:19
margin  11:6
meaningless  10:18
means  11:25 12:2
Michigan  11:19,20 12:8,11
million  11:2

**N**

nationally  12:24
nationwide  10:22
Nevada  12:12
night  13:15
null  11:7
number  11:5, 11 12:8
numbers  13:15

**O**

observer  12:20,22
official  12:21
outrageous  11:4
overvote  11:21 12:5
overvotes  12:5

**P**

part  11:13
pass  13:19
penalties  12:16
Pennsylvania  12:11
people  11:22, 24 12:1,4
percent  11:23,24 12:5 13:21
perjury  12:16
pervasive  10:21
Philadelphia  13:16
phony  12:3 13:17
pile  10:12
plan  13:24
point  10:7
Politically  10:24
president  13:2
problem  10:22
process  13:1, 7
protection  13:5,7
prove  11:18
put  10:5,11, 12 12:19 13:22

**R**

real  11:25
rechecked  10:15
recounted  10:16

recounts  10:17
remember  10:6
Republican  13:9
Republicans  10:5 11:3 13:22
result  13:13

**S**

secret  12:20
separated  10:10
show  10:3
side  11:3 13:4,9
sides  10:20, 25
signing  12:16
small  11:6,12
source  10:24
specific  10:2
states  11:5, 10 12:18 13:2,13
statistical  11:14
strong  10:19

**T**

targeted  11:17
there'll  11:16
thousands  11:1 12:18,19
time  10:23
treatment  13:3,4
Trump  12:10 13:14
turn  12:9

**U**

unconstitutional  12:25
United  13:2

**V**

verifies  10:10
verify  10:8 12:23
victory  11:6 12:10
violation  13:1,4,7
void  11:7
vote  10:11 12:13,14,16
voted  11:23, 24
votes  13:16
voting  12:2

**W**

wipe  12:9
Wisconsin  12:11 13:20