# Exhibit 118

screenshot-twitter.com-2021.01.18-13_50_57
https://twitter.com/RudyGiuliani/status/1329208126931955715
18.01.2021

