# Exhibit 119

```
1

2

3

4

5          FILE NAME:

6              4.

7  Https://video.foxbusiness.com/v/6210778333001/?playlist_id

8          =933116636001#sp=show-clips

9

10

11

12    TRANSCRIPT OF VIDEO-RECORDED INTERVIEW

13           RUDY GIULIANI

14            LOU DOBBS

15

16

17

18

19

20

21

22

23

24 Transcribed By:
   TERRI NESTORE
25 CSR No. 5614, RPR, CRR
```

1	LOU DOBBS:  Our first guest tonight has been
2 fighting for a free and fair election in Pennsylvania and
3 indeed, around the country.  He was in a courtroom in
4 Williamsport, Pennsylvania, about an hour north of
5 Harrisburg yesterday, and joining us this evening is Rudy
6 Giuliani, the president's attorney, former mayor of New
7 York City, federal prosecutor and now leading the fight
8 for a free and fair election.
9	Rudy, great to have you with us.
10	Let's start with you.
11	RUDY GIULIANI:  Good to be with you.
12	LOU DOBBS:  Where are you now?
13	Where is the campaign in Pennsylvania?
14	RUDY GIULIANI:  Well, I'm in Washington now.
15	The campaign in Pennsylvania, the judge is
16 considering all the papers that he's been given, so he'll
17 take a few days to decide on what the next step is.
18	Today we had -- we had some significant
19 victories.  We had a significant victory yesterday in
20 Nevada, where a five count -- a five member county Board
21 of Elections in Clark County, which covers Las Vegas,
22 decertified as the winner a democrat, replaced with a
23 republican, based on irregularities.
24	So those are the same irregularities that we
25 have, except only maybe one-fifth of them because he only

1  was running in about one-fifth of the district, and
2  irregularities there have to do with the signatures being
3  improperly identified.  Many, many signatures that were
4  improperly identified, to the point that it would easily,
5  if the same criteria is applied to the Trump campaign as
6  the five democrats applied to that campaign, it would
7  pretty easily overturn the election.
8          LOU DOBBS:  Well, in Pennsylvania you also had
9  another positive development as well, in which -- what was
10 it?  About 8,000 illegal ballots, you want to toss them
11 out.  The Supreme Court is going to hear that case.
12         That's very positive.
13         The issue also of observers in Pennsylvania, the
14 suggestion that observers don't have to watch, they just
15 simply have to be present.  That seemed to be the
16 conclusion of the court.
17         What was -- is that -- was that your takeaway?
18         RUDY GIULIANI:  Lou, of all the political
19 decisions and the kind of awful things judges have to do
20 when they act like political hacks, this may be the worst.
21         The law of Pennsylvania says that when you're
22 counting these ballots, you must have both republicans and
23 democrats present.
24         So when we were thrown out en masse, we went to
25 court and the first judge, a democrat appointed in

1  Philadelphia, said, well, you're present, you don't have
2  to see.  Well, of course that's ridiculous.  What's the
3  point of being there?  We're not there for fun.  We're not
4  there to, you know, play video games.
5       So then it went up on appeal and to her credit or
6  their credit, that panel -- which is also democratic --
7  said, well, present has to have meaning.  They have to be
8  able to see, observe, like in all the other 49 states.
9       And finally we went to the Supreme Court, and the
10 people court, 5 to 2, voted that all they have to do is
11 let you in the room -- and you could be a thousand feet
12 away, it doesn't matter, as long as you're in the same
13 room.
14      LOU DOBBS:  Which was quite a different
15 decision --
16      RUDY GIULIANI:  -- making the statue and the law
17 absurd, ridiculous, irrational, stupid, dumb.
18      And Pennsylvania is now the only state in the
19 country -- and in fact, even contrary to the law of
20 Tanzania, doesn't allow inspection of mail-in ballots.
21      So this is a ridiculous decision.  I want you to
22 guess, Lou, if it was 5 to 2, how many were democrats and
23 how many were republicans.  Just guess.
24      LOU DOBBS:  Unfortunately, that has been the
25 pattern we've seen in court after court.

1    RUDY GIULIANI: It's terrible.

2    LOU DOBBS: And it also has made --

3    RUDY GIULIANI: It's terrible.

4    LOU DOBBS: It's made a laughing stock out of the

5 chief justice of the U.S. Supreme Court, who said there's

6 no such thing as a Bush justice and a Obama justice.

7    RUDY GIULIANI: Oh, please, you've got to be --

8    LOU DOBBS: Exactly. I know.

9    The American people are getting a little tired of

10 being treated like slow-witted children. It's

11 nonsensical, it's an insult and indeed, this whole fraud

12 is an insult against this country.

13    I want to share with the audience one of the

14 affidavits that has been given to us by an unidentified

15 whistleblower and it pertains to Dominion, a whistleblower

16 who also saw what happened --

17    RUDY GIULIANI: Ah, Dominion.

18    LOU DOBBS: -- in Venezuela, and the very similar

19 events that took place in the United States on

20 November 3rd. If we could put this up, please, to share

21 with the audience, because it is indeed alarming.

22    The whistleblower says this, if we ever get it

23 up: I am alarmed because of what is occurring in plain

24 sight during this 2020 election for president of the

25 United States. The circumstances and events are eerily

1  reminiscent of what happened with Smartmatic software
2  electronically changing votes in the 2013 presidential
3  election in Venezuela.  What happened in the United States
4  was that the vote counting was abruptly stopped in five
5  states using Dominion software.  At the time that vote
6  counting was stopped, Donald Trump was significantly ahead
7  in the votes.  Then during the wee hours of the morning
8  when there was no voting occurring and the vote count
9  reporting was offline, something significantly changed.
10  When the vote reporting resumed the very next morning,
11  there was a very pronounced change in voting in favor of
12  the opposing candidate, Joe Biden.
13       That from a whistleblower who was present both in
14  Venezuela in 2013 and in this country as we were counting
15  votes overnight on November 3rd.  Your thoughts.
16       RUDY GIULIANI:  Well, Lou, I don't know if people
17  can appreciate this but I think when they do, they're
18  going to be outraged.  Our votes in 27, 28 states that are
19  counted by Dominion and calculated and analyzed, they're
20  sent outside the United States and they're not sent to
21  Canada, they're sent to Germany and Spain, and the company
22  counting it is not Dominion, it's Smartmatic, which is a
23  company that was founded in 2005 in Venezuela for the
24  specific purpose of fixing elections.
25       That's their expertise, how to fix elections.

1      They did it a number of times in Venezuela, they
2  did it in Argentina, and they messed up an election to a
3  fare-thee-well in Chicago, and there's a whole
4  Congressional record that you can go look at about what a
5  terrible company this is.
6      Well, that's the company that was counting and
7  calculating on election night.  And they did all their old
8  tricks.  They stopped it, they also switched votes around
9  suddenly, maybe ten per district, so you don't notice it.
10 They got caught in Antrim County, which is how we found
11 out about them.  And we are in the process now of
12 investigating this in great, great detail.
13     But I mean just the mere fact that we have a
14 foreign country, we had this in a foreign country, done by
15 friends of an enemy of the United States, Maduro, is
16 outrageous and has to stop immediately.
17     LOU DOBBS:  It's outrageous and -- it's all the
18 more outrageous because Dominion and Smartmatic were
19 denied use in the state of Texas, which called them out
20 for what they are.  They have a clear record.
21     Democratic senators sending letters in 2019,
22 joining with republicans now in decrying --
23     RUDY GIULIANI:  Right.
24     LOU DOBBS:  -- the reliability and the ability of
25 that system to avoid manipulation and fraud, without any

1  one of these Secretaries of State in various states
2  responding --
3       RUDY GIULIANI:  Absolutely.
4       LOU DOBBS:  -- and shutting them down.
5       RUDY GIULIANI:  Well, Lou, the amazing thing is,
6  Carolyn Maloney, Congresswoman from Manhattan --
7       LOU DOBBS:  Right, New York.
8       RUDY GIULIANI:  -- wrote a letter in 2006, 2007,
9  explaining everything I just said.  We shouldn't be using
10 this company that was founded by Chavez, to call votes in
11 America because their specialty in Venezuela is cheating.
12      Apparently the governors signed them up and never
13 bothered to do any due diligence of any kind.
14      Also the company, Dominion, is a far left radical
15 company.  Some of their people have written and tweeted
16 the worst things about Trump and republicans you can
17 possibly imagine.  They've since taken it down, but we
18 have it.  So we've got a very radical far left company
19 with an -- with some of their high-level people supporters
20 of Antifa.  Can you believe that?
21      And they're using a Venezuelan company as the
22 vote counter which is known for changing votes and also
23 known to have the most insecure computers in this
24 business.
25      LOU DOBBS:  Rudy.

```
                    File 4 Rudy Giuliani Lou Dobbs
                                                                     9
```

1    RUDY GIULIANI:  I think you'd only pick them --

2    LOU DOBBS:  Rudy.

3    RUDY GIULIANI:  -- because you want to cheat.

4    LOU DOBBS:  We're going to have to wrap here.

5    You get the last quick word here.

6    RUDY GIULIANI:  I was going to say, you know, the

7  conclusion you have to come to is you either picked them

8  because you're grossly negligent, or you don't mind if

9  you're cheating.  And they're only going to cheat in one

10  direction.  After all, the chairman of Smartmatic is very,

11  very close to none other than Mr. Soros.

12       So how do you think they're going to cheat?

13  They're going to cheat democratic, they're going to cheat

14  left wing and they're going to cheat radical.  That's who

15  they are, left wing radicals.

16       LOU DOBBS:  Rudy Giuliani, we thank you very

17  much.  Rudy Giuliani, attorney for the president, and

18  picking up some favorable wind at his back, legally, over

19  the last 24 hours.  Thanks for being with us, Rudy.

20       (End of recording.)

21

22

23

24

25

1      C E R T I F I C A T E

2

3

4      I, TERRI NESTORE, Certified Shorthand Reporter/

5  Transcriptionist, do hereby certify that I was authorized

6  to transcribe the foregoing recorded proceeding, and that

7  the transcript is a true and accurate transcription of my

8  shorthand notes, to the best of my ability, taken while

9  listening to the provided recording.

10

11     I further certify that I am not of counsel or

12  attorney for either or any of the parties to said

13  proceedings, nor in any way interested in the events of

14  this cause, and that I am not related to any of the

15  parties thereto.

16

17

18  Dated this 12th day of January, 2021.

19

20

21     _____
        TERRI NESTORE, CSR 5614, RPR, CRR
22

23

24

25