# Exhibit 120

File 6 Chat with the Mayor  Rudy Giuliani
November 19, 2020

1

2

3

4

5

6            File 6

7      Rudy Giuliani, Chat with the Mayor

8            Nov. 19, 2020

9    https://wabcradio.com/podcast/rudy-giuliani/

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 1:21-cv-00213-CJN   Document 2-55   Filed 01/25/21   Page 3 of 40
File 6 Chat with the Mayor   Rudy Giuliani
November 19, 2020                                    2

1      Now, on 77WABC.  It is time for the former Mayor

2   of New York City, America's Mayor, Rudy Giuliani.

3      RUDY GIULIANI:  Good afternoon, America.  This is

4   Rudy Giuliani.  We are live from the District of

5   Columbia.  Well, to be more specific from Arlington,

6   Virginia just on the other side of the Potomac River

7   from the District of Columbia, the Swamp.

8      We are on 77WABC, and we thank you for tuning in.

9   Coming up we are going to get to speak on Chat with the

10  Mayor.  Call me on the Tunnel 2 Towers Foundation

11  hotline at 1(800) 848-WABC.  That is 1(800) 848-9222.

12  Help Tunnel 2 Towers do good.  Donate $11 a month at

13  T2T.org.  That is T2T.org.  And, again, the number

14  1(800) 848-9222.

15     Well, I just completed one hour, hour and a half

16  press conference with my colleagues, who were -- who are

17  working on the case for the President of the United

18  States.  And we laid out -- I can't say we laid out all

19  of our evidence.  We laid out representative parts of

20  our evidence to show -- show the American people that

21  basically the main thrust of our media is lying to you,

22  directly lying to you and telling you there is no

23  evidence of voter fraud.

24     Well, I don't know how they can say that.  We

25  have four lawsuits that contain affidavit after

Case 1:21-cv-00213-CJN   Document 2-55   Filed 01/25/21   Page 4 of 40
File 6 Chat with the Mayor   Rudy Giuliani
November 19, 2020                                    3

1   affidavit that contain evidence of voter fraud.

2       What is evidence?  Evidence is, for example, the

3   witness in Michigan who says, "I was a member of the

4   Democratic Party for 30 years, and I got disgusted

5   because they were asking me to cheat.  They were

6   training me to cheat, and unfortunately for some time I

7   did cheat.  I registered voters who weren't entitled to

8   vote.  I took votes disregarding whether there was a

9   signature or not.  I took votes when I knew I was taking

10  votes from a person who had done an absentee ballot and

11  then entered a real ballot.

12      "I registered people to incorrect names all at

13  the request and orders of my boss.  Wasn't just me.  It

14  was the 40 or 50 other people working in my center.  I

15  was told never to ask for an address or an ID.  I was

16  told never to -- never to turn down a vote because you

17  felt the person really came from out of state.  Instead

18  go find a person that you can attach the vote to.

19      "Then I observed on -- after election day when

20  they were counting the mail ballots there was no

21  opportunity for any Republican to observe the counting

22  of the ballots because there was a wide understanding

23  that the ballots weren't going to be exactly in line

24  with actually cast ballots.  The ballots would be

25  including that would help Biden catch up and win,

File 6 Chat with the Mayor  Rudy Giuliani
November 19, 2020                          4

1  whatever number were necessary."

2      This is all coming from a Democrat.  All comes

3  from a Democrat who said this under oath in an

4  affidavit.  That is evidence.  There is nothing else

5  that is evidence but a direct statement by a witness

6  that this is what they saw.  This is what they heard.

7  This is what they had seen.

8      Now, you cannot believe that evidence.  You can

9  say you don't -- that you think she made it up or you

10  think she is lying or you -- but you can't say there is

11  no evidence and then lie about that everyday.  So it

12  isn't just her.  I mean, that evidence is supported by

13  affidavits.

14      In that particular case I believe ten affidavits

15  that support what she is saying about all of those acts

16  of voter fraud and then one really big one in that case,

17  really big one, and that is about 4:30 in the morning,

18  after they had closed down voting counting, because

19  Trump was running away with it -- and this is just

20  another part of the case that I will explain to you in

21  an hour at another time -- but there was a warning that

22  came to them that Trump was getting too far ahead.

23      It would be too hard to catch up with just, you

24  know, made up and illegal ballots.  And this was really

25  a problem in Pennsylvania where he was ahead by 7 or

Case 1:21-cv-00213-CJN   Document 2-55   Filed 01/25/21   Page 6 of 40
File 6 Chat with the Mayor  Rudy Giuliani
November 19, 2020                              5

1  800,000.  It was a problem in Wisconsin where he was

2  ahead by way more than anybody thought he would be ahead

3  by.  And he was ahead in Michigan by roughly the amount

4  they thought but a little bit more.

5      So they had to go to plan B.  And plan B was stop

6  the vote counting because you don't want it to run up

7  too high.  And then No. 2 start bringing in the phony

8  ballots.  So they stopped counting at 2:00 in the

9  morning in Detroit.  The Republican workers went home.

10  The Democratic workers went home.  The election

11  officials who also are Democrats all stayed there.

12      No one knew precisely why.  Two Republicans and a

13  Dominion employee remained behind.  At 4:00 to 4:30 in

14  the morning they heard a big noise in the back.  They

15  went and looked in the back and they were hoping food

16  was coming in.  Well, food was not coming in.  What was

17  coming in were truckloads of ballots in trash cans, in

18  shopping bags, in cardboard boxes.  Not in the usual

19  containers that are used for lawful ballots.

20      And they were thrown on a table like a pile of

21  junk.  And they were ripped open.  Many of the envelopes

22  had no writing on them.  The envelopes are supposed to

23  have the name, the address, the election district, the

24  assembly district, the district where you actually

25  voted.  Many of the envelopes had no handwriting on them

Case 1:21-cv-00213-CJN   Document 2-55   Filed 01/25/21   Page 7 of 40
File 6 Chat with the Mayor   Rudy Giuliani
November 19, 2020                                    6

1  at all.  And all of the envelopes that they saw or all

2  the ballots they saw inside the envelopes and all the

3  names that they heard called out were "Biden," "Biden,"

4  "Biden," "Biden," "Biden," "Biden," "Biden," "Biden,"

5  "Biden," "Biden," "Biden," "Biden."  Just one after the

6  other after the other after the other.  And then just to

7  maximize it, many times they were taken over to a

8  machine which would have counted them two, three, and

9  four times.

10      This is how they were trying to catch them up by

11  -- by dawn.  This is the way it was done.  It was done

12  with phony ballots, phony ballots.  And because there

13  were no Republicans observing it who were official --

14  who were official poll watchers, they couldn't make an

15  objection to it.  And the knowledge that we have comes

16  from surreptitious observation.

17      Well, I could tell you a lot more, but what I can

18  tell you is the election in Michigan was a disgrace to

19  our Republic.  And not only that Michigan hired as their

20  vote counter a company that doesn't count the votes in

21  the United States.  It is not even an American company.

22  It is a Canadian company.  And they don't even count the

23  votes in Canada.  They count the votes in Germany.

24      The company that does the counting of the votes

25  is a company called Smartmatic.  Smartmatic is a

Case 1:21-cv-00213-CJN   Document 2-55   Filed 01/25/21   Page 8 of 40
File 6 Chat with the Mayor  Rudy Giuliani
November 19, 2020                                    7

1   Venezuelan product.

2        It was invented to help fix elections in

3   Venezuela, and it did so and in Argentina.  And it is

4   currently owned by two Venezuelans, who are close to

5   Nicolas Maduro, the dictator of Venezuela, who we have,

6   the last year and a half, been trying to get out of

7   power who hates President Trump.  No one did due

8   diligence and found out that the company counting the

9   votes for the nice people of Michigan are owned by

10  friends of one of the greatest enemies in the United

11  States.

12        And that their specialty is stealing elections.

13  And they were in 27 states.  It is amazing what was done

14  in this election.  How many states were involved, how

15  similar the practices of voter fraud were in each one of

16  the jurisdictions.  It could not have been made up.  It

17  was not spontaneous, you can be certain of that.  I

18  mean, it is something that is just going to have to be

19  dealt with.  It is frustrating, and it is dangerous that

20  the media doesn't cover this.

21        I don't know what constitutes news if it is not

22  news that your ballot that is so sacred is sent out of

23  the country.  It is sent to Germany or maybe Spain and

24  it goes into the hands of a company that is owned by one

25  of the biggest enemies of the United States with all

Case 1:21-cv-00213-CJN   Document 2-55   Filed 01/25/21   Page 9 of 40
File 6 Chat with the Mayor   Rudy Giuliani
November 19, 2020                                    8

1  kinds of Chinese ties.  And that is the State of

2  Venezuela.  That has to end.  It has to stop.  And we

3  are at the point where next week I think I can give you

4  pretty close to statistics that will show you by how

5  much Trump one at least five states that were taken away

6  from.

7      All those states that Trump was leading when you

8  went to bed on Tuesday night, Wednesday morning, the 7,

9  800,000 in Pennsylvania, the equally high number 3 or

10 400,000 in Michigan, the higher number in Wisconsin, the

11 numbers in Georgia, North Carolina, all of these numbers

12 are enough to take over the top and are enough to be

13 called.  And then all of a sudden they put a halt, then

14 almost every count voted after that for two days went to

15 Biden.

16     There is statistic analysis done that is almost

17 impossible, almost impossible.  Well, it became possible

18 because it was a fraud, and it was carried out by the

19 Democrats in order to hold onto their power or get it

20 back, hold onto their opportunity to make money, hold

21 down their opportunity to -- I think what they really

22 like to do is boss you around.  Like they are doing

23 with, "No.  You can't have a Thanksgiving."

24     I don't know.  Probably take away Christmas, too.

25 Christmastime you can be alone with your Christmas tree,

Case 1:21-cv-00213-CJN   Document 2-55   Filed 01/25/21   Page 10 of 40
File 6 Chat with the Mayor   Rudy Giuliani
November 19, 2020                                    9

1  but you can't have any decorations on it because the

2  decorations may have COVID.  Please, please, God.  We

3  need your help.

4       Coming up I get to speak with you on Chat with

5  the Mayor.  Call me on the Tunnel 2 Towers Foundation

6  hotline at 1(800) 848-WABC, 9222.  Help Tunnel the

7  Towers to do good.  Donate $11 a month at T2T.org.  That

8  is T2T.org.  That is 1(800) 848-9222.  To hear me

9  discuss more about the election, listen to my podcast

10  where we have an in depth discussion of what the

11  situation is right at this very minute.

12       You can visit Rudy'sCommonSense.com or my YouTube

13  channel to watch.

14       (Commercial break.)

15       We are New York talking about what matters to

16  you.  Now, it is former New York City, Mayor Rudy

17  Giuliani, on New York's Talk Radio 77WABC.

18       RUDY GIULIANI:  I'm Rudy Giuliani with Common

19  Sense.  We will uncover the truth and get to a solution

20  on Talk Radio 77WABC.  What if a cyber thief was filling

21  in a quitclaim deed on your home right now?  If you own

22  a home or property, look out for home title theft.  It

23  is one of the fastest growing forms of crime in the

24  Unites States.  The legal title to all our homes are

25  online now.  All cyber thieves have to do is forge your

Case 1:21-cv-00213-CJN  Document 2-55  Filed 01/25/21  Page 11 of 40
File 6 Chat with the Mayor  Rudy Giuliani
November 19, 2020                                    10

1  signature on a quitclaim deed, and they just state they

2  sold your property.  Then they take out loans, they take

3  out the money, they leave you in debt.  You won't know

4  until late payment or eviction notice shows up.

5    Homeowners insurance doesn't cover you and neither

6  does common identity theft programs.  Home Title puts a

7  barrier around your homes title.  The instance they

8  detect tampering they shut it down.  Go to

9  HomeTitleLock.com and register your address to see if

10  you're already a victim.  Then use CodeRadio for 30 free

11  days of protection.  That is CodeRadio at

12  HomeTitleLock.com.

13      So let's see.  Can we get a call in?  I think we

14  can.

15  BY RUDY GIULIANI:

16    Q.  We've got Joel from Jerusalem.  Wow.

17    A.  Hey, Mr. Mayor.

18    Q.  Are you really in Jerusalem, Joel?

19    A.  Yes, sir.

20    Q.  Good God bless you.

21    A.  God bless you, sir.

22    Q.  Pray for us.  Pray for us.  Pray for us.  Oh,

23  wow, that is great.  I mean, that is a very special

24  place.

25      So what do you have to say?

Case 1:21-cv-00213-CJN  Document 2-55  Filed 01/25/21  Page 12 of 40
File 6 Chat with the Mayor  Rudy Giuliani
November 19, 2020                                    11

1    A.  Well, first, Mr. Mayor, great job.  I hope you

2    can watch the sunset there tonight in Washington D.C.

3    because that was a stressful press conference you just

4    gave.

5    Q.  I hope it worked.

6    A.  I hope it works, too.  I hope they will listen to

7    it because they have a lot of preconceived narratives

8    for sure.

9    Q.  I know.  It is like breaking through -- I don't

10   know.  Breaking through a wall of steel, right?  A wall

11   of corruptcity (sic).

12    A.  I think we have to go back and re-listen to the

13   conference and they have to take some of the references

14   you gave them, especially the reporter at the end there.

15   You know, there is clearly the lawfirms are dropping off

16   because of this doc thing and the threats they are

17   getting.  And you tried to point it out to her, but she

18   was pretty worked up.  And I'm over here and watching it

19   next to the church of the Holy Sepulchre, and I'm like,

20   "Poor Mayor."  I'm like, God, this woman is giving him a

21   hard time.

22    Q.  Well, we are getting the evidence.  So now we

23   have to have somebody hear it.  We have got the

24   evidence.  It is really frustrating because it is quite

25   clear it was a major, major voter theft, major.  Ten

Case 1:21-cv-00213-CJN   Document 2-55   Filed 01/25/21   Page 13 of 40
File 6 Chat with the Mayor   Rudy Giuliani
November 19, 2020                                    12

1  different cities, Republicans locked out, maybe all

2  together thousand and thousands of Republicans and

3  locked out probably affects over a million ballots and

4  key ballots in the key states that changed the election.

5      I mean, Biden didn't win the election.  He really

6  didn't.  It is a shame.  It is really a shame, but I

7  think if we keep pressing, people will keep getting it.

8      So now we will go to John from Staten Island.

9      Hey, John.

10  A.  Hello, Mayor.

11  Q.  Yeah.

12  A.  Hi.

13  Q.  How are you doing?

14  A.  You are may favorite Mayor because you cleaned up

15  New York.  Thank you.

16  Q.  Thank you.

17  A.  Now, I've listened to the press conference today

18  and I heard, you know, quite a bit about Dominion and

19  Smartmatic.

20  Q.  Yes.

21  A.  Two days ago, I think it was General McInerney --

22  Q.  Uh-huh.

23  A.  -- was referring to other software.  I guess it

24  was government developed, like, Scorecard or Hammer.  Is

25  that still in play?

Case 1:21-cv-00213-CJN  Document 2-55  Filed 01/25/21  Page 14 of 40
File 6 Chat with the Mayor  Rudy Giuliani
November 19, 2020                              13

1   Q.  Well, that is beyond my capacity, my friend.

2   That is a government --

3   A.  Okay.

4   Q.  That is a government program.  I don't know --

5   honestly, I don't know completely what it is, and I

6   don't know if it has any involvement in this.  I do know

7   that Dominion thing.  Sidney investigated it, but I know

8   her quite well.  And that was, I think, explained, kind

9   of, clearly, wasn't it?  I thought Sidney was clear

10  about that, right?

11  A.  Absolutely.

12  Q.  You got -- you got what they do?  I mean,

13  Dominion is the overall company that does the

14  contracting but the real guts of the operation is

15  Smartmatic.  And Smartmatic is owned by two Venezuelans

16  who are loyal to Chavez and Madero.

17      In other words, they are loyal to communism.

18  They are loyal to China.  And they are enemies of the

19  United States.  I got, for the life of me, as Sidney

20  said several times, "Why would any American governor

21  hire them?"  Why do we want our -- why do we want our

22  ballots in the hands of our enemy?  I don't know.  I

23  don't know.

24      It means there is something seriously wrong with

25  the home voter system.  That may be more of a

File 6 Chat with the Mayor  Rudy Giuliani
November 19, 2020                                14

1  generalized problem rather than a voter fraud that is

2  going to overturn this election.

3      The thing that will overturn the election are the

4  ballots that were improperly handled that were, for

5  example, the over vote where people voted 300 percent

6  into a particular precinct.  Who were these extra -- who

7  were these extra 200 percent of people?

8      That means people voted three times or it means

9  that people who voted who came outside of the district

10  they were assigned to somebody else's name.  And all of

11  which happened -- all of which happened in every one of

12  the big boss Democrat cities.  The stinking corrupt

13  cities.  That is the ones they used because that is

14  where they could get away with it.  The stinking corrupt

15  city.

16      Well, I'm Rudy Giuliani and with Common Sense we

17  will uncover the truth and get to a solution on Talk

18  Radio 77WABC.

19      (Commercial break.)

20      Mayor Rudy Giuliani on 77WABC.

21  BY RUDY GIULIANI:

22    Q.  Welcome back with Rudy Giuliani.  Call

23  1(800) 848 -- that is 1(800) 848-9222, and we are going

24  to go to David from New Jersey.

25    A.  Hello, Rudi.

Case 1:21-cv-00213-CJN   Document 2-55   Filed 01/25/21   Page 16 of 40
File 6 Chat with the Mayor   Rudy Giuliani
November 19, 2020                                    15

1   Q.  Hello, David.  How are you doing?

2   A.  God bless you.  You did a great job today.  You

3   all did fantastic and keep up the good work on behalf of

4   this nation.

5   Q.  You know, the whole purpose of doing that, David,

6   we don't -- we don't think we are going to get to

7   everybody because we know the censorship, the iron

8   curtain of censorship, will keep it away from half the

9   American people, but at least we wanted the other half

10  of the people who are the support of President Trump or

11  have an open mind, we wanted them to know this is real.

12  This is not -- we are not making this stuff up.  This is

13  a very, very serious thing that happened.

14  A.  Absolutely.

15  Q.  And it needs to be very thoroughly investigated.

16  A.  Hopefully there is enough of us out there, but my

17  question to you --

18  Q.  Go ahead.

19  A.  -- you were noting that, like, in Michigan

20  because of those two Wayne County Republicans now

21  resending or changing their mind after they had been

22  harassed and threatened, their families threatened, that

23  you would be pulling that lawsuit because they won't

24  certify, is that truth that Michigan Secretary of State

25  plans -- says that she doesn't care, they are going to

Case 1:21-cv-00213-CJN  Document 2-55  Filed 01/25/21  Page 17 of 40
File 6 Chat with the Mayor  Rudy Giuliani
November 19, 2020                                    16

1  recertify anyway?  I'm a little confused on what is

2  going on there.

3   Q.  Well, okay, so they didn't certify ultimately.

4  They originally -- they originally said they were going

5  to not certify.

6   A.  Uh-huh.

7   Q.  Then they got harassed.  They got yelled at.

8  They got screamed at, and they made a deal.  The deal

9  that they made was they would vote to certify, really in

10  part because they were harassed and worried and worried

11  about their families but they were offered something.

12  They were offered an audit if they certify to answer the

13  20 or so questions they had about the integrity of the

14  vote.

15   A.  I see.

16   Q.  As soon as that -- as soon as that was heard by

17  the State Chairman, the State Chairman said, "like heck

18  we are going to have an audit."  State Chairman is a

19  little smarter than the people on the ground, I guess.

20  If they have an audit they would all go to jail.

21      So then the two Republicans rescinded their vote

22  and submitted an affidavit saying, "We do not vote to

23  certify.  We find the election way too questionable with

24  fraud."  And their main thing they rely on is that in 70

25  percent of the precincts the voter roles don't match up.

Case 1:21-cv-00213-CJN   Document 2-55   Filed 01/25/21   Page 18 of 40
File 6 Chat with the Mayor   Rudy Giuliani
November 19, 2020                                    17

1   What that means is in 70 percent of the precincts more

2   people voted than are registered in the precinct, and in

3   some cases more people voted at live in the precinct

4   than, of course, indicates to you weren't properly

5   registered.  They are not really citizens of the State

6   of Michigan.  They are multiple and triplicate and what

7   quadruple numbers on one person.

8       So that is a real sign of fraud and, therefore,

9   their final vote was not to certify.  Now, the State

10  Election Commissioner can decide either way "I will take

11  the votes," "I won't take the votes."  And that person

12  is a Democrat.  And you know that that person is going

13  to say they are certified, but we are going to argue to

14  the legislature that they are not.

15      I mean, the legislature should not give and award

16  Biden those votes.  We will see it where we come out.

17  The lawsuit that we dropped is a lawsuit that really is

18  directed just at that county commission to get them to

19  decertify.  So in our view they did decertify two to

20  two.

21      The other lawsuit that actually a private party

22  is bringing but involves us, we've helped him with it

23  and he -- and he has helped us a lot with ours, that

24  case would challenge that.  This is a little complicated

25  but that is what happens when the case is as dynamic as

Case 1:21-cv-00213-CJN   Document 2-55   Filed 01/25/21   Page 19 of 40
File 6 Chat with the Mayor  Rudy Giuliani
November 19, 2020                                  18

1  thing one.  Simple fact is Detroit was a disgrace,

2  absolute disgrace.

3      That is the place where you have 130 percent

4  voting, which is basically, like, the impossible.  130

5  percent can't vote.  Only 100 percent lives in the

6  district.  So they have to be 30 percent or so illegal

7  ballots there as well.  You put those all together with

8  the 100,000 ballots and no one examined them, the other

9  ballots that weren't examined, you got way more than

10  enough to overturn Michigan and Pennsylvania and name

11  the real winner, which is Donald Trump.

12      He actually won those two states, and they have

13  been given to Joe Biden.  And they should be switched

14  back.

15      And now we are going to try -- who do we have on

16  next?

17      Jeff from Connecticut.

18  A.  Mr. Mayor --

19  Q.  Hey, Jeff.

20  A.  -- thank you so much for taking my call.  Great

21  job today.  Two -- a question I have is relating to

22  Georgia.  And I know the State or the Senatorial

23  elections aren't in your purview but would the same

24  thing possibly have occurred down in Georgia therefore,

25  the runoffs would essentially not even be needed because

File 6 Chat with the Mayor  Rudy Giuliani
November 19, 2020                              19

1   the Republicans would have won, and then I heard that

2   the -- Sidney made it sound like the Toronto office of

3   the voting machine company was closed.  Are these

4   people, these executives not around?

5    Q.  You know, I don't know if they are around.  They

6   are kind of -- they are, kind of, hard to put your

7   finger on.  I mean, they are world travellers.  They are

8   jet setters.  They are very left wing.  Wow.  Hate

9   Trump.  Definitely have a bias, but I can't -- I don't

10  know where they are right now.

11       They are not in the United States.  I mean, they

12  are Venezuelans and their business is really in London

13  and in Germany.  So they have no real connection to the

14  United States except as visitors.

15   A.  What about the folks that were actually at the

16  polls that were, you know, adjusting the machines and

17  things like that in the middle of the night?  Who are

18  those folks.

19   Q.  Most of them would have been City of Detroit

20  workers, some permanent workers for the election

21  commission, some on loan from other agencies because the

22  election commission doesn't have to be that big every

23  day of the year.  It really has only two times that it

24  functions with large numbers of people.  That is on

25  election and primary day.

Case 1:21-cv-00213-CJN  Document 2-55  Filed 01/25/21  Page 21 of 40
File 6 Chat with the Mayor  Rudy Giuliani
November 19, 2020                                    20

1      So, for example, our witness works in another

2   agency of city government she has for 30 years and she

3   was assigned to voting duty in September, and she is the

4   one I read from who basically from the beginning was

5   told, "Okay.  Here is the program.  We are cheating."

6   So I hope that -- I hope that answered -- I hope that

7   answered most of your question, my friend.

8      So and next we will go back to New York.

9      Marty --

10   A.  Good afternoon, Mr. Giuliani, how are you?

11   Q.  I'm good.  Really good.  How are you?

12   A.  I've seen the news broadcast.  I've been a New

13   York guy for years.  I've seen you way, way back when

14   you were a district attorney and stuff, politics and

15   stuff.

16      My question to you is that during your news

17   conference you said that somebody from that -- from the

18   machine place out of Venezuela came to Pennsylvania and

19   was messing around with the machines.

20      Did I hear you right or is that wrong?

21   Q.  Mostly right, and it was Sidney Powell who said

22   that but you're right.

23   A.  All right.  So now do way have -- do we have that

24   person or individual flying into the United States from

25   Venezuela?  Wouldn't there be record of that that we can

Case 1:21-cv-00213-CJN   Document 2-55   Filed 01/25/21   Page 22 of 40
File 6 Chat with the Mayor  Rudy Giuliani
November 19, 2020                                21

1  prove that?

2   Q.  We can prove the person was there.  I don't know

3  where the person flew in from.  The person --

4   A.  We can't tell to immigration who was there?

5   Q.  Yeah, but it might not be that he came -- more

6  than likely he came from Germany.  So the company -- the

7  company -- the two --

8   A.  Right, right, I gotcha.

9   Q.  The two people --

10   A.  They covered up that whole thing.  They are

11  definitely going to cover those tracks, too, but that is

12  the thing, Mr. Giuliani, it seems to me like while we

13  are talking to each other -- and, you know, I come from

14  a family of police enforcements.  My brother is a

15  retired FBI agent.  I tell him, "What is going on?

16  Where are you guys?  What are you guys doing?"  It seems

17  to be falling on deaf ears here, you know?

18   Q.  Well, you know, the amazing thing here, my

19  friend, is we don't have subpoena power.  So the

20  question that you just asked me with when I was a U.S.

21  attorney I can answer that question in a day.  They

22  would have a --

23   A.  I remember when you were a Manhattan district

24  attorney you would have had at least half a dozen

25  arrested already.  Why ain't that happening?

Case 1:21-cv-00213-CJN   Document 2-55   Filed 01/25/21   Page 23 of 40
File 6 Chat with the Mayor  Rudy Giuliani
November 19, 2020                                22

1    Q.  Because it isn't like the old days.  They are

2    afraid of politicians.  Particularly Democrat

3    politicians.  You know, it is hard to convey this

4    because you sound like a complainer, but you have no

5    idea what this vicious press subjects people who support

6    Trump do.  You have no idea.  I don't even know if they

7    have an idea of how mean and cruel and so illiberal they

8    are.

9        I mean, they go after their jobs.  They go after

10   their livelihood.  And they really frighten people.  We

11   had to work really hard to get our witnesses.

12       So now we go to Victoria from West Hampton.

13       Long Island, New York, Antonio.

14   A.  How's it going, Mayor?

15   Q.  How is the weather in West Hampton?

16   A.  It is cool, nice, beautiful day today.

17   Q.  Sunny?

18   A.  Cool about 50, yeah, 45 blue ski.

19   Q.  Good.

20   A.  So you're doing a phenomenal job.  I know if you

21   were not going against a deep swamp you would have

22   destroyed this case by now.  I watched all the evidence.

23   The evidence is astonishing between the voter fraud with

24   the -- you know, the count of -- ballot count is and the

25   witnesses.  It is insane.  I guarantee half of the

Case 1:21-cv-00213-CJN   Document 2-55   Filed 01/25/21   Page 24 of 40
File 6 Chat with the Mayor   Rudy Giuliani
November 19, 2020                                        23

1  people don't even know the evidence that you guys

2  actually have.  I believe --

3    Q.  That is why we are -- that is why we are trying

4  to get it out because they censor it.

5    A.  Well, you know, I worked with a -- I know what

6  the left are around.  We can't convince them anything.

7  They are not going to listen.  They are not going to

8  reason even logic.  So basically how do the people if,

9  you know, Trump has got 73 million supporters or more.

10  How do we get involved?  How do the people get involved

11  to control judges who are making decisions based on

12  their idealogy on their, you know, their political, you

13  know, side.  You know, how are we going to help you?

14  You guys are doing a phenomenal job.

15      How can we help?

16    Q.  I guess getting the information around through

17  social media would help a lot.  Social media is our

18  friend here in that sense.  Even though they cut you off

19  Twitter and try to cut you off Facebook and all these

20  other things.  We have enough people on their that we

21  can get our message around.

22      We got to use social media.  And we have to use

23  the radio talk shows that have more balanced approach

24  than the networks.  So, I mean, we got to keep -- no

25  question we have to work at it.

File 6 Chat with the Mayor   Rudy Giuliani
November 19, 2020                                    24

1        Teresa from Staten Island.

2     A.  Hi.

3     Q.  Hi, Teresa.

4     A.  Hello.  Hi.  Pleasure to speak with you.

5     Q.  Pleasure to speak to you, too.

6     A.  I was just wondering, I mean, the freedom we have

7  in this country relies solely on our integrity of

8  voting.  If we don't have that, and we have a time

9  constraint to prove that, where do we stand?  I mean,

10  this is where our freedom start with our integrity of

11  voting.

12     Q.  This is a very frightening thing that they are

13  doing.  And it is very outrageous and very damaging that

14  the media is ignoring it because it should be right up

15  their alley.  It is a denial of free speech.  It is a

16  denial of basic rights.  It is treating one political

17  party so much horribly and so much different than the

18  other political party.

19        So, yeah, I mean, it is terrible, and it has to

20  be redressed.  It can't be continued.  So we got left

21  maybe -- maybe we got -- so we got a call from New

22  Jersey.

23        Kathy.

24     A.  Yes, hi, Mr. Mayor.

25     Q.  Hi, Kathy.  How are you?

File 6 Chat with the Mayor  Rudy Giuliani
November 19, 2020                          25

1    A.  Fine.  How are you?

2    Q.  I'm good.

3    A.  Good.

4       You know, I have a comment.  Remembering back a

5    couple of weeks ago that Kamala Harris's, I guess,

6    victory speech or whatever it was.  She came out and

7    thanked the poll workers and the poll officials.  Was

8    that like that a braising comment or is that something a

9    candidate would normally do?

10   Q.  Yeah.  I think so.  I mean --

11   A.  Yeah?

12   Q.  Yeah.  To thank the officials?

13   A.  Snide --

14   Q.  She did it in a snide way?

15   A.  Well, I don't know.  I'm thinking of all that is

16   going on I wonder, you know, why would you thank the

17   poll workers?  Is it because they did what you told them

18   to do?  That kind of thing.

19   Q.  I don't know.  I don't know.  I don't know.  We

20   will let her get away with a thank you.  We will try to

21   let her get away with a thank you.

22   A.  Okay.  If we must.

23   Q.  Okay.

24      Next Vaughn from New York.

25   A.  Hi, Mr. Giuliani.

1 | Q. How are you?

2 | A. How are you, sir?

3 | Q. I'm good.  What do you got going?

4 | A. I just wanted to let, you know, a great American

5 | and a great patriot passed away yesterday and a good

6 | friend of yours.

7 | Q. Who?

8 | A. And related to me in a different way.

9 | Q. Who was that?

10 | A. Passed away, Mr. Arthur Imperatore.

11 | Q. Oh, yes.  Yes.

12 | A. Yesterday.

13 | Q. I didn't know that.

14 | A. He was a -- I know that you thanked him for his

15 | contribution with the Waterways.

16 | Q. Yes, yes.

17 | A. During 9/11, and he was there.

18 | Q. Arthur very, very creative man.  Really, really a

19 | nice man.  Good man.  Oh, we will miss him.  Oh, well,

20 | maybe just to express my condolences to his family.  He

21 | had a fairly big family.  To his family.  He had a great

22 | life and great contributions.  Great, great

23 | contributions to the City of New York.

24 | We are talking to you on the Tunnel 2 Towers

25 | hotline and on 77WABC.

Case 1:21-cv-00213-CJN   Document 2-55   Filed 01/25/21   Page 28 of 40
File 6 Chat with the Mayor  Rudy Giuliani
November 19, 2020                              27

1      Thank you very much for your calls on the

2  hotline.  Help Tunnel the Towers to do good.  Donate $11

3  a month at T2T.org.  That is T2T.org.  At 1(800)

4  848-9222.

5      I'm Rudy Giuliani and with Common Sense we will

6  uncover the truth and get to a solution on Talk Radio

7  77WABC.

8      (Commercial break.)

9      We are New York talking about what matters to

10  you.  Now, it is former New York City Mayor Rudy

11  Giuliani on New York's Talk Radio 77WABC.

12      RUDY GIULIANI:  Well, I must tell you we are

13  coming up near the end of the week.  Tomorrow will be

14  our last show of the week.  I'm sure it is going to be a

15  very good one.  There are a lot of things happening.

16  These investigations are all producing so much evidence.

17  It is hard to catalog all of it.

18      I tried to summarize it and give examples of the

19  kind of evidence we have, but in that Michigan case we

20  have four or five critical affidavits of people who

21  swear under oath that a voter fraud took place of

22  measurable proportions.  And all together it is hard to

23  categorize the affidavits and evidence in different

24  directions but this is supported by over 150 affidavits.

25  This isn't made up.  It is very serious.  And it is

File 6 Chat with the Mayor  Rudy Giuliani
November 19, 2020                          28

1  getting bigger, and when you look at the Dominion aspect

2  to it, just think of it this way.  Your votes were being

3  counted outside of the United States.  They all were

4  being entered into a highly insecure server that anybody

5  could steal and manipulate.

6       And if anybody had the inclination to manipulate,

7  they could do it.  So when you look at these disparities

8  in numbers that are so dramatic, 130 percent over vote,

9  120 percent over vote, 7,000 -- 17,000 people in

10 Pittsburgh show up and say somebody -- and they are told

11 "Somebody voted for you.  You voted already."  Poor

12 person says, "I didn't vote already."

13      And some other person has been attributed to

14 their registration.  That is a sure sign of cheating big

15 time.  What is going on with the media?  What is going

16 on?  How does this story not get covered?  Study gets

17 trashed made fun of.  It is so sad.  So, so sad, but you

18 know, here we are fighting back.  Here we are fighting

19 back, and we got a place to do it.  It is called the

20 United States courts, state courts, they don't have it

21 elsewhere.  That is why this is the greatest country on

22 earth.  Don't ever forget that.  Don't get down about

23 it.  Truth will prevail, and I need you to get up

24 tomorrow morning and say a little prayer, "Thank God I'm

25 in America."

File 6 Chat with the Mayor  Rudy Giuliani
November 19, 2020                                    29

1  Thank you.

2  (End of recording.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 1:21-cv-00213-CJN   Document 2-55   Filed 01/25/21   Page 31 of 40
File 6 Chat with the Mayor  Rudy Giuliani
November 19, 2020                                30

1      C E R T I F I C A T E

2

3      I, SHAWNEE WILBORN, Certified Shorthand Reporter/

4    Transcriptionist, do hereby certify that I was

5    authorized to transcribe the foregoing recorded

6    proceeding, and that the transcript is a true and

7    accurate transcription of my shorthand notes, to the

8    best of my ability, taken while listening to the

9    provided recording.

10

11      I further certify that I am not of counsel or

12   attorney for either or any of the parties to said

13   proceedings, nor in any way interested in the events of

14   this cause, and that I am not related to any of the

15   parties thereto.

16

17

18   Dated this 19th day of January, 2021

19

20

21      _____

22      SHAWNEE WILBORN, CSR 13361

23

24

25

Case 1:21-cv-00213-CJN   Document 2-45   Filed 01/25/21   Page 32 of 40
Case 1:21-cv-00213-CJN   Document 2-45   Filed 01/25/21   Page 32 of 40
Five Chan with the Mayor Rudy Giuliani
November 19, 2020                                                1

**$**

**$11**   2:12  9:7
  27:2

**1**

**1(800)**   2:11
  9:6  14:23
  27:3
**1(800)848-9222**
  2:11,14  9:8
  14:23
**100**   18:5
**100,000**   18:8
**120**   28:9
**130**   18:3,4
  28:8
**150**   27:24
**17,000**   28:9

**2**

**2**   2:10,12  5:7
  9:5  26:24
**20**   16:13
**200**   14:7
**27**   7:13
**2:00**   5:8

**3**

**3**   8:9
**30**   3:4  10:10
  18:6  20:2
**300**   14:5

**4**

**40**   3:14
**400,000**   8:10
**45**   22:18
**4:00**   5:13
**4:30**   4:17
  5:13

**5**

**50**   3:14  22:18

**7**

**7**   4:25  8:8
**7,000**   28:9
**70**   16:24  17:1
**73**   23:9
**77WABC**   2:1,8
  9:17,20
  14:18,20
  26:25  27:7,11

**8**

**800,000**   5:1
  8:9
**848**   14:23
**848-9222**   27:4
**848-WABC**   2:11
  9:6

**9**

**9/11**   26:17
**9222**   9:6

**A**

**absentee**   3:10
**absolute**   18:2
**Absolutely**
  13:11  15:14
**acts**   4:15
**address**   3:15
  5:23  10:9
**adjusting**
  19:16
**affects**   12:3
**affidavit**
  2:25  3:1  4:4
  16:22

**affidavits**
  4:13,14
  27:20,23,24
**afraid**   22:2
**afternoon**   2:3
  20:10
**agencies**
  19:21
**agency**   20:2
**agent**   21:15
**ahead**   4:22,25
  5:2,3  15:18
**alley**   24:15
**amazing**   7:13
  21:18
**America**   2:3
  28:25
**America's**   2:2
**American**   2:20
  6:21  13:20
  15:9  26:4
**amount**   5:3
**analysis**   8:16
**Antonio**   22:13
**approach**
  23:23
**Argentina**   7:3
**argue**   17:13
**Arlington**   2:5
**arrested**
  21:25
**Arthur**   26:10,
  18
**aspect**   28:1
**assembly**   5:24
**assigned**
  14:10  20:3
**astonishing**
  22:23
**attach**   3:18
**attorney**
  20:14  21:21,
  24
**attributed**
  28:13
**audit**   16:12,

  18,20
**award**   17:15

**B**

**back**   5:14,15
  8:20  11:12
  14:22  18:14
  20:8,13  25:4
  28:18,19
**bags**   5:18
**balanced**
  23:23
**ballot**   3:10,
  11  7:22  22:24
**ballots**   3:20,
  22,23,24  4:24
  5:8,17,19
  6:2,12  12:3,4
  13:22  14:4
  18:7,8,9
**barrier**   10:7
**based**   23:11
**basic**   24:16
**basically**
  2:21  18:4
  20:4  23:8
**beautiful**
  22:16
**bed**   8:8
**beginning**
  20:4
**behalf**   15:3
**bias**   19:9
**Biden**   3:25
  6:3,4,5  8:15
  12:5  17:16
  18:13
**big**   4:16,17
  5:14  14:12
  19:22  26:21
  28:14
**bigger**   28:1
**biggest**   7:25
**bit**   5:4  12:18
**bless**   10:20,
  21  15:2

blue 22:18
boss 3:13
  8:22 14:12
boxes 5:18
braising 25:8
break 9:14
  14:19 27:8
breaking
  11:9,10
bringing 5:7
  17:22
broadcast
  20:12
brother 21:14
business
  19:12

---

**C**

---

call 2:10 9:5
  10:13 14:22
  18:20 24:21
called 6:3,25
  8:13 28:19
calls 27:1
Canada 6:23
Canadian 6:22
candidate
  25:9
cans 5:17
capacity 13:1
cardboard
  5:18
care 15:25
Carolina 8:11
carried 8:18
case 2:17
  4:14,16,20
  17:24,25
  22:22 27:19
cases 17:3
cast 3:24
catalog 27:17
catch 3:25
  4:23 6:10

categorize
  27:23
censor 23:4
censorship
  15:7,8
center 3:14
certified
  17:13
certify 15:24
  16:3,5,9,12,
  23 17:9
Chairman
  16:17,18
challenge
  17:24
changed 12:4
changing
  15:21
channel 9:13
Chat 2:9 9:4
Chavez 13:16
cheat 3:5,6,7
cheating 20:5
  28:14
China 13:18
Chinese 8:1
Christmas
  8:24,25
Christmastime
  8:25
church 11:19
cities 12:1
  14:12,13
citizens 17:5
city 2:2 9:16
  14:15 19:19
  20:2 26:23
  27:10
cleaned 12:14
clear 11:25
  13:9
close 7:4 8:4
closed 4:18
  19:3
Coderadio
  10:10,11

colleagues
  2:16
Columbia 2:5,
  7
comment 25:4,
  8
commercial
  9:14 14:19
  27:8
commission
  17:18 19:21,
  22
Commissioner
  17:10
common 9:18
  10:6 14:16
  27:5
communism
  13:17
company 6:20,
  21,22,24,25
  7:8,24 13:13
  19:3 21:6,7
complainer
  22:4
completed
  2:15
completely
  13:5
complicated
  17:24
condolences
  26:20
conference
  2:16 11:3,13
  12:17 20:17
confused 16:1
Connecticut
  18:17
connection
  19:13
constitutes
  7:21
constraint
  24:9
containers
  5:19

continued
  24:20
contracting
  13:14
contribution
  26:15
contributions
  26:22,23
control 23:11
convey 22:3
convince 23:6
cool 22:16,18
corrupt
  14:12,14
corruptcity
  11:11
count 6:20,
  22,23 8:14
  22:24
counted 6:8
  28:3
counter 6:20
counting
  3:20,21 4:18
  5:6,8 6:24
  7:8
country 7:23
  24:7 28:21
county 15:20
  17:18
couple 25:5
courts 28:20
cover 7:20
  10:5 21:11
covered 21:10
  28:16
COVID 9:2
creative
  26:18
crime 9:23
critical
  27:20
cruel 22:7
curtain 15:8
cut 23:18,19
cyber 9:20,25

**D**

D.C.  11:2
damaging
  24:13
dangerous
  7:19
David  14:24
  15:1,5
dawn  6:11
day  3:19
  19:23,25
  21:21 22:16
days  8:14
  10:11 12:21
  22:1
deaf  21:17
deal  16:8
dealt  7:19
debt  10:3
decertify
  17:19
decide  17:10
decisions
  23:11
decorations
  9:1,2
deed  9:21
  10:1
deep  22:21
Democrat  4:2,
  3 14:12 17:12
  22:2
Democratic
  3:4 5:10
Democrats
  5:11 8:19
denial  24:15,
  16
depth  9:10
destroyed
  22:22
detect  10:8
Detroit  5:9
  18:1 19:19

developed
  12:24
dictator  7:5
diligence  7:8
direct  4:5
directed
  17:18
directions
  27:24
directly  2:22
discuss  9:9
discussion
  9:10
disgrace  6:18
  18:1,2
disgusted  3:4
disparities
  28:7
disregarding
  3:8
district  2:4,
  7 5:23,24
  14:9 18:6
  20:14 21:23
doc  11:16
Dominion  5:13
  12:18 13:7,13
  28:1
Donald  18:11
Donate  2:12
  9:7 27:2
dozen  21:24
dramatic  28:8
dropped  17:17
dropping
  11:15
due  7:7
duty  20:3
dynamic  17:25

**E**

ears  21:17
earth  28:22
election  3:19
  5:10,23 6:18

7:14 9:9
  12:4,5 14:2,3
  16:23 17:10
  19:20,22,25
elections
  7:2,12 18:23
else's  14:10
employee  5:13
end  8:2 11:14
  27:13 29:2
enemies  7:10,
  25 13:18
enemy  13:22
enforcements
  21:14
entered  3:11
  28:4
entitled  3:7
envelopes
  5:21,22,25
  6:1,2
equally  8:9
essentially
  18:25
everyday  4:11
eviction  10:4
evidence
  2:19,20,23
  3:1,2 4:4,5,
  8,11,12
  11:22,24
  22:22,23 23:1
  27:16,19,23
examined
  18:8,9
examples
  27:18
executives
  19:4
explain  4:20
explained
  13:8
express  26:20
extra  14:6,7

**F**

Facebook
  23:19
fact  18:1
fairly  26:21
falling  21:17
families
  15:22 16:11
family  21:14
  26:20,21
fantastic
  15:3
fastest  9:23
favorite
  12:14
FBI  21:15
felt  3:17
fighting
  28:18
filling  9:20
final  17:9
find  3:18
  16:23
Fine  25:1
finger  19:7
fix  7:2
flew  21:3
flying  20:24
folks  19:15,
  18
food  5:15,16
forge  9:25
forget  28:22
forms  9:23
found  7:8
Foundation
  2:10 9:5
fraud  2:23
  3:1 4:16 7:15
  8:18 14:1
  16:24 17:8
  22:23 27:21
free  10:10
  24:15

| | | | |
|---|---|---|---|
| **freedom** 24:6, 10 | **gotcha** 21:8 | 27:17,22 | |
| **friend** 13:1 20:7 21:19 23:18 26:6 | **government** 12:24 13:2,4 20:2 | **Harris's** 25:5 **Hate** 19:8 **hates** 7:7 | **I** |
| **friends** 7:10 | **governor** 13:20 | **hear** 9:8 11:23 20:20 | **ID** 3:15 **idea** 22:5,6,7 |
| **frighten** 22:10 | **great** 10:23 11:1 15:2 | **heard** 4:6 5:14 6:3 | **idealogy** 23:12 |
| **frightening** 24:12 | 18:20 26:4,5, 21,22 | 12:18 16:16 19:1 | **identity** 10:6 **ignoring** 24:14 |
| **frustrating** 7:19 11:24 | **greatest** 7:10 28:21 | **heck** 16:17 **helped** 17:22, | **illegal** 4:24 18:6 |
| **fun** 28:17 | **ground** 16:19 | 23 | **illiberal** 22:7 |
| **functions** 19:24 | **growing** 9:23 **guarantee** 22:25 | **Hey** 10:17 12:9 18:19 **high** 5:7 8:9 | **immigration** 21:4 **Imperatore** |
| **G** | **guess** 12:23 16:19 23:16 25:5 | **higher** 8:10 **highly** 28:4 **hire** 13:21 | 26:10 **impossible** 8:17 18:4 |
| **gave** 11:4,14 | **guts** 13:14 **guy** 20:13 | **hired** 6:19 **hold** 8:19,20 | **improperly** 14:4 |
| **General** 12:21 **generalized** 14:1 | **guys** 21:16 23:1,14 | **Holy** 11:19 **home** 5:9,10 9:21,22 10:6 | **inclination** 28:6 **including** |
| **Georgia** 8:11 18:22,24 | **H** | 13:25 **Homeowners** 10:5 | 3:25 **incorrect** 3:12 |
| **Germany** 6:23 7:23 19:13 21:6 | **half** 2:15 7:6 15:8,9 21:24 22:25 | **homes** 9:24 10:7 **Hometitlelock.** | **individual** 20:24 **information** |
| **Giuliani** 2:2, 3,4 9:17,18 10:15 14:16, | **halt** 8:13 **Hammer** 12:24 **Hampton** | **com** 10:9 **Hometitlelock.** **com.** 10:12 | 23:16 **insane** 22:25 **insecure** 28:4 |
| 20,21,22 20:10 21:12 25:25 27:5, | 22:12,15 **handled** 14:4 **hands** 7:24 | **honestly** 13:5 **hope** 11:1,5,6 20:6 | **inside** 6:2 **instance** 10:7 **insurance** |
| 11,12 **give** 8:3 17:15 27:18 | 13:22 **handwriting** 5:25 | **hoping** 5:15 **horribly** 24:17 | 10:5 **integrity** 16:13 24:7,10 |
| **giving** 11:20 **God** 9:2 | **happened** 14:11 15:13 | **hotline** 2:11 9:6 26:25 | **invented** 7:2 **investigated** |
| 10:20,21 11:20 15:2 28:24 | **happening** 21:25 27:15 **harassed** | 27:2 **hour** 2:15 4:21 | 13:7 15:15 **investigations** 27:16 |
| **good** 2:3,12 9:7 10:20 | 15:22 16:7,10 **hard** 4:23 | **How's** 22:14 | **involved** 7:14 |
| 15:3 20:10,11 22:19 25:2,3 26:3,5,19 27:2,15 | 11:21 19:6 22:3,11 | | |

23:10
**involvement**
  13:6
**involves**
  17:22
**iron**  15:7
**Island**  12:8
  22:13 24:1

---

**J**

**jail**  16:20
**Jeff**  18:17,19
**Jersey**  14:24
  24:22
**Jerusalem**
  10:16,18
**jet**  19:8
**job**  11:1 15:2
  18:21 22:20
  23:14
**jobs**  22:9
**Joe**  18:13
**Joel**  10:16,18
**John**  12:8,9
**judges**  23:11
**junk**  5:21
**jurisdictions**
  7:16

---

**K**

**Kamala**  25:5
**Kathy**  24:23,
  25
**key**  12:4
**kind**  13:8
  19:6 25:18
  27:19
**kinds**  8:1
**knew**  3:9 5:12
**knowledge**
  6:15

---

**L**

**laid**  2:18,19
**large**  19:24
**late**  10:4
**lawfirms**
  11:15
**lawful**  5:19
**lawsuit**  15:23
  17:17,21
**lawsuits**  2:25
**leading**  8:7
**leave**  10:3
**left**  19:8
  23:6 24:20
**legal**  9:24
**legislature**
  17:14,15
**lie**  4:11
**life**  13:19
  26:22
**listen**  9:9
  11:6 23:7
**listened**
  12:17
**live**  2:4 17:3
**livelihood**
  22:10
**lives**  18:5
**loan**  19:21
**loans**  10:2
**locked**  12:1,3
**logic**  23:8
**London**  19:12
**Long**  22:13
**looked**  5:15
**lot**  6:17 11:7
  17:23 23:17
  27:15
**loyal**  13:16,
  17,18
**lying**  2:21,22
  4:10

---

**M**

**machine**  6:8
  19:3 20:18
**machines**
  19:16 20:19
**made**  4:9,24
  7:16 16:8,9
  19:2 27:25
  28:17
**Madero**  13:16
**Maduro**  7:5
**mail**  3:20
**main**  2:21
  16:24
**major**  11:25
**make**  6:14
  8:20
**making**  15:12
  23:11
**man**  26:18,19
**Manhattan**
  21:23
**manipulate**
  28:5,6
**Marty**  20:9
**match**  16:25
**matters**  9:15
  27:9
**maximize**  6:7
**Mayor**  2:1,2,
  10 9:5,16
  10:17 11:1,20
  12:10,14
  14:20 18:18
  22:14 24:24
  27:10
**Mcinerney**
  12:21
**means**  13:24
  14:8 17:1
**measurable**
  27:22
**media**  2:21
  7:20 23:17,22
  24:14 28:15

---

**member**  3:3
**message**  23:21
**messing**  20:19
**Michigan**  3:3
  5:3 6:18,19
  7:9 8:10
  15:19,24 17:6
  18:10 27:19
**middle**  19:17
**million**  12:3
  23:9
**mind**  15:11,21
**minute**  9:11
**money**  8:20
  10:3
**month**  2:12
  9:7 27:3
**morning**  4:17
  5:9,14 8:8
  28:24
**multiple**  17:6

---

**N**

**names**  3:12
  6:3
**narratives**
  11:7
**nation**  15:4
**needed**  18:25
**networks**
  23:24
**news**  7:21,22
  20:12,16
**nice**  7:9
  22:16 26:19
**Nicolas**  7:5
**night**  8:8
  19:17
**noise**  5:14
**North**  8:11
**notice**  10:4
**noting**  15:19
**number**  2:13
  4:1 8:9,10

numbers  8:11
  17:7 19:24
  28:8

**O**

oath  4:3
  27:21
objection
  6:15
observation
  6:16
observe  3:21
observed  3:19
observing
  6:13
occurred
  18:24
offered
  16:11,12
office  19:2
official
  6:13,14
officials
  5:11 25:7,12
online  9:25
open  5:21
  15:11
operation
  13:14
opportunity
  3:21 8:20,21
order  8:19
orders  3:13
originally
  16:4
outrageous
  24:13
overturn
  14:2,3 18:10
owned  7:4,9,
  24 13:15

**P**

part  4:20

16:10
parts  2:19
party  3:4
  17:21 24:17,
  18
passed  26:5,
  10
patriot  26:5
payment  10:4
Pennsylvania
  4:25 8:9
  18:10 20:18
people  2:20
  3:12,14 7:9
  12:7 14:5,7,
  8,9 15:9,10
  16:19 17:2,3
  19:4,24 21:9
  22:5,10 23:1,
  8,10,20 27:20
  28:9
percent  14:5,
  7 16:25 17:1
  18:3,5,6
  28:8,9
permanent
  19:20
person  3:10,
  17,18 17:7,
  11,12 20:24
  21:2,3 28:12,
  13
phenomenal
  22:20 23:14
phony  5:7
  6:12
pile  5:20
Pittsburgh
  28:10
place  10:24
  18:3 20:18
  27:21 28:19
plan  5:5
plans  15:25
play  12:25
Pleasure
  24:4,5

podcast  9:9
point  8:3
  11:17
police  21:14
political
  23:12 24:16,
  18
politicians
  22:2,3
politics
  20:14
poll  6:14
  25:7,17
polls  19:16
Poor  11:20
  28:11
possibly
  18:24
Potomac  2:6
Powell  20:21
power  7:7
  8:19 21:19
practices
  7:15
Pray  10:22
prayer  28:24
precinct  14:6
  17:2,3
precincts
  16:25 17:1
precisely
  5:12
preconceived
  11:7
President
  2:17 7:7
  15:10
press  2:16
  11:3 12:17
  22:5
pressing  12:7
pretty  8:4
  11:18
prevail  28:23
primary  19:25
private  17:21

problem  4:25
  5:1 14:1
producing
  27:16
product  7:1
program  13:4
  20:5
programs  10:6
properly  17:4
property  9:22
  10:2
proportions
  27:22
protection
  10:11
prove  21:1,2
  24:9
pulling  15:23
purpose  15:5
purview  18:23
put  8:13 18:7
  19:6
puts  10:6

**Q**

quadruple
  17:7
question
  15:17 18:21
  20:7,16
  21:20,21
  23:25
questionable
  16:23
questions
  16:13
quitclaim
  9:21 10:1

**R**

radio  9:17,20
  14:18 23:23
  27:6,11
re-listen
  11:12

read 20:4
real 3:11
  13:14 15:11
  17:8 18:11
  19:13
reason 23:8
recertify
  16:1
record 20:25
recording
  29:2
redressed
  24:20
references
  11:13
referring
  12:23
register 10:9
registered
  3:7,12 17:2,5
registration
  28:14
related 26:8
relating
  18:21
relies 24:7
rely 16:24
remained 5:13
remember
  21:23
Remembering
  25:4
reporter
  11:14
representative
  2:19
Republic 6:19
Republican
  3:21 5:9
Republicans
  5:12 6:13
  12:1,2 15:20
  16:21 19:1
request 3:13
rescinded
  16:21

resending
  15:21
retired 21:15
rights 24:16
ripped 5:21
River 2:6
roles 16:25
roughly 5:3
Rudi 14:25
Rudy 2:2,3,4
  9:16,18 10:15
  14:16,20,21,
  22 27:5,10,12
Rudy'
scommonsense.
com 9:12
run 5:6
running 4:19
runoffs 18:25

――――――――

S

sacred 7:22
sad 28:17
Scorecard
  12:24
screamed 16:8
Secretary
  15:24
Senatorial
  18:22
sense 9:19
  14:16 23:18
  27:5
September
  20:3
Sepulchre
  11:19
server 28:4
setters 19:8
shame 12:6
shopping 5:18
show 2:20 8:4
  27:14 28:10
shows 10:4
  23:23

shut 10:8
sic 11:11
side 2:6
  23:13
Sidney 13:7,
  9,19 19:2
  20:21
sign 17:8
  28:14
signature 3:9
  10:1
similar 7:15
Simple 18:1
sir 10:19,21
  26:2
situation
  9:11
ski 22:18
smarter 16:19
Smartmatic
  6:25 12:19
  13:15
snide 25:13,
  14
social 23:17,
  22
software
  12:23
sold 10:2
solely 24:7
solution 9:19
  14:17 27:6
sound 19:2
  22:4
Spain 7:23
speak 2:9 9:4
  24:4,5
special 10:23
specialty
  7:12
specific 2:5
speech 24:15
  25:6
spontaneous
  7:17
stand 24:9

start 5:7
  24:10
state 3:17
  8:1 10:1
  15:24 16:17,
  18 17:5,9
  18:22 28:20
statement 4:5
Staten 12:8
  24:1
states 2:18
  6:21 7:11,13,
  14,25 8:5,7
  9:24 12:4
  13:19 18:12
  19:11,14
  20:24 28:3,20
statistic
  8:16
statistics
  8:4
stayed 5:11
steal 28:5
stealing 7:12
steel 11:10
stinking
  14:12,14
stop 5:5 8:2
stopped 5:8
story 28:16
stressful
  11:3
Study 28:16
stuff 15:12
  20:14,15
subjects 22:5
submitted
  16:22
subpoena
  21:19
sudden 8:13
summarize
  27:18
Sunny 22:17
sunset 11:2
support 4:15
  15:10 22:5

supported
   4:12 27:24
supporters
   23:9
supposed   5:22
surreptitious
   6:16
swamp   2:7
   22:21
swear   27:21
switched
   18:13
system   13:25

T

T2t.org.   2:13
   9:7,8 27:3
table   5:20
taking   3:9
   18:20
talk   9:17,20
   14:17 23:23
   27:6,11
talking   9:15
   21:13 26:24
   27:9
tampering
   10:8
telling   2:22
ten   4:14
   11:25
Teresa   24:1,3
terrible
   24:19
thanked   25:7
   26:14
Thanksgiving
   8:23
theft   9:22
   10:6 11:25
thief   9:20
thieves   9:25
thing   11:16
   13:7 14:3
   15:13 16:24
   18:1,24

21:10,12,18
   24:12 25:18
things   19:17
   23:20 27:15
thinking
   25:15
thought   5:2,4
   13:9
thousand   12:2
thousands
   12:2
threatened
   15:22
threats   11:16
thrown   5:20
thrust   2:21
ties   8:1
time   2:1 3:6
   4:21 11:21
   24:8 28:15
times   6:7,9
   13:20 14:8
   19:23
title   9:22,24
   10:6,7
today   12:17
   15:2 18:21
   22:16
told   3:15,16
   20:5 25:17
   28:10
tomorrow
   27:13 28:24
tonight   11:2
top   8:12
Toronto   19:2
Towers   2:10,
   12 9:5,7
   26:24 27:2
tracks   21:11
training   3:6
trash   5:17
trashed   28:17
travellers
   19:7
treating
   24:16

tree   8:25
triplicate
   17:6
truckloads
   5:17
Trump   4:19,22
   7:7 8:5,7
   15:10 18:11
   19:9 22:6
   23:9
truth   9:19
   14:17 15:24
   27:6 28:23
Tuesday   8:8
tuning   2:8
Tunnel   2:10,
   12 9:5,6
   26:24 27:2
turn   3:16
Twitter   23:19

U

U.S.   21:20
Uh-huh   12:22
   16:6
ultimately
   16:3
uncover   9:19
   14:17 27:6
understanding
   3:22
United   2:17
   6:21 7:10,25
   13:19 19:11,
   14 20:24
   28:3,20
Unites   9:24
usual   5:18

V

Vaughn   25:24
Venezuela
   7:3,5 8:2
   20:18,25

Venezuelan
   7:1
Venezuelans
   7:4 13:15
   19:12
vicious   22:5
victim   10:10
Victoria
   22:12
victory   25:6
view   17:19
Virginia   2:6
visit   9:12
visitors
   19:14
vote   3:8,16,
   18 5:6 6:20
   14:5 16:9,14,
   21,22 17:9
   18:5 28:8,9,
   12
voted   5:25
   8:14 14:5,8,9
   17:2,3 28:11
voter   2:23
   3:1 4:16 7:15
   11:25 13:25
   14:1 16:25
   22:23 27:21
voters   3:7
votes   3:8,9,
   10 6:20,23,24
   7:9 17:11,16
   28:2
voting   4:18
   18:4 19:3
   20:3 24:8,11

W

wall   11:10
wanted   15:9,
   11 26:4
warning   4:21
Washington
   11:2

**watch**  9:13
11:2
**watched**  22:22
**watchers**  6:14
**watching**
11:18
**Waterways**
26:15
**Wayne**  15:20
**weather**  22:15
**Wednesday**  8:8
**week**  8:3
27:13,14
**weeks**  25:5
**West**  22:12,15
**wide**  3:22
**win**  3:25 12:5
**wing**  19:8
**winner**  18:11
**Wisconsin**  5:1
8:10
**witnesses**
22:11,25
**woman**  11:20
**won**  18:12
19:1
**wondering**
24:6
**words**  13:17
**work**  15:3
22:11 23:25
**worked**  11:5,
18 23:5
**workers**  5:9,
10 19:20
25:7,17
**working**  2:17
3:14
**works**  11:6
20:1
**world**  19:7
**worried**  16:10
**wow**  10:16,23
19:8
**writing**  5:22

**wrong**  13:24
20:20

---

### Y

---

**year**  7:6
19:23
**years**  3:4
20:2,13
**yelled**  16:7
**yesterday**
26:5,12
**York**  2:2
9:15,16 12:15
20:8,13 22:13
25:24 26:23
27:9,10
**York's**  9:17
27:11
**Youtube**  9:12