# Exhibit 121

File 5 Rudy Giuliani Sean Hannity

1
2
3
4
5                          FILE NAME:
6                              5.
7      Https://video.foxnews.com/v/6211099886001?playlist_id=
8                    930909813001#sp=show-clips
9
10
11
12            TRANSCRIPT OF VIDEO-RECORDED INTERVIEW
13                         RUDY GIULIANI
14                         SEAN HANNITY
15
16
17
18
19
20
21
22
23
24  Transcribed By:
    TERRI NESTORE
25  CSR No. 5614, RPR, CRR

1    SEAN HANNITY:  All right, this afternoon the
2 Trump campaign senior legal team, led by former New York
3 City Mayor Rudy Giuliani, held a press conference with the
4 latest on the president's fight to count every legal vote.
5    He joins us now for an exclusive interview.
6    Former New York City mayor, President Trump's
7 attorney.  Mr. Mayor, always good to see you.  Thank you.
8    RUDY GIULIANI:  Sean, always good to see you too.
9    SEAN HANNITY:  We know certain things did happen,
10 right?  We know this week alone --
11    RUDY GIULIANI:  We sure do.
12    SEAN HANNITY:  -- we found thousands of ballots
13 out of thin air, which a couple of weeks after the
14 election should concern anybody, but not democrats and not
15 the media.
16    We know, for example, that observers, one after
17 another, on record saying that the law wasn't followed
18 that allows them to watch the entire counting process.
19    We know that happened.
20    RUDY GIULIANI:  Yes.
21    SEAN HANNITY:  Now the question is you've got a
22 high bar because you've got to win not one, but three
23 states.  Lay out the legal arguments.
24    RUDY GIULIANI:  Okay.  Well, Sean, it was a
25 national conspiracy.  It wasn't just three states, it was

1  ten states.  It's impossible that in Pittsburgh and in
2  Philadelphia and in Detroit in and Milwaukee and in
3  Phoenix, the democratic leaders woke up on November 3rd
4  and said, we're going to shut all the republicans out,
5  we're going to put them in chutes, we're not going to let
6  them see absentee ballots, when for a hundred years we all
7  looked at absentee ballots.
8           This had to come from someplace in the Biden
9  campaign, as an instruction to all of them, because in ten
10 jurisdictions -- and they picked crooked democratic cities
11 to do it in, where they could get away with it, they stole
12 probably about 2 million votes and --
13          SEAN HANNITY:  But here's the legal bar:  How do
14 we get it in court, how do we have standing and what's the
15 remedy and how do you -- when I said three states, I meant
16 you have to flip three states to have a change in the
17 results of the election, which is a herculean effort.
18          RUDY GIULIANI:  Well, you do it a couple ways.
19          So we have a federal lawsuit in Pennsylvania, we
20 have two federal lawsuits in Michigan, one of which we
21 dismissed today because we got what we wanted out of
22 Wayne County.  We've got a lawsuit in Wisconsin, we have a
23 lawsuit in Nevada to turn around the elections.  We're
24 about to have one in Georgia, probably going to be filed
25 tomorrow, at the latest on Saturday.  Massive lawsuit,

1  massive cheating, kind of on the scale of Pennsylvania and
2  Michigan.
3           And here's the thing about it, Sean, that should
4  frighten the American people:  It's very similar.  The
5  democrats did the same thing in ten cities, and it's
6  cities they control.  It's cities that are crooked.  It's
7  cities in which they have judges who make ridiculous
8  decisions in favor of the democrat party.  It's cities
9  that have a long history of corruption, mayors going to
10 jail, voter fraud -- I mean, there are more voter fraud
11 convictions in Philly than there are assault convictions
12 at Philadelphia Eagle games.  I mean, it's a profession in
13 Philadelphia.  So they pick the cities where they can --
14          SEAN HANNITY:  Here's my question, though.
15          RUDY GIULIANI:  -- get away with it and they
16 tried to pull off the big heist and we caught 'em, and
17 we're going to prove it.  Court by court, we're going to
18 prove it and we'll take it to the Supreme Court.
19          SEAN HANNITY:  Now, do you believe that the proof
20 is in the affidavits signed by the people that so far that
21 you've gotten, will that reach the high bar that a court
22 would need?
23          RUDY GIULIANI:  Well, my goodness, Sean, we've
24 got about 250.  I don't think I've ever gone to a case
25 with 250 affidavits.  What does the affidavit mean?  The

1  affidavit means that the person signed under oath, under
2  penalty of perjury.  If I'm lying, I go to jail for five
3  years.  I'm pretty confident they'll testify to the same
4  thing on the witness stand.
5           And tell me, is there any Biden person who has
6  gone under penalty of perjury?  My goodness, you know,
7  we've been talking about the $40 million from China, the
8  $14 million from Ukraine, et cetera.  Have they gone under
9  penalty of perjury on anything?
10          They don't get asked any questions, Sean.
11          How are people here, who ask tough questions,
12 they're ready to testify and they're ready to point the
13 finger at the Bidens and say you're a bunch of crooks,
14 trying to take over our country and destroying our right
15 to a free, fair and honest election and that -- I mean,
16 that's a sin.  That's not just a crime, that's a sin, to
17 do that to America, the greatest democracy on earth.  They
18 are disgracing us in the eyes of the world.
19          SEAN HANNITY:  So finding ballots two weeks after
20 the election, the states that tried it, like we'll see it
21 in Wisconsin, like Reince just reported, changing rules
22 like they do in Pennsylvania -- by the way, after the
23 election is held; observers that can't observe, you know,
24 the things that we see that we know and that people have
25 testified to, you know, look, I'm not the lawyer -- and

1  you add all this together and I would think that a court
2  would be interested in understanding -- why would you try
3  to change the rules?  Why are we finding ballots after the
4  fact?  You know, how is it possible that --
5          RUDY GIULIANI:  Sure.
6          SEAN HANNITY:  -- observers weren't allowed to
7  observe, when it's written into the statutory language.
8  I've always thought that was a big deal.  Maybe I'm wrong.
9          Following the law.
10         RUDY GIULIANI:  Sean.
11         SEAN HANNITY:  Why do I feel like if I spit on
12 the sidewalk, I'm going to jail.
13         You couldn't even prevent it.
14         RUDY GIULIANI:  Sean, I've been involved in
15 numerous absentee ballot contests.  I've never heard one
16 in which the republican was excluded or the democrat was
17 excluded.  They accomplished this nationwide in the ten
18 cities that are corrupt cities that they control.
19         That's part of their plan here.
20         The whole mail -- this whole mail thing was
21 really done so they could steal the election.  They knew
22 they couldn't beat him.  He destroyed them at the ballot
23 box on Tuesday.  He was ahead by 800,000 votes in
24 Pennsylvania.  He was ahead by 300,000 votes in Michigan.
25 He was ahead by 400,000 votes in Wisconsin.  You don't

1  make up these leads honestly.  They went into panic mode,
2  and that's where they made mistakes because that's where
3  we picked up our witnesses.
4         At 4:30 in the morning, three or four big trucks
5  pulled into the Detroit center.  There were three people
6  left behind who were honest; two of our people and a
7  Dominion employee.  We have their affidavits.
8         Here's what they saw:  They saw a big truck
9  bringing in 100,000 ballots in garbage cans, in wastepaper
10 baskets, in cardboard boxes and in shopping baskets, and
11 every single one of them was for Biden, and to the extent
12 that they looked at them it was only for Biden, no down
13 ticket.  Now why?  Because they didn't have time for a
14 down ticket.  All they had time for was Biden, Biden,
15 Biden, Biden, Biden, Biden, because they were being
16 notified by Smartmatic in Frankfurt that Biden was way
17 behind and they better come up with a lot more ballots,
18 and we can prove every single thing I just said.
19        SEAN HANNITY:  I hope.
20        RUDY GIULIANI:  Give us a chance, we'll prove it.
21        SEAN HANNITY:  My position is this:  We don't get
22 this right, we'll never get it right.  It only gets worse.
23        RUDY GIULIANI:  If we don't fix this, Sean, we'll
24 never have a free and fair election, at least for the next
25 30 or 40 years.  These people want to destroy us.  They're

File 5 Rudy Giuliani Sean Hannity

8

1  very, very bad people.  They're not ordinary democrats.
2  There are wonderful democrats in this country.  They may
3  disagree with you and me -- you know them.
4          Somehow the democrat part was hijacked by Clinton
5  and since then, it's gone more corrupt and more corrupt
6  and more corrupt.
7          SEAN HANNITY:  I wish you the best.  All right.
8          RUDY GIULIANI:  Somebody --
9          SEAN HANNITY:  America deserves the truth.
10         RUDY GIULIANI:  -- cut their head off.
11         Absolutely.
12         SEAN HANNITY:  By the way, if thousands of
13 ballots this week showed up for Joe Biden, I have a funny
14 feeling the media and the democrats would have a very
15 different reaction.  I'm just guessing but -- all right,
16 Mr. Mayor, thank you.
17         (End of recording.)
18
19
20
21
22
23
24
25

```
 1                    C E R T I F I C A T E
 2
 3
 4          I, TERRI NESTORE, Certified Shorthand Reporter/
 5   Transcriptionist, do hereby certify that I was authorized
 6   to transcribe the foregoing recorded proceeding, and that
 7   the transcript is a true and accurate transcription of my
 8   shorthand notes, to the best of my ability, taken while
 9   listening to the provided recording.
10
11          I further certify that I am not of counsel or
12   attorney for either or any of the parties to said
13   proceedings, nor in any way interested in the events of
14   this cause, and that I am not related to any of the
15   parties thereto.
16
17
18   Dated this 12th day of January, 2021.
19
20
21                    _____
                      TERRI NESTORE, CSR 5614, RPR, CRR
22
23
24
25
```