# Exhibit 122

File 7  Chat with the Mayor Rudy Giuliani



1

2

3

4

5

6            File 7

7   Rudy Giuliani, Chat with the Mayor

8            Nov. 20, 2020

9   https://wabcradio.com/podcast/rudy-giuliani/

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

File 7  Chat with the Mayor Rudy Giuliani

1      Now, on 77WABC.  It is time for the former Mayor

2  of New York City, America's Mayor, Rudy Giuliani.

3      RUDY GIULIANI:  Good afternoon.  This is

4  Rudy Giuliani coming to you from Washington D.C.  The

5  Capital of the Nation and the Swamp.  We are on 77WABC

6  and thank you very much for tuning in with us.

7      Coming up I'm going to get to speak with you on

8  Chat with the Mayor.  Get ready now.  Call me on the

9  Tunnel 2 Tower Foundation hotline at 1(800) 848-WABC.

10  That is 1(800) 848-9222.  Help Tunnel the Towers to do

11  good.  Donate $11 a month at T2T.org.  That is T2T.org.

12  And we are on 1(800) 848-9222.

13      Well, first, let's go back to a subject we

14  haven't talked about for a while because we have been

15  talking about the presidential race and then the post

16  presidential race, and the lawsuits that are going on

17  and the disputes that are going on and the confusion

18  about it, and we will get back to that in a moment, but

19  today I found out that my son, Andrew, was diagnosed

20  with CCP virus.  You know that I call it that, Chinese

21  Communist Party virus.

22      Oh, gee, why do I call it that?  Because it comes

23  from China and because it is a Chinese Communist Party

24  that spread it around the world.  Not the Chinese

25  people.  The Chinese people are good people.  The

1  Chinese Communist Party is an evil organization that has

2  no value for human life.

3      So Andrew was diagnosed with it this morning.  He

4  took a test.  I actually talked to him several times.  I

5  assume he took the test going in the White House this

6  morning.  So he had it, and he has been helping me quite

7  a bit the last three days on all the legal work that I'm

8  doing.  So he has been with me pretty constantly and

9  with a lot of the people working on that.

10      So now they've all been tested including me.

11  This is probably my 20th test, more than that.  So it

12  turned out to be negative.  And most of the people

13  turned out to be negative.  There were two others who

14  have been determined to be positive out of 20 or so.

15  Nobody with serious symptoms.  Andrew has a mild

16  headache and he is a little tired, but I think he would

17  not have noticed that if it weren't for the fact that he

18  ended up being positive.

19      So I want -- I want everybody to realize don't

20  panic.  Please don't panic.  I don't know why our

21  non-leaders panic the way they do.  I don't know.  Which

22  is why they are not very good leaders.  Good leaders

23  don't panic.  You know, if you're in a war or in a

24  battle, even if you're overwhelmed by the other side you

25  don't panic, but when you actually have some really good

1  resources at your command where the risk of dying has

2  substantially lessened to, kind of, in the ballpark of

3  other diseases, you don't spend your life worried about

4  CCP virus.

5      Chances that if you get it, the chances are

6  enormously in your favor.  You're going to survive.

7  You're going to survive well.  Nothing permanent is

8  going to happen to you.  It is a different disease than

9  it was four or five months ago.  And I think we really

10  owe credit to President Trump for having moved us, sort

11  of, in Trump time.  If this were the old government

12  time, the, kind of, let's say, Biden time, I don't know.

13  We might be just closing down to China at this point.

14      I mean, he didn't want to close down China for

15  reasons I think you know.  He has never been

16  particularly sharp or -- you remember when Obama rolled

17  out Obama Care, this most important program and the

18  computers went down, but nobody thought anything of

19  that.  That was okay.  I mean, you know, you can't be

20  perfect.

21      Well, the President has, in a period of time that

22  has got to set a record, he has gotten us to the point

23  where we have therapeutics, we are right on the verge of

24  having a vaccine which was supposed to have taken two

25  years.  Trump time it takes four months, five months.

1   And we do have therapeutics.  And I'm going to tell you

2   this again.

3       So this is not the first time I've been exposed

4   to -- to the virus.  Remember I was exposed to it when

5   we were preparing the President for the debate.  I'm was

6   there with Chris Christie.  And in that room there

7   probably were eight people, six of them got CCP virus.

8   I didn't.  And I had been taking Hydroxychloroquine as a

9   prophylactic.

10      And even today when Andrew called me, and I had

11   to set up a test, I wouldn't say I was sure -- I was

12   confident and my doctor was pretty confident I wouldn't

13   get it.  And the way you use it as a prophylactic you

14   take it for five days.  You take the Hydroxychloroquine.

15   You take zinc with it.  And then after five days you

16   take it once a week and you take the zinc every day.

17      And it has protected me.  It has protected a lot

18   of other people.  I can't tell you -- I'm not a doctor.

19   So I can't tell you if that is scientific or what it is.

20   I can just tell you it is true.  And I also know for

21   sure from watching all the studies that

22   Hydroxychloroquine, had it been used more widely, had it

23   not become a political football, had newspapers like the

24   Washington Post printed false articles that

25   Hydroxychloroquine kills you, even though it has been

File 7  Chat with the Mayor Rudy Giuliani

6

1  used for 50 years, there would be a lot more people

2  alive today that are not alive today.  And that is on

3  their conscience and it should be.

4       So speaking on conscience, I am absolutely

5  convinced -- and I think when you see all the evidence

6  unfold, and I think you're seeing some of it now, and

7  you will see some of it over the weekend and later, and,

8  you know, it comes out in truncated ways because it has

9  to be in particular lawsuits, but I think when you take

10  a look at all of this, and, kind of, put a -- put a

11  cover on it, you are going to get -- you're going to see

12  what is so obvious.

13       And that is that these voter frauds that are

14  taking place in various parts of the country that are

15  now amounting up to be quite massive, but these voter

16  frauds had to have been directed from somewhere because

17  they are too similar.  They are eerily similar.  They

18  all involve fraud around the mail in ballot system.  The

19  system we were warned if we ever put it into affect, we

20  would have massive amount of fraud.

21       For the first time we ever used it was this year.

22  The stake is very high.  And all of a sudden, we've got

23  a whole new interpretation of how you can't absentee and

24  mail ballots.  For generations you counted them this

25  way.  Why they counted them at the precinct level, the

1  level where the vote is taking place or the

2  headquarters.  And when you counted them, a Republican

3  sat on one side, a Democrat sat on the other side and

4  you both examine the external envelope because the

5  external envelope is the only thing that presents you

6  with identifying data so that the ballot can remain

7  anonymous.

8      So the Republicans took a good look at it.  The

9  Democrats took a good look at it.  Anybody else who

10  wanted to be there took a good look at it.  Somebody

11  could object to it.  If you objected to it, it was

12  probably put in a separate pile so all the objections

13  could be dealt with at first.  Some election officials

14  wanted it to be dealt with right then.

15      It could be a wrong signature.  It could be a

16  wrong address.  It could be a failure to fill out an

17  address.  It could be a whole host of all things that

18  got in the way of it being a legitimate ballot.  And

19  then after that is over, it -- the ballots that are

20  challenged are put aside and you find out which ones

21  truly are okay and which ones aren't.

22      Now, let me give you an idea of the

23  circumstantial evidence of wide spread fraud.  I gave

24  you a few yesterday.  You know, things like in Detroit

25  there were voting in precincts of 120 percent of the

File 7  Chat with the Mayor Rudy Giuliani

8

1  people registered, 150, a lot of 200 percents that means

2  two to one and one had 300 percent.  That is -- that was

3  going on all over the country.  Not just in Detroit.

4  This was going on Philadelphia, in Pittsburgh, in

5  Detroit, in Milwaukee, in Chicago, in places like

6  Phoenix, Arizona and Las Vegas, Nevada and Atlanta,

7  Georgia.

8      They all share in common in shutting the

9  Republicans out from getting an opportunity to observe

10  the mail-in ballot or the absentee ballot; therefore, at

11  no point was there an independent verification that

12  these ballots were at all legitimate.  They could have

13  been put in by the same person.  They could have been

14  put in by a whole series of people that crossed

15  referenced each other, but they were put in and they

16  were there and they were sitting there to catch Biden

17  up.

18      I can't tell you.  I know Sidney Powell yesterday

19  went into detail about the Dominion software, the

20  Dominion company.  I can't link that right now to a

21  particular vote advantage that that gave Biden over

22  Trump, but the reality is what happened was they knew

23  from the moment they passed the mail-in ballot thing

24  that COVID was the excuse, stealing the election was the

25  purpose.

File 7  Chat with the Mayor Rudy Giuliani

9

1      I mean, if you think about it, we haven't done it

2  specifically because it is too easy to defraud when

3  there is a -- when you say that crooked Democrats and

4  places like Philadelphia where there isn't an election

5  they don't attempt to steal.  I mean, I think they even

6  try to steal dog catcher elections for practice.

7      And the reality is their intent on using that big

8  opening now where the mail-in ballots would go from 200

9  to 2,000,000 and here is the interesting thing.  The

10  rejection rate went down.  You know, 350,000 ballots

11  there was a 30 percent, let's say -- I'm sorry 3, 4

12  percent rate and when you got up to the millions we are

13  talking about less than a one percent rate of challenge.

14  So those things pull it all together.

15      Those things show you it wasn't just an

16  independent crooks in Philadelphia who did this.  If

17  getting up that same morning Democrat leaders in every

18  one of those communities I just mentioned shut

19  Republicans out, they put them in barricades, pushed

20  them away in Chicago and probably happened in New York

21  but didn't matter because there are runaway elections

22  there and on the other side it wouldn't have mattered in

23  Texas, but it did matter in what we call the swing

24  states.

25      It was done in the cities that Democrats maintain

File 7  Chat with the Mayor Rudy Giuliani

10

1   as crime cities.  These are big crime cities.  These are

2   crooked cities.  Please, I'm not talking to my good

3   friends in Philadelphia about you because there were

4   days in which New York City was a crooked City, and it

5   may well be today under Mayor -- I can't remember his

6   name because he never shows up for anything on time nor

7   does he pay much attention with job, but these cities

8   also have a very, very long history and reputation for

9   voter fraud.

10       And you can't leave it in their hands to do all

11   the verification all by themselves.  Remember yesterday

12   I read to you the affidavit of a worker and the worker

13   was in Detroit and worked for the City of Detroit and

14   the woman, a real hero, was so fed up with the garbage

15   and the terrible cheating the Democrats were doing she

16   came forward and explained two months before the

17   election they began training her how to cheat.

18       And she went about every single one of these

19   processes we talked about.  She observed how it was that

20   Republicans never got a chance to inspect any ballots.

21   She was told never to check addresses.  She was told

22   never to check signatures.  She was told that if

23   something is missing to go get it and fill it in.  She

24   was told to go and help cure ballots and she was shown

25   how particularly in the run up to the election in the

1  early voting how you actually go right in the voting

2  booth and you go show somebody how to vote Democrat.  We

3  can't avoid this.

4      I know we are being pilloried and tortured, and I

5  have to -- I have to work my -- you know what off to

6  keep the lawyers in the case.  I mean, I had an easier

7  time when we dealt with the mafia keeping my lawyers in

8  the case.  I don't know what happened to the Democrat

9  Party.  I don't.  And it isn't the Democrats.  It isn't

10  the Democrats.  They are good people.  It is your

11  leadership.

12      Your leadership is thoroughly corrupt, and we

13  should have expected they would steal the election after

14  all they steal everything else.  The amount of money

15  that the Biden family made during the period of time he

16  was in the public office and the press let him get away

17  with is obscene.  It is obscene.  And it could not have

18  been made without him knowing about it.

19      I'm sorry.  It is too much money.  You can engage

20  in all the happy -- happy dances you want and whatever,

21  whatever, whatever, but he is a crook.  Big time.

22  Millions.  Millions.  Somebody who does that is capable

23  of stealing an election and defiling and defiling and

24  doing tremendous damage to our democracy.  And I heard

25  that moron say the other day in response to us that we

File 7  Chat with the Mayor Rudy Giuliani

1  are hurting democracy by questioning the election.  How

2  dare he say that.  How dare he say that.

3      I mean, I know he gets away with it because of

4  the suck up press, but, boy, that is the hide of

5  arrogance.  There has never been a presidential

6  candidate that I know of that has done more damage to

7  the credibility of this country and to our democracy

8  than the one right now who thinks he is President.

9      And I'm going to tell you I've looked at his

10  votes carefully.  President Trump won these states.  He

11  didn't lose.  He didn't lose Pennsylvania.  He did not

12  lose Michigan.  He certainly didn't lose Georgia.  I

13  think if I put those three together it is over, I think.

14  And he didn't lose Arizona.  And he sure as heck didn't

15  lose Wisconsin.

16      You're going to see that in the election contest,

17  Wisconsin.  And they keep saying, "They don't put out

18  any proof.  They don't put out any proof.  They don't

19  put out any proof."  334 pages of affidavits is proof.

20  What proof have they put in?  Oh, it is debunked.  Okay.

21  All right.

22      All right.  Coming up I'm going to get to speak

23  with you very, very shortly, and we are going to talk on

24  with Chat with the Mayor.  You call me on the Tunnels 2

25  Tower Hotline at 1(800) 848-WABC.  Help Tunnel the Tower

File 7 Chat with the Mayor Rudy Giuliani

13

1    to do good.  Donate $11 a month at T2T.org.  That is

2    T2T.org

3        To hear me discuss more about the election listen

4    to my latest podcast.  That is going to be published

5    today going into -- not only into detail but showing you

6    the evidence that they say that they lie about that they

7    say doesn't exist.  Visit Rudy'sCommonSense.com.  77WABC

8    wants to honor our Veterans.  And you can, too.  Sign up

9    today to receive an excessive support our troops yellow

10   ribbon at WABCradio.com.  Listen to us on Alexa.  Simply

11   say, "Alexa, enable the 77WABC skill."

12       (Commercial break.)

13       We are New York talking about what matter to you.

14   Now, it is former City Mayor Rudy Giuliani on New York's

15   Talk Radio 77WABC.

16       RUDY GIULIANI:  We are back on 77WABC.  And I can

17   tell you that there are -- there are challenges now

18   being put together and a lawsuit now being put together

19   in the State of Georgia.  And in the State of Georgia

20   election was very, very close.  And I think you're going

21   to see in Georgia a repeat with some very, very similar

22   characteristic to what you saw in Michigan and what you

23   saw in Pennsylvania.

24       And I know people say, "Oh, the President should

25   just be gracious and step down."  In the face of this

File 7  Chat with the Mayor Rudy Giuliani

1  kind of fraud?  Step down in a situation like this, and

2  you let this election happen the way it has happened and

3  this will become the norm.

4       You know, we used what are Venezuelan counting

5  machines, but we don't want to become Venezuela, do we?

6  And I see that -- I see the Dominion put out a statement

7  saying that their machine wheres just wonderful and

8  nothing foreign about them, and it is a big lie, big

9  lie.  Dominion has been involved with Smartmatic for

10  some time.  The owners of Dominion went to Venezuela to

11  visit with the dictators there.

12       They rely on Smartmatic -- Dominion does --

13  Smartmatic software giving Smartmatic access to a

14  tremendous amount of information about the vote.  And

15  Smartmatic specialize in algorithms that change

16  elections and brag about it.  And if you want to know

17  the history of this go online and look for the

18  investigation that was done in 2008 by the Congress and

19  look at the letter from Congress woman Carolyn Malone

20  about what she found and what disturbed her about this

21  product.

22       Basically the Smartmatic -- the Smartmatic

23  software, which is at the core of Dominion.  So the fact

24  is that I do not understand why, for any reason, we are

25  having ballots go and get calculated outside of the

File 7  Chat with the Mayor Rudy Giuliani

15

1  United States.  That has to stop.  Even as soon as this

2  Senate race is going to go on in Georgia in January.

3  There is time to change it.  Let's count the ballots at

4  home.  Let's make sure we have a paper ballot to back up

5  so we don't have 300 percent voting.

6      It is a little obvious when you have 300 percent

7  voting you're cheating.  Coming up I get to speak with

8  you about Chat with the Mayor and you're going to be

9  hopefully -- you're going to be back, and you're going

10  to be all lined up for telephone calls, and we are going

11  to get started.

12      (Commercial break.)

13      Mayor Rudy Giuliani on 77WABC.

14  BY RUDY GIULIANI:

15    Q.  Welcome back.  This is Rudy Giuliani.  Call

16  1(800) 848-WABC.  That is one 1(800) 848-9222.  And

17  let's go to the Tunnel 2 Towers Foundation hotline and

18  go to John from Monroe, New York.

19    A.  Hi.  Mayor, it is Staten Island, by the way.

20    Q.  I wonder why they said Monroe.  Staten Island,

21  oh, I love Staten Island.  You know I love Staten

22  Island.  Richmond county.

23    A.  Thank you, Mayor.  Listen, we have 73 million

24  people that voted for the President.  And with the other

25  side subtract your people that want to change the votes,

File 7  Chat with the Mayor Rudy Giuliani

16

1   which they can't, minus fraud, minus negligence, minus

2   everything else, I think the President is on top, and I

3   know you're doing a great job.  On behalf of 73 million

4   people that voted, you know, you're looking to make sure

5   our vote counts not the illegal ones, let's go through

6   it and God bless us.

7      Q.  You know CNN called before and they said, "Well,

8   how does the Mayor feel about the fact that his friends

9   now say he seem to be unhinged."  I said, "Gee, I got a

10  pretty good joke off of the expense of CNN if I'm

11  unhinged, right?"  Did you see that at the press

12  conference when the lady put up her hand, and she asked

13  me some really stupid -- I forgotten the question.  I

14  wasn't even thinking about it, and I said, "What

15  publication are you from?"  And she said, "CNN" and

16  everybody broke out laughing.

17      I mean, it is a joke.  And then one of my

18  colleagues whispered to me, "We should call it the

19  Comedy News Network," right?  I used to call it the

20  Clinton News Network.  Then for a while Communist News

21  Network when they, for a while, wouldn't really cover

22  the fact that there is this Chinese virus, but the

23  Comedy Network might not be bad either.

24      I mean, they are a disgrace.  They are an

25  absolute disgrace.  They are a disgrace because they

File 7  Chat with the Mayor Rudy Giuliani

1  won't cover facts.  I mean, they keep saying, "Well,

2  Rudy Giuliani pointed out the allegations.  There is no

3  proof.  No proof."  What do they consider affidavits to

4  be?  Affidavits are statements under oath.

5      Is there any statement under oath about from

6  Biden or Hunter Biden or any of these people?  And they

7  buy that garbage, hook, line and sink it.  These people

8  actually are ordinary American citizens who put their

9  futures on the line to say that they saw cheating and

10  many of them on a mass scale.  And we are just going to

11  push them aside because the arrogant and leaderless

12  press decide Biden should be Emperor?  I mean, sorry,

13  sorry.  I'm not the one that is unhinged.  They are.

14  They are unhinged.

15   A.  You got it, Mayor.

16   Q.  They are unhinged from what it means to be an

17  American democracy.  It is terrible.

18      So now we go to Paul from New Jersey.

19   A.  Mr. Mayor, it is a pleasure and a big honor to

20  speak with you.  And was a very big honor to live in

21  your city when you were Mayor.

22   Q.  Thank you.

23   A.  I had a wonderful time living in New York for the

24  ten years that I did.  And my comment or question is

25  that I just found out that Georgia Secretary of State

1  certified these fraudulent votes after the phony

2  recount.  So is that the end story for Georgia?

3    Q.  No.  No.  We will go to court now.  We will go to

4  court, and we will argue to the court that the

5  certification is a fraudulent -- it is false.  I mean, I

6  don't know why the Secretary of State of Georgia wants

7  to put himself in the position of committing perjury.

8  He knows it's a false statement.  He knows that vote

9  count is wrong.  If he doesn't know the vote count is

10  wrong, he's got to be an idiot.

11      He has got places where precincts voted 200 times

12  more than the people in the precincts.  He has got -- he

13  has got precinct after precinct after precinct in

14  Atlanta where there is all kinds of allegations and all

15  kinds of affidavits of ballots that are somebody is

16  voting two, three times, dead people voting, different

17  identifications used, provisional ballots where people

18  voted before in the place of this person and used this

19  person's identity.

20      I mean, whether it is enough to overthrow the

21  election isn't really his concern.  But to say -- and it

22  is by the way more than enough.  To say that you can

23  certify this election (inaudible) perjury, but

24  politicians and -- and they are politicians.  And all

25  they are worried about is their Senate race.  And they

File 7  Chat with the Mayor Rudy Giuliani

19

1  think anything that disturbs the presidential race is

2  going to hurt the Senate race, and they may get a big

3  surprise because Trump supporters are fed up.  They are

4  fed up.

5      Trump supporters are fed up from the day this man

6  became President they talked about impeachment.  And now

7  we find out that the impeachment was a frame.

8  Impeachment was a frame-up by Hilary Clinton and Obama.

9  And this guy -- I mean, he may not remember it but Biden

10  played a role in it.  I don't know if Biden will

11  remember it, but the fact is they have gotten to

12  where they are now on just four long years of cheating,

13  lying, putting up false charges, and now they are big

14  City bosses with their goons made sure that the election

15  was stolen.

16      As I said yesterday how is it possible that in

17  all these places where the President had a big lead the

18  night before, all of a sudden the lead evaporates every

19  place?  Maybe to have one, two places they can leave

20  alone and not be as obvious but, boy, they couldn't

21  because he was ahead too much.

22      So now we will go to -- I guess we will go to

23  Barry, huh?

24  A.  Mr. Mayor --

25  Q.  Yeah, Barry, how are you?

File 7  Chat with the Mayor Rudy Giuliani

20

1    A.  Okay.  Great speaking with you, and I'm in New

2    York City, and I want to share with you what happened to

3    me during the preelection time in Queens.  So I was

4    waiting in line for about an hour and a half to put in

5    my ballot.  This is before November 3rd.

6         While waiting in line, a gentleman comes by and

7    he is about to put in his mail-in ballots.  And he had a

8    stack of them.  And I yelled out to him, "What are you

9    doing?"  He said, "These are my families."  And I said,

10   family ballots he is putting in?  Doesn't make sense.

11   So on election day I decided, you know what, I'm going

12   to see if I can do it again.

13        I want to know if my ballot came in.  So on

14   election day I go in, and I wait in line again.  And I

15   get to the person who is in charge of our district and I

16   said, "Barry Katz," and they say, "What is your

17   address?"  And I hummed and hawed, and they said to me

18   "Show us your identification."

19   Q.  Pardon me.

20   A.  "Identification."  Identification.  If I'm going

21   to vote in person they ask for my identification but

22   when I put in a ballot earlier, they don't ask for

23   anything.  So if I get extra ballots --

24   Q.  Rudy, it is not funny.  It is a joke.  It is

25   serious.  It is about our democracy.  This is about how

File 7  Chat with the Mayor Rudy Giuliani

21

1  they are killing our democracy.

2      I mean, the Democrats kill anything remotely

3  suggesting fair procedure during the impeachment.  They

4  ruin innocent lives during the impeachment proceeding

5  and nobody cared.  They acted like McCarthy on steroids.

6  And now they are taking their big city, crooked politics

7  and making it nationwide.  Notice the big cheating took

8  place in the crooked cities.

9      They didn't go -- they didn't go cheat all over

10  the country.  They cheated in -- they cheated in

11  Philadelphia, Pennsylvania, which has so many election

12  fraud cases.  I think it would even fit in a law

13  library.

14    A.  How is that possible that somebody goes in and

15  deposits a -- must have been 30 ballots.

16    Q.  It is possible because the people on the election

17  board cheat.  Just like the woman in Michigan has

18  testified under oath.  The woman whose affidavit I read

19  yesterday.  She begins it by saying she was shocked by

20  what happened.  It took a while to figure out what they

21  were having her do, but from the very beginning she was

22  being trained and all of her coworkers that worked on

23  the election board were being trained to cheat.

24    A.  But on election day --

25    Q.  They tried to steal an election from the

File 7 Chat with the Mayor Rudy Giuliani

22

1 President of the United States.

2 A. But on election day when I waited in line they

3 asked me for my identification, two separate rules of

4 justice.

5 Q. Okay. And she was told never to ask for

6 identification. Never ask for -- don't ask for

7 identification in the areas of the city where they knew

8 it was eight to two Biden. That is called Denial of

9 Equal Protection and that is why it should be reversed

10 constitutionally?

11 A. The mail-in voting is total fraud and the

12 Democrats want that. It is the only way. Biden never,

13 never went out to the public and to provide -- he was in

14 the basement in Delaware. How the hell does he get so

15 many votes? He doesn't do anything.

16 Q. The reason he stayed in the basement, the reason

17 he said he wasn't weird about winning, the reason he

18 said he has the best voter fraud team in the world is

19 because he knew from the beginning they are going to do

20 everything they can do to steal the election. He had

21 George Soro's money behind him. He had all these

22 crooked politicians in all these cities that make it a

23 profession to be crooked. This is a --

24 A. He didn't do anything.

25 Q. This is a sick political party at the very top

1   and it has been since Clinton.  Clinton somehow ruined

2   the integrity of the Democrat Party.  And until regular

3   Democrats realize that and get rid of these crooks, this

4   country is going to be in bad shape, really in bad

5   shape.

6       And at some point the press has to stop sucking

7   their you know what, you know.  The press doesn't exist

8   to suck the you know what of one political party or the

9   other.  It exists to be a critic and analytical about

10   what is wrong with us so we are warned about it?

11    A.  It is fraud when ballots are -- blatant fraud.

12   You can do whatever you want.  Doesn't make sense.

13    Q.  Absolutely right.  Absolutely.  Well, thank you

14   very, very much for calling on the Tunnel 2 Towers

15   Foundation hotline.  Help Tunnel the Towers to do good.

16   Donate $11 a month to T2T.org.  That is T2T.org.  That

17   is 1(800) 848-9222.

18       I'm Rudy Giuliani and with Common Sense we will

19   uncover the truth and get to a solution on Talk Radio

20   77WABC.

21       (Commercial break.)

22       We are New York talking about what matters to

23   you.  Now, it is former New York City Mayor Rudy

24   Giuliani on New York's Talk Radio 77WABC.

25       RUDY GIULIANI:  This is Rudy Giuliani back with

File 7  Chat with the Mayor Rudy Giuliani

24

1   you on 77WABC.  So we are at the end of the week now.

2       We have our Sunday show coming up this weekend.

3   I hope you're going to -- you're going to listen in, and

4   you're going to give us a chance to take a look at one

5   of these issues.  Don't know which one yet.  I'm sure it

6   will have to do with this very difficult election that

7   is going on or it may have to deal with COVID.

8       We will see.  We are going to work on it over the

9   weekend.  And it is an unusual show.  It is different

10  than you usually have on a Sunday.  Instead of having

11  people lecturing at you and telling you, you know, their

12  opinions and what they think and what you're supposed to

13  believe and how you're suppose to say it, you get a

14  chance to talk.  You get a chance to give your opinions

15  and then you get a chance to vote on what you believe

16  the right answer is.

17       And we get a sense of what the real people think.

18  Not the people in the ivory towers who want to tell us

19  what we can say, how we can say it.  Probably one of the

20  things that emerged from this election and so many bad

21  things emerged from it, maybe the worst is censorship.

22  We never had that before in America.  The kind of iron

23  curtain of censorship that Big Media and Big Tech and

24  Big Democrat Party.  All the really important Democrats

25  who can commit crimes and don't get investigated for it,

File 7  Chat with the Mayor Rudy Giuliani
25

1  don't get prosecuted for it, crimes that are so obvious

2  you can just -- you are just shocked.  You are just

3  shocked that the FBI doesn't go after it.  You're

4  shocked law enforcement doesn't go after it.

5      And you wonder why.  And the reason is because of

6  what is happening to some of the people that are trying

7  to help us and trying to assistance us.  Some of the

8  lawyers who are fired by their law firms or threatened

9  by their law firms.  I mean, this is in America.  This

10  is not America.

11      A lawyer should never be harassed based on a case

12  that the lawyer has taken on.  I mean, one of the things

13  I was trained about to be proud of my profession was the

14  fact that you take on difficult causes.  And it is seen

15  as a sign of special nature of this profession that you

16  will deal -- people don't know the law.

17      They need lawyers to advise them, to help them,

18  to assist them.  And if -- if you're going to be

19  threatened because you're representing the President of

20  the United States, that is a terrible thing.  We've done

21  something really, really wrong.  The Democrats have

22  taken their hatred and they have expanded it and

23  expanded it into a national illness.

24      And we got to cure it.  We will because this is a

25  great Nation.  Greatest on earth.  So tomorrow when you

File 7  Chat with the Mayor Rudy Giuliani

1  get up say the little prayer.  "Thank God I'm an

2  American" and come back on Sunday on Uncovering the

3  Truth and Monday we got a whole week for you.  Okay.

4      God bless you and God bless America.

5      (End of recording.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

File 7  Chat with the Mayor Rudy Giuliani

27

C E R T I F I C A T E

1

2

3      I, SHAWNEE WILBORN, Certified Shorthand Reporter/

4  Transcriptionist, do hereby certify that I was

5  authorized to transcribe the foregoing recorded

6  proceeding, and that the transcript is a true and

7  accurate transcription of my shorthand notes, to the

8  best of my ability, taken while listening to the

9  provided recording.

10

11      I further certify that I am not of counsel or

12  attorney for either or any of the parties to said

13  proceedings, nor in any way interested in the events of

14  this cause, and that I am not related to any of the

15  parties thereto.

16

17

18  Dated this 19th day of January, 2021

19

20

21      _____

22      SHAWNEE WILBORN, CSR 13361

23

24

25

| $ | 7 | | |
|---|---|---|---|

**$**

**$11** 2:11 13:1
23:16

**1**

**1(800)** 2:9
12:25 15:16
**1(800)848-9222**
2:10,12 15:16
23:17
**120** 7:25
**150** 8:1

**2**

**2** 2:9 12:24
15:17 23:14
**2,000,000** 9:9
**20** 3:14
**200** 8:1 9:8
18:11
**2008** 14:18
**20th** 3:11

**3**

**3** 9:11
**30** 9:11 21:15
**300** 8:2 15:5,
6
**334** 12:19
**350,000** 9:10
**3rd** 20:5

**4**

**4** 9:11

**5**

**50** 6:1

**7**

**73** 15:23 16:3
**77WABC** 2:1,5
13:7,11,15,16
15:13 23:20,
24 24:1

**8**

**848-WABC** 2:9
12:25 15:16

**A**

**absentee** 6:23
8:10
**absolute**
16:25
**absolutely**
6:4 23:13
**access** 14:13
**acted** 21:5
**address** 7:16,
17 20:17
**addresses**
10:21
**advantage**
8:21
**advise** 25:17
**affect** 6:19
**affidavit**
10:12 21:18
**affidavits**
12:19 17:3,4
18:15
**afternoon** 2:3
**ahead** 19:21
**Alexa** 13:10,
11
**algorithms**
14:15
**alive** 6:2
**allegations**
17:2 18:14

**America** 24:22
25:9,10 26:4
**America's** 2:2
**American**
17:8,17 26:2
**amount** 6:20
11:14 14:14
**amounting**
6:15
**analytical**
23:9
**Andrew** 2:19
3:3,15 5:10
**anonymous** 7:7
**areas** 22:7
**argue** 18:4
**Arizona** 8:6
12:14
**arrogance**
12:5
**arrogant**
17:11
**articles** 5:24
**assist** 25:18
**assistance**
25:7
**assume** 3:5
**Atlanta** 8:6
18:14
**attempt** 9:5
**attention**
10:7
**avoid** 11:3

**B**

**back** 2:13,18
13:16 15:4,9,
15 23:25 26:2
**bad** 16:23
23:4 24:20
**ballot** 6:18
7:6,18 8:10,
23 15:4 20:5,
13,22
**ballots** 6:24
7:19 8:12

9:8,10 10:20,
24 14:25 15:3
18:15,17
20:7,10,23
21:15 23:11
**ballpark** 4:2
**barricades**
9:19
**Barry** 19:23,
25 20:16
**based** 25:11
**basement**
22:14,16
**Basically**
14:22
**battle** 3:24
**began** 10:17
**beginning**
21:21 22:19
**begins** 21:19
**behalf** 16:3
**Biden** 4:12
8:16,21 11:15
17:6,12 19:9,
10 22:8,12
**big** 9:7 10:1
11:21 14:8
17:19,20
19:2,13,17
21:6,7 24:23,
24
**bit** 3:7
**blatant** 23:11
**bless** 16:6
26:4
**board** 21:17,
23
**booth** 11:2
**bosses** 19:14
**boy** 12:4
19:20
**brag** 14:16
**break** 13:12
15:12 23:21
**broke** 16:16
**buy** 17:7

## C

calculated 14:25
call 2:8,20,22 9:23 12:24 15:15 16:18,19
called 5:10 16:7 22:8
calling 23:14
calls 15:10
candidate 12:6
capable 11:22
Capital 2:5
Care 4:17
cared 21:5
carefully 12:10
Carolyn 14:19
case 11:6,8 25:11
cases 21:12
catch 8:16
catcher 9:6
CCP 2:20 4:4 5:7
censorship 24:21,23
certification 18:5
certified 18:1
certify 18:23
challenge 9:13
challenged 7:20
challenges 13:17
chance 10:20 24:4,14,15
chances 4:5

change 14:15 15:3,25
characteristic 13:22
charge 20:15
charges 19:13
Chat 2:8 12:24 15:8
cheat 10:17 21:9,17,23
cheated 21:10
cheating 10:15 15:7 17:9 19:12 21:7
check 10:21,22
Chicago 8:5 9:20
China 2:23 4:13,14
Chinese 2:20,23,24,25 3:1 16:22
Chris 5:6
Christie 5:6
circumstantial 7:23
cities 9:25 10:1,2,7 21:8 22:22
citizens 17:8
city 2:2 10:4,13 13:14 17:21 19:14 20:2 21:6 22:7 23:23
Clinton 16:20 19:8 23:1
close 4:14 13:20
closing 4:13
CNN 16:7,10,15
colleagues 16:18

Comedy 16:19,23
command 4:1
comment 17:24
commercial 13:12 15:12 23:21
commit 24:25
committing 18:7
common 8:8 23:18
Communist 2:21,23 3:1 16:20
communities 9:18
company 8:20
computers 4:18
concern 18:21
conference 16:12
confident 5:12
confusion 2:17
Congress 14:18,19
conscience 6:3,4
constantly 3:8
constitutionally 22:10
contest 12:16
convinced 6:5
core 14:23
corrupt 11:12
count 15:3 18:9
counted 6:24,25 7:2
counting 14:4
country 6:14 8:3 12:7 21:10 23:4

counts 16:5
county 15:22
court 18:3,4
cover 6:11 16:21 17:1
COVID 8:24 24:7
coworkers 21:22
credibility 12:7
credit 4:10
crime 10:1
crimes 24:25 25:1
critic 23:9
crook 11:21
crooked 9:3 10:2,4 21:6,8 22:22,23
crooks 9:16 23:3
crossed 8:14
cure 10:24 25:24
curtain 24:23

## D

D.C. 2:4
damage 11:24 12:6
dances 11:20
dare 12:2
data 7:6
day 5:16 11:25 19:5 20:11,14 21:24 22:2
days 3:7 5:14,15 10:4
dead 18:16
deal 24:7 25:16
dealt 7:13,14 11:7

| | | | |
|---|---|---|---|
| debate 5:5 | disturbed 14:20 | envelope 7:4, 5 | feel 16:8 |
| debunked 12:20 | disturbs 19:1 | Equal 22:9 | figure 21:20 |
| decide 17:12 | doctor 5:12, 18 | evaporates 19:18 | fill 7:16 10:23 |
| decided 20:11 | dog 9:6 | evidence 6:5 7:23 13:6 | find 7:20 19:7 |
| defiling 11:23 | Dominion 8:19,20 14:6, 9,10,12,23 | evil 3:1 | fired 25:8 |
| defraud 9:2 | Donate 2:11 13:1 23:16 | examine 7:4 | firms 25:8,9 |
| Delaware 22:14 | dying 4:1 | excessive 13:9 | fit 21:12 |
| democracy 11:24 12:1,7 17:17 20:25 21:1 | | excuse 8:24 | football 5:23 |
| | | exist 13:7 23:7 | foreign 14:8 |
| | **E** | exists 23:9 | forgotten 16:13 |
| Democrat 7:3 9:17 11:2,8 23:2 24:24 | earlier 20:22 | expanded 25:22,23 | forward 10:16 |
| Democrats 7:9 9:3,25 10:15 11:9,10 21:2 22:12 23:3 24:24 25:21 | early 11:1 | expected 11:13 | found 2:19 14:20 17:25 |
| | earth 25:25 | expense 16:10 | Foundation 2:9 15:17 23:15 |
| | easier 11:6 | explained 10:16 | frame 19:7 |
| | easy 9:2 | exposed 5:3,4 | frame-up 19:8 |
| Denial 22:8 | eerily 6:17 | external 7:4, 5 | fraud 6:18,20 7:23 10:9 14:1 16:1 21:12 22:11, 18 23:11 |
| deposits 21:15 | election 7:13 8:24 9:4 10:17,25 11:13,23 12:1,16 13:3, 20 14:2 18:21,23 19:14 20:11, 14 21:11,16, 23,24,25 22:2,20 24:6, 20 | extra 20:23 | |
| detail 8:19 13:5 | | | |
| determined 3:14 | | **F** | |
| Detroit 7:24 8:3,5 10:13 | | face 13:25 | frauds 6:13, 16 |
| diagnosed 2:19 3:3 | | fact 3:17 14:23 16:8,22 19:11 25:14 | fraudulent 18:1,5 |
| dictators 14:11 | | facts 17:1 | friends 10:3 16:8 |
| difficult 24:6 25:14 | elections 9:6,21 14:16 | failure 7:16 | funny 20:24 |
| directed 6:16 | emerged 24:20,21 | fair 21:3 | futures 17:9 |
| discuss 13:3 | Emperor 17:12 | false 5:24 18:5,8 19:13 | |
| disease 4:8 | enable 13:11 | families 20:9 | **G** |
| diseases 4:3 | end 18:2 24:1 26:5 | family 11:15 20:10 | garbage 10:14 17:7 |
| disgrace 16:24,25 | ended 3:18 | favor 4:6 | gave 7:23 8:21 |
| disputes 2:17 | enforcement 25:4 | FBI 25:3 | gee 2:22 16:9 |
| district 20:15 | engage 11:19 | fed 10:14 19:3,4,5 | generations 6:24 |
| | enormously 4:6 | | gentleman 20:6 |

George 22:21
Georgia 8:7
  12:12 13:19,
  21 15:2 17:25
  18:2,6
Giuliani 2:2,
  3,4 13:14,16
  15:13,14,15
  17:2 23:18,
  24,25
give 7:22
  24:4,14
giving 14:13
God 16:6
  26:1,4
good 2:3,11,
  25 3:22,25
  7:8,9,10 10:2
  11:10 13:1
  16:10 23:15
goons 19:14
government
  4:11
gracious
  13:25
great 16:3
  20:1 25:25
Greatest
  25:25
guess 19:22
guy 19:9

**H**

half 20:4
hand 16:12
hands 10:10
happen 4:8
  14:2
happened 8:22
  9:20 11:8
  14:2 20:2
  21:20
happening
  25:6
happy 11:20

harassed
  25:11
hatred 25:22
hawed 20:17
headache 3:16
headquarters
  7:2
hear 13:3
heard 11:24
heck 12:14
hell 22:14
helping 3:6
hero 10:14
hide 12:4
high 6:22
Hilary 19:8
history 10:8
  14:17
home 15:4
honor 13:8
  17:19,20
hook 17:7
hope 24:3
host 7:17
hotline 2:9
  12:25 15:17
  23:15
hour 20:4
House 3:5
human 3:2
hummed 20:17
Hunter 17:6
hurt 19:2
hurting 12:1
Hydroxychloroq
uine 5:8,14,
  22,25

**I**

idea 7:22
identification
  20:18,20,21
  22:3,6,7

identifications
  18:17
identifying
  7:6
identity
  18:19
idiot 18:10
illegal 16:5
illness 25:23
impeachment
  19:6,7,8
  21:3,4
important
  4:17 24:24
inaudible
  18:23
including
  3:10
independent
  8:11 9:16
information
  14:14
innocent 21:4
inspect 10:20
integrity
  23:2
intent 9:7
interesting
  9:9
interpretation
  6:23
investigated
  24:25
investigation
  14:18
involve 6:18
involved 14:9
iron 24:22
Island 15:19,
  20,21,22
issues 24:5
ivory 24:18

**J**

January 15:2

Jersey 17:18
job 10:7 16:3
John 15:18
joke 16:10,17
  20:24
justice 22:4

**K**

Katz 20:16
keeping 11:7
kill 21:2
killing 21:1
kills 5:25
kind 4:2,12
  6:10 14:1
  24:22
kinds 18:14,
  15
knew 8:22
  22:7,19
knowing 11:18

**L**

lady 16:12
Las 8:6
latest 13:4
laughing
  16:16
law 21:12
  25:4,8,9,16
lawsuit 13:18
lawsuits 2:16
  6:9
lawyer 25:11,
  12
lawyers 11:6,
  7 25:8,17
lead 19:17,18
leaderless
  17:11
leaders 3:22
  9:17
leadership
  11:11,12

leave 10:10
 19:19
lecturing
 24:11
legal 3:7
legitimate
 7:18 8:12
lessened 4:2
letter 14:19
level 6:25
 7:1
library 21:13
lie 13:6
 14:8,9
life 3:2 4:3
lined 15:10
link 8:20
listen 13:3,
 10 15:23 24:3
live 17:20
lives 21:4
living 17:23
long 10:8
 19:12
looked 12:9
lose 12:11,
 12,14,15
lot 3:9 5:17
 6:1 8:1
love 15:21
lying 19:13

M

machine 14:7
machines 14:5
made 11:15,18
 19:14
mafia 11:7
mail 6:18,24
mail-in 8:10,
 23 9:8 20:7
 22:11
maintain 9:25
make 15:4
 16:4 20:10

22:22 23:12
making 21:7
Malone 14:19
man 19:5
mass 17:10
massive 6:15,
 20
matter 9:21,
 23 13:13
mattered 9:22
matters 23:22
Mayor 2:1,2,8
 10:5 12:24
 13:14 15:8,
 13,19,23 16:8
 17:15,19,21
 19:24 23:23
Mccarthy 21:5
means 8:1
 17:16
Media 24:23
mentioned
 9:18
Michigan
 12:12 13:22
 21:17
mild 3:15
million 15:23
 16:3
millions 9:12
 11:22
Milwaukee 8:5
minus 16:1
missing 10:23
moment 2:18
 8:23
Monday 26:3
money 11:14,
 19 22:21
Monroe 15:18,
 20
month 2:11
 13:1 23:16
months 4:9,25
 10:16
morning 3:3,6
 9:17

moron 11:25
moved 4:10

N

Nation 2:5
 25:25
national
 25:23
nationwide
 21:7
nature 25:15
negative
 3:12,13
negligence
 16:1
Network
 16:19,20,21,
 23
Nevada 8:6
News 16:19,20
newspapers
 5:23
night 19:18
non-leaders
 3:21
norm 14:3
Notice 21:7
noticed 3:17
November 20:5

O

oath 17:4,5
 21:18
Obama 4:16,17
 19:8
object 7:11
objected 7:11
objections
 7:12
obscene 11:17
observe 8:9
observed
 10:19

obvious 6:12
 15:6 19:20
 25:1
office 11:16
officials
 7:13
online 14:17
opening 9:8
opinions
 24:12,14
opportunity
 8:9
ordinary 17:8
organization
 3:1
overthrow
 18:20
overwhelmed
 3:24
owe 4:10
owners 14:10

P

pages 12:19
panic 3:20,
 21,23,25
paper 15:4
Pardon 20:19
parts 6:14
party 2:21,23
 3:1 11:9
 22:25 23:2,8
 24:24
passed 8:23
Paul 17:18
pay 10:7
Pennsylvania
 12:11 13:23
 21:11
people 2:25
 3:9,12 5:7,18
 6:1 8:1,14
 11:10 13:24
 15:24,25 16:4
 17:6,7 18:12,
 16,17 21:16

24:11,17,18
25:6,16
**percent** 7:25
8:2 9:11,12,
13 15:5,6
**percents** 8:1
**perfect** 4:20
**period** 4:21
11:15
**perjury** 18:7,
23
**permanent** 4:7
**person** 8:13
18:18 20:15,
21
**person's**
18:19
**Philadelphia**
8:4 9:4,16
10:3 21:11
**Phoenix** 8:6
**phony** 18:1
**pile** 7:12
**pilloried**
11:4
**Pittsburgh**
8:4
**place** 6:14
7:1 18:18
19:19 21:8
**places** 8:5
9:4 18:11
19:17,19
**played** 19:10
**pleasure**
17:19
**podcast** 13:4
**point** 4:13,22
8:11 23:6
**pointed** 17:2
**political**
5:23 22:25
23:8
**politicians**
18:24 22:22
**politics** 21:6

**position** 18:7
**positive**
3:14,18
**post** 2:15
5:24
**Powell** 8:18
**practice** 9:6
**prayer** 26:1
**precinct** 6:25
18:13
**precincts**
7:25 18:11,12
**preelection**
20:3
**preparing** 5:5
**presents** 7:5
**President**
4:10,21 5:5
12:8,10 13:24
15:24 16:2
19:6,17 22:1
25:19
**presidential**
2:15,16 12:5
19:1
**press** 11:16
12:4 16:11
17:12 23:6,7
**pretty** 3:8
5:12 16:10
**printed** 5:24
**procedure**
21:3
**proceeding**
21:4
**processes**
10:19
**product** 14:21
**profession**
22:23 25:13,
15
**program** 4:17
**proof** 12:18,
19,20 17:3
**prophylactic**
5:9,13

**prosecuted**
25:1
**protected**
5:17
**Protection**
22:9
**proud** 25:13
**provide** 22:13
**provisional**
18:17
**public** 11:16
22:13
**publication**
16:15
**published**
13:4
**pull** 9:14
**purpose** 8:25
**push** 17:11
**pushed** 9:19
**put** 6:10,19
7:12,20 8:13,
14,15 9:19
12:13,17,18,
19,20 13:18
14:6 16:12
17:8 18:7
20:4,7,22
**putting** 19:13
20:10

———————

**Q**

**Queens** 20:3
**question**
16:13 17:24
**questioning**
12:1

———————

**R**

**race** 2:15,16
15:2 18:25
19:1,2
**Radio** 13:15
23:19,24

**rate** 9:10,12,
13
**read** 10:12
21:18
**ready** 2:8
**real** 10:14
24:17
**reality** 8:22
9:7
**realize** 3:19
23:3
**reason** 14:24
22:16,17 25:5
**reasons** 4:15
**receive** 13:9
**record** 4:22
**recording**
26:5
**recount** 18:2
**referenced**
8:15
**registered**
8:1
**regular** 23:2
**rejection**
9:10
**rely** 14:12
**remain** 7:6
**remember** 4:16
5:4 10:5,11
19:9,11
**remotely** 21:2
**repeat** 13:21
**representing**
25:19
**Republican**
7:2
**Republicans**
7:8 8:9 9:19
10:20
**reputation**
10:8
**resources** 4:1
**response**
11:25
**reversed** 22:9

7

ribbon 13:10
Richmond
  15:22
rid 23:3
risk 4:1
role 19:10
rolled 4:16
room 5:6
Rudy 2:2,3,4
  13:14,16
  15:13,14,15
  17:2 20:24
  23:18,23,25
Rudy'
scommonsense.
com. 13:7
ruin 21:4
ruined 23:1
rules 22:3
run 10:25
runaway 9:21

### S

sat 7:3
scale 17:10
scientific
  5:19
Secretary
  17:25 18:6
Senate 15:2
  18:25 19:2
sense 20:10
  23:12,18
  24:17
separate 7:12
  22:3
series 8:14
set 4:22 5:11
shape 23:4,5
share 8:8
  20:2
sharp 4:16
shocked 21:19
  25:2,3,4

shortly 12:23
show 9:15
  11:2 20:18
  24:2,9
showing 13:5
shown 10:24
shows 10:6
shut 9:18
shutting 8:8
sick 22:25
side 3:24 7:3
  9:22 15:25
Sidney 8:18
sign 13:8
  25:15
signature
  7:15
signatures
  10:22
similar 6:17
  13:21
Simply 13:10
single 10:18
sink 17:7
sitting 8:16
situation
  14:1
skill 13:11
Smartmatic
  14:9,12,13,
  15,22
software 8:19
  14:13,23
solution
  23:19
son 2:19
Soro's 22:21
sort 4:10
speak 2:7
  12:22 15:7
  17:20
speaking 6:4
  20:1
special 25:15
specialize
  14:15

specifically
  9:2
spend 4:3
spread 2:24
  7:23
stack 20:8
stake 6:22
started 15:11
State 13:19
  17:25 18:6
statement
  14:6 17:5
  18:8
statements
  17:4
Staten 15:19,
  20,21
states 9:24
  12:10 15:1
  22:1 25:20
stayed 22:16
steal 9:5,6
  11:13,14
  21:25 22:20
stealing 8:24
  11:23
step 13:25
  14:1
steroids 21:5
stolen 19:15
stop 15:1
  23:6
story 18:2
studies 5:21
stupid 16:13
subject 2:13
substantially
  4:2
subtract
  15:25
suck 12:4
  23:8
sucking 23:6
sudden 6:22
  19:18
suggesting
  21:3

Sunday 24:2,
  10 26:2
support 13:9
supporters
  19:3,5
suppose 24:13
supposed 4:24
  24:12
surprise 19:3
survive 4:6,7
Swamp 2:5
swing 9:23
symptoms 3:15
system 6:18,
  19

### T

T2t.org 13:2
T2t.org. 2:11
  13:1 23:16
takes 4:25
taking 5:8
  6:14 7:1 21:6
talk 12:23
  13:15 23:19,
  24 24:14
talked 2:14
  3:4 10:19
  19:6
talking 2:15
  9:13 10:2
  13:13 23:22
team 22:18
Tech 24:23
telephone
  15:10
telling 24:11
ten 17:24
terrible
  10:15 17:17
  25:20
test 3:4,5,11
  5:11
tested 3:10

testified
  21:18
**Texas**  9:23
**therapeutics**
  4:23 5:1
**thing**  7:5
  8:23 9:9
  25:20
**things**  7:17,
  24 9:14,15
  24:20,21
  25:12
**thinking**
  16:14
**thinks**  12:8
**thought**  4:18
**threatened**
  25:8,19
**time**  2:1
  4:11,12,21,25
  5:3 6:21 10:6
  11:7,15,21
  14:10 15:3
  17:23 20:3
**times**  3:4
  18:11,16
**tired**  3:16
**today**  2:19
  5:10 6:2 10:5
  13:5,9
**told**  10:21,
  22,24 22:5
**tomorrow**
  25:25
**top**  16:2
  22:25
**tortured**  11:4
**total**  22:11
**Tower**  2:9
  12:25
**towers**  2:10
  15:17 23:14,
  15 24:18
**trained**
  21:22,23
  25:13

training
  10:17
**tremendous**
  11:24 14:14
**troops**  13:9
**true**  5:20
**Trump**  4:10,
  11,25 8:22
  12:10 19:3,5
**truncated**  6:8
**truth**  23:19
  26:3
**tuning**  2:6
**Tunnel**  2:9,10
  12:25 15:17
  23:14,15
**Tunnels**  12:24
**turned**  3:12,
  13

---

### U

**uncover**  23:19
**Uncovering**
  26:2
**understand**
  14:24
**unfold**  6:6
**unhinged**
  16:9,11
  17:13,14,16
**United**  15:1
  22:1 25:20
**unusual**  24:9

---

### V

**vaccine**  4:24
**Vegas**  8:6
**Venezuela**
  14:5,10
**Venezuelan**
  14:4
**verge**  4:23
**verification**
  8:11 10:11

**Veterans**  13:8
**virus**  2:20,21
  4:4 5:4,7
  16:22
**visit**  13:7
  14:11
**vote**  7:1 8:21
  11:2 14:14
  16:5 18:8,9
  20:21 24:15
**voted**  15:24
  16:4 18:11,18
**voter**  6:13,15
  10:9 22:18
**votes**  12:10
  15:25 18:1
  22:15
**voting**  7:25
  11:1 15:5,7
  18:16 22:11

---

### W

**Wabcradio.com.**
  13:10
**wait**  20:14
**waited**  22:2
**waiting**  20:4,
  6
**wanted**  7:10,
  14
**war**  3:23
**warned**  6:19
  23:10
**Washington**
  2:4 5:24
**watching**  5:21
**ways**  6:8
**week**  5:16
  24:1 26:3
**weekend**  6:7
  24:2,9
**weird**  22:17
**wheres**  14:7
**whispered**
  16:18

**White**  3:5
**wide**  7:23
**widely**  5:22
**winning**  22:17
**Wisconsin**
  12:15,17
**woman**  10:14
  14:19 21:17,
  18
**won**  12:10
**wonderful**
  14:7 17:23
**work**  3:7 11:5
  24:8
**worked**  10:13
  21:22
**worker**  10:12
**working**  3:9
**world**  2:24
  22:18
**worried**  4:3
  18:25
**worst**  24:21
**wrong**  7:15,16
  18:9,10 23:10
  25:21

---

### Y

**year**  6:21
**years**  4:25
  6:1 17:24
  19:12
**yelled**  20:8
**yellow**  13:9
**yesterday**
  7:24 8:18
  10:11 19:16
  21:19
**York**  2:2 9:20
  10:4 13:13
  15:18 17:23
  20:2 23:22,23
**York's**  13:14
  23:24

| | z |
|---|---|
| **zinc** | 5:15,16 |