# Exhibit 123

File 8 Rudy Giuliani Common Sense
November 20, 2020

1

2

3

4

5

6          File 8

7        Rudy Giuliani's Common Sense

8          Nov. 20, 2020

9  https://www.youtube.com/watch?v=H0h6sRuC8bQ&list=PLlMn0a

10  7NgIUZIGjQVofrk1M3UIqdc7_-4&index=13

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1      RUDY GIULIANI:  Hi, I'm Rudy Giuliani, and this

2   is another episode of Rudy's Common Sense.  And in this

3   episode is a truly significant one because it is now

4   quite obvious that we are in the middle of what is going

5   to be maybe the most important historical election

6   contest that we have ever had.

7      I mean, it is ranked with the ones in the past,

8   Hamilton, Jefferson, Burr and others that have gone to

9   the House of Representatives.  And this has all the

10  makings of it, and it is there because for all the

11  censorship, for all the lying, for all the coverups of

12  the three conspirators to attempt to steal the election,

13  the conspirators are the Democrat Party, Big Tech, and

14  Big Media.

15     The facts are coming out, ladies and gentlemen.

16  The facts are coming out.  And the facts are not one

17  isolated single act of fraud.  Not one state in which a

18  problem has been found in computation.  That was Bush v.

19  Gore, wasn't it?  Problem in computation, remember the

20  Chads.  Couldn't figure out who was winning.

21     Okay.  That is tough.  That was tough, one state.

22  One state a counting problem.  This is not one state.

23  This is not a counting problem.  As we have been

24  investigating this it very, very quickly emerged not

25  only from the people that we found but from the people

1  who have come forward from the American patriots who

2  have come forward, the brave people willing to take on

3  threats of harassment, threats of losing their job,

4  threats on their children, and even in some cases

5  threats to their lives.

6      I mean, this is a very, very bad time we are

7  living in because there is a kind of evil living in our

8  land right now.  It has been there for quite some time,

9  and I will define it for you at the end, but this

10  shouldn't be.  This shouldn't be.  This is a legitimate

11  -- very legitimate challenge to an election where there

12  is substantial evidence of which I'm going to impart

13  maybe 20 percent to you right now of fraud.  Fraud in

14  our land.  Fraud in many places in our land.

15      I have concentrated obviously on the states that

16  could change the result of the election because I'm

17  representing a client who, I believe, and I know

18  probably will get shut off social media for the rest of

19  my life and maybe even put in a jail cell somewhere if

20  Zuckerberg and the other kings of the media and kings of

21  the tech world and -- but I believe from what I've seen

22  and the professional experience that I have in

23  investigating crimes for many, many years and the

24  success I've had in uncovering them, I believe that we

25  have here a very, very dangerous and a very systemic

File 8 Rudy Giuliani Common Sense
November 20, 2020                                    4

1   problem of voter fraud.

2        Such that the honest votes, if we can isolate

3   those, would elect Donald J. Trump as the next President

4   and in most states by a fairly substantial margin.  And

5   I'm going to concentrate on what I call now the

6   overview.  We've given you a lot of the facts.  I held a

7   press conference to give you a lot of the facts, and we

8   will have future episodes in which we will, as they say,

9   drill down into these facts.

10        We will show you the affidavits that I can show

11   you.  We will show you the charts that I can show you,

12   and we will show you the statistical reports that

13   corroborate the direct evidence, but what I want to do

14   now step back a bit.  I want you to exercise logic.

15   Remember this is called common sense.  So I want you to

16   exercise your common sense.

17        There is a great lawyer, who influenced me when I

18   was younger to become a lawyer, Louis Nizer, and he

19   wrote a great best selling book called My Life In Court,

20   and he gave a hint on cross-examination that helped me

21   enormously in my days in the courtroom.  And I was

22   pretty good at cross examination.  He said, "Not always

23   but usually the most common sense results, the most

24   logical results is actually what happened."  And if

25   somebody is testifying to an illogical result or result

1  that doesn't really make sense, you're going to be able

2  to illustrate to the jury the flaws in that."

3     You got to be careful because that is true nine

4  out of ten times.  It isn't always true, but it does

5  give you the sense of the power of circumstantial

6  evidence or I will give you another quote from Steven

7  Bannon.  Steven Bannon says, "There are no conspiracies

8  but there are also no coincidences."

9     Which means when you see coincidences as an

10  investigator, they have to be investigated darn hard.

11  So let's start with the biggest one of all.  Okay.

12  Let's start with the fact the somewhere around 11:12 on

13  November 3rd, 1:00, 2:00 on November 4th, Donald J.

14  Trump, the President of the United States, as far as I

15  remember, was leading in every state that was then

16  ultimately taken from him.

17     Okay.  Let's review that in a second.  Okay.  He

18  was leading in Pennsylvania.  And I'm going to give you

19  the rough numbers.  You can go back and check.  I might

20  be off a little here and there.  He was leading in

21  Pennsylvania by about 700, 800,000 votes, and there was

22  about 65 percent of the vote cast, as my recollection

23  serves correctly.

24     That is very, very hard to come back from.  In

25  prior years with a fair and unbiased calling of states,

File 8 Rudy Giuliani Common Sense
November 20, 2020                          6

1  Pennsylvania should have been called for.  States in

2  which Biden had far less of a lead and a lot more to go

3  to call for Biden like Arizona which was called for him

4  almost before the polls closed and turned out to be -- I

5  think the state that Trump won, but if you want to look

6  at the numbers now, it is the state that Biden won like

7  that, like that.

8       And then we go to Michigan.  He was ahead by

9  300,000 votes in Michigan.  He was ahead by eight to ten

10 points in Wisconsin.  And there they were all about 65,

11 70 percent of the vote cast.  Nevada hadn't meaningfully

12 reported yet.  So we will take them out of it for now.

13 He was ahead in Georgia and North Carolina by two and a

14 half points, but they were in the 85 to 90 percent of

15 the vote cast by that time.

16      I recall being awarded the Mayor's Race when I

17 ran the second time, and I was ahead by exactly that,

18 2.5 percent with 87 percent of the vote cast.  That is a

19 call that usually goes for you.  He was ahead in North

20 Carolina by the same margin, and they wouldn't call

21 that.  And then he was ahead in Virginia, and I don't

22 remember the exact numbers in Virginia, but they

23 wouldn't call that either for him.  In fact, I think

24 they had already called that even though he was much

25 ahead earlier for Biden.

1       Now, what are the odds that he fell behind in

2    every one of those states?  Not just five, not just

3    three to five, not just two or five, every single one.

4    I don't know.  That one strange in duality a bit?  That

5    one seem a little funny?  A little strange?  He made up

6    800,000 votes in Pennsylvania?  They made up 300,000

7    votes in Michigan?  They made up 8, 9 percent with,

8    gosh, like, 80 percent already in in Wisconsin?  And in

9    Georgia up by two and a half, three percent entering to,

10   like, the 90 percent category of votes cast and all of a

11   sudden it takes us four more day to count the remaining

12   votes?  Somehow he just narrowly looses.

13       Same with Arizona and Virginia.  And what were

14   the ballots they were counting that overcame this?  The

15   ballots they were counting are the most insecure, most

16   prone to fraud type voting in vented ever.  Those are

17   not the words of mere mortal like me.  Those are the

18   words of former President Jimmy Carter and former

19   Secretary of State James Baker in a bipartisan report

20   they did on the dangers of different types of voting.

21   They listing mail voting as by far the type of voting

22   that could be most prone to fraud and, boy, were they

23   proven to be prophets.

24       And so is Justin Sooter who made very much the

25   same point because what happened is the following.  What

1  happened is in every one of the states that I

2  mentioned -- and now let's drill down a little deeper.

3  Not just the states.  They picked a city or cities in

4  each of these states to perpetrate their massive fraud.

5  They didn't do it all over Pennsylvania.

6      They did it in the places in Pennsylvania they

7  own.  The Democrat party owns Philadelphia for 60 years.

8  Some time take a look at the number of convictions of

9  people in Philadelphia in public office for political

10  corruption.  Go take a look at the number of people

11  convicted for voter fraud in Philadelphia.  It is a

12  astounding.  It is astounding.

13      And if the state was crooked in the past, the

14  state is now even more crooked.  The state has a

15  district attorney who doesn't prosecute criminals who

16  was put there by George Soro's millions and millions of

17  dollars and the crime rate is going through the roof,

18  right through the roof, right near the top for murder,

19  right near the top for property crime because they have

20  a left wing radical DA, who lets criminals go free.

21  This would be a good opportunity to take a short break.

22      ADVERTISEMENT BY RUDY GIULIANI:  "I couldn't

23  believe we were evicted from our home that we didn't

24  even sell."  Those are the words of a homeowner,

25  Deborah, when she learned she was the victim of home

1  title fraud.  It is a devastating crime that can cost

2  you your home.  And title fraud is not covered by

3  insurance or common identity theft services.

4        The only folks to trust that I know of to protect

5  your homes titles is Home Title Lock.  Cyber thieves has

6  discovered that titles to our homes are kept online.

7  They forge your name on your deed stating you sold your

8  home, and they re-file as the new owner.  In Deborah's

9  case she didn't even know she was a victim until the

10  eviction notice arrived in her mail.

11        Home Title Lock protects you and your home by

12  putting a virtual barrier around your home's title.  The

13  instant they detect tampering, they mobilize to shut it

14  down.  Go online to HomeTitleLock.com and register your

15  address to see if you're already a victim and don't know

16  it.  Then use code Rudy.  That is me.  And sign up for

17  30 free days of protection.  That is code Rudy at

18  HomeTitleLock.com

19        RUDY GIULIANI:  Thank you for coming back.

20  Pittsburgh, Pennsylvania, well, the way I look at it,

21  Philly is professional in voter fraud.  Like Chicago,

22  they are professionals.  Pittsburgh is mature.  They

23  steal -- they don't steal as much.  You will see the

24  numbers.  Basically Philly part of the state did 2/3rds

25  of the thefts.  What are do the thefts entail?  I'm

1   going to do it once because it pertains to all of them.

2       Locking out Republican inspectors so that none of

3   the mail ballots -- the ballots that are prone to fraud,

4   the ballots that Cotter and Baker warned us against, the

5   ballots that Suitor warned us again, not a single

6   Republican got to see any one of those ballots, even

7   though it is a time honored tradition and the law in

8   every state until seven days ago that they have to be

9   inspected, and if they are not inspected, they are

10  thrown out.

11      Even though that is the law in every state,

12  Republicans were pushed aside, knocked aside, put in

13  corals hit, harassed and threatened and threatened with

14  arrests by sheriffs who sold their soul to the Democrat

15  political machine.  Why did they pick Philadelphia?

16  Because they can get away with anything they want to do

17  in Philadelphia.  Why did they pick Philadelphia?

18  Because they can find a hack judge that will say

19  anything, do anything and make the most ridiculous

20  opinions.

21      Same thing in Pittsburgh just on a lesser scale.

22  How many votes did they deal in Pennsylvania?  Upwards

23  of 680,000 votes.  That flips the election right around.

24  And there are many other things they did there.

25      Michigan, they did the same thing in Michigan.

1   Corralled Republican inspectors, pushed them around,

2   pushed them out, made sure they were all gone when the

3   delivery of 100,000 votes came in in trucks in the

4   middle of the night in garbage pails and in trash cans

5   and in buckets.  Little did they know there was an

6   employee of Dominion hanging around and two Republicans

7   who remained behind and hid around.

8        So, therefore, they have given affidavits, which

9   is direct evidence.  We have direct evidence of this

10  ladies and gentlemen.  You don't have to trust me.  Go

11  into the affidavits.  We got direct evidence of it, of

12  this 100,000 votes all for Biden.  The envelopes had

13  nothing on them, thrown away.  We also have direct

14  evidence of every single Republican inspector pushed out

15  and we go to Wisconsin.  Got the same thing.

16  Republicans pushed out, ballots are examined, ballots

17  are examined privately, secretly.  I mean, they might as

18  well have gone in the back room with cigars and just

19  wrote the ballots while they were there.  Maybe they

20  did.  How would we know?  We were shut out.

21       Go to Nevada.  You don't think the same thing

22  happened in Nevada?  Exactly the same.  Same

23  allegations.  Little different wrinkle on the law in

24  Wisconsin and Nevada.  Actually better cases because the

25  law there is stricter on absentee ballots than it is in,

1  let's say, Pennsylvania.

2      Georgia, again Republicans uniformly shut out of

3  the polling places, not the polling places.  The

4  counting places of which are only one or two in Atlanta.

5  Atlanta, Democrat city.  Democrat city for many, many

6  years.  Democrat city with a history of corruption.

7  Mayors going to jail.

8      And finally Phoenix, Arizona.  Same situation.

9  In each one of these, without giving you the parts of

10  the case, I've given you part of in the past and I will

11  in the future, each one of these cases there are at

12  least four or five times more invalid ballots than there

13  are any kind of votes separating them, but I ask you to

14  separate yourself now from the little picture.  Go to

15  the big figure.

16      How logical is it that overnight he is going to

17  turn every single one of these states and how logical is

18  it that all of them came to the conclusion that they

19  should do the same thing?  Like the guy in Philadelphia

20  and the guy in Pittsburgh and the guy in Detroit and the

21  woman in Wisconsin and the woman in Las Vegas and the

22  woman in Atlanta, Georgia and the woman in -- they all

23  decided to put Republicans in corals like they are

24  horses or sheep.

25      I mean, we should go look and see who had the

1  coral contract for the Democrat Party.  Like, one single

2  idea carried out in one, two, three, four, five, six,

3  states also done in New Mexico and Virginia.  Has to

4  have been a plan of Biden and the Democrat committee.

5      You're going to say they didn't cheat?  The guy

6  who cheats in law school, would cheat in the

7  presidential election.  What do you think?  Guy who

8  takes millions for his family from Communist China.

9  Could cheat in the presidential election.  We are not

10  talking about a man with a character for honesty.  Far

11  from it.  Far, far from it.

12      We got a little more to cover, and I think you're

13  going to find it very, very interesting.  So come right

14  back.

15      ADVERTISEMENT BY RUDY GIULIANI:  If you want a

16  good cigar go to a good cigar shop.  You want the best,

17  go to Famous Smoke Shop.  Let Famous Smoke deliver your

18  favorite cigars right to your door step at America's

19  lowest prices.  Famous opened in 1939 as a small shop in

20  New York City.  Today it is the largest privately held

21  American owned cigar business in the country.  That is

22  80 years experience in the cigar business, and they are

23  putting that experience to work for you making deals on

24  the cigars you love from affordable everyday smokes to

25  high-end luxury cigars for your next special occasion.

1      Go to Famous-smoke.com/Rudy and click the

2   "activate" button the apply the promo code.  Pick from

3   more than 1,000 cigar brands fresh and ready to ship

4   from Famous Smokes climate control 24,000 square foot

5   humidor.  Check out with the promo code Rudy20.  That is

6   Rudy, R-u-d-y, 20 and get 20$ off your order.

7      Every cigar purchase you make is backed by the

8   famous freshness guarantee.  Get real cigars from a real

9   cigar shop shipped direct to you from Famous Smoke Shop.

10  Go to Famous-smoke.com/Rudy.  That is

11  Famous-smoke.com/Rudy.

12      RUDY GIULIANI:  Thank you very much for coming

13  back.  Now, what are the other logical things that tell

14  you this happened?  In the city of Pittsburgh, pick just

15  one now.  In the city of Pittsburgh there is 17,000 so

16  far provisional ballots.  Let me tell you what a

17  provisional ballot is.  A provisional ballot is a ballot

18  where mostly, not always, you walk in and you say, "I'm

19  Rudy Giuliani.  I'm here to vote."  "Mr. Giuliani,

20  you've already voted.  You remember the absentee ballot,

21  you sent it back."  "No, no, no.  I never sent the

22  absentee ballot back.  I've always intended to vote.

23  I've never sent it back."  "I'm sorry, Mr. Giuliani.

24  Right here.  It is checked off.  You voted."  "No, I

25  didn't do that."

1       So rather than have a big fight over it, you get

2    to cast a provisional ballot, which almost never count

3    because they never resolve it, never have the time to

4    resolve it.  Okay.  If that happened 1,000 times or

5    1,500 times, you would say maybe some people forget.

6    How could 17,000 people in Pittsburgh forget that they

7    cast an absentee ballot?

8       I don't have the numbers yet for the other

9    places.  They are higher.  It is true in every one of

10   these places.  You know, 20,000 Philadelphia, 10,000 in

11   another place and 12,000 in another.  I mean, not

12   everybody forgets like Biden, you know.  17,000 people

13   in Pittsburgh went to the polls and were told they had

14   already voted, and didn't remember it or is the more

15   consistent explanation as a witness in Detroit swore

16   under oath that when they didn't have a person that was

17   registered or when the person voted for the second or

18   third time, they just assigned it to anybody they had to

19   very quickly.

20      And, therefore, there were a lot of these people

21   whose identities had been used to cover the illegal

22   voters, maybe an illegal alien, maybe a person voting

23   for the third time.  Maybe a person from out of state.

24   So they voted in place of you.  And when you went in,

25   you were told you had voted already.

1       And that 17,000, by the way, is growing.  And as

2   we go through these cases and every single one of them

3   we are going to have a very, very large number of those

4   ballots, those provisional ballots.  And let me give you

5   one last one for you to think about and understand as we

6   go through this process, which is laborious and is going

7   to take some time but it is sure necessary to save our

8   democracy.

9       And that is what we call over vote.  This is

10  probably the most telling of all.  Now, focus on one

11  city where I have a complete and thorough report.  I

12  have much sketchier reports from other cities, by next

13  week I will have them all.  In the city of Detroit about

14  2/3rds of the precincts in the city, their vote doesn't

15  compute, which is why the two Republicans didn't vote to

16  certify.  And technically and correctly it hasn't been

17  certified.

18      I think it was like 79 percent.  Their vote

19  doesn't compute.  What that means is more people voted

20  than people who are registered in the district.  So

21  let's say there are 5,000 people registered in a

22  district.  How could 8,000 people vote in that district?

23  And wouldn't those 3,000 additional votes be illegal?

24  Of course they are.  And why does it happen?

25      Now, let me tell you what the numbers are.  They

1  are actually worst than that.  The numbers range from

2  125 percent to 350 percent.  What that means simply is

3  3.5 times more voters voted than are registered in the

4  district.  The reason that happens is all through the

5  pre-voting process, they were constantly assigning phony

6  votes, false votes like those -- like those 100,000

7  ballots that came in for Biden.

8       You think they were real?  No.  Those ballots

9  were -- they were shot off with the help of machines.

10  Many of them didn't have anything on the outer envelope,

11  which would make them purely illegal, but then those had

12  to be squared up for some precinct somewhere.  These

13  people didn't -- they do not even exist.  So that is why

14  you have three times more people voting than are

15  registered in the precinct.

16       In Detroit we have a fair number of precincts in

17  which two or three times more people voted than live in

18  the precinct, even the children.  That would allow you

19  or any sensible honest person to draw the conclusion

20  that somebody was doing massive cheating to -- how do

21  you get three times more votes than people who are

22  registered?

23       That is the case in Detroit.  Studied, witnesses

24  ready to go on the witness stand to prove it, that is

25  the case in Philadelphia.  That is the case in

1    Pittsburgh.  That is the case in every one of the cities

2    I mentioned to you, which I would call Democrat corrupt

3    cities because they intelligently selected places they

4    own -- where they own the sheriff, not the police, the

5    sheriff, who is usually very political.  They own the

6    courts.  They own the election board completely.  They

7    owe their jobs to the party boss.

8         And this didn't happen in neutral places.  This

9    didn't happen in rural places.  This didn't happen even

10   in suburban places.  This didn't happen 50/50

11   Republicans or Democrats or even 60/40.  This happened

12   where it is 75/20, 80/20.  If, in fact, the State of New

13   York or the State of Massachusetts or the State of

14   Maryland were up for competitive races, it sure would

15   have gone on in my city.  So don't feel like I'm picking

16   on your city.  I know about corruption in my city.

17        My first race I was told I had a win by 50,000 to

18   overcome the Democrat cheating.  I was told that by a

19   member of the liberal party not a Republican, and I lost

20   by 30,000.

21        The second time I put a million dollars into

22   voter integrity and won.  So I know about vote fraud.  I

23   know it.  I know about the techniques and they used

24   every single one here.  And they all got magnified

25   because of the mail-in votes, which were absolutely

1  taken advantage of in a conspiracy of tremendous,

2  tremendous outreach.

3      And I haven't gotten at all to the whole

4  situation of Dominion and how the votes were counted in

5  27 different states by a machine built by a company that

6  began and continues to be a company that specializes in

7  voter fraud.  Yes, sir.  Yes, ma'am.  A company that

8  specialize in voter fraud.  We will discuss that

9  probably in the next episode or the one after in great

10  detail, but I will give you a little bit of a foretaste

11  of it.

12      The company that counted the ballots in Michigan

13  and in most of those states, is a company called

14  Dominion.  It is a Canadian company.  Why are we using

15  an are Canadian company to count American votes?  Why

16  are we sending American votes out of the United States?

17  But they don't go to Canada.  They go to Germany.  Now,

18  why do they go to Germany?  Because Dominion doesn't

19  count the votes.  A company called Smartmatic counts

20  with votes.  The company was founded in the early 2000s

21  by two Venezuelans extremely close to Chavez, the

22  dictator of Venezuela.  They continue to own the company

23  to this day.

24      They were founded for the specific purpose of

25  fixing elections in Venezuela.  They fixed elections in

1    Venezuela.  They fixed elections in Argentina.  What I'm

2    saying to you "Go Google it."  The press is too lazy or

3    are too warped or too crooked.  Go Google it.  It is

4    there.  There is a letter from Democrat congress woman

5    Carolyn Malone in 2008 telling you what I just told you.

6         The company is founded by communists, who wanted

7    to make sure Chavez and Maduro were elected regardless

8    of the will of the people.  It is a company that has

9    been kicked out of the United States even kicked out of

10   Chicago.  And how did it get back in?  It got back in as

11   a subcontractor to Dominion.  And Dominion never

12   discussed, I imagine, Smartmatic or if they did, these

13   governors, like the governor of Michigan, hired them to

14   count American votes?

15        We have a Venezuelan company with Venezuelan

16   voter fraud technology counting our vote?  And as we are

17   studying the irregularities in the vote, it is becoming

18   quiet clear.  Let me say that again.  Been talking too

19   much today.  It is becoming quite clear that they

20   interfered with the vote, but that is a matter for

21   another day.

22        So let's conclude on this note.  If you just

23   analyzed this from the point of view of common sense, it

24   makes common sense that this election was stolen.  Trump

25   was ahead in every one of these major states by large

1  margins, particularly in light of the vote that lied

2  ahead, the number of votes that lied ahead, particularly

3  in Pennsylvania, Wisconsin and Michigan and every one of

4  them they were able to over -- they didn't miss one.

5    Every one of them they were able to overcome it,

6  everyone.  And we are talking about probabilities now.

7  And they had 7 or 8 or 9,000 people coming in not

8  knowing they had voted, being told they had voted and

9  saying they didn't because those were the patsy's that

10  we used to assign the false ballots.

11        I got a case here.  You know, I think I can

12  prosecute.  I got a case here, but there is a lot more

13  than a case here.  There is our democracy at stake.

14  What is America if we don't have a free and fair right

15  to vote?  Not a democracy anymore.  These recent

16  Democrats are moving very, very fast towards socialism.

17  Socialism always breeds authoritarianism.  You can see

18  it.  The dictates they are given.

19        Almost a way in which they are enjoying telling

20  you you can't have Thanksgiving.  And if you don't wear

21  a mask they are going to line you up in front on the

22  firing squad.  You know, treating a mask violation one

23  way or the district attorney of Philadelphia let's a

24  robber go free but a mask guy, oh, boy.

25        There is always the emergens of dictatorial

1  attitude and spirt in a communist society -- in a

2  socialist society.  That was a slip, huh?  But we are

3  getting there.  We are moving toward communism.  And

4  first thing they do is undermine the right to vote.  I'm

5  going to leave you with a thought.

6      A company that participated in the undermining of

7  the votes, Smartmatic, which is a Venezuelan company

8  built to cheat for Chavez and Maduro, the chairman of

9  the board was a close friend and business partner.  His

10 name is Lord Malic Brown.  Very, very distinguished

11 name.  Lord Malic Brown, and he is a very close business

12 partner.  And he is involved as the No. 2 person in

13 George Soro's biggest organization.

14      George Soro's, biggest contributor to the

15 Democrat Party, biggest contributor to the Black Lives

16 Matter and the biggest contributor to Antifa.  Too many

17 coincidences here, ladies and gentlemen, too many.  What

18 I'm telling you is exceedingly dangerous to the survival

19 of our democracy.  Democrats over the last four years

20 have trashed our constitution so badly and because the

21 press -- the press just covers up what they do.  They

22 are destroying our rights.

23      We got to make a stand here.  I don't care how

24 much the intimidate is.  I don't care how much the

25 threaten us.  I don't care if they say we can't get jobs

1  and -- we are going to lose our reputation.  And this

2  about our country, ladies and gentlemen.  It is about

3  the survival of the greatest democracy on earth.  What

4  they have done to it is outrageous.  These people are

5  criminals.  And they are worse than a lot of the

6  criminals I've prosecuted before and they are a lot

7  worse than the common criminals we put in jail or we let

8  out of jail.

9       These people are trying to take away from us

10  rights that were given to us by God.  We are not going

11  to let them do it.  We are going to fight, and we are

12  going to fight again, and we are going to continue to

13  fight because we have ultimate faith that a much higher

14  authority is looking over this country.  It has guided

15  us forever, and we have great faith.  And we are not

16  going to have our sacred right to vote taken away from

17  us because that is what is at stake here.  So stay tuned

18  because this battle has just begun, and we are going to

19  prevail.  Thank you and God bless you and God bless

20  America.

21       (End of recording.)

22

23

24

25

1           C E R T I F I C A T E

2

3    I, SHAWNEE WILBORN, Certified Shorthand Reporter/

4    Transcriptionist, do hereby certify that I was

5    authorized to transcribe the foregoing recorded

6    proceeding, and that the transcript is a true and

7    accurate transcription of my shorthand notes, to the

8    best of my ability, taken while listening to the

9    provided recording.

10

11   I further certify that I am not of counsel or attorney

12   for either or any of the parties to said proceedings,

13   nor in any way interested in the events of this cause,

14   and that I am not related to any of the parties thereto.

15

16

17   Dated this 19th day of January, 2021

18

19

20        _____

21            SHAWNEE WILBORN, CSR 13361

22

23

24

25

## 1

**1,000**  14:3
  15:4
**1,500**  15:5
**10,000**  15:10
**100,000**  11:3,
  12 17:6
**11:12**  5:12
**12,000**  15:11
**125**  17:2
**17,000**  14:15
  15:6,12 16:1
**1939**  13:19
**1:00**  5:13

## 2

**2**  22:12
**2.5**  6:18
**2/3rds**  9:24
  16:14
**20**  3:13 14:6
**20$**  14:6
**20,000**  15:10
**2000s**  19:20
**2008**  20:5
**24,000**  14:4
**27**  19:5
**2:00**  5:13

## 3

**3,000**  16:23
**3.5**  17:3
**30**  9:17
**30,000**  18:20
**300,000**  6:9
  7:6
**350**  17:2
**3rd**  5:13

## 4

**4th**  5:13

## 5

**5,000**  16:21
**50,000**  18:17
**50/50**  18:10

## 6

**60**  8:7
**60/40**  18:11
**65**  5:22 6:10
**680,000**  10:23

## 7

**7**  21:7
**70**  6:11
**700**  5:21
**75/20**  18:12
**79**  16:18

## 8

**8**  7:7 21:7
**8,000**  16:22
**80**  7:8 13:22
**80/20**  18:12
**800,000**  5:21
  7:6
**85**  6:14
**87**  6:18

## 9

**9**  7:7
**9,000**  21:7
**90**  6:14 7:10

## A

**absentee**
  11:25 14:20,
  22 15:7
**absolutely**
  18:25
**act**  2:17
**activate**  14:2
**additional**
  16:23
**address**  9:15
**advantage**
  19:1
**ADVERTISEMENT**
  8:22 13:15
**affidavits**
  4:10 11:8,11
**affordable**
  13:24
**ahead**  6:8,9,
  13,17,19,21,
  25 20:25 21:2
**alien**  15:22
**allegations**
  11:23
**America**  21:14
  23:20
**America's**
  13:18
**American**  3:1
  13:21 19:15,
  16 20:14
**analyzed**
  20:23
**Antifa**  22:16
**anymore**  21:15
**apply**  14:2
**Argentina**
  20:1
**Arizona**  6:3
  7:13 12:8
**arrests**  10:14
**arrived**  9:10
**assign**  21:10

**assigned**
  15:18
**assigning**
  17:5
**astounding**
  8:12
**Atlanta**  12:4,
  5,22
**attempt**  2:12
**attitude**  22:1
**attorney**  8:15
  21:23
**authoritariani
sm**  21:17
**authority**
  23:14
**awarded**  6:16

## B

**back**  4:14
  5:19,24 9:19
  11:18 13:14
  14:13,21,22,
  23 20:10
**backed**  14:7
**bad**  3:6
**badly**  22:20
**Baker**  7:19
  10:4
**ballot**  14:17,
  20,22 15:2,7
**ballots**  7:14,
  15 10:3,4,5,6
  11:16,19,25
  12:12 14:16
  16:4 17:7,8
  19:12 21:10
**Bannon**  5:7
**barrier**  9:12
**Basically**
  9:24
**battle**  23:18
**began**  19:6
**begun**  23:18
**Biden**  6:2,3,
  6,25 11:12

13:4 15:12
17:7
**big** 2:13,14
12:15 15:1
**biggest** 5:11
22:13,14,15,
16
**bipartisan**
7:19
**bit** 4:14 7:4
19:10
**Black** 22:15
**bless** 23:19
**board** 18:6
22:9
**book** 4:19
**boss** 18:7
**boy** 7:22
21:24
**brands** 14:3
**brave** 3:2
**break** 8:21
**breeds** 21:17
**Brown** 22:10,
11
**buckets** 11:5
**built** 19:5
22:8
**Burr** 2:8
**Bush** 2:18
**business**
13:21,22
22:9,11
**button** 14:2

_____

**C**

**call** 4:5 6:3,
19,20,23 16:9
18:2
**called** 4:15,
19 6:1,3,24
19:13,19
**calling** 5:25
**Canada** 19:17

**Canadian**
19:14,15
**cans** 11:4
**care** 22:23,
24,25
**careful** 5:3
**Carolina**
6:13,20
**Carolyn** 20:5
**carried** 13:2
**Carter** 7:18
**case** 9:9
12:10 17:23,
25 18:1
21:11,12,13
**cases** 3:4
11:24 12:11
16:2
**cast** 5:22
6:11,15,18
7:10 15:2,7
**category** 7:10
**cell** 3:19
**censorship**
2:11
**certified**
16:17
**certify** 16:16
**Chads** 2:20
**chairman** 22:8
**challenge**
3:11
**change** 3:16
**character**
13:10
**charts** 4:11
**Chavez** 19:21
20:7 22:8
**cheat** 13:5,6,
9 22:8
**cheating**
17:20 18:18
**cheats** 13:6
**check** 5:19
14:5
**checked** 14:24

**Chicago** 9:21
20:10
**children** 3:4
17:18
**China** 13:8
**cigar** 13:16,
21,22 14:3,7,
9
**cigars** 11:18
13:18,24,25
14:8
**circumstantial**
5:5
**cities** 8:3
16:12 18:1,3
**city** 8:3
12:5,6 13:20
14:14,15
16:11,13,14
18:15,16
**clear** 20:18,
19
**click** 14:1
**client** 3:17
**climate** 14:4
**close** 19:21
22:9,11
**closed** 6:4
**code** 9:16,17
14:2,5
**coincidences**
5:8,9 22:17
**committee**
13:4
**common** 2:2
4:15,16,23
9:3 20:23,24
23:7
**communism**
22:3
**communist**
13:8 22:1
**communists**
20:6
**company** 19:5,
6,7,12,13,14,
15,19,20,22

20:6,8,15
22:6,7
**competitive**
18:14
**complete**
16:11
**completely**
18:6
**computation**
2:18,19
**compute**
16:15,19
**concentrate**
4:5
**concentrated**
3:15
**conclude**
20:22
**conclusion**
12:18 17:19
**conference**
4:7
**congress** 20:4
**consistent**
15:15
**conspiracies**
5:7
**conspiracy**
19:1
**conspirators**
2:12,13
**constantly**
17:5
**constitution**
22:20
**contest** 2:6
**continue**
19:22 23:12
**continues**
19:6
**contract** 13:1
**contributor**
22:14,15,16
**control** 14:4
**convicted**
8:11

convictions
  8:8
coral  13:1
corals  10:13
  12:23
Corralled
  11:1
correctly
  5:23 16:16
corroborate
  4:13
corrupt  18:2
corruption
  8:10 12:6
  18:16
cost  9:1
Cotter  10:4
count  7:11
  15:2 19:15,19
  20:14
counted  19:4,
  12
counting
  2:22,23 7:14,
  15 12:4 20:16
country  13:21
  23:2,14
counts  19:19
Court  4:19
courtroom
  4:21
courts  18:6
cover  13:12
  15:21
covered  9:2
covers  22:21
coverups  2:11
crime  8:17,19
  9:1
crimes  3:23
criminals
  8:15,20 23:5,
  6,7
crooked  8:13,
  14 20:3
cross  4:22

cross-
examination
  4:20
Cyber  9:5

─────────────

          D

DA  8:20
dangerous
  3:25 22:18
dangers  7:20
darn  5:10
day  7:11
  19:23 20:21
days  4:21
  9:17 10:8
deal  10:22
deals  13:23
Deborah  8:25
Deborah's  9:8
decided  12:23
deed  9:7
deeper  8:2
define  3:9
deliver  13:17
delivery  11:3
democracy
  16:8 21:13,15
  22:19 23:3
Democrat  2:13
  8:7 10:14
  12:5,6 13:1,4
  18:2,18 20:4
  22:15
Democrats
  18:11 21:16
  22:19
destroying
  22:22
detail  19:10
detect  9:13
Detroit  12:20
  15:15 16:13
  17:16,23
devastating
  9:1

dictates
  21:18
dictator
  19:22
dictatorial
  21:25
direct  4:13
  11:9,11,13
  14:9
discovered
  9:6
discuss  19:8
discussed
  20:12
distinguished
  22:10
district  8:15
  16:20,22 17:4
  21:23
dollars  8:17
  18:21
Dominion  11:6
  19:4,14,18
  20:11
Donald  4:3
  5:13
door  13:18
draw  17:19
drill  4:9 8:2
duality  7:4

─────────────

          E

earlier  6:25
early  19:20
earth  23:3
elect  4:3
elected  20:7
election  2:5,
  12 3:11,16
  10:23 13:7,9
  18:6 20:24
elections
  19:25 20:1
emerged  2:24
emergens
  21:25

employee  11:6
end  3:9 23:21
enjoying
  21:19
enormously
  4:21
entail  9:25
entering  7:9
envelope
  17:10
envelopes
  11:12
episode  2:2,3
  19:9
episodes  4:8
everyday
  13:24
evicted  8:23
eviction  9:10
evidence  3:12
  4:13 5:6
  11:9,11,14
evil  3:7
exact  6:22
examination
  4:22
examined
  11:16,17
exceedingly
  22:18
exercise
  4:14,16
exist  17:13
experience
  3:22 13:22,23
explanation
  15:15
extremely
  19:21

─────────────

          F

fact  5:12
  6:23 18:12
facts  2:15,16
  4:6,7,9

fair 5:25
  17:16 21:14
fairly 4:4
faith 23:13,
  15
false 17:6
  21:10
family 13:8
famous 13:17,
  19 14:4,8,9
Famous-smoke.
  com/rudy 14:1
Famous-smoke.
  com/rudy.
  14:10,11
fast 21:16
favorite
  13:18
feel 18:15
fell 7:1
fight 15:1
  23:11,12,13
figure 2:20
  12:15
finally 12:8
find 10:18
  13:13
firing 21:22
fixed 19:25
  20:1
fixing 19:25
flaws 5:2
flips 10:23
focus 16:10
folks 9:4
foot 14:4
foretaste
  19:10
forever 23:15
forge 9:7
forget 15:5,6
forgets 15:12
forward 3:1,2
found 2:18,25
founded
  19:20,24 20:6

fraud 2:17
  3:13,14 4:1
  7:16,22 8:4,
  11 9:1,2,21
  10:3 18:22
  19:7,8 20:16
free 8:20
  9:17 21:14,24
fresh 14:3
freshness
  14:8
friend 22:9
front 21:21
funny 7:5
future 4:8
  12:11

G

garbage 11:4
gave 4:20
gentlemen
  2:15 11:10
  22:17 23:2
George 8:16
  22:13,14
Georgia 6:13
  7:9 12:2,22
Germany
  19:17,18
Giuliani 2:1
  8:22 9:19
  13:15 14:12,
  19,23
give 4:7 5:5,
  6,18 16:4
  19:10
giving 12:9
God 23:10,19
good 4:22
  8:21 13:16
Google 20:2,3
Gore 2:19
gosh 7:8
governor
  20:13

governors
  20:13
great 4:17,19
  19:9 23:15
greatest 23:3
growing 16:1
guarantee
  14:8
guided 23:14
guy 12:19,20
  13:5,7 21:24

H

hack 10:18
half 6:14 7:9
Hamilton 2:8
hanging 11:6
happen 16:24
  18:8,9,10
happened 4:24
  7:25 8:1
  11:22 14:14
  15:4 18:11
harassed
  10:13
harassment
  3:3
hard 5:10,24
held 4:6
  13:20
helped 4:20
hid 11:7
high-end
  13:25
higher 15:9
  23:13
hint 4:20
hired 20:13
historical
  2:5
history 12:6
hit 10:13
home 8:23,25
  9:2,5,8,11

home's 9:12
homeowner
  8:24
homes 9:5,6
Hometitlelock.
  com 9:14,18
honest 4:2
  17:19
honesty 13:10
honored 10:7
horses 12:24
House 2:9
humidor 14:5

I

idea 13:2
identities
  15:21
identity 9:3
illegal
  15:21,22
  16:23 17:11
illogical
  4:25
illustrate
  5:2
imagine 20:12
impart 3:12
important 2:5
influenced
  4:17
insecure 7:15
inspected
  10:9
inspector
  11:14
inspectors
  10:2 11:1
instant 9:13
insurance 9:3
integrity
  18:22
intelligently
  18:3

**intended**
14:22
**interesting**
13:13
**interfered**
20:20
**intimidate**
22:24
**invalid** 12:12
**investigated**
5:10
**investigating**
2:24 3:23
**investigator**
5:10
**involved**
22:12
**irregularities**
20:17
**isolate** 4:2
**isolated** 2:17

---

**J**

**jail** 3:19
12:7 23:7,8
**James** 7:19
**Jefferson** 2:8
**Jimmy** 7:18
**job** 3:3
**jobs** 18:7
22:25
**judge** 10:18
**jury** 5:2
**Justin** 7:24

---

**K**

**kicked** 20:9
**kind** 3:7
12:13
**kings** 3:20
**knocked** 10:12
**knowing** 21:8

---

**L**

**laborious**
16:6
**ladies** 2:15
11:10 22:17
23:2
**land** 3:8,14
**large** 16:3
20:25
**largest** 13:20
**Las** 12:21
**law** 10:7,11
11:23,25 13:6
**lawyer** 4:17,
18
**lazy** 20:2
**lead** 6:2
**leading** 5:15,
18,20
**learned** 8:25
**leave** 22:5
**left** 8:20
**legitimate**
3:10,11
**lesser** 10:21
**lets** 8:20
**letter** 20:4
**liberal** 18:19
**lied** 21:1,2
**life** 3:19
4:19
**light** 21:1
**listing** 7:21
**live** 17:17
**lives** 3:5
22:15
**living** 3:7
**Lock** 9:5,11
**Locking** 10:2
**logic** 4:14
**logical** 4:24
12:16,17
14:13

**looses** 7:12
**Lord** 22:10,11
**lose** 23:1
**losing** 3:3
**lost** 18:19
**lot** 4:6,7 6:2
15:20 21:12
23:5,6
**Louis** 4:18
**love** 13:24
**lowest** 13:19
**luxury** 13:25
**lying** 2:11

---

**M**

**machine** 10:15
19:5
**machines** 17:9
**made** 7:5,6,7,
24 11:2
**Maduro** 20:7
22:8
**magnified**
18:24
**mail** 7:21
9:10 10:3
**mail-in** 18:25
**major** 20:25
**make** 5:1
10:19 14:7
17:11 20:7
22:23
**makes** 20:24
**making** 13:23
**makings** 2:10
**Malic** 22:10,
11
**Malone** 20:5
**man** 13:10
**margin** 4:4
6:20
**margins** 21:1
**Maryland**
18:14

**mask** 21:21,
22,24
**Massachusetts**
18:13
**massive** 8:4
17:20
**matter** 20:20
22:16
**mature** 9:22
**Mayor's** 6:16
**Mayors** 12:7
**meaningfully**
6:11
**means** 5:9
16:19 17:2
**media** 2:14
3:18,20
**member** 18:19
**mentioned** 8:2
18:2
**mere** 7:17
**Mexico** 13:3
**Michigan** 6:8,
9 7:7 10:25
19:12 20:13
21:3
**middle** 2:4
11:4
**million** 18:21
**millions** 8:16
13:8
**mobilize** 9:13
**mortal** 7:17
**moving** 21:16
22:3
**murder** 8:18

---

**N**

**narrowly** 7:12
**neutral** 18:8
**Nevada** 6:11
11:21,22,24
**night** 11:4
**Nizer** 4:18

**North** 6:13,19
**note** 20:22
**notice** 9:10
**November** 5:13
**number** 8:8,10
    16:3 17:16
    21:2
**numbers** 5:19
    6:6,22 9:24
    15:8 16:25
    17:1

---

**O**

---

**oath** 15:16
**obvious** 2:4
**occasion**
    13:25
**odds** 7:1
**office** 8:9
**online** 9:6,14
**opened** 13:19
**opinions**
    10:20
**opportunity**
    8:21
**order** 14:6
**organization**
    22:13
**outer** 17:10
**outrageous**
    23:4
**outreach** 19:2
**overcame** 7:14
**overcome**
    18:18 21:5
**overnight**
    12:16
**overview** 4:6
**owe** 18:7
**owned** 13:21
**owner** 9:8
**owns** 8:7

---

**P**

---

**pails** 11:4
**part** 9:24
    12:10
**participated**
    22:6
**partner** 22:9,
    12
**parts** 12:9
**party** 2:13
    8:7 13:1
    18:7,19 22:15
**past** 2:7 8:13
    12:10
**patriots** 3:1
**patsy's** 21:9
**Pennsylvania**
    5:18,21 6:1
    7:6 8:5,6
    9:20 10:22
    12:1 21:3
**people** 2:25
    3:2 8:9,10
    15:5,6,12,20
    16:19,20,21,
    22 17:13,14,
    17,21 20:8
    21:7 23:4,9
**percent** 3:13
    5:22 6:11,14,
    18 7:7,8,9,10
    16:18 17:2
**perpetrate**
    8:4
**person** 15:16,
    17,22,23
    17:19 22:12
**pertains** 10:1
**Philadelphia**
    8:7,9,11
    10:15,17
    12:19 15:10
    17:25 21:23
**Philly** 9:21,
    24

**Phoenix** 12:8
**phony** 17:5
**pick** 10:15,17
    14:2,14
**picked** 8:3
**picking** 18:15
**picture** 12:14
**Pittsburgh**
    9:20,22 10:21
    12:20 14:14,
    15 15:6,13
    18:1
**place** 15:11,
    24
**places** 3:14
    8:6 12:3,4
    15:9,10 18:3,
    8,9,10
**plan** 13:4
**point** 7:25
    20:23
**points** 6:10,
    14
**police** 18:4
**political** 8:9
    10:15 18:5
**polling** 12:3
**polls** 6:4
    15:13
**power** 5:5
**pre-voting**
    17:5
**precinct**
    17:12,15,18
**precincts**
    16:14 17:16
**President** 4:3
    5:14 7:18
**presidential**
    13:7,9
**press** 4:7
    20:2 22:21
**pretty** 4:22
**prevail** 23:19
**prices** 13:19
**prior** 5:25

**privately**
    11:17 13:20
**probabilities**
    21:6
**problem** 2:18,
    19,22,23 4:1
**process** 16:6
    17:5
**professional**
    3:22 9:21
**professionals**
    9:22
**promo** 14:2,5
**prone** 7:16,22
    10:3
**property** 8:19
**prophets** 7:23
**prosecute**
    8:15 21:12
**prosecuted**
    23:6
**protect** 9:4
**protection**
    9:17
**protects** 9:11
**prove** 17:24
**proven** 7:23
**provisional**
    14:16,17 15:2
    16:4
**public** 8:9
**purchase** 14:7
**purely** 17:11
**purpose** 19:24
**pushed** 10:12
    11:1,2,14,16
**put** 3:19 8:16
    10:12 12:23
    18:21 23:7
**putting** 9:12
    13:23

---

**Q**

---

**quickly** 2:24
    15:19

quiet  20:18
quote  5:6

<hr>

### R

R-U-D-Y  14:6
race  6:16
  18:17
races  18:14
radical  8:20
ran  6:17
range  17:1
ranked  2:7
rate  8:17
re-file  9:8
ready  14:3
  17:24
real  14:8
  17:8
reason  17:4
recall  6:16
recent  21:15
recollection
  5:22
recording
  23:21
register  9:14
registered
  15:17 16:20,
  21 17:3,15,22
remained  11:7
remaining
  7:11
remember  2:19
  4:15 5:15
  6:22 14:20
  15:14
report  7:19
  16:11
reported  6:12
reports  4:12
  16:12
Representative
s  2:9
representing
  3:17

Republican
  10:2,6 11:1,
  14 18:19
Republicans
  10:12 11:6,16
  12:2,23 16:15
  18:11
reputation
  23:1
resolve  15:3,
  4
rest  3:18
result  3:16
  4:25
results  4:23,
  24
review  5:17
ridiculous
  10:19
rights  22:22
  23:10
robber  21:24
roof  8:17,18
room  11:18
rough  5:19
Rudy  2:1 8:22
  9:16,17,19
  13:15 14:6,
  12,19
Rudy's  2:2
Rudy20  14:5
rural  18:9

<hr>

### S

sacred  23:16
save  16:7
scale  10:21
school  13:6
Secretary
  7:19
secretly
  11:17
selected  18:3
sell  8:24

selling  4:19
sending  19:16
sense  2:2
  4:15,16,23
  5:1,5 20:23,
  24
separate
  12:14
separating
  12:13
serves  5:23
services  9:3
sheep  12:24
sheriff  18:4,
  5
sheriffs
  10:14
ship  14:3
shipped  14:9
shop  13:16,
  17,19 14:9
short  8:21
shot  17:9
show  4:10,11,
  12
shut  3:18
  9:13 11:20
  12:2
sign  9:16
significant
  2:3
simply  17:2
single  2:17
  7:3 10:5
  11:14 12:17
  13:1 16:2
  18:24
sir  19:7
situation
  12:8 19:4
sketchier
  16:12
slip  22:2
small  13:19
Smartmatic
  19:19 20:12
  22:7

Smoke  13:17
  14:9
smokes  13:24
  14:4
social  3:18
socialism
  21:16,17
socialist
  22:2
society  22:1,
  2
sold  9:7
  10:14
Sooter  7:24
Soro's  8:16
  22:13,14
soul  10:14
special  13:25
specialize
  19:8
specializes
  19:6
specific
  19:24
spirt  22:1
squad  21:22
square  14:4
squared  17:12
stake  21:13
  23:17
stand  17:24
  22:23
start  5:11,12
state  2:17,
  21,22 5:15
  6:5,6 7:19
  8:13,14 9:24
  10:8,11 15:23
  18:12,13
states  3:15
  4:4 5:14,25
  6:1 7:2 8:1,
  3,4 12:17
  13:3 19:5,13,
  16 20:9,25
stating  9:7

**statistical**
4:12
**stay** 23:17
**steal** 2:12
9:23
**step** 4:14
13:18
**Steven** 5:6,7
**stolen** 20:24
**strange** 7:4,5
**stricter**
11:25
**Studied** 17:23
**studying**
20:17
**subcontractor**
20:11
**substantial**
3:12 4:4
**suburban**
18:10
**success** 3:24
**sudden** 7:11
**Suitor** 10:5
**survival**
22:18 23:3
**swore** 15:15
**systemic** 3:25

---

**T**

**takes** 7:11
13:8
**talking** 13:10
20:18 21:6
**tampering**
9:13
**tech** 2:13
3:21
**technically**
16:16
**techniques**
18:23
**technology**
20:16

**telling** 16:10
20:5 21:19
22:18
**ten** 5:4 6:9
**testifying**
4:25
**Thanksgiving**
21:20
**theft** 9:3
**thefts** 9:25
**thieves** 9:5
**thing** 10:21,
25 11:15,21
12:19 22:4
**things** 10:24
14:13
**thought** 22:5
**threaten**
22:25
**threatened**
10:13
**threats** 3:3,
4,5
**thrown** 10:10
11:13
**time** 3:6,8
6:15,17 8:8
10:7 15:3,18,
23 16:7 18:21
**times** 5:4
12:12 15:4,5
17:3,14,17,21
**title** 9:1,2,
5,11,12
**titles** 9:5,6
**today** 13:20
20:19
**told** 15:13,25
18:17,18 20:5
21:8
**top** 8:18,19
**tough** 2:21
**tradition**
10:7
**trash** 11:4
**trashed** 22:20

**treating**
21:22
**tremendous**
19:1,2
**trucks** 11:3
**true** 5:3,4
15:9
**Trump** 4:3
5:14 6:5
20:24
**trust** 9:4
11:10
**tuned** 23:17
**turn** 12:17
**turned** 6:4
**type** 7:16,21
**types** 7:20

---

**U**

**ultimate**
23:13
**ultimately**
5:16
**unbiased** 5:25
**uncovering**
3:24
**undermine**
22:4
**undermining**
22:6
**understand**
16:5
**uniformly**
12:2
**United** 5:14
19:16 20:9
**Upwards** 10:22

---

**V**

**Vegas** 12:21
**Venezuela**
19:22,25 20:1
**Venezuelan**
20:15 22:7

**Venezuelans**
19:21
**vented** 7:16
**victim** 8:25
9:9,15
**view** 20:23
**violation**
21:22
**Virginia**
6:21,22 7:13
13:3
**virtual** 9:12
**vote** 5:22
6:11,15,18
14:19,22
16:9,14,15,
18,22 18:22
20:16,17,20
21:1,15 22:4
23:16
**voted** 14:20,
24 15:14,17,
24,25 16:19
17:3,17 21:8
**voter** 4:1
8:11 9:21
18:22 19:7,8
20:16
**voters** 15:22
17:3
**votes** 4:2
5:21 6:9 7:6,
7,10,12
10:22,23
11:3,12 12:13
16:23 17:6,21
18:25 19:4,
15,16,19,20
20:14 21:2
22:7
**voting** 7:16,
20,21 15:22
17:14

---

**W**

**walk** 14:18

wanted  20:6
warned  10:4,5
warped  20:3
wear  21:20
week  16:13
win  18:17
wing  8:20
winning  2:20
Wisconsin
  6:10 7:8
  11:15,24
  12:21 21:3
witnesses
  17:23
woman  12:21,
  22 20:4
won  6:5,6
  18:22
words  7:17,18
  8:24
work  13:23
world  3:21
worse  23:5,7
worst  17:1
wrinkle  11:23
wrote  4:19
  11:19

───────────
        Y
───────────

years  3:23
  5:25 8:7 12:6
  13:22 22:19
York  13:20
  18:13
younger  4:18

───────────
        Z
───────────

Zuckerberg
  3:20