# Exhibit 126



**House Democrats Demand FBI Investigation into Parler's Role as a 'Facilitator' in Assault on U.S. Capitol**


**Former Elementary School Teacher Pleads Guilty to Sex Trafficking in Abuse of 15-Year-Old Girl**


**New York Man Who Allegedly Said in Facebook Chat That He Was Taking Capitol 'Back by Force' Has Been Charged**


**Bob Dylan Sued for Millions by Estate of Co-Songwriter Jacques Levy**


**Michelle Troconis Defense Claims State Misled Judge to Obtain Arrest Warrant, Demands Charges Be Dismissed in Jennifer Dulos Case**



COTOSEN
up to 50% OFF
SHOP NOW

Today's Mortgage Rate
**2.02%**
APR 15-Year Fixed $300,000
Select Loan Amount
$225,000
$
Calculate Payment
lendingtree
Terms & Conditions apply
NMLS#1136

# Bill Barr Apparently Told Trump the Stolen Election Lie Was a 'Bullsh*t' Theory That He Could Not 'F***ing Figure Out'

MATT NAHAM | Jan 18th, 2021, 11:03 am | 💬 105

Tweet | Share | reddit



Advertisement

**Advisor Mistakes To Avoid**

7 Mistakes You'll Make Hiring A Financial Advisor
SmartAsset



COTOSEN
up to 50% OFF   SHOP NOW


Former Attorney General **Bill Barr** announced his resignation roughly two weeks after he revealed that he had 1) appointed **John Durham** as special counsel and 2) told the *Associated Press* that the Department of Justice had found no evidence to support the "Kraken" conspiracy theory that the 2020 election was stolen from **Donald Trump** and handed to **Joe Biden**. Although Trump himself reportedly thought **Sidney Powell's** Dominion theory was a "crazy" idea that no one believed as of late November, the 45th president was in "so you're telling me there's a chance" mode during a heated meeting behind closed doors on Dec. 1.

**Top of Today**


New York City Sanitation Worker in QAnon Hoodie Charged in Capitol Siege Case


Trump Supporter Who Took Private Plane to Storm the Capitol and Then Begged for a Pardon Is Now Begging for Money


Dentist-Lawyer Orly Taitz Sues VP Kamala Harris, Claims Trump Impeachment Trial Is Unconstitutional


Woman Who Allegedly Stole Pelosi's Laptop Was Running from Abusive Ex-Boyfriend, Not



Document title: Bill Barr Told Trump Stolen Election Claim Was &#39;Bullshit&#39; | Law &amp; Crime
Capture URL: https://lawandcrime.com/2020-election/bill-barr-apparently-told-trump-the-stolen-election-lie-was-a-bullsht-theory-that-he-could-not-fing-figure-out/?...
Capture timestamp (UTC): Fri, 22 Jan 2021 19:24:52 GMT

idea that no one believed as of late November, the 45th president was in "so you're telling me there's a chance" mode during a heated meeting behind closed doors on Dec. 1.

Axios reported that Barr told Trump bluntly on Dec. 1 that he looked into the claims and determined they were "bullshit."

The White House meeting occurred after Trump had seen Barr's comments to the *AP* on Twitter. What Barr said during the *AP* interview: "There's been one assertion that would be systemic fraud and that would be the claim that machines were programmed essentially to skew the election results. And the DHS and DOJ have looked into that, and so far, we haven't seen anything to substantiate that."

This angered **Jenna Ellis** and **Rudy Giuliani**. It angered the president, too. Trump reportedly referred to himself in the third person when accusing Barr of being a Trump hater.

"Why would you say such a thing? You must hate Trump. There's no other reason for it. You must hate Trump," said Trump, according to Axios.


Avoid These 7 Mistakes Finding a Financial Advisor
7 Mistakes You'll Make Hiring A Financial Advisor
SmartAsset — Learn More

Barr is said to have responded by basically saying decease the "Kraken."

"These things aren't panning out," Barr was quoted as saying. "The stuff that these people are filling your ear with just isn't true." Then came the expletives. Barr said the election steal theories being promoted by pro-Trump actors were inscrutable "bullshit."

"I'm a pretty informed legal observer and I can't fucking figure out what the theory is here," said the then-Attorney General of the United States. "It's just scattershot. It's all over the hill and gone."

The outgoing president reportedly responded by saying "maybe" twice. Trump had also asked Barr if he was watching a Michigan Senate hearing that was airing on One America News (Barr said he wasn't, and Trump said "Maybe you should").

The next day, **Mellissa Carone** appeared alongside Giuliani in Michigan.


marisa kabas @MarisaKabas
a drunk woman is trump team's star witness in michigan



COTOSEN — up to 50% OFF — SHOP NOW


Today's Mortgage Rate
2.02% APR 15-Year Fixed
$300,000
Select Loan Amount
$225,000
Calculate Payment
lendingtree — Terms & Conditions apply NMLS#1136


Bitdefender — Secure your digital life with the best cybersecurity. BUY NOW


WHISKEY RAIDERS — Your one stop shop for whiskey reviews and coverage. SEE THE RAIDINGS

You May Like — by mgid
Birds Enjoy Living In A Gallery Space Created For Them
brainberries



a drunk woman is trump team's star witness in michigan

1:55 AM · Dec 3, 2020

♡ 194.4K   💬 45.9K people are Tweeting about this

A couple of weeks later, Barr submitted a resignation letter that was described as reaching a "Dear Leader" level of sycophancy—a far cry from the Trump hater the president reportedly accused Barr of being during that Dec. 1 meeting at the White House. The opening paragraph of the letter said it was incumbent upon all levels of government to promote confidence in the outcome of the 2020 election.

On Dec. 19, Trump tweeted, "Big protest in D.C. on January 6th [...] Be there, will be wild!"





COTOSEN
up to 50% OFF
SHOP NOW

Birds Enjoy Living In A Gallery Space Created For Them — brainberries

7 Black Hole Facts That Will Change Your View Of The Universe — brainberries

Top Tastiest Foods From All Over The World — brainberries

Tips
Have a tip or story idea? Email us. Or to keep it anonymous, click here.

Today's Mortgage Rate
2.02%
APR 15-Year Fixed
$300,000
Select Loan Amount
$225,000
Calculate Payment
lendingtree
Terms & Conditions apply NMLS#1136

Advertisement
Refinance Calculator
Today's Rate 1.99% APR
Loan amount $400,000
Loan term 15-Year Fixed
Credit score Excellent
Calculate Payment
Terms & Conditions apply. NMLS#1136

Best Monocular Telescope 2020
Best Monocular Telescope in 2020. Free Shipping. 50% Off Today Only!
Monocular Telescope



Two days later, Barr said during his last press conference as AG that he would not be appointing a special counsel to investigate the election. Barr again said he had seen no evidence that "systemic or broad-based" election fraud altered the outcome of the election.



After Barr's departure, the president and his allies continued the pressure campaign—even as they continued losing left and right in court. On Jan. 1, Trump again alerted his supporters to a "BIG Protest Rally" on Jan. 6.

"StopTheSteal!" he urged his supporters.

### Donald J. Trump
@realDonaldTrump

The BIG Protest Rally in Washington, D.C., will take place at 11.00 A.M. on January 6th. Locational details to follow. StopTheSteal!

2:23 PM · 01 Jan 21 · Twitter for iPhone

The next day, Jan. 2, Trump was on the phone with Georgia's Republican Secretary of State **Brad Raffensperger**. Trump asked the official to "find" the votes Trump needed to flip the results in the Peach State (even though that wouldn't change the outcome of the entire election). When that failed, Trump shifted his attention to uttering the falsehood that Vice President **Mike Pence** had the power to overturn the election on Jan. 6, setting Pence up to be the fall guy. Trump spoke at the rally on Jan. 6 as scheduled and promised.










"Mike Pence, I hope you're going to stand up for the good of our Constitution and the good of our country and if you're not, I'm going to be very disappointed in you," Trump said. Deadly violence followed.

Many of the president's supporters stormed the Capitol as Congress was doing the ministerial business of counting the Electoral College votes and certifying that Joe Biden won the election; some of Trump's supporters died that day, and many others ended up being arrested and charged in the ensuing days.

While the siege was unfolding, Trump attacked Pence on his since-suspended Twitter account:

> Mike Pence didn't have the courage to do what should have been done to protect our Country and our Constitution, giving States a chance to certify a corrected set of facts, not the fraudulent or inaccurate ones which they were asked to previously certify. USA demands the truth!

On Jan. 7, Barr told the *AP* that Trump betrayed his office and his supporters, saying that "orchestrating a mob to pressure Congress is inexcusable."

Six days later, the House went on to impeach Trump for inciting an insurrection. No other president has been impeached twice.

[Image via CHIP SOMODEVILLA/POOL/AFP via Getty Images]

Have a tip we should know? tips@lawandcrime.com

**Filed Under:** Bill Barr   Donald Trump   Joe Biden

**Follow Law&Crime:**

SPONSORED CONTENT — by mgid

12 Actors Who Can Only Play Bad Guys — Brainberries

Top 10 Disney Male Role Models — Brainberries

Ever Thought Of Sleeping Next To Celebs? This Guy Will Show You — Brainberries






**12 Actors Who Can Only Play Bad Guys**
Brainberries

**Top 10 Disney Male Role Models**
Brainberries

**Ever Thought Of Sleeping Next To Celebs? This Guy Will Show You**
Brainberries




**10 Gorgeous Asian Actresses No Man Can Resist**
Brainberries

**8 Ridiculously Expensive Things Bought By Keanu Reeves**
Brainberries

**Incredible Underwater Objects Surrounded By Mystery**
Brainberries



Best Monocular Telescope 2020
Best Monocular Telescope in 2020. Free Shipping. 50% Off Today Only!
Monocular Telescope

Today's Mortgage Rate
**2.02%**
APR 15-Year Fixed
$300,000

Select Loan Amount
**$225,000**



Calculate Payment



Terms & Conditions apply NMLS#1136




**7 Black Hole Facts That Will Change Your View Of The Universe**
Brainberries

**11 Most Immersive Game To Play On Your Table Top**
Brainberries





**Texas Supreme Court Silently Denies Alex Jones All Forms of Relief: Sandy …**

**6 Incredibly Strange Facts About Hurricanes**
Brainberries

**'Zip Tie Guy' Who Invaded the Capitol with His Mom Should Remain Jailed Ah…**

**Plus-Size Babes Who Will Make Your Heart Race**
Brainberries

**Texas Man Brought His Girlfriend with Him to 'Take on the Revolution' at C…**




**A Hurricane Can Be As Powerful As 10 Atomic Bombs**
Brainberries

**Is This The Most Delicious Food In The World?**
Brainberries

Case 1:21-cv-00213-CJN   Document 1-65   Filed 01/25/21   Page 8 of 9


**A Hurricane Can Be As Powerful As 10 Atomic Bombs**
Brainberries


**Is This The Most Delicious Food In The World?**
Brainberries




**What Women Find The Most Attractive In Men From The 60-s**
Brainberries


**A Museum To Rihanna's Glory Could Soon Be Opened**
Brainberries


**20 Amazing Facts About The Daenerys Of The House Of Targaryen**
Brainberries

[ Previous Post ]   [ Next Post > ]

## Matt Naham



Matt Naham is managing editor of Law&Crime. He formerly worked as news editor and weekend editor at Rare.

[ More Stories by Matt Naham ]



## You may also like:

**Texas Supreme Court Silently Denies Alex Jones All Forms of Relief: Sandy Hook Families and Others Can Now Sue Conspiracy Theorist and InfoWars into the Ground**
COLIN KALMBACHER | Jan 22nd, 2021, 2:00 pm

**'Zip Tie Guy' Who Invaded the Capitol with His Mom Should Remain Jailed Ahead of Trial, Feds Say**
ADAM KLASFELD | Jan 22nd, 2021, 1:55 pm

**Texas Man Brought His Girlfriend with Him to 'Take on the Revolution' at Capitol, Documented It All on Social Media and Was Arrested**
MATT NAHAM | Jan 22nd, 2021, 12:32 pm


**New York City Sanitation Worker in QAnon Hoodie Charged in Capitol Siege Case**
ADAM KLASFELD | Jan 22nd, 2021, 10:41 am


**Woman Who Allegedly Stole Pelosi's Laptop Was Running from Abusive Ex-Boyfriend, Not Authorities: Attorney**
ALBERTO LUPERON | Jan 22nd, 2021, 10:35 am


**Dentist-Lawyer Orly Taitz Sues VP Kamala Harris, Claims Trump Impeachment Trial Is Unconstitutional**
AARON KELLER | Jan 21st, 2021, 8:22 pm



WATCH LIVE   LISTEN LIVE

Matt Naham is managing editor of Law&Crime. He formerly worked as news editor and weekend editor at Rare.



Best Monocular Telescope 2020

Best Monocular Telescope in 2020. Free Shipping. 50% Off Today Only!
Monocular Telescope

More Stories by Matt Naham



Today's Mortgage Rate
**2.02%**
APR 15-Year Fixed
$300,000

Select Loan Amount
$225,000

Calculate Payment

lendingtree
Terms & Conditions apply
NMLS#1136



Disqus seems to be taking longer than usual. Reload?

## You may also like:



**Texas Supreme Court Silently Denies Alex Jones All Forms of Relief: Sandy Hook Families and Others Can Now Sue Conspiracy Theorist and InfoWars into the Ground**
COLIN KALMBACHER | Jan 22nd, 2021, 2:00 pm



**'Zip Tie Guy' Who Invaded the Capitol with His Mom Should Remain Jailed Ahead of Trial, Feds Say**
ADAM KLASFELD | Jan 22nd, 2021, 1:55 pm



**Texas Man Brought His Girlfriend with Him to 'Take on the Revolution' at Capitol, Documented It All on Social Media and Was Arrested**
MATT NAHAM | Jan 22nd, 2021, 12:32 pm



**New York City Sanitation Worker in QAnon Hoodie Charged in Capitol Siege Case**
ADAM KLASFELD | Jan 22nd, 2021, 10:41 am



**Woman Who Allegedly Stole Pelosi's Laptop Was Running from Abusive Ex-Boyfriend, Not Authorities: Attorney**
ALBERTO LUPERON | Jan 22nd, 2021, 10:35 am



**Dentist-Lawyer Orly Taitz Sues VP Kamala Harris, Claims Trump Impeachment Trial Is Unconstitutional**
AARON KELLER | Jan 21st, 2021, 8:22 pm

Document title: Bill Barr Told Trump Stolen Election Claim Was &#39;Bullshit&#39; | Law &amp; Crime
Capture URL: https://lawandcrime.com/2020-election/bill-barr-apparently-told-trump-the-stolen-election-lie-was-a-bullsht-theory-that-he-could-not-fing-figure-out/?…
Capture timestamp (UTC): Fri, 22 Jan 2021 19:24:52 GMT
Page 7 of 7