# Exhibit 127

screenshot-twitter.com-2021.01.22-14_25_17
https://twitter.com/maggieNYT/status/1333862557740888068
22.01.2021

← **Tweet**



**Maggie Haberman** ✓
@maggieNYT

- December 1, 2020 -

## Statement of Trump Legal Team on Bill Barr's Comments on Voter Fraud

"With all due respect to the Attorney General, there hasn't been any semblance of a Department of Justice investigation. We have gathered ample evidence of illegal voting in at least six states, which they have not examined. We have many witnesses swearing under oath they saw crimes being committed in connection with voter fraud. As far as we know, not a single one has been interviewed by the DOJ. The Justice Department also hasn't audited any voting machines or used their subpoena powers to determine the truth.

"Nonetheless, we will continue our pursuit of the truth through the judicial system and state legislatures, and continue toward the Constitution's mandate and ensuring that every legal vote is counted and every illegal vote is not. Again, with the greatest respect to the Attorney General, his opinion appears to be without any knowledge or investigation of the substantial irregularities and evidence of systemic fraud."

- Rudy Giuliani, Attorney for President Trump, and Jenna Ellis, Trump Campaign Senior Legal Adviser and

