# Exhibit 128

```
 1
 2
 3
 4
 5          FILE NAME:
 6             11.
 7   Https://video.foxnews.com/v/6215882367001?playlist_id=
 8          930909787001#sp=show-clips
 9
10
11
12      TRANSCRIPT OF VIDEO-RECORDED INTERVIEW
13             RUDY GIULIANI
14         PETE HEGSETH, Fox News
15      RACHEL CAMPOS-DUFFY, Fox News
16        (Unknown Anchor), Fox News
17
18
19
20
21
22
23
24  Transcribed By:
    TERRI NESTORE
25  CSR No. 5614, RPR, CRR
```

1    PETE HEGSETH:  Rudy Giuliani, former New York
2  City mayor, and President Trump's personal attorney.
3    Mr. Mayor, thank you for being with us this
4  morning.  I presume you heard some of what Griff was
5  talking about --
6    RUDY GIULIANI:  I did.
7    PETE HEGSETH:  -- out there.
8    He asked that gentleman, what's next.
9    We'll ask the same question of you.
10    In the legal challenge, what's next?
11    RUDY GIULIANI:  Well, what's next now is to take
12  each one of those complaints that were against different
13  states, to break 'em down into individual complaints and
14  over the next two days bring them in those states where we
15  would have standing; namely, in Michigan, Georgia,
16  Pennsylvania, Nevada, Arizona.  Wisconsin, we already have
17  an ongoing case, so we may or may not supplement it.
18    It's going to be heard today.
19    So basically, we'll take the advice of the
20  Supreme Court.  The Supreme Court says -- I think
21  incorrectly -- that the state of Texas doesn't have
22  standing, but certainly the president of the United States
23  has standing.  Certainly the electors like that gentleman
24  that spoke to you has standing.  So we will be bringing
25  those cases in their names, in the states in which we were

1  cheated.
2      Georgia is probably the most dramatic example of
3  cheating, because it was done live on tape.  You know, I
4  say that that tape is going to live after this election
5  like the Zapruder tape with the Kennedy assassination.
6      20 years from now, when they look back on this
7  election, they're going to show that tape and whatever
8  happens with the result of this election, they're going
9  say, oh, my goodness, it really was stolen.
10      Because you can see -- you can see 30,000 votes
11  being stolen right in front of your eyes and how the
12  governor of Georgia, the lieutenant governor can ignore
13  that, is pretty close to a crime.  I mean, the people of
14  Georgia have every right to be outraged.
15      Their state was stolen on television.
16      Now we get to Detroit, and we have a truck that
17  pulled in at 4:30 in the morning with a hundred thousand
18  votes, and we have a machine, the Dominion machine, that's
19  as filled with holes as Swiss cheese and was developed to
20  steal elections, and being used in the states that are
21  involved.
22      So there's a lot that's going to come out here
23  over the next month or so.  And you know the shame of it?
24  If this all comes out six months from now, the way the
25  Biden thing is now coming out -- you know, six months ago,

1  eight months ago I was being accused of being some kind of
2  Russian spy, for merely bringing out the fact that the
3  Biden family has been involved in 30 years of racketeering
4  activity, which is all proven.
5      I have the videotapes, the documents, the hard
6  drives, I've got every piece of evidence, and I've got a
7  mountain full of evidence and nobody would believe me, but
8  they're going to find out it's true.
9      What you're also going to find out is that this
10 election was stolen.  I hope it's not too late.
11     FOX NEWS ANCHOR:  Mr. Mayor, I'd love to ask you
12 about timing in that evidence that you bring up.
13     First of all on timing, do you have time -- you
14 said in the next few days you'll be bringing many of these
15 suits where someone will have standing.
16     Do you have the time to bring these and put
17 forward the evidence, and what is your strongest piece of
18 evidence?  You bring up that video, but you also mention
19 the computer.  So what is your strongest piece of evidence
20 you look forward to presenting?
21     RUDY GIULIANI:  Well, I think the strongest piece
22 of evidence are the 1,000 affidavits from all different
23 witnesses in six different states, that all basically say
24 the same thing.  They go anywhere from one act of voter
25 fraud to 50,000 acts of voter fraud.

1    Then you have the statistical analysis of the
2 machines that are done by experts that say they couldn't
3 possibly have produced that number of ballots in that
4 period of time.  You have the 700,000 ballots in
5 Pennsylvania, of mail-in ballots that were sent in but
6 never sent out.  In other words, they were made up.
7    You have 60,000 dead people voting in one state,
8 you have 40,000 dead people voting in another state.
9    You have people who aren't citizens, voting in
10 Arizona.  More than enough citizens that goes way beyond
11 the margin of victory.
12    I mean, just think about that alone.  Biden
13 supposedly wins Arizona by 10,000 votes?  There weren't
14 10,000 illegals that voted for Biden in Arizona?
15    You'd have to be stupid not to know that, right?
16 I mean, you'd have to actually be dumb to not know that
17 Arizona was stolen.  The people of Arizona are not dumb
18 and unfortunately, the media, big tech, the democrats --
19 even the court -- very ashamed of the court.  Very ashamed
20 of the court not having the discipline to read the papers.
21    Had they read those papers, they couldn't
22 possibly have not given us a hearing.
23    RACHEL CAMPOS-DUFFY:  Well, Mr. Mayor, another
24 way election interference happened was the fact that the
25 information that you brought forward, the investigation

1  you had on Hunter Biden, was suppressed.  Just right now
2  we have the New York Times, their headline says:  Material
3  from Giuliani speared a -- spurred a separate Justice
4  Department pursuit of Hunter Biden.
5       They're right now investigating, the FBI is
6  investigating, you know, tax evasion, money laundering.
7       There are other crimes on those laptops, right?
8       RUDY GIULIANI:  That's the least of it, Rachel.
9       RACHEL CAMPOS-DUFFY:  Yeah, yeah.
10      RUDY GIULIANI:  He wishes there was tax evasion.
11      He wishes there was tax evasion.
12      RACHEL CAMPOS-DUFFY:  Mr. Mayor, do you feel --
13 do you feel vindicated?
14      RUDY GIULIANI:  Of course I do.  But I always
15 felt vindicated.  I always knew the truth would come out.
16      I had the evidence.  I had the evidence in my
17 possession.  I've been a prosecutor for, you know, on and
18 off, 50 years of my life.  Prosecuted a lot more dangerous
19 criminals than these morons, and the evidence is
20 overwhelming.  The evidence is not just there, it's
21 overwhelming.  There's a money laundering case that I
22 could prove in four minutes, of $14 million involving the
23 Bidens.  There's a partnership of Joe Biden with Chinese
24 communists as recent as two years ago.  Imagine a guy
25 trying to be president of the United States who was a

1  partner with a Chinese communist?  Going to get

2  $10 million a year from the Chinese communists, just a few

3  years ago?  How outrageous is that and how crooked is the

4  media in our country for covering it up?

5        PETE HEGSETH:  I mean, you saw that in realtime,

6  Mr. Mayor, ultimately a story that only the New York Post

7  was willing to talk about.  Is it because --

8        RUDY GIULIANI:  Only.

9        PETE HEGSETH:  Is it because they knew what was

10  in there was too explosive, just could not be covered, the

11  other media organizations?

12        RUDY GIULIANI:  You know, that's going to take

13  quite a book, to figure out why they did that.  They put

14  their hatred of Donald Trump -- which is pathological and

15  sick -- ahead of even modest love for their country.

16        I mean, how -- how you can ignore this kind of

17  arrangement between the Bidens and China that's gone back

18  for about 12 years and involved millions of dollars -- I

19  mean they've been in and out of businesses with China --

20  actually, it's about eight years -- numerous businesses,

21  numerous organized criminals, numerous, numerous spies.

22        How you could avoid that just because you don't

23  like Donald Trump, has to say something really

24  pathological about you.

25        FOX NEWS ANCHOR:  You have to feel vindicated,

1  Mr. Mayor, and this is a story that should not go away.

2  There should be some honest questions being asked, and I

3  know you are at the forefront of that with that computer.

4       But before we run out of time, we have to ask you

5  about your health.  We know you were battling COVID-19.

6       Can you give us an update?

7       RUDY GIULIANI:  Well, I was very fortunate.  I

8  got it treated right away.  Between my son, Dr. Ryan, my

9  partner, and the president of the United States and his

10 doctor, who kept on top of me, they forced me in the

11 hospital.  I got immediate treatment, better in two days,

12 and I'm a hundred percent right now.

13      I feel great, I feel terrific and I thank God

14 that those treatments were invented in the last year, and

15 I feel very fortunate.  You know, this illness didn't

16 exist a year ago, and here I was treated with medicines

17 that just got invented in the last year, thanks to Donald

18 Trump and the Warp Speed.  Any other president, we'd still

19 be struggling with what we're going to do about it.

20      PETE HEGSETH:  Well, said.

21      Mayor Rudy Giuliani, we're glad you are feeling

22 well.  Thanks for the update.  Please do keep us updated

23 on these legal challenges, which now look like they're

24 going through the states.

25      RUDY GIULIANI:  I will, and you guys are

1  terrific.  You guys are terrific.  Love you.

2        RACHEL CAMPOS-DUFFY:  Merry Christmas, Mr. Mayor.

3        RUDY GIULIANI:  Merry Christmas.

4        To your family too, Rachel.

5        (End of recording.)

1      C E R T I F I C A T E

2

3

4      I, TERRI NESTORE, Certified Shorthand Reporter/

5  Transcriptionist, do hereby certify that I was authorized

6  to transcribe the foregoing recorded proceeding, and that

7  the transcript is a true and accurate transcription of my

8  shorthand notes, to the best of my ability, taken while

9  listening to the provided recording.

10

11     I further certify that I am not of counsel or

12 attorney for either or any of the parties to said

13 proceedings, nor in any way interested in the events of

14 this cause, and that I am not related to any of the

15 parties thereto.

16

17

18 Dated this 13th day of January, 2021.

19

20

21     _____
       TERRI NESTORE, CSR 5614, RPR, CRR
22

23

24

25