# Exhibit 130



**Need Help?**

I am...          I want to...          GO

Home  >  Registered Manufacturers                                    PRINT   EMAIL   SHARE

# REGISTERED MANUFACTURERS

The following voting system manufacturers have registered with the EAC and meet the requirements of Chapter 2 of EAC's Testing and Certification Program Manual. The listed active manufacturers are eligible to submit voting systems for federal testing and certification. Registration does not constitute a federal endorsement of the listed organizations or their products. Registration does not indicate that their voting systems have or will be certified by EAC. Get the manufacturer registration form and instructions here.

## Filter By:

- Any -          City          - Any -

Apply

### Clear Ballot Group, Inc.

2 Oliver Street Floor 2
Boston, Massachusetts 2109
Type: Corporation
Technical Representative: Afua Twumasi-Ankrah, Certification Manager

**Learn More >**

### Dominion Voting Systems Corp

1201 18th Street Suite 210
Denver, Colorado 80202
Type: Corporation
Technical Representative: Ian S. Piper, Director of Certification

**Learn More >**

### Election Systems & Software, Inc (ES&S)

11208 John Galt Blvd
Omaha, Nebraska 68137
Type: Corporation
Technical Representative: Sue L. McKay, Director of Certification

**Learn More >**

### Hart InterCivic, Inc.

15500 Wells Port Drive
Austin, Texas 78728
Type: Corporation
Technical Representative: James Canter, Vice President, Engineering

**Learn More >**



**VOTING EQUIPMENT**

- System Certification Process
  - Voting Systems Under Test
  - Certified Voting Systems
  - Withdrawn or Decertified Systems
  - Terminated Systems
  - Registered Manufacturers
  - Requests for Interpretation
  - Notices of Clarification
  - Engineering Change Orders
- Voluntary Voting System Guidelines
- Voting System Test Laboratories (VSTL)
- Quality Monitoring Program
- Military and Overseas Voting Projects
- Voting System Reports Collection
- State Information
- Managing Election Technology
- Correspondence
- Press Releases
- Frequently Asked Questions
- Manuals and Forms
- Test and Certification Blogs

**DO YOU HAVE QUESTIONS?**

Please do not include any personally identifiable information (PII) such as Social Security numbers, driver's license numbers, dates of birth, and mailing addresses.

11208 John Galt Blvd
Omaha, Nebraska 68137
Type: Corporation
Technical Representative: Sue L. McKay, Director of Certification

Learn More >

## Hart InterCivic, Inc.

15500 Wells Port Drive
Austin, Texas 78728
Type: Corporation
Technical Representative: James Canter, Vice President, Engineering

Learn More >

## MicroVote General Corp.

6366 Guilford Avenue
Indianapolis, Indiana 46220
Type: Corporation
Technical Representative: Bernie Hirsch, Director of Software Development

Learn More >

## Smartmatic USA Corporation

1001 Broken Sound Parkway, Suite D
Boca Raton, Florida 33487
Type: Corporation
Technical Representative: Monica Cantillo Acosta, Solutions Associate Manager

Learn More >

## Unisyn Voting Solutions (a division of International Lottery and Totalizator, Inc)

2310 Cousteau Court
Vista , California 92081
Type: Corporation
Technical Representative: Chris Ortiz, Manager, Business Development

Learn More >

## VotingWorks

P.O. Box 610098
Redwood City, California 94061
Type: Corporation
Technical Representative: Matt Pasternack, President

Learn More >

Manuals and Forms

Test and Certification Blogs

### DO YOU HAVE QUESTIONS?

Please do not include any personally identifiable information (PII) such as Social Security numbers, driver's license numbers, dates of birth, and mailing addresses.

Send your questions to us at clearinghouse@eac.gov or click the button below to contact us.

**Contact Us**

### REGISTER TO VOTE!

Use the National Mail Voter Registration Form to register to vote, update your registration information with a new name or address, or register with a political party.

Note: If you wish to vote absentee and are a uniformed service member or family member or a citizen living outside the U.S., contact the Federal Voting Assistance Program to register to vote.

**Get Information**



**MILITARY AND OVERSEAS VOTERS**

    
---

Document title: Registered Manufacturers | U.S. Election Assistance Commission
Capture URL: https://www.eac.gov/voting-equipment/registered-manufacturers
Capture timestamp (UTC): Fri, 22 Jan 2021 19:30:40 GMT

Page 1 of 1