# Exhibit 132

*screenshot-twitter.com-2021.01.18-13_57_50*
*https://twitter.com/RudyGiuliani/status/1335014224532221952*
*18.01.2021*



**Rudy W. Giuliani** ✔
@RudyGiuliani

BIG WIN FOR HONEST ELECTIONS.

Antrim County Judge in Michigan orders forensic examination of 22 Dominion voting machines.

This is where the untrustworthy Dominion machine flipped 6000 votes from Trump to Biden.

Spiking of votes by Dominion happenned all over the state.

7:12 PM · Dec 4, 2020 from Washington, DC · Twitter for iPad

**27.8K** Retweets    **3.1K** Quote Tweets    **102.9K** Likes