# Exhibit 133

1

2

3

4

5          FILE NAME:

6            12.

7    Https://www.twitch.tv/videos/837601732?filter=all&sort=

8              time

9          (32:58 - 46:42)

10

11

12

13     TRANSCRIPT OF VIDEO-RECORDED INTERVIEW

14          RUDY GIULIANI

15       JOSEPH JOHN PAGLIARULO

16

17

18

19

20

21

22

23

24  Transcribed By:
   TERRI NESTORE
25  CSR No. 5614, RPR, CRR

1       JOSEPH PAGLIARULO:  It's the Joe Pags Show.  Glad

2  to have you here, glad to have back America's mayor.

3       It's Rudy Giuliani, also the personal attorney

4  for President Donald Trump.  Rudy, how are you?

5       RUDY GIULIANI:  I'm good.  How are you?

6       JOSEPH PAGLIARULO:  I'm living the dream.

7  Listen, when you fell ill, everybody contacted me because

8  they love you, they know that you make time for us on our

9  program.  How are you?  Are you feeling all right?

10       RUDY GIULIANI:  I'm doing really, really well.

11  You know, I'm out of the hospital now since Wednesday.

12  I'm feeling great.  Today is my first day completely free

13  of COVID.  I'm COVID-free.

14       JOSEPH PAGLIARULO:  Symptom free, you feel good.

15       RUDY GIULIANI:  Immune, and feeling strong as a

16  bull.

17       JOSEPH PAGLIARULO:  Good.  You look strong as a

18  bull.  We appreciate it.  We need you to be right now,

19  because of the times we're facing.  I told you I talked to

20  Ken Paxton a little while ago, the Attorney General of the

21  great state of Texas.  We'll get into that a little bit.

22       RUDY GIULIANI:  Great lawsuit, by the way.

23       JOSEPH PAGLIARULO:  Well, let me start there

24  because then we'll get into the Michigan stuff and

25  everything else, but let me start there.

File 12 Rudy Giuliani Joseph Pagliarulo

3

1    He was told by seven of the justices at the

2 Supreme Court that he didn't have standing.  Two justices,

3 Alito and Thomas, said he did have standing.

4    The Constitution specifically, Rudy, says if

5 there's a conflict between states, the Supreme Court will

6 take it on.  What right did they have to shirk their duty

7 here, do you think?

8    RUDY GIULIANI:  Well, they -- you put it exactly

9 right, shirking their duty.  Look, the Constitution sets

10 up the Supreme Court as the final arbiter.  In fact, they

11 even assume that power.  They don't even have -- in the

12 Constitution, they don't have the right for judicial

13 review.  John Marshall assumed that power as a logical

14 construct as the referee, the final referee and they

15 shirked their responsibility.

16    I mean, the reality is this country is divided

17 right now.  The states are divided.  They're divided over

18 what are in fact very legitimate allegations of voter

19 fraud and we need the Supreme Court to step in and hear

20 the evidence.  They were afraid to hear the evidence.  In

21 fact, you know, people say, well, why are these courts not

22 taking the cases?  They're running away from the cases,

23 Pags.  They won't even hear the evidence.

24    I've never seen courts do this before.  They at

25 least give you a hearing.  You know, they say, okay, put

1   your witnesses on, let me listen to your witnesses, and

2   they listen to five, six witnesses.  They won't even do

3   that.  It's like please, please, we don't want to get

4   involved, we don't want to get involved.  Maybe the New

5   York Times will criticize us or maybe we'll -- maybe the

6   Bar Association will criticize us.

7        JOSEPH PAGLIARULO:  Right.  But what's the

8   recourse, though, Rudy?  We're supposed to have checks and

9   balances.  If the Supreme Court doesn't do its duty -- and

10  you and I agree that they didn't -- what do you do?  You

11  can't go to Congress and complain, you can't go to the

12  president and complain, that's it, it's the end of the

13  day.  What do you do now?

14       RUDY GIULIANI:  Well, you know where we are now?

15  We're in the State legislatures, which actually the place

16  that's supposed to decide presidential elections.

17       JOSEPH PAGLIARULO:  Right.

18       RUDY GIULIANI:  The electors are selected by the

19  State legislatures.  So we've appealed to the State

20  legislatures.  The only place we've gotten a hearing, by

21  the way, is with the State legislatures.  You know, the

22  witnesses that you've heard that we have, they've all been

23  in front of legislatures.  Arizona, Michigan, Georgia,

24  Pennsylvania, that's where we've been able to present our

25  witnesses.  They've at least had the courage to hear them.

File 12 Rudy Giuliani Joseph Pagliarulo

5

1        And one really, really, really great judge in

2  Antrim County, who today issued a blistering decision --

3  not even a decision -- he issued a report that should

4  knock the heck out of this election.

5        We were able to get access to 22 of the Dominion

6  machines in Antrim County, Michigan, through court order.

7  It took us a week to examine them.  We issued the forensic

8  report to the court three days ago.  The court has

9  analyzed it and allowed us to release it today.

10        It shows a 68 percent error rate of the votes

11  cast in the federal election in Antrim County, Michigan,

12  by the Dominion machines.

13        JOSEPH PAGLIARULO:  Rudy, I want to stop you.

14        It sounded like you said 68 percent.

15        That's impossible.  68 percent?

16        RUDY GIULIANI:  I know it's impossible.  I just

17  spent an hour-and-a-half on the telephone with the

18  president and with our team, briefing him on it.  He had

19  the same reaction, until our team was finished.  68

20  percent -- 68 percent error rate in the votes cast.  There

21  was an 81.96 rejection rate in the votes cast --

22        JOSEPH PAGLIARULO:  Holy mackerel.

23        RUDY GIULIANI:  -- in the 2020 election.

24        Now, let me get you -- show you how bad the fraud

25  is in Michigan.

File 12 Rudy Giuliani Joseph Pagliarulo

6

1        JOSEPH PAGLIARULO:  Okay.

2        RUDY GIULIANI:  What happens to that rejection

3 rate in their machine, in this phony machine they have, it

4 goes in for what's called adjudication and then they try

5 to figure out what's wrong with it.  The entire

6 adjudication memory of the machine has been removed.

7        JOSEPH PAGLIARULO:  So you can't even check it

8 now.  That's it, it's gone?

9        RUDY GIULIANI:  The Michigan democrats took it

10 out.  They took it out.

11        JOSEPH PAGLIARULO:  Wow.  It's Rudy Giuliani, the

12 president's personal lawyer.  America's mayor, of course.

13        Rudy, how are these machines different than all

14 the machines that they're using in Georgia?  How are they

15 different than the machines they're using in Pennsylvania?

16        RUDY GIULIANI:  Exactly the same machines being

17 used in Georgia.  They don't count ballots, they calculate

18 ballots.  Did you ever think that voting machines

19 calculate?  That's what a calculator does.

20        JOSEPH PAGLIARULO:  No, you just count them.

21        You're supposed to count, that's it.

22        RUDY GIULIANI:  Right.

23        I press a button for Trump, one for Trump.

24        JOSEPH PAGLIARULO:  Done.

25        RUDY GIULIANI:  Press a button for Biden, one for

File 12 Rudy Giuliani Joseph Pagliarulo

7

1  Biden.

2      JOSEPH PAGLIARULO:  What's there to calculate?

3      RUDY GIULIANI:  Nothing.

4      JOSEPH PAGLIARULO:  Nothing.

5      RUDY GIULIANI:  Here -- here these machines

6  calculate, they have algorithms, you can cast half a vote

7  and a third of a vote.  They can recalculate it as a third

8  of a vote, and they do.  And all of that is in this report

9  on the Dominion voting machines, that was issued this

10  morning.

11      JOSEPH PAGLIARULO:  And for those who don't know,

12  that's the county where 6,000 votes flipped from Biden

13  back to Trump or Trump to Biden.  I mean -- and that was

14  just a glitch, Rudy.  Just a computer glitch.

15      RUDY GIULIANI:  Glitch?

16      JOSEPH PAGLIARULO:  What you're telling me is the

17  machine was set up to do that.

18      RUDY GIULIANI:  Glitch my toe, Pags.  The report

19  says it was not human error, it was done by the machine.

20  Completely done by the machine.  Had nothing to do with

21  human error.  A human being named Bill Bailey -- great

22  name, right?

23      JOSEPH PAGLIARULO:  Oh, yeah.

24      RUDY GIULIANI:  Out of It's a Wonderful Life, a

25  great American named Bill Bailey saw the vote and said,

1  Antrim County hasn't voted democrat in a hundred years.

2  How could they have voted for this fool Biden?

3       And he went down and he complained and they

4  looked at the machines and they said what happened?  They

5  picked the wrong county to do it.  They picked the wrong

6  county, where it would jump out like a sore thumb, but

7  they were doing it all throughout the state.

8       And our experts, who all come from the -- all

9  have military and intelligence backgrounds of the highest

10  order, tell us that the machines all throughout the state

11  are exactly the same.  If you look at one, you're looking

12  at the other.  So imagine what happened in Detroit.

13       No wonder -- no wonder they stopped counting.

14       JOSEPH PAGLIARULO:  Right.

15       RUDY GIULIANI:  At 2:00 in the morning, when the

16  president was ahead by 300,000 in Michigan and then he

17  ended up behind by the morning.

18       JOSEPH PAGLIARULO:  It's Rudy Giuliani, America's

19  mayor.  Check out his podcast, Rudy's Common Sense.

20       Don't miss one episode.  It's amazing.

21       I've got to ask you this, because I've heard this

22  allegation a few times.  I want to hear it directly from

23  you.  Is it your belief that they already had this rigged

24  but they didn't rig it enough.  They didn't realize that

25  so many people would vote for President Trump, so they

1 screwed up and didn't rig it enough.  They had to shut

2 down elections in Fulton County, Georgia; in Detroit, in

3 Wayne County, Michigan; in Philadelphia and Allegheny

4 County, they had to shut them down, holy crap, Trump is

5 getting all these votes.  Our cheat is not going to work.

6       Is that what you believe?

7       RUDY GIULIANI:  I know it.  Now I know it.  I

8 felt it that night, Pags.  I felt it that night, when I

9 was sitting in the Whitehouse and we had gotten to about

10 -- we had actually gotten to about 800,000 votes in

11 Pennsylvania and I said my goodness, they've let it go too

12 far.  They let it go too far.  They can't catch us

13 anymore.  And just at about that point, just when I was

14 thinking that is when they shut down in Philly, they shut

15 down in Detroit, they shut down in Atlanta, they threw the

16 people out in Atlanta -- we have that on tape.

17       JOSEPH PAGLIARULO:  Right.

18       RUDY GIULIANI:  They threw them all out,

19 everybody's thrown out, then they wait until everybody's

20 gone and then they pull the ballots out from under the

21 table.  They truck in a hundred thousand votes in Detroit

22 about 4:30 in the morning.  Exactly right, they almost --

23 they almost got past the point of no return.

24       JOSEPH PAGLIARULO:  But as you and I speak right

25 now -- and it's America's Mayor, Rudy Giuliani, we always

1 love the time and the access.  If you're just joining us,

2 he's doing much better from COVID.  You say you're symptom

3 free.  Thank God.

4      As we speak, the electors are voting.  It's

5 officially going to be president elect and president elect

6 Biden and Harris by the end of today, maybe by the time I

7 air this interview.  What recourse is there legally?

8      Because I know it can still be overturned, but

9 what recourse now?  Because people are starting to throw

10 their hands up and go darn it, they got us.  I guess we

11 have to deal with it for four years.

12      RUDY GIULIANI:  Well, here's what we have done:

13 In every one of the questionable swing states, we've had

14 our electors alternatively elected.  We've had 'em --

15 we've had them named, we've had them vote for Trump and

16 for Pence and we're -- as we speak, they're being

17 submitted to the United States Congress as alternatives.

18      For example, should the State of Michigan, the

19 legislature, decide to take this up, take a look at the

20 rest of the state and decide that Trump actually won it by

21 300,000 --

22      JOSEPH PAGLIARULO:  Yeah.

23      RUDY GIULIANI:  -- they would be able to change

24 that award from the electors that were selected by the

25 democrat politicians, to the electors selected by the

1 State legislature.

2     JOSEPH PAGLIARULO:  And by the way, the

3 republicans showed up today, they didn't let them in.

4 They said, put your vote in a manila envelope, if you

5 want.  We're not letting you into the State Capitol.

6     RUDY GIULIANI:  Didn't matter.

7     They got the vote in.  The vote is in.

8     JOSEPH PAGLIARULO:  Okay.

9     RUDY GIULIANI:  And the reality is the state

10 legislature can at any time take over the vote and change

11 it.

12     JOSEPH PAGLIARULO:  Well, why don't they, Rudy?

13     It's a republican legislature.

14     RUDY GIULIANI:  Under the Constitution, the

15 United States Constitution gives it to the State

16 legislature.  If they find fraud at any time, they can

17 change the vote.

18     JOSEPH PAGLIARULO:  Yeah, but you just outlined

19 the fraud -- or at least the big, massive mistake in

20 Antrim County, and it probably happened around the state.

21     Here's the problem:  It's a republican

22 legislature there, as you know.  Why won't they do it?

23     Why won't they fight back against the Secretary

24 of State and this governor?

25     RUDY GIULIANI:  Courage.  They need coraggio.

1    JOSEPH PAGLIARULO:  Yeah.

2    RUDY GIULIANI:  A little more coraggio.  I mean,

3  some of them have it, some of them don't.  Some of them

4  are worried about their careers, some of them are RINOs.

5    You got all kinds of things going on, you know.

6    One thing about the democrats, they stick

7  together.  The strangest thing is, they'll stick together

8  stealing an election.

9    JOSEPH PAGLIARULO:  Right.

10    RUDY GIULIANI:  We can't stick together

11  protecting an election.

12    JOSEPH PAGLIARULO:  That's amazing.  It's Rudy

13  Giuliani, always bringing you the time and the access.

14    I know you've got short time.

15    Let me just ask you this:  When it comes to the

16  science, we keep hearing from the left:  Follow the

17  science, on COVID, on transgenderism, on abortion --

18  whatever it is, climate change, follow the science.

19    You've got scientific computer proof, digital

20  scientific proof that there is a 68 percent error rate.

21    Rudy, why are we even talking about this?  This

22  should be taken up by the DOJ.  They're not stepping in.

23  The FBI should step in.  What are we talking about here?

24    RUDY GIULIANI:  It's being looked into tonight.

25  68 percent error rate, no question.  81.9 percent

File 12 Rudy Giuliani Joseph Pagliarulo

13

1  rejection rate, no question.  You can go over it a

2  thousand times if you want, that's what it is.

3       It shows without any doubt that the election in

4  Michigan for sure was a fraud, and the numbers submitted

5  by Michigan, by the democrats there, are false,

6  fraudulent.  They're criminal.

7       JOSEPH PAGLIARULO:  What do you say to 75 million

8  Americans who believe they voted for the right guy in

9  President Trump?  Is there still hope to leave them with

10  tonight?

11       RUDY GIULIANI:  Yes, there is.  There is hope.

12       There is hope if the State legislatures will just

13  get that little extra ounce of courage, and maybe these

14  reports will help them and spur them on to take a look at

15  a couple more of these machines.

16       Take a look at the machines in Philadelphia, take

17  a look at the machines in Wayne County, take a look at the

18  machines particularly in Maricopa County, Arizona, where

19  they used only Dominion machines in that one county.

20       Only Dominion machines.

21       JOSEPH PAGLIARULO:  I know we got to go but will

22  this be the demise of Dominion, or if Biden and Harris get

23  in, everybody's going to have Dominion now?

24       RUDY GIULIANI:  Oh, I think Dominion's finished.

25       JOSEPH PAGLIARULO:  Good.

File 12 Rudy Giuliani Joseph Pagliarulo

14

1      RUDY GIULIANI:  First of all, why should we have

2  a foreign company counting our vote?  They're a Canadian

3  company, they send the votes over to Spain and Germany.

4      JOSEPH PAGLIARULO:  It's nuts.

5      I got to tell you, though --

6      RUDY GIULIANI:  Yeah, it's nuts.  There's a

7  reason for it too.  Somebody's got to find out why did the

8  governors contract with them.

9      JOSEPH PAGLIARULO:  Right.

10      RUDY GIULIANI:  What kind of deal was involved

11  there.

12      JOSEPH PAGLIARULO:  Well, in Texas we said no.

13      In Texas we were smart.

14      RUDY GIULIANI:  You're darn right you did, but in

15  a lot of other places they said yes, and now you start to

16  wonder, I wonder what was involved in that.

17      JOSEPH PAGLIARULO:  It's a great question.  I'm

18  sure you'll follow up on it.  Rudy Giuliani, thank God

19  you're well.  Thank you for coming back on.  Let's talk

20  again soon.  I know there's a lot going on this week,

21  especially in Texas.  I think Wednesday is going to be a

22  big day in Texas.  Let's talk again.

23      RUDY GIULIANI:  Yep.

24      JOSEPH PAGLIARULO:  Appreciate you.

25      RUDY GIULIANI:  Take care.

File 12 Rudy Giuliani Joseph Pagliarulo

15

1      JOSEPH PAGLIARULO:  Go check out his podcast,

2   Rudy's Common Sense, right now.  We're back after this

3   with the Joe Pags Show.  Stay here.

4       (End of interview.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

File 12 Rudy Giuliani Joseph Pagliarulo

16



C E R T I F I C A T E

1

2

3

4     I, TERRI NESTORE, Certified Shorthand Reporter/

5 Transcriptionist, do hereby certify that I was authorized

6 to transcribe the foregoing recorded proceeding, and that

7 the transcript is a true and accurate transcription of my

8 shorthand notes, to the best of my ability, taken while

9 listening to the provided recording.

10

11     I further certify that I am not of counsel or

12 attorney for either or any of the parties to said

13 proceedings, nor in any way interested in the events of

14 this cause, and that I am not related to any of the

15 parties thereto.

16

17

18 Dated this 13th day of January, 2021.

19

20

21     _____

         TERRI NESTORE, CSR 5614, RPR, CRR

22

23

24

25