# Exhibit 134

File 17 Rudy Giuliani Common Sense
December 18, 2020

9  FILE 17

10 RUDY GIULIANI COMMON SENSE

1       RUDY GIULIANI: Hello. This is Rudy Giuliani
2  with Rudy's Common Sense. This episode today, we're
3  going to focus on the 2020 election from a narrower
4  point of view, something we haven't spent much time on.
5  There's been a great deal of discussion about the
6  mail-in ballots, about their legitimacy or lack of
7  legitimacy, the fact as to whether or not they were
8  inspected or not, allegations that hundreds of thousands
9  were not inspected, allegations that hundreds of
10 thousands were brought in in the middle of the night,
11 allegations that thousands were triple and quadruple
12 counted. All of these are in affidavits and testimony
13 that's been given before state legislatures.
14      Interestingly, no court has taken any
15 testimony like this, which is very, very odd and very
16 strange and it's almost as if see no evil, hear no
17 even, we want to stay out of it, even though the
18 evidence is mounting and mounting and mounting, and
19 in six states it's all the point of critical. But
20 today I want to focus on something you've heard about
21 but probably we haven't had as much time to study,
22 the Dominion voting system.
23      The Dominion voting system is a voting
24 system that was used in approximately 27 states, and
25 in the critical battle ground states where rather

1  incredibly large Trump leads were eviscerated
2  overnight by questionable ballot counts from the
3  Biden side that were done secretly and without
4  inspection.  And so the states we're focusing on that
5  used Dominion were Michigan where there was
6  turnaround of a 300,000 vote lead to a loss with a
7  number of allegations of people being excluded from
8  the ability to inspect, ballots being brought in in
9  the middle of the night, very, very strange accounts
10  that 138,000 for Biden and 4,000 for Trump, and there
11  are allegations that the machines were machines that
12  were built initially for the purpose of stealing
13  elections.  So Dominion voting system was in
14  Michigan, it was in Philadelphia where there were
15  very, very significant voter fraud issues, they were
16  used in Milwaukee, they were used in Maricopa County,
17  Arizona, which is by far the largest county in
18  Arizona, and they were used in Atlanta, and the
19  question is what end are these machines.  What's
20  their prominence, what's their background, how much
21  due diligence was used focusing on them.
22          Well, the Dominion voting system is a
23  Canadian company by origin founded by two Canadians,
24  and it's had a long history of involvement with other
25  companies, in particular with a company known as

1  Smartmatic.  Smartmatic is a company that was founded
2  somewhere around 2003, 2004.  The original investors
3  were two Venezuelans who were close to Hugo Chavez,
4  and according to testimony in the United States House
5  of Representatives, a letter from Carolyn Maloney,
6  who happens to be my Congresswoman, has a very, very
7  shady background as being a vote counting system that
8  was able to be manipulated with algorithms to assure
9  the reelection of Hugo Chavez.  The major name of
10 this company was Smartmatic and operated under other
11 names.  It conducted some elections in Venezuela,
12 highly questionable nature, conducted an election in
13 Argentina, similar questionable nature, and then it
14 got involved in the United States with a company
15 known as Sequoia.  Sequoia was sort of a front name
16 for Smartmatic, and Sequoia used, as a matter of
17 fact, Smartmatic technology and their ability to
18 count votes or actually calculate votes.
19        The long and short of it is that Sequoia
20 got into a terrible problem in Chicago.  It led to a
21 very, very disputed election where it took forever to
22 decide.  The big investigation ensued.  You should go
23 to the Google pages and take a look at that whole
24 history that Smartmatic and Sequoia had and how
25 basically Smartmatic was excluded from the United

1  States, and the name Sequoia became a bad name.

2      At that point Dominion voting systems came

3  in and appears to have purchased Sequoia, the company

4  with all the problems and the cheating in elections,

5  and appears to have purchased Sequoia system for the

6  Dominion voting system.  So based on the experts that

7  we've had examine the Dominion machine, it's

8  basically operating on the original Smartmatic

9  Sequoia software which was designed to not count a

10 vote, but to calculate a vote.

11      Now, you say what does that mean.

12 Shouldn't a voting machine just count a vote?  Well,

13 of course a voting machine should just count a vote.

14 Computers calculate.  Voting machines record.  Voting

15 machines should just record one vote for Trump and

16 one vote for Biden and one vote for Sanders and one

17 vote for this one and that one and the other one.  It

18 shouldn't be able to calculate that vote.  There's no

19 calculation involved.  It's one vote or not.

20      Well, these machines, these Dominion

21 machines, which have now been examined in detail by

22 our forensic experts, all with very, very significant

23 military and intelligence background, say that the

24 machine is completely porous.  They described it as

25 like a piece of swiss cheese.  Anyone can get into

1  it. Anyone can change it. It even counts half

2  votes. Now I can't explain to you, some experts are

3  going to have to explain to you why you would want to

4  count a half vote in an election. I never heard of

5  an election decided, you know, one thousand and a

6  half to 997 and a quarter. Just exactly why that's

7  done so votes can be moved around or algorithms can

8  be set is beyond my expertise. But these machines

9  have been the source of a great deal of controversy.

10         Back in '07, '08 the Democrats were very

11  upset with the use of it and basically banned it, and

12  then they snuck back in through Dominion, Dominion

13  buying Sequoia. They had some problems there both

14  overseas and here, and then just recently in the last

15  couple of years Senator Warren, several other

16  democratic senators wrote letters very, very critical

17  of the Dominion voting system as being highly

18  unreliable, very, very prone to fraud and

19  manipulation more so than most machines. We'll be

20  right back.

21         If you want a good cigar, go to a good

22  cigar shop. If you want the best, go to Famous Smoke

23  Shop. Let Famous Smoke deliver your favorite cigars

24  right to your doorstep at America's lowest prices.

25  Famous opened in 1939 as a small shop in New York

1  City.  Today it's the largest privately held American

2  owned cigar business in the country.  That's 80 years

3  experience in the cigar business, and they're putting

4  that experience to work for you, making deals on the

5  cigars you love from affordable everyday smokes to

6  high end luxury cigars for your next special

7  occasion.  Go to famous-smoke.com/Rudy and click the

8  activate button to apply the promo code.  Pick from

9  more than a thousand cigar brands fresh and ready to

10  ship from Famous Smoke's climate controlled 24,000

11  square foot humidor.  Check out with the promo code

12  Rudy 20.  That's Rudy R-u-d-y-2-0 and get $20 off

13  your order.  Every cigar purchase you make is backed

14  by the Famous freshness guarantee.  Get real cigars

15  from a real cigar shop shipped direct to you from

16  Famous Smoke Shop.  Go to famous-smoke com/Rudy.

17  That's famous-smoke.com/Rudy.

18         RUDY GIULIANI:  Let's continue.  So then you

19  wonder how did they get hired in 27 states.  I mean,

20  really, I was the mayor of a city that had a budget

21  larger than most states, and we had a procurement

22  process that was quite intricate, and of course we put

23  out contracts of this magnitude for bid.  Each company

24  went through what's called due diligence, and the barest

25  of due diligence on Dominion voting systems, if you just

1  went on here and Goggled it, you would find everything I
2  just told you, including the connection, historic
3  connection to Venezuela and to Smartmatic.  Exactly why
4  you would you contract, exactly why you would contract
5  with a foreign company.  Dominion is a Canadian company.
6  Our votes are sent outside the United States during the
7  calculation process, did you know that?  Did you know
8  that, people in Michigan, that your witless governor
9  signed a contract that allows the votes to be sent from
10  Michigan overseas.  I mean, who knows what happens to
11  them when they go overseas in a machine that is highly
12  insecure.   Similar with your governor in Pennsylvania
13  who did the same thing.
14         Somebody's going to have to answer for
15  this, why did you select this company that has such a
16  questionable history even with members of your own
17  party.  And then just in case you think we're
18  speculating, over the course of the last two weeks
19  we've had the opportunity to examine 22 of these
20  machines.  They were operating in Antrim County,
21  Michigan.  That's the county in Michigan where 6,000
22  votes switched from Biden -- from Trump, rather, to
23  Biden.  And nobody noticed it except a gentleman
24  named Bill Bailey who's just a local citizen in
25  Antrim County, and he said nobody in Antrim County;

1  was voting for Biden, so how could he possibly have
2  won the county.  So he started to make inquiries, and
3  made such a fuss.  He hired a lawyer, brought a case,
4  brought a case to court.  The county and the state,
5  of course, lied and said that it was human error.
6          Well, the judge allowed a forensic
7  examination by a very reputable company, and they
8  conducted a four or five day forensic review of the
9  22 machines, and here's what they found.  First on
10 the question of human error, there was no human
11 error.  The machine switched the votes based on some
12 kind of preprogramming, and apparently the machines
13 throughout the state are programmed to switch votes.
14         The error rate for the votes cast on these
15 machines was a 68 percent error rate.  I know it's
16 hard to fathom.  68 percent error rate.  The federal
17 election commission allows a rate of .0008 percent.
18 So this error rate is -- virtually means there was no
19 election, not a single reliable result.  How the
20 state of Michigan could have certified any vote based
21 on these machines with a 68 percent error rate makes
22 the statement that whoever signed it, whether it was
23 the governor or the secretary of state or whatever
24 other negligent or crooked official who did it makes
25 it a lie.

1     Whatever the vote in Michigan was, it's not
2  the one they submitted.  The one they submitted is a
3  lie.  68 percent error rate.
4     There was an 81.96 rejection rate in the
5  votes cast, and in the machine these are sent to
6  adjudication.  They go to adjudication files where
7  somehow magically based on algorithms there
8  recalculated.  Why they have to be recalculated is,
9  again, only because you want the flexibility to
10 cheat.
11    But here is the interesting thing about
12 Michigan and wondering where's the fraud.  The real
13 question about this election is where was there no
14 fraud in them Democrat states?  These votes were sent
15 to the adjudication file.  The adjudication files for
16 2020 were missing.  That's what I said.  The
17 adjudication files for 2020 were missing.
18    81.96 percent of the votes cast were
19 rejected.  They were sent to an adjudication file,
20 and it is now missing, which is a violation of
21 Michigan state law, which I don't think counts for
22 very much with the Democrat machine in Detroit and in
23 Michigan.  The law is just a tool for cheating.
24    The security records for the election
25 software are also missing, which also violates state

1  law.  These also contain the internet connection
2  records.  So there was illegally connection to the
3  internet, but those records so far are missing, if
4  not destroyed.
5       The election software was changed inside
6  the 90-day safe harbor window, which is forbidden by
7  state law, and this automatically decertifies the
8  results.  So the results in Antrim County are
9  decertified.  If examinations of the other Antrim
10 machines yield the same result, they would all have
11 to be decertified.  But, of course, nobody bothers to
12 look because the mass media, the big tech and the
13 crooked democratic party is trying to cover up a
14 massive fraud.  Of course
15       these machines have to be looked at now.
16 68 percent error rate, 82 percent rejection rate, the
17 adjudication files missing, the security records
18 missing, the election software changed against the
19 law, standard security protocols were not followed,
20 software systems were out of date by years, and they
21 were a provable risk.
22       All counties in Michigan are required to
23 operate with the same software to guarantee
24 consistent treatment.  So if that was followed, what
25 we can say from this sample of 22 machines is this is

1  the way the machines were operating in the entire
2  state of Michigan.  They should be operating in a
3  uniform way, which means they had error rates and
4  adjudications rates very, very similar to this.
5         Now, here's something very extraordinary
6  about Michigan that you just have to know, and I'm
7  focusing just on Michigan because it's just become so
8  confusing.  Every state has a group of frauds like
9  this, and the press just yells and screams and says
10 you can't say fraud, you can't say fraud, you can't
11 say fraud and they destroyed the records.
12        The secretary of state of Michigan directed
13 the county clerks on December 1, 2020 throughout the
14 state of Michigan to delete all their electronic
15 voting records in violation of Michigan state law,
16 Section 168.811 requiring that they be held for 22
17 months.  The secretary of state directed that in
18 Michigan they delete all of their electronic election
19 records for the 2020 election in violation of
20 Michigan state law.  Apparently they have the records
21 for the 2018 election and for the 2016 election, but
22 they destroyed the records for the 2020 election.
23        Where I come from, having tried many, many
24 criminal cases, that would be overwhelmingly powerful
25 evidence of guilty knowledge and intent on the part

1  of the democratic administration of the state of

2  Michigan, and would just about conclusively prove

3  that they held an across-the-board fraudulent

4  election.  This would be a convenient time to take a

5  short break.

6         My friends, if you want to help preserve

7  America right now while you still can, join AMAC, the

8  Association of Mature American Citizens, the fastest

9  growing conservative group in America, especially for

10  those age 50 and up.  Joining AMAC gives you access

11  to money-saving benefits, cutting edge news, and a

12  great bi-monthly magazine.  More importantly, AMAC

13  fights for you.

14         A socialist storm is brewing.  Our

15  constitutional republic has rarely faced the perils

16  we do today.  Edmund Burke said it best.  All it

17  takes for evil to prevail is for good people to do

18  nothing.  If you care about our future like I do,

19  then join AMAC today.  Over two million conservatives

20  like you and me have already joined AMAC.  Stand with

21  us by joining right now.  Just go to AMAC.US./Rudy.

22  That's AMAC.US./Rudy.  The benefits of AMAC benefits

23  are great but the cause is even greater.  Join today

24  at AMAC.US/Rudy.

25         RUDY GIULIANI:  Time to get back.  Now, I know

1  all the big tech is going to jump up and down and say

2  you can't say it.  I don't have to say it, I can show

3  it.  This is a report.

4          I thought we'd go by the science.  This is

5  scientific report.  It's based on the machine.  You

6  can go look at the machine yourself.  I mean, there's

7  no question the Dominion voting machine can be

8  manipulated and is manipulated.  There's not a single

9  bit of human error that's been proven.

10         The secretary of state engaged in crimes in

11 order to destroy the electronic records, including

12 federal laws, records that necessary for federal law

13 were destroyed.  These records exist in this county

14 for previous elections before 2020 so why were they

15 destroyed for 2020.

16         The adjudication records don't exist.

17 68 percent of the votes were switched in this county

18 by error, if it was error.  81 percent of the votes

19 were voted by the administrator and we have no record

20 of it.  Some of the ballots were run three and four

21 times, and we don't have a record of whether it

22 counted one, two or three votes.  The machine is

23 capable of counting more than one vote.

24         So these results in Antrim County cannot be

25 certified.  It raises the clear and present danger

1  that the results throughout Michigan cannot be
2  certified because Michigan used exactly the same
3  faulty Antrim machines, the same faulty machines that
4  were used in Antrim county, the Dominion voting
5  system machines.
6          And then when we go beyond that, we'd have
7  to say security is just nonexistent in the Dominion
8  voting system, so that would implicate just about all
9  the other states in which there was rampant fraud.
10 It would implicate the state of Arizona, it would
11 implicate the state of Pennsylvania, it would
12 implicate the state of Wisconsin, it would implicate
13 Fulton County, Georgia where Dominion machines were
14 used.  There's no reason to believe the machines were
15 anymore secure than here.  This is the purpose of the
16 machine.  The purpose of the machine is to calculate
17 and not count, and in an election you should be
18 counting, not calculating.  And the full extent of
19 this has got to be investigated in order to determine
20 what was the honest, truthful result of the 2020
21 election because the one certified by those states
22 using this fraudulent voting system are, without any
23 doubt, false, and we cannot have an American election
24 based on a body of fraudulent and false evidence.
25         So it's imperative that these machines be

1  examined, they be examined carefully, they certainly
2  be examined in the key places where the questions
3  have arisen so that we can come to a quick
4  determination of just how bad it is.  It looks pretty
5  bad.  And from the people that I've spoken to who
6  have looked at this machine, they say there is --
7  they says there no doubt, there is no doubt that
8  these machines were programmed for insertion of votes
9  because from the outside they've been able to do
10 examinations of the vote count as it came in, and
11 they're able to shows spikes, and the spikes remain
12 fairly uniformly the same amount for Biden and the
13 same amount for Trump.  And then there's the infusion
14 of votes at key points beyond the amount that can
15 normally be counted in that period of time.
16         So even before the forensic examination,
17 there's a lot of probable cause that these machines
18 were manipulated, and now that we've been able to do
19 one very indepth forensic examination, the actual
20 physical examination bears out the fact that the
21 machine was horribly manipulated to the point where
22 the vote bears no relationship to anything having to
23 do with reality.
24         Look, our interest beyond whether it's
25 Donald Trump or Joseph Biden, whether it's the

1  Democratic Party or the Republican Party, this as far
2  as I know has never happened in the history of
3  America.  The amount of fraud that's emerged
4  throughout this country is more than I have ever seen
5  in any election, and it cannot be just pushed aside
6  by the Democrats angrily yelling and screaming and
7  yelling and screaming.
8         This report wasn't produced by Democrats.
9  It was produced by former military people who know
10 how to examine machines, and this machine is a
11 fraudulent machine that produced a fraudulent vote,
12 very similar to the tape that we see in Atlanta,
13 Georgia of the ballots being stuffed when everybody
14 was thrown out of the room.  It cannot be ignored, it
15 should not be ignored.  The right to vote in our
16 country is too precious to let it be destroyed the
17 way the media, big tech and the crooked elements of
18 the Democratic Party are destroying it now.  We've
19 got to fight back, and we've got to reclaim our right
20 of free speech, our right of freedom of religion, and
21 our right to a free and fair vote.  Thank you.
22         (End of recording.)
23
24
25

1

2             CERTIFICATE OF REPORTER

3

4       I, Charlotte Crandall, certify that I was

5  authorized to and did transcribe the foregoing audio

6  recorded proceedings and that the transcript is a

7  true and complete record of my stenographic notes

8  from an audio recording and was transcribed to the

9  best of my ability.

10

11       Dated this 20th day of January, 2021.

12

13

14

15

16

17       _____
         Charlotte Crandall
18         Registered Professional Reporter

19

20

21

22

23

24

25