# Exhibit 135

screenshot-twitter.com-2021.01.18-14_39_52
https://twitter.com/glennbeck/status/1339722041545555968
18.01.2021



File 27 Glenn Beck Twitter
December 17, 2020

1
2
3
4
5                          TWITTER
6                         @glennbeck
7     "@RudyGiuliani tells me his team will CONTINUE
8     investigating potential presidential election fraud
9     and plans to 'start forensically examining the voting
10                    machines in Arizona'"
11
12   DECEMBER 17, 2020
13   FILE 27
14
15
16   File 27 available at:
17   https://twitter.com/glennbeck/status/13397220415455559
18   68
19
20
21
22
23
24
25

1            GLENN BECK:  Are you continuing the
2    investigation?
3            RUDY GIULIANI:  Yes, we are.  We -- we --
4    there's no reason to stop it.  I mean, there's so much
5    to investigate.  So now what we're doing is we're --
6    we're going to forensically examine the machines.  It
7    took all this time to get them available to us because
8    all these secretaries of state are playing cover up.
9    But we're going to start examining the machines in
10   Arizona, in Maricopa County, to see how similar they
11   are to the machines in Michigan that turned out to be
12   62 percent inaccurate.
13           And I -- I'd like you to note that at the
14   hearing yesterday, Krebs, Mr. Krebs, said, oh, he read
15   that report.  And, you know, 62 percent clerical
16   inaccuracies, I mean, you know, so what?
17           That means more of the vote was wrong than
18   right.
19           GLENN BECK:  Yeah, I -- I know.  And I read
20   the report and I read his testimony too.  He -- he --
21   he acted like he -- he said it was nonsense.  I can't
22   even -- I couldn't even understand the report.
23           I read the report.  It's easy to understand.
24           (End of recording.)
25

```
 1                C E R T I F I C A T E

 2

 3

 4          I, KARI FRILLICI, Certified Shorthand

 5   Reporter and Certified Electronic Transcriptionist, do

 6   hereby certify that I was authorized to transcribe the

 7   foregoing recording, and that the transcript is a true

 8   and accurate transcription of the provided audio

 9   recording to the best of my ability.

10

11          I further certify that I am not of counsel

12   or attorney for either or any of the parties to said

13   proceedings, nor in any way interested in the events

14   of this cause, and that I am not related to any of the

15   parties thereto.

16

17          Dated this 19th day of January 2021.

18

19   _____

20          KARI FRILLICI, CSR 9030, CET 1150

21

22

23

24

25
```

### 1

**1150** 3:20
**17** 1:12
**19th** 3:17

### 2

**2020** 1:12
**2021** 3:17
**27** 1:13,16

### 6

**62** 2:12,15
**68** 1:18

### 9

**9030** 3:20

### @

**@glennbeck** 1:6
**@rudygiuliani** 1:7

### A

**ability** 3:9
**accurate** 3:8
**acted** 2:21
**Arizona** 2:10
**Arizona'** 1:10
**attorney** 3:12
**audio** 3:8
**authorized** 3:6

### B

**BECK** 2:1,19

### C

**Certified** 3:4,5
**certify** 3:6,11
**CET** 3:20
**clerical** 2:15
**CONTINUE** 1:7
**continuing** 2:1
**counsel** 3:11
**County** 2:10
**cover** 2:8
**CSR** 3:20

### D

**Dated** 3:17
**day** 3:17
**DECEMBER** 1:12

### E

**easy** 2:23
**election** 1:8
**Electronic** 3:5
**end** 2:24
**events** 3:13
**examine** 2:6
**examining** 1:9 2:9

### F

**File** 1:13,16
**foregoing** 3:7
**forensically** 1:9 2:6
**fraud** 1:8
**FRILLICI** 3:4,20

### G

**GIULIANI** 2:3
**GLENN** 2:1,19

### H

**hearing** 2:14
**https://twitter.com/glennbeck/status/1339722041545 5559** 1:17

### I

**inaccuracies** 2:16
**inaccurate** 2:12
**interested** 3:13
**investigate** 2:5
**investigating** 1:8
**investigation** 2:2

### J

**January** 3:17

### K

**KARI** 3:4,20
**Krebs** 2:14

### M

**machines** 1:10 2:6,9,11
**Maricopa** 2:10

**means** 2:17
**Michigan** 2:11

### N

**nonsense** 2:21
**note** 2:13

### P

**parties** 3:12,15
**percent** 2:12,15
**plans** 1:9
**playing** 2:8
**potential** 1:8
**presidential** 1:8
**proceedings** 3:13
**provided** 3:8

### R

**read** 2:14,19,20,23
**reason** 2:4
**recording** 2:24 3:7,9
**related** 3:14
**report** 2:15,20,22,23
**Reporter** 3:5
**RUDY** 2:3

### S

**secretaries** 2:8
**Shorthand** 3:4
**similar** 2:10
**start** 1:9 2:9
**state** 2:8
**stop** 2:4

### T

**team** 1:7
**tells** 1:7
**testimony** 2:20
**thereto** 3:15
**time** 2:7
**transcribe** 3:6
**transcript** 3:7
**transcription** 3:8
**Transcriptionist** 3:5
**true** 3:7
**turned** 2:11
**TWITTER** 1:5

### U

**understand** 2:22,23

### V

**vote** 2:17
**voting** 1:9

### W

**wrong** 2:17

### Y

**yesterday** 2:14