# Exhibit 136

File 29 Uncovering the Truth
December 20, 2020

1

2

3

4

5

6

7     FILE 29

8  UNCOVERING THE TRUTH

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        ANNOUNCER:  This is uncovering the truth with

2   Dr. Maria Ryan and Rudy Giuliani, guarding against

3   misinformation.  It doesn't make any difference.  Using

4   common sense thinking with New York street smarts.  Now

5   with Dr. Maria Ryan, here's Rudy Giuliani.

6        RUDY GIULIANI:  Good morning.  Happy Sunday.

7   This is Rudy Giuliani with Dr. Maria Ryan with

8   Uncovering the Truth.  Today we're going to focus on a

9   somewhat different issue, and we're going to have a

10  real, real surprise at the turn of the half hour.

11       DR. MARIA RYAN:  Yes.  Good morning everybody

12  and merry Christmas.  Apologize for our little technical

13  issues.  Who knows, it may be the Chinese communist

14  party trying to interrupt us providing the truth to you.

15       So there's a lot of things going on, Rudy.

16  You have been out there talking about the fraud that

17  you've uncovered, and now there's starting to be some

18  movement.

19       RUDY GIULIANI:  I know there's not a lot of

20  time.  It's like the fourth quarter of a game, but a lot

21  of games are won in the fourth quarter, particularly

22  when you have a great team, and we have the truth on our

23  side.

24       So really let me summarize it simply.  It

25  comes down to five counties, now five states, five

File 29 Uncovering the Truth
December 20, 2020                                                    3

1  counties in those states where the results are

2  clearly inaccurate, false, fraudulent, untrue apply

3  any words you want.  The document given to United

4  States Government by whoever did it in those states,

5  usually their secretary of state or the governor is a

6  false statement.

7          Let me give you an example.  Arizona.

8  Arizona has Biden winning by ten thousand votes, but

9  Arizona takes no account of the fact that not a

10  single noncitizen voted.  According to what we're to

11  believe that in Arizona, which has some of the

12  largest number of illegal immigrants in the world,

13  not a single, not a single one voted.

14          DR. MARIA RYAN:  And we know they have in the

15  past.

16          RUDY GIULIANI:  Zero.  We have (inaudible)

17  from outside groups that put the number at a minimum of

18  22,000, maximum of 80,000.

19          DR. MARIA RYAN:  Yeah, yeah.

20          RUDY GIULIANI:  I don't know.  Pick any of one

21  of those numbers, Trump wins.

22          DR. MARIA RYAN:  Yep, like all the other

23  frauds.

24          RUDY GIULIANI:  I didn't say the election is

25  invalid.  I say Trump wins.  How about the fact that we

1  start off with seven thousand dead people in Arizona.

2  They didn't minus seven thousand for the dead people.

3  In other words, Arizona's vote is premised on the vote

4  of dead people.  Now if seven thousand dead people

5  voted, now we only need three or four thousand

6  noncitizens to vote and we switch the election to Trump.

7  I can go on and on and on and on.

8        There are in Arizona -- how about there are

9  like three, four hundred thousand votes completely

10  unaccounted for.  Nobody knows where they came from.

11  We know where they came from.  They came from the

12  democratic crooks in Arizona.  What are we stupid?

13  And how about this.  We got a subpoena to look at the

14  Dominion machines in Maricopa County.  The machines

15  that in Michigan produced a 62 percent inaccuracy

16  rate and an 84 percent adjudication rate, which means

17  that only 16 percent of the votes in that county were

18  actually cast by people.

19        DR. MARIA RYAN:  That's right.  That means the

20  administrator either manipulated or chose who they

21  wanted, 84 percent.

22        RUDY GIULIANI:  So as a result of that, honest

23  legislatures throughout the country have been outraged.

24  In Arizona we are subpoenaing -- we want to look at the

25  Dominion machines in Arizona because we've been told

1  they were fixed like the ones in Michigan.  The county

2  board has refused to allow us to look.  They've also

3  refused to allow us to look in Atlanta, in Detroit and

4  in Milwaukee.  Now if those machines were honest,

5  please, just a matter of common sense, ladies and

6  gentlemen, if you ran an election and your machines were

7  perfectly honest and you had no worry about the fact

8  that there was algorithm there giving five points more

9  to Biden, would you have any trouble handing them to

10  (inaudible).

11       DR. MARIA RYAN:  No, of course not.

12       RUDY GIULIANI:  I'd have no trouble.

13       DR. MARIA RYAN:  You would want the truth,

14  right?

15       RUDY GIULIANI:  If I'm wrong, I'm wrong.

16  Everything we're saying is baseless, we're lying, we

17  don't know what we're talking about.  Meanwhile they got

18  the courts fixed, not to hear a witness, not a single

19  witness in 70 cases that's heard.  The courts have not

20  examined a single machine except one brave judge in

21  Michigan and he found the machine was 62 percent

22  inaccurate without examining anymore machines.  No more

23  machines.  Oh, my God, you can't have my machines.

24  What's so private about an election machine.  It doesn't

25  have medical records, it doesn't have legal records, it

1  doesn't tell you how you voted.  I can't see how you

2  voted in the machine.  All I can see is the number.  But

3  what I can see is if the number was changed.

4         DR. MARIA RYAN:  Yeah.

5         RUDY GIULIANI:  What I can see is if there was

6  outside interference by the internet that switched

7  votes.  What I can see, like we saw, like we saw in

8  Michigan, I can see that if you run the election three

9  times, you get three different results, three different

10 results.  I can see a proposition that's failed that

11 they made pass.

12        This election is so crooked, here's my

13 challenge to the Democratic Party and the crooks that

14 are putting Biden in office.  Let us examine the

15 machines in Atlanta, let us examine the machines in

16 Philadelphia, let us examine the machines in Detroit,

17 Milwaukee, Phoenix and Las Vegas.  And when we're

18 finished, I'm going to make a guarantee, Donald Trump

19 will be president of the United States.  And if you

20 don't let us do it, you're going to have an

21 illegitimate president who you're keeping in there by

22 covering up voting machines.  You have no right to

23 keep those voting machines private.  They don't

24 belong to you.  Actually, they belong to a crooked

25 company called Dominion that goes all the way back to

1 a bunch of communists, and they've been caught

2 cheating in so many elections it's ridiculous.

3      And also I want to know how much money did

4 Dominion pay to get these contracts.  Do you know how

5 much money they're getting from the state of Georgia,

6 a hundred million dollars.  I've been involved in

7 this long enough, I can smell crooks, smell them, and

8 these crooks smell so bad you can smell them from a

9 mile.

10      DR. MARIA RYAN:  Oh, they stink.

11      RUDY GIULIANI:  Now prove me wrong.  Prove me

12 nuts.  They love to say I'm nuts on west wing bull crap

13 companies.  So prove me wrong and let me have access to

14 those machines.  If I'm wrong, I make a fool out of

15 myself.

16      ANNOUNCER:  This and other fake news stories.

17 People don't know if the videos that they're watching

18 are real.  This is uncovering the truth with Dr. Maria

19 Ryan and Rudy Giuliani.  These fake news stories

20 affected the election.  Now with Dr. Maria Ryan, here's

21 Rudy Giuliani.

22      DR. MARIA RYAN:  Good morning everybody.

23 Thank you for staying with us.  You know, Rudy and I

24 have cut from the same cloth.  We just persevere.  We've

25 had every hiccup this morning, but we are here.

1      RUDY GIULIANI:  And we're going to be on the

2   Tunnel to Towers Foundation hotline in a very, very

3   short while honoring America's heroes through its season

4   of hope.  So donate at T2T.org.  That's T, the number

5   two T.org, and this is the time of year to do it.  And

6   pretty soon we're going to have on the hotline the most

7   famous caller of all.

8      DR. MARIA RYAN:  That's right.  We're talking

9   about a very serious subject, and that's election fraud.

10  You know, the media looks to say irregularities.  I'm

11  not sure.  I've never seen anything like it in my life.

12  I've seen evidence, I've read affidavits.  It is the

13  serious thing.  And although we're talking about the

14  swing states because that can determine an election,

15  literally the fraud happened in every state, and we're

16  hoping we get the information out.  The state

17  legislators are the key.  Constitution gives you the

18  power to pick your electors.

19       One of the very surprising things to me,

20  Rudy, was that people signed and certified election

21  results when there was fraud.  That's putting their

22  name and their integrity to a document they know is

23  false.

24      RUDY GIULIANI:  Well, I know, for example, in

25  Atlanta, in four counties in Atlanta the officials did

1  not want to certify because every time they reran the

2  vote in this phoney Dominion machine the vote came back

3  different, wasn't necessarily who won or lost, it was a

4  different vote every time which tells you the machine is

5  a crap machine.  It's a ridiculous game.

6      These machines you have to realize come

7  from a company that developed machines in order to

8  cheat on elections.

9      DR. MARIA RYAN:  So that's their prime

10  objective.

11      RUDY GIULIANI:  That's why it can do things

12  like change votes, have fractional votes.  Why should a

13  voting machine allow you to change the vote.

14      DR. MARIA RYAN:  It's called skimming so you

15  don't notice things right away.

16      RUDY GIULIANI:  An election machine should be

17  a counting machine.  You should count one, two.

18      DR. MARIA RYAN:  I'm one person.  I'm not a

19  fourth of a person.

20      RUDY GIULIANI:  And then it should be an

21  adding machine.  These machines calculate, and then the

22  liar who owns it, the Canadian liar who owns it goes in

23  front of the Michigan legislature and says you can't

24  have access to his machines.  Meanwhile, the internet

25  access in Detroit, we have pictures of it.  We have

1   pictures of the connection and the Michigan legislature

2   sucking up to him just bows down and listens, bows down

3   and listens.  Then they issue a subpoena to look at the

4   machines in Detroit, and they put it off until

5   January 6th.

6          ANNOUNCER:  Oh, come on.

7          RUDY GIULIANI:  I know what the Democrats are

8   doing it.  Here's what I'm saying to my Republicans

9   there.  What the hell is wrong with you.  What's wrong

10  with you.  You have to have some kind of a political

11  issue you've got, you're too afraid of Dominion.  What's

12  wrong with you guys.  You can't stand up you can't stand

13  up and do the right thing.  I mean, the Democrats stand

14  up for the wrong thing.  They're in complete unity with

15  this crooked stealing they're doing, and you know their

16  stealing is going continue.  When I meet with you you

17  tell me that, when you talk to the President you tell me

18  that, and then you cowardly go under your desk and suck

19  up to the Democrats and you suck up to the elite media.

20  What are you worth.  Go look in the media and figure out

21  what you're worth to your citizens.

22         I find you, the Republican turncoats, the

23  Republican quizlings, I find you the real villains

24  here, the real people who are destroying the right to

25  vote in America, the real people who are going to

1  allow our right of free speech to go under because

2  you did very little about what your governors did

3  when they took away the right of free speech.  How

4  about all you guys in Michigan getting pushed around

5  by that governor who acts like a dictator.  Where are

6  the Republicans fighting her back.

7       DR. MARIA RYAN:  And of course, I always say

8  it shouldn't be the Republicans, but in reality it is.

9       RUDY GIULIANI:  Where are the patriots

10  fighting her back, the people who are more concerned

11  about their people than what the newspapers write about

12  them or the community says about them.  All I care about

13  is if I'm doing the right thing.  I look in the mirror.

14  If I am, I can live with God.  If I can't, I go change

15  it.

16       DR. MARIA RYAN:  That's right.  And there were

17  two major developments with uncovering the truth on

18  election fraud.  First, Georgia's secretary of state

19  announced late this week his office will be partnering

20  with the University of Georgia on a statewide review of

21  signature verifications in the peach state.

22       RUDY GIULIANI:  Bull, bull, bull.  How about

23  letting us look at the machines, governor who got lost

24  in the White House last week.  How about letting us look

25  at the machines, Governor.  How about telling us who

1  signed the hundred million dollar contract.  How about

2  telling us who the lobbyist was for Dominion when you

3  signed it.  How about telling us what lousy machines

4  Dominion turned out to be the first time you used them,

5  and then you used them again, and now you're using them

6  again.  How about the county electors who refused to

7  sign the certifications your people tried to strong arm

8  them into signing.  We know about you, Governor.  Get on

9  the right side.  What are you.

10       DR. MARIA RYAN:  Yeah.

11       RUDY GIULIANI:  You ran as a Republican.  Are

12  you a quizling.  And what about the lieutenant governor.

13  You're acting like Dominion owns you.  I know you gave

14  them a lot of money.  I don't want to make any bad

15  implications here, Governor, but you better get on the

16  right side.

17       DR. MARIA RYAN:  Yep.  Where are you people

18  who are involved in this fraud.  Speak up and maybe

19  somebody will give you a deal of protection, but this is

20  huge.  You know, there's a lot of internet traffic on

21  it, and I believe maybe one fourth of what I read on the

22  internet, but it seems through time that maybe some of

23  those things on the internet about these machines is

24  true.  The analysis that people are doing, and there's

25  Democrats out there who are doing analysis that tell us

1  there's fraud.

2      RUDY GIULIANI:  There is no doubt there was

3  massive fraud in this election.  The big question is did

4  it affect the election results.  I'm going to tell you

5  how we find out.

6      We do a forensic analysis of the Dominion

7  machines in five counties, five cities.  It will take

8  two weeks.  It can be done well in time for

9  January 6th, and then we will know who won the

10  presidency.  If we don't do that, we will never know

11  until someday somebody findings it.

12      So we're going to be back on the Tunnel to

13  Towers Foundation hotline, honor American heroes in a

14  few minutes, and we'll be getting right to your calls

15  and to our special guest.  Thank you.

16      ANNOUNCER:  This is Uncovering the Truth with

17  Dr. Maria Ryan and Rudy Giuliani.  Guarding against

18  misinformation, fake news, and it doesn't seem to be

19  making a difference.  Now with Dr. Maria Ryan.  Here's

20  Rudy Giuliani.

21      DR. MARIA RYAN:  Good morning.  Dr. Maria.

22  How are you everybody.  Happy Sunday.  Thank you for

23  joining us on Uncovering the Truth.  We thank you for

24  listening on air, and you can join WABCradio.com and

25  listen to us live there, and always you can download the

1  77 WABC mobile app.

2       RUDY GIULIANI:  So why don't we go to a phone

3  call on the Tunnel to Towers.  While we're waiting for a

4  call, so I will tell you about the study in Antrim

5  County that leads me to the challenge that I'm making.

6            The study in Antrim County very simply

7  showed when they got the one chance to look at these

8  crooked Dominion machines, and let me give you the

9  one statistic that's probably the most telling.

10 Eighty-four of the votes cast had to be sent for

11 adjudication.  That meant the machine found something

12 wrong with 84 percent of the votes cast, so let's

13 start off with the fact that only 16 percent of the

14 votes went through.

15      DR. MARIA RYAN:  Yeah.

16      RUDY GIULIANI:  84 then go to an administrator

17 who decides how the votes should be cast.

18      DR. MARIA RYAN:  Yeah.  This is crazy.

19      RUDY GIULIANI:  Now, we don't know in the case

20 of Antrim County how they decided because that part of

21 the machine is missing.  It was taken out.  Now, the

22 secretary of state of Michigan some weeks earlier

23 ordered that all electronic records be destroyed in

24 violation of the law of Michigan, which makes it a

25 felony to do that.  But, of course, since the governor

1  is a completely whatever Democrat, Governor Witless,

2  nothing has been done about that.

3       Now, here's my challenge to the Democrats.

4  You keep saying that we're making up phoney election,

5  phoney election, and I say you conducted a crooked

6  election, the worst in American history.  Now, here's

7  a way to prove who's right.  Let's us examine the

8  Dominion machines in the questionable counties.  We

9  just need five.  We just need five.  Let me look and

10  you can watch me looking, okay.  You can watch me

11  looking at all the machines in Detroit.

12       Would anyone like to make a bet if you can

13  do it on radio that it turns out that Trump won

14  Michigan.  Want to bet.  How about we do the same

15  thing in Arizona where we lost by only ten thousand.

16  Do you think that I can find ten thousand illegal

17  immigrants that voted in Arizona.  Would you like to

18  make a bet on that?  What do you think the odds in

19  Las Vegas would be.  Can Giuliani find ten thousand

20  illegal immigrants that voted in Arizona since

21  Arizona said none did, lying to the United States.

22  What do you think my chances are in Atlanta of

23  proving that that tape that I have that shows them

24  stuffing the ballot with pristine ballots that they

25  made up, 40,000 of them, what do you think is going

File 29 Uncovering the Truth
December 20, 2020                                    16

1   to happen when we get those people on the witness

2   stand after we look at the machines and prove that

3   there were 40,000 illegal votes put in in a half

4   hour.

5        Now, I could be wrong about all this, but

6   I'm willing to stake my reputation on it.  Let me do,

7   with the experts, let me do the machines in five

8   counties and we'll keep our mouth shut.  But I'm

9   willing to say to all you people who are Republicans,

10  who are loyal Republicans, all you people who are

11  law-abiding Americans, I'm willing to say Donald

12  Trump becomes the president, how about that.  I'm

13  going to issue that challenge today and for every day

14  over and over again, show me the machines.  Show me,

15  and what are you hiding if you don't want to show us

16  the machines.

17       DR. MARIA RYAN:  You know, we spent several

18  weeks on the voter fraud that's happening in our

19  country, and I could not be more pleased in welcoming

20  the 45th President of the United States to Uncovering

21  the truth.  Our special thanks to President Trump for

22  taking his time to call in today.

23       Mr. President, how are you?

24       DONALD TRUMP:  Well, thank you very much, and

25  I call in to wish everybody a very merry Christmas.  And

1  as you know, Rudy and his team and myself and a lot of

2  other people, and frankly millions of people all over

3  the country, we have uncovered a voter fraud, the

4  greatest voter fraud in history.  It's the most corrupt

5  election this country has ever had by far, and I think

6  it's great that you not only worked on it because Rudy's

7  invaluable, but not only worked on it, and we've already

8  found the answers.  Now we have to get the support from

9  some politicians.  Other than that, we have it made.  I

10  think we've come a long way in a very short period of

11  time.

12        RUDY GIULIANI:  Mr. President, I just issued a

13  challenge.  I said to the Democrats if you're so sure

14  that we're lying and we're making this up, how about

15  letting us examine the machines in six cities, six

16  counties.  We'll examine them, open in public and let's

17  see who won.

18        DONALD TRUMP:  Right.  The machines, number

19  one, and every machine we've looked at, you know what

20  the results there have been.  But the machines and also

21  the signature verifications.

22        RUDY GIULIANI:  Yeah.

23        DONALD TRUMP:  Let us see the signatures in

24  Fulton County in Georgia and a couple of other places.

25  Let us see the signatures.  You'll find that hundreds of

1  thousands of signatures either don't exist or were

2  fraudulently written.  And no matter where you look, I

3  mean, no matter where you look you're going to find it.

4  We're trying to work.  It's a very difficult thing

5  because of the governor and the secretary of state, but

6  I think they are now to -- on Monday they're starting

7  signature counts, but they're not starting them --

8  signature verifications, but they're not starting them

9  in the right location.  They're starting them in areas

10  which are not very troubled, and we'll still find a lot

11  even if those areas.  But they should let us do

12  signature counts in the proper locations, and you will

13  see hundreds of thousands of fraudulent signatures, or

14  signatures that don't even exist.

15       DR. MARIA RYAN:  We know that's true,

16  Mr. President, and we're all fighting for you.  It's not

17  just because we're conservative or Republicans.  It's

18  because it's the truth.  The people overwhelmingly want

19  you to continue in the White House.  You've done an

20  impeccable job in four years over great adversity.

21  There was so many corruption, so much of the deep state

22  working against you, media, big tech.  But you know

23  what, we saw what you were doing, getting hostages

24  released, best economy, the fact that you were putting

25  America first.  We love you and honor you for that and

1  we wish you and your family a very merry Christmas.

2       DONALD TRUMP:  Thank you.  That's so nice.

3       RUDY GIULIANI:  You have more support now than

4  you had before the election.

5       DONALD TRUMP:  You know, it's true.  That's

6  true.  I spoke to a great gentleman, Tommy Tuberville

7  last night, and he is so excited.  He said you made me

8  the most popular politician in the United States.  He

9  said I can't believe it.  He's great, great senator.

10  I'm so glad you mentioned hostages because you know we

11  have -- it's a great time to talk about it.  We've

12  released 49 hostages.  We don't pay because if you pay

13  you'll have a problem like you've never seen before, but

14  we've gotten 49 people out that everybody said you'll

15  never be able to get out, so it's been a great

16  achievement.  It's been an amazing achievement out of

17  places that you don't even want to know about, that's

18  how bad they were.

19       RUDY GIULIANI:  There's a lot more,

20  Mr. President.

21       DONALD TRUMP:  There are more out there.

22       RUDY GIULIANI:  American people are behind

23  you.  That's all you need.

24       DONALD TRUMP:  You're right, and you're behind

25  us.  Thank you, Rudy.  Thank you both and merry

1  Christmas.

2       RUDY GIULIANI:  Merry Christmas to the family.

3       DONALD TRUMP:  Thank you, guys.  We're getting

4  closer and closer.  I hope you let everybody know we're

5  actually very close.  The fake news will not tell you

6  that.  They don't want to talk about it.  They're trying

7  to suppress it.  We don't have freedom of the press at

8  all.  It's suppressed news.  It's a terrible thing

9  that's happened in our country the last --

10       DR. MARIA RYAN:  It really is.

11       DONALD TRUMP:  It started a long time ago, but

12  it's gotten to a point, it's just -- it's a terrible

13  thing.  It's not freedom of the press, and we've got to

14  bring that back because the press is so suppressed, it's

15  so dishonest.  I don't even call it fake news anymore, I

16  call it corrupt news.

17       RUDY GIULIANI:  Yep.

18       DONALD TRUMP:  So just thank you very much.

19  You're great patriots, both of you.

20       RUDY GIULIANI:  Yep.

21       DONALD TRUMP:  I hear your show is a big

22  success.  Merry Christmas to everybody.

23       RUDY GIULIANI:  God bless.

24       DONALD TRUMP:  So long.  Thanks.

25       DR. MARIA RYAN:  Merry Christmas,

1  Mr. President.  Thank you.

2      DONALD TRUMP:  Thank you, darling.  You take

3  care.  Bye.  Bye everybody.

4      DR. MARIA RYAN:  Bye bye.  Well, that was a

5  great thrill, Rudy.  I know he's a good friend of yours,

6  but like the President of the United States called into

7  our Uncovering the Truth.  Woo hoo.  Yes, I'm doing a

8  little dance right now.  That was awesome.

9      RUDY GIULIANI:  So much for he sounds

10  depressed.  He sounds depressed, he sounds defeated.  I

11  love that.  The New York Times, staff is all fighting.

12  They're all fighting with each other.  They're throwing

13  things across the room.

14      DR. MARIA RYAN:  Well, some of the staff have

15  to go I think.

16      RUDY GIULIANI:  Maria, you want to be nice,

17  you want to be nice.  Look, I tell you, the thing about

18  President Trump having been his friend and having

19  supported him in 2016 and been through so much with him.

20  I watched him campaigning in 2016, I increasingly

21  realized he'd be a good president.  When I first started

22  with him I knew him for 28 years.  I knew him, gosh,

23  much better than Hilary, and I thought he'd be much

24  better than the other Republicans because I knew what a

25  decisive, quick decision maker he was, a little like I

1 always felt I was.

2      DR. MARIA RYAN:  Yeah.

3      RUDY GIULIANI:  So I told him he could do the

4 same thing as president as I did as mayor.  He'll just

5 take charge and just change things and basically tell

6 the New York Times you don't know what the hell you're

7 talking about, and they don't.

8      ANNOUNCER:  Yeah.

9      RUDY GIULIANI:  The long and short of it is

10 he's turned out to be a great president.  Not just a

11 good one, I thought he'd be a great one.

12      DR. MARIA RYAN:  Superseding expectations,

13 right.  I'll tell you why I voted for him in 2016 was

14 because he was a businessman.  I run a hospital.  It's a

15 business.  I have to wheel and deal with vendors,

16 insurance companies, blah, blah, blah.  He's used to

17 that.  He's used to a goal in getting it done.  But I

18 admit, as many other people, he's superseded all of our

19 expectations, and he deserves -- we voted for him to be

20 our 2020 to 2024 president, and we are going to get the

21 truth out.

22      RUDY GIULIANI:  Well, the fact is having gone

23 through these states in tremendous detail, I could

24 almost tell you how much he won by now.  I can tell you

25 he won by 400,000 votes in Pennsylvania.  That's a

1  landslide.

2       DR. MARIA RYAN:  That's pretty specific too.

3       RUDY GIULIANI:  That's 300,000 less than he

4  was on election.  Even 800,000 election.  He won by

5  three or four hundred thousand in Pennsylvania.  He won

6  by a hundred thousand in Michigan.  He won by 50, 60,000

7  at least in Arizona, and he probably won by a hundred

8  thousand in Georgia.  I mean, how is it that in Alabama,

9  right next door, he gets 79 percent of the vote and then

10  he loses Georgia.

11       DR. MARIA RYAN:  Yeah, right.

12       RUDY GIULIANI:  He runs behind the senators in

13  Georgia.  Every Republican Senator in Georgia knows it's

14  a fix because every one of them ran ahead of Donald

15  Trump.  Donald Trump is twice as popular as any

16  democratic senator.

17       DR. MARIA RYAN:  And he said that.  I heard

18  him on the phone.

19       RUDY GIULIANI:  Why do Loeffler and Perdue

20  want him to come in?  Because they can't win on their

21  own.

22       DR. MARIA RYAN:  Yeah.

23       RUDY GIULIANI:  They can't win on their own.

24  He's much more popular than they are.  Every

25  professional politician, including on the Democrat side,

1  knows how big a fix this was.  The professional media

2  knows it and they cover it up, and we are involved in

3  the second biggest propaganda effort ever in the history

4  of America.  The biggest propaganda effort is hiding

5  what a crook Joe Biden was, which they began with

6  closing down the news five or six months ago, and now

7  the American people are sitting there looking at a

8  possible president who's a lifetime crook.

9          DR. MARIA RYAN:  Yeah.  It's just amazing.

10  President Trump opened my eyes about the deep state.  I

11  don't think that I knew it existed.  Did I know there's

12  some corruption and some bad apples, absolutely, but did

13  I really know about deep state and that they, you know,

14  can work against a president's agenda, that they could

15  create a hidden White House and do nefarious things to

16  line their pockets?  Republicans, Democrats, I don't

17  care who you are, what your title is, when you do public

18  service and you come out a multi millionaire with

19  multiple homes, something's wrong because we know the

20  income that they're getting as senators, as congress

21  people.

22          RUDY GIULIANI:  You know what I was thinking

23  Maria.

24          DR. MARIA RYAN:  What's that?

25          RUDY GIULIANI:  From now on when people call

1  on the Tunnel to Towers hotline, they're going to be

2  calling on the same hotline that President Trump called

3  on.

4          DR. MARIA RYAN:  That's right.

5          RUDY GIULIANI:  And I know how much -- I

6  should have asked him.  I know how much he supports

7  Tunnel to Towers.  Tunnel to Towers Foundation is

8  honoring America's heros through season of hope right

9  now.  So donate at T2T.org.  That's T, the number

10  2T.org.  T2T.org.  And of all the places I could think

11  I'd want him to call, it's the Tunnel to Towers hotline

12  because you should realize that he and I and Maria share

13  in common incredible love and appreciation to our

14  military, and particularly the ones who sacrifice so

15  much for us.

16          DR. MARIA RYAN:  Oh, big time.

17          RUDY GIULIANI:  And at Christmas time, that's

18  the time to remember it.  Just think about I'll Be Home

19  for Christmas, the song that was written about the

20  Second World War soldier who couldn't get home.

21          DR. MARIA RYAN:  Oh, yeah.

22          RUDY GIULIANI:  I think it was during the

23  Battle of the Bulge.  Everyone thinks it's a Christmas

24  sweet, sweet song.  It is, but it's like Danny Boy and

25  there's a little turn and you start crying because he's

1  not going to be home.

2      DR. MARIA RYAN:  Fighting for freedom.

3      RUDY GIULIANI:  You wonder if he ever got home

4  for Christmas, and if he didn't he's probably buried in

5  Europe.  We're the only country in the world who has our

6  men and women buried all over the world to save people,

7  not to take their land but to save them.

8      ANNOUNCER:  Yeah.  It gives me chills.

9      RUDY GIULIANI:  Just remember what it is to be

10  an American.

11      Tunnel to Towers Foundation, make your

12  donation as a Christmas gesture right now, right now,

13  now, now, now during our break and we'll be right

14  back.

15      ANNOUNCER:  For the latest news behind the

16  scenes videos, get it all now.  Like 77 WABC on

17  Facebook.  And other fake news stories.  People don't

18  know if the videos they're watching are real.  This is

19  Uncovering the Truth with Dr. Maria Ryan and Dr. Rudy

20  Giuliani.  These fake news stories affected the

21  election.  Now with Dr. Maria Ryan, here's Rudy

22  Giuliani.

23      RUDY GIULIANI:  The Tunnel to Towers

24  Foundation is marking its season of hope, and they need

25  your help.  The foundation is honoring America's heroes

1  by donating 36 homes in 36 days.  That's one home a day

2  from Thanksgiving through New Year's Eve.  Tunnel to

3  Towers is gifting homes in more than two dozen states

4  across our nation.  They're bringing hope to great

5  Americans, our catastrophically injured veterans, gold

6  star and fallen first responder families.  The

7  foundation is giving thanks to all of those who have

8  sacrificed so much for us and to the many people like

9  you across this country who supported our efforts to

10  honor our nation's heroes.  Join Tunnel to Towers on its

11  mission to do good.  Donate $11 a month by going by

12  T2T.org.  That's T the number two T.org.  T2T.org.  Help

13  bring hope to America's heroes and their families.

14  Merry Christmas.

15        DR. MARIA RYAN:  Oh, beautiful.  We're going

16  to go to our callers on the Tunnel to Tower line.  Let's

17  go with Jaimie from New York.

18        JAIME:  Hi.  How are you.  Thank you for all

19  you do and thank you for this show on a weekend.  It's

20  so refreshing to have this.

21        But my question is about January 6th.

22  Trump is talking about all of us coming down to

23  Washington and we're in New York and a whole bunch of

24  us want to come and we just need more details, like

25  what time and, you know, what we've got to do, do we

1  need to get a hotel.  Can you guys give us some

2  details about what we've got to do?

3       RUDY GIULIANI:  The President mentioned this

4  and a couple of other people just about two days ago, so

5  it's just in formation right now, so we'll have more

6  details for you, I will during the week.

7       DR. MARIA RYAN:  Yeah.

8       RUDY GIULIANI:  During my show.  We'll put it

9  on the Web site, we'll get you all the details.  The

10  other thing we're doing this week and maybe over next

11  weekend between Christmas and New Year's, we're going to

12  ask people to go to their state capitals and start

13  putting pressure on these quizling Republicans who

14  aren't supporting our effort to look at the machines,

15  like in Arizona and in Michigan and in Atlanta, places

16  like that because they need to hear that Republicans are

17  90, 95 percent President Trump.  What are we asking for

18  if we're just asking to look at the machines?  Come on.

19       DR. MARIA RYAN:  Yeah, that's right.  Well,

20  thank you for calling in, Jaimie, and we'll get that the

21  information out.

22       RUDY GIULIANI:  We'll keep you posted on it.

23       DR. MARIA RYAN:  I know it would mean a lot to

24  the President for people to come out that want honesty

25  and integrity.

1      RUDY GIULIANI:  We just want an honest count.

2      DR. MARIA RYAN:  That's right.  And let's go

3  to Judy from Brooklyn.

4      JUDY:  Hello?  Good morning.  Can you hear me?

5      DR. MARIA RYAN:  We can.

6      JUDY:  Okay.  Thank you.  I want to ask you a

7  question, Rudy.  I understand that the Dominion machines

8  were connected to Germany and they're counted in Germany

9  and I hear that the German people saw on the night of

10  the election that Donald Trump won electoral votes 410

11  electoral votes against Biden's mere 128 before the

12  service was (inaudible), which means it really showed

13  how Donald Trump was the winner the night of the

14  election and I'd like to hear your comment about that,

15  please.  Well, here's what I can tell you.  I don't want

16  to stretch anything other than what I actually know.

17  Votes were sent to a super computer, I believe it was in

18  Frankfurt, Germany based on its connection with

19  Smartmatic, which it denies.  It denies it has a

20  connection with Smartmatic.  It denies that it sent any

21  votes out of the country.  We have definitive proof that

22  it did, definitive proof that it did, not just proof.

23  Exactly what they were doing with those votes in

24  Germany, that I can't tell you because that machine was

25  seized and nobody knows where it is.  Nobody knows where

1 that machine is.  We thought originally it was seized by

2 the FBI.  FBI didn't seize it.  As far as I can tell no

3 American authority seized it.  The machine is gone.

4          They were also counseling votes in

5 Barcelona, and they were sending some votes to

6 Venezuela, and they were sending votes to Iran.  So

7 when you listen to Dominion and you listen to that

8 pompous idiot who testified for them, he just

9 completely lied to the Michigan legislature, and they

10 just let him get away with it.

11          DR. MARIA RYAN:  Well, we've seen that at the

12 federal level.  Two people can go in front of Congress

13 and lie.

14          RUDY GIULIANI:  I'm going to leave you with a

15 question for this week that relates exactly to that.

16 Should all the Dominion machines in the six questionable

17 counties be audited before we declare a winner in the

18 presidential election, yes or no?  Should all the

19 Dominion machines be fully audited in the six

20 questionable counties before we declare a winner?

21          DR. MARIA RYAN:  Thank you everybody for

22 joining us on Uncovering the Truth.  Thank you, thank

23 you, Mr. President.  Keep fighting.  We're fighting for

24 you.  We're fighting for truth, honesty and uncovering

25 the truth.

1  (End of recording.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              CERTIFICATE OF REPORTER

2

3          I, Charlotte Crandall, certify that I was

4    authorized to and did transcribe the foregoing audio

5    recorded proceedings and that the transcript is a

6    true and complete record of my stenographic notes

7    from an audio recording and was transcribed to the

8    best of my ability.

9

10         Dated this 20th day of January, 2021.

11

12

13

14

15

16         _____

        Charlotte Crandall
17          Registered Professional Reporter

18

19

20

21

22

23

24

25