# Exhibit 137

File 25 Rudy Giulian iHeartRadio
January 15, 2021

```
 1
 2
 3
 4
 5        "RUDY GIULIANI'S COMMON SENSE"
 6              iHeartRADIO
 7
 8
 9
10
11  JANUARY 15, 2021
12  FILE 25
13
14
15
16
17  File 25 available at:
18  https://www.iheart.com/podcast/867-rudy-giulianis-
19  common-sens-72908742/episode/this-has-never-occurred-
20  in-us-76308324/
21
22
23
24
25
```

1       RUDY GIULIANI:  Hello.  This is Rudy
2  Giuliani with Rudy's Common Sense, an abbreviated
3  version of it, because of a highly critical situation
4  that faces our nation.  And that is we are living
5  through the most extensive, most horrific censorship
6  that has ever occurred in this country.
7       Never at any time in this country has there
8  been censorship of this dimension that has gone on for
9  as long as this has gone on.  And now it has
10  culminated in not allowing the president to
11  communicate with approximately 85 million people who
12  follow him and who want to hear him or see him and
13  want to hear and analyze his message.
14       Beyond that, many, many of us, including
15  yours truly, have had podcasts and other text, other
16  communications, eliminated, edited, censored and
17  removed if they violate the rules set down by the big
18  tech oligarchs, Dorsey, people like that who somehow
19  have taken on the role that's really more familiar to
20  (indiscernible) in Nazi Germany, the Soviet Union,
21  Chinese -- the Chinese communists, Venezuela, Cuba.
22  They have people like that.  We -- we've never had
23  people -- we've never had people like that.  We've had
24  people that respect the First Amendment, respect free
25  speech.

1      We'll be right back.

2      (Advertisement.)

3      "My friends, if you want to help preserve
4  America right now while you still can, join AMAC, the
5  Association of Mature American Citizens, the fastest
6  growing conservative group in America, especially for
7  those aged 50 and up.  Joining AMAC gives you access
8  to money-saving benefits, (indiscernible) news, and a
9  great bimonthly magazine.  More importantly, AMAC
10 fights for you.  A socialist storm is brewing.  Our
11 constitutional republic has rarely faced the perils we
12 do today.  Edmund Burke said it best: All it takes for
13 evil to prevail is for good people to do nothing.

14      If you care about our future like I do, then
15 join AMAC today.  Over 2 million conservatives like
16 you and me have already joined AMAC.  Stand with us by
17 joining right now.  Just go to amac.us/rudy.  That's
18 amac.us/rudy.  The benefits of AMAC membership are
19 great, but the cause is even greater.  Join today at
20 amac.us/rudy.  Thank you for returning."

21      RUDY GIULIANI:  Aside from the president's
22 right to communicate with his people, what about the
23 people's right to know?  I mean, 85 million people
24 follow the president.  And 85 million people,
25 basically, are registering a vote that they'd like to

1   know what he says, for better or worse, whether they
2   agree with it or not, whether it's helpful or harmful.
3        That right to know is an extremely important
4   part of the First Amendment, as well as the right to
5   inform.  Well, both have been cut off by wealthy,
6   super wealthy, entitled -- I don't know what they are.
7   They certainly don't understand American values.  They
8   certainly don't understand that America considers as
9   one of its most important rights a right of free
10  speech; that the right of free speech means
11  respecting, protecting, and defending the right of
12  people that disagree with you.  It means it's part of
13  our tradition.
14       The -- the American Jewish Defense League
15  fighting for the right of Nazis to make their vicious
16  and hateful statements so that other rights wouldn't
17  be taken away by other people at other times, that's
18  one -- was one of the great moments in American
19  history.  And -- and the understanding of what free
20  speech is.  Free speech is allowing for vigorous
21  debate, allowing for robust debate, allowing for --
22  for -- for -- for angry and hateful speech even.
23  Because the idea is -- and I think this was Oliver
24  Wendell Holmes who said this -- it's in the
25  marketplace of ideas, the robust and sometimes

1  even -- even vicious discussions from which we test
2  the truth and in which we give people the sense that
3  they're free and they're free to have their own ideas.
4  And they're free also, through that, to open their
5  mind and listen to the opinions of others.
6         That's been violated.  It's been destroyed.
7  It began sometime earlier last year with the whole
8  censorship that surrounded Covid.  There was only one
9  thing you could believe about Covid.  There was only
10 one medicine you could or could not take that may have
11 cost, in fact, many, many lives.
12        It became -- it became acute when the Biden
13 hard drive emerged and there was a complete censorship
14 of that hard drive.  That's information the American
15 people surely had a right to know.  It's information
16 now that, as it emerges, 10 percent of democrats have
17 said if they knew about it, they wouldn't have voted
18 for Joe Biden.
19        That hard drive, with which I am probably
20 more familiar than most -- in fact, I'm probably more
21 familiar than anyone -- reveals 30 years of
22 criminality on the part of the Biden family, and
23 particularly, Joe Biden as the boss, the top of the
24 Biden family, in which his office was sold over and
25 over and over again by his relatives for their benefit

1  and for his -- described by his son in his son -- his
2  son's text to his daughter saying that his son was
3  taking care of the expenses of the family for 30 years
4  and still having to kick 50 percent back to Joe.  You
5  probably don't know that because that's been censored.
6  That's in the hard drive.  I'm not making that up.
7  That's what Hunter Biden said.
8          And when you listen to that hard drive, when
9  you -- when you read it, when you look at it, if
10 you're ever given the right to do it, or go back and
11 look at the New York Post articles about it, what
12 you'll see is the villain of the piece is not Hunter
13 Biden.  The villain of the piece is Joe Biden, the man
14 who orchestrated Hunter.  The man who used his
15 addicted son as a bag man.  What kind of father does
16 that?  You're entitled to know that before you vote.
17 That was kept from you by the networks, it was kept
18 from you by the newspapers, and it was kept from you
19 by the big tech oligarchs who now, once again, want to
20 keep from you any debate about the 2020 election.
21         If someone casts doubt on the 2020 election,
22 they're accused of inciting violence.  I mean, that's
23 absurd.  And if I -- if I talk -- if I talk to you
24 about the evidence that I've seen with my own eyes
25 or -- or the video that I can produce of votes being

1  stolen in Georgia that actually would change the
2  result in Georgia from Biden to Trump, if I show you
3  that video, I'll be banned.  In fact, two of my
4  podcasts have been taken down.  And I believe the
5  reason is that in those podcasts, I assert that
6  certain states actually voted for -- for Trump rather
7  than for Biden.  And I'm accused of -- of somehow
8  fomenting violence by saying that.
9       For each one of those states I have enormous
10 amount of proof that what I'm saying is true.  I have
11 affidavits.  I have, in some cases, videotapes.  I
12 have scientific analysis.  I have examinations of the
13 crooked Dominion machines.
14       Now, people are entitled to look at that and
15 evaluate it and decide whether I'm telling the truth
16 or not.  But all of that has been cut off.  All of
17 that has been kept from you.  So it's really you're
18 not Americans anymore, which are creatures of big
19 tech.  They have a right to decide what you know and
20 what you don't know.  They have a right to decide
21 whether you should find out about the criminality of a
22 man running for president of the United States and
23 they have a right to -- to keep from you the evidence
24 that possibly, and I believe actually, votes were
25 stolen in such large numbers in the 2020 election that

1   not only did we elect a man with a 30-year criminal

2   background, but we elected him illegally.

3          Now would be a good time to take a short

4   break.

5          (Advertisement)

6          "If you want a good cigar, go to a good

7   cigar shop.  You want the best, go to Famous Smoke

8   Shop.  Let Famous Smoke deliver your favorite cigars

9   right to your doorstep at America's lowest prices.

10  Famous opened in 1939 as a small shop in New York

11  City.  Today it's the largest privately held American-

12  owned cigar business in the country.  That's 80 years'

13  experience in the cigar business.  And they're putting

14  that experience to work for you making deals on the

15  cigars you love, from affordable everyday smokes to

16  high-end luxury cigars for your next special occasion.

17  Go to famous-smoke.com/rudy and click the activate

18  button to apply the promo code.  Pick from more than a

19  thousand cigar brands fresh and ready to ship from

20  Famous Smoke's climate-controlled 24,000 square foot

21  humidor.  Check out with the promo code Rudy20.

22  That's Rudy, R-u-d-y, 2-0.  And get $20 off your

23  order.  Every cigar purchase you make is backed by the

24  Famous freshness guarantee.  Get real cigars from a

25  real cigar shop shipped direct to you from Famous

1  Smoke Shop.  Go to famous-smoke.com/rudy.  That's
2  famous-smoke.com/rudy."
3       RUDY GIULIANI:  Thank you for returning.
4  What do we do about this?  How do we go back to being
5  a country where we have free speech?  How do we go
6  back to a country where we can express our opinions,
7  put forth our evidence, and be judged in the
8  marketplace of ideas?  How do we -- how do we get back
9  to the ancient Greek ideal that all ideas have to be
10 expressed and then evaluated?  If they're crazy, if
11 they're stupid, if they're unfounded, they'll be
12 rejected.  They'll be rejected quickly.
13      The reason we're being censored, and the
14 reason we're being censored with the vehemence with
15 which we are being censored, is because we're telling
16 the truth.  You've already found that out about the
17 hard drive, haven't you?  You know, I couldn't -- I
18 couldn't get out most of the hard drive before the
19 election.  And now everything I've said about it and
20 everything I said about Ukraine is turning out to be
21 absolutely 100 percent true.
22      What's gonna happen when everything I've
23 said about the election turns out to be absolutely
24 true?  That's the reason they're censoring it.
25 They're not censoring it because it's not -- because

1  it's not true.  If it were not true, they could prove

2  it.  If what I'm saying about the election is not

3  true, they could -- they could take all those Dominion

4  machines, they could bring in independent forensic

5  experts.  They could -- they could allow their

6  forensic experts and ours to examine them, and we'd

7  see who is right.  If they are honest machines, then

8  I'll be very foolish.  I'll look very foolish.  But if

9  they're not, some of them will go to jail.

10          If the -- the tape that I have of the votes

11  being stolen in -- in Fulton County, Georgia is not

12  true, I'll be very foolish.  But if it is investigated

13  and it is true and your eyes don't deceive you, then

14  some people will go to jail.

15          So the reason we have this dictatorial,

16  fascist, Nazi, communist-like censorship is because

17  they're afraid of the truth, because the truth strips

18  them of the dictatorial power they have.  Political,

19  money, greed, and sickness.  Please pay attention to

20  this.  An awful lot of people are being hurt.  But

21  most importantly, the 85 million people that have a

22  right to know what the president is saying have a

23  right to know it.  And it should not be restricted,

24  constricted, or blocked in any way by a group of

25  greedy oligarchs who seem to give no quarter at all

1   and have no interest in the right of free speech, one

2   of our most basic American rights.

3          And as Abraham Lincoln would say, if you

4   don't understand the values of an American, you're not

5   an American.  Thank you.

6          (End of recording.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

1
2
3
4     I, KARI FRILLICI, Certified Shorthand
5  Reporter and Certified Electronic Transcriptionist, do
6  hereby certify that I was authorized to transcribe the
7  foregoing recording, and that the transcript is a true
8  and accurate transcription of the provided audio
9  recording to the best of my ability.
10
11     I further certify that I am not of counsel
12 or attorney for either or any of the parties to said
13 proceedings, nor in any way interested in the events
14 of this cause, and that I am not related to any of the
15 parties thereto.
16
17     Dated this 19th day of January 2021.
18
19     _____
20     KARI FRILLICI, CSR 9030, CET 1150
21
22
23
24
25

File: 25 Rudy Giuliani Linear Radio
January 15, 2021                                                              1

| $ | A | analysis 7:12 | brands 8:19 |
|---|---|---|---|
| **$20** 8:22 | **abbreviated** 2:2 | **analyze** 2:13 | **break** 8:4 |
| | **ability** 12:9 | **ancient** 9:9 | **brewing** 3:10 |
| **1** | **Abraham** 11:3 | **angry** 4:22 | **bring** 10:4 |
| | **absolutely** 9:21,23 | **anymore** 7:18 | **Burke** 3:12 |
| **10** 5:16 | **absurd** 6:23 | **apply** 8:18 | **business** 8:12,13 |
| **100** 9:21 | **access** 3:7 | **approximately** 2:11 | **button** 8:18 |
| **1150** 12:20 | **accurate** 12:8 | **articles** 6:11 | |
| **15** 1:11 | **accused** 6:22 7:7 | **assert** 7:5 | **C** |
| **1939** 8:10 | **activate** 8:17 | **Association** 3:5 | **care** 3:14 6:3 |
| **19th** 12:17 | **acute** 5:12 | **attention** 10:19 | **cases** 7:11 |
| | **addicted** 6:15 | **attorney** 12:12 | **casts** 6:21 |
| **2** | **Advertisement** 3:2 8:5 | **audio** 12:8 | **censored** 2:16 6:5 9:13,14,15 |
| **2** 3:15 | **affidavits** 7:11 | **authorized** 12:6 | **censoring** 9:24,25 |
| **2-0** 8:22 | **affordable** 8:15 | **awful** 10:20 | **censorship** 2:5,8 5:8,13 10:16 |
| **2020** 6:20,21 7:25 | **afraid** 10:17 | | **Certified** 12:4,5 |
| **2021** 1:11 12:17 | **aged** 3:7 | **B** | **certify** 12:6,11 |
| **24,000** 8:20 | **agree** 4:2 | **back** 3:1 6:4, 10 9:4,6,8 | **CET** 12:20 |
| **25** 1:12,17 | **allowing** 2:10 4:20,21 | **backed** 8:23 | **change** 7:1 |
| | **AMAC** 3:4,7,9, 15,16,18 | **background** 8:2 | **Check** 8:21 |
| **3** | **amac.us/rudy.** 3:17,18,20 | **bag** 6:15 | **Chinese** 2:21 |
| **30** 5:21 6:3 | **Amendment** 2:24 4:4 | **banned** 7:3 | **cigar** 8:6,7, 12,13,19,23,25 |
| **30-year** 8:1 | **America** 3:4,6 4:8 | **basic** 11:2 | **cigars** 8:8, 15,16,24 |
| | **America's** 8:9 | **basically** 3:25 | **Citizens** 3:5 |
| **5** | **American** 3:5 4:7,14,18 5:14 11:2,4,5 | **began** 5:7 | **City** 8:11 |
| **50** 3:7 6:4 | **American-** 8:11 | **benefit** 5:25 | **click** 8:17 |
| | **Americans** 7:18 | **benefits** 3:8, 18 | **climate-controlled** 8:20 |
| **8** | **amount** 7:10 | **Biden** 5:12, 18,22,23,24 6:7,13 7:2,7 | **code** 8:18,21 |
| **80** 8:12 | | **big** 2:17 6:19 7:18 | **Common** 1:5 2:2 |
| **85** 2:11 3:23, 24 10:21 | | **bimonthly** 3:9 | |
| | | **blocked** 10:24 | |
| **9** | | **boss** 5:23 | |
| **9030** 12:20 | | | |

**common-sens-72908742/
episode/this-has-never-occurred-**
  1:19
**communicate**
  2:11 3:22
**communications**
  2:16
**communist-like**
  10:16
**communists**
  2:21
**complete** 5:13
**conservative**
  3:6
**conservatives**
  3:15
**considers** 4:8
**constitutional**
  3:11
**constricted**
  10:24
**cost** 5:11
**counsel** 12:11
**country** 2:6,7
  8:12 9:5,6
**County** 10:11
**Covid** 5:8,9
**crazy** 9:10
**creatures**
  7:18
**criminal** 8:1
**criminality**
  5:22 7:21
**critical** 2:3
**crooked** 7:13
**CSR** 12:20
**Cuba** 2:21
**culminated**
  2:10
**cut** 4:5 7:16

**D**

**Dated** 12:17
**daughter** 6:2
**day** 12:17
**deals** 8:14
**debate** 4:21
  6:20
**deceive** 10:13
**decide** 7:15,
  19,20
**defending**
  4:11
**Defense** 4:14
**deliver** 8:8
**democrats**
  5:16
**destroyed** 5:6
**dictatorial**
  10:15,18
**dimension** 2:8
**direct** 8:25
**disagree** 4:12
**discussions**
  5:1
**Dominion** 7:13
  10:3
**doorstep** 8:9
**Dorsey** 2:18
**doubt** 6:21
**drive** 5:13,
  14,19 6:6,8
  9:17,18

**E**

**earlier** 5:7
**edited** 2:16
**Edmund** 3:12
**elect** 8:1
**elected** 8:2
**election**
  6:20,21 7:25
  9:19,23 10:2

**Electronic**
  12:5
**eliminated**
  2:16
**emerged** 5:13
**emerges** 5:16
**end** 11:6
**enormous** 7:9
**entitled** 4:6
  6:16 7:14
**evaluate** 7:15
**evaluated**
  9:10
**events** 12:13
**everyday** 8:15
**evidence** 6:24
  7:23 9:7
**evil** 3:13
**examinations**
  7:12
**examine** 10:6
**expenses** 6:3
**experience**
  8:13,14
**experts** 10:5,
  6
**express** 9:6
**expressed**
  9:10
**extensive** 2:5
**extremely** 4:3
**eyes** 6:24
  10:13

**F**

**faced** 3:11
**faces** 2:4
**fact** 5:11,20
  7:3
**familiar** 2:19
  5:20,21
**family** 5:22,
  24 6:3
**Famous** 8:7,8,
  10,20,24,25

**famous-smoke.
com/rudy** 8:17
**famous-smoke.
com/rudy.**
  9:1,2
**fascist** 10:16
**fastest** 3:5
**father** 6:15
**favorite** 8:8
**fighting** 4:15
**fights** 3:10
**File** 1:12,17
**find** 7:21
**follow** 2:12
  3:24
**fomenting** 7:8
**foolish** 10:8,
  12
**foot** 8:20
**foregoing**
  12:7
**forensic**
  10:4,6
**found** 9:16
**free** 2:24
  4:9,10,19,20
  5:3,4 9:5
  11:1
**fresh** 8:19
**freshness**
  8:24
**friends** 3:3
**FRILLICI**
  12:4,20
**Fulton** 10:11
**future** 3:14

**G**

**Georgia** 7:1,2
  10:11
**Germany** 2:20
**Giuliani** 2:1,
  2 3:21 9:3
**GIULIANI'S**
  1:5

give  5:2
  10:25
good  3:13
  8:3,6
great  3:9,19
  4:18
greater  3:19
greed  10:19
greedy  10:25
Greek  9:9
group  3:6
  10:24
growing  3:6
guarantee
  8:24

            H

happen  9:22
hard  5:13,14,
  19  6:6,8
  9:17,18
harmful  4:2
hateful  4:16,
  22
hear  2:12,13
held  8:11
helpful  4:2
high-end  8:16
highly  2:3
history  4:19
Holmes  4:24
honest  10:7
horrific  2:5
https://www.
  iheart.com/
  podcast/867-
  rudy-
  giulianis-
  1:18
humidor  8:21
Hunter  6:7,
  12,14
hurt  10:20

            I

idea  4:23
ideal  9:9
ideas  4:25
  5:3  9:8,9
iheartradio
  1:6
illegally  8:2
important
  4:3,9
importantly
  3:9  10:21
in-us-76308324
  1:20
inciting  6:22
including
  2:14
independent
  10:4
indiscernible
  2:20  3:8
inform  4:5
information
  5:14,15
interest  11:1
interested
  12:13
investigated
  10:12

            J

jail  10:9,14
January  1:11
  12:17
Jewish  4:14
Joe  5:18,23
  6:4,13
join  3:4,15,
  19
joined  3:16
joining  3:7,
  17

judged  9:7

            K

KARI  12:4,20
kick  6:4
kind  6:15
knew  5:17

            L

large  7:25
largest  8:11
League  4:14
Lincoln  11:3
listen  5:5
  6:8
lives  5:11
living  2:4
long  2:9
lot  10:20
love  8:15
lowest  8:9
luxury  8:16

            M

machines  7:13
  10:4,7
magazine  3:9
make  4:15
  8:23
making  6:6
  8:14
man  6:13,14,
  15  7:22  8:1
marketplace
  4:25  9:8
Mature  3:5
means  4:10,12
medicine  5:10
membership
  3:18
message  2:13
million  2:11
  3:15,23,24

  10:21
mind  5:5
moments  4:18
money  10:19
money-saving
  3:8

            N

nation  2:4
Nazi  2:20
  10:16
Nazis  4:15
networks  6:17
news  3:8
newspapers
  6:18
numbers  7:25

            O

occasion  8:16
occurred  2:6
office  5:24
oligarchs
  2:18  6:19
  10:25
Oliver  4:23
open  5:4
opened  8:10
opinions  5:5
  9:6
orchestrated
  6:14
order  8:23
owned  8:12

            P

part  4:4,12
  5:22
parties
  12:12,15
pay  10:19
people  2:11,
  18,22,23,24

3:13,22,23,24
4:12,17 5:2,
15 7:14
10:14,20,21
**people's** 3:23
**percent** 5:16
6:4 9:21
**perils** 3:11
**Pick** 8:18
**piece** 6:12,13
**podcasts** 2:15
7:4,5
**Political**
10:18
**possibly** 7:24
**Post** 6:11
**power** 10:18
**preserve** 3:3
**president**
2:10 3:24
7:22 10:22
**president's**
3:21
**prevail** 3:13
**prices** 8:9
**privately**
8:11
**proceedings**
12:13
**produce** 6:25
**promo** 8:18,21
**proof** 7:10
**protecting**
4:11
**prove** 10:1
**provided** 12:8
**purchase** 8:23
**put** 9:7
**putting** 8:13

**Q**

**quarter** 10:25
**quickly** 9:12

**R**

**R-U-D-Y** 8:22
**rarely** 3:11
**read** 6:9
**ready** 8:19
**real** 8:24,25
**reason** 7:5
9:13,14,24
10:15
**recording**
11:6 12:7,9
**registering**
3:25
**rejected** 9:12
**related** 12:14
**relatives**
5:25
**removed** 2:17
**Reporter** 12:5
**republic** 3:11
**respect** 2:24
**respecting**
4:11
**restricted**
10:23
**result** 7:2
**returning**
3:20 9:3
**reveals** 5:21
**rights** 4:9,16
11:2
**robust** 4:21,
25
**role** 2:19
**Rudy** 1:5 2:1
3:21 8:22 9:3
**Rudy's** 2:2
**Rudy20** 8:21
**rules** 2:17
**running** 7:22

**S**

**scientific**
7:12
**sense** 1:5 2:2
5:2
**set** 2:17
**ship** 8:19
**shipped** 8:25
**shop** 8:7,8,
10,25 9:1
**short** 8:3
**Shorthand**
12:4
**show** 7:2
**sickness**
10:19
**situation** 2:3
**small** 8:10
**Smoke** 8:7,8
9:1
**Smoke's** 8:20
**smokes** 8:15
**socialist**
3:10
**sold** 5:24
**son** 6:1,2,15
**son's** 6:2
**Soviet** 2:20
**special** 8:16
**speech** 2:25
4:10,20,22
9:5 11:1
**square** 8:20
**Stand** 3:16
**statements**
4:16
**states** 7:6,9,
22
**stolen** 7:1,25
10:11
**storm** 3:10
**strips** 10:17
**stupid** 9:11

**super** 4:6
**surely** 5:15
**surrounded**
5:8

**T**

**takes** 3:12
**taking** 6:3
**talk** 6:23
**tape** 10:10
**tech** 2:18
6:19 7:19
**telling** 7:15
9:15
**test** 5:1
**text** 2:15 6:2
**thereto** 12:15
**thing** 5:9
**thousand** 8:19
**time** 2:7 8:3
**times** 4:17
**today** 3:12,
15,19 8:11
**top** 5:23
**tradition**
4:13
**transcribe**
12:6
**transcript**
12:7
**transcription**
12:8
**Transcriptioni
st** 12:5
**true** 7:10
9:21,24 10:1,
3,12,13 12:7
**Trump** 7:2,6
**truth** 5:2
7:15 9:16
10:17
**turning** 9:20
**turns** 9:23

Case 1:21-cv-00213-CJN   Document 2-72   Filed 01/25/21   Page 18 of 18
File: 25 Rudy Giuliani - iHeart Radio
January 15, 2021

5

|  U  |
| --- |

**Ukraine**   9:20
**understand**
  4:7,8   11:4
**understanding**
  4:19
**unfounded**
  9:11
**Union**   2:20
**United**   7:22

|  V  |
| --- |

**values**   4:7
  11:4
**vehemence**
  9:14
**Venezuela**
  2:21
**version**   2:3
**vicious**   4:15
  5:1
**video**   6:25
  7:3
**videotapes**
  7:11
**vigorous**   4:20
**villain**   6:12,
  13
**violate**   2:17
**violated**   5:6
**violence**   6:22
  7:8
**vote**   3:25
  6:16
**voted**   5:17
  7:6
**votes**   6:25
  7:24   10:10

|  W  |
| --- |

**wealthy**   4:5,6

**Wendell**   4:24
**work**   8:14
**worse**   4:1

|  Y  |
| --- |

**year**   5:7
**years**   5:21
  6:3
**years'**   8:12
**York**   6:11
  8:10