# Exhibit 138

File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021

1

2

3

4

5

6

7

8    RUDY GUILIANI, CHAT WITH THE MAYOR

9        CAPITAL RIOT AFTERMATH

10            77 WACB

11        JANUARY 8, 2021

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 1:21-cv-00213-CJN  Document 2-73  Filed 01/25/21  Page 3 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                              2

1              (Begin audio.)

2

3        MALE:  Now on 77 WABC, it's time for the

4  former Mayor of New York City, America's Mayor,

5  Rudy Giuliani.

6        MR. GUILIANI:  Good afternoon, America.

7  This is Rudy Guiliani, live from the District of

8  Columbia, the capital of the Nation, on 77 WABC.

9  Thank you for tuning in.

10        Coming up I get to speak with you on Chat

11  with the Mayor.  Call me on the Tunnel2towers

12  Foundation Hotline at 1-800-848-9222.  That's

13  1800-848-WABC.

14        Help Tunnel2towers to do good.  Donate $11 a

15  month at t2t.org.  That's t, the number 2, t.org.

16  That's 1-800-848-9422 if you want to call and chat

17  with us.  And I would very much appreciate that.

18        So yesterday's conversation was one of the

19  more intelligent conversations I've had with anyone in

20  a long time.  You guys are really smart.

21        I want to, uh, address today some of the

22  hypocrisy that is now going on in order to demonize --

23  I don't know really the right word to use --

24  President Donald Trump.

25        Of course, it's been that way from day one.

Case 1:21-cv-00213-CJN   Document 2-73   Filed 01/25/21   Page 4 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                                    3

1  Before day one, first there was an attempt to stop him

2  from being President with false charges of Russian

3  collusion.

4          Those were proven to be untrue.  Then the

5  were revived again.  And we spent $40 million finding

6  out there was no Russian collusion.

7          And then we went through an impeachment

8  based on a conversation with the Ukrainian President,

9  which would not have been necessary if the Biden hard

10  drive, held then by the FBI, had been released.

11          And all the reasons why that conversation

12  was a perfectly appropriate conversation would have

13  been revealed because of the criminal relationship

14  that the Biden family had with the Ukrainian

15  government, where Hunter Biden received millions and

16  millions of dollars for a no-show job that was

17  intended as a pass-through bribe to the Vice President

18  of the United States.

19          Witch Hunter Biden explains in a text in

20  which he says that he took care of all family

21  expenses, and then passed along 50 percent of the

22  money he got to his father.  And that he had been

23  doing that for 30 years.

24          It also explains what happened to the

25  $3.5 million from the Mayor of Moscow's wife.  The

Case 1:21-cv-00213-CJN  Document 2-73  Filed 01/25/21  Page 5 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                              4

1  about a million that came from Kazakhstan.  The money

2  from Romania.  I forget the amount of that.

3          And then, of course, the incredible large

4  sums of money that came from China over a period of

5  five years, including a $1.5 billion commitment by the

6  Chinese communist government to the pathetic private

7  equity fund of Hunter Biden, John Kerry's stepson, and

8  Whitey Bulger's nephew.

9          And then, of course, we have the one in

10  which Joe Biden himself was involved as a partner.

11  This comes about after he leaves the Vice Presidency.

12          While he's contemplating running for

13  president, he concludes and negotiates a contract with

14  a Chinese Communist business run by the man who is

15  regarded as the best Chinese communist recruiter of

16  spies, and one of the high-level Chinese communist,

17  uh, intelligence people.  That would be the best way

18  to describe them.

19          One of them -- one of them is now dead.

20  They're partners of the Bidens.  Three Chinese

21  communists on one side, the Bidens on the other side,

22  and Mr. Bob Olinsky.

23          That's the one Mr. Bob Olinsky's involved

24  in, who has explained the whole criminality involved

25  in it, and that Joe Biden was going to get 10 percent

Case 1:21-cv-00213-CJN  Document 2-73  Filed 01/25/21  Page 6 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                                    5

1  of the equity.

2         And they were going to get -- in addition to

3  equity, meaning ownership of the company, they're

4  going to get also a straight payment of $30 million a

5  year from the Chinese communists.

6         So this is the man we have, uh, about ready

7  to become President of the United States.  Maybe his

8  last job was for the Chinese communists.

9         Fascinating.  Fascinating.  And also

10  fascinating that that information was deliberately

11  kept from you during the election, based on the

12  censorship that went on.

13         And I am going to take a short break, and we

14  will be right back.

15         MALE:  We are New York talking about what

16  matters to you.  Now it's former New York City

17  Mayor Rudy Giuliani on New York's Talk Radio 77 WABC.

18         MR. GUILIANI:  Again with you from the

19  nation's capital.  I think the one point I'd like to

20  make before we get to Chat with the Mayor is before --

21  before you just buy the -- the propaganda-ridden

22  censorship news presentation of what happened, which

23  is horrible, horrible in my -- my -- uh, you can't

24  imagine how much my heart goes out to the family of

25  Brian Sicknick, the police officer who lost his life

Case 1:21-cv-00213-CJN  Document 2-73  Filed 01/25/21  Page 7 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                                    6

1  after the scuffle and -- and the fighting that went on

2  there.  And then he died a day -- a day later.

3          Nothing worse than the loss of a police

4  officer.  Breaks my heart that that happened.  But

5  before, you know, this gets set in stone the way the

6  Democrats love to set these things in stone against

7  the President, like they did with that Charlotte

8  conversation where they always leave out the second

9  part of it, which makes it quite clear that it was an

10  absolutely appropriate conversation, or -- or like

11  they did with the Ukraine conversation, where they

12  impeached him.

13          And it turned out that the gov- -- his own

14  government was withholding exculpatory evidence that

15  would have proven that the conversation was completely

16  appropriate.

17          Believe me, the speech that he gave the

18  other day was completely appropriate.  Watch it.  It

19  was not an incitement to anything.

20          Nobody who listened to it got incited.  Nor

21  did they get incited by any of the other speeches.

22  Mine, Don Jr., Professor Eastman.  They were a very

23  orderly, typical, wonderful MAGA crowd.

24          The number?  Hard to know.  Anywhere from

25  hundreds of thousands to a million.  Who knows.  Point

Case 1:21-cv-00213-CJN   Document 2-73   Filed 01/25/21   Page 8 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                         7

1  is, that number of people, we have no idea what

2  percentage, uh, went off to the Congress.

3         But it would have been less than 1 percent.

4  Well, that's not much incitement if less than

5  1 percent get excited.

6         And it's questionable whether the -- the --

7  the speech had anything to do with it all, because the

8  people who showed up at the Capitol showed up

9  prepared.

10        I mean, the Democrats want you to believe

11  that this was like a spontaneous demonstration, like

12  the lying they did about Benghazi.  And they always

13  get away with it because the press is up their you

14  know what.

15        Well, the people who came to the Capitol had

16  ropes, pick axes, hammers.  They had milk.  Oh, yes.

17  They had milk.  Because, you know, in the middle of

18  storming the Capitol, they were gonna have milk and

19  cookies.

20        No.  No.  They had milk because you use milk

21  to ward off the effects of a lot of different gases

22  that are used to try to push you out.  Uh, that shows

23  what we had were professional rioters, professional

24  looters.

25        Not -- not MAGA people.  Not people from all

Case 1:21-cv-00213-CJN   Document 2-73   Filed 01/25/21   Page 9 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                                    8

1  over America who came there because they love

2  President Trump, which they must have -- must have

3  chanted 500 times during the rally -- and I was there

4  for almost all of it -- uh, or people who feel they

5  were cheated.

6          Now, whether the Democrats want to believe

7  it or the prevailing media wants to believe it, these

8  people believe -- I'm sorry.  They know -- we were

9  cheated.  They've seen the evidence.

10         They haven't had it withheld -- withheld

11  from them as others have.  They've seen the videos of

12  30,000 votes being stolen by the Democrats.

13         They've seen the computer printouts of the

14  insertions by Dominion of votes for Biden and not

15  votes for Trump.

16         They've seen the proof in Georgia, and in

17  Arizona, and in Michigan, and in Wisconsin, and most

18  of all, in Pennsylvania, where it involved hundreds of

19  thousands of votes.

20         There's not a person in Pennsylvania who's

21  being honest that doesn't know they stole this

22  election in Philadelphia and Pittsburgh, as they have

23  stolen many others there.  Except this was on a

24  bigger, bigger scale.

25         That's why they were there.  Yes, they were

Case 1:21-cv-00213-CJN  Document 2-73  Filed 01/25/21  Page 10 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                                    9

1    angry.  But no.  These are very law-abiding citizens.

2          When has a Trump rally ever turned into

3    anything like that?

4          I also want you to note that the Democrats

5    didn't have a counterrally.  They always have a

6    counterrally.  Now, why didn't they have a

7    counterrally?

8          Well, maybe their resources were being used

9    in order to help instigate what happened in the

10   Capitol.  Because what we find at the Capitol is a

11   fair number -- don't have them all yet -- but we got a

12   fair number of Antifa people there.

13         If you watch my podcast tonight, you'll see

14   one that was interviewed who quite -- makes it quite

15   clear that he was an Antifa person helping to

16   organize.

17         Watch the podcast.  Uh, we put it together

18   yesterday.  It should be on tonight.  I think I can

19   promise for around 6:00 on Rudy'scommonsense.com.

20         You'll see him interviewed.  You'll see him

21   admit it.  You'll see footage of the following, which

22   you will not see on censored national television or

23   newspapers.

24         You will see a -- an Antifa character trying

25   to bang open a window.  Bang!  Bang!  Bang!  All of a

Case 1:21-cv-00213-CJN  Document 2-73  Filed 01/25/21  Page 11 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                                    10

1  sudden, a man comes out of nowhere with a red hat on.

2  It's a MAGA hat.

3        The man very bravely, even though surrounded

4  by Antifa people -- he's a big man, thank God -- grabs

5  this guy by the shoulders and pulls him down, and

6  stops him from breaking the window.

7        The guy tries to reemerge.  And the -- and

8  the MAGA hero pounds him to the ground one more time

9  to protect the window from being broken, to protect

10  the Capitol from being, uh, invaded.

11        That's what our people are like.  Maybe we

12  have a few errant people.  A few.  But we sure have a

13  lot that aren't.

14        In the background of that, if you listen

15  carefully, you can hear the Trump people yelling,

16  "Antifa!  Antifa!  Antifa!" trying to get help from

17  the police to stop the guy.

18        Well, the guy that was trying to break in

19  didn't know if he walked about a thousand feet over,

20  the police would have just let him in.

21        The MAGA people got no help from the police

22  to stop this guy.  When our hero left, the MAGA g- --

23  the -- the Antifa guy tried again.

24        You know who stopped him this time?  Three

25  Trump women.  They surrounded him.  They harassed him.

Case 1:21-cv-00213-CJN  Document 2-73  Filed 01/25/21  Page 12 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                                    11

1   And they stopped him from breaking the window open.

2          Maybe they should get a medal, huh?  Maybe

3   Mayor Bowser should give them a medal, huh?  Maybe?

4   Right?

5          Also, we have another audio.  And I'm

6   collected more.  They'll be more by the end of this

7   weekend, because I got plenty of incidents all written

8   up.

9          There were police officers that were getting

10  surrounded by -- can't say for sure Antifa.

11  Definitely people antagonistic to the police, and

12  definitely not dressed like the people who were at our

13  rally.

14          Dressed like bums, let's put it that way.

15  All of a sudden, a group of men and women, clearly

16  Trump supporters, surrounded the police.  So they

17  would have to have gone through a large number of

18  people to get at the police.

19          MAGA people, Trump people, doing what Trump

20  people do.  Protect the police.  We don't attack

21  police.  We're on the side of the police.  We do not

22  attack police.

23          Somebody's attacking police.  They are

24  pretending to be a supporter of Donald Trump.  And by

25  the time I'm finished, I'm gonna prove it.

Case 1:21-cv-00213-CJN   Document 2-73   Filed 01/25/21   Page 13 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                                          12

1        But Antifa was definitely involved in the

2   invasion of the Congress, which is outrageous,

3   unlawful, not anything people who support Trump would

4   ever do.  Not anything any of us would ask them to do.

5        They know that.  They know our support for

6   police.  They've heard it from us so often.  It's in

7   their heads.

8        And finally, the President finished

9   everybody's remarks with the following:  "Go to the

10  Capitol peacefully.  Peacefully."

11        By the way, at the time he said that, the

12  people who caused the trouble were already at the

13  Capitol.  I don't even know how many people that went

14  in the Capitol actually even heard the speech.

15        They were so far away from where the speech

16  was being given, they could not have probably heard

17  it.  Nor do we even know if they stopped off to try to

18  listen to it.  They are not dressed like MAGA people.

19  They don't act like MAGA people.

20        When did Trump supporters ever charge police

21  officers or do this kind of thing?

22        We've had hundreds of rallies far more

23  exciting, far more emotional than the one that

24  occurred there.

25        This is, again, Nancy Pelosi playing kind of

Case 1:21-cv-00213-CJN   Document 2-73   Filed 01/25/21   Page 14 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                          13

1  a mafia game like, "Resign today or you will be

2  impeached on Tuesday.  Resigned today or you'll be

3  impeached on Tuesday."

4         "Because I'm Nancy Pelosi, and I got the

5  partisan votes who would vote to impeach you over any

6  frame-up that I can come up with.  We've already

7  attempted to others.  So why not try this one?"

8         Think of all the riots this summer.  Think

9  of all the Antifa people.  Think of all the Black

10 Lives Matter people.  Think of all the violence, all

11 the stores destroyed, the people killed, the people

12 beaten.

13        And the politicians saying, "Oh, we don't

14 condone it.  But we understand the motives.  And we

15 understand this.  Sometimes this has to happen.

16 Sometimes" --

17        Nobody charged with it.  But understanding

18 that free speech has certain range, and that people

19 have responsibility for their own actions.

20        What about the same standard for the

21 President?  Huh?  Okay.  So I think we've made our

22 point.

23        And now I'm going to get to speak with you

24 on Chat with the Mayor.  So we're going to be on the

25 Tunnel2towers to do good hotline.  Donate $11 a month

Case 1:21-cv-00213-CJN   Document 2-73   Filed 01/25/21   Page 15 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                              14

1   at t2t.org.  That's t, the number 2, t.org.

2        Okay.  So now if you want to use Alexa,

3   simply say, "Alexa, enable the 77 WABC skill"

4   (phonetic).

5        And now we'll go to the hotline.  And let's

6   go to Alex in Brooklyn, New York.

7        ALEX:  Hello, Mr. Mayor.  It's a pleasure to

8   be on with you.

9        You're a hundred percent right.  The speech

10  that President Trump gave was a typical rally speech.

11  And where were the Antifa members on January 6, other

12  than they were the ones that broke into the Capitol.

13        But I -- I think President Trump, they stole

14  the election for them.  But he left over a -- what's

15  it called, um, to -- to the American people that we

16  are not gonna give up.

17        We're gonna keep on fighting peacefully.

18  We're gonna be investigating.  We're gonna be

19  volunteering --

20        MR. GUILIANI:  Always peacefully.  Always.

21  He always means that.  Yes.  Yes.  Yes.  Yes.  Right.

22        ALEX:  Yes.  It's a legacy.  That's the

23  word.  And we're gonna -- we're gonna do it

24  peacefully.  We're not gonna give up.

25        And it's thanks to President Trump that we

Case 1:21-cv-00213-CJN   Document 2-73   Filed 01/25/21   Page 16 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                              15

1   have been exposed to what the Democratic party is full

2   of.  Last week, you had Mr. Pulitzer.

3         That was like the greatest evidence, where

4   he hacked into the Dominion system; right?  So I was

5   just wondering.

6         Why did the Democrats need all those trucks

7   on November 4th to bring in the ballots?  Why did they

8   have to stuff the ballots?

9         Why couldn't they do the whole stealing and

10  the disgusting stuff all -- all just through hacking

11  the Dominion system?

12        MR. GUILIANI:  Because it would have been

13  too obvious.  Uh, what they -- the Dominion is an

14  extremely sophisticated, uh, Cyber attack.

15        And it -- it, uh -- you know, it'll -- it'll

16  take a whole county, and it'll just adjust -- adjust a

17  vote by 1 percent, 2 percent in every -- in every

18  machine.

19        It's not gonna -- like they made a mistake

20  in Antrim County, Michigan, where they got caught

21  where they made a 600 -- 6,000 --

22        ALEX:  Oh.

23        MR. GUILIANI:  -- 6,000 switch too fast in

24  one machine.  And actually, one -- one old Republican

25  there said, "A Democrat has never won here.  Nobody

File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                          16

1   here likes Biden.  How could he have gotten all those

2   votes?"

3          And that led to litigation, and it led to

4   you seeing the machine.  And then you could see the

5   numbers switched in the machine.

6          And you could see what phony machines the

7   Dominion machines are.  You can change the vote

8   anytime you want.  You can change it into fractions.

9          You can allow -- uh, you can allow the

10  internet to connect to it, and it is connected to it.

11  You can get instructions from Germany, from Italy,

12  from China, from all over the world, to change votes.

13         I mean, the thing -- the thing is built to

14  cheat, which is amazing.

15         Why would we -- why would the State of

16  Georgia spend --

17         ALEX:  Yeah.  But why --

18         MR. GUILIANI:  Why would the State of

19  Georgia --

20         ALEX:  (Unintelligible, speakers

21  overlapping.)

22         MR. GUILIANI:  -- hire a foreign company --

23         ALEX:  -- up the ballots.

24         MR. GUILIANI:  Yeah.  Why would the State of

25  Georgia hire a foreign company, pay them over a

File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                    17

1  hundred million dollars, to get a machine that's built

2  to cheat?

3        Because the people at the top, the Governor

4  and that phony Secretary of State, are part of this.

5  They wanted the cheating.  I don't know what they got

6  for it, but they got something for it.

7        We'll be right back.

8        MALE:  Mayor Rudy Giuliani on 77 WABC.

9        MR. GUILIANI:  Well, now we're back again.

10 And we're gonna get to talk to you on Chat with the

11 Mayor.

12        And we're gonna head to the Tunnel2towers

13 Foundation Hotline at 1-800-848-9222.  And we're gonna

14 help -- you are -- the Tunnel2towers Foundation to do

15 good at t2t.org.

16        So let's go to Denise in sunny Florida.

17        DENISE:  Hey, Mayor.  It's a pleasure to

18 speak to you.  Um, we're New York transplants down to

19 Florida, thankfully.

20        MR. GUILIANI:  I care for Florida.

21        DENISE:  Yeah.  Well, now we're here, thank

22 God.  Unless you were the Mayor in New York, we may be

23 back up there.  But no thank you right now.

24        MR. GUILIANI:  So what's going on?  What's

25 going on, Denise?

Case 1:21-cv-00213-CJN   Document 2-73   Filed 01/25/21   Page 19 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                                    18

1          DENISE:  Too much.  I could stay on for

2    hours.  I don't want to take up too much of your time.

3    But my --

4          MR. GUILIANI:  Well, give me the best one --

5          DENISE:  -- main question --

6          MR. GUILIANI:  -- or the worst one.

7          DENISE:  The -- the worst of the best, the

8    best of the worst.

9          Why is my 10-year-old daughter on the

10   internet coming to me saying, "Mom.  Why is our new

11   President kissing young girls, messing their hair?"

12         MR. GUILIANI:  What?

13         DENISE:  Yeah.  I could swear to my mother's

14   grave.  She passed away a year and a half ago.

15         MR. GUILIANI:  Well, what is she looking at?

16   Is she looking at those pictures where, you know, he

17   claims about those --

18         DENISE:  TikTok.  TikTok.

19         MR. GUILIANI:  -- how -- how his legs get

20   all -- uh, I don't know.  I don't even remember that.

21         DENISE:  (Unintelligible, speakers

22   overlapping.)

23         MR. GUILIANI:  He says the children -- the

24   children used to play --

25         DENISE:  Yeah.

Case 1:21-cv-00213-CJN Document 2-73 Filed 01/25/21 Page 20 of 54
File 22 Chat with the Mayor Rudy Guiliani
January 08, 2021                                    19

1        MR. GUILIANI: -- with the hair on his legs

2   or something?

3        DENISE: Yes. Yes. Yes.

4        MR. GUILIANI: You know, I have to

5   separate -- I have to separate, Denise, what I know

6   publicly. And then I --

7        DENISE: I (unintelligible, speakers

8   overlapping.)

9        MR. GUILIANI: -- you know, had the

10  misfortune or fortune --

11       DENISE: Uh-huh.

12       MR. GUILIANI: -- of getting the entire hard

13  drive. So I know a heck of a lot more about the Biden

14  family than anybody would like to know.

15       DENISE: And the (unintelligible) for sure.

16       MR. GUILIANI: Uh, but from what I know

17  publicly, there are a couple of pictures that -- that

18  have you scratching your heads, where he's like

19  smelling these little girls.

20       And the ones that I didn't like --

21       DENISE: Now they're on the platform --

22       MR. GUILIANI: The ones I didn't

23  particularly like are the ones where the little girls

24  look uncomfortable, you know?

25       DENISE: There's pictures of him kissing

Case 1:21-cv-00213-CJN   Document 2-73   Filed 01/25/21   Page 21 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                                    20

1  them on the lips.

2       MR. GUILIANI:  Really?  I guess that's

3  right.

4       DENISE:  And holding them (phonetic).

5       MR. GUILIANI:  I haven't seen those in a

6  while.  The ones that -- as I said, the ones that

7  really kind of give you kind of a pervy feeling are

8  the ones where the little girl looks -- there are

9  about two or three of them --

10      DENISE:  Mortified.

11      MR. GUILIANI:  -- where the little girl

12  looks like, "Please stop.  You know, please stop."

13      DENISE:  I know.  Touching her shoulder.

14  And his head -- and --

15      MR. GUILIANI:  I just can't tell what

16  that --

17      DENISE:  -- (unintelligible, speakers

18  overlapping) in her hair.

19      MR. GUILIANI:  -- is.  I -- I can tell you

20  this, though.  We want to get more scientific.  I

21  mean, I've had numerous doctors examine the television

22  footage of him who tell me the guy has dementia.

23  And -- and -- and they -- they -- they --

24      DENISE:  I think he has a little more than

25  that.

Case 1:21-cv-00213-CJN   Document 2-73   Filed 01/25/21   Page 22 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                                      21

1      MR. GUILIANI:  On the DSM -- the DSM-5, they

2  point out -- they point out -- I did a -- I did a

3  whole show on this.

4      And they point out -- they point out the

5  actual symptoms on the DSM-5.  And one of the

6  doctors -- I haven't talked to them in two months --

7  said it -- that he's deteriorating quickly, which may

8  account for the fact as to why he can't finish the

9  Pledge of Allegiance.

10      I mean, this is really pathetic.

11      DENISE:  Why he -- why he has --

12      MR. GUILIANI:  We're putting a guy who has

13  been a 30-year crook --

14      DENISE:  Yeah.

15      MR. GUILIANI:  -- who's got trouble with the

16  Pledge of Allegiance, and we're sticking him in the

17  White House.  I mean, I --

18      DENISE:  I don't know -- I -- I don't know

19  what the Justice Department is doing, what Congress is

20  doing.  I mean, I could stay on the phone.

21      I'm -- actually, I'm livid.  You have no

22  idea.  Livid.  I would have voted for Trump whether I

23  was in New York or here.

24      MR. GUILIANI:  Yeah.  I know.  It's very --

25  it's very diff- -- uh, very difficult.  And --

Case 1:21-cv-00213-CJN   Document 2-73   Filed 01/25/21   Page 23 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                              22

1        DENISE:  And had we seen before our children

2   (phonetic) --

3        MR. GUILIANI:  And I gotta tell you.  Those

4   people that were there the other day, they -- they --

5   honestly, they were too depressed to do anything

6   wrong.

7        Whoever -- whoever did that --

8        DENISE:  That's how we feel.

9        MR. GUILIANI:  -- to the Capitol, I

10  guarantee you, they're not our people.  I've been to

11  hundreds of our rallies.  That -- we never -- first of

12  all, we never --

13       DENISE:  We know.

14       MR. GUILIANI:  -- attack police.

15       DENISE:  (Unintelligible, speakers

16  overlapping.)

17       MR. GUILIANI:  And they know -- they know

18  how Donald Trump feels about the police.  They know

19  how I feel about the police.  Our people are not -- if

20  you -- if you're attacking police, we expel you.  Your

21  excommunicated.

22       DENISE:  And there's pictures.  There's --

23  there's, um -- right?

24       MR. GUILIANI:  Yeah.  I got a guy admitting

25  it on tape.  But they won't show it on television.

Case 1:21-cv-00213-CJN  Document 2-73  Filed 01/25/21  Page 24 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                                    23

1       DENISE:  Nope.

2       MR. GUILIANI:  Just like I have a text --

3       DENISE:  Social media.

4       MR. GUILIANI:  Just I have a text where

5  Hunter Biden admits that the old man gets 50 percent

6  of all the bribes.

7       DENISE:  Yeah.  Why isn't anybody doing

8  anything about it?

9       MR. GUILIANI:  And they won't -- and they

10  won't -- they won't -- they won't put that on.

11       DENISE:  Why isn't anybody doing anything

12  about it?  That's what I don't understand.  I'm not --

13       MR. GUILIANI:  Because they got -- I guess

14  because they got to fix it.  That's why.

15       DENISE:  They're all -- everybody's crooked

16  (unintelligible, speakers overlapping).

17       MR. GUILIANI:  And because Donald Trump

18  frightens the living day- -- daylights out of them --

19       DENISE:  Yep.

20       MR. GUILIANI:  -- because he's gonna break

21  up their little game.

22       DENISE:  He shook up the whole system --

23       MR. GUILIANI:  And particularly --

24       DENISE:  -- thank God.

25       MR. GUILIANI:  -- when you get into China,

Case 1:21-cv-00213-CJN  Document 2-73  Filed 01/25/21  Page 25 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                              24

1  they get really scared.  Because who knows how many of

2  them have gotten the kind of money from China that

3  Biden has gotten.  I don't think Biden's the only guy

4  that --

5          DENISE:  Oh, I'm s- --

6          MR. GUILIANI:  -- sold out to China.

7          DENISE:  Of course, he's not.

8          MR. GUILIANI:  Well --

9          DENISE:  Eric Swalwell is still on the House

10  of, what -- the Intelligence Committee he's on?

11          MR. GUILIANI:  Yep.

12          DENISE:  The Foreign Intelligence Committee?

13          MR. GUILIANI:  Oh, yeah.

14          DENISE:  (Unintelligible) there?

15          MR. GUILIANI:  That other guy whose

16  girlfriend, uh, was a Chinese spy.

17          DENISE:  Right.  Eric Swalwell.  Yes.

18          MR. GUILIANI:  Yeah.  Yeah.  And nothing

19  happens.

20          DENISE:  Wonderful.  And Pelosi is keeping

21  him there because she's gotten money from China too,

22  I'm sure.  They all do.

23          Chuck Schumer, please.  I could stay --

24  Mayor, I don't want to keep going on forever.  But --

25          MR. GUILIANI:  I -- I'll tell you a little

Case 1:21-cv-00213-CJN   Document 2-73   Filed 01/25/21   Page 26 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                    25

1  secret which we'll be going into in the next couple

2  weeks as we get further into this.

3        It's not just Democrats.

4        DENISE:  Uh-huh.

5        MR. GUILIANI:  It's not just Democrats --

6        DENISE:  Oh, I know.

7        MR. GUILIANI:  -- you know?

8        DENISE:  It's not about the blue and red.

9  It's about it being --

10        MR. GUILIANI:  Yeah.  Yeah.  Yeah.  It's

11  about -- it's about who --

12        DENISE:  -- (unintelligible) American.

13        MR. GUILIANI:  -- No. 1, who's -- who puts

14  America first.

15        DENISE:  That's right.

16        MR. GUILIANI:  Yeah.  And then who's honest,

17  you know?

18        DENISE:  Who cares about party?  I claimed

19  Independent when I moved here, because I don't care

20  about party.  It's about who's best qualified, no

21  matter what color -- red, blue, black, green.

22        MR. GUILIANI:  So can I just ask a question,

23  just out of curiosity?  So now, you know, a lot of

24  this information has been censored that we're talking

25  about, you and me; right?

Case 1:21-cv-00213-CJN   Document 2-73   Filed 01/25/21   Page 27 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                                    26

1        Like it's not out here.  This stuff that

2    we're talking about, they don't talk about on --

3        DENISE:  Well, I didn't even know that.

4        MR. GUILIANI:  -- NBC, CBS, ABC.

5        DENISE:  (Unintelligible.)

6        MR. GUILIANI:  How -- how did you get this

7    information?

8        DENISE:  I do a lot of research on the

9    internet.

10       MR. GUILIANI:  Good for you.

11       DENISE:  A lot of independent -- a lot of

12   independent media.

13       MR. GUILIANI:  That's -- that's --

14       DENISE:  I don't even pay attention --

15       MR. GUILIANI:  -- that's exactly what --

16       DENISE:  -- to that bullshit.  Excuse me.

17       MR. GUILIANI:  That's exactly what

18   Alexander Hamilton felt that we needed.  He -- you

19   know, Alexander Hamilton didn't think everybody should

20   vote.

21       He thought only informed people should vote.

22   I know that sounds, uh, elitist or whatever.  But if

23   you think about it --

24       DENISE:  I'm sorry.  (Unintelligible,

25   speakers overlapping.)

Case 1:21-cv-00213-CJN   Document 2-73   Filed 01/25/21   Page 28 of 54
File 22  Chat with the Mayor   Rudy Guiliani
January 08, 2021                        27

1        MR. GUILIANI:  -- his real fear was -- his

2   real fear was of this kind of propaganda, where people

3   would be too lazy to inform themselves.  And then

4   they'd fall prey to propaganda.

5        And he said, "That's the way you can defeat

6   democracy."  Interesting.

7        So we'll go to Rich in New Jersey.

8        RICH:  It's an honor to talk to you again.

9   Thank you very much.

10       Um, two points.  Now they're saying that all

11  Trump followers and what happened on Wednesday was

12  like third-world Banana Republic country.

13       And, you know, ever since Obama came in, the

14  will of the people have been just disregarded.  We

15  haven't been listened to.

16       We finally get somebody in there that

17  listens to us and believes in us, and were mocked and

18  ridiculed.  We're beaten up for wearing his hats.

19  They steal our signs.

20       And then as a last straw, they steal the

21  election.  And there's mountains of evidence that it

22  was stolen, but nobody accepts it.  And now we're just

23  supposed to sit by and not do anything.

24       Well, you know, what?  If this was some of

25  Trump supporters -- not that beat up the cops, but

Case 1:21-cv-00213-CJN   Document 2-73   Filed 01/25/21   Page 29 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                        28

1   that did go into the Capitol Building -- all they're

2   doing is what third-world Banana Republic citizens do

3   when nobody listens to them.

4          MR. GUILIANI:  Yeah.  My -- my -- my --

5          RICH:  (Unintelligible, speakers

6   overlapping.)

7          MR. GUILIANI:  My advice to all of our

8   people who follow Donald Trump, who follow the

9   Republican Party, who follow me, is follow the law.

10         That's what we're about.  My whole life has

11  been about the law.  Follow the --

12         RICH:  And you're right.

13         MR. GUILIANI:  There's plenty of room --

14         RICH:  You're right.

15         MR. GUILIANI:  There's plenty of room --

16  even when it gets frustrating, there's plenty of room

17  for us to accomplish what we have to accomplish within

18  the law.

19         I agree with the frustration.  Because we've

20  gotten some -- well, we've gotten some really, really

21  terrible decisions.  And I do think that --

22         RICH:  Yes.

23         MR. GUILIANI:  -- there's a wide net of

24  conspirators that just want Donald Trump out.  And

25  they're willing to do anything to get him out.  The

Case 1:21-cv-00213-CJN   Document 2-73   Filed 01/25/21   Page 30 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                         29

1   establishment.  Because he --

2        RICH:  And one more thing.

3        MR. GUILIANI:  -- he cracks them wide open.

4   But it doesn't give --

5        RICH:  I know.

6        MR. GUILIANI:  -- never an excuse for

7   illegality.  But go ahead.

8        RICH:  They work -- uh, one more thing.  Uh,

9   I also blame a lot of these Republican Congressmen --

10  never mind the ones that are still there.  They're

11  useless, the ones who jumped ship.

12        But also the ones like Trey Gowdy and

13  Jason Chaffetz.  And the other 50, I believe, who

14  decided not to run again because they thought Trump

15  was a losing battle, and they wanted out.

16        And then what happened was, uh, they turned

17  it over to these communists.  And people like Chaffetz

18  and Gowdy go on Fox News Channel and tell us how

19  they're going to fix everything and what we need to

20  do.  They're phonies.

21        MR. GUILIANI:  Well, you've got a point

22  there.  I mean, they had an obligation to keep the

23  Congress for us.  I'm not nearly as upset with the

24  Congress, though, the House, as I am with our

25  Senators.

Case 1:21-cv-00213-CJN   Document 2-73   Filed 01/25/21   Page 31 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                      30

1       RICH:  No.  But those Senators --

2  Lindsey Graham is worthless.  Mitch McConnell is

3  worthless.

4       I -- it just -- it turns your stomach that

5  these people got elected, and they just ignore the

6  people who elected them.

7       MR. GUILIANI:  Also, you know, here's --

8  here's -- here's what got me when I was going around

9  to the State Legislatures.

10       If I were a Democrat and I went to either

11  the State Legislature or the -- or the Senate, and I

12  said, "I need your support for our presidential

13  candidate," they -- they'd support me.

14       They even support -- you know, they will --

15  they even stay together when they're stealing.

16       All I did is go and ask them to support what

17  was right, what was truthful, what I could prove to

18  them, the evidence I could, uh, give them.

19       I brought witnesses.  I brought Affidavits.

20  I brought film.  I brought scientific experts.  And I

21  got most of the Republicans.

22       But I couldn't -- you know -- you know, the

23  toughest ones were the oldest ones and the ones in the

24  leadership positions.  Because I think they're the

25  ones that got corrupted.  After all these years --

Case 1:21-cv-00213-CJN   Document 2-73   Filed 01/25/21   Page 32 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                                    31

1       RICH:  (Unintelligible.)

2       MR. GUILIANI:  -- being so powerful, I think

3    they're the ones that are corrupted in one way or

4    another.

5       The good news is we got a lot of support

6    among the young members.  They're still idealistic.

7    But a lot of our block --

8       RICH:  Yes.

9       MR. GUILIANI:  -- took place at the top.

10   And the shame of it was --

11      RICH:  And I think --

12      MR. GUILIANI:  The shame of it was

13   Pennsylvania and Georgia were willing to flip if

14   Vice President Pence had sent it back to them.

15      And I respectfully disagree with the

16   Vice President.  He had a sound, constitutional basis

17   on which to make that decision, supported by a recent

18   Rutgers Law Review Article, North Carolina Law Review

19   article, and an article by none other than

20   Laurence Tribe, the Democratic Constitutional lawyer,

21   that the -- that the Electoral Count Act of 1877,

22   which is what he is relying on, the Vice President, is

23   unconstitutional.

24      Which means the Vice President could have

25   said it was unconstitutional with these many law

Case 1:21-cv-00213-CJN Document 2-73 Filed 01/25/21 Page 33 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                                32

1    review articles supporting him, and he could have sent

2    back to the Legislators for 10 days the opportunity to

3    do two things.

4            One, let's have a forensic audit of all the

5    Dominion machines.  And once for all, let's decide are

6    they honest or not?

7            I believe if we did that, the election goes

8    to Trump.  They say, "No."

9            Let's find out.

10           No. 2.  We could examine all the mail-in

11   ballots.  Let's see how many are illegitimate.  I say

12   if we do that, we win Pennsylvania by 400,000.

13           They say, "No."

14           Let's find out.

15           Why are they concealing them?  Why are they

16   concealing them for eight weeks?  Why won't they let

17   us look at a single ballot or a single machine?

18           Well, that tells me the answer I need to

19   know as a former prosecutor.  They're guilty.

20           So now we'll go to Joel all the way in

21   Jerusalem.

22           JOEL:  Hi again, Mr. Mayor.  Can you hear me

23   okay?

24           MR. GUILIANI:  I hear you great.

25           JOEL:  All right.  Um, yeah.  Well, I'm

Case 1:21-cv-00213-CJN Document 2-73 Filed 01/25/21 Page 34 of 54
File 22 Chat with the Mayor Rudy Guiliani
January 08, 2021                                    33

1  heartbroken over here, like many of us. And, uh

2  (unintelligible, speakers overlapping) --

3       MR. GUILIANI: I -- I am too. I have to try

4  to find a way to get over it. But, uh, yeah. I'm

5  very worried for my country.

6       JOEL: Um, I commend you for your amazing

7  stamina, and all your listeners for sticking to it.

8  Um, it -- it's really amazing how they're able to dice

9  and splice the videos to continue to support this --

10  this narrative.

11      MR. GUILIANI: It is. It is. And I

12  worry -- I worry for -- I worry as much for Israel,

13  uh, particularly with this whole idea of wanting to

14  get cozy with Iran again and go back to the old

15  agreement.

16      They -- they're gonna start giving Iran cash

17  like O- -- like O- -- Like Obama did?

18      JOEL: Yeah. It's -- it's -- the -- the

19  whole thing we each day (phonetic). You know, I have

20  to say, grow- -- growing up Jewish, but still I'm

21  actually listening to the mass every day.

22      And I would encourage you. I know you have

23  a wide range of listeners. At this moment we need a

24  lot of spiritual strength. Uh, you --

25      MR. GUILIANI: Thank you.

1        JOEL:  -- and I have discussed it a little

2   bit before, the importance of the Judeo-Christian

3   tradition.

4        Um, I did, by the way, send your Christmas

5   message to the Nigerian Embassy over here, if you

6   recall.

7        MR. GUILIANI:  Yes.  Thank you.

8        JOEL:  Um, they were very grateful.

9        MR. GUILIANI:  You know, thank you -- thank

10  you for doing it.  Thank you very, very much for doing

11  that.  Those things mean a great deal to me.  I know a

12  lot of people say that, but it really is true.  They

13  mean -- they mean a great deal to me.

14       So -- so tell me what's your question?  You

15  must have a question, I hope, all the way from

16  Jerusalem.

17       JOEL:  Definitely.  One question, and

18  then -- uh, one comment and then a question.  I

19  know -- I know -- okay.

20       First of all, if your listeners want to --

21  if you want to see something that -- about Antifa,

22  even from Jake Tapper on CNN, just go to YouTube and

23  type in "Antifa and Jake Tapper."  You'll see back in

24  2017, he was on top of it.  Uh, so that's not my

25  question.

Case 1:21-cv-00213-CJN   Document 2-73   Filed 01/25/21   Page 36 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                        35

1        Uh, I'm the guy that lost a ton of money in

2    the China hustle.  Uh, your listeners can go Google my

3    name, Joel Kaplan and Hunter Biden.  You'll read my

4    story.

5        You know, they stole hundreds of billions of

6    dollars.  And they had a lot of ammo to -- to do this.

7    So I just hope that you -- your team will be able to

8    continue to draw the connection to how much they stole

9    in financial fraud, um, and to warn your listeners

10   about Chinese investments.

11       Um, and if they want, they can see my

12   episode on Blaze TV.  Uh, Kevin Freeman

13   (unintelligible, speakers overlapping).

14       MR. GUILIANI:  Okay.  We'll be looking for

15   it.

16       JOEL:  I just told my story.  So thank you,

17   Mayor --

18       MR. GUILIANI:  And what's the name of it?

19       JOEL:  -- and, uh, keep up -- uh, if they go

20   to Kevin Freeman's War Room -- Economic War Room --

21       MR. GUILIANI:  Okay.

22       JOEL:  -- uh, on YouTube, they'll be able to

23   see my -- my video there.

24       MR. GUILIANI:  Well, we look forward to it.

25   And you stay safe in Jerusalem, huh?  And keep

Case 1:21-cv-00213-CJN  Document 2-73  Filed 01/25/21  Page 37 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                    36

1  calling.  It's great to get calls from Jerusalem.

2        And thank all of you for your calls on the

3  Tunnel2towers Foundation Hotline.  Help Tunnel2towers

4  to do good.  Donate $11 a month at t2t.org.  That's t,

5  the number 2, t.org.

6        I'm Rudy Giuliani.  And with common sense,

7  we'll uncover the truth and get to a solution on talk

8  radio 77 WABC.

9        MALE:  We are New York talking about what

10  matters to you.  Now it's former New York City Mayor

11  Rudy Giuliani on New York's talk radio 77 WABC.

12        MR. GUILIANI:  Well, we're back again for --

13  let's see if we can do one final call.  Let's go to

14  Tony in Tampa.

15        TONY:  Hi, Mr. Mayor.

16        MR. GUILIANI:  Hey, Tony.  How are you?

17        TONY:  Good.  Thanks for taking my call.  I

18  met you about 30 years ago in Baltimore at the World

19  Trade Center.  You were campaigning for a lady named

20  Helen, I think, for Governor.

21        MR. GUILIANI:  Okay.

22        TONY:  My family affectionately refers to

23  you as Cousin Rudy because my last name happens to be

24  Giuliani too.

25        MR. GUILIANI:  Oh, good.  Well, very nice.

Case 1:21-cv-00213-CJN  Document 2-73  Filed 01/25/21  Page 38 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                        37

1   Maybe we are distant cousins.  Let's see.

2          So what -- what's going on?

3          TONY:  (Unintelligible, speakers

4   overlapping) and all that.

5          The reason I'm calling you is because, uh, I

6   agree with you wholeheartedly about how the whole

7   seizure on the Capitol seems to have been a

8   distraction.

9          Because afterwards, they lost all interest

10  and talk about all the evidence that they were

11  supposed to present.  So that was a bad thing.

12          And so -- and -- and what I can't understand

13  why your client, President Trump, our President, is so

14  angry at the Vice President.

15          Because it seems like his function is purely

16  ceremonial, and that he has no discretion to do

17  anything.  But it sounds like that you, uh -- it

18  sounds like you, uh, unearthed something that he

19  was -- he would have (unintelligible) --

20          MR. GUILIANI:  Yes, sir.

21          TONY:  -- (unintelligible, speakers

22  overlapping).

23          MR. GUILIANI:  Here's -- here's -- here's --

24  here's the dispute that goes on.  And it's been going

25  on since the passage of the Electoral Counting Act of

1   1877.

2          The Electoral Counting Act is what the

3   Vice President is relying on.  And that gives wide

4   authority to the House.

5          TONY:  He goes back and forth.  Yeah.

6          MR. GUILIANI:  And it gives wide authority

7   to the House and the Senate.  And it takes authority

8   away from the State Legislatures, and even away from

9   the House of Representatives.

10         So since the time of its passage, there have

11   been many, many scholars who have argued that it's

12   unconstitutional.  Including the most recent being in

13   2017, when they urged Congress to put it out to a vote

14   of the people on amendment.  And that has never

15   happened.  And it's never been tested.

16         And if you want my view, as a lawyer having

17   read every single one of those articles, I believe the

18   Electoral Counting Act of 1877 is unconstitutional.

19         It takes power away from the State

20   Legislatures.  It assigns it to the Governor.  Only

21   the constitution can do that, not Congress.

22         And it takes the exclusive right of the

23   House, when push comes to shove, to choose the

24   President.  And it requires them to share it with the

25   Senate.

Case 1:21-cv-00213-CJN   Document 2-73   Filed 01/25/21   Page 40 of 54
File 22  Chat with the Mayor  Rudy Guiliani
                    January 08, 2021                         39

1        That should not have been done by

2   legislation.  It should have been done by amendment.

3   So the Vice President could have -- that's his

4   choice -- he could have relied on that and said, "It's

5   unconstitutional.  Therefore, I'll make the ruling."

6        The request -- the only request that was

7   being made was not to decide on who the President is.

8   The only request that was made was to grant the

9   request of four states who were asking to have

10  10 days to be sure that their vote was accurate.

11       All four of them were certain that the votes

12  submitted were inaccurate, because they haven't had a

13  chance to forensically examine either the machines or

14  the ballots.

15       And now they have overwhelming evidence that

16  the machines were rigged and that the ballots

17  contained hundreds of thousands of phony ballots.

18       Now, that's either true or false.  But a

19  forensic test of both would determine that

20  definitively.

21       And the election officials in these states

22  have used every tactic they can to hide it, which

23  makes them sound like they're guilty.

24       Because if you were accusing me, like

25  Raffensperger is being accused, of having rigged

Case 1:21-cv-00213-CJN   Document 2-73   Filed 01/25/21   Page 41 of 54
File 22  Chat with the Mayor  Rudy Guiliani
January 08, 2021                        40

1  machines and phony mail ballots that you're hiding,

2  I'd let you come and look at my machines, and I'd let

3  you come and look at my ballots.

4       They have not --

5       TONY:  Sure.

6       MR. GUILIANI:  -- allowed that.  So they

7  were asking for 10 days so that could be done so they

8  could submit -- it was just four states, I believe --

9  so they could submit an accurate count.

10      And the Vice President denied that request.

11 And he could have, by, uh, deciding that the law was

12 unconstitutional with the backing of numerous

13 scholars, including Laurence Tribe of Harvard, he

14 could have done that.  And he didn't.  And that was

15 his choice.

16      Uh, so that's the -- that's -- that's the

17 legal issue that, of course -- of course, the phony

18 news doesn't describe to you.

19      Well, there's a lot more to this.

20      TONY:  (Unintelligible, speakers

21 overlapping.)

22      MR. GUILIANI:  We're gonna be covering it,

23 you know, on our show on Sunday.  We'll go into it in

24 great detail on uncovering the truth with

25 Dr. Maria Ryan.

File 22  Chat with the Mayor  Rudy Guiliani

1        We'll let you participate and vote.  And

2   then we'll be back on Monday.  Let's see where the

3   world is on Monday.

4        And I want to thank you for your

5   participation right up to that last call.  You guys

6   are the smartest audience in radio.

7        And remember.  Tomorrow morning, you get up

8   and you say, "Thank God I'm in America, the greatest

9   country on Earth."

10              (End of recording.)

11                    * * *

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 1:21-cv-00213-CJN   Document 2-73   Filed 01/25/21   Page 43 of 54
File 22  Chat with the Mayor   Rudy Guiliani
January 08, 2021                                    42

1

2

3          I, SONJA CHERNICK, a Certified Shorthand

4     Reporter for the State of California, do hereby

5     certify:

6          That the foregoing transcript is a verbatim

7     transcription prepared from the electronic audio

8     recording provided to me; that the foregoing is a true

9     and accurate transcription of said recording, to the

10    best of my ability.

11

12         Dated this 18th day of January 2021.

13

14                    _____

15              SONJA CHERNICK, CSR 11504

16

17

18

19

20

21

22

23

24

25

**$**

**$1.5**   4:5
**$11**   2:14
  13:25 36:4
**$3.5**   3:25
**$30**   5:4
**$40**   3:5

**1**

**1**   7:3,5 15:17
  25:13
**1-800-848-9222**
  2:12 17:13
**1-800-848-9422**
  2:16
**10**   4:25 32:2
  39:10 40:7
**10-year-old**
  18:9
**1800-848-WABC**
  2:13
**1877**   31:21
  38:1,18

**2**

**2**   2:15 14:1
  15:17 32:10
  36:5
**2017**   34:24
  38:13

**3**

**30**   3:23 36:18
**30,000**   8:12
**30-year**   21:13

**4**

**400,000**   32:12
**4th**   15:7

**5**

**50**   3:21 23:5
  29:13
**500**   8:3

**6**

**6**   14:11
**6,000**   15:21,
  23
**600**   15:21
**6:00**   9:19

**7**

**77**   2:3,8 5:17
  14:3 17:8
  36:8,11

**A**

**ABC**   26:4
**absolutely**
  6:10
**accepts**   27:22
**accomplish**
  28:17
**account**   21:8
**accurate**
  39:10 40:9
**accused**   39:25
**accusing**
  39:24
**act**   12:19
  31:21 37:25
  38:2,18
**actions**   13:19
**actual**   21:5
**addition**   5:2
**address**   2:21
**adjust**   15:16
**admit**   9:21
**admits**   23:5

**admitting**
  22:24
**advice**   28:7
**affectionately**
  36:22
**Affidavits**
  30:19
**afternoon**   2:6
**agree**   28:19
  37:6
**agreement**
  33:15
**ahead**   29:7
**Alex**   14:6,7,
  22 15:22
  16:17,20,23
**Alexa**   14:2,3
**Alexander**
  26:18,19
**Allegiance**
  21:9,16
**allowed**   40:6
**amazing**   16:14
  33:6,8
**amendment**
  38:14 39:2
**America**   2:6
  8:1 25:14
  41:8
**America's**   2:4
**American**
  14:15 25:12
**ammo**   35:6
**amount**   4:2
**angry**   9:1
  37:14
**antagonistic**
  11:11
**Antifa**   9:12,
  15,24 10:4,
  16,23 11:10
  12:1 13:9
  14:11 34:21,
  23
**Antrim**   15:20
**anytime**   16:8

**argued**   38:11
**Arizona**   8:17
**article**
  31:18,19
**articles**   32:1
  38:17
**assigns**   38:20
**attack**   11:20,
  22 15:14
  22:14
**attacking**
  11:23 22:20
**attempt**   3:1
**attempted**
  13:7
**attention**
  26:14
**audience**   41:6
**audio**   2:1
  11:5
**audit**   32:4
**authority**
  38:4,6,7
**axes**   7:16

**B**

**back**   5:14
  17:7,9,23
  31:14 32:2
  33:14 34:23
  36:12 38:5
  41:2
**background**
  10:14
**backing**   40:12
**bad**   37:11
**ballot**   32:17
**ballots**   15:7,
  8 16:23 32:11
  39:14,16,17
  40:1,3
**Baltimore**
  36:18
**Banana**   27:12
  28:2

Case 1:21-cv-00213-CJN Document 2-79 Filed 01/25/21 Page 45 of 54
Chat room the Mayor Rudy Giuliani
January 08, 2021                                                    2

bang  9:25
based  3:8
  5:11
basis  31:16
battle  29:15
beat  27:25
beaten  13:12
  27:18
begin  2:1
believes
  27:17
Benghazi  7:12
Biden  3:9,14,
  15,19 4:7,10,
  25 8:14 16:1
  19:13 23:5
  24:3 35:3
Biden's  24:3
Bidens  4:20,
  21
big  10:4
bigger  8:24
billion  4:5
billions  35:5
bit  34:2
black  13:9
  25:21
blame  29:9
Blaze  35:12
block  31:7
blue  25:8,21
Bob  4:22,23
Bowser  11:3
bravely  10:3
break  5:13
  10:18 23:20
breaking  10:6
  11:1
Breaks  6:4
Brian  5:25
bribe  3:17
bribes  23:6
bring  15:7
broke  14:12
broken  10:9

Brooklyn  14:6
brought
  30:19,20
Building  28:1
built  16:13
  17:1
Bulger's  4:8
bullshit
  26:16
bums  11:14
business  4:14
buy  5:21

_____

C

_____
call  2:11,16
  36:13,17 41:5
called  14:15
calling  36:1
  37:5
calls  36:1,2
campaigning
  36:19
candidate
  30:13
capital  2:8
  5:19
Capitol  7:8,
  15,18 9:10
  10:10 12:10,
  13,14 14:12
  22:9 28:1
  37:7
care  3:20
  17:20 25:19
carefully
  10:15
cares  25:18
Carolina
  31:18
cash  33:16
caught  15:20
caused  12:12
CBS  26:4
censored  9:22
  25:24

censorship
  5:12,22
Center  36:19
ceremonial
  37:16
Chaffetz
  29:13,17
chance  39:13
change  16:7,
  8,12
Channel  29:18
chanted  8:3
character
  9:24
charge  12:20
charged  13:17
charges  3:2
Charlotte  6:7
chat  2:10,16
  5:20 13:24
  17:10
cheat  16:14
  17:2
cheated  8:5,9
cheating  17:5
children
  18:23,24 22:1
China  4:4
  16:12 23:25
  24:2,6,21
  35:2
Chinese  4:6,
  14,15,16,20
  5:5,8 24:16
  35:10
choice  39:4
  40:15
choose  38:23
Christmas
  34:4
Chuck  24:23
citizens  9:1
  28:2
City  2:4 5:16
  36:10
claimed  25:18

claims  18:17
clear  6:9
  9:15
client  37:13
CNN  34:22
collected
  11:6
collusion
  3:3,6
color  25:21
Columbia  2:8
commend  33:6
comment  34:18
commitment
  4:5
Committee
  24:10,12
common  36:6
communist
  4:6,14,15,16
communists
  4:21 5:5,8
  29:17
company  5:3
  16:22,25
completely
  6:15,18
computer  8:13
concealing
  32:15,16
concludes
  4:13
condone  13:14
Congress  7:2
  12:2 21:19
  29:23,24
  38:13,21
Congressmen
  29:9
connect  16:10
connected
  16:10
connection
  35:8
conspirators
  28:24

constitution
38:21
constitutional
31:16,20
contained
39:17
contemplating
4:12
continue  33:9
35:8
contract  4:13
conversation
2:18 3:8,11,
12 6:8,10,11,
15
conversations
2:19
cookies  7:19
cops  27:25
corrupted
30:25 31:3
count  31:21
40:9
counterrally
9:5,6,7
Counting
37:25 38:2,18
country  27:12
33:5 41:9
county  15:16,
20
couple  19:17
25:1
Cousin  36:23
cousins  37:1
covering
40:22
cozy  33:14
cracks  29:3
criminal  3:13
criminality
4:24
crook  21:13
crooked  23:15
crowd  6:23
curiosity
25:23

Cyber  15:14

---

**D**

---

daughter  18:9
day  2:25 3:1
6:2,18 22:4
33:19,21
day-  23:18
daylights
23:18
days  32:2
39:10 40:7
dead  4:19
deal  34:11,13
decide  32:5
39:7
decided  29:14
deciding
40:11
decision
31:17
decisions
28:21
defeat  27:5
definitively
39:20
deliberately
5:10
dementia
20:22
democracy
27:6
Democrat
15:25 30:10
Democratic
15:1 31:20
Democrats  6:6
7:10 8:6,12
9:4 15:6
25:3,5
demonize  2:22
demonstration
7:11
denied  40:10
Denise  17:16,
17,21,25

18:1,5,7,13,
18,21,25
19:3,5,7,11,
15,21,25
20:4,10,13,
17,24 21:11,
14,18 22:1,8,
13,15,22
23:1,3,7,11,
15,19,22,24
24:5,7,9,12,
14,17,20
25:4,6,8,12,
15,18 26:3,5,
8,11,14,16,24
Department
21:19
depressed
22:5
describe  4:18
40:18
destroyed
13:11
detail  40:24
deteriorating
21:7
determine
39:19
dice  33:8
died  6:2
diff-  21:25
difficult
21:25
disagree
31:15
discretion
37:16
discussed
34:1
disgusting
15:10
dispute  37:24
disregarded
27:14
distant  37:1
distraction
37:8

District  2:7
doctors  20:21
21:6
dollars  3:16
17:1 35:6
Dominion  8:14
15:4,11,13
16:7 32:5
Don  6:22
Donald  2:24
11:24 22:18
23:17 28:8,24
Donate  2:14
13:25 36:4
draw  35:8
dressed
11:12,14
12:18
drive  3:10
19:13
DSM  21:1
DSM-5  21:1,5

---

**E**

---

Earth  41:9
Eastman  6:22
Economic
35:20
effects  7:21
elected  30:5,
6
election  5:11
8:22 14:14
27:21 32:7
39:21
Electoral
31:21 37:25
38:2,18
elitist  26:22
Embassy  34:5
emotional
12:23
enable  14:3
encourage
33:22

end  11:6
  41:10
entire  19:12
episode  35:12
equity  4:7
  5:1,3
Eric  24:9,17
errant  10:12
establishment
  29:1
everybody's
  12:9 23:15
evidence  6:14
  8:9 15:3
  27:21 30:18
  37:10 39:15
examine  20:21
  32:10 39:13
excited  7:5
exciting
  12:23
exclusive
  38:22
excommunicated
  22:21
exculpatory
  6:14
excuse  26:16
  29:6
expel  22:20
expenses  3:21
experts  30:20
explained
  4:24
explains
  3:19,24
exposed  15:1
extremely
  15:14

F

fact  21:8
fair  9:11,12
fall  27:4

false  3:2
  39:18
family  3:14,
  20 5:24 19:14
  36:22
fascinating
  5:9,10
fast  15:23
father  3:22
FBI  3:10
fear  27:1,2
feel  8:4
  22:8,19
feeling  20:7
feels  22:18
feet  10:19
felt  26:18
fighting  6:1
  14:17
film  30:20
final  36:13
finally  12:8
  27:16
financial
  35:9
find  9:10
  32:9,14 33:4
finding  3:5
finish  21:8
finished
  11:25 12:8
fix  23:14
  29:19
flip  31:13
Florida
  17:16,19,20
follow  28:8,
  9,11
followers
  27:11
footage  9:21
  20:22
foreign
  16:22,25
  24:12
forensic  32:4

39:19
forensically
  39:13
forever  24:24
forget  4:2
fortune  19:10
forward  35:24
Foundation
  2:12 17:13,14
  36:3
Fox  29:18
fractions
  16:8
frame-up  13:6
fraud  35:9
free  13:18
Freeman  35:12
Freeman's
  35:20
frightens
  23:18
frustrating
  28:16
frustration
  28:19
full  15:1
function
  37:15
fund  4:7

G

g-  10:22
game  13:1
  23:21
gases  7:21
gave  6:17
  14:10
Georgia  8:16
  16:16,19,25
  31:13
Germany  16:11
get also  5:4
girl  20:8,11
girlfriend
  24:16

girls  18:11
  19:19,23
Giuliani  2:5
  5:17 17:8
  36:6,11,24
give  11:3
  14:16,24 18:4
  20:7 29:4
  30:18
giving  33:16
God  10:4
  17:22 23:24
  41:8
good  2:6,14
  13:25 17:15
  26:10 31:5
  36:4,17,25
Google  35:2
gotta  22:3
gov-  6:13
government
  3:15 4:6 6:14
Governor  17:3
  36:20 38:20
Gowdy  29:12,
  18
grabs  10:4
Graham  30:2
grant  39:8
grateful  34:8
grave  18:14
great  32:24
  34:11,13 36:1
  40:24
greatest  15:3
  41:8
green  25:21
ground  10:8
group  11:15
grow-  33:20
growing  33:20
guarantee
  22:10
guess  20:2
  23:13
Guiliani  2:6,
  7 5:18 14:20

15:12,23
16:18,22,24
17:9,20,24
18:4,6,12,15,
19,23 19:1,4,
9,12,16,22
20:2,5,11,15,
19 21:1,12,
15,24 22:3,9,
14,17,24
23:2,4,9,13,
17,20,23,25
24:6,8,11,13,
15,18,25
25:5,7,10,13,
16,22 26:4,6,
10,13,15,17
27:1 28:4,7,
13,15,23
29:3,6,21
30:7 31:2,9,
12 32:24
33:3,11,25
34:7,9 35:14,
18,21,24
36:12,16,21,
25 37:20,23
38:6 40:6,22
**guilty** 32:19
39:23
**guy** 10:5,7,
17,18,22,23
20:22 21:12
22:24 24:3,15
35:1
**guys** 2:20
41:5

---

### H

**hacked** 15:4
**hacking** 15:10
**hair** 18:11
19:1 20:18
**half** 18:14
**Hamilton**
26:18,19

**hammers** 7:16
**happen** 13:15
**happened** 3:24
5:22 6:4 9:9
27:11 29:16
38:15
**harassed**
10:25
**hard** 3:9 6:24
19:12
**Harvard** 40:13
**hat** 10:1,2
**hats** 27:18
**head** 17:12
20:14
**heads** 12:7
19:18
**hear** 10:15
32:22,24
**heard** 12:6,
14,16
**heart** 5:24
6:4
**heartbroken**
33:1
**heck** 19:13
**held** 3:10
**Helen** 36:20
**helping** 9:15
**hero** 10:8,22
**Hey** 17:17
36:16
**hide** 39:22
**hiding** 40:1
**high-level**
4:16
**hire** 16:22,25
**holding** 20:4
**honest** 8:21
25:16 32:6
**honestly** 22:5
**honor** 27:8
**hope** 34:15
35:7
**horrible** 5:23

**hotline** 2:12
13:25 14:5
17:13 36:3
**hours** 18:2
**House** 21:17
24:9 29:24
38:4,7,9,23
**hundred** 14:9
17:1
**hundreds** 6:25
8:18 12:22
22:11 35:5
39:17
**Hunter** 3:15,
19 4:7 23:5
35:3
**hustle** 35:2
**hypocrisy**
2:22

---

### I

**idea** 7:1
21:22 33:13
**idealistic**
31:6
**ignore** 30:5
**illegality**
29:7
**illegitimate**
32:11
**imagine** 5:24
**impeach** 13:5
**impeached**
6:12 13:2,3
**impeachment**
3:7
**importance**
34:2
**inaccurate**
39:12
**incidents**
11:7
**incited** 6:20,
21
**incitement**
6:19 7:4

**including** 4:5
38:12 40:13
**incredible**
4:3
**independent**
25:19 26:11,
12
**inform** 27:3
**information**
5:10 25:24
26:7
**informed**
26:21
**insertions**
8:14
**instigate** 9:9
**instructions**
16:11
**intelligence**
4:17 24:10,12
**intelligent**
2:19
**intended** 3:17
**interest** 37:9
**Interesting**
27:6
**internet**
16:10 18:10
26:9
**interviewed**
9:14,20
**invaded** 10:10
**invasion** 12:2
**investigating**
14:18
**investments**
35:10
**involved**
4:10,23,24
8:18 12:1
**Iran** 33:14,16
**Israel** 33:12
**issue** 40:17
**Italy** 16:11

**J**

Jake   34:22,23
January   14:11
Jason   29:13
Jersey   27:7
Jerusalem
   32:21 34:16
   35:25 36:1
Jewish   33:20
job   3:16 5:8
Joe   4:10,25
Joel   32:20,
   22,25 33:6,18
   34:1,8,17
   35:3,16,19,22
John   4:7
Jr   6:22
Judeo-
christian
   34:2
jumped   29:11
Justice   21:19

**K**

Kaplan   35:3
Kazakhstan
   4:1
keeping   24:20
Kerry's   4:7
Kevin   35:12,
   20
killed   13:11
kind   12:21,25
   20:7 24:2
   27:2
kissing   18:11
   19:25

**L**

lady   36:19
large   4:3
   11:17

Laurence
   31:20 40:13
law   28:9,11,
   18 31:18,25
   40:11
law-abiding
   9:1
lawyer   31:20
   38:16
lazy   27:3
leadership
   30:24
leave   6:8
leaves   4:11
led   16:3
left   10:22
   14:14
legacy   14:22
legal   40:17
legislation
   39:2
Legislators
   32:2
Legislature
   30:11
Legislatures
   30:9 38:8,20
legs   18:19
   19:1
life   5:25
   28:10
likes   16:1
Lindsey   30:2
lips   20:1
listen   10:14
   12:18
listened   6:20
   27:15
listeners
   33:7,23 34:20
   35:2,9
listening
   33:21
listens   27:17
   28:3
litigation
   16:3

live   2:7
Lives   13:10
livid   21:21,
   22
living   23:18
long   2:20
looters   7:24
losing   29:15
loss   6:3
lost   5:25
   35:1 37:9
lot   7:21
   10:13 19:13
   25:23 26:8,11
   29:9 31:5,7
   33:24 34:12
   35:6 40:19
love   6:6 8:1
lying   7:12

**M**

machine
   15:18,24
   16:4,5 17:1
   32:17
machines
   16:6,7 32:5
   39:13,16
   40:1,2
made   13:21
   15:19,21
   39:7,8
mafia   13:1
MAGA   6:23
   7:25 10:2,8,
   21,22 11:19
   12:18,19
mail   40:1
mail-in   32:10
main   18:5
make   5:20
   31:17 39:5
makes   6:9
   9:14 39:23
MALE   2:3 5:15
   17:8 36:9

man   4:14 5:6
   10:1,3,4 23:5
Maria   40:25
mass   33:21
matter   13:10
   25:21
matters   5:16
   36:10
Mayor   2:4,11
   3:25 5:17,20
   11:3 13:24
   14:7 17:8,11,
   17,22 24:24
   32:22 35:17
   36:10,15
Mcconnell
   30:2
meaning   5:3
means   14:21
   31:24
medal   11:2,3
media   8:7
   23:3 26:12
members   14:11
   31:6
men   11:15
message   34:5
messing   18:11
met   36:18
Michigan   8:17
   15:20
middle   7:17
milk   7:16,17,
   18,20
million   3:5,
   25 4:1 5:4
   6:25 17:1
millions
   3:15,16
mind   29:10
Mine   6:22
misfortune
   19:10
mistake   15:19
Mitch   30:2
mocked   27:17

Mom  18:10
moment  33:23
Monday  41:2,3
money  3:22
  4:1,4 24:2,21
  35:1
month  2:15
  13:25 36:4
months  21:6
morning  41:7
Mortified
  20:10
Moscow's  3:25
mother's
  18:13
motives  13:14
mountains
  27:21
moved  25:19

**N**

named  36:19
Nancy  12:25
  13:4
narrative
  33:10
Nation  2:8
nation's  5:19
national  9:22
NBC  26:4
needed  26:18
negotiates
  4:13
nephew  4:8
net  28:23
news  5:22
  29:18 31:5
  40:18
newspapers
  9:23
nice  36:25
Nigerian  34:5
no-show  3:16
North  31:18

note  9:4
November  15:7
number  2:15
  6:24 7:1
  9:11,12 11:17
  14:1 36:5
numbers  16:5
numerous
  20:21 40:12

**O**

O-  33:17
Obama  27:13
  33:17
obligation
  29:22
obvious  15:13
occurred
  12:24
officer  5:25
  6:4
officers  11:9
  12:21
officials
  39:21
oldest  30:23
Olinsky  4:22
Olinsky's
  4:23
open  9:25
  11:1 29:3
opportunity
  32:2
order  2:22
  9:9
orderly  6:23
organize  9:16
outrageous
  12:2
overlapping
  16:21 18:22
  19:8 20:18
  22:16 23:16
  26:25 28:6
  33:2 35:13
  37:4,22 40:21

overwhelming
  39:15
ownership  5:3

**P**

part  6:9 17:4
participate
  41:1
participation
  41:5
partisan  13:5
partner  4:10
partners  4:20
party  15:1
  25:18,20 28:9
pass-through
  3:17
passage  37:25
  38:10
passed  3:21
  18:14
pathetic  4:6
  21:10
pay  16:25
  26:14
payment  5:4
peacefully
  12:10 14:17,
  20,24
Pelosi  12:25
  13:4 24:20
Pence  31:14
Pennsylvania
  8:18,20 31:13
  32:12
people  4:17
  7:1,8,15,25
  8:4,8 9:12
  10:4,11,12,
  15,21 11:11,
  12,18,19,20
  12:3,12,13,
  18,19 13:9,
  10,11,18
  14:15 17:3
  22:4,10,19

26:21 27:2,14
  28:8 29:17
  30:5,6 34:12
  38:14
percent  3:21
  4:25 7:3,5
  14:9 15:17
  23:5
percentage
  7:2
perfectly
  3:12
period  4:4
person  8:20
  9:15
pervy  20:7
Philadelphia
  8:22
phone  21:20
phonetic  14:4
  20:4 22:2
  33:19
phonies  29:20
phony  16:6
  17:4 39:17
  40:1,17
pick  7:16
pictures
  18:16 19:17,
  25 22:22
Pittsburgh
  8:22
place  31:9
platform
  19:21
play  18:24
playing  12:25
pleasure  14:7
  17:17
Pledge  21:9,
  16
plenty  11:7
  28:13,15,16
podcast  9:13,
  17
point  5:19
  6:25 13:22

21:2,4  29:21
**points**  27:10
**police**  5:25
    6:3  10:17,20,
    21  11:9,11,
    16,18,20,21,
    22,23  12:6,20
    22:14,18,19,
    20
**politicians**
    13:13
**positions**
    30:24
**pounds**  10:8
**power**  38:19
**powerful**  31:2
**prepared**  7:9
**present**  37:11
**presentation**
    5:22
**Presidency**
    4:11
**president**
    2:24  3:2,8,17
    4:13  5:7  6:7
    8:2  12:8
    13:21  14:10,
    13,25  18:11
    31:14,16,22,
    24  37:13,14
    38:3,24  39:3,
    7  40:10
**presidential**
    30:12
**press**  7:13
**pretending**
    11:24
**prevailing**
    8:7
**prey**  27:4
**printouts**
    8:13
**private**  4:6
**professional**
    7:23
**Professor**
    6:22

**promise**  9:19
**proof**  8:16
**propaganda**
    27:2,4
**propaganda-**
**ridden**  5:21
**prosecutor**
    32:19
**protect**  10:9
    11:20
**prove**  11:25
    30:17
**proven**  3:4
    6:15
**publicly**
    19:6,17
**Pulitzer**  15:2
**pulls**  10:5
**purely**  37:15
**push**  7:22
    38:23
**put**  9:17
    11:14  23:10
    38:13
**puts**  25:13
**putting**  21:12

_____

## Q

**qualified**
    25:20
**question**  18:5
    25:22  34:14,
    15,17,18,25
**questionable**
    7:6
**quickly**  21:7

_____

## R

**radio**  5:17
    36:8,11  41:6
**Raffensperger**
    39:25
**rallies**  12:22
    22:11

**rally**  8:3  9:2
    11:13  14:10
**range**  13:18
    33:23
**read**  35:3
    38:17
**ready**  5:6
**real**  27:1,2
**reason**  37:5
**reasons**  3:11
**recall**  34:6
**received**  3:15
**recent**  31:17
    38:12
**recording**
    41:10
**recruiter**
    4:15
**red**  10:1
    25:8,21
**reemerge**  10:7
**refers**  36:22
**regarded**  4:15
**relationship**
    3:13
**released**  3:10
**relied**  39:4
**relying**  31:22
    38:3
**remarks**  12:9
**remember**
    18:20  41:7
**Representative**
**s**  38:9
**Republic**
    27:12  28:2
**Republican**
    15:24  28:9
    29:9
**Republicans**
    30:21
**request**  39:6,
    8,9  40:10
**requires**
    38:24
**research**  26:8

**Resign**  13:1
**Resigned**  13:2
**resources**  9:8
**respectfully**
    31:15
**responsibility**
    13:19
**revealed**  3:13
**review**  31:18
    32:1
**revived**  3:5
**Rich**  27:7,8
    28:5,12,14,22
    29:2,5,8  30:1
    31:1,8,11
**ridiculed**
    27:18
**rigged**  39:16,
    25
**rioters**  7:23
**riots**  13:8
**Romania**  4:2
**room**  28:13,
    15,16  35:20
**ropes**  7:16
**Rudy**  2:5,7
    5:17  17:8
    36:6,11,23
**Rudy'**
**scommonsense.**
**com.**  9:19
**ruling**  39:5
**run**  4:14
    29:14
**running**  4:12
**Russian**  3:2,6
**Rutgers**  31:18
**Ryan**  40:25

_____

## S

**s-**  24:5
**safe**  35:25
**scale**  8:24
**scared**  24:1

scholars
 38:11 40:13
Schumer  24:23
scientific
 20:20 30:20
scratching
 19:18
scuffle  6:1
secret  25:1
Secretary
 17:4
seizure  37:7
Senate  30:11
 38:7,25
Senators
 29:25 30:1
send  34:4
sense  36:6
separate  19:5
set  6:5,6
shame  31:10,
 12
share  38:24
ship  29:11
shook  23:22
short  5:13
shoulder
 20:13
shoulders
 10:5
shove  38:23
show  21:3
 22:25 40:23
showed  7:8
shows  7:22
Sicknick  5:25
side  4:21
 11:21
signs  27:19
simply  14:3
single  32:17
 38:17
sir  37:20
sit  27:23
skill  14:3

smart  2:20
smartest  41:6
smelling
 19:19
Social  23:3
sold  24:6
solution  36:7
Somebody's
 11:23
sophisticated
 15:14
sound  31:16
 39:23
sounds  26:22
 37:17,18
speak  2:10
 13:23 17:18
speakers
 16:20 18:21
 19:7 20:17
 22:15 23:16
 26:25 28:5
 33:2 35:13
 37:3,21 40:20
speech  6:17
 7:7 12:14,15
 13:18 14:9,10
speeches  6:21
spend  16:16
spent  3:5
spies  4:16
spiritual
 33:24
splice  33:9
spontaneous
 7:11
spy  24:16
stamina  33:7
standard
 13:20
start  33:16
State  16:15,
 18,24 17:4
 30:9,11 38:8,
 19
states  3:18
 5:7 39:9,21

40:8
stay  18:1
 21:20 24:23
 30:15 35:25
steal  27:19,
 20
stealing  15:9
 30:15
stepson  4:7
sticking
 21:16 33:7
stole  8:21
 14:13 35:5,8
stolen  8:12,
 23 37:22
stomach  30:4
stone  6:5,6
stop  3:1
 10:17,22
 20:12
stopped  10:24
 11:1 12:17
stops  10:6
stores  13:11
storming  7:18
story  35:4,16
straight  5:4
straw  27:20
strength
 33:24
stuff  15:8,10
 26:1
submit  40:8,9
submitted
 39:12
sudden  10:1
 11:15
summer  13:8
sums  4:4
Sunday  40:23
sunny  17:16
support  12:3,
 5 30:12,13,
 14,16 31:5
 33:9
supported

31:17
supporter
 11:24
supporters
 11:16 12:20
 27:25
supporting
 32:1
supposed
 27:23 37:11
surrounded
 10:3,25
 11:10,16
Swalwell
 24:9,17
swear  18:13
switch  15:23
switched  16:5
symptoms  21:5
system  15:4,
 11 23:22

              T

t.org.  2:15
 14:1 36:5
t2t.org.  2:15
 14:1 17:15
 36:4
tactic  39:22
takes  38:7,
 19,22
taking  36:17
talk  5:17
 17:10 26:2
 27:8 36:7,11
 37:10
talked  21:6
talking  5:15
 25:24 26:2
 36:9
Tampa  36:14
tape  22:25
Tapper  34:22,
 23
team  35:7

television
  9:22 20:21
  22:25
tells 32:18
terrible
  28:21
test 39:19
tested 38:15
text 3:19
  23:2,4
thankfully
  17:19
thing 12:21
  16:13 29:2,8
  33:19 37:11
things 6:6
  32:3 34:11
third-world
  27:12 28:2
thought 26:21
  29:14
thousand
  10:19
thousands
  6:25 8:19
  39:17
Tiktok 18:18
time 2:3,20
  10:8,24 11:25
  12:11 18:2
  38:10
times 8:3
today 2:21
  13:1,2
told 35:16
Tomorrow 41:7
ton 35:1
tonight 9:13,
  18
Tony 36:14,
  15,16,17,22
  37:3,21 38:5
  40:5,20
top 17:3 31:9
  34:24
Touching
  20:13

toughest
  30:23
Trade 36:19
tradition
  34:3
transplants
  17:18
Trey 29:12
Tribe 31:20
  40:13
trouble 12:12
  21:15
trucks 15:6
true 34:12
  39:18
Trump 2:24
  8:2,15 9:2
  10:15,25
  11:16,19,24
  12:3,20
  14:10,13,25
  21:22 22:18
  23:17 27:11,
  25 28:8,24
  29:14 32:8
  37:13
truth 36:7
  40:24
truthful
  30:17
Tuesday 13:2,
  3
tuning 2:9
Tunnel2towers
  2:11,14 13:25
  17:12,14 36:3
turned 6:13
  9:2 29:16
turns 30:4
TV 35:12
type 34:23
typical 6:23
  14:10

U

Uh-huh 19:11
  25:4
Ukraine 6:11
Ukrainian
  3:8,14
uncomfortable
  19:24
unconstitution
al 31:23,25
  38:12,18 39:5
  40:12
uncover 36:7
uncovering
  40:24
understand
  13:14,15
  23:12 37:12
understanding
  13:17
unearthed
  37:18
unintelligible
  16:20 18:21
  19:7,15 20:17
  22:15 23:16
  24:14 25:12
  26:5,24 28:5
  31:1 33:2
  35:13 37:3,
  19,21 40:20
United 3:18
  5:7
unlawful 12:3
untrue 3:4
upset 29:23
urged 38:13
useless 29:11

V

Vice 3:17
  4:11 31:14,
  16,22,24
  37:14 38:3

39:3 40:10
video 35:23
videos 8:11
  33:9
view 38:16
violence
  13:10
volunteering
  14:19
vote 13:5
  15:17 16:7
  26:20,21
  38:13 39:10
  41:1
voted 21:22
votes 8:12,
  14,15,19 13:5
  16:2,12 39:11

W

WABC 2:3,8
  5:17 14:3
  17:8 36:8,11
walked 10:19
wanted 17:5
  29:15
wanting 33:13
War 35:20
ward 7:21
warn 35:9
watch 6:18
  9:13,17
wearing 27:18
Wednesday
  27:11
week 15:2
weekend 11:7
weeks 25:2
  32:16
White 21:17
Whitey 4:8
wholeheartedly
  37:6
wide 28:23
  29:3 33:23

38:3,6
**wife** 3:25
**win** 32:12
**window** 9:25
10:6,9 11:1
**Wisconsin**
8:17
**Witch** 3:19
**withheld** 8:10
**withholding**
6:14
**witnesses**
30:19
**women** 10:25
11:15
**won** 15:25
**wonderful**
6:23 24:20
**wondering**
15:5
**word** 2:23
14:23
**work** 29:8
**world** 16:12
36:18 41:3
**worried** 33:5
**worry** 33:12
**worse** 6:3
**worst** 18:6,7,
8
**worthless**
30:2,3
**written** 11:7
**wrong** 22:6

_____

**Y**
_____

**year** 5:5
18:14
**years** 3:23
4:5 30:25
36:18
**yelling** 10:15
**yesterday**
9:18

**yesterday's**
2:18
**York** 2:4
5:15,16 14:6
17:18,22
21:23 36:9,10
**York's** 5:17
36:11
**young** 18:11
31:6
**Youtube** 34:22
35:22