# Exhibit 139

screenshot-twitter.com-2021.01.22-14_52_34
https://twitter.com/RudyGiuliani/status/1341050325751492608
22.01.2021



**Rudy W. Giuliani** ✓
@RudyGiuliani

DISCOVERY: A 68% ERROR rate found in votes PROVES intentional fraud!

PA, AZ, GA, MI, and WI should agree to let us audit the Dominion machines. If they didn't cheat, what are they afraid of? We MUST have an audit!

Rudy Giuliani's analysis HERE: youtu.be/UUtmBrgIC9w



10:58 AM · Dec 21, 2020 · Twitter for iPhone

**15.9K** Retweets    **972** Quote Tweets    **42.4K** Likes