# Exhibit 140

An official website of the United States government  Here's how you know

**Federal Election Commission**
UNITED STATES —of— AMERICA

Calendar    Glossary

Campaign finance data ▼    Help for candidates and committees ▼    Legal resources ▼    About ▼

Home  ›  About  ›  Mission and history

# Mission and history

The Federal Election Commission (FEC) is the independent regulatory agency charged with administering and enforcing the federal campaign finance law. The FEC has jurisdiction over the financing of campaigns for the U.S. House, Senate, Presidency and the Vice Presidency.

OVERVIEW

MISSION

HISTORY

Federal campaign finance law covers three broad subjects:

- Public disclosure of funds raised and spent to influence federal elections

  Explore campaign finance data »

- Restrictions on contributions and expenditures made to influence federal elections

  Search and browse legal resources »

- The public financing of presidential campaigns

  Learn more about federal candidates and committees »



The FEC and the Federal Campaign Finance Law

## Mission

To protect the integrity of the federal campaign finance process by providing transparency and fairly enforcing and administering federal campaign finance laws.

## History

As early as 1905, President Theodore Roosevelt recognized the need for campaign finance reform and called for legislation to ban corporate contributions for political purposes. In response, Congress enacted several statutes between 1907 and 1966.

In 1971, Congress consolidated its earlier reform efforts in the Federal Election Campaign Act, instituting more stringent disclosure requirements for federal candidates, political parties and political action committees (PACs). Still, without a central administrative authority, the campaign finance laws were difficult to enforce.

Following reports of serious financial abuses in the 1972 presidential campaign, Congress amended the Federal Election Campaign Act in 1974 to set limits on contributions by individuals, political parties and PACs. The 1974 amendments also established an independent agency, the FEC. The FEC opened its doors in 1975.

### Timeline of events

To mark the agency's 40th anniversary, the Commission created an interactive timeline that highlights some of the key developments in the agency's history.

[ Interactive timeline ▶ ]

Feedback

---

Document title: Mission and history
Capture URL: https://www.fec.gov/about/mission-and-history/
Capture timestamp (UTC): Fri, 22 Jan 2021 19:59:06 GMT

- The public financing of presidential campaigns
- Learn more about our mission and committees

**MISSION**

**HISTORY**

## Mission

To protect the integrity of the federal campaign finance process by providing transparency and fairly enforcing and administering federal campaign finance laws.

## History

As early as 1905, President Theodore Roosevelt recognized the need for campaign finance reform and called for legislation to ban corporate contributions for political purposes. In response, Congress enacted several statutes between 1907 and 1966.

In 1971, Congress consolidated its earlier reform efforts in the Federal Election Campaign Act, instituting more stringent disclosure requirements for federal candidates, political parties and political action committees (PACs). Still, without a central administrative authority, the campaign finance laws were difficult to enforce.

Following reports of serious financial abuses in the 1972 presidential campaign, Congress amended the Federal Election Campaign Act in 1974 to set limits on contributions by individuals, political parties and PACs. The 1974 amendments also established an independent agency, the FEC. The FEC opened its doors in 1975.

### Timeline of events

To mark the agency's 40th anniversary, the Commission created an interactive timeline that highlights some of the key developments in the agency's history.

**Interactive timeline ▶**

---

This information is not intended to replace the law or to change its meaning, nor does this information create or confer any rights for or on any person or bind the Federal Election Commission or the public.

The reader is encouraged also to consult the Federal Election Campaign Act of 1971, as amended (52 U.S.C. 30101 et seq.), Commission regulations (Title 11 of the Code of Federal Regulations), Commission advisory opinions and applicable court decisions.

About
Careers
Press
Contact

Privacy and security policy
Plain language
No FEAR Act
Strategy, budget and performance

Open government
Protected Voices
USA.gov
Inspector General
FOIA

OpenFEC API
GitHub repository
Release notes
FEC.gov status



**Federal Election Commission**

 

1050 First Street, NE
Washington, DC 20463

✉ Sign up for FECMail

Feedback

---

Document title: Mission and history
Capture URL: https://www.fec.gov/about/mission-and-history/
Capture timestamp (UTC): Fri, 22 Jan 2021 19:59:06 GMT

Page 1 of 1