# Exhibit 144

SUBSCRIBE NOW
$1 for 3 months. Save 97%.

SUBSCRIBE NOW
$1 for 3 months. Save 97%.

[ News ]  Sports  Autos  Entertainment  Nation / World  Obituaries  E-Edition  Legals  34°F  Subscribe  Sign In

Advertisement - scroll for more content



ELECTIONS

# Trump tweet wrongly suggests there were defects with Michigan voting machines

**Paul Egan** and **Clara Hendrickson**  Detroit Free Press
Published 6:41 p.m. ET Dec. 15, 2020 | Updated 8:01 p.m. ET Dec. 15, 2020

View Comments



**Electoral College makes it official: Biden won**
The Electoral College decisively confirmed Joe Biden on Monday as the nation's next president, ratifying his November victory in an authoritative state-by-state repudiation of President Donald Trump's refusal to concede he had lost. (Dec. 14)
AP

**The claim: "68% error rate in Michigan Voting Machines. Should be, by law, a tiny percentage of one percent."**

In a Tuesday tweet, Trump claimed there was a "68% error rate in Michigan Voting Machines. Should be, by law, a tiny percentage of one percent."

He suggested Michigan Secretary of State Jocelyn Benson would face legal scrutiny for the alleged errors. "Did Michigan Secretary of State break the law? Stay tuned!" Trump wrote.



### More Stories


**Joe Biden selects Gretchen Whitmer as a Democratic Party vice chair**
NEWS


**Tom Brady proves he's a Michigan Man at heart with gift to Chase Young**
SPORTS


**Photos: Police prepare for Michigan Capitol protest in Lansing**
NEWS

*Notice our new look? As you get used to things, please let us know what you think!*

Advertisement



Document title: Trump wrongly claims defect with Michigan voting machines
Capture URL: https://www.freep.com/story/news/politics/elections/2020/12/15/trump-fact-check-defect-voting-machines-michigan/3902951001/
Capture timestamp (UTC): Mon, 18 Jan 2021 19:51:58 GMT

SUBSCRIBE NOW
$1 for 3 months. Save 97%.

Detroit Free Press

SUBSCRIBE NOW
$1 for 3 months. Save 97%.

[ News ]   Sports   Autos   Entertainment   Nation / World   Obituaries   E-Edition   Legals   34°F   Subscribe   Sign In




Advertisement
E-Commerce Logistics Are Hard. Until They're Not.
LEARN MORE ABOUT XPO

Michigan Lt. Gov. Garlin Gilchrist opens the state's Electoral College session at the state Capitol, Monday, Dec. 14, 2020 in Lansing, Mich. *Carlos Osorio, AP*

Trump was reacting to a consultant's report that a judge made public Monday in connection with an election lawsuit in Antrim County, in northern Michigan, where a misapplied software update initially led to incorrect unofficial results being reported on election night. But Trump's tweet misinterprets the findings of the report, which itself presents a misleading picture.

Michigan vote tabulators do not read ballots incorrectly 68% of the time. Nor is that statement true if applied only to the Antrim County tabulators in the Nov. 3 election. And the report Trump reacted to, while ambiguous and inaccurate on the subject of errors, does not make that claim.

Advertisement

-50%   -50%
Free Shipping + Free Returns
Rugs.com

The report is signed by cybersecurity analyst Russell James Ramsland Jr. of Allied Security Operations Group, a firm whose representatives have provided analyses and affidavits for lawsuits brought by Trump allies, falsely alleging voter fraud and election irregularities.

In one such analysis on voter turnout, Ramsland mistook voting jurisdictions in Minnesota for Michigan towns. In another, filed in support of a federal lawsuit in Michigan, he made inaccurate claims about voter turnout in various municipalities, misstating them as much as tenfold.

Advertisement

Refinance Calculator
Today's Rate 1.99% APR
Loan amount  $400,000
Loan term    15-Year Fixed
Credit score Excellent







The scrutiny of Antrim's ballots arises from an error in the reporting of unofficial results on election night, which initially showed voters in the heavily GOP county casting more votes for Democrat Joe Biden than for Trump. Trump allies have seized on that error, and other alleged irregularities, in their fruitless quest for evidence of election rigging through equipment made by Dominion Voting Systems.

**Your stories live here.**
Fuel your hometown passion and plug into the stories that define it.



**More:** Affidavit in Michigan lawsuit makes wildly inaccurate claims about voter turnout in state

**More:** Rudy Giuliani cites affidavit about Michigan that erroneously includes Minnesota locations

State and county officials say the reporting error, which was corrected soon after the election, was the result of human error by County Clerk Sheryl Guy, a Republican, before the election.

Guy said that after learning some candidates in local races were omitted from the ballot, she needed to update the ballot information stored on media drives attached to the tabulating machines. But she mistakenly made the changes only in some precincts, instead of all of them, leading to mismatched data when the unofficial countywide tallies were being compiled, and an inaccurate report of the unofficial results, Guy and Benson have said.

The investigation of Antrim's equipment arose from a different issue in the case. In granting a request for "forensic imaging" of the data and software inside the Dominion tabulators, Judge Kevin Elsenheimer of Michigan's 13th Circuit Court was responding to concerns about a closely decided proposal to allow a marijuana dispensary in the village of Central Lake. Ramsland's firm, Allied Security, conducted the investigation.

In his report, Ramsland claimed, "The allowable election error rate established by the Federal Election Commission guidelines is of 1 in 250,000 ballots (.0008%)." On the Antrim machines, he wrote, he "observed an error rate of 68.05%."

The FEC regulates campaign finance, not voting equipment, and has no such guideline. The federal agency that does deal with voting equipment is the Election Assistance Commission. Antrim County's Dominion tabulators are certified by the EAC. In Michigan, 65 out of the state's 83 counties use voting systems manufactured by Dominion.



SUBSCRIBE NOW
$1 for 3 months. Save 97%.

Detroit Free Press

SUBSCRIBE NOW
$1 for 3 months. Save 97%.

[ News ]  Sports  Autos  Entertainment  Nation / World  Obituaries  E-Edition  Legals  34°F  Subscribe  Sign In





Moreover, the error rate identified by Ramsland is not a measure of ballot counting errors. Ramsland did not have access to the paper ballots as part of his investigation, according to Jake Rollow, a spokesman for the Secretary of State's office. Ramsland acknowledged that he was not referring to ballot tabulation errors, even though the purported benchmark he compared it to is "1 in 250,000 ballots."

Rather, Ramsland wrote, the error rate applies to the 15,676 "total lines or events" in Antrim's tabulation logs. "Most of the errors were related to configuration errors that could result in overall tabulation error or adjudication," he wrote, without giving more details or saying that they did result in such errors.

The EAC certification requirements that Antrim's Dominion machines had to meet establish certain error thresholds for the computer code that runs the systems, but the tabulation logs track something else.

Tammy Patrick, a senior adviser to the elections program at the Washington, D.C.-based Democracy Fund, explained in an email to the Free Press that tabulation logs "aren't the lines of code that run the system. They're logs of activities occurring in the process of tabulation. The lines of code that are reviewed in certification are the actual software codes." She said Ramsland's report was "confusing many, many things."

The Free Press called Allied Security Operations Group and left a voice message requesting to speak with Ramsland. The call was not returned. The White House and Trump campaign did not respond to email inquiries regarding Trump's tweet. And the EAC also did not respond to requests for additional information regarding its certification process.

Advertisement



State officials say they are not sure what Ramsland is referencing when he reports a 68% error rate.




State officials say they are not sure what Ramsland is referencing when he reports a 68% error rate.

Guy, the Antrim County clerk, believes that the 68% error rate reported by Ramsland may be related to her original error updating the ballot information. The software generated scores of error reports when the county initially merged election results from various tabulators that did not contain the same ballot information, she said.

"The equipment is great — it's good equipment," Guy said. "It's just that we didn't know what we needed to do (to properly update ballot information). We needed to be trained on the equipment that we have."

## Our ruling

Trump claimed that there was a 68% error rate in the tabulation machines used in Michigan, far more than the law allowed. The apparent source for his claim is a report from an investigation of tabulation equipment from one county that purportedly identified a 68.05% error rate.

The author of the report said the error rate applied not to the number of ballots counted, but rather to the lines or events listed in the tabulators' activity logs.

Trump's tweet refers to a "law" about benchmark error rates. There is no such law. The report he alluded to refers to FEC guidelines that don't exist either.

Election officials have explained that the error in unofficial election night reporting in Antrim County was the result of human error, not an error with the software or tabulation machines used in the county.

We rate this claim False.

*Contact Paul Egan: 517-372-8660 or pegan@freepress.com. Follow him on Twitter @paulegan4. Read more on Michigan politics and sign up for our elections newsletter.*

*Clara Hendrickson fact-checks Michigan issues and politics as a corps member with Report for America, an initiative of The GroundTruth Project. Contact Clara at chendrickson@freepress.com or 313-296-5743 for comments or to suggest a fact-check.*

Become a subscriber.





Taboola Feed


**At 58, This Is Sean Hannity's New Girlfriend**
FinancialAdvisorHeroes | Sponsored


**This Man Opened The Door To A Plane He Turned Into His Home – Take A Look Inside**
Zen Herald | Sponsored


**Lou Ferrigno Is Now 68 Years Old, This Is Him Now**
Drivepedia | Sponsored


E-Commerce Logistics Are Hard. Until They're Not.
LEARN MORE ABOUT XPO


**NHL Player's Wife Is Hands Down The Most Beautiful Woman In The World**
UnPasted | Sponsored


**Mom Is Booted Out Of Water Park For Her Bikini, Cops Called**
Do It Houses | Sponsored


**Deepest Hole On Earth Permanently Sealed After Finding 2 Billion Year Old Fossil**
maternityweek.com | Sponsored


**If You Can Name These Historical Figures You Are A History Genius**
bonvoyaged.com | Sponsored


**Kristy McNichol, 57, Is A Walking Talking Beauty**
BoredomTreatment | Sponsored


**14 Of The Most Beautiful Women In History**
Novelodge | Sponsored


**Spray WD-40 Up Your Faucets, Here's Why**
livestly.com | Sponsored







Sponsored

## Deal of the Day



**Coach Outlet Bags Are 75% Off Right Now Plus $10 Off $100 With Code EXTRA10**

REVIEWED USA TODAY Network

View Deal

Recommendations are independently chosen by our editors. Purchases you make through our links may earn us a commission.



## Recommended



**Tom Brady proves he's a Michigan Man at heart with gift to Chase Young**

SPORTS



**Illinois: Say Bye To Expensive Solar Panels If You Own A Home In Chicago**
EnergyBillCruncher | Sponsored



**These Twins Were Named "Most Beautiful In The World," Wait Until You See Them Today**
Post Fun | Sponsored

## More Local Stories



**Lansing Capitol protest live updates: No violence, no arrests**
NEWS



**Joe Biden selects Gretchen Whitmer as a Democratic Party vice chair**
NEWS



**Photos: Police prepare for Michigan Capitol protest in Lansing**
NEWS



**Michigan football hiring Mike Macdonald compares to Ohio State gambles**
SPORTS



---

Document title: Trump wrongly claims defect with Michigan voting machines
Capture URL: https://www.freep.com/story/news/politics/elections/2020/12/15/trump-fact-check-defect-voting-machines-michigan/3902951001/
Capture timestamp (UTC): Mon, 18 Jan 2021 19:51:58 GMT

Page 6 of 8

SUBSCRIBE NOW — $1 for 3 months. Save 97%.

Detroit Free Press

SUBSCRIBE NOW — $1 for 3 months. Save 97%.

[ News ]   Sports   Autos   Entertainment   Nation / World   Obituaries   E-Edition   Legals   34°F   Subscribe   Sign In



SPORTS



**Shortest Men In Hollywood: Their Real Heights**
Learn It Wise | Sponsored



Advertisement
E-Commerce Logistics Are Hard. Until They're Not.
LEARN MORE ABOUT XPO

**Try To Guess Which First Lady Wore A $46,000 Dress**
Past Factory | Sponsored



**[Pics] The Most Unforgettable Oscars Outfits Of All Time**
Interesticle | Sponsored



**Clear 8" of Snow on an 18-Car Driveway–Without Recharging**
EGO Power+ | Sponsored

## More Local Stories



**Lansing protest over the presidential election proves to be a dud**
NEWS



**Jim Harbaugh says 'no fear.' Michigan football's schedule disagrees**
SPORTS



**Reports: Group rethinks armed protest at Michigan Capitol Sunday**
NEWS



**How grand is this $3.8M Grand Blanc home? Let's start with a closet with its own corridor**
MONEY



**Not Everyone Can See What's Really Concealed In These Magic Eye Images**
Movie Jewel | Sponsored



**40 Moments When People Realized They Messed With The Wrong Person**
Post Fun | Sponsored



CLOSE ✕   1:22 / 1:30

SUBSCRIBE NOW
$1 for 3 months. Save 97%.

Case 1:21-cv-00213-CJN   Document 2-79   Filed 01/25/21   Page 10 of 10

Detroit Free Press

SUBSCRIBE NOW
$1 for 3 months. Save 97%.

[ News ]   Sports   Autos   Entertainment   Nation / World   Obituaries   E-Edition   Legals   34°F   Subscribe   Sign In


**Not Everyone Can See What's Really Concealed In These Magic Eye Images**
Movie Jewel | Sponsored


**40 Moments When People Realized They Messed With The Wrong Person**
Post Fun | Sponsored


Advertisement
E-Commerce Logistics Are Hard. Until They're Not.
LEARN MORE ABOUT XPO


**Lost And Found Signs Too Funny Not To Laugh At**
Daily Funny | Sponsored

**20 Vinyl Records That Are Worth A Fortune**
Factable | Sponsored

**Man thinks he's going on a date but instead faces gunman in Detroit**
NEWS

**Dan Campbell, Detroit Lions HC favorite, made anti-gay remark in 1998**
SPORTS


**20 Fascinating Photos Captured By Drones**
bonvoyaged.com | Sponsored


**15 States Where Americans Don't Want To Live Anymore**
MoneyWise.com | Sponsored

## More Local Stories


**Body of missing transgender woman, 37, found on Detroit's west side**
NEWS


**Adrian College mourns sudden death of golfer Lauren Yankee**
SPORTS


**Investigators still trying to solve 1967 Michigan cold case**
NEWS

Another US Navy Blue Angel jet parks home in metro

