# Exhibit 147



1

2

3

4              File:

5   20201224 Christmas Is NOT CANCELED, Its Vital This Year

6              Rudy Giuliani Ep.  96

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1      RUDY GIULIANI:  Welcome back to Rudy

2   Giuliani's Common Sense.  We're at a very, very

3   important time of the year for many reasons.  The

4   most ancient of which, and the most important of

5   which is, we're approaching the birth of Jesus

6   Christ.  Christmas.

7      Twas the night before Christmas, when all

8   through the house, not a creature was stirring,

9   not even a mouse.  The stockings were hung by the

10   chimney with care in hopes that Saint Nicholas

11   would soon be there.

12      Well, I would love to read the whole thing,

13   and maybe we'll do a separate one.  I used to do

14   it every year for the children of Mother Hale and

15   it was one of my favorite things to do as mayor.

16      But this is a -- the night before -- the

17   night before Christmas, and all through house,

18   things were stirring.  They're not mice.  They're

19   rats.  All kinds of rats are stirring here in

20   Washington.  Which is where I am.

21      And we know what's going on.  We've got a

22   country that is deeply divided.  It's been deeply

23   divided for quite some time.  And now that deep

24   division has become a deep division over who won

25   honestly the 2020 presidential election.

1    Is it Biden who claims to have the -- the

2    numbers?  Who has the media repeating it over and

3    over again, call- -- calling him as the winner

4    prematurely, insisting that he's the winner, and

5    refusing to publish any information to the

6    contrary.  Literally engaging in a censorship

7    unheard of in American history that actually began

8    during the campaign with the censorship of the

9    hard drive of Hunter Biden.

10    Now it's time to take a short break.

11    (Advertisement.)

12    JOHN CATSIMATIDIS:  Thank you for returning

13    and let's take a look at how maybe we can look at

14    this differently.

15    So we have a -- we have the -- the raw

16    votes.  We have the decisions of the state -- of

17    the state -- of the states, the electors conveyed

18    by the governors to -- to -- to Washington.

19    On the other hand we have massive pervasive

20    complaints of voter fraud.  Now that second part

21    isn't being covered honestly.  That second part is

22    being suppressed in an un-American way, more than

23    I have ever seen anything else.

24    So -- so many of you, the American people,

25    don't know the full story.  And those of you who

1   do know it with an anger that is driven by the

2   suppression that's going on, on the other side.

3       So we're not -- we're not capable, I guess,

4   of having a rational debate because of the -- of

5   the -- the tremendous hatred and anger that has

6   infused this process.

7       On the one side, as I said, the -- the

8   Biden people's insistence, this is the vote, this

9   is it, it's over.  It got certified.  Everything

10  is fine.  All these claims amount to nothing;

11  after all the courts turned it down and it amounts

12  to nothing.

13      On the Trump side we have at least 1,000

14  affidavits of witnesses ready to testify under

15  oath that they saw substantial voter fraud in

16  maybe a third of the cases; alone that voter fraud

17  would have been enough to change the result in a

18  state and turn it from Biden to Trump.

19      You have a -- a situation where at one

20  point 142,000 votes were put in with nobody

21  watching, nobody around; it turned out to be,

22  approximately, 138,000 for Biden and 4,000 for

23  Trump.  That happened numerous times.  And there

24  are easily ten different witnesses in different

25  states testifying to that.

1     When you realize those were states that

2   were one by 10,000 votes, 138- -- that would have

3   decided the whole election.  These people are

4   ready, willing and able to testify under oath.

5     There's a -- a video recording in -- in

6   Fulton County, Georgia of what is, obviously,

7   without any doubt, the theft of votes.

8     You have to be a naive child or a

9   completely dishonest partisan not to realize that

10   the observers are being thrown out of the room, a

11   phony excuse of a water main break was used.  They

12   still were thrown out of the room, didn't want to

13   leave.

14     Once they were all left and the last check

15   was done around the hall, the workers for the

16   Atlanta, for Fulton County, the five or six -- one

17   of whom has a history of voter fraud

18   participation, Ruby Freeman, they scurry under

19   these desks, hardly where you would keep ballots,

20   right?  And they start taking ballots out.  And

21   they put them on a wheelbarrow sort of thing and

22   wheel them around.  And you can see the ballots

23   don't look really like -- like absentee ballots

24   that are in envelopes, they look more like

25   pristine pieces of paper.

1      And then they're given out and very quickly

2  are being counted, counted, counted, counted.

3  There are times in which it appears that they were

4  being counted more than one time -- three, four,

5  five, six, seven times.  Eight times.

6      Any other situation where we didn't have

7  this tremendous censorship and unfair treatment in

8  the press and dishonesty in the press, it's quite

9  clear no matter who they're doing it for, they're

10  cheating.  It looks like a bank heist.

11      And then our experts can go back to that

12  period of time and approximately figure out, well,

13  how many votes got loaded in that time?  That's

14  the one where they loaded in 138,000 to 4,000.

15  138,000 votes for -- for Biden, just a number to

16  bring him kind of back from the deficit that he

17  was in.

18      And at about the same time the same thing

19  was happening in Pennsylvania.  In Pennsylvania,

20  he was behind.  Biden was behind by 600,000 votes.

21  They stopped the counting, like they did in -- in

22  Atlanta.  Stopped the counting, threw the people

23  out.  The next thing we know, we come in the next

24  morning, the election is down to -- is down to

25  about 130,000 votes.  They shaved most of the

1   600,000 lead.

2       That -- that vote -- that vote was

3   500-and-something thousand for Biden and 3,000 for

4   Trump.  Trump got 0.02 percent of that vote.  That

5   alone would be enough to find them guilty of voter

6   fraud.  It's impossible that in any sample of

7   votes Trump would get 0.02 percent of the vote.

8   In his worst county, in the entire country, he did

9   20 times better than that.

10      I can't -- I can't describe to you how

11  obvious these things are.  But the reason you --

12  some of you don't accept it is because of the

13  propaganda machine that the Democrats have

14  created.  The stealing of this election is one of

15  the most serious crimes against this country ever

16  committed.  The censorship imposed on this country

17  may be even more serious.

18      So there's a long way to go between now and

19  the selection of our president.  And there's a lot

20  of evidence that in one way or another the

21  American people are going to learn, and as they're

22  learning it, the numbers and percentages about

23  this election are changing.

24      I mean, the overwhelming majority of

25  republicans are convinced the election was stolen.

1   Pretty close.  Pretty close to a majority of

2   Independents feel the same way.  By the time they

3   hear the rest of the evidence, there will be no

4   doubt how they feel.

5       And a small percentage of democrats are

6   beginning to change their mind.  Two recent polls,

7   ten percent of democrats said -- well, in this

8   case if they knew about the Biden hard drive, they

9   wouldn't have voted for Joe Biden.  Of course,

10   they wouldn't.  The Biden hard drive shows that

11   Biden has been a crook for 30 years.  Who is going

12   to vote for a crook for 30 years for president?

13   Unless it was suppressed by a -- by a media that

14   aided and abetted that particular, really, crime.

15       So we're in this division now, and we're

16   going to go into a period -- go into a period

17   right after the Christmas in which the state

18   legislatures will be making and reviewing their

19   decisions as to whether they made appropriate

20   decisions.

21       Several of them are questioning their

22   decision based on newly discovered evidence.  In

23   particular Arizona.  A hearing there on

24   decertification and recertification of Trump.  In

25   Georgia, a -- a very serious hearing on

1   decertification, as well as considering the proper

2   certification.

3       And there's considerable movement in that

4   direction in both -- both Michigan and

5   Pennsylvania, and Wisconsin has an extremely

6   discrete case in which -- in which the

7   indefinitely confined list which allows you to

8   vote as absentee ballot voter, was expanded from

9   something like 20,000 to 220,000.

10      Wisconsin is very strict about this and the

11  law says if you're not truly confined, that vote

12  has to be dismissed, thrown out.  So we had 20,000

13  two years ago; 226,000 this year.

14      And the question is:  Among those 226,000,

15  how many frauds are there?  How many are, you

16  know, going around on their motorcycle and --

17  or taking a jog in the park and lifting weights

18  and are listed as confined, unable to get out of

19  the house.  Which is always a very small group in

20  Wisconsin.

21      But we're in the process of -- of

22  investigating that group.  And I can report to

23  you, not the final result, but I can report to you

24  that we're well beyond the point that would change

25  the election.  Remember, only 10,000 in Wisconsin.

1       So starting after Christmas this is really

2   going -- going to blowup, because the evidence

3   that all these crooked television networks,

4   newspapers, big tech, and the leadership of the

5   democratic party have been -- have been giving you

6   is false.  And you're going to find it out all at

7   once.  It's going to be very shocking to the

8   country.

9       And that's why I pause for a moment, and

10  we'll take a short break; and we'll be right back

11  with a slightly different take on it.

12      (Advertisement.)

13      JOHN CATSIMATIDIS:  Welcome back.  And

14  let's begin this part with Merry Christmas.  Happy

15  Hanukkah.  The best of the season to all of you.

16      And let's pause in what we were talking

17  about, and just think for a moment about what this

18  season means.

19      First if -- if you might, indulge me in

20  what it means theologically, and then what it

21  means broadly.  And I say that because it is -- it

22  is, in fact, one of the most important religious

23  holidays in the Christian calendar, probably

24  second only to -- to the resurrection of Christ.

25  And it's the holiday that probably is the most

1   popular, largely because of all the traditions

2   that have developed around it.

3       And it is the holiday -- really, I always

4   wondered if Easter were more important than

5   Christmas because without Christmas there would be

6   no Easter.  Without the birth of the son of God,

7   there would not have been the crucifixion of the

8   resurrection.  So it's all part of one narrative

9   that produced the largest religion in the history

10  of the world.

11      In that religion what -- what is happening

12  or what happened 2000-years-ago plus, is a little

13  baby was born in -- in Bethlehem, away from his

14  home of -- of Nazareth, in a stable, because they

15  were too poor to be able to get a room, a proper

16  room, and the baby was a son of God.

17      What that means to Catholics, to

18  Christians, God became man, God became man to wipe

19  away the sins committed by Adam and Eve, the

20  original sin with which man inflicted himself, to

21  give man a clean start.  Not -- not to give man a

22  clear definite predetermined road to eternity and

23  heaven, but to give man a fair and honest shot at

24  it, by not being burdened with sin, but being

25  given freewill, to make the decision between doing

1   the right thing and the wrong thing; and,

2   therefore, earning his place in the larger greater

3   universe of things that we can only vaguely see.

4        And the birth of Jesus was not only to

5   purify us, but to encourage us.  To encourage us

6   that human life is important, that human life has

7   a God-like quality to it.  It's the reason why you

8   have such strong pro-life advocates within the

9   Christian religion, various branches of the

10  Christian religion.

11       Because life is -- it's not like even like

12  animal life.  God didn't become an animal.  God

13  became human.  He said something about the

14  importance of you as a human being, and the

15  importance of your life.  And -- and your

16  importance to him, as your creator.

17       Beyond the religious view, which we'll get

18  beyond the theology of it, it's a beautiful,

19  beautiful indication of how important human beings

20  are, that -- and one of the great religions of the

21  world, human beings are considered so important

22  that God would take on the aspects of the human

23  being to demonstrate to human beings how important

24  they are.

25       It -- it -- it drove civilization light

1  years ahead of where it was.  It elevated

2  humanity.  It -- it created much of the art, the

3  literature, the music, and the beauty of Western

4  Civilization.  And it become ultimately the core

5  of the documents that we rely on.  Because the

6  human being has the right to vote, because the

7  human being is important.  Every human being is

8  important.

9      The human being has the right to be treated

10  fairly.  Has the right to free speech.  Has the

11  right to privacy.  Has the right to be secure in

12  his person and place.  To be treated with dignity.

13  Because in the words of the old catechism, he's

14  made in the image of likeness of God.  And that

15  becomes real on Christmas.

16      So that's what Christmas is for those who

17  are believers, and for those who are students of

18  history, and see the goodness of -- of this -- of

19  this holiday, even if they don't accept the

20  religious nature of it.

21      So let's take that and apply it to where we

22  are.  This is a very, very big dispute.  One of

23  the most jarring in the history of our country,

24  could be one of the most important to determine

25  the direction of our country.  Are we -- are we

1  going to honor the free speech, the freedom of

2  religion, the free and fair elections that we've

3  had in the past, or are we going to distort them

4  in a way that moves us toward socialism and

5  Marxism, because clearly that's the direction the

6  Democrats are going in.  Those are the models they

7  have adopted.

8      Or are we going to reaffirm the essential

9  humanistic nature of our democracy, which is based

10 on the fact that the rights that we have come from

11 God, not government or people.  Our rights don't

12 come from Joe Biden or Donald Trump or Democrats

13 or Republicans; our rights come from our creator.

14 They have no right to interfere with them, because

15 we're so important.

16      And even if you don't attribute that, as a

17 well-educated American, you probably agree that

18 those rights at least come from nature.  They are

19 rights that human beings definitively should have

20 in order to have a decent and fair society;

21 meaning the right for free exercise of religion.

22 The right of free speech.  The right to select the

23 people who govern you fairly and impartially.

24 This would be an excellent time to take a pause.

25      (Advertisement.)

1    JOHN CATSIMATIDIS:  Thank you for

2  returning, and let's go into the rest of it.

3    So either way you get to the same result.

4  These are quintessential eternal values that

5  cannot be taken away, either because they're

6  assured by God or they're assured by nature, and

7  they're assured by what is basically the common

8  sense of what makes a decent society.  So that's

9  at stake here.

10    And we have to conduct this battle with

11  that in mind.  We have to try to conduct this

12  battle as much as possible without vitriol,

13  without personal anger, without hatred.  A lot of

14  where we are now is because of hatred.  The -- the

15  -- I remember the inauguration of President Trump

16  as if it was yesterday.  I remember how cold it

17  was.  I remember sitting there, and then I

18  remember deciding I would walk back and forth and

19  watch the parade in different places; even though

20  I was invited to sit at -- at the White House and

21  I did.  I watched it at different -- different

22  places, and I saw all of the excitement.

23    But I also saw the demonstrations and I saw

24  all the hatred.  And I heard that very day the

25  calls for his impeachment and the fact that he was

1  illegitimately elected.  And I said, my goodness,

2  the hatred is building in here.  And that hatred

3  became pathological, and it exists even -- even to

4  this day.

5     And then maybe those of us on the other

6  side feel this tremendous anger at what was done

7  to him, the unfair impeachments and the unfair

8  charges and the false charges.  And a media that

9  seems to be so totally unfair, it's hard to

10  believe they're honest people.  I mean, we feel

11  that.  We feel that anger on our side.

12     There's got to be a chance we can rise

13  above that and that over the next three to four

14  weeks, without the anger and the vitriol, we can

15  just look at the evidence.  As his lawyer, that's

16  what I would ask for.  As his lawyer that's what

17  we have been asking for.

18     When they say there are no cases that were

19  decided in his favor -- well, that's not true,

20  there were a few that were.  But the reality is,

21  most were not.  But no cases were really decided.

22     The courts have heard not a single piece of

23  evidence.  60 cases, most of them not from us,

24  maybe seven or eight from us; most of them from

25  other citizens concerned about the election.  They

1  have heard not a single witness.  No witnesses

2  were put on the witness stand and sworn in to be

3  questioned the way I questioned hundreds of

4  thousand -- hundreds of witness.  Thousands of

5  witnesses.

6      Were you there?  Did you see the vote?

7  Yes.  What did you see?  Well, I saw -- I saw a

8  ballot called out for Biden and then I saw the

9  ballot entered five, six, seven times in the

10  machine; which would have given ballots -- once --

11  which would have given Biden not one vote, but

12  seven.  And then when I went in and complained to

13  my supervisor, I was told to shut my mouth.

14      That's testimony that you haven't heard.

15  That's in an affidavit from a woman that would

16  gladly testify before the House, the Senate, the

17  courts; except the Judge wouldn't let her testify.

18  The Judge wouldn't let us present so far the

19  videotapes and the -- so we've not had a hearing.

20      Do you realize the bitterness that creates?

21  You feel you've been wronged, and whatever they

22  want to say on the other side, whether we're right

23  or wrong, we do feel we were wronged.  We

24  legitimately -- listen to this now, we, 60

25  million, 70 million, 80 million, 90 million -- 100

1  million Americans believe the election was stolen.

2  And we believe it based on evidence that we have

3  seen, that hasn't been rebutted.

4      I'll give you a very large big picture

5  reason why I can tell you the election was stolen.

6  Since the election we have asked to see the

7  Dominion machines, because we have been told that

8  they cheat.  They changed the vote.  Constantly.

9  We did get a chance to examine 22 of them in

10  Antrim County, Michigan, scientifically; and saw

11  scientifically that they did change the vote.

12  Three times they tried to balance the vote in

13  those counties, and they couldn't.

14      84 percent of the votes cast were put into

15  adjudication; which means the vote didn't go

16  through for Biden or Trump, it got dropped into a

17  separate place in the machine, and then an

18  administrator came and took them out and decided

19  if the vote was for Biden or for Trump.  You

20  didn't decide, the administrator intervened

21  between you and your sacred right to vote 84

22  percent of the times.

23      That's not a fair election.  I'm sorry.

24  And why was the machine made that way?  Why was

25  the machine made so that it is so difficult to

1  identify a marking on a piece of paper?

2      I will tell you it was made that way -- and

3  it goes back to Venezuela -- so -- so you have

4  more opportunities to cheat.  Do you see -- see

5  what we're dealing with here?

6      These -- these -- I'm -- I'm not -- ladies

7  and gentlemen, I'm not making these things up.  I

8  which I was.  But it makes me go to -- go to sleep

9  at night wondering what's happening in the rest of

10  my country.

11      And as I approach Christmas, I pray to

12  Jesus that we can fix this.  We can have some

13  point at which we're going to have an honest, calm

14  discussion of these facts in a courtroom where a

15  judge will allow us to present this evidence and

16  object to extraneous questions and do the things

17  that I remember in the hundreds of hundreds of

18  cases that I handled; some of them involving

19  people's lives and deaths.

20      So I'm -- I'm praying on this Christmas

21  that somehow miraculously the spirit of Christmas

22  infuses enough the sense to listen to each other.

23  We have wise things to say to each other.  We have

24  things which are -- if they're not resolved now,

25  will fester.

20201224 Christmas is Not Canceled Its Vital This Year Rudy Guiliani
20

1    There's -- your -- you're -- on the course

2   that we're going -- well, the -- three

3   legislatures could change their minds and change

4   the election.  That's going to create tremendous

5   turmoil in this country.

6       On the other hand if it goes through the

7   way it is, half of America, if not more, believes

8   that the election has been stolen, and they have

9   evidence to prove it.  And the evidence will live

10   long after the decision.  The tape in Atlanta is

11   to this crooked stolen election what the Zapruder

12   film was to the Kennedy assassination.  The film

13   that was -- afterwards created tremendous doubt on

14   the findings of the Warren Commission to -- to

15   such an extent that that doubt exists even today.

16       We don't want that.  We don't want a cloud

17   over an American presidential election if there is

18   evidence that can be evaluated.  The more they

19   suppress this evidence, the more they keep saying

20   that all these courts and all these places have

21   found no evidence, the more those of us who know

22   what happens realize what an injustice occurred,

23   because the courts have found nothing on the

24   merits, because they haven't viewed the evidence.

25       So we're working all through Christmas.

20201224 Christmas is Not Canceled Its Vital This Year Rudy Guiliani

21

1   We're working all through Christmas in Georgia, in

2   Arizona, Wisconsin.  We're working in

3   Pennsylvania.  We're working in Michigan.  And

4   we're working in order to bring forward the

5   evidence -- not so much discovered -- we've

6   discovered most of it, although there's some very,

7   very compelling additional evidence that we're on

8   the verge of obtaining, which could break this

9   wide open.

10      But we're asking for a hearing, and I'm

11  making one final pre-Christmas offer, to shorten

12  this.  There are five states involved.  The

13  governors of those states have the power to

14  release for forensic audit the Dominion machines.

15  Why aren't you?

16      If you're so sure that these claims that

17  we're making are exaggerated, false, lying, all

18  you have to do to prove that is to allow our

19  forensic team, two or three, four hours with the

20  machine -- you can watch, we're not going to

21  change anything.  You can watch everything we're

22  doing.  There's no magic involved.  And we can

23  come away, because our people have become really

24  expert in this -- we can come away and we can tell

25  you how many votes they stole, how many votes they

1  could have stolen, how many -- how many votes they

2  actually did steal, how often they changed the

3  vote around, what that algorithm was that they

4  have in there, and what they were doing utilizing

5  half votes and quarter votes.

6      You see, you -- you don't realize that this

7  is not a voting machine.  Voting machines count

8  votes.  They're like an adding machine, except

9  they record and record and record.  And then at

10  the -- at the end of the day you add up the votes

11  for Biden, Trump, whatever, and you get -- so the

12  only calculation to be done by a voting machine is

13  to add.  You should never subtract, ever.

14      Well, these machines -- these Dominion

15  crooked machines are calculating machines.

16  They're like computers.  They can add votes, they

17  can subtract votes.  They can move votes around.

18  They can re-weight votes.  They can hide votes in

19  certain areas of the machine, and then put them in

20  at different times.  They can move votes to

21  adjudication, in which case the voter loses

22  control of the vote and an administrator decides

23  how you voted.

24      It has numerous mechanisms for fraud.  It

25  also is as porous as Swiss cheese; which means

1   your 12-year-old can hack it, and certainly the

2   35-year-old in China can.  And not only hack it,

3   but with relatively little skill, move votes

4   around in it.  And that has been done.  And in the

5   few machines that we have looked it, it has been

6   done.

7       So I say to you if you have nothing to

8   hide, release the machines.  Prove it to us.  Show

9   us that we are what you say we are.  I don't know

10  what you say we are, you say we're insane, we're

11  crazy, we don't know what we're talking about.

12  It's a great way to prove it, release the

13  machines.  Then it lets us crazy people get a

14  chance to examine the machine scientifically and

15  put out a scientific report that can be examined

16  by everyone.  And let's see if we're right that

17  the answering machine (sic) changed votes,

18  recalculated votes, poured in -- poured in votes

19  at various times in order to determine the flow of

20  the recount.

21      And, in fact, multiple times put in votes

22  for Biden, that at one point they put in 538,000

23  votes for Biden and 3,000 votes for Trump, where

24  Trump got only 0.02 percent of the vote.  Let us

25  -- let us look at how often that was done.

1      My experts who are all military people,

2  tell me it could be done in -- working 24-hours a

3  day, in four or five days.  We don't have to have

4  you give us the machines.  You let us come to

5  where they are and we'll conduct a survey right

6  there.  And as I said, you can watch.

7      Now, let's cut the -- let's cut the

8  garbage, huh?  There's only one reason you won't

9  let me do that.  You won't let me do that because

10  you know what I'm saying is true.  There's no

11  privacy interest in those machines.  We're not --

12  we're not going to find out who somebody voted

13  for.  All we're going to find out is what you

14  publicly report anyway, that Trump got 4,000

15  votes, Biden got 5,000 votes.

16      Uh, but look, we can go into the memory of

17  the machine and we can show that Trump actually

18  got 6,000 votes, and Biden actually got 3,000

19  votes; the way you cheated in Antrim County and

20  got caught.  You didn't just do it in Antrim

21  County, you did it throughout America in order to

22  change the result of this election.

23      I'm quite confident we can prove that.

24  That's why I'm quite confident to have this rest

25  on the examination of the machines.

1      Are you that confident?  And if you're not,

2   you better decertify your result, because what it

3   really means is, you're lying.  If you will not

4   produce those machines, you are actively covering

5   up evidence of a major federal crime.  And you're

6   a governor.  A Secretary of State.

7      What's wrong with you?  Please, think about

8   this season.  Think about how we can come

9   together.  This is a way we can come together.

10   Look at the machines.  We would have a hard time

11   fighting the results of the machines.  And then we

12   can come together, because if this election was

13   stolen, I bet you would come over on our side.

14      And if it's not, well, then we have to

15   admit we're wrong.  Well, I'm willing to take that

16   risk, because I'm quite certain how it's going to

17   come out; and you're not willing to take that

18   risk, because you're quite certain how it's going

19   to come out.  So let's stop fooling people.

20      But maybe just maybe a few of you have

21   enough left in the area of integrity and caring

22   about your country, that you'll be willing to do

23   it.  Thank you.

24      And we'll be back in a few days.

25      (End of the recording.)

C E R T I F I C A T E

I, JACKIE MENTECKY, do hereby certify that

I was authorized to transcribe the foregoing recorded

proceeding, and that the transcript is a true and

accurate transcription of my shorthand notes to the best

of my ability taken while listening to the provided

recording.

Dated this 29th day of December, 2020.

_____

JACKIE MENTECKY

**0**

0.02   7:4,7
  23:24

**1**

10,000   5:2
  9:25
100   17:25
12-year-old
  23:1
130,000   6:25
138,000   6:14,
  15
138-   5:2

**2**

20   7:9
20,000   9:9,12
2000-years-ago
  11:12
2020   26:10
22   18:9
220,000   9:9
226,000   9:13,
  14
24-hours   24:2
29th   26:10

**3**

3,000   7:3
  23:23 24:18
30   8:11,12
35-year-old
  23:2

**4**

4,000   6:14
  24:14

**5**

5,000   24:15
500-and-
  something   7:3
538,000   23:22

**6**

6,000   24:18
60   16:23
  17:24
600,000   6:20
  7:1

**7**

70   17:25

**8**

80   17:25
84   18:14,21

**9**

90   17:25

**A**

abetted   8:14
ability   26:7
absentee   5:23
  9:8
accept   7:12
  13:19
accurate   26:6
actively   25:4
Adam   11:19
add   22:10,13,
  16
adding   22:8
additional
  21:7
adjudication
  18:15 22:21
administrator
  18:18,20
  22:22
admit   25:15
adopted   14:7
Advertisement
  10:12 14:25
advocates
  12:8
affidavit
  17:15
agree   14:17
ahead   13:1
aided   8:14
algorithm
  22:3
America   20:7
  24:21
American   7:21
  14:17 20:17
Americans
  18:1
anger   15:13
  16:6,11,14
animal   12:12
answering
  23:17
Antrim   18:10
  24:19,20
appears   6:3
apply   13:21
approach
  19:11
approximately
  6:12
area   25:21
areas   22:19
Arizona   8:23
  21:2
art   13:2
aspects   12:22
assassination
  20:12
assured   15:6,

7
Atlanta   5:16
  6:22 20:10
attribute
  14:16
audit   21:14
authorized
  26:4

**B**

baby   11:13,16
back   6:11,16
  10:10,13
  15:18 19:3
  25:24
balance   18:12
ballot   9:8
  17:8,9
ballots   5:19,
  20,22,23
  17:10
bank   6:10
based   8:22
  14:9 18:2
basically
  15:7
battle   15:10,
  12
beautiful
  12:18,19
beauty   13:3
begin   10:14
beginning   8:6
beings   12:19,
  21,23 14:19
believers
  13:17
believes   20:7
bet   25:13
Bethlehem
  11:13
Biden   6:15,20
  7:3 8:8,9,10,
  11 14:12
  17:8,11
  18:16,19

22:11 23:22,
23 24:15,18
**big** 10:4
13:22 18:4
**birth** 11:6
12:4
**bitterness**
17:20
**blowup** 10:2
**born** 11:13
**branches** 12:9
**break** 5:11
10:10 21:8
**bring** 6:16
21:4
**broadly** 10:21
**building** 16:2
**burdened**
11:24

_____

**C**

**calculating**
22:15
**calculation**
22:12
**calendar**
10:23
**called** 17:8
**calls** 15:25
**calm** 19:13
**caring** 25:21
**case** 8:8 9:6
22:21
**cases** 16:18,
21,23 19:18
**cast** 18:14
**catechism**
13:13
**Catholics**
11:17
**CATSIMATIDIS**
10:13 15:1
**caught** 24:20
**censorship**
6:7 7:16

**certification**
9:2
**certify** 26:3
**chance** 16:12
18:9 23:14
**change** 8:6
9:24 18:11
20:3 21:21
24:22
**changed** 18:8
22:12 23:17
**changing** 7:23
**charges** 16:8
**cheat** 18:8
19:4
**cheated** 24:19
**cheating** 6:10
**check** 5:14
**cheese** 22:25
**child** 5:8
**China** 23:2
**Christ** 10:24
**Christian**
10:23 12:9,10
**Christians**
11:18
**Christmas**
8:17 10:1,14
11:5 13:15,16
19:11,20,21
20:25 21:1
**citizens**
16:25
**civilization**
12:25 13:4
**claims** 21:16
**clean** 11:21
**clear** 6:9
11:22
**close** 8:1
**cloud** 20:16
**cold** 15:16
**Commission**
20:14
**committed**
7:16 11:19

**common** 15:7
**compelling**
21:7
**complained**
17:12
**completely**
5:9
**computers**
22:16
**concerned**
16:25
**conduct**
15:10,11 24:5
**confident**
24:23,24 25:1
**confined** 9:7,
11,18
**considerable**
9:3
**considered**
12:21
**Constantly**
18:8
**control** 22:22
**convinced**
7:25
**core** 13:4
**count** 22:7
**counted** 6:2,4
**counties**
18:13
**counting**
6:21,22
**country** 7:8,
15,16 10:8
13:23,25
19:10 20:5
25:22
**county** 5:6,16
7:8 18:10
24:19,21
**courtroom**
19:14
**courts** 16:22
17:17 20:20,
23

**covering** 25:4
**crazy** 23:11,
13
**create** 20:4
**created** 7:14
13:2 20:13
**creates** 17:20
**creator** 12:16
14:13
**crime** 8:14
25:5
**crimes** 7:15
**crook** 8:11,12
**crooked** 10:3
20:11 22:15
**crucifixion**
11:7
**cut** 24:7

_____

**D**

**Dated** 26:10
**day** 15:24
16:4 22:10
24:3 26:10
**days** 24:3
25:24
**dealing** 19:5
**deaths** 19:19
**December**
26:10
**decent** 14:20
15:8
**decertificatio
n** 8:24 9:1
**decertify**
25:2
**decide** 18:20
**decided** 5:3
16:19,21
18:18
**decides** 22:22
**deciding**
15:18
**decision** 8:22
11:25 20:10

decisions
    8:19,20
deficit   6:16
definite
    11:22
definitively
    14:19
democracy
    14:9
democratic
    10:5
democrats
    7:13 8:5,7
    14:6,12
demonstrate
    12:23
demonstrations
    15:23
describe   7:10
desks   5:19
determine
    13:24 23:19
developed
    11:2
difficult
    18:25
dignity   13:12
direction   9:4
    13:25 14:5
discovered
    8:22 21:5,6
discrete   9:6
discussion
    19:14
dishonest   5:9
dishonesty
    6:8
dismissed
    9:12
dispute   13:22
distort   14:3
division   8:15
documents
    13:5
Dominion   18:7
    21:14 22:14

Donald   14:12
doubt   5:7 8:4
    20:13,15
drive   8:8,10
dropped   18:16
drove   12:25

E

earning   12:2
Easter   11:4,6
elected   16:1
election   5:3
    6:24 7:14,23,
    25 9:25 16:25
    18:1,5,6,23
    20:4,8,11,17
    24:22 25:12
elections
    14:2
elevated   13:1
encourage
    12:5
end   22:10
    25:25
entered   17:9
entire   7:8
envelopes
    5:24
essential
    14:8
eternal   15:4
eternity
    11:22
evaluated
    20:18
Eve   11:19
evidence   7:20
    8:3,22 10:2
    16:15,23 18:2
    19:15 20:9,
    18,19,21,24
    21:5,7 25:5
exaggerated
    21:17
examination
    24:25

examine   18:9
    23:14
examined
    23:15
excellent
    14:24
excitement
    15:22
excuse   5:11
exercise
    14:21
exists   16:3
    20:15
expanded   9:8
expert   21:24
experts   6:11
    24:1
extent   20:15
extraneous
    19:16
extremely   9:5

F

fact   10:22
    14:10 15:25
    23:21
facts   19:14
fair   11:23
    14:2,20 18:23
fairly   13:10
    14:23
false   10:6
    16:8 21:17
favor   16:19
federal   25:5
feel   8:2,4
    16:6,10,11
    17:21,23
fester   19:25
fighting
    25:11
figure   6:12
film   20:12
final   9:23
    21:11

find   7:5 10:6
    24:12,13
findings
    20:14
fix   19:12
flow   23:19
fooling   25:19
foregoing
    26:4
forensic
    21:14,19
forward   21:4
found   20:21,
    23
fraud   5:17
    7:6 22:24
frauds   9:15
free   13:10
    14:1,2,21,22
freedom   14:1
Freeman   5:18
freewill
    11:25
Fulton   5:6,16

G

garbage   24:8
gentlemen
    19:7
Georgia   5:6
    8:25 21:1
give   11:21,23
    18:4 24:4
giving   10:5
gladly   17:16
God   11:6,16,
    18 12:12,22
    13:14 14:11
    15:6
God-like   12:7
goodness
    13:18 16:1
govern   14:23
government
    14:11

**governor** 25:6
**governors** 21:13
**great** 12:20 23:12
**greater** 12:2
**group** 9:19,22
**guilty** 7:5

**H**

**hack** 23:1,2
**half** 20:7 22:5
**hall** 5:15
**hand** 20:6
**handled** 19:18
**Hanukkah** 10:15
**happened** 11:12
**happening** 6:19 11:11 19:9
**Happy** 10:14
**hard** 8:8,10 16:9 25:10
**hatred** 15:13, 14,24 16:2
**hear** 8:3
**heard** 15:24 16:22 17:1,14
**hearing** 8:23, 25 17:19 21:10
**heaven** 11:23
**heist** 6:10
**hide** 22:18 23:8
**history** 5:17 11:9 13:18,23
**holiday** 10:25 11:3 13:19
**holidays** 10:23

**home** 11:14
**honest** 11:23 16:10 19:13
**honor** 14:1
**hours** 21:19
**house** 9:19 15:20 17:16
**human** 12:6, 13,14,19,21, 22,23 13:6,7, 9 14:19
**humanistic** 14:9
**humanity** 13:2
**hundreds** 17:3,4 19:17

**I**

**identify** 19:1
**illegitimately** 16:1
**image** 13:14
**impartially** 14:23
**impeachment** 15:25
**impeachments** 16:7
**importance** 12:14,15,16
**important** 10:22 11:4 12:6,19,21,23 13:7,8,24 14:15
**imposed** 7:16
**impossible** 7:6
**inauguration** 15:15
**indefinitely** 9:7
**Independents** 8:2
**indication** 12:19

**indulge** 10:19
**inflicted** 11:20
**infuses** 19:22
**injustice** 20:22
**insane** 23:10
**integrity** 25:21
**interest** 24:11
**interfere** 14:14
**intervened** 18:20
**investigating** 9:22
**invited** 15:20
**involved** 21:12,22
**involving** 19:18

**J**

**JACKIE** 26:3, 16
**jarring** 13:23
**Jesus** 12:4 19:12
**Joe** 8:9 14:12
**jog** 9:17
**JOHN** 10:13 15:1
**judge** 17:17, 18 19:15

**K**

**Kennedy** 20:12
**kind** 6:16
**knew** 8:8

**L**

**ladies** 19:6
**large** 18:4
**largely** 11:1
**larger** 12:2
**largest** 11:9
**law** 9:11
**lawyer** 16:15, 16
**lead** 7:1
**leadership** 10:4
**learn** 7:21
**learning** 7:22
**leave** 5:13
**left** 5:14 25:21
**legislatures** 8:18 20:3
**legitimately** 17:24
**lets** 23:13
**life** 12:6,11, 12,15
**lifting** 9:17
**light** 12:25
**likeness** 13:14
**list** 9:7
**listed** 9:18
**listen** 17:24 19:22
**listening** 26:7
**literature** 13:3
**live** 20:9
**lives** 19:19
**loaded** 6:13, 14
**long** 7:18 20:10
**looked** 23:5

loses  22:21
lot  7:19
  15:13
lying  21:17
  25:3

**M**

machine  7:13
  17:10 18:17,
  24,25 21:20
  22:7,8,12,19
  23:14,17
  24:17
machines  18:7
  21:14 22:7,
  14,15 23:5,8,
  13 24:4,11,25
  25:4,10,11
made  8:19
  13:14 18:24,
  25 19:2
magic  21:22
main  5:11
major  25:5
majority  7:24
  8:1
make  11:25
makes  15:8
  19:8
making  8:18
  19:7 21:11,17
man  11:18,20,
  21,23
marking  19:1
Marxism  14:5
matter  6:9
meaning  14:21
means  10:18,
  20,21 11:17
  18:15 22:25
  25:3
mechanisms
  22:24
media  8:13
  16:8

memory  24:16
MENTECKY
  26:3,16
merits  20:24
Merry  10:14
Michigan  9:4
  18:10 21:3
military  24:1
million  17:25
  18:1
mind  8:6
  15:11
minds  20:3
miraculously
  19:21
models  14:6
moment  10:9,
  17
morning  6:24
motorcycle
  9:16
mouth  17:13
move  22:17,20
  23:3
movement  9:3
moves  14:4
multiple
  23:21
music  13:3

**N**

naive  5:8
narrative
  11:8
nature  13:20
  14:9,18 15:6
Nazareth
  11:14
networks  10:3
newly  8:22
newspapers
  10:4
night  19:9
notes  26:6

number  6:15
numbers  7:22
numerous
  22:24

**O**

oath  5:4
object  19:16
observers
  5:10
obtaining
  21:8
obvious  7:11
occurred
  20:22
offer  21:11
open  21:9
opportunities
  19:4
order  14:20
  21:4 23:19
  24:21
original
  11:20
overwhelming
  7:24

**P**

paper  5:25
  19:1
parade  15:19
park  9:17
part  10:14
  11:8
participation
  5:18
partisan  5:9
party  10:5
past  14:3
pathological
  16:3
pause  10:9,16
  14:24

Pennsylvania
  6:19 9:5 21:3
people  5:3
  6:22 7:21
  14:11,23
  16:10 21:23
  23:13 24:1
  25:19
people's
  19:19
percent  7:4,7
  8:7 18:14,22
  23:24
percentage
  8:5
percentages
  7:22
period  6:12
  8:16
person  13:12
personal
  15:13
phony  5:11
picture  18:4
piece  16:22
  19:1
pieces  5:25
place  12:2
  13:12 18:17
places  15:19,
  22 20:20
point  9:24
  19:13 23:22
polls  8:6
poor  11:15
popular  11:1
porous  22:25
poured  23:18
power  21:13
pray  19:11
praying  19:20
pre-christmas
  21:11
predetermined
  11:22
present  17:18
  19:15

**president**
7:19 8:12
15:15
**presidential**
20:17
**press** 6:8
**Pretty** 8:1
**pristine** 5:25
**privacy** 13:11
24:11
**pro-life** 12:8
**proceeding**
26:5
**process** 9:21
**produce** 25:4
**produced** 11:9
**propaganda**
7:13
**proper** 9:1
11:15
**prove** 20:9
21:18 23:8,12
24:23
**provided** 26:7
**publicly**
24:14
**purify** 12:5
**put** 5:21 17:2
18:14 22:19
23:15,21,22

**Q**

**quality** 12:7
**quarter** 22:5
**question** 9:14
**questioned**
17:3
**questioning**
8:21
**questions**
19:16
**quickly** 6:1
**quintessential**
15:4

**R**

**re-weight**
22:18
**ready** 5:4
**reaffirm** 14:8
**real** 13:15
**reality** 16:20
**realize** 5:1,9
17:20 20:22
22:6
**reason** 7:11
12:7 18:5
24:8
**rebutted** 18:3
**recalculated**
23:18
**recent** 8:6
**recertificatio
n** 8:24
**record** 22:9
**recorded** 26:4
**recording** 5:5
25:25 26:8
**recount** 23:20
**release** 21:14
23:8,12
**religion**
11:9,11 12:9,
10 14:2,21
**religions**
12:20
**religious**
10:22 12:17
13:20
**rely** 13:5
**remember** 9:25
15:15,16,17,
18 19:17
**report** 9:22,
23 23:15
24:14
**republicans**
7:25 14:13
**resolved**
19:24

**rest** 8:3 15:2
19:9 24:24
**result** 9:23
15:3 24:22
25:2
**results** 25:11
**resurrection**
10:24 11:8
**returning**
15:2
**reviewing**
8:18
**rights** 14:10,
11,13,18,19
**rise** 16:12
**risk** 25:16,18
**road** 11:22
**room** 5:10,12
11:15,16
**Ruby** 5:18

**S**

**sacred** 18:21
**sample** 7:6
**scientific**
23:15
**scientifically**
18:10,11
23:14
**scurry** 5:18
**season** 10:15,
18 25:8
**Secretary**
25:6
**secure** 13:11
**select** 14:22
**selection**
7:19
**Senate** 17:16
**sense** 15:8
19:22
**separate**
18:17
**shaved** 6:25

**shocking** 10:7
**short** 10:10
**shorten** 21:11
**shorthand**
26:6
**shot** 11:23
**show** 23:8
24:17
**shows** 8:10
**shut** 17:13
**sic** 23:17
**side** 16:6,11
17:22 25:13
**sin** 11:20,24
**single** 16:22
17:1
**sins** 11:19
**sit** 15:20
**sitting** 15:17
**situation** 6:6
**skill** 23:3
**sleep** 19:8
**slightly**
10:11
**small** 8:5
9:19
**socialism**
14:4
**society** 14:20
15:8
**son** 11:6,16
**sort** 5:21
**speech** 13:10
14:1,22
**spirit** 19:21
**stable** 11:14
**stake** 15:9
**stand** 17:2
**start** 5:20
11:21
**starting** 10:1
**state** 8:17
25:6
**states** 5:1
21:12,13

steal  22:2
stealing  7:14
stole  21:25
stolen  7:25
    18:1,5 20:8,
    11 22:1 25:13
stop  25:19
stopped  6:21,
    22
strict  9:10
strong  12:8
students
    13:17
subtract
    22:13,17
supervisor
    17:13
suppress
    20:19
suppressed
    8:13
survey  24:5
Swiss  22:25
sworn  17:2

T

taking  5:20
    9:17
talking  10:16
    23:11
tape  20:10
team  21:19
tech  10:4
television
    10:3
ten  8:7
testify  5:4
    17:16,17
testimony
    17:14
theft  5:7
theologically
    10:20
theology
    12:18

thing  5:21
    6:18,23 12:1
things  7:11
    12:3 19:7,16,
    23,24
thousand  7:3
    17:4
Thousands
    17:4
threw  6:22
thrown  5:10,
    12 9:12
time  6:4,12,
    13,18 8:2
    14:24 25:10
times  6:3,5
    7:9 17:9
    18:12,22
    22:20 23:19,
    21
today  20:15
told  17:13
    18:7
totally  16:9
traditions
    11:1
transcribe
    26:4
transcript
    26:5
transcription
    26:6
treated  13:9,
    12
treatment  6:7
tremendous
    6:7 16:6
    20:4,13
true  16:19
    24:10 26:5
Trump  7:4,7
    8:24 14:12
    15:15 18:16,
    19 22:11
    23:23,24
    24:14,17

turmoil  20:5

U

ultimately
    13:4
unable  9:18
unfair  6:7
    16:7,9
universe  12:3
utilizing
    22:4

V

vaguely  12:3
values  15:4
Venezuela
    19:3
verge  21:8
video  5:5
videotapes
    17:19
view  12:17
viewed  20:24
vitriol  15:12
    16:14
vote  7:2,4,7
    8:12 9:8,11
    13:6 17:6,11
    18:8,11,12,
    15,19,21
    22:3,22 23:24
voted  8:9
    22:23 24:12
voter  5:17
    7:5 9:8 22:21
votes  5:2,7
    6:13,15,20,25
    7:7 18:14
    21:25 22:1,5,
    8,10,16,17,
    18,20 23:3,
    17,18,21,23
    24:15,18,19
voting  22:7,
    12

W

walk  15:18
Warren  20:14
watch  15:19
    21:20,21 24:6
watched  15:21
water  5:11
weeks  16:14
weights  9:17
well-educated
    14:17
Western  13:3
wheel  5:22
wheelbarrow
    5:21
White  15:20
wide  21:9
wipe  11:18
Wisconsin
    9:5,10,20,25
    21:2
wise  19:23
witnesses
    17:1,5
woman  17:15
wondered  11:4
wondering
    19:9
words  13:13
workers  5:15
working  20:25
    21:1,2,3,4
    24:2
world  11:10
    12:21
worst  7:8
wrong  12:1
    17:23 25:7,15
wronged
    17:21,23

Case 1:21-mc-00213-CJN   Document 2-82   Filed 04/25/21   Page 35 of 35

---

### Y

**year**  9:13
**years**  8:11,12
  9:13 13:1
**yesterday**
  15:16

---

### Z

**Zapruder**
  20:11

---