# Exhibit 148





Barceló
HOTEL GROUP
+230
HOTELS IN +20
COUNTRIES
Discover your best offer

barcelo.com

TORONTO STAR

Subscribe Now
As low as $1.49/week

Podcasts | Newsletters | Today's paper

HOME GTA CANADA POLITICS WORLD OPINION LIFE SPORTS ENTERTAINMENT BUSINESS INVESTIGATIONS

Real Estate Technology Personal Finance

BUSINESS

# Selling trust in democracy

By **Iain Marlow** Business Reporter
Mon., Nov. 2, 2009 | 3 min. read

Office
President for Somewhere
Governor for Somewhere
Democrat
Republican
Green
David Palmer
John Keeler
Ralph Nader
Jesse Ventura
Arnold Schwarzenegger
Dwane Hicks
Hans Gruber
Feather Treeworthy
Write-in
WRITE-IN
FedCert Megatest Basic

Support vital journalism. Become a Star subscriber for as low as $1.49/week for your first 4 months. Subscribe Now

Document title: Selling trust in democracy | The Star
Capture URL: https://www.thestar.com/business/2009/11/02/selling_trust_in_democracy.html
Capture timestamp (UTC): Sat, 23 Jan 2021 04:04:21 GMT



It's a cliché on the Left that democracy is big business, that this particularly complicated political system is ripe with opportunities for boundless profiteering.

For John Poulos, whose firm sells equipment that helps governments run technologically advanced elections, it's not quite that simple – the link between a cast vote and a quick buck not quite that seamless.

"It's a struggle," he says.

ARTICLE CONTINUES BELOW

Refinance Calculator
Today's Rate 1.99% APR
Loan amount $400,000
Loan term 15-Year Fixed
Credit score Excellent
Calculate Payment
Terms & Conditions apply. NMLS#1136

Customers are budget-conscious and hesitant to change, Poulos explains, often using technology bought 50 or more years ago.

Yet, in the past five years, his Toronto-based firm has posted a

Support vital journalism. Become a Star subscriber for as low as $1.49/week for your first 4 months. Subscribe Now



Yet, in the past five years, his Toronto-based firm has posted a remarkable growth rate of 10,356 per cent. This is a rather grand way of saying Dominion Voting Systems Corp. grew from four men and an idea to about 95 employees and a customizable product – enough to earn Dominion Voting No. 2 spot on Deloitte's 2009 list of the 50 fastest-growing Canadian tech firms.

It does not trade publicly and, on election days, those who cast ballots may not think twice about the machine tabulating their votes.

But if you recently cast a municipal vote in Oakville, Pickering or Montreal, or a provincial vote in September 's St. Paul's by-election – or were among the many in the state of New York who voted for senator Barack Obama for U.S. president – you may have used the handiwork of this relatively small Canadian company.

ARTICLE CONTINUES BELOW

Those who remember Florida's "hanging chad" fiasco of 2000 and its stain on American democracy know just how important the technology behind elections really is. The pace of technological change among potential clients is practically

Support vital journalism. Become a Star subscriber for as low as $1.49/week for your first 4 months. Subscribe Now


Subscribe Now
As low as $1.49/week

the technology behind elections really is. The pace of technological change among potential clients is practically glacial, but Dominion has thrived. It has few rivals but has run test trials in the U.K. and Colombia and is contributing voting technology to the Philippines' 2010 national election.

YOU MIGHT BE INTERESTED IN...

ENTERTAINMENT OPINION
Kellyanne Conway's daughter Claudia is raising doubts about Donald Trump's health and proving this presidency is sick

Oct. 06, 2020

STAR COLUMNISTS OPINION
The return of Fake Melania Trump is a fitting end to this bonkers election

Oct. 31, 2020

Poulos started Dominion Voting in 2002, after the disaster in Florida. Tens of thousands of incorrectly punched ballots were discounted, leading to accusations of fraud in the tight race between George W. Bush and Democrat Al Gore. "There was ... quite a bit of money spent a few years ago" on electronic voting machines, touted as more reliable, says Richard Niemi, a professor at the University of Rochester who researches voting machines and ballot design.

In New York state, Dominion's technology is replacing 50-year-old, 363-kilogram clunkers

Dominion's system mixes electronics and paper, combining an analog paper trail of each person's vote with the advantages of quick, digital tallying. Its optical scanning technology is widely respected but American clients, at least post-Florida, looked on Dominion's use of paper as quaint. "That was not seen as sexy," Poulos says.

Support vital journalism. Become a Star subscriber for as low as $1.49/week for your first 4 months. Subscribe Now

HOME GTA CANADA POLITICS WORLD OPINION LIFE SPORTS ENTERTAINMENT BUSINESS INVESTIGATIONS
Subscribe Now
As low as $1.49/week

Dominion's use of paper as quaint. "That was not seen as sexy," Poulos says.

What happened in a Sarasota County election in 2006 swung opinion the other way: an electronic undercount effectively denied 18,000 citizens their right to vote.

"That's a huge travesty of democracy," says Renan Levine, a political scientist at the University of Toronto, noting purely digital voting machines can be wiped clean. "If you've got a crash in the middle of the day, what are you going to do? Call those people back to vote?"

YOU MIGHT BE INTERESTED IN...

WORLD OPINION
Donald Trump's repulsive speech nearly brings Stephen Colbert to tears
Nov. 08, 2020

DEFANGING BIG TECH OPINION
Why would so many people vote for Trump? Because truth and reality are being lost in the digital storm

Nov. 08, 2020

It reminded everyone that a paper trail is a good backup.

"The general feeling now is that people want paper," Niemi says.

Vote-fixing is extremely difficult on Dominion's machines, Poulos adds, because tampered-with computer hard drives will not send votes to the central tally.

Most importantly under Dominion's current strategy, technological developments have ensured that those with disabilities can cast secure votes, without help.

Sitting in his sun-drenched office on Spadina Ave., the electrical

Support vital journalism. Become a Star subscriber for as low as $1.49/week for your first 4 months. Subscribe Now

Document title: Selling trust in democracy | The Star
Capture URL: https://www.thestar.com/business/2009/11/02/selling_trust_in_democracy.html
Capture timestamp (UTC): Sat, 23 Jan 2021 04:04:21 GMT
Page 4 of 9



Sitting in his sun-drenched office on Spadina Ave., the electrical engineer with an MBA, turned entrepreneur, says, . . "We are profitable. People know where to find us."

He prefers to speak about democracy as it exists in the world. Mail votes in Oregon. Electronic voting in India and Brazil. Paper ballots counted by hand in Canada's national elections. Where electorates could tear down capitals if fraud is suspected, voting technology can act to legitimize sometimes shaky democracy.

"Perception is everything," Poulos adds. "People can just say, `That machine is broken. I don't trust it'."

GET THE LATEST IN YOUR INBOX.

Never miss the latest news from the Star, including up-to-date coronavirus coverage, with our email newsletters.

Sign Up Now

He says his machines are open to multi-party scrutiny. That serves democracy.

Dominion's ballot-box scanning technology will be deployed across the Philippines. "They're trying to improve their accuracy and provide a level of transparency that our machines afford them," he explains. "Maybe, in the second or third election," Manila will add Dominion's accessibility technology so all can cast a ballot independently.

Maybe, indeed.

Support vital journalism. Become a Star subscriber for as low as $1.49/week for your first 4 months. Subscribe Now






Maybe, indeed.

SHARE:

REPORT AN ERROR JOURNALISTIC STANDARDS ABOUT *THE STAR*

ADVERTISEMENT

Today's Refinance Rate
1.99%
APR 15 Year Fixed | $400K

Select Loan Amount
$245,000

Terms & Conditions apply. NMLS#1136

## More from The Star & Partners

THEKIT.CA

Let's all angry-cleaning our houses, shall we?

External Link

WHEELS.CA

Review: 2020 Mazda CX-30 GT

External Link

THEKIT.CA

12 Hand sanitizers that are truly lovely

External Link

## More Business

Support vital journalism. Become a Star subscriber for as low as $1.49/week for your first 4 months. Subscribe Now



HOME GTA CANADA POLITICS WORLD OPINION LIFE SPORTS ENTERTAINMENT BUSINESS INVESTIGATIONS

Subscribe Now
As low as $1.49/week

BUSINESS

Employee frustration grows after Toronto's tourism agency lays off local workers and uses federal funding to hire American contractors

BUSINESS

New CMHC report says Canadian housing market could see a 14% plunge

BUSINESS

Instacart to cut 1,900 jobs, including its only union roles

BUSINESS

Bank of Canada governor isn't worried about a housing bubble

BUSINESS

Canada's vaccine rollout hits snags despite huge orders

## Top Stories

FEDERAL POLITICS

Joe Biden tells Justin Trudeau in their first phone call that 'buy American' plan isn't aimed at Canada

FEDERAL POLITICS

Justin Trudeau warns tougher travel restrictions are on the horizon, and Canadians could be stranded

Support vital journalism. Become a Star subscriber for as low as $1.49/week for your first 4 months. Subscribe Now

HOME GTA CANADA POLITICS WORLD OPINION LIFE SPORTS ENTERTAINMENT BUSINESS INVESTIGATIONS
Subscribe Now
As low as $1.49/week

Joe Biden tells Justin Trudeau in their first phone call that 'buy American' plan isn't aimed at Canada

Justin Trudeau warns tougher travel restrictions are on the horizon, and Canadians could be stranded

DEFANGING BIG TECH

Google may remove its search engine from Australia. Could the same happen in Canada?

PROVINCIAL POLITICS

Ontario recovers $11M in missing COVID-19 funds

FEDERAL POLITICS

Justin Trudeau offers no apology for making Julie Payette his governor general — or for her $150K a year payout

TRIDEL
BUILT FOR LIFE

Tridel

Discover the New Etobicoke - Starting from $494,000! Book Today.

LOCAL GUIDE | MORE BUSINESS | VIEW ADS

thestar.com

- Subscribe to the Star
- Manage Star Subscription
- Gift a Star Subscription
- Redeem a Star Gift Subscription
- Feedback
- Site Map
- Newsletters
- Homefinder.ca
- Corrections
- Today's News
- Flyers

Toronto Star Newspapers Ltd.

- Subscribe to Home Delivery
- Manage Home Delivery Subscription
- About
- Torstar Journalistic Standards
- Atkinson Principles
- Glossary
- Trust Project
- Contact Us
- Contact Webmaster

Advertising

- Advertise with Us
- Advertising Terms
- Special Features
- Election Ads Registry

Initiatives

- Santa Claus Fund
- Fresh Air Fund
- Speakers Bureau
- Classroom Connection
- Toronto Star Archives

Support vital journalism. Become a Star subscriber for as low as $1.49/week for your first 4 months. Subscribe Now

Document title: Selling trust in democracy | The Star
Capture URL: https://www.thestar.com/business/2009/11/02/selling_trust_in_democracy.html
Capture timestamp (UTC): Sat, 23 Jan 2021 04:04:21 GMT
Page 8 of 9



HOME GTA CANADA POLITICS WORLD OPINION LIFE SPORTS ENTERTAINMENT BUSINESS INVESTIGATIONS
Subscribe Now
As low as $1.49/week

BUILT FOR LIFE
Tridel
Discover the New Etobicoke - Starting from $494,000! Book Today.

LOCAL GUIDE | MORE BUSINESS | VIEW ADS

thestar.com

- Subscribe to the Star
- Manage Star Subscription
- Gift a Star Subscription
- Redeem a Star Gift Subscription
- Feedback
- Site Map
- Newsletters
- Homefinder.ca
- Corrections
- Today's News
- Flyers
- Contests

Toronto Star Newspapers Ltd.

- Subscribe to Home Delivery
- Manage Home Delivery Subscription
- About
- Torstar Journalistic Standards
- Atkinson Principles
- Glossary
- Trust Project
- Contact Us
- Contact Webmaster
- FAQ
- News Releases
- Star Internships
- Careers @ the Star
- Star Advisers
- Star ePaper Edition
- Reprint and License

Advertising

- Advertise with Us
- Advertising Terms
- Special Features
- Election Ads Registry

Initiatives

- Santa Claus Fund
- Fresh Air Fund
- Speakers Bureau
- Classroom Connection
- Toronto Star Archives

Available on the
App Store

Google Play

Privacy Policy Terms of use Accessibility

© Copyright Toronto Star Newspapers Ltd. 1996 - 2021
The Toronto Star and thestar.com, each property of Toronto Star Newspapers Limited, One Yonge Street, 4th floor, Toronto, ON, M5

Support vital journalism. Become a Star subscriber for as low as $1.49/week for your first 4 months. Subscribe Now

Document title: Selling trust in democracy | The Star
Capture URL: https://www.thestar.com/business/2009/11/02/selling_trust_in_democracy.html
Capture timestamp (UTC): Sat, 23 Jan 2021 04:04:21 GMT
Page 9 of 9