# Exhibit 149



# State of Delaware
*The Official Website of the First State*

**Department of State: Division of Corporations**

[Allowable Characters]

**HOME**

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 6944838 | Incorporation Date / Formation Date: | 6/22/2018 (mm/dd/yyyy) |
| Entity Name: | US DOMINION, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | COGENCY GLOBAL INC. |
| Address: | 850 NEW BURTON ROAD SUITE 201 |
| City: | DOVER |
| County: | Kent |
| State: | DE |
| Postal Code: | 19904 |
| Phone: | 800-483-1140 |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ☐ Status   ☐ Status,Tax & History Information

[Submit]

[View Search Results]   [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov





Document title: Division of Corporations - Filing
Capture URL: https://icis.corp.delaware.gov/ecorp/entitysearch/NameSearch.aspx
Capture timestamp (UTC): Sat, 23 Jan 2021 04:09:57 GMT
Page 1 of 1