# Exhibit 150

# Colorado
## Secretary of State
## Jena Griswold

**For this Record...**
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | | | |
|---|---|---|---|
| **Name** | Dominion Voting Systems, Inc. | | |
| **Status** | Good Standing | **Formation date** | 06/25/2010 |
| **ID number** | 20101359683 | **Form** | Foreign Corporation |
| **Periodic report month** | June | **Jurisdiction** | Delaware |
| **Principal office street address** | 1201 18th Street, Suite 210, Denver, CO 80202, United States | | |
| **Principal office mailing address** | n/a | | |

| Registered Agent | |
|---|---|
| **Name** | COGENCY GLOBAL INC. |
| **Street address** | 7700 E. Arapahoe Road, Suite 220, Centennial, CO 80112, United States |
| **Mailing address** | n/a |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[ Back ]

Document title: Colorado Secretary of State - Summary
Capture URL: https://www.sos.state.co.us/biz/BusinessEntityDetail.do?quitButtonDestination=BusinessEntityResults&amp;nameType=ENT&amp;masterFileId=20101359…
Capture timestamp (UTC): Sat, 23 Jan 2021 04:11:21 GMT