# Exhibit 151

 

# Dominion Voting Systems Acquired by its Management Team and Staple Street Capital



NEWS PROVIDED BY
**Dominion Voting Systems**
Jul 16, 2018, 19:02 ET

SHARE THIS ARTICLE

     

NEW YORK, July 16, 2018 /PRNewswire/ -- Dominion Voting Systems ("Dominion Voting") announces that it has been acquired by its management team and Staple Street Capital, a leading New York-based, middle-market private equity firm.

Dominion Voting is a top provider of election tabulation solutions to government customers. The company's scalable and customizable platform holds industry-leading certifications and provides accessibility and efficiency at the state and local levels.

Dominion Voting CEO and President John Poulos said, "Our senior management team is extremely pleased to partner with Staple Street Capital, which has a proven track record of successfully investing in growing mid-size businesses. Given the opportunities on our horizon, this is the ideal time for us to add financial resources and an experienced strategic partner to help us meet market demand, better serve customers and invest in evolving security initiatives."

Staple Street Capital co-founder and Managing Director Hootan Yaghoobzadeh said, "John Poulos and his team have done an excellent job of building Dominion Voting into one of the most trusted providers of

Document title: Dominion Voting Systems Acquired by its Management Team and Staple Street Capital
Capture URL: https://www.prnewswire.com/news-releases/dominion-voting-systems-acquired-by-its-management-team-and-staple-street-capital-300681752.html
Capture timestamp (UTC): Sat, 23 Jan 2021 04:13:14 GMT


Staple Street Capital co-founder and Managing Director Hootan Yaghoobzadeh said, "John Poulos and his team have done an excellent job of building Dominion Voting into one of the most trusted providers of voting solutions in North America. We are excited to partner with him and the Dominion Voting team as they embark on their next phase of growth and continue their innovative and customer-centric strategy."

Stifel, Nicolaus & Company and Osler, Hoskin & Harcourt LLP advised Dominion Voting.  Kirkland & Ellis LLP and McMillan LLP advised Staple Street Capital.

**About Dominion Voting Systems**

Dominion Voting Systems is a leading provider of hardware and software election tabulation solutions in the U.S. and Canada.  More information: www.dominionvoting.com.

**About Staple Street Capital**

Staple Street Capital is a private equity firm that invests in market-leading businesses, where it can provide the strategic oversight, financial resources and access to a network of world-class executives to help its portfolio companies reach their full potential. Staple Street Capital is currently investing out of a $265 million private equity fund and typically seeks to invest $20 million - $75 million of equity per transaction.  More information: www.staplestreetcapital.com.

SOURCE Dominion Voting Systems

Related Links

http://www.dominionvoting.com

Contact Cision   Products   About   My Services


Dominion Voting. Kirkland & Ellis LLP and McMillan LLP advised Staple Street Capital.

## About Dominion Voting Systems

Dominion Voting Systems is a leading provider of hardware and software election tabulation solutions in the U.S. and Canada. More information: www.dominionvoting.com.

## About Staple Street Capital

Staple Street Capital is a private equity firm that invests in market-leading businesses, where it can provide the strategic oversight, financial resources and access to a network of world-class executives to help its portfolio companies reach their full potential. Staple Street Capital is currently investing out of a $265 million private equity fund and typically seeks to invest $20 million - $75 million of equity per transaction. More information: www.staplestreetcapital.com.

SOURCE Dominion Voting Systems

Related Links

http://www.dominionvoting.com

**Contact Cision**

Cision Distribution 888-776-0942
from 8 AM - 9 PM ET
Contact Us

**Products**

Cision Communication Cloud®
For Marketers
For Public Relations
For IR & Compliance
For Agency
For Small Business
All Products

**About**

About PR Newswire
About Cision
Become a Publishing Partner
Become a Channel Partner
Careers
COVID-19 Resources
Accessibility Statement

Global Sites

**My Services**

All New Releases
Online Member Center
ProfNet

Terms of Use | Privacy Policy | Information Security Policy | Site Map | RSS | Cookie Settings    Copyright © 2021 Cision US Inc.