# Exhibit 152

screenshot-twitter.com-2021.01.18-15_07_56
https://twitter.com/DaLi94877447/status/1328604803539333120
18.01.2021



**Maula**
@DaLi94877447

Replying to @BarackObama

Giuliani reveals Dominion is a company owned by Smartmatic, whose founders were close to Chavez, dictator of Venezuela; its establishment was to fix the elections

video.parler.com/JO/kA/JOkAcT8H…



2:44 AM · Nov 17, 2020 · Twitter for iPhone

1 Like