# Exhibit 153

screenshot-twitter.com-2021.01.18-15_06_50
https://twitter.com/ronanthonyone/status/1328013538678476800
18.01.2021



**WORLD * MUSIC * MOVIES * BOOKS**
@ronanthonyone

Former Mayor Rudy Giuliani 11-15-20
omny.fm/shows/cats-int...

DOMINION VOTING SYSTEM IS A FOREIGN

SYSTEM OF TABULATION RUN BY CHINA

AND VENEZUELA AND HAVE BEEN USED IN

THE 'STEALING' OF VOTES IN SOUTH

AMERICA FOR DICTATORS!

Former Mayor Rudy Giuliani 11-15-20 - Cats Interviews - ...
Former Mayor Rudy Giuliani 11-15-20
🔗 omny.fm

11:34 AM · Nov 15, 2020 · Twitter Web App

**1** Like