# Exhibit 154



When Will You Retire?

This quiz will find local, fiduciary financial advisors near you in minutes.

OPEN

‹ Transition Highlights: Stimulus Deal Appears Within Reach, but Final Product Could Limit Biden in the Future

# Dominion demands that Sidney Powell retract 'baseless and false allegations' about voting machines.



Dec. 17, 2020

By Alan Feuer



Dominion Voting Systems sent a letter to the former Trump lawyer Sidney Powell demanding that she retract false statements about their voting machines. Elijah Nouvelage/Reuters

Dominion Voting Systems sent a blistering letter on Wednesday night to the right-wing lawyer Sidney Powell, demanding that she publicly retract her "wild, knowingly baseless and false accusations" about the company's voting machines, which have repeatedly found themselves at the heart of conspiracy theories surrounding the election.

The letter, a preparatory step to formal legal action, accused Ms. Powell of engaging in "reckless disinformation" about Dominion's

Document title: Dominion demands that Sidney Powell retract 'baseless and false allegations' about voting machines. - The New York Times
Capture URL: https://www.nytimes.com/2020/12/17/us/dominion-demands-that-sidney-powell-retract-baseless-and-false-allegations-about-voting-machines.html
Capture timestamp (UTC): Mon, 18 Jan 2021 20:22:21 GMT

repeatedly found themselves at the heart of conspiracy theories surrounding the election.

The letter, a preparatory step to formal legal action, accused Ms. Powell of engaging in "reckless disinformation" about Dominion's machines at news conferences, rallies in support of President Trump and on conservative media outlets like Fox News, Newsmax and Rush Limbaugh's radio show.

Ms. Powell has also filed unsuccessful federal lawsuits seeking to overturn the election in four key swing states, lodging claims that were "predicated on lies," the letter says, and that have "endangered Dominion's business and the lives of its employees."

In the wake of Ms. Powell's allegations, Dominion has come under fire from the president and his supporters, who have maintained without evidence that the company's machines switched votes from Mr. Trump to President-elect Joseph R. Biden Jr. On Monday, John Poulos, Dominion's chief executive, told Michigan lawmakers investigating the election that the company had been the victim of "a dangerous and reckless disinformation campaign aimed at sowing doubt and confusion."

ADVERTISEMENT



AD SMARTASSET

Avoid These 7 Mistakes Finding a Financial Advisor

7 Mistakes You'll Make Hiring A Financial Advisor

LEARN MORE

In its letter, Dominion demanded that Ms. Powell publicly disavow several false claims she has repeated in the past few weeks. She has maintained, for instance, that Dominion machines and their software were created in Venezuela to help the country's now-deceased former president, Hugo Chavez, win elections. But Dominion insists that it has no connection to Venezuela, to Mr. Chavez or for that matter, as the letter notes, to "Big Foot or the Loch Ness monster."

Refer someone to The Times.
They'll enjoy our special rate of $1 a week.

Dominion also demanded that Ms. Powell retract false statements she has made suggesting that the company paid kickbacks to officials in Georgia for "no-bid contracts" to use its machines and that it manipulated votes in "an effort to rig the 2020 election."

Dominion noted that Ms. Powell never mentioned her accusations in any of her court filings, depriving the company of the opportunity to legally refute them. "While you are entitled to your own opinions, Ms. Powell," the company wrote, "you are not

**Editors' Picks**


For Pro Athlete Leading Social Justice Push, a Victory and Uncertainty


What Was Donald Trump's Twitter?


Pandemic Victories for College Sports Have All Come With Caveats

Dominion noted that Ms. Powell never mentioned her accusations in any of her court filings, depriving the company of the opportunity to legally refute them. "While you are entitled to your own opinions, Ms. Powell," the company wrote, "you are not entitled to your own facts."

Ms. Powell did not immediately respond to requests for comment about Dominion's letter.

Not long after the election, the president embraced Ms. Powell, a former federal prosecutor who had represented his onetime national security adviser Michael T. Flynn in a criminal case stemming from the Russia investigation. But after she appeared with Rudolph W. Giuliani, who led Mr. Trump's postelection legal campaign, at a bizarre news conference where she spouted unproven conspiracies about Dominion, Mr. Trump distanced himself from her and she was left to file lawsuits on her own.

All of the suits were dismissed by federal judges. One said Ms. Powell's claims were based on "nothing but speculation and conjecture," another that the "expert reports" she submitted reached "implausible conclusions." In one case in Michigan, lawyers for the City of Detroit have served her with papers that are the first step toward asking a judge to formally sanction her.

Alan Feuer covers courts and criminal justice for the Metro desk. He has written about mobsters, jails, police misconduct, wrongful convictions, government corruption and El Chapo, the jailed chief of the Sinaloa drug cartel. He joined The Times in 1999. @alanfeuer



Here's the latest from **Transition Highlights: Stimulus Deal Appears Within Reach, but Final Product Could Limit Biden in the Future**

- As a stimulus deal takes shape, final disputes could affect Biden's latitude to provide more relief.
- Biden addresses accusations against his son, saying, 'I think it's kind of foul play.'
- Biden picks Deb Haaland to lead the Interior Department.

See all

ADVERTISEMENT


AD SMARTASSET
Advisor Mistakes To Avoid
7 Mistakes You'll Make Hiring A Financial Advisor
LEARN MORE

The New York Times                                           Go to Home Page »

| NEWS | OPINION | ARTS | LIVING | MORE | SUBSCRIBE |
|---|---|---|---|---|---|
| Home Page | Today's Opinion | Today's Arts | At Home | Reader Center | Home Delivery |
| World | Op-Ed Columnists | Art & Design | Automobiles | Wirecutter | Gift Subscriptions |
| Coronavirus | Editorials | Books | Games | Live Events | Games |
| U.S. | Op-Ed Contributors | Dance | Education | The Learning Network | |

Document title: Dominion demands that Sidney Powell retract 'baseless and false allegations' about voting machines. - The New York Times
Capture URL: https://www.nytimes.com/2020/12/17/us/dominion-demands-that-sidney-powell-retract-baseless-and-false-allegations-about-voting-machines.html
Capture timestamp (UTC): Mon, 18 Jan 2021 20:22:21 GMT                                                                                    Page 2 of 3

stemming from the Russia investigation. But after she appeared with Rudolph W. Giuliani, who led Mr. Trump's postelection legal campaign, at a bizarre news conference where she spouted unproven conspiracies about Dominion, Mr. Trump distanced himself from her and she was left to file lawsuits on her own.

All of the suits were dismissed by federal judges. One said Ms. Powell's claims were based on "nothing but speculation and conjecture," another that the "expert reports" she submitted reached "implausible conclusions." In one case in Michigan, lawyers for the City of Detroit have served her with papers that are the first step toward asking a judge to formally sanction her.

Alan Feuer covers courts and criminal justice for the Metro desk. He has written about mobsters, jails, police misconduct, wrongful convictions, government corruption and El Chapo, the jailed chief of the Sinaloa drug cartel. He joined The Times in 1999. @alanfeuer

   

Here's the latest from **Transition Highlights: Stimulus Deal Appears Within Reach, but Final Product Could Limit Biden in the Future**

- As a stimulus deal takes shape, final disputes could affect Biden's latitude to provide more relief.
- Biden addresses accusations against his son, saying, 'I think it's kind of foul play.'
- Biden picks Deb Haaland to lead the Interior Department.

See all

ADVERTISEMENT



AD SMARTASSET

**Advisor Mistakes To Avoid**

7 Mistakes You'll Make Hiring A Financial Advisor

LEARN MORE

---

| NEWS | OPINION | ARTS | LIVING | MORE | SUBSCRIBE |
|---|---|---|---|---|---|
| Home Page | Today's Opinion | Today's Arts | At Home | Reader Center | Home Delivery |
| World | Op-Ed Columnists | Art & Design | Automobiles | Wirecutter | Gift Subscriptions |
| Coronavirus | Editorials | Books | Games | Live Events | Games |
| U.S. | Op-Ed Contributors | Dance | Education | The Learning Network | Cooking |
| Politics | Letters | Movies | Food | Tools & Services | Email Newsletters |
| Election Results | Sunday Review | Music | Health | Multimedia | Corporate Subscriptions |
| New York | Video: Opinion | Pop Culture | Jobs | Photography | Education Rate |
| Business | | Television | Love | Video | |
| Tech | | Theater | Magazine | Newsletters | Mobile Applications |
| Science | | Video: Arts | Parenting | TimesMachine | Replica Edition |
| Sports | | | Real Estate | NYT Store | International |
| Obituaries | | | Recipes | Times Journeys | Canada |
| Today's Paper | | | Style | Manage My Account | Español |
| Corrections | | | T Magazine | | 中文网 |
| | | | Travel | | |

Go to Home Page »

© 2021 The New York Times Company   NYTCo   Contact Us   Work with us   Advertise   T Brand Studio   Your Ad Choices   Privacy Policy   Terms of Service   Terms of Sale   Site Map   Help   Subscriptions

---