# Exhibit 155

MENU   Donate

KN95 Face Masks Now in Black

Filters 95% of germs, bacteria, and bodily fluids that float in the air.

Hope Health Supply™



## Rudy Giuliani

stated on November 19, 2020 in remarks in a press conference:

### In Michigan "we have over-votes in numerous precincts of 150%, 200%, and 300%."

ELECTIONS    MICHIGAN    RUDY GIULIANI





Rudy Giuliani, a lawyer for Donald Trump, speaks during a news conference on Nov. 19, 2020. (AP)



# Giuliani cites affidavit with crucial errors in press conference



By Louis Jacobson
November 20, 2020



IF YOUR TIME IS SHORT

HUNGER IS A STORY WE CAN END.

FEEDING AMERICA    END IT

---

Document title: PolitiFact | Giuliani cites affidavit with crucial errors in press conference
Capture URL: https://www.politifact.com/factchecks/2020/nov/20/rudy-giuliani/giuliani-cites-affidavit-crucial-errors-press-conf/
Capture timestamp (UTC): Sat, 23 Jan 2021 17:01:09 GMT



MENU




Donate

By Noah Y. Kim
November 20, 2020

**IF YOUR TIME IS SHORT**

• Giuliani's source was an affidavit that mistook Minnesota precincts for Michigan precincts and cited 25 "Wayne County" precincts that are not actually in Wayne County.

• Beyond being misidentified, the data in the affidavit is not consistent with official data from the Minnesota secretary of state's office.

• When we inquired, a Trump campaign lawyer called the numbers in the affidavit "a simple mistake."

See the sources for this fact-check

During a Nov. 19 press conference, Rudy Giuliani, a lawyer representing President Donald Trump, charged that many precincts in Michigan — a key state won by his Democratic opponent, President-elect Joe Biden — recorded more votes than actual voters.

In Michigan, he said, "we have over-votes in numerous precincts of 150%, 200% and 300%."

Giuliani's source for these percentages was an affidavit authored by Russell Ramsland, a security consultant and former Republican congressional candidate. The document alleges that anomalies in the vote count indicate that Michigan election results were "manipulated."

"There were at least 19 precincts where the Presidential Votes Cast compared to the Estimated Voters based on Reported Statistics exceeded 100%," the affidavit reads. The document then goes on to list the 19 precincts, shown in this screenshot:

| Precinct Township | Votes/SOS Est. Voters |
|---|---|
| BENVILLE TWP | 350% |
| MONTICELLO P-1 | 144% |
| MONTICELLO P-2 | 138% |
| ALBERTVILLE P-2 | 138% |
| ALBERTVILLE P-1 | 136% |
| BRADFORD TWP. | 104% |
| VELDT TWP. | 104% |
| CHAMPION TWP | 104% |
| KENT CITY | 103% |
| WANGER TWP. | 102% |
| KANDIYOHI TWP. | 102% |
| LAKE LILLIAN TWP. | 102% |
| HOKAH TWP. | 102% |
| HOUSTON TWP. | 101% |
| HILL RIVER TWP. | 101% |
| SUNNYSIDE TWP. | 101% |
| BROWNSVILLE TWP. | 101% |
| OSLO | 101% |
| EYOTA TWP. | 101% |

MENU

PolitiFact
The Poynter Institute

Donate

| | |
|---|---|
| OSLO | 101% |
| EYOTA TWP. | 101% |

But there's a problem, and it's a big one: All 19 of the precincts cited in the affidavit are actually located in Minnesota, not Michigan.

A separate part of the affidavit focuses on Wayne County, Mich., which includes Detroit. Of 47 Wayne County precincts, the document lists 25 that allegedly showed 100% turnout. Here's that portion of the document:

| Precinct Township | Votes/SOS Est. Voters |
|---|---|
| SPRUCE GROVE TWP | 100% |
| ATLANTA TWP | 100% |
| RUNEBERG TWP | 100% |
| WOLF LAKE TWP | 100% |
| HEIGHT OF LAND TWP | 100% |
| EAGLE VIEW TWP | 100% |
| WOLF LAKE | 100% |
| SHELL LAKE TWP | 100% |
| SAVANNAH TWP | 100% |
| CUBA TWP | 100% |
| FOREST TWP | 100% |
| RICEVILLE TWP | 100% |
| WALWORTH TWP | 100% |
| OGEMA | 100% |
| BURLINGTON TWP | 100% |
| RICHWOOD TWP | 100% |
| AUDUBON | 100% |
| LAKE EUNICE TWP | 100% |
| OSAGE TWP | 100% |
| DETROIT LAKES W2 P1 | 100% |
| CORMORANT TWP | 100% |
| LAKE VIEW TWP | 100% |

This portion of the document isn't accurate either: None of the 25 precincts listed are actually in Wayne County. Like the 19 precincts cited above, each is located in Minnesota.

Powerline, a conservative blog, was the first to report that the affidavit cited Minnesota rather than Michigan voting jurisdictions. (A possible explanation is Michigan's postal abbreviation is MI, while Minnesota's is MN.) Other media outlets confirmed these discrepancies.



Document title: PolitiFact | Giuliani cites affidavit with crucial errors in press conference
Capture URL: https://www.politifact.com/factchecks/2020/nov/20/rudy-giuliani/giuliani-cites-affidavit-crucial-errors-press-conf/
Capture timestamp (UTC): Sat, 23 Jan 2021 17:01:09 GMT
Page 2 of 9

*Voters wait to cast their votes on Nov. 3, 2020, at the Minneapolis College of Art and Design. (AP)*

When we checked data from the office of the Minnesota secretary of state, we found no support for the affidavit's conclusions. In the five townships cited as having the largest number of over-votes, the number of votes on election day was smaller than the number of registered voters.

## FEATURED FACT-CHECK



Viral image
stated on January 3, 2021 in a Facebook post

**Photo shows "people coming from California to Washington DC" to protest election results.**



By Ciara O'Rourke • January 4, 2021

For example, the affidavit cites Minnesota's Benville Township as having 350% voter turnout, which would be by far the largest over-voting rate alleged in the document. Both Giuliani and Trump lawyer Sidney Powell cited the 350% figure in the Nov. 19 press conference.

However, according to the Minnesota Secretary of State's election data, 63 people voted in the township, and 71 were registered to vote, a turnout rate of 89%.

The Washington Post, which cross-checked numbers from the five precincts alleged to have the highest number of over-votes, found that the Ramsland affidavit overestimated the numbers in all five precincts.

Risikat Adesaogun, a spokesperson for the Minnesota Secretary of State's office, told PolitiFact that "we have canvassed at the county level, and we don't have any clarity about the contents of the affidavit and the source of the alleged data."

Even if the data in the affidavit were accurate, it would do little to further the Trump campaign's baseless argument that massive voter fraud swung the election to Biden. For instance, election data from the Minnesota secretary of state's office shows that Benville Township voted overwhelmingly for Trump, not Biden.

further the Trump campaign's baseless argument that massive voter fraud swung the election to Biden. For instance, election data from the Minnesota secretary of state's office shows that Benville Township voted overwhelmingly for Trump, not Biden.

It's unclear what data Ramsland used to arrive at his percentages. We reached out to him but haven't heard back.

L. Lin Wood, another Trump campaign lawyer, has filed the affidavit as part of a lawsuit in Georgia. When reached by email, Wood called the labeling of the numbers as being from Michigan rather than Minnesota a "simple mistake" and said the document "will be corrected if it hasn't been already."

"We are imperfect," he told PolitiFact.

## Our ruling

Giuliani said that in Michigan, "we have over-votes in numerous precincts of 150%, 200% and 300%."

The numbers come from an affidavit filed by lawyers working for Trump, but the jurisdictions cited are in Minnesota, not Michigan. Furthermore, the Minnesota data cited in the affidavit do not square with actual data from the Minnesota Secretary of State's office. The official data shows no over-voting.

A Trump campaign lawyer acknowledged a "simple mistake" and said the document would be "corrected."

We rate this claim Pants on Fire!

*Clara Hendrickson contributed to this report.*

*This fact check is available at IFCN's 2020 US Elections FactChat #Chatbot on WhatsApp. Click here, for more.*

### Our Sources

Affidavit of Russell James Ramsland, Jr., Nov. 18, 2020

Office of the Minnesota Secretary of State, Voting Precincts

Office of the Michigan Secretary of State, Candidate listings and election results by county

Email interview with L. Lin Wood, Nov. 20, 2020

**READ ABOUT OUR PROCESS**

The Principles of the Truth-O-Meter

MENU

Office of the Michigan Secretary of State, Candidate listings and election results by county

Email interview with L. Lin Wood, Nov. 20, 2020

Interview with Risikat Adesaogun, Nov. 20, 2020

Powerline, Do Trump's lawyers know what they are doing?, Nov. 19, 2020

Office of the Minnesota Secretary of State, Results for selected precincts in Beltrami County, Nov. 12, 2020

Washington Post, The Trump campaign's much-hyped affidavit features a big, glaring error, Nov. 20, 2020

## Browse the Truth-O-Meter

### MORE BY LOUIS JACOBSON



**Jake Tapper**
stated on January 13, 2021 remarks in a CNN broadcast:

The second presidential impeachment of Donald Trump was "the most bipartisan impeachment in American history."



By Louis Jacobson • January 13, 2021



**Mitch McConnell**
stated on January 6, 2021 a Senate floor speech:

"This election actually was not unusually close."

By Louis Jacobson • January 8, 2021



**Facebook posts**
stated on December 27, 2020 social media posts:

Says a recent study found no asymptomatic or presymptomatic spread of COVID.

By Louis Jacobson • December 28, 2020

### GIULIANI CITES AFFIDAVIT WITH CRUCIAL ERRORS IN PRESS CONFERENCE


### GIULIANI CITES AFFIDAVIT WITH CRUCIAL ERRORS IN PRESS CONFERENCE



**Jeremy "Spike" Cohen**
stated on January 22, 2021 in a Facebook post:

> Says the Biden administration labeled Libertarians terrorists.

By Madison Czopek • January 22, 2021





**Instagram posts**
stated on January 21, 2021 in an Instagram post:

> National Guard members turned their backs on Biden's motorcade on Inauguration Day.

By Samantha Putterman • January 22, 2021





**Tweets**
stated on January 21, 2021 in a tweet:

> Video shows Biden saying "salute the Marines" after hearing the words in an earpiece before his inauguration.

By Bill McCarthy • January 22, 2021





**Facebook posts**
stated on January 21, 2021 in a Facebook post:

> "Democrats forced our GREAT troops to sleep on the ground of a PARKING garage after dragging them to DC for photo ops!"

By Bill McCarthy • January 22, 2021





**Garlin Gilchrist**
stated on January 17, 2021 in a speech at MLK Day Jr. Youth Conference:

> In Michigan, "we were able to really flatten" the racial disparity in COVID-19's impact "and make significant progress."

By Clara Hendrickson • January 22, 2021





**Facebook posts**
stated on January 21, 2021 in an image:

> On Inauguration Day, Vice President Kamala Harris "put her clutch on top of the Bible so



MENU   PolitiFact The Poynter Institute   Donate


stated on January 21, 2021 in an image:

> On Inauguration Day, Vice President Kamala Harris "put her clutch on top of the Bible so her hand is not touching it."



By Daniel Funke • January 22, 2021


**The Gateway Pundit**
stated on January 20, 2021 in an article:

> "WHO admits their testing grossly overstates individuals testing positive for COVID."



By Noah Y. Kim • January 22, 2021


**Facebook posts**
stated on January 20, 2021 in a Facebook post:

> "Go to antifa.com and it takes you to Biden's White House! … Just a slap in the face."



By Samantha Putterman • January 22, 2021


**Facebook posts**
stated on January 20, 2021 in an image:

> "By revoking the Keystone pipeline permit, Biden is destroying 11,000 jobs."



By Daniel Funke • January 21, 2021


**Facebook posts**
stated on January 20, 2021 in a Facebook post:

> "Military tribunals start Jan. 20, 2021."



By Ciara O'Rourke • January 21, 2021

**Load more**

## Support independent fact-checking.

# Support independent fact-checking.
# Become a member!

In a world of wild talk and fake news, help us stand up for the facts.

Sign me up



## Around the Web

Ads by Revcontent



**Ringing Ears? when Tinnitus Won't Stop, Do This (Watch)**
Newhealthylife



**Search Psoriatic Arthritis Symptoms & Treatments**
Yahoo Search



**3 Ways Your Cat Asks for Help**
Dr. Marty



**[Pics] Put Vinegar On Bread And Leave It In Your Garage, Here's Why**
Livestly



**Do This Immediately if You Have Diabetes (Watch)**
healthtoday



**Ringing Ears? when Tinnitus Won't Stop, Do This Immediately (Watch)**
Newhealthylife

---

### OFFICES

**District of Columbia**
1100 Connecticut Ave. NW
Suite 1300B
Washington, DC 20036

**Florida**
801 3rd St. S
St. Petersburg, FL 33701
727-821-9494

### PEOPLE

**All People**
Joe Biden
Kamala Harris
Charles Schumer
Mitch McConnell
Bernie Sanders
Nancy Pelosi
Donald Trump

### STATE EDITIONS

California
Florida
Illinois
Iowa
Missouri
New York
North Carolina
Pennsylvania
Texas
Virginia
West Virginia
Vermont
Wisconsin
Michigan

### ABOUT US

Our Process
Our Staff
Who pays for PolitiFact?
Advertise with Us
Corrections and Updates

Suggest a Fact-check


## Around the Web

Ads by Revcontent


**Ringing Ears? when Tinnitus Won't Stop, Do This (Watch)**
Newhealthylife


**Search Psoriatic Arthritis Symptoms & Treatments**
Yahoo Search


**3 Ways Your Cat Asks for Help**
Dr. Marty

**[Pics] Put Vinegar On Bread And Leave It In Your Garage, Here's Why**
Livestly


**Do This Immediately if You Have Diabetes (Watch)**
healthtoday

**Ringing Ears? when Tinnitus Won't Stop, Do This Immediately (Watch)**
Newhealthylife

**OFFICES**

**District of Columbia**
1100 Connecticut Ave. NW
Suite 1300B
Washington, DC 20036

**Florida**
801 3rd St. S
St. Petersburg, FL 33701
727-821-9494

**PEOPLE**

**All People**
Joe Biden
Kamala Harris
Charles Schumer
Mitch McConnell
Bernie Sanders
Nancy Pelosi
Donald Trump

**STATE EDITIONS**

California
Florida
Illinois
Iowa
Missouri
New York
North Carolina
Pennsylvania
Texas
Virginia
West Virginia
Vermont
Wisconsin
Michigan

**ABOUT US**

Our Process
Our Staff
Who pays for PolitiFact?
Advertise with Us
Corrections and Updates

**Suggest a Fact-check**

FOLLOW US

THE FACTS NEWSLETTER    Enter your email    **Sign up**

Terms & Conditions    Privacy Policy    Copyright    ©All Rights Reserved Poynter Institute 2020, a 501(c)(3) nonprofit organization

Document title: PolitiFact | Giuliani cites affidavit with crucial errors in press conference
Capture URL: https://www.politifact.com/factchecks/2020/nov/20/rudy-giuliani/giuliani-cites-affidavit-crucial-errors-press-conf/
Capture timestamp (UTC): Sat, 23 Jan 2021 17:01:09 GMT                                                                                            Page 9 of 9