# Exhibit 156

screenshot-twitter.com-2021.01.18-15_11_16
https://twitter.com/BobCavanaugh11/status/1329493022946570241
18.01.2021

