# Exhibit 157

screenshot-twitter.com-2021.01.18-15_12_44
https://twitter.com/hcatfioe/status/1329496142703439874
18.01.2021



**ronnieh**
@hcatfioe

@jimcramer did you listen to the Giuliani press conference, George Soros, crooked Dominion Software connections to Venezuela, dirty politics but we no longer have journalists, Trump suffered under deep state lies but he exposed them within our highest government agencies.

1:45 PM · Nov 19, 2020 · Twitter for iPad