# Exhibit 158

screenshot-twitter.com-2021.01.18-15_13_14
https://twitter.com/moneyinpjs/status/1329487770260295682
18.01.2021

