# Exhibit 159

screenshot-twitter.com-2021.01.18-15_13_49
https://twitter.com/DavidAlanBlowe4/status/1329499960027570183
18.01.2021



**David Alan Blowe**
@DavidAlanBlowe4

Both Rudy Giuliani and Sidney Powell have evidence that the demon rats 🐀 ( Democrat's) stole this election for president.
Dominion software and Smartmatic and Venezuela and Germany count out votes and are HIGHLY suspect !!!

2:01 PM · Nov 19, 2020 · Twitter for iPhone

1 Like