# Exhibit 160

screenshot-twitter.com-2021.01.18-15_15_39
https://twitter.com/lo_panic/status/1340007958172725248
18.01.2021

