# Exhibit 161

screenshot-twitter.com-2021.01.18-15_16_24
https://twitter.com/JoelCoh03323740/status/1327498656694509568
18.01.2021

