# Exhibit 162

File 19  Rudy Giuliani Common Sense
December 25, 2020



1

2

3

4

5

6

7

8

9

10

11

12      FILE 19

13  RUDY GIULIANI COMMON SENSE

14

15

16

17

18

19

20

21

22

23

24

25

File 19  Rudy Giuliani Common Sense
December 25, 2020                                    2

1        RUDY GIULIANI:  Hello again.  This is Rudy

2   Giuliani.  Merry Christmas.  And I'm here with another

3   episode of Rudy's Common Sense and it's going to be

4   published on Christmas day, so hopefully you're

5   listening to it on Christmas day, and you and your

6   family and all your loved ones have had a joyous and a

7   beautiful Christmas and you've received the grace of the

8   Lord Jesus Christ on the day of his becoming man, which

9   is one of the truly miraculous and earth shattering

10  things that have happened in history that made humanity

11  what it is, made western civilization what it is and

12  made people what they are, and gave us the importance of

13  human life, all human life, how valuable it is, how

14  important it is, how it has to be cherished and how it

15  has to be protected and preserved as well as the

16  liberties and the rights that go along with being human

17  which are given to us by God and not by man.  And that's

18  really been the pursuit of this entire podcast, Common

19  Sense, to try to explore the issues that are so

20  controversial from the point of view of, you know, what

21  makes sense, what really is involved in these values and

22  in these rights and how can they so easily be trampled

23  over.  And as we look back on this year of 2020, which

24  we'll do in greater detail maybe next week, but as you

25  look back on this year of 2020 it's been a very bad year

File 19   Rudy Giuliani Common Sense
December 25, 2020                                        3

1  for human rights or God given rights.  They've been

2  eroded dramatically in the country that didn't create

3  them but probably enshrined them better than probably

4  any country in the history of the world, the United

5  States of America.

6          There's never been a year in the history of

7  America where there's ever been such an all out

8  assault on freedom of speech, freedom of religion,

9  free and fair elections, the ability to congregate

10  for causes that you believe in and your ability to

11  conduct your life with some degree of judgment by

12  yourself without the government dictating to you

13  every little detail of it.  These are enormous

14  intrusions into a country of civil liberties and

15  civil rights, human rights and God given rights and

16  something we're going to have to review for the

17  future to make sure it doesn't happen again.

18          But here we are, Christmas day pointing

19  toward the end of the year going into probably more

20  traumatic January than we've had in our history, or

21  at least we've had in our history at least the last

22  time that a presidential election was in dispute and

23  gave promise of even possibly going to the House of

24  Representatives.

25          From the point of view now of a lawyer

1  involved in the case, deeply involved with my client,

2  let me tell you what the four, five states are to

3  look at, and I'm going to give you the key things to

4  look at in those states.  Over the course of the next

5  week or two of course we'll go into more detail on it

6  and show you more of this.  But maybe it will be a

7  good idea to see what's at issue in these states and

8  why there is so much turmoil because maybe many of

9  you have you not gotten beyond the dominated

10  basically Democratic Party controlled press that we

11  have in this country, which is akin to the kind of

12  press that we have in Venezuela, China and in

13  countries that are dictatorships.  For purposes of

14  press right now, we might as well be in a

15  dictatorship with a few exceptions, like my ability

16  to communicate with you on podcast on WABC or on OANN

17  or on News Max or on some of the really brave radio

18  stations that carry people like Sean Hannity, Rush

19  Limbaugh, again WABC, my radio station.  If it wasn't

20  for them, we'd have a complete blackout of free

21  speech.  If you could count on television networks,

22  free speech has been gone for quite sometime.  Free

23  speech actually eliminated completely since the Biden

24  hard drive.

25          So let's see if by thinking about the

File 19  Rudy Giuliani Common Sense
December 25, 2020                                    5

1  significance of what unites us as human beings, which

2  is God or affinity with Jesus, let's see if we can

3  agree on a few facts that might then show you that

4  what we're doing here is to try and determine who

5  honestly was elected President of the United States.

6         So let's start with the state of

7  Pennsylvania where we had I would say in terms of

8  scope the largest fraud.  What exits to show that the

9  vote in the state of Pennsylvania as submitted to the

10  president of the Senate is a false, perjurious, lying

11  state.  Well, the first thing that can do that is

12  that there are affidavits from hundreds of witnesses

13  proving that 822,777 ballots were entered without any

14  observation by an independent observer against the

15  law of Pennsylvania and against common sense, and

16  they were arm done in the middle of the night when

17  Biden was behind Trump by $600,000 and he had to

18  desperately catch up because if he didn't watch up by

19  the morning, surely Pennsylvania would be called for

20  Trump and that would push him pretty close to having

21  an electoral majority and they were going to stop

22  that at all costs.

23         882,770 votes as recorded, all in

24  affidavits under oath, some of them presented in

25  testimony before legislatures, none of it presented

1  to a court because no court will hear evidence on

2  this, no court, another terrible failure in our

3  system.  Some of the courage has come out of it.  So

4  that's one..

5        Also another statistical fact that makes it

6  clear that Pennsylvania numbers are dramatically

7  false and that is that there were more mail-in

8  ballots counted than there were more mail-in ballots

9  sent out.  I want you to consider that, right.  the

10  way it works is you're supposed to get a mail-in

11  ballot, absentee ballot.  You then fill out the

12  application on the front.  You put your name, your

13  address, your precinct, you sign it.  There's an

14  inner envelope, they call it a security envelope.

15  You take out the ballot and you fill it out.  When

16  you fill it out, you fold it so it fits into the

17  secure envelope.  You seal it and you put it into the

18  bigger envelope and you seal that and send it in.

19  All those ballots were sent out by the state.  People

20  can't just create those ballots on their own

21  obviously.

22        All those ballots are numbered, and when

23  they were received back, they say oh, we sent out 1.8

24  million.  Hmm, we've gotten back 1.4 million.

25  400,000 didn't come back.  People decided not to vote

1  by absentee ballot.  They may very well have voted on

2  election day.  That really isn't the concern.

3         However, when you look at the vote, you see

4  that well over two million mail-in ballots were

5  counted.  Now, if only 1.8 million were sent out and

6  only 1.4 million were recorded as coming back, where

7  is this other group that could be as great as seven

8  or 800,000, where did these ballots come from?  Who

9  printed them?  They're not on the list printed by the

10 state or ordered by the state.  Where did they come

11 from?  You've got to be stupid.  You know where they

12 came from. They were made up.  They were made up

13 because Pennsylvania was out of hand.  They never

14 expected him to be at one point ahead by 800,000

15 votes in Pennsylvania.  They had enough ballots that

16 had been made out in advance to cover that, a couple

17 hundred thousands here and there.  They didn't have

18 the seven hundred thousand ballots they needed, so

19 they hod to go make them up.

20        Now, the state of Pennsylvania will not let

21 us examine their ballots.  Why?  The ballot doesn't

22 show you who someone voted for.  Now it's just an

23 empty ballot with Biden's name on it or Trump's name

24 on it because, you know, we could put it in the

25 machine and we could tell you whether it's a

File 19   Rudy Giuliani Common Sense
December 25, 2020                                    8

1   legitimate ballot or not.  We could tell you by the

2   markings, we could tell you by the stationery, we

3   could tell you by sometimes the pen is used too

4   repetitiously, we could tell you by the folding of

5   the paper.  We could tell you that definitively,

6   maybe not all six or seven hundred thousand, but five

7   hundred thousand of those votes are phoney votes.

8   You take that away from the 80,000 margin that Biden

9   has and Trump wins Pennsylvania, independent of the

10  unexamined ballots.  I think this would be a good

11  time to took take a short break.

12      RUDY GIULIANI:  My friends, if you want to

13  help preserve America right now while you still can,

14  join AMAC, the Association of Mature American Citizens,

15  the fastest growing conservative group in America,

16  especially for those age 50 and up.  Joining AMAC gives

17  you access to money-saving benefits, cutting edge news

18  and a great bi-monthly magazine.  More importantly, AMAC

19  fights for you.  A socialist storm is brewing.  Our

20  constitutional republic has rarely faced the perils we

21  do today.  Edmund Burke said it best.  All it takes for

22  evil to prevail is for good people to do nothing.

23      If you care about our future like I do,

24  then join AMAC today.  Over two million conservatives

25  like you and me have already joined AMAC.  Stand with

1  us by joining right now.  Just go to AMAC.US/Rudy.

2  That's AMAC.US/Rudy.  The benefits of AMAC benefits

3  are great, but the cause is even greater.  Join today

4  at AMAC.US./Rudy

5          Thank you very much for coming back and

6  let's review the rest of the states.  And now let me

7  show you a chart.  Let me show you a chart that could

8  be one of the most extraordinary things that has ever

9  happened in American politics from the point of view

10  of cheating.  And we'll turn this chart around, and

11  this should be up on your screen.

12          This is this day of the election, and this

13  is this day after, the day after, the day after and

14  the day after.  So this is when the counting process

15  begins.  So when we start, we start with the election

16  day numbers.  On election day Biden had approximately

17  12.5 million votes.  On election day before we

18  started reading the mail-in ballots Trump had

19  3.1 million votes.  that was a very, very large

20  600,000 lead, way beyond what anybody expected Trump

21  having.  This is a wipeout, 13 percent.  only

22  65 percent left to vote.  Well, how do you make that

23  up?  Well, you do it like they did in Georgia and in

24  Michigan and in Wisconsin and in Arizona.  You close

25  the counting room down, you say everybody's going

1  home now.  Goodbye.  We're not going to count

2  anymore.  And then when the few people that are

3  independent are gone or couldn't say anything anyway,

4  you start to bring ballots in, and look what happens

5  between the election day and then just the next day

6  before noon.  The lead of Trump has shrunk to 160,000

7  votes.  The 600,000 gets shrunk to 160,000.  These

8  are the Biden votes coming in.

9          You could say effectively there was not a

10  single Trump vote.  But if you want to know the exact

11  number, it's almost equally as stupid.  It's the

12  following.

13          Biden received 578,014 votes, Trump

14  received 3,290.  That's 0.2 percent.  There's no

15  place in the country that Trump received any number

16  like that.  If we look at Pennsylvania, his worst

17  number is 20 times higher than that, 20 times higher

18  than that.  What I'm telling you is you couldn't have

19  found a sample of votes that were that skewed.  You

20  couldn't have found it in Pennsylvania, you couldn't

21  have found it in New York or California.  You

22  couldn't have found it anywhere because it's made up.

23  It's phoney.  Oh, but the Democrats in Philadelphia

24  wouldn't cheat.  No.  They've only just done it in

25  the last 60 years in every election.  They only just

1  lead the country in the number of people convicted of

2  voter fraud.

3         You know the reality of all this?  The real

4  shocking thing in this election that meant so much is

5  that Philadelphia didn't cheat.  Then something

6  strange would have happened.  This isn't strange.

7  This is how bad and how crooked the democratic party

8  has become and how greedy it's become for power and

9  money and how much control it has on our media that

10  you never saw that chart before.  You should have

11  seen that chart three days after the election on NBC

12  and CBS and ABC if they had an interest in telling

13  you the truth.  You tell me that that chart doesn't

14  prove that they stole Pennsylvania.  Trump won

15  Pennsylvania by 300,000 votes.  I don't want to

16  burden you maybe later on, but I'll show you exactly

17  how that can be proven.

18         But in any event, the one thing for sure,

19  the vote that's submitted by Pennsylvania is a fraud,

20  it's a perjury, it's dishonest.  Governor Wolf and

21  all his crooked Democrats are participating in it and

22  letting it stand.

23         Now we go to Arizona.  Arizona.  How do we

24  know that Arizona is wrong.  I'm going to give you an

25  easy one, okay?  I'm going to give you an easy one

1  that does rely on common sense.  Mr. Payne's Common

2  Sense, the guide for our show.  You know Arizona.

3  You know how close it is to the border.  It's on the

4  border.  You know the hundred years of border

5  crossing issues that it's had and the 50 years of

6  illegal immigration, noncitizens.  You can have

7  different views s on it, benign, very strong,

8  somewhere in between, somewhere balanced, but you

9  know that Arizona is filled with noncitizens.  Some

10  of them come seasonally and some stay for a lifetime,

11  and many of them vote and they voted forever and

12  nobody checks.

13        So the governor of Arizona, who

14  unfortunately calls himself a Republican, and his

15  little entourage in there have submitted an entirely

16  laughable vote count in that it pretends that it

17  doesn't contain the vote of a single nonimmigrant.

18  So Biden beats Trump by ten thousand votes, but has

19  no votes from noncitizens.  Not a single noncitizen

20  voted this time for the first time in 50 years.  If

21  one did, then that statement before Congress is

22  perjurious, false.  Well, of course it's untrue, and

23  they know it's untrue, and they think we're to stupid

24  to care, and they think that the big tech, big

25  networks, big corporations, and the big money like

1  the money that comes from Dominion, they think it's

2  going to make you all be somnolent and go to sleep

3  and not pay attention to that singular common sense

4  fact that proves that Arizona has a false submission

5  to the United States Government.  I think these false

6  submissions should be prosecuted.

7         So we've done some surveys, barest minimum

8  that we get back in the survey done by a pro

9  immigrant group.  It's 36,000 noncitizens voted.

10  Largest is 37,000.  You pick a number in between.  It

11  flips the state from Biden to the guy who actually

12  won it, Trump.  This is how they stole the election,

13  ladies and gentlemen.  We're not making it up.  These

14  are cold, hard facts and just pure common sense.

15         Now, if you don't want to do it that way

16  you can do it with the out-of-state voters that were

17  allowed to vote, clearly voting out of state as well.

18  They're more than enough to turn the tide of the

19  election.  Or you can base it on the uninspected

20  ballots in Pima County, in Coconino County, and of

21  course in Maricopa County which get up into the

22  hundreds of thousands.  So there are three

23  independent ways of demonstrating the number is

24  wrong, therefore it must be decertified, and the

25  number breaks out with a Trump win somewhere around

1 40 or 50,000.  Wow.  Two states stolen.  Why don't we

2 take a brief pause and we'll be right back.

3      RUDY GIULIANI:  I accomplished a lot in 2020

4 exposing the truth, establishing the relationship with

5 you, working tirelessly for America, and I came to know

6 the work and value of the people at American Hartford

7 Gold.  You see, you buy gold not only for what you know,

8 but you buy gold for what you don't know.

9         American Hartford Gold is the company you

10 can trust when it comes to buying gold.  They sell

11 physical gold and silver delivered right to your door

12 or inside of your IRA.  In the precious metals

13 industry they are the highest rated firm in our

14 country with an A plus from the Better Business

15 Bureau and thousands of satisfied clients.  Give them

16 a call, and tell them Rudy sent you, and be sure to

17 ask them what I brought.  And if you call them right

18 now they will give you up to you $1,500 of free

19 silver on your first order.

20         Folks, these are uncertain times.  The one

21 thing you can count on to protect what you have

22 worked so hard for is physical gold and silver.  So

23 don't wait.  Call them now.  Call 833-gold-7777.

24 That's 833-gold-7777 or text Rudy to 65532.  Again

25 that's 833-gold-777 or text Rudy to 65532.

1      RUDY GIULIANI:  Thank you for coming back and

2  let's finish reviewing these states.

3         Now we go to Michigan.  Michigan, Michigan

4  probably has the most dramatic situation of all, and

5  that is this 4:30 in the morning dump of a hundred

6  thousand ballots after everybody had been thrown out

7  of the center for sometime, and three people remained

8  behind.  Two Republicans surreptitiously remained

9  behind and a Dominion employee who was disgusted with

10  the dishonest conduct of Dominion.  They stood

11  behind, and all of a sudden these trucks pulled up.

12  They thought it was food.  it Wasn't food.  It was a

13  bunch of ballots, lots of ballots in garbage cans, in

14  waste paper baskets, in this and that, put up on the

15  stand.  They started reading them off.  Turns out to

16  be all Biden all the time.  A hundred thousand votes.

17  You can see it in the bump for Biden, you can see it

18  in the total switch around for votes.  That's a

19  hundred thousand, hundred thousand.  Or you can take

20  a look at Wayne County itself where 71 of the

21  precincts couldn't balance their books.  What does

22  that mean?

23         It means that like in Pennsylvania where

24  the number could be as high as 700,000, more people

25  voted.  There were more votes than people who voted.

1  When you go look at the particular precinct, let's

2  use a number.  You know, it shows four thousand

3  people voted that day.  Oh, but no.  It reported six

4  thousand votes.  Gee, who are these other two

5  thousand?

6        This is so bad that the county board

7  refused to certify because of the 71 that couldn't be

8  balanced.  That's a lot.  And then they were

9  threatened.  They were docked.  Their phone numbers

10  were put out, their addresses were put out.  They

11  were threatened with death, and they changed their

12  vote on a theory that there would be a forensic

13  audit.  The vote went in, the forensic audit was

14  called back and they have since withdrawn their

15  votes.

16        They refused to certify this, the governor

17  ignored it and, Governor Witless and her secretary of

18  state who has already committed a felony in saying

19  that records should be destroyed submitted a

20  dishonest criminal fraudulent vote that includes a

21  hundred thousand dump, it includes the 270,000 votes

22  that were unobserved, and it includes these

23  questionable, not questionable, these nonexistent

24  votes that have to have been phoney votes where you

25  have 4,000 people voting, but 6,000 votes.  This is

1 the reason we want to see those machines.  And when

2 we did see the machines in Michigan over the great

3 objection of the dishonest officials of Michigan

4 because they don't want you to look at these machines

5 in the worst way because it's going to prove what

6 crooks they are, we found that 82 percent, 82 percent

7 of the ballots that went into that machine didn't get

8 registered immediately.  They went off for

9 adjudication because they were found to be not

10 distinct enough, and then some third-party

11 administrator without a Republican around decided who

12 you voted for, and you don't even know that.  You

13 don't know if your vote was counted, you don't know

14 if your vote was put into adjudication, and you don't

15 know if your vote was changed in adjudication.  That

16 happened often enough to change the result of the

17 election, and we could find that out for sure if they

18 would stop our ability to examine all the machines in

19 Michigan.

20          Don't you think that all the machines in

21 Michigan should be audited before we declare a winner

22 in this election?  They don't want you to see any of

23 the machines in Michigan.  Again, let's use common

24 sense.  Why?  If those machines are clean as a

25 whistle, I'd offer them four weeks ago.  Come on.

1  Look at the machines.  No, no.  Four thousand people

2  voted and four thousand votes were counted, not the

3  way you say.  Instead, we run the machines that we

4  have.  They never balance.

5        One case we did it three times.  We got

6  three different results.  Same thing in Georgia.

7  These machines are quite something, these Dominion

8  machines.  Big question to be asked, and we'll ask it

9  right now as we move on to Georgia is why did the

10  governors buy these machines?  First of all, they're

11  foreign machines.  Why would we use foreign machines

12  in our election?  Why would we use foreign machines

13  that are porous as swiss cheese.  You can invade

14  them, you can hack them, you can hook up internet

15  links to them, you can change votes, you can

16  recalculate votes.  You can do things that you'd only

17  want to do if you're cheating.  Why did they buy

18  these machines?

19        Georgia with a Republican governor named

20  Kemp, I say the word Republican advisedly.  Hey, our

21  party isn't made up of all great people either.  Kemp

22  bought these machines.  He spent a hundred and ten

23  million dollars on these new machines that right from

24  the beginning his electors told him were crap, but he

25  bought them for 110 million, he and his Secretary of

1  State Raffensperger who looks like he's working for

2  the other side.  That was a big number, big, big

3  number, and they got crappy machines for it.

4          So what about Georgia?  How do we show you

5  that that the numbers in Georgia are another big

6  fraud submitted by Kemp, Raffensperger and their

7  lieutenant governor puppy dog who says, you know,

8  nothing went wrong in the election.  Well, this is

9  truly, this is truly see no evil.  They must think

10  the people of Georgia are stupid.  Everybody in

11  Georgia can look at a video.  Live from Fulton County

12  let's watch the Democrats steal the election, and

13  there you see it.  Ruby Freeman and her crew getting

14  everybody out of the center, creating a false story

15  that there was a water main break.  No water main

16  break.  They get everybody out.  They wait, they

17  wait, they wait.  They check, they check, they check

18  like they're going to do a heist and all of a sudden

19  the crooks spring into action.  They go under a desk

20  covered like a casket and they start pulling ballots

21  out, tremendous numbers of ballots, and they bring

22  them over to one counting stand, another counting

23  stand, and they keep looking around to make sure

24  there's nobody in the room, and then they start

25  counting.  Every once in awhile you look closely and

File 19  Rudy Giuliani Common Sense
December 25, 2020                                    20

1  you can see them doing this with one ballot.  You

2  know what that does.  That takes Biden and multiplies

3  it by five.  We've got independent video of that in

4  Coppee County how you can do that.

5         So then we take a look with our experts.

6  What could they have gotten away with there.  120,000

7  votes, 130,000 votes to something like about 2,000

8  for Trump and Biden won by ten thousand votes.

9  Dishonest number, Governor Kemp.  Submitting a false

10  statement to the United States Government is a

11  violation of 18 United States Code Section 1001.

12  They apply it to everyone else, not just Republicans

13  who possibly commit crimes in favor of Democrats.

14  And what kind of Republican are you anyway, Kemp,

15  letting our party get cheated.  All throughout your

16  state Republican observers were pushed away, not

17  allowed to observe the ballots, in some cases even

18  physically.  What kind of Republican are you?  What

19  kind of man are you letting that happen?  What kind

20  of governor are you buying a machine like Dominion,

21  letting our votes be counted by a foreign machine

22  just because they offered the state $110 million.

23  Governor, exactly who are you and what are you about?

24         This election was stolen.  You know it.

25  You know it.  Everyone in Georgia knows it.

1  Democrats at least stick together.  It's true, they

2  stick together committing crimes.  We can't even

3  stick together doing the right thing.  That's a

4  shame.  You've really let down Georgia.  You've

5  embarrassed your state, you've put a cloud of

6  dishonor on the state of Georgia, and the rest of

7  Georgia should remove that.

8          I don't have to go into the out-of-state

9  voters.  More than enough illegitimate out-of-state

10  voters to change the result.  The underage voters,

11  the dead voters, the no verification of absentee

12  ballots that amounts to about three hundred thousand

13  votes in Governor Kemp's crooked version of Georgia.

14          And finally Wisconsin.  Wisconsin is a very

15  interesting situation of its own.  All the same kind

16  of voter fraud in Wisconsin as in the other places,

17  Republican being kept out to the tune of a couple

18  hundred thousand votes, out of state, all that, even

19  some dead people, probably less than most states, but

20  some dead states.  But Arizona has a different

21  absentee law than anyone else.  Arizona didn't buy

22  into this mail-in ballot thing because it realized

23  the mail-in ballots -- it realized what was going to

24  happen.  There was going to be a tremendous amount of

25  fraud that if we ever did it the election would be

1  overcome by Fraud.  Well, Jimmy Carter and James

2  Baker turned out to be right as did Justice Souter

3  and many other scholars who warned us it turned into

4  a disaster in an election that has to be reversed.

5          But Wisconsin wouldn't change.  Wisconsin

6  said we're sticking with our absentee ballot rule.

7  We don't like absentee ballots.  We don't trust

8  absentee ballots.  We think you should have enough

9  interest to get up off your backside and go vote on

10 election day.  But if you want to do an absentee

11 ballot, you're going to have to do it by the strict

12 rules, and if you don't apply the strict rules, you

13 don't get the presumption that we're going to go to

14 extra lengths to honor your right to vote.  We're

15 going to throw your vote out because we have no way

16 of verifying you and you have too easy a job taking

17 advantage of us if we become too lenient.  Okay.  So

18 that's the setting.

19         So Arizona says that if you cast an

20 absentee ballot, couple of things.  It cannot be

21 solicited.  Someone can't come and ask you to do it.

22 Someone can't bring you the stuff to do it.  You have

23 to witness.  You have to show that you want to vote

24 that way, so therefore you have to go out of your way

25 to get the application.  You then have to fill the

1 application out, make out the rest of the other parts

2 of the ballot, you've got to fold it up, put it

3 together, and you have to personally mail it in

4 yourself.  No one else can take it for you, either to

5 the mailbox.  I'm not sure of the mailbox, but no one

6 can take it to the clerk's office.  You have to do

7 that.  And then they had to enforce that rule.  They

8 say when they count the absentee ballot, any absentee

9 ballot without an application is discarded as a vote.

10 You don't have to worry about the remedy.  That's the

11 remedy.  It's discarded as a vote.  And a group

12 that's allowed to do an absentee ballot, only

13 exception are those people that are indefinitely

14 confined.  So indefinitely confined means basically

15 being in a nursing home or being on life support at

16 home.  Traditionally, 20,000 people in Wisconsin,

17 otherwise you had to vote like everybody else.

18        All of a sudden without any legislative

19 authorization, without any change in the law,

20 completely illegally the secretary of state announces

21 this is COVID.  Everybody is indefinitely confined.

22 They go to the Supreme Court of Wisconsin and the

23 Supreme Court of Wisconsin says absolutely not.  You

24 can't change the law.  It's the same law.  It's got

25 to be applied the same way.

1        Well, they basically say, the Democrats do,

2   the hell with the courts, and here's what we have

3   happen.  We have votes being solicited at fairs, we

4   have votes being solicited at parties, we have votes

5   that come in that have no applications, we have votes

6   that come in that are filled in improperly, and that

7   amounts to about 226,000 votes that should be

8   discounted in just in Dane County and in Milwaukee

9   County alone.  That would be Milwaukee and Madison,

10  Wisconsin, particularly people who claim to be

11  indefinitely confined, and for which we've now gone

12  through the trouble of finding evidence that they

13  were fully mobile, fully involved, working, playing,

14  doing sports, in other words, true frauds.  And that

15  number, although not final yet because we haven't

16  finished our investigation, that number will exceed

17  the margin of error, or not the margin of error, the

18  margin between Trump and Biden.

19        So I know what you've been told about our

20  fanciful, weird, strange theories of fraud, cleanest

21  election ever.  let me just review quickly to tell

22  you about the best ever.

23        Pennsylvania, you remember the chart, the

24  600,000 votes that came in in the middle of the

25  night.  You also remember I hope that there are

1  882,770 votes that were uninspected.  And you also

2  remember that there were some four to seven hundred

3  thousand more mail-in votes counted than ever

4  printed, so count out Pennsylvania.  Pennsylvania

5  certification wrong.  It should be decertified and it

6  should be certified by the state legislature as they

7  have the power to do in favor of Donald Trump.

8         Arizona.  Arizona has more noncitizens

9  voting than the margin of error between the two.  The

10  breakdown either by county or anywhere else is about

11  80/20 Biden/Trump.  That takes you way beyond the

12  margin necessary to reverse the state from Biden to

13  Trump.

14         Michigan, when you count the Antrim

15  82 percent adjudication rate which means that the

16  person doesn't get to make their own votes, an

17  administrator does, probably Democrat.  And number

18  two, that 71 of the precincts in Wayne County, the

19  largest county, the vote didn't balance.  In other

20  words there were more votes counted than people who

21  voted.  And when you consider that three to four

22  hundred thousand votes were put into the mail-in vote

23  machines without any observation by Republicans,

24  although there were several observations from far

25  away that these votes were entered four, five and six

1  times, when you consider the dump of one hundred

2  thousand votes in the middle of the night all for

3  Biden, my goodness, my goodness, my goodness, the

4  number that Trump won Michigan by looks pretty much

5  like the number we all went to bed on election night,

6  about 120,000, just like Pennsylvania looks like

7  something like three to four hundred thousand when

8  you take out the illegal ballots.

9        And when we get to Georgia, just look at

10  the tape.  That accounts from anywhere from 40 to

11  80,000 votes.  the number then when we look at it was

12  like 138,000 for Biden and 2,000 for Trump.  Take

13  those out of their numbers.  Trump won Georgia.

14  Honestly, we want honest votes here.

15        And finally, Wisconsin, the indefinitely

16  confined were not indefinitely confined.  That's a

17  fraudulent vote.  Wisconsin is tough on these things.

18  Wisconsin has to change these the certification, has

19  to certify.  That's what's going to go on now.  Go on

20  to state legislature and go on in Congress.  It's

21  going to be pursued, and no matter what the crooked

22  media tells you, it's a real case.

23        So I hope this gives you an overview to get

24  you prepared for next week.  I hope you have a very

25  nice Christmas weekend.  This is a beautiful time to

1 spend time with the family and to reflect on the true

2 meaning of Christmas which we know the true meaning

3 of Christmas.  It's not gifts, it's not Santa Clause,

4 it's not whatever else is nice about it.  Those

5 things are all nice and those things are all

6 wonderful.  And gosh, I'm still enough of a child to

7 still want my trains back.

8          Christmas is about the greatest miracle

9 that occurred in human history and the one that makes

10 us what we are, human beings.  It makes us very

11 special because we're made in the image of God, and

12 God demonstrated that by having his only son become

13 man.  There's a lot to reflect on there, and

14 hopefully that reflection will help you change your

15 behavior.  I hope it changed mine as well.

16          Well, merry Christmas.  We'll be back in a

17 few days.  Thank you very much.

18          (End of recording.)

19

20

21

22

23

24

25

1          CERTIFICATE OF REPORTER

2

3          I, Charlotte Crandall, certify that I was

4   authorized to and did transcribe the foregoing audio

5   recorded proceedings and that the transcript is a

6   true and complete record of my stenographic notes

7   from an audio recording and was transcribed to the

8   best of my ability.

9

10         Dated this 19th day of January, 2021.

11

12

13

14

15

16         _____

          Charlotte Crandall
17           Registered Professional Reporter

18

19

20

21

22

23

24

25