# Exhibit 163

screenshot-twitter.com-2021.01.18-15_17_35
https://twitter.com/RudyGiuliani/status/1333626364805533696
18.01.2021



**Rudy W. Giuliani** ✓
@RudyGiuliani

Governor Ducey of Arizona refuses to meet with me.

He doesn't want to explain that he selected a foreign corrupt Voting Machine company to count the vote.

I understand his reluctance, but just call a special session.

Let's find out how crooked your election really was?

11:17 PM · Nov 30, 2020 from Phoenix, AZ · Twitter for iPad

**16K** Retweets   **1.9K** Quote Tweets   **51.4K** Likes