# Exhibit 164

screenshot-twitter.com-2021.01.18-15_18_07
https://twitter.com/RudyGiuliani/status/1344876003840176128
18.01.2021

