# Exhibit 165

screenshot-twitter.com-2021.01.18-15_18_52
https://twitter.com/u2cldknow/status/1327429703414607874
18.01.2021

