# Exhibit 166

screenshot-twitter.com-2021.01.18-15_19_38
https://twitter.com/SystembusterT/status/1328147210203181056/
18.01.2021

