# Exhibit 168

ADVERTISEMENT



**Forbes**    Subscribe | Sign In

ELECTION 2020  |  Dec 17, 2020, 11:18am EST  |  22,219 views

# Dominion Demands Sidney Powell Retract 'Knowingly Baseless' Voting Machine Conspiracy Theory

**F** Alison Durkee Forbes Staff ⊕
Business

**TOPLINE** Dominion Voting Systems called on former Trump campaign attorney Sidney Powell to retract her groundless accusations of voter fraud involving the company's voting machines, which it characterized in a letter to the right-wing lawyer Wednesday as "wild" and "knowingly baseless," and threatened to take legal action against her.



Sidney Powell at a news conference on lawsuits regarding the outcome of the 2020 presidential ... [+]  CQ-ROLL CALL, INC VIA GETTY IMAGES

**KEY FACTS**

- At rallies and in appearances on TV and radio programs, Powell has pushed a debunked conspiracy theory tying Dominion's voting machines to wide-ranging voter fraud in the November election that favored President-elect Joe Biden, helping to undermine faith in the results of the election and leading to threats of violence against the company's employees.

- The allegations have been a central part of four lawsuits she's filed in battleground state that have all been struck down, with a judge in Michigan ruling Powell's claims are "nothing but speculation and conjecture."

PROMOTED

Grads of Life BRANDVOICE | Paid Program
**3 Takeaways For Business Leaders Amid New Corporate Commitments**

UNICEF USA BRANDVOICE | Paid Program
**Helping Grandparents In Malawi Raise The Next Generation**

Civic Nation BRANDVOICE | Paid Program
**How Creativity Became Essential To Getting Out The Youth Vote In 2020**

ADVERTISEMENT





Document title: Dominion Demands Sidney Powell Retract 'Knowingly Baseless' Voting Machine Conspiracy Theory
Capture URL: https://www.forbes.com/sites/alisondurkee/2020/12/17/dominion-demands-sidney-powell-retract-knowingly-baseless-voting-machine-conspiracy-theory/?…
Capture timestamp (UTC): Mon, 18 Jan 2021 20:27:41 GMT

≡    **Forbes**    Subscribe | Sign In    🔍

Paid Program          USA BRANDVOICE | Paid       Paid Program
                      Program
3 Takeaways For                                   How Creativity
Business Leaders Amid Helping                      Became Essential To
New Corporate        Grandparents In             Getting Out The
Commitments          Malawi Raise The            Youth Vote In 2020
                     Next Generation

ADVERTISEMENT



• In its letter, which was first reported by the *New York Times*, Dominion said Powell's conspiracy theories are "predicated on lies" and have put "employees' lives at risk and caused enormous harm to the company."

• The 15-page letter dismantles some of Powell's central allegations about the voting machines. including that the company is linked to former Venezuelan leader Hugo Chavez (Powell appears to have confused Dominion with a competitor, Smartmatic, that was a supplier of voting systems to Venezuela) and said Powell "disregarded" evidence debunking her claims and instead "actively misrepresented and manufactured evidence to support your defamatory falsehoods."

• Powell acted with "actual malice" toward Dominion, the company alleged, and Dominion directed Powell not to destroy any documents or communications related to her claims, suggesting they are intending to sue her for defamation.

• Powell has not yet responded to a request for comment.

ADVERTISEMENT



**CRUCIAL QUOTE**

"While you are entitled to your own opinions, Ms. Powell, you are not entitled to your own facts," Dominion attorneys Thomas A. Clare and Megan L. Meier wrote in the letter, criticizing Powell for not naming Dominion as defendants in her lawsuits so they could debunk her claims in court. "Defamatory falsehoods are actionable in court and...Dominion welcomes transparency and a full investigation of the relevant facts in a court of law, where it is confident the truth will prevail."

**WHAT TO WATCH FOR**

Powell is still pursuing her lawsuits in court and has appealed them to the U.S. Supreme Court, where they are nearly certain to fail. In addition to the potential legal action being taken by Dominion, the city of Detroit is also pursuing sanctions against Powell and the other attorneys behind her lawsuit in Michigan.

**SURPRISING FACT**

Though Powell claims Dominion voting machines fraudulently threw the election to Biden, the machines were used in many states and counties that President Donald Trump won, including Florida and Ohio. A *Washington Post analysis* of 10 key battleground states found that Trump won 81% of the 351 counties that used Dominion voting machines. The Dominion letter also points out it doesn't make sense that Dominion could have rigged the election for Biden "but let Democrats lose ground in the House and let the Georgia

Forbes
Subscribe | Sign In

appealed them to the U.S. Supreme Court, where they are nearly certain to fail. In addition to the potential legal action being taken by Dominion, the city of Detroit is also pursuing sanctions against Powell and the other attorneys behind her lawsuit in Michigan.

**SURPRISING FACT**

Though Powell claims Dominion voting machines fraudulently threw the election to Biden, the machines were used in many states and counties that President Donald Trump won, including Florida and Ohio. A *Washington Post* analysis of 10 key battleground states found that Trump won 81% of the 351 counties that used Dominion voting machines. The Dominion letter also points out it doesn't make sense that Dominion could have rigged the election for Biden "but let Democrats lose ground in the House and let the Georgia Senate races proceed to a run-off," noting that Dominion machines were used in major Senate races in Iowa, Alaska and Georgia.

**KEY BACKGROUND**

Powell's Dominion voting claims are part of a broader effort by Trump and his GOP allies to undermine Biden's win through baseless allegations of fraud, though Powell's far-fetched theories led the Trump campaign to distance themselves from the attorney. Powell's allegations have also been debunked by election officials, with Georgia election official Gabriel Sterling, a Republican, calling the conspiracy theory "insanity...a fever dream, made-up, internet cabal." Dominion's letter came after the company has repeatedly spoken out against Powell's allegations, including at a Michigan hearing Tuesday where the company's CEO denounced her "dangerous and reckless disinformation campaign." Smartmatic is also taking action against alleged defamation and has demanded that far-right networks retract claims of voter fraud involving it.

**FURTHER READING**

Dominion demands that Sidney Powell retract 'baseless and false allegations' about voting machines. (New York Times)

Detroit Is Trying To Punish Sidney Powell For 'Kraken' Lawsuit—Legal Experts Say It Could Work (Forbes)

Sidney Powell's Voter Fraud Claims Fail In All Battleground States As Arizona And Wisconsin Judges Reject Cases (Forbes)

How Sidney Powell's 'Kraken'—Pushed By QAnon—Went From Cable News To Trump Mainstream (Forbes)

Voting Machine Manufacturer Demands Retractions From Conservative News Networks Over Fraud Claims (Forbes)

## Get Expert Analysis As Breaking News Happens

Sign up for Topline email alerts for breaking news of the day.

ADVERTISEMENT



INTRODUCING
ACE SWEATPANTS
The Last Pair of Sweats You'll Ever Buy.
SHOP NOW
MACK WELDON

ADVERTISEMENT



splunk>    Google Cloud
How to manage a
Hybrid and
Multi-Cloud
Environment

# Forbes

Subscribe | Sign in

**Get Expert Analysis As Breaking News Happens**

Sign up for Topline email alerts for breaking news of the day.

| Enter e-mail address | **Sign up** |

You may opt out any time. Terms and Conditions and Privacy Policy

---

*Follow me on* Twitter. *Send me a secure* tip.

 Alison Durkee

I am a New York-based journalist covering breaking news at Forbes. I previously covered politics and news for Vanity Fair and Mic, and as a theater critic I serve as a... **Read More**

Print                                                    Reprints & Permissions

ADVERTISEMENT

**RELATED TOPICS**

| 01. | DRINKING VINEGAR FOR WEIGHT LOSS | > |
| 02. | NO.1 STOCK TO BUY | > |
| 03. | CURRENT MILITARY PAY CHART | > |
| 04. | PRICE OF GOLD PER OUNCE | > |
| 05. | 5 BEST STOCKS TO BUY NOW | > |
| 06. | BEST SHAMPOO FOR THINNING HAIR | > |

**SEE ALSO**








**1 Key Sign Someone Is Disloyal**
How To Tell If Someone's Disloyal (Brace Yourself)



ADVERTISEMENT


CHECK OUT THE LATEST OFFER ON THE AMERICAN EXPRESS® GOLD CARD
**LEARN MORE**
Cap and Terms Apply.
AMERICAN EXPRESS 7997
RICHER REWARDS
Cap and Terms Apply.

Jan 15, 2021, 01:21pm EST

## The Best Biden–Harris Inauguration Merch,



---



Subscribe | Sign In

Jan 16, 2021, 01:21pm EST

# The Best Biden-Harris Inauguration Merch, Including Joe's 'We Just Did' Hat

**F** **Forbes Personal Shopper** Contributor Group ⓘ
Shopping

All products and services featured are independently selected by Forbes Shopping contributors and editors. When you make a purchase through links on this page, we may earn a commission. Learn more

Nothing was going to stop the Democrats from getting Joe Biden back into the oval room—not Bernie Sanders, not Donald Trump, not citizens scaling the Capitol building to disrupt the election certification. On Wednesday, January 20, Inauguration Day, the mission will be complete with the swearing in of president number 46, Joseph Robinette Biden.



BALANCE OF POWER

If you're one of the 76 million people who cast a vote for Biden-Harris, you might be feeling pretty celebratory. Wear it on your sleeve—or chest, mug, head—with Biden-Harris merch, of which the internet has no shortage. From the official Joe shop to Etsy makers, we've rounded up the best Biden-Harris tees, hats, pins, and more.

---

MORE FROM **FORBES SHOPPING**

**The Best MLK Day Furniture Sales To Shop Before They're Over**
By **Nicola Fumo** Forbes Staff


**The Best MLK Day Sales & Deals To Shop This Weekend**
By **Caitlin Chen** Contributor


## The Best Biden-Harris Sweatshirts, T-Shirts & Hats

ADVERTISEMENT





splunk> Google Cloud
How to manage a **Hybrid and Multi-Cloud Environment**

Forbes

Subscribe | Sign In



MOMALA WORLD

### B&H Collegiate Crewneck

$52

**BUY FROM MOMALA WORLD**



ADVERTISEMENT





THE DEMOCRATS STORE

### Biden-Harris Victory Long-Sleeve T-Shirt

$35

**BUY FROM THE DEMOCRATS STORE**

ADVERTISEMENT

Vogueisus





ADVERTISEMENT

Vogueisus ▷✕



SHOP NOW

PRESIDENTIAL INAUGURAL COMMITTEE STORE

## Pom Knit Hat

**$25**

**BUY FROM PRESIDENTIAL INAUGURAL COMMITTEE STORE**



PRESIDENTIAL INAUGURAL COMMITTEE STORE

## Knit Beanie with Leather Patch

**$30**

**BUY FROM PRESIDENTIAL INAUGURAL COMMITTEE STORE**

ADVERTISEMENT

allbirds ▷✕



The World's Most Comfortable Running Shoes

SHOP NOW



Forbes

Subscribe | Sign In



BALANCE OF POWER

### Shirt – Balance of Power

$30

**BUY FROM BALANCE OF POWER**

ADVERTISEMENT





ETSY

### Biden Harris 2020 President Vote Tie Dye Spiral Tee Shirt Hand

$25

**BUY FROM ETSY**

FORBES.COM

Etsy Coupons | 20% Off In January 2021 | Forbes

## The Best Joe Biden Merch

ADVERTISEMENT

A single place where your buying team can find thousands of innovative products



Forbes

Subscribe | Sign In




ADVERTISEMENT

A single place where your buying team can find thousands of innovative products

PRESIDENTIAL INAUGURAL COMMITTEE STORE

### Joe Then and Now Buttons 2-Pack

$6

**BUY FROM PRESIDENTIAL INAUGURAL COMMITTEE STORE**

ADVERTISEMENT


splunk>   Google Cloud

How to manage a
**Hybrid and Multi-Cloud Environment**




ETSY

### We Just Did 46 Baseball Hat 46th Embroidered Dad Cap Joe

$14 $16   SAVE $2 (13%)

**BUY FROM ETSY**



ADVERTISEMENT









PRESIDENTIAL INAUGURAL COMMITTEE STORE

## "46" Socks

$25

**BUY FROM PRESIDENTIAL INAUGURAL COMMITTEE STORE**

ADVERTISEMENT





BALANCE OF POWER

## Cap – Balance of Power

$35

**BUY FROM BALANCE OF POWER**

ADVERTISEMENT





☰                    **Forbes**                    Subscribe | Sign In           🔍



HOT CAMPAIGN MERCH

## Leos for Biden Dad Hat

**$30**

**BUY FROM HOT CAMPAIGN MERCH**

Variations available for all zodiac signs.

ETSY

## Biden 46 Joe Biden President Knit Pom Pom Beanie

**$22**

**BUY FROM ETSY**

ADVERTISEMENT

splunk>  |  Google Cloud

How to manage a

**Hybrid and Multi-Cloud Environment**

ADVERTISEMENT

**2020's Hottest Murphy Beds**

Save Space Without Sacrificing Comfort With An Amazing Murphy Bed. See Styles & Sales

ADVERTISEMENT





ADVERTISEMENT



2020's Hottest Murphy Beds
Save Space Without Sacrificing Comfort With An Amazing Murphy Bed. See Styles & Sales

ETSY

**Teal and white Biden will you shut up man long sleeve t shirt**

$22

**BUY FROM ETSY**



HOT CAMPAIGN MERCH

**Biden for Our Freakin' Planet Sweatshirt**

$40

**BUY FROM HOT CAMPAIGN MERCH**

ADVERTISEMENT



CB2

SHOP SPRING



AMAZON

**Young Joe Biden Shirt, Lets Go Joe**

ADVERTISEMENT



Casper
STAY-IN-BED SALE
Save up to 15% on a new bed, new you*
Ends 1/21
Shop now

Forbes

Subscribe | Sign In



AMAZON

### Young Joe Biden Shirt, Lets Go Joe 2020 T-Shirt

**BUY FROM AMAZON**

ADVERTISEMENT





ETSY

### President Joe Biden sweatshirt Unisex 46 Sweatshirt

**$29** $32   SAVE $3 (9%)

**BUY FROM ETSY**

ADVERTISEMENT





AMAZON

### Bye Don Joe Biden T-Shirt

**BUY FROM AMAZON**

ADVERTISEMENT



Subscribe | Sign In

# Forbes

Bye Don Joe Biden T-Shirt

**BUY FROM AMAZON**



ETSY

## Will You Shut Up Man Joe Biden Mug Shut Up Man Mug Joe

$14

**BUY FROM ETSY**

## The Best Kamala Harris Merch



PRESIDENTIAL INAUGURAL COMMITTEE STORE

## Kamala Then and Now Buttons 2-Pack

$6



splunk>   Google Cloud

How to manage a
**Hybrid and
Multi-Cloud
Environment**

ADVERTISEMENT

ADVERTISEMENT



allbirds

The World's
Most Comfortable
Running Shoes

SHOP NOW



Subscribe | Sign In

Pack

$6

**BUY FROM PRESIDENTIAL INAUGURAL COMMITTEE STORE**



The World's Most Comfortable Running Shoes

SHOP NOW

ADVERTISEMENT





PRESIDENTIAL INAUGURAL COMMITTEE STORE

**Kamala Cap**

$30

**BUY FROM PRESIDENTIAL INAUGURAL COMMITTEE STORE**

ADVERTISEMENT





PRESIDENTIAL INAUGURAL COMMITTEE STORE

**The First But Not the Last Lapel Pin**

$15

**BUY FROM PRESIDENTIAL INAUGURAL COMMITTEE STORE**

Forbes
Subscribe | Sign In

$15

**BUY FROM PRESIDENTIAL INAUGURAL COMMITTEE STORE**





READ RECEIPTS

### I'm Speaking T-Shirt

$40

**BUY FROM READ RECEIPTS**

ADVERTISEMENT



SQUARESPACE

BEAUTIFUL TEMPLATES DESIGNED FOR ENTREPRENEURS

START YOUR FREE TRIAL



ETSY

### Kamala Harris College Sweatshirt Campaign Sweater Democrats

$32

**BUY FROM ETSY**

ADVERTISEMENT



ADVERTISEMENT





BALANCE OF POWER

## Official Seal of the Vice President Kamala Harris

$30

**BUY FROM BALANCE OF POWER**

**F** **Forbes Personal Shopper**

Forbes Personal Shopper is a shopping service for our readers. Forbes searches premium retailers to find the new products — from clothes to gadgets — and the latest... **Read More**

Print                                                    Reprints & Permissions

ADVERTISEMENT

## RELATED TOPICS

| | | |
|---|---|---|
| 01. | TOP 10 INDOOR PLANTS | › |
| 02. | LOW LIGHT INDOOR PLANTS | › |
| 03. | BEST COFFEE MAKER MACHINE | › |
| 04. | IDEAL WEIGHT FOR YOUR HEIGHT | › |
| 05. | SINGLE CUP COFFEE PODS | › |
| 06. | 75% OFF FURNITURE SALE | › |

## SEE ALSO





Forbes
Subscribe | Sign In

SMALL SPACE
SALE
LightInTheBox.com

ADVERTISEMENT

The 25 Hottest Inventions 2020

We've put together the most-wished-for gadgets that are sure to sell out again this year

Techgadgetstrends.com

BREAKING | Jan 18, 2021, 12:58pm EST | 7,868 views

# As Kamala Harris Resigns From Senate Seat, Here's When Democrats Could Take Control Of Congress

Alison Durkee Forbes Staff
Business

0:00 / 1:06

ADVERTISEMENT

**TOPLINE** Democrats are poised to take control of the U.S. Senate by Wednesday at the earliest and early next week at the latest, with three incoming Democratic senators waiting to be sworn into office while Kamala Harris will be sworn in as vice president Wednesday, giving her the power to preside over the chamber as president of the Senate.

Vice President-elect Kamala Harris (L) at the U.S. Capitol on December 11, 2020 in Washington, DC. ... [+] GETTY IMAGES

**KEY FACTS**

- Harris submitted her resignation from her Senate seat to California Gov. Gavin Newsom on Monday, which took effect as of 12 p.m. Eastern time.
- Once she's sworn in as vice president Wednesday afternoon, Harris will preside over the Senate, where Democrats will have a 50-50 tie with Republicans, with Harris giving them the controlling vote.
- Republicans will continue to hold the Senate majority until Harris' inauguration and three incoming Democratic senators are sworn in: Harris' successor Alex Padilla and Senators-elect Jon Ossoff and Raphael Warnock of

**Forbes**

Subscribe | Sign in



- Republicans will continue to hold the Senate majority until Harris' inauguration and three incoming Democratic senators are sworn in: Harris' successor Alex Padilla and Senators-elect Jon Ossoff and Raphael Warnock of Georgia.

- Padilla will likely be sworn into office Wednesday, Padilla told reporters on a recent press call.

- Ossoff and Warnock cannot take office until Georgia's election results are certified, which will be Friday at the latest but could happen sooner, as Georgia elections official Gabriel Sterling said 151 of Georgia's 159 counties had already certified their results as of Friday afternoon.

- Georgia state officials will review the final certifications Tuesday, Sterling said, then a representative of the governor will likely have to physically deliver documents to the secretary of the Senate before the senators can be sworn in.

**CRUCIAL QUOTE**

"As I resign from the Senate, I am preparing to take an oath that would have me preside over it," Harris wrote in an op-ed for the San Francisco Chronicle Monday. "Since our nation's founding, only 268 tie-breaking votes have been cast by a Vice President. I intend to work tirelessly as your Vice President, including, if necessary, fulfilling this Constitutional duty."

**WHAT TO WATCH FOR**

Biden is expected to push Covid-19 stimulus legislation in Congress as one of his first priorities after taking office, with a proposed $1.9 trillion "American Rescue Plan" that includes stimulus checks, $400 enhanced federal unemployment benefits and a $15 minimum wage. The Senate will also have to balance President Donald Trump's impeachment trial as Biden takes office, while simultaneously confirming Biden's Cabinet nominees. Though Democrats will soon have a majority in both chambers of Congress—they already have the majority in the House—the incoming Biden administration has pushed for a more bipartisan approach to governing, with Harris writing Monday that while she has the power to break Senate ties, "it is my hope that...the Senate will instead find common ground."

**FURTHER READING**

Serving as California's senator has been an honor. But this is not a goodbye (San Francisco Chronicle)

Can Senate Handle Trump's Impeachment And A New Stimulus Package At Once? (Forbes)

ADVERTISEMENT


The 25 Hottest Inventions 2020
We've put together the most-wished-for gadgets that are sure to sell out again this year
Techgadgetstrends.com

ADVERTISEMENT


The Hottest New Camper Vans
The year's most popular camper vans on sale. Find great deals with these top searches.

Ad : (0:04)


2 of 4 free articles    ✕

Get unlimited access to the most trusted source for business news.    See Options

**Forbes**

Subscribe | Sign In

President, including, if necessary, fulfilling this Constitutional duty."

**WHAT TO WATCH FOR**

Biden is expected to push Covid-19 stimulus legislation in Congress as one of his first priorities after taking office, with a proposed $1.9 trillion "American Rescue Plan" that includes stimulus checks, $400 enhanced federal unemployment benefits and a $15 minimum wage. The Senate will also have to balance President Donald Trump's impeachment trial as Biden takes office, while simultaneously confirming Biden's Cabinet nominees. Though Democrats will soon have a majority in both chambers of Congress—they already have the majority in the House—the incoming Biden administration has pushed for a more bipartisan approach to governing, with Harris writing Monday that while she has the power to break Senate ties, "it is my hope that…the Senate will instead find common ground."

**FURTHER READING**

Serving as California's senator has been an honor. But this is not a goodbye (San Francisco Chronicle)

Can Senate Handle Trump's Impeachment And A New Stimulus Package At Once? (Forbes)

Georgia Victories Hand Control Of Senate To Democrats— Here's What They'll Likely Tackle First (Forbes)

*Follow me on* Twitter. *Send me a secure* tip.

 Alison Durkee

I am a New York-based journalist covering breaking news at Forbes. I previously covered politics and news for Vanity Fair and Mic, and as a theater critic I serve as a… **Read More**

Print                                                    Reprints & Permissions

ADVERTISEMENT

**RELATED TOPICS**

| | | |
|---|---|---|
| 01. | DRINKING VINEGAR FOR WEIGHT LOSS | > |
| 02. | 5 BEST STOCKS TO BUY NOW | > |
| 03. | CURRENT MILITARY PAY CHART | > |
| 04. | LOANS FOR VERY POOR CREDIT | > |
| 05. | CRUISE OFFERS FOR SENIORS | > |
| 06. | TOP 10 BEACH DESTINATIONS | > |

**SEE ALSO**


DIVIDEND STOCKS TO BUY


FREE CELL PHONES FOR SENIORS


HIGHEST PAYING DIVIDEND


The 25 Hottest Inventions 2020
We've put together the most-wished-for gadgets that are sure to sell out again this year
Techgadgetstrends.com

ADVERTISEMENT


The Hottest New Camper Vans
The year's most popular camper vans on sale. Find great deals with these top searches.


Ad · (0:03)
Shop Vanilla Visa® eGift Cards Today
Shop Now



**2 of 4** free articles

Get unlimited access to the most trusted source for business news.    See Options

Subscribe | Sign In

# Forbes


FREE DENTURES FOR SENIORS


FREE DENTAL IMPLANTS


TAX REFUND CALCULATOR


The Hottest New Camper Vans
The year's most popular camper vans on sale. Find great deals with these top searches.

ADVERTISEMENT


ELECTION 2020  |  Jan 18, 2021, 12:56pm EST  |  582 views

# 'Trump Baby' Blimp Settles Down In Museum Of London's Protest Collection


**Robert Hart** Forbes Staff
Business
*I cover breaking news.*

**TOPLINE** After years of doggedly stalking President Donald Trump around the world, the 20-foot-tall "Trump Baby" blimp is finally settling into a permanent home as a part of the Museum of London's protest collection, the institution announced Monday, just days before Trump leaves the White House and faces a second impeachment trial in the Senate.


The Museum Of London has acquired the Trump Baby blimp  AFP VIA GETTY IMAGES

**KEY FACTS**

- "Having toured the world the Trump Baby blimp is now heading to its final resting place, the Museum of London, where it will be conserved and potentially displayed," the museum said in a statement Monday.

- The balloon will join the museum's protest collection



ADVERTISEMENT

**Cortex® XDR™:**
Stop Breaches with AI-Powered Cybersecurity
See how we did it with SolarWinds
paloalto | CORTEX