# Exhibit 169



CNN politics    2020 Election    Facts First    Election 101                              • LIVE TV    Edition

# Trump campaign told to preserve all documents related to Sidney Powell and Dominion Voting Systems

By Kaitlan Collins, Kevin Liptak and Pamela Brown, CNN
Updated 6:54 PM ET, Sat December 19, 2020



   

Dominion CEO debunks 'bizarre allegations' pushed by Trump team

Lawmaker slams riot: 'Damned if I'll let it' shake faith in democracy

Raskin: I'm not losing my son in 2020 and my country in 2021

Sen. King: Cutting off Trump's intel access should be easy decision for Biden

**(CNN)** — President Donald Trump's campaign legal team sent a memo to dozens of staffers Saturday instructing them to preserve all documents related to Dominion Voting Systems and Sidney Powell in anticipation of potential litigation by the company against the pro-Trump attorney.

The memo, viewed by CNN, references a letter Dominion sent to Powell this week demanding she publicly retract her accusations and instructs campaign staff not to alter, destroy or discard records that could be relevant.

A serious internal divide has formed within Trump's campaign following the election with tensions at their highest between the campaign's general counsel, Matt Morgan, who sent the memo Saturday, and Trump lawyer Rudy Giuliani. Though the campaign once distanced itself from Powell, Trump has been urging other people to fight like she has, according to multiple people familiar with his remarks. He has asked for more people making her arguments, which are often baseless and filled with conspiracy theories, on television.



Morgan wrote in the memo, "The Allegations within the letter dated December 16, 2020 reference the Campaign and lawyers who may have performed work

**News & Buzz**

 Actor Eddie Hassell was fatally shot in a 'random robbery,' police say. A...

 Goya CEO names Alexandria Ocasio-Cortez 'employee of the month,' claiming her...

Document title: Trump campaign told to preserve all documents related to Sidney Powell and Dominion Voting Systems - CNNPolitics
Capture URL: https://www.cnn.com/2020/12/19/politics/trump-campaign-sidney-powell-dominion-voting-systems/index.html
Capture timestamp (UTC): Mon, 18 Jan 2021 20:29:23 GMT

  
are often baseless and filled with conspiracy theories, on television.



**Related Article:** Heated Oval Office meeting included talk of special counsel, martial law as Trump advisers clash

Morgan wrote in the memo, "The Allegations within the letter dated December 16, 2020 reference the Campaign and lawyers who may have performed work for the Campaign. Even with references to the Campaign and some of its outside lawyers, the Campaign does not reasonably anticipate litigation against the Campaign at this time. Notwithstanding the foregoing, the Campaign views it as prudent to establish a litigation hold at this time to protect and preserve all rights and privileges that may exist under the law." The Trump campaign has declined to comment.

**News & Buzz**

Actor Eddie Hassell was fatally shot in a 'random robbery,' police say. A...

Goya CEO names Alexandria Ocasio-Cortez 'employee of the month,' claiming her...

After Trump lost the election, Dominion came under fire from the President and Powell, who baselessly claimed the system's voting machines altered votes from Trump to President-elect Joe Biden. Dominion has called the accusations meritless and noted Powell never made the claims in court. Now, anticipating that Dominion could take legal action against Powell for her claims, Trump's attorneys instructed staff to preserve "any and all records concerning Defending the Republic, Sydney Powell, Rudy Giuliani, Jenna Ellis, Lin Wood, and each of their associates and paralegals" and "all records concerning Dominion."

"Please make sure that relevant personnel are aware that these records must be maintained," the memo states. "The files or boxes should be labeled, "DO NOT DESTROY WITHOUT PRIOR AUTHORIZATION FROM THE GENERAL COUNSEL'S OFFICE."

Sign up for **CNN What Matters Newsletter**

Every day we summarize What Matters and deliver it straight to your inbox.

| Sign Me Up | No Thanks |

By subscribing you agree to our privacy policy.

The memo added: "In the future, you may be contacted by counsel and asked to turn over copies of relevant information in your possession. For now, preserve all such records until further notice. Other than for purposes of preserving records in response to this request, you should not discuss this matter or potential lawsuits with anyone inside or outside the Campaign."

Dominion Voting Systems did not immediately respond to CNN's request for comment on whether it imminently plans to take legal action against Powell.

Though the Trump campaign has sought to distance itself from Powell after she held a conspiracy-filled news conference with his other attorneys, Giuliani and Jenna Ellis, Trump has told people he likes Powell's arguments and wants to see more of her on television. During a chaotic meeting in the Oval Office Friday, Trump said he had considered naming her as a special counsel to investigate voter fraud allegations his own administration has said are baseless. The meeting was first reported by the New York Times.

**TRUMP WHITE HOUSE**

- Analysis: 3,500 Americans died in one day. The President didn't mention it.
- Trump remains silent as massive cyber hack poses 'grave risk' to government
- The US government has executed 10 people this year -- the most since 1896
- MAP: Full presidential election results

Besides Powell, the meeting included her client, former Trump national security adviser Michael Flynn, two people familiar with the matter said, describing a session that began as an impromptu gathering but devolved and eventually broke out into screaming matches at certain points as some of Trump's aides pushed back on Powell and Flynn's more outrageous suggestions to overturn the election.

**PAID CONTENT**                                    BY Outbrain



**The New 2020 Subaru Outback Is Turning Heads**
*Luxury Auto | Sponsored Listings*

 

**[Pics] Where Kamala Harris Lives Says It All**
*Hollywood Tale*

**[Slides] Jared Kushner's Net Worth Is Finally Revealed And It's What You'd Expect**
*https://financialadviso*

**MORE FROM CNN**

 

session that began as an impromptu gathering but devolved and eventually broke out into screaming matches at certain points as some of Trump's aides pushed back on Powell and Flynn's more outrageous suggestions to overturn the election.

- Trump remains silent as massive cyber hack poses 'grave risk' to government
- The US government has executed 10 people this year -- the most since 1896
- MAP: Full presidential election results

"It was heated -- people were really fighting it out in the Oval, really forceful about it," one of the sources said.

One of the sources described an escalating sense of concern among Trump's aides, even those who have weathered his previous controversies, about what steps he might take next as his term comes to an end.

Shortly after that meeting, Trump's campaign staff received the legal memo about preserving records related to Powell.

*This story has been updated with additional reporting.*

**MORE FROM CNN**


Fired Florida data scientist Rebekah Jones turns herself in to authorities


Billionaire GOP donor says he feels 'betrayed' by Trump and vows to support Biden


Businesses can't sever ties with Trump fast enough


'Super-Earth' found orbiting one of the oldest stars in the Milky Way

**PAID CONTENT** 


**You've Been Selected: Take the Official 2021 DNC Priorities Survey**
Sponsored: Paid for by the Democratic National Committee


**19 Famous Married Couples Who Were High School Sweethearts**
Sponsored: Parentsdome Galleries



CONTENT BY COMPARECARDS
- $200 Sign Up Bonus to Start the New Year
- 4 cards to help you get out of debt in 2021
- Turn your purchases into credit card rewards
- 6 cards charging 0% interest until 2022
- Make Money Moves With These Cards in 2021

CONTENT BY LENDINGTREE
- Refi rates at 2.125% APR (15 yr). Do you qualify?
- Can you refinance with $0 out of pocket?
- These Savings Accounts Pay 18x More Than Your Current Bank
- Your best refinance rates for January 2021
- Put your equity to work for you with a cash-out refi


**[Gallery] Lou Ferrigno Is Now 68 Years Old, This Is Him Now**
Sponsored: HistoryA2Z


**Do This Immediately If You Have Diabetes**
Sponsored: WeeklyPenny.com


**Before you renew Amazon Prime, read this**
Sponsored: Capital One Shopping


Underscored
**Dyson's fancy $400 hair dryer is worth every penny**


CNN
**Donald Trump is going home a loser**





Document title: Trump campaign told to preserve all documents related to Sidney Powell and Dominion Voting Systems - CNNPolitics
Capture URL: https://www.cnn.com/2020/12/19/politics/trump-campaign-sidney-powell-dominion-voting-systems/index.html
Capture timestamp (UTC): Mon, 18 Jan 2021 20:29:23 GMT          Page 2 of 6





Underscored
**These are the best smartphones of 2020**

**Trump enablers Pence and McConnell are far too late in standing up to Trump**

CNN
**Confidence in Chinese vaccines has taken a hit. But as coronavirus cases grow, some countries are still pushing ahead**





Former U.S. Presidents Have To Follow These Strict Rules After…
Sponsored: Definition

Man Who Predicted 2020 Crash Predicts Now Massive Stock…
Sponsored: TheLegacyReport.com

Paid Links

Top 10 Car Insurance Companies

AARP Dental Plans Cost

Trendy Dresses for Older Women

Inexpensive Electric Cars

Best Hair Thickening Shampoos






28 Reasons For Aldi's Success!
Sponsored: BetterBe

[Gallery] Celebrity 2nd Generation: Can You Guess Who Their Famous Mother Is?
Sponsored: Science A2Z

44 Design Fails That Are Unfortunate But Hilarious
Sponsored: Definition




Underscored
**Underscored's bestselling Amazon products of 2020**

CNN
**The GOP has become the party that stands for nothing**





Underscored
**We tried the cult-favorite Baby Foot peel — and it totally works**

CNN
**I've had it with interviewing Trump supporters who go off the deep end**

CNN
**Covid-19 'superspreader' in northeast China linked to 102 infections**


Underscored
**We tried the cult-favorite Baby Foot peel — and it totally works**


CNN
**I've had it with interviewing Trump supporters who go off the deep end**

CNN
**Covid-19 'superspreader' in northeast China linked to 102 infections**

**15 Perks Former Presidents Receive When They Leave Office**
Sponsored: Ranker

**The New 2020 Kia Seltos Is Turning Heads**
Sponsored: Luxury Auto | Sponsored Listings


**[Photos] Have Any of These 41 Items? You Could Be Rich**
Sponsored: The Primary Market


**Awkward SNL Moments Where The Camera Kept Rolling**
Sponsored: Definition


**Photos Of U.S. Presidents On Their Wedding Day**
Sponsored: Definition




Underscored
**23 little things you can buy on Amazon that make a big difference**


U.S.
**A first responder to the Sandy Hook shootings has died of...**






**23 little things you can buy on Amazon that make a big difference**


**A first responder to the Sandy Hook shootings has died of...**



---


Underscored
**The best hand mixers of 2020**


CNN
**Trump administration officials flee to avoid holding him accountable**


CNN
**The polar vortex may be on its way**

---


**The New 2020 Nissan Rogue Is Turning Heads**
Sponsored: Luxury Auto | Sponsored Listings


**If you're going to shop at Bath and Body Works, read this**
Sponsored: Capital One Shopping

---


**Wedding Photos Might Help Explain Why Meghan Left The Royals**
Sponsored: Post Fun


**Internet Providers Don't Want You Buying One, But They're Not Illegal**
Sponsored: zen-insider.com

**Rarely Seen Photos Capture A Darker Side To Nature**
Sponsored: Definition

---


Underscored
**Dyson's fancy $400 hair dryer is worth every penny**


CNN
**When will the US reopen? Experts say what needs to happen next**

---


Underscored
**The warmest workout gear to keep you active this winter**

CNN
**Heavy, wet snow headed for the southern US**

Politics
**Hotel chain cancels fundraiser for Josh Hawley, citing Capitol riot**

---

Document title: Trump campaign told to preserve all documents related to Sidney Powell and Dominion Voting Systems - CNNPolitics
Capture URL: https://www.cnn.com/2020/12/19/politics/trump-campaign-sidney-powell-dominion-voting-systems/index.html
Capture timestamp (UTC): Mon, 18 Jan 2021 20:29:23 GMT                                            Page 5 of 6



**Underscored**
The warmest workout gear to keep you active this winter



**CNN**
Heavy, wet snow headed for the southern US

**Politics**
Hotel chain cancels fundraiser for Josh Hawley, citing Capitol riot



Shut The Front Door! The All New Subaru Lineup Is Incredible
Sponsored: Subaru | Sponsored Listings



How To Detox Your Gut Each Morning (It's Genius)
Sponsored: Amy Myers MD



[Pics] His Plane Crashed to Ground Years Ago, Now We Know Why
Sponsored: Musicoholics

[Photos] At 59, This Is Where Ann Coulter Lives
Sponsored: https://afternoonedition.com/

[Pics] Meet Michael Strahan's Partner
Sponsored: https://financialadvisorheroes.com/



**Underscored**
These fitness essentials will help you keep your New Years...



**CNN**
Trump's sordid pardons cement his corrupt legacy



**Underscored**
Underscored's bestselling Amazon products of 2020



**CNN**
Is it safe to go to college? Health experts weigh in



**CNN**
Is it safe to visit family, friends? Here's what health experts say





---

Document title: Trump campaign told to preserve all documents related to Sidney Powell and Dominion Voting Systems - CNNPolitics
Capture URL: https://www.cnn.com/2020/12/19/politics/trump-campaign-sidney-powell-dominion-voting-systems/index.html
Capture timestamp (UTC): Mon, 18 Jan 2021 20:29:23 GMT
Page 6 of 6