# Exhibit 170





THOMAS A. CLARE, P.C.                                                                     MEGAN L. MEIER

December 22, 2020

*Via Email and Federal Express*

Rudolph W. Giuliani
1085 Park Avenue, PH 1
New York, NY 10128
Email: rudygiulianihq@gmail.com

                     **Re:**     *Notice of Obligation to Preserve Documents Related to Dominion*

Dear Mr. Giuliani:

       Our firm is defamation counsel to US Dominion Inc.[1] We write to you regarding recent false accusations that Dominion somehow rigged or otherwise improperly influenced the recent U.S. presidential election.

       We trust that you are aware of the letters we sent last week to Sidney Powell and various media entities, demanding that they retract their myriad false and conspiratorial claims about Dominion. Because you have been, and continue to be, an architect and driver of the ongoing misinformation campaign against Dominion, we write to you now to (1) demand that you cease and desist making defamatory claims against Dominion[2] and (2) ensure that there is no confusion about your obligation to preserve and retain all documents relating to Dominion and your smear campaign against the company.

       Litigation regarding these issues is imminent. With this letter you are on notice of your ongoing obligations to preserve documents related to Dominion's claims for defamation based on allegations that the company acted improperly during the November 2020 presidential election and somehow rigged the election in favor of President-Elect Joe Biden. Accordingly, you must ensure that you and your principals, agents, employees, partners, associates, paralegals, and subcontractors under your supervision, as well as any sources of information upon which you relied in making any statement (whether in writing or verbally) about Dominion are preserving and retaining all emails, text messages (including all messages exchanged on any messaging platform such as WhatsApp), audiovisual recordings, voice mails, drafts, notes, communications, documents, data, and electronically stored information of any kind that relate in any way to these matters. Without any

---

[1] We also represent and write on behalf of its subsidiaries, Dominion Voting Systems, Inc. and Dominion Voting Systems Corporation (collectively, "Dominion").
[2] For the avoidance of all doubt, this is a retraction demand pursuant to relevant state statutes and applicable rules of court.



limitation, this requires you to preserve all drafts, redline edits, versions, comments, and any other modifications to all legal filings that relate to Dominion or the November 2020 presidential election that you have filed, that you had any role in drafting or editing, or on which you appear as counsel of record; all research, due diligence, and any and all other work relating to every allegation of voting impropriety in the 2020 presidential election you have made (regardless of the format or forum in which such accusation was made); all research, due diligence, and any and all other work relating to every allegation you have made against Dominion (no matter the format or forum in which such accusation was made); and all drafts, redline edits, versions, comments, and any other modifications to any and all affidavits or declarations that were intended to be filed (regardless of whether such affidavits or declarations were ultimately filed) with complaints or other legal filings that relate to Dominion or the November 2020 presidential election that you have filed, that you had any role in drafting or editing, or on which you appear as counsel of record.

In addition, you must preserve, without limitation, all communications with:

- Any member, volunteer, staff, or employee of the Trump Campaign;

- Sidney Powell, Jenna Ellis, L. Lin Wood, and each of their partners, associates, and paralegals;

- Each of your own partners, associates, and paralegals;

- Every individual who provided you with an affidavit or declaration (regardless of whether such affidavit or declaration was ultimately used) in support of any and all complaints or other legal filings that were submitted in relation to litigation regarding Dominion and/or the November 2020 presidential election;

- Every reporter, editor, blogger, host, or other member of the media with whom you communicated about Dominion or the November 2020 presidential election, regardless of whether they published any of your claims; and

- Every individual who has compensated you or your firm in any manner for making public statements about, or submitting legal filings related to, Dominion and/or the November 2020 presidential election.

The laws and rules prohibiting destruction of evidence apply to electronically stored information in the same manner that they apply to other evidence.  Due to its format, electronic information is easily deleted, modified, or corrupted.  Accordingly, you must take every reasonable step to preserve this information until this matter is resolved.  This may include, but would not be limited to, an obligation to discontinue all data destruction and backup recycling policies and procedures on any and all devices within your possession, custody, or control.  Your obligation to preserve documents applies both to you individually, and to any entities that you control.



Confirm receipt of this letter and that you intend to adhere to our request to retain documents as set forth above. This is not a complete recitation of our client's rights and remedies, all of which are expressly reserved.

We look forward to your prompt response.

Regards,

*Thomas A. Clare, P.C.*
Thomas. A. Clare, P.C.

*Megan L. Meier*
Megan L. Meier