# Exhibit 171

*screenshot-twitter.com-2021.01.18-15_29_57*
*https://twitter.com/RudyGiuliani/status/1340999931616768001*
*18.01.2021*



**Rudy W. Giuliani** ✔
@RudyGiuliani

Let's find out,once and for all, did Biden cheat to become President like he cheated to get through law school?

PA, Ariz., GA, Michigan and Wisconsin should agree to let us
audit the Dominion machines.

What are they afraid of, if they didn't cheat?

No winner without an audit?

7:37 AM · Dec 21, 2020 · Twitter for iPad

**21.2K** Retweets   **1.3K** Quote Tweets   **71.9K** Likes