# Exhibit 172

```
 1
 2
 3
 4
 5           FILE NAME:
 6             15.
 7  Https://app.criticalmention.com/app/#clip/view/daff91c1-b
 8  04f-434c-9585-14c51e34f6e3?token=f8a458a8-5923-4a4d-a01d-1
 9             ca5ac17de27
10
11
12
13
14      TRANSCRIPT OF VIDEO-RECORDED INTERVIEW
15             RUDY GIULIANI
16             SEAN SPICER
17
18
19
20
21
22
23
24  Transcribed By:
    TERRI NESTORE
25  CSR No. 5614, RPR, CRR
```

1      SEAN SPICER: Let's get some more on this from
2 the leader of the president's team, Rudy Giuliani.
3      Mr. Mayor, thanks for joining us again.
4      Mr. Mayor, are you there?
5      RUDY GIULIANI: How are you, Sean?
6      SEAN SPICER: I'm great, thank you, sir.
7      Let me ask you, walk me through this case that
8 you guys have filed with the Supreme Court.
9      Why is this different than the previous cases
10 that you have filed? Why is it happening just now? And
11 let me ask you this -- I know it's a lot to get into one
12 question -- but even if you win that, is it just about the
13 20 electoral votes in Pennsylvania?
14      RUDY GIULIANI: Well, I mean, you have to go
15 state by state. I remember an old adage that I learned
16 from baseball, when you're down by ten runs, you can't
17 score ten runs on one hit, so you got to get one run at a
18 time.
19      So the way I look at it, we have to win one of
20 these legislatures, and I think we have three good ones to
21 pick from; Pennsylvania, Georgia, and Arizona, and I think
22 in either one of those cases, there's a good chance that
23 we've demonstrated enough fraud -- actually overwhelming
24 fraud in a few cases -- that the state legislature has a
25 very, very strong basis to make a determination the

1  election in those three states was stolen; that they in
2  fact are the final arbiters, they're the final arbiters
3  under the United States Constitution, and that in essence
4  their state has filed false and fraudulent information
5  with the United States government.  The vote, as filed by
6  Arizona, is a false statement.  It's not true.
7        SEAN SPICER:  So why are we -- why did it take so
8  long to do this?  Why couldn't this have been done two
9  weeks ago, three weeks ago, a month?  Because it seems
10 like that now the Electoral College has met, it puts your
11 guys' back up against the wall big time.
12       RUDY GIULIANI:  Because it took that long to get
13 a hearing.  Nobody wants to hear us.  We tried 80 courts.
14 We didn't get a single hearing in any court.  The courts
15 wanted nothing to do with it.  They used excuses like we
16 were too late.  We filed two weeks after the election and
17 we were too late.  Or there's no standing.  It's kind of
18 ridiculous to say that Texas has no standing.
19       They filed every excuse they could to avoid the
20 merits.  The only places we found that would listen even
21 more than ten minutes to the evidence that we had were the
22 state legislatures.  It began with Pennsylvania and then
23 Arizona and then Georgia, and they've been willing to go
24 into the evidence and look at it.
25       And they were skeptical at first because the

1  propaganda is so great that there's no evidence of fraud,

2  and over the last week they've seen so much evidence that

3  they're really shocked.

4       I mean, for example, the videotape in Georgia is

5  a -- it's a bank heist on television.  I mean, you can see

6  that 40,000 votes being stolen.  You have to be an idiot

7  not to realize that that's a stolen vote.

8       Or in Arizona.  Arizona filed a piece of paper in

9  which they attribute no votes to noncitizens.  No votes.

10      Is it possible that in Arizona not a single

11 noncitizen voted or is it possible that Arizona filed a

12 false statement?  I would say the second.

13      SEAN SPICER:  Look, Mr. Mayor, I'm not a lawyer,

14 but don't you have to actually prove that they did, versus

15 them proving they didn't?

16      RUDY GIULIANI:  We do, and we -- we do.  The

17 number of votes in Arizona we have to make is only 10,000.

18      Don't you think it's going to be pretty easy to

19 show 10,000 noncitizens voted in Arizona?

20      All I need to do is have the state give me the

21 names of the people who voted, run them against a

22 LexisNexis accurate count, I'll come up with 40,000

23 noncitizens, but the state won't give us the names, nor

24 will they let us look at the machines.

25      If they didn't cheat, Sean, why won't they let us

1  examine the machines?  Why does the governor of Georgia

2  continue to hold on to the machines that he paid

3  $110 million for, and he refuses to let us examine the

4  machines?  I say --

5      SEAN SPICER:  So do you have the access you need

6  now, though, Mayor?  Do you have that access?

7      RUDY GIULIANI:  Because you're crooked and you

8  fooled around with the machines.  If you weren't afraid --

9  if you're Biden and you're not afraid of those machines

10 and you don't want a cloud on your presidency, you'd say

11 have at it, look at all the machines to your heart's

12 content.

13     SEAN SPICER:  Do you have the access you need now

14 to prove it?

15     RUDY GIULIANI:  -- crooked.

16     SEAN SPICER:  Mayor, do you have the access to

17 those machines that you just stated, to go in there and

18 prove the allegation?

19     RUDY GIULIANI:  You know, this has been -- this

20 has been since somewhere in October of this year, it's

21 been the strangest experience of my life.  It's like I've

22 been living in the Iron Curtain.  I'm living in a country

23 with the kind of censorship that I remember as a young

24 child in East Germany, in the Soviet Union.

25     I can't get on -- I can't get on ABC, NBC, CBS.

1  I can't even get on Fox anymore.  If I say the word
2  "fraud," I'm thrown off the network.
3         I'm sorry, there was fraud.
4         I'm telling the truth and they're lying, and not
5  only are they lying, they're practicing a level of
6  censorship that is so un-American, that it's frightening,
7  going back to banning any evidence about the Biden hard
8  drive, which proves that the Biden crime family is a
9  30-year-long criminal syndicate.
10         SEAN SPICER:  So speaking of that hard drive,
11  today the Attorney General, Bill Barr, said that he will
12  not appoint a special prosecutor, but I want to bring you
13  back to these reports that in the oval office, Sidney
14  Powell, who had been part of your legal team until she was
15  dismissed, has been there at least three, potentially four
16  times.  There's a rumor that she is trying to become or
17  people are advocating that she be appointed special
18  counsel and that the voting machines be seized.
19         Can you tell us what's happening in the oval
20  office, and what her role will be?
21         RUDY GIULIANI:  Let me say definitively, Sidney
22  Powell is not part of our legal team.  She hasn't been for
23  five weeks.  She is not a special counsel for the
24  president.  She does not speak for the president, nor does
25  she speak for the administration.  She speaks for herself.

1       And she's a fine woman, a fine lawyer, but
2  whatever she is talking about, it's her own opinions.  I'm
3  not responsible for them, the president isn't, nor is
4  anybody else on our legal team.
5       SEAN SPICER:  I got that part, right?
6       But if the reports are right -- and I know some
7  of these folks have picked her up going in and out of the
8  west wing -- but is she, to the best of your knowledge,
9  meeting with the president about some of these strategic
10 moves to either impound or seize voting machines or become
11 a special counsel to investigate fraud?
12      RUDY GIULIANI:  Well, look, it's my
13 responsibility, as the president's lawyer, along with
14 Jenna and some of the others, we're going to be extremely
15 aggressive, we're going to fight for our client as hard as
16 we can, but we're also going to do it within the bounds of
17 rationality, common sense and the law.
18      And it can be done.  There's no reason to go
19 beyond anything.  This election was a theft.  It can be
20 proven.  I can tell you one simple thing that would prove
21 it, make the American people feel really good:  Five or
22 six of these crooked governors could let us have access to
23 the machines.  In fact, if they did, maybe I would have to
24 apologize for saying they're crooked.
25      But I have no idea why they're hiding these

1  machines.  If I had these machines and they showed it was

2  a legitimate election, I would have you come in and look

3  at it tomorrow.  But they have been fighting me for two

4  months.  They will not let us look at a Dominion machine

5  because the 22 that we looked at were like Swiss cheese.

6  Anybody could get into them.  They ran the vote three

7  times, it was three different results.

8       Well more than half the ballots never got

9  registered, and they changed the vote 13 times.

10      Now, I'm sorry, I want to see the rest of the

11  machines before I can figure out who won the election.

12      SEAN SPICER:  Okay, Mayor, I don't have any time

13  left, but I've got to ask you a quick question because I

14  need you to explain this for me.

15      The Electoral College has voted -- and I think

16  this is where viewers really need to get your insight --

17  the Electoral College voted.  Congress meets on

18  January 6th to count those votes.

19      My understanding -- and this is where I need you

20  to shed some light -- is that the Supreme Court doesn't

21  come back into session until January 8.

22      So walk me through real quickly -- and I

23  apologize for jamming you on this -- how this works,

24  because you've made this petition to the Supreme Court.

25      RUDY GIULIANI:  Well, between now and then we're

1  working day and night in the effort to show these State

2  legislatures that their state made a very big mistake;

3  that their filing is a false statement, that it falsely

4  represents the vote in their state and that it needs to be

5  corrected.  It needs to be corrected either by there being

6  no decision, or in some cases it's quite clear that Trump

7  won.

8       So that's our battle right now with the State

9  legislatures and to somewhat with Congress, because that

10 debate will eventually go to Congress in choosing which

11 slate of electors to select.

12      So tomorrow night, for example, there's a hearing

13 in the Arizona legislature, I believe it's the House, the

14 Arizona House, and they're actually going to consider

15 decertification.  They're going to consider decertifying

16 the vote in Arizona.

17      SEAN SPICER:  Well, as this happens, Mayor, I

18 want you to give us an update, feel free to come back.

19      I want to see where this goes.

20      RUDY GIULIANI:  I sure will.  Thank you so much,

21 Sean.  It's one of the best new things on television.

22      SEAN SPICER:  Thank you, Mr. Mayor.  I appreciate

23 it.  Thank you for sharing this with us tonight.

24      Look forward to having you back.

25      (End of recording.)

```
 1            C E R T I F I C A T E
 2
 3
 4       I, TERRI NESTORE, Certified Shorthand Reporter/
 5   Transcriptionist, do hereby certify that I was authorized
 6   to transcribe the foregoing recorded proceeding, and that
 7   the transcript is a true and accurate transcription of my
 8   shorthand notes, to the best of my ability, taken while
 9   listening to the provided recording.
10
11       I further certify that I am not of counsel or
12   attorney for either or any of the parties to said
13   proceedings, nor in any way interested in the events of
14   this cause, and that I am not related to any of the
15   parties thereto.
16
17
18   Dated this 12th day of January, 2021.
19
20
21            _____
             TERRI NESTORE, CSR 5614, RPR, CRR
22
23
24
25
```