# Exhibit 173

20201223 Cats at Night Special Guest Rudy Giuliani

1
2          File:
3   20201223 Cats At Night Special Guest Rudy Giuliani
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1       JOHN CATSIMATIDIS:  Mr. Mayor?
2       RUDY GIULIANI:  Hello?
3       JOHN CATSIMATIDIS:  Mr. Mayor?
4       RUDY GIULIANI:  Hello?
5       JOHN CATSIMATIDIS:  How are you?
6       RUDY GIULIANI:  How are you?  I'm good,
7  John.  I'm on Air Force One.
8       JOHN CATSIMATIDIS:  Wow.  I've never gotten
9  a call from Air Force One since --
10      RUDY GIULIANI:  Well, now you got one.
11 We're heading -- we're going to be taking off in a
12 little while --
13      JOHN CATSIMATIDIS:  Good.
14      RUDY GIULIANI:  -- for -- for Florida.
15      JOHN CATSIMATIDIS:  Well -- the Promise
16 Land.  Tell us --
17      RUDY GIULIANI:  Yeah, but I think we'll be
18 working.
19      JOHN CATSIMATIDIS: -- what is going on in
20 Washington?
21      RUDY GIULIANI:  Well, there are hearings
22 going on all over the place.  I mean, there was a
23 big hearing in Georgia today, in which the
24 Secretary of State was really taken to task for
25 not allowing an examination of signatures until

1  very, very late and -- and then in counties that
2  are not questionable.
3      He was also -- he was also told that he has
4  to make the machines available, and he had no good
5  answer for why he's hiding the machines, the
6  Dominion machines.
7      So hope- -- hopefully that's going to
8  produce examination of more of those machines.
9  And it seems to me that the Georgia legislature is
10 out of patience with the governor and the
11 Secretary of State covering up so much of this.
12     JOHN CATSIMATIDIS:  Did they accept any
13 money from Dominion or has anybody checked their
14 bank accounts?
15     RUDY GIULIANI:  I love the way you said
16 that, John.
17     JOHN CATSIMATIDIS:  I -- I mean, listen, me
18 and you grew up in New York, follow the money.
19     RUDY GIULIANI:  John -- well, let me put it
20 this way:  I cannot understand why they would hire
21 a foreign company to count American votes.  It's a
22 Canadian company.  It's owned by Canadians, number
23 one.
24     Number two, the company has a history of
25 making -- let's be generous -- a lot of mistakes.

1       SPEAKER:  (Inaudible) board the aircraft.
2       RUDY GIULIANI:  They gave them a $110
3  million contract for one -- one or two elections.
4  There's a big, big, big, big contract.  And
5  immediately received complaints from the people in
6  Georgia that the machines don't work.
7       We -- we have a woman that we talked to in
8  Coffee County -- in Coffee County, Georgia, who
9  said that the machine -- they -- they ran the name
10  Trump into the machine about 20 times and it
11  wouldn't pick up the name Trump in the machine
12  that she had.
13       JOHN CATSIMATIDIS:  Wow.
14       RUDY GIULIANI:  So -- so -- and, of course,
15  the one that we had in Antrim County, it -- it
16  rejected for adjudication 82 percent of the
17  ballots.  I mean, no machine should reject 82
18  percent of the ballots.
19       So these are very, very questionable
20  machines.  And the thing that makes it even more
21  suspicious is, all of the Secretaries of State who
22  are -- who are claiming there was no fraud, or no
23  fraud or no fraud, they won't let you examine the
24  machines.
25       So if they were so sure these machines are

1  clean, why not let us examine them?  We have a --
2  we have a staff of people who are all ex-military,
3  who are all experts on this.  They can do the
4  examination in three-four hours.  So far every
5  machine they've examined they said is like a piece
6  of Swiss cheese.  Anybody can get into it.
7  Anybody can access it.  Anybody can change it.
8       But they -- and the machines they looked at
9  they saw changes of vote.  So we would like to see
10 how many more of those are like that.  And it
11 makes me very suspicious that they're fighting so
12 hard to hold them back.
13      KEVIN MCCULLOUGH:  Mayor, it's Kevin
14 McCullough, and we appreciate you coming on.
15      RUDY GIULIANI:  Oh, yes, Kevin.  How are
16 you?
17      KEVIN:  I'm doing well.  Question about the
18 Eric Kumer and the Dominion thread that they've
19 gone back to Fox and Newsmax and OAN with, I'm
20 just curious if -- if you -- what you think of --
21 of their threats to take legal action against
22 those entities, based on what Sidney Powell and
23 others have said about the Dominion machines.
24      RUDY GIULIANI:  Well, I would -- I mean, I
25 would love to take discovery of Dominion.

1    KEVIN:  That's what I was wondering.

2    RUDY GIULIANI:  I mean, oh, my goodness,

3 would I like to take discovery of Dominion.  I

4 mean, it's a -- it's a company that has a very,

5 very questionable background.  The two people

6 involved I know have made trips to -- to

7 Venezuela.  They bought up a company called

8 Sequoia that had just been basically disqualified

9 in Chicago, so they could hide the name Sequoia

10 that nobody would do business with, except they

11 were doing business the Dominion, it was really

12 Sequoia.

13    And they have a very, very interesting -- a

14 very interesting history.  And it would be

15 fascinating to take discovery of their financial

16 records.

17    Why they're threatening -- the only thing I

18 can think of is, that somehow or other George

19 Soros is involved in this.  Soros -- Soros'

20 partner and good friend, is the chairman of

21 Smartmatic.  Smartmatic and Dominion have done

22 business together for years.

23    A lot of Dominion software is Smartmatic

24 software.  And I would love to see the connections

25 between all those companies.  It would be

1  fascinating.
2      But the real question is why -- why does an
3  American governor use a foreign company to count
4  American votes?  We have plenty of American
5  companies where the vote would stay exactly in the
6  United States.  The votes here went over to
7  Germany.  Why should our votes go over to Germany?
8      A lot of questions.  But the most important
9  thing is, they won't allow us -- Dominion can
10 settle the whole thing.  They could -- they could
11 call me up and say:  Giuliani, you want to find
12 out how good we are?  You bring your team in here,
13 they can -- they can examine it soup to nuts.
14 They'll make every machine available to you.  You
15 -- come on in, come and take a look at it; we can
16 show you that our machines are 100 percent and
17 you're dead wrong.
18      I would -- I -- I would do that.  I would
19 go look.  And if I'm wrong, I'm wrong.  I don't
20 think I am.
21      KEVIN:  Mayor, what -- what do you want the
22 state legislatures to do between now and January
23 6th?
24      RUDY GIULIANI:  I want the state
25 legislatures to either allow a complete forensic

1  study of the Dominion machine, and all of the
2  signatures and ballots -- when I say all, I mean,
3  in the counties that in question and in the states
4  that are in question.  We're really just talking
5  about six places.
6       Or I want them to decertify it, and say
7  that on the -- on the basis of what they have,
8  they cannot certify that the numbers are correct.
9       I'll give you one simple example:  No way
10 you can certify the numbers in Arizona.  Arizona
11 has -- does not claim one single noncitizen voted.
12 So if you look at that number, not a single
13 noncitizen voted.
14       However, Arizona will not give us a list of
15 the people who voted; so that in one day I can run
16 that list against the list of illegal immigrants,
17 and probably show that somewhere between 50,000
18 and 250,000 illegals voted, which would render the
19 election completely wrong.  And they only won by
20 10,000 votes.
21       So if you don't think that -- that a
22 noncitizen voted in Arizona, then you're some- --
23 you're out of your mind.  And the piece of -- and
24 the -- and the -- and the numbers they submitted
25 to Washington swear that they're true.  Not only

1  that, 7,000 dead people voted, and they left the
2  dead people in the same numbers they sent to
3  Washington.  That's a complete lie.
4      You add up those lies and they get way
5  beyond the 10,000 that Biden won by.  And that's
6  why we're very upset.
7      And -- and then when you say to the -- when
8  you say to the governor of Arizona and the
9  Secretary of State, let me see the ballots, let me
10 get everybody that voted to see how many illegal
11 immigrants voted, they said no.
12     When you say show me the machines, they say
13 no.  When you say show me the mail-in ballots so
14 we can make sure they're legitimate, they say no.
15 This isn't private property.  If they had nothing
16 to hide, why are they -- why are they holding
17 these things back?
18     JOHN CATSIMATIDIS:  And why -- nobody
19 understands Attorney General Barr.  Why is he
20 taking the attitude he's taking?  I -- I know he
21 --
22     RUDY GIULIANI:  I don't know, John.  I
23 don't know.
24     JOHN CATSIMATIDIS:  -- he was originally
25 loyal to the Bush family.  And the Bush family was

1  against Trump; is that -- is that a connection?
2      RUDY GIULIANI:  That's -- well, I mean, he
3  -- he worked -- he worked for -- for the first
4  Bush.  You know, for -- for 41.  I don't think he
5  worked for 43.  And then he worked for -- for the
6  President.  I mean, when he first became Attorney
7  General, I -- I couldn't have thought more highly
8  of him.
9      I thought he was very courageous and I
10 thought he handled things really, really well.  I
11 don't know what happened.  At some point -- at
12 some point when the Biden stuff started to come
13 out, instead of investigating it, he put it on
14 hold.  And it -- whoever made that decision did a
15 great disservice to the country, because these
16 things we're finding out now, I knew about them
17 two years ago, and they could have been
18 investigated two years ago.
19      So I must say --
20      JOHN CATSIMATIDIS:  Have you -- have you
21 recommended to the President to get a special
22 counsel?
23      RUDY GIULIANI:  Well, I can't tell you what
24 I recommended to the President; but I -- I can
25 tell you, I would very much like to see a special

1   counsel.
2       JOHN CATSIMATIDIS: I just --
3       RUDY GIULIANI: Unfortunately, I've got to
4   run to -- to see the boss.
5       JOHN CATSIMATIDIS: I -- I understand. I
6   just heard in the background that --
7       RUDY GIULIANI: Right now.
8       JOHN CATSIMATIDIS: -- the president is
9   coming on board Air Force One.
10      KEVIN: That's right.
11      JOHN CATSIMATIDIS: I understand --
12      RUDY GIULIANI: We have some work to do.
13      JOHN CATSIMATIDIS: -- there's a rumor
14  around there's going to be more pardons tonight.
15  Is that going to happen?
16      RUDY GIULIANI: I don't know. I'm not
17  really deeply involved in that, they just happen
18  around me. But this is the time of year you do
19  it.
20      I used to handle pardons for Ronald Reagan,
21  and this is when he would always do two-300
22  pardons. Christmastime is the time to do them, if
23  you're going to do them, right?
24      JOHN CATSIMATIDIS: Yes. You know,
25  everybody --

1    RUDY GIULIANI:  Right?
2    JOHN CATSIMATIDIS:  -- deserves a second
3 chance, Rudy.
4    KEVIN:  See some good cheer in all --
5    RUDY GIULIANI:  I've big a believer in
6 that, John.  I -- I used to be in charge of
7 pardons for President Reagan.  I think we did over
8 1,000.  You know, and I really -- really, they
9 were wonderful stories to read.  You know,
10 somebody gets in trouble, they straighten their
11 life out; or in some cases, somebody is framed,
12 you know, and you do justice.
13    JOHN CATSIMATIDIS:  Yeah.
14    RUDY GIULIANI:  It's -- it's a nice thing.
15 It's a good thing.  Well, everyone have a very
16 Merry Christmas --
17    JOHN CATSIMATIDIS:  Merry Christmas.
18    RUDY GIULIANI:  -- John.
19    RUDY GIULIANI:  -- wonderful family.  You,
20 too.  Everybody have a wonderful Christmas.
21    JOHN CATSIMATIDIS:  We'll catch up soon.
22    RUDY GIULIANI:  Yep.  Very soon.  Bye-bye.
23    KEVIN:  That guy -- that guy is working
24 hard, John.
25    JOHN CATSIMATIDIS:  He's working hard.

1  (End of the recording.)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1      C E R T I F I C A T E

2

3        I, JACKIE MENTECKY, do hereby certify that

4  I was authorized to transcribe the foregoing recorded

5  proceeding, and that the transcript is a true and

6  accurate transcription of my shorthand notes to the best

7  of my ability taken while listening to the provided

8  recording.

9

10  Dated this 29th day of December, 2020.

11

12

13

14

15              _____

16                 JACKIE MENTECKY

17

18

19

20

21

22

23

24

25

**$**

**$110** 4:2

**1**

**1,000** 12:8
**10,000** 8:20
  9:5
**100** 7:16

**2**

**20** 4:10
**2020** 14:10
**20201223** 1:3
**250,000** 8:18
**29th** 14:10

**4**

**41** 10:4
**43** 10:5

**5**

**50,000** 8:17

**6**

**6th** 7:23

**7**

**7,000** 9:1

**8**

**82** 4:16,17

**A**

**ability** 14:7
**accept** 3:12
**access** 5:7
**accounts** 3:14
**accurate** 14:6
**action** 5:21
**add** 9:4
**adjudication**
  4:16
**Air** 2:7,9
  11:9
**aircraft** 4:1
**allowing** 2:25
**American** 3:21
  7:3,4
**Antrim** 4:15
**Arizona** 8:10,
  14,22 9:8
**attitude** 9:20
**Attorney** 9:19
  10:6
**authorized**
  14:4

**B**

**back** 5:12,19
  9:17
**background**
  6:5 11:6
**ballots** 4:17,
  18 8:2 9:9,13
**bank** 3:14
**Barr** 9:19
**based** 5:22
**basically** 6:8
**basis** 8:7
**believer** 12:5
**Biden** 9:5
  10:12
**big** 2:23 4:4
  12:5
**board** 4:1
  11:9
**boss** 11:4
**bought** 6:7
**bring** 7:12
**Bush** 9:25
  10:4
**business**
  6:10,11,22
**Bye-bye** 12:22

**C**

**call** 2:9 7:11
**called** 6:7
**Canadian** 3:22
**Canadians**
  3:22
**cases** 12:11
**catch** 12:21
**Cats** 1:3
**CATSIMATIDIS**
  2:1,3,5,8,13,
  15,19 3:12,17
  4:13 9:18,24
  10:20 11:2,5,
  8,11,13,24
  12:2,13,17,
  21,25
**certify** 8:8,
  10 14:3
**chairman** 6:20
**chance** 12:3
**change** 5:7
**charge** 12:6
**checked** 3:13
**cheer** 12:4
**cheese** 5:6
**Chicago** 6:9
**Christmas**
  12:16,17,20
**Christmastime**
  11:22
**claim** 8:11
**claiming** 4:22
**clean** 5:1
**Coffee** 4:8
**companies**
  6:25 7:5
**company** 3:21,
  22,24 6:4,7
  7:3
**complaints**
  4:5
**complete** 7:25
  9:3
**completely**
  8:19
**connection**
  10:1
**connections**
  6:24
**contract** 4:3,
  4
**correct** 8:8
**counsel** 10:22
  11:1
**count** 3:21
  7:3
**counties** 3:1
  8:3
**country** 10:15
**County** 4:8,15
**courageous**
  10:9
**covering** 3:11
**curious** 5:20

**D**

**Dated** 14:10
**day** 8:15
  14:10
**dead** 7:17
  9:1,2
**December**
  14:10
**decertify** 8:6
**decision**
  10:14
**deeply** 11:17
**deserves** 12:2
**discovery**
  5:25 6:3,15
**disqualified**

U.S. LEGAL SUPPORT
866-339-2608

| | | | |
|---|---|---|---|
| 6:8 **disservice** 10:15 **Dominion** 3:6, 13 5:18,23,25 6:3,11,21,23 7:9 8:1 **E** **election** 8:19 **elections** 4:3 **end** 13:1 **entities** 5:22 **Eric** 5:18 **ex-military** 5:2 **examination** 2:25 3:8 5:4 **examine** 4:23 5:1 7:13 **examined** 5:5 **experts** 5:3 **F** **family** 9:25 12:19 **fascinating** 6:15 7:1 **fighting** 5:11 **File** 1:2 **financial** 6:15 **find** 7:11 **finding** 10:16 **Florida** 2:14 **follow** 3:18 **Force** 2:7,9 11:9 **foregoing** 14:4 **foreign** 3:21 7:3 **forensic** 7:25 | **Fox** 5:19 **framed** 12:11 **fraud** 4:22,23 **friend** 6:20 **G** **gave** 4:2 **General** 9:19 10:7 **generous** 3:25 **George** 6:18 **Georgia** 2:23 3:9 4:6,8 **Germany** 7:7 **Giuliani** 1:3 2:2,4,6,10, 14,17,21 3:15,19 4:2, 14 5:15,24 6:2 7:11,24 9:22 10:2,23 11:3,7,12,16 12:1,5,14,18, 19,22 **give** 8:9,14 **good** 2:6,13 3:4 6:20 7:12 12:4,15 **goodness** 6:2 **governor** 3:10 7:3 9:8 **great** 10:15 **grew** 3:18 **Guest** 1:3 **guy** 12:23 **H** **handle** 11:20 **handled** 10:10 **happen** 11:15, 17 **happened** 10:11 | **hard** 5:12 12:24,25 **heading** 2:11 **heard** 11:6 **hearing** 2:23 **hearings** 2:21 **hide** 6:9 9:16 **hiding** 3:5 **highly** 10:7 **hire** 3:20 **history** 3:24 6:14 **hold** 5:12 10:14 **holding** 9:16 **hope-** 3:7 **hours** 5:4 **I** **illegal** 8:16 9:10 **illegals** 8:18 **immediately** 4:5 **immigrants** 8:16 9:11 **important** 7:8 **Inaudible** 4:1 **interesting** 6:13,14 **investigated** 10:18 **investigating** 10:13 **involved** 6:6, 19 11:17 **J** **JACKIE** 14:3, 16 **January** 7:22 **John** 2:1,3,5, 7,8,13,15,19 3:12,16,17,19 | 4:13 9:18,22, 24 10:20 11:2,5,8,11, 13,24 12:2,6, 13,17,18,21, 24,25 **justice** 12:12 **K** **Kevin** 5:13, 15,17 6:1 7:21 11:10 12:4,23 **knew** 10:16 **Kumer** 5:18 **L** **Land** 2:16 **late** 3:1 **left** 9:1 **legal** 5:21 **legislature** 3:9 **legislatures** 7:22,25 **legitimate** 9:14 **lie** 9:3 **lies** 9:4 **life** 12:11 **list** 8:14,16 **listen** 3:17 **listening** 14:7 **looked** 5:8 **lot** 3:25 6:23 7:8 **love** 3:15 5:25 6:24 **loyal** 9:25 **M** **machine** 4:9, |

| | | | |
|---|---|---|---|
| 10,11,17 5:5 7:14 8:1 **machines** 3:4, 5,6,8 4:6,20, 24,25 5:8,23 7:16 9:12 **made** 6:6 10:14 **mail-in** 9:13 **make** 3:4 7:14 9:14 **makes** 4:20 5:11 **making** 3:25 **Mayor** 2:1,3 5:13 7:21 **Mccullough** 5:13,14 **MENTECKY** 14:3,16 **Merry** 12:16, 17 **million** 4:3 **mind** 8:23 **mistakes** 3:25 **money** 3:13,18 --- **N** --- **Newsmax** 5:19 **nice** 12:14 **Night** 1:3 **noncitizen** 8:11,13,22 **notes** 14:6 **number** 3:22, 24 8:12 **numbers** 8:8, 10,24 9:2 **nuts** 7:13 --- **O** --- **OAN** 5:19 **originally** 9:24 | **owned** 3:22 --- **P** --- **pardons** 11:14,20,22 12:7 **partner** 6:20 **patience** 3:10 **people** 4:5 5:2 6:5 8:15 9:1,2 **percent** 4:16, 18 7:16 **pick** 4:11 **piece** 5:5 8:23 **place** 2:22 **places** 8:5 **plenty** 7:4 **point** 10:11, 12 **Powell** 5:22 **president** 10:6,21,24 11:8 12:7 **private** 9:15 **proceeding** 14:5 **produce** 3:8 **Promise** 2:15 **property** 9:15 **provided** 14:7 **put** 3:19 10:13 --- **Q** --- **question** 5:17 7:2 8:3,4 **questionable** 3:2 4:19 6:5 **questions** 7:8 | --- **R** --- **ran** 4:9 **read** 12:9 **Reagan** 11:20 12:7 **real** 7:2 **received** 4:5 **recommended** 10:21,24 **recorded** 14:4 **recording** 13:1 14:8 **records** 6:16 **reject** 4:17 **rejected** 4:16 **render** 8:18 **Ronald** 11:20 **Rudy** 1:3 2:2, 4,6,10,14,17, 21 3:15,19 4:2,14 5:15, 24 6:2 7:24 9:22 10:2,23 11:3,7,12,16 12:1,3,5,14, 18,19,22 **rumor** 11:13 **run** 8:15 11:4 --- **S** --- **Secretaries** 4:21 **Secretary** 2:24 3:11 9:9 **Sequoia** 6:8, 9,12 **settle** 7:10 **shorthand** 14:6 **show** 7:16 8:17 9:12,13 **Sidney** 5:22 | **signatures** 2:25 8:2 **simple** 8:9 **single** 8:11, 12 **Smartmatic** 6:21,23 **software** 6:23,24 **some-** 8:22 **Soros** 6:19 **Soros'** 6:19 **soup** 7:13 **SPEAKER** 4:1 **special** 1:3 10:21,25 **staff** 5:2 **started** 10:12 **state** 2:24 3:11 4:21 7:22,24 9:9 **states** 7:6 8:3 **stay** 7:5 **stories** 12:9 **straighten** 12:10 **study** 8:1 **stuff** 10:12 **submitted** 8:24 **suspicious** 4:21 5:11 **swear** 8:25 **Swiss** 5:6 --- **T** --- **taking** 2:11 9:20 **talked** 4:7 **talking** 8:4 **task** 2:24 **team** 7:12 **thing** 4:20 6:17 7:9,10 |

|  |  |
|---|---|
| 12:14,15 | **votes** 3:21 |
| **things** 9:17 | 7:4,6,7 8:20 |
| 10:10,16 | |
| **thought** 10:7, | **W** |
| 9,10 | |
| **thread** 5:18 | **Washington** |
| **threatening** | 2:20 8:25 9:3 |
| 6:17 | **woman** 4:7 |
| **threats** 5:21 | **won** 8:19 9:5 |
| **three-four** | **wonderful** |
| 5:4 | 12:9,19,20 |
| **time** 11:18,22 | **wondering** 6:1 |
| **times** 4:10 | **work** 4:6 |
| **today** 2:23 | 11:12 |
| **told** 3:3 | **worked** 10:3,5 |
| **tonight** 11:14 | **working** 2:18 |
| **transcribe** | 12:23,25 |
| 14:4 | **Wow** 2:8 4:13 |
| **transcript** | **wrong** 7:17,19 |
| 14:5 | 8:19 |
| **transcription** | |
| 14:6 | **Y** |
| **trips** 6:6 | |
| **trouble** 12:10 | **year** 11:18 |
| **true** 8:25 | **years** 6:22 |
| 14:5 | 10:17,18 |
| **Trump** 4:10,11 | **York** 3:18 |
| 10:1 | |
| **two-300** 11:21 | |

**U**

**understand**
 3:20 11:5,11
**understands**
 9:19
**United** 7:6
**upset** 9:6

**V**

**Venezuela** 6:7
**vote** 5:9 7:5
**voted** 8:11,
 13,15,18,22
 9:1,10,11