# Exhibit 174

```
 1
 2
 3
 4
 5            FILE NAME:
 6               21.
 7  Https://app.criticalmention.com/app/#clip/view/74ed09be-0f
 8  2b-4c14-b9de-0ca0ad59952b?token=76f4002c-113c-4d95-b318-b3
 9              fe81b0c8b5
10
11
12
13       TRANSCRIPT OF VIDEO-RECORDED INTERVIEW
14              RUDY GIULIANI
15           CHRISTINA BOBB, OAN
16
17
18
19
20
21
22
23
24  Transcribed By:
    TERRI NESTORE
25  CSR No. 5614, RPR, CRR
```

1       OAN ANCHOR:  -- singularities in the 2020

2   election.  This week Christina sat down with President

3   Trump's lawyer, Mayor Rudy Giuliani.

4       CHRISTINA BOBB:  Sir, thank you so much for

5   joining me.

6       RUDY GIULIANI:  You're welcome.

7       CHRISTINA BOBB:  So I know you've been front and

8   center and fighting really hard for President Trump in the

9   legal efforts.  Can you tell us where we're at and where

10  you see, you know, the next few days and maybe weeks

11  going.

12      RUDY GIULIANI:  Well, I mean the real key to this

13  is the State legislatures, and four or five that have the

14  evidence that the election was stolen from President

15  Trump.  That's the only way I can put it.

16      There were numerous acts of fraud, amounting to

17  hundreds of thousands of votes that were stolen from him,

18  which you can clearly demonstrate were -- I'll give an

19  example.  In Pennsylvania, 168,722 votes were entered

20  secretly, surreptitiously, without any observation by

21  republicans of the mail-in ballots as not only the law

22  requires, but common sense would say you have to do that

23  in order to avoid fraud.  Those ballots are all illegal.

24  That more than overcomes the margin in Pennsylvania and

25  means that Trump won Pennsylvania, not Biden.

1    CHRISTINA BOBB:  Right.  President Trump has been
2 tweeting out this week about over 205,000 --
3    RUDY GIULIANI:  There were more -- there were
4 more votes, there were more ballots than there are
5 official ballots.  There are dead people who voted in
6 large, large numbers.  There are overvotes in precincts,
7 meaning more people voted than are registered in the
8 precinct.  In some cases more people voted than lived in
9 the precinct.
10    Philadelphia probably leads the country in
11 cheating.  I mean, there's no doubt about it.  Detroit is
12 a close second.  In Detroit, you've got proof of a hundred
13 thousand ballots that were brought in in the middle of the
14 night, they were basically all for Biden, there were three
15 witnesses who demonstrate that, and it's also backed up by
16 scientific evidence by the vote count.
17    You've got Wayne County, which essentially
18 Detroit, 71 percent of the precincts don't balance.  What
19 does that mean?  That means that in 71 percent of the
20 precincts in Detroit, there were more votes than voters.
21    So if there are more votes than voters, that
22 means that the rest of those votes are phony.  They're
23 phony votes.  What could they be?  They could be somebody
24 going in and voting for Biden four times.  One person
25 votes four times.  So now you end up with more votes than

1  voters.
2        It can mean some democrat official getting in
3  there and doing seven, eight, nine, 10, 12 votes while
4  nobody's looking.  That's how you have more votes than
5  voters, because a physical voter didn't actually make that
6  vote.  And of course the Dominion machines were the
7  machines that were used, which are basely built to cheat.
8        CHRISTINA BOBB:  And we've seen a lot of this
9  information coming out and I know your team, your legal
10 team, has done a lot of work on this and we've seen
11 mathematical anomalies, statistical anomalies, issues with
12 the machines, issues with the ballot, issues with dead
13 people vote, overvote.  You know, there's been a lot of
14 information that has come out and the public seems to have
15 an outcry -- and I know at OAN here we've heard from a lot
16 of our viewers that are very upset about it, but yet there
17 doesn't seem to be a lot of action from state and local
18 leaders.
19       RUDY GIULIANI:  Because they're afraid because of
20 the censorship.  This is unprecedented.  It's been going
21 on now for about four or five months.  It began with the
22 censorship of the Biden hard drive, which shows that the
23 Biden family has been committing crimes for 30 years.
24       That was completely ostracized, censored.  You
25 never saw anything about it on ABC, NBC, CBS, high-tech

1  out of -- you can't get it on the internet, they'll take
2  it off, they'll take you off the internet.  It's like
3  you're living in Venezuela or China or the old Soviet
4  Union.  It began with that.  That censorship never should
5  have happened.
6       Now people are finding out what crooks the Bidens
7  are.  That information was available for a year and it was
8  hidden, covered up by the press.
9       Now they're covering up the evidence of fraud.
10       Well, it would be a tragedy if we found out a
11  year from now just how this election was stolen.  We might
12  as well find it out right now and fix it.
13       CHRISTINA BOBB:  Absolutely.  And I know you've
14  been doing a lot of work on that and your team has made a
15  lot of progress and there is the possibility that the
16  State legislatures could choose the Trump electors or some
17  other method to come forward, and I get the sense that a
18  lot of the public would be shocked and very surprised that
19  that could happen but it is actually playing out but
20  people aren't talking about it.
21       RUDY GIULIANI:  Each one of those legislatures
22  has more than enough evidence to decertify, and certify
23  Trump as the winner.  Certainly in Georgia, it's on tape.
24  I can show it to you on tape.  So people will say you
25  shouldn't say "fraud."  Well, I have to close my eyes to

1  the truth.  I've got to close my eyes to a videotape

2  showing people stealing votes.  I can calculate the

3  number, because of the fact that there's a record of it.

4  It's about 120,000 votes that they stole.  The only --

5  Biden won Georgia by 10,000.  It wipes out his victory.

6         Trump then actually won it by 110,000 votes.

7         And then there's another 200,000 votes in Georgia

8  that can be proven to be fraudulent.

9         In Michigan -- in Michigan, 71 percent --

10  71 percent of the precincts in Wayne County, they don't

11  balance.  That means more people -- more people -- there

12  were more votes than people, in 71 percent of the

13  precincts.

14         CHRISTINA BOBB:  That's pretty high.

15         RUDY GIULIANI:  Which means they were cheating

16  all over the city.  The city was awash with cheating.

17         CHRISTINA BOBB:  Right.

18         And then in the Antrim County --

19         RUDY GIULIANI:  And we're supposed to say there

20  was no cheating?  It wasn't like a little bit of cheating.

21         71 percent --

22         CHRISTINA BOBB:  That's a very high percentage.

23         RUDY GIULIANI:  -- of the precincts in

24  Wayne County cheated.

25         CHRISTINA BOBB:  And we saw it in the Antrim

1  County report, there was a 68 percent error rate.

2       RUDY GIULIANI:  68 percent error rate and an

3  82 percent rejection rate.  Now, I didn't even know that

4  happens in a voting machine.  I didn't know the machine

5  could do this.  You think you go in and vote for Biden or

6  Trump, the machine decides it isn't clear enough and it

7  puts it in for adjudication and then some apparatchik,

8  usually democrat, gets to choose, is the ballot clear

9  enough?  That was 82 percent in Antrim County.

10      And by the way, in counties surrounding Detroit,

11  three counties, it was over 80 percent.

12      So actually only 20 percent of the people got the

13  vote for sure that they made.  The other 80 percent have

14  no idea who they voted for.

15      CHRISTINA BOBB:  How did we get here?  It's

16  really shocking.  I think some people might have a hard

17  time grasping it, because we think this is the

18  United States of America.  How are we at the point where

19  20 percent of our votes count?

20      RUDY GIULIANI:  We got here because the democrat

21  party, unfortunately, at the very top has become

22  exceedingly corrupt.  Not democrats.  Democrats are honest

23  people -- no more honest or less honest than republicans.

24      Not most democratic politicians, but it was

25  corrupted from the head, and that started with Bill

1  Clinton. I mean the leadership of the democratic party
2  has been thoroughly corrupt since Bill Clinton, and they
3  believe they can do anything. They believe they can
4  commit crimes like the Bidens and have it covered up for
5  them. They believe they can steal. They stole a little,
6  then they stole more, then they stole more, and now
7  they've done a monumental theft, and it's being covered up
8  by the press.
9      Why wouldn't they do it, if they're not honorable
10 people, if the press allows them to do it? I mean, the
11 press and the democrats that are accusing us of sedition
12 because we say there's fraud, what kind of strange world
13 do we live in, that I have videotape of fraud and I'm
14 supposed to pretend it doesn't exist?
15      CHRISTINA BOBB: Well, but we see similar
16 corruption or stalling tactics in the republican party as
17 well. Isn't it fair to say that some of your greatest
18 obstacles are republicans at the moment?
19      RUDY GIULIANI: Republicans are afraid. I'm not
20 saying that republicans aren't -- there aren't some
21 republicans who are crooks also. There are. I mean, I've
22 put both in jail. In fact, there was a period of time in
23 which I thought it was pretty equal.
24      But I think at the top level, the democratic
25 party has become exceedingly corrupt.

1       Who would have thought that a sitting vice
2  president of the United States would have a son taking
3  money from communist China?  And hide it and lie about it.
4  But not taking money, taking billions.  Who would have
5  thought that a man who is running for president, two years
6  before he ran for president would go into partnership with
7  Chinese communists and think he could get away with it?
8       It shows you how entitled they feel, the
9  democrats feel, to violate our laws, violate the general
10  rules of our country and do whatever they want to do.
11       I mean, they just put -- pulled off a tremendous
12  crime and it is being covered up pretty effectively.  I
13  mean, I am shocked that 50 percent of the American people
14  believe that there was fraud.  I don't know how they got
15  the information.  I guess OANN and a couple of other
16  places, and I guess it's a credit to the fact that still
17  plenty of things get out on the internet, and it's a
18  credit to the intelligence of our people that won't be --
19  become just little sheep that listen to everything the New
20  York Times lies to them about.
21       CHRISTINA BOBB:  Right.  January 6th is just a
22  couple of days away, just around the corner, and then of
23  course January 20th is a few days after that, about two
24  weeks after that.
25       What happens over the next few days before

1  Congress, you know, votes or comes into session on the
2  6th, and then what happens after that?
3      RUDY GIULIANI:  Well, we work very, very hard to
4  try to get the legislatures, at least a few of them, to
5  make the --
6      (End of recording.)

1      C E R T I F I C A T E

2

3

4      I, TERRI NESTORE, Certified Shorthand Reporter/

5  Transcriptionist, do hereby certify that I was authorized

6  to transcribe the foregoing recorded proceeding, and that

7  the transcript is a true and accurate transcription of my

8  shorthand notes, to the best of my ability, taken while

9  listening to the provided recording.

10

11      I further certify that I am not of counsel or

12  attorney for either or any of the parties to said

13  proceedings, nor in any way interested in the events of

14  this cause, and that I am not related to any of the

15  parties thereto.

16

17

18  Dated this 13th day of January, 2021.

19

20

21      _____
         TERRI NESTORE, CSR 5614, RPR, CRR
22

23

24

25