# Exhibit 175

1

2

3

4

5

6

7

8

9

10      FILE 20

11   GEORGIA RUNOFF LOOMS

12      01-05-2021

13

14

15

16

17

18

19

20

21

22

23

24

25

1          ANNOUNCER:  Now on 77 WABC, it's time for the

2  former Mayor of New York City, America's Mayor, Rudy

3  Giuliani.

4          RUDY GIULIANI:  Good afternoon, everyone.

5  This is Rudy Giuliani, and I am live from the District

6  of Columbia, the capital of the nation on 77 WABC, and

7  of course we really appreciate your calling in, and I

8  can't tell you how much I appreciate your telephone

9  calls, and I'm going to get to speak with you on Chat

10  with the Mayor.  You call me on the Tunnel to Towers

11  Foundation hotline at 1-800-848-WABC.  That's

12  1-800-848-9222.  Help Tunnel to Towers to do good.

13  Donate $11 a month to T2T.org.  That's T, number 2T.org.

14  That's 1-800-848-9222.

15          So we are on the eve of a day that will

16  live in history.  Tomorrow, January 6, 2021 will be

17  written about in our history books, as long as we

18  still have history, forever.  I mean, it's like the

19  Jefferson/Burr disputed election in 1800 that went

20  into 1801.  It's like the Tilden/Hayes disputed

21  election in 1876 that went into 1877, and it's like

22  Bush/Gore which got concluded in 2000, but it was our

23  last really disputed election that got into formal

24  process, let's put it that way.  We've had other

25  minor disputes and threats of disputes and whatever,

1  but those are the three, all of them very historic,

2  all of them you learn about in American history when

3  we taught American history and in those places where

4  we still teach it, and this will be in the history

5  books, so you're going to live through it.  You're

6  going to live through it tomorrow, and I have with me

7  Dr. Maria Ryan who, in addition to being a medical

8  expert, CEO of a hospital and a nurse practitioner

9  and a Ph.D. in hospital management, she is a very,

10  very involved political person from New Hampshire,

11  has been all her, and has been working very hard in

12  her part time to help President Trump, both during

13  the election, and now has been doing a great deal of

14  work in assembling some of the thousands of witnesses

15  or the thousand witnesses that we have, and has a

16  good grasp of this.  so she's going to help me and

17  answer some of your questions because sometimes your

18  questions are to complicated.  No, actually, they're

19  not.  They're always very good, but it's always nice

20  to have partner for it.

21          So let me first tell you and remind you

22  that there's a big election going on today, oh boy,

23  oh boy, Kelly Loeffler and David Perdue against their

24  democratic socialist rivals.  What's at stake?

25  What's at stake is the Senate, but more than that,

1  what's at stake is are we going to have socialized

2  medicine.  You know, you're going to lose your plan,

3  you're going to lose your doctor, you're going to

4  lose your coverage, you're going to lose everything.

5  That's what they would do if they had a Democrat

6  senate.

7          Maria, what do you think of that?  I mean,

8  this is something that you live with day in and day

9  out and have for your career.

10          DR. MARIA RYAN:  Yeah.  It's a very stressful

11  time, right, what we're going through as a country.  Not

12  only are we going through a pandemic, we're going

13  through a time we haven't seen before where our civil

14  liberties will being taken from us.  The little working

15  man is under attack every day and we feel helpless.

16  It's an awful feeling, a demoralization feeling, and

17  then the fraud with our election.

18          We as Americans have election prouded

19  ourselves that we have a free democracy that our

20  elections are fairly secure.  I mean, we've all known

21  about some fraud taking place.  Ballot harvesting,

22  it's illegal in many, many states, not legal in

23  California, and that's where someone is paid to go

24  and get ballots from people, maybe in a nursing home,

25  to people that are mentally ill, and it's a coercion

1 tactic where they can help that person fill out the

2 ballot.  But knowing that, the people keep talking to

3 me about I feel helpless.

4        RUDY GIULIANI:  Yeah.

5        DR. MARIA RYAN:  We know this election was

6 stolen, and what do we do about it.

7        RUDY GIULIANI:  And it's very bad in Georgia

8 because the Georgia legislature probably was the most

9 diligent about having hearings.  They much had 50

10 witnesses at least, all very, very compelling and

11 substantive.  They had the witness that had gotten the

12 security tape, the nine-hour security that reveals voter

13 theft in living color on television, bare minimum 30,000

14 votes converted into 130,000 to eight thousand,

15 advantage for Biden.  That alone would flip Georgia from

16 Trump to Biden, and there's also so much more evidence

17 there in Georgia that it's remarkable.  Probably

18 wouldn't have had all that evidence not only because of

19 our team's work, but the work of the legislators and the

20 people of Georgia who brought the evidence to us.

21        DR. MARIA RYAN:  These people are brave.  You

22 know, again, I grew up in the wonder years where you

23 think red, white and blue, you always tell the truth.

24 These people who came forward were ridiculed, their jobs

25 were threatened, yeah.

1        RUDY GIULIANI:  Plus some lost their jobs,

2  some lost their career, some lost their business, some

3  need protection.  Look what happened to Senator Hawley

4  last night, disgraceful, disgraceful.

5        DR. MARIA RYAN:  Disgraceful is right.

6        RUDY GIULIANI:  Now we're getting reports and

7  we should have more on it at 3:30.  We're getting

8  reports of widespread voter problems, big problems in

9  Georgia, of course, because look --

10        DR. MARIA RYAN:  Voter suppression, right?

11        RUDY GIULIANI:  The governor of Georgia, the

12  secretary of state of Georgia, the best thing I can say

13  about them, and I can say a lot more about them, is that

14  they're useless.  They are completely useless idiots.

15  They refuse to acknowledge that they had massive voter

16  fraud in the election on November 3rd.  As a result of

17  refusing to acknowledge it and lying as the gentleman

18  did in his conversation with the president, which the

19  little squirmy weasel taped without the president's

20  knowledge.  What a squirmy --

21        DR. MARIA RYAN:  And there was nothing wrong

22  with what the president said.

23        RUDY GIULIANI:  Had a great conversation.

24  Actually, several of the --

25        DR. MARIA RYAN:  If you listen to it in full.

1      RUDY GIULIANI:  Several of the pro Trump or

2  fair publications and radio stations that actually

3  played the Trump part of the speech as a positive speech

4  of exactly the fraud that went on in Georgia.  Like the

5  secretary of state had said, Mr. President, we had only

6  two dead people who voted.  How many do we have the

7  names of, Maria, right away today?

8      DR. MARIA RYAN:  We have 800.

9      RUDY GIULIANI:  Yeah, 800.

10      DR. MARIA RYAN:  Completely.  There's ten

11  thousand names on there.

12      RUDY GIULIANI:  There's a lady who died on

13  January 1st and she voted on October 26th.  That's

14  pretty good.  That's a pretty good trick.

15      DR. MARIA RYAN:  Yeah.

16      RUDY GIULIANI:  And there's 800 of those.

17  It's going to grow, grow, grow, grow, grow, probably end

18  up to around four to 5,000 for sure.  That's half the

19  margin.

20      DR. MARIA RYAN:  Right.

21      RUDY GIULIANI:  Half the margin, so the guy's

22  a complete liar.  He said they weren't shredding

23  ballots.  We have two incidents of ballot shredding, and

24  we've got an incident of ballot shredding that's going

25  to knock their socks off.  Big liar.  Their failure to

1  acknowledge that, either by being in denial or by being

2  liars or compromised in some way, has now meant that all

3  that same cheating is going on in this election for the

4  senate.  Loeffler and Perdue are not getting a fair shot

5  at it.  The mail-in balloting that went on up until now,

6  three million votes, same cheating in that, and now

7  we've got machine breakdowns all over the Republican

8  part of Georgia, not in the Democratic part, in the

9  Republican part.  And what they're doing is, and this is

10  the way the machines, the Dominion machines cheat, they

11  move the votes to adjudication.  But now they're moving

12  them to provisional ballots.

13        DR. MARIA RYAN:  Yeah.  Explain provisional

14  ballots.

15        RUDY GIULIANI:  So you can't vote normally, so

16  you have to vote, sign an affidavit, vote, give it to

17  somebody.  If they don't do provisional ballots, they do

18  something else with these cheating machines.  80 percent

19  to 84 percent so far of every machine we've looked at in

20  Georgia, and they are concealing the rest of the

21  machines, sent 80 percent of the votes for adjudication.

22        DR. MARIA RYAN:  Crazy.

23        RUDY GIULIANI:  Did you ever hear of that?

24        DR. MARIA RYAN:  I never in my whole life.

25        RUDY GIULIANI:  Here's what it means.  I bet

1  you don't know about this.  You go to vote, you put down

2  Trump.  You walk out, you think wow, at least I voted

3  for him.

4          DR. MARIA RYAN:  Yeah.

5          RUDY GIULIANI:  Uh-uh.  You only had a

6  20 percent of voting for him in Georgia because

7  80 percent of the ballots go to adjudication.  That

8  means that somebody comes in, some government -- a

9  Democrat from a democratic area, and looks at it and

10  says oh, I don't think that was clear enough, so I

11  think --

12          DR. MARIA RYAN:  It's actually not funny.

13          RUDY GIULIANI:  I think she really voted for

14  Biden and moved the vote over to Biden.  They do the

15  same thing with the provisional ballots.

16          DR. MARIA RYAN:  80 percent of the time that's

17  BS.

18          RUDY GIULIANI:  It shows you that it's a

19  crooked voting machine.  A voting machine should not be

20  moving 80 percent of the ballots to adjudication.  One

21  percent maybe, less than one percent if it's a decent

22  voting machine.  So why did the secretary of state,

23  Raffensperger, give the contract to a foreign company

24  that sends the votes overseas.

25          DR. MARIA RYAN:  And why did he lie to our

1  president, only two people dead?

2      RUDY GIULIANI:  Do you think there's maybe

3  something suspicious about it?

4      DR. MARIA RYAN:  Yeah, very suspicious.

5      RUDY GIULIANI:  And $110 million contract?

6      DR. MARIA RYAN:  Yeah.  Was there some kind of

7  kickback?

8      RUDY GIULIANI:  Oh, no, no, no.  We don't want

9  to say that.

10      DR. MARIA RYAN:  All right.  I'm going to put

11  my halo back on.

12      RUDY GIULIANI:  We can't say he's crooked at

13  this point.  All we can say is he's a dirty liar.  He's

14  a complete liar.

15      DR. MARIA RYAN:  Dirty birdie liar.  But hey,

16  this concerns me, Rudy.  Breaking news about these

17  machines, right?

18      RUDY GIULIANI:  We're going to have more on it

19  at 3:30 with a person in the field.

20      DR. MARIA RYAN:  Great.

21      RUDY GIULIANI:  Who's observed all of this,

22  observed all this machine breakdown and all the cheating

23  that's actively going on right now by the crooked

24  Democrats in Georgia that stole the presidential vote

25  from President Donald Trump.  Don't let anyone tell you

1  there wasn't fraud in this election.  It is on

2  television.  You come to me and I will show you the

3  video.

4          DR. MARIA RYAN:  Multiple videos, too.

5          RUDY GIULIANI:  Go to Rudy'sCommonSense.com

6  and look at it to your heart's content and you will find

7  out that what we're saying is true and what they're

8  saying is not just a cover up, it's cover up of a

9  massive crime, and God willing it's going to come out

10  before this country really starts heading in the wrong

11  direction and we can't start to move it back.

12          Coming up I'm going to get to speak with

13  you on Chat with the Mayor.  Call me on Tunnel to

14  Towers Foundation hotline at 1-800-848-9222.  Help

15  Tunnel to Towers to do good.  Donate $11 a month to

16  T2T.org.  That's T, the number 2T.org.  To hear me

17  discussion all of this, the election, the condition

18  it's in, go to my podcast, Rudy'sCommonSense.com.

19  There will be a new one today.  I think it will be

20  out at 6:00.  And to listen to us on Alexa, simply

21  say Alexa, enable the 77 WABC skill.

22          ANNOUNCER:  We are New York, talking about

23  what matters to you.  Now it's former New York City

24  Mayor Rudy Giuliani on New York's Talk Radio 77 WABC.

25          RUDY GIULIANI:  Rudy Giuliani back with you.

1  I have Dr. Maria Ryan with me today.

2      DR. MARIA RYAN:  Hello.  Hello.

3      RUDY GIULIANI:  And we're going to get to talk

4  to you on Chat with the Mayor, so let's head to the

5  Tunnel to Tower Foundation hotline at 1-800-848-9222.

6  1-800-848-WABC.  Remember, donate $11 a month to the

7  Tunnel to Towers Foundation at T2T.org.

8      The first caller is?

9      DR. MARIA RYAN:  Fred from Manhattan.

10      FRED:  Hi, Mr. Mayor and hi, Dr. Ryan.

11      DR. MARIA RYAN:  Hello.

12      FRED:  Hi.  We know that the Chinese communist

13  party wanted President Trump to be defeated for obvious

14  reasons.

15      DR. MARIA RYAN:  Yes.

16      FRED:  A little over a month at the end of

17  September the consul general of the Chinese Consulate in

18  Houston met with Governor Brian Kemp.

19      DR. MARIA RYAN:  Ooooh.

20      THE COURT:  A little over a month before the

21  election, and I have been trying to figure out why two

22  Republicans, the secretary of state and the governor,

23  have been pretty much on the opposite side of what the

24  Trump campaign would like to see.  And I'm just

25  wondering if there was any connection between this visit

1  and what happened subsequently?

2       DR. MARIA RYAN:  What do you think, Rudy?

3       RUDY GIULIANI:  Well, he met with the Chinese

4  ambassador was it?

5       DR. MARIA RYAN:  Who was it, Fred?

6       FRED:  I'm sorry?

7       RUDY GIULIANI:  Who did he meet with, the

8  Chinese ambassador did you say?

9       FRED:  The consul general.

10      RUDY GIULIANI:  Oh, the consul general in

11  Houston, Texas.

12      DR. MARIA RYAN:  That's where all the spies

13  were.

14      RUDY GIULIANI:  It's kind of a strange place

15  for the Mayor of Georgia to meet with the consul

16  general, right, in another city?

17      THE COURT:  Right.  And Houston, as you just

18  said, is like a spy den.

19      DR. MARIA RYAN:  Absolutely.

20      THE COURT:  Reported to be a spy den for the

21  Chinese.

22      RUDY GIULIANI:  Well, there's always a big

23  question, there's always a big question and, you know,

24  there's a big question about whether there's Chinese

25  money in Dominion, the voting machine company.  It is a

1  Canadian company, so that's bad enough in the sense

2  we're using a foreign company to count our votes, but

3  there's a big question as to whether there was a big

4  infusion of cash by China which if somebody had ever had

5  the courage to investigate then we could find out about.

6  So I can't tell you if there's a connection.  I can tell

7  you it's going to be investigated.  There's something

8  wrong with the governor and the secretary of state.

9         DR. MARIA RYAN:  Something's wrong.  It

10  doesn't smell right.

11         RUDY GIULIANI:  They're lying in a way that's

12  almost ridiculously stupid to say the election in

13  Georgia was clean or the cleanest ever.

14         DR. MARIA RYAN:  Then they don't know their

15  own people because the complaints and concerns are

16  coming from Georgians.

17         RUDY GIULIANI:  We're not making -- like some

18  idiot, some little fat idiot was on the other day that

19  works for Raffensperger.  Raffensperger was supposed to

20  have a press conference.

21         DR. MARIA RYAN:  Yeah.  His last name was

22  Sterling.  He's like the election manager, Gabriel

23  Sterling.

24         RUDY GIULIANI:  Raffensperger was supposed to

25  have a press conference, and a la Biden he went into a

1  basement and didn't answer any questions, but he sent

2  out this guy Sterling who then accused really me, my

3  legal team, of doctoring the tape of the woman who was

4  clearly stealing ballots.  It looks like a bank robbery.

5       DR. MARIA RYAN:  Yeah.

6       RUDY GIULIANI:  And this woman is also on tape

7  playing around with hard drives.

8       DR. MARIA RYAN:  You never even had the tape

9  in your possession, come on.

10       RUDY GIULIANI:  I never touched it, I couldn't

11  have doctored it.  It came from a sports arena.  It's

12  just exactly the same as it was before.  I saw it for

13  the first time in the legislature.  I saw it for the

14  first time when everybody else saw it.  In any event, he

15  just makes the wild accusation that we doctored it.

16       You don't have to doctor it.  It's nine

17  hours, and they play out an entire voter theft right

18  in front of you.  You can see it.  You can see them

19  getting rid of the people that were watching, you can

20  see them close down the doors, you can see them

21  casing the joint, you can see them being very

22  careful, and then taking the ballots out from under

23  tables.  You don't keep ballots under tables.  Then

24  you can see them furiously counting them with nobody

25  around, constantly looking around making sure

1  nobody's looking, and then you look at the breakdown

2  of votes during that period of time.  It was 134

3  Biden and 8,000 for Trump, and that is the margin by

4  which they brought him back, they brought Biden back

5  when nobody was around in the secret of the night

6  when nobody was looking, just the way crooks do it.

7         So there's something wrong with these guys.

8  They have that tape.  They can see that tape.

9  They've got to know that today there are all of these

10  allegations of machines breaking down just in

11  Republican areas, and what does the election depend

12  on?  The election for the Republicans depends on a

13  big turnout today.  The you bust up the machines and

14  you tell them come back later, you keep the vote

15  count down.

16         DR. MARIA RYAN:  How can you come back?  You

17  arrange child care, you're getting out of work.

18         RUDY GIULIANI:  All you have to do is cut down

19  turnout by ten percent.

20         DR. MARIA RYAN:  This is voter suppression.

21         RUDY GIULIANI:  Yeah.  It's voter suppression,

22  voter intimidation.

23         DR. MARIA RYAN:  The governor --

24         RUDY GIULIANI:  Voter elimination.

25         DR. MARIA RYAN:  I don't know, maybe national

1  guard.  The governor should be on the ground right now

2  looking into this.

3      RUDY GIULIANI:  Now, why wouldn't a Republican

4  governor -- let's say he got caught by surprise with a

5  crooked election for president.  Why wouldn't he

6  straighten things out between then and now, which he

7  could have done.

8      DR. MARIA RYAN:  Absolutely.

9      RUDY GIULIANI:  He could have changed a

10  consent decree, required more scrutiny of signatures, he

11  could have examined the machines and allowed -- he is

12  fighting us tooth and nail to look at those -- he won't

13  let us look at those machines.  So you've got to tell

14  me, tell me the secretary of state and the governor, if

15  they run an honest election wouldn't they be wanting to

16  show those machines to the whole world and say look,

17  look how Trump and Giuliani are falsely -- look how good

18  my machines are.  Wouldn't let us see a single machine.

19      I seem to remember when I was a U.S.

20  attorney, that's what crooks do.  So let's try --

21  let's try Linda from Long Island.

22      LINDA:  Hi.

23      RUDY GIULIANI:  Linda.

24      LINDA:  I love you both.  I try never to miss

25  this show, the only one.

1        You know your broken windows theory?  That

2   really worked in New York and made us a really good

3   city.  This is exactly what happened.  Hilary Clinton

4   got away with everything she did, and they saw that.

5   They saw nobody did anything, like any criminal.

6   They never did a thing about her, you know.  They let

7   her get away -- she got away with everything.

8        DR. MARIA RYAN:  Ben Ghazi.

9        THE COURT:  And they're thinking they're going

10   to get away with it now, and they are.

11        RUDY GIULIANI:  Biden is getting away with

12   making millions over the last 30 years by selling his

13   office.

14        DR. MARIA RYAN:  Kickbacks.

15        LINDA:  Exactly.

16        RUDY GIULIANI:  All proven.  All proven on a

17   hard drive, all proven with text, tape record things,

18   recordings, documents, proven 50 times over and they are

19   covering it up.  Who is they?  They is the

20   establishment.

21        LINDA:  Really, everyone I talk to, everyone

22   knows.  Most people know that it's crooked, so what so

23   we do?  What do we do.

24        RUDY GIULIANI:  I'm going to tell you that one

25   when we come back.

1      LINDA:  Thank you.

2      RUDY GIULIANI:  I'm Rudy Giuliani with Common

3  Sense.  We're going to uncover the truth and get to a

4  solution on Talk Radio 77 WABC.

5      ANNOUNCER:  Mayor Rudy Giuliani on 77 WABC.

6      RUDY GIULIANI:  Rudy Giuliani.  I have

7  Dr. Maria Ryan with me.  Now I get to talk with you on

8  Chat with the Mayor.  Let's turn to Tunnel to Towers

9  Foundation hotline 1-800-848-WABC.  Help the Tunnel to

10  Towers Foundation do good at T2T.org.

11      And Maria, we have a special guest, Kathy

12  and Preston who are in Georgia and have eyewitness

13  information about what's going on there.  Preston,

14  Kathy?

15      PRESTON HALIBURTON:  This is Attorney Preston

16  Haliburton from Georgia.

17      RUDY GIULIANI:  And you're with Kathy?

18      THE COURT:  Hi.  This is Kathy from Custer

19  County, yes.

20      RUDY GIULIANI:  So tell me what's going on in

21  Georgia right now.

22      KATHY:  Well, we've been having a lot of

23  problems.  I'll let Preston start and then I can fill

24  y'all in.

25      RUDY GIULIANI:  Please, yeah.  We're very

1 interested.

2      THE COURT:  My law office here in Georgia, I'm

3 located in middle Georgia, west Georgia and Atlanta, and

4 we're getting bombarded with calls from whistle blower

5 complaints to issues with machines to chains of custody

6 to provisional ballots not being handled properly and an

7 overall just a general distaste of trust from the

8 general constituents out here.  This is all coming into

9 my office.  I think Kathy in her position, she's a

10 client of mine, I think she can kind of go into some

11 specifics being on the ground there.  Kathy.

12      RUDY GIULIANI:  Good.  Good.

13      DR. MARIA RYAN:  Kathy, what is your roll?

14      KATHY:  Well, I'm first of all the county

15 chair for Coppee County, but I'm also the under 80,000

16 share for the Georgia Republican Party, so I'm over the

17 rural counties of Georgia.

18      DR. MARIA RYAN:  Okay.

19      KATHY:  So I'm getting a lot of input in --

20 I'm getting a lot of information from all these other

21 counties of things that are happening, so.

22      DR. MARIA RYAN:  Give us some examples of

23 what's going on on the ground.

24      RUDY GIULIANI:  Yeah.  Do specifics.

25      KATHY:  First of all, here in Coppee County we

1  had a problem for about two hours with the ENet system.

2  That's the computer system that checks in our voters.

3  It went down for two hours.

4          DR. MARIA RYAN:  Oh, my goodness.

5          KATHY:  I know.  Well, luckily a lot of our

6  county supervisors who've been doing this for a number

7  of years, they know to print a paper roll so they can

8  check voters off then with a paper roll.  Now of course,

9  our secretary of state tells them not to do that, do not

10 print a paper roll.  You know, a lot of our supervisors

11 have been doing this for a number of years.  They know

12 how to do backup, and so, you know, luckily --

13         DR. MARIA RYAN:  Why would the secretary of

14 state tell you not to do a great backup plan.

15         KATHY:  That's what they've been told.

16         DR. MARIA RYAN:  Okay.

17         KATHY:  And when they question them, they just

18 kind of tell them that's the way we want it handled.

19         DR. MARIA RYAN:  So we understand there's a

20 major problem on the ground with your ENet system going

21 down for two hours.  Now, is it true besides the voter

22 registration piece going down so you can't do that cross

23 check, how about the voting machines?

24         KATHY:  Well, we had problems with that too.

25 We've had problems in several counties.  In Columbia

1  County, several precincts, especially Republican heavy

2  precincts, they couldn't even get the machines to start

3  working this morning.  Houston County had tons of

4  problems:  Kowega County --

5        DR. MARIA RYAN:  So what does that mean for

6  the voter?  I go to vote and then I'm told the machine

7  is down.  What are my options?

8        KATHY:  Well, you can be given a provisional

9  ballot, and that's what the complaints have come in for

10  Preston is this chain of custody on the provisional

11  ballots.  One person told me they're just dumping them

12  in a clothes basket.

13        DR. MARIA RYAN:  Oh, my goodness.

14        KATHY:  You know, to the voter that doesn't

15  look very professional.

16        DR. MARIA RYAN:  Have you called the media?

17        KATHY:  Well, you know, down here we're just

18  documenting what's going on.  You know, I'm in the rural

19  part of Georgia, so it's not like we can just pick up

20  the phone and call Fox News or OAN or anybody like that.

21        DR. MARIA RYAN:  Right, right.

22        KATHY:  So hopefully these larger counties are

23  calling the media, but is the media really paying

24  attention to what's going on?

25        RUDY GIULIANI:  No, they're covering it up.

1 So Kathy, is this what happened during the presidential

2 election?

3      KATHY:  Oh, this is the stuff we had going on

4 even during the primaries, you know, when we were doing

5 the presidential primary, just equipment failure

6 overall.

7      RUDY GIULIANI:  How good are these Dominion

8 machines?

9      KATHY:  There's a lot of kinks in them.

10 They're just not a very good standard machine.  They

11 weren't tested out very well, and so you've got not a

12 lot of training for our county personnel.  They were

13 really sure of the old system, and then they just bring

14 them in in a rush job during the primary, and then the

15 questions weren't answered.  You know, when we pointed

16 out to the secretary of state we had problems, they

17 ignored us, and so we had the same problems.  Then we

18 couldn't certify.  And then we know what happened in

19 Coppee County when we couldn't certify.

20      RUDY GIULIANI:  Yeah.  Tell us that.  So when

21 you couldn't certify because you could never get the

22 vote to balance, right?

23      KATHY:  Correct.  We could never get the same

24 results.

25      RUDY GIULIANI:  From the machines.

1      KATHY:  From the machine, yes, from the

2  scanners.

3      RUDY GIULIANI:  The machines kept changing the

4  vote?

5      KATHY:  Yes.  We could not get the same result

6  within a margin of error that our board felt comfortable

7  certifying, and so when we called the --

8      DR. MARIA RYAN:  Sorry.  I didn't mean to

9  interrupt you, Kathy.  Coppee County is a role model to

10  all of our children to do what is right.  You could not

11  certify those votes at all.  There was too much going on

12  and you guys did the right thing.

13      RUDY GIULIANI:  You got pressured, didn't you,

14  Kathy?

15      KATHY:  Several counties did, yes.  Luckily

16  our attorney here just basically advised not to certify.

17      DR. MARIA RYAN:  You're a hero, Preston.

18      KATHY:  I think Preston was trying to say

19  something, so.

20      RUDY GIULIANI:  Preston?

21      PRESTON HALIBURTON:  Yes.  That's consistent

22  with what we saw in adjoining counties.  My

23  understanding is Kathy and others down in these rural

24  counties made calls to the secretary of state even

25  directly, to the secretary of state and agents of the

1  secretary of state.  Apparently they were told to go

2  ahead and certify, not knowing the actual numbers yet is

3  my understanding; is that correct, Kathy?

4       KATHY:  Yes.  We had counties that were 106

5  votes off.  We had a smaller county that was 2.3 percent

6  off and they were trying to reconcile it and they just

7  said they didn't want to certify it.  They wanted to try

8  to fix it and try to figure it out, and they were forced

9  to certify.

10      DR. MARIA RYAN:  That's terrible.

11      THE COURT:  We had several counties that were

12  told they had to certify.

13      RUDY GIULIANI:  So they had to certify a false

14  number?  They had to certify a false number?

15      KATHY:  Yes.

16      DR. MARIA RYAN:  Secretary State

17  Raffensperger, I hope you're listening.  You belong in

18  jail.  This is part of our democracy.  Our freedom is

19  voter integrity.  I am mad.  If anybody has a plane to

20  fly me down there, I want to meet this guy in the alley.

21      RUDY GIULIANI:  You want to meet him in the

22  alley?

23      DR. MARIA RYAN:  All right.  Maybe not in the

24  alley, but I'm mad.  I am so mad about this whole

25  presidential election, I am mad at the politicians who

1 went with the company.  Look at how brave Texas was.

2 Texas rejected Dominion.

3          RUDY GIULIANI:  Crooked Dominion machines.

4          DR. MARIA RYAN:  Yep.

5          RUDY GIULIANI:  Kathy, what's going to happen?

6 How much will this affect the result in the race.  I

7 mean, how hurt are Pence, not Pence, Perdue and

8 Loeffler?

9          KATHY:  We worry about these counties where

10 there was problems and it took awhile to vote.  What

11 about the voter who came in early that morning and now

12 they didn't vote.  We know we had some people walk away.

13 Are they going to come back?

14          DR. MARIA RYAN:  Probably not.  We all have

15 busy lives.

16          KATHY:  Yeah.

17          RUDY GIULIANI:  Is this happening in Fulton

18 County?

19          KATHY:  That I don't know.

20          RUDY GIULIANI:  We'll go find out.

21          KATHY:  I do know we had a problem in Houston

22 County of a voter, when they went to go vote they said

23 you've already voted in Fulton County, and they said

24 I've never lived in Fulton County.  Come to find out,

25 their residence was changed on November 30, 2020.  And

1  so somebody went in, changed their residence to Fulton

2  County and voted for them in Fulton County, and they

3  lived in Houston.

4          RUDY GIULIANI:  Would it be fair to say that

5  the president is correct that the election in Georgia on

6  the third was a mess, a crooked mess?

7      KATHY:  It was a mess, yes.

8          RUDY GIULIANI:  And the attorney general won't

9  let us look at the machines, he won't let us look at the

10  ballots.  He's covering it all up as if it contains

11  incriminating evidence.  I mean, it's amazing.

12         KATHY:  I've always been told that the ballots

13  belong to the people.  They are public evidence.

14         RUDY GIULIANI:  No.  They belong to

15  Raffensperger and the fat guy, I forgot his name.

16         DR. MARIA RYAN:  Gabriel Sterling.

17         RUDY GIULIANI:  Is Gabriel Sterling that

18  little fat guy who lies?  The whole thing was a bunch of

19  lies.  He said there were no ballots that were being

20  destroyed.  We've got pictures of ballots being

21  destroyed.  I guess these guys either sleep all day or

22  they're lying, one or the other, right?

23         KATHY:  Something's going on.

24         RUDY GIULIANI:  Yep.

25         KATHY:  When they publicly call, for example,

1 when they talk about Coppee County, they say that our

2 supervisor kept scanning the same 50 over and over and

3 that was a lie.  That was a lie.

4        DR. MARIA RYAN:  They're ruining her

5 reputation to cover up their crimes.

6        KATHY:  Some people here in our town were

7 worried she was going to get arrested.  We just were

8 like no, we've got her back.  She's protected.  She's

9 good, you know.

10       RUDY GIULIANI:  Well, I've been in court with

11 Preston Haliburton, and you've got a good lawyer, Kathy.

12       PRESTON HALIBURTON:  Thank you very much.

13       RUDY GIULIANI:  You are a good woman and you

14 keep us posted.  Somehow together the good people of

15 America are going to straighten this out.  When we've

16 got people like you, I've got hope.

17       DR. MARIA RYAN:  Yep, that's right.  Get this

18 out, get it everywhere and we've got to make a change.

19       RUDY GIULIANI:  We're in it together.  They're

20 not just cheating in Atlanta.  These Democrats are

21 cheating wherever they can get away with it, wherever

22 they can get away with it.

23       DR. MARIA RYAN:  But Georgians, we believe you

24 and we're listening.

25       KATHY:  Thank you very much.

1       RUDY GIULIANI:  And keep coming out in the

2   voting.  We can't let them get the Senate.  We can't, we

3   can't, we can't.

4       KATHY:  And tell people to keep out and save

5   our country.  Vote.  We need all our Georgians to get

6   out there and vote.

7       DR. MARIA RYAN:  Yeah.

8       KATHY:  As we keep saying, we have to out vote

9   the fraud.

10       RUDY GIULIANI:  Absolutely.

11       DR. MARIA RYAN:  That's right.  That's right.

12   Rudy was taught that when he was running for mayor.

13       RUDY GIULIANI:  Absolutely.  So we'll go to

14   John right nearby in New Jersey.

15       JOHN:  Rudy.

16       RUDY GIULIANI:  Hey, John.

17       JOHN:  I'm asking you, Rudy, when you talk to

18   Donald Trump tonight.

19       RUDY GIULIANI:  Yeah.

20       JOHN:  You should advise him that he has to

21   declare marshal law.  He's got to temporarily suspend

22   our Constitution and then have our military supervise

23   another presidential election in the seven disputed

24   states with the heavy vote fraud.  I'm talking about

25   Georgia, Pennsylvania, Michigan, Wisconsin, Nevada,

1  Arizona.

2       RUDY GIULIANI:  John, I know you and I are on

3  the same side and I have the same strong feelings about

4  that as you do, but I'm his lawyer and I can't really

5  advise him to do that.  He can't bring the military into

6  this.  We've got to try to do it with domestic law

7  enforcement even though they're not cooperating the way

8  they should.  I agree there's a real temptation to do it

9  because I don't know where the FBI is.  They may be

10  working in China or something, I don't know.  But we've

11  got to try to do it with the tools that we are allowed

12  to have under the Constitution.

13       DR. MARIA RYAN:  You know, you're the voice of

14  reason, Rudy, you really are.

15       RUDY GIULIANI:  I agree with the sentiments,

16  so.

17       DR. MARIA RYAN:  I am totally with you, John.

18       RUDY GIULIANI:  Dr. Maria knows how much this

19  hurts me.

20       DR. MARIA RYAN:  Yeah.

21       RUDY GIULIANI:  This is like personally

22  painful to watch this happening.

23       DR. MARIA RYAN:  Our country.

24       RUDY GIULIANI:  To my country and to my

25  justice system.  My justice system, your justice system,

1  our justice system.  I'm Rudy Giuliani and with Common

2  Sense we'll uncover the truth and we'll get to a

3  solution on Talk Radio 77 WABC.

4         RUDY GIULIANI:  For over 40 years Delta Rescue

5  has provided dedication and everlasting love to animals

6  that are left behind.  Delta is the largest no kill and

7  care for and right to life animal sanctuary in the

8  world.  This super sanctuary is home to up to 1500

9  animals that have been abandoned or born in the

10  wilderness and care for every animal for the entirety of

11  their life.  Every animal receives the very best of

12  care, and Delta relies solely on donor contributions

13  from people like you who care.

14         By being a part of the Delta mission you

15  know the difference between life and death.  Donate

16  today at DeltaRescue.org.  But for information on

17  Delta's tax saving estate planning go directly to

18  DeltaRescue.org/Rudy, me.

19         DR. MARIA RYAN:  Rudy.

20         RUDY GIULIANI:  And ask for Rudy's free estate

21  package.  It lays out all you need to know about growing

22  your estate while letting your compassion for animal

23  live well into the future.  It's only available at

24  Deltarescue.org/Rudy.  Show your dedication and

25  everlasting love and make your legacy last for the

1  animals.  Visit DeltaRescue.org/Rudy today.

2      ANNOUNCER:  We are New York talking about what

3  matters to you.  Now it's former New York City Mayor

4  Rudy Giuliani on New York's Talk Radio 77 WABC.

5      RUDY GIULIANI:  Rudy Giuliani's back again it.

6  It's quite interesting what Kathy and Preston had to

7  tell us about the ongoing fraud in Georgia.

8      So much for what happened in the election

9  on November 3rd that we know the secretary of state

10  lied to the president about, the sniveling weasel who

11  was tape recording the conversation without telling

12  anyone.  But, you know, they pulled this thing on the

13  President before, tape recording conversations.  No

14  one will accept he's an honest guy.

15      DR. MARIA RYAN:  Exactly.  Raffenspooper came

16  out -- I mean Raffensperger came out today and said this

17  is the most efficient election and we just heard from

18  eyewitnesses, eyewitnesses.

19      RUDY GIULIANI:  It doesn't seem like Kathy and

20  Preston feel like it's the most efficient election ever,

21  or the 50 witnesses that testified or the 400 affidavits

22  we had or all the women and men who came in and were

23  told you voted already, you voted already, you voted

24  already, you voted already.  Do you know where they

25  comes from.  That comes from cheating.  That comes from

1  taking their names and using their names for phoney

2  voters.

3        They also, if I have the number correct,

4  they had something like 65,000 underage voters in

5  Georgia.  This is no like speculation.  They're under

6  age.  So you say to yourself why did all these kids

7  show up to vote?  Kids don't like to vote.

8        DR. MARIA RYAN:  Right.  And what was the

9  number again, 65?

10        RUDY GIULIANI:  65,000.  The margin of victory

11  was 11,000.

12        DR. MARIA RYAN:  What?

13        RUDY GIULIANI:  Those votes probably broke

14  eight to two, nine to one for Biden, which would mean

15  that Trump actually won if you just use that by 30,000

16  votes.  Now, everybody says well, all those kids voted.

17  Okay, grow up.  Use your common sense.  Those are phoney

18  votes.

19        DR. MARIA RYAN:  Yeah.  What do they, do they

20  pull their name?

21        RUDY GIULIANI:  They write up ballots.

22  They've got to assign a number to the ballot.  They go

23  to whatever list they have.  Maybe this is the DMV list,

24  and these are kids with licenses or provisional license,

25  whatever you call it.  They're working so fast and so

1  quickly because they've got to pump in 5,000 votes,

2  10,000 votes, 50,000 votes.  They don't notice if the

3  person's underage and they just register them, and then

4  later when you do an audit and you go back and look you

5  see 15 years old voting, uh-uh.  And then you go back

6  and find the guy.  I'm sorry.  I didn't vote.  I didn't

7  vote.  That's the sign of a very typical voter fraud

8  that's been going on in Chicago and Philadelphia for

9  about a hundred years and Atlanta, which is a crooked

10  Democrat city where half the mayors go to jail just

11  adopted it.

12      DR. MARIA RYAN:  And such a big number.  It's

13  not like two people they used underage names.

14  Sixty-five, 66,000 people.

15      RUDY GIULIANI:  And the margin of victory is

16  11,000.  And then I told you the other number from

17  before when you can see the voting at the Fulton County

18  center, that was 30,000 vote that we can see.  That gets

19  translated into 138,000, 130 for Biden and a measly

20  8,000 for Trump.  Now you say how did 30,000 become

21  138,000.  Wolves and fishes, right?  Wolves and fishes.

22  No, they put the ballots in because nobody's looking.

23  That's why they threw all the people out.  They put the

24  ballot in the phoney machine, the phoney Dominion

25  machine one time, two times, three times, four times,

1  and I can show it to you on tape if you would like to

2  see how big a liar Governor Kemp and Secretary of State

3  Raffensperger and the little fat guy are.

4         DR. MARIA RYAN:  The little fat guy.

5  Raffensperger has all these names for him.

6  Rattenperger, Rattenpoopoo.

7         RUDY GIULIANI:  Don't make him sound like the

8  quarterback for the Pittsburgh Steelers.  We got a lot

9  of complaints.  I had somebody on the show who

10  pronounced his name like it was Roethlisberger.  It is

11  not Roethlisberger.  We have no information of

12  Roethlisberger who's a slimy little weasel who would

13  tape record people without telling them.  I have the

14  sense that Mr. Roethlisberger would never do that

15  because I think he's a man of honor, and therefore let's

16  be very, very careful that we don't associate the slimy

17  little weasel with a very fine quarterback in the NFL.

18  He may not play for my team, but he's is a very fine

19  quarterback and we have no reason to kind of connect him

20  with this slime bag, right?

21         DR. MARIA RYAN:  That's right.

22         RUDY GIULIANI:  And I bet he would never do

23  something like that because most people wouldn't.  You

24  know, even some people that are bad people wouldn't do

25  this because they realize how important our vote is, how

1  important it is that you have to have a free vote.  You

2  have to have a free country.

3      DR. MARIA RYAN:  Yeah.

4      RUDY GIULIANI:  And do you realize how these

5  Democrats have assaulted our freedom this year, freedom

6  of speech, freedom of religion, freedom of movement.

7  What are they doing to restaurants.  They're destroying

8  restaurants here in Washington.  Restaurants are all

9  closed.  They lost all the New Year's money.

10     DR. MARIA RYAN:  Yeah.

11     RUDY GIULIANI:  New York City the same thing.

12     DR. MARIA RYAN:  Let's fight that, people.

13     RUDY GIULIANI:  Restaurants are closed down

14  and hotels are being held back because they don't want

15  people to come to the rally tomorrow.

16     DR. MARIA RYAN:  Peaceful America.

17     RUDY GIULIANI:  But tomorrow we'll be here for

18  the rally.

19     DR. MARIA RYAN:  Come on out.

20     RUDY GIULIANI:  And the big vote, and we'll

21  describe it to you in great detail.  Dr. Ryan, thank you

22  so much form joining me.

23     DR. MARIA RYAN:  Love you, Rudy.

24     RUDY GIULIANI:  Good bless America.  God bless

25  America.  God bless America.  God bless America.

1  (End of recording.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    CERTIFICATE OF REPORTER

2

3          I, Charlotte Crandall, certify that I was

4    authorized to and did transcribe the foregoing audio

5    recorded proceedings and that the transcript is a

6    true and complete record of my stenographic notes

7    from an audio recording and was transcribed to the

8    best of my ability.

9

10         Dated this 19th day of January, 2021.

11

12

13

14

15

16         _____

17              Charlotte Crandall
                 Registered Professional Reporter

18

19

20

21

22

23

24

25