# Exhibit 176

Rudy Giuliani Common Sense
January 06, 2020

1

2

3

4

5

6

7

8        RUDY GIULIANI'S COMMON SENSE

9            PODCAST EPISODE

10   WATCH this BEFORE January 6th/Rudy Giuliani/Ep. 100

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Rudy Giuliani Common Sense
January 06, 2020                                    2

1        RUDY GIULIANI:  Hello and happy New Year.

2   This is Rudy Giuliani with Rudy's Common Sense, another

3   episode delving into, in this case, a very historic

4   occasion.  January 6, 2021 will be a day that lives in

5   history.  It will be on a par with three prior occasions

6   where a dispute of this magnitude occurred in the

7   selection of our president, in 1800 in the disputed

8   election between Jefferson and Burr where they became

9   tied and it had to be decided in the Congress, the

10  election of 1886 between Rutherford B. Hayes and Samuel

11  Tilden which ended up with the gentleman with the fewer

12  electoral votes, Hayes, becoming the president of the

13  United States based on an ad hoc commission that was put

14  together to help make the decision, and then, of course,

15  the election of 2000 between Bush and Gore which ended

16  up getting decided in the Supreme Court.

17        So now we have another disputed election of

18  that magnitude, possibly even greater, in which

19  Joseph Biden appeared to receive the most electoral

20  votes within a week or two after the election.  It

21  took a long time to count the ballots, but in which

22  the president, the sitting president, Donald Trump,

23  has raised serious questions about six to ten states

24  in which it appears as if there was stealing that

25  went on of a very, very large magnitude.  It doesn't

1  just appear that way.  The President has presented in

2  state legislatures, namely in Pennsylvania, in

3  Georgia and in Arizona substantial evidence in the

4  way of witnesses, documents, videotapes, expert

5  analysis of data has presented a very, very strong

6  case that in each one of the states that were

7  mentioned there was significant voter theft to such

8  an extent that it changed the result.  In other

9  words, these were states that Trump had won that were

10  changed by various methods of voter fraud, the most

11  frequent of which was to miscount, to secretly count

12  the mail-in ballots, and also to produce fraudulent

13  mail-in ballots to supplement the vote that Biden

14  didn't receive.  This evidence is, in the form of, as

15  I said, affidavits from witnesses, a thousand about,

16  probably a hundred of which have testified in

17  legislatures around the country, videotape that we

18  can discuss, and then expert witness examination of

19  statistics, and expert witness examination of the

20  Dominion machines which, at least in the occasion of

21  the 22 machines that have been examined, showed that

22  the machines were not only able to be changed in

23  almost any way you wanted to, but in fact, were

24  changed and switched six thousand votes from Biden to

25  Trump in just one small area.  The rest of those

Rudy Giuliani Common Sense
January 06, 2020                                    4

1  Dominion machines all around that country have not

2  been examined because they're mostly Democrat,

3  although in some cases Republican election officials

4  and governors are for some reason concealing the

5  machines.  They're not allowing an examination of

6  them, and they're not allowing an examination of the

7  mail-in ballots which the Trump campaign maintains

8  some of those ballots are false and fraudulent.  In

9  fact, thousands and thousands of them are false and

10  fraudulent.

11        So the disputes are strongest, biggest and

12  of a magnitude that would change the result of the

13  election if the fraudulent votes for Biden were

14  discounted, and the legitimate votes for Trump were

15  recognized.  It would change the result in

16  Pennsylvania, Michigan, Arizona, Nevada, Georgia,

17  Wisconsin and New Mexico.  So each one of those is

18  being challenged.  Each one of those has a separate

19  set of electors.  So you have two separate sets of

20  electors, the Democrat electors for Biden, the Trump

21  electors, Republicans for Trump, and both have been

22  sent to the president of the Senate, who happens to

23  be the Vice President.  And when the electoral

24  college meets which is what January 6, 2021 is all

25  about, when the electoral college meets, there will

Rudy Giuliani Common Sense
January 06, 2020                                          5

1 be, I'm certain, a challenge to at least those six

2 slates of electors.  And so Arizona would be the

3 first to come up in alphabetical order, and you can

4 expect when that comes up, the objection will be

5 raised by one member of Congress and one member of

6 the Senate, which is what has to be done under the

7 Electoral Count Act of 1877.

8        But before we get to that, it's not even

9 certain what the procedure should be because the

10 Electoral Count Act of 1877, although it's been there

11 since 1877, is of questionable constitutionality.

12 It's been there forever.  Its constitutionality has

13 never been challenged, and it has very serious

14 problems.

15        There are several law review articles, one

16 in the University of North Carolina's Law Review,

17 then another in the Rutgers Journal of Law and Public

18 Policy and numerous others in which it is very, very

19 strongly argued that the Electoral Count Act of 1877

20 is unconstitutional.

21        This would be a good opportunity to take a

22 short break.

23        My friends, if you want to help preserve

24 America right now while you still can, join AMAC, the

25 Association of Mature American Citizens, the fastest

Rudy Giuliani Common Sense

1   growing conservative group in America, especially for

2   those age 50 and up.  Joining AMAC gives you access

3   to money-saving benefits, cutting edge news, and a

4   great bi-monthly magazine.  More importantly, AMAC

5   fights for you.  A socialist storm is brewing.  Our

6   constitutional republic has rarely faced the perils

7   we do today.

8           Edmund Burke said it best.  All it takes

9   for evil to prevail is for good people to do nothing.

10  If you care about our future like I do, then join

11  AMAC today.  Over two million conservatives like you

12  and me have already joined AMAC.  Stand with us by

13  joining right now.  Just go to AMAC.US/Rudy.  That's

14  AMAC.US/Rudy.  The benefits of AMAC membership are

15  great, but the cause is even greater.  Join today at

16  AMAC US/Rudy.

17          Thank you and we'll get back to the

18  analysis of these very interesting and somewhat

19  complex options.  So here are the options, and I'll

20  try to simplify them and we'll see which one is

21  actually utilized and what the final result is.

22          So let's say you follow the Electoral Count

23  Act of 1877, the act that has never been tested for

24  constitutionality and the act that has been attacked

25  by many scholars as unconstitutional largely because

1  it takes power away from the House of Representatives

2  and the state legislatures that have been given by

3  the Constitution to them which can't be taken away

4  just by Congress.  That's the short and simplified

5  version of why these professors and law review

6  articles have over the years argued that it's illegal

7  and unconstitutional.  But let's assume you follow

8  it.  What it says is the electoral college comes

9  together, you call the roll.  When the state of

10  Arizona comes up you can expect that there will be an

11  objection from the Republican Congress member and

12  Republican senator.

13        As soon as that objection is made, the

14  joint body has to separate according to the act, or

15  the Senate's got to go back to the Senate chamber and

16  leave the much larger House of Representatives'

17  chamber, and for two hours they both have to debate

18  Arizona.  Was the vote legitimate, wasn't it

19  legitimate, which set of electors are the proper

20  electors.  In the case of Arizona, Republicans will

21  raise the number of noncitizens that voted, which go

22  beyond the margin of difference between Biden and

23  Trump.  They will raise the number of votes that were

24  entered without observation by Republicans or

25  secretly voted.  They will argue the number of

Rudy Giuliani Common Sense
January 06, 2020                                    8

1  out-of-state people that voted, and they'll also

2  argue about the Dominion machines which are alleged

3  to have an algorythm which gave Biden a distinct

4  advantage.  In this case it would be in Maricopa

5  County, which is the largest county, where those

6  machines with used, and there are a series of other

7  objections to Arizona, where if you counted them up

8  you'd have about 130, 140,000 votes that would change

9  from a vote for Biden to a vote for Trump.  That's

10  got to be debated.

11        Then both houses come back and they report

12  to the chairman of -- the president actually.  It's

13  called the president of the electoral college, and

14  that is none other than Vice President of the United

15  States, Mike Pence, who then has to decide what to

16  do.  And according to the law, unless the two houses

17  vote together, the group of electors sent by the

18  state to the electoral college are seated, which

19  would mean in the case of Arizona the group for

20  Biden.  And then that will go on and on until you get

21  to the group of states in each case where an

22  objection is raised by a member of the Senate and a

23  member of the House, any member from any state.  So

24  in other words, the state of Georgia comes up and

25  there's an objection to Georgia by two members.  Then

Rudy Giuliani Common Sense
January 06, 2020                                    9

1  the separate debate takes place on Georgia or

2  Michigan or Wisconsin, on and on and on.  And there

3  may well be debates on states that I haven't even

4  mentioned.  These are the ones that have evidence,

5  substantial evidence of both voter fraud and amounts

6  of voter fraud that go way beyond the margin between

7  Biden and Trump, so that surely will be argued.

8         A state like Pennsylvania, when you look at

9  all the evidence that the Republicans have obtained,

10  most dramatic of which is the inspectors or the

11  watchers who were excluded so that 680,000 votes were

12  counted secretly in Philadelphia and Pittsburgh.  If

13  that evidence is taken into consideration, then that

14  state goes from a loss for Trump of about 85,000 to a

15  win of about four or 500,000.  Remember, Pennsylvania

16  was a state that he was winning by 800,000 before

17  they called off the count, and then inserted about

18  600,000 ballots in the middle of the night, of which

19  all were for Biden.  So you can see this evidence is

20  very, very powerful, and it could lead to massive

21  changes in what happens.

22         Well, once that's all done, you'll be able

23  to determine the electoral vote that's going to be

24  recognized.  And if that vote is over 270 for either

25  candidate, and going in Biden has those votes, but

Rudy Giuliani Common Sense
January 06, 2020                                      10

1  Trump has very, very strong arguments in seven states

2  that would take those votes away from him.  But if

3  anyone gets 270, then that person would be the

4  President of the United States if you follow the

5  Electoral Count Act.

6          If neither candidate is at 270, then

7  immediately, immediately, the Constitution says

8  immediately, which means the next minute, everything

9  breaks down, the House goes back to the House, the

10  Senate goes back to the Senate, the choice of

11  President is given to the House of Representatives

12  and the choice of Vice President is given to the

13  Senate, and that's how you get there.  You get there

14  if there is less than a majority in the electoral

15  college, and I just demonstrated to you under the

16  Electoral Count Act how that could happen.  That

17  could happen based on the debates, and if three

18  states, let's say just about any three states of this

19  group were taken away from Biden, even if they

20  weren't given Trump, you would go below 270 and you'd

21  have to go to the House of Representatives.

22          Now, you say that would lead obviously to

23  the election of Biden because the House of

24  Representatives, although the margin has been

25  dramatically decreased to about nine, maybe ten, I

Rudy Giuliani Common Sense
January 06, 2020                                    11

1  guess it hasn't been decided yet, it would decidedly

2  go to Biden, so it's all over with.  Just the

3  opposite.  The Constitution creates a different vote

4  or a different type of voting for the House of

5  Representatives.  It says in the case of selecting a

6  president this way, they vote as a delegation.  In

7  other words, no matter how many congress members you

8  have, you've got one vote.  So Wyoming that has only

9  one congressman has one vote.  And California, that

10  seems to have thousand congress people gets one vote.

11  Everybody gets one vote.  Now if you take a good

12  look, the Republicans have the majority.

13        Republicans have in the new congress I

14  believe it's 26 to 23, and one is a tie.  I believe

15  that's Pennsylvania.

16        I think this would be a good opportunity

17  now to take a short break.

18        If you want a good cigar, go to a good

19  cigar shop.  If you want the best, go to Famous Smoke

20  Shop.  Let Famous Smoke deliver your favorite cigars

21  right to your doorstep at America's lowest prices.

22  Famous opened in 1939 as a small shop in New York

23  City.  Today it's the largest, privately held

24  American cigar business in the country.  That's 80

25  years experience in the cigar business, and they're

1  putting that experience to work for you, making deals

2  on the cigars you love from affordable everyday

3  smokes to high-end luxury cigars for your next

4  special occasion.  Go to famous-smoke.com/Rudy and

5  click the activate button to apply the promo code.

6  Pick from more than a thousand cigar brands fresh and

7  ready to ship from Famous Smokes' climate controlled

8  24,000 square foot humidor.  Check out with the promo

9  code Rudy 20.  That's Rudy, R-u-d-y 2-0 and get $20

10 off your order.  Every cigar purchase you make is

11 backed by the Famous guarantee.  Get real cigars from

12 a real cigar shop shipped to you from Famous Smoke

13 Shop.  Go to Famous-smoke.com/Rudy.  That's

14 Famous-smoke.com/Rudy.

15         Let's get back to the discussion of this.

16 I hope this is making it easier for what's going to

17 happen and what you're going to have to follow on

18 January 6th.  If they vote by party line, if they

19 vote in a partisan way, then Trump, if it goes to the

20 House, would win, but they don't necessarily have to

21 vote that way, but he would go in with the advantage.

22         Now, here's another different scenario.

23 That one is a scenario if you follow the Electoral

24 Count Act of 1877, which by the way, just in case

25 you're interested in the history of it, was put into

1  effect right after the Hayes/Tilden disputed election

2  in which Hayes won even though he had less electoral

3  votes because Tilden could never get to a majority.

4  So they set up this whole procedure for how to do it.

5        The problem is, from the time it was

6  passed, and it's never been used and it's never been

7  tested by the court, a large number of constitutional

8  law scholars, and I don't put myself in that category

9  as a scholar, but I did get an A in constitutional

10  law in law school, and I argued a case before the

11  Supreme Court, and I spent a great deal of time

12  reading and thinking about the Constitution and

13  debating it, and of course constitutional law

14  involves almost every case you ever prosecute.

15  Questions under the Constitution come up, so I'm a

16  pretty good knowledgeable source on the Constitution.

17  But constitutional scholars have spent all their time

18  looking at this.  A very significant number of them

19  believe firmly that the Electoral Count Act of 1877

20  is absolutely unconstitutional.  And I'm not going to

21  spend a lot of time explaining it.  It's extremely

22  detailed.  The article in the University of North

23  Carolina Law Review, I think it's about 60 or 70

24  pages, and I kind of wouldn't force it on you, but if

25  you want to it was published in 2002, or you could go

Rudy Giuliani Common Sense
January 06, 2020                                    14

1  to the shorter version which is the Rutgers Journal

2  of Law and Public Policy on the unenforceability of

3  Electoral Count Act so you get the idea of their

4  conclusion, the unenforceability of the Electoral

5  Count Act.  That conclusion is that it was

6  unconstitutional by Chris Land and David Schultz.

7  That's a shorter article, maybe a little easier to

8  read.  They come to the same conclusion, slightly

9  different reasons.

10        The main reason the Electoral Count Act of

11 1877 is I believe unconstitutional is because it

12 changes the balance of power.  It changes the balance

13 of power within the Congress, and it changes the

14 balance of power with the states.  The Constitution,

15 as I think we've all learned in the last month and a

16 half, the Constitution gives the choice of electors

17 to the state legislature.

18        In the Electoral Count Act, if there's a

19 dispute and it's sent back, it's the governor who

20 decides on the electors.  Well, there's nothing in

21 the Constitution that says that the state legislature

22 should share its power with anyone, and Congress

23 doesn't have the power to do that without amending

24 the Constitution.  So essentially Congress has taken

25 away the exclusive role at the state level of the

Rudy Giuliani Common Sense
January 06, 2020                                    15

1  state legislature deciding on the electors and it's

2  given it to the executors, which the Constitution and

3  the 12th Amendment deliberately didn't do, which

4  would make that part of the act unconstitutional.

5  Also, the Constitution gives the role of selecting

6  the president, should there be a lack of majority or,

7  you know, there's a dispute, gives it solely to the

8  House of Representatives.  It gives the choice of

9  vice president to the Senate.  This law, the

10  Electoral Count Act, involves the Senate intimately

11  in the choice for president because the Senate is

12  involved in every objectionable slate.  It gets two

13  hours to debate it, and it gets an equal vote with

14  the House of Representatives, which again changes the

15  balance of power between the House and the Senate

16  without changing the Constitution.  It's done by the

17  Congress, which is a classic reason why something is

18  unconstitutional.

19          So let's assume it is unconstitutional.  If

20  it is unconstitutional, then we go back to the

21  Constitution, to the 12th Amendment to the

22  Constitution, and when that electoral college meets,

23  the person in charge is the president of the Senate,

24  the Vice President of the United States, and it

25  simply says that the ballots will be open and

Rudy Giuliani Common Sense
January 06, 2020                                    16

1  counted.  It doesn't exactly say who counts them, but

2  the tradition has been that the vice president counts

3  them.

4          And let me give you one great historical

5  precedent.  It was the election of 1800, the first

6  really disputed election, and Jefferson and Burr,

7  although they were running as president and vice

8  president, ended up tied, and Burr was supposed to

9  defer, but he was tied, and the law said he had an

10  equal right to the presidency because they had a tie

11  vote.  So in order to get tied because Jefferson

12  could have remained three electoral votes, I believe

13  it was three, but whatever the number of electoral

14  votes behind, the issue came up with the state of

15  Georgia.  Very interesting, Georgia again, right,

16  just like the issue is coming up with Georgia this

17  time.  And Georgia electoral votes had been awarded

18  to Jefferson.  However, there was a dispute, and

19  there was an argument that they should be given to

20  another candidate.

21          Now, who decided it?  The president of the

22  Senate decided it.  The president of the Senate at

23  the time was the Vice President of the United States

24  like Mike Pence is.  Do you know who that was?

25  Thomas Jefferson, the guy running for president.  And

Rudy Giuliani Common Sense
January 06, 2020                              17

1  do you know what he did?  He decided it for himself.

2  He said I'll look at both.  I'll take the electoral

3  votes that selected me.

4          So that precedent says that the decider on

5  these objections would be the president of the

6  Senate, Mike Pence.  And again, if that happens, if

7  he makes decisions, a group of decisions, and the

8  decisions result in no one reaching a majority, then

9  the Constitution again takes over and immediately

10  it's sent to the House of Representatives and the

11  Senate.  And I just remind you again, the House of

12  Representative gets to vote in a different way.

13  Instead of everybody voting, it's one vote per

14  delegation, which changes that to an advantage for

15  the Republicans.

16          So I know this is quite complicated, but I

17  hope it helps you because these are the things you're

18  going to see playing out on January 6, 2021.  It

19  could be any of these scenarios, and it's hard to

20  think of any others, but I may not have thought of

21  all of them.

22          We'll take a brief pause and we'll be right

23  back.

24          I accomplished a lot in 2020 exposing the

25  truth, establishing the relationship with you,

1 working tirelessly for America, and I came to know

2 the work and value of the people at American Hartford

3 Gold.  You see, you buy gold not only for what you

4 know, but you buy gold for what you don't know.

5        American Hartford Gold is the company you

6 can trust when it comes to buying gold.  They sell

7 physical gold and silver delivered right to your door

8 or inside of your IRA.  In the precious metals

9 industry they are the highest rated firm in our

10 country with an A plus from the Better Business

11 Bureau with thousands of satisfied clients.  Give

12 them a call and tell them Rudy sent you, and be sure

13 to ask them what I bought.  And if you call them

14 right now, they will give you up to $1,500 of free

15 silver on your first order.

16        Folks, these are uncertain times.  The one

17 thing you can count on to protect what you have

18 worked so hard for is physical gold and silver.  So

19 don't wait, call them now.  Call 833-gold-7777.

20 That's 833-gold-77777 or text Rudy to 65532.  Again,

21 that's 833-gold-7777 or text Rudy to 65532.

22        Thank you, and now we'll proceed with a

23 continued analysis of the options that exist on

24 January 6, 2021, a day that will live in history.

25        In any event, there is a good chance that

Rudy Giuliani Common Sense
January 06, 2020                                   19

1  this election will end up in the hands of the House

2  of Representatives, and there's a really good chance

3  it will end up in the Supreme Court because if any of

4  these decisions are made that either the Republicans

5  or the Democrats believe are unconstitutional, then

6  they're going to take it right to the Supreme Court,

7  and the Supreme Court is going to be asked to decide

8  if it's constitutional or not, and then the Supreme

9  Court has to decide should it take the case.  Is this

10  a political question that should be decided by the

11  political branches of government, or is it kind of a

12  fundamental law question that should be decided by

13  the court, and that probably will be the subject of a

14  different podcast if we get to that point.  But don't

15  be surprised if this also ends up in the House of

16  Representatives, but it ends up in the Supreme Court.

17  And the reason you might be surprised is because many

18  of you who just watch sort of the general media maybe

19  don't realize how serious these objections are.

20  These are very, very serious objections with a very

21  substantial amount of evidence behind them, large

22  numbers of affidavits, large numbers of witnesses

23  that have already testified, mostly censored and not

24  presented to you, the public, because the big media,

25  the big press, big tech, big corporations and the

Rudy Giuliani Common Sense
January 06, 2020                                        20

1  crooked level of the Democratic party are keeping

2  this information from you.  You don't see this in the

3  New York Times, the Washington Post, NBC, CBS, ABC so

4  you probably think there isn't all that much in the

5  way of objections.  On the other hand, if you're

6  following or you use the internet quite a bit and are

7  picking this up as the hearings in Georgia and

8  Pennsylvania and Arizona took place, you realize

9  there's a videotape of a hundred thousand votes plus

10  being stolen in Georgia.  It's on tape live.  You

11  can't escape it.  It flips the entire state.

12          So this is going to be a very, very

13  substantial argument, a very substantial dispute.  It

14  could go a lot of different ways.  I, of course, am

15  very invested because I represent one candidate and

16  one candidate alone, Donald J. Trump, and I'm

17  convinced the election was stolen.  But, of course,

18  now you've got to convince other people, and I think

19  we've done a pretty good job of getting our evidence

20  out even though we've been blocked at every turn by

21  courts that wouldn't allow us to present a single

22  witness, by a media that doesn't cover it.  So don't

23  be surprised on January 6th of 2021 when you hear all

24  this evidence of voter fraud in which in almost every

25  state the numbers get into the hundreds of thousands

Rudy Giuliani Common Sense
January 06, 2020                                    21

1 of votes that were stolen.  When I say every state,

2 every state that's being questioned.  And the flip in

3 votes, in other words if that evidence is credited,

4 it changes from very narrow victories by Biden to

5 very big ones by Trump.

6        For example, Pennsylvania will switch from

7 85,000 win by Biden to about a 400,000 win by Trump.

8 Georgia will change from an 11,000 win by Biden to

9 about 120,000 win by Trump.  So these are big

10 numbers, it's very compelling evidence like

11 videotape, and analysis of machines by experts, and

12 then witnesses who watched a hundred thousand ballots

13 brought into Michigan in the middle of the night, all

14 for Biden.  This is powerful evidence, and the only

15 reason you might not appreciate it is the

16 unprecedented and really disgusting censorship that

17 has taken place, which is another thing we have to

18 solve in this country, but let's get past this

19 election first.

20        I hope this analysis will help you on

21 January 6th.  I hope it's given you kind of an

22 outline you can use to understand the various

23 options, which we still don't know what they're going

24 to be, but it should still fit into these categories.

25        We'll be back in a day or so with another

Rudy Giuliani Common Sense
January 06, 2020                                    22

1  episode, and we'll still be in the middle of this, so

2  let's see where we are, and thank you very much for

3  listening in.

4          (End of recording.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                    CERTIFICATE OF REPORTER

3

4         I, Charlotte Crandall, certify that I was

5   authorized to and did transcribe the foregoing audio

6   recorded proceedings and that the transcript is a

7   true and complete record of my stenographic notes

8   from an audio recording and was transcribed to the

9   best of my ability.

10

11        Dated this 16th day of January, 2021.

12

13

14

15

16

17        _____
          Charlotte Crandall
18         Registered Professional Reporter

19

20

21

22

23

24

25