# Exhibit 177



**Donald J. Trump** ✔

@realDonaldTrump

45th President of the United States of America 🇺🇸

📍 Washington, DC

🔗 Vote.DonaldJTrump.com

📅 Joined March 2009

Tweets **59.2K**   Following **51**   Followers **88.6M**   Likes **6**   Moments **6**

Follow

**Tweets**   Tweets & replies   Media

**Donald J. Trump** ✔ @realDonaldTrump · 6h
Peter Navarro releases 36-page report alleging election fraud 'more than sufficient' to swing victory to Trump washex.am/3nwaBCe. A great report by Peter. Statistically impossible to have lost the 2020 Election. Big protest in D.C. on January 6th. Be there, will be wild!

**Donald J. Trump** ✔ @realDonaldTrump · 12h
Congratulations, the Moderna vaccine is now available!

**Donald J. Trump** ✔ @realDonaldTrump · 18h

**Donald J. Trump** ✔ @realDonaldTrump · 20h
THANK YOU to the GREAT men and women of @FedEx and @UPS for driving through the storms this week to deliver millions of doses of the vaccine across the

**New to Twitter?**
Sign up now to get your own personalized timeline!

**Sign up**

© 2020 Twitter   About   Help Center   Terms
Privacy policy   Cookies   Ads info

Document title: Donald J. Trump (@realDonaldTrump) | Twitter
Capture URL: https://web.archive.org/web/20201219122053/twitter.com/realdonaldtrump
Capture timestamp (UTC): Sat, 23 Jan 2021 04:37:30 GMT



**Donald J. Trump** ✓ @realDonaldTrump · 20h

THANK YOU to the GREAT men and women of @FedEx and @UPS for driving through the storms this week to deliver millions of doses of the vaccine across the country. Two Great American Companies!

**Donald J. Trump** ✓ @realDonaldTrump · 21h

The Secretary of State and Governor of Georgia, both so-called "Republicans", aren't allowing Fulton County to go through the vital Voter Signature Verification process. Also, they are not allowing Republican "watchers" to be present and verify! @BrianKempGA

**Donald J. Trump** ✓ @realDonaldTrump · 22h

Governor @BrianKempGA of Georgia still has not called a Special Session. So easy to do, why is he not doing it? It will give us the State. MUST ACT NOW!

**Donald J. Trump** ✓ @realDonaldTrump · 22h

Oh, they do this to me every day. When will they apologize?

> **Avi Asher-Schapiro** ✓ @AASchapiro
> The New York Times is now reporting that the story advanced in its "Caliphate" podcast has fallen apart; a reporting team "found no corroboration," of claims made by the podcast's protagonist.
> nytimes.com/2020/12/18/wor…
>
> Show this thread

**Donald J. Trump** ✓ @realDonaldTrump · 22h

.@senatemajldr and Republican Senators have to get tougher, or you won't have a Republican Party anymore. We won the Presidential Election, by a lot. FIGHT FOR IT. Don't let them take it away!

Donald J. Trump Retweeted

**Buck Sexton** ✓ @BuckSexton · Dec 16

Again, I ask the "experts" this question in earnest: what would this graph of covid cases look like "without" mask mandates?

"Masks work" is the mantra. Not allowed to say anything else on Twitter (seriously, it's not allowed)-

But how well do mandates work? 🔽

> **IM** @ianmSC
> While Denmark already had a mask mandate for public transit, they expanded mask requirements on 10/29 to cover all indoor public spaces, so let's see how it's working out for them!

Donald J. Trump Retweeted

**Buck Sexton** ✓ @BuckSexton · Dec 17

How much worse off would California be if it had ordered "none" of the covid lockdowns and just told people to be cautious for the last 9 months?

Gavin Newsom was doing victory laps because they crushed the virus with all their mask wearing this summer. So what changed?

> **The Hill** ✓ @thehill
> #BREAKING: California reports daily record of more than 50,000 coronavirus cases, nearly 400 deaths
> hill.cm/3vPutwu

Donald J. Trump Retweeted

**Buck Sexton** ✓ @BuckSexton · Dec 17

The most dangerous opponents of free speech in America today are mainstream journalists and social media companies, and the irony should be lost on no one



Document title: Donald J. Trump (@realDonaldTrump) | Twitter
Capture URL: https://web.archive.org/web/20201219122053/twitter.com/realdonaldtrump
Capture timestamp (UTC): Sat, 23 Jan 2021 04:37:30 GMT



**Donald J. Trump** ✔ @realDonaldTrump · Dec 17

I will Veto the Defense Bill, which will make China very unhappy. They love it. Must have Section 230 termination, protect our National Monuments and allow for removal of military from far away, and very unappreciative, lands. Thank you!

> **Daily Caller** ✔ @DailyCaller
> Lindsey Graham: 'Social Media Companies And Mail-In Voting Will Destroy Conservatism If We Don't Push Back' dailycaller.com/2020/12/15/lin...

**Donald J. Trump** ✔ @realDonaldTrump · 23h

The Russia Hoax becomes an even bigger lie!

> **Sean Davis** ✔ @seanmdav
> Surprise! The FBI has been lying for years about when it started investigating Trump in 2016. thefederalist.com/2020/12/17/new...

**Donald J. Trump** ✔ @realDonaldTrump · 24h

Europe and other parts of the World being hit hard by the China Virus - Germany, France, Spain and Italy, in particular. The vaccines are on their way!!!

**Donald J. Trump** ✔ @realDonaldTrump · 24h

Moderna vaccine overwhelmingly approved. Distribution to start immediately.

Donald J. Trump Retweeted

**Amy Kremer** ✔ @AmyKremer · Dec 17

I already liked @TTuberville, but he is about to become a hero.

Donald J. Trump Retweeted

**Nick Adams** ✔ @NickAdamsinUSA · Dec 17

GOD BLESS TOMMY TUBERVILLE!!

Donald J. Trump Retweeted

**Amy Kremer** ✔ @AmyKremer · Dec 17

Looks like Team #Alabama may save the Republic.

Donald J. Trump Retweeted

**Jess** 🇺🇸 @jessiprincey · Dec 17

Thank you Senator-Elect @TTuberville!

> **Kyle Morris** ✔ @RealKyleMorris
> Sen.-elect @TTuberville: "I'm always going to support President @realDonaldTrump. He's the best president of my lifetime and has done more for the people of this country and the state of Alabama than anybody."