# Exhibit 178



Hairpin Legs Black Friday Sale
DIY Hairpin Legs

Tech   Consumer Tech   Future of Transportation   Innovations   Internet Culture   Space   Tech Policy   Video Gaming

Technology

# Facebook's Sandberg deflected blame for Capitol riot, but new evidence shows how platform played role

Fliers and hashtags promoting the pro-Trump rally circulated on Facebook and Instagram in the days and weeks beforehand



A man breaks a window as supporters of President Trump storm the U.S. Capitol on Jan. 6. (Leah Millis/Reuters)

By **Elizabeth Dwoskin**

Jan. 13, 2021 at 8:27 p.m. GMT

[ + Add to list ]



In the days leading up to last week's march on the Capitol, supporters of President Trump promoted it extensively on Facebook and Facebook-owned Instagram and used the services to organize bus trips to Washington. More than 100,000 users posted hashtags affiliated with the movement prompted by baseless claims of election fraud, including #StopTheSteal and #FightForTrump.

The details, emerging from researchers who have combed the service in recent days, shed new light on how Facebook services were used to bring attention to and boost

Document title: Sheryl Sandberg downplayed Facebook&#39;s blame for Capitol riot, but evidence points to role - The Washington Post
Capture URL: https://www.washingtonpost.com/technology/2021/01/13/facebook-role-in-capitol-protest/
Capture timestamp (UTC): Sat, 23 Jan 2021 04:38:36 GMT

election fraud, including #StopTheSteal and #FightForTrump.

The details, emerging from researchers who have combed the service in recent days, shed new light on how Facebook services were used to bring attention to and boost attendance at the rally, which turned violent when a pro-Trump mob stormed the Capitol while Congress was in session. The attack resulted in the death of a Capitol Police officer and four other people.

Facebook chief operating officer Sheryl Sandberg has sought to deflect blame, noting the role of smaller, right-leaning services such as Parler and Gab.



"I think these events were largely organized on platforms that don't have our abilities to stop hate, don't have our standards and don't have our transparency," Sandberg said in an interview Monday that was live-streamed by Reuters.

[*QAnon reshaped Trump's party and radicalized believers. The Capitol siege may just be the start.*]

She noted that last week the company took down content affiliated with the baseless QAnon conspiracy theory and the Proud Boys extremist group, as well as content affiliated with the pro-Trump "Stop the Steal" movement seeking to delegitimize election results. She said there was likely to be some content on Facebook because the company's enforcement was "never perfect."

A growing body of evidence shows Facebook played a much larger role than Sandberg suggested.

The #StopTheSteal hashtag was widely used on the service until Monday, when a search on Facebook reported that 128,000 people were talking about it and in many cases using it to coordinate for the rally, according to Eric Feinberg, a vice president with the Coalition for a Safer Web.





Hairpin Legs Black Friday Sale
DIY Hairpin Legs

**Most Read** Technology



1  The handwarming story of how Bernie Sanders got his inauguration mittens

2  QAnon and pro-Trump online forums are struggling and fracturing in aftermath of the U.S. Capitol siege 

3  QAnon believers seek to adapt their extremist ideology for a new era: 'Things have just started' 

4  QAnon believers grapple with doubt, spin new theories as Trump era ends 

5  Google is threatening to pull its search engine out of Australia



Document title: Sheryl Sandberg downplayed Facebook&#39;s blame for Capitol riot, but evidence points to role - The Washington Post
Capture URL: https://www.washingtonpost.com/technology/2021/01/13/facebook-role-in-capitol-protest/
Capture timestamp (UTC): Sat, 23 Jan 2021 04:38:36 GMT
Page 1 of 9



And two dozen Republican Party officials and organizations in at least 12 states posted on Facebook to coordinate bus trips to the rally, according to research by the left-leaning media watchdog group Media Matters for America, which published screenshots of the fliers and memes.

"BUS TRIP to DC ... #StoptheSteal. If your passions are running hot and you're intending to respond to the President's call for his supporters to descend on DC on Jan 6, LISTEN UP!" wrote the Polk County Republican Party of North Carolina in a Facebook post that is no longer publicly available.

In a statement, Facebook spokeswoman Liz Bourgeois said, "Sheryl began by noting these events were organized online, including on our platforms — with the clear suggestion we have a role here."

"She was making the point, which has been made by many journalists and academics, that our crackdowns on QAnon, militia and hate groups has meant large amounts of activity has migrated to other platforms with fewer rules and enforcement," Bourgeois added. She denied that Sandberg sought to deflect blame.



Facebook has been at the center of controversies over its role in the organizing of far-right events since at least 2017, when the service played a central role in the promotion of a white-supremacist rally in Charlottesville in which a woman was killed.

Throughout 2020, Facebook was a hub for organizers of protests against government restrictions related to the coronavirus — including when armed demonstrators entered the Michigan Capitol — and other pro-Trump rallies calling for election results to be decertified.

Facebook banned several far-right figures from its service after the Charlottesville violence and last year belatedly blocked organizing for protests that opposed government orders related to the pandemic. And immediately after the November election, Facebook said it was banning or labeling misinformation about election results, including taking action against the term "Stop the Steal" and banning a large



Document title: Sheryl Sandberg downplayed Facebook&#39;s blame for Capitol riot, but evidence points to role - The Washington Post
Capture URL: https://www.washingtonpost.com/technology/2021/01/13/facebook-role-in-capitol-protest/
Capture timestamp (UTC): Sat, 23 Jan 2021 04:38:36 GMT
Page 2 of 9

violence and last year belatedly blocked organizing for protests that opposed government orders related to the pandemic. And immediately after the November election, Facebook said it was banning or labeling misinformation about election results, including taking action against the term "Stop the Steal" and banning a large group affiliated with it.



Bourgeois said that the actions taken to limit the reach of the term "Stop the Steal" in the election's immediate aftermath were temporary. She said the hashtag was blocked again Monday, five days after the Capitol event.

The proliferation of such events raises questions about the lines between misinformation and real-world action. The company may act to limit the spread of false information, but has been hesitant to restrict people from organizing events based on their beliefs — even when those beliefs are based on misinformation.

[Parler is offline, but violent posts scraped by hackers will haunt users]

Feinberg's searches for the banned hashtag #StopTheSteal and the affiliated hashtags #DoNotCertify, #WildProtest and #FightForTrump on Facebook and Instagram as recently as Monday revealed hundreds of posts promoting the rally, according to a review by The Washington Post.



Some of that promotion included Instagram posts with detailed maps of the Capitol and a guide to the speakers there.

A meme posted on Facebook on Jan. 5 called for "Operation Occupy the Capitol" and promoted the hashtag #1776Rebel, according to a screenshot posted by Media Matters, referencing the year America freed itself from British rule. The post also included a quote from Abraham Lincoln: "We the people are the rightful masters of



and promoted the hashtag #1776Rebel, according to a screenshot posted by Media Matters, referencing the year America freed itself from British rule. The post also included a quote from Abraham Lincoln: "We the people are the rightful masters of both Congress and the Courts, not to overthrow the Constitution but to overthrow the men who would pervert the Constitution."

The existence of the post was first reported by NBC News. Media Matters showed that it was circulated by Republican Party officials in Georgia, Texas, North Carolina and Oregon.

On Dec. 28, a Facebook account called Women for America First posted about a march for Trump in Huntington Beach, Calif., with a photo of a bus and a link to a website at *trumpmarch.com*.

And the New Hanover County GOP of North Carolina wrote in a Facebook post advertising bus seats: "This is a call to ALL patriots from Donald J Trump for a BIG protest in Washington DC! TAKE AMERICA BACK! BE THERE, WILL BE WILD!"

**Complete coverage: Pro-Trump mob storms Capitol building**

Updated January 21, 2021

**What happened on Jan. 6**

**Video timeline:** 41 minutes of fear from inside the Capitol siege

**Arrests:** Here are some of the people charged

**Trump's second impeachment**

**Latest:** Top Senate Republicans push to delay Trump impeachment trial

**Senate impeachment whip count:** Where Democrats and Republicans stand

💬 **250 Comments**



**Elizabeth Dwoskin**

Lizza joined The Washington Post as Silicon Valley correspondent in 2016, becoming the paper's eyes and ears in the region. She focuses on social media and the power of the tech industry in a democratic society. Before that, she was the Wall Street Journal's first full-time beat reporter covering AI and the impact of algorithms on people's lives.   Follow 🐦

**More from The Post**



**Trump entertained plan to install an attorney general who would help him pursue baseless election fraud claims**

Opinion



Don't be fooled: Mitch McConnell



Document title: Sheryl Sandberg downplayed Facebook's blame for Capitol riot, but evidence points to role - The Washington Post
Capture URL: https://www.washingtonpost.com/technology/2021/01/13/facebook-role-in-capitol-protest/
Capture timestamp (UTC): Sat, 23 Jan 2021 04:38:36 GMT
Page 4 of 9

claims

**Opinion**

**Don't be fooled: Mitch McConnell will never vote to convict Trump**



**Criticized by science community and Trump, Deborah Birx said she 'always' considered quitting**



**Trump extended Secret Service protection to his adult children and three top officials as he left office**



**Self-styled militia members planned on storming the U.S. Capitol days in advance of Jan. 6 attack, court documents say**





**National news email alerts**

Breaking news email alerts for major national and political news whenever it breaks.

Sign up

By signing up you agree to our Terms of Use and Privacy Policy

PAID PROMOTED STORIES                Recommended by Outbrain



**20 Questions to Tell If You're Ready to Retire**
SmartAsset



**Weird Rules You Have To Follow If You Live In The White House**
Ranker







Document title: Sheryl Sandberg downplayed Facebook's blame for Capitol riot, but evidence points to role - The Washington Post
Capture URL: https://www.washingtonpost.com/technology/2021/01/13/facebook-role-in-capitol-protest/
Capture timestamp (UTC): Sat, 23 Jan 2021 04:38:36 GMT                                                                                      Page 5 of 9

20 Questions to Tell if You're Ready to Retire
SmartAsset


Weird Rules You Have To Follow If You Live In The White House
Ranker


[Pics] Shroud Of Turin Is Not A Mystery Anymore After A New DNA Test
AmoMedia

[Photos] Kayleigh McEnany's Salary Disclosed And Supporters Are Not Happy
Boredom Therapy

Sign Joe and Kamala's Welcome Card
Paid for by the Democratic National Committee



**Your profile is incomplete**
Before you can contribute to our community, please visit your Profile page in order to complete your profile.

## Comments

This conversation is moderated according to The Post's community rules. Please read the rules before joining the discussion. Send feedback about the comments section here.

**All Comments (250)**    Viewing Options ▾



**Will Swarts**   2 days ago
She's a hideous shill for everything that increases corporate power. Lean in to screwing over regular people. Put her up against an artisanal wall made of reclaimed bowling alley boards.

Like  Reply  Link  Report


**DM from NJ**   4 days ago
Sheryl Sandberg is part of the problem, consistent in insisting that she supported Facebook users first amendment rights, despite evidence that some of that speech is prosecutable, obstructing government efforts to investigate, and other obstructionist efforts.   If Facebook suffers the consequences of its actions, you can expect Facebook to act more responsibly.  Immunity from prosecution is an invitation for bad behavior.

Like  Reply  Link  Report


**AllCAR**   6 days ago
Sandberg's net worth is now about $2 Billion.  How many reasons would you need to defend the indefensible?

Like  Reply  Link  Report


**MartinAnderson**   1 week ago
Re: the Polk County NC Republican Party involvement: Nearby Asheville TV station WLOS reported on it shortly after the siege, but it was taken down shortly thereafter. WLOS is owned by the Sinclair Broadcast Group, a big Republican supporter. The Webcache Google doc is no longer up, but someone fortunately saved the transcript:

Document title: Sheryl Sandberg downplayed Facebook&#39;s blame for Capitol riot, but evidence points to role - The Washington Post
Capture URL: https://www.washingtonpost.com/technology/2021/01/13/facebook-role-in-capitol-protest/
Capture timestamp (UTC): Sat, 23 Jan 2021 04:38:36 GMT    Page 6 of 9



Re: the Polk County NC Republican Party involvement: Nearby Asheville TV station WLOS reported on it shortly after the siege, but it was taken down shortly thereafter. WLOS is owned by the Sinclair Broadcast Group, a big Republican supporter. The Webcache Google doc is no longer up, but someone fortunately saved the transcript:

Part 1: TRANSCRIPT: ASHEVILLE, N.C. (WLOS) — The shock and outrage after Wednesday's violence at the Capitol turned to skepticism among some Trump supporters who traveled to Washington, D.C. from Western North Carolina for the "Save America" rally. Now that the dust has somewhat settled, Gene Comiskey, of Polk County, wonders what really happened. "About how it occurred and who are the people that actually started it – I don't think we have enough information to confirm that right now," he said. Comiskey was there in D.C. Wednesday with a bus full of 54 Republicans from Polk, Henderson and Transylvania counties. Ray Brookfield, of Polk County, organized the trip with Comiskey. "99.9 percent of Trump supporters there were just boisterous and patriotic and singing songs," he said, recalling the patriotic groundswell before the chaos later ensued. "We did not see any violence whatsoever," Comiskey said. "We only saw people who were enthusiastic and well-behaved and looking after each other, actually." "The enthusiasm level," he said, as to what stood out to him during the rally. "And the understanding of the importance of the day everything that's going on after everything that's going on."
(Continued in next post...)

Like   Reply   Link   Report

**MartinAnderson** 1 week ago

Part 2 of TRANSCRIPT: ASHEVILLE, N.C. (WLOS) — Now, some Republicans are questioning whether Antifa was responsible for inciting the violence at the Capitol, along with other Trump supporters. "It's all a big setup as far as I'm concerned," Brookfield said. "It's all a big setup to make us 'deplorables' look like we were violent." Comiskey said he thinks the violence had a real political ripple effect. "Unfortunately, we feel that's some of the Republicans we counted on use that use that violence as an excuse not to object to the electoral vote count," Comiskey said. "These negative consequences are going to hurt the country." Much of America has vocalized that it sees Wednesday as a dark chapter when it comes to the smooth transition of power Americans have grown accustomed to every four to eight years. But many in the Trump camp also believe there's something more to the story that Americans – and the world – may never know. "I don't know if the truth will really come out to be honest with you, because I no longer trust the FBI to investigate truthfully," said Brookfield. — Comiskey is treasurer of the Polk County GOP. Brookfield heads its building committee.

Like   Reply   Link   Report



**Fairness-justice** 1 week ago

How convenient of Putin loyalists and dictator worshipers to want to blame the Facebook and Twitters of the world (where everyone is allowed to express free speech,) but totally choose to ignore the major instigators and agitators at Putin news aka Fox-news, Parler, and the actual actors themselves, the president (Putin's B) and the goputins in the senate and Congress.
Have you tried to interview them or highlight their roles in the treasonous acts lately?

Like 2   Reply   Link   Report



**Gordon Baltimore** 1 week ago

Like blaming the media for bad weather. You want to blame the messenger? Pay attention, gov. Do your jobs or do something easier. The storm was coming and you ignored it.

Like 3   Reply   Link   Report



**PoliticalPunster** 1 week ago

Once again "social" media is exposed as "anti-social" media.
When will we ever learn?

Like   Reply   Link   Report



Document title: Sheryl Sandberg downplayed Facebook&#39;s blame for Capitol riot, but evidence points to role - The Washington Post
Capture URL: https://www.washingtonpost.com/technology/2021/01/13/facebook-role-in-capitol-protest/
Capture timestamp (UTC): Sat, 23 Jan 2021 04:38:36 GMT
Page 7 of 9

**PoliticalPunster** 1 week ago

Once again "social" media is exposed as "anti-social" media. When will we ever learn?

Like   Reply   Link   Report

**Jeffrey A Byrd** 1 week ago

The Polk County North Carolina Republican Party post on Christmas Eve inviting folks to join in the bus pool has not been taken down, and clearly called for insurrection by posting an incendiary letter from the founder of TrumpsArmy.

Like 2   Reply   Link   Report

**NYopolis** 1 week ago

My sister and I can't even discuss FB anymore. She's pro-FB, I'm anti-Zuckerberg. I "deleted" my account a few years ago. It was constantly hacked. Then to keep up with younger and far flung family, revived it with a much smaller footprint. Anyhow, sis feels monitoring FB posts are too much, I feel he doesn't want to do it. I recall reading Zuckerberg was among the first callers to congratulate 45 in 2016. That told me all I needed to know about him. He sucks.

Like 5   Reply   Link   Report

**AbsenteeBallotman** 1 week ago

The media platforms need to be investigated and where found guilty prosecuted and fined, heavily. Very, very heavily along with protections to keep them from abetting terrorists in the future.

Like 3   Reply   Link   Report

View More Comments



### About Us
Public Relations
Careers
Diversity & Inclusion
Newspaper in Education
Today's Paper
WP BrandStudio
Events
Policies & Standards

### Get The Post
Home Delivery
Digital Subscription
Gift Subscriptions
Mobile & Apps
Newsletters & Alerts
Print Archives (Subscribers Only)
Washington Post Live
Reprints & Permissions
Post Store
Books & eBooks
e-Replica

### Help
Contact the Newsroom
Contact Customer Care
Reader Representative
Advertise
Licensing & Syndication
Request a Correction
Send a News Tip

### Terms of Use
Digital Products Terms of Sale
Print Products Terms of Sale
Terms of Service
Privacy Policy
Submissions & Discussion Policy
RSS Terms of Service
Ad Choices

washingtonpost.com © 1996-2021 The Washington Post

Once again "social" media is exposed as "anti-social" media.
When will we ever learn?

Like   Reply   Link   Report

**Jeffrey A Byrd**  1 week ago

The Polk County North Carolina Republican Party post on Christmas Eve inviting folks to join in the bus pool has not been taken down, and clearly called for insurrection by posting an incendiary letter from the founder of TrumpsArmy.

Like 2   Reply   Link   Report

**NYopolis**  1 week ago

My sister and I can't even discuss FB anymore. She's pro-FB, I'm anti-Zuckerberg. I "deleted" my account a few years ago. It was constantly hacked. Then to keep up with younger and far flung family, revived it with a much smaller footprint. Anyhow, sis feels monitoring FB posts are too much, I feel he doesn't want to do it. I recall reading Zuckerberg was among the first callers to congratulate 45 in 2016. That told me all I needed to know about him. He sucks.

Like 5   Reply   Link   Report

**AbsenteeBallotman**  1 week ago

The media platforms need to be investigated and where found guilty prosecuted and fined, heavily. Very, very heavily along with protections to keep them from abetting terrorists in the future.

Like 3   Reply   Link   Report

**View More Comments**

**About Us**
Public Relations
Careers
Diversity & Inclusion
Newspaper in Education
Today's Paper
WP BrandStudio
Events
Policies & Standards

**Get The Post**
Home Delivery
Digital Subscription
Gift Subscriptions
Mobile & Apps
Newsletters & Alerts
Print Archives (Subscribers Only)
Washington Post Live
Reprints & Permissions
Post Store
Books & eBooks
e-Replica

**Help**
Contact the Newsroom
Contact Customer Care
Reader Representative
Advertise
Licensing & Syndication
Request a Correction
Send a News Tip

**Terms of Use**
Digital Products Terms of Sale
Print Products Terms of Sale
Terms of Service
Privacy Policy
Submissions & Discussion Policy
RSS Terms of Service
Ad Choices

washingtonpost.com © 1996-2021 The Washington Post

