# Exhibit 179

screenshot-twitter.com-2021.01.18-15_51_43
https://twitter.com/RudyGiuliani/status/1346601024149188609
18.01.2021

