# Exhibit 180

screenshot-twitter.com-2021.01.22-22_15_16
https://twitter.com/RudyGiuliani/status/1346618559108165633
22.01.2021



**Rudy W. Giuliani** ✓
@RudyGiuliani

President Trump will be joining us tomorrow on The Ellipse in Washington, DC! SEE YOU THERE! 🇺🇸

twitter.com/realDonaldTrum…

> This Tweet is unavailable.

7:44 PM · Jan 5, 2021 · Twitter for iPhone

**6.6K** Retweets   **165** Quote Tweets   **25.8K** Likes