# Exhibit 181

screenshot-twitter.com-2021.01.18-15_54_45
https://twitter.com/RudyGiuliani/status/1346772109327032320
18.01.2021



screenshot-twitter.com-2021.01.23-15_08_54
https://twitter.com/RudyGiuliani/status/1346841161349132289
23.01.2021



screenshot-twitter.com-2021.01.23-15_15_50
https://twitter.com/RudyGiuliani
23.01.2021



screenshot-twitter.com-2021.01.18-15_55_30
https://twitter.com/RudyGiuliani/status/1346841734345592832
18.01.2021



screenshot-twitter.com-2021.01.18-17_15_52
https://twitter.com/RudyGiuliani/status/1346857965563817986
18.01.2021

← **Tweet**



**Rudy W. Giuliani** ✓
@RudyGiuliani

Our GOP future-farmer, pharmacist, mother of 7 and 1, grandmother, 19 and patriots. America will be in great hands with members of Congress like Mary Miller, IL-15and Diana Harshbarger, TN-1zx✂️📗📰🗄️📚📚🖨️🗃️🗃️🗃️📅🧻🧻📓📊|





screenshot-twitter.com-2021.01.23-15_10_18
https://twitter.com/RudyGiuliani/status/1346868458030571521
23.01.2021







screenshot-twitter.com-2021.01.23-15_12_11
https://twitter.com/RudyGiuliani
23.01.2021



screenshot-twitter.com-2021.01.23-15_12_37
https://twitter.com/RudyGiuliani
23.01.2021



screenshot-twitter.com-2021.01.23-15_19_42
https://twitter.com/RudyGiuliani
23.01.2021



screenshot-twitter.com-2021.01.23-15_20_01
https://twitter.com/RudyGiuliani
23.01.2021



screenshot-twitter.com-2021.01.18-17_31_04
https://twitter.com/RudyGiuliani/status/1346907496875757575
18.01.2021



screenshot-twitter.com-2021.01.23-15_20_55
https://twitter.com/RudyGiuliani
23.01.2021



screenshot-twitter.com-2021.01.23-15_21_34
https://twitter.com/RudyGiuliani
23.01.2021

