# Exhibit 182

```
 1
 2
 3
 4
 5                        FILE NAME:
 6                           22.
 7   Https://www.youtube.com/watch?v=IvJVZAxJE8Y&amp%3Bfeature=
 8                          youtube
 9                    SAVE AMERICA MARCH
10                   (1:41:07 - 1:46:56)
11
12
13
14              TRANSCRIPT OF VIDEO RECORDING
15                       RUDY GIULIANI
16
17
18
19
20
21
22
23
24   Transcribed By:
     TERRI NESTORE
25   CSR No. 5614, RPR, CRR
```

```
 1            RUDY GIULIANI:  Hello.  Hello, everyone.
 2            We're here just very briefly to make a very
 3   important two points.
 4            Number one, every single thing that has been
 5   outlined as the plan for today is perfectly legal.
 6            I have Professor Eastman here with me to say a
 7   few words about that.  He's one of the preeminent
 8   constitutional scholars in the United States.
 9            It is perfectly appropriate, given the
10   questionable constitutionality of the Election Counting
11   Act of 1887, that the vice president can cast it aside and
12   he can do what a president called Jefferson did when he
13   was vice president.  He can decide -- he can decide on the
14   validity of these crooked ballots or he can send it back
15   to the legislatures, give them five to 10 days to finally
16   finish the work.  We now have letters from five
17   legislatures begging us to do that.  They're asking us.
18            Georgia, Pennsylvania, Arizona, Wisconsin, and
19   one other coming in.
20            So it seems to me we don't want to find out three
21   weeks from now, even more proof that this election was
22   stolen, do we?  So it is perfectly reasonable and fair to
23   get ten days -- and you should know this -- the democrats
24   and their allies have not allowed us to see one machine or
25   one paper ballot.
```

1            Now, if they ran such a clean election, why
2  wouldn't they make all the machines available immediately?
3            If they ran such a clean election, they'd have
4  you come in and look at the paper ballots.  Who hides
5  evidence?  Criminals hide evidence, not honest people.
6            So, over the next ten days, we get to see the
7  machines that are crooked, the ballots that are fraudulent
8  and if we're wrong, we will be made fools of; but if we're
9  right, a lot of them will go to jail.
10           So let's have trial by combat.  I'm willing to
11 stake -- I'm willing to stake my reputation, the president
12 is willing to stake his reputation, on the fact that we're
13 going to find criminality there.  Is Joe Biden willing to
14 stake his reputation that there's no crime there?  No.
15           Also, last night, one of the experts that has
16 examined these crooked Dominion machines has absolutely
17 what he believes is conclusive proof that in the last ten
18 percent, 15 percent of the vote counted, the votes were
19 deliberately changed by the same algorithm that was used
20 in cheating President Trump and Vice President Pence; same
21 algorithm, same system, same thing was done with the same
22 machines.  You noticed they were ahead until the very end,
23 right?  Then you noticed there was a little gap, one was
24 ahead by three percent, the other was ahead by two percent
25 and gone, gone, they were even.

1       He can take you through that and show you how
2  they programmed that machine from the outside to
3  accomplish that, and they've been doing it for years to
4  favor the democrats.  It is a matter of scientific proof.
5       We need two days to establish that.  It would be
6  a shame if that gets established after it's over, wouldn't
7  it be?  This was the worst election in American history.
8  This election was stolen, and in seven states they picked
9  states where they had crooked democratic cities where they
10 could push everybody around, and it has to be vindicated
11 to save our republican.
12      This is bigger than Donald Trump, it's bigger
13 than you and me.  It's about these monuments and what they
14 stand for.  This has been a year in which they have
15 invaded our freedom of speech, our freedom of religion,
16 our freedom to move, our freedom to live.
17      I'll be darned if they're going to take away our
18 free and fair vote, and we're going to fight to the very
19 end to make sure that doesn't happen.
20      Let me ask Professor Eastman to explain, as
21 easily as we can -- I know this is complicated -- but what
22 happened last night, how they cheated and how it was
23 exactly the same as what they did on November 3rd.
24      (End of transcription.)
25

```
 1                    C E R T I F I C A T E

 2

 3

 4        I, TERRI NESTORE, Certified Shorthand Reporter/

 5   Transcriptionist, do hereby certify that I was authorized

 6   to transcribe the foregoing recorded proceeding, and that

 7   the transcript is a true and accurate transcription of my

 8   shorthand notes, to the best of my ability, taken while

 9   listening to the provided recording.

10

11        I further certify that I am not of counsel or

12   attorney for either or any of the parties to said

13   proceedings, nor in any way interested in the events of

14   this cause, and that I am not related to any of the

15   parties thereto.

16

17

18   Dated this 13th day of January, 2021.

19

20

21                    _____
                       TERRI NESTORE, CSR 5614, RPR, CRR
22

23

24

25
```