# Exhibit 185

PLAY THE CROSSWORD

Account

The New York Times

VISUAL INVESTIGATIONS

# How a Presidential Rally Turned Into a Capitol Rampage

By Lauren Leatherby, Arielle Ray, Anjali Singhvi, Christiaan Triebert, Derek Watkins and Haley Willis    Jan. 12, 2021

When President Trump railed against the election results from a stage near the White House on Wednesday, his loyalists were already gathering at the Capitol. Soon, they would storm it. We analyzed a crucial two-hour period to reconstruct how a rally gave way to a mob that nearly came face to face with Congress.



The day's events were captured by protesters and witnesses who live-streamed the action or posted the scenes on social media. The footage shows the simultaneous and alternating perspectives of Mr. Trump at the podium, the lawmakers inside the Capitol and the swelling numbers — and growing violence — of the rioters on the ground.

Before Noon

## A Brewing Storm



Document title: Insurrection at the Capitol: A Timeline of How It Happened - The New York Times
Capture URL: https://www.nytimes.com/interactive/2021/01/12/us/capitol-mob-timeline.html
Capture timestamp (UTC): Mon, 18 Jan 2021 22:25:08 GMT

Before Noon

# A Brewing Storm



President Trump prepares to go onstage.



Supporters gather at the Capitol.

For weeks, Mr. Trump had urged his supporters to go to Washington to stop the certification of the election results, and several simultaneous rallies were planned for Wednesday.

As the morning arrives, hundreds assemble on the Capitol lawn, more than a mile away from where Trump will soon speak near the White House. Among them are the Proud Boys, a far-right group, identifiable here by their orange hats.

**11:50 a.m.** East side of Capitol



Amanda Andrade-Rhoades/For The Washington Post via Getty Images

At the same time, near the White House, Donald Trump Jr. films the president and his inner circle backstage before his father's speech. In a video uploaded to his Facebook page, they are listening to the song "Gloria" and marveling at the size of the crowd.

**11:54 a.m.** South of White House



Document title: Insurrection at the Capitol: A Timeline of How It Happened - The New York Times
Capture URL: https://www.nytimes.com/interactive/2021/01/12/us/capitol-mob-timeline.html
Capture timestamp (UTC): Mon, 18 Jan 2021 22:25:08 GMT



Donald Trump Jr. via Facebook

12:15 p.m.–12:50 p.m.

## Capitol Crowds Grow



Trump calls for march
on Capitol.



A large crowd heads in
that direction.

About 15 minutes into his speech, Mr. Trump tells rally attendees to
walk to the Capitol. "You have to show strength," he says.

At this moment, the Capitol grounds are protected by temporary
perimeter fences, and there are few officers equipped to defend
them.

**12:17 p.m.** South of White House



After this, we're going to walk down,
and I'll be there with you —

U.S. Network Pool

Document title: Insurrection at the Capitol: A Timeline of How It Happened - The New York Times
Capture URL: https://www.nytimes.com/interactive/2021/01/12/us/capitol-mob-timeline.html
Capture timestamp (UTC): Mon, 18 Jan 2021 22:25:08 GMT



After this, we're going to walk down,
and I'll be there with you —

U.S. Network Pool

Supporters leave the rally in a steady stream before Mr. Trump's speech ends, and they head toward the Capitol.

**12:29 p.m.** Constitution Ave.



Talia Jane via Twitter

As they arrive, another crowd of Trump supporters that has already gathered along the west perimeter fence becomes more agitated.

**12:49 p.m.** West of the Capitol grounds



Status Coup via Storyful

Around this time, a pipe bomb is reported at the Republican National Committee building, just a block away from the Capitol. Not long after, another device is discovered nearby at the Democratic National Committee headquarters.

N
↑

U.S. CAPITOL



U.S. CAPITOL

Explosives reported
at party buildings

R.N.C.
Building

D.N.C.
Building

12:53 p.m.–1:03 p.m.

# First Barriers Breached



Trump continues
speaking.



Rioters topple a fence
to the Capitol's west.



Congress begins joint
session.

About 20 minutes before Trump's speech ends, some people in the
Capitol crowd harass officers posted at the barricades and start to
get physical. Others follow suit, until they violently overwhelm the
police and breach the building's outer perimeter.

**12:53 p.m.** Northwest side of the Capitol



Elijah Schaffer via Twitter

The mob quickly breaks through three additional barricades,
forcing officers back onto the west Capitol steps.

12:53 p.m.
First barricades breached

Fencing

N

Document title: Insurrection at the Capitol: A Timeline of How It Happened - The New York Times
Capture URL: https://www.nytimes.com/interactive/2021/01/12/us/capitol-mob-timeline.html
Capture timestamp (UTC): Mon, 18 Jan 2021 22:25:08 GMT



Once at the steps, the group clashes with a small contingent of officers. After a few minutes, Capitol Police officers in riot gear arrive to help control the crowd.

**12:58 p.m.** West side of Capitol



Status Coup via Storyful

At this time, the speaker of the House, Nancy Pelosi, begins the proceedings to certify the Electoral College vote at a joint session of Congress, alongside Vice President Mike Pence.

Outside, the chants begin: "Whose house? Our house!"

**1:03 p.m.** House Chamber





C-SPAN

1:12 p.m.–2:00 p.m.

# Trump's Call to Action




Trump again calls for a
march on the Capitol.



Mob continues to
clash with police.



Ted Cruz objects to
certification.

As Mr. Trump's speech comes to an end, he calls on his supporters
to "walk down Pennsylvania Avenue" toward the Capitol. Rioters
there continue to violently clash with officers, including
reinforcements from the local police department who have arrived
on the scene. Both sides spray chemical agents.

**1:15 p.m.** West side of Capitol



Status Coup via Storyful

Inside the Capitol, members of Congress seem unaware of the
extent of the violence outside. The House and Senate have moved
to their separate chambers to debate certifying the vote. Senator
Ted Cruz, Republican of Texas, argues that the Senate should not
certify Arizona's electoral votes.

**1:48 p.m.** Senate Chamber



certify Arizona's electoral votes.

**1:48 p.m.** Senate Chamber



C-SPAN

A minute later, Chief Steven Sund of the Capitol Police makes the request for immediate assistance from the D.C. National Guard. Outside, rioters tear through scaffolding in front of the Capitol's northwest steps and make their way closer to the building.

**1:50 p.m.** West side of Capitol



Lev Radin/Pacific Press/LightRocket via Getty Images

Around 2 p.m.

## Assault on the East Side



Groups breach police barricades.



Amy Klobuchar and other legislators debate.

On the east side of the Capitol, where the police presence is much smaller, another mob is about to reach the doors of the building.

Groups breach police
barricades.

Amy Klobuchar and
other legislators
debate.

On the east side of the Capitol, where the police presence is much smaller, another mob is about to reach the doors of the building.



The police remove a barricade at the northeast corner of the building after violent confrontations between officers and the crowd.

1:58 p.m. Northeast side of Capitol



Marcus DiPaola via TikTok

A YouTube live stream captures the exact moment a massive



Marcus DiPaola via TikTok

A YouTube live stream captures the exact moment a massive crowd also breaches a separate, larger barricade on the east side. This is the last physical barrier protecting that side of the Capitol.

**2:00 p.m.** East side of Capitol



Stephen Ignoramus via YouTube

2:10 p.m.

## Mob Reaches Doors on West Side



Group breaches west side barricades.



Legislators continue debate.

Back on the northwest side of the Capitol, another YouTube livestream captures the mob chasing officers up the steps and breaching the final barrier on that side.

**2:10 p.m.** Northwest side of Capitol



John Sullivan via YouTube



John Sullivan via YouTube

Violent clashes with the police have been ongoing for more than an hour by the time the mob finally breaks through.

The mob approaches an entrance near the Senate chamber, one floor below where senators continue to debate.

N

Fencing

2:10 p.m.
Group **breaches**
the final barrier

NATIONAL MALL

West side
barricades

East side
barricades
already **breached**

U.S. CAPITOL

Lawmakers continue to
debate in both chambers

Rioters surround the building on both sides, but there's no indication that the lawmakers inside know the extent of the breach. As the mob approaches the doors of the Senate wing, Senator Kyrsten Sinema, Democrat of Arizona, urges her colleagues to "reject this meritless challenge and uphold the will of Arizona's voters."

**2:10 p.m.** Senate Chamber



I urge my colleagues to follow
the example of Senator John McCain

C-SPAN




I urge my colleagues to follow the example of Senator John McC[...]

C-SPAN

Around 2:11 p.m. to 2:16 p.m.

## Rioters Break Into the Building



Mob enters the building.



Senators continue debate just steps away.

Rioters on the west side break into the building around 2:11 p.m. Two minutes later, as they reach the stairs next to the Senate chamber, the Senate is called into recess.

**2:13 p.m.** Senate Chamber



My challenge today is not about the good people of Arizona —

C-SPAN

Rioters continue to stream into the building. They enter through a door and a broken window on the northwest side.

**2:15 p.m.** Northwest side of Capitol



John Sullivan via YouTube

John Sullivan via YouTube

Rioters chase an officer to the top of a staircase where there are entrances to the Senate chamber in both directions.

**2:14 p.m.** Inside the Capitol



Igor Bobic/HuffPost via Storyful

The officer leads the rioters one way, and backup arrives — while the police inside the chamber are still trying to lock the doors.



**2:11 p.m.**
Mob breaks through
doors and windows
on first floor

*West side*

*Capitol grounds and
National Mall*

Now rioters stand off with the police in the hall, feet away from the
entrance to the Senate chamber. Senators are still milling about
inside.

**2:16 p.m.** Hall outside Senate chamber



Win Mcnamee/Getty Images

After the breach

# The Siege Continues



Thousands reach the
Capitol.



Congress is halted.

More than five minutes after the first rioters break into the
building, the House also goes into recess. Now, the police are
clashing with the mob inside the building as some members of
Congress are able to evacuate. Others are trapped inside while
rioters pound on the doors.

Outside the building, the crowd grows as attendees from President
Trump's rally continue to stream in. The mob becomes more
violent, dragging and beating officers.

Congress are able to evacuate. Others are trapped inside while rioters pound on the doors.

Outside the building, the crowd grows as attendees from President Trump's rally continue to stream in. The mob becomes more violent, dragging and beating officers.

Three hours will pass before the sergeant-at-arms declares the building secure.

**2:19 p.m.** Near Capitol grounds on the west side



Jim Lo Scalzo/EPA, via Shutterstock

Photo credits: John Minchillo/Associated Press; Andrew Harnik/Associated Press; Olivier Douliery/Agence France-Presse; Greg Nash/Pool via Reuters

Reporting was contributed by Stella Cooper, Cora Engelbrecht, Evan Hill, Robin Stein, Ben Decker and Malachy Browne. Additional production by Meg Felling, Dave Horn, Whitney Hurst, Christina Kelso and Scott Reinhard.

READ 760 COMMENTS    

Visual Investigations                                                           Most Popular

Document title: Insurrection at the Capitol: A Timeline of How It Happened - The New York Times
Capture URL: https://www.nytimes.com/interactive/2021/01/12/us/capitol-mob-timeline.html
Capture timestamp (UTC): Mon, 18 Jan 2021 22:25:08 GMT                          Page 14 of 16

READ 760 COMMENTS





## Visual Investigations

The Visual Investigations team combines traditional reporting with digital sleuthing and the forensic analysis of visual evidence to find truth, hold the powerful to account and deconstruct important news events.

Send us a tip. Make sure to include 'Visual Investigations' in your message.

VIDEO
How the Police Killed Breonna Taylor
Jan. 6

Videos Show How Rioter Was Trampled in Stampede at Capitol
Jan. 17

Decoding the Far-Right Symbols at the Capitol Riot
Jan. 13

---

### More in U.S. News


Chuck Painter/Stanford News Service
Deborah Rhode, Who Transformed the Field of Legal Ethics, Dies at 68
1h ago


Erin Schaff/The New York Times
Kamala Harris Will Make History. So Will Her 'Big, Blended' Family.
Jan. 17


Lev Radin/Sipa USA, via Associated Press
Videos Show How Rioter Was Trampled in Stampede at Capitol
Jan. 17


Philip Semansky/Associated Press
He Crusaded Against Gun Violence in Baltimore. Then He Was Shot and Killed.
Jan. 18


Chang W. Lee/The New York Times
After Capitols Become Fortresses, Far-Right Protesters Are Mostly a No-Show
Jan. 18

---

### Editors' Picks


Inti Ocon for The New York Times
He Brought Moynihan Train Hall to Life, but Didn't Live to See It
Jan. 15


Jenna Schoenefeld for The New York Times
Losing a Loved One Twice: First to Prison, Then to Covid
Jan. 13


Bettmann, via Getty Images
How 'Orwellian' Became an All-Purpose Insult
Jan. 15

### Most Popular

Matthew Lewis Can't Believe He's a Romantic Lead, Either

Improve Your Life With These Tiny Chores

Kathleen Heddle, Rower Who Won 3 Olympic Gold Medals, Dies at 55

Republicans Break Ranks on Impeachment

Jimmy Fallon: Mike Pence Just Can't Win With Trump Fans

Doctor's Death After Covid Vaccine Is Being Investigated

An Urgent Reckoning for the Trump Brand

'Unacceptable' Food Packages for Poorer Children in England Prompt Outcry

Manhunt Intensifies as Authorities Warn Some Rioters May Face Sedition Charges

A Soup to Make You Feel Better

ADVERTISEMENT

AD SMARTASSET

When Will You Retire?
This quiz will find local, fiduciary financial advisors near you in minutes.

Document title: Insurrection at the Capitol: A Timeline of How It Happened - The New York Times
Capture URL: https://www.nytimes.com/interactive/2021/01/12/us/capitol-mob-timeline.html
Capture timestamp (UTC): Mon, 18 Jan 2021 22:25:08 GMT

events.

Send us a tip. Make sure to include 'Visual Investigations' in your message.


VIDEO
How the Police Killed Breonna Taylor
Jan. 6


Videos Show How Rioter Was Trampled in Stampede at Capitol
Jan. 17


Decoding the Far-Right Symbols at the Capitol Riot
Jan. 13

## More in U.S. News


Chuck Painter/Stanford News Service
Deborah Rhode, Who Transformed the Field of Legal Ethics, Dies at 68
1h ago


Erin Schaff/The New York Times
Kamala Harris Will Make History. So Will Her 'Big, Blended' Family.
Jan. 17


Leah Millis/Sipa USA, via Reuters
Videos Show How Rioter Was Trampled in Stampede at Capitol
Jan. 17


Patrick Semansky/Associated Press
He Crusaded Against Gun Violence in Baltimore. Then He Was Shot and Killed.
Jan. 18


Chang W. Lee/The New York Times
After Capitols Become Fortresses, Far-Right Protesters Are Mostly a No-Show
Jan. 18

## Editors' Picks


Inti Ocon for The New York Times
He Brought Moynihan Train Hall to Life, but Didn't Live to See It
Jan. 15


Jenna Schoenefeld for The New York Times
Losing a Loved One Twice: First to Prison, Then to Covid
Jan. 13


Bettmann, via Getty Images
How 'Orwellian' Became an All-Purpose Insult
Jan. 15

Matthew Lewis Can't Believe He's a Romantic Lead. Either

Improve Your Life With These Tiny Chores

Kathleen Heddle, Rower Who Won 3 Olympic Gold Medals, Dies at 55

Republicans Break Ranks on Impeachment

Jimmy Fallon: Mike Pence Just Can't Win With Trump Fans

Doctor's Death After Covid Vaccine Is Being Investigated

An Urgent Reckoning for the Trump Brand

'Unacceptable' Food Packages for Poorer Children in England Prompt Outcry

Manhunt Intensifies as Authorities Warn Some Rioters May Face Sedition Charges

A Soup to Make You Feel Better

ADVERTISEMENT


AD SMARTASSET

## When Will You Retire?
This quiz will find local, fiduciary financial advisors near you in minutes.

OPEN

© 2021 The New York Times Company   NYTCo   Contact Us   Work with us   Advertise   T Brand Studio   Your Ad Choices   Privacy Policy   Terms of Service   Terms of Sale   Site Map   Help   Subscriptions