# Exhibit 186

screenshot-twitter.com-2021.01.18-17_25_27
https://twitter.com/drewharwell/status/1349436733889404928?s=20
18.01.2021



**Drew Harwell** @drewharwell · Jan 13

Very telling video of rioters outside the Capitol shouting at police: "We were invited here. We were invited by the president of the United States"



◯ 1.4K   ⇄ 19.3K   ♡ 32.1K