# Exhibit 187

# The New York Times

PLAY THE CROSSWORD

ADVERTISEMENT



AD EDGE TECHNOLOGY GROUP

**True 24x7x365 Support**

Flexible IT Solutions Designed and Aligned With Your Business Needs in Mind.

OPEN

‹ Presidential Transition Highlights: House Says It Will Move Swiftly With Impeachment if Pence Won't Act

# The F.B.I. arrests two men who had carried plastic restraints into the Capitol.



Jan. 10, 2021

By Adam Goldman and Katie Benner



Document title: FBI Arrests Man Who Carried Zip Ties Into Capitol - The New York Times
Capture URL: https://www.nytimes.com/2021/01/10/us/politics/capitol-zip-ties-arrest.html
Capture timestamp (UTC): Sat, 23 Jan 2021 04:14:50 GMT



Eric Gavelek Munchel, left, was taken into federal custody on Sunday for his role in the storming of the Capitol last week. Win Mcnamee/Getty Images

The F.B.I. arrested two men on Sunday who were photographed in the Senate chamber clad in military-style clothing and holding zip ties, according to a statement issued by the Justice Department.

One of the men, Eric Gavelek Munchel, 30, was taken into custody in Nashville on one count of unlawfully entering a restricted building and one count of violent entry and disorderly conduct on Capitol grounds, the department said. One of the officials involved in the case said authorities also recovered several weapons at the time of his arrest.

The department also said that photographs of a person who appeared to be Mr. Munchel showed him "carrying plastic restraints, an item in a holster on his right hip, and a cell phone mounted on his chest with the camera facing outward, ostensibly to record events that day."

Efforts to reach Mr. Munchel before his arrest were unsuccessful.

The other man, Larry Rendell Brock, was arrested in Texas on the same charges after he was allegedly identified as one of the people who broke into the Capitol. The department said in its statement

Efforts to reach Mr. Munchel before his arrest were unsuccessful.

The other man, Larry Rendell Brock, was arrested in Texas on the same charges after he was allegedly identified as one of the people who broke into the Capitol. The department said in its statement that images of a person who appeared to be him showed Mr. Brock clad in "a green helmet, green tactical vest with patches, black and camo jacket, and beige pants holding a white flex cuff, which is used by law enforcement to restrain and/or detain subjects."

ADVERTISEMENT



AD SMARTASSET

Advisor Mistakes To Avoid

7 Mistakes You'll Make Hiring A Financial Advisor

LEARN MORE

Mr. Brock's ex-wife contacted the F.B.I. on Friday to say that she recognized him in a photograph taken inside the Capitol building during the riot, according to an F.B.I. affidavit.

"When I saw this was happening, I was afraid he would be there," she told investigators, according to the affidavit. "It is such a good picture of him and I recognize his patch."

A second witness who identified Mr. Brock in photographs taken inside the building noted that the suspect had pilot wings on his chest in the picture, and that Mr. Brock was an Air Force pilot, the affidavit said. The witness also said that Mr. Brock worked at L3 Technologies, a defense contractor, and that his contacts at the company "knew he was flying to Washington, D.C.," the witness



chest in the picture, and that Mr. Brock was an Air Force pilot, the affidavit said. The witness also said that Mr. Brock worked at L3 Technologies, a defense contractor, and that his contacts at the company "knew he was flying to Washington, D.C.," the witness told investigators.

The two men are among the more than a dozen people charged by federal authorities in connection with the attack on Congress. Internet researchers pieced together what was thought to be their identities in the days after the siege. Investigators in Washington, Tennessee and Texas are working on the cases; and the cases will be prosecuted by the U.S. Attorney's Office in Washington and the counterterrorism section of the Justice Department's National Security Division.

Mr. Munchel traveled to Washington with his mother, Lisa Eisenhart, and the pair said in an interview with The Times of London that they broke into the Capitol to observe the action, and that they left after rioters talked about stealing electronics and government papers.

ADVERTISEMENT



AD TRYNANOSPARKLE.COM

This car gadget magically removes scratches and scuffs from your car quickly and easily.

This car gadget magically removes scratches and scuffs from your car quickly and easily.

OPEN

But Mr. Munchel also said that he and his mother "wanted to show that we're willing to rise up, band together and fight if necessary,"

But Mr. Munchel also said that he and his mother "wanted to show that we're willing to rise up, band together and fight if necessary," and he compared himself and his mother to the Founding Fathers.

"I'd rather die as a 57-year-old woman than live under oppression," Ms. Eisenhart told The Times of London. "I'd rather die and would rather fight."

Adam Goldman reports on the F.B.I. from Washington and is a two-time Pulitzer Prize winner. @adamgoldmanNYT

Katie Benner covers the Justice Department. She was part of a team that won a Pulitzer Prize in 2018 for public service for reporting on workplace sexual harassment issues. @ktbenner

Here's the latest from **Presidential Transition Highlights: House Says It Will Move Swiftly With Impeachment if Pence Won't Act**

- The House barrels forward on its effort to remove Trump from office, placing pressure on Pence and vowing swift action on impeachment.
- The House could vote as soon as Tuesday on an impeachment article, the chamber's No. 3 Democrat said.
- D.C.'s mayor asks the Trump administration to enhance security around the inauguration.

See all

ADVERTISEMENT

AD SMARTASSET



Advisor Mistakes To Avoid

7 Mistakes You'll Make Hiring A Financial Advisor

LEARN MORE


POLITICS



---

Here's the latest from **Presidential Transition Highlights: House Says It Will Move Swiftly With Impeachment if Pence Won't Act**

- The House barrels forward on its effort to remove Trump from office, placing pressure on Pence and vowing swift action on impeachment.
- The House could vote as soon as Tuesday on an impeachment article, the chamber's No. 3 Democrat said.
- D.C.'s mayor asks the Trump administration to enhance security around the inauguration.

See all

---

ADVERTISEMENT



AD SMARTASSET

**Advisor Mistakes To Avoid**

7 Mistakes You'll Make Hiring A Financial Advisor

LEARN MORE

---

# The New York Times

Go to Home Page »

- NEWS
- OPINION
- ARTS
- LIVING
- LISTINGS & MORE

© 2021 The New York Times Company

NYTCo · Contact Us · Work with us · Advertise · T Brand Studio · Your Ad Choices · Privacy Policy · Terms of Service · Terms of Sale · Site Map · Help · Subscriptions