# Exhibit 188

← **Thread**



**Adam Goldman** ✓
@adamgoldmanNYT

Replying to @adamgoldmanNYT

From Munchel's Facebook account:



5:52 PM · Jan 10, 2021 · Twitter Web App

**52** Retweets   **14** Quote Tweets   **212** Likes