# Exhibit 190

screenshot-twitter.com-2021.01.23-18_41_41
https://twitter.com/drantbradley/status/1348663754549030913/photo/1
23.01.2021



**Donald J. Trump** ✓
@realDonaldTrump

Mike Pence didn't have the courage to do what should have been done to protect our Country and our Constitution, giving States a chance to certify a corrected set of facts, not the fraudulent or inaccurate ones which they were asked to previously certify. USA demands the truth!

14:24 · 1/6/21 · Twitter for iPhone