# Exhibit 191

   

SIGN IN NPR SHOP DONATE WBEZ On Air Now
NEWS ARTS & LIFE MUSIC SHOWS & PODCASTS SEARCH HOURLY NEWS LISTEN LIVE PLAYLIST

MEDIA

# < After Deadly Capitol Riot, Fox News Stays Silent On Stars' Incendiary Rhetoric

January 13, 2021 · 6:30 AM ET

 3-Minute Listen    

Transcript

AILSA CHANG, HOST:

Across America and within the Republican Party, a reckoning has erupted over rhetoric leading up to the attack on the U.S. Capitol. Not so at the Fox News Channel, where people repeatedly claimed - falsely - that President Trump was cheated out of a victory in November. NPR's David Folkenflik reports.

DAVID FOLKENFLIK, BYLINE: The Fox News Channel was the first network to call the pivotal state of Arizona for Joe Biden on election night. Yet some of the network's most popular figures have done something very different ever since.

(SOUNDBITE OF ARCHIVED RECORDING)

MARIA BARTIROMO: ...An intel source telling me that President Trump did, in fact, win the election.

FOLKENFLIK: That was Maria Bartiromo. Fox has deluged viewers with false claims, even allegations of betrayal and treason. And in the days preceding Congress's certification of Biden's win, exhortations for citizens and lawmakers to do something about it. Here's Jeanine Pirro invoking the Revolutionary War, followed by Mark Levin and Lou Dobbs.

(SOUNDBITE OF MONTAGE)

JEANINE PIRRO: As we are all being told to simply shut up and move on, January 6 will tell us whether there are any in Congress willing to battle for the America that those soldiers fought for.

MARK LEVIN: On January 6, we learned whether our Constitution will hold and whether the Republicans care.

LOU DOBBS: Wouldn't it be criminal for these Republicans and, particularly, Republican senators who are saying that they will not step forward?

FOLKENFLIK: Among those watching Fox was an Air Force veteran named Ashli Babbitt. Babbitt was shot and killed last week as she participated in the pro-Trump mob trying to enter the U.S. House speaker's lobby. Here's a video she posted to social media two years ago.

(SOUNDBITE OF ARCHIVED RECORDING)

ASHLI BABBITT: You guys refuse to choose America - America - over your stupid political party. I am so tired of it.

Vogueisus

Document title: Fox News Stays Silent On Stars' Incendiary Rhetoric Following Capitol Riot : NPR
Capture URL: https://www.npr.org/transcripts/955694096
Capture timestamp (UTC): Mon, 18 Jan 2021 22:32:30 GMT

media two years ago.

WBEZ
On Air Now
HOURLY NEWS LISTEN LIVE PLAYLIST

(SOUNDBITE OF ARCHIVED RECORDING)

ASHLI BABBITT: You guys refuse to choose America - America - over your stupid political party. I am so tired of it.

FOLKENFLIK: NPR reviewed Babbitt's Twitter feed, and here's what we found. She shared conspiracy theories of QAnon. She watched Fox, sometimes complained about it, but she also took inspiration from its hosts, commentators and frequent talking heads, retweeting them scores of times in the past year. Right after the election, she retweeted this video of Fox host Tucker Carlson.

(SOUNDBITE OF ARCHIVED RECORDING)

TUCKER CARLSON: You can't simply tell people to accept an outcome because force doesn't work in a democracy - that's dictatorship.

FOLKENFLIK: The commercial radio giant Cumulus Media has ordered its radio hosts to accept the legitimacy of President-elect Biden's win. Social media companies have frozen accounts, including that of President Trump, that it says have incited violence. Fox News staffers tell NPR the network has not had any such reckoning.

NICOLE HEMMER: Well, one responsibility that Fox News has is not to spread false conspiracy theories. By doing so, they are fueling a movement that they actually, at the end of the day, can't control.

FOLKENFLIK: The Columbia University historian Nicole Hemmer is a scholar of conservative media. She also writes columns for CNN's website. She says it's not enough that sometimes Tucker Carlson and others urged Trump to accept the verdict or denounce violence, as many did.

HEMMER: In the aftermath of the Capitol insurrection, what you would like to see is Fox News come forward and not only say that we are not going to spread these conspiracies anymore on our network, but we take responsibility for platforming these ideas and for spreading them.

FOLKENFLIK: Instead, if you turn on Fox News now, hosts and personalities are focusing on what they say is an ominous new threat - social media acting against pro-Trump voices. Here's Fox News anchor Bill Hemmer - no relation to Nicole.

(SOUNDBITE OF ARCHIVED RECORDING)

BILL HEMMER: The events of last Wednesday notwithstanding, the ultimate cancel culture - would you not agree - is when you can cancel a sitting U.S. president?

FOLKENFLIK: As his question suggests, much of Fox's coverage involves moving focus away from the deadly attack of last week.

David Folkenflik, NPR News.

(SOUNDBITE OF TRENTEMOLLER'S "MISS YOU")

*Copyright © 2021 NPR. All rights reserved. Visit our website terms of use and permissions pages at www.npr.org for further information.*

*NPR transcripts are created on a rush deadline by Verb8tm, Inc., an NPR contractor, and produced using a proprietary transcription process developed with NPR. This text may not be in its final form and may be updated or revised in the future. Accuracy and availability may vary. The authoritative record of NPR's programming is the audio record.*

Document title: Fox News Stays Silent On Stars' Incendiary Rhetoric Following Capitol Riot : NPR
Capture URL: https://www.npr.org/transcripts/955694096
Capture timestamp (UTC): Mon, 18 Jan 2021 22:32:30 GMT





## More Stories From NPR

POLITICS
**Twitter Suspends Rep. Marjorie Taylor Greene's Account**

POLITICS
**New Chief's Ties Shock Radio Free Asia, While Pompeo Visit To VOA Stirs Outcry**

ARTS & LIFE
**'Artists, Weirdos, Hellriders And Homies:' Thrasher Magazine Turns 40**

POLITICS
**Voice Of America White House Reporter Reassigned After Questioning Pompeo**

MEDIA
**Public Radio Stations Rebuke 'N.Y. Times' Over Actions In Correcting 'Caliphate'**

OPINION
**Opinion: Remembering Journalist And Friend Neil Sheehan**

## Popular on NPR.org

POLITICS
**'We Cannot Afford Inaction': Biden Unveils $1.9 Trillion COVID-19 Relief Plan**

POLITICS
**4 Ways President Trump's 2nd Impeachment Will Change Washington**

POLITICS
**State Republican Parties Blast Members Of GOP Who Voted To Impeach Trump**



WBEZ
On Air Now
‣ HOURLY NEWS ‣ LISTEN LIVE ‣ PLAYLIST

POLITICS
**State Republican Parties Blast Members Of GOP Who Voted To Impeach Trump**



ANIMALS
**Biden's German Shepherd To Be Celebrated With 'Indoguration' Hosted By Animal Shelter**



POLITICS
**These Are The 10 Republicans Who Voted To Impeach Trump**



HEALTH
**Why You Should Still Wear A Mask And Avoid Crowds After Getting The COVID-19 Vaccine**






## NPR Editors' Picks

NATIONAL
**Trump's Census Director To Quit After Trying To Rush Out 'Indefensible' Report**



LATIN AMERICA
**Migrant Caravan: Thousands Move Into Guatemala, Hoping To Reach U.S.**



HEALTH
**'I've Tried Everything': Pandemic Worsens Child Mental Health Crisis**



ARTS & LIFE
**Poetry Challenge: Honor MLK By Describing How You Dream A World**



POLITICS
**I Beg Your Garden? Trump Adds 'Hero' Names To Statue Garden Unlikely To Take Root**



ASIA
**China Says Its Economy, Recovering From The**

HEALTH

**Why You Should Still Wear A Mask And Avoid Crowds After Getting The COVID-19 Vaccine**

WBEZ
On Air Now
HOURLY NEWS
LISTEN LIVE
PLAYLIST

Vogueisus

## NPR Editors' Picks

NATIONAL

**Trump's Census Director To Quit After Trying To Rush Out 'Indefensible' Report**

LATIN AMERICA

**Migrant Caravan: Thousands Move Into Guatemala, Hoping To Reach U.S.**

HEALTH

**'I've Tried Everything': Pandemic Worsens Child Mental Health Crisis**

ARTS & LIFE

**Poetry Challenge: Honor MLK By Describing How You Dream A World**

POLITICS

**I Beg Your Garden? Trump Adds 'Hero' Names To Statue Garden Unlikely To Take Root**

ASIA

**China Says Its Economy, Recovering From The Pandemic, Grew 2.3% Last Year**

READ & LISTEN
Home
News
Arts & Life
Music
Podcasts
Programs

CONNECT
Newsletters
Facebook
Twitter
Instagram
Contact
Help

ABOUT NPR
Overview
Finances
People
Press
Public Editor
Corrections

GET INVOLVED
Support Public Radio
Sponsor NPR
NPR Careers
NPR Shop
NPR Events
Visit NPR

terms of use privacy your privacy choices text only © 2021 npr

Document title: Fox News Stays Silent On Stars' Incendiary Rhetoric Following Capitol Riot : NPR
Capture URL: https://www.npr.org/transcripts/955694096
Capture timestamp (UTC): Mon, 18 Jan 2021 22:32:30 GMT

Page 4 of 4