# Exhibit 192



Menu
ACADIANA'S NEWSCHANNEL
Watch Live
News
Weather 62°
Coronavirus
Sports
GMA
KATC Investigates
About
Mardi Gras Headquarters
Contests
We're Open Acadiana
Trusted Advisor
ADVERTISEMENT
Today's Refinance Rate
1.99%
APR 15 Year Fixed | $400K
Select Loan Amount
$225,000
lendingtree
Calculate Payment
Terms & Conditions apply. NMLS#1136

NEWS > NATIONAL NEWS

# President Trump tweets out video statement "Go Home in Peace"

That video has been removed

Photo by: Twitter: @DonaldJTrump

Search
KATC
EVERYWHERE
you stream!
KATC
androidtv
tv
firetv
Roku

By: KATC News

*Posted at 3:29 PM, Jan 06, 2021 and last updated 12:57 AM, Jan 07, 2021*

President Trump released a video at around 4:20 pm CST telling protesters to go home and go in peace.

Document title: President Trump tweets out video statement "Go Home in Peace"
Capture URL: https://www.katc.com/news/national-news/president-trump-tweets-out-video-statement-go-home-in-peace
Capture timestamp (UTC): Sat, 23 Jan 2021 04:18:23 GMT

Posted at 3:29 PM, Jan 06, 2021 and last updated 12:57 AM, Jan 07, 2021

President Trump released a video at around 4:20 pm CST telling protesters to go home and go in peace.

In the video he reiterated his claims that the election was fraudulent and stolen.

That video was removed by Twitter on Wednesday evening.

> pic.twitter.com/Pm2PKVoFp3
>
> — Donald J. Trump (@realDonaldTrump) January 6, 2021

> *I know your pain. I know you're hurt. We had an election that was stolen from us. It was a landslide election, and everyone knows it, especially the other side. But you have to go home now. We have to have peace.*
>
> *We have to have law and order. We have to have to respect our great people in law and order. We don't want anybody hurt. It's a very tough period of time. There's never been a period of time like this where such a thing happened where they could take it a way from all of us: from me, from you, from our country.*
>
> *This was a fraudulent election, but we can't play into the hands of these people. We have to have peace. So go home. We love you. You're very special. You've seen what happens. You see the way others are treated that are so bad and so evil. I know how you feel, but go home and go home in peace.*

President Donald Trump

------------------------------------------------------------

***Stay in touch with us anytime, anywhere.***

To reach the newsroom or report a typo/correction, click HERE.

Document title: President Trump tweets out video statement "Go Home in Peace"
Capture URL: https://www.katc.com/news/national-news/president-trump-tweets-out-video-statement-go-home-in-peace
Capture timestamp (UTC): Sat, 23 Jan 2021 04:18:23 GMT
Page 1 of 3



------------------------------------------------------------

***Stay in touch with us anytime, anywhere.***

To reach the newsroom or report a typo/correction, click HERE.

Sign up for newsletters emailed to your inbox. Select from these options: Breaking News, Evening News Headlines, Latest COVID-19 Headlines, Morning News Headlines, Special Offers

*Follow us on Twitter*

*Like us on Facebook*

*Follow us on Instagram*

*Subscribe to our Youtube channel*

Copyright 2021 Scripps Media, Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Sign up for the **Headlines Newsletter** and receive up to date information.

E-mail

Submit

News Weather Sports Community Don't Waste Your Money Support

Scripps Local Media
© 2021 Scripps Media, Inc

Site Map Do Not Sell My Info Privacy Policy Journalism Ethics Guidelines
Terms of Use EEO Careers FCC Public File Public File Contact Us
Accessibility Statement Closed Captioning Contact FCC Application

Document title: President Trump tweets out video statement "Go Home in Peace"
Capture URL: https://www.katc.com/news/national-news/president-trump-tweets-out-video-statement-go-home-in-peace
Capture timestamp (UTC): Sat, 23 Jan 2021 04:18:23 GMT

Page 2 of 3



---

***Stay in touch with us anytime, anywhere.***

To reach the newsroom or report a typo/correction, click HERE.

Sign up for newsletters emailed to your inbox. Select from these options: Breaking News, Evening News Headlines, Latest COVID-19 Headlines, Morning News Headlines, Special Offers

*Follow us on Twitter*

*Like us on Facebook*

*Follow us on Instagram*

*Subscribe to our Youtube channel*

Copyright 2021 Scripps Media, Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Sign up for the Headlines Newsletter and receive up to date information.
E-mail
Submit

Scripps Local Media

© 2021 Scripps Media, Inc

News Weather Sports Community Don't Waste Your Money Support

Site Map Do Not Sell My Info Privacy Policy Journalism Ethics Guidelines
Terms of Use EEO Careers FCC Public File Public File Contact Us
Accessibility Statement Closed Captioning Contact FCC Application

Document title: President Trump tweets out video statement "Go Home in Peace"
Capture URL: https://www.katc.com/news/national-news/president-trump-tweets-out-video-statement-go-home-in-peace
Capture timestamp (UTC): Sat, 23 Jan 2021 04:18:23 GMT

Page 3 of 3