# Exhibit 193

Video file
available online at:
https://www.youtube.com/watch?v=7rDIE2xpuAE; also available from counsel upon request.