# Exhibit 194



CNN politics   **2020 Election**   **Facts First**   **Election 101**                               • LIVE TV    Edition

# Former Trump communications director says President lied about 2020 election and should consider resigning



By Veronica Stracqualursi, CNN
Updated 10:32 AM ET, Fri January 8, 2021



     

| 02:47 | 02:09 | 04:01 | 01:19 | |
|---|---|---|---|---|
| Former WH official on Trump: We can't stand by the man | Lawmaker slams riot: 'Damned if I'll let it' shake faith in democracy | Raskin: I'm not losing my son in 2020 and my country in 2021 | Sen. King: Cutting off Trump's intel access should be easy decision for Biden | Chris NSA Trum agen |

**MORE FROM CNN**

 Fired Florida data scientist Rebekah Jones turns herself in to...

 Former Trump aide: 2024 bid would be 'terribly divisive'

Advertisement

**Washington (CNN)** — Former White House communications director Alyssa Farah said Friday that President Donald Trump lied to the American people about the 2020 presidential election results and said that he should "seriously consider" resigning from office after Wednesday's deadly insurrection at the US Capitol.

Farah said on CNN's "New Day" that she holds Trump responsible for inciting the mob that stormed the US Capitol in an attempt to stop Congress' certification of President-elect Joe Biden's Electoral College win and allowing this "lie to take a life of its own that the election might be overturned."

Asked by CNN's John Berman if she would feel safer today if Trump resigned and Vice President Mike Pence took over, Farah replied, "I would."

"I think that it's something (Trump) should seriously consider," she said. "I don't think that -- when you've got just a number of days left -- there's any need to carry on kind of the charade of an impeachment."

   Farah's statement joins former White House chief of

---

Document title: Former Trump communications director says President lied about 2020 election and should consider resigning - CNNPolitics
Capture URL: https://www.cnn.com/2021/01/08/politics/alyssa-farah-trump-lied-resignation-cnntv/index.html
Capture timestamp (UTC): Mon, 18 Jan 2021 22:34:11 GMT

  2020 Election   Facts First   Election 101   ● LIVE TV   Edition  
Case 1:21-cv-00213-CJN   Document 2-129   Filed 01/25/21   Page 3 of 15

"I think that it's something (Trump) should seriously consider," she said. "I don't think that -- when you've got just a number of days left -- there's any need to carry on kind of the charade of an impeachment."



**Related Article:** Trump's desperate attempt to save his imploding presidency

Farah's statement joins former White House chief of staff John Kelly in calling for Trump to either step down or be removed from office in his final days, an extraordinary rebuke of a sitting President from once high-ranking administration officials.

In a speech Wednesday, Trump ginned up the crowd of his supporters gathered on the National Mall, telling them "we're going to walk down to the Capitol" and that "you'll never take back our country with weakness, you have to show strength."

**News & Buzz**

Actor Eddie Hassell was fatally shot in a 'random robbery,' police say. A...

Fort Bragg soldier who went missing Memorial Day weekend was decapitated,...

---

Sign up for **CNN What Matters Newsletter**

Every day we summarize What Matters and deliver it straight to your inbox.

[ Sign Me Up ]    [ No Thanks ]

By subscribing you agree to our privacy policy.

---

His supporters left the speech and headed to the US Capitol, breached the barriers and stormed the building, assaulted police officers and members of the media, and vandalized and stole from lawmakers' offices. The violence has so far resulted in five deaths -- including a US Capitol police officer -- and more than 50 injured.

Hours later, the President offered only mild rebukes in social media posts that have since been removed. He told rioters to "go home now," but added "we love you" and "you are special" while still pushing his unfounded claims about the election. He later appeared to justify their actions in a tweet Wednesday.

Farah on CNN Friday argued that the President should've issued a "forceful denunciation" of the riots and urged his supporters to "stand down."

"When the moment called for leadership, he did not do the right thing and lives were lost because of it," she said.

**READ MORE**

- How a pro-Trump mob besieged the Capitol
- Trump pressured Pence to engineer a coup, then put the VP in danger, source says
- What's the 25th Amendment and how does it work?
- LIST: These are the members calling for impeachment or the 25th Amendment to be invoked

Farah resigned from the Trump administration in December. At the time, her statement made no reference to any concerns or hesitations about either the message coming from the White House about the 2020 election or Trump's conduct in spreading misinformation about the election results.

She told CNN that she left the administration because she had "growing concerns about the fact that I felt like we were misleading the public with this endeavor to say that the election was stolen."

"It became abundantly clear we just didn't win," she said, adding that Trump's repeated lies to his supporters "does a tremendous disservice to them, and it worked up this frenzy and this sort of mob that we saw at the Capitol, and it's just unacceptable."

Pressed by CNN on why it took her so long to speak out, Farah said she believed in Trump's policy agenda, but knew "I couldn't influence outcomes when this runaway train of the 'election was stolen' got wind underneath it."

**PAID CONTENT**



**19 Famous Married Couples Who Were High School Sweethearts**
*Parentsdome Galleries*


of mob that we saw at the Capitol, and it's just unacceptable."

Pressed by CNN on why it took her so long to speak out, Farah said she believed in Trump's policy agenda, but knew "I couldn't influence outcomes when this runaway train of the 'election was stolen' got wind underneath it."

Asked by CNN if she would support Trump again for election, Farah said, "I wouldn't."

"We can stand by the policies, but at this point we cannot stand by the man," she said.


19 Famous Married Couples Who Were High School Sweethearts
*Parentsdome Galleries*

An increasing number of former Trump administration officials have blamed Trump's rhetoric for the violence that broke out. Two of Trump's Cabinet secretaries have resigned, along with a number of White House and Trump administration officials, in the wake of Wednesday's riot.

**Related Article:** Law enforcement missed key signs ahead of riot on US Capitol

House Democrats, furious at Trump, are quickly building momentum to move on impeachment of Trump in the next several days -- as soon as the middle of next week -- despite Trump having less than two weeks remaining in office.

Farah argued on CNN that the House should be focused on the coronavirus pandemic and getting aid to millions of Americans.

"Pence has stepped in as the real leader," she said.

*This story has been updated with additional comment and background information.*

CNN's Betsy Klein, Kevin Liptak, Jeremy Diamond and Maegan Vazquez contributed to this report.

[Gallery] Presidents Are Not Allowed To Do This After They Leave Office
*Definition*

**MORE FROM CNN**


The Rock Posts Instagram Message to Donald Trump and Joe Biden


Brian Harkins Alleges He Gave Ball-Doctoring Substance to Gerrit Cole, Others


NFL Rumors: Latest Buzz on Possible Deshaun Watson Trade, Urban Meyer and More


People at the US Capitol riot are being identified and losing their jobs

**PAID CONTENT** 


Awkward SNL Moments Where The Camera Kept Rolling
Sponsored: Definition


44 Design Fails That Are Unfortunate But Hilarious
Sponsored: Definition


THE INAUGURATION OF JOE BIDEN
CNN SPECIAL LIVE COVERAGE WEDNESDAY

*Advertisement*

CONTENT BY COMPARECARDS

$200 Sign Up Bonus to Start the New Year

4 cards to help you get out of debt in 2021

Turn your purchases into credit card rewards

6 cards charging 0% interest until 2022

Make Money Moves With These Cards in 2021

CONTENT BY LENDINGTREE

Refi rates at 2.125% APR (15 yr). Do you qualify?

Can you refinance with $0 out of pocket?

These Savings Accounts Pay 18x More Than Your Current Bank

Your best refinance rates for January 2021

Put your equity to work for you with a cash-out refi


RECOMMENDED 2/5



Shut The Front Door! The All New Subaru Lineup Is Incredible
Sponsored: Subaru | Sponsored Listings

Read More

Your best refinance rates for January 2021

Put your equity to work for you with a cash-out refi


[Pics] We All Spotted This Weird Thing Behind Prince Charles... Did You?
Sponsored: Equity Mirror


Rarely Seen Photos Capture A Darker Side To Nature
Sponsored: Definition


[Gallery] Presidents Are Not Allowed To Do This After They Leave Office
Sponsored: Definition


Definition
[Gallery] Photos Of U.S. Presidents On Their Wedding Day


Post Fun
68 Hollywood Stars Who Look Unrecognizable Now

**Paid Links**

Pearl Necklaces for Sale

SUV of the Year

Log Cabin Kit Prices

Top Kitchen Designs 2021

Discount on Auto Insurance


Hollywood Tale
[Pics] Where Kamala Harris Lives Says It All


The Primary Market
[Photos] Have Any of These 41 Items? You Could Be Rich


AmoMedia
[Pics] Egypt's New Discovery Is Challenging Our History


What to expect in year two of the pandemic
Sponsored: The Economist


15 Perks Former Presidents Receive When They Leave Office
Sponsored: Ranker





**What to expect in year two of the pandemic**
Sponsored: The Economist

**15 Perks Former Presidents Receive When They Leave Office**
Sponsored: Ranker




**[Pics] A Cliff Collapsed In The Grand Canyon And Unearthed This...**
Sponsored: Scientific Mirror

**25 Hilarious Construction Mistakes You Have to See to Believe**
Sponsored: Investing.com

**[Pics] Meet Sean Hannity's New Wife**
Sponsored: Doctor Report




Luxury Auto | Sponsored Listings
**Shut The Front Door! The New Subaru Outback Is Stunning!**

Ranker
**50 Maps Of The USA That Made Us Say 'Whoa'**



Definition
**The Largest Athlete Of All Time Is Truly Massive**

Constative
**[Pics] Photoshop King Who Took Photoshop Requests Too Literally**

Definition
**[Gallery] 20 Facts That Can Change The Way You Look At The Amish**




**The New 2020 Kia Seltos Is Turning Heads**
Sponsored: Luxury Auto | Sponsored Listings

**[Gallery] The Innocent Photo That Ruined A Pole Vaulter's Career**
Sponsored: Definition









**If You're Going To Buy An Air Fryer, Read This**
Sponsored: Capital One Shopping

**[Pics] Remember Sandra Bullock's Son? Try Not To Gasp When You See How He Looks Now**
Sponsored: Post Fun

**[Pics] The U.S. Government Allows Anyone To Live In This Town For Free But Nobody Wants To**
Sponsored: AmoMedia




Ice Pop
**[Gallery] If You Are Bitten By This Snake, You Have 17 Minutes To...**

Definition
**Celebrities Who Passed Away In 2020**





Hollywood Tale
**[Pics] Nancy Pelosi Lives In This House & It's Incredible**

Investment Guru
**[Photos] Meet David Muir's Partner**

Parentsdome Galleries
**9 Out of 10 Baby Boomers Fail This Quiz, Can You Pass?**



**The All New Subaru Outback Is The Cream Of The Crop!**
Sponsored: Luxury Auto | Sponsored Listings

**[Photos] The Most Overrated Tourist Attraction In Each State**
Sponsored: Explored Planet














File 30 Alyssa Farah CNN Former Communications Dir.

1
2
3
4
5
6
7
8
9  FORMER TRUMP COMMUNICATIONS DIRECTOR SAYS PRESIDENT LIED
10 ABOUT 2020 ELECTION AND SHOULD CONSIDER RESIGNING - CNN
11                           POLITICS
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                JOHN BERMAN:  Sicknick is dead this morning,
 2    died overnight from his injuries suffered during the
 3    insurrection.  How responsible is the President for
 4    that?
 5                ALYSSA FARAH:  First and foremost, it's
 6    heartbreaking.  My heart goes out to his family again.
 7    As somebody who served in the Capitol, just like at the
 8    White House you become friends with the secret service.
 9    I knew many of the Capitol police.  They are good law
10    enforcement officers who put their lives on the line to
11    protect our nation's leaders, and it's awful.  This all
12    could have been avoided.  That would be my message.
13                But the other message I want to make sure
14    that the American people understand, like I said, the
15    74 million people who supported this president, we
16    lost, but that is okay.  Get out and vote for
17    Republicans if that's what you believe in.  We can
18    stand by the policies, but at this point we cannot
19    stand by the man.  When the moment called for
20    leadership he did not do the right thing, and lives
21    were lost because of it.
22                JOHN BERMAN:  Can I just ask you to be
23    declarative about this?  Will you say that the President
24    of the United States, Donald J. Trump, lied to the
25    American people?
```

```
 1              ALYSSA FARAH:  He did on the election, and
 2   people around him know better.  We know that the results
 3   were not going to be overturned.  We knew that it was a
 4   stunt to carry this on for days longer, and I have to
 5   commend my former boss, Vice President Pence, who is a
 6   man of conviction and just the highest level of
 7   integrity.  He did what his constitutional duty was.  He
 8   wasn't going to rewrite the Constitution to get the
 9   outcome that he wanted.
10              JOHN BERMAN:  So Alyssa, you quit the first
11   week of December because you say it was then that you
12   began to realize what might happen, and you do know that
13   there are those asking this morning what took you so
14   long.  What took you so long?
15              ALYSSA FARAH:  Something I want to be clear
16   about is I believed in the policy agenda and much of
17   what we accomplished and I'm proud of much of it.  You
18   know, creating the most inclusive economy in American
19   history, we're at good low black unemployment, Hispanic
20   unemployment, female unemployment.  I'm somebody who
21   believes in economic opportunity.  And I was willing to
22   serve, and I also believe any time you're asked to serve
23   your nation you should seriously consider saying yes.
24   But when I lost the -- I knew I couldn't influence
25   outcomes when the runaway train of the election was
```

Case 1:21-cv-00213-CJN   Document 2-129   Filed 01/25/21   Page 12 of 15
File 30 Alyssa Farah CNN Former Communications Dir.

4

1  stolen got wind underneath it, and that's when it was
2  time for me to step down.  I wasn't going to mislead
3  people.  People I love, people I care about were
4  believing it.  They were saying no, Alyssa.  I think
5  he's still going to pull it off, and I would plead with
6  people personally and privately, please know he's not
7  going to.  We lost the election and that is okay.  That
8  is what happens in a democracy.  Politics is cyclical.
9           But this was bound -- if you tell people
10 their vote was stolen, so foundational to who we are
11 as a country, of course it's going to end in violence
12 and in riots.  It's awful.
13           (End of recording.)

Case 1:21-cv-00213-CJN Document 2-129 Filed 01/25/21 Page 13 of 15
File 30 Alyssa Farah CNN Former Communications Dir.

5

1

2        CERTIFICATE OF REPORTER

3

4        I, Charlotte Crandall, certify that I was

5  authorized to and did transcribe the foregoing audio

6  recorded proceedings and that the transcript is a

7  true and complete record of my stenographic notes

8  from an audio recording and was transcribed to the

9  best of my ability.

10

11        Dated this 21st day of January, 2021.

12

13

14        *Charlotte Crandall* (signature)

15

16

17        _____
          Charlotte Crandall
18        Registered Professional Reporter

19

20

21

22

23

24

25

**7**

**74**  2:15

**A**

accomplished
  3:17
agenda  3:16
Alyssa  2:5
  3:1,10,15  4:4
American
  2:14,25  3:18
avoided  2:12
awful  2:11
  4:12

**B**

began  3:12
believed  3:16
believes  3:21
believing  4:4
BERMAN  2:1,22
  3:10
black  3:19
boss  3:5
bound  4:9

**C**

called  2:19
Capitol  2:7,9
care  4:3
carry  3:4
clear  3:15
commend  3:5
Constitution
  3:8
constitutional
  3:7
conviction
  3:6
country  4:11

creating  3:18
cyclical  4:8

**D**

days  3:4
dead  2:1
December  3:11
declarative
  2:23
democracy  4:8
died  2:2
Donald  2:24
duty  3:7

**E**

economic  3:21
economy  3:18
election  3:1,
  25  4:7
end  4:11,13
enforcement
  2:10

**F**

family  2:6
FARAH  2:5
  3:1,15
female  3:20
foremost  2:5
foundational
  4:10
friends  2:8

**G**

good  2:9  3:19

**H**

happen  3:12
heart  2:6
heartbreaking

  2:6
highest  3:6
Hispanic  3:19
history  3:19
House  2:8

**I**

inclusive
  3:18
influence
  3:24
injuries  2:2
insurrection
  2:3
integrity  3:7

**J**

JOHN  2:1,22
  3:10

**K**

knew  2:9  3:3,
  24

**L**

law  2:9
leaders  2:11
leadership
  2:20
level  3:6
lied  2:24
lives  2:10,20
long  3:14
longer  3:4
lost  2:16,21
  3:24  4:7
love  4:3
low  3:19

**M**

make  2:13
man  2:19  3:6
message  2:12,
  13
million  2:15
mislead  4:2
moment  2:19
morning  2:1
  3:13

**N**

nation  3:23
nation's  2:11

**O**

officers  2:10
opportunity
  3:21
outcome  3:9
outcomes  3:25
overnight  2:2
overturned
  3:3

**P**

Pence  3:5
people  2:14,
  15,25  3:2
  4:3,6,9
personally
  4:6
plead  4:5
point  2:18
police  2:9
policies  2:18
policy  3:16
Politics  4:8
president
  2:3,15,23  3:5

**privately** 4:6
**protect** 2:11
**proud** 3:17
**pull** 4:5
**put** 2:10

---

**Q**

**quit** 3:10

---

**R**

**realize** 3:12
**recording**
  4:13
**Republicans**
  2:17
**responsible**
  2:3
**results** 3:2
**rewrite** 3:8
**riots** 4:12
**runaway** 3:25

---

**S**

**secret** 2:8
**serve** 3:22
**served** 2:7
**service** 2:8
**Sicknick** 2:1
**stand** 2:18,19
**States** 2:24
**step** 4:2
**stolen** 4:1,10
**stunt** 3:4
**suffered** 2:2
**supported**
  2:15

---

**T**

**thing** 2:20
**time** 3:22 4:2

**train** 3:25
**Trump** 2:24

---

**U**

**underneath**
  4:1
**understand**
  2:14
**unemployment**
  3:19,20
**United** 2:24

---

**V**

**Vice** 3:5
**violence** 4:11
**vote** 2:16
  4:10

---

**W**

**wanted** 3:9
**week** 3:11
**White** 2:8
**wind** 4:1