# Exhibit 195

File 21  Rioters must be Condemned
January 07, 2021

1

2

3

4

5

6

7    FILE 21:  FILE RIOTERS MUST BE CONDEMNED

8            01-07-21

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

File 21  Rioters must be Condemned
January 07, 2021                                    2

1        ANNOUNCER:  Now on 77 WABC it's time for the

2   former Mayor of New York City, America's Mayor, Rudy

3   Giuliani?

4        RUDY GIULIANI:  Good afternoon, America.  This

5   is Rudy Giuliani live from Washington, DC on 77 WABC,

6   and thank you very much for tuning in.

7        In a short while I'm position to get to

8   speak with you on Chat with the Mayor.  Call me on

9   the Tunnel to Towers Foundation hotline at

10  1-800-848WABC.  1-800-848-9222.  Help Tunnel to

11  Towers to do good.  Donate $11 a month at T2T.org.

12  That's T, the number 2, T dot org.  And our number is

13  1-800-8489222.

14       Of course, what I want to talk to you about

15  is well, really the future of the country in light of

16  yesterday, both the decision that was made by the

17  Vice President and the joint session, as well as the

18  assault on the Capitol that took place yesterday

19  afternoon.  Let's first go to the assault on the

20  Capitol because obviously that's getting a lot more

21  attention, and it's being very much portrayed as

22  somehow caused by Donald Trump.

23       That's outrageous and it's manipulated, and

24  it was probably planned in advance.  To call what

25  happened there spontaneous is the same way they

Case 1:21-cv-00213-CJN  Document 2-130  Filed 01/25/21  Page 4 of 31
File 21  Rioters must be Condemned
January 07, 2021                                          3

1  called the Ben Ghazi attack spontaneous.

2          The people that I addressed, and obviously

3  I couldn't see all of them, there were thousands and

4  thousands of people, the people I addressed, first of

5  all, did not seem capable of scaling walls.  Second,

6  they didn't have hammers, they didn't have rope, they

7  didn't have bats, they weren't dressed up like an

8  assault team as many of these people were.

9          This was planned.  The people, if they were

10  at the actual speech at all, certainly had planned to

11  do this before that speech took place because they

12  didn't, between the speech and the time they tried to

13  scale the walls and break the windows, they didn't go

14  to some kind of store and buy all this stuff.  And

15  they're people who seemed to be quite skilled in

16  smashing windows, scaling walls, getting through

17  small spaces.  What I'm telling you is these were

18  professional rioters.  Yeah, professional rioters.  I

19  can't tell you exactly, you know, all their political

20  persuasion.  Were some white supremacists, I don't

21  know.  Were some of them Trump supporters, don't

22  know, but I can tell you that Antifa was involved.  I

23  can tell you Antifa was involved because there are

24  Antifa people identified by photo already as having

25  been involved.  I can tell you that because there's

Case 1:21-cv-00213-CJN  Document 2-130  Filed 01/25/21  Page 5 of 31
File 21  Rioters must be Condemned
January 07, 2021                                    4

1  one particularly fascinating clip not being played by

2  the cover up media that makes it clear that the vast

3  majority of Trump people that were in the area were

4  very much against this.

5          It's unfortunate.  It's unfortunate that

6  we're not on TV but listen.

7          (Crowd chanting Antifa.)

8          RUDY GIULIANI:  Now, you couldn't see the

9  video, but you can see the video if you go on my podcast

10  which will be published tomorrow,

11  RudyGiulianiCommonSense.com.  I'll also try to put it on

12  my Web site, Rudy'sCommonSense.com so you can see it.

13  So the video is pretty simple.  There's a whole crowd of

14  people.  There's one guy in black looking like the usual

15  Antifa outfit.  He does have a Trump hat I've never

16  recognized before.  It looks like it was made up that

17  way.  It's a black skull cap with sort of Trump written

18  on the back, but everything else about him says Antifa.

19  There are a group of people around him.  It looks like

20  his own allies, and then there are apparently some Trump

21  people further back yelling for these people to stop

22  doing what they were doing, yelling at them.

23          He starting trying to smash a window open,

24  and he has to be lifted up to do it, so they lift him

25  up.  He's smashing the window.  You could actually

File 21  Rioters must be Condemned
                  January 07, 2021                          5

1  hear that.  You'll be able to see it.  And then lo

2  and behold, an obvious Trump supporter with a red

3  MAGA hat on grabs him and pushes him to the ground.

4  He tries to get up again and he holds him down and he

5  effectively does a better job than the police did in

6  stopping him from getting in.

7         Now, nobody's telling you that.  Nobody's

8  showing you that, and I'm telling you that.  They're

9  doing that because this was a setup, and they've been

10  doing that to this man, Donald J. Trump for four,

11  four and a half years, constant frame ups, constant

12  setups, Russian collusion, some kind of a

13  conversation with the Ukranian president that was

14  wrong except the real conversation that was wrong was

15  the bribe that Biden offered to the Ukranian

16  president, all kinds of phoney charges against him,

17  hysterical charges.  And now, you know, now he's

18  responsible for a riot.  And there have been a

19  hundred riots this year, a lot of them following

20  Democrat speeches, none of them really condemned

21  effectively by any of the Democrats.

22         Biden and Harris' staff contributed to the

23  bail to get looters out of prison.  Nobody cared.  It

24  would be like if some of these people got arrested

25  and Trump's staff got them out of jail.  Cut out the

File 21  Rioters must be Condemned
                 January 07, 2021                          6

1  double standard.

2       We have free speech in this country, and

3  these rioters didn't get all incited by President

4  Trump on by Donald Jr. or by me or by Professor

5  Eastman or by anyone else because they came to the

6  scene, they came to the show with the implements to

7  break in like burglars.  They came there with bats,

8  they came there with hammers, they came there with

9  rope.  And when you watch them scaling the wall, it

10 looks like a scene out of Game of Thrones or

11 something.  These are well-trained people, the people

12 who broke in.

13      And then the other people were let in by

14 the police, and that often is the case.  The police

15 are out numbered, so they give ground.  I don't agree

16 with that.  I think it's very bad policing.  I think

17 any permissiveness with regard to demonstrations that

18 then can turn into riots creates the riot, and this

19 is not a position I'm taking now.  It's a position I

20 took for the first time when I was Mayor of New York,

21 and I turned a city that had had several major riots

22 into a city that didn't have riots for 20 years.  In

23 fact, it only had riots again when the Democrat mayor

24 came back.  So this riot would never have occurred

25 when I was mayor of New York, would not have happened

File 21  Rioters must be Condemned
January 07, 2021                                    7

1  at city hall.  They wouldn't have gotten in.  If I

2  had to call in the national guard, the DC police, the

3  marines.  They wouldn't have gotten in.  Sorry.  And

4  then if they did get in, I would have gotten the

5  marines to get them out, so don't tell me this was

6  well policed.  They should never have been let in the

7  Capitol.  No excuse.  And the people breaking into

8  the Capitol, the people who were breaking in, who I

9  guess didn't realize that the police would allow them

10  in.  I mean, had they walked a few steps over the

11  police would have let them come through the gate, and

12  they're trying to break the window open.

13         in the one scene that we see, the Trump

14  people are yelling at them.  They're yelling at them

15  identifying them as Antifa.  And then, in fact, one

16  brave guy who should be singled out, should be

17  singled out for his bravery with his red hat on

18  surrounded by Antifa people.  You know what happens

19  when that happens.  They beat the hell out of you.

20  He pulls the guy down and he keeps him down.

21         There's a reason you haven't seen that

22  video because this is a setup.  It's tragic what

23  we're allowing to happen in our country, and I'm

24  going to say it and I'm going to keep saying it until

25  the day I die.  I have uncontradicted proof that this

Case 1:21-cv-00213-CJN   Document 2-130   Filed 01/25/21   Page 9 of 31
File 21  Rioters must be Condemned
January 07, 2021                                          8

1  election was stolen.  I have videotape proving it was

2  stolen.  I have computer analysis proving it was

3  stolen.  I have one thousand affidavits proving it

4  was stolen.  I can show you in many cases the precise

5  number of votes that were stolen and the margin by

6  which the minimum margin by which Trump won six,

7  really seven states including Nevada.  %

8        So nothing condones violence.  Whoever did

9  that or participated in that should be arrested.

10  Now, unlike most of the BLM and Antifa marchs where

11  very few people were arrested, and then when they

12  were arrested they were let out immediately, and when

13  they needed bail the Biden and Harris people paid the

14  bail for the rioters who destroyed stores without any

15  criticism from the press.  And now that it happens in

16  which you cannot connect Donald Trump to this in any

17  way, in which it's quite clear that these people had

18  come there planning to do this, so whatever he said

19  in his speech wasn't going to affect them one way or

20  the other, they want him impeached again.  They want

21  him taken out of office because he's incompetent.  My

22  goodness.  They're trying to put something in office

23  who's in incompetent.  We're going to see if Biden

24  can get through the oath, I mean, if he can remember

25  it.  He can't remember the Pledge of Allegiance.

Case 1:21-cv-00213-CJN   Document 2-130   Filed 01/25/21   Page 10 of 31
File 21  Rioters must be Condemned
January 07, 2021                                    9

1        I mean, they've got a guy they can totally

2 control, a puppet that they're putting in who has

3 trouble with the Pledge of Allegiance, the preamble

4 to the Constitution of the United States, recognizing

5 his wife, thinking he was in the Senate for 187

6 years.  Maybe he was, I don't know.  But let's face

7 it, we continue the dishonesty, and all that's going

8 to do is split America more and more because there

9 are many people in this country, millions who don't

10 buy it, many people who see through it completely,

11 one hundred percent.

12        Coming up I get to speak with you on Chat

13 with the Mayor.  Call me on the Tunnel to Towers

14 Foundation hotline at 1-800-848-WABC.  That's

15 1-8-848-9222.  Help Tunnel to Towers to do good.

16 Donate $11 a month at T2T.org.  That's T, the number

17 2, T dot org.  T2T.org.  See, you can remember that.

18 That's 1-800-848-9222.

19        To hear further discussion of this in great

20 detail, including the procedural things that happened

21 yesterday, well, you go to my podcast at

22 Rudy'sCommonSense.com and we will go through it.  It

23 takes a little more time to go through the details of

24 it, and then tomorrow we'll put one out in which we

25 identify as many of the people as we can who

File 21   Rioters must be Condemned
January 07, 2021                                    10

1  really -- the professionals who organized this setup.

2  So to listen to us on Alexa simply say very nicely

3  because she's sensitive, Alexa, enable the 77 WABC

4  skill.

5         ANNOUNCER:  We are New York talking about what

6  matters to you.  Now, it's former New York City Mayor,

7  Rudy Giuliani on New York's talk radio, 77 WABC.

8         RUDY GIULIANI:  This is Rudy Giuliani back

9  again on WABC, 77 WABC, and pretty soon I'm going to get

10  to talk to you on the Tunnel to Towers Foundation

11  hotline, 1-800-848-9222 and make sure you donate $11 a

12  month to the Tunnel to Towers Foundation at T2T.org.

13         I also want to express my deepest

14  condolences to the woman who was shot yesterday,

15  Ashley Babbitt.  She was from Ocean Beach,

16  California.  From everything we can tell she was a

17  pro Trump supporter, a very strong one.  She has a

18  very distinguished record of serving our country in

19  the Armed Forces.  She, I believe, was in the air

20  force, and she was there basically because she was

21  upset about what does appear to be a stolen election.

22  What she was exactly doing or how she was doing it or

23  whatever, our heart goes out to her and her family.

24  Yes, she was an air force veteran who served multiple

25  tours in the Middle East.

File 21  Rioters must be Condemned
January 07, 2021                                    11

1        Her Twitter feed includes several pro Trump

2   posts and pictures of her at local pro Trump rallies.

3   She has a husband and family and our heart goes out

4   to them, and we're praying for them.  But I really

5   want you, the members of the audience, which I think

6   is the most intelligent audience in radio judging by

7   your calls, and I don't mind those of you who may

8   disagree with me, I want you to take a really -- this

9   require as very close look.  We've had so many

10  distorted stories, and this one may be one of the

11  most vicious that I've seen.  Trying to link what

12  happened to the Trump speech or speeches is really,

13  really outrageous.  And then to try to invoke the

14  removal from office or once again impeachment.  I

15  mean, I look at this I see they have chemicals with

16  them, they have rope with them, they have hammers and

17  pick axes with them, they have baseball bats with

18  them.  When you watch some of the scaling of the

19  wall, these are professionals doing this.  These were

20  not the people who were at the Trump rally.

21        You'd have to believe this if you say well,

22  he caused this in some way, that a group of people,

23  however many this was, a hundred people or whatever,

24  200, I don't know the number, between the rally and

25  the time they went to the Capitol, they went to a

1  store in the district and they bought the rope, they

2  got the baseball bats, they got the chemicals, they

3  got the pick axes, they got the hammers, and they got

4  quick training in rock climbing, and they just

5  happened to find along the way people that are being

6  identified as Antifa rioters who have been in other

7  riots with pictures of them in the other riots.

8          So here is the real conclusion if you're

9  being fair.  This was planned well in advance to take

10  advantage of a peaceful gathering of Trump supporters

11  so that the left could immediately turn it into Trump

12  caused it, Trump caused it, Trump caused it.  Come

13  on.  Please.  I know we live in propaganda land and

14  we live behind an iron curtain of censorship, but

15  please pay attention to this carefully so we can blow

16  this myth up.

17          The fact is they were really worried that

18  three state legislatures over the course of that

19  night had sent letters to Pence, including the most

20  prominent one being from Pennsylvania written by the

21  president pro tem and the majority leader asking for

22  the whole thing to be sent back to the Pennsylvania

23  legislature for reconsideration because they were

24  convinced that what they had submitted was false,

25  basically saying they were going to decertify Biden,

File 21  Rioters must be Condemned
January 07, 2021                                13

1  not saying they would select Trump, but they were

2  going to analyze the vote again, and I can guarantee

3  you upon analysis of the vote they would find that

4  Trump won 400, 500, conservatively three to four

5  hundred thousand.

6        At the same time they received a letter

7  from William Ligon, who was the chairman of the

8  judiciary committee in the senate, Georgia, similar,

9  exactly the same, please return this to us because we

10 found overwhelming evidence of voter fraud.  And they

11 had a letter from Senator Finchem, I believe, and I

12 also believe the majority leader of the senate in

13 Arizona.  I want to be certain of that because I saw

14 the letter but I didn't go through every name, but

15 essentially the same thing because they asked for

16 time to do forensic audits of the phoney Dominion

17 machines.  And then they had a letter from the

18 Wisconsin legislature of similar effect.  So there

19 are four letters from four legislatures --

20 legislatures, I'm sorry.  I don't pronounce that

21 properly.  I should.  They're the actual organization

22 that's supposed to decide this under the Constitution

23 of the United States, and these four letters would

24 indicate that not only did they want it back, but

25 they're going to make changes based on evidence they

File 21  Rioters must be Condemned
January 07, 2021                          14

1  accumulated from the time the vote took place and now

2  that makes the vote they submitted to the Congress

3  false.

4         Now, we know the vote's false.  We know the

5  vote's false by just be looking at the videotape of

6  the Freeman women who stole about 30,000 votes to a

7  magnified 130,000 votes.  We know it's false because

8  we know in Arizona, Arizona didn't have no

9  noncitizens voting, and the margin was only 20,000.

10  We know it because we've got 65,000 underage people

11  who voted in Atlanta.  And when you say underage

12  people, those were phoney votes.  I can explain to

13  you.

14         It's not like all these young people went

15  and voted.  It means these young people's identities

16  were used for phoney ballots.  And the senate the

17  other night, same, same theft.  Almost exactly the

18  same Dominion plan that was outlined for me this

19  morning by experts in the way the vote changed.  And

20  strange, I've being such an expert of this, I saw

21  exactly when the vote changed, exactly when it

22  happened.

23         We are now beginning a practice of stealing

24  elections.  We're letting Democrats do it, just like

25  we let Joe Biden steal millions and millions of

File 21  Rioters must be Condemned
January 07, 2021                           15

1 dollars for 30 years and get away with it.  We've got

2 to go back to being a country of justice.  I'm sorry,

3 we do, even if it hurts.

4        I'm Rudy Giuliani with Common Sense.  We'll

5 uncover the truth and get to a solution on Talk Radio

6 77 WABC.

7        For over 40 years Delta Rescue has provided

8 dedication and everlasting love to animals that have

9 been left abandoned.  Delta is the largest no kill

10 and care for and right to life sanctuary in the

11 world.  This super sanctuary is home to up to 1500

12 animals that have been abandoned or born in the

13 wilderness and cares for every animal for the

14 entirety of their life.  Every animal receives the

15 very best of care, and Delta relies solely on donor

16 contributions from people like you for that care.

17        By being a part of the Delta mission you're

18 the difference between life and death for many, many

19 animals.  Donate today at DeltaRescue.org or for

20 information on Delta's tax saving estate planning go

21 directly to DeltaRescue.org/Rudy and ask for Rudy's

22 free estate package.  That's me.  It lays out all you

23 need to know about growing your estate while letting

24 your compassion for animals live well into the

25 future.  It's only available at DeltaRescue.org/Rudy.

File 21  Rioters must be Condemned
January 07, 2021                                    16

1  Show your dedication at everlasting love and make

2  your legacy work for the animals.  Visit

3  DeltaRescue.org/Rudy today.

4          ANNOUNCER:  Mayor Rudy Giuliani on 77 WABC.

5          RUDY GIULIANI:  Now I get to talk with you on

6  Chat with the Mayor.  Let's head to the Tunnel of the

7  Towers Foundation hotline, 1-800-848-9222.  Help the

8  Tunnel to Towers Foundation do good at T2N.org, and we

9  are going to start with Scott who's way down in Florida.

10         SCOTT:  Yes.  Hello, Mayor Giuliani.

11         RUDY GIULIANI:  How are you, Scott?

12         SCOTT:  Yeah, going through the motions.  I'm

13  very upset with this nation and I'll elaborate.

14         Thomas Jefferson said, Mayor Giuliani, a

15  famous statement.  He said when the people fear their

16  government there is anarchy, but when the government

17  fear the people there is democracy.  That's what

18  happened yesterday.  The people fear their government

19  and there is anarchy, tirany, whatever you want to

20  call it.

21         Look, these protesters have legitimate

22  grievance,s and I jotted some down.  Evil COVID-19

23  laws that has destroyed their livelihoods, they can't

24  make a living, destroyed the restaurant industry.

25  Two, stole an election.  Three, no stimulus unless

File 21  Rioters must be Condemned
January 07, 2021                              17

1  you consider $600 chump change as any compensation.

2  Four, destroyed middle class.  There is no middle

3  class in the United States.  It's led to a great

4  depression, second great depression.

5       RUDY GIULIANI:  Scott, go ahead.  What you are

6  laying out I completely agree with in terms of extremely

7  legitimate grievances against the government and

8  particularly against the Democrats who blocked all that,

9  and the stealing of an election is just unthinkable, but

10  there's no excuse for violence, none on our side, on

11  their side or in the middle.  This is like the people

12  who lay out this grievances of BLM or of Antifa.

13       Now, if you want to lay out to grievances

14  because they're real grievances, that's one thing,

15  but just don't do it to defend violence.  Now, second

16  thing, it's my belief, although we still have a ways

17  to go so this is an open hypothesis, that a lot of

18  this so-called riot was orchestrated, so I don't know

19  if it's really about those grievances.  I think the

20  people in the crowd were there because of those

21  grievances, s and I saw those people.  These are very

22  lawful people.  These are not people who scale walls.

23       People who are actually doing this, I think

24  they were anarchists, to tell you the truth.  So I

25  agree with you, the grievances are very, very big

File 21  Rioters must be Condemned
January 07, 2021                                    18

1 ones.  I don't think you meant it to defend violence

2 though, right?

3       SCOTT:  No.  I have a few more, Mayor.  I'll

4 make it short and sweet.

5       RUDY GIULIANI:  You have some pretty good

6 ones.  I don't disagree with anything you just said

7 except if we offer it as a defense for violence.  We can

8 offer it as an explanation, but not a defense.

9       SCOTT:  I'm not let me be clear.  I'm not

10 advocating violence at all, but there are legitimate

11 grievances that need to be destroyed.  So destroyed

12 middle class, greedy Wall Street, evil Federal Reserve,

13 seven, phoney news, eight, perverted Hollywood, nine

14 dangerous APAC, ten, racial injustice.  And you know, I

15 heard you.  I was listening on the phone yesterday.

16       George Soros.  George Soros is stirring the

17 pot, and let's call out George Soros for what he is.

18 He's an anarchist.  He's an evil man, and he's also

19 an international Jewish financier and international

20 Jewish communist who was destroyed -- hell bent on --

21       RUDY GIULIANI:  Well, I don't know.  Here's

22 where I'm going to take issue with you.  I mean, I think

23 George Soros is a terrible person, but why do we say

24 Jewish?  You know, there's a real feeling any time you

25 criticize Soros you're being anti-Semitic, and if you

Case 1:21-cv-00213-CJN   Document 2-130   Filed 01/25/21   Page 20 of 31
File 21  Rioters must be Condemned
January 07, 2021                              19

1  insert the word Jewish into an analysis of Soros, it

2  kind of suggests that.  I mean, I see people -- I don't

3  see them as Jewish financiers or Catholic financiers.  I

4  see them as financiers.

5        George Soros is a bad man because George

6  Soros does support anarchists because he does put

7  cooked DAs in all over the country who let criminals

8  go free, because he has put crooked prosecutors in

9  Eastern Europe, and his connection Judaism is

10  questionable, there's no question about that, but

11  that's his personal matter.  I don't like that.  Tell

12  me why you put the Jewish thing in.  Hello?

13        Sure hope he didn't get off.  I really want

14  an answer to that because I'm confounded by the fact

15  that when you criticize Soros, you're immediately

16  criticized for being anti-Semitic, which is really

17  unfair because there's a lot of reasons to criticize

18  Soros, has nothing to do with the fact that he's

19  Jewish.  He could be Italian, he could be German, he

20  could be French, he would be martian.  The guy's a

21  bad guy, but certainly not because he's Jewish.  And

22  I didn't -- I mean, this is the first time I've heard

23  that, and it really does disturb me that it's being

24  done that way.  There's nothing about George Soros

25  being Jewish that makes George Soros a bad man,

File 21  Rioters must be Condemned
January 07, 2021                                        20

1  nothing.  There are a lot of things about George

2  Soros to make him a bad man, but not that, like the

3  DAs that he stuck all around the country that let

4  criminals go free constantly.  That has a lot more to

5  do with it.

6        So let's go to the next one who was Bridget

7  in Jersey Shore.

8        BRIDGET:  Yes.  Good afternoon, Mayor.  It's

9  an honor to speak with you.

10       I'm a little dismayed.  I'm an

11  African-American young woman.  My entire family did

12  vote for President Trump, and right now my heart is

13  really broken in many places.

14       RUDY GIULIANI:  Please tell me.

15       BRIDGET:  Yeah.  It's really disturbing to

16  know that right now it seems as though the rule of law

17  doesn't apply only to those that want to uphold the law.

18  And our president right now, you might as well say is

19  basically being held hostage in DC.  I mean, Mayor

20  Bowser has put him basically now wants to leave the

21  National Guard there for the next 15 days until the

22  illegitimate president is sworn in, and then on top of

23  that they won't even let him speak to the American

24  people, being the president of the free world.

25       RUDY GIULIANI:  They're imposing kind of a

Case 1:21-cv-00213-CJN   Document 2-130   Filed 01/25/21   Page 22 of 31
File 21  Rioters must be Condemned
January 07, 2021                                21

1  communist or Nazi regime on us, an occupation.

2       BRIDGET:  That's what they're doing.

3       RUDY GIULIANI:  We're being occupied by big

4  tech who will not allow us to speak.  And then the

5  networks turn it around to anger at Trump, and sometimes

6  call him a fascist, which he's not, and the tactics

7  we're talking about are fascist tactics.

8       BRIDGET:  Yes, they are, Mayor.  And the thing

9  that's disturbing to me is that I was up until

10  6:00 watching what happened in our Congress and Senate

11  yesterday evening.  My entire family was up actually

12  watching it.

13       RUDY GIULIANI:  Until 6:00 in the morning?

14       BRIDGET:  Until 6:00 in the morning, yes, yes,

15  that is correct.

16       RUDY GIULIANI:  Wow.  I applaud you for your

17  interest in our great country.

18       BRIDGET:  Because right now we understand that

19  our country is not just on the line, it was hung last

20  night.

21       RUDY GIULIANI:  Wow.

22       BRIDGET:  And I hate to use that terminology.

23       RUDY GIULIANI:  I don't think you're off base

24  at all.

25       BRIDGET:  But it was.  And my question to you,

Case 1:21-cv-00213-CJN  Document 2-130  Filed 01/25/21  Page 23 of 31

1  sir, and I know you have done extensive -- I followed

2  your background for many years.  It's just amazing how

3  you're such a legal mind, is to find out from you.

4  There was something that was published yesterday.  I

5  don't know if you heard about it or not, but it was

6  published by the Nations in Action Organization

7  regarding Italy's involvement in the stealing of the

8  election from our president.  Have you heard anything in

9  regards to that at all?

10       RUDY GIULIANI:  No.  What's the name of it?

11  I'd like to look at it.  Nations?

12       BRIDGET:  It's NationsinAction.org, and the

13  one that's running it is Maria Zack.  She just did a

14  full interview --

15       RUDY GIULIANI:  I know this.  This is the

16  situation involving Italy, right?

17       BRIDGET:  Yes, exactly, yes.  And regarding --

18  this is supposed to be -- there was a gentleman

19  supposedly -- he's put out an affidavit stating that his

20  involvement was to upload, and when we saw those votes

21  disappear, the American people saw it right in front of

22  their eyes, you know, right there at around 10:00 0r

23  10:30 on November 3, 2020, that they just completely

24  disappeared, and at that point is when she said that

25  that was when that was uploaded.

1       Now, she has a clear affidavit from this

2  gentleman in Italy that is stating that this truly

3  did happen, and she said she gave it to many

4  Congressmen.  It was released yesterday.  She named

5  some of the Congressmen and Senate that she did give

6  this information, valuable information to.  Why was

7  that not ever mentioned?  It's as though this never

8  happened.

9       RUDY GIULIANI:  Well, I can -- what I can tell

10  you about that is that it is under investigation.

11       BRIDGET:  Okay.

12       RUDY GIULIANI:  And that the time that the

13  investigation is taking is annoying me.  I shouldn't

14  even say that, is outraging me because I'm not even

15  sure.  We just don't have law enforcement in this

16  country like we used to, at least when it comes to

17  allegations like this, which may be totally untrue, but

18  really, really serious.  Instead, you know, we make what

19  happened yesterday a world incident.  It's a terrible

20  thing what happened, the violence, but I don't know.  If

21  this is true that an election was stolen, it's just as

22  bad or worse.  Both of them should be treated with a lot

23  of attention and with speed.  And then how about all

24  those other riots that took place that nobody ever paid

25  attention to, right?

File 21  Rioters must be Condemned
January 07, 2021                                   24

1        BRIDGET:  Yes, exactly.

2        RUDY GIULIANI:  So the double standard, I

3   think what you're illustrating, Bridget, is the double

4   standard that exists in this country, and I really do

5   think until it's solved there's going to be a divided

6   country.  You can do all that you want about condemning

7   riots and condemning this and condemning that.  But when

8   people feel that, you know, basic fundamental justice

9   doesn't exist, people are outraged.

10       Thank you.  That was an extremely

11  articulate presentation which only goes to underscore

12  the fact that we have the most intelligent audience

13  and callers in radio.

14       And Mike in Orange County, you're going to

15  be next.

16       MIKE:  Hi.  How are you, Mr. Mayor?

17       RUDY GIULIANI:  How are you, Mike?

18       MIKE:  How are you?  I followed you when you

19  were mayor in the city.  I was that time in the city.  I

20  loved you.

21       RUDY GIULIANI:  Thank you.  Thank you very

22  much.

23       MIKE:  Okay.  Mr. Mayor, my question is like

24  this.  I know that we went through all the fraud and

25  this everything.  Is there any chance still that the

File 21  Rioters must be Condemned
January 07, 2021                              25

1 Supreme Court might push off the inauguration date on

2 the 20th?  Is there any chance on that?

3       RUDY GIULIANI:  Well, there are several cases.

4 I don't want to give false hope.  You know, it's like --

5 God Almighty, I don't want to analogize it to dying, but

6 I want to keep you realistic.

7       There are several cases in front of the

8 Supreme Court that could still be taken and decided.

9 There are still several state legislatures that could

10 pull -- that I believe would like to pull their

11 designation and they're a vote or two short.

12       In the case of Pennsylvania it was very,

13 very dramatic.  This may have led to some of the

14 things they did yesterday.  It was very dramatic that

15 the leaders of the state senate meaning the president

16 pro tem and the majority leader have signed a letter

17 that basically says they have asked the Vice

18 President to return the ballot to them because it's

19 false.  They want to correct a false statement made

20 to the United States Government.

21       Well, seven states at least have submitted

22 materially false statements to the government.  The

23 one where they rejected the challenge in Arizona,

24 that's a false statement.  I mean, that statement

25 says that no noncitizen in Arizona voted.  Do you

Case 1:21-cv-00213-CJN  Document 2-130  Filed 01/25/21  Page 27 of 31
File 21  Rioters must be Condemned
January 07, 2021                           26

1 believe that?  Do you believe in Arizona that is

2 overwhelmed with noncitizens, illegal immigrants,

3 illegal aliens, do you believe not one of them voted?

4         I mean, our survey shows bare minimum

5 32,000 voted, bare minimum, and they are hiding the

6 records from us.  I have to emphasize this, ladies

7 and gentlemen, because this is an outrage.  In every

8 one of those seven states they are covering up.  They

9 will not let us look at the Dominion machines because

10 we have seen 22 Dominion machines that fixed the

11 vote.  These machines moved 6,000 votes from Trump to

12 Biden.  They can be invaded at any time.  They can

13 move votes at any time.  They have algorithms for

14 moving votes.  I saw that algorythm actually happen

15 on Tuesday night between 93 and 95 percent.  They

16 were at 93 percent.  Perdue was ahead by three

17 percent and Loeffler was ahead by two percent.  It

18 then goes to 95 and at zero.  Think about the

19 arithmetic for a moment.

20         Well, thank you for your calls on the

21 Tunnel to Towers Foundation hotline.  Help Tunnel to

22 Towers to do good.  Donate $11 a month at T2T.org.

23 That's T., the number two, T .org.  I'm Rudy Giuliani

24 with Common Sense.  We'll uncover the truth and get

25 to a solution on Talk Radio 77 WABC.

File 21  Rioters must be Condemned
                January 07, 2021                      27

1        ANNOUNCER:  We are New York talking about what

2   matters to you.  Now it's former New York City Mayor

3   Rudy Giuliani on New York's Talk Radio 77 WABC.

4        RUDY GIULIANI:  So ladies and gentlemen, I am

5   going very, very careful analysis of those videos that

6   I'm collecting of that so-called riot or riot, terrible

7   riot that took place, so-called in the sense of being

8   blamed on President Trump which I believe is totally

9   outrageous and false.  I condemn the violence no matter

10  who it is.  That should never happen, you know that.  I

11  never had a riot when I was Mayor.  That riot would not

12  have taken place if I were the mayor of this city

13  because I know how to stop riots.

14        You don't open the door of the Capitol to

15  stop riots, guys, you know?  You get what I mean?

16  And then you never have not enough resources.  Not

17  enough resources means you're not enough of a mayor.

18  I mean it's your job to have enough resources.  And

19  boy, in the District of Columbia they exist.  That's

20  a gigantic metropolitan police force you can call on.

21  There's a national guard you can call on and they'll

22  be there in a few minutes.  What's wrong with you

23  letting them in?  And then what's wrong with the

24  media not showing the Antifa people involved, not

25  showing the Frump person stopping the Antifa person

File 21  Rioters must be Condemned
January 07, 2021                                    28

1  from breaking open the window.  Show some of the

2  contrary facts.  What's wrong with the media that

3  doesn't point out this was not a spontaneous riot.

4        There were people there who were planning,

5  who came, whether they went to the actual rally or

6  not who knows.  But if they went to the rally, they

7  came to the rally with their ropes and their bats and

8  their chemicals and their hammers and their picks,

9  you know, for climbing walls, and they brought people

10  with them who are skilled rock climbers.

11        This was planned in advance so it could not

12  have been instigated.  It was going to happen no

13  matter what happened.  So let's -- can we in the last

14  few days of this administration, whatever happens

15  with the vote, can we stop torturing this man and

16  making these false accusations against him which have

17  never been made against anyone else.  And this was a

18  terrible riot, and I condemn it.  But where were the

19  Democrats when the other hundred riots took place,

20  when people's stores were destroyed, when people were

21  killed.

22        My heart goes out to the veteran who was

23  killed and her husband who were Trump supporters.

24  And whatever she was doing, following people or not,

25  she didn't deserved to be killed.  God bless her, God

1  bless America.  And once again, pray for our country.

2  We're going through a difficult time, and ask God to

3  help us, and then thank God because with everything

4  else, it's still the greatest country on effort.

5         God bless America.  I will see you tomorrow

6  from the District of Columbia.  Thank you.

7         (End of recording.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 1:21-cv-00213-CJN  Document 2-130  Filed 01/25/21  Page 31 of 31
File 21  Rioters must be Condemned
January 07, 2021                                    30

1            CERTIFICATE OF REPORTER

2

3        I, Charlotte Crandall, certify that I was

4    authorized to and did transcribe the foregoing audio

5    recorded proceedings and that the transcript is a

6    true and complete record of my stenographic notes

7    from an audio recording and was transcribed to the

8    best of my ability.

9

10        Dated this 19th day of January, 2021.

11

12

13

14

15

16        _____

         Charlotte Crandall
17          Registered Professional Reporter

18

19

20

21

22

23

24

25