# Exhibit 196

screenshot-web.archive.org-2021.01.23-18_42_58
https://web.archive.org/web/20210115152314if_/https:/twitter.com/rudygiuliani/status/1350100097296691204
23.01.2021

