# Exhibit 198

screenshot-twitter.com-2021.01.22-23_21_45
https://twitter.com/RudyGiuliani/status/1327372367111335937
22.01.2021

 **Rudy W. Giuliani** ✓
@RudyGiuliani

REVEALED: Sworn Evidence Of Pervasive Voter Fraud #Affidavits

Rudy Giuliani breaks it down here: youtu.be/sd-5Xm5PFmg



5:06 PM · Nov 13, 2020 · Twitter Web App

**20K** Retweets   **1.9K** Quote Tweets   **60.9K** Likes