# Exhibit 199

screenshot-twitter.com-2021.01.22-23_22_38
https://twitter.com/RudyGiuliani/status/1330907010477535239
22.01.2021

 Rudy W. Giuliani ✓
@RudyGiuliani

LEGAL STRATEGY: Multiple Pathways To Victory!

Rudy Giuliani analyzes it here: youtu.be/H0h6sRuC8bQ



11:12 AM · Nov 23, 2020 · Twitter Web App

**9.2K** Retweets   **936** Quote Tweets   **34.6K** Likes