# Exhibit 200

File 9 Giuliani Chat with the Mayor
November 23, 2020

1

2

3

4

5

6          File 9

7     Rudy Giuliani, Chat with the Mayor

8           Nov. 23, 2020

9     https://wabcradio.com/podcast/rudy-giuliani/

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 1:21-cv-00213-CJN   Document 2-135   Filed 01/25/21   Page 3 of 28
File 9 Giuliani Chat with the Mayor
November 23, 2020                                          2

1       Now, on 77WABC it is time for the former Mayor of

2    New York City America's Mayor Rudy Giuliani.

3       RUDY GIULIANI:  Good afternoon.  This is

4    Rudy Giuliani broadcasting to you from Washington D.C.

5    from, as you know, the Swamp.  And we are still, of

6    course, in the middle of this very extended, very

7    protracted and very important election dispute because

8    the very integrity of our election system is at stake.

9    And although you, the American public, only get a small,

10   small portion of the facts, you're -- this is an

11   extraordinarily complex and difficult situation because

12   election fraud took place in more than one state, at

13   least seven or eight, in which there was a concerted

14   effort to change the vote and successful effort to

15   change the vote.

16      And it has yet been presented to you in a way

17   that you can understand it because of the censorship

18   that is imposed by Big Tech, Big Broadcast and the

19   Democrat Party.  And we will go into that in more

20   detail, you know, in a short while.

21      Tunnel 2 Towers, you know, is one of my absolute

22   favorite organizations.  It is marking a season of hope.

23   And they need your help.  The foundation is honoring

24   American's heros by donating 36 homes in 36 days.  That

25   is one home a day from Thanksgiving through New Years.

Case 1:21-cv-00213-CJN  Document 2-135  Filed 01/25/21  Page 4 of 28
File 9 Giuliani Chat with the Mayor
November 23, 2020                                        3

1  Tunnel the Towers is gifting homes in more than 2 dozen

2  states across our nation.  They are bringing hope to

3  great Americans and basically our catastrophically

4  injured veterans.  Also our gold star and first

5  responder families.

6        The foundation is giving thanks to all of those

7  who sacrificed so much.  And to the many people like you

8  all across this county who supported their efforts to

9  honor our nations heros.  So you join Tunnel the Towers'

10  mission to do good.  Thanksgiving season is a perfect

11  time to do it.  Donate $11 a month by going to T2T.org.

12  That is T2T.org.  T2T.org.  Help bring hope to America's

13  heros and their families and that is a way of saying

14  thank you and offering Thanksgiving for all of the

15  wonderful things we have in this country.

16        So let me see if I can bring you up to date on

17  what is going on here.  It is quite -- quite a

18  fascinating and awful thing to see.  As we gather more

19  and more evidence everyday that is state after state

20  engaged in what I would call focused but very broad and

21  pervasive wire fraud -- well, wire fraud is a different

22  subject.  I'm sorry.  They may have done that, too.

23  Broad and pervasive voter fraud, the censorship gets

24  greater and greater.

25        So I just reviewed an affidavit with a woman who

Case 1:21-cv-00213-CJN   Document 2-135   Filed 01/25/21   Page 5 of 28
File 9 Giuliani Chat with the Mayor
November 23, 2020                                         4

1   worked for the Democrat Party.  And she observed every

2   manner of cheating possible in the State of Michigan.

3   Every manner of cheating possible from helping people to

4   vote Democrat when they were not sure who they were

5   going to vote for to not paying attention to addresses

6   when there were no addresses, to registering people who

7   were not voters, sometimes people who are not citizens

8   who all got vote.

9          Letting people who had filed absentee ballots

10  vote again.  And then, of course, she observed part of,

11  although there were others who observed all of, that

12  massive lockout of Republicans from the inspection

13  process for the mail ballots, the mail-in ballots.  The

14  reason for that being that the mail-in ballots are the

15  most susceptible to fraud.  The easiest to defraud.  You

16  don't have to show up and pretend to be a different

17  person at the polling booth and, therefore, get caught.

18  You can do it, you know, in the confines of your

19  basement.

20          Fill out the ballot, send it in, claim a foreign

21  name, strange name, and if you know that the crooked

22  Democrats aren't going to look or check or look it over,

23  you can feel very, very comfortable that you are going

24  to get away with it.  So I want to make sure that you

25  understand that when we talk about evidence of voter

Case 1:21-cv-00213-CJN   Document 2-135   Filed 01/25/21   Page 6 of 28
File 9 Giuliani Chat with the Mayor
November 23, 2020                                    5

1    fraud, it is not as the crooked Democrats say and the

2    crooked media "some desperate attempt to hold onto the

3    President" or anything like that.  It is very, very

4    damaging information about the way in which this

5    election was conducted.

6         And if we don't do something about it, if we

7    don't do something about the way in which this election

8    was conducted, I don't know when and if we are going to

9    have another fair election in this country.  And I'm not

10   getting into, at this point, all of the issues with the

11   company that was selected to count the votes on election

12   day.  That is almost unthinkable and indefensible.  And

13   it is even more indefensible that our newspapers and our

14   networks haven't gone crazy over it.

15        It is an absolutely insane fact that we have a

16   large portion of our votes calculated outside the

17   United States of America and that the ultimate

18   calculator of our votes is a company owned by two

19   Venezuelans, who founded that company for the specific

20   purpose of fixing votes for Hugo Chavez.  And have done

21   so and have a record of doing so.

22        I imagine in the one application that I saw, that

23   when Dominion applies they do not explain that they send

24   the ballots to Frankfurt, Germany to Smartmatic.  They

25   don't explain that there are very, very left wing

Case 1:21-cv-00213-CJN  Document 2-135  Filed 01/25/21  Page 7 of 28
File 9 Giuliani Chat with the Mayor
November 23, 2020                                6

1  company employing a Antifa lover nor do they explain

2  they do business with a company regularly and

3  particularly with regard to these ballots that is owned

4  and run by two Venezuelans who supported Chavez, support

5  Maduro and, therefore, are mortal enemies of the United

6  States of America.

7       Now, I can't tell you at this point because this

8  is only starting, and this is a very -- this part of the

9  investigation is very complex.  And we don't want to

10  make irresponsible charges.  I can't tell you exactly

11  how it affected the election.  I can tell you that Trump

12  won Pennsylvania.  I can tell you he won Michigan.  I

13  can show you how he won Wisconsin without that.  I can

14  show you he won Wisconsin because in Wisconsin you have

15  to keep applications for the absentee ballots, and they

16  didn't keep those applications in direct violation of

17  law.

18       And you say, "Oh, this is all technical, they

19  didn't keep violations, they didn't let you inspect

20  ballots, big deal.  We are going to overturn an election

21  because of all that?"  I don't know.  I guess if they

22  did it one, two or three times, and it happened a little

23  bit here, a little there, you would say it is, kind of,

24  a draconian penalty.

25       Suppose it happened in eight or ten major crooked

Case 1:21-cv-00213-CJN  Document 2-135  Filed 01/25/21  Page 8 of 28
File 9 Giuliani Chat with the Mayor
November 23, 2020                                    7

1   Democrat cities.  And they kept hundreds of thousands of

2   poll watchers out, not just one or two.  I'm going over

3   this very carefully, but I don't think we got to see a

4   ballot in Philadelphia or Pittsburgh.  682,770 absentee

5   ballots supposed to be reviewed by both sides,

6   Republicans never got see one.  It could have been as

7   fraudulent as you know what.

8        And it sounds like they were because Biden made a

9   come back in Pennsylvania that appears incredible.  He

10  came back from 800,000 vote deficit.  Same thing in

11  Michigan.  He had a comeback from a big deficit.  We

12  have testimony that in the middle of the night 100,000

13  ballots were brought in.  They counted up.  They counted

14  almost all for Biden.  And that brought him back from

15  the brink of defeat.

16        And we can go on and on and on in other states.

17  You have to know this information.  You have to know it

18  because we have to stop it.  If the crooked Democratic

19  Party gets away with this, they are going to get away

20  with it in the future.  We let Clinton get away with

21  things and it got worse under Obama.  We let Obama get

22  away with things and Biden basically sold himself out to

23  the world.

24        It has to stop if we want to go back to being a

25  country of laws, a country of fairness, a country

Case 1:21-cv-00213-CJN   Document 2-135   Filed 01/25/21   Page 9 of 28
File 9 Giuliani Chat with the Mayor
November 23, 2020                                    8

1  where Republicans are treated the same as Democrats.  A

2  country in which we don't have to board up our stores

3  just in case we elect or reelect Donald Trump.  They

4  think that Biden was elected.  You see any violence?

5  No.

6       Give you a hint of where the violence comes from

7  with all the nonsense about white radicals and -- I

8  don't see any violence.  There is plenty of violence

9  going on with Black Lives Matter.  They are dedicated to

10 killing police.  Plenty of violence going on with

11 Antifa.  They are dedicated to beating the living

12 daylights out of people.

13      Who is rioting right now because President Trump

14 his supporters believe was treated vary unfairly.  In

15 fact they feel he was unjustly tortured for four years

16 of his presidency and they feel that this voter fraud is

17 something which is a carry forward of the Peter Strzok

18 plan, the Comey plan, the Pelosi Strzok plan, the many,

19 many false theories and ridiculous impeachments, the

20 coup that was attempted, the lying Whistleblower.  I

21 don't know.  If you do all of that stuff, why wouldn't

22 you fix an election?

23      In fact, Democrats have a grand history of fixing

24 elections.  Going back to at east 1960.  So there is a

25 lot of proof and my major objection is it is outrageous

Case 1:21-cv-00213-CJN   Document 2-135   Filed 01/25/21   Page 10 of 28
File 9 Giuliani Chat with the Mayor
November 23, 2020                                    9

1   it is being cut off from the American people, and it is

2   being done on purpose.  It is being done deliberately,

3   and it is being done in a way that is eroding our

4   freedom of speech and is doing great, great damage to

5   free and fair elections in this country.

6        If we don't get this one right, I'm not sure when

7   we fix it.  We will be back with you with Chat with the

8   Mayor on the Tunnel 2 Towers hotline very, very shortly.

9        (Commercial break.)

10       We are New York talking about what matters to

11   you.  Now, it is former New York City Mayor Rudy

12   Giuliani on New York's Talk Radio 77WABC.

13   BY RUDY GIULIANI:

14   Q.  Hi, this is Rudy Giuliani back with you, and we

15   are going to be getting ready to go on the phone in just

16   a moment.  1(800) 848-9222.  That is 1(800) 848-WABC.

17   You can call in from all over.  If you have the

18   WABCradio.com, and you've just hit "live" and you will

19   hear us, you will be able to call in, which is why we

20   get people sometimes from who knows where.  Israel?

21       So now we get Peter from New York.

22       Hey, Peter.

23   A.  Hello.

24   Q.  How are you?

25   A.  I'm good, Mayor.  How are you?

File 9 Giuliani Chat with the Mayor
November 23, 2020                                              10

1      Q.  I'm good.

2      A.  I want to say you did a good job as Mayor and

3   cleaning up the City and everything else and with 9/11

4   but that is where my compliments stop today.

5      Q.  Go ahead.

6      A.  I think you're wrong about what you're saying

7   about the fact there is a huge conspiracy between the

8   Biden Administration and ten different states and all

9   the people that in charge of the elections.  And if you

10   have all this evidence as if you say you have as you

11   have been alleging for the past several days, when are

12   you going to take it to court?  And do you think it will

13   stand up in court against -- with a judge because you

14   didn't do well in Pennsylvania.  You had to admit to the

15   judge under oath it wasn't about fraud and he threw that

16   case out.

17      Q.  Well, I got to tell you the judge was appointed

18   by President Obama.  I didn't expect we were going to

19   win that case.  It is very difficult litigating election

20   cases in front of a Democrat judges.  And the Democrats

21   selected cities in which they have tremendous control.

22   They didn't do the cheating in Indiana.  They did the

23   cheating Philadelphia, which has a history of 60 years

24   of cheating.  If they didn't cheat in this election, my

25   friend, they wouldn't have -- it would have been

Case 1:21-cv-00213-CJN   Document 2-135   Filed 01/25/21   Page 12 of 28
File 9 Giuliani Chat with the Mayor
November 23, 2020                                    11

1  impossible.  They couldn't have missed this election.

2  They cheated in every election up until now.  The

3  evidence is there in the lawsuit if people would go read

4  the affidavits in the Michigan lawsuit they are there.

5       The courts are doing everything they can to

6  prevent us from having hearings.  The reason the judge

7  dismisses the cases is the judge doesn't want us to call

8  our 40 witnesses who can prove that they were stealing

9  votes in Pennsylvania to the extent of almost 600,000

10  votes.

11       The court in Michigan also Democrat judge is

12  doing everything he can to prevent a hearing in which we

13  have a woman, who is a long-term employee of the

14  Democrat Party, who tells us that she was trained to

15  cheat.  So what I'm telling you is not me.  It comes

16  from witnesses who have affidavits over a thousand of

17  them.  About 200 of them are public.  About 200 of them

18  could be read by a press that was unreasonably

19  competent.

20       I held a press conference last week, and I read

21  from them, and I was accused of being too general.

22  Well, I read from the affidavits of people who say that

23  they saw massive cheating going on.  So you can disagree

24  with me.  You have every right to, but the fact is these

25  facts are being hidden from the American people.

File 9 Giuliani Chat with the Mayor
November 23, 2020                                        12

1       And we are going to have to fight and fight and

2   fight, and they will eventually find a court that allows

3   us to do it or a legislature.  We may have, in fact,

4   have found a legislature that will let us do it, but I

5   can point you to Castatino versus the City of Detroit.

6   It is filed in the Detroit local court.  You can get it

7   online.  It has got nine affidavits.  The affidavits

8   come from regular American citizens.

9       There is a whole seen there that three affiants,

10  meaning they swear to it under oath, say that 100,000

11  ballots were brought in in the middle of the night and

12  counted surreptitiously by the Democrats all for Biden

13  in order to catch him up because he was losing.  I did

14  not make that up.  Those are in the affidavits.

15      If we had a responsible press I wouldn't have to

16  be trying to spoon feed this to you.  You would know it,

17  but we do have a censorship going on, and it is

18  difficult to get people to get this information.  And I

19  hope we find a way to solve that problem.  I know we

20  will as soon as we get a hearing.  And all I can ask of

21  you now is go look for yourself a little bit because

22  you're in the hands of a completely corrupt media.

23      Well, we will be back very, very shortly with the

24  Tunnel 2 Towers hotline where you get to talk to me and

25  you get to challenge me, like that gentleman just did or

Case 1:21-cv-00213-CJN   Document 2-135   Filed 01/25/21   Page 14 of 28
File 9 Giuliani Chat with the Mayor
November 23, 2020                                    13

1   whatever information you want and need.

2        (Commercial break.)

3        Mayor Rudy Giuliani on 77WABC.  This is Rudy

4   Giuliani back again on the Tunnel 2 Towers hotline.  We

5   are going to get a chance to talk over whatever the

6   major issues of the day are for you.  I know also we

7   might want to talk about mini Thanksgiving, which I'm

8   not -- you know I'm not really sure what the mini

9   Thanksgiving rules are.  How many people are you allowed

10  to have at your Thanksgiving feast?  It various state by

11  state.

12       I think in the dictorial Democrat states you are

13  allowed to have Thanksgiving.  It is being permitted,

14  but I think there is an hourly limit on how long you can

15  celebrate.  I think you celebrate -- you can celebrate

16  for three or four -- you can't go more than four hours

17  because that would be too much time.  I'm all confused.

18  I just don't remember.

19       I think they said if you're socially distanced,

20  you can have 12 people.  But to be socially distanced

21  and have 12 people you would have to have a grand

22  ballroom, right?  Like, many of you can't afford a grand

23  ballroom.  Promo can.  De Blasio has a grand ballroom

24  where he lives.  I used to live there.  Quite a grand

25  ballroom.  Bloomberg has a grand ballroom.  Seven of the

File 9 Giuliani Chat with the Mayor
November 23, 2020                                    14

1   billionaires in New York can celebrate Thanksgiving,

2   but, like, if you have a normal nice dining room you

3   can't have 12 people.  I'm sorry.

4       I'm going to see -- I'm going to seek an

5   exemption for a children's table.  What do you think

6   about that?  Have a little children's table.  And

7   children don't get COVID really.  And they don't die

8   from it.  So what we will do in my house, we will take

9   the real old people who can die, and we will lock them

10  in a closet and not let them come out.  Kind of like

11  what Quomo did with the people he put in the nursing

12  homes.

13      And then we will, like, throw chicken to them and

14  turkey.  And we will allow them to open their mask

15  inside the closet.  And then the few people that allowed

16  to stay out will say "thank you."  Problem is they are

17  not going to know what to say thank you for.

18      Isn't this ridiculous?  It is totally ridiculous.

19  This illness is now curable.  It is an illness.  It is

20  not the end of the world.  It is not the second coming

21  of the plague.  The is not the second coming of the

22  destruction of the world, the apocalypse.

23      It is a very serious disease to be treated

24  serious by everyone but not to drive us into paralysis

25  and destroying Thanksgiving and doing away with a

1   parade.  I don't know what they are going to do to

2   Christmas.  Nobody will be -- nobody will be able to sit

3   on Santa's lap, right?  The beard isn't enough to

4   protect Santa from being a super spreader.

5       I mean, Santa could be a super spreader.  Just

6   think of that.  Well, I'm still trying to figure, you

7   know, Thanksgiving out.  Maybe -- maybe you could have a

8   virtual Thanksgiving but how do you get the turkey

9   around?

10  BY RUDY GIULIANI:

11  Q.  Let's go to Kevin in Staten Island.

12  A.  Yes, sir.  Mr. Rudy G.  You da man.

13  Q.  That is very nice.  I like the way you said that.

14  That was, like, cool.

15  A.  Yeah, man.

16  Q.  Are you a disk jockey or something?

17  A.  Huh?

18  Q.  Are you a disk jockey or something?

19  A.  You know what?  I should be in voiceovers.  I'm

20  going to call you again.  I'm going to explain to you

21  why I'm not.  There is a little thing with that.  I

22  should be doing voiceovers.  I will call you again

23  another time.  Real quick.  I know you got a lot of

24  people so I want to say this real quick.

25      To your testament you, the Mayor's job, you did

Case 1:21-cv-00213-CJN   Document 2-135   Filed 01/25/21   Page 17 of 28
File 9 Giuliani Chat with the Mayor
November 23, 2020                              16

1  in New York City, I really felt it, as a former homeless

2  person who started homelessness in 1986 into the 1990s,

3  you came out with operation alternative.

4       Now, we weren't just getting tickets.  We were

5  going to jail for sleeping the way they rolled us for

6  trespassing or some of it was, you know, open

7  containers, but, I was part of the homeless crowd.  So

8  you made a difference in that, and we used to talk "Man,

9  because of Giuliani, because of him I can't sleep at

10  Penn Station at grand station in central anymore," but I

11  bet I'm the first person whoever had that conversation

12  with you.  I thought I'd throw that in.

13  Q.  Yeah.  And you appreciate that?

14  A.  Yeah.

15  Q.  You appreciate that I did that?

16  A.  Yes.  Yes.  Yes.

17  Q.  You are a remarkable man.

18  A.  It made us get ourselves together, you know.

19  Q.  Well, thank you.  You're the guy I was aiming

20  for.  Do you know that?  I was aiming for the guy I can

21  push a little bit to start taking response -- a little

22  more responsibility for their lives.  I figured if you

23  get a little push maybe we can bring a lot of people

24  back.  You know, just don't make it so easy to live on

25  the street because you can tell people this you

File 9 Giuliani Chat with the Mayor
November 23, 2020                                    17

1  deteriorate living on the street.  And the more you're

2  there, the worse, it gets.  The faster I can get you off

3  the street, the better it is, I think, right?  Hello?

4  Oh, too bad.  I wanted to have a long conversation with

5  him.

6      I mean, when you make policy -- this is what I

7  hate about liberals.  When you make policy, for them it

8  is all about numbers and statistics and graphs and this

9  and that.  For me it is all about people.  I, sort of,

10  envision people.  Let me tell you how I envision

11  homelessness.  I think of it as my brother.  I say to

12  myself what would I do if I got a call from my mother,

13  now gone, but just assume not, if I got a call from my

14  mother and she said, "Your brother" -- I don't have one

15  so that is also a hypothetical.  "Your brother is on the

16  street.  He has been on the street for about five weeks,

17  and we can't get him off the street."

18      Now, what would I do?  Would I go and give him,

19  like, some money so he could stay on the street?  Like

20  people who passed by the homeless and they just give

21  them money or bring them a couple bottles of liquor or

22  another blanket so he can stay on the street?  Would you

23  do that?  No, you wouldn't.  You would go see your

24  brother and you would say, "Hey, pal, what is going on?"

25  What are you doing on the street?"

1      And he would give you a reason and then if you're

2  fairly intelligent and fairly educated you would realize

3  the reason fits into probably one of three or four

4  categories.  He may be drinking too much.  He maybe an

5  addict.  He may unbeknownst to you have a mental illness

6  that you didn't know he had.  Usually paranoid

7  schizophrenia is what lead to homelessness or it is just

8  as possible that things have gone bad in his life.  It

9  is temporary.

10      Needs to get straightened up.  Problem with a

11  wife.  Problem with a girlfriend.  Problem with kids.

12  Problem at work.  That fits into about ten to 15 percent

13  of the categories.  The others make up all the rest.  So

14  now what do you have to do for your brother?  You have

15  to get him help.  You don't leave him on the street.

16  You don't -- leaving him on the street is just going to

17  get worse.

18      If he drinks, he can become a much bigger drunk.

19  And if he is a drug addict he is going to become a

20  bigger drug addict.  If he is a paranoid schizophrenic,

21  he is going to become much worse almost irreversible and

22  possibly go violent or become the victim of violence

23  himself.  And if he just can't find a home, well then he

24  is going to fall into one of the other things.

25      This is an inhuman thing to do for the person on

Case 1:21-cv-00213-CJN   Document 2-135   Filed 01/25/21   Page 20 of 28
File 9 Giuliani Chat with the Mayor
November 23, 2020                                      19

1  the street not to mention the damage it does to society.

2  So here is my rule.  When I see a city with homeless

3  people, I see a city with a Mayor who doesn't give a

4  damn.  Simple as that.  Doesn't give a damn.  No

5  conscious.  Never looks out of the windows of his or her

6  limousine.  Homelessness should not exist at all.  And

7  when it does, it should be -- it should be confronted,

8  encountered.

9       And now we go to Mike from Hoboken.

10   A.  Hey, Rudy, Mr. Mayor, appreciate you taking my

11  call, sir, how are you today?

12   Q.  I'm good.  I'm good.  I'm good.

13   A.  I -- first of all, they are taking away a lot of

14  your time on here.  The ads are getting longer, and I

15  wanted more Rudy.  You have only been on for 15 minutes

16  out of the first 45 minutes of the hour.

17   Q.  I'm just like one big ad.

18   A.  Yeah, I know.  Exactly.  We want more Rudy, but,

19  yeah, my question for you -- I was curious --

20   Q.  I have to say, though, this is a line from the

21  Godfather, which you will notice I use a lot.  "After

22  all we are capitalists."

23   A.  Sure.  That is a good one.

24   Q.  You remember that line?  You remember that line?

25   A.  Of course I do.

Case 1:21-cv-00213-CJN   Document 2-135   Filed 01/25/21   Page 21 of 28
File 9 Giuliani Chat with the Mayor
November 23, 2020                                      20

1    Q.  When they tell the old man, the Godfather, they

2   tell Veto, "Of course you will" -- "Of course everyone

3   will share in the money.  After all, we are not cap" --

4   "after all we are not communists."  That is what he

5   says.  "After all we are not communists."

6    A.  That is right.  That is right.  And sorry if

7   you've covered this already, Mayor, but what was the

8   black stuff that was seeping out of your head there when

9   you were doing that --

10   Q.  Oh, my, God.  It was some of my brains.  It was

11  some of my brains.  I was thinking so hard, God, it was

12  like, you know -- this is a very rough press conference.

13  You got to get everything across.  You got to think

14  really hard.  I had a brain -- I was able to take a rag

15  and stuff it back in.  And you know what happened what

16  my doctor said?  Because of that by putting it back in

17  it rejuvenated my brain power, and I'm twice as smart.

18       It was a very, very fortuitus occasion and you

19  can check with my doctor, Dr. Fadugal.  He is a very,

20  very, very famous brain surgeon.  Hard to find, and he

21  likes to remain private, but Dr. Fadugal is very well

22  known and every once in a while he gets a case like

23  that.  I was very nervous, and he put my brains right

24  back.  Man, he put my brains right back in.

25       So now we are going to go to Joel from Jerusalem.

Case 1:21-cv-00213-CJN   Document 2-135   Filed 01/25/21   Page 22 of 28
File 9 Giuliani Chat with the Mayor
November 23, 2020                                         21

1   Oh, I love it when you call me Joel.  I love it.

2      A.  Thank you, Mr. Mayor.  It is a big honor.

3      Q.  How is my second favorite city?

4      A.  You have been funny and compassionate.  I know

5   you're going through a lot.  So I'm glad you're keeping

6   your sense of human.

7      Q.  Oh, my gosh.  When you lose that -- my father

8   used to say, "When you lose your sense of humor, time to

9   cash in."  That is how I got through 9/11, my friend.

10     A.  Amazing, yeah.  You were exceptionally patient

11  diplomatic with that, and I hope your son is okay.

12     Q.  My son is fine.  My son is so strong.  I feel

13  sorry for the disease.

14     A.  I called about the multi billion dollar stock

15  hustle.  I knew you were in D.C. so I did e-mail the

16  documents to Mr. Castella today.

17     Q.  Oh, good, I'm glad you did.  I'm glad you did.

18  Thank you.  Thank you.  I mean, the Chinese -- you know

19  we got to put a lot of emphasis on the Chinese now with

20  these Biden people around because he is filled with

21  Chinese sellouts.

22     A.  Right.

23        My question was, you know, right after the laptop

24  evidence got presented on October 14th, right away you

25  had John Radcliff saying, you know, it is verified

Case 1:21-cv-00213-CJN   Document 2-135   Filed 01/25/21   Page 23 of 28
File 9 Giuliani Chat with the Mayor
November 23, 2020                                          22

1   within 24 hours and Adam Shiff saying it is a Russian

2   off and Devon Cooney and Tony Bobulinski came out and

3   corroborated it, I mean, I understand that first caller

4   because until you pry into it for 15 minutes or half

5   hour and get to the truth, people are filled with so

6   much narratives.  Why can't --

7      Q.  Honestly, that is why I wasn't mad at them.  I

8   don't even understand how as many people as do

9   understand it.  I don't understand how they understand

10  it because you can come up with, like, we put in these

11  affidavits in the Michigan case.  I thought we had a

12  witness that blew it wide open.  This woman who works

13  for the Democrat party.  She said back in September they

14  started teaching her how to cheat.

15       She explained all the cheating in detail.  There

16  is no way this lady is lying.  And then it is backed up

17  by eight other affidavits.  And I said, okay, this is

18  going to breakthrough.  They ignore it.  They ignore it.

19  Then you go on television and explain it.  And the

20  minute you're off, it goes away.  They never repeat it.

21  They never say "Breaking news:  Affidavit saying

22  Democrat party in Detroit teaches woman how to cheat."

23  If it was Republican they would do that.

24       So I know, I guess from representing him in the

25  impeachment, I know -- I know the problem.  It is a

Case 1:21-cv-00213-CJN  Document 2-135  Filed 01/25/21  Page 24 of 28
File 9 Giuliani Chat with the Mayor
November 23, 2020                                    23

1  completely -- it isn't even -- it isn't even adequate to

2  say "unfair process."  There has got to be a stronger

3  word and during the break I will try to think of what it

4  is and not make it is a curse word, okay, but now we

5  will take a short break.

6      (Commercial break.)

7      We are New York talking about what matters to

8  you.  Now, it is former New York City Mayor Rudy

9  Giuliani on New York's Talk Radio 77WABC.

10  BY RUDY GIULIANI:

11    Q.  This is Rudy Giuliani back on WABC.  Let's see.

12  What do we have left here?  We have Valerie from

13  Brooklyn.

14      Valerie lets talk to you for a minute.

15    A.  Hello, hi, Mr. Mayor.  It is an honor to speak to

16  you.  And I just want to be very thankful that you are

17  the President's representative because you -- I don't

18  know if you remember in 1989 you said Grand Rabbi

19  (inaudible) and he told you that God almighty is on your

20  side, and I really hope that he is on your side and you

21  will see victory after victory and after victory and you

22  will win and Donald Trump will be the president for four

23  more years.

24    Q.  Well, thank you very much.  And I remember that

25  occasion with the Grand Rabbi.  Someone today I should

File 9 Giuliani Chat with the Mayor
November 23, 2020                                    24

1  tell you who it is.  Dr. Zalinco sent me a video of that

2  back in 1989.  Gosh, it was so nice that he did that

3  when the Rabbi gave me his blessing.  I remember it as

4  if it was yesterday except I don't look the same.  That

5  was a little frightening, but the Rabbi was a great man,

6  and we have do ask him all to pray for us.

7       Robert from Brooklyn.

8   A.  Yes, Mayor, thank you very much.  God bless you

9  for trying to defend the wonderful President --

10   Q.  Thank you.

11   A.  -- and the whole election process and, you know,

12  the Russia hoax, which is proven it was a hoax, it was a

13  frame up.  At it's worst, it was nothing compared to

14  what is going on now.  And, you know, the only

15  resolution that would be acceptable for this to be the

16  country that we once thought it was is if the President

17  becomes President and all the conspirators are held

18  responsible for what they did wrong.  And the FBI and

19  DOJ, they clean house over there.

20       And, you know, the failure is no option.  The

21  President has to take the oath of office again.  And one

22  question for you is what happened at Sidney Powell, you

23  guys separated from Sidney Powell, what is the story

24  behind that?

25   Q.  Well, I think it is two different lawsuits that

File 9 Giuliani Chat with the Mayor
November 23, 2020                                   25

1   the lawsuit and the investigation Sidney is doing is

2   quite long-term.  It -- there is very little prospect

3   that can get resolved with a week or two, which is what

4   we need, but it needs to be investigated so hopefully

5   Sidney will carry on that investigation for some time,

6   and we will find out just how deep the intrusion of

7   Dominion and Smartmatic was into our election.

8        The simple fact is they should not have been

9   involved in our election.  After all they are allied

10   with Chavez and Maduro, but to prove specific

11   situations, we probably don't have the time to do that.

12   And we have any much to do in this period of all time to

13   show the precise number of fraudulent ballots, which we

14   were able to do in Pennsylvania and in Michigan and we

15   have quite an uphill battle because of the Democrat

16   courts and because of all of the -- all of the, you

17   know, critics and people who censor what is going on and

18   people who misunderstand on purpose.

19        It is hard -- we got to stay on a consistent

20   theory.  We can't be going off on other theories.  And

21   the consistent theory is that the states, particularly

22   the seven or eight in question using the Democrat cities

23   that exist there where corruption can be done without

24   any notice, fixed the election.

25        They did it in large part by the mail ballots.

File 9 Giuliani Chat with the Mayor
November 23, 2020                                          26

1   They used the mail ballots as an ability to stuff the

2   ballot box but they also -- they also backdated

3   documents, backdated ballots, had dead people voting,

4   we've got things to just prove it absolutely like in the

5   City of Detroit more people voted than were registered.

6         Well, you got to be cheating if that is going on,

7   but we don't allow cheating in America.  American

8   elections shouldn't be any kind of cheating because we

9   are a free country.  And our freedom rests on numerous

10   things but one of the most important is our right to

11   vote freely and fairly.

12         We are going to vindicate that because this is

13   America.  And when you wake up tomorrow morning say,

14   "God bless America."

15         (End of recording.)

16

17

18

19

20

21

22

23

24

25

Case 1:21-cv-00213-CJN   Document 2-135   Filed 01/25/21   Page 28 of 28
File 9 Giuliani Chat with the Mayor
November 23, 2020                                    27

1            C E R T I F I C A T E

2

3      I, SHAWNEE WILBORN, Certified Shorthand Reporter/

4    Transcriptionist, do hereby certify that I was

5    authorized to transcribe the foregoing recorded

6    proceeding, and that the transcript is a true and

7    accurate transcription of my shorthand notes, to the

8    best of my ability, taken while listening to the

9    provided recording.

10

11      I further certify that I am not of counsel or

12    attorney for either or any of the parties to said

13    proceedings, nor in any way interested in the events of

14    this cause, and that I am not related to any of the

15    parties thereto.

16

17

18    Dated this 19th day of January, 2021

19

20

21            _____

22            SHAWNEE WILBORN, CSR 13361

23

24

25