# Exhibit 201

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 2 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020

1

2

3

4

5

6              File 10

7   Uncovering the Truth with Rudy Giuliani & Dr. Maria Ryan

8              Nov. 29, 2020

9   https://wabcradio.com/podcast/uncovering-the-truth-with-

10  rudy-giuliani-maria-ryan/

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1      Hoaxes and other fake news stories.  This is

2  Uncovering the Truth with Dr. Maria Ryan and

3  Rudy Giuliani.  Guarding against misinformation, fake

4  news, and it doesn't seem to be making a difference.

5  Using common sense thinking with New York street smarts.

6  Now, with Dr. Maria Ryan, here is Rudy Giuliani.

7      DR. MARIA RYAN:  Welcome to Uncovering the Truth.

8  It is November 29th.  The last week you had a guest

9  replacing me because I was on vacation.

10      Did you miss me?

11      RUDY GIULIANI:  Of course.  You're the best.

12  Borris did a good job but nobody replaces Dr. Maria

13  Ryan.  Absolutely.

14      DR. MARIA RYAN:  Okay.  Thank you.  I did fish

15  for that a little bit.

16      RUDY GIULIANI:  No, you didn't.  You deserve it.

17      DR. MARIA RYAN:  I want everybody to know your

18  opinion matters to us.  So call us at 1(800) 848-9222.

19  That is 1(800) 848-WABC.  So last weeks question was is

20  there evidence of wide spread fraud.  Again, the people

21  have spoken.  Yes.  89.62 percent of you said, "Yes,

22  indeed."  "No" 10.82.

23      RUDY GIULIANI:  That is amazing because the

24  propaganda machine, which is gosh much more powerful

25  than I ever thought it would be.  The propaganda machine

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 4 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                                    3

1  just keeps putting out everyday, every new show, even

2  Fox.  "There is no significant evidence of fraud."

3      DR. MARIA RYAN:  What about the people speaking

4  out?

5      RUDY GIULIANI:  There so much evidence of the

6  fraud I can't contain it in my room, hundreds.

7  Approaching thousands affidavits.  Each of them alleging

8  fraud.

9      DR. MARIA RYAN:  This is what makes me sad is the

10  people are taking a risk because a lot of people have

11  been threatened and they want to do the right thing in

12  life.  And it is very important we have voter integrity

13  and they are speaking up and they are swearing to it,

14  affidavits.  That is a witness.  You've taught me that.

15  You're the best lawyer in the United States.  You taught

16  me that a witness's testimony is evidence.

17      RUDY GIULIANI:  We are a little prejudice toward

18  each other.  That is good.  And you're the best medical

19  expert ever.

20      DR. MARIA RYAN:  This is definitely the Maria and

21  Rudy show today.  We did a show on voter fraud August

22  23rd --

23      RUDY GIULIANI:  I thought that was your idea, and

24  that was a good idea.  We did it to warn people about

25  fraud.

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 5 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                                    4

1    DR. MARIA RYAN:  Yeah.

2    RUDY GIULIANI:  It was your idea to do it.  And

3  we warned them about -- well, do you remember --

4  harvesting and stuff like that?

5    DR. MARIA RYAN:  The different ways, you know, we

6  have always had some voter fraud.  I just want to make

7  sure Americans know that.  And it could tilt the scale

8  on mayors, governors, but the thought was in a

9  presidential race, you know, the dead people voting, the

10  ballot harvesting couldn't really affect it, but this

11  time we are seeing something very, very different.  We

12  are seeing multi-factorial ways to cheat, but we are

13  also seeing a coordinated systemic effort, right?

14    RUDY GIULIANI:  Yeah.  And that is the danger.

15  That is the real, real danger.

16    DR. MARIA RYAN:  Yep.

17    RUDY GIULIANI:  You know, a lot of people feel

18  the 1960 election was stolen by Mayor Daily in Chicago

19  holding votes back in Chicago so that he could overcome

20  Nixon's lead in the southern part of the State.  But

21  that --

22    DR. MARIA RYAN:  How did they do that?

23    RUDY GIULIANI:  That was a very, very, very close

24  election.  And the way they always did it, they always

25  did it a lot with absentee ballots, but it was a limit

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 6 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                                    5

1  to what they could do because there were only a certain

2  number of absentee ballots.  What they, I think devised

3  on purpose, was to have this big mail-in ballot thing

4  take place.

5      So instead of 450,000 absentee ballots in

6  Pennsylvania.  There were something like that 2.5

7  million.  Well, with 2.5 million you can do a lot more

8  stealing than 450,000 particularly if you don't let

9  anybody inspect them, and that is what they did.  That

10  is -- that was their scheme to defraud.

11      They produced phony absentee ballots, mail-in

12  ballots, and then when little Ms. Johnson went to vote

13  in Pittsburgh, Pennsylvania, they said, "Oh, Ms.

14  Johnson, you voted already."  "Well, I didn't vote

15  already."  "But, yes, you did here.  See.  You put in a

16  mail-in ballot."  She said, "I don't even know what

17  mail-in ballots are."

18      DR. MARIA RYAN:  What I found different, you

19  know, when we did the research --

20      RUDY GIULIANI:  7,000 of them.

21      DR. MARIA RYAN:  -- in August --

22      RUDY GIULIANI:  I'm sorry.  17,000 just in

23  Pittsburgh.  So we are not talking about a few votes.

24  17,000 people had their vote taken away from them.

25  Stolen by the Democrats.

Case 1:21-cv-00213-CJN  Document 2-136  Filed 01/25/21  Page 7 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                                        6

1      DR. MARIA RYAN:  They have rights.  And they have

2   rights, but they are being suppressed.

3      RUDY GIULIANI:  Yeah, and then we have -- so I

4   almost don't believe it.  We have 872,770 mail-in

5   ballots that were examined only by a Democrat office --

6      DR. MARIA RYAN:  Democrat.

7      RUDY GIULIANI:  And hidden from the Republican.

8   They could all be fraudulent.  All of them.  That is

9   ridiculous.  This is American.

10      DR. MARIA RYAN:  This is the first time I saw

11   that.  Yeah, when we did research we learned about

12   ballot harvesting being illegal in several states.  We

13   learned about the dead people voting.  And a lot of the

14   prosecutions happen to be Democrats.  I mean,

15   Republicans can cheat, too, but we just saw an explosion

16   of more prosecutions for fraud with Democrats, but this

17   is the first time I've heard -- well, of course, it is

18   the first time this widespread mail-in ballots in the

19   cover with COVID, but the first time I heard about

20   systematically refusing either to let the Republicans

21   observer either enter the building or they let them

22   enter, "Hey, I let them come in" but they kept them in a

23   corner.

24      How can you legitimately observe with whether the

25   signatures matched?  You couldn't 20 feet away not even

Case 1:21-cv-00213-CJN  Document 2-136  Filed 01/25/21  Page 8 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                                          7

1  six feet away.  You needed to literally be by the side

2  of that person counting ballots.

3      RUDY GIULIANI:  I wish people would understand

4  how significant that is because mail-in voting is

5  considered the most dangerous form of voting from the

6  point of view of fraud.  And the reason for that is the

7  purpose never has to appear.  So when we vote --

8      DR. MARIA RYAN:  Right.

9      RUDY GIULIANI:  -- we appear.

10      DR. MARIA RYAN:  Yep.

11      RUDY GIULIANI:  And they can look at our

12  signature.  They can look at our face.  They can ask us

13  questions.  A ballot you don't get to ask any questions.

14  The only thing you can look at is the stuff on the

15  envelope and you can compare the signatures.  If you

16  don't do that, one person could submit 1,000 votes.  And

17  you wouldn't know it if the guy was a Democratic

18  official willing to cheat.

19      DR. MARIA RYAN:  Yeah.

20      RUDY GIULIANI:  So that is why inspection becomes

21  so important.  Now, just think about this.  In seven or

22  eight cities, all of whom are Democrat controlled

23  crooked, dishonest cities, Republicans were uniformly

24  thrown out of the inspection process for the first time

25  ever.  And they were put in corals like cattle.

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 9 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                                              8

1      DR. MARIA RYAN:  Yeah.

2      RUDY GIULIANI:  They weren't allowed to see a

3  single ballot.  And in many cases Democratic inspectors

4  weren't allowed to see a single ballot because if they

5  saw the single ballots, the whole plan would explode

6  because the single ballots were all in the same

7  handwriting many times.  The single ballots were

8  sometimes being entered into their counting machine four

9  and five times.

10      DR. MARIA RYAN:  Yes.  We've had multiple people

11  testify to that.

12      RUDY GIULIANI:  And when they say there's no

13  evidence of it, Maria, there is affidavit.  I don't know

14  what you have to do to produce evidence.  There is

15  affidavits of people under oath saying I saw a Democrat

16  person stuff that ballot in eight times.

17      DR. MARIA RYAN:  Yep.

18      RUDY GIULIANI:  Taking one ballot making it count

19  for eight.  I saw them throwing away Trump ballots.

20  This isn't one person --

21      DR. MARIA RYAN:  In Georgia --

22      RUDY GIULIANI:  It was hundreds of people.

23      DR. MARIA RYAN:  Yes.  And --

24      RUDY GIULIANI:  And there is no evidence.

25      DR. MARIA RYAN:  Including both sides.  I want to

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 10 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                                              9

1  point out that in Georgia a Democrat observer, whose an

2  honest person, and she did an affidavit saying I saw a

3  lot of things going on including pristine ballots, a

4  stack of them, so they weren't folded in an envelope

5  just being run through all 100 percent for Biden.  That

6  is evidence.  That is eye witness testimony.

7       RUDY GIULIANI:  So just to sum it up in

8  Pennsylvania there are over 800,000 of those.  In

9  Michigan there are over 300,000 including one that was

10  done at 4:30 in the morning with 100,000 ballots when

11  they thought nobody was around.  Three witnesses

12  including a Dominion employee that say they were all for

13  Biden.  Wisconsin, they are missing something like, oh,

14  my goodness, maybe 100,000 applications for absentee

15  ballots, which are required.

16       In Arizona they have seven or eight thousand but

17  the margin in Arizona is very, very small plus we are

18  going to find out tomorrow at our hearing that there is

19  significant problems with the Dominion machines in

20  Arizona as there are in Michigan.

21       DR. MARIA RYAN:  I've heard.  Yep.

22       RUDY GIULIANI:  And in Georgia very similar.

23       DR. MARIA RYAN:  Sorry.

24       RUDY GIULIANI:  The machines were loaded

25  beforehand.  And in Nevada they used a machine to check

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 11 of 52
File 10   Uncovering the Truth with Rudy Giuliani
November 29, 2020                                    10

1   the signatures that didn't work, didn't work.  So this

2   was a plan.  See, this was a plan or scheme that we got

3   to get to the bottom of.

4        DR. MARIA RYAN:  We saw Rudy online, a very smart

5   young man told me that, Eric, but let's talk about the

6   constitution.  Where is this going to lead us to?  What

7   is next?  What needs to happen?

8        RUDY GIULIANI:  Article 1 of the constitution

9   provides for the State legislature overseeing the

10   elections of Senators and of congressmen, federal

11   elections, but it gives congress the right to make

12   changes; however, Article 2, Section 1, Clause 2 gives

13   what is called plenary power to the State legislature to

14   run elections.  They are in charge.

15        The State legislature is in large here.  Not the

16   courts.  Not the governor.  Not the congress.  And if

17   they see cheating and fraud, they are allowed to take

18   back their delegated power that has already been decided

19   by the Supreme Court in 1892 reiterated in Bush v. Gore.

20        And with the kind of cheating they are seeing,

21   the State legislatures in Pennsylvania, Michigan,

22   Wisconsin, Arizona, Nevada and Georgia should

23   immediately take control of these elections through

24   their own audit and determine who won the election and

25   then certify the right person.

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 12 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                                    11

1      That is what the constitutional remedy is for

2  this.  They -- when they give away their right --

3      DR. MARIA RYAN:  That is what they need to do.

4      RUDY GIULIANI:  -- and there are Supreme Court

5  decisions right on point that say exactly that.  And

6  when we come back, we will remind people of that and

7  then we will see what they have to say.

8      The Tunnel 2 Tower Foundation is marking it's

9  season of hope.  And they need your help.  The

10  foundation is honoring American heros by donating 36

11  homes in 36 days.  That is an ambitious goal.  That is

12  one home a day from Thanksgiving through New Year's

13  ever.  Tunnel 2 Towers is gifting homes in more than two

14  dozen states across our nation.  They are bringing hope

15  to great Americans, our catastrophically injured

16  warriors, gold star and fallen first responder families.

17      These are our real heros.  The foundation is

18  giving thanks to all of those who have sacrificed so

19  much to keep us safe and to the many people like you

20  across the country who have supported their efforts to

21  honor our nations heros.  Join Tunnel 2 Towers on its

22  mission to do good.  Donate $11 a month to T2T.org.

23  That is T2T.org.  T2T.org.  Help bring hope to Americas

24  heros and their families.  Thank you.

25      (Commercial break.)

Case 1:21-cv-00213-CJN  Document 2-136  Filed 01/25/21  Page 13 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                                    12

1      This is Uncovering the Truth with Dr. Maria Ryan

2    and Rudy Giuliani regarding misinformation, fake news

3    and it doesn't seem to be making a difference.  Now,

4    with Dr. Maria Ryan, here is Rudy Giuliani.

5      DR. MARIA RYAN:  Welcome back --

6      RUDY GIULIANI:  Well, come back.

7      DR. MARIA RYAN:  -- to our --

8      RUDY GIULIANI:  Oh, okay.

9      DR. MARIA RYAN:  This is what happens when we are

10   in two separate places.

11      RUDY GIULIANI:  Okay.  Maria, you get started.

12      DR. MARIA RYAN:  All right.

13      Welcome back --

14      RUDY GIULIANI:  Ladies first.

15      DR. MARIA RYAN:  -- to Uncovering the Truth.

16   Please give us a call at 1(800) 848-9222 or

17   1(800) 848-WABC.

18      RUDY GIULIANI:  So the Tunnel 2 Towers Foundation

19   is honoring America's heros through its season of hope.

20   Donate at T2T.org.  That is T2T.org.  And when we go on

21   the phone.  It will be the Tunnel 2 Towers hotline.  I

22   think the only point I wanted to make clear because I

23   think it is a little surprising to the American people

24   --

25      DR. MARIA RYAN:  I agree.

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 14 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                                    13

1      RUDY GIULIANI:  -- the reality is that the

2   constitution gives the regulation of elections, mainly

3   presidential elections, this selection of electors, it

4   gives it to the legislatures in the various states.

5   They can conduct it themselves or they can delegate it

6   to the other people like the governor and the election

7   commissions, but they never give it away completely.

8   You cannot give away a constitutional power completely.

9      DR. MARIA RYAN:  No.  It is too --

10      RUDY GIULIANI:  And the Supreme Court has said

11   they can rescind it any time they want.

12      DR. MARIA RYAN:  Yeah.

13      RUDY GIULIANI:  But --

14      DR. MARIA RYAN:  And especially if they see

15   irregularities.

16      RUDY GIULIANI:  Absolutely.

17      DR. MARIA RYAN:  If it is a fair election, you

18   let the process go in the electors, you know, in the

19   state.  Normally they are going to go with who won

20   popular votes.  And in some states it is the law to do

21   that, but if there are irregularities, you don't want

22   that elector to necessarily go with the popular vote.

23   You want that state legislature to take control, to do

24   audits.  My question, though, Rudy, is how long can that

25   go on?  So say the state's legislatures, obviously they

1  see the irregularities in more states that you even

2  mentioned, but let's just talk about the states you

3  mentioned.  So say in Pennsylvania, I'm a state

4  legislature, and I'm very, very concerned about what the

5  people are saying in the affidavits.

6      So I and my colleagues want to do an audit.  Can

7  that go on another month?

8      RUDY GIULIANI:  Sure.  And very, very quickly.

9  It doesn't even have to take months.  Right now the

10 legislature has enough evidence to take over and

11 completely reanalyze the election.  They have testimony.

12 When we did the hearing on Wednesday we actually added

13 it.  We found another 120,000 ballots, but we were going

14 in with 782,770 ballots that had been cast and they were

15 hidden from any Republican observer, and they were

16 mail-in ballots.

17     And that in and of itself is not only in

18 violation of their law, it is completely

19 unconstitutional.  And those ballots alone should be

20 taken out of the democratic count because it is the

21 Democrats who did it.  And if you take those ballots

22 out, Trump wins the state by pretty close to the margin

23 he was winning it the night we went to sleep.  And while

24 they --

25     DR. MARIA RYAN:  Yeah.

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 16 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                              15

1      RUDY GIULIANI:  -- while we were sleeping, they

2   were cheating.  He won by about 700,000.  And they have

3   the power to do that.  It is not going to be -- it is

4   going to be bloody.  There is going to be blood on the

5   floor.  Everybody is going to be complaining and

6   yelling.

7      DR. MARIA RYAN:  Yes.

8      RUDY GIULIANI:  But it is actually the

9   constitutional remedy.  It is the constitutional remedy,

10  if you believe --

11     DR. MARIA RYAN:  Yep.

12     RUDY GIULIANI:  -- that votes were stolen.  Same

13  thing in Michigan.  Michigan is maybe stronger case.  In

14  Michigan there is evidence of 100,000 votes being

15  brought in in the middle of the night all for Biden.

16  All for Biden.  And then there are another 250,000 votes

17  hidden again.

18     And they are now emerging some serious problems

19  with the Dominion machines, which we will be bringing

20  out in more detail tomorrow, the studies being done, but

21  we had a chance to examine a Dominion machine yesterday

22  and it was quite illuminating as to the cheating you can

23  do with these machines.  I'm sure they were brought in

24  just for the purpose of cheating.

25     DR. MARIA RYAN:  Well, Amy Klobuchar and other

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 17 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                                    16

1  Democrats were concerned about Dominion prior to this

2  election.  So where are their voices now?

3      RUDY GIULIANI:  Now they won't be.  Now they will

4  be on the other side like they were with the wall,

5  right?

6      DR. MARIA RYAN:  Yeah.  Exactly.

7      RUDY GIULIANI:  So let's see if we can get a

8  couple of our -- at least one of our callers in and then

9  we will be all callers after we come back.

10  BY RUDY GIULIANI:

11  Q.  Why don't we go to Judy in Brooklyn.

12  A.  Hey, good morning, guys.

13  Q.  Hey, Judy, how are you?

14  A.  Good.  Good.  And welcome back, Dr. Ryan, okay,

15  great to have you back.

16      DR. MARIA RYAN:  Thank you.

17  A.  Yeah.  So I'm listening to the show, and I'm

18  really upset and let me just say I have a bunch of stuff

19  to say if you allow me to say it.  You know, it is

20  interesting, Mayor Giuliani, you have, like, around

21  1,000 affidavits, which is basically people, brave

22  people that have sworn, you know, with penalty of jail

23  time as evidence that is one, two -- I spoke to a

24  journalist called Dominique Cotter.  He substitutes on

25  ABC Thanksgiving time.  And basically he accused 73

Case 1:21-cv-00213-CJN    Document 2-136    Filed 01/25/21    Page 18 of 52
File 10    Uncovering the Truth with Rudy Giuliani
November 29, 2020                                   17

1  million Trump voters delusional.  Okay.  They are

2  delusional.  And he didn't allow me to say all the

3  things.  So let's put this together.  I'm going to say.

4  Let's see.  Dead people voted for Biden, right?  How

5  could that be?  No longer residence voted in places

6  where they weren't residence, illegal.  Sharpy pen

7  scandals.  We know about that one where they say, "No,

8  don't use your pen.  We will give you a sharpy pen."

9  This was in Arizona, I believe.

10      They knew that would be void.  That is illegal.

11  Transparency, hang on, middle of the night all these

12  swing votes all of a sudden they stopped counting at

13  10:30 at night when President Trump was 67 percent ahead

14  and basically you knew at that point he is the winner

15  and he is the President for another four years.  They

16  stopped counting for hours in the middle of the night

17  all of a sudden they bring in these secret ballots,

18  whatever, plus I want to say here we go.  The Dominion

19  machines -- oh, and they found ballots hidden and

20  discarded anything for Trump.  They found that later,

21  too.

22      DR. MARIA RYAN:  Yep.

23    A.  The Dominion -- Colonel Shaffer -- I heard

24  Colonel Shaffer, he, I think, is the head of cyber

25  hacking.

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 19 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                                        18

1   Q.  Yes.

2    A.  He basically said these Dominion machines -- and

3   I got another name -- these Dominion machines were not

4   certified.  They weren't certified, which means they are

5   illegal to have been used.  It is like taking a car and

6   then putting on the market without having it tested yet

7   to know whether it is going to explode in your face when

8   you're driving.  Same concept.

9        So if they were not certified and they were used

10   in these swing states, they are illegal right off the

11   bat.  Plus there is a lawyer you probably know, Dr. --

12   Mayor Giuliani, Ron Coleman, and he was saying that he

13   has had data experts e-mailing and texting him various

14   experts, data experts saying the numbers do not add up

15   scientifically and statistically it is impossible for

16   Biden to have won.

17        Plus, think about this and, you know, this, too,

18   how many -- there were so many more votes in a place,

19   let's say, where there weren't that many people.  How

20   could that be?  Like, the whole thing is completely --

21   and yet, you know what, Dominick and Cotter and people I

22   can say, well, there is always fraud.  In other words,

23   "Get over it.  You're delusional.  And that is it.  Move

24   on."  No.  We have to fight, okay, and we have to --

25        DR. MARIA RYAN:  We have to fight.

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 20 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                              19

1   A.  I called Mayor Giuliani the David against the

2   wicked Goliath.  And you know who won over there, right?

3   Right?

4   Q.  The truth won.  You're absolutely right.

5       DR. MARIA RYAN:  Ron Coleman is a great guy.  He

6   has been providing us with a lot of data.  He is a true

7   patriot.  You know, there is people on both sides.

8   Democrats -- not all 100 percent of Democrats like this.

9   They want integrity in the election, too.  We as

10  American people should not be covering this up.  We

11  should be exposing it, but people are being threatened.

12      Some lawyers that were helping in Pennsylvania,

13  their lives were threatened.  Their children were

14  threatened.  Where is the FBI?  We can't tolerate this

15  kind of bullying.

16      RUDY GIULIANI:  Some of the legislatives that

17  appeared at the hearing at, believe it or not,

18  Gettysburg were threatened.  I mean, that is outrageous,

19  outrageous.  We've had -- we have people that are being

20  protected just for testifying.  And you know that

21  wouldn't happen the other way around.  Look, they have

22  all these building in Washington boarded up for no

23  reason, but if they had thought Trump won, we would have

24  had a riot.

25      So we are going to take a short break and when we

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 21 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                                    20

1  come back we are going to have plenty of questions.

2  You're all lined up and we want to hear from you.

3      (Commercial break.)

4      Hoaxes and other fake news stories.  People don't

5  know if the videos that they are watching are real.

6  This is Uncovering the Truth with Dr. Maria Ryan and

7  Rudy Giuliani.  These fake news stories affected the

8  election.

9      Now, with Dr. Maria Ryan, here is Rudy Giuliani.

10     RUDY GIULIANI:  Welcome back.  The Tunnel of the

11  Towers Foundation is honoring America's heros through

12  this season of hope.  Donate now at T2T.org.  That is

13  T2T.org.  T2T.org.  You can't find a better cause to

14  give your money to than this organization.

15     So now we can go back to our phone lines, and we

16  can go to the Tunnel the Towers hotline and jury hotline

17  and see what our extraordinarily intelligent audience.

18  They never let us down right, Maria?

19     DR. MARIA RYAN:  Oh, my God, Judy was fantastic.

20  I'm not a lawyer.  You're the lawyer representing the

21  President, representing the campaign, but I feel like in

22  my little way, I'm representing the people who are

23  crying out for justice.

24     RUDY GIULIANI:  Well, no.  You have a very good

25  feel for how the people react to this.  And that have

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 22 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                                    21

1  been very helpful to us.  And for dealing with them and

2  getting them to -- some people are embarrassing to

3  explain how they were taken advantage of.  They really

4  feel like they were taken advantage of.

5      DR. MARIA RYAN:  They do.

6      RUDY GIULIANI:  There are real victims here.

7  Like the little old lady who can't vote because they

8  stole her vote.

9      DR. MARIA RYAN:  I know.

10      RUDY GIULIANI:  They actually stole her vote for

11  a fictitious vote.  The way that happens is that they

12  are making up paper ballots, paper ballots, paper

13  ballots, or they are stuffing it -- or they are stuffing

14  it in the machine.  So they take a Biden vote and they

15  count it four.  And then they count a Trump one once.

16  Now, you counted four.  You got to make up for three

17  ballots.  And that is why there is a gap between the

18  number of votes that they sent out, the number of

19  ballots they sent out.  And then the much larger number

20  of ballots they counted.

21      DR. MARIA RYAN:  You know, in --

22      RUDY GIULIANI:  A lot of proof here, Maria.  A

23  lot of proof.  It is so disgusting.

24      DR. MARIA RYAN:  In the future I would hope we

25  have the technology that they could all be barcoded to

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 23 of 52
File 10   Uncovering the Truth with Rudy Giuliani
November 29, 2020                                    22

1  your name.  So if a -- if somebody tries to run it

2  through an extra time, it beep, beep, beep, already

3  scanned.  You know, we need better technology.  We are

4  America for crying out loud.

5      RUDY GIULIANI:  You know what we need, Maria?  We

6  need better morality.

7      DR. MARIA RYAN:  Yeah, yeah.

8      RUDY GIULIANI:  We got an awful lot of immoral

9  people at the upper end of the democrat Party.  They are

10 stealing money like crazy.  They don't want to hear it.

11 They don't want to hear about all the money that the

12 Bidens were stealing.  They don't want to here how much

13 money the Clintons were stealing.  Now, you're stealing

14 that much money, there is nothing to steal in election?

15 BY RUDY GIULIANI:

16  Q.  So let's go to Joel in Virginia.

17      DR. MARIA RYAN:  Oh, Virginia.

18  A.  Good morning, Dr. Ryan and good morning,

19 Mr. Mayor.

20      First of all, Dr. Ryan I hope you and the Mayor

21 had a great happy and healthy and a safe Thanksgiving

22 and, yes, indeed we are happy to have you back.

23      Mr. Mayor, good morning.

24  Q.  Good morning.

25  A.  Here is what I have for you.  In considering two

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 24 of 52
File 10   Uncovering the Truth with Rudy Giuliani
November 29, 2020                                    23

1  factors.  No. 1, in the Supreme Court we know that there

2  is a chief justice that has been boarding specifically

3  with the liberals for a while now.  Now, my question is

4  in reference to Justice Kavanaugh, do you feel Justice

5  Kavanaugh will possibly also being doing the same that

6  he might be siding directly with Mr. Roberts as well as

7  with the liberals.

8      And also how do we check ourselves in reference

9  to the upcoming runoff that is going to be in Georgia

10  because of the fact that all of these things that have

11  been taking place previously cannot they do the same

12  thing considering Stacy Abrams says she has about 700 or

13  800,000 or possibly more ballots ready to go?  I am just

14  wondering what your thoughts on both Justice Kavanaugh

15  and the upcoming runoff in Georgia.

16  Q.  Well, it would seem to me given the fraud they

17  pulled off in Georgia the first time around, those

18  ballots should be subjected to rigorous examination.

19  The ballots they used in order to cheat President Trump

20  got no examination.  We twice demanded signatures that

21  we could compare them to.  They twice refused it.

22      So they recounted the same dishonest ballots

23  twice.  What a waist of money and time and what fools

24  they must think we are.  So this time there should be an

25  absolute requirement that they be examined.  Now, you go

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 25 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                            24

1  to a Georgia local court and you get a Democratic judge.

2  And they say for some specious reason, no, no, no, no.

3  You don't get legal opinions out of these -- out of

4  these judges in these places.  They picked Atlanta for a

5  reason.  They picked Philadelphia for a reason.  They

6  picked Detroit for a reason because they own the

7  place --

8       DR. MARIA RYAN:  Yep.

9       RUDY GIULIANI:  In the worst possible way.

10      DR. MARIA RYAN:  Yep, you know, that is why we

11  have to stand up against it.

12      RUDY GIULIANI:  And that is why they have to

13  stand up against it right now and say this election,

14  this presidential election in Georgia was a sham.  All

15  these ballots were never examined.  The Democrats don't

16  want to exclude us from inspecting them because the

17  ballots are valid, right?  I mean, they really must

18  think we are morons.

19      DR. MARIA RYAN:  Yeah.

20      RUDY GIULIANI:  Why would you exclude 700,000

21  ballot inspections if you -- if the ballots were

22  pristine.

23      DR. MARIA RYAN:  I'm concerned, too, about the

24  runoff, Rudy.

25      RUDY GIULIANI:  So first of all, the State

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 26 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                                    25

1  legislature should take control.  Take back it's power

2  as it can do under the constitutional under the United

3  States.  No. 2, it should require that every ballot be

4  matched to a signature.  You will find if that happens,

5  Trump won Georgia by about 30,000 votes.  And that will

6  put the fear of God in them to do it again.

7  Because the next time they should say, "This time we

8  will consider it civil fraud.  Next time we will put you

9  in jail for submitting false statements to the federal

10  government," which is a crime.

11        They had no problem trying to put Trump officials

12  in jail for even when they didn't commit it.  So let's

13  stop the two tier system we have in this country.  Where

14  everybody is afraid to treat Stacy Abrams the way you

15  would treat a Republican.

16        If those ballots don't have signatures they are

17  committing fraud.  It is a crime.  Let's start being

18  fair.  Maybe if we get fair in this election, we can

19  straighten out the unfairness in the country.

20  BY RUDY GIULIANI:

21   Q.  Let's see what Joe has to say in the Bronx.  I

22  think we know Joe, and we know he always, always has a

23  pertinent and common if it is the same Joe.

24   A.  It is definitely the same Joe.

25   Q.  All right.  Now, we look forward to you, Joe.

1        DR. MARIA RYAN:  I know that voice.

2    Q.  Welcome back.

3    A.  Welcome.  I hope you had a wonderful

4    Thanksgiving.

5    Q.  I hope you did, too, Joe.

6    A.  Yeah.  Okay.  Sure.  To give a little from the

7    election and going over to the chaos that ensued after

8    the death of George Floyd in Minneapolis.  Now, again,

9    speaking of the lying mass media and the nonstop parade

10   of propaganda that the George Floyd death was a result

11   of police brutality and that he died from blunt force

12   trauma to the neck when, in fact, there is very tangible

13   plausible toxicological proof that he actually had a

14   drug overdose because the man was a methamphetamine

15   addict.

16       And he had meth in his system at the night that

17   he did.

18       DR. MARIA RYAN:  Wow.  Yeah.  And Fentanyl as

19   well.  I often believed he died of an overdose.  Yep.

20    A.  Yes.  Indeed.  And, you know, with regard to you

21   know the mass media, you know, they are saying, again,

22   it is a racially motivated incident when, in fact, just

23   like George Floyd as many of these black young men when

24   the police encountered them, they were being -- the

25   police were being called to the scene because of

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 28 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                              27

1   criminal activity on the part of these individuals.

2       George Floyd, like so many other individuals that

3   were caught in the same situation, had an extensive

4   criminal history.  He was a convicted felon.  Okay.  So

5   again, you know, you're looking at -- you're looking at

6   a very bias contentious view coming from the mass media.

7   We are not getting the full picture.

8       And, you know, it comes back to the agenda of the

9   mass media of clerical lace theory, cultural marxism,

10  everything white is evil, everything white is racist,

11  everything western is oppressive, and, again, it does --

12  it pretty much bifurcates population between racial

13  divisions when we should be uniting as a country on the

14  basis of national interest.

15       Again, the left don't want that.  The people in

16  the Democratic Party, they don't want a united country.

17  They want everybody at each other's throats.  They want

18  the racial minority restive, hostile toward the white

19  majority.  They want open borders immigration to replace

20  American workers.  They want to stifle your first

21  amendment freedoms with the -- in collaboration with the

22  Tech Titans in Silcone Valley that you can't go on

23  Twitter.  You can't go on Instagram.  You can't go on

24  any of these platforms and recite a conservative view

25  point.

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 29 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                                    28

1      They want to take away your guns.  They want to

2  take away the second amendment.  These people are

3  anti-American.

4      RUDY GIULIANI:  They have gotten -- they have

5  gotten real hold of a lot of our media.  They have

6  gotten ahold of our all schools, which is really, really

7  frightening.  With the agenda they have in schools now

8  not to teach American history or even worse to teach

9  that America is some kind of monster in the world.  And

10  that all our motives, all our police are bad people.

11      I mean, this election is really about the future

12  of our county.  And now the cheating that they are doing

13  -- if we let them get away with this, we are going to

14  have censorship in the future like we have right now.

15      DR. MARIA RYAN:  Yeah.

16      RUDY GIULIANI:  And we are going to have crooked

17  elections.

18      DR. MARIA RYAN:  By staying back and people just

19  saying, "Oh, geez, I can't believe it is happening," or

20  "You know what?  Let's just move on."  That is the wrong

21  thing to do.  We've allowed for people to break the law

22  because we don't stand up enough to say that is wrong.

23      The people who were not led in the buildings to

24  observe, they broke state law.  The people who kept them

25  out broke state law.  And has anybody been arrested?

Case 1:21-cv-00213-CJN  Document 2-136  Filed 01/25/21  Page 30 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                                29

1   No.  We have this thing now in this country, "Well, we

2   can pick and choose the laws that we are going to

3   prosecute."

4        RUDY GIULIANI:  Sure.  General Flynn forgets that

5   he has a meaningless conversation and they prosecute him

6   for two and a half years.  Make him broke.  Disgrace him

7   for nothing for answers they already had.  And there is

8   a concerted plan to shut out thousands and thousands of

9   Republican inspectors so they can examine the ballots in

10  secret actually only because the ballots are valid.

11  Come on.  Why is there a concerted plan or in five

12  places to keep out all the Republicans to create the

13  fear and the anger?  Because they are cheating.

14       DR. MARIA RYAN:  They are cheating.

15       RUDY GIULIANI:  You don't want to get caught

16  cheating.

17       DR. MARIA RYAN:  It is a lot of money behind

18  them.  There are is Hollywood money.  Big Tech money.

19       RUDY GIULIANI:  Soros.  Soros.  Soros.

20       DR. MARIA RYAN:  George Soros funded half of

21  these riots.  People even said on camera, "Hey, I'm just

22  making some money.  I don't give a care about what is

23  going on.  I'm just making some money by creating

24  destruction and chaos."

25       RUDY GIULIANI:  Soros has got some sort of a

Case 1:21-cv-00213-CJN    Document 2-136    Filed 01/25/21    Page 31 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                                  30

1    special protection.  I mean, did you notice a couple

2    weeks ago when Gingrich mentioned Soros's name on Fox

3    they cut him off.

4         DR. MARIA RYAN:  What is that all about?

5         RUDY GIULIANI:  I don't know what that is about

6    but the guy gets -- like there is plenty of censorship

7    to stops us from saying things, but Soros is like in a

8    very protected -- I mean, I was accused once of being

9    anti systematic because I accused Soros.

10        DR. MARIA RYAN:  Oh, give me a break.

11        RUDY GIULIANI:  I'm -- I'm more pro Jewish than

12   Soros is.  I said I'm a better Jew than Soros.  Nobody

13   asked me why.  They don't want to hear the answer why.

14   I know the answer why.

15        DR. MARIA RYAN:  Exactly.

16        RUDY GIULIANI:  I know the answer why.  I know

17   Soros is history.  I know what a sick demented history

18   he had.  And what horrible things he wants to do to this

19   country.  He supports Black Lives Matter.  That is kill

20   the police organization.  He supports Antifa.  That is

21   the destroy America organization.  And he supports the

22   Democrat Party and who the heck knows what they are.

23   They are the corrupt America organization.  And then he

24   supports weird stuff in Europe.

25        DR. MARIA RYAN:  Yeah.  BLM stands for burn,

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 32 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                                    31

1    loot, and murder.

2        RUDY GIULIANI:  Yeah.  Burn, loot and murder

3    preferably police officers.

4        DR. MARIA RYAN:  Yeah.  In our democracy.  But

5    our last two callers talked about an important issue.

6    It is the segregation happening in our nation.  Identity

7    politics -- I hate it even that we have to talk about a

8    Republicans or Democrat Supreme Court or a judge.

9        It should be that they all follow the law, right?

10   They all follow the constitution.  But, again, we've

11   allowed people to come in and be activist.  Our judge is

12   activist.  Some of the DA's are activists.  And we've

13   let this election get away from us.  We've got to all

14   stand up whether you're a Democrat or Republican.  We've

15   got to have voter integrity.

16       We've got to -- I want to look at what Judy had

17   talked about early with the certification of these

18   voting machines.  I know in the hospital world we can't

19   use an electronic health record that isn't certified.

20   We can't.  And a lot of that certification is about

21   cyber vulnerability.

22       RUDY GIULIANI:  You're worried about HIPAA and

23   the privacy of those records, and I can tell you --

24       DR. MARIA RYAN:  Yeah.

25       RUDY GIULIANI:  -- just from the first

Case 1:21-cv-00213-CJN  Document 2-136  Filed 01/25/21  Page 33 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                                    32

1  examination, man, a four-year-old kid can get into a

2  Dominion machine.

3       DR. MARIA RYAN:  That is what I hear.

4       RUDY GIULIANI:  Yep.

5       DR. MARIA RYAN:  That is what I hear.

6       RUDY GIULIANI:  A disgrace, absolute disgrace.

7       DR. MARIA RYAN:  Yeah.

8       RUDY GIULIANI:  Well, the Tunnel 2 Towers

9  Foundation is honoring America's heros through it's

10 season of hope.  Donate now at T2T.org.  That is

11 T2T.org.

12      (Commercial break.)

13      This is Uncovering the Truth with Dr. Maria Ryan

14 and Rudy Giuliani.  Guarding against misinformation,

15 fake news, and it doesn't seem to be making a

16 difference.

17      Now with Dr. Maria Ryan, here is Rudy Giuliani.

18      RUDY GIULIANI:  Time now for our closing

19 arguments, which is brought to you by Global Security

20 Solutions for all of your security and investigative

21 needs.  When you need results

22 GlobalSecuritySolutions.com

23      So Maria --

24      DR. MARIA RYAN:  Yes.

25      RUDY GIULIANI:  How are we going to sum this up?

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 34 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                         33

1  This is a complicated subject, but really not so

2  complicated.  Let's see if we can some this up.

3     DR. MARIA RYAN:  All right.  The constitutional

4  power to decide on the method for choosing electors

5  remains exclusively with state legislatures.  This is

6  very important.  The Supreme court has described the

7  constitutional authority of the State legislators to

8  determine the manner of choosing electors as plenary.

9  Right?  You said that earlier?

10     RUDY GIULIANI:  Plenary.  It belongs to them and

11  them and nobody else.  That is what it means.

12     DR. MARIA RYAN:  Yeah.  Whatever provisions may

13  be made by the Statute or the State constitution to

14  choose electors by the people, there is no doubt -- no

15  doubt of the right of the legislature to resume power at

16  any time.  So if they feel irregularities are too much,

17  they have to -- they have a constitutional obligation to

18  resume power.

19     Of course it would not be okay to the State

20  legislature to appoint new electors in a fair election

21  just because they didn't like the outcome, but if there

22  are irregularities in concern ance from the people, they

23  have to resume power.  In Bush v. Gore it was stated.

24     And we have to follow that.  There are too many

25  statistical anomalies, too many serious questions raised

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 35 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                                    34

1  that we had a fair election.  We the people did not.

2  State legislatures take control.

3      RUDY GIULIANI:  Well, I think, you know -- I

4  think there is no choice in these states that are

5  hopelessly mired in evidence upon evidence, evidence

6  upon evidence of irregularities and fraud whether it is

7  the 800,000 ballots in Pennsylvania that were -- that

8  were looked at only by Democrats only for the purpose of

9  hiding the irregularities and the false ballots.

10  Whether it is the 100,000 that were brought in the

11  middle of the night in Michigan, which appeared to be

12  all for Biden.

13      DR. MARIA RYAN:  May I say I heard that in

14  Georgia, too.  From the State GOP leader people were

15  told one night around 10:00, 10:30 to go home.  "We are

16  done for the night."  But the Democrat observers were

17  allowed to stay and bang in the middle of the night.

18  Lots of Biden votes were cast.  That happened in Georgia

19  as well.

20      RUDY GIULIANI:  Well, the State legislature in

21  those states specifically Pennsylvania, Michigan,

22  Wisconsin, Nevada, Arizona, and Georgia should take

23  control of their powers.  That is -- the constitution

24  doesn't answer to this.  Where there is real questions

25  like this, the State takes over and in Wisconsin.

Case 1:21-cv-00213-CJN  Document 2-136  Filed 01/25/21  Page 36 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                                    35

1    DR. MARIA RYAN:  They have to.

2    RUDY GIULIANI:  And the State looks at the

3  evidence and decides is it true?  Is it false?  If it is

4  false, they discard it.  If it is true --

5    DR. MARIA RYAN:  Yep.

6    RUDY GIULIANI:  -- they figure it out.  And they

7  decide "Does that turn it to Trump or not?"  And if it

8  does, well, that is what the law says.

9    DR. MARIA RYAN:  Yep.

10    RUDY GIULIANI:  And if it is ambiguous, if it is

11  ambiguous, then they can declare no electors, which is

12  also an option.

13    DR. MARIA RYAN:  Yeah.

14    RUDY GIULIANI:  But you cannot -- at this point

15  for them to submit these numbers they would be

16  committing really forgery.

17    DR. MARIA RYAN:  Yeah.

18    RUDY GIULIANI:  They would right now --

19    DR. MARIA RYAN:  Franchising the people --

20    RUDY GIULIANI:  The one thing that is true is

21  that the numbers for Pennsylvania are wrong.

22    DR. MARIA RYAN:  Uh-huh.

23    RUDY GIULIANI:  When they certify those numbers

24  they say they are true.  A State legislature should not

25  be -- could not be defrauding the federal government.

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 37 of 52
File 10  Uncovering the Truth with Rudy Giuliani
                November 29, 2020                    36

1       DR. MARIA RYAN:  No.  Nor the people.

2       RUDY GIULIANI:  There is such problems with this

3   and be so worried about how they are going to be

4   criticized.  The one thing we all know is the document

5   that is going to be put in front of them is wrong.  The

6   numbers are wrong, and they are wrong in one direction.

7   They are wrong in the direction of too many Biden votes

8   by a lot and too few Trump votes.  Because there is not

9   a single iota of evidence that in any place in the

10  country that any Republican cheating even once.

11  Democrats were not excluded from looking at ballots in

12  Republican places.  Democrats were let in.

13      DR. MARIA RYAN:  No.

14      RUDY GIULIANI:  They were allowed to look.  Now

15  why do we let them look and they shut us out of a couple

16  million?  Because we weren't cheating.  We had nothing

17  to be afraid of.

18      DR. MARIA RYAN:  Right.

19      RUDY GIULIANI:  It is so simple.

20      DR. MARIA RYAN:  Yeah.  And you know what?  If

21  this happened to Biden --

22      RUDY GIULIANI:  We are not going to have another

23  fair election.

24      DR. MARIA RYAN:  Right.  And if this happened to

25  a Democrat -- I happen to be a conservative and I like

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 38 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                              37

1  conservative principals -- but if this happened to a

2  Democrat I would be just as passionate for a fair

3  election.  Honest to God, my hand on a bible.

4      RUDY GIULIANI:  Yeah.  And it wouldn't be just me

5  and you on Sunday talking about it.  It would be that

6  silly show.  What is it called?  Meet the Press, Meet

7  the Propaganda's.  Meet the Propaganda's, right?

8      DR. MARIA RYAN:  Meet the Propaganda's.  They

9  think people are fools and sheeps.

10     RUDY GIULIANI:  Meet the Propaganda's.  You're

11 not going to see it on ABC today.  You're not going to

12 see at on CBS.  My goodness you're never going to see it

13 on CNN or MSNBC.

14     DR. MARIA RYAN:  Communist News Network, right?

15     RUDY GIULIANI:  We might see a little on Fox.

16 Maria Bartiromo has some of it on.

17     DR. MARIA RYAN:  She is good.  She is good.

18     RUDY GIULIANI:  Marias has got a lot of courage,

19 but, I mean, Fox you get half and half now.  I mean, it

20 is outrageous the American people are being cut off from

21 the facts just like they were cut off of the facts of

22 the massive amount of crimes committed by the Bidens.  I

23 mean, we are putting a guy in the White House, if he

24 gets there, who has spent most of his adult life being a

25 crook.  Amazing.

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 39 of 52
File 10   Uncovering the Truth with Rudy Giuliani
November 29, 2020                                    38

1      DR. MARIA RYAN:  Yeah.

2      RUDY GIULIANI:  Amazing.  Selling out his office

3  for millions.  His family becomes multi-millionaires

4  selling their office.  Oh, well.

5      DR. MARIA RYAN:  We need to talk about our

6  questions.

7      RUDY GIULIANI:  There is going to be more to it.

8  Next week I'm going to be traveling and doing hearings

9  in the legislatures that we talked about.  Pay attention

10  to them.  And then Maria and I will be back next week.

11  Right, Maria?

12      DR. MARIA RYAN:  And our question -- yes.  And

13  our question is, "Do you think the State legislatures

14  should appoint new electors if they suspect fraud?"  Yes

15  or no?  Go to WABCradio.com and you can vote.

16      RUDY GIULIANI:  God bless America.  You get to

17  decide.  Not the creepy slimy (inaudible).

18      See you next week.

19      DR. MARIA RYAN:  Keep standing up for justice.

20      RUDY GIULIANI:  God bless America.

21      (End of recording.)

22

23

24

25

Case 1:21-cv-00213-CJN   Document 2-136   Filed 01/25/21   Page 40 of 52
File 10  Uncovering the Truth with Rudy Giuliani
November 29, 2020                                    39

1          C E R T I F I C A T E

2

3    I, SHAWNEE WILBORN, Certified Shorthand Reporter/

4    Transcriptionist, do hereby certify that I was

5    authorized to transcribe the foregoing recorded

6    proceeding, and that the transcript is a true and

7    accurate transcription of my shorthand notes, to the

8    best of my ability, taken while listening to the

9    provided recording.

10

11   I further certify that I am not of counsel or attorney

12   for either or any of the parties to said proceedings,

13   nor in any way interested in the events of this cause,

14   and that I am not related to any of the parties thereto.

15

16

17   Dated this 19th day of January, 2021

18

19

20         _____

21              SHAWNEE WILBORN, CSR 13361

22

23

24

25

Case 1:21-cv-00213-CJN Document 2-136 Filed 01/25/21 Page 41 of 52
Uncover. Document the truth with Stacy Papadoulas
November 29, 2020                                                    1

## $

**$11**   11:22

## 1

**1**   10:8,12
  23:1
**1(800)**   2:19
  12:17
**1(800)848-9222**
  2:18 12:16
**1,000**   7:16
  16:21
**10.82**   2:22
**100**   9:5 19:8
**100,000**   9:10,
  14 15:14
  34:10
**10:00**   34:15
**10:30**   17:13
  34:15
**120,000**   14:13
**17,000**   5:22,
  24
**1892**   10:19
**1960**   4:18

## 2

**2**   10:12 11:8,
  13,21 12:18,
  21 25:3 32:8
**2.5**   5:6,7
**20**   6:25
**23rd**   3:22
**250,000**   15:16
**29th**   2:8

## 3

**30,000**   25:5
**300,000**   9:9
**36**   11:10,11

## 4

**450,000**   5:5,8
**4:30**   9:10

## 6

**67**   17:13

## 7

**7,000**   5:20
**700**   23:12
**700,000**   15:2
  24:20
**73**   16:25
**782,770**   14:14

## 8

**800,000**   9:8
  23:13 34:7
**848-WABC**   2:19
  12:17
**872,770**   6:4
**89.62**   2:21

## A

**ABC**   16:25
  37:11
**Abrams**   23:12
  25:14
**absentee**   4:25
  5:2,5,11 9:14
**absolute**
  23:25 32:6
**absolutely**
  2:13 13:16
  19:4
**accused**   16:25
  30:8,9
**activist**
  31:11,12

**activists**
  31:12
**activity**   27:1
**add**   18:14
**added**   14:12
**addict**   26:15
**adult**   37:24
**advantage**
  21:3,4
**affect**   4:10
**affected**   20:7
**affidavit**
  8:13 9:2
**affidavits**
  3:7,14 8:15
  14:5 16:21
**afraid**   25:14
  36:17
**agenda**   27:8
  28:7
**agree**   12:25
**ahead**   17:13
**ahold**   28:6
**alleging**   3:7
**allowed**   8:2,4
  10:17 28:21
  31:11 34:17
  36:14
**amazing**   2:23
  37:25 38:2
**ambiguous**
  35:10,11
**ambitious**
  11:11
**amendment**
  27:21 28:2
**America**   22:4
  28:9 30:21,23
  38:16,20
**America's**
  12:19 20:11
  32:9
**American**   6:9
  11:10 12:23
  19:10 27:20
  28:8 37:20

**Americans**   4:7
  11:15
**Americas**
  11:23
**amount**   37:22
**Amy**   15:25
**ance**   33:22
**anger**   29:13
**anomalies**
  33:25
**answers**   29:7
**anti**   30:9
**anti-american**
  28:3
**Antifa**   30:20
**appeared**
  19:17 34:11
**applications**
  9:14
**appoint**   33:20
  38:14
**Approaching**
  3:7
**arguments**
  32:19
**Arizona**   9:16,
  17,20 10:22
  17:9 34:22
**arrested**
  28:25
**Article**   10:8,
  12
**Atlanta**   24:4
**attention**
  38:9
**audience**
  20:17
**audit**   10:24
  14:6
**audits**   13:24
**August**   3:21
  5:21
**authority**
  33:7
**awful**   22:8

**B**

**back** 4:19
10:18 11:6
12:5,6,13
16:9,14,15
20:1,10,15
22:22 25:1
26:2 27:8
28:18 38:10
**bad** 28:10
**ballot** 4:10
5:3,16 6:12
7:13 8:3,4,
16,18 24:21
25:3
**ballots** 4:25
5:2,5,11,12,
17 6:5,18 7:2
8:5,6,7,19
9:3,10,15
14:13,14,16,
19,21 17:17,
19 21:12,13,
17,19,20
23:13,18,19,
22 24:15,17,
21 25:16
29:9,10 34:7,
9 36:11
**bang** 34:17
**barcoded**
21:25
**Bartiromo**
37:16
**basically**
16:21,25
17:14 18:2
**basis** 27:14
**bat** 18:11
**beep** 22:2
**believed**
26:19
**belongs** 33:10
**bias** 27:6
**bible** 37:3

**Biden** 9:5,13
15:15,16 17:4
18:16 21:14
34:12,18
36:7,21
**Bidens** 22:12
37:22
**bifurcates**
27:12
**big** 5:3 29:18
**bit** 2:15
**black** 26:23
30:19
**bless** 38:16,
20
**BLM** 30:25
**blood** 15:4
**bloody** 15:4
**blunt** 26:11
**boarded** 19:22
**boarding** 23:2
**borders** 27:19
**Borris** 2:12
**bottom** 10:3
**brave** 16:21
**break** 11:25
19:25 20:3
28:21 30:10
32:12
**bring** 11:23
17:17
**bringing**
11:14 15:19
**broke** 28:24,
25 29:6
**Bronx** 25:21
**Brooklyn**
16:11
**brought**
15:15,23
32:19 34:10
**brutality**
26:11
**building** 6:21
19:22
**buildings**
28:23

**bullying**
19:15
**bunch** 16:18
**burn** 30:25
31:2
**Bush** 10:19
33:23

**C**

**call** 2:18
12:16
**called** 10:13
16:24 19:1
26:25 37:6
**callers** 16:8,
9 31:5
**camera** 29:21
**campaign**
20:21
**car** 18:5
**care** 29:22
**case** 15:13
**cases** 8:3
**cast** 14:14
34:18
**catastrophical
ly** 11:15
**cattle** 7:25
**caught** 27:3
29:15
**CBS** 37:12
**censorship**
28:14 30:6
**certification**
31:17,20
**certified**
18:4,9 31:19
**certify** 10:25
35:23
**chance** 15:21
**chaos** 26:7
29:24
**charge** 10:14
**cheat** 4:12
6:15 7:18

23:19
**cheating**
10:17,20
15:2,22,24
28:12 29:13,
14,16 36:10,
16
**check** 9:25
23:8
**Chicago** 4:18,
19
**chief** 23:2
**children**
19:13
**choice** 34:4
**choose** 29:2
33:14
**choosing**
33:4,8
**cities** 7:22,
23
**civil** 25:8
**Clause** 10:12
**clear** 12:22
**clerical** 27:9
**Clintons**
22:13
**close** 4:23
14:22
**closing** 32:18
**CNN** 37:13
**Coleman** 18:12
19:5
**collaboration**
27:21
**colleagues**
14:6
**Colonel**
17:23,24
**commercial**
11:25 20:3
32:12
**commissions**
13:7
**commit** 25:12
**committed**
37:22

committing
    25:17 35:16
common   2:5
    25:23
Communist
    37:14
compare   7:15
    23:21
complaining
    15:5
completely
    13:7,8 14:11,
    18 18:20
complicated
    33:1,2
concept   18:8
concern   33:22
concerned
    14:4 16:1
    24:23
concerted
    29:8,11
conduct   13:5
congress
    10:11,16
congressmen
    10:10
conservative
    27:24 36:25
    37:1
considered
    7:5
constitution
    10:6,8 13:2
    31:10 33:13
    34:23
constitutional
    11:1 13:8
    15:9 25:2
    33:3,7,17
contentious
    27:6
control   10:23
    13:23 25:1
    34:2,23
controlled
    7:22

conversation
    29:5
convicted
    27:4
coordinated
    4:13
corals   7:25
corner   6:23
corrupt   30:23
Cotter   16:24
    18:21
count   8:18
    14:20 21:15
counted
    21:16,20
counting   7:2
    8:8 17:12,16
country   11:20
    25:13,19
    27:13,16 29:1
    30:19 36:10
county   28:12
couple   16:8
    30:1 36:15
courage   37:18
court   10:19
    11:4 13:10
    23:1 24:1
    31:8 33:6
courts   10:16
cover   6:19
covering
    19:10
COVID   6:19
crazy   22:10
create   29:12
creating
    29:23
creepy   38:17
crime   25:10,
    17
crimes   37:22
criminal
    27:1,4
criticized
    36:4

crook   37:25
crooked   7:23
    28:16
crying   20:23
    22:4
cultural   27:9
cut   30:3
    37:20,21
cyber   17:24
    31:21


                D

DA's   31:12
Daily   4:18
danger   4:14,
    15
dangerous   7:5
data   18:13,14
    19:6
David   19:1
day   11:12
days   11:11
dead   4:9 6:13
    17:4
dealing   21:1
death   26:8,10
decide   33:4
    35:7 38:17
decided   10:18
decides   35:3
decisions
    11:5
declare   35:11
defraud   5:10
defrauding
    35:25
delegate   13:5
delegated
    10:18
delusional
    17:1,2 18:23
demanded
    23:20
demented
    30:17

democracy
    31:4
democrat   6:5,
    6 7:22 8:15
    9:1 22:9
    30:22 31:8,14
    34:16 36:25
    37:2
democratic
    7:17 8:3
    14:20 24:1
    27:16
Democrats
    5:25 6:14,16
    14:21 16:1
    19:8 24:15
    34:8 36:11,12
deserve   2:16
destroy   30:21
destruction
    29:24
detail   15:20
determine
    10:24 33:8
Detroit   24:6
devised   5:2
died   26:11,19
difference
    2:4 12:3
    32:16
direction
    36:6,7
directly   23:6
discard   35:4
discarded
    17:20
disgrace   29:6
    32:6
disgusting
    21:23
dishonest
    7:23 23:22
divisions
    27:13
document   36:4
Dominick
    18:21

Dominion
  9:12,19
  15:19,21 16:1
  17:18,23
  18:2,3 32:2
Dominique
  16:24
Donate  11:22
  12:20 20:12
  32:10
donating
  11:10
doubt  33:14,
  15
dozen  11:14
driving  18:8
drug  26:14

————————

**E**

e-mailing
  18:13
earlier  33:9
early  31:17
effort  4:13
efforts  11:20
election
  4:18,24 10:24
  13:6,17 14:11
  16:2 19:9
  20:8 22:14
  24:13,14
  25:18 26:7
  28:11 31:13
  33:20 34:1
  36:23 37:3
elections
  10:10,11,14,
  23 13:2,3
  28:17
elector  13:22
electors
  13:3,18 33:4,
  8,14,20 35:11
  38:14
electronic
  31:19

embarrassing
  21:2
emerging
  15:18
employee  9:12
encountered
  26:24
end  22:9
  38:21
ensued  26:7
enter  6:21,22
entered  8:8
envelope  7:15
  9:4
Eric  10:5
Europe  30:24
everyday  3:1
evidence  2:20
  3:2,5,16
  8:13,14,24
  9:6 14:10
  15:14 16:23
  34:5,6 35:3
  36:9
evil  27:10
examination
  23:18,20 32:1
examine  15:21
  29:9
examined  6:5
  23:25 24:15
exclude
  24:16,20
excluded
  36:11
exclusively
  33:5
expert  3:19
experts
  18:13,14
explain  21:3
explode  8:5
  18:7
explosion
  6:15
exposing
  19:11

extensive
  27:3
extra  22:2
extraordinaril
y  20:17
eye  9:6

————————

**F**

face  7:12
  18:7
fact  23:10
  26:12,22
factors  23:1
facts  37:21
fair  13:17
  25:18 33:20
  34:1 36:23
  37:2
fake  2:1,3
  12:2 20:4,7
  32:15
fallen  11:16
false  25:9
  34:9 35:3,4
families
  11:16,24
family  38:3
fantastic
  20:19
FBI  19:14
fear  25:6
  29:13
federal  10:10
  25:9 35:25
feel  4:17
  20:21,25 21:4
  23:4 33:16
feet  6:25 7:1
felon  27:4
Fentanyl
  26:18
fictitious
  21:11
fight  18:24,
  25

figure  35:6
find  9:18
  20:13 25:4
fish  2:14
floor  15:5
Floyd  26:8,
  10,23 27:2
Flynn  29:4
folded  9:4
follow  31:9,
  10 33:24
fools  23:23
  37:9
force  26:11
forgery  35:16
forgets  29:4
form  7:5
forward  25:25
found  5:18
  14:13 17:19,
  20
foundation
  11:8,10,17
  12:18 20:11
  32:9
four-year-old
  32:1
Fox  3:2 30:2
  37:15,19
Franchising
  35:19
fraud  2:20
  3:2,6,8,21,25
  4:6 6:16 7:6
  10:17 18:22
  23:16 25:8,17
  34:6 38:14
fraudulent
  6:8
freedoms
  27:21
frightening
  28:7
front  36:5
full  27:7
funded  29:20

————————

future  21:24
  28:11,14

---

### G

gap  21:17
geez  28:19
General  29:4
George  26:8,
  10,23 27:2
  29:20
Georgia  8:21
  9:1,22 10:22
  23:9,15,17
  24:1,14 25:5
  34:14,18,22
Gettysburg
  19:18
gifting  11:13
Gingrich  30:2
Giuliani  2:3,
  6,11,16,23
  3:5,17,23
  4:2,14,17,23
  5:20,22 6:3,7
  7:3,9,11,20
  8:2,12,18,22,
  24 9:7,22,24
  10:8 11:4
  12:2,4,6,8,
  11,14,18
  13:1,10,13,16
  14:8 15:1,8,
  12 16:3,7,10,
  20 18:12
  19:1,16 20:7,
  9,10,24 21:6,
  10,22 22:5,8,
  15 24:9,12,
  20,25 25:20
  28:4,16 29:4,
  15,19,25
  30:5,11,16
  31:2,22,25
  32:4,6,8,14,
  17,18,25
  33:10 34:3,20
  35:2,6,10,14,

18,20,23
  36:2,14,19,22
  37:4,10,15,18
  38:2,7,16,20
give  11:2
  12:16 13:7,8
  17:8 20:14
  26:6 29:22
  30:10
giving  11:18
Global  32:19
Globalsecurity
solutions.com
  32:22
goal  11:11
God  20:19
  25:6 37:3
  38:16,20
gold  11:16
Goliath  19:2
good  2:12
  3:18,24 11:22
  16:12,14
  20:24 22:18,
  23,24 37:17
goodness  9:14
  37:12
GOP  34:14
Gore  10:19
  33:23
gosh  2:24
government
  25:10 35:25
governor
  10:16 13:6
governors  4:8
great  11:15
  16:15 19:5
  22:21
Guarding  2:3
  32:14
guest  2:8
guns  28:1
guy  7:17 19:5
  30:6 37:23
guys  16:12

---

### H

hacking  17:25
half  29:6,20
  37:19
hand  37:3
handwriting
  8:7
hang  17:11
happen  6:14
  10:7 19:21
  36:25
happened
  34:18 36:21,
  24 37:1
happening
  28:19 31:6
happy  22:21,
  22
harvesting
  4:4,10 6:12
hate  31:7
head  17:24
health  31:19
healthy  22:21
hear  20:2
  22:10,11
  30:13 32:3,5
heard  6:17,19
  9:21 17:23
  34:13
hearing  9:18
  14:12 19:17
hearings  38:8
heck  30:22
helpful  21:1
helping  19:12
heros  11:10,
  17,21,24
  12:19 20:11
  32:9
Hey  6:22
  16:12,13
  29:21
hidden  6:7
  14:15 15:17

17:19
hiding  34:9
HIPAA  31:22
history  27:4
  28:8 30:17
Hoaxes  2:1
  20:4
hold  28:5
holding  4:19
Hollywood
  29:18
home  11:12
  34:15
homes  11:11,
  13
honest  9:2
  37:3
honor  11:21
honoring
  11:10 12:19
  20:11 32:9
hope  11:9,14,
  23 12:19
  20:12 21:24
  22:20 26:3,5
  32:10
hopelessly
  34:5
horrible
  30:18
hospital
  31:18
hostile  27:18
hotline  12:21
  20:16
hours  17:16
House  37:23
hundreds  3:6
  8:22

---

### I

idea  3:23,24
  4:2
Identity  31:6
illegal  6:12
  17:6,10 18:5,

10
illuminating
15:22
immediately
10:23
immigration
27:19
immoral 22:8
important
3:12 7:21
31:5 33:6
impossible
18:15
inaudible
38:17
incident
26:22
including
8:25 9:3,9,12
individuals
27:1,2
injured 11:15
inspect 5:9
inspecting
24:16
inspection
7:20,24
inspections
24:21
inspectors
8:3 29:9
Instagram
27:23
integrity
3:12 19:9
31:15
intelligent
20:17
interest
27:14
interesting
16:20
investigative
32:20
iota 36:9
irregularities
13:15,21 14:1

33:16,22
34:6,9
issue 31:5

J

jail 16:22
25:9,12
Jew 30:12
Jewish 30:11
job 2:12
Joe 25:21,22,
23,24,25 26:5
Joel 22:16
Johnson 5:12,
14
Join 11:21
journalist
16:24
judge 24:1
31:8,11
judges 24:4
Judy 16:11,13
20:19 31:16
jury 20:16
justice 20:23
23:2,4,14
38:19

K

Kavanaugh
23:4,5,14
kid 32:1
kill 30:19
kind 10:20
19:15 28:9
Klobuchar
15:25
knew 17:10,14

L

lace 27:9
Ladies 12:14

lady 21:7
large 10:15
larger 21:19
law 13:20
14:18 28:21,
24,25 31:9
35:8
laws 29:2
lawyer 3:15
18:11 20:20
lawyers 19:12
lead 4:20
10:6
leader 34:14
learned 6:11,
13
led 28:23
left 27:15
legal 24:3
legislatives
19:16
legislators
33:7
legislature
10:9,13,15
13:23 14:4,10
25:1 33:15,20
34:20 35:24
legislatures
10:21 13:4,25
33:5 34:2
38:9,13
legitimately
6:24
liberals
23:3,7
life 3:12
37:24
limit 4:25
lined 20:2
lines 20:15
listening
16:17
literally 7:1
lives 19:13
30:19

loaded 9:24
local 24:1
long 13:24
longer 17:5
looked 34:8
loot 31:1,2
lot 3:10
4:17,25 5:7
6:13 9:3 19:6
21:22,23 22:8
28:5 29:17
31:20 36:8
37:18
Lots 34:18
loud 22:4
lying 26:9

M

machine 2:24,
25 8:8 9:25
15:21 21:14
32:2
machines
9:19,24
15:19,23
17:19 18:2,3
31:18
made 33:13
mail-in 5:3,
11,16,17 6:4,
18 7:4 14:16
majority
27:19
make 4:6
10:11 12:22
21:16 29:6
makes 3:9
making 2:4
8:18 12:3
21:12 29:22,
23 32:15
man 10:5
26:14 32:1
manner 33:8
margin 9:17
14:22

Case 1:21-cv-00213-CJN Document 2-136 Filed 01/25/21 Page 47 of 52
Uncovering the truth with Sidney Powell
November 29, 2020                                            7

**Maria**  2:2,6,
   7,12,14,17
   3:3,9,20 4:1,
   5,16,22 5:18,
   21 6:1,6,10
   7:8,10,19
   8:1,10,13,17,
   21,23,25
   9:21,23 10:4
   11:3 12:1,4,
   5,7,9,11,12,
   15,25 13:9,
   12,14,17
   14:25 15:7,
   11,25 16:6,16
   17:22 18:25
   19:5 20:6,9,
   18,19 21:5,9,
   21,22,24
   22:5,7,17
   24:8,10,19,23
   26:1,18
   28:15,18
   29:14,17,20
   30:4,10,15,25
   31:4,24 32:3,
   5,7,13,17,23,
   24 33:3,12
   34:13 35:1,5,
   9,13,17,19,22
   36:1,13,18,
   20,24 37:8,
   14,16,17
   38:1,5,10,11,
   12,19
**Marias**  37:18
**market**  18:6
**marking**  11:8
**marxism**  27:9
**mass**  26:9,21
   27:6,9
**massive**  37:22
**matched**  6:25
   25:4
**Matter**  30:19
**matters**  2:18
**Mayor**  4:18
   16:20 18:12

   19:1 22:19,
   20,23
**mayors**  4:8
**meaningless**
   29:5
**means**  18:4
   33:11
**media**  26:9,21
   27:6,9 28:5
**medical**  3:18
**Meet**  37:6,7,
   8,10
**men**  26:23
**mentioned**
   14:2,3 30:2
**meth**  26:16
**methamphetamin**
**e**  26:14
**method**  33:4
**Michigan**  9:9,
   20 10:21
   15:13,14
   34:11,21
**middle**  15:15
   17:11,16
   34:11,17
**million**  5:7
   17:1 36:16
**millions**  38:3
**Minneapolis**
   26:8
**minority**
   27:18
**mired**  34:5
**misinformation**
   2:3 12:2
   32:14
**missing**  9:13
**mission**  11:22
**money**  20:14
   22:10,11,13,
   14 23:23
   29:17,18,22,
   23
**monster**  28:9
**month**  11:22
   14:7

**months**  14:9
**morality**  22:6
**morning**  9:10
   16:12 22:18,
   23,24
**morons**  24:18
**motivated**
   26:22
**motives**  28:10
**move**  18:23
   28:20
**MSNBC**  37:13
**multi-**
**factorial**
   4:12
**multi-**
**millionaires**
   38:3
**multiple**  8:10
**murder**  31:1,2

────────────

              **N**

────────────

**nation**  11:14
   31:6
**national**
   27:14
**nations**  11:21
**necessarily**
   13:22
**neck**  26:12
**needed**  7:1
**Network**  37:14
**Nevada**  9:25
   10:22 34:22
**news**  2:1,4
   12:2 20:4,7
   32:15 37:14
**night**  14:23
   15:15 17:11,
   13,16 26:16
   34:11,15,16,
   17
**Nixon's**  4:20
**nonstop**  26:9
**notice**  30:1

**November**  2:8
**number**  5:2
   21:18,19
**numbers**  18:14
   35:15,21,23
   36:6

────────────

              **O**

────────────

**oath**  8:15
**obligation**
   33:17
**observe**  6:24
   28:24
**observer**  6:21
   9:1 14:15
**observers**
   34:16
**office**  6:5
   38:2,4
**officers**  31:3
**official**  7:18
**officials**
   25:11
**online**  10:4
**open**  27:19
**opinion**  2:18
**opinions**  24:3
**oppressive**
   27:11
**option**  35:12
**order**  23:19
**organization**
   20:14 30:20,
   21,23
**other's**  27:17
**outcome**  33:21
**outrageous**
   19:18,19
   37:20
**overcome**  4:19
**overdose**
   26:14,19
**overseeing**
   10:9

Uncovering the truth with Rudy Giuliani

## P

**paper** 21:12
**parade** 26:9
**part** 4:20
   27:1
**Party** 22:9
   27:16 30:22
**passionate**
   37:2
**patriot** 19:7
**Pay** 38:9
**pen** 17:6,8
**penalty** 16:22
**Pennsylvania**
   5:6,13 9:8
   10:21 14:3
   19:12 34:7,21
   35:21
**people** 2:20
   3:3,10,24
   4:9,17 5:24
   6:13 7:3
   8:10,15,22
   11:6,19 12:23
   13:6 14:5
   16:21,22 17:4
   18:19,21
   19:7,10,11,19
   20:4,22,25
   21:2 22:9
   27:15 28:2,
   10,18,21,23,
   24 29:21
   31:11 33:14,
   22 34:1,14
   35:19 36:1
   37:9,20
**percent** 2:21
   9:5 17:13
   19:8
**person** 7:2,16
   8:16,20 9:2
   10:25
**pertinent**
   25:23

**Philadelphia**
   24:5
**phone** 12:21
   20:15
**phony** 5:11
**pick** 29:2
**picked** 24:4,
   5,6
**picture** 27:7
**Pittsburgh**
   5:13,23
**place** 5:4
   18:18 23:11
   24:7 36:9
**places** 12:10
   17:5 24:4
   29:12 36:12
**plan** 8:5 10:2
   29:8,11
**platforms**
   27:24
**plausible**
   26:13
**plenary** 10:13
   33:8,10
**plenty** 20:1
   30:6
**point** 7:6 9:1
   11:5 12:22
   17:14 27:25
   35:14
**police** 26:11,
   24,25 28:10
   30:20 31:3
**politics** 31:7
**popular**
   13:20,22
**population**
   27:12
**possibly**
   23:5,13
**power** 10:13,
   18 13:8 15:3
   25:1 33:4,15,
   18,23
**powerful** 2:24

**powers** 34:23
**preferably**
   31:3
**prejudice**
   3:17
**President**
   17:13,15
   20:21 23:19
**presidential**
   4:9 13:3
   24:14
**Press** 37:6
**pretty** 14:22
   27:12
**previously**
   23:11
**principals**
   37:1
**prior** 16:1
**pristine** 9:3
   24:22
**privacy** 31:23
**pro** 30:11
**problem** 25:11
**problems** 9:19
   15:18 36:2
**process** 7:24
   13:18
**produce** 8:14
**produced** 5:11
**proof** 21:22,
   23 26:13
**propaganda**
   2:24,25 26:10
**Propaganda's**
   37:7,8,10
**prosecute**
   29:3,5
**prosecutions**
   6:14,16
**protected**
   19:20 30:8
**protection**
   30:1
**providing**
   19:6

**provisions**
   33:12
**pulled** 23:17
**purpose** 5:3
   7:7 15:24
   34:8
**put** 5:15 7:25
   17:3 25:6,8,
   11 36:5
**putting** 3:1
   18:6 37:23

## Q

**question** 2:19
   13:24 23:3
   38:12,13
**questions**
   7:13 20:1
   33:25 34:24
   38:6
**quickly** 14:8

## R

**race** 4:9
**racial** 27:12,
   18
**racially**
   26:22
**racist** 27:10
**raised** 33:25
**react** 20:25
**ready** 23:13
**real** 4:15
   11:17 20:5
   21:6 28:5
   34:24
**reality** 13:1
**reanalyze**
   14:11
**reason** 7:6
   19:23 24:2,5,
   6
**recite** 27:24
**record** 31:19

recording
  38:21
records  31:23
recounted
  23:22
reference
  23:4,8
refused  23:21
refusing  6:20
regard  26:20
regulation
  13:2
reiterated
  10:19
remains  33:5
remedy  11:1
  15:9
remember  4:3
remind  11:6
replace  27:19
replaces  2:12
replacing  2:9
representing
  20:20,21,22
Republican
  6:7 14:15
  25:15 29:9
  31:14 36:10,
  12
Republicans
  6:15,20 7:23
  29:12 31:8
require  25:3
required  9:15
requirement
  23:25
rescind  13:11
research  5:19
  6:11
residence
  17:5,6
responder
  11:16
restive  27:18
result  26:10
results  32:21

resume  33:15,
  18,23
ridiculous
  6:9
rights  6:1,2
rigorous
  23:18
riot  19:24
riots  29:21
risk  3:10
Roberts  23:6
Ron  18:12
  19:5
room  3:6
Rudy  2:3,6,
  11,16,23 3:5,
  17,21,23 4:2,
  14,17,23
  5:20,22 6:3,7
  7:3,9,11,20
  8:2,12,18,22,
  24 9:7,22,24
  10:4,8 11:4
  12:2,4,6,8,
  11,14,18
  13:1,10,13,
  16,24 14:8
  15:1,8,12
  16:3,7,10
  19:16 20:7,9,
  10,24 21:6,
  10,22 22:5,8,
  15 24:9,12,
  20,24,25
  25:20 28:4,16
  29:4,15,19,25
  30:5,11,16
  31:2,22,25
  32:4,6,8,14,
  17,18,25
  33:10 34:3,20
  35:2,6,10,14,
  18,20,23
  36:2,14,19,22
  37:4,10,15,18
  38:2,7,16,20
run  9:5 10:14
  22:1

runoff  23:9,
  15 24:24
Ryan  2:2,6,7,
  13,14,17 3:3,
  9,20 4:1,5,
  16,22 5:18,21
  6:1,6,10 7:8,
  10,19 8:1,10,
  17,21,23,25
  9:21,23 10:4
  11:3 12:1,4,
  5,7,9,12,15,
  25 13:9,12,
  14,17 14:25
  15:7,11,25
  16:6,14,16
  17:22 18:25
  19:5 20:6,9,
  19 21:5,9,21,
  24 22:7,17,
  18,20 24:8,
  10,19,23
  26:1,18
  28:15,18
  29:14,17,20
  30:4,10,15,25
  31:4,24 32:3,
  5,7,13,17,24
  33:3,12 34:13
  35:1,5,9,13,
  17,19,22
  36:1,13,18,
  20,24 37:8,
  14,17 38:1,5,
  12,19

_____
         S
_____

sacrificed
  11:18
sad  3:9
safe  11:19
  22:21
scale  4:7
scandals  17:7
scanned  22:3
scene  26:25

scheme  5:10
  10:2
schools  28:6,
  7
scientifically
  18:15
season  11:9
  12:19 20:12
  32:10
secret  17:17
  29:10
Section  10:12
security
  32:19,20
segregation
  31:6
selection
  13:3
selling  38:2,
  4
Senators
  10:10
sense  2:5
separate
  12:10
Shaffer
  17:23,24
sham  24:14
sharpy  17:6,8
sheeps  37:9
short  19:25
show  3:1,21
  16:17 37:6
shut  29:8
  36:15
sick  30:17
side  7:1 16:4
sides  8:25
  19:7
siding  23:6
signature
  7:12 25:4
signatures
  6:25 7:15
  10:1 23:20
  25:16

significant
  3:2 7:4 9:19
Silcone 27:22
silly 37:6
similar 9:22
simple 36:19
single 8:3,4,
  5,6,7 36:9
situation
  27:3
sleep 14:23
sleeping 15:1
slimy 38:17
small 9:17
smart 10:4
smarts 2:5
Solutions
  32:20
Soros 29:19,
  20,25 30:7,9,
  12,17
Soros's 30:2
sort 29:25
southern 4:20
speaking 3:3,
  13 26:9
special 30:1
specifically
  23:2 34:21
specious 24:2
spent 37:24
spoke 16:23
spoken 2:21
spread 2:20
stack 9:4
Stacy 23:12
  25:14
stand 24:11,
  13 28:22
  31:14
standing
  38:19
stands 30:25
star 11:16
start 25:17

started 12:11
state 4:20
  10:9,13,15,21
  13:19,23
  14:3,22 24:25
  28:24,25
  33:5,7,13,19
  34:2,14,20,25
  35:2,24 38:13
state's 13:25
stated 33:23
statements
  25:9
states 3:15
  6:12 11:14
  13:4,20 14:1,
  2 18:10 25:3
  34:4,21
statistical
  33:25
statistically
  18:15
Statute 33:13
stay 34:17
staying 28:18
steal 22:14
stealing 5:8
  22:10,12,13
stifle 27:20
stole 21:8,10
stolen 4:18
  5:25 15:12
stop 25:13
stopped
  17:12,16
stops 30:7
stories 2:1
  20:4,7
straighten
  25:19
street 2:5
stronger
  15:13
studies 15:20
stuff 4:4
  7:14 8:16
  16:18 30:24

stuffing
  21:13
subject 33:1
subjected
  23:18
submit 7:16
  35:15
submitting
  25:9
substitutes
  16:24
sudden 17:12,
  17
sum 9:7 32:25
Sunday 37:5
supported
  11:20
supports
  30:19,20,21,
  24
suppressed
  6:2
Supreme 10:19
  11:4 13:10
  23:1 31:8
  33:6
surprising
  12:23
suspect 38:14
swearing 3:13
swing 17:12
  18:10
sworn 16:22
system 25:13
  26:16
systematic
  30:9
systematically
  6:20
systemic 4:13

_____

          T

T2t.org.
  11:22,23
  12:20 20:12,
  13 32:10,11

takes 34:25
taking 3:10
  8:18 18:5
  23:11
talk 10:5
  14:2 31:7
  38:5
talked 31:5,
  17 38:9
talking 5:23
  37:5
tangible
  26:12
taught 3:14,
  15
teach 28:8
Tech 27:22
  29:18
technology
  21:25 22:3
tested 18:6
testify 8:11
testifying
  19:20
testimony
  3:16 9:6
  14:11
texting 18:13
Thanksgiving
  11:12 16:25
  22:21 26:4
theory 27:9
thing 3:11
  5:3 7:14
  15:13 18:20
  23:12 28:21
  29:1 35:20
  36:4
things 9:3
  17:3 23:10
  30:7,18
thinking 2:5
thought 2:25
  3:23 4:8 9:11
  19:23
thoughts
  23:14

Case 1:21-cv-00213-CJN Document 2-136 Filed 01/25/21 Page 51 of 52
Uncovering the truth with Randy Quaison
November 29, 2020                                                    11

thousand  9:16
thousands  3:7
  29:8
threatened
  3:11 19:11,
  13,14,18
throats  27:17
throwing  8:19
thrown  7:24
tier  25:13
tilt  4:7
time  4:11
  6:10,17,18,19
  7:24 13:11
  16:23,25 22:2
  23:17,23,24
  25:7,8 32:18
  33:16
times  8:7,9,
  16
Titans  27:22
today  3:21
  37:11
told  10:5
  34:15
tolerate
  19:14
tomorrow  9:18
  15:20
Tower  11:8
Towers  11:13,
  21 12:18,21
  20:11,16 32:8
toxicological
  26:13
Transparency
  17:11
trauma  26:12
traveling
  38:8
treat  25:14,
  15
true  19:6
  35:3,4,20,24
Trump  8:19
  14:22 17:1,
  13,20 19:23

21:15 23:19
  25:5,11 35:7
  36:8
truth  2:2,7
  12:1,15 19:4
  20:6 32:13
Tunnel  11:8,
  13,21 12:18,
  21 20:10,16
  32:8
turn  35:7
Twitter  27:23

_____

U

Uh-huh  35:22
unconstitution
al  14:19
Uncovering
  2:2,7 12:1,15
  20:6 32:13
understand
  7:3
unfairness
  25:19
uniformly
  7:23
united  3:15
  25:2 27:16
uniting  27:13
upcoming
  23:9,15
upper  22:9
upset  16:18

_____

V

vacation  2:9
valid  24:17
  29:10
Valley  27:22
victims  21:6
videos  20:5
view  7:6
  27:6,24
violation

14:18
Virginia
  22:16,17
voice  26:1
voices  16:2
void  17:10
vote  5:12,14,
  24 7:7 13:22
  21:7,8,10,11,
  14 38:15
voted  5:14
  17:4,5
voter  3:12,21
  4:6 31:15
voters  17:1
votes  4:19
  5:23 7:16
  13:20 15:12,
  14,16 17:12
  18:18 21:18
  25:5 34:18
  36:7,8
voting  4:9
  6:13 7:4,5
  31:18
vulnerability
  31:21

_____

W

WABCRADIO.COM
  38:15
waist  23:23
wall  16:4
wanted  12:22
warn  3:24
warned  4:3
warriors
  11:16
Washington
  19:22
watching  20:5
ways  4:5,12
Wednesday
  14:12
week  2:8
  38:8,10,18

weeks  2:19
  30:2
weird  30:24
western  27:11
white  27:10,
  18 37:23
wicked  19:2
wide  2:20
widespread
  6:18
winner  17:14
winning  14:23
wins  14:22
Wisconsin
  9:13 10:22
  34:22,25
witness's
  3:16
witnesses
  9:11
won  10:24
  13:19 15:2
  18:16 19:2,4,
  23 25:5
wonderful
  26:3
wondering
  23:14
words  18:22
work  10:1
workers  27:20
world  28:9
  31:18
worried  31:22
  36:3
worse  28:8
worst  24:9
Wow  26:18
wrong  28:20,
  22 35:21
  36:5,6,7

_____

Y

Year's  11:12

Case 1:21-cv-00213-CJN Document 2-136 Filed 01/25/21 Page 52 of 52
File Uncovering the truth with Study questions
November 29, 2020                                                      12

**years**  17:15
  29:6
**yelling**  15:6
**yesterday**
  15:21
**York**  2:5
**young**  10:5
  26:23