# Exhibit 202

```
                    FILE 11 Rudy Giuliani Common Sense
                           December 02, 2020
```

1

2

3

4

5   IN RE:

6   11 Rudy Giuliani's Common Sense (Dec. 2, 2020)

7   (Washington, D.C.), available at,

8   https://www.youtube.com/watch?v=81hlgki4hk0&list=PLlMn0a7

9   NgIUZIGjQVofrk1M3Ulqdc7_-4&index=10

10  _____

11

12  FILE#:              11

13  DATE:               December 2, 2020

14

15  TRANSCRIBED BY:        Lourdes Alvarado, Court Reporter

16                   U.S. Legal Support, Inc.

17

18

19

20

21

22

23

24

25

1     RUDY GIULIANI:  Hello.  This is Rudy Giuliani with

2  Rudy's Common Sense.  Today we're going to look at what

3  is appearing to be or almost about to become a

4  constitutional crisis.  Constitutional crisis is not

5  unknown in our republic.  We've had them.  They're

6  always very jarring.  They're always very difficult.

7  They're always very unnerving, because the Constitution

8  should flow, we believe, very, very easily and without

9  any really problems.  There shouldn't be too much

10  dispute about interpretation and, of course, that's a

11  somewhat unrealistic notion.  But the one beautiful

12  thing about our republic is that at times of crisis,

13  constitutional crisis, other crises, at times of

14  difficult decision-making, very, very close partisan

15  decision-making, there is a place to go.  And it's

16  called the great, the brilliant, the almost sacred,

17  it's not sacred, Constitution of the United States.  It

18  will supply the answer.  And I believe by the time we

19  finish this major, major dispute over the 2020

20  election, and the fraud that permeated it, it's the

21  Constitution that will save us.  It's the Constitution

22  that will bring us together.

23     And there are two clauses of the Constitution that

24  come to play here.  One in particular.  The first cause

25  sets the context.  It's article 1, section -- I would

1   say Article 1, Section 4, I believe, which is called

2   elections.  And it's the first clause in Article 1,

3   Section 4.  And it relates to senatorial and

4   congressional -- and congressional elections, house

5   elections, but it gives me a sense of the kind of

6   control the state legislature has over federal

7   elections.

8       Section four, elections, "The times, places and

9   manner of holding elections for senators and

10  representatives shall be prescribed in each state by

11  the legislature thereof.  But the Congress may at any

12  time, by law, make or alter such regulations, except as

13  to the places of choosing senators."

14      So the rules, the laws surrounding the selection

15  of senators and representatives are given to the state

16  legislatures.  Not to the Congress, not to the governor

17  in that state, but to the state legislature.  And with

18  the proviso that those rules can be altered by the

19  United States Congress.

20      Now we get to the other major federal election.

21  And, of course, it's the one that's at issue now.  And

22  that is the presidential election, which, as you know,

23  is an election, not a direct election, but an election

24  for electors, who then vote for the president.  And in

25  Article 2, Section 1, Clause 3, it read as follows:

FILE 11 Rudy Giuliani Common Sense
December 02, 2020                                   4

1   "Each state shall appoint in such manner as the

2   legislature thereof may direct a number of electors

3   equal to the whole number of senators and

4   representatives to which the state may be entitled in

5   the Congress.  But no senator or representative, or

6   person holding an office of trust or profit under the

7   United States, shall be appointed an elector."  So, the

8   second part is not really relevant.  It's the first

9   part.  The first part says, "Each state shall appoint

10  in such manner as the legislature thereof may direct."

11      So, this has been described by the Supreme Court

12  in McPherson vs. Blacker, 146 United States Code 1,

13  Page 35.  Just so you'll want to get this exact.  This

14  has been described as a plenary power.  Notice this has

15  no exception for Congress varying the rules.  It has no

16  mention of the governor, no mention of any other agency

17  of state government, any other agency of federal

18  government.  This has been given to the state

19  legislature, plenary power to select the electors, and

20  the manner in which the electors are chosen and,

21  ultimately, the electoral votes are given to the

22  candidate.

23      Many, many states, if not all at this point,

24  including the states that are at issue here, those will

25  be the states of Pennsylvania, Michigan, Wisconsin,

1   Arizona, Georgia, Nevada.  These states have all passed

2   laws that delegate that power to various bodies to an

3   arching commission, to the secretary of state.

4   Sometimes to the governor.  It's the governor who

5   selects the electors.

6       Over the years those powers have been delegated.

7   But they haven't been permanently given away as some

8   incorrect and ill-informed so-called scholars have

9   written without bothering to do legal research.  If

10  they did, they would go back to an (unintelligible) of

11  the Supreme Court, 1892, McPherson vs. Blacker, which

12  says in pertinent part, "Whatever provisions may be

13  made by statute or by state constitution to choose

14  electors by the people, there is no doubt of the right

15  of the legislature to resume the power at any time."

16  That's 146 U.S. at 35, the McPherson case.  And it

17  cites Bush v. Gore.  Further quote, "The state, of

18  course, after granting the franchise in the special

19  context of Article 2, can take back the power to a

20  point electors."  There is no doubt.  There is no

21  question about it.

22      There have been -- there have been very, very

23  pompous commentators, legal scholars who had appeared

24  on television and said, "Oh, once having granted it,

25  they can't take it back retrospectively, just

FILE 11 Rudy Giuliani Common Sense
December 02, 2020                                        6

1  prospectively."  In other words, they can't take it

2  back for the past, but they can for the future.  So, it

3  couldn't affect this election.  No.  No.  No.  Supreme

4  Court, rather than the pompous professors and talking

5  heads say they can take back the power at any time.

6  Any time means any time.

7      And it is particularly, particularly relevant, and

8  as Professor Easeman (phonetic) argues in his article

9  entitled "The Constitutional Authority of State

10 Legislators to Choose Electors," as Professor Easeman

11 argues, "It is particularly relevant when the case is a

12 case where the existing procedures were not followed

13 and when significant statistical anomalies raise

14 serious questions about whether the election was fair."

15     So, let's key in on that language.  "Where

16 significant statistical anomalies raise serious

17 questions about whether the election was fair."  And in

18 those cases, those would be cases in which it was

19 justified for the state legislature to take back its

20 grant of power.  Look at it this way, they granted that

21 power to the governor, to the elections commission, to

22 the county commissioners, to the Secretary of State.

23 They granted it in good faith to be exercised fairly.

24 If it's not exercised fairly, and it is certified on

25 the basis of a false count, a vote or based on

1  exceedingly unfair or fraudulent practices, the state

2  under the constitutional authority of the legislature

3  is issuing a false and fraudulent statement to the

4  federal government.  Now, don't we penalize those?

5  Haven't we put single individual, not so important as

6  legislators, Americans, in jail for false statements on

7  matters significantly less important than this?  Of

8  course we have.  So, these words are very important.

9  And these powers are very important.  And we don't too

10  often have fraud at this level.

11      This is a major fraud that permeated this

12  election.  I won't say that it permeated every state.

13  As we gather the evidence, it's becoming abundantly

14  clear that this fraud was perpetrated in certain places

15  where democrats controlled cities in an insidious way,

16  in some cases for half of a century or more, where

17  those cities have so many corruption convictions of

18  mayors and alderman and selectmen and so many

19  convictions for election fraud, that that alone would

20  fill a book.

21      I've accomplished a lot in 2020 exposing the

22  truth, establishing the relationship with you, working

23  tirelessly for America.  And I came to know the work

24  and value of the people at American Hartford Gold.  You

25  see, you buy gold not only for what you know, but you

1   buy gold for what you don't know.  American Hartford

2   Gold is the company that you can trust when it comes to

3   buying gold.  They sell physical gold and silver

4   delivered right to your door or inside of your IRA.  In

5   the precious metals industry, they are the highest

6   rated firm in our country with an A-plus from the

7   Better Business Bureau and thousands of satisfied

8   clients.

9       Give them a call and tell them Rudy sent you.  And

10  be sure to ask them what I bought.  And if you call

11  them right now, they will give you up to $1,500 of free

12  silver on your first order.  Folks, these are uncertain

13  times.  The one thing you can count on to protect what

14  you have worked so hard for is physical gold and

15  silver.  So, don't wait.  Call them now.  Call

16  833-GOLD-777.  That's 833-GOLD-777.  Or text Rudy to

17  65532.  Again, that's 833-GOLD-777 or text Rudy to

18  65532.

19      So, they picked places where they could get away

20  with it.  They picked places where they could get away

21  it and they could take advantage of a vastly new system

22  that they had been waiting for, for 20 years in order

23  to cheat.  It's been 20 years now that we've been

24  debating whether we should have broad mail-in ballots.

25  There have been serious objections bipartisan to broad

1  mail-in ballots from, none other than, Jimmy Carter and

2  Secretary Baker, I think back in 2005 or so.  Where

3  they warned that this is the form of voting that is the

4  most insecure, the most open to fraud and should only

5  be used sparingly.  Instead of taking that advice, the

6  democrats, using the excuse of COVID, all of a sudden,

7  oh, my goodness, it was like opening the candy store to

8  the kids or maybe opening Tiffany's to the thieves.

9  And now they got it broadly in many states.  I mean, if

10  you only have 500,000 absentee ballots, you can do a

11  certain amount of cheating.  But when you had 2.5

12  million, you can take back an election even where

13  you're losing by 400,000 and 500,000 and 600,000.  And

14  that's exactly what they did.  And they planned it very

15  very carefully to do it in the places where they felt

16  they had corrupted the administration of those cities

17  so much that either it wouldn't be covered, or if it

18  was discovered, every obstacle would be put in the way

19  of those of us who might raise objections to it.  So,

20  if you look at Philadelphia, Wisconsin, Michigan, all

21  these places.

22     Here's the certainly fraud, mail-in ballots can be

23  only as good as the validity of the signature on the

24  outer envelope of the ballot.  It's the only way you

25  can determine whether it's a valid ballot.  Walk-in

1  ballot, you have the human being, you got the card, you

2  got the signature.  You've got the actual presence of

3  the person, then you can tie that vote to something in

4  the book.  So, there is a lot of different indicia of

5  reliability.  They're not always perfect, and there is

6  fraud that way.  Voting for dead people, double voting,

7  that happens.  There is a margin, however, that you

8  can't exceed.  When you get broad mail-in voting, the

9  only thing, the only thing that secures you that this

10 is a valid ballot is when you look at the outside

11 envelope that sent in the ballot and you see the name,

12 the signature, the address and the various identifying

13 numbers for that voter.  Those have to be checked.

14 Once they're accepted, you can separate the ballot from

15 the envelope, get rid of the ballot, get rid of the

16 envelope, get rid of the ballot and now they're

17 separated forever.  You can never go back and really

18 check them.  That's why they have to be subjected to

19 independent scrutiny at the time that that is done.

20     In the case of absentee ballots, that had been

21 the case from time in memorial.  I remember 20 years

22 ago being involved in looking at absentee ballots.

23 Republican on one side, democrat on the other side.

24 You look at it.  "I like it."  "I don't like it."  "I

25 see that objection."  You put it aside.  "Yes, this one

FILE 11 Rudy Giuliani Common Sense
December 02, 2020                               11

1   is okay."  It goes in.  "This one is okay."  "No, this

2   one has an objection."  "Signature looks bad, put it

3   over here."  "That's the wrong address.  Put it over

4   here."  "This looks like a three votes from the same

5   person."  "Let's take a look at that handwriting."

6   That's what you do.  And that's how you prevent

7   cheating.  When that's wide open, anything can happen.

8   And this was wide open.

9        Because not in one, not in two, not in three, not

10  in four, not in five, but in six or more states, at

11  exactly the same time, the democrats executed precisely

12  the same plan.  They decided, for the first time ever,

13  "We are going to exclude on mass all republican

14  inspectors in the cities in which we have corrupt

15  control and, therefore, can push them around like

16  they're cows."  I say, "cows," because they put them in

17  corrals, put them in corrals.  Yup, put them in

18  corrals.  They put them in corrals so far away that

19  they couldn't possibly see anything on the ballot.

20  Despite objection, despite anger, despite a little bit

21  of, I wouldn't call it fist to cuff, but physical

22  encounters and pushing and shoving.

23       Republicans never got close enough to see a single

24  ballot in Philadelphia.  Every single mail-in ballot in

25  Philadelphia was put in secretly.  Only viewed by one

1   democrat employee of the very honest democrat

2   administration in Philadelphia.  The administration

3   that has more election fraud convictions than any in

4   the country.  And you want me to believe they weren't

5   cheating?  Do I look like a fool?  Do you look like a

6   fool?  How many ballots between Philadelphia and

7   Pittsburgh?  And then if we want to add in a Delaware

8   County, 882,770.  That's what I said, 880,770.  And

9   these phony courts want to tell us this wasn't a fraud.

10      Just exactly why would you go through the trouble

11  of getting corrals and of pushing all the republicans

12  out, and not letting them see a ballot, if this was a

13  good, honest, pristine ballot.  Why?  Why would you

14  create this problem?  Why would you put this cloud over

15  the election?  Just because you're stupid?  Or why you

16  were doing it, so you can stuff the ballot box?

17      And, by the way, the proof is in the

18  accomplishment.  And let's look at Pennsylvania.  When

19  they called off the counting, President Trump was

20  leading by 750,000 to 800,000.  The crooks were in a

21  panic.  How do you make that up?  The only way you make

22  it up is, boom, stop it.  Get the republicans out and

23  start pumping in ballots.  Start pumping them in,

24  either phony ballots or pumping them in four, five and

25  six times for Biden and one time for Trump.

1    Now, I'm not telling you that we have what are

2    called affidavits proving it.  When you hear we have no

3    evidence, you say, "Liar."  We have hundreds and

4    hundreds and hundreds of affidavits and witnesses ready

5    to go to court and swear that they watched this

6    cheating that the media said didn't take place.  And we

7    have been stopped by two courts so far because they're

8    practicing see no evil, hear no evil.  Keep your eyes

9    closed.  We don't want to know the facts.  Instead they

10   say, there are no specific allegations.  I don't know

11   how specific it can be, we have the name of the person.

12   We've got the exact spot.  And we say we saw him

13   furiously putting in one ballot five or 10 times.

14   Ballot is supposed to be put in once.  I can't get more

15   specific than that, until we actually get to prove it.

16   And we need a hearing for that, which they have not

17   given us because they don't want you to learn the

18   evidence.

19   Well, the legislature of Pennsylvania or some of

20   the members took their responsibility under Article 2,

21   Section 1, Clause 3 seriously.  They took their

22   responsibility as having the plenary power to judge

23   these elections and to make sure that these election

24   returns don't go into Washington as fraudulent election

25   returns.  So, that they're in a position of submitting

FILE 11 Rudy Giuliani Common Sense
December 02, 2020                              14

1   a false statement to Washington DC.  And at that

2   hearing we produced witness, something democrats don't

3   have.  Witnesses, who swore in affidavits under oath.

4   That's another thing democrats don't do.  They never

5   swear under oath.  I don't know why they don't.  They

6   don't get prosecuted.  It's such an unfair system.

7       But, in any event, the legislature of Pennsylvania

8   is perfectly justified.  And, in fact, a right

9   constitutional outcome would be for them to take this,

10  have the courage to take it, not be afraid of what the

11  mass media is going to do to them, and stick by the

12  Constitution.  Hold the Constitution up as their guard

13  against calumnies and the defamation and the

14  viciousness of the American press, and democrat party.

15  And by doing that, they'll save our Constitution.  By

16  not doing it, it's being trashed.

17      The same thing can be said about Michigan, where

18  100,000 votes were brought in the middle of the night,

19  and counted all for Biden in order to catch him up from

20  a 300,000 vote deficit.

21      And in Wisconsin there are thousands and thousands

22  of absentee ballots without applications.  Why do you

23  think they don't have applications?  Just because they

24  don't want to make out applications?  They don't have

25  applications because there is something wrong with the

FILE 11 Rudy Giuliani Common Sense
December 02, 2020                                    15

1  ballots.  These things aren't done across eight or nine

2  states for no purpose, all the same thing.

3      We go to Arizona, same thing in Maricopa County.

4  Same thing in Pima County, republicans shut out of the

5  process of viewing absentee and mail-in ballots.  Same

6  thing all the way across the country thousands of miles

7  apart.  Democrats doing the same thing, which has never

8  been done before.  "Don't let republicans see the

9  mail-in ballots."  Probably millions.

10     Why?  Why?  Because the mail-in ballots was the

11  primary method for cheating and catching Biden up.  How

12  could it be that Biden was behind by so much in all

13  those states on Tuesday night and he caught up in every

14  single one of them?  Every single one?  Look at the

15  margins in the absentee ballots and you'll see that his

16  vote was counted three and four times.  Compare the

17  ballots and you'll see.

18     And why is it they won't show us the ballots?  Why

19  is it they won't show us the signatures?  Why is it

20  they won't show us the envelopes?  Because they're

21  hiding the evidence.  And, so far, the courts are

22  helping them in covering that up.

23     My friends, if you want to help preserve America

24  right now, while you still can, join AMAC, the

25  Association of Mature American Citizens.  The fastest

1   growing conservative group in America, especially for

2   those age 50 and up.  Joining AMAC gives you access to

3   money-saving benefits, cutting edge news and a great

4   bimonthly magazine.  More importantly, AMAC fights for

5   you.  A socialist storm is brewing.  Our constitutional

6   republic has rarely faced the perils we do today.

7   Edmund Burke said it best, "All it takes for evil to

8   prevail, is for good people to do nothing."  If you

9   care about our future like I do, then join AMAC today.

10  Over two million conservatives like you and me have

11  already joined AMAC.  Stand with us by joining right

12  now.  Just go to AMAC.US forward slash Rudy.  That's

13  AMAC.US forward slash Rudy.

14      The benefits of AMAC membership are great, but the

15  cause is even greater.  Join today at AMAC.US forward

16  slash Rudy.

17      In the State of Nevada, the State of Nevada, very

18  similar, no observations, no observations at all for

19  the ballots.  They just went in.  Republicans never got

20  a chance to observe.  More than the margin of victory

21  at mistake.  But also another mistake, instead of under

22  state law examining the ballots physically, they put

23  them in a machine.  The machine was set so low it

24  approved any ballot.  The machine without any doubt

25  renders those votes completely, absolutely invalid.

1   They weren't even examined by a democrat official, and

2   they were examined by an incompetent machine, which is

3   not allowed under Nevada law.  That one has to be taken

4   by the legislature.  And that vote has to be changed.

5       And then we get to Georgia.  And Georgia, again,

6   broadly and widely has mail-in ballot submitted where

7   there is no neutral inspection of any kind.  None.

8   Very small margin.  A lot of ballots not counted.  A

9   lot of illegal ballots.  And here's one where the

10  legislature has to have the courage to stand up to what

11  will be a torrent of criticism to do the right thing.

12  When did that become something that didn't drive us in

13  American politics?

14      You know how many legislators I've dealt with in

15  the last two weeks, explaining this to them.  I said,

16  "This is terrible.  This is terrible for our country.

17  Yes, I can see this.  Yes, I can see this evidence."

18  But, gosh, I'd be harassed.  I'd be seen as some kind

19  of right-wing nut.  I'd be -- yes, the right thing to

20  do, but I don't know.  We got a group together at each

21  state.  Idealistic, strong, tough, honest, who were

22  willing to support this.  And in each state we have the

23  reluctance.

24      When our liberty is at stake, when our rights are

25  being taken up from us, this is when this has to end.

FILE 11 Rudy Giuliani Common Sense
December 02, 2020                                    18

1   That's how we became a free country.  This ended.

2   There are times to be afraid, and there are times to

3   overcome your fear.  Look, these democrats are not the

4   democrats of old, and they're not most democrats.

5   They're a bunch of sick people.  Sickness goes back to

6   Clinton and it continues to today.  They're crooks on a

7   scale that we've never seen before.  They made millions

8   and millions selling our country out to foreign

9   countries, whether it was the Clintons, with the

10  Clinton Foundation, or the Biden crime family in

11  Ukraine and in Russia and in China.  They made, not

12  little gifts, millions and millions of dollars.  And

13  made agreements that were detrimental to the United

14  States.  They sold you out.

15      You don't think people like this are capable of

16  stealing an election.  You know, it looks like they

17  stole it.  It smells like they stole it.  It sounds

18  like they stole it.  And we can prove they stole it.

19  They just have the entire media on their side.  Big

20  tech and the big corps, who are licking their chops for

21  all the money they're going to make in China.  While

22  you, the American, people once again get screwed.  And

23  for this kind of power and this kind of greed, they'll

24  go to any length possible.  This was a scam they

25  thought we couldn't catch.  Well, they made mistakes

FILE 11 Rudy Giuliani Common Sense
December 02, 2020                                    19

1  with it, they over did it.  Unfortunately, for them,

2  Trump got too far ahead in a couple of these states and

3  they had to get sloppy in catching up.  Particularly,

4  in Pennsylvania and in Michigan.  And he's too close in

5  other states, so that the margin is overcome very, very

6  easily based on the fraudulent ballots.

7      Let's see if we can have the courage to do this,

8  because our freedom is at stake.  During the pandemic

9  these democrat governors took away our right to

10  practice our religion.  They have taken away a lot of

11  our freedom of speech with the censorship they imposed

12  on the Biden hard drive that proved a multitude of

13  crimes on the part of the Biden crime family.  You

14  never got to really see that because they covered it

15  up.  And now they are imposing a moratorium on the

16  many, many -- many, many pieces of evidence of all

17  kinds that show the fraud they engaged in across the

18  country.

19      And now that the evidence about the Dominion

20  machines that are well-known for being faulty machines

21  used to steel elections, now that's even being covered

22  up.

23      So, I know it takes a little extra courage for

24  some of the legislators, who aren't the bravest, and

25  aren't the strongest, to stand up to this.  And maybe

1   some careers will get ruined, I don't know.  I remember

2   a book that I read when I was very young by Robert F.

3   Kennedy called "Profiles In Courage."  And he lists

4   there some very, very famous Americans, who, in fact,

5   ruined their careers by doing the right thing.  And he

6   makes them heroes.  Some of them ruined their careers

7   and came back.  Like when John Adams took up a very

8   unpopular cause against the British soldiers.  That

9   used to be a value in our country, having courage.

10   It's the most important virtue.  The most important

11   virtue to protect a Democracy.  It's needed at time of

12   war.  And it's needed at times when people are trying

13   to steel a democracy from us right under our nose.

14   That's what the perverted leadership of the democratic

15   Party is doing right now.  And big tech.  And big

16   corporations.  And big media.  And George Soros, who is

17   the primary funder of the democrat party:  Joe Biden,

18   Hilary Clinton, Black Lives Matter, ANTIFA.  And is

19   involved in one of these companies through a

20   co-investigator of his, who is chairman of the board of

21   Smartmatic, which is a company started in Venezuela and

22   built for the purpose of stealing elections.

23       Check it out.  It's all true.  It's frightening.

24   An American can do something to change it.  We can

25   stand up.  Use our Constitution the way it was meant to

1   be used, and not be intimidated by those, who for

2   selfish motives, are going to destroy the greatest

3   democracy in the history of the world.  Do not let them

4   do it.

5       We'll be back in a couple of days.  And we'll have

6   even more proof about this.  Probably going into the

7   machines or some other area of fraud that was also

8   involved.  Thank you very much.

9       (Thereupon, the recording concluded.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

FILE 11 Rudy Giuliani Common Sense
December 02, 2020                                    22

1              REPORTER'S CERTIFICATE

2

3      I, LOURDES ALVARADO, Professional Reporter, certify

4    that I was authorized to and did stenographically transcribe

5    said recording; and that the foregoing pages are a true and

6    complete record; and that this computer-assisted transcript

7    was prepared under my supervision.

8

9    Dated this 18th day of January, 2021.

10

11    _____

12    LOURDES ALVARADO, Professional Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25

**1**

**1**  13:21
**10**  13:13
**100,000**  14:18

**2**

**2**  13:20

**3**

**3**  13:21
**300,000**  14:20

**7**

**750,000**  12:20

**8**

**800,000**  12:20
**880,770**  12:8
**882,770**  12:8

**A**

**absentee**
  14:22 15:5,15
**accomplishment**
  12:18
**add**  12:7
**address**  11:3
**administration**
  12:2
**affidavits**
  13:2,4 14:3
**afraid**  14:10
**allegations**
  13:10
**AMAC**  15:24
**America**  15:23
**American**
  14:14 15:25

**anger**  11:20
**applications**
  14:22,23,24,
  25
**Arizona**  15:3
**Article**  13:20
**Association**
  15:25

**B**

**bad**  11:2
**ballot**  11:19,
  24 12:12,13,
  16 13:13,14
**ballots**  12:6,
  23,24 14:22
  15:1,5,9,10,
  15,17,18
**Biden**  12:25
  14:19 15:11,
  12
**bit**  11:20
**boom**  12:22
**box**  12:16
**brought**  14:18

**C**

**call**  11:21
**called**  12:19
  13:2
**calumnies**
  14:13
**catch**  14:19
**catching**
  15:11
**caught**  15:13
**cheating**  11:7
  12:5 13:6
  15:11
**cities**  11:14
**Citizens**
  15:25
**Clause**  13:21

**close**  11:23
**closed**  13:9
**cloud**  12:14
**Compare**  15:16
**Constitution**
  14:12,15
**constitutional**
  14:9
**control**  11:15
**convictions**
  12:3
**corrals**
  11:17,18
  12:11
**corrupt**  11:14
**counted**  14:19
  15:16
**counting**
  12:19
**country**  12:4
  15:6
**County**  12:8
  15:3,4
**courage**  14:10
**court**  13:5
**courts**  12:9
  13:7 15:21
**covering**
  15:22
**cows**  11:16
**create**  12:14
**crooks**  12:20
**cuff**  11:21

**D**

**DC**  14:1
**decided**  11:12
**defamation**
  14:13
**deficit**  14:20
**Delaware**  12:7
**democrat**  12:1
  14:14
**democrats**
  11:11 14:2,4

**15:7**

**E**

**election**
  12:3,15
  13:23,24
**elections**
  13:23
**employee**  12:1
**encounters**
  11:22
**envelopes**
  15:20
**event**  14:7
**evidence**
  13:3,18 15:21
**evil**  13:8
**exact**  13:12
**exclude**  11:13
**executed**
  11:11
**eyes**  13:8

**F**

**fact**  14:8
**facts**  13:9
**false**  14:1
**fastest**  15:25
**fist**  11:21
**fool**  12:5,6
**fraud**  12:3,9
**fraudulent**
  13:24
**friends**  15:23
**furiously**
  13:13

**G**

**good**  12:13
**guard**  14:12

**H**

handwriting
  11:5
happen  11:7
hear  13:2,8
hearing  13:16
  14:2
helping  15:22
hiding  15:21
Hold  14:12
honest  12:1,
  13
hundreds
  13:3,4

**I**

inspectors
  11:14

**J**

join  15:24
judge  13:22
justified
  14:8

**L**

leading  12:20
learn  13:17
legislature
  13:19 14:7
letting  12:12
Liar  13:3

**M**

mail-in  11:24
  15:5,9,10
make  12:21
  13:23 14:24
margins  15:15

Maricopa  15:3
mass  11:13
  14:11
Mature  15:25
media  13:6
  14:11
members  13:20
method  15:11
Michigan
  14:17
middle  14:18
miles  15:6
millions  15:9

**N**

night  14:18
  15:13

**O**

oath  14:3,5
objection
  11:2,20
open  11:7,8
order  14:19
outcome  14:9

**P**

panic  12:21
party  14:14
Pennsylvania
  12:18 13:19
  14:7
perfectly
  14:8
person  11:5
  13:11
Philadelphia
  11:24,25
  12:2,6
phony  12:9,24
physical
  11:21

Pima  15:4
Pittsburgh
  12:7
place  13:6
plan  11:12
plenary  13:22
position
  13:25
possibly
  11:19
power  13:22
practicing
  13:8
precisely
  11:11
preserve
  15:23
President
  12:19
press  14:14
prevent  11:6
primary  15:11
pristine
  12:13
problem  12:14
process  15:5
produced  14:2
proof  12:17
prosecuted
  14:6
prove  13:15
proving  13:2
pumping
  12:23,24
purpose  15:2
push  11:15
pushing  11:22
  12:11
put  11:2,3,
  16,17,18,25
  12:14 13:14
putting  13:13

**R**

ready  13:4
republican
  11:13
republicans
  11:23 12:11,
  22 15:4,8
responsibility
  13:20,22
returns
  13:24,25

**S**

save  14:15
secretly
  11:25
Section  13:21
shoving  11:22
show  15:18,
  19,20
shut  15:4
Signature
  11:2
signatures
  15:19
single  11:23,
  24 15:14
specific
  13:10,11,15
spot  13:12
start  12:23
statement
  14:1
states  11:10
  15:2,13
stick  14:11
stop  12:22
stopped  13:7
stuff  12:16
stupid  12:15
submitting
  13:25

**supposed**
 13:14
**swear**  13:5
 14:5
**swore**  14:3
**system**  14:6

___

### T

**telling**  13:1
**thing**  14:4,17
 15:2,3,4,6,7
**things**  15:1
**thousands**
 14:21 15:6
**time**  11:11,12
 12:25
**times**  12:25
 13:13 15:16
**trashed**  14:16
**trouble**  12:10
**Trump**  12:19,
 25
**Tuesday**  15:13

___

### U

**unfair**  14:6

___

### V

**viciousness**
 14:14
**viewed**  11:25
**viewing**  15:5
**vote**  14:20
 15:16
**votes**  11:4
 14:18

___

### W

**Washington**
 13:24 14:1
**watched**  13:5

**wide**  11:7,8
**Wisconsin**
 14:21
**witnesses**
 13:4 14:3
**wrong**  11:3
 14:25

___

### Y

**Yup**  11:17