# Exhibit 203

screenshot-twitter.com-2021.01.22-23_23_26
https://twitter.com/RudyGiuliani/status/1334286767080558592
22.01.2021

 **Rudy W. Giuliani** ✔
@RudyGiuliani

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀○○○

MUST WATCH: The ANSWER Exists In The
CONSTITUTION

Rudy Giuliani's Analysis Here: youtu.be/81hlgki4hk0



7:02 PM · Dec 2, 2020 · Twitter for iPhone

**6K** Retweets    **475** Quote Tweets    **21.8K** Likes

                    ♡