# Exhibit 204

```
 5           FILE NAME:
 6              9.
 7  Https://app.criticalmention.com/app/#clip/view/70ebddad-8d
 8  73-4e94-8a7c-7a1897437d92?token=9667991d-a9cf-4554-89fc-
 9              7585a7734f37
```

13       TRANSCRIPT OF VIDEO-RECORDED INTERVIEW
14              RUDY GIULIANI
15              STEPHANIE HAMILL

24  Transcribed By:
    TERRI NESTORE
25  CSR No. 5614, RPR, CRR

1        STEPHANIE HAMILL:  Approximately 6,000 ballots,
2  for a total of about 24,000 potential votes.  Meantime,
3  members of the house Freedom Caucus are putting pressure
4  on the Department of Justice to investigate the growing
5  claims of voting irregularities in the 2020 election.
6        Joining me now from Washington, D.C., former
7  mayor of New York City and attorney for President Trump,
8  Rudy Giuliani.  Mayor, it's great to see you.
9        I have to ask you, I keep hearing this narrative
10  over and over again that there was no voter fraud in this
11  election, yet we're being slapped in the face with
12  evidence of voter fraud.  I mean, these aren't just random
13  people that are just saying things, these people signed
14  affidavits, and they have a lot to lose if they're lying.
15        RUDY GIULIANI:  I'd say right now, Stephanie,
16  there are 700 affidavits from five states that involve
17  eyewitness testimony to acts of fraud played out by the
18  Biden people and the democrats, and 300 more that raise
19  very, very substantial doubts; five very, very well
20  regarded studies that prove that the machines were misused
21  and that the vote was miscounted; and now an eyewitness --
22  remarkable tape that you don't get in most cases.  I mean,
23  this is like a bank robbery case, where all of a sudden,
24  at 3:00 o'clock in the morning, when they get rid of the
25  republicans and everybody else, the ballots get taken out

1  from under a table that was there all day, hidden there

2  all day, and then they furiously start counting it and

3  they come up with at least -- I did a calculation of it --

4  they come up with at least 60,000 new votes, which is more

5  than the margin of victory.

6           STEPHANIE HAMILL:  So Mayor, you're saying that

7  they didn't just have some vacation clothes in those

8  suitcases and they weren't going to just take off on a jet

9  on a trip somewhere?

10          RUDY GIULIANI:  Not unless they wear paper.

11          STEPHANIE HAMILL:  Yeah, exactly.

12          So Mayor, we were told that this was like the

13 most secure election in U.S. history, by officials.

14          What do you say to that?

15          RUDY GIULIANI:  Either they are the most

16 incompetent officials we've ever had or they're in bed

17 with Dominion and the phony companies who were involved,

18 and getting paid millions to help Biden win.

19          STEPHANIE HAMILL:  Yeah.  I guess my question --

20          RUDY GIULIANI:  This was by far, without any

21 doubt, the election that was -- had the most fraud

22 involved in it than any that I can recall in American

23 history.  And now with the tape, I mean I've never seen

24 anything like that before.  There you have it.  I mean

25 they're counting the votes all day.

1       First of all, if you look at the room, the
2  observers are a football field away from what they're
3  supposed to be observing.  So all day they weren't able to
4  observe any of the ballots.  So there could have been
5  200,000 phony ballots put in during the day.
6       Then they got everybody out, they told them it
7  was closed down, you can see it closed down and all of a
8  sudden the lady who originally brought the ballots in at
9  8:30 in the morning and put them under this table with the
10 black cloth under it, which looks like a hearse, by the
11 way -- she and this other guy start pulling out reams and
12 reams of ballots and furiously handing it to the counters,
13 and pointing at them, like get that counted quickly, get
14 that counted quickly.
15      So we figure there are 3,000 per hour, there were
16 five machines doing it and that would give you a bare
17 minimum 30,000 illegal votes, which is way over the 10,000
18 that Biden won by.
19      There's also 196,000 votes, mail-in votes, for
20 which there's no evidence they were ever received.  In
21 other words, when a mail-in vote comes in, you note the
22 serial number.  Well, these votes did not come in that
23 way, they came in over the transom, I guess, or they were
24 handed to somebody on the highway or maybe those are the
25 ones that were under the table, being hidden all day.

1      You know, Stephanie, that they're not going to
2  count legitimate votes by what you see on that video.
3      That's -- you're counting totally blatantly false
4  votes, if you're going through the trouble of doing it at
5  1:30 in the morning and throwing everybody out.
6      STEPHANIE HAMILL:  Mayor, explain how you guys
7  got the video, because it just came out the other day and
8  I know people had been requesting it.  So why was it so
9  difficult for you guys to get your hands on these videos?
10     RUDY GIULIANI:  Because they're being covered up.
11 Everything's being covered up.  They want to know why we
12 haven't made progress.  We've made unbelievable progress,
13 given the fact that we have no subpoena power, we have
14 everybody covering this up, the networks cover it up, a
15 lot of law enforcement covers it up.
16     We can't find a law enforcement agency that will
17 really do its job.  I mean, this should have involved a
18 raid this morning on the Fulton County office.
19     Gosh almighty, that's what they did to Manafort.
20 That's what they did to Roger Cohen.  That's what they did
21 to Roger Cohen, months after the crime was committed.
22     And then at 4:00 o'clock this morning they should
23 have been in the Fulton County office, taking every darn
24 machine they had.
25     STEPHANIE HAMILL:  Roger Stone, and the raid that

1  happened at his house, I believe it was in Florida.  I
2  looked at the tapes of that, and it was like worse than
3  the raid they did on El Chapo many years ago.  It's really
4  incredible how they treat people in the Trump orbit.  And
5  you're right, Mayor, the question is where is the DOJ?
6          RUDY GIULIANI:  Look what happens when they have
7  a bank heist.  This looks like a bank heist.  If you don't
8  move immediately on this, I don't know why you're the FBI.
9          I mean, this -- there's no doubt about this.
10         There's no doubt they're counting phony ballots.
11         You don't do it at 2:30 in the morning and throw
12 everybody out.  You would have to be foolish to think
13 there's any other purpose to it.
14         STEPHANIE HAMILL:  Yeah.
15         RUDY GIULIANI:  So now go get those -- they
16 waited too long already but you never know, they may have
17 left something behind.  Everything should have been
18 confiscated.  Everything should have been seized.
19         Of course it should have been done two weeks ago.
20         But we don't have an FBI.
21         STEPHANIE HAMILL:  So the FBI is not doing
22 anything looking into voter fraud right now, is what
23 you're saying?
24         RUDY GIULIANI:  I just don't know.  I did this
25 work for 17 years.  I can't imagine not jumping on that

1 within two minutes of seeing it.

2 STEPHANIE HAMILL: It must be really

3 frustrating --

4 RUDY GIULIANI: It is.

5 STEPHANIE HAMILL: -- to have all of this

6 evidence and witnesses that are willing to come forward or

7 have come forward, and nothing's really being done -- and

8 you've been around from state to state. I watched the

9 Michigan hearing, I watched the Arizona hearing, I watched

10 the Georgia hearing. Many, many hours.

11 What do you think are the biggest takeaways, and

12 then what are the next steps?

13 Will you continue to do election hearings?

14 It feels like we're running out of time.

15 RUDY GIULIANI: The next step is to pray to God

16 to give some of our republican members courage; to have

17 courage to respond to the chicanery and stealing by the

18 democrat party. The democrat party takes advantage of us

19 because they feel we're suckers.

20 And I sat there in Michigan and I watched these

21 republican legislators so pained, finding it so difficult

22 to do what they have to do.

23 You know, sometimes in this government, you're

24 the one that's called upon to make the difficult decision.

25 The Constitution of the United States puts the finger on

1  the State legislature, under Article II, Section 1,

2  Clause 2 of the Constitution.

3         There's evidence now that every one of these

4  State legislatures should have a special session, call

5  these witnesses, put 'em under oath.  Each one of them

6  could make a finding that Biden lost that vote by well

7  over hundreds of thousands of votes.

8         I mean, Georgia is just a -- it's a one-day

9  hearing.  Those votes alone disqualify Biden.  Right

10 there, that's it, gone, he didn't win Georgia.

11        STEPHANIE HAMILL:  How concerned are you about

12 the Georgia Senate runoff?  So there was a "Stop the

13 Steal" rally the other day and attorney Lin Wood, who is

14 one of President Trump's attorneys, he's been a Trump

15 supporter, if you will, he was under fire for suggesting

16 people shouldn't even -- republicans shouldn't even go out

17 to vote.  I think that's a bad move, but I can see where

18 he's coming from, is that there's frustration that there

19 was voter fraud in Georgia, nothing's being done, a lot of

20 the republicans have abandoned President Trump in this,

21 and a lot of people are wondering if their vote is going

22 to count.  What's your reaction to what he said at the

23 "Stop the Steal" rally?

24        RUDY GIULIANI:  I don't think Lin should have

25 said that.  I think people should vote for the two

1 republicans in that race, to save us from the devastation

2 of what the democrats want to do to us, which is to make

3 us a socialist country and to increase our taxes to 70 or

4 80 percent, to give money away to Iran, to endanger our

5 security in north Korea and to put a total incompetent in

6 the Whitehouse, a man who probably is going to be out

7 within two years, based on dementia.  Of course they

8 should vote for these two republicans.

9       On the other hand, I can understand the

10 frustration of the republicans.  They feel they're being

11 double-crossed by the professional republicans.  They

12 feel, and they know now, they voted for Donald Trump and

13 the professional republicans don't have the guts to stand

14 up and say that.  And Professor Eastman told them last

15 night bluntly, you've got the power to do it, you've got

16 the evidence to do it, the ball is in your court and now

17 the question is, do you have the will to do it?

18      STEPHANIE HAMILL:  Yeah.

19      RUDY GIULIANI:  I am praying that they do.

20      I'm praying that they have the will to do it.

21      I mean, courage is a rare commodity but it's

22 probably the thing that God rewards the most.

23      STEPHANIE HAMILL:  Yeah, and you know a lot about

24 courage because you took down the mob, and now we have you

25 here exposing the voter fraud happening.

1  (End of recording.)

Case 1:21-cv-00213-CJN  Document 2-139  Filed 01/25/21  Page 11 of 12

C E R T I F I C A T E

I, TERRI NESTORE, Certified Shorthand Reporter/Transcriptionist, do hereby certify that I was authorized to transcribe the foregoing recorded proceeding, and that the transcript is a true and accurate transcription of my shorthand notes, to the best of my ability, taken while listening to the provided recording.

I further certify that I am not of counsel or attorney for either or any of the parties to said proceedings, nor in any way interested in the events of this cause, and that I am not related to any of the parties thereto.

Dated this 12th day of January, 2021.

_____
TERRI NESTORE, CSR 5614, RPR, CRR