# Exhibit 205

1

2

3

4   IN RE:

5   12 Rudy Giuliani, Uncovering the Truth

6   With Rudy Giuliani and Dr. Maria Ryan,

7   77WABC (Dec. 6, 2020) (Washington, D.C.), available at,

8   https://wabcradio.com/podcast/

9   Uncovering-the-truth-with-rudy-giuliani-maria-ryan/

10   _____

11

12   FILE#:              12

13   DATE:                December 6, 2020

14

15   TRANSCRIBED BY:      Lourdes Alvarado, Court Reporter

16                 U.S. Legal Support, Inc.

17

18

19

20

21

22

23

24

25

1     MALE VOICE:  Hoaxes and other fake news stories.

2   This is Uncovering the Truth with Dr. Maria Ryan and

3   Rudy Giuliani.

4     FEMALE VOICE:  Guarding against misinformation.

5     MALE VOICE:  Fake news.

6     FEMALE VOICE:  And it doesn't seem to be making a

7   difference.

8     MALE VOICE:  Using common sense thinking with New

9   York's street smarts.  Now with Dr. Maria Ryan, here's

10  Rudy Giuliani.

11    DR. MARIA RYAN:  Good morning, everyone.  How are

12  you doing?

13    Good morning, Mr. Giuliani.

14    RUDY GIULIANI:  Good morning, Dr. Ryan.  Good to

15  see you.  We're together in DC on a cool, but nice day,

16  in Washington DC.  Although the atmosphere -- weather

17  wise it's beautiful.  The mood here, um, a great deal

18  of consternation, a great deal of worry, a great deal

19  of fear about what's going to happen.  And maybe we can

20  shed some light on it for people.

21    DR. MARIA RYAN:  Yeah, it's really interesting.

22  People who don't get involved in politics and really

23  haven't been following any of the news.  Of course if

24  they're watching certain channels they don't know

25  what's going on.  But all of a sudden, there is a --

1   people are realizing, wow, there is a lot of --

2   everybody is calling it irregularities.  Hey, let's

3   call a spade a spade, fraud.  People are recognizing

4   that there is a lot of fraud in many states.  And we're

5   actually going to talk about that today.

6       Our episode is called Stop the Steel.  But I just

7   want to go over last week's question, which was should

8   state legislators appoint new electors if they suspect

9   fraud.  91.86 percent of you said yes and 8.14 percent

10  said no.  Last week we did talk about the -- who has

11  control, who really can look at these fraud allegations

12  and do something about it.  And, clearly, the

13  Constitution says it is the state legislators.  So,

14  certainly people want them to stand up and do what is

15  right.

16      But, Rudy, we were going to talk about, there is a

17  video going on.  There is many videos out there.  But

18  there is a video that's on your Twitter, which is at

19  Rudy Giuliani.  And I would like you to describe it to

20  the people.

21      RUDY GIULIANI:  If you have Twitter available, I

22  would ask you to go to Twitter and you'll see the very

23  top thing on Twitter is a podcast about this.  And I

24  invite you to listen to it later.  It will describe the

25  whole heist, and the way it happened.  But if you go

1   down about 10 -- no, 12, a little further, there we

2   are, it looks like a bunch of little ants walking

3   around.  And then a little further down there is a

4   split screen that has four --

5       DR. MARIA RYAN:  Boxes like, yes.

6       RUDY GIULIANI:  So what is it?  It's a camera.

7   It's a security camera.  Four security cameras, which

8   they didn't know were in the ballot counting room.  So

9   these very, very crooked democrats --

10      DR. MARIA RYAN:  In Georgia.

11      RUDY GIULIANI:  In Georgia.  And they began before

12  8:30 in the morning.  At 8:30 in the morning, the woman

13  who you will see take the ballot out originally at

14  11:30 at night, at 8:30 in the morning she put all the

15  ballots in under a table which has a black covering

16  over it.  It has a black covering right over it.  And

17  the ballots were hidden under there for the whole day,

18  the whole day the ballots were hidden under there, when

19  the reporters and the inspectors were all in the room.

20      When the reporters and inspectors were thrown out,

21  they waited about a half hour.  They checked the room

22  carefully.  They locked the doors.  And then

23  immediately she went to the black table that was

24  covered with a cloth, went under it, and pulled the

25  tray out.  And the tray seemed to have a guide on it to

1  what was under it.  And then immediately she came over,

2  the two woman are involved.  The second woman came over

3  and took a basket of -- or a tray full of ballots.

4  Looks like about 2000, 3000 ballots, and brings them to

5  the back where they can be counted with nobody around.

6  Then another woman comes and takes another basket,

7  brings it to another place to be counted.  Then another

8  woman and then a man.  They do it all within four

9  minutes.  Nobody there.  Nobody watching.  Done

10  secretly.  You can see at times that ballots are being

11  double counted, being put in a few times.

12      When they tell you there is no evidence of fraud,

13  please, please, take this and shove it down their

14  throat.  I mean, this is about -- I've never seen

15  anything as clear as -- at stealing votes than this and

16  the FBI hasn't arrested anybody, hasn't raided anybody,

17  hasn't -- these two women also, there is another tape

18  with them.

19      DR. MARIA RYAN:  Yeah, if you go to -

20      RUDY GIULIANI:  Involving -- using USBs to invade

21  the Dominion machines, which is also illegal.  I mean,

22  these woman are serial criminals.  And they just walk

23  around free.  They got a new election coming up.

24  They're planning on cheating in that election.  The

25  stupid governor won't call a special session.  What do

1  they like, to be cheated?  I mean --

2     DR. MARIA RYAN:  This is so egregious.  And more

3  and more videos are coming out.  And this is by a

4  security film.  And we have heard this repeatedly

5  through many states, that the GOP or republicans, they

6  don't even have to be republican, but if they were

7  definitely not a democrat observer, they were kicked

8  out.  They were relegated to a corner.  If they asked

9  questions, sometimes they would be escorted out in

10  handcuffs where the democrat observers would cheer.

11     But this video that Rudy described is so

12  egregious.  So, again, just to recap.  They kicked out

13  the republican observers.  Waited 'til the media left,

14  some supervisors, and they go under this table.  And

15  this is all around.  Remember, we were hearing there

16  was a big leak, some kind of pipe burst in Georgia and

17  they had to stop, you know, counting?  That was total

18  fabrication.  Like there was a little something with a

19  toilet.  But they did that so everybody would shut

20  down.  It was reported on air.  They were shut down.

21  But, clearly, these people stayed.  Hidden ballots were

22  taken out, run through -- some were run through again.

23     Listen, and I mean this to the bottom of my heart,

24  if this happened to Biden, even though I am a

25  conservative, I would be deeply concerned.  We should

1  all want voter integrity.  Joe Biden should be standing

2  up and saying, "Okay.  Let's investigate everything.

3  We need voter integrity.  We really do."

4      I do not have a Twitter feed like Rudy.  Rudy's

5  got over a million followers and I'm fairly new to it.

6  But if you go to @mariaryannh, which stands for the

7  great State of New Hampshire, I too hosted yesterday

8  two videos, again, from Georgia, but looking at these

9  people who seem to be conspiring to run more ballots

10  over and over again.  Why is that?

11      Many great people have stood up and have testified

12  and told what they've seen.  And data analysts have

13  come forward with all the irregularities.  And the

14  reason why we believe this is a conspiracy is because

15  it happened over multiple states.  We've always had

16  some fraud in our elections, but never --

17      RUDY GIULIANI:  Nothing like this.

18      DR. MARIA RYAN:  Never like this, where it seems

19  in multiple states certain people were told to back

20  date ballots.  If it came in on the 5th or 6th, oh, no,

21  right this second and they would be threaten.  Where

22  we've had mega, or as the President would say, huge,

23  ballot harvesting, which is illegal in most states,

24  where you go out to nursing homes and you say, "Oh, I

25  can help you with your ballot.  I'll take it in for

1  you."  And oftentimes those ballots are changed.

2      We have the data analysis telling us -- what is

3  that term, Rudy, "downward" --

4      RUDY GIULIANI:  Spiral?

5      DR. MARIA RYAN:  No, with -- usually if -- so,

6  President Trump is pretty darn popular and so if people

7  usually vote for the --

8      RUDY GIULIANI:  Down ballot.

9      DR. MARIA RYAN:  -- for the president.  Down

10  ballot, yes, yes, that's it.  So down ballot.  There

11  were so many people who alleged voted for Biden, but

12  republican all throughout the rest of the ticket.  And,

13  again, happening in multiple states, which seems very,

14  very odd.

15      So, we have people trying to fight for justice in

16  all these --

17      RUDY GIULIANI:  And they're getting their heads

18  kicked in.

19      DR. MARIA RYAN:  Yeah.

20      RUDY GIULIANI:  They're getting their heads kicked

21  in and the media is ignoring it.  And in places like

22  Fox, it's been debunked.  Nobody's debunked this.

23      DR. MARIA RYAN:  Nobody's debunked really any part

24  of it.

25      RUDY GIULIANI:  The minute it was shown in the

1  Georgia legislature, one of the democrats said it's

2  been debunked.  They had never seen it before.

3    DR. MARIA RYAN:  That's the new word to try to

4  fool the American public.

5    RUDY GIULIANI:  There is no way you can debunk

6  this.  They are literally taking ballots out from under

7  a table in the middle of the night, with the doors

8  closed, with the inspectors gone, and counting the

9  ballots.  You don't do that if it's something honest.

10  You don't throw the inspectors out and do it in the

11  middle of the night if it's honest.  Do they think

12  we're stupid?  Yes, we are stupid.

13    So, the republican legislature in Georgia, thank

14  God, has awakened.  Yesterday they began a petition to

15  have a special session of the Georgia legislature,

16  December 8th or 10th, I think, in order to vote.

17    DR. MARIA RYAN:  Yeah.  And that's great.  Because

18  they need to come in and really look at what's

19  happening.  And, my God, I've never seen anything like

20  it.  I helped the legal team right after the election

21  for a week just fielding the call from you, American

22  citizens, who were so concerned.  Stories how I went to

23  vote and they told me I already did.  Or they learned

24  that their dead grandfather voted.  Or they saw -- they

25  were an observer and they saw pristine ballots with

1  just one thing on it, one thing, nothing else circled,

2  just for Biden.  Pristine.

3      RUDY GIULIANI:  I think when you see this, what

4  you are looking at are professional, professional, vote

5  thieves.  These are people who make it a profession to

6  steal votes and to steal elections.  These votes, just

7  in that period of time that you see in this video, are

8  enough to turn the election from Trump -- from Biden to

9  Trump.  Just this alone.

10     DR. MARIA RYAN:  Yeah.  Never mind the illegals --

11     RUDY GIULIANI:  Never mind 200,000 others.  The

12  illegals that voted.  The dead people that voted.

13     DR. MARIA RYAN:  Yeah.

14     RUDY GIULIANI:  The out of state people that

15  voted.  People who voted three times.

16     DR. MARIA RYAN:  Yeah.  And the allegations --

17     RUDY GIULIANI:  The Georgia election was

18  completely out of control and their governor -- and

19  their secretary of state, I don't know what he is, and

20  the governor is frightened.  So, the state legislature

21  has stood up and said, "under the Constitution we have

22  the power.  We're taking over."

23     DR. MARIA RYAN:  Got bless them.

24     RUDY GIULIANI:  So, let's see what they do.  Et's

25  see what they do.

1    So you hang on and you get ready to give us a call

2  at --

3    DR. MARIA RYAN:  1-800-848-9222.  Or

4  1-800-848-WABC.

5    MALE VOICE:  This is Uncovering the Truth with Dr.

6  Maria Ryan and Rudy Giuliani.

7    FEMALE VOICE:  Guarding against misinformation.

8    MALE VOICE:  Fake news.

9    FEMALE VOICE:  And it doesn't seem to be making a

10  difference.

11    MALE VOICE:  Now, with Dr. Maria Ryan, here's Rudy

12  Giuliani.

13    RUDY GIULIANI:  This is Rudy Giuliani back with

14  Dr. Maria Ryan.  And we're going to go to the Tunnels

15  to Towers Foundation hotline.  The Tunnels for Towers

16  Foundation is honoring America's heroes through the

17  season of hope.  Donate now at T2T.org.  That's T, the

18  number 2, T.org.  T2T.org.

19    So, why don't we start?  Maria, who do you want to

20  pick?

21    DR. MARIA RYAN:  Let's pick Judy from Brooklyn.

22    RUDY GIULIANI:  Okay.

23    JUDY FROM BROOKLYN:  Hey, good morning, guys.

24  Thank you so much for taking my call.

25    Okay.  I want to say that the social and

Case 1:21-cv-00213-CJN   Document 2-140   Filed 01/25/21   Page 13 of 49
File 12   Rudy Giuliani Uncovering the Truth
December 06, 2020                                    12

1  mainstream media and press suppression is a huge

2  problem in getting the truth out to the American

3  people.  And, Rudy, you're doing a fabulous job.  And I

4  really hope with divine intervention we're going to get

5  through better than ever and that President Trump will

6  be our president for another four years now, right now.

7       So, I have two questions.  I have two questions.

8  I hope you can answer them.  I'm sure you could.  First

9  question is, regarding the Dominion voting machines,

10  now we know they were designed to cheat with Hugo

11  Chavez and Maduro in Venezuela.  We know that they can

12  flip votes, because they did flip on one machine from

13  Trump to Biden 6,000 votes in one county or something.

14       RUDY GIULIANI:  Correct.

15       DR. MARIA RYAN:  In Antrim County in Michigan.

16       JUDY FROM BROOKLYN:  And they're also able to be

17  cyber hacked.  Okay.  So, my question is, how many

18  machines were there in all of these democratic states

19  all together, plus is Georgia going to use these

20  machines?  Which I hope they don't.  That's one

21  question.

22       Two, and this question is because I want to

23  educate Bill O'Reilly.  Okay.  He needs to be educated,

24  because with friends like him you really don't need

25  enemies.  Okay.

U.S. LEGAL SUPPORT
866-339-2608

1     DR. MARIA RYAN:  Okay.

2     JUDY FROM BROOKLYN:  I heard him say, "Wow, Biden

3   has like a few million votes more than Trump.  He'll

4   never catch up."  And I'm thinking, but that's the

5   point, Bill O'Reilly, there is a problem here because

6   the numbers don't add.  So, please help me.

7     Okay.  Let's go to Donald Trump winning 67

8   percent, but how many votes, probably two million a

9   head, on the night of the 3rd. Okay.  By the morning,

10   all of a sudden, in the same four swing states, I'm

11   talking about those four swing states that he was ahead

12   everywhere.

13     RUDY GIULIANI:  Right.

14     JUDY FROM BROOKLYN:  All of a sudden, according to

15   Bill O'Reilly Biden has like, what, a few million more.

16   How did that happen?  And it doesn't make sense because

17   these four swing states, according to the fraud, Biden

18   was ahead by, you know, a little bit more.  So, how do

19   the millions come in there?  It doesn't add up, Mayor

20   Giuliani and, Dr. Ryan.  Could you help me on these two

21   questions?

22     RUDY GIULIANI:  Sure.  I think the videotape can

23   help you more than me.  The videotape shows you and

24   O'Reilly how the ballots were made up.  They were phony

25   ballots hidden under tables brought in in sanitation

1  trucks, brought in in other trucks.  That's what they

2  did in Michigan, Philadelphia.  Here they hid it under

3  tables.  They just stuffed the ballot boxes.

4      DR. MARIA RYAN:  Yeah, they're so many ways this

5  has been accomplished, Judy.  And you're so right about

6  this Dominion software.  It's never been a good

7  software.  Texas refused to use it.  I don't know why

8  it was pushed on the American people, but I think it's

9  multi-factorial.  You know, the dead voted again.  We

10  see that in every election, dead people voting.  The

11  ballot harvesting.  Some people directly cheating

12  putting in extra ballots.  I don't know if people were

13  paid or why they did it.  And then there is the

14  Dominion software.  And, I guess, you can design it or

15  you can hack it.  But you can design algorithms to

16  change votes or suppress votes.

17      The minute we knew that the democrats were trying

18  to steal this election, I was so concerned that we were

19  just going to go with recounts.  Recounts weren't going

20  to tell us anything.  So, the same fraudulent ballots

21  for Biden would be counted again.  And I believe Trump

22  ballots were destroyed in some cases.  So, just in

23  case, you know, people thinking, wow, if there is an

24  audit, we better really get rid of some of these votes

25  for Trump.

1    But it is so bad.  We need to do something after

2  this -- after all this is done, we need to do something

3  to get rid of those Dominion voting machines and get

4  tighter controls over our elections.  I have a lot of

5  people who are first generation Americans or, you know,

6  they themselves have come from other countries.  They

7  are bewildered that this can happen in America.  And

8  they're very scared that people can buy elections;

9  people can sway elections.  And none of us want to see

10  this happen again.

11    But as far as jumping back to your first question

12  about how many machines in Georgia, I'm not quite sure.

13  We do know 32 states are using the Dominion software.

14    RUDY GIULIANI:  Yes, some of them use it

15  completely.  Some of them use it for part of the state.

16  Like Arizona uses it for its biggest county, Maricopa

17  County.  Michigan uses it for most of Michigan.  That's

18  where the big problem took place.

19    The Dominion machine is a problem, but the mail-in

20  ballots and the way Dominion counted them is the real,

21  real problem.  The mail-in ballots are completely

22  fraud.

23    DR. MARIA RYAN:  Yeah.

24    RUDY GIULIANI:  I just saw something here, DeKalb

25  County now can't find receipts for about 200,000

1  absentee ballots.

2      DR. MARIA RYAN:  That's right.  And I'm sure we

3  will never find them.

4      RUDY GIULIANI:  This came across.  Yea, what's

5  different, 200,000 ballots?  I mean, the state was only

6  10,000.  Those people you see on tape are stealing

7  50,000 votes.  Biden only won by 10,000.  I mean, that

8  tape, that tape --

9      DR. MARIA RYAN:  Yup.

10     RUDY GIULIANI:  -- alone changes the election.

11  So, change it.  Have the guts to change it.  Let the

12  media go crazy.  They'll have to deal with the truth.

13  Oh, my God, they'll have to deal with the truth.

14     DR. MARIA RYAN:  Yeah, we got to move forward.

15      But let's go to Joe in the Bronx.

16     JOE IN THE BRONX:  Good morning.  I do have an

17  issue with regard to Joe Biden designating to replace

18  Mike Pompeo as Secretary of State.  His name is Tony

19  Blinken.  And for those who are not familiar with Tony

20  Blinken, he's basically a point man that is to say a

21  conduit for organizations, extremist organizations like

22  APAC, the American Israel Public Affairs Committee and

23  also for the Foundation for the Defense of Democracies,

24  which is the (unintelligible) conservative thinking in

25  Washington DC that's calling for a war with Iran.

1      Now, the question is, while Israel definitely has

2   an issue with regard to security vis-à-vis Iran, is it

3   in the United States' best interest to pick a fight, a

4   physical fight with the Islamic republic?  That's the

5   question.  And if so, what are the costs that are to be

6   entailed in such a fight?

7      Now, with regard to the first question, does the

8   United States have a vested interest in attacking Iran?

9   I would have to say adamantly the answer is no.  That

10   while it might be a threat to the national security of

11   Israel, that does not imply that that threat is

12   coterminous with American national interest.  It's

13   simply not the case.

14      And with regard to the, you know, the joint plan

15   of action, the treaty that actually monitored the

16   Iranian Nuclear Program --

17      DR. MARIA RYAN:  Yes.

18      MALE VOICE:  -- you have to remember that -- you

19   have to remember that the United Nations is inspecting

20   all of the nuclear facilities in Iran right now, as we

21   speak.  Even though the United States pulled out of the

22   treaty under the Trump administration, their facilities

23   are being monitored.

24      And our intelligence community, as far back as

25   2011, stated definitively that the Iranian Nuclear

1  Program --

2     RUDY GIULIANI:  I think we'll have a disagreement

3  about this, Joe.  I don't think much of Tony Blinken

4  either for other reasons.  But I don't think APAC is a

5  radical organization in any sense of the word.  Nor do

6  I think America's sole interest, national security

7  interest, with regard to Iran is Israel.  The Iranians

8  have killed an awful lot of Americans.

9     DR. MARIA RYAN:  Oh, my God, they hate us.

10     RUDY GIULIANI:  They even attempted to kill me

11  twice.  I have kind of a personal interest in it.

12  They've killed a lot of Americans over the years.  And

13  they've done a tremendous amount of damage to us by

14  sponsoring terrorism all over the world.  And I can't

15  believe that you would have supported that agreement

16  that ended up giving over a billion dollars in cash.

17     DR. MARIA RYAN:  Our tax dollars.

18     RUDY GIULIANI:  A billion dollars in cash to a

19  terrorist regime.

20     DR. MARIA RYAN:  That they used on us, weapons on

21  us.

22     RUDY GIULIANI:  That's whacky.

23     DR. MARIA RYAN:  That's John Kerry, Obama.  But I

24  can say we, both Rudy and I, know a group of freedom

25  loving Iranians who told us that was all a sham, that

1  nuclear deal, that things were still happening.  It was

2  a piece of paper.  That's all it was.

3     RUDY GIULIANI:  We'll be back with the Tunnels of

4  Towers Foundation hotline.  And you line up, we got a

5  lot more questions coming.

6     MALE VOICE:  Hoaxes and other fake news stories.

7     FEMALE VOICE:  People don't know if the videos

8  that they're watching are real.

9     MALE VOICE:  This is Uncovering the Truth with Dr.

10  Maria Ryan and Rudy Giuliani.

11     MALE VOICE:  These fake news stories affected the

12  election.

13     MALE VOICE:  Now, with Dr. Maria Ryan, here's Rudy

14  Giuliani.

15     DR. MARIA RYAN:  Welcome back to Uncovering the

16  Truth.  We are talking about stopping the steal, the

17  mega evidence.  None of it has been debunked on voter

18  fraud in a presidential election.

19     RUDY GIULIANI:  More and more is mounting and

20  people are testifying left and right about ballots

21  stolen, ballots brought in trucks to strange places.

22  Ballots being filled out in the middle of the night.

23  Amounts that clearly implicate the margins between the

24  two candidates.  I mean, after all, some of these

25  states are very, very close.  Arizona is like 10,000.

1  Wisconsin is about 10,000.  Georgia is about 10,000.

2  You know, you fool around with 20,000 votes on an

3  election and the election changes.

4      Tunnels of Towers Foundation hotline right now.

5  And the Tunnels of Towers Foundation is honoring

6  America's heroes through its season of hope.  Donate

7  now at T2T.org.  That's T, the number 2, T.org.

8  T2T.org.

9      And we'll go to Pat in Buffalo, New York.

10      PAT IN BUFFALO, NY:  Hello.

11      DR. MARIA RYAN:  Good morning, Pat.

12      PAT IN BUFFALO, NY:  Hi.  Good morning.  Thanks

13  for calling my call.  Two things I'd like you to

14  comment on.  You know, Rudy, you just said about the

15  trucks in the middle of the night.  That's parallel to

16  what we saw with the table with the black cover.  It's

17  the same thing.  You know, hidden ballots brought in

18  the middle of the night when no one's looking.  So,

19  maybe you can connect the dots when you talk about

20  that.

21      And I know you have affidavits to that effect.

22  And I've seen some witnesses testify in different

23  states about that.  But if you can get that out there,

24  just like you did with the -- you know, that trucker

25  who came from New York and this table, the black table

1  cloth, if you can get that out there, these trucks in

2  the middle of the night and connect the dots and show

3  that it was, in fact, systemic, I think that would be

4  really important.  But, of course, the problem is the

5  mainstream media.

6      DR. MARIA RYAN:  Yeah.

7      JUDY FROM BROOKLYN:  So I was thinking maybe you

8  can use Kaylie (phonetic) or I don't know what other

9  means you have to get it out there.

10      RUDY GIULIANI:  Yes, yes.

11      DR. MARIA RYAN:  She's great.

12      RUDY GIULIANI:  She puts it out for us.

13      We'll connect the two.  And the reality is that

14  the ballots that were brought in in Pennsylvania were

15  at about 4:00, 4:30 in the morning.  There are 100,000

16  of them.  They were in three or four trucks and there

17  are four witnesses to that.  That one is not on

18  videotape, but we have four witnesses.  One of whom is

19  a Dominion employee.  And who was disgusted at how

20  Dominion cooperated in the fraud.  And then, of course,

21  the one in Atlanta, there are witnesses to it.  But

22  then, of course, we have the videotape, which kind of

23  seals the deal.

24      And also there is a similar -- there was a similar

25  infusion of ballots in Pennsylvania that we're trying

1  to get to the bottom of that may have involved that guy

2  who drove down from New York.  But there is something

3  they were doing all over the country.  Because they had

4  to furiously catch him up.  Because he was so -- Biden

5  was much furtherer behind than they thought he would

6  be.  And they had expected to pump in some phony mail

7  ballots vote.  They never thought they'd have to pump

8  in seven or 800,000.  300,000.

9     DR. MARIA RYAN:  Yeah.

10     RUDY GIULIANI:  400,000.  I mean, Trump really

11  trashed him.  And then they trashed us.

12     DR. MARIA RYAN:  There was this great video out

13  there.  I think it was actually CNN live the night of

14  the election.  And I forget what state it was.  It

15  could have been Pennsylvania.  And it had Biden's

16  numbers up there.  Trump's numbers up there.  While

17  we're all watching TV, you saw numbers taken from Trump

18  and given to Biden.  Like, that was live on TV.  It's

19  crazy.

20     RUDY GIULIANI:  Yeah.  I think there was a

21  decision made somewhere.  I don't know who runs this,

22  but they weren't going to let Trump win.

23     DR. MARIA RYAN:  No, I know.

24     RUDY GIULIANI:  Big tech, big media.

25     DR. MARIA RYAN:  Yeah.

1      RUDY GIULIANI:  Big business.  Big democrats.

2      DR. MARIA RYAN:  George Soros.

3      RUDY GIULIANI:  George Soros, who's --

4      DR. MARIA RYAN:  The devil.

5      RUDY GIULIANI:  Who's got a hand in a lot of this.

6   Man, I mean, if you think about it, when I sit there

7   and I show people this evidence and I hear them say

8   it's been debunked, it turns my stomach.

9      DR. MARIA RYAN:  You know, I want to say

10   something.  I don't know if it was a caller today or

11   last week talking about the courts.  I have to say when

12   Rudy went down to Pennsylvania, those judges didn't

13   allow the witnesses to come in.  So, when people keep

14   saying, "Oh, well, you know, there is so much fraud,

15   how come there has not been a win in the courts?"

16      RUDY GIULIANI:  No, judge has heard a witness yet.

17      DR. MARIA RYAN:  Right.

18      RUDY GIULIANI:  The only witnesses that have been

19   heard by the legislatures.  That's why we had to go to

20   the legislatures.  The courts will not let us put

21   witnesses on.

22      DR. MARIA RYAN:  So we have a problem here in

23   America.

24      RUDY GIULIANI:  So, how do the judges know whether

25   the witnesses are telling the truth or not, when they

1  don't put them on the witness stand.

2     DR. MARIA RYAN:  That's a big thing that we need

3  to let people know.

4     RUDY GIULIANI:  Well, let's try Joe in Virginia.

5     JOE IN VIRGINIA:  Good morning, Dr. Ryan.  And

6  good morning, Mr. Mayor.  You're doing an outstanding

7  job, a gentleman's job.  Thank you for being the person

8  that's speaking up for America.

9     I have two questions for you.  One of them is we

10  know that, according to the Constitution, these

11  legislatures have the plenary power to be able to do

12  what they have to do, as far as the electors are

13  concerned.  But being the fact that we have so many

14  wishy washy republicans that actually hate Donald

15  Trump, will they indeed do what they're required to do

16  by the Constitution, number one.

17     And number two, given that we have another runoff,

18  we have a runoff coming on January 5th.

19     DR. MARIA RYAN:  Right.

20     MALE VOICE:  Are there enough people that are

21  available that are going to be actual poll watchers

22  that will not be intimated, that will not be chased off

23  so that runoff can actually be seen as being, legal as

24  being proper.  And, also, that the American people will

25  have confidence in the fact that that was done

1  properly.

2      RUDY GIULIANI:  Well, you're right about

3  republicans being afraid.  A little bit has to do with

4  the fact that there are some anti-Trump republicans,

5  but that's a very small number.  Trump has 96 percent

6  support among republicans.  It really comes from the

7  fact that they're not as tough as the democrats.

8  They're just not as tough.  They don't like street

9  fights.  And, also, they won't do dishonest things,

10  which, of course, I respect.  I don't want them to do

11  dishonest things, but I don't want them to walk away

12  from things that are dishonest that they have call out

13  as dishonest and take the heat for being called liars

14  and whatever, traitors and nazis.

15      I mean, if they call me it's a badge of honor,

16  when they call me that, when people like that call me

17  that.  I know why they're doing it.  They're doing it

18  because I'm pointing out what crooks they are.

19      DR. MARIA RYAN:  Yeah, and they're trying to

20  discredit through all this chaos.

21      RUDY GIULIANI:  I don't know when we got all these

22  weaklings in the republican party.

23      DR. MARIA RYAN:  You have to stand up for what's

24  right.  And I know it's difficult.  And I don't want

25  any of your families to be threatened.  But if they

1  are, we need to call the police.  We need to call the

2  FBI.  We need to fight back for truth and justice.

3      RUDY GIULIANI:  You might as well get the threats

4  over now and not later.  Because they only get worse.

5  When you let this fester, if there are going to be

6  threats now in calling them out on being crooks, can

7  you imagine what it's going to be like if they're in

8  power for four years or eight years, what it's going to

9  be like to deal with?

10      DR. MARIA RYAN:  Oh, my God.  Yes.  Yes.  We'll

11  have no rights at all.

12      RUDY GIULIANI:  Read my book, leadership chapter

13  "Stand up to bullies."

14      DR. MARIA RYAN:  Very good.

15      RUDY GIULIANI:  Paula in Queens.

16      DR. MARIA RYAN:  Hello, Paula.

17      PAULA FROM QUEENS:  I have a few points, and I

18  would hope that you'll hear me out.  Also I wanted to

19  ask you, Mr. Mayor, is there a way to get in touch with

20  you by email or could I send, if I need to, because I

21  have a lot to say, a letter to you by the station?

22      RUDY GIULIANI:  You can send it to the station,

23  sure.

24      PAULA FROM QUEENS:  One thing I think is that they

25  should go back to the old lever machines.  I think they

1   got rid of those because they wanted to use this

2   current way of voting.  Because it allows for all this

3   fraud.  I think this was part of a scheme.

4       Also, I think that regarding -- there should have

5   been in all the swing states there should have been

6   surveillance cameras.

7       DR. MARIA RYAN:  Yes.

8       JUDY FROM BROOKLYN:  We should have made sure to

9   put them in and we wouldn't be in this predicament --

10      RUDY GIULIANI:  You're right.

11      PAULA FROM QUEENS:  -- now because we would have a

12  real footage, which would be proof we could take to

13  court.

14      And I think for the runoff in Georgia we

15  absolutely have to have surveillance cameras there.  We

16  insist on it.  There should be a camera.  It should be

17  date and time stamped so we can correlate things.  And

18  I think there should be a camera in the front of the

19  room so you can see the whole room, the counters and

20  what comes in and out of the door.  There should be a

21  camera in the back so you can see the watchers and the

22  counters and whatever irregularities you can see it on

23  tape.  And you can see --

24      DR. MARIA RYAN:  Yeah, just like in the casinos,

25  right?

1    PAULA FROM QUEENS:  Yeah, and you can see if

2   someone is putting one ballot into the machine many

3   times.  You could actually see, you know, if they're

4   discarding the envelopes with the dates and the

5   postmarks and signatures without checking anything.

6   Which is like discarding evidence, I would say, which

7   is illegal in itself.

8    And then there should be maybe a camera on

9   overhead, overhead on top of the counters and so you

10   can see the ballots and see what the markings are and

11   you can see if they're tampering with the ballots.  If

12   they're doing markings or doing something to make it

13   invalid, especially if it's for Trump.

14    And I think that there should be maybe people from

15   the Board of Elections, or whoever sends the

16   republicans poll watchers in the room because if any of

17   this happens again, and they can't get help or they're

18   escorted out in handcuffs, which is a disgrace, that

19   something could be done and effective at the moment, on

20   the spot, and not have to wait.  You don't take out

21   Binoculars, you go and call for help.  You take out a

22   phone.  So, somebody needs to be there to oversee all

23   this.

24    And I think too they should expand the criteria

25   for the absentee ballots to include people who are

1   afraid to come vote in person, because they're afraid

2   of catching the COVID virus.  And then this would

3   lessen the need for mail-in ballots, at least that part

4   of the population wouldn't have that excuse.  So, there

5   are extenuating circumstances with the pandemic, so I

6   think that the absentee ballot criteria should be

7   expanded to include them.

8       RUDY GIULIANI:  Well, I agree with everything but

9   probably the last part, expanding the absentee ballot.

10  I think the expansion of the mail-in ballot is part of

11  the problem here.  Particularly, it wasn't accompanied

12  by very strict procedures for security so that each one

13  of them -- each ballot was examined by a republican and

14  a democrat.  And that actually became the way in which

15  democrats were able to cheat by taking the number of --

16  for example, in Georgia four years ago there were 450

17  absentee ballots.  This time there were 1.8 million.

18  So, think about that.  All right.  That's a lot more to

19  cheat with.  The 450 there was a 6.5 percent rejection

20  rate.  1.8 million, there was a .2 percent rejection

21  rate.  Which means 450,000 ballots they rejected six

22  and a half percent.  18 million they rejected none.

23  None.

24      So, yeah, you can have absentee ballots, but you

25  better have a heck of a security system because

1   absentee ballots in the words of every expert on

2   voting, including Jimmy Carter, Baker, Justice Souter,

3   textbooks on voting is the most prone to fraud of any

4   other form of voting.  And, boy, we showed it this

5   time.  We really, really showed it this time.

6       DR. MARIA RYAN:  I do hope Georgia is taking a lot

7   of precautions and heeds your advice, Paula.

8       I do know that Stacy Abrams non-profit group,

9   where she has raised a lot of money, is being

10  investigated.  She has made statements, like she's got

11  600,000 ballots ready to go.  What does that mean?

12  Some people have interrupted it as that she's

13  encouraging people to move into Georgia for a limited

14  time just to vote.  But it is being investigated.

15      And I call on the FBI, Department of Justice to

16  take a hard look at all these allegations.

17      RUDY GIULIANI:  Yeah.  And how about everybody has

18  to have a photo ID when they vote.

19      DR. MARIA RYAN:  Why not?  We have to have a photo

20  ID when we fly, everything else.

21      MALE VOICE:  This is Uncovering the Truth with Dr.

22  Maria Ryan and Rudy Giuliani.

23      FEMALE VOICE:  Guarding against misinformation.

24      MALE VOICE:  Fake news.

25      FEMALE VOICE:  And it doesn't seem to be making a

1  difference.

2      MALE VOICE:  Now, with Dr. Maria Ryan, here's Rudy

3  Giuliani.

4      RUDY GIULIANI:  Well, now it's time for our

5  closing arguments, which is brought to you by Global

6  Security Solutions for all of your security and

7  investigative needs when you need results, Global

8  Security Solutions.come.

9      Well, this has been a very, very interesting and

10  very important show.  I've never seen such evidence of

11  voter fraud.  Never believed it was this extensive.  I

12  always knew it happened.  I always knew the times

13  minimized it.  I always knew the times minimized it,

14  but I never realized it was as extensive as this.

15      Maria, the question for today is, should Georgia

16  award the election, the Georgia legislature, award the

17  election to Trump?

18      And I'll have Maria give the closing argument.

19  And, you know, then you vote at WABCradio.com up to

20  Wednesday night.

21      DR. MARIA RYAN:  Yes.

22      Well, let's look at what we have in Georgia, and

23  in many other states, but we're talking about Georgia

24  right now.  A state that President Trump has done very

25  well in.  He's really popular.  And, look, at the

1  evidence that the people -- this isn't Donald Trump

2  making it up.  This isn't Rudy Giuliani making it up.

3  The people are crying out for us to look at what went

4  on in Georgia.  There are several videos.  Look at

5  Twitter @Rudy Giuliani.  Look at that video he

6  described earlier.  @MariaRyanNH, look at additional

7  videos all in Georgia.  The fact that there was so many

8  pristine ballots, they weren't folded to go in an

9  envelope.  Almost like they were brought in in stacks

10  that had Biden only.  Look at the rate in some of the

11  analytics that have gone on in the Georgia, and other

12  state elections on the variabilities and where we had

13  spikes.

14      So, when President Trump was ahead we could see in

15  the middle of the night, 4:00 a.m., a large spike of

16  votes all of a sudden went to Biden.  So, there is a

17  multitude of evidence in Georgia.  Recounts don't work,

18  as I said earlier.  You could be recounting the same

19  fraudulent ballots.  And if President Trump ballots

20  were destroyed, we can't find them again.  So, there

21  needs to be forensic audits, etcetera.  But time is

22  running out.  So, who has the power?  Who did the

23  Constitution say has the power?  And that is the state

24  legislature.  So, it is up to you to weigh in on that.

25  Should Georgia award the election to Trump?  Yes or no.

1  WABCradio.com.

2     RUDY GIULIANI:  If you agree with that, write to

3  the Georgia legislature.

4     DR. MARIA RYAN:  We need your help.

5     RUDY GIULIANI:  Yeah.  And write to the Arizona

6  legislature.  And write to the Michigan legislature.

7     DR. MARIA RYAN:  Yep.

8     RUDY GIULIANI:  And write to the Wisconsin and

9  Pennsylvania legislature.  And tell the republicans,

10  you know, wake up.  You know, like in the Godfather

11  when the Godfather gets the singer and he slaps him

12  across the face and says --

13     DR. MARIA RYAN:  Yes.

14     RUDY GIULIANI:  And says, "Be a man.  Be a man."

15     Man, I sat there in a couple of these hearings and

16  the democrats were animals.  And the republicans were.

17  Man, I don't want us to be like that, I really don't.

18  But I do want us to be not taken advantage of.

19     DR. MARIA RYAN:  Right.

20     RUDY GIULIANI:  And I don't want to see our people

21  taken advantage of.  I put witnesses on the stand who

22  had to be protected by the police.

23     DR. MARIA RYAN:  That's terrible, Rudy.

24     RUDY GIULIANI:  The republican party should come

25  to their aid now.  Should back them up, not let them

1  swing out there in the wind.

2      Man, we got a lot to learn about loyalty.

3      DR. MARIA RYAN:  So encourage your neighbors.

4      RUDY GIULIANI:  If we want to be a great political

5  party.

6      DR. MARIA RYAN:  Yep.

7      Encourage your neighbors.  Write to those

8  legislators.

9      RUDY GIULIANI:  Yes.

10      DR. MARIA RYAN:  Call the FBI.  Call the DOJ.  We,

11  as the people, have power, but we got to stick together

12  for truth and justice.

13      RUDY GIULIANI:  And we have a big, big, big, big,

14  obstacle to climb with this media censorship and the

15  media iron curtain of silence.  And the media lying,

16  the constant propaganda.  This thing about debunked,

17  debunked, debunked, debunked.  Everything I've ever

18  heard debunked never got investigated.

19      DR. MARIA RYAN:  Yeah.

20      RUDY GIULIANI:  How can you debunk something --

21      DR. MARIA RYAN:  It's China fool.

22      RUDY GIULIANI:  How could you debunk a witness if

23  you don't listen to him?

24      DR. MARIA RYAN:  It's trying to fool the American

25  public.  Like all the information on Joe Biden getting

1  money through his son.

2      RUDY GIULIANI:  One judge wrote, "The evidence was

3  debunked."  He never saw a witness.  How was it

4  debunked?  In his mind?

5      DR. MARIA RYAN:  We have big problems.

6      RUDY GIULIANI:  In his mind?

7      Oh, oh, oh.  Well, it's going to be a very, very

8  important week.  Georgia hopefully is going to take

9  action.  There is a good chance that they'll be action

10  in Michigan and Arizona as well and Wisconsin.  So, we

11  may be looking at a somewhat different election next

12  Sunday.  Let's see.  We're very, very hopeful of that.

13  It's -- you know, it's not -- none of these things are

14  sure.  All of these things are very, very close,

15  because people are very, very worried.  They get

16  threatened.  They get ridiculous things said to them

17  about what's going to happen to their careers.  There

18  are some very, very brave people, Burt Jones, William

19  Lipin.  In Georgia have been like tremendous,

20  tremendous heroes.  They're the ones who started the

21  petition drive.  I think they were pointed out last

22  night by President Trump.  We have similar heroes all

23  throughout the country.  I'll mention them as we move

24  along during the week.

25      But right now our focus is on Georgia.  So, if you

1   can make a call or write a letter to the Georgia

2   legislature, you'll do yourself and you'll do your

3   country a favor.  Right?

4       DR. MARIA RYAN:  Yes.  Yes, that's right, Rudy.

5   And you've been on the forefront of standing up for the

6   American people and for truth and justice.  I mentioned

7   this last week.  You had really put yourself out there.

8   Anyways, very good.

9       RUDY GIULIANI:  Closing arguments have been

10  brought to you by Global Security Solutions for all of

11  our security needs and investigative needs.  When you

12  need results, Global Security Solutions.  And when you

13  need a closing argument, go to Dr. Maria Ryan, because

14  she's the best.

15      DR. MARIA RYAN:  Very good.  Thank you all for

16  joining us.

17      RUDY GIULIANI:  Thank you and have a great week.

18  God bless you and I'll see during the week.  We'll take

19  this up during the week.  We'll have plenty to talk

20  about I'm sure.  God bless America.

21      (Thereupon, the recording concluded.)

22

23

24

25

1              REPORTER'S CERTIFICATE

2

3      I, LOURDES ALVARADO, Professional Reporter, certify

4  that I was authorized to and did stenographically transcribe

5  said recording; and that the foregoing pages are a true and

6  complete record; and that this computer-assisted transcript

7  was prepared under my supervision.

8

9  Dated this 19th day of January, 2021.

10

11

12  _____

13  LOURDES ALVARADO, Professional Reporter

14

15

16

17

18

19

20

21

22

23

24

25

**1**

1-800-848-9222 11:3
1-800-848-WABC 11:4
1.8  29:17,20
10  4:1
10,000  16:6,7 19:25 20:1
100,000  21:15
10th  9:16
11:30  4:14
12  4:1
18  29:22

**2**

2  11:18 20:7 29:20
20,000  20:2
200,000  10:11 15:25 16:5
2000  5:4
2011  17:25

**3**

300,000  22:8
3000  5:4
32  15:13
3rd  13:9

**4**

400,000  22:10
450  29:16,19
450,000  29:21
4:00  21:15 32:15
4:30  21:15

**5**

50,000  16:7
5th  7:20 24:18

**6**

6,000  12:13
6.5  29:19
600,000  30:11
67  13:7
6th  7:20

**8**

8.14  3:9
800,000  22:8
8:30  4:12,14
8th  9:16

**9**

91.86  3:9
96  25:5

**@**

@mariaryannh 7:6 32:6
@rudy  32:5

**A**

a.m.  32:15
Abrams  30:8
absentee  16:1 28:25 29:6,9, 17,24 30:1
absolutely 27:15
accompanied 29:11
accomplished 14:5

action  17:15 35:9
actual  24:21
adamantly 17:9
add  13:6,19
additional 32:6
administration 17:22
advantage 33:18,21
advice  30:7
Affairs  16:22
affected 19:11
affidavits 20:21
afraid  25:3 29:1
agree  29:8 33:2
agreement 18:15
ahead  13:11, 18 32:14
aid  33:25
air  6:20
algorithms 14:15
allegations 3:11 10:16 30:16
alleged  8:11
America  15:7 23:23 24:8 36:20
America's 11:16 18:6 20:6
American  9:4, 21 12:2 14:8 16:22 17:12 24:24 34:24 36:6
Americans 15:5 18:8,12

amount  18:13
Amounts  19:23
analysis  8:2
analysts  7:12
analytics 32:11
animals  33:16
anti-trump 25:4
Antrim  12:15
ants  4:2
APAC  16:22 18:4
appoint  3:8
argument 31:18 36:13
arguments 31:5 36:9
Arizona  15:16 19:25 33:5 35:10
arrested  5:16
Atlanta  21:21
atmosphere 2:16
attacking 17:8
attempted 18:10
audit  14:24
audits  32:21
awakened  9:14
award  31:16 32:25
awful  18:8

**B**

back  5:5 7:19 11:13 15:11 17:24 19:3,15 26:2,25 27:21 33:25
bad  15:1
badge  25:15

Baker   30:2
ballot   4:8,13
  7:23,25 8:8,
  10 14:3,11
  28:2 29:6,9,
  10,13
ballots   4:15,
  17,18 5:3,4,
  10 6:21 7:9,
  20 8:1 9:6,9,
  25 13:24,25
  14:12,20,22
  15:20,21
  16:1,5 19:20,
  21,22 20:17
  21:14,25 22:7
  28:10,11,25
  29:3,17,21,24
  30:1,11 32:8,
  19
basically
  16:20
basket   5:3,6
beautiful
  2:17
began   4:11
  9:14
believed
  31:11
bewildered
  15:7
Biden   6:24
  7:1 8:11
  10:2,8 12:13
  13:2,15,17
  14:21 16:7,17
  22:4,18
  32:10,16
  34:25
Biden's   22:15
big   6:16
  15:18 22:24
  23:1 24:2
  34:13 35:5
biggest   15:16
Bill   12:23
  13:5,15

billion
  18:16,18
Binoculars
  28:21
bit   13:18
  25:3
black   4:15,
  16,23 20:16,
  25
bless   10:23
  36:18,20
Blinken
  16:19,20 18:3
Board   28:15
book   26:12
bottom   6:23
  22:1
boxes   4:5
  14:3
boy   30:4
brave   35:18
brings   5:4,7
Bronx   16:15,
  16
Brooklyn
  11:21,23
  12:16 13:2,14
  21:7 27:8
brought   13:25
  14:1 19:21
  20:17 21:14
  31:5 32:9
  36:10
Buffalo   20:9,
  10,12
bullies   26:13
bunch   4:2
burst   6:16
Burt   35:18
business   23:1
buy   15:8

            C

call   3:3 5:25
  9:21 11:1,24
  20:13 25:12,

  15,16 26:1
  28:21 30:15
  34:10 36:1
called   3:6
  25:13
caller   23:10
calling   3:2
  16:25 20:13
  26:6
camera   4:6,7
  27:16,18,21
  28:8
cameras   4:7
  27:6,15
candidates
  19:24
careers   35:17
carefully
  4:22
Carter   30:2
case   14:23
  17:13
cases   14:22
cash   18:16,18
casinos   27:24
catch   13:4
  22:4
catching   29:2
censorship
  34:14
chance   35:9
change   14:16
  16:11
changed   8:1
channels   2:24
chaos   25:20
chapter   26:12
chased   24:22
Chavez   12:11
cheat   12:10
  29:15,19
cheated   6:1
cheating   5:24
  14:11
checked   4:21

checking   28:5
cheer   6:10
China   34:21
circled   10:1
circumstances
  29:5
citizens   9:22
clear   5:15
climb   34:14
close   19:25
  35:14
closed   9:8
closing   31:5,
  18 36:9,13
cloth   4:24
  21:1
CNN   22:13
comment   20:14
Committee
  16:22
common   2:8
community
  17:24
completely
  10:18 15:15,
  21
concerned
  6:25 9:22
  14:18 24:13
concluded
  36:21
conduit   16:21
confidence
  24:25
connect   20:19
  21:2,13
conservative
  6:25 16:24
conspiracy
  7:14
conspiring
  7:9
constant
  34:16
consternation
  2:18

Constitution
    3:13 10:21
    24:10,16
    32:23
control   3:11
    10:18
controls   15:4
cool   2:15
cooperated
    21:20
corner   6:8
Correct   12:14
correlate
    27:17
costs   17:5
coterminous
    17:12
counted   5:5,
    7,11 14:21
    15:20
counters
    27:19,22 28:9
counting   4:8
    6:17 9:8
countries
    15:6
country   22:3
    35:23 36:3
county   12:13,
    15 15:16,17,
    25
couple   33:15
court   27:13
courts   23:11,
    15,20
cover   20:16
covered   4:24
covering
    4:15,16
COVID   29:2
crazy   16:12
    22:19
criminals
    5:22
criteria
    28:24 29:6

crooked   4:9
crooks   25:18
    26:6
crying   32:3
current   27:2
curtain   34:15
cyber   12:17

---

### D

damage   18:13
darn   8:6
data   7:12 8:2
date   7:20
    27:17
dates   28:4
day   2:15
    4:17,18
DC   2:15,16
    16:25
dead   9:24
    10:12 14:9,10
deal   2:17,18
    16:12,13 19:1
    21:23 26:9
debunk   9:5
    34:20,22
debunked
    8:22,23 9:2
    19:17 23:8
    34:16,17,18
    35:3,4
December   9:16
decision
    22:21
deeply   6:25
Defense   16:23
definitively
    17:25
Dekalb   15:24
Democracies
    16:23
democrat   6:7,
    10 29:14
democratic
    12:18

democrats   4:9
    9:1 14:17
    23:1 25:7
    29:15 33:16
Department
    30:15
describe
    3:19,24
design   14:14,
    15
designating
    16:17
designed
    12:10
destroyed
    14:22 32:20
devil   23:4
difference
    2:7 11:10
    31:1
difficult
    25:24
directly
    14:11
disagreement
    18:2
discarding
    28:4,6
discredit
    25:20
disgrace
    28:18
disgusted
    21:19
dishonest
    25:9,11,12,13
divine   12:4
DOJ   34:10
dollars
    18:16,17,18
Dominion   5:21
    12:9 14:6,14
    15:3,13,19,20
    21:19,20
Donald   13:7
    24:14 32:1

Donate   11:17
    20:6
door   27:20
doors   4:22
    9:7
dots   20:19
    21:2
double   5:11
downward   8:3
drive   35:21
drove   22:2

---

### E

earlier   32:6,
    18
educate   12:23
educated
    12:23
effect   20:21
effective
    28:19
egregious
    6:2,12
election
    5:23,24 9:20
    10:8,17
    14:10,18
    16:10 19:12,
    18 20:3 22:14
    31:16,17
    32:25 35:11
elections
    7:16 10:6
    15:4,8,9
    28:15 32:12
electors   3:8
    24:12
email   26:20
employee
    21:19
encourage
    34:3,7
encouraging
    30:13
ended   18:16

enemies  12:25
entailed  17:6
envelope  32:9
envelopes
   28:4
episode  3:6
escorted  6:9
   28:18
Et's  10:24
etcetera
   32:21
evidence  5:12
   19:17 23:7
   28:6 31:10
   32:1,17 35:2
examined
   29:13
excuse  29:4
expand  28:24
expanded  29:7
expanding
   29:9
expansion
   29:10
expected  22:6
expert  30:1
extensive
   31:11,14
extenuating
   29:5
extra  14:12
extremist
   16:21

F

fabrication
   6:18
fabulous  12:3
face  33:12
facilities
   17:20,22
fact  21:3
   24:13,25
   25:4,7 32:7

fairly  7:5
fake  2:1,5
   11:8 19:6,11
   30:24
familiar
   16:19
families
   25:25
favor  36:3
FBI  5:16 26:2
   30:15 34:10
fear  2:19
feed  7:4
FEMALE  2:4,6
   11:7,9 19:7
   30:23,25
fester  26:5
fielding  9:21
fight  8:15
   17:3,4,6 26:2
fights  25:9
filled  19:22
film  6:4
find  15:25
   16:3 32:20
flip  12:12
fly  30:20
focus  35:25
folded  32:8
followers  7:5
fool  9:4 20:2
   34:21,24
footage  27:12
forefront
   36:5
forensic
   32:21
forget  22:14
form  30:4
forward  7:13
   16:14
Foundation
   11:15,16
   16:23 19:4
   20:4,5

Fox  8:22
fraud  3:3,4,
   9,11 5:12
   7:16 13:17
   15:22 19:18
   21:20 23:14
   27:3 30:3
   31:11
fraudulent
   14:20 32:19
free  5:23
freedom  18:24
friends  12:24
frightened
   10:20
front  27:18
full  5:3
furiously
   22:4
furtherer
   22:5

G

generation
   15:5
gentleman's
   24:7
George  23:2,3
Georgia  4:10,
   11 6:16 7:8
   9:1,13,15
   10:17 12:19
   15:12 20:1
   27:14 29:16
   30:6,13
   31:15,16,22,
   23 32:4,7,11,
   17,25 33:3
   35:8,19,25
   36:1
Giuliani  2:3,
   10,13,14
   3:19,21 4:6,
   11 5:20 7:17
   8:4,8,17,20,
   25 9:5 10:3,
   11,14,17,24

11:6,12,13,22
   12:14 13:13,
   20,22 15:14,
   24 16:4,10
   18:2,10,18,22
   19:3,10,14,19
   21:10,12
   22:10,20,24
   23:1,3,5,16,
   18,24 24:4
   25:2,21 26:3,
   12,15,22
   27:10 29:8
   30:17,22
   31:3,4 32:2,5
   33:2,5,8,14,
   20,24 34:4,9,
   13,20,22
   35:2,6 36:9,
   17
give  11:1
   31:18
giving  18:16
Global  31:5,7
   36:10,12
God  9:14,19
   16:13 18:9
   26:10 36:18,
   20
Godfather
   33:10,11
good  2:11,13,
   14 11:23 14:6
   16:16 20:11,
   12 24:5,6
   26:14 35:9
   36:8,15
GOP  6:5
governor  5:25
   10:18,20
grandfather
   9:24
great  2:17,18
   7:7,11 9:17
   21:11 22:12
   34:4 36:17
group  18:24
   30:8

| | | | |
|---|---|---|---|
| **Guarding** 2:4 | **heat** 25:13 | **imply** 17:11 | **Iran** 16:25 |
| 11:7 30:23 | **heck** 29:25 | **important** | 17:2,8,20 |
| **guess** 14:14 | **heeds** 30:7 | 21:4 31:10 | 18:7 |
| **guide** 4:25 | **heist** 3:25 | 35:8 | **Iranian** |
| **guts** 16:11 | **helped** 9:20 | **include** 28:25 | 17:16,25 |
| **guy** 22:1 | **heroes** 11:16 | 29:7 | **Iranians** |
| **guys** 11:23 | 20:6 35:20,22 | **including** | 18:7,25 |
| | **Hey** 3:2 11:23 | 30:2 | **iron** 34:15 |
| ─────── | **hid** 14:2 | **information** | **irregularities** |
| **H** | **hidden** 4:17, | 34:25 | 3:2 7:13 |
| ─────── | 18 6:21 13:25 | **infusion** | 27:22 |
| **hack** 14:15 | 20:17 | 21:25 | **Islamic** 17:4 |
| **hacked** 12:17 | **Hoaxes** 2:1 | **insist** 27:16 | **Israel** 16:22 |
| **half** 4:21 | 19:6 | **inspecting** | 17:1,11 18:7 |
| 29:22 | **homes** 7:24 | 17:19 | **issue** 16:17 |
| **Hampshire** 7:7 | **honest** 9:9,11 | **inspectors** | 17:2 |
| **hand** 23:5 | **honor** 25:15 | 4:19,20 9:8, | |
| **handcuffs** | **honoring** | 10 | ─────── |
| 6:10 28:18 | 11:16 20:5 | **integrity** | **J** |
| **hang** 11:1 | **hope** 11:17 | 7:1,3 | ─────── |
| **happen** 2:19 | 12:4,8,20 | **intelligence** | **January** 24:18 |
| 13:16 15:7,10 | 20:6 26:18 | 17:24 | **Jimmy** 30:2 |
| 35:17 | 30:6 | **interest** | **job** 12:3 24:7 |
| **happened** 3:25 | **hopeful** 35:12 | 17:3,8,12 | **Joe** 7:1 |
| 6:24 7:15 | **hosted** 7:7 | 18:6,7,11 | 16:15,16,17 |
| 31:12 | **hotline** 11:15 | **interesting** | 18:3 24:4,5 |
| **happening** | 19:4 20:4 | 2:21 31:9 | 34:25 |
| 8:13 9:19 | **hour** 4:21 | **interrupted** | **John** 18:23 |
| 19:1 | **huge** 7:22 | 30:12 | **joining** 36:16 |
| **hard** 30:16 | 12:1 | **intervention** | **joint** 17:14 |
| **harvesting** | **Hugo** 12:10 | 12:4 | **Jones** 35:18 |
| 7:23 14:11 | | **intimated** | **judge** 23:16 |
| **hate** 18:9 | ─────── | 24:22 | 35:2 |
| 24:14 | **I** | **invade** 5:20 | **judges** 23:12, |
| **He'll** 13:3 | ─────── | **invalid** 28:13 | 24 |
| **head** 13:9 | **ID** 30:18,20 | **investigate** | **Judy** 11:21,23 |
| **heads** 8:17,20 | **ignoring** 8:21 | 7:2 | 12:16 13:2,14 |
| **hear** 23:7 | **illegal** 5:21 | **investigated** | 14:5 21:7 |
| 26:18 | 7:23 28:7 | 30:10,14 | 27:8 |
| **heard** 6:4 | **illegals** | 34:18 | **jumping** 15:11 |
| 13:2 23:16,19 | 10:10,12 | **investigative** | **justice** 8:15 |
| 34:18 | **imagine** 26:7 | 31:7 36:11 | 26:2 30:2,15 |
| **hearing** 6:15 | **immediately** | **invite** 3:24 | 34:12 36:6 |
| **hearings** | 4:23 5:1 | **involved** 2:22 | |
| 33:15 | **implicate** | 5:2 22:1 | ─────── |
| **heart** 6:23 | 19:23 | **Involving** | **K** |
| | | 5:20 | ─────── |
| | | | **Kaylie** 21:8 |

Kerry  18:23
kicked  6:7,12
  8:18,20
kill  18:10
killed  18:8,
  12
kind  6:16
  18:11 21:22
knew  14:17
  31:12,13

## L

large  32:15
leadership
  26:12
leak  6:16
learn  34:2
learned  9:23
left  6:13
  19:20
legal  9:20
  24:23
legislators
  3:8,13 34:8
legislature
  9:1,13,15
  10:20 31:16
  32:24 33:3,6,
  9 36:2
legislatures
  23:19,20
  24:11
lessen  29:3
letter  26:21
  36:1
lever  26:25
liars  25:13
light  2:20
limited  30:13
Lipin  35:19
listen  3:24
  6:23 34:23
literally  9:6
live  22:13,18

locked  4:22
lot  3:1,4
  15:4 18:8,12
  19:5 23:5
  26:21 29:18
  30:6,9 34:2
loving  18:25
loyalty  34:2
lying  34:15

## M

machine  12:12
  15:19 28:2
machines  5:21
  12:9,18,20
  15:3,12 26:25
made  13:24
  22:21 27:8
  30:10
Maduro  12:11
mail  22:6
mail-in
  15:19,21
  29:3,10
mainstream
  12:1 21:5
make  10:5
  13:16 28:12
  36:1
making  2:6
  11:9 30:25
  32:2
MALE  2:1,5,8
  11:5,8,11
  17:18 19:6,9,
  11,13 24:20
  30:21,24 31:2
man  5:8 16:20
  23:6 33:14,
  15,17 34:2
margins  19:23
Maria  2:2,9,
  11,21 4:5,10
  5:19 6:2 7:18
  8:5,9,19,23
  9:3,17 10:10,

13,16,23
  11:3,6,11,14,
  19,21 12:15
  13:1 14:4
  15:23 16:2,9,
  14 17:17
  18:9,17,20,23
  19:10,13,15
  20:11 21:6,11
  22:9,12,23,25
  23:2,4,9,17,
  22 24:2,19
  25:19,23
  26:10,14,16
  27:7,24 30:6,
  19,22 31:2,
  15,18,21
  33:4,7,13,19,
  23 34:3,6,10,
  19,21,24 35:5
  36:4,13,15
Maricopa
  15:16
markings
  28:10,12
Mayor  13:19
  24:6 26:19
means  21:9
  29:21
media  6:13
  8:21 12:1
  16:12 21:5
  22:24 34:14,
  15
mega  7:22
  19:17
mention  35:23
mentioned
  36:6
Michigan
  12:15 14:2
  15:17 33:6
  35:10
middle  9:7,11
  19:22 20:15,
  18 21:2 32:15
Mike  16:18

million  7:5
  13:3,8,15
  29:17,20,22
millions
  13:19
mind  10:10,11
  35:4,6
minimized
  31:13
minute  8:25
  14:17
minutes  5:9
misinformation
  2:4 11:7
  30:23
moment  28:19
money  30:9
  35:1
monitored
  17:15,23
mood  2:17
morning  2:11,
  13,14 4:12,14
  11:23 13:9
  16:16 20:11,
  12 21:15
  24:5,6
mounting
  19:19
move  16:14
  30:13 35:23
multi-
factorial
  14:9
multiple
  7:15,19 8:13
multitude
  32:17

## N

national
  17:10,12 18:6
Nations  17:19
nazis  25:14
neighbors
  34:3,7

news   2:1,5,23
  11:8 19:6,11
  30:24
nice   2:15
night   4:14
  9:7,11 13:9
  19:22 20:15,
  18 21:2 22:13
  31:20 32:15
  35:22
Nobody's
  8:22,23
non-profit
  30:8
nuclear
  17:16,20,25
  19:1
number   11:18
  20:7 24:16,17
  25:5 29:15
numbers   13:6
  22:16,17
nursing   7:24
NY   20:10,12

            O

O'REILLY
  12:23 13:5,
  15,24
Obama   18:23
observer   6:7
  9:25
observers
  6:10,13
obstacle
  34:14
odd   8:14
oftentimes
  8:1
one's   20:18
order   9:16
organization
  18:5
organizations
  16:21

originally
  4:13
outstanding
  24:6
overhead   28:9
oversee   28:22

            P

paid   14:13
pandemic   29:5
paper   19:2
parallel
  20:15
part   8:23
  15:15 27:3
  29:3,9,10
party   25:22
  33:24 34:5
Pat   20:9,10,
  11,12
Paula   26:15,
  16,17,24
  27:11 28:1
  30:7
Pennsylvania
  21:14,25
  22:15 23:12
  33:9
people   2:20,
  22 3:1,3,14,
  20 6:21 7:9,
  11,19 8:6,11,
  15 10:5,12,
  14,15 12:3
  14:8,10,11,
  12,23 15:5,8,
  9 16:6 19:7,
  20 23:7,13
  24:3,20,24
  25:16 28:14,
  25 30:12,13
  32:1,3 33:20
  34:11 35:15,
  18 36:6
percent   3:9
  13:8 25:5
  29:19,20,22

period   10:7
person   24:7
  29:1
personal
  18:11
petition   9:14
  35:21
Philadelphia
  14:2
phone   28:22
phonetic   21:8
phony   13:24
  22:6
photo   30:18,
  19
physical   17:4
pick   11:20,21
  17:3
piece   19:2
pipe   6:16
place   5:7
  15:18
places   8:21
  19:21
plan   17:14
planning   5:24
plenary   24:11
plenty   36:19
podcast   3:23
point   13:5
  16:20
pointed   35:21
pointing
  25:18
points   26:17
police   26:1
  33:22
political
  34:4
politics   2:22
poll   24:21
  28:16
Pompeo   16:18
popular   8:6
  31:25

population
  29:4
postmarks
  28:5
power   10:22
  24:11 26:8
  32:22,23
  34:11
precautions
  30:7
predicament
  27:9
president
  7:22 8:6,9
  12:5,6 31:24
  32:14,19
  35:22
presidential
  19:18
press   12:1
pretty   8:6
pristine   9:25
  10:2 32:8
problem   12:2
  13:5 15:18,
  19,21 21:4
  23:22 29:11
problems   35:5
procedures
  29:12
profession
  10:5
professional
  10:4
Program   17:16
  18:1
prone   30:3
proof   27:12
propaganda
  34:16
proper   24:24
properly   25:1
protected
  33:22
public   9:4
  16:22 34:25

pulled  4:24
  17:21
pump  22:6,7
pushed  14:8
put  4:14 5:11
  23:20 24:1
  27:9 33:21
  36:7
puts  21:12
putting  14:12
  28:2

**Q**

Queens  26:15,
  17,24 27:11
  28:1
question  3:7
  12:9,17,21,22
  15:11 17:1,5,
  7 31:15
questions  6:9
  12:7 13:21
  19:5 24:9

**R**

radical  18:5
raided  5:16
raised  30:9
rate  29:20,21
  32:10
Read  26:12
ready  11:1
  30:11
real  15:20,21
  19:8 27:12
reality  21:13
realized
  31:14
realizing  3:1
reason  7:14
reasons  18:4
recap  6:12
receipts
  15:25

recognizing
  3:3
recording
  36:21
recounting
  32:18
recounts
  14:19 32:17
refused  14:7
regard  16:17
  17:2,7,14
  18:7
regime  18:19
rejected
  29:21,22
rejection
  29:19,20
relegated  6:8
remember  6:15
  17:18,19
repeatedly
  6:4
replace  16:17
reported  6:20
reporters
  4:19,20
republic  17:4
republican
  6:6,13 8:12
  9:13 25:22
  29:13 33:24
republicans
  6:5 24:14
  25:3,4,6
  28:16 33:9,16
required
  24:15
respect  25:10
rest  8:12
results  31:7
  36:12
rid  14:24
  15:3 27:1
ridiculous
  35:16
rights  26:11

room  4:8,19,
  21 27:19
  28:16
Rudy  2:3,10,
  14 3:16,19,21
  4:6,11 5:20
  6:11 7:4,17
  8:3,4,8,17,
  20,25 9:5
  10:3,11,14,
  17,24 11:6,
  11,13,22
  12:3,14
  13:13,22
  15:14,24
  16:4,10 18:2,
  10,18,22,24
  19:3,10,13,19
  20:14 21:10,
  12 22:10,20,
  24 23:1,3,5,
  12,16,18,24
  24:4 25:2,21
  26:3,12,15,22
  27:10 29:8
  30:17,22
  31:2,4 32:2
  33:2,5,8,14,
  20,23,24
  34:4,9,13,20,
  22 35:2,6
  36:4,9,17
Rudy's  7:4
run  6:22 7:9
running  32:22
runoff  24:17,
  18,23 27:14
runs  22:21
Ryan  2:2,9,
  11,14,21 4:5,
  10 5:19 6:2
  7:18 8:5,9,
  19,23 9:3,17
  10:10,13,16,
  23 11:3,6,11,
  14,21 12:15
  13:1,20 14:4
  15:23 16:2,9,
  14 17:17

  18:9,17,20,23
  19:10,13,15
  20:11 21:6,11
  22:9,12,23,25
  23:2,4,9,17,
  22 24:2,5,19
  25:19,23
  26:10,14,16
  27:7,24 30:6,
  19,22 31:2,21
  33:4,7,13,19,
  23 34:3,6,10,
  19,21,24 35:5
  36:4,13,15

**S**

sanitation
  13:25
sat  33:15
scared  15:8
scheme  27:3
screen  4:4
seals  21:23
season  11:17
  20:6
secretary
  10:19 16:18
secretly  5:10
security  4:7
  6:4 17:2,10
  18:6 29:12,25
  31:6,8 36:10,
  11,12
send  26:20,22
sends  28:15
sense  2:8
  13:16 18:5
serial  5:22
session  5:25
  9:15
sham  18:25
shed  2:20
shove  5:13
show  21:2
  23:7 31:10

showed 30:4,5
shown 8:25
shows 13:23
shut 6:19,20
signatures
   28:5
silence 34:15
similar 21:24
   35:22
simply 17:13
singer 33:11
sit 23:6
slaps 33:11
small 25:5
smarts 2:9
social 11:25
software
   14:6,7,14
   15:13
sole 18:6
Solutions
   31:6 36:10,12
Solutions.
come. 31:8
son 35:1
Soros 23:2,3
Souter 30:2
spade 3:3
speak 17:21
speaking 24:8
special 5:25
   9:15
spike 32:15
spikes 32:13
Spiral 8:4
split 4:4
sponsoring
   18:14
spot 28:20
stacks 32:9
Stacy 30:8
stamped 27:17
stand 3:14
   24:1 25:23
   26:13 33:21

standing 7:1
   36:5
stands 7:6
start 11:19
started 35:20
state 3:8,13
   7:7 10:14,19,
   20 15:15
   16:5,18 22:14
   31:24 32:12,
   23
stated 17:25
statements
   30:10
states 3:4
   6:5 7:15,19,
   23 8:13 12:18
   13:10,11,17
   15:13 17:8,21
   19:25 20:23
   27:5 31:23
States' 17:3
station
   26:21,22
stayed 6:21
steal 10:6
   14:18 19:16
stealing 5:15
   16:6
Steel 3:6
stick 34:11
stolen 19:21
stomach 23:8
stood 7:11
   10:21
stop 3:6 6:17
stopping
   19:16
stories 2:1
   9:22 19:6,11
strange 19:21
street 2:9
   25:8
strict 29:12
stuffed 14:3
stupid 5:25
   9:12

sudden 2:25
   13:10,14
   32:16
Sunday 35:12
supervisors
   6:14
support 25:6
supported
   18:15
suppress
   14:16
suppression
   12:1
surveillance
   27:6,15
suspect 3:8
sway 15:9
swing 13:10,
   11,17 27:5
   34:1
system 29:25
systemic 21:3

——————————
          T
——————————

T.org. 11:18
   20:7
T2t.org.
   11:17,18
   20:7,8
table 4:15,23
   6:14 9:7
   20:16,25
tables 13:25
   14:3
takes 5:6
taking 9:6
   10:22 11:24
   29:15 30:6
talk 3:5,10,
   16 20:19
   36:19
talking 13:11
   19:16 23:11
   31:23
tampering
   28:11

tape 5:17
   16:6,8 27:23
tax 18:17
team 9:20
tech 22:24
telling 8:2
   23:25
term 8:3
terrible
   33:23
terrorism
   18:14
terrorist
   18:19
testified
   7:11
testify 20:22
testifying
   19:20
Texas 14:7
textbooks
   30:3
thieves 10:5
thing 3:23
   10:1 20:17
   24:2 26:24
   34:16
things 19:1
   20:13 25:9,
   11,12 27:17
   35:13,14,16
thinking 2:8
   13:4 14:23
   16:24 21:7
thought 22:5,
   7
threat 17:10,
   11
threaten 7:21
threatened
   25:25 35:16
threats 26:3,
   6
throat 5:14
throw 9:10
thrown 4:20

ticket  8:12
tighter  15:4
til  6:13
time  10:7
  27:17 29:17
  30:5,14 31:4
  32:21
times  5:10,11
  10:15 28:3
  31:12,13
today  3:5
  23:10 31:15
toilet  6:19
told  7:12,19
  9:23 18:25
Tony  16:18,19
  18:3
top  3:23 28:9
total  6:17
touch  26:19
tough  25:7,8
Towers  11:15
  19:4 20:4,5
traitors
  25:14
trashed  22:11
tray  4:25 5:3
treaty  17:15,
  22
tremendous
  18:13 35:19,
  20
trucker  20:24
trucks  14:1
  19:21 20:15
  21:1,16
Trump  8:6
  10:8,9 12:5,
  13 13:3,7
  14:21,25
  17:22 22:10,
  17,22 24:15
  25:5 28:13
  31:17,24
  32:1,14,19,25
  35:22

Trump's  22:16
truth  2:2
  11:5 12:2
  16:12,13
  19:9,16 23:25
  26:2 30:21
  34:12 36:6
Tunnels
  11:14,15 19:3
  20:4,5
turn  10:8
turns  23:8
TV  22:17,18
Twitter  3:18,
  21,22,23 7:4
  32:5

                 U

Uncovering
  2:2 11:5
  19:9,15 30:21
unintelligible
  16:24
United  17:3,
  8,19,21
USBS  5:20

                 V

variabilities
  32:12
Venezuela
  12:11
vested  17:8
video  3:17,18
  6:11 10:7
  22:12 32:5
videos  3:17
  6:3 7:8 19:7
  32:4,7
videotape
  13:22,23
  21:18,22
Virginia
  24:4,5

virus  29:2
vis-à-vis
  17:2
VOICE  2:1,4,
  5,6,8 11:5,7,
  8,9,11 17:18
  19:6,7,9,11,
  13 24:20
  30:21,23,24,
  25 31:2
vote  8:7
  9:16,23 10:4
  22:7 29:1
  30:14,18
  31:19
voted  8:11
  9:24 10:12,15
  14:9
voter  7:1,3
  19:17 31:11
votes  5:15
  10:6 12:12,13
  13:3,8 14:16,
  24 16:7 20:2
  32:16
voting  12:9
  14:10 15:3
  27:2 30:2,3,4

                 W

WABCRADIO.COM
  31:19
Wabcradio.com.
  33:1
wait  28:20
waited  4:21
  6:13
wake  33:10
walk  5:22
  25:11
walking  4:2
wanted  26:18
  27:1
war  16:25
Washington
  2:16 16:25

washy  24:14
watchers
  24:21 27:21
  28:16
watching  2:24
  5:9 19:8
  22:17
ways  14:4
weaklings
  25:22
weapons  18:20
weather  2:16
Wednesday
  31:20
week  3:10
  9:21 23:11
  35:8,24 36:7,
  17,18,19
week's  3:7
weigh  32:24
whacky  18:22
William  35:18
win  22:22
  23:15
wind  34:1
winning  13:7
Wisconsin
  20:1 33:8
  35:10
wise  2:17
wishy  24:14
witnesses
  20:22 21:17,
  18,21 23:13,
  18,21,25
  33:21
woman  4:12
  5:2,6,8,22
women  5:17
won  16:7
word  9:3 18:5
words  30:1
work  32:17
world  18:14
worried  35:15
worry  2:18

**worse**  26:4
**wow**  3:1 13:2
  14:23
**write**  33:2,5,
  6,8 34:7 36:1
**wrote**  35:2

---

### Y

**Yea**  16:4
**years**  12:6
  18:12 26:8
  29:16
**yesterday**  7:7
  9:14
**York**  20:9,25
  22:2
**York's**  2:9
**Yup**  16:9