# Exhibit 206

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 2 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020

1

2

3

4

5       "CHAT WITH THE MAYOR, RUDY GIULIANI"

6            77WABC  TALK RADIO

7

8            "PAXTON'S FIGHTING ON"

9

10

11  DECEMBER 11, 2020

12  FILE 13

13

14

15

16

17  "File 13 Rudy Giuliani, Chat with the Mayor, 77WABC

18  (Dec. 11, 2020) (Washington, D.C.), available at,

19  https://wabcradio.com/podcast/rudy-giuliani/"

20

21

22

23

24

25

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 3 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                    2

1      RUDY GIULIANI:  Good afternoon, America.

2   This is Rudy Giuliani live from the District of

3   Columbia, the Capitol of the nation, which is

4   all embroiled in what is a historic period of

5   time, isn't it?  We are invoking and involved

6   in provisions of the United States Constitution

7   that rarely -- that rarely are invoked.  It is

8   true that a lot of people are somewhat

9   confused, including lawyers and politicians,

10  because this is all new ground to them.

11  They've never seen this before and, therefore,

12  are, I wouldn't say confused, or maybe confused

13  about what's going to happen.

14      Well, coming up with me today on 77WABC

15  will be my good friend, a good friend of

16  America and a good friend of our heroes, Frank

17  Schiller, who's going to join to discuss the

18  Season of Hope campaign.  With everything else

19  going on, we can't remember the importance of

20  this season and what it means, and the

21  importance of the people that Frank helps, who

22  are our most important citizens.  And later in

23  the show, we'll get to talk about all of this.

24  It's a lot to talk about.  There's a lot to

25  understand.  There's a lot we're discovering

Case 1:21-cv-00213-CJN  Document 2-141  Filed 01/25/21  Page 4 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                               3

1  about our history, and there are many different

2  points of view on it. And I thought I would

3  start by just kind of bringing you up to date

4  on where we are right now.  We'll skip a lot of

5  things that got us there, but where are we and

6  what's the most important thing facing us?

7      And, obviously, it's the historic case

8  brought by Ken Paxton, the great attorney

9  general of Texas from the great state of Texas

10  to challenge Pennsylvania, Georgia, Michigan

11  and Wisconsin to challenge their conduct of the

12  presidential election on the grounds, let's say

13  most generally, that it was conducted illegally

14  and unconstitutionally in many, many different

15  respects.  And that in doing so, in conducting

16  an illegal and unconstitutional presidential

17  election, it deprived their state of the right

18  to an honest vote.  So, when dishonest votes

19  are counted, honest votes are wiped out.

20  Honest votes are discounted and you might as

21  well not have voted.

22      Also, the damage that dishonest voting

23  does to the long-term integrity of our

24  democracy and our representative democracy is

25  incalculable.  So they, Texas, undertook the

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 5 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                    4

1   use of a provision that has been in the

2   Constitution from day one, the original

3   jurisdiction of the Supreme Court of the United

4   States; when one state sues another in an

5   important matter, they can go directly to the

6   Supreme Court because it's so important.

7   Because there's no reason to waste time with

8   the courts below.  These decisions are going to

9   be made at the highest levels of the

10  government. So they might as well be made there

11  right away and we not waste time.

12      Now, remarkably, as soon as Ken Paxton

13  filed it, he was joined by an overwhelming

14  number of states.  I've never seen an avalanche

15  quite like this.  I'm not even sure I know the

16  exact number.  They keep mounting.  It was 17

17  originally that joined filing what we call

18  amicus briefs.  Amicus briefs are friends of

19  the court.  They could join as petitioners, but

20  that would just kind of make the procedure

21  very, very complex.  Really, what they want to

22  do is to express their opinion that Texas is

23  correct.  That Texas is correct.  That

24  Pennsylvania, Georgia, Michigan and Wisconsin

25  conducted illegal elections.  If you read

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 6 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                    5

1  through the petition, it is a brilliantly

2  written petition no matter what side you're on

3  on this; if you're a fair lawyer, you would

4  say.  It's well written, well researched and

5  has to be taken seriously as a document of law.

6  It lays out allegations which, if true, would

7  say the election was stolen.

8      Now, this is a little -- here's a little

9  education in civil procedure 101.  When you

10  bring a complaint and you allege that -- let's

11  say a complaint for assault, and I allege that

12  Mr. Jones poked me in the nose.  Mr. Jones can

13  make a motion to dismiss, but he can't make a

14  motion to dismiss and then say -- saying I

15  didn't poke him in the nose, because it's not

16  time to decide the facts.  He can make a motion

17  to dismiss saying that my complaint is legally

18  deficient.  That poking him in the nose did not

19  constitute the tort or the crime of assault.

20  And the court has to look at it and say, yes,

21  it does, or no, it doesn't.  If it does, he has

22  to let the case go forward and then we get to

23  the facts.

24      Now, this is what's happened in the lower

25  courts here. These courts have been so anxious

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 7 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                    6

1   to try to run away from this out of fear of the

2   consequences of having to make a decision

3   bigger than them, that they've not given us the

4   opportunity to have a hearing.  They've decided

5   without justification that the allegations

6   aren't correct, but they don't have a right to

7   decide it at this stage.  They have to decide

8   it this way.  The allegations have to be taken

9   as true.  If they are true, do they state a

10   legal claim?

11      Well, the answer is if Texas allegations

12   are true, if, in fact, 882,770 ballots were

13   cast secretly, surreptitiously, in violation of

14   the law of the state legislature of

15   Pennsylvania that they be inspected, then those

16   ballots are illegal and have to be ruled

17   illegal and they have to be taken out of the

18   count from the county from whence they come.

19   And they come from two counties,

20   Pennsylvania -- uh, Philadelphia and

21   Pittsburgh.  And the evidence for that?  The

22   evidence for that are about 40 or 50

23   affidavits, video and photographs showing that

24   these ballots were examined anywhere from 20 to

25   100 feet away from the people who should have

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 8 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                    7

1   had a chance to examine them, and will

2   categorically state they weren't able to see a

3   single thing.

4       So presidential elections are conducted

5   under the constitution.  I know this gets a

6   little complicated now, but just try to follow

7   this.  Presidential elections are conducted

8   under the constitution by the power of Article

9   II, Section I, Clause II.  It says that

10  conducted by the rules of the state

11  legislature, not the governor, not the election

12  commissioner, not the congress, not the police

13  commissioner, not anybody else.  So you have to

14  follow the rules of the state legislature.  The

15  state legislature in Pennsylvania says these

16  ballots have to be examined.  The State

17  Election Commissioner, Kathy Boockvar, who

18  completely changed all the rules to favor the

19  Democrats, changed that rule and said they

20  don't have to be examined.  They don't have to

21  be examined.  And they didn't have to be

22  examined in Democrat counties, but in

23  Republican counties, to make it worse.  What's

24  that all about?  That's all about a violation

25  of the law. That's all about conducting an

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 9 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                    8

1   illegal presidential election, because the

2   governor and the state election commissioner

3   have no right to change the rules in the middle

4   of the game.

5       Plus, now you see how worse it gets, they

6   have no right to treat the Democrat candidate

7   better than the Republican candidate.  So in

8   the -- in the Biden part of the state where

9   Biden was winning seven out of eight out of ten

10  votes, nothing was getting examined.  These

11  mail-in ballots weren't getting examined, but

12  in the parts of the state where Trump was

13  getting six and seven and eight out of ten

14  percent of the votes, they were being carefully

15  examined and rejected if there was the

16  slightest mistake.  So, now we get to not only

17  a violation of the election in the elector's

18  clause, meaning an illegal election, we get to

19  a very fundamental violation of something that

20  is very precious to Americans at all levels,

21  whether you're president or just an ordinary

22  citizen, equal protection of the law.

23      In Bush v. Gore, it is very clear that you

24  can't count a vote in one part of the state,

25  one way for a Democrat, and another part of the

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 10 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                              9

1  vote another way for a Republican.  Of course,

2  you can't. That's called cheating.  We could

3  call it lack of equal protection of the law.

4  We could call it discrimination.  How about --

5  how about you and I, some of whom come from

6  Brooklyn, call it cheating.  We call that

7  cheating.  And they were cheating 800 and --

8  882,770 times, and somehow the crooked -- the

9  crooked Philadelphia system closed its eyes to

10 it.  And you say, how could that be?  Because

11 the crooked Philadelphia system has been

12 closing its eyes to crime for 60 years.  They

13 have a D.A. that's a disgrace.  Put in there by

14 Soros, who lets 50 percent of the criminals go

15 free.  They run a completely lawless city beset

16 with crime.  A disgrace to the people of that

17 city.  They wouldn't cheat an election?  If

18 they didn't cheat in this election, this would

19 be the first election they didn't cheat in in

20 60 years.  Everyone expected Pennsylvania to

21 cheat.  They didn't disappoint.  Except they

22 cheated big time this time, because they had to

23 because Trump beat the heck out of Biden in

24 Pennsylvania.  The outrage of this is he beat

25 him by hundreds of thousands of votes, which is

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 11 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                    10

1  why they had to steal 800,000 votes.  And a

2  crooked media, and our crooked high tech, and

3  our crooked companies and China sucking lovers

4  are going to overlook this.  They're going to

5  overlook it because they want who they want.

6  They don't want who we want.  They want who

7  they want so they can make a fortune off China.

8  So they can make a fortune off the United

9  States.  And so they can control us.  The way

10  they're trying to control us in these states

11  with COVID as well.  They've started to feel

12  the power that comes when you become too

13  dictatorial, and you become too socialist and

14  you become too much the government controlling

15  things.  We have got to fight back, and it is

16  hard.  It's hard because the censorship is big,

17  big, big time.  Big time.  But you've got to

18  get together.  You've got to follow this.  A

19  lot -- a lot of states are involved now.  The

20  allegations in Michigan, the allegations in

21  Wisconsin, the allegations in Atlanta with a

22  videotape showing the fraud out and out.

23  Showing the entire theft of the election on

24  videotape "Live from Atlanta, stolen

25  presidential election."  Let's see that one on

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 12 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                    11

1  Saturday Night Live, huh?  "Live from an

2  election -- Live from Atlanta, here's how we

3  cheat and steal an election and make fools out

4  of the Republicans."

5      Coming up I get to speak with you on Chat

6  With the Mayor on the Tunnels to Towers guest

7  hotline.  The Tunnels to Towers Foundation is

8  honoring America's heroes through its Season of

9  Hope.  Donate at T2T.org.  That's T, the number

10  2, T, dot org.  T2T.org.  To hear me discuss

11  more about the election and listen to my latest

12  podcast visit Rudy's Common Sense.com, or on my

13  YouTube channel to watch.  To listen to us on

14  Alexa, simply say "Alexa, enable the 77WABC

15  skill."

16      Coming up next, I'll be joined by Frank

17  Siller, founder of the Tunnel to Towers

18  Foundation.

19      ANNOUNCER:  We are in New York, talking

20  about what matters to you.  Now, it's former

21  New York City Mayor, Rudy Giuliani, on New

22  York's Talk Radio 77WABC.

23      RUDY GIULIANI:  This is Rudy Giuliani,

24  back again so that we can get to the phones and

25  start working on all these issues that are

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 13 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                    12

1   coming up at this very, very, very historic

2   time of day.  I'm going to be joined shortly by

3   the founder of the Tunnel to Towers Foundation,

4   Frank Siller, who joins us to discuss Tunnels

5   to Tower second annual Season of Hope, during

6   which time the foundation will deliver 36

7   mortgage-free homes in 36 days.  One every day

8   between Thanksgiving and New Year's Eve.  But

9   before Frank gets here, why don't we go to Phil

10  in the Bronx.

11      PHIL:  Hi, this is Phil from Brooklyn.

12      RUDY GIULIANI:  Oh, from Brooklyn, all

13  right.  From Brooklyn, my hometown.

14      PHIL:  Coney Island.  Near Coney Island

15  Avenue Works.

16      RUDY GIULIANI:  Okay.

17      PHIL:  I was an election inspector in

18  Florida.  Now, also in New York, and I have so

19  much to talk against it.  Not only is -- when I

20  ran for office in Florida for the Florida

21  House, being an unknown, challenging incumbent,

22  the early voting the and the mail-in ballots

23  were not giving me enough time.  I lose at

24  least two months to get my point across to

25  people.  But most -- more importantly, with

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 14 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                    13

1  respect to the 2020 election, it is a disgrace.

2  There are too many people who are handling the

3  ballots.  When you think, as an election

4  inspector, someone comes to my desk, my ward

5  and district and identify who they are, their

6  address, whether they're married or not, and I

7  have to verify that their signature matches

8  what's in the voter registration book.  I hand

9  them a ballot and I mark it down manually.

10  Ballot 1 goes to Mary Jones, she lives in so

11  and so.  I give her some instructions, how not

12  to make mistakes, and she then pulls it out and

13  puts it in the machine.  And that's it. Two

14  people handle it.

15      When you look at what's happened with this

16  early voting handling, it's a disgrace.  First,

17  it goes from the -- it's the superintendent

18  elections office through USPS?

19      RUDY GIULIANI:  Right.

20      PHIL:  It's unbelievable.  They make so

21  many mistakes.  It's unbelievable. And then

22  when it gets mailed out, and there are people

23  who have moved, who've married and changed

24  their name, people who have died, and a lot of

25  them get mailed in, and people can get a

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 15 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                        14

1  vote -- every vote and mail that in when they

2  go to the voting poll --

3     RUDY GIULIANI:  So why do you think -- why

4  do you think they do it that way, Phil?  Think

5  it was on purpose.

6     PHIL:  You bet they did.  They made a

7  deal.  (Indiscernible).  Of course.  If anybody

8  doesn't believe that, they belong in a

9  psychiatric ward.  (Indiscernible).

10    RUDY GIULIANI:  Ooh.  I don't know what

11 happened.  Must be one of those big tech people

12 didn't like our answer.  They didn't like our

13 answer.  We'll see if we can get Phil back.

14 We'll see if we get Phil back in a little

15 while.

16    So we'll be joined by -- we'll be joined

17 by Frank shortly after.  This is Rudy Giuliani

18 with Common Sense.  We'll uncover the truth and

19 get to a solution on Talk Radio 77WABC.

20    ANNOUNCER:  We are New York talking about

21 what matters to you.  Now, it's former New York

22 City Mayor Rudy Giuliani on New York's Talk

23 Radio.  77WABC.

24    RUDY GIULIANI:  Here we are, back again on

25 77WABC, and we have with us our special guest,

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 16 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                15

1   one of the special New Yorkers and one of my

2   favorite people, Frank Siller, who's going to

3   join us to discuss the Tunnels to Towers second

4   annual Season of Hope.  During which time the

5   foundation will deliver 36 mortgage-free homes

6   in 36 days.

7       So, Frank, nobody can tell us more about

8   this than you.  This is your invention. Tell us

9   about it.

10      FRANK SILLER:  I -- Rudy, thank you so

11  much for having me on today (indiscernible).

12      RUDY GIULIANI:  Thank you for being on,

13  Frank.

14      FRANK SILLER:  You sound terrific, buddy.

15  You sound terrific.

16      RUDY GIULIANI:  I fully -- I fully

17  recovered and thank you for all the good wishes

18  from you and your beautiful family.  Your

19  prayers meant a lot, Frank.

20      FRANK SILLER:  Thank you, buddy.  Yeah, so

21  we're -- you know, the Tunnel to Towers

22  Foundation, we're delivering 36 mortgage-free

23  homes in 36 days.  We'll --

24      RUDY GIULIANI:  36 in 36 days.  How do you

25  do that?

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 17 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                    16

1     FRANK SILLER:  Well, because we have great

2   people that have joined us on our mission.  You

3   know, most people that hear about us and see

4   that we give over, like, 94 cents of every

5   dollar to -- to our programs.  They know where

6   their money is going.  They're donating $11 a

7   month.  Go to TunneltoTowers.org and donate $11

8   a month, and we can deliver more than 36 homes

9   next year in our Season of Hope, but we're very

10   proud of what we're doing.

11       Thirty-six different cities, Rudy.

12   Thirty-six different cities.  These are for

13   gold star families. These are for

14   catastrophically injured veterans who have

15   given two, three, four limbs for our country,

16   and, therefore, fallen first responder families

17   that are left behind after their loved one has

18   died in the line of duty that leave young

19   children behind.  So we're very proud of the

20   work we're doing.

21       RUDY GIULIANI:  And did you do this to aim

22   it for the holidays so that, you know, there

23   could be uplift for them going into the holiday

24   season?

25       FRANK SILLER:  Absolutely. So --

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 18 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                17

1    RUDY GIULIANI:  Yeah, (indiscernible).

2    (Talking simultaneously.)

3    FRANK SILLER:  So what we do is when

4  something like this happens, we contact the

5  family.  We take over their mortgage, and then

6  it takes us a while to raise the money to pay

7  it off.  And we -- we surprise them by paying

8  it off in this, once again, what we call a

9  Season of Hope.  And they never have to worry

10  about another mortgage payment.  Listen, it's

11  the biggest expense anybody has, right, is

12  their mortgages.

13    RUDY GIULIANI:  Of course.  I remember.  I

14  remember.  I remember when Mr. Lou.

15    FRANK SILLER:  Right.

16    RUDY GIULIANI:  It was right near

17  Christmastime.  I remember.

18    FRANK SILLER:  December 20th, 2016.

19    RUDY GIULIANI:  Right near Christmas time.

20  It always seems to happen. These things always

21  seem to happen.  And I called you, you didn't

22  miss a beat, Mr. Frank, you didn't miss a beat.

23    FRANK SILLER:  No, we went --

24    RUDY GIULIANI:  I just asked you, "Can you

25  do it?"

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 19 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                    18

1    FRANK SILLER:  Lou --

2    RUDY GIULIANI:  You didn't say, "Let me

3  see.  Let me check.  Let me check with my

4  lawyers.  Let me check my accountants.  Let me

5  check."  You said, "Yes, Mayor."

6    FRANK SILLER:  Right, and we went and we

7  visited them on Christmas Eve, and we told them

8  together that the Tunnel to Towers, we were

9  going to pay off their mortgage.  That was the

10  first fallen first responder family that we

11  did, Detectives Lou and Detective Ramos.  The

12  two that was assassinated in New York because

13  some crazy person from Baltimore thought it was

14  okay to come up and kill two cops.  So, but

15  that's -- that's ...

16    RUDY GIULIANI:  Wow.

17    FRANK SILLER:  Meanwhile, their families

18  are doing great.  I was just with them.  I

19  speak to them all the time, and soon it will be

20  their sixth anniversary in a few --

21    RUDY GIULIANI:  And they love you, as they

22  should.  And you're family.  And you're a whole

23  big family.  You've got a -- you've got a big

24  organization now, Frank.

25    FRANK SILLER:  Well, we're -- yes, we do,

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 20 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                              19

1  because, you know, we've got to build all these

2  houses.  You know, you know, just we're not --

3  you know, of course, we pay off the mortgages,

4  but we build Gold Star houses all over the

5  country and smart homes all over the United

6  States.  And it's not easy to do, but we love

7  it.  We are not afraid of the challenge, and,

8  you know, I always say the goodness of America,

9  those who are --

10     RUDY GIULIANI:  Of course.

11     FRANK SILLER:  -- that can come together

12  to take care of the greatness of America; like

13  these great people are willing to die for you

14  and I, Rudy, we better take care of them.  We

15  better take care of them.  Like you said, this

16  is not charity.  This is not a gift.  You said

17  that a long time ago.  We owe it to these

18  families.

19     RUDY GIULIANI:  We absolutely. Absolutely.

20  I mean, how -- and how are you finding support?

21  Is support growing, and growing and growing?

22     FRANK SILLER:  Oh, yes.  Yes.  Well, this

23  is our -- by far and away our -- in 2000 --

24  2020 we've done the most work that we've ever

25  done.

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 21 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                     20

1    RUDY GIULIANI:  Thank God.

2    FRANK SILLER:  We're over 50, 55 homes,

3  mortgage free homes this year.  And next year,

4  the 20th anniversary we hope to do more than

5  twice that.  You know, for next year.  And if

6  your listeners come on TunneltoTowers.org, and

7  they do a lousy $11 a month, we could take care

8  of every cop, every firefighter, every Gold

9  Star family across the country every year if

10  they donate $11 a month.  We owe it to these

11  great families that have left --

12    RUDY GIULIANI:  How do you get it done at

13  $11 a month?  Everybody asks me that, Frank.

14    FRANK SILLER:  I'll tell you how.

15  Because, you know, the fire department has a

16  saying and many families have this, many hands

17  make light work.  And if you have a lot of

18  people, we're a grassroots foundation, yes, we

19  have some unbelievable -- you know, we have

20  General Motors, and we have Home Depot, and we

21  have some great corporations that help us, and

22  we have some great families that help us that

23  donate some large amounts.  But we count on the

24  $11 a month.  So if I get a million people

25  donating $11 a month, we're okay.  We could do

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 22 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                    21

1  this every single year and help all these

2  families because it's --

3      RUDY GIULIANI:  And it keeps -- it keeps

4  growing.  It keeps growing and growing.

5      FRANK SILLER:  It has to.  It has to

6  because we keep on make a bigger commitment.  I

7  keep on opening up my mouth, because when you

8  meet these families, when you meet these

9  families.

10     RUDY GIULIANI:  I know.  I know.  Of

11  course, Frank.  Of course.

12     FRANK SILLER:  You got to do it. You

13  just --

14     RUDY GIULIANI:  Of course, I know.  I know

15  you.  I know you and your wonderful family.

16  And, Frank, I love you.

17     FRANK SILLER:  I love you too.

18     RUDY GIULIANI:  I got to tell you and

19  America loves you, and you're just what we

20  need.  I'm telling you, we're going through a

21  very difficult time for all kinds of reasons,

22  all different things, but this brings out the

23  beauty of what America is all about.

24     FRANK SILLER:  I couldn't agree --

25     RUDY GIULIANI:  Thank you for doing it for

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 23 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                              22

1  us, Frank.

2     FRANK SILLER:  God bless you.

3     RUDY GIULIANI:  You know ABC just loves

4  being involved with you.  It uplifts us.

5     FRANK SILLER:  I appreciate that.

6     RUDY GIULIANI:  It uplifts ABC to be

7  involved with you.

8     FRANK SILLER:  Well --

9     RUDY GIULIANI:  Thank you.

10    FRANK SILLER:  -- I do appreciate it, and

11  God bless --

12    RUDY GIULIANI:  Happy -- happy.

13    FRANK SILLER:  -- and happy holidays.

14    RUDY GIULIANI:  Happy holidays.  Merry

15  Christmas.  Happy Hanukkah.  Happy New Year And

16  anything else.  Anything else you need.

17    FRANK SILLER:  I agree.

18    RUDY GIULIANI:  Okay.

19    FRANK SILLER:  God bless you.

20    RUDY GIULIANI:  Love you, Frank.

21    FRANK SILLER:  I love you too.  Bye-bye.

22    RUDY GIULIANI:  What a special, special,

23  special man.  And I must emphasize, we got to

24  get the rest of his family on some time.  What

25  a family.  What a family.  When you talk about

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 24 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                    23

1   family and how important family is, you talk

2   about Frank.

3       So now we're going to go to Alison in New

4   York.

5       ALISON:  Hi, Mr. Giuliani.  I'm so glad

6   you have recovered, and I was 100 percent

7   certain that you would.  I never doubted it

8   because I think --

9       RUDY GIULIANI:  That's confidence to me

10  too.

11      ALISON:  Oh, well, you -- you know through

12  our personal text exchanges how much -- I knew

13  that -- I knew evil wasn't taking you down. All

14  you ever do is fight evil.

15      RUDY GIULIANI:  Thank you.

16      ALISON:  But I do -- before I got on the

17  topic I would like to talk about, which is

18  Venezuela, I do want to echo your sentiment

19  with the Siller family, because Mr. Siller's

20  brother George is a friend of mine.  They were

21  extremely instrumental in assisting some of the

22  grant families that I facilitated grants for.

23  They -- I have a friend on Staten Island whose

24  son was injured in Iraq on Easter Sunday.  He

25  lost both arms --

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 25 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                    24

1      RUDY GIULIANI:  You do so much work for

2   our veterans and our police officers.

3      ALISON:  Well --

4      RUDY GIULIANI:  You're a good woman.

5      ALISON:  Their brother had -- their

6   brother had -- I have a family friend whose son

7   and brother was also in squad one with Stephen

8   Siller, and, you know, it's been -- but they

9   are a magnificent family and always, always

10  available to help people.  And I hope I can

11  live up to that one day.

12     RUDY GIULIANI:  You do.  You do, Alison.

13     ALISON:  Well, I'm trying, but the

14  reason --

15     RUDY GIULIANI:  I see what you do. So

16  what's up, kid?

17     ALISON:  All right. Here's what I want to

18  know.  Let me -- let me gauge your feelings on

19  this because I've though from day one when I

20  first found out about Dominion that it's --

21     RUDY GIULIANI:  Ah, Dominion.

22     ALISON:  It's a terror attack. They have

23  connectivity to the Chinese, the Iranians, all

24  of our adversaries.  Now, it may not be a

25  conventional act of warfare, but I do believe

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 26 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                    25

1   it's a terror attack.  I don't want them

2   picking my president, my legislators, my

3   governor, my mayor.  I don't want them picking

4   the school board in a rural town of 200 people.

5   I feel this is so much bigger than Trump vs.

6   Biden, and that it's evil.  And the other fraud

7   with the mail-ins, we did that to ourselves.

8   This is different.  I think we're talking about

9   two different things, and I was just curious,

10  how do you feel?

11      RUDY GIULIANI:  We are talking about two

12  different levels of fraud.

13      ALISON:  Yes.

14      RUDY GIULIANI:  The machine fraud and

15  the -- and the mail-in fraud.  And this was a

16  situation in which the machine fraud wasn't

17  enough because he won by too much.  And that's

18  why they had to go to this heavy -- they had to

19  go to this heavy mail-in cheating.  You know

20  when --

21      ALISON:  (Indiscernible) mail.

22      RUDY GIULIANI:  So -- so, they cheated on

23  the Dominion machines like -- like crazy, but

24  no matter how much they were cheating, he was

25  still winning in Pennsylvania by 800,000 votes.

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 27 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                      26

1  Imagine what he was really winning by.  So.

2     ALISON:  Well, what I really want to know

3  is how did they get on the GSA list?  That is a

4  very cumbersome process that I thought --

5     RUDY GIULIANI:  How did they?  Because

6  nobody checked.  Nobody did any due diligence.

7  All you have to do, Alison, is go online, put

8  in Dominion, put in -- put in a couple of

9  keywords and you find out Dominion has a

10  horrible history going back to Smartmatic going

11  back to a Venezuelan company that was built to

12  fix elections.  Been involved in eight or ten

13  fixed elections.  And then how about just --

14  just a common sense thing.  So if you think of

15  a voting machine, you think that you go in, you

16  put your vote in, it counts the vote and

17  nothing changes that, right?  So I go in, I

18  vote for Trump.  There's one vote for Trump.

19  Next person comes in, one vote for Biden.  In

20  this machine, you can change the vote.  You can

21  change the vote after it's cast.

22     ALISON:  The media really (indiscernible).

23     RUDY GIULIANI:  You can change it.

24     ALISON:  Yeah. The media is not reporting

25  it. Here are the two stories I've heard in the

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 28 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                27

1  media. First, I hear you're working for free so

2  we can have, you know, safe and secure

3  elections in 30 years.  The other thing I'm

4  hearing from the media is that you're only

5  doing it for the money.  Now, you're 76. Yeah.

6      RUDY GIULIANI:  I'm doing it for the

7  money?

8      ALISON:  Apparently, so.

9      RUDY GIULIANI:  Oh (indiscernible).

10      ALISON:  According to -- yeah, I don't

11  know.  I don't know, but I have a question for

12  you --

13      RUDY GIULIANI:  That's interesting.

14      ALISON:  -- you're 76 years old.  Do you

15  anticipate being alive in 30 years so that I

16  can vote in a free and fair election?

17      RUDY GIULIANI:  Oh, I wouldn't mind.

18      ALISON:  Well, I wouldn't mind if you are

19  either.

20      RUDY GIULIANI:  But I'm not getting paid,

21  Alison.  I'm lucky I get --

22      ALISON:  I know that.

23      RUDY GIULIANI:  I'm not getting -- I'm not

24  getting paid any ... for this.

25      ALISON:  I know that.

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 29 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                          28

1    RUDY GIULIANI:  You know?

2    ALISON:  And I'll tell you, I am very --

3    RUDY GIULIANI:  But I -- I mean, so what's

4    the difference if I was being paid?  People get

5    paid for work.  It's ridiculous.  I'm getting

6    paid.  I'm getting paid what, to cheat?  Look,

7    the machine -- the machine is totally

8    ridiculous.  A voting machine, you should not

9    be able to change.  So here's what they can do

10   with this machine.  In fact, there's a

11   videotape online.  You can get it on Twitter if

12   they haven't taken it off yet from Coffee

13   County -- Coffee County, Georgia.  A woman

14   there operates one of these machines, and she

15   shows you how she can double, triple, quadruple

16   vote.

17       In other words, she can put in one ballot

18   for Biden and then she can put it in five

19   times.  It'll be five votes for Biden.  Bup,

20   bup, bup, bup, bup, bup, bup, bup, bup, bup,

21   bup.  Did you ever think you could do that with

22   a voting machine?  Now, why would you be able

23   to do that with a voting machine?  Because you

24   want to cheat.  That's the only reason, to

25   cheat.  And then you can go in and change the

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 30 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                              29

1  vote.  And then you can connect it to the

2  Internet and you can program it with

3  algorithms.  And then we have pictures of

4  people in Flori -- in -- in Georgia putting

5  USBs in and putting votes in.  This thing is a

6  total joke.  It's a total joke.  It's a

7  complete fraud machine.  And it's run by --

8  it's run by two Venezuelans who are close to --

9  close to Chavez, close to Maduro, fixed

10 elections.  It is allied with a company called

11 Smartmatic.  The CEO of that is a close

12 business associate and business partner of none

13 other than George Soros.  So this is a fix from

14 the -- from day one.  This machine is a crooked

15 machine, and the governors who pick this

16 machine are going to have a lot of explaining

17 to do as to what kind of due diligence they

18 did.

19      And, finally, why are our votes getting

20 counted outside the United States?  Why?  Why

21 do we let any single vote of ours go outside

22 the United States?  What's wrong with us?  Do

23 we want to get cheated?  Yes.  Do we want to

24 have the opportunity to cheat?  Do the

25 Democrats want to have -- yes.  And did they

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 31 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                30

1  cheat?  Yes, they did.  Plenty of cheating in

2  the machine, only exceeded by the cheating with

3  the mail -- mail-in ballots.  Which you've

4  heard -- which you've heard plenty, plenty,

5  plenty about.

6      Well, I'm Rudy Giuliani and with Common

7  Sense we'll uncover the truth and get to a

8  solution on Talk Radio 77WABC.

9      ANNOUNCER:  We are New York talking about

10  what matters to you.  Now, it's former New York

11  City Mayor Rudy Giuliani on New York's Talk

12  Radio 77WABC.

13      RUDY GIULIANI:  This is Rudy Giuliani

14  back.  Getting close to the -- for the weekend.

15  I hope all of you are getting ready for a --

16  for a fine and beautiful weekend.  Get some

17  Christmas shopping done.  Get some work done

18  for the holidays.  Spend some time with your

19  family and hopefully get a chance to

20  concentrate on what's going on.  Because this

21  country is going through an enormously

22  important period in its history.  Rather,

23  rather, rather unique.

24      Thought we'd take one more call maybe from

25  Carl in Westhampton.

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 32 of 46
File 13 Chat with the Mayor Rudy Giuliani
                    December 11, 2020                              31

1    Oh, Jimmy from Brooklyn. I guess that was

2   Carl -- (indiscernible).  Okay, Jimmy.

3    JIMMY:  Yes, I believe this is the most

4   dangerous time ever in America's history. We

5   hope you keep doing a great job.  You know, we

6   got to hope that Biden's going to change the

7   tax structure where you can't pass your ranches

8   or farms down to your offspring.  It's going to

9   be impossible.  We better hope we don't lose

10   control of our farms.  China could come in and

11   buy them real cheap.  You know, the enemy uses

12   starvation to kill off opposition. They did

13   this in Ukraine, killed 10 million in one year,

14   starved them on the best farms in Europe, and

15   they -- China, the communist, starved millions

16   and millions of people in China who opposed the

17   communist revolution.  It was done in Cambodia.

18   It's done several countries in Africa.

19    We better hope we win this, because if we

20   lose our farms and the distribution, we could

21   be denied -- the regions who didn't support

22   Trump could be denied health care and food if

23   we don't win.  Because this is definitely a

24   communist revolution.

25    RUDY GIULIANI:  How deep -- how deep is

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 33 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                    32

1  the CCP into the Democrat Party?

2      JIMMY:  It's very deep. Years ago, the

3  communists, Chinese in New York, were giving

4  money to three candidates running in a Democrat

5  primary.  I only remember one name.  I don't

6  want to say because -- three different guys

7  running.  Not that they were communists, but

8  the Chinese communists were trying to get

9  control of the mayor's office.  They were

10  trying to have inroads in the police

11  department.  I don't know if you want me to

12  mention this.

13      RUDY GIULIANI:  Yeah.

14      JIMMY:  (Indiscernible) was -- the guy

15  that was passing money from the communist

16  Chinese to three candidates in a Democrat

17  primary was a police captain in New York.  They

18  also wanted to help elevate him to eventually

19  become police commissioner.  When I explained

20  this to the FBI, their response was, "What

21  would the communists want with a police

22  commissioner?"  I said, "What would John Gotti

23  want with a police commissioner?"  They're

24  crazy.  They're cra -- Then they said, "The

25  communists could be a good police

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 34 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                    33

1   commissioner."

2       Now, they may have been just checking me

3   out for my response, but the communists, it's

4   not just the Chinese, the Soviets, it's all

5   over the place. They got our schools.  We have

6   fake news, fake science, fake history, fake

7   election.  Let's hope to God we don't have fake

8   judges and fake courts, because this is very

9   crucial time in our history.  World War II,

10  Korea War, Vietnam War, Civil War,

11  Revolutionary War, we've never been in the

12  danger we're in now.  We got to win in Georgia.

13  We got to turn this election back to reality.

14      So, we're really --

15      RUDY GIULIANI:  Yeah I -- I have those

16  same feelings that this is a very, very

17  dangerous election.  Even more dangerous than

18  maybe we realize, and I Chinese infiltration is

19  much greater. I mean, I knew it was very bad,

20  but I never realized until the last two years

21  exactly the level in which -- and exactly how

22  much they had bought into Biden and how much --

23  how much they paid him.  I mean, they've given

24  the Biden's millions and millions of dollars

25  over the years.  It's like a -- it's like a

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 35 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                    34

1  bought and paid for operation.  Very, very

2  frightening, and that's yet to come out. And

3  when that comes out, I don't know, I don't know

4  what's going to happen.

5      Well, keep paying attention.  There's

6  going to be a lot more developments over the

7  weekend. The Supreme Court case is a

8  fascinating case.  I think there are 22 now

9  states and dissidence on the other side.  It's

10  a very, very strong case.  It's really about

11  the future of our country, and watch China

12  carefully.  And watch the revelations on the

13  Bidens, it's only going to get worse.  I know

14  them real well.

15      Well, have a great weekend. Thank God

16  you're in America.  God bless America.

17

18      (End of recording.)

19

20

21

22

23

24

25

Case 1:21-cv-00213-CJN   Document 2-141   Filed 01/25/21   Page 36 of 46
File 13 Chat with the Mayor Rudy Giuliani
December 11, 2020                                    35

CERTIFICATE

I, ERINN GREEN, Professional Court
Reporter/Transcriptionist, do hereby certify that I
was authorized to transcribe the foregoing recorded
proceeding, and that the transcript is a true and
accurate transcription of my shorthand notes, to the
best of my ability, taken while listening to the
provided recording.

I further certify that I am not of counsel or
attorney for any of the parties to said proceedings,
nor in any way interested in the events of this
cause, and that I am not related to any of the
parties thereto.

Dated this 18th day of January, 2021.

_____
  ERINN L. GREEN, Court Reporter
Notary Public Commission No.:  GG950705
  Expires: January 23, 2024

**$**

**$11**  16:6,7
  20:7,10,13,
  24,25

**1**

**1**  13:10
**10**  31:13
**100**  6:25 23:6
**101**  5:9
**17**  4:16

**2**

**2**  11:10
**20**  6:24
**200**  25:4
**2000**  19:23
**2016**  17:18
**2020**  13:1
  19:24
**20th**  17:18
  20:4
**22**  34:8

**3**

**30**  27:3,15
**36**  12:6,7
  15:5,6,22,23,
  24 16:8

**4**

**40**  6:22

**5**

**50**  6:22 9:14
  20:2
**55**  20:2

**6**

**60**  9:12,20

**7**

**76**  27:5,14
**77WABC**  2:14
  11:14,22
  14:19,23,25
  30:8,12

**8**

**800**  9:7
**800,000**  10:1
  25:25
**882,770**  6:12
  9:8

**9**

**94**  16:4

**A**

**ABC**  22:3,6
**absolutely**
  16:25 19:19
**accountants**
  18:4
**act**  24:25
**address**  13:6
**adversaries**
  24:24
**affidavits**
  6:23
**afraid**  19:7
**Africa**  31:18
**afternoon**  2:1
**agree**  21:24
  22:17
**aim**  16:21
**Alexa**  11:14

**algorithms**
  29:3
**Alison**  23:3,
  5,11,16 24:3,
  5,12,13,17,22
  25:13,21
  26:2,7,22,24
  27:8,10,14,
  18,21,22,25
  28:2
**alive**  27:15
**allegations**
  5:6 6:5,8,11
  10:20,21
**allege**  5:10,
  11
**allied**  29:10
**America**  2:1,
  16 19:8,12
  21:19,23
  34:16
**America's**
  11:8 31:4
**Americans**
  8:20
**amicus**  4:18
**amounts**  20:23
**anniversary**
  18:20 20:4
**ANNOUNCER**
  11:19 14:20
  30:9
**annual**  12:5
  15:4
**anticipate**
  27:15
**anxious**  5:25
**Apparently**
  27:8
**arms**  23:25
**Article**  7:8
**asks**  20:13
**assassinated**
  18:12
**assault**  5:11,
  19

**assisting**
  23:21
**associate**
  29:12
**Atlanta**
  10:21,24 11:2
**attack**  24:22
  25:1
**attention**
  34:5
**attorney**  3:8
**avalanche**
  4:14
**Avenue**  12:15

**B**

**back**  10:15
  11:24 14:13,
  14,24 26:10,
  11 30:14
  33:13
**bad**  33:19
**ballot**  13:9,
  10 28:17
**ballots**  6:12,
  16,24 7:16
  8:11 12:22
  13:3 30:3
**Baltimore**
  18:13
**beat**  9:23,24
  17:22
**beautiful**
  15:18 30:16
**beauty**  21:23
**belong**  14:8
**beset**  9:15
**bet**  14:6
**Biden**  8:8,9
  9:23 25:6
  26:19 28:18,
  19 33:22
**Biden's**  31:6
  33:24
**Bidens**  34:13

big  9:22
  10:16,17
  14:11 18:23
bigger  6:3
  21:6 25:5
biggest  17:11
bless  22:2,
  11,19 34:16
board  25:4
Boockvar  7:17
book  13:8
bought  33:22
  34:1
briefs  4:18
brilliantly
  5:1
bring  5:10
bringing  3:3
brings  21:22
Bronx  12:10
Brooklyn  9:6
  12:11,12,13
  31:1
brother  23:20
  24:5,6,7
brought  3:8
buddy  15:14,
  20
build  19:1,4
built  26:11
bup  28:19,20,
  21
Bush  8:23
business
  29:12
buy  31:11
Bye-bye  22:21

_____

C

_____

call  4:17
  9:3,4,6 17:8
  30:24
called  9:2
  17:21 29:10

Cambodia
  31:17
campaign  2:18
candidate
  8:6,7
candidates
  32:4,16
Capitol  2:3
captain  32:17
care  19:12,
  14,15 20:7
  31:22
carefully
  8:14 34:12
Carl  30:25
  31:2
case  3:7 5:22
  34:7,8,10
cast  6:13
  26:21
catastrophical
ly  16:14
categorically
  7:2
CCP  32:1
censorship
  10:16
cents  16:4
CEO  29:11
challenge
  3:10,11 19:7
challenging
  12:21
chance  7:1
  30:19
change  8:3
  26:20,21,23
  28:9,25 31:6
changed  7:18,
  19 13:23
channel  11:13
charity  19:16
Chat  11:5
Chavez  29:9
cheap  31:11
cheat  9:17,
  18,19,21 11:3

28:6,24,25
  29:24 30:1
cheated  9:22
  25:22 29:23
cheating  9:2,
  6,7 25:19,24
  30:1,2
check  18:3,4,
  5
checked  26:6
checking  33:2
children
  16:19
China  10:3,7
  31:10,15,16
  34:11
Chinese  24:23
  32:3,8,16
  33:4,18
Christmas
  17:19 18:7
  22:15 30:17
Christmastime
  17:17
cities  16:11,
  12
citizen  8:22
citizens  2:22
city  9:15,17
  11:21 14:22
  30:11
civil  5:9
  33:10
claim  6:10
clause  7:9
  8:18
clear  8:23
close  29:8,9,
  11 30:14
closed  9:9
closing  9:12
Coffee  28:12,
  13
Columbia  2:3
commissioner
  7:12,13,17
  8:2 32:19,22,

23 33:1
commitment
  21:6
common  11:12
  14:18 26:14
  30:6
communist
  31:15,17,24
  32:15
communists
  32:3,7,8,21,
  25 33:3
companies
  10:3
company  26:11
  29:10
complaint
  5:10,11,17
complete  29:7
completely
  7:18 9:15
complex  4:21
complicated
  7:6
concentrate
  30:20
conduct  3:11
conducted
  3:13 4:25
  7:4,7,10
conducting
  3:15 7:25
Coney  12:14
confidence
  23:9
confused  2:9,
  12
congress  7:12
connect  29:1
connectivity
  24:23
consequences
  6:2
constitute
  5:19
constitution
  2:6 4:2 7:5,8

contact   17:4
control   10:9,
 10 31:10 32:9
controlling
 10:14
conventional
 24:25
cop   20:8
cops   18:14
corporations
 20:21
correct   4:23
 6:6
count   6:18
 8:24 20:23
counted   3:19
 29:20
counties   6:19
 7:22,23
countries
 31:18
country   16:15
 19:5 20:9
 30:21 34:11
counts   26:16
county   6:18
 28:13
couple   26:8
court   4:3,6,
 19 5:20 34:7
courts   4:8
 5:25 33:8
COVID   10:11
cra   32:24
crazy   18:13
 25:23 32:24
crime   5:19
 9:12,16
criminals
 9:14
crooked   9:8,
 9,11 10:2,3
 29:14
crucial   33:9
cumbersome
 26:4

curious   25:9

———————————

        D

D.A.   9:13
damage   3:22
danger   33:12
dangerous
 31:4 33:17
date   3:3
day   4:2 12:2,
 7 24:11,19
 29:14
days   12:7
 15:6,23,24
deal   14:7
December
 17:18
decide   5:16
 6:7
decided   6:4
decision   6:2
decisions   4:8
deep   31:25
 32:2
deficient
 5:18
deliver   12:6
 15:5 16:8
delivering
 15:22
democracy
 3:24
Democrat   7:22
 8:6,25 32:1,
 4,16
Democrats
 7:19 29:25
denied   31:21,
 22
department
 20:15 32:11
Depot   20:20
deprived   3:17
desk   13:4

Detective
 18:11
Detectives
 18:11
developments
 34:6
dictatorial
 10:13
die   19:13
died   13:24
 16:18
difference
 28:4
difficult
 21:21
diligence
 26:6 29:17
directly   4:5
disappoint
 9:21
discounted
 3:20
discovering
 2:25
discrimination
 9:4
discuss   2:17
 11:10 12:4
 15:3
disgrace
 9:13,16 13:1,
 16
dishonest
 3:18,22
dismiss   5:13,
 14,17
dissidence
 34:9
distribution
 31:20
district   2:2
 13:5
document   5:5
dollar   16:5
dollars   33:24
Dominion
 24:20,21

25:23 26:8,9
donate   11:9
 16:7 20:10,23
donating   16:6
 20:25
dot   11:10
double   28:15
doubted   23:7
due   26:6
 29:17
duty   16:18

———————————

        E

early   12:22
 13:16
Easter   23:24
easy   19:6
echo   23:18
education   5:9
election
 3:12,17 5:7
 7:11,17 8:1,
 2,17,18 9:17,
 18,19 10:23,
 25 11:2,3,11
 12:17 13:1,3
 27:16 33:7,
 13,17
elections
 4:25 7:4,7
 13:18 26:12,
 13 27:3 29:10
elector's
 8:17
elevate   32:18
embroiled   2:4
emphasize
 22:23
enable   11:14
end   34:18
enemy   31:11
enormously
 30:21
entire   10:23
equal   8:22
 9:3

Europe 31:14
Eve 12:8 18:7
eventually 32:18
evidence 6:21,22
evil 23:13,14 25:6
exact 4:16
examine 7:1
examined 6:24 7:16,20,21,22 8:10,11,15
exceeded 30:2
exchanges 23:12
expected 9:20
expense 17:11
explained 32:19
explaining 29:16
express 4:22
extremely 23:21
eyes 9:9,12

F

facilitated 23:22
facing 3:6
fact 6:12 28:10
facts 5:16,23
fair 5:3 27:16
fake 33:6,7,8
fallen 16:16 18:10
families 16:13,16 18:17 19:18 20:11,16,22 21:2,8,9 23:22

family 15:18 17:5 18:10, 22,23 20:9 21:15 22:24, 25 23:1,19 24:6,9 30:19
farms 31:8, 10,14,20
fascinating 34:8
favor 7:18
favorite 15:2
FBI 32:20
fear 6:1
feel 10:11 25:5,10
feelings 24:18 33:16
feet 6:25
fight 10:15 23:14
filed 4:13
filing 4:17
finally 29:19
find 26:9
finding 19:20
fine 30:16
fire 20:15
firefighter 20:8
fix 26:12 29:13
fixed 26:13 29:9
Flori 29:4
Florida 12:18,20
follow 7:6,14 10:18
food 31:22
fools 11:3
fortune 10:7, 8
forward 5:22
found 24:20

foundation 11:7,18 12:3, 6 15:5,22 20:18
founder 11:17 12:3
Frank 2:16,21 11:16 12:4,9 14:17 15:2,7, 10,13,14,19, 20 16:1,25 17:3,15,18, 22,23 18:1,6, 17,24,25 19:11,22 20:2,13,14 21:5,11,12, 16,17,24 22:1,2,5,8, 10,13,17,19, 20,21 23:2
fraud 10:22 25:6,12,14, 15,16 29:7
free 9:15 20:3 27:1,16
friend 2:15, 16 23:20,23 24:6
friends 4:18
frightening 34:2
fully 15:16
fundamental 8:19
future 34:11

G

game 8:4
gauge 24:18
general 3:9 20:20
generally 3:13
George 23:20 29:13

Georgia 3:10 4:24 28:13 29:4 33:12
gift 19:16
Giuliani 2:1, 2 11:21,23 12:12,16 13:19 14:3, 10,17,22,24 15:12,16,24 16:21 17:1, 13,16,19,24 18:2,16,21 19:10,19 20:1,12 21:3, 10,14,18,25 22:3,6,9,12, 14,18,20,22 23:5,9,15 24:1,4,12,15, 21 25:11,14, 22 26:5,23 27:6,9,13,17, 20,23 28:1,3 30:6,11,13 31:25 32:13 33:15
give 13:11 16:4
giving 12:23 32:3
glad 23:5
God 20:1 22:2,11,19 33:7 34:15,16
gold 16:13 19:4 20:8
good 2:1,15, 16 15:17 24:4 32:25
goodness 19:8
Gore 8:23
Gotti 32:22
government 4:10 10:14
governor 7:11 8:2 25:3

**governors**
29:15
**grant**  23:22
**grants**  23:22
**grassroots**
20:18
**great**  3:8,9
16:1 18:18
19:13 20:11,
21,22 31:5
34:15
**greater**  33:19
**greatness**
19:12
**ground**  2:10
**grounds**  3:12
**growing**  19:21
21:4
**GSA**  26:3
**guess**  31:1
**guest**  11:6
14:25
**guy**  32:14
**guys**  32:6

**H**

**hand**  13:8
**handle**  13:14
**handling**
13:2,16
**hands**  20:16
**Hanukkah**
22:15
**happen**  2:13
17:20,21 34:4
**happened**  5:24
13:15 14:11
**happy**  22:12,
13,14,15
**hard**  10:16
**health**  31:22
**hear**  11:10
16:3 27:1
**heard**  26:25
30:4

**hearing**  6:4
27:4
**heavy**  25:18,
19
**heck**  9:23
**helps**  2:21
**heroes**  2:16
11:8
**high**  10:2
**highest**  4:9
**historic**  2:4
3:7 12:1
**history**  3:1
26:10 30:22
31:4 33:6,9
**holiday**  16:23
**holidays**
16:22 22:13,
14 30:18
**Home**  20:20
**homes**  12:7
15:5,23 16:8
19:5 20:2,3
**hometown**
12:13
**honest**  3:18,
19,20
**honoring**  11:8
**hope**  2:18
11:9 12:5
15:4 16:9
17:9 20:4
24:10 30:15
31:5,6,9,19
33:7
**horrible**
26:10
**hotline**  11:7
**House**  12:21
**houses**  19:2,4
**hundreds**  9:25

**I**

**identify**  13:5
**II**  7:9 33:9

**illegal**  3:16
4:25 6:16,17
8:1,18
**illegally**
3:13
**Imagine**  26:1
**importance**
2:19,21
**important**
2:22 3:6 4:5,
6 23:1 30:22
**importantly**
12:25
**impossible**
31:9
**incalculable**
3:25
**including**  2:9
**incumbent**
12:21
**indiscernible**
14:7,9 15:11
17:1 25:21
26:22 27:9
31:2 32:14
**infiltration**
33:18
**injured**  16:14
23:24
**inroads**  32:10
**inspected**
6:15
**inspector**
12:17 13:4
**instructions**
13:11
**instrumental**
23:21
**integrity**
3:23
**interesting**
27:13
**Internet**  29:2
**invention**
15:8
**invoked**  2:7

**invoking**  2:5
**involved**  2:5
10:19 22:4,7
26:12
**Iranians**
24:23
**Iraq**  23:24
**Island**  12:14
23:23
**issues**  11:25

**J**

**Jimmy**  31:1,2,
3 32:2,14
**job**  31:5
**John**  32:22
**join**  2:17
4:19 15:3
**joined**  4:13,
17 11:16 12:2
14:16 16:2
**joins**  12:4
**joke**  29:6
**Jones**  5:12
13:10
**judges**  33:8
**jurisdiction**
4:3
**justification**
6:5

**K**

**Kathy**  7:17
**Ken**  3:8 4:12
**keywords**  26:9
**kid**  24:16
**kill**  18:14
31:12
**killed**  31:13
**kind**  3:3 4:20
29:17
**kinds**  21:21
**knew**  23:12,13
33:19

| | | | |
|---|---|---|---|
| **Korea** 33:10 | **lot** 2:8,24,25 | **man** 22:23 | **mortgage** |
| | 3:4 10:19 | **manually** 13:9 | 17:5,10 18:9 |
| | 13:24 15:19 | **mark** 13:9 | 20:3 |
| **L** | 20:17 29:16 | **married** 13:6, | **mortgage-free** |
| | 34:6 | 23 | 12:7 15:5,22 |
| **lack** 9:3 | **Lou** 17:14 | **Mary** 13:10 | **mortgages** |
| **large** 20:23 | 18:1,11 | **matches** 13:7 | 17:12 19:3 |
| **latest** 11:11 | **lousy** 20:7 | **matter** 4:5 | **motion** 5:13, |
| **law** 5:5 6:14 | **love** 18:21 | 5:2 25:24 | 14,16 |
| 7:25 8:22 9:3 | 19:6 21:16,17 | **matters** 11:20 | **Motors** 20:20 |
| **lawless** 9:15 | 22:20,21 | 14:21 30:10 | **mounting** 4:16 |
| **lawyer** 5:3 | **loved** 16:17 | **mayor** 11:6,21 | **mouth** 21:7 |
| **lawyers** 2:9 | **lovers** 10:3 | 14:22 18:5 | **moved** 13:23 |
| 18:4 | **loves** 21:19 | 25:3 30:11 | |
| **lays** 5:6 | 22:3 | **mayor's** 32:9 | |
| **leave** 16:18 | **lower** 5:24 | **meaning** 8:18 | **N** |
| **left** 16:17 | **lucky** 27:21 | **means** 2:20 | |
| 20:11 | | **meant** 15:19 | **nation** 2:3 |
| **legal** 6:10 | | **media** 10:2 | **news** 33:6 |
| **legally** 5:17 | **M** | 26:22,24 | **Night** 11:1 |
| **legislators** | | 27:1,4 | **nose** 5:12,15, |
| 25:2 | **machine** 13:13 | **meet** 21:8 | 18 |
| **legislature** | 25:14,16 | **mention** 32:12 | **number** 4:14, |
| 6:14 7:11,14, | 26:15,20 | **Merry** 22:14 | 16 11:9 |
| 15 | 28:7,8,10,22, | **Michigan** 3:10 | |
| **lets** 9:14 | 23 29:7,14, | 4:24 10:20 | |
| **level** 33:21 | 15,16 30:2 | **middle** 8:3 | **O** |
| **levels** 4:9 | **machines** | **million** 20:24 | |
| 8:20 25:12 | 25:23 28:14 | 31:13 | **office** 12:20 |
| **light** 20:17 | **made** 4:9,10 | **millions** | 13:18 32:9 |
| **limbs** 16:15 | 14:6 | 31:15,16 | **officers** 24:2 |
| **list** 26:3 | **Maduro** 29:9 | 33:24 | **offspring** |
| **listen** 11:11, | **magnificent** | **mind** 27:17,18 | 31:8 |
| 13 17:10 | 24:9 | **mine** 23:20 | **online** 26:7 |
| **listeners** | **mail** 14:1 | **mission** 16:2 | 28:11 |
| 20:6 | 25:21 30:3 | **mistake** 8:16 | **Ooh** 14:10 |
| **live** 2:2 | **mail-in** 8:11 | **mistakes** | **opening** 21:7 |
| 10:24 11:1,2 | 12:22 25:15, | 13:12,21 | **operates** |
| 24:11 | 19 30:3 | **money** 16:6 | 28:14 |
| **lives** 13:10 | **mail-ins** 25:7 | 17:6 27:5,7 | **operation** |
| **long** 19:17 | **mailed** 13:22, | 32:4,15 | 34:1 |
| **long-term** | 25 | **month** 16:7,8 | **opinion** 4:22 |
| 3:23 | **make** 4:20 | 20:7,10,13, | **opportunity** |
| **lose** 12:23 | 5:13,16 6:2 | 24,25 | 6:4 29:24 |
| 31:9,20 | 7:23 10:7,8 | **months** 12:24 | **opposed** 31:16 |
| **lost** 23:25 | 11:3 13:12,20 | | **opposition** |
| | 20:17 21:6 | | 31:12 |

ordinary  8:21
org  11:10
organization
   18:24
original  4:2
originally
   4:17
outrage  9:24
overlook
   10:4,5
overwhelming
   4:13
owe  19:17
   20:10

_____

**P**

paid  27:20,24
   28:4,5,6
   33:23 34:1
part  8:8,24,
   25
partner  29:12
parts  8:12
Party  32:1
pass  31:7
passing  32:15
Paxton  3:8
   4:12
pay  17:6 18:9
   19:3
paying  17:7
   34:5
payment  17:10
Pennsylvania
   3:10 4:24
   6:15,20 7:15
   9:20,24 25:25
people  2:8,21
   6:25 9:16
   12:25 13:2,
   14,22,24,25
   14:11 15:2
   16:2,3 19:13
   20:18,24
   24:10 25:4
   28:4 29:4

31:16
percent  8:14
   9:14 23:6
period  2:4
   30:22
person  18:13
   26:19
personal
   23:12
petition  5:1,
   2
petitioners
   4:19
Phil  12:9,11,
   14,17 13:20
   14:4,6,13,14
Philadelphia
   6:20 9:9,11
phones  11:24
photographs
   6:23
pick  29:15
picking  25:2,
   3
pictures  29:3
Pittsburgh
   6:21
place  33:5
plenty  30:1,
   4,5
podcast  11:12
point  12:24
points  3:2
poke  5:15
poked  5:12
poking  5:18
police  7:12
   24:2 32:10,
   17,19,21,23,
   25
politicians
   2:9
poll  14:2
power  7:8
   10:12
prayers  15:19

precious  8:20
president
   8:21 25:2
presidential
   3:12,16 7:4,7
   8:1 10:25
primary  32:5,
   17
procedure
   4:20 5:9
process  26:4
program  29:2
programs  16:5
protection
   8:22 9:3
proud  16:10,
   19
provision  4:1
provisions
   2:6
psychiatric
   14:9
pulls  13:12
purpose  14:5
put  9:13
   26:7,8,16
   28:17,18
puts  13:13
putting  29:4,
   5

_____

**Q**

quadruple
   28:15
question
   27:11

_____

**R**

Radio  11:22
   14:19,23
   30:8,12
raise  17:6
Ramos  18:11

ran  12:20
ranches  31:7
rarely  2:7
read  4:25
ready  30:15
real  31:11
   34:14
reality  33:13
realize  33:18
realized
   33:20
reason  4:7
   24:14 28:24
reasons  21:21
recording
   34:18
recovered
   15:17 23:6
regions  31:21
registration
   13:8
rejected  8:15
remarkably
   4:12
remember  2:19
   17:13,14,17
   32:5
reporting
   26:24
representative
   3:24
Republican
   7:23 8:7 9:1
Republicans
   11:4
researched
   5:4
respect  13:1
respects  3:15
responder
   16:16 18:10
response
   32:20 33:3
rest  22:24
revelations
   34:12

revolution
  31:17,24
Revolutionary
  33:11
ridiculous
  28:5,8
Rudy   2:1,2
  11:21,23
  12:12,16
  13:19 14:3,
  10,17,22,24
  15:10,12,16,
  24 16:11,21
  17:1,13,16,
  19,24 18:2,
  16,21 19:10,
  14,19 20:1,12
  21:3,10,14,
  18,25 22:3,6,
  9,12,14,18,
  20,22 23:9,15
  24:1,4,12,15,
  21 25:11,14,
  22 26:5,23
  27:6,9,13,17,
  20,23 28:1,3
  30:6,11,13
  31:25 32:13
  33:15
Rudy's   11:12
rule   7:19
ruled   6:16
rules   7:10,
  14,18 8:3
run   6:1 9:15
  29:7,8
running   32:4,
  7
rural   25:4

        S

safe   27:2
Saturday   11:1
Schiller   2:17
school   25:4
schools   33:5

science   33:6
season   2:18,
  20 11:8 12:5
  15:4 16:9,24
  17:9
secretly   6:13
Section   7:9
secure   27:2
sense   14:18
  26:14 30:7
Sense.com
  11:12
sentiment
  23:18
shopping
  30:17
shortly   12:2
  14:17
show   2:23
showing   6:23
  10:22,23
shows   28:15
side   5:2 34:9
signature
  13:7
Siller   11:17
  12:4 15:2,10,
  14,20 16:1,25
  17:3,15,18,23
  18:1,6,17,25
  19:11,22
  20:2,14 21:5,
  12,17,24
  22:2,5,8,10,
  13,17,19,21
  23:19 24:8
Siller's
  23:19
simply   11:14
simultaneously
  17:2
single   7:3
  21:1 29:21
situation
  25:16
sixth   18:20

skill   11:15
skip   3:4
slightest
  8:16
smart   19:5
Smartmatic
  26:10 29:11
socialist
  10:13
solution
  14:19 30:8
son   23:24
  24:6
Soros   9:14
  29:13
sound   15:14,
  15
Soviets   33:4
speak   11:5
  18:19
special   14:25
  15:1 22:22,23
Spend   30:18
squad   24:7
stage   6:7
star   16:13
  19:4 20:9
start   3:3
  11:25
started   10:11
starvation
  31:12
starved
  31:14,15
state   3:9,17
  4:4 6:9,14
  7:2,10,14,15,
  16 8:2,8,12,
  24
Staten   23:23
states   2:6
  4:4,14 10:9,
  10,19 19:6
  29:20,22 34:9
steal   10:1
  11:3

Stephen   24:7
stolen   5:7
  10:24
stories   26:25
strong   34:10
structure
  31:7
sucking   10:3
sues   4:4
Sunday   23:24
superintendent
  13:17
support
  19:20,21
  31:21
Supreme   4:3,6
  34:7
surprise   17:7
surreptitiousl
y   6:13
system   9:9,11

        T

T2t.org.
  11:9,10
takes   17:6
taking   23:13
talk   2:23,24
  11:22 12:19
  14:19,22
  22:25 23:1,17
  30:8,11
talking   11:19
  14:20 17:2
  25:8,11 30:9
tax   31:7
tech   10:2
  14:11
telling   21:20
ten   8:9,13
  26:12
terrific
  15:14,15
terror   24:22
  25:1

**Texas**   3:9,25
  4:22,23 6:11
**text**   23:12
**Thanksgiving**
  12:8
**theft**   10:23
**thing**   3:6 7:3
  26:14 27:3
  29:5
**things**   3:5
  10:15 17:20
  21:22 25:9
**Thirty-six**
  16:11,12
**thought**   3:2
  18:13 26:4
  30:24
**thousands**
  9:25
**time**   2:5 4:7,
  11 5:16 9:22
  10:17 12:2,6,
  23 15:4 17:19
  18:19 19:17
  21:21 22:24
  30:18 31:4
  33:9
**times**   9:8
  28:19
**today**   2:14
  15:11
**told**   18:7
**topic**   23:17
**tort**   5:19
**total**   29:6
**totally**   28:7
**Tower**   12:5
**Towers**   11:6,
  7,17 12:3
  15:3,21 18:8
**town**   25:4
**treat**   8:6
**triple**   28:15
**true**   2:8 5:6
  6:9,12
**Trump**   8:12
  9:23 25:5

26:18 31:22
**truth**   14:18
  30:7
**Tunnel**   11:17
  12:3 15:21
  18:8
**Tunnels**   11:6,
  7 12:4 15:3
**Tunneltotowers**
  **.org**   16:7
  20:6
**turn**   33:13
**Twitter**   28:11

———————

**U**

**Ukraine**   31:13
**unbelievable**
  13:20,21
  20:19
**unconstitution**
  **al**   3:16
**unconstitution**
  **ally**   3:14
**uncover**   14:18
  30:7
**understand**
  2:25
**undertook**
  3:25
**unique**   30:23
**United**   2:6
  4:3 10:8 19:5
  29:20,22
**unknown**   12:21
**uplift**   16:23
**uplifts**   22:4,
  6
**USBS**   29:5
**USPS**   13:18

———————

**V**

**Venezuela**
  23:18
**Venezuelan**

26:11
**Venezuelans**
  29:8
**verify**   13:7
**veterans**
  16:14 24:2
**video**   6:23
**videotape**
  10:22,24
  28:11
**Vietnam**   33:10
**view**   3:2
**violation**
  6:13 7:24
  8:17,19
**visit**   11:12
**visited**   18:7
**vote**   3:18
  8:24 9:1 14:1
  26:16,18,19,
  20,21 27:19
  28:16 29:1,21
**voted**   3:21
**voter**   13:8
**votes**   3:18,
  19,20 8:10,14
  9:25 10:1
  25:25 28:19
  29:5,19
**voting**   3:22
  12:22 13:16
  14:2 26:15
  28:8,22,23

———————

**W**

**wanted**   32:18
**War**   33:9,10,
  11
**ward**   13:4
  14:9
**warfare**   24:25
**waste**   4:7,11
**watch**   11:13
  34:11,12
**weekend**
  30:14,16

34:7,15
**Westhampton**
  30:25
**who've**   13:23
**win**   31:19,23
  33:12
**winning**   8:9
  25:25 26:1
**wiped**   3:19
**Wisconsin**
  3:11 4:24
  10:21
**wishes**   15:17
**woman**   24:4
  28:13
**won**   25:17
**wonderful**
  21:15
**words**   28:17
**work**   16:20
  19:24 20:17
  24:1 28:5
  30:17
**working**   11:25
  27:1
**Works**   12:15
**World**   33:9
**worry**   17:9
**worse**   7:23
  8:5 34:13
**Wow**   18:16
**written**   5:2,4
**wrong**   29:22

———————

**Y**

**year**   16:9
  20:3,5,9 21:1
  22:15 31:13
**Year's**   12:8
**years**   9:12,20
  27:3,14,15
  32:2 33:20,25
**York**   11:19,21
  12:18 14:20,
  21 18:12 23:4
  30:9,10 32:3,

Case 1:21-cv-00213-CJN Document 2-14 Filed 01/25/21 Page 46 of 46
Fox's Chat with the Mayor Rudy Giuliani
December 11, 2020                                                    10

```
17
York's    11:22
  14:22 30:11
Yorkers   15:1
young    16:18
Youtube  11:13
```