# Exhibit 207

File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020

1

2

3

4       "CHAT WITH THE MAYOR, RUDY GIULIANI"

5            77WABC  TALK RADIO

6

7            "WE WILL KEEP FIGHTING"

8

9

10

11   DECEMBER 15, 2020

12   FILE 14

13

14

15   "File 14 Rudy Giuliani, Chat with the Mayor, 77WABC

16   (Dec. 15, 2020) (Washington, D.C.), available at,

17   https://wabcradio.com/podcast/rudy-giuliani/"

18

19

20

21

22

23

24

25

Case 1:21-cv-00213-CJN Document 2-142 Filed 01/25/21 Page 3 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                    2

1      RUDY GIULIANI:  Good afternoon.  This is

2    Rudy Giuliani from the District of Columbia,

3    the swamp, on 77WABC, and thank you for tuning

4    in.  Coming up, I'm going to get to talk to you

5    on Chat With the Mayor.  So you call me on the

6    Tunnel to Towers Foundation hotline at

7    1-800-848-WABC, 9222.  Help the Tunnel to

8    Towers to do good; donate $11 a month at

9    T2T.org.  That's T, the Number 2, T, .org.

10      So, I want to start the show just by

11    mentioning one thing, and then I have a very,

12    very special guest.  What I want to mention is

13    all of the revelations yesterday that you might

14    not have absorbed completely about the corrupt

15    Dominion voting system that was examined in

16    Antrim County, Michigan, 22 machines, I still

17    can't believe the error rate of 62 percent.

18    Sixty two percent error rate.  They -- they

19    reject 83 percent of the ballots and send them

20    to adjudication.  And now we don't know what

21    happened to them in adjudication because the

22    state of Michigan wiped out the adjudication

23    files and all the recovery files.  So we will

24    never know what happened to all those votes

25    that were improperly cast in a machine that's

Case 1:21-cv-00213-CJN  Document 2-142  Filed 01/25/21  Page 4 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                    3

1   made for cheating.  That's -- I mean, that's

2   the whole purpose of the Dominion system is to

3   cheat.  And I really am interested in hearing

4   how they lie their way out of it today in front

5   of the -- in front of the Michigan legislature

6   when they come up and try to explain how in 27

7   different states they have a voting machine

8   that's a calculator.  And I wonder if our

9   representatives in Michigan have the IQ level

10  to actually match their questions.

11      I mean, why would a voting machine

12  calculate.  Computers, calculate.  Voting

13  machines just register votes; one for Biden,

14  one for Trump, one for Biden, one for Trump.

15  The only calculations you do is add them up;

16  395 for Trump, 227 for Biden, but, you see,

17  they calculate.  So you can get a half a vote

18  for Trump. You can get a third of a vote for

19  Trump.  I know. I know. How can you do that?

20  You can do that if you were a machine that was

21  made way back in Venezuela and Cuba in order to

22  help Hugo Chavez steal elections, and you keep

23  that software.  You've been thrown out of

24  countries, you keep changing your name, and

25  then crooked politicians hire you.  And that's

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 5 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                              4

1    the way we run elections in America.

2    Hopefully, we're going to get a chance to look

3    at more of these machines, because right now

4    the result in Michigan is an embarrassment to

5    the state of Michigan, and verging on really

6    illegal and criminal.

7        So, I have with me a very special guest

8    who knows more about the border than anybody in

9    the whole world, Lara Logan. I bet you know

10   Lara from Fox and from many, many years on CBS.

11   She's one of our -- one of our very, very best

12   investigative reporters.  Unbelievable history

13   all over the world, but right now, the last

14   couple of years, she's been devoting herself to

15   figuring out what's going on in our southern

16   border, which is much better organized than you

17   think, but for the wrong reasons.  So --

18       LARA LOGAN:  Thank you, Rudy.

19       RUDY GIULIANI:  -- can you just kind of

20   explain to people who probably -- you know,

21   most of the people on this show understand

22   illegal immigration.  They understand the

23   problems, the pluses, the minuses, all the

24   things, but they probably have no understanding

25   of how complex the border is.

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 6 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                        5

1    LARA LOGAN:  Well, first, thank you.

2  Second, I really don't know more about the

3  border than anyone in the world.  Just -- just

4  saying that, what I would say about the

5  southern border is that what makes it most

6  complicated is that we only talk about it as an

7  immigration issue, and we've allowed the

8  immigration issue and the humanitarian issues

9  associated with that to obscure the reason we

10  really have a border, which is national

11  security.  And so all the security issues get

12  drowned out and obliterated out of the public

13  conversation.  No one wants to talk about it,

14  because if you talk about it, it means you

15  don't care about the family that's trying to

16  come here to, you know, make a better life.  I

17  care.  I care very much. I mean, it breaks my

18  heart every time, but I also care about

19  understanding the whole context.  That's my job

20  as a journalist, and what I can tell you is

21  that in terms of national security, you have

22  right on your southern border the most powerful

23  and violent criminal organizations in the

24  world.  The Mexican cartels have transformed

25  from the drug organizations they were, Sinaloa

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 7 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                   6

1  cartels in more than 50 countries.  Cartel

2  Jalisco New Generation CJNG is in more than,

3  you know, 40 countries.  And the DEA just a few

4  months ago did a big operation to go after CJNG

5  because they're new, but they're growing fast

6  and they're ultra violent.  And they arrested

7  700 of their people right here in the United

8  States.

9      RUDY GIULIANI:  Where?

10     LARA LOGAN:  In the United States.

11     RUDY GIULIANI:  Where?

12     LARA LOGAN:  All over.

13     RUDY GIULIANI:  You mean in the interior

14  of the United States.

15     LARA LOGAN:  In the interior of the United

16  States.

17     RUDY GIULIANI:  Beyond the border --

18     LARA LOGAN:  The way beyond the border.

19  When you -- you know better than anyone Rudy,

20  right, because you dealt with the mob.  If

21  you're a criminal enterprise and you want to

22  distribute narcotics to your market, you need

23  an infrastructure all across the country.  If

24  there are narcotics in every single town and

25  every single city in this country, then there

Case 1:21-cv-00213-CJN  Document 2-142  Filed 01/25/21  Page 8 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                    7

1    is an -- there's a support infrastructure --

2        RUDY GIULIANI:  Absolutely.

3        LARA LOGAN:  -- and a logistics

4    infrastructure, and a communications

5    infrastructure.  Surveillance.

6        RUDY GIULIANI:  Complex business.

7        LARA LOGAN:  Countersurveillance.  They're

8    very good on intelligence.  They, also, are

9    very good at corrupting people along the way.

10   Right?  They subcontract to gangs like all in

11   the Northeast.  You're talking about the

12   Dominican gangs who are responsible for most of

13   the drugs.  And what most people have no idea

14   about is that the opioid crisis is no longer

15   being fueled by prescription drugs.  The

16   cartels, being extraordinarily adept and having

17   more money than God, they can do anything they

18   want.  And what they are doing is now producing

19   synthetic opioids that are in a lab in Mexico

20   with the help of China. This is critical for

21   people to understand.  You have China supplying

22   precursor chemicals on a massive scale.  So

23   what is happening on the southern borders you

24   have a quantum leap in the quantities of

25   methamphetamines and fentanyl coming over that

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 9 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                          8

1   border.

2       Fentanyl is the deadliest drug this

3   country has ever seen.

4       RUDY GIULIANI:  Use that with coc -- the

5   heroin, right?

6       LARA LOGAN:  Well, the heroin is the --

7   you know, slow you down. It's --

8       RUDY GIULIANI:  Right.

9       LARA LOGAN:  Right?  And the -- and the

10  fentanyl is -- has a similar kind of effect.

11      RUDY GIULIANI:  Right.

12      LARA LOGAN:  So what they've done is sort

13  of substitute heroin and oxycodone and all

14  these opiates with fentanyl, but fentanyl is so

15  deadly that it literally takes like a couple

16  grains of it to kill you.  And they're making

17  these fake opioid pills in labs in Mexico with

18  the help of China, because without the

19  precursor chemicals in those quantities they

20  couldn't do it.  And they are flooding the U.S.

21  with these things.

22      RUDY GIULIANI:  So how are they

23  bringing -- how are they getting it in?

24      LARA LOGAN:  Well, they use the ratlines

25  that they've used for decades.  Some of these

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 10 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                              9

1   ratlines, honestly, go back to the -- I mean,

2   the Indian wars.

3        RUDY GIULIANI:  Right.

4        LARA LOGAN:  I mean, they go back to the

5   time of cotton, right, coming over there.  And

6   they also used to keep people very separate

7   from narcotics.  They don't do that anymore.

8   So, they get it to the southern border.  All

9   that land just south of the border on the

10  Mexican side, I mean, that's blood land, right?

11  Every inch of ground there is soaked in blood,

12  because they fight for that with everything

13  they've got.

14       RUDY GIULIANI:  They fight with each

15  other?

16       LARA LOGAN:  Yes, that's why you see so

17  much violence, because it's really about --

18  well, it's about terror.  Terrorizing people

19  below you, not to try to subvert your position

20  in the organization. Right?  Terrorize the

21  people that are around so that they don't

22  challenge you.  Terrorize the other cartels so

23  that you hold your routes.  I mean, everything

24  is about using terror and extreme violence to

25  hold on to power.  Because power is fed --

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 11 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                10

1   fueled by the massive amounts of money.

2       RUDY GIULIANI:  What areas is concentrated

3   in?  Texas?  Right -- right below Texas, or ...

4       LARA LOGAN:  Well, if you, you know, if

5   you look in Texas, for example, if you're down

6   in Laredo, right across the border in Nuevo

7   Laredo is cartel CDN.  They are the Zeta cartel

8   rebranded.  Right across from Igal -- from

9   Roma, Texas there's been a big battle that was

10  Gulf cartel's territory for a long time, and

11  now they're battling with the CDN cartel.

12  There's -- Sinaloa is really still the biggest.

13  They have the biggest footprint in the U.S.

14  They're one of the oldest cartels in Mexico.

15  They have a lot of that California border and

16  and parts of the Texas border.  And they -- but

17  all of these cartels move beyond the border.  I

18  mean, they have -- I tell you what, there's a

19  video that people can look up online.  It's

20  extraordinary.  It shows a cartel, a very

21  heavily armed cartel moving a high value

22  passenger 70 miles inside the U.S.  They're in

23  the vehicle. You can see their weapons. They've

24  got their they're automatic weapons ready and

25  drawn.  The way they would in Mexico, and

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 12 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                11

1  they're literally doing a handoff of a

2  high-value passenger 70 miles inside the United

3  States.

4      RUDY GIULIANI:  So how does this -- how

5  does this intersect with the illegal

6  immigration that goes on?

7      LARA LOGAN:  Well --

8      RUDY GIULIANI:  If it still goes on with

9  the COVID and --

10     LARA LOGAN:  Oh, no.

11     RUDY GIULIANI:  Has that calmed it down a

12  little?

13     LARA LOGAN:  Well, interestingly, what

14  COVID did was that the CDC issued under Title

15  42, they issued a public health mandate that --

16  that put an obligation on Customs and Border

17  Protection to take anyone who was entering

18  illegally and remove them immediately.  So,

19  they've been sending people straight back to

20  Mexico.  So that made a big difference.

21     However, Judge Sullivan, you know, Emmet

22  Sullivan from the Mike Flynn case.

23     RUDY GIULIANI:  Right.

24     LARA LOGAN:  Well, Judge Sullivan just

25  ruled that you cannot -- that Title 42 doesn't

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 13 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                    12

1   apply to minors.  Now, there has been an

2   explosion of unaccompanied minors on the

3   southern border.

4        RUDY GIULIANI:  I've seen --

5        LARA LOGAN:  An absolute explosion.  So,

6   what is happening now with this ruling from

7   Judge Sullivan, they can no longer be returned

8   to Mexico.  They're being released.  It's back

9   to catch and release into the community.  And

10  there's a big problem.  There are thousands of

11  Border Patrol agents that have contracted

12  COVID.  Seventeen of them have died.  So,

13  they're having, you know, a big issue.  You can

14  see the impact this has always been an issue,

15  but nobody wanted to talk about what diseases

16  were coming over the border, because we've made

17  this a what conversation?  An immigration and

18  a, you know, humanitarian conversation.  Right?

19  We don't talk about the national security

20  elements of this because it makes us, you know,

21  inhuman, and racist, and xenophobic and all the

22  others.

23       RUDY GIULIANI:  So, now it's being driven

24  really by drug, by drugs.  By the money made

25  from drugs?

Case 1:21-cv-00213-CJN  Document 2-142  Filed 01/25/21  Page 14 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                    13

1      LARA LOGAN:  Oh, it's been driven by

2    money, but narcotics is a huge part of it, but

3    the people --

4      RUDY GIULIANI:  Human trafficking?

5      LARA LOGAN:  People and human smuggling.

6    The people are worth almost as much as the

7    narcotics today.  And, also, very important

8    distinction, the cartels are now responsible

9    for the vast majority of narcotics globally.

10   So, even in Europe, for example, they are --

11   they have meth labs where you've got Mexican --

12   Mexican cartels making drugs in a lab with

13   Chinese chemicals and proliferating them, you

14   know, across Europe and other markets.  And

15   that's given the cartels extraordinary power,

16   because every street gang in the world, what's

17   their main currency, Rudy?  It's drugs.

18      RUDY GIULIANI:  Right.

19      LARA LOGAN:  And --

20      RUDY GIULIANI:  That's the big money.

21      LARA LOGAN:  Right.  So every street gang

22   in the world wants to be on the right side of

23   the Mexican cartels, and they will do whatever

24   it takes.

25      RUDY GIULIANI:  And are we making any

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 15 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                    14

1   progress?

2      LARA LOGAN:  Well, we're doing an

3   extraordinary, you know, amount with what we

4   have.  Right?  I mean, the people who are out

5   there on the ground every day, the people who

6   are leading, they're doing everything they can

7   with what they have, but the reality is that

8   I've asked many of them and they all tell me

9   the border is not secure.

10     RUDY GIULIANI:  Right.

11     LARA LOGAN:  Now, you know, there's

12  different levels of security, but in reality,

13  when you have -- if you can get narcotics in

14  literally any state, any city in this country,

15  then obviously that's getting through your

16  border.

17     RUDY GIULIANI:  Right.

18     LARA LOGAN:  It's not secure.

19     RUDY GIULIANI:  Right.

20     LARA LOGAN:  Right?  And you know what's

21  about to happen, under the Biden

22  administration's immigration plan, Biden has

23  already announced no deportations for 100 days.

24  okay?  So, the agents on the ground are already

25  hearing from people who are saying, we -- we

1  were told to come because this is a better time

2  now.  We were told to come because we can stay.

3  Also, the Biden administration has on their

4  timetable abolishing ICE and homeland security

5  investigations.

6     RUDY GIULIANI:  They're not really going

7  to do that, are they?

8     LARA LOGAN:  Well, that's what they say

9  they're going to do. I don't know.  I mean, I'm

10  not in the -- I'm not in the loop.  Right?  So

11  to speak.

12     RUDY GIULIANI:  Abolishing ICE.  Ah-haha.

13     LARA LOGAN:  They also -- they also just

14  took the head of the Open Society Foundation,

15  which is what is their --

16     RUDY GIULIANI:  Right.

17     LARA LOGAN:  What is their mandate, right?

18  I mean, what is their philosophy?  They are the

19  architects and the political infrastructure for

20  the open borders --

21     RUDY GIULIANI:  The one world.

22     LARA LOGAN:  -- policy.

23     RUDY GIULIANI:  One world.

24     LARA LOGAN:  Right.

25     RUDY GIULIANI:  One socialist border.

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 17 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                    16

1      LARA LOGAN:  So the president of that

2   organization just resigned, Patrick Gaspard --

3      RUDY GIULIANI:  Right.

4      LARA LOGAN:  -- to take up a position as

5   labor secretary in Biden's cabinet.

6      RUDY GIULIANI:  Yeah.

7      LARA LOGAN:  So -- and he's not the only

8   one.  So what you have, you know, you have a

9   lot of -- there are many indications that they

10  intend to move towards a far more open border.

11  Don't forget, when you had all those candidates

12  on the Democratic side during the primaries,

13  they were asked when they were on the debate

14  stage how many of you would decriminalize

15  crossing the border.  And they all raised their

16  hands.  Every single one.

17     RUDY GIULIANI:  Absolutely.  Well, Biden

18  put it half up, but I don't know if he can get

19  his hand all the way up.

20     Well, Lara, it's been -- it's been

21  terrific catching up with you.  We'll have to

22  keep in touch, and we have to see what happens

23  at the border.  I mean, it really frightens me.

24  We've had enough -- we have enough problems

25  there, and to open it up even more, oh, my

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 18 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                              17

1   goodness.

2      LARA LOGAN:  Well, I'm doing this for the

3   next episode of my show.  Lara Logan Has No

4   Agenda on Fox Nation.

5      RUDY GIULIANI:  Yeah.

6      LARA LOGAN:  It should be coming out at

7   the end of January, and I also spent time down

8   in Mexico with the Mormon family, who had three

9   mothers and all those children murdered in the

10  big massacre last year.  So it's -- and -- it's

11  really moving what we learned.

12     RUDY GIULIANI:  Well, thank you very, very

13  much.

14     LARA LOGAN:  All right.

15     RUDY GIULIANI:  And good luck.

16     LARA LOGAN:  Thank you.

17     RUDY GIULIANI:  Take care of yourself.

18     To listen to us on Alexa simply say,

19  "Alexa, enable the 77WABC skill."

20     ANNOUNCER:  Mayor Rudy Giuliani on ...

21     (Music playing) 77WABC.

22     RUDY GIULIANI:  This is Rudy Giuliani back

23  again from Washington, D.C.  I'm -- you know,

24  I'm just looking at what's going on in my -- in

25  my city, and completely convinced Cuomo and de

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 19 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                  18

1  Blasio just want to destroy the restaurant

2  industry for no reason.  I look at the

3  statistics about the spread of COVID, and the

4  spread of COVID in restaurants is minuscule

5  compared to the spread of COVID in other

6  places.  And you can socially DISTANCE.  You

7  can wear masks.  The waitstaff can be

8  extraordinarily careful, and the percentage of

9  people who get the illness is minuscule

10 compared to other congregations of people.

11     And not only that, the fatality rate, the

12 mortality rate is not what it was three or four

13 months ago.  It's a -- it's a -- it's a, yes, a

14 dangerous disease and a difficult one, but it's

15 one we can manage.  It's one we can deal with.

16 It's not one that should require destroying

17 people's lives and destroying people's

18 businesses.  And what they have against

19 restaurants, I just, for the life of me, can't

20 figure out.  Restaurants are an enormously

21 vital part of the economy of New York City.

22 Restaurants are an enormously vital part of the

23 existence of any city.  Cities exist because

24 people come together in cities.  That's why

25 they're there, because they need a place to

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 20 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                    19

1  come together because we're social human

2  beings.  And these people, de Blasio and Cuomo,

3  have no understanding of the importance of a

4  city in a country and in a civilization, nor do

5  they have any understanding of the damage they

6  do by shutdowns.

7       I mean, I understood that right from the

8  very beginning.  I mean, I understood the

9  original shutdown.  Now, in retrospect, I

10  wonder if it wasn't pushed a little bit by

11  hysteria, but at least the numbers were out of

12  control then and nobody knew in the hospitals

13  and -- but I knew there'd be a big price.  You

14  can't shut human beings up for two months,

15  three months, four months, five months, six

16  months, and not expect to significant damage to

17  them.

18       First of all, not all human beings are

19  emotionally stable.  You lock them up like that

20  and force them in, and all kinds of neurosis,

21  psychosis and everything else emerges.

22  Domestic violence emerges, alcoholism, drug

23  addiction.  Just deterioration of their being

24  able to take care of themselves.  They're not

25  going to the doctor and get checkups.  I mean,

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 21 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                    20

1   there are tremendous trade offs for this.  And

2   Cuomo, and de Blasio and Biden act like, oh,

3   let's just shut it down, let's shut down the

4   restaurant.  Cuomo announces New York City must

5   close indoor dining.  De Blasio -- what a de

6   Blas -- what did genius de Blasio say?  "People

7   should brace for another possible shutdown."

8       Is this.  Is this really what I think it

9   is?  This is a rather philosophical,

10  psychological point, but I've always believed

11  that people that tend towards socialism are

12  addicted to dictatorial.  I believe there's a

13  place where socialism goes, where once you have

14  control of people's lives, you know, you got

15  them on all welfare, or you got them all being

16  supported by the state, then you have all the

17  factors about them determined; where they go to

18  school, if they can go to school, what kind of

19  job they can get, where they can -- where they

20  can work.  Once you have control of all these

21  things, the kind of -- the people who like to

22  do that kind of have a power problem anyway.

23  So I look at these governors.  I mean, Gavin

24  Newsom, Cuomo.  What's the one in Michigan?

25  The nitwit.  I forget nitwit's name in

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 22 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                   21

1   Michigan.  Wolf.  Whoa, Wolf.  Murphy.  Murphy,

2   who didn't realize that he actually took an

3   oath to uphold the Bill of Rights.  But, you

4   know, who said he was a genius?

5       They have -- I mean, they have this --

6   come on, don't tell me they don't have this

7   dictatorial complex where they just want to

8   boss people around.  You know, send the firing

9   squad in for the people without the masks, and

10  let all the criminals out on the street.  I

11  mean, between de Blasio and Cuomo, they have

12  single handedly caused the increase in crime in

13  New York.  Because the people committing the

14  crimes are the people who used to be in prison.

15  Just simple as that. Just ask any of my former

16  police commissioners, any of my former cops, or

17  ask me.  I know a little something about law

18  enforcement.

19      Well, I just have to speak up for my city,

20  open the restaurants.  Idiots.  Open the

21  restaurants.  Stop destroying people's lives.

22  Stop making it impossible for families to

23  afford clothes for their children.  Open the

24  restaurants, morons.  I don't know what's wrong

25  with you.  Stop your sick dictatorial policies.

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 23 of 55
File 14 Chat with the Mayor Rudy Giuliani
                    December 15, 2020                      22

1     Well, I'm Rudy Giuliani, and with common

2   sense we'll uncover the truth and we'll get to

3   a solution.  On Talk Radio 77-WABC.

4     ANNOUNCER:  Mayor Rudy Giuliani on ...

5     (Music playing) 77-WABC.

6     RUDY GIULIANI:  For over 40 years Delta

7   Rescue has provided dedication and everlasting

8   love to animals that have been left abandoned.

9   Delta is the largest no kill, and care for, and

10   right to life animal sanctuary in the world.

11   The super sanctuary is home to up to 1500

12   animals that have been abandoned or born in the

13   wilderness, and cared for every animal for the

14   entirety of their life.  Every animal receives

15   the very best of care, and Delta relies solely

16   on donor contributions from people like you.

17   By being a part of the Delta mission, you're

18   the difference between life and death for so

19   many animals.  Donate today at DeltaRescue.org,

20   or for information on Delta's tax savings

21   estate planning go directly to

22   DeltaRescue.org/Rudy, and ask for Rudy's free

23   estate planning package.  It lays out all you

24   need to know about growing your estate while

25   letting your compassion for animals live well

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 24 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                    23

1    into the future.  It's only available at

2    DeltaRescue.org/Rudy.  Show your dedication and

3    everlasting love, and make your legacy work for

4    the animals.  Visit DeltaRescue.org/Rudy today.

5        So when we left, we were talking about the

6    the tendency toward dictatorial actions,

7    authoritarian actions on the part of the

8    so-called progressive socialists when they

9    start to get control of things.  And I was

10   talking to Lara, and Lara says a lot of this is

11   going on in Europe as well.  Which I'm not sure

12   we hear about.

13       LARA LOGAN:  There are massive -- every

14   weekend across the world there are massive

15   protests against lockdowns.  In Germany, in

16   Denmark, in the UK, in France.  In fact, in

17   Denmark the government there tried to pass a

18   law that they could come into your house

19   anytime they wanted, take your temperature, et

20   cetera.  And they protested for nine days until

21   the government revoked the law.  But we just

22   don't see or hear much of it.

23       RUDY GIULIANI:  And we're getting pretty

24   close to that now in New York and California.

25   In places like that.  I mean, this thing with

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 25 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                    24

1  the restaurants, the science doesn't support it

2  at all.  There's no significant spread of COVID

3  in restaurants.  Why -- why are they so -- why

4  are they so dead set against closing down

5  restaurants?

6      LARA LOGAN:  Well, the problem with all of

7  these arguments, Rudy, is that there may be

8  science about this and science about that, but

9  the science changes as we learn more.

10     RUDY GIULIANI:  Sure.

11     LARA LOGAN:  And what we know over a short

12  period of time is usually different to what we

13  learn over a longer period of time.  For a lot

14  of these things, there isn't any science.  No

15  one's really done a study on what it does to

16  people to wear masks all the time.

17     RUDY GIULIANI:  Right.

18     LARA LOGAN:  No one -- you know, we don't

19  know the impact of that.  I think there's only

20  one study that's really shown that over time.

21  And the other part of it is, it's a rabbit

22  hole, because there's no science right now

23  telling us how many children have dropped out

24  of the school system.

25     RUDY GIULIANI:  Oh!

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 26 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                          25

1      LARA LOGAN:  Dallas ISD reported 100,000.

2      RUDY GIULIANI:  Oh!

3      LARA LOGAN:  That's one -- that's one

4  school district.  They said from the time Texas

5  went to online school, they just disappeared

6  from the school system.  How many school

7  districts?  Who's collecting that data?  What

8  does the science tell us about school dropouts?

9  What does the science tell us about kids who

10  don't get an education what does the science

11  tell us about kids who don't have food at home.

12  Who, the only meal they got was at school, or

13  whose parents, may be, you know, drug addicts,

14  or just, you know, be poverty stricken now

15  because they've lost their income.  We don't

16  ever count the cost.  What has it cost us to

17  save one person from COVID?  How many lives is

18  one life saved from COVID worth?  And I say

19  that as someone who -- I lost my father during

20  this pandemic, and I couldn't go to his

21  funeral. I couldn't bury him.

22      RUDY GIULIANI:  I'm sorry.

23      LARA LOGAN:  I couldn't be part of that.

24  And, you know -- and I've had COVID, and my

25  husband's had it, my kids have had it.

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 27 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                    26

1    RUDY GIULIANI:  Did you?

2    LARA LOGAN:  I know lots of people who've

3  had it. And -- and I'm not -- I don't

4  underestimate the strength of this disease at

5  all, because I know people who've lost family

6  members.  And there's nothing worse than losing

7  somebody you love.  Nothing more important or

8  serious to us, but I know other people who've

9  lost family members.  A friend of mine's niece

10  beaten to death at home in South Africa by a

11  violent husband because there was no where for

12  her to go.  How many others have been beaten to

13  death that we will never know their names?

14    RUDY GIULIANI:  A lot.

15    LARA LOGAN:  Yeah, and where's the daily

16  death toll for that?

17    RUDY GIULIANI:  A lot.

18    LARA LOGAN:  There isn't one, is there?

19    RUDY GIULIANI:  No.  No, I mean, I -- New

20  York City has to deal with domestic violence

21  quite a bit, and I started the first real

22  program called Behind Closed Doors.  And do you

23  know the worst day of the year for domestic

24  violence in New York City, Super Bowl Sunday.

25    LARA LOGAN:  Yeah, because people are

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 28 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                           27

1  home.

2      RUDY GIULIANI:  Because the men are home,

3  and then toward the end of the game,

4  particularly if their team is losing, they get

5  drunk.

6      LARA LOGAN:  Mmm.

7      RUDY GIULIANI:  And then they want to act

8  like maniacs and they're all locked in, and

9  they want to show off and they beat the hell

10  out of their women.

11      LARA LOGAN:  Terrible.

12      RUDY GIULIANI:  It's the worst day, worst

13  day for domestic violence in the city of New

14  York.

15      LARA LOGAN:  Yeah, but we've had -- we've

16  had Super Bowl --

17      RUDY GIULIANI:  You locked them in and

18  they start beating each other up.

19      LARA LOGAN:  Rudy, there's been Super Bowl

20  Sunday every day of the pandemic.

21      RUDY GIULIANI:  Yes, of course, that's --

22  the minute -- the minute they locked -- did the

23  lock in, I thought about that from back when I

24  was mayor; how every Super Bowl Sunday we would

25  have to prepare for all kinds of women getting

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 29 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                    28

1  beaten up because they were locked in just a

2  little bit too long.  And now I'm thinking

3  they're going to lock them in.  I thought at

4  first for a month, they're going lock him in

5  for week after week, after week, after week.

6  It's just going to deteriorate people.

7      LARA LOGAN:  And, you know, you said that

8  this was about, you know, this -- these

9  dictatorial tendencies, but what -- what is

10  more concerning to me from the work that I've

11  done, and the people that I've talked to and

12  the landscape that's so obvious now to so many,

13  is that this is -- this is doing more harm to

14  the middle class, and to small businesses and

15  family businesses, and family farms than

16  anything else that we've ever seen in our

17  lifetimes.  It's not affecting the big

18  corporations.

19      RUDY GIULIANI:  Of course.

20      LARA LOGAN:  Cuomo, de Blasio, they're all

21  getting their money.  They're getting their

22  salaries.  They're getting their pensions.

23  Their lives are unchanged.  These people who

24  have control over everybody else and you say

25  you matter, you don't matter, your business

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 30 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                           29

1  doesn't matter, your kids don't matter.  These

2  kids matter, but not yours.  These people have

3  not been impacted.  They don't -- they don't

4  know what it's like not to get a paycheck.

5      RUDY GIULIANI:  Umm-hmm.

6      LARA LOGAN:  They don't know what it's

7  like not to be able to feed their kids.  They

8  don't know what it's like not to be able to get

9  the medical treatment that you need.  Right?

10     RUDY GIULIANI:  Right.  Absolutely.

11     LARA LOGAN:  And --

12     RUDY GIULIANI:  They're in a special

13  world.  They're the elite.

14     LARA LOGAN:  But they're making sure that

15  none of those people who have built this

16  country from the ground up, who are the

17  backbone, who are the living epitome embodiment

18  of the American dream, they're making sure that

19  none of them will survive this because their

20  businesses are not coming back.

21     RUDY GIULIANI:  Yeah, I mean, the attack

22  on the American middle class that this has

23  produced is -- and the anger at them, and the

24  hatred and the disdain for the American middle

25  class, I look at that -- I look at that bar in

File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                    30

1   Staten Island, which I know, Mac's Bar, I was

2   in the hospital with COVID when that was going

3   on.  And I was calling him and trying to wish

4   him luck, but, I mean, they sent in 21

5   sheriffs.

6       LARA LOGAN:  It's ridiculous.

7       RUDY GIULIANI:  Twenty-one sheriffs.

8       LARA LOGAN:  Absolutely ridiculous.

9       RUDY GIULIANI:  Like, they don't do that

10  for a drug raid.

11      LARA LOGAN:  And they don't even know what

12  they're doing it based on.

13      RUDY GIULIANI:  And the sheriffs don't

14  make arrests.  I mean, it's ridiculous,

15  Sheriffs.  The NYPD wouldn't do it, thank God.

16  The NYPD looked at it and said, de Blasio, you

17  know, go stuff it.

18      LARA LOGAN:  So you're going to tell these

19  policemen they have to get closer to the

20  community and build bridges, and then you're

21  going to tell them to go out in the community

22  and arrest people.

23      RUDY GIULIANI:  I was really proud of the

24  NYPD for saying, you know, go -- go screw it,

25  idiot.

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 32 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                    31

1     So, we're going to be back in a few

2   minutes.  We're talking to you on 77WABC.

3     ANNOUNCER:  Mayor Rudy Giuliani on ...

4     (Music playing) 77WABC.

5     RUDY GIULIANI:  Well, we're back again,

6   and I've got to tell you, I'm really thinking

7   about Milano Market a lot now that I've been in

8   Washington for so long.  I've got to get back.

9   On the corner of East 18th and 3rd Avenue, it

10   got me through the -- got me through the worst

11   part of the shutdown.  And God forbid they

12   start it all over again, but, I mean, the place

13   is terrific.  The food is just like going to a

14   fine Italian restaurant, except it's a

15   delicatessen and you can order anything you

16   want.  Sal and his family have owned and

17   operated Milano Market for 40 years.

18   Everything is fresh.  It's got pastries, and

19   desserts, and cookies, and cakes and breads.

20   All from within New York City.  It's got great

21   prosciutto, cured meats and cheese, fresh

22   mozzarella, homemade pasta and much more.

23   Milano Market can meet all of your catering

24   needs, large or small.  Business, private and

25   for the upcoming holidays, great, great place

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 33 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                    32

1  to call and have them cater a nice Italian food

2  party for you.  It's on the corner of East 89th

3  and 3rd Avenue.  You can check out their full

4  menu on their website at MilanoMarketNYC.com.

5  They even make gourmet baskets.  You can be

6  sure I'll be heading there as soon as I get

7  back to New York City.  When they release me

8  from the swamp.  I have to get a pass in order

9  to get out of here.

10      So I wanted to just bring you up to date

11  with the little time that we have left about

12  the election battle.  The election battle has

13  now turned to an examination of the Dominion

14  machines, and these Dominion machines are

15  extraordinarily strange.  It's almost hard to

16  believe that anybody would have rented them,

17  purchased and leased them.

18      First of all, they're totally insecure.

19  Which means Johnny at home can hack them and

20  does.  You can -- you can invade them anytime

21  you want. You can put anything in, you can take

22  anything out.  And, theoretically, they're sold

23  so that they can't be penetrated.  Second,

24  they're calculators rather than counters, and

25  why they have to be calculators, no reason.

Case 1:21-cv-00213-CJN  Document 2-142  Filed 01/25/21  Page 34 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                    33

1   They're only counting votes, they're not

2   calculating a vote.  And that's part of the way

3   in which they get manipulated because

4   algorithms are put in.  So for every three

5   votes for Biden, there's one vote for Trump, or

6   every four votes for Biden there's one vote for

7   Trump.  Or if you wanted to, you could -- you

8   could do it the other way, except it's run by

9   left wing dedicated radicals.  So you can

10  imagine what sympathies they have.

11      Also, you have to wonder why are we using

12  a foreign company to count American votes?

13  It's a Canadian company that doesn't even

14  bother to count the votes in Canada.  It sends

15  the votes to Germany and Spain.  Which makes it

16  even more insecure, makes it a national

17  security problem.  So, why did we build all

18  these problems into our voting system?  And how

19  can we possibly rely on the numbers when it's a

20  62 percent error rate in the 22 machines that

21  were studied in Antrim County, and an 82

22  percent rejection rate.  And then because the

23  secretary of state or somebody in Michigan, one

24  of the -- one of the Democratic officials

25  decided to destroy all the records, we can't --

Case 1:21-cv-00213-CJN    Document 2-142    Filed 01/25/21    Page 35 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                    34

1   we actually can't tell how many were corrected

2   and how many weren't corrected.

3       So, this is what we're facing now, and

4   we're going to take a look in other places

5   where they use Dominion to see if the same

6   problem exists.  If it does exist, then we've

7   got a real national -- nationwide problem.

8   Significant nationwide problem.  Also, we'll

9   point out that the election that is so hot and

10  so important in Georgia that's going to take

11  place on the 5th of January.  Is it?  They're

12  using Dominion machines in most of the state,

13  in most of that state, and particularly in

14  Fulton County and in the large population

15  areas.  So the same faulty machines that don't

16  count but calculate, that use algorithms to

17  figure out the vote and allow half votes are

18  being used to count the ballots in this

19  election.  So what's to say this election is

20  going to be any more accurate than the last in

21  the last one?

22      What's wrong with us?  Why can't we settle

23  down, do due diligence, study these machines,

24  develop a machine that can't be invaded,

25  develop a machine that's self-contained?  All

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 36 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                    35

1   the machine does is count.  It's real simple.

2   You know, I go in, I vote for Trump, one for

3   Trump.  You go and you vote for Biden, one for

4   Biden.  Two for Trump.  Three for Biden.  Four.

5   Then we -- then, yes, the machine can

6   calculate.  It can add.  What would it have to

7   do with add?  How many Trump votes?  How many

8   Biden votes?  How many votes for the marijuana

9   proposition?  How many votes against the

10  marijuana proposition?  That's all it has to

11  do. Should not be able to be invaded from the

12  outside. There should be no internet

13  connection.  There should be no ability to

14  connect to the internet.  In fact, it's illegal

15  to do that, except that in every one of these

16  places we have 500 witnesses saying there were

17  internet connections all over the place.  And

18  not only that, we've got the records of the

19  internet -- internet traffic into and out of

20  the counting centers in Detroit, and in

21  Philadelphia and in Maricopa County.  You can

22  see the hundreds of thousands of internet

23  connections to these machines.  There should

24  not -- there should be no outside interference

25  when the vote is being taken or the vote is

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 37 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                    36

1  being counted.  What good does outside

2  interference do except allow for cheating.

3      The cheating in The New York Times says

4  never takes place.  If the New York Times ever

5  again writes that cheating doesn't take place

6  after this election, then take the newspaper

7  and I can't tell you on the radio what to do

8  with it, but I have a very good suggestion of a

9  good use for that newspaper.  Because its

10  ability to act as anything remotely resembling

11  a newspaper in a free society is just about

12  gone.  I don't know who runs them, what runs

13  them.  I have no idea why they suck up to China

14  so much.  I have no idea.  Don't they -- don't

15  they realize the danger to the United States?

16  The danger to the world of a world dominated by

17  China.  An amoral, atheistic communist

18  dictatorship that has zero regard for human

19  life.  We're going to have -- we're going to

20  let them take over the primary position in the

21  world and we're not even fighting back?  And

22  we're putting a guy in office that his family

23  got millions, and millions, and millions from

24  China.  And the Times won't even write it

25  because, I don't know, maybe they want to sell

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 38 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                           37

1  newspapers in China, or maybe the family has

2  investments in China.

3     China has done an unbelievable job of

4  infiltrating through power, through money.

5  We're going to have to stand up to it.  It's

6  our challenge of the future.  It's our only

7  real, real challenge that matches the United

8  States over the next 20 to 30 years for world

9  dominance.  Russia is the equivalent of a

10 state.  Except for the fact that it has nuclear

11 power, Russia is not really much of a threat.

12 China is a real threat because China has

13 everything.  China has a gigantic population.

14 China has unbelievable resources.  China is

15 extraordinarily disciplined.  China has one

16 goal in mind and they stick to it.  It does

17 have liabilities.  It has half its population

18 in Third World poverty and no plan for getting

19 them out of it.  And it remains to be seen

20 whether a country like that can continue to

21 grow, and grow, and grow and remain more and

22 more repressive.  That -- that's a -- that's a

23 question about human nature and human history,

24 and that's going to get tested, but there is no

25 easy answer to it.  And the -- and the reality

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 39 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                    38

1  is we spent an awful lot of years losing ground

2  to China by believing that they were sort of

3  divided into the benign China and the hawk

4  China.  The benign China wanted the peaceful

5  rise of China, and the hawk China wanted the,

6  you know, militaristic, aggressive economic

7  rise at the expense of other countries, and,

8  particularly, the United States.  And we were

9  always hoping that the first would win out over

10  the second.

11      Well, the first is long gone.  Hasn't been

12  there for the last 30 years, except our

13  do-gooder, silly liberal politicians who have

14  totally unrealistic view of the world, weren't

15  able to see that.  And thank goodness, you

16  know, Donald Trump came along and was able to

17  see that, and marshal off a lot of other people

18  who have been able to articulate it and explain

19  it.  And now there's a good deal of scholarship

20  about that. Unfortunately, on the Democrat

21  side, it almost seems as if China owns a good

22  deal of the Democrat Party.  I mean, no one's

23  covering the fact that a very significant

24  member of the Democrat Party is a member of the

25  Intelligence Committee, was dating a Chinese

1   communist spy.

2       I don't think it was covered in The New

3   York Times.  I'm not sure.  You go check for me

4   if it's covered in The New York Times.  Now, if

5   that's not significant, what's significant?

6   Our biggest rival in the world, the country

7   that's announced that it wants to surpass us as

8   the leading power in the world within 20 years,

9   a country that keeps militarizing the islands

10  in the South China Sea, a country that's

11  building its military power as fast as it can,

12  a country that steals everything we have that

13  isn't locked down and even the stuff that's

14  locked down, a country that spread COVID all

15  over the world, CCP virus all over the world

16  without any regard for the millions of people

17  that they killed.  It's as if, you know, the

18  loss of human life is helpful to them they have

19  so many -- so many lives that they want to get

20  rid of.  And we -- and we're sitting back as if

21  we can negotiate, you know, really, really nice

22  with them and let them have what they want.

23  And, gosh, almighty, let's not call it the

24  China virus.  They may get upset with us.

25      And as Joe Knucklehead said, they're

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 41 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                          40

1   really not a competitor to the United States.

2   I mean, he's the only person in the world who

3   believes that, and we know he's working with a

4   mental deficit.  And hopefully other people can

5   make up for that to some extent.  But he is

6   coming in as a guy whose family was bought

7   significantly by the Chinese government.  That

8   really has to be looked at.

9       So we've got plenty to talk about this

10  week, and we'll be back with you tomorrow from

11  Washington, D.C.  And we'll -- we'll -- we'll

12  see where we're going.  We'll see where we're

13  going with this whole situation with China.

14  We'll see where we're going with COVID.  If

15  we're getting any more restrictive or we're

16  starting to get -- exercise a little more

17  common sense so that people can have a decent

18  Christmas.  Please, please, I don't know.

19  Don't ruin Christmas.  Come on, dictators,

20  don't ruin Christmas.  I know dictators don't

21  like Christmas.  So, please, let the kids enjoy

22  Christmas.  Let them -- you know, they can

23  socially distance and play with their toys.

24  Okay?

25      So we'll be back tomorrow.  I want you,

Case 1:21-cv-00213-CJN   Document 2-142   Filed 01/25/21   Page 42 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                    41

1   tomorrow morning when you get up, I want you to

2   say, "Thank God I'm in the United States of

3   America, the greatest country on Earth.  And

4   subscribe to my podcast at

5   Rudy'sCommonSense.com. I got a really good one

6   coming up.

7      (End of recording.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 1:21-cv-00213-CJN  Document 2-142  Filed 01/25/21  Page 43 of 55
File 14 Chat with the Mayor Rudy Giuliani
December 15, 2020                                    42

CERTIFICATE

    I, ERINN GREEN, Professional Court

Reporter/Transcriptionist, do hereby certify that I

was authorized to transcribe the foregoing recorded

proceeding, and that the transcript is a true and

accurate transcription of my shorthand notes, to the

best of my ability, taken while listening to the

provided recording.

    I further certify that I am not of counsel or

attorney for any of the parties to said proceedings,

nor in any way interested in the events of this

cause, and that I am not related to any of the

parties thereto.

    Dated this 19th day of January, 2021.


_____
    ERINN L. GREEN, Court Reporter
Notary Public Commission No.:  GG950705
    Expires: January 23, 2024

| | | | |
|---|---|---|---|
| **$** | **7** | **addicts** 25:13 | **announces** 20:4 |
| | | **adept** 7:16 | **Antrim** 2:16 |
| **$11** 2:8 | **70** 10:22 11:2 | **adjudication** 2:20,21,22 | 33:21 |
| | **700** 6:7 | **administration** 15:3 | **anymore** 9:7 |
| **1** | **77-WABC** 22:3, 5 | **administration 's** 14:22 | **anytime** 23:19 32:20 |
| **1-800-848-WABC** 2:7 | **77WABC** 2:3 17:19,21 31:2,4 | **affecting** 28:17 | **apply** 12:1 **architects** 15:19 |
| **100** 14:23 | | **afford** 21:23 | **areas** 10:2 |
| **100,000** 25:1 | | **Africa** 26:10 | 34:15 |
| **1500** 22:11 | **8** | **afternoon** 2:1 | **arguments** 24:7 |
| **18th** 31:9 | | **Agenda** 17:4 | **armed** 10:21 |
| | **82** 33:21 | **agents** 12:11 14:24 | **arrest** 30:22 |
| **2** | **83** 2:19 | **aggressive** 38:6 | **arrested** 6:6 |
| | **89th** 32:2 | **Ah-haha** 15:12 | **arrests** 30:14 |
| **2** 2:9 | | **alcoholism** 19:22 | **articulate** 38:18 |
| **20** 37:8 39:8 | **9** | **Alexa** 17:18, 19 | **atheistic** 36:17 |
| **21** 30:4 | | **algorithms** 33:4 34:16 | **amoral** 36:17 |
| **22** 2:16 33:20 | **9222** 2:7 | **allowed** 5:7 | **attack** 29:21 |
| **227** 3:16 | | **almighty** 39:23 | **authoritarian** 23:7 |
| **27** 3:6 | **A** | **America** 4:1 41:3 | **automatic** 10:24 |
| | | **American** 29:18,22,24 33:12 | **Avenue** 31:9 32:3 |
| **3** | **abandoned** 22:8,12 | **amoral** 36:17 | **awful** 38:1 |
| | **ability** 35:13 36:10 | **amount** 14:3 | |
| **30** 37:8 38:12 | **abolishing** 15:4,12 | **amounts** 10:1 | **B** |
| **395** 3:16 | **absolute** 12:5 | **anger** 29:23 | |
| **3rd** 31:9 32:3 | **Absolutely** 7:2 16:17 29:10 30:8 | **animal** 22:10, 13,14 | **back** 3:21 9:1,4 11:19 12:8 17:22 27:23 29:20 31:1,5,8 32:7 36:21 39:20 40:10,25 |
| **4** | **absorbed** 2:14 | **animals** 22:8, 12,19,25 23:4 | **backbone** 29:17 |
| **40** 6:3 22:6 31:17 | **accurate** 34:20 | **announced** 14:23 39:7 | **ballots** 2:19 34:18 |
| **42** 11:15,25 | **act** 20:2 27:7 36:10 | **ANNOUNCER** 17:20 22:4 31:3 | **bar** 29:25 30:1 |
| **5** | **actions** 23:6, 7 | | |
| | **add** 3:15 35:6,7 | | |
| **50** 6:1 | **addicted** 20:12 | | |
| **500** 35:16 | **addiction** 19:23 | | |
| **5th** 34:11 | | | |
| **6** | | | |
| **62** 2:17 33:20 | | | |

based 30:12
baskets 32:5
battle 10:9
  32:12
battling
  10:11
beat 27:9
beaten 26:10,
  12 28:1
beating 27:18
beginning
  19:8
beings 19:2,
  14,18
believed
  20:10
believes 40:3
believing
  38:2
benign 38:3,4
bet 4:9
Biden 3:13,
  14,16 14:21,
  22 15:3 16:17
  20:2 33:5,6
  35:3,4,8
Biden's 16:5
big 6:4 10:9
  11:20 12:10,
  13 13:20
  17:10 19:13
  28:17
biggest
  10:12,13 39:6
Bill 21:3
bit 19:10
  26:21 28:2
Blas 20:6
Blasio 18:1
  19:2 20:2,5,6
  21:11 28:20
  30:16
blood 9:10,11
border 4:8,
  16,25 5:3,5,
  10,22 6:17,18
  8:1 9:8,9

10:6,15,16,17
11:16 12:3,
11,16 14:9,16
15:25 16:10,
15,23
borders 7:23
  15:20
born 22:12
boss 21:8
bother 33:14
bought 40:6
Bowl 26:24
  27:16,19,24
brace 20:7
breads 31:19
breaks 5:17
bridges 30:20
bring 32:10
bringing 8:23
build 30:20
  33:17
building
  39:11
built 29:15
bury 25:21
business 7:6
  28:25 31:24
businesses
  18:18 28:14,
  15 29:20

___

C

cabinet 16:5
cakes 31:19
calculate
  3:12,17 34:16
  35:6
calculating
  33:2
calculations
  3:15
calculator
  3:8
calculators
  32:24,25

California
  10:15 23:24
call 2:5 32:1
  39:23
called 26:22
calling 30:3
calmed 11:11
Canada 33:14
Canadian
  33:13
candidates
  16:11
care 5:15,17,
  18 17:17
  19:24 22:9,15
cared 22:13
careful 18:8
cartel 6:1
  10:7,11,20,21
cartel's
  10:10
cartels 5:24
  6:1 7:16 9:22
  10:14,17
  13:8,12,15,23
case 11:22
cast 2:25
catch 12:9
catching
  16:21
cater 32:1
catering
  31:23
caused 21:12
CBS 4:10
CCP 39:15
CDC 11:14
CDN 10:7,11
centers 35:20
cetera 23:20
challenge
  9:22 37:6,7
chance 4:2
changing 3:24
Chat 2:5

Chavez 3:22
cheat 3:3
cheating 3:1
  36:2,3,5
check 32:3
  39:3
checkups
  19:25
cheese 31:21
chemicals
  7:22 8:19
  13:13
children 17:9
  21:23 24:23
China 7:20,21
  8:18 36:13,
  17,24 37:1,2,
  3,12,13,14,15
  38:2,3,4,5,21
  39:10,24
  40:13
Chinese 13:13
  38:25 40:7
Christmas
  40:18,19,20,
  21,22
cities 18:23,
  24
city 6:25
  14:14 17:25
  18:21,23 19:4
  20:4 21:19
  26:20,24
  27:13 31:20
  32:7
civilization
  19:4
CJNG 6:2,4
class 28:14
  29:22,25
close 20:5
  23:24
Closed 26:22
closer 30:19
closing 24:4
clothes 21:23

coc 8:4
collecting 25:7
Columbia 2:2
commissioners 21:16
Committee 38:25
committing 21:13
common 22:1 40:17
communications 7:4
communist 36:17 39:1
community 12:9 30:20,21
company 33:12,13
compared 18:5,10
compassion 22:25
competitor 40:1
completely 2:14 17:25
complex 4:25 7:6 21:7
complicated 5:6
Computers 3:12
concentrated 10:2
congregations 18:10
connect 35:14
connection 35:13
connections 35:17,23
context 5:19
continue 37:20

contracted 12:11
contributions 22:16
control 19:12 20:14,20 23:9 28:24
conversation 5:13 12:17,18
convinced 17:25
cookies 31:19
cops 21:16
corner 31:9 32:2
corporations 28:18
corrected 34:1,2
corrupt 2:14
corrupting 7:9
cost 25:16
cotton 9:5
count 25:16 33:12,14 34:16,18 35:1
counted 36:1
counters 32:24
Countersurveil lance 7:7
counting 33:1 35:20
countries 3:24 6:1,3 38:7
country 6:23, 25 8:3 14:14 19:4 29:16 37:20 39:6,9, 10,12,14 41:3
County 2:16 33:21 34:14 35:21
couple 4:14 8:15

covered 39:2, 4
covering 38:23
COVID 11:9,14 12:12 18:3,4, 5 24:2 25:17, 18,24 30:2 39:14 40:14
crime 21:12
crimes 21:14
criminal 4:6 5:23 6:21
criminals 21:10
crisis 7:14
critical 7:20
crooked 3:25
crossing 16:15
Cuba 3:21
Cuomo 17:25 19:2 20:2,4, 24 21:11 28:20
cured 31:21
currency 13:17
Customs 11:16

**D**

D.C. 17:23 40:11
daily 26:15
Dallas 25:1
damage 19:5, 16
danger 36:15, 16
dangerous 18:14
data 25:7
date 32:10
dating 38:25
day 14:5

26:23 27:12, 13,20
days 14:23 23:20
de 17:25 19:2 20:2,5,6 21:11 28:20 30:16
DEA 6:3
dead 24:4
deadliest 8:2
deadly 8:15
deal 18:15 26:20 38:19, 22
dealt 6:20
death 22:18 26:10,13,16
debate 16:13
decades 8:25
decent 40:17
decided 33:25
decriminalize 16:14
dedicated 33:9
dedication 22:7 23:2
deficit 40:4
delicatessen 31:15
Delta 22:6,9, 15,17
Delta's 22:20
Deltarescue. org 22:19
Deltarescue. org/rudy 22:22 23:4
Deltarescue. org/rudy. 23:2
Democrat 38:20,22,24
Democratic 16:12 33:24

Denmark
  23:16,17
deportations
  14:23
desserts
  31:19
destroy  18:1
  33:25
destroying
  18:16,17
  21:21
deteriorate
  28:6
deterioration
  19:23
determined
  20:17
Detroit  35:20
develop
  34:24,25
devoting  4:14
dictatorial
  20:12 21:7,25
  23:6 28:9
dictators
  40:19,20
dictatorship
  36:18
died  12:12
difference
  11:20 22:18
difficult
  18:14
diligence
  34:23
dining  20:5
directly
  22:21
disappeared
  25:5
disciplined
  37:15
disdain  29:24
disease  18:14
  26:4
diseases
  12:15

distance  18:6
  40:23
distinction
  13:8
distribute
  6:22
district  2:2
  25:4
districts
  25:7
divided  38:3
do-gooder
  38:13
doctor  19:25
domestic
  19:22 26:20,
  23 27:13
dominance
  37:9
dominated
  36:16
Dominican
  7:12
Dominion  2:15
  3:2 32:13,14
  34:5,12
Donald  38:16
donate  2:8
  22:19
donor  22:16
Doors  26:22
drawn  10:25
dream  29:18
driven  12:23
  13:1
dropouts  25:8
dropped  24:23
drowned  5:12
drug  5:25 8:2
  12:24 19:22
  25:13 30:10
drugs  7:13,15
  12:24,25
  13:12,17
drunk  27:5
due  34:23

---

**E**

Earth  41:3
East  31:9
  32:2
easy  37:25
economic  38:6
economy  18:21
education
  25:10
effect  8:10
election
  32:12 34:9,19
  36:6
elections
  3:22 4:1
elements
  12:20
elite  29:13
embarrassment
  4:4
embodiment
  29:17
emerges
  19:21,22
Emmet  11:21
emotionally
  19:19
enable  17:19
end  17:7 27:3
  41:7
enforcement
  21:18
enjoy  40:21
enormously
  18:20,22
entering
  11:17
enterprise
  6:21
entirety
  22:14
episode  17:3
epitome  29:17

equivalent
  37:9
error  2:17,18
  33:20
estate  22:21,
  23,24
Europe  13:10,
  14 23:11
everlasting
  22:7 23:3
examination
  32:13
examined  2:15
exercise
  40:16
exist  18:23
  34:6
existence
  18:23
exists  34:6
expect  19:16
expense  38:7
explain  3:6
  4:20 38:18
explosion
  12:2,5
extent  40:5
extraordinaril
y  7:16 18:8
  32:15 37:15
extraordinary
  10:20 13:15
  14:3
extreme  9:24

---

**F**

facing  34:3
fact  23:16
  35:14 37:10
  38:23
factors  20:17
fake  8:17
families
  21:22
family  5:15
  17:8 26:5,9

28:15 31:16
36:22 37:1
40:6
**farms** 28:15
**fast** 6:5
39:11
**fatality**
18:11
**father** 25:19
**faulty** 34:15
**fed** 9:25
**feed** 29:7
**fentanyl** 7:25
8:2,10,14
**fight** 9:12,14
**fighting**
36:21
**figure** 18:20
34:17
**figuring** 4:15
**files** 2:23
**fine** 31:14
**firing** 21:8
**flooding** 8:20
**Flynn** 11:22
**food** 25:11
31:13 32:1
**footprint**
10:13
**forbid** 31:11
**force** 19:20
**foreign** 33:12
**forget** 16:11
20:25
**Foundation**
2:6 15:14
**Fox** 4:10 17:4
**France** 23:16
**free** 22:22
36:11
**fresh** 31:18,
21
**friend** 26:9
**frightens**
16:23

**front** 3:4,5
**fueled** 7:15
10:1
**full** 32:3
**Fulton** 34:14
**funeral** 25:21
**future** 23:1
37:6

------

### G

**game** 27:3
**gang** 13:16,21
**gangs** 7:10,12
**Gaspard** 16:2
**Gavin** 20:23
**Generation**
6:2
**genius** 20:6
21:4
**Georgia** 34:10
**Germany** 23:15
33:15
**gigantic**
37:13
**Giuliani** 2:1,
2 4:19 6:9,
11,13,17 7:2,
6 8:4,8,11,22
9:3,14 10:2
11:4,8,11,23
12:4,23 13:4,
18,20,25
14:10,17,19
15:6,12,16,
21,23,25
16:3,6,17
17:5,12,15,
17,20,22
22:1,4,6
23:23 24:10,
17,25 25:2,22
26:1,14,17,19
27:2,7,12,17,
21 28:19
29:5,10,12,21
30:7,9,13,23

31:3,5
**globally** 13:9
**goal** 37:16
**God** 7:17
30:15 31:11
41:2
**good** 2:1,8
7:8,9 17:15
36:1,8,9
38:19,21 41:5
**goodness** 17:1
38:15
**gosh** 39:23
**gourmet** 32:5
**government**
23:17,21 40:7
**governors**
20:23
**grains** 8:16
**great** 31:20,
25
**greatest** 41:3
**ground** 9:11
14:5,24 29:16
38:1
**grow** 37:21
**growing** 6:5
22:24
**guest** 2:12
4:7
**Gulf** 10:10
**guy** 36:22
40:6

------

### H

**hack** 32:19
**half** 3:17
16:18 34:17
37:17
**hand** 16:19
**handedly**
21:12
**handoff** 11:1
**hands** 16:16
**happen** 14:21

**happened**
2:21,24
**happening**
7:23 12:6
**hard** 32:15
**harm** 28:13
**hatred** 29:24
**hawk** 38:3,5
**head** 15:14
**heading** 32:6
**health** 11:15
**hear** 23:12,22
**hearing** 3:3
14:25
**heart** 5:18
**heavily** 10:21
**hell** 27:9
**helpful** 39:18
**heroin** 8:5,6,
13
**high** 10:21
**high-value**
11:2
**hire** 3:25
**history** 4:12
37:23
**hold** 9:23,25
**hole** 24:22
**holidays**
31:25
**home** 22:11
25:11 26:10
27:1,2 32:19
**homeland** 15:4
**homemade**
31:22
**honestly** 9:1
**hoping** 38:9
**hospital** 30:2
**hospitals**
19:12
**hot** 34:9
**hotline** 2:6
**house** 23:18
**huge** 13:2

Case 1:21-cv-00213-CJN Document 2-142 Filed 01/25/21 Page 49 of 55
FOX Corporation the Mayor of Rudy Giuliani
December 15, 2020                                          6

Hugo 3:22
human 13:4,5
  19:1,14,18
  36:18 37:23
  39:18
humanitarian
  5:8 12:18
hundreds
  35:22
husband 26:11
husband's
  25:25
hysteria
  19:11

**I**

ICE 15:4,12
idea 7:13
  36:13,14
idiot 30:25
Idiots 21:20
Igal 10:8
illegal 4:6,
  22 11:5 35:14
illegally
  11:18
illness 18:9
imagine 33:10
immediately
  11:18
immigration
  4:22 5:7,8
  11:6 12:17
  14:22
impact 12:14
  24:19
impacted 29:3
importance
  19:3
important
  13:7 26:7
  34:10
impossible
  21:22
improperly
  2:25

inch 9:11
income 25:15
increase
  21:12
Indian 9:2
indications
  16:9
indoor 20:5
industry 18:2
infiltrating
  37:4
information
  22:20
infrastructure
  6:23 7:1,4,5
  15:19
inhuman 12:21
insecure
  32:18 33:16
inside 10:22
  11:2
intelligence
  7:8 38:25
intend 16:10
interested
  3:3
interestingly
  11:13
interference
  35:24 36:2
interior
  6:13,15
internet
  35:12,14,17,
  19,22
intersect
  11:5
invade 32:20
invaded 34:24
  35:11
investigations
  15:5
investigative
  4:12
investments
  37:2

IQ 3:9
ISD 25:1
Island 30:1
islands 39:9
issue 5:7,8
  12:13,14
issued 11:14,
  15
issues 5:8,11
Italian 31:14
  32:1

**J**

Jalisco 6:2
January 17:7
  34:11
job 5:19
  20:19 37:3
Joe 39:25
Johnny 32:19
journalist
  5:20
Judge 11:21,
  24 12:7

**K**

kids 25:9,11,
  25 29:1,2,7
  40:21
kill 8:16
  22:9
killed 39:17
kind 4:19
  8:10 20:18,
  21,22
kinds 19:20
  27:25
knew 19:12,13
Knucklehead
  39:25

**L**

lab 7:19

13:12
labor 16:5
labs 8:17
  13:11
land 9:9,10
landscape
  28:12
Lara 4:9,10,
  18 5:1 6:10,
  12,15,18 7:3,
  7 8:6,9,12,24
  9:4,16 10:4
  11:7,10,13,24
  12:5 13:1,5,
  19,21 14:2,
  11,18,20
  15:8,13,17,
  22,24 16:1,4,
  7,20 17:2,3,
  6,14,16
  23:10,13
  24:6,11,18
  25:1,3,23
  26:2,15,18,25
  27:6,11,15,19
  28:7,20 29:6,
  11,14 30:6,8,
  11,18
Laredo 10:6,7
large 31:24
  34:14
largest 22:9
law 21:17
  23:18,21
lays 22:23
leading 14:6
  39:8
leap 7:24
learn 24:9,13
learned 17:11
leased 32:17
left 22:8
  23:5 32:11
  33:9
legacy 23:3
legislature
  3:5

let all  21:10
letting  22:25
level  3:9
levels  14:12
liabilities
  37:17
liberal  38:13
lie  3:4
life  5:16
  18:19 22:10,
  14,18 25:18
  36:19 39:18
lifetimes
  28:17
listen  17:18
literally
  8:15 11:1
  14:14
live  22:25
lives  18:17
  20:14 21:21
  25:17 28:23
  39:19
living  29:17
lock  19:19
  27:23 28:3,4
lockdowns
  23:15
locked  27:8,
  17,22 28:1
  39:13,14
Logan  4:9,18
  5:1 6:10,12,
  15,18 7:3,7
  8:6,9,12,24
  9:4,16 10:4
  11:7,10,13,24
  12:5 13:1,5,
  19,21 14:2,
  11,18,20
  15:8,13,17,
  22,24 16:1,4,
  7 17:2,3,6,
  14,16 23:13
  24:6,11,18
  25:1,3,23
  26:2,15,18,25
  27:6,11,15,19

28:7,20 29:6,
  11,14 30:6,8,
  11,18
logistics  7:3
long  10:10
  28:2 31:8
  38:11
longer  7:14
  12:7 24:13
looked  30:16
  40:8
loop  15:10
losing  26:6
  27:4 38:1
loss  39:18
lost  25:15,19
  26:5,9
lot  10:15
  16:9 23:10
  24:13 26:14,
  17 31:7 38:1,
  17
lots  26:2
love  22:8
  23:3 26:7
luck  17:15
  30:4

_____

**M**

_____

Mac's  30:1
machine  2:25
  3:7,11,20
  34:24,25
  35:1,5
machines  2:16
  3:13 4:3
  32:14 33:20
  34:12,15,23
  35:23
made  3:1,21
  11:20 12:16,
  24
main  13:17
majority  13:9
make  5:16
  23:3 30:14

32:5 40:5
makes  5:5
  12:20 33:15,
  16
making  8:16
  13:12,25
  21:22 29:14,
  18
manage  18:15
mandate  11:15
  15:17
maniacs  27:8
manipulated
  33:3
Maricopa
  35:21
marijuana
  35:8,10
market  6:22
  31:7,17,23
markets  13:14
marshal  38:17
masks  18:7
  21:9 24:16
massacre
  17:10
massive  7:22
  10:1 23:13,14
match  3:10
matches  37:7
matter  28:25
  29:1,2
mayor  2:5
  17:20 22:4
  27:24 31:3
meal  25:12
means  5:14
  32:19
meats  31:21
medical  29:9
meet all
  31:23
member  38:24
members  26:6,
  9
men  27:2

mental  40:4
mention  2:12
mentioning
  2:11
menu  32:4
meth  13:11
methamphetamin
  es  7:25
Mexican  5:24
  9:10 13:11,
  12,23
Mexico  7:19
  8:17 10:14,25
  11:20 12:8
  17:8
Michigan
  2:16,22 3:5,9
  4:4,5 20:24
  21:1 33:23
middle  28:14
  29:22,24
Mike  11:22
Milano  31:7,
  17,23
Milanomarketny
  c.com.  32:4
miles  10:22
  11:2
militaristic
  38:6
militarizing
  39:9
military
  39:11
millions
  36:23 39:16
mind  37:16
mine's  26:9
minors  12:1,2
minuscule
  18:4,9
minuses  4:23
minute  27:22
minutes  31:2
mission  22:17
Mmm  27:6

mob   6:20
money   7:17
  10:1 12:24
  13:2,20 28:21
  37:4
month   2:8
  28:4
months   6:4
  18:13 19:14,
  15,16
Mormon   17:8
morning   41:1
morons   21:24
mortality
  18:12
mothers   17:9
move   10:17
  16:10
moving   10:21
  17:11
mozzarella
  31:22
murdered   17:9
Murphy   21:1
music   17:21
  22:5 31:4

**N**

names   26:13
narcotics
  6:22,24 9:7
  13:2,7,9
  14:13
Nation   17:4
national
  5:10,21 12:19
  33:16 34:7
nationwide
  34:7,8
nature   37:23
negotiate
  39:21
neurosis
  19:20
Newsom   20:24

newspaper
  36:6,9,11
newspapers
  37:1
nice   32:1
  39:21
niece   26:9
nitwit   20:25
nitwit's
  20:25
Northeast
  7:11
nuclear   37:10
Nuevo   10:6
Number   2:9
numbers   19:11
  33:19
NYPD   30:15,
  16,24

**O**

oath   21:3
obligation
  11:16
obliterated
  5:12
obscure   5:9
obvious   28:12
office   36:22
officials
  33:24
offs   20:1
oldest   10:14
one's   24:15
  38:22
online   10:19
  25:5
open   15:14,20
  16:10,25
  21:20,23
operated
  31:17
operation   6:4
opiates   8:14

opioid   7:14
  8:17
opioids   7:19
order   3:21
  31:15 32:8
org   2:9
organization
  9:20 16:2
organizations
  5:23,25
organized
  4:16
original   19:9
owned   31:16
owns   38:21
oxycodone
  8:13

**P**

package   22:23
pandemic
  25:20 27:20
parents   25:13
part   13:2
  18:21,22
  22:17 23:7
  24:21 25:23
  31:11 33:2
parts   10:16
party   32:2
  38:22,24
pass   23:17
  32:8
passenger
  10:22 11:2
pasta   31:22
pastries
  31:18
Patrick   16:2
Patrol   12:11
paycheck   29:4
peaceful   38:4
penetrated
  32:23

pensions
  28:22
people   4:20,
  21 6:7 7:9,
  13,21 9:6,18,
  21 10:19
  11:19 13:3,5,
  6 14:4,5,25
  18:9,10,24
  19:2 20:6,11,
  21 21:8,9,13,
  14 22:16
  24:16 26:2,5,
  8,25 28:6,11,
  23 29:2,15
  30:22 38:17
  39:16 40:4,17
people's
  18:17 20:14
  21:21
percent   2:17,
  18,19 33:20,
  22
percentage
  18:8
period   24:12,
  13
person   25:17
  40:2
Philadelphia
  35:21
philosophical
  20:9
philosophy
  15:18
pills   8:17
place   18:25
  20:13 31:12,
  25 34:11
  35:17 36:4,5
places   18:6
  23:25 34:4
  35:16
plan   14:22
  37:18
planning
  22:21,23

play 40:23
playing 17:21
  22:5 31:4
plenty 40:9
pluses 4:23
podcast 41:4
point 20:10
  34:9
police 21:16
policemen
  30:19
policies
  21:25
policy 15:22
political
  15:19
politicians
  3:25 38:13
population
  34:14 37:13,
  17
position 9:19
  16:4 36:20
possibly
  33:19
poverty 25:14
  37:18
power 9:25
  13:15 20:22
  37:4,11 39:8,
  11
powerful 5:22
precursor
  7:22 8:19
prepare 27:25
prescription
  7:15
president
  16:1
pretty 23:23
price 19:13
primaries
  16:12
primary 36:20
prison 21:14
private 31:24

problem 12:10
  20:22 24:6
  33:17 34:6,7,
  8
problems 4:23
  16:24 33:18
produced
  29:23
producing
  7:18
program 26:22
progress 14:1
progressive
  23:8
proliferating
  13:13
proposition
  35:9,10
prosciutto
  31:21
Protection
  11:17
protested
  23:20
protests
  23:15
proud 30:23
provided 22:7
psychological
  20:10
psychosis
  19:21
public 5:12
  11:15
purchased
  32:17
purpose 3:2
pushed 19:10
put 11:16
  16:18 32:21
  33:4
putting 36:22

            Q

quantities
  7:24 8:19

quantum 7:24
question
  37:23
questions
  3:10

            R

rabbit 24:21
racist 12:21
radicals 33:9
radio 22:3
  36:7
raid 30:10
raised 16:15
rate 2:17,18
  18:11,12
  33:20,22
ratlines 8:24
  9:1
ready 10:24
real 26:21
  34:7 35:1
  37:7,12
reality 14:7,
  12 37:25
realize 21:2
  36:15
reason 5:9
  18:2 32:25
reasons 4:17
rebranded
  10:8
receives
  22:14
recording
  41:7
records 33:25
  35:18
recovery 2:23
regard 36:18
  39:16
register 3:13
reject 2:19
rejection
  33:22

release 12:9
  32:7
released 12:8
relies 22:15
rely 33:19
remain 37:21
remains 37:19
remotely
  36:10
remove 11:18
rented 32:16
reported 25:1
reporters
  4:12
representative
  s 3:9
repressive
  37:22
require 18:16
Rescue 22:7
resembling
  36:10
resigned 16:2
resources
  37:14
responsible
  7:12 13:8
restaurant
  18:1 20:4
  31:14
restaurants
  18:4,19,20,22
  21:20,21,24
  24:1,3,5
restrictive
  40:15
result 4:4
retrospect
  19:9
returned 12:7
revelations
  2:13
revoked 23:21
rid 39:20
ridiculous
  30:6,8,14

Rights  21:3
rise  38:5,7
rival  39:6
Roma  10:9
routes  9:23
Rudy  2:1,2
  4:18,19 6:9,
  11,13,17,19
  7:2,6 8:4,8,
  11,22 9:3,14
  10:2 11:4,8,
  11,23 12:4,23
  13:4,17,18,
  20,25 14:10,
  17,19 15:6,
  12,16,21,23,
  25 16:3,6,17
  17:5,12,15,
  17,20,22
  22:1,4,6
  23:23 24:7,
  10,17,25
  25:2,22 26:1,
  14,17,19
  27:2,7,12,17,
  19,21 28:19
  29:5,10,12,21
  30:7,9,13,23
  31:3,5
Rudy's  22:22
Rudy'
scommonsense.
com.  41:5
ruin  40:19,20
ruled  11:25
ruling  12:6
run  4:1 33:8
runs  36:12
Russia  37:9,
  11

——————————

          S

——————————

Sal  31:16
salaries
  28:22
sanctuary

22:10,11
save  25:17
saved  25:18
savings  22:20
scale  7:22
scholarship
  38:19
school  20:18
  24:24 25:4,5,
  6,8,12
science  24:1,
  8,9,14,22
  25:8,9,10
screw  30:24
Sea  39:10
secretary
  16:5 33:23
secure  14:9,
  18
security
  5:11,21 12:19
  14:12 15:4
  33:17
self-contained
  34:25
sell  36:25
send  2:19
  21:8
sending  11:19
sends  33:14
sense  22:2
  40:17
separate  9:6
set  24:4
settle  34:22
Seventeen
  12:12
sheriffs
  30:5,7,13,15
short  24:11
show  2:10
  4:21 17:3
  23:2 27:9
shown  24:20
shows  10:20
shut  19:14

20:3
shutdown  19:9
  20:7 31:11
shutdowns
  19:6
sick  21:25
side  9:10
  13:22 16:12
  38:21
significant
  19:16 24:2
  34:8 38:23
  39:5
significantly
  40:7
silly  38:13
similar  8:10
simple  21:15
  35:1
simply  17:18
Sinaloa  5:25
  10:12
single  6:24,
  25 16:16
  21:12
sitting  39:20
situation
  40:13
Sixty  2:18
skill  17:19
slow  8:7
small  28:14
  31:24
smuggling
  13:5
so-called
  23:8
soaked  9:11
social  19:1
socialism
  20:11,13
socialist
  15:25
socialists
  23:8
socially  18:6
  40:23

society  15:14
  36:11
software  3:23
sold  32:22
solely  22:15
solution  22:3
sort  8:12
  38:2
south  9:9
  26:10 39:10
southern  4:15
  5:5,22 7:23
  9:8 12:3
Spain  33:15
speak  15:11
  21:19
special  2:12
  4:7 29:12
spent  17:7
  38:1
spread  18:3,
  4,5 24:2
  39:14
spy  39:1
squad  21:9
stable  19:19
stage  16:14
stand  37:5
start  2:10
  23:9 27:18
  31:12
started  26:21
starting
  40:16
state  2:22
  4:5 14:14
  20:16 33:23
  34:12,13
  37:10
Staten  30:1
states  3:7
  6:8,10,14,16
  11:3 36:15
  37:8 38:8
  40:1 41:2
statistics
  18:3

stay 15:2
steal 3:22
steals 39:12
stick 37:16
Stop 21:21,
  22,25
straight
  11:19
strange 32:15
street 13:16,
  21 21:10
strength 26:4
stricken
  25:14
studied 33:21
study 24:15,
  20 34:23
stuff 30:17
  39:13
subcontract
  7:10
subscribe
  41:4
substitute
  8:13
subvert 9:19
suck 36:13
suggestion
  36:8
Sullivan
  11:21,22,24
  12:7
Sunday 26:24
  27:20,24
super 22:11
  26:24 27:16,
  19,24
supplying
  7:21
support 7:1
  24:1
supported
  20:16
surpass 39:7
Surveillance
  7:5

survive 29:19
swamp 2:3
  32:8
sympathies
  33:10
synthetic
  7:19
system 2:15
  3:2 24:24
  25:6 33:18

———————————

T

T2t.org. 2:9
takes 8:15
  13:24 36:4
talk 2:4 5:6,
  13,14 12:15,
  19 22:3 40:9
talked 28:11
talking 7:11
  23:5,10 31:2
tax 22:20
team 27:4
telling 24:23
temperature
  23:19
tend 20:11
tendencies
  28:9
tendency 23:6
terms 5:21
Terrible
  27:11
terrific
  16:21 31:13
territory
  10:10
terror 9:18,
  24
Terrorize
  9:20,22
Terrorizing
  9:18
tested 37:24
Texas 10:3,5,

9,16 25:4
theoretically
  32:22
there'd 19:13
thing 2:11
  23:25
things 4:24
  8:21 20:21
  23:9 24:14
thinking 28:2
  31:6
thought 27:23
  28:3
thousands
  12:10 35:22
threat 37:11,
  12
thrown 3:23
time 5:18 9:5
  10:10 15:1
  17:7 24:12,
  13,16,20 25:4
  32:11
Times 36:3,4,
  24 39:3,4
timetable
  15:4
Title 11:14,
  25
today 3:4
  13:7 22:19
  23:4
told 15:1,2
toll 26:16
tomorrow
  40:10,25 41:1
totally 32:18
  38:14
touch 16:22
Towers 2:6,8
town 6:24
toys 40:23
trade 20:1
traffic 35:19
trafficking
  13:4

transformed
  5:24
treatment
  29:9
tremendous
  20:1
Trump 3:14,
  16,18,19
  33:5,7 35:2,
  3,4,7 38:16
truth 22:2
tuning 2:3
Tunnel 2:6,7
turned 32:13
Twenty-one
  30:7

———————————

U

U.S. 8:20
  10:13,22
UK 23:16
ultra 6:6
Umm-hmm 29:5
unaccompanied
  12:2
unbelievable
  4:12 37:3,14
unchanged
  28:23
uncover 22:2
underestimate
  26:4
understand
  4:21,22 7:21
understanding
  4:24 5:19
  19:3,5
understood
  19:7,8
United 6:7,
  10,14,15 11:2
  36:15 37:7
  38:8 40:1
  41:2
unrealistic
  38:14

**upcoming**
  31:25
**uphold**  21:3
**upset**  39:24

---

**V**

**vast**  13:9
**vehicle**  10:23
**Venezuela**
  3:21
**verging**  4:5
**video**  10:19
**view**  38:14
**violence**
  9:17,24 19:22
  26:20,24
  27:13
**violent**  5:23
  6:6 26:11
**virus**  39:15,
  24
**Visit**  23:4
**vital**  18:21,
  22
**vote**  3:17,18
  33:2,5,6
  34:17 35:2,3,
  25
**votes**  2:24
  3:13 33:1,5,
  6,12,14,15
  34:17 35:7,8,
  9
**voting**  2:15
  3:7,11,12
  33:18

---

**W**

**waitstaff**
  18:7
**wanted**  12:15
  23:19 32:10
  33:7 38:4,5
**wars**  9:2

**Washington**
  17:23 31:8
  40:11
**weapons**
  10:23,24
**wear**  18:7
  24:16
**website**  32:4
**week**  28:5
  40:10
**weekend**  23:14
**welfare**  20:15
**who've**  26:2,
  5,8
**Whoa**  21:1
**wilderness**
  22:13
**win**  38:9
**wing**  33:9
**wiped**  2:22
**witnesses**
  35:16
**Wolf**  21:1
**women**  27:10,
  25
**work**  20:20
  23:3 28:10
**working**  40:3
**world**  4:9,13
  5:3,24 13:16,
  22 15:21,23
  22:10 23:14
  29:13 36:16,
  21 37:8,18
  38:14 39:6,8,
  15 40:2
**worse**  26:6
**worst**  26:23
  27:12 31:10
**worth**  13:6
  25:18
**write**  36:24
**writes**  36:5
**wrong**  4:17
  21:24 34:22

---

**X**

**xenophobic**
  12:21

---

**Y**

**year**  17:10
  26:23
**years**  4:10,14
  22:6 31:17
  37:8 38:1,12
  39:8
**yesterday**
  2:13
**York**  18:21
  20:4 21:13
  23:24 26:20,
  24 27:14
  31:20 32:7
  36:3,4 39:3,4

---

**Z**

**Zeta**  10:7