# Exhibit 208

File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020

1

2

3

4

5

6

7          "CHAT WITH THE MAYOR, RUDY GIULIANI"

8                77WABC  TALK RADIO

9

10

11    "SNOW TROUBLES AND A POSSIBLE SECOND SHUTDOWN"

12

13

14

15  DECEMBER 16, 2020

16  FILE 15

17

18

19

20

21  File 15 Rudy Giuliani, Chat with the Mayor, 77WABC

22  (Dec. 16, 2020) (Washington, D.C.), available at,

23  https://wabcradio.com/podcast/rudy-giuliani/

24

25

Case 1:21-cv-00213-CJN  Document 2-143  Filed 01/25/21  Page 3 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                           2

1        RUDY GIULIANI:  Good afternoon.  It's Rudy

2    Giuliani live from D.C., the Capitol of the

3    nation on 77WABC, and truly missing being back

4    in New York City for a snowfall.  You don't

5    know this, but, of course, when I was a kid, I

6    loved snowfall falls, like every kid did.

7    Lived through the big blizzard in Brooklyn when

8    our -- when our Christmas tree fell into the

9    snow.  Funny, funny story, and now here I am in

10   D.C. and there's not even an inch of snow and

11   D.C. is closed down for the next 10 years. And

12   I laugh at it because here's -- I have an

13   article here from January 2nd, 2011.  It says,

14   "Bloomberg compared unfavorably with Snow King

15   Giuliani.  If Bloomberg had taken a page from

16   Rudy Giuliani's (indiscernible), I think he not

17   might not be getting pilloried for blowing"

18   daht, daht, daht, daht, daht, daht.  I'm just

19   pointing out, I mean Bloomberg did a lot of

20   great things better than me, I will tell you,

21   but nobody picked up snow better than me.

22   Nobody.  I got hit with it for the first time,

23   the first year I was in office.  It was a small

24   one and there's a reason I picked up snow

25   really well.  Peter J. Powers, my high school,

Case 1:21-cv-00213-CJN  Document 2-143  Filed 01/25/21  Page 4 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                                    3

```
 1   College, law school classmate, my campaign
 2   manager, my first deputy mayor, Republican from
 3   Queens, who lived there when John Lindsay
 4   didn't pick up the snow in Queens lost a
 5   Republican primary as a result of it, and from
 6   the day I got elected first thing he said to me
 7   is, "We may get defeated for reelection, but
 8   it's not going to be over a snowfall."  And he
 9   got me to sit down with the sanitation
10   department, with mayors from other places, got
11   books out on how you pick up the snow.  By the
12   time -- by the time we got into office, we knew
13   more about snow removal, I think, than all the
14   mayors combined; like, academically.  And then
15   we got hit with a snowfall in '94, a couple of
16   reasonably good snowfalls.  So we got great
17   practice.  I made my sanitation department into
18   my Navy. I call them -- I call the sanitation
19   commissioner, Admiral Halsey, because when I
20   studied the Lindsay problem, I found out that
21   Lindsay had taken the plows off the sanitation
22   trucks, because he wanted to save money, and
23   then the snow fell and it took them five hours
24   to get them out there.  By the time he got them
25   out there, that was too much snow to pick up.
```

1    That's exactly how the Japanese lost the battle

2    of Midway.  They were refueling their fighter

3    planes when, lo and behold, our fighters found

4    their three major aircraft carriers all too

5    close to each other, none of them defended by

6    fighters, and Bam!  In half a day, we change

7    the course of the Second World War, because

8    their fighter planes were disable.  Well, our

9    snowplows were disabled and that wasn't going

10   to happen to us.  So we thought about it.  We

11   had a scientific plan.  We got extra plows.  We

12   motivated our sanitation department as the most

13   important people in the city for that period of

14   time, our heroes.  Because they were going out

15   in the snow and risking their lives to keep the

16   city open.  I would show up in the morning at

17   the sanitation depots and wave them on like

18   they were the -- they were the Navy, Air Force

19   going off to battle.  I would tell people to

20   cheer for them in the streets, and then I would

21   go out in the streets in my own little vehicles

22   and clean up snow with people.

23       I felt like my job, get that city open,

24   and I'm going to tell you why.  It's not just

25   all games and fun. Any slowing down of movement

Case 1:21-cv-00213-CJN  Document 2-143  Filed 01/25/21  Page 6 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                              5

1   in our city can mean that somebody will die.

2   The amount of time that it takes to get you

3   from where you are in an emergency to a

4   hospital could be the difference between your

5   living and dying.  This is why I never like

6   protests taking the middle of streets.  Not

7   that the idiot, moron, jerk mayor that we have

8   now would ever realize this, but every time

9   those streets get more crowded than they should

10  be, people die.  Your job as mayor is to try to

11  prevent people from dying.  To try to prevent

12  people from getting hurt.  Snow can hurt bad.

13  So you've got to get those streets open fast so

14  that ambulance can get through, so the fire

15  truck and get through.

16       So, it's a matter of life and death.  It's

17  not just fun and games, but it's also fun and

18  games and you got to make it that way, and

19  you've got to make it really, really wonderful

20  for the sanitation workers because those poor

21  men and women work their tails off during a

22  period. They work like 30 hours in a row.

23       So, later on I'll be joined by my

24  co-counsel for Donald Trump, Jenna Ellis, who's

25  senior legal adviser for the Team Trump, and

Case 1:21-cv-00213-CJN  Document 2-143  Filed 01/25/21  Page 7 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                              6

1    we'll get up to date on that.  And then you're

2    going to get to talk to me on Chat With The

3    Mayor on the Tunnel to Towers Foundation

4    hotline at 1-800-848-WABC.  That's

5    1-800-848-9222.  Tunnels to Towers to do good.

6    Donate $11 a month at T2t.org.  That's T, the

7    Number 2, T, .org.  That's 1-800-848-9222.

8         So, I don't know what de Blasio is going

9    to do with the snowfall.  He hasn't done

10   anything right at all of any kind, but what

11   he's doing to the restaurants in New York City

12   is a crime.  It's a crime.  I don't know why

13   he's doing it.  I don't know if it's his left

14   wing communist philosophy.  So he wants to see

15   everything destroyed so the city can own

16   everything, and he can tell people what to do.

17   I don't know if it's his pea brain.  I don't

18   know if he just doesn't like those people,

19   because maybe he thinks they didn't vote for

20   him, or maybe he thinks they work too hard.  He

21   likes people dependent on the city, but this is

22   the core of our city, the small businesses.

23   This is the core of any city.  You can't have a

24   city without a middle class.  You can't have a

25   city without strong, small to medium sized

Case 1:21-cv-00213-CJN  Document 2-143  Filed 01/25/21  Page 8 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                              7

1  businesses.  Yeah, you need big businesses in

2  cities.  I mean, his idea kicking out

3  billionaires is really genius.  I mean, if you

4  kick out the billionaires and the middle class,

5  what, de Blasio is going to pay for everything?

6  The guy's never worked a day in his life.

7       I mean, why they are shutting down

8  restaurants because of COVID is not science.

9  What is this science garbage that Democrats put

10  out?  They're the worst scientists that ever

11  lived.  People get a lot more infected with

12  COVID in gatherings in homes than they do in

13  restaurants.  You're better off going out to

14  dinner than eating at home with a large group

15  of people.  I think you should eat at home with

16  a large group of people, by the way, and take

17  precautions.  Don't let COVID rule your life.

18  Don't let COVID rule your city.  Don't let

19  COVID rule your state.  Don't let COVID rule

20  your freedom of religion, your freedom of

21  speech.  Which is what we've let happen to us

22  by these Democrats who have these dictatorial

23  qualities that we were talking about yesterday

24  that come out:  Cuomo and de Blasio and Biden.

25  I mean, Biden's just dying to close us down and

Case 1:21-cv-00213-CJN Document 2-143 Filed 01/25/21 Page 9 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                              8

1    he can go back into the basement.  He looked so

2    uncomfortable.  Yesterday he went to a rally in

3    Georgia, 13-and-a-half people showed up.  They

4    say 13-and-a-half because this guy was coming

5    in and coming out, and they weren't sure if he

6    was there or not there.  He walked in, then he

7    walked out.  He wasn't sure who Biden was

8    because he had -- this guy had a mask on and he

9    wasn't sure who -- who -- who -- he had heard

10   about this Joe Biden, but he had never seen him

11   because he had never come out of the -- he'd

12   never come out of the basement.

13        So, you know, as soon as he gets into

14   office, if he does -- and I hope he doesn't

15   because we're still fighting the battle.  We're

16   still fighting the battle.  But, I mean, I

17   don't even know why he wants to be in office.

18   Maybe we'll make a deal with him.  Trump can

19   run the country from the White -- from the

20   White House and he can stay in his basement.

21   We'll send him food and stuff.  He can have

22   different masks every day.  Then every once in

23   a while, he can come out and tell people to

24   honk their horns.  He seems to be really,

25   really big on honking horns.  Honk your horn

Case 1:21-cv-00213-CJN   Document 2-143   Filed 01/25/21   Page 10 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                                    9

1    for whoever he's campaigning, or honk, honk,

2    honk your horn for warn up.  Honk.  Honk.

3    Honk.  This is a political campaign?  I mean,

4    is this guy like mentally with us?  Has there

5    been any proof at all during this election that

6    he's mentally kind of with it?  Man.  Whew.

7         Those restaurants should be open for

8    Christmas.  They should socially distance.  I

9    went to a restaurant last night in Washington,

10   D.C.  Very nice restaurant called Del Mar.  We

11   were there.  It was one, two, three, four

12   people.  We were socially distanced.  We walked

13   in with our masks on.  By the time we were put

14   at a table, we were 12, 14, maybe even more

15   feet away from anybody else.  We couldn't

16   possibly have harmed anyone.  They couldn't

17   possibly have harmed us.  You run into more

18   people just walking, you know, walking through

19   a building at closer quarters than going into a

20   restaurant.  It's a stable place where you

21   can -- you can make sure the people are

22   socially distanced.  The waitstaff -- I haven't

23   seen a waitstaff in New York or Washington, and

24   then, you know, when I was traveling in

25   Michigan, and in Arizona, and in Atlanta, I

Case 1:21-cv-00213-CJN   Document 2-143   Filed 01/25/21   Page 11 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                          10

1  haven't seen one that wasn't extremely careful.
2  Just as careful as the people when I was in the
3  hospital, for example.  I would equate them to
4  the people in the hospital.  They know their
5  jobs depend on it.  Don't you think -- doesn't
6  your heart go out to them?  Doesn't your heart
7  break when you see these people on television?
8  These people who built businesses?
9      I mean, my father built a business.  My
10  uncle built a business. I know what it was like
11  if they had to close down for two or three
12  days, and it affected food.  It affected
13  clothes.  It affected education.  It
14  affected -- it affected their confidence in
15  their -- their way of life.  I mean, I don't
16  get it.  I do not get the leadership of this
17  city and its hatred for the middle class.  I
18  don't get it.  Middle class are really, really
19  good people. They work.  They try hard.  Gosh,
20  they didn't all vote for me.  They weren't all
21  for me.  I had a big chunk of the middle class,
22  but not all, but I served them all.  And I felt
23  I served everybody in the city.
24      Look, you know, when I ran the first time
25  I ran, I got six percent of the black vote and

Case 1:21-cv-00213-CJN   Document 2-143   Filed 01/25/21   Page 12 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                              11

1   most of my police in black areas, because black

2   people were dying.  They deserved to have therm

3   there, not because they voted for me, but

4   because they're human beings, and because

5   they're citizens of the city and my obligation

6   is to all of them.  None of this racial

7   identity, garbage.  Hmmm.

8        So we're going to be back in a little

9   while with a Chat With The Mayor.  You're going

10  to call me on the Tunnel To Towers Foundation

11  hotline at one 1-800-848-WABC. That's

12  1-800-848-9222.  Help Tunnels to Towers do

13  good.  Donate $11 a month at T2T.org.  That's

14  T, the Number 2, T, .org.  To hear me discuss

15  the fight for election integrity and more,

16  listen to my latest podcast.  In fact, we're

17  going to do a riff on the latest podcast coming

18  out very soon of the whole situation with Biden

19  and.  I shot, what, about 20 minutes so that

20  you get -- you get ready for what you might

21  have forgotten came out two years ago, but was

22  hidden by the oppressors in America.  So listen

23  to us on Alexa.  Simply say, "Alexa, enable the

24  77WABC skip.

25       Stick around, because after a short break

1    we're going to be joined by the wonderful Jenna

2    Ellis.

3        ANNOUNCER:  We are in New York, talking

4    about what matters to you.  Now, it's former

5    New York City Mayor Rudy Giuliani on New York's

6    Talk Radio 77 WABC.

7        RUDY GIULIANI:  For over forty years the

8    Delta Rescue has provided dedication and

9    everlasting love to animals that have been left

10   abandoned.  Delta is the largest no kill and

11   care for and right to life animal sanctuary in

12   the world.  The super sanctuary is home to up

13   to 1500 animals that have been abandoned or

14   born in the wilderness, and cares for every

15   animal for the entirety of their life.  Every

16   animal receives the very best of care, and

17   Delta relies solely on donor contributions from

18   people like you.  For being part of the Delta

19   Mission, you are the difference between life

20   and death for so many animals.  Donate today at

21   DeltaRescue.org, or for information on Delta's

22   tax saving estate plan, go directly to

23   Delta'sRescue.org/Rudy and ask for Rudy's free

24   estate package.  It lays out all you need to

25   know about growing your estate while letting

Case 1:21-cv-00213-CJN  Document 2-143  Filed 01/25/21  Page 14 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                    13

1    your compassion for animals live well into the

2    future.  This is only available at

3    DeltaRescue.org/Rudy.  Show your dedication and

4    everlasting love and make your legacy work for

5    the animals.  Visit DeltaRescue.org/Rudy today.

6         Now, on the Tunnel to Towers Foundation

7    hotline we have senior adviser, legal adviser

8    for the Team Trump, Jenna Ellis.

9         Jenna, you're on WABC.

10        JENNA ELLIS:  Great to join you again,

11   Mayor.  So this has been such an important

12   couple of weeks for us, and, you know, the

13   president has continue fighting we're continued

14   fighting for election integrity, and I think

15   it's so incredibly important what the American

16   people have seen about the corruption and the

17   lawlessness in this election, and why it's so

18   important that we don't just yield to the

19   mainstream media.  They've been saying that

20   President Trump should concede even before the

21   election, and so at every critical point they

22   say, "Oh, well, it's just done. Let's throw in

23   the towel."  Well, we're not.  We're continuing

24   the fight, and I really appreciate everything

25   that you've done as well.  You've led this team

Case 1:21-cv-00213-CJN  Document 2-143  Filed 01/25/21  Page 15 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                                      14

1   so incredibly, incredibly well.

2       RUDY GIULIANI:  So where are the big

3   battles now on the horizon in the next, let's

4   say, between now and Christmas?

5       JENNA ELLIS:  Yeah, well, I think that the

6   state legislatures, of course, have been our

7   emphasis, and what we've seen through Arizona,

8   in Michigan, Pennsylvania and Georgia, those

9   state legislatures really need to step up and

10  do their duty and obligation under the

11  Constitution.  And, you know, one of the things

12  about the Texas case, even though it was

13  absolutely ridiculous that the Supreme Court

14  just dismissed that outright, it had original

15  jurisdiction.  It should have been taken up,

16  but one of the really important things that

17  came out of that case was the amicus filing

18  from the Pennsylvania General Assembly.

19  Leadership from both the House and the Senate

20  acknowledged to the Supreme Court that their

21  are laws in the administration of the 2012

22  election were not followed.  There is no

23  reason.

24      RUDY GIULIANI:  Amazing.  Amazing.  I

25  mean, it was a lawless election.

Case 1:21-cv-00213-CJN   Document 2-143   Filed 01/25/21   Page 16 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                               15

1        JENNA ELLIS:  Absolutely.  Absolutely.

2   And there's no reason that the Pennsylvania

3   General Assembly under Republican leadership

4   should not call for an elector session so that

5   they can reclaim their delegates and make sure

6   that the people are not disenfranchised by

7   illegal votes.

8        RUDY GIULIANI:  Is that still a

9   possibility?  I say it is, right?

10        JENNA ELLIS:  I do, too.  Absolutely.

11   Article II, Section 1.2 says that it's the

12   state legislature's job.  And so they can take

13   back the manner in which they put forward their

14   delegates at any time before the Electoral

15   College vote is certified by Congress.  That

16   doesn't happen until January 6th. That's the

17   date of ultimate significance.

18        RUDY GIULIANI:  Michigan issued a subpoena

19   today for all the records in Wayne County, and

20   Arizona issued a subpoena yesterday and

21   partially today to examine all the -- all those

22   Dominion machines in Maricopa County.

23        JENNA ELLIS:  That was excellent and I'm

24   really glad to see that.

25        RUDY GIULIANI:  And I think that in

Case 1:21-cv-00213-CJN  Document 2-143  Filed 01/25/21  Page 17 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                        16

1    Arizona there's a great deal of skepticism that

2    those machines operated anything but completely

3    inefficiently.

4         JENNA ELLIS:  Yeah, and, you know, and of

5    course, the mainstream media is trying to just

6    say there's nothing to see here, move on.

7    Anyone that is interested in fact finding and

8    truth finding will back an investigation to

9    say, well, let's look, let's see.  Why are we

10   so hesitant to say with all of these questions

11   that somehow the constituents of all the

12   states, of the 29 states that Dominion is in,

13   why can't we just have answers?  We can't have

14   reports and we can't make sure that our vote is

15   not being compromised.

16        RUDY GIULIANI:  So they say, well, there

17   were 62 cases and the Trump side lost about 57

18   of the 62 cases.

19        JENNA ELLIS:  They're just lying.

20        RUDY GIULIANI:  Well, first of all, I

21   can't believe we brought 62 cases.

22        JENNA ELLIS:  We've been busy, apparently.

23        RUDY GIULIANI:  But, second, and Ken Starr

24   made this point brilliantly today.  He said,

25   "If not everyone, almost every single one,

Case 1:21-cv-00213-CJN   Document 2-143   Filed 01/25/21   Page 18 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                    17

1  particularly the big one of the Supreme Court,

2  went out on procedural grounds.  They never had

3  a hearing they never reached a fact. They never

4  even read an affidavit."

5       JENNA ELLIS:  No, and so Joe Biden is

6  lying to the American people when he said

7  yesterday in his -- in one of his statements

8  that these cases have all been tossed out when

9  judges are saying there no -- there -- they

10  have no merit, that's absolutely false.  And

11  either he just doesn't understand the legal

12  system or he's being intentionally false with

13  the American people.

14       RUDY GIULIANI:  No, I mean, they do

15  standing, latches.  It should have been brought

16  before, but if it was brought before, they

17  would have said no standing.  And now no

18  standing.  The Wisconsin case, clearly, the law

19  was violated, but they don't want to enforce

20  it.  They just don't want to enforce it.

21       JENNA ELLIS:  They're bending themselves

22  into a legal pretzel in order to turn the other

23  way, and, you know, our government at all three

24  branches, at all levels has failed the American

25  people.  The executive branch was lawless.  The

Case 1:21-cv-00213-CJN   Document 2-143   Filed 01/25/21   Page 19 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                              18

1    judiciary so far has refused to enforce the

2    law.  And if state legislatures and Congress

3    don't step up --

4         RUDY GIULIANI:  That's the last hope.

5         JENNA ELLIS:  -- it will be a failure.

6         RUDY GIULIANI:  That's the last hope, and

7    I seem to see some real life in Arizona.

8         JENNA ELLIS:  Yes.

9         RUDY GIULIANI:  Georgia and Michigan.  And

10   let's hope other places as well.

11        But we'll be back very shortly.  I'm Rudy

12   Giuliani, with Common Sense we'll uncover the

13   truth and get to a solution on Talk Radio 77

14   WABC.

15        ANNOUNCER:  Mayor Rudy Giuliani on ...

16        (Music playing) 77 ABC.

17        RUDY GIULIANI:  This is Rudy Giuliani back

18   with you from D.C., but missing New York

19   because I always like that feeling when snow is

20   in the air.  And, you know, a lot of mayors get

21   really upset with snow because it costs so much

22   money and it's so hard and it is dangerous.

23   But I always saw it as a great challenge to the

24   spirit of the city.  I thought our city workers

25   stepped up extra special.  Particularly, the

Case 1:21-cv-00213-CJN   Document 2-143   Filed 01/25/21   Page 20 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                              19

```
 1   sanitation workers.  They were the heroes of
 2   the snowfall.  And then our citizens, you know,
 3   they'd get out in the street and they'd be
 4   using skis, and they'd be having fun and
 5   throwing snowballs and making snow -- snowmen,
 6   and who knows what.  I mean, there's something
 7   special about the snow.  If you lose the
 8   romance of snow -- I thought I would as mayor,
 9   but I didn't.  In fact, I really kind of looked
10   forward to being in command of the snow
11   removals.  And I thought it helped train me for
12   September 11th.  How do you like that?  Because
13   of all the emergency procedures you have to you
14   have to go through.
15        I got a great call here.  I'm going to
16   skip ahead here.  I got a guy named Teddy from
17   Yonkers.
18        Teddy.
19        TEDDY:  Oh.
20        RUDY GIULIANI:  How you doing, my friend?
21        TEDDY:  Okay.  Good afternoon, Mr.
22   Giuliani.  When you were mayor, I thought you
23   did a very good job.  Okay?
24        RUDY GIULIANI:  But -- but you think I'm a
25   nut job.
```

Case 1:21-cv-00213-CJN  Document 2-143  Filed 01/25/21  Page 21 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                              20

1       TEDDY:  I sure do and I'll tell you why.

2       RUDY GIULIANI:  Can you describe --

3       TEDDY:  Give me a chance and I'll let you

4    respond.

5       RUDY GIULIANI:  No.  No.  Could you just

6    describe it a little more like scientifically

7    or ...

8       TEDDY:  Because -- because it's been

9    proven that the election -- and this is coming

10   from the director of Homeland Security, who is

11   a Republican, who was appointed by Trump, who

12   said 100 percent the election was fair.  And

13   you constantly disagree with him.  Anybody --

14   here's the bottom line with the Republicans, if

15   you disagree with you or with Trump, then

16   you're outside the universe.  You're a demagog.

17   That's what you are.  You criticize any --

18      RUDY GIULIANI:  Me?  I'm a -- I'm a

19   demagog?

20      TEDDY:  And you only want to deal with

21   people who support you.

22      RUDY GIULIANI:  I do?

23      TEDDY:  Yes, you do.

24      RUDY GIULIANI:  Why do you think I just

25   want to deal with people who support me?

Case 1:21-cv-00213-CJN   Document 2-143   Filed 01/25/21   Page 22 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                    21

1   Because I happen to think that there was fraud

2   in the election?  You know, did you see the --

3   did you see --

4        TEDDY:  (Indiscernible) with this did you

5   see (indiscernible).

6        RUDY GIULIANI:  Would you listen?  I mean,

7   I listened, right, nice and quietly.  And would

8   you listen for a minute?  Did you see the tape

9   in Atlanta, Georgia, on the day after the

10  election when they were counting the ballots

11  and they threw all the people out.  All the

12  observers, everybody was thrown out.  The

13  workers did, the city workers did.  And then

14  when everybody was out, they checked the doors

15  and then they went under the tables and they

16  pulled out the ballots with nobody around and

17  counted them.  You don't think that was

18  cheating?  If we came out 138,000 for Biden and

19  7,000 for Trump, and that kind of that kind of

20  brought Biden back from a 2.5 percent deficit.

21  You didn't see that video?  I mean, the video

22  is like watching a bank robbery in front of

23  your eyes.  So what am I supposed to do?

24       TEDDY:  (Indiscernible).

25       (Talking simultaneously.)

Case 1:21-cv-00213-CJN   Document 2-143   Filed 01/25/21   Page 23 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                          22

1      RUDY GIULIANI:  What I'm supposed to make

2   believe -- now, am I supposed to make believe

3   the 26,000 illegal voters didn't vote in

4   Arizona?  You think everybody who voted in

5   Arizona was a citizen?  Seriously?  It would be

6   almost virtually impossible for everybody in

7   Arizona to vote as a citizen.  They're filled

8   with illegal immigrants.  Arizona was only lost

9   by 10,000 votes.  26,000 were illegal

10  immigrants. That's voter fraud.  7,000 dead

11  people voted in Arizona.  You think -- you

12  think dead people voting is not voter fraud?

13  About 17,000 voted in Philadelphia who were

14  dead, and 7,000 registered who were dead.

15  That's not voter fraud?

16      How about the guy that was driving the

17  ballots from Bethpage to Pennsylvania?  100,000

18  ballots or so.  Just one day had -- this is

19  when they needed to stuff the ballot boxes

20  because Biden was behind by 6, 700,000 votes.

21  I don't know.  How about the four witnesses in

22  Detroit that testified to a big truck coming in

23  at 4:30 in the morning with all these pristine

24  ballots?  Meaning, they had never been mailed,

25  or looked like somebody had just made them out,

Case 1:21-cv-00213-CJN   Document 2-143   Filed 01/25/21   Page 24 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                                23

1   and then they started counting them and there

2   were somewhere between 60 and 100,000 and they

3   were all for Biden.  I'm supposed to make

4   believe that that -- because you yell at me and

5   tell me I'm a nutjob, I'm supposed to make

6   believe that that didn't happen?  Come on, I've

7   been through this.  I was -- I was through this

8   with the Biden censorship.

9        Now everybody's finding out I was telling

10  the truth about Biden.  Remember when everybody

11  was calling me a nutjob, probably you, because

12  I said that Joe Biden's a bit corrupt and he

13  was getting money from China, getting money

14  from Ukraine, getting money from Russia?  That

15  Hunter was just a bagman.  Hunter says on tape,

16  on a text, "I give 50 percent to my dad."

17  Nobody would cover that.  You called me all

18  kinds of names.  I got that from Russia, by the

19  way.  Come on, pal. The crooks here are the

20  Democrats.  They really are.  It's a disgusting

21  political party at the top, and they sold us

22  out to China.  And then they have this media

23  that covers up for them.  It's so detrimental

24  to the -- to the national security, the United

25  States.  I mean, China has invested millions in

Case 1:21-cv-00213-CJN   Document 2-143   Filed 01/25/21   Page 25 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                            24

1    the Bidens, obviously, and Sewel and Finestein.

2    They -- they own, China owns a lot of the

3    Democrat Party.  I can tell you one thing, they

4    don't own Trump and they don't own me.

5         Andrew.

6         ANDREW:  (No audible response.)

7         RUDY GIULIANI:  Andrew, my friend.

8         ANDREW:  -- segue -- perfect segue way to

9    my call.  I watched the entire hearing.

10        RUDY GIULIANI:  Yeah, I only saw about

11   half of it. Tell me.

12        ANDREW:  The person he's referring to,

13   Cribs, did not say that there was no election

14   fraud.  That's the opposite.  He said there

15   wasn't any foreign interference in the election

16   from Iran, or from Russia or any country that

17   doesn't like us, like China.  So that's

18   completely different than --

19        RUDY GIULIANI:  Of course it's different.

20        (Talking simultaneously.)

21        RUDY GIULIANI:  It's -- it's different

22   than the guy in Bethpage driving down 100,000

23   ballots, right?

24        ANDREW:  Exactly, and --

25        RUDY GIULIANI:  That was internal

Case 1:21-cv-00213-CJN  Document 2-143  Filed 01/25/21  Page 26 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                    25

1    interference.

2        ANDREW:  There was actually voter fraud

3    happened yesterday.  The governor of Michigan

4    had the police stand outside the chamber, not

5    let the Republican Electoral College voters go

6    in and cast their votes.  And there was a

7    lawyer there with a -- you know, showing the

8    police the law.  There are legislatures, they

9    have to go in and vote.  And she said no, the

10   governor ruled that the Republicans are not --

11   so how could that be counted as a valid vote?

12   It's not a funny situation, but I just want to

13   use (indiscernible) --

14       RUDY GIULIANI:  Yeah. I mean, there's --

15       ANDREW:  -- (indiscernible) lawsuit.

16       RUDY GIULIANI:  I could -- I could see

17   people arguing about is the fraud large enough

18   to overturn an election in any one state.  But

19   to say there's no fraud is a complete lie, and

20   you have to be a liar to be saying.  I mean,

21   just I'm telling you, just the dead people

22   alone that voted, and the people who are -- I

23   mean, they did no check of illegal immigrants

24   in Arizona, and Arizona was lost by 10,000

25   votes.  Now, I would be willing to guarantee

Case 1:21-cv-00213-CJN   Document 2-143   Filed 01/25/21   Page 27 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                        26

 1    anything that way more than 10000 illegal

 2    immigrants voted in Arizona.  Way, way more.

 3    And I will guarantee you they voted 80-20 for

 4    Biden.  That alone would turn the election

 5    around.

 6        The video that I talked to you about in

 7    Atlanta, that accounted for about 40 to 50,000

 8    phony votes. The machine that was examined the

 9    other day, that was 62 percent inaccurate.  62

10    percent inaccurate.  It was more inaccurate

11    than accurate.  So don't tell me there's no

12    voter fraud.  Don't -- don't try to make a fool

13    out of me, or try to act like you can just talk

14    your way through this like a talk your way

15    through this like you talk your way through

16    hard drive.  And now we've got this tremendous

17    complex problem of a guy trying to head to the

18    White House who's a major criminal.

19        So let's go to Brad in the Bronx.

20        BRAD:  Hello, Mayor Giuliani.  First, I

21    want to thank both you and Jenna Ellis for your

22    efforts to save both the United States of

23    America and the Constitution.  Mayor Giuliani,

24    I want to just preface this with, you know, an

25    ounce of prevention is always worth 10 tons of

Case 1:21-cv-00213-CJN   Document 2-143   Filed 01/25/21   Page 28 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                    27

1   cure.  And this voter fraud, which did occur,

2   could have been so easily prevented with that

3   ounce of cure.  And I had called you about a

4   month ago, I don't know if you remember, and my

5   question was at these particular locations,

6   Detroit, Atlanta, you knew there was going to

7   be voter fraud in Milwaukee, why could there

8   not have been both FBI agents and Department of

9   Justice election officials?  We have an

10  election monitoring division at DOJ.  So why

11  could you not have had -- so when these people

12  were physically assaulting and throwing out

13  Republican poll watchers, you would have had an

14  FBI agent say, you cannot do that, and you

15  would have had DOJ officials monitoring these

16  fraudulent ballots at 4:30 in the morning.

17  This whole tragedy and fraud could have been

18  prevented.

19      So my question is, why did -- with

20  hindsight being 20/20, what DOJ officials or

21  FBI agents should and could have been there?

22  And you would have prevented the -- because

23  it's not just the Dominion machines.  The

24  election was really stolen with the fraudulent

25  mail ballots.

Case 1:21-cv-00213-CJN  Document 2-143  Filed 01/25/21  Page 29 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                              28

1       RUDY GIULIANI:  You're right.  You're

2   right.  I would say -- I would say 60/40,

3   70/30.  Yeah, Dominion machines contributed,

4   but the major numbers had to be made up with

5   the phony mail ballots.  You're absolutely

6   right about that.

7       The reason that didn't happen is it's very

8   hard to do that.  You can only get federal

9   monitors for elections when you have

10  discrimination, discrimination against a right

11  to vote, proof of that in prior elections.  Had

12  they tried that, and in the few places where

13  they did try that, the courts turned them down.

14  Because the court said, well, you know, they

15  say what The New York Times says in every

16  editorial, there is no voter fraud, there's no

17  proof of voter fraud.

18      I don't know what this all is, these

19  10,000 affidavits if it isn't proof of voter

20  fraud.  But you go to court and the courts say,

21  oh, there's no proof of voter fraud, you can't

22  get a federal monitor.  So you try to do it

23  with volunteers.  I mean, the Republicans had a

24  hundred volunteers in Pennsylvania, and they

25  were getting -- they were getting -- you know,

Case 1:21-cv-00213-CJN   Document 2-143   Filed 01/25/21   Page 30 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                    29

1    you're right, they were getting pushed around.

2    They're getting beaten up.

3         See, the Democrats also selected

4    particular cities, not every place.  It was a

5    very intelligently executed plan. I will give

6    them that.  They pick cities that are crooked

7    and that they own.  So in Philadelphia, the

8    city is 80 percent Democrat.  It's as crooked

9    as it comes.  They have 12, 15 election fraud

10   cases every year for the last 60, and the

11   courts are just as bad. You can't go to court

12   and get a fair decision, Democrat versus

13   Republican in Philadelphia.  So they pick

14   places like that, or they pick places like

15   Detroit, equally corrupt, equally Democrat

16   dominated.

17        You go to court and you ask for monitors.

18   No, you're not going to get monitors. You go to

19   court and you say, they're not letting us see

20   the ballot, Judge.  The judge says, yes, they

21   are and throws you out. So they pick places

22   that are corrupt. Atlanta, Phoenix. Milwaukee.

23   Places like that.  Minneapolis.  Places that

24   are run by Democrat machines that are crooked.

25   I mean, look at the people that go to prison in

Case 1:21-cv-00213-CJN   Document 2-143   Filed 01/25/21   Page 31 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                              30

1    these places.  The mayor of Atlanta went to

2    prison.  I mean, these are crooked places,

3    dishonest places, and they run dishonest

4    elections and they cover their own.

5         And I agree with you, more has to be done,

6    but the laws have got to change in order to do

7    that because you just get turned down in the

8    courts.

9         So now we're going to go to Keith in

10   Lindenhurst.

11        KEITH:  Hello, Mr. Mayor.  How are you?

12        RUDY GIULIANI:  I'm okay, Keith.  How are

13   you?

14        KEITH:  Good.  I'd like to say thank you

15   for everything you're doing.

16        RUDY GIULIANI:  Thank you, sir.

17        I just don't understand, the DOJ we know

18   is in the swamp.  Where is the ball being

19   dropped that no investigator -- like I

20   personally have been called -- visited at my

21   home by detectives who just came and asked

22   questions. Why isn't there anybody that goes to

23   the people that are in the video?  The person

24   that drove the truck's supervisor, whoever gave

25   them the instructions to take this truck from

Case 1:21-cv-00213-CJN   Document 2-143   Filed 01/25/21   Page 32 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                    31

1   here to there, and the question to try to get

2   back to who is the source of this corruption?

3       RUDY GIULIANI:  Because the FBI, there is

4   something seriously wrong with the FBI and I

5   don't know what it is, and unless we pull this

6   election out, it's probably going to remain

7   that way.  But there's something seriously

8   wrong when you see a videotape on television of

9   elections being stolen, election ballots being

10  stolen and the very next day there isn't a

11  search warrant for all that material and for

12  all those people.  I mean, my goodness, they

13  you know, they searched every one of Trump's

14  people at 4:00 the morning as if they were

15  terrorists.  They brought in storm troopers,

16  and big trucks, and vehicles, and scared

17  children and raided law offices.  And they

18  didn't even have evidence.  They had Sam Eisen.

19  Bull.  Here, we got a tape.  We got a tape of

20  them stealing an election.  It's a couple of

21  weeks later and the FBI is sitting there still

22  analyzing the evidence of Joe Biden paying a

23  bribe two years ago that's on tape that they

24  ignore.  Something seriously wrong.  Believe

25  me.

File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                          32

```
 1        So let's go to -- let's go to Jeff in Long
 2   Island.
 3        JEFF:  Hey, Rudy Giuliani.  Hey, Rudy?
 4        RUDY GIULIANI:  Yes.
 5        JEFF:  How are you doing?
 6        RUDY GIULIANI:  I'm doing good. How are
 7   you doing?
 8        JEFF:  I'm good.  I'm good.  I got a
 9   question for you. I know you were -- you were
10   working with Sidney Powell initially and you
11   parted ways.  And, I mean, correct me if I'm
12   wrong, I think it's because her case is much
13   broader than yours and that --
14        RUDY GIULIANI:  Yeah.  Yeah, it's a
15   little -- it's much more technical. It's much
16   more technical than ours, and our fear was we
17   couldn't get it done in time to be able to
18   affect this election.  I mean, it's so -- it's
19   so -- it's so complex that we had to narrow our
20   case to things that we can try to prove between
21   now and -- I mean, we only have until January
22   20th.  But, I mean, she has found some very,
23   very good things, except it takes a long, long
24   time to spell those out.  I hope she's able to
25   do it, but it did help us a lot in focusing on
```

File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                    33

```
 1   Dominion and we were able to get out that very
 2   good report on Dominion the other day where
 3   they have 22 machines in Michigan that are 62
 4   percent inaccurate.  Imagine being 62 percent
 5   inaccurate.  I mean, that is just too much.
 6        Well, thank you for your calls on the
 7   Tunnel to Towers Foundation hotline.  Help
 8   Tunnel to Towers to do good.  Donate $11 a
 9   month at T2T.org that's T, the Number 2, T,
10   .org.  That's 1-800-848-9222.
11        I'm Rudy Giuliani and with Common Sense
12   we'll uncover the truth and get to a solution.
13   On Talk Radio 77 WABC.
14        ANNOUNCER:  We are New York talking about
15   what matters to you.  Now, it's former New York
16   City Mayor Rudy Giuliani on New York's Talk
17   Radio 77 WABC.
18        RUDY GIULIANI:  Rudy Giuliani, back again
19   for the last few minutes of the show.  As you
20   all anticipate the snow and I'll watch it from
21   here in -- I'll watch it from here in New
22   York -- from here in Washington what's going on
23   in New York and I'll critique it.  I'll give
24   you my critique tomorrow on whether it was
25   picked up effectively or not, and it better be
```

Case 1:21-cv-00213-CJN   Document 2-143   Filed 01/25/21   Page 35 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                          34

1    picked up effectively.  Of course, that would

2    be the first thing that guy did that was

3    effective, but you can always be surprised,

4    can't you?  You can always be surprised.

5        But the thing that really irks me about

6    the city, and I'm going to repeat it here at

7    the end, is what they're doing to the

8    restaurants of our city, the big ones, the

9    little ones, the in-between ones.  A lot of the

10   character of New York City is made up of it's

11   restaurants, isn't it?  When you think about,

12   you know, Chinatown, and Little Italy and all

13   the upscale restaurants that are world famous

14   that people come to from all over the world, or

15   the ones that aren't upscale that are

16   medium-priced restaurants, but people know them

17   all over the world.  The thing I always said

18   about New York, every great city you can have

19   some very expensive world class restaurants,

20   but New York City has more moderately priced,

21   high quality restaurants than any city in the

22   world.  And the fun is finding those.  You

23   know, finding them on a Sunday afternoon when

24   you're just walking around, or on a Saturday

25   afternoon, or some night you just try a new

Case 1:21-cv-00213-CJN   Document 2-143   Filed 01/25/21   Page 36 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                        35

1    restaurant, and, wow, it was reasonably priced

2    and terrific.  It's one of the great industries

3    in New York City.

4        I remember when I debated Boris Johnson,

5    the Mayor of London at the time, about which

6    was a better city, and we went back and forth

7    about Wall Street, and the city of London and

8    the plays and all this stuff.  And, you know,

9    he said their plays were better, and I said our

10   plays were better.  And I said I can't

11   understand English plays anyway.  It has to be

12   translated for me.  They all talk (mumbling).

13   I don't even understand what they're saying.

14   They're all mumbling, mumble, mumble them.

15       And he would say, "well, all you guys say

16   is you know, where you're going, or what, what?

17   I said, I got you on one, though. I got you on

18   one, Boris, you don't have our restaurants,

19   baby.  Who goes to London for restaurants?

20   People that are -- not even people that are

21   starving.  Nobody goes to London for

22   restaurants.  You come to New York for

23   restaurants, huh?  Best restaurants in the

24   world.  Beats Paris, beats Rome.  And this guy

25   wants to destroy that industry.  Are you crazy?

File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                    36

1    Are you crazy?  Yes, they are crazy.  We've got

2    to do something about it. Anybody in the

3    restaurant business wants help, you call me.

4    All right.  I'm there fighting for you.

5        Love you. Love New York. Love America.

6    Tomorrow morning wake up, snow or no snow, kiss

7    the ground and say, "God bless America."

8

9        (End of recording.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 1:21-cv-00213-CJN  Document 2-143  Filed 01/25/21  Page 38 of 49
File 15 Chat with the Mayor Rudy Giuliani
December 16, 2020                                    37

1                              CERTIFICATE

2

3         I, ERINN GREEN, Professional Court

4    Reporter/Transcriptionist, do hereby certify that I

5    was authorized to transcribe the foregoing recorded

6    proceeding, and that the transcript is a true and

7    accurate transcription of my shorthand notes, to the

8    best of my ability, taken while listening to the

9    provided recording.

10

11        I further certify that I am not of counsel or

12   attorney for any of the parties to said proceedings,

13   nor in any way interested in the events of this

14   cause, and that I am not related to any of the

15   parties thereto.

16

17        Dated this 20th day of January, 2021.

18

19        *Erinn Green* (signature)

20   _____

21        ERINN L. GREEN, Court Reporter
          Notary Public Commission No.:  GG950705
22        Expires: January 23, 2024

23

24

25

**$**

**$11**   6:6 11:13
  33:8

---

**1**

**1-800-848-9222**
  6:5,7 11:12
  33:10
**1-800-848-WABC**
  6:4 11:11
**1.2**   15:11
**10**   2:11 26:25
**10,000**   22:9
  25:24 28:19
**100**   20:12
**100,000**   22:17
  23:2 24:22
**10000**   26:1
**11th**   19:12
**12**   9:14 29:9
**13-and-a-half**
  8:3,4
**138,000**   21:18
**14**   9:14
**15**   29:9
**1500**   12:13
**17,000**   22:13

---

**2**

**2**   6:7 11:14
  33:9
**2.5**   21:20
**20**   11:19
**20/20**   27:20
**2011**   2:13
**2012**   14:21
**20th**   32:22
**22**   33:3
**26,000**   22:3,9
**29**   16:12
**2nd**   2:13

---

**3**

**30**   5:22

---

**4**

**40**   26:7
**4:00**   31:14
**4:30**   22:23
  27:16

---

**5**

**50**   23:16
**50,000**   26:7
**57**   16:17

---

**6**

**6**   22:20
**60**   23:2 29:10
**60/40**   28:2
**62**   16:17,18,
  21 26:9 33:3,
  4
**6th**   15:16

---

**7**

**7,000**   21:19
  22:10,14
**70/30**   28:3
**700,000**   22:20
**77**   12:6
  18:13,16
  33:13,17
**77WABC**   2:3
  11:24

---

**8**

**80**   29:8
**80-20**   26:3

---

**9**

**94**   3:15

---

**A**

**abandoned**
  12:10,13
**ABC**   18:16
**absolutely**
  14:13 15:1,10
  17:10 28:5
**academically**
  3:14
**accounted**
  26:7
**accurate**
  26:11
**acknowledged**
  14:20
**act**   26:13
**administration**
  14:21
**Admiral**   3:19
**adviser**   5:25
  13:7
**affect**   32:18
**affected**
  10:12,13,14
**affidavit**
  17:4
**affidavits**
  28:19
**afternoon**   2:1
  19:21 34:23,
  25
**agent**   27:14
**agents**   27:8,
  21
**agree**   30:5
**ahead**   19:16
**air**   4:18
  18:20
**aircraft**   4:4

**Alexa**   11:23
**Amazing**   14:24
**ambulance**
  5:14
**America**   11:22
  26:23 36:5,7
**American**
  13:15 17:6,
  13,24
**amicus**   14:17
**amount**   5:2
**analyzing**
  31:22
**Andrew**   24:5,
  6,7,8,12,24
  25:2,15
**animal**   12:11,
  15,16
**animals**   12:9,
  13,20 13:1,5
**ANNOUNCER**
  12:3 18:15
  33:14
**answers**   16:13
**anticipate**
  33:20
**apparently**
  16:22
**appointed**
  20:11
**areas**   11:1
**arguing**   25:17
**Arizona**   9:25
  14:7 15:20
  16:1 18:7
  22:4,5,7,8,11
  25:24 26:2
**article**   2:13
  15:11
**assaulting**
  27:12
**Assembly**
  14:18 15:3
**Atlanta**   9:25
  21:9 26:7
  27:6 29:22
  30:1

audible  24:6

---

**B**

---

baby  35:19
back  2:3 8:1
  11:8 15:13
  16:8 18:11,17
  21:20 31:2
  33:18 35:6
bad  5:12
  29:11
bagman  23:15
ball  30:18
ballot  22:19
  29:20
ballots
  21:10,16
  22:17,18,24
  24:23 27:16,
  25 28:5 31:9
Bam  4:6
bank  21:22
basement  8:1,
  12,20
battle  4:1,19
  8:15,16
battles  14:3
beaten  29:2
beats  35:24
behold  4:3
beings  11:4
bending  17:21
Bethpage
  22:17 24:22
Biden  7:24
  8:7,10 11:18
  17:5 21:18,20
  22:20 23:3,8,
  10 26:4 31:22
Biden's  7:25
  23:12
Bidens  24:1
big  2:7 7:1
  8:25 10:21
  14:2 17:1
  22:22 31:16

34:8
billionaires
  7:3,4
bit  23:12
black  10:25
  11:1
Blasio  6:8
  7:5,24
bless  36:7
blizzard  2:7
Bloomberg
  2:14,15,19
blowing  2:17
books  3:11
Boris  35:4,18
born  12:14
bottom  20:14
boxes  22:19
Brad  26:19,20
brain  6:17
branch  17:25
branches
  17:24
break  10:7
  11:25
bribe  31:23
brilliantly
  16:24
broader  32:13
Bronx  26:19
Brooklyn  2:7
brought  16:21
  17:15,16
  21:20 31:15
building  9:19
built  10:8,9,
  10
Bull  31:19
business
  10:9,10 36:3
businesses
  6:22 7:1 10:8
busy  16:22

---

**C**

---

call  3:18
  11:10 15:4
  19:15 24:9
  36:3
called  9:10
  23:17 27:3
  30:20
calling  23:11
calls  33:6
campaign  3:1
  9:3
campaigning
  9:1
Capitol  2:2
care  12:11,16
careful  10:1,
  2
cares  12:14
carriers  4:4
case  14:12,17
  17:18 32:12,
  20
cases  16:17,
  18,21 17:8
  29:10
cast  25:6
censorship
  23:8
certified
  15:15
challenge
  18:23
chamber  25:4
chance  20:3
change  4:6
  30:6
character
  34:10
Chat  6:2 11:9
cheating
  21:18
check  25:23
checked  21:14

cheer  4:20
children
  31:17
China  23:13,
  22,25 24:2,17
Chinatown
  34:12
Christmas  2:8
  9:8 14:4
chunk  10:21
cities  7:2
  29:4,6
citizen  22:5,
  7
citizens  11:5
  19:2
city  2:4
  4:13,16,23
  5:1 6:11,15,
  21,22,23,24,
  25 7:18
  10:17,23 11:5
  12:5 18:24
  21:13 29:8
  33:16 34:6,8,
  10,18,20,21
  35:3,6,7
class  6:24
  7:4 10:17,18,
  21 34:19
classmate  3:1
clean  4:22
close  4:5
  7:25 10:11
closed  2:11
closer  9:19
clothes  10:13
co-counsel
  5:24
College  3:1
  15:15 25:5
combined  3:14
command  19:10
commissioner
  3:19
Common  18:12
  33:11

communist 6:14
compared 2:14
compassion 13:1
complete 25:19
completely 16:2 24:18
complex 26:17 32:19
compromised 16:15
concede 13:20
confidence 10:14
Congress 15:15 18:2
constantly 20:13
constituents 16:11
Constitution 14:11 26:23
continue 13:13
continued 13:13
continuing 13:23
contributed 28:3
contributions 12:17
core 6:22,23
correct 32:11
corrupt 23:12 29:15,22
corruption 13:16 31:2
costs 18:21
counted 21:17 25:11
counting 21:10 23:1
country 8:19 24:16

County 15:19, 22
couple 3:15 13:12 31:20
court 14:13, 20 17:1 28:14,20 29:11,17,19
courts 28:13, 20 29:11 30:8
cover 23:17 30:4
covers 23:23
COVID 7:8,12, 17,18,19
crazy 35:25 36:1
Cribs 24:13
crime 6:12
criminal 26:18
critical 13:21
criticize 20:17
critique 33:23,24
crooked 29:6, 8,24 30:2
crooks 23:19
crowded 5:9
Cuomo 7:24
cure 27:1,3

_____

**D**

D.C. 2:2,10, 11 9:10 18:18
dad 23:16
daht 2:18
dangerous 18:22
date 6:1 15:17
day 3:6 4:6 7:6 8:22 21:9 22:18 26:9

31:10 33:2
days 10:12
de 6:8 7:5,24
dead 22:10, 12,14 25:21
deal 8:18 16:1 20:20,25
death 5:16 12:20
debated 35:4
decision 29:12
dedication 12:8 13:3
defeated 3:7
defended 4:5
deficit 21:20
Del 9:10
delegates 15:5,14
Delta 12:8, 10,17,18
Delta's 12:21
Delta'srescue. org/rudy 12:23
Deltarescue. org 12:21
Deltarescue. org/rudy 13:5
Deltarescue. org/rudy. 13:3
demagog 20:16,19
Democrat 24:3 29:8,12,15,24
Democrats 7:9,22 23:20 29:3
department 3:10,17 4:12 27:8
depend 10:5
dependent 6:21

depots 4:17
deputy 3:2
describe 20:2,6
deserved 11:2
destroy 35:25
destroyed 6:15
detectives 30:21
detrimental 23:23
Detroit 22:22 27:6 29:15
dictatorial 7:22
die 5:1,10
difference 5:4 12:19
dinner 7:14
directly 12:22
director 20:10
disable 4:8
disabled 4:9
disagree 20:13,15
discrimination 28:10
discuss 11:14
disenfranchise d 15:6
disgusting 23:20
dishonest 30:3
dismissed 14:14
distance 9:8
distanced 9:12,22
division 27:10
DOJ 27:10,15, 20 30:17

**dominated**
  29:16
**Dominion**
  15:22 16:12
  27:23 28:3
  33:1,2
**Donald** 5:24
**Donate** 6:6
  11:13 12:20
  33:8
**donor** 12:17
**doors** 21:14
**drive** 26:16
**driving** 22:16
  24:22
**dropped** 30:19
**drove** 30:24
**duty** 14:10
**dying** 5:5,11
  7:25 11:2

---

**E**

**easily** 27:2
**eat** 7:15
**eating** 7:14
**editorial**
  28:16
**education**
  10:13
**effective**
  34:3
**effectively**
  33:25 34:1
**efforts** 26:22
**Eisen** 31:18
**elected** 3:6
**election** 9:5
  11:15 13:14,
  17,21 14:22,
  25 20:9,12
  21:2,10
  24:13,15
  25:18 26:4
  27:9,10,24
  29:9 31:6,9,
  20 32:18

**elections**
  28:9,11 30:4
  31:9
**elector** 15:4
**Electoral**
  15:14 25:5
**Ellis** 5:24
  12:2 13:8,10
  14:5 15:1,10,
  23 16:4,19,22
  17:5,21 18:5,
  8 26:21
**emergency** 5:3
  19:13
**emphasis** 14:7
**enable** 11:23
**end** 34:7 36:9
**enforce**
  17:19,20 18:1
**English** 35:11
**entire** 24:9
**entirety**
  12:15
**equally** 29:15
**equate** 10:3
**estate** 12:22,
  24,25
**everlasting**
  12:9 13:4
**everybody's**
  23:9
**evidence**
  31:18,22
**examine** 15:21
**examined** 26:8
**excellent**
  15:23
**executed** 29:5
**executive**
  17:25
**expensive**
  34:19
**extra** 4:11
  18:25
**extremely**
  10:1

**eyes** 21:23

---

**F**

**fact** 11:16
  16:7 17:3
  19:9
**failed** 17:24
**failure** 18:5
**fair** 20:12
  29:12
**falls** 2:6
**false** 17:10,
  12
**famous** 34:13
**fast** 5:13
**father** 10:9
**FBI** 27:8,14,
  21 31:3,4,21
**fear** 32:16
**federal** 28:8,
  22
**feeling** 18:19
**feet** 9:15
**fell** 2:8 3:23
**felt** 4:23
  10:22
**fight** 11:15
  13:24
**fighter** 4:2,8
**fighters** 4:3,
  6
**fighting**
  8:15,16
  13:13,14 36:4
**filing** 14:17
**filled** 22:7
**finding** 16:7,
  8 23:9 34:22,
  23
**Finestein**
  24:1
**fire** 5:14
**focusing**
  32:25

**food** 8:21
  10:12
**fool** 26:12
**Force** 4:18
**foreign** 24:15
**forgotten**
  11:21
**forty** 12:7
**forward** 15:13
  19:10
**found** 3:20
  4:3 32:22
**Foundation**
  6:3 11:10
  13:6 33:7
**fraud** 21:1
  22:10,12,15
  24:14 25:2,
  17,19 26:12
  27:1,7,17
  28:16,17,20,
  21 29:9
**fraudulent**
  27:16,24
**free** 12:23
**freedom** 7:20
**friend** 19:20
  24:7
**front** 21:22
**fun** 4:25 5:17
  19:4 34:22
**funny** 2:9
  25:12
**future** 13:2

---

**G**

**games** 4:25
  5:17,18
**garbage** 7:9
  11:7
**gatherings**
  7:12
**gave** 30:24
**General** 14:18
  15:3

| | | | |
|---|---|---|---|
| **genius** 7:3 | **group** 7:14,16 | **Hmmm** 11:7 | **impossible** |
| **Georgia** 8:3 | **growing** 12:25 | **home** 7:14,15 | 22:6 |
| 14:8 18:9 | **guarantee** | 12:12 30:21 | **in-between** |
| 21:9 | 25:25 26:3 | **Homeland** | 34:9 |
| **Giuliani** 2:1, | **guy** 8:4,8 9:4 | 20:10 | **inaccurate** |
| 2,15 12:5,7 | 19:16 22:16 | **homes** 7:12 | 26:9,10 33:4, |
| 14:2,24 15:8, | 24:22 26:17 | **honk** 8:24,25 | 5 |
| 18,25 16:16, | 34:2 35:24 | 9:1,2,3 | **inch** 2:10 |
| 20,23 17:14 | **guy's** 7:6 | **honking** 8:25 | **incredibly** |
| 18:4,6,9,12, | **guys** 35:15 | **hope** 8:14 | 13:15 14:1 |
| 15,17 19:20, | | 18:4,6,10 | **indiscernible** |
| 22,24 20:2,5, | | 32:24 | 2:16 21:4,5, |
| 18,22,24 21:6 | ___ | **horizon** 14:3 | 24 25:13,15 |
| 22:1 24:7,10, | **H** | **horn** 8:25 9:2 | **industries** |
| 19,21,25 | | **horns** 8:24,25 | 35:2 |
| 25:14,16 | **half** 4:6 | **hospital** 5:4 | **industry** |
| 26:20,23 28:1 | 24:11 | 10:3,4 | 35:25 |
| 30:12,16 31:3 | **Halsey** 3:19 | **hotline** 6:4 | **inefficiently** |
| 32:3,4,6,14 | **happen** 4:10 | 11:11 13:7 | 16:3 |
| 33:11,16,18 | 7:21 15:16 | 33:7 | **infected** 7:11 |
| **Giuliani's** | 21:1 23:6 | **hours** 3:23 | **information** |
| 2:16 | 28:7 | 5:22 | 12:21 |
| **give** 20:3 | **happened** 25:3 | **House** 8:20 | **initially** |
| 23:16 29:5 | **hard** 6:20 | 14:19 26:18 | 32:10 |
| 33:23 | 10:19 18:22 | **human** 11:4 | **instructions** |
| **glad** 15:24 | 26:16 28:8 | **hundred** 28:24 | 30:25 |
| **God** 36:7 | **harmed** 9:16, | **Hunter** 23:15 | **integrity** |
| **good** 2:1 3:16 | 17 | **hurt** 5:12 | 11:15 13:14 |
| 6:5 10:19 | **hatred** 10:17 | | **intelligently** |
| 11:13 19:21, | **head** 26:17 | | 29:5 |
| 23 30:14 | **hear** 11:14 | ___ | **intentionally** |
| 32:6,8,23 | **heard** 8:9 | **I** | 17:12 |
| 33:2,8 | **hearing** 17:3 | | **interested** |
| **goodness** | 24:9 | **idea** 7:2 | 16:7 |
| 31:12 | **heart** 10:6 | **identity** 11:7 | **interference** |
| **Gosh** 10:19 | **helped** 19:11 | **idiot** 5:7 | 24:15 25:1 |
| **government** | **heroes** 4:14 | **ignore** 31:24 | **internal** |
| 17:23 | 19:1 | **II** 15:11 | 24:25 |
| **governor** | **hesitant** | **illegal** 15:7 | **invested** |
| 25:3,10 | 16:10 | 22:3,8,9 | 23:25 |
| **great** 2:20 | **Hey** 32:3 | 25:23 26:1 | **investigation** |
| 3:16 13:10 | **hidden** 11:22 | **Imagine** 33:4 | 16:8 |
| 16:1 18:23 | **high** 2:25 | **immigrants** | **investigator** |
| 19:15 34:18 | 34:21 | 22:8,10 25:23 | 30:19 |
| 35:2 | **hindsight** | 26:2 | **Iran** 24:16 |
| **ground** 36:7 | 27:20 | **important** | **irks** 34:5 |
| **grounds** 17:2 | **hit** 2:22 3:15 | 4:13 13:11, | |
| | | 15,18 14:16 | |

Case 1:21-cv-00213-CJN Document 2-142 Filed 01/25/21 Page 44 of 49
Chat with the Mayor Rudy Giuliani
December 16, 2020                                                        6

| | | | |
|---|---|---|---|
| **Island** 32:2 | **kid** 2:5,6 | **letting** 12:25 | **machines** |
| **issued** 15:18, | **kill** 12:10 | 29:19 | 15:22 16:2 |
| 20 | **kind** 6:10 9:6 | **levels** 17:24 | 27:23 28:3 |
| **Italy** 34:12 | 19:9 21:19 | **liar** 25:20 | 29:24 33:3 |
| | **kinds** 23:18 | **lie** 25:19 | **made** 3:17 |
| | **King** 2:14 | **life** 5:16 | 16:24 22:25 |
| **J** | **kiss** 36:6 | 7:6,17 10:15 | 28:4 34:10 |
| | **knew** 3:12 | 12:11,15,19 | **mail** 27:25 |
| **January** 2:13 | 27:6 | 18:7 | 28:5 |
| 15:16 32:21 | | **likes** 6:21 | **mailed** 22:24 |
| **Japanese** 4:1 | | **Lindenhurst** | **mainstream** |
| **Jeff** 32:1,3, | **L** | 30:10 | 13:19 16:5 |
| 5,8 | | **Lindsay** 3:3, | **major** 4:4 |
| **Jenna** 5:24 | **large** 7:14,16 | 20,21 | 26:18 28:4 |
| 12:1 13:8,9, | 25:17 | **listen** 11:16, | **make** 5:18,19 |
| 10 14:5 15:1, | **largest** 12:10 | 22 21:6,8 | 8:18 9:21 |
| 10,23 16:4, | **latches** 17:15 | **listened** 21:7 | 13:4 15:5 |
| 19,22 17:5,21 | **latest** 11:16, | **live** 2:2 13:1 | 16:14 22:1,2 |
| 18:5,8 26:21 | 17 | **lived** 2:7 3:3 | 23:3,5 26:12 |
| **jerk** 5:7 | **laugh** 2:12 | 7:11 | **making** 19:5 |
| **job** 4:23 5:10 | **law** 3:1 17:18 | **lives** 4:15 | **Man** 9:6 |
| 15:12 19:23, | 18:2 25:8 | **living** 5:5 | **manager** 3:2 |
| 25 | 31:17 | **lo** 4:3 | **manner** 15:13 |
| **jobs** 10:5 | **lawless** 14:25 | **locations** | **Mar** 9:10 |
| **Joe** 8:10 17:5 | 17:25 | 27:5 | **Maricopa** |
| 23:12 31:22 | **lawlessness** | **London** 35:5, | 15:22 |
| **John** 3:3 | 13:17 | 7,19,21 | **mask** 8:8 |
| **Johnson** 35:4 | **laws** 14:21 | **long** 32:1,23 | **masks** 8:22 |
| **join** 13:10 | 30:6 | **looked** 8:1 | 9:13 |
| **joined** 5:23 | **lawsuit** 25:15 | 19:9 22:25 | **material** |
| 12:1 | **lawyer** 25:7 | **lose** 19:7 | 31:11 |
| **judge** 29:20 | **lays** 12:24 | **lost** 3:4 4:1 | **matter** 5:16 |
| **judges** 17:9 | **leadership** | 16:17 22:8 | **matters** 12:4 |
| **judiciary** | 10:16 14:19 | 25:24 | 33:15 |
| 18:1 | 15:3 | **lot** 2:19 7:11 | **mayor** 3:2 |
| **jurisdiction** | **led** 13:25 | 18:20 24:2 | 5:7,10 6:3 |
| 14:15 | **left** 6:13 | 32:25 34:9 | 11:9 12:5 |
| **Justice** 27:9 | 12:9 | **love** 12:9 | 13:11 18:15 |
| | **legacy** 13:4 | 13:4 36:5 | 19:8,22 |
| | **legal** 5:25 | **loved** 2:6 | 26:20,23 |
| **K** | 13:7 17:11,22 | **lying** 16:19 | 30:1,11 33:16 |
| | **legislature's** | 17:6 | 35:5 |
| **Keith** 30:9, | 15:12 | | **mayors** 3:10, |
| 11,12,14 | **legislatures** | | 14 18:20 |
| **Ken** 16:23 | 14:6,9 18:2 | **M** | **Meaning** 22:24 |
| **kick** 7:4 | 25:8 | | **media** 13:19 |
| **kicking** 7:2 | | **machine** 26:8 | 16:5 23:22 |

medium  6:25
medium-priced
  34:16
men  5:21
mentally  9:4,
  6
merit  17:10
Michigan  9:25
  14:8 15:18
  18:9 25:3
  33:3
middle  5:6
  6:24 7:4
  10:17,18,21
Midway  4:2
millions
  23:25
Milwaukee
  27:7 29:22
Minneapolis
  29:23
minute  21:8
minutes  11:19
  33:19
missing  2:3
  18:18
Mission  12:19
moderately
  34:20
money  3:22
  18:22 23:13,
  14
monitor  28:22
monitoring
  27:10,15
monitors  28:9
  29:17,18
month  6:6
  11:13 27:4
  33:9
morning  4:16
  22:23 27:16
  31:14 36:6
moron  5:7
motivated
  4:12

move  16:6
movement  4:25
mumble  35:14
mumbling
  35:12,14
music  18:16

_____

          N

_____

named  19:16
names  23:18
narrow  32:19
nation  2:3
national
  23:24
Navy  3:18
  4:18
needed  22:19
nice  9:10
  21:7
night  9:9
  34:25
Number  6:7
  11:14 33:9
numbers  28:4
nut  19:25
nutjob  23:5,
  11

_____

          O

_____

obligation
  11:5 14:10
observers
  21:12
occur  27:1
office  2:23
  3:12 8:14,17
offices  31:17
officials
  27:9,15,20
open  4:16,23
  5:13 9:7
operated  16:2
opposite
  24:14

oppressors
  11:22
order  17:22
  30:6
org  6:7 11:14
  33:10
original
  14:14
ounce  26:25
  27:3
outright
  14:14
overturn
  25:18
owns  24:2

_____

          P

_____

package  12:24
pal  23:19
Paris  35:24
part  12:18
parted  32:11
partially
  15:21
party  23:21
  24:3
pay  7:5
paying  31:22
pea  6:17
Pennsylvania
  14:8,18 15:2
  22:17 28:24
people  4:13,
  19,22 5:10,
  11,12 6:16,
  18,21 7:11,
  15,16 8:3,23
  9:12,18,21
  10:2,4,7,8,19
  11:2 12:18
  13:16 15:6
  17:6,13,25
  20:21,25
  21:11 22:11,
  12 25:17,21,
  22 27:11

29:25 30:23
  31:12,14
  34:14,16
  35:20
percent  10:25
  20:12 21:20
  23:16 26:9,10
  29:8 33:4
perfect  24:8
period  4:13
  5:22
person  24:12
  30:23
personally
  30:20
Peter  2:25
Philadelphia
  22:13 29:7,13
philosophy
  6:14
Phoenix  29:22
phony  26:8
  28:5
physically
  27:12
pick  3:4,11,
  25 29:6,13,
  14,21
picked  2:21,
  24 33:25 34:1
pilloried
  2:17
place  9:20
  29:4
places  3:10
  18:10 28:12
  29:14,21,23
  30:1,2,3
plan  4:11
  12:22 29:5
planes  4:3,8
playing  18:16
plays  35:8,9,
  10,11
plows  3:21
  4:11

podcast
  11:16,17
point   13:21
  16:24
pointing   2:19
police   11:1
  25:4,8
political   9:3
  23:21
poll   27:13
poor   5:20
possibility
  15:9
possibly
  9:16,17
Powell   32:10
Powers   2:25
practice   3:17
precautions
  7:17
preface   26:24
president
  13:13,20
pretzel   17:22
prevent   5:11
prevented
  27:2,18,22
prevention
  26:25
priced   34:20
  35:1
primary   3:5
prior   28:11
prison   29:25
  30:2
pristine
  22:23
problem   3:20
  26:17
procedural
  17:2
procedures
  19:13
proof   9:5
  28:11,17,19,
  21

protests   5:6
prove   32:20
proven   20:9
provided   12:8
pull   31:5
pulled   21:16
pushed   29:1
put   7:9 9:13
  15:13

                Q

qualities
  7:23
quality   34:21
quarters   9:19
Queens   3:3,4
question
  27:5,19 31:1
  32:9
questions
  16:10 30:22
quietly   21:7

                R

racial   11:6
Radio   12:6
  18:13 33:13,
  17
raided   31:17
rally   8:2
ran   10:24,25
reached   17:3
read   17:4
ready   11:20
real   18:7
realize   5:8
reason   2:24
  14:23 15:2
  28:7
receives
  12:16
reclaim   15:5
recording
  36:9

records   15:19
reelection
  3:7
referring
  24:12
refueling   4:2
refused   18:1
registered
  22:14
relies   12:17
religion   7:20
remain   31:6
remember
  23:10 27:4
  35:4
removal   3:13
removals
  19:11
repeat   34:6
report   33:2
reports   16:14
Republican
  3:2,5 15:3
  20:11 25:5
  27:13 29:13
Republicans
  20:14 25:10
  28:23
Rescue   12:8
respond   20:4
response   24:6
restaurant
  9:9,10,20
  35:1 36:3
restaurants
  6:11 7:8,13
  9:7 34:8,11,
  13,16,19,21
  35:18,19,22,
  23
result   3:5
ridiculous
  14:13
riff   11:17
risking   4:15
robbery   21:22

romance   19:8
Rome   35:24
row   5:22
Rudy   2:1,16
  12:5,7 14:2,
  24 15:8,18,25
  16:16,20,23
  17:14 18:4,6,
  9,11,15,17
  19:20,24
  20:2,5,18,22,
  24 21:6 22:1
  24:7,10,19,
  21,25 25:14,
  16 28:1
  30:12,16 31:3
  32:3,4,6,14
  33:11,16,18
Rudy's   12:23
rule   7:17,18,
  19
ruled   25:10
run   8:19 9:17
  29:24 30:3
Russia   23:14,
  18 24:16

                S

Sam   31:18
sanctuary
  12:11,12
sanitation
  3:9,17,18,21
  4:12,17 5:20
  19:1
Saturday
  34:24
save   3:22
  26:22
saving   12:22
scared   31:16
school   2:25
  3:1
science   7:8,9
scientific
  4:11

scientifically 20:6
scientists 7:10
search 31:11
searched 31:13
Section 15:11
security 20:10 23:24
segue 24:8
selected 29:3
Senate 14:19
send 8:21
senior 5:25 13:7
Sense 18:12 33:11
September 19:12
served 10:22, 23
session 15:4
Sewel 24:1
short 11:25
shortly 18:11
shot 11:19
show 4:16 13:3 33:19
showed 8:3
showing 25:7
shutting 7:7
side 16:17
Sidney 32:10
significance 15:17
Simply 11:23
simultaneously 21:25 24:20
single 16:25
sir 30:16
sit 3:9
sitting 31:21
situation 11:18 25:12

sized 6:25
skepticism 16:1
skip 11:24 19:16
skis 19:4
slowing 4:25
small 2:23 6:22,25
snow 2:9,10, 14,21,24 3:4, 11,13,23,25 4:15,22 5:12 18:19,21 19:5,7,8,10 33:20 36:6
snowballs 19:5
snowfall 2:4, 6 3:8,15 6:9 19:2
snowfalls 3:16
snowmen 19:5
snowplows 4:9
socially 9:8, 12,22
sold 23:21
solely 12:17
solution 18:13 33:12
source 31:2
special 18:25 19:7
speech 7:21
spell 32:24
spirit 18:24
stable 9:20
stand 25:4
standing 17:15,17,18
Starr 16:23
started 23:1
starving 35:21
state 7:19 14:6,9 15:12

18:2 25:18
statements 17:7
states 16:12 23:25 26:22
stay 8:20
stealing 31:20
step 14:9 18:3
stepped 18:25
Stick 11:25
stolen 27:24 31:9,10
storm 31:15
story 2:9
street 19:3 35:7
streets 4:20, 21 5:6,9,13
strong 6:25
studied 3:20
stuff 8:21 22:19 35:8
subpoena 15:18,20
Sunday 34:23
super 12:12
supervisor 30:24
support 20:21,25
supposed 21:23 22:1,2 23:3,5
Supreme 14:13,20 17:1
surprised 34:3,4
swamp 30:18
system 17:12

_____

T

T2t.org 33:9

T2t.org. 6:6 11:13
table 9:14
tables 21:15
tails 5:21
takes 5:2 32:23
taking 5:6
talk 6:2 12:6 18:13 26:13, 14,15 33:13, 16 35:12
talked 26:6
talking 7:23 12:3 21:25 24:20 33:14
tape 21:8 23:15 31:19, 23
tax 12:22
team 5:25 13:8,25
technical 32:15,16
Teddy 19:16, 18,19,21 20:1,3,8,20, 23 21:4,24
television 10:7 31:8
telling 23:9 25:21
terrific 35:2
terrorists 31:15
testified 22:22
Texas 14:12
text 23:16
therm 11:2
thing 3:6 24:3 34:2,5, 17
things 2:20 14:11,16 32:20,23

thinks 6:19, 20

thought 4:10 18:24 19:8, 11,22

threw 21:11

throw 13:22

throwing 19:5 27:12

thrown 21:12

throws 29:21

time 2:22 3:12,24 4:14 5:2,8 9:13 10:24 15:14 32:17,24 35:5

Times 28:15

today 12:20 13:5 15:19,21 16:24

tomorrow 33:24 36:6

tons 26:25

top 23:21

tossed 17:8

towel 13:23

Towers 6:3,5 11:10,12 13:6 33:7,8

tragedy 27:17

train 19:11

translated 35:12

traveling 9:24

tree 2:8

tremendous 26:16

troopers 31:15

truck 5:15 22:22 30:25

truck's 30:24

trucks 3:22 31:16

Trump 5:24,25 8:18 13:8,20

16:17 20:11, 15 21:19 24:4

Trump's 31:13

truth 16:8 18:13 23:10 33:12

Tunnel 6:3 11:10 13:6 33:7,8

Tunnels 6:5 11:12

turn 17:22 26:4

turned 28:13 30:7

_____

**U**

_____

Ukraine 23:14

ultimate 15:17

uncle 10:10

uncomfortable 8:2

uncover 18:12 33:12

understand 17:11 30:17 35:11,13

unfavorably 2:14

United 23:24 26:22

universe 20:16

upscale 34:13,15

upset 18:21

_____

**V**

_____

valid 25:11

vehicles 4:21 31:16

versus 29:12

video 21:21 26:6 30:23

videotape 31:8

violated 17:19

virtually 22:6

Visit 13:5

visited 30:20

volunteers 28:23,24

vote 6:19 10:20,25 15:15 16:14 22:3,7 25:9, 11 28:11

voted 11:3 22:4,11,13 25:22 26:2,3

voter 22:10, 12,15 25:2 26:12 27:1,7 28:16,17,19, 21

voters 22:3 25:5

votes 15:7 22:9,20 25:6, 25 26:8

voting 22:12

_____

**W**

_____

WABC 12:6 13:9 18:14 33:13,17

waitstaff 9:22,23

wake 36:6

walked 8:6,7 9:12

walking 9:18 34:24

Wall 35:7

wanted 3:22

War 4:7

warn 9:2

warrant 31:11

Washington 9:9,23 33:22

watch 33:20, 21

watched 24:9

watchers 27:13

watching 21:22

wave 4:17

Wayne 15:19

ways 32:11

weeks 13:12 31:21

Whew 9:6

White 8:19,20 26:18

wilderness 12:14

wing 6:14

Wisconsin 17:18

witnesses 22:21

women 5:21

wonderful 5:19 12:1

work 5:21,22 6:20 10:19 13:4

worked 7:6

workers 5:20 18:24 19:1 21:13

working 32:10

world 4:7 12:12 34:13, 14,17,19,22 35:24

worst 7:10

worth 26:25

wow 35:1

wrong 31:4,8, 24 32:12

---

**Y**

---

**year**  2:23
  29:10
**years**  2:11
  11:21 12:7
  31:23
**yell**  23:4
**yesterday**
  7:23 8:2
  15:20 17:7
  25:3
**yield**  13:18
**Yonkers**  19:17
**York**  2:4 6:11
  9:23 12:3,5
  18:18 28:15
  33:14,15,22,
  23 34:10,18,
  20 35:3,22
  36:5
**York's**  12:5
  33:16