# Exhibit 209

1

2

3

4

5

6

7

8

9

10      FILE 18

11   APPOINT NEW ELECTORS

12      12-22-2020

13

14

15

16

17

18

19

20

21

22

23

24

25

File 18 Appoint New Electors
December 22, 2020                                     2

1          ANNOUNCER:  Now on 77 WABC.  It's time for

2    the Former Mayor of New York City, America's Mayor, Rudy

3    Giuliani.

4          RUDY GIULIANI:  Good afternoon.  This is Rudy

5    Giuliani coming to you on 77 WABC, the best radio

6    station in the world, and I have the privilege of being

7    on it, and today I am still in Washington.  I'm looking

8    forward to a possible, possible furlough for a couple of

9    days for Christmas.  We'll see.  We don't know yet, and

10   I want you guys to get lined up for calls because pretty

11   soon we're going to be on the Tunnel to Towers hotline

12   and you're going to get a chance to call in and ask me

13   whatever questions you want to ask me.  And we were on

14   last night, and last night, gosh, we got such great

15   calls last night.  I have to tell you.  I think when I

16   start doing this regularly and do more of them at

17   9:00 at night I'm going to rate the audience, like who's

18   smarter, the afternoon or the night time.  So far it's

19   about even.

20          But coming up I get to speak with you on

21   Chat with the Mayor.  Call me on the Tunnel to Towers

22   Foundation hotline at 1-800-848-WABC.  That's

23   1-800-848-9222.  Help Tunnel to Towers to do good.

24   Donate $11 a month at T2T.org.  That's T, the number

25   two, T.org. And we're at 1-800-848-9222.

1        If you don't make a donation to Tunnel to

2   Towers now at Christmas time you're no good, okay.

3   Huh?  I'm telling you, you got no heart.  With the

4   stuff they do for catastrophically wounded warriors,

5   who do you think they're losing their arms and legs

6   for?  You, me.  We're not doing that, they're doing

7   it.  And then the police officers who get shot and

8   killed and fire fighters, they're doing it for you

9   and your kids.  And they're getting so much nonsense

10  now with Black Lives Matter and Democratic Party

11  defunding and all this ridiculous stuff they get

12  blamed for.  I know these guys.  They were my family.

13  I mean, they are my family, my uncles, my cousins, my

14  best friends.  God, they're among the best people in

15  the world.

16       So I want to start the show today by

17  talking about exactly where the pressure's got to be

18  applied if which want to make sure we're going to

19  have fair and honest elections.  I have to say I am

20  extraordinarily disappointed in the reaction of the

21  courts.  The reaction of the courts was please don't

22  bother us.  We don't want to get involved in a

23  political issue.  This is too controversial.  I mean,

24  they dox (phonetic) you, they threaten your children

25  they do this, they do that.  So I'm going to tell you

File 18 Appoint New Electors
December 22, 2020                                    4

1  why I realized that.

2        I've been a lawyer a long time, and I hate

3  people who brag.  You know, somebody yesterday told

4  me I won 92 percent of my cases.  I said if you did

5  you wouldn't have to tell me.  I would have just

6  known that.

7        But I am a good lawyer and have had varied

8  experience from trying little tiny operation of an

9  illegal still in Harlem to arguing in the United

10  States Supreme Court, so I really think I know the

11  law.  The reasons the judges are avoiding these cases

12  are silly, the silliest one being the Supreme Court,

13  avoiding the Texas case because Texas doesn't have

14  standing.  A state is suing another state under the

15  original jurisdiction of the United States Supreme

16  Court provided directly in the Constitution, and

17  they're saying that they were disadvantaged by the

18  way the other states were cheating.

19         Now, that doesn't have to be true for the

20  court to take it.  It has to be legally insufficient.

21  If Texas is right, it's legally sufficient.  So when

22  people say oh, they've looked at all your cases and

23  they found no merit, they have never looked at the

24  cases.  They haven't found any merit because they

25  haven't looked for any merit.

1       They have run away and hid like a group of

2   cowards.  And in the case of the federal courts, I

3   don't get it guys, women.  You're appointed for life.

4   Gees, I get threatened 20 times a day.  I'm not

5   appointed for life.  I don't get marshal protection.

6   Come on, guys.  Grow a pair of -- even the women, I

7   think.  I hope that wasn't, you know, like

8   insensitive or whatever else you call it.

9       But now the focus for the next two weeks,

10  it switched to Congress.  But right now the focus is

11  on the state legislators and the governors.  Let's

12  talk about Georgia.  Georgia is this close to

13  decertifying because everybody in Georgia knows that

14  the election in Georgia was stolen.  Everybody in

15  Georgia knows that the numbers that Governor Kemp and

16  his completely screwed up secretary of state

17  Raffensperger submitted false numbers.  The numbers

18  are not true.

19       This is before we get to figuring out did

20  Trump win or Biden win, here's what we can all agree

21  on.  The numbers submitted by Georgia are untrue.

22  What kind of a governor lets an untrue, false

23  statement about a presidential election rest in the

24  hands of the Congress to make one of the most

25  important decisions we make every four years.

1        What is wrong with you Governor Kemp?  I

2   know you're down to 11 percent approval.  I wonder

3   who those people are that approve you.  I don't even

4   know you, Governor.  I would tend to want to like

5   you.  You're a Republican.  You're a conservative

6   Republican.  You look like a nice man.  I saw your

7   pictures at the White House the other night.  I

8   almost came out to say hello to you but I was in an

9   important meeting with the President, and I honestly

10  didn't know what to say to you.

11        I don't get you.  I don't understand you.

12  I was in public office.  I know how you call them.  I

13  know political pressure.  I also know things that are

14  above politics.

15        Your state cheated.  All you have to do is

16  look at the video of Ruby Freeman You don't have to

17  look at the whole thing.  Look at 20 minutes of it.

18  Want me to take you through an a abbreviated

19  nine-minute version of it?  Want me to show you how

20  she threw the people out.  Do you want me to show you

21  how she made sure that all outsiders weren't there,

22  that all the doors were locked, and then looked

23  around again and then went under the table?  The

24  ballots were kept under the table hidden, then pulled

25  them out and parceled them out quickly to a bunch of

1  other crooks.

2       These ballots look pristine, which means

3  they couldn't have been sent in as absentee ballots

4  and folded up.  And then the ballots were checked so

5  fast they couldn't have check at damn thing.  And

6  then every one in awhile you see a ballot counted one

7  time, two times, three times, four times, five times,

8  six times.  And then you go look at the numbers run

9  during that period and you find out one time Biden,

10  two times Biden, three times Biden, four times Biden,

11  five times Biden.  Final end vote 138,000 for Biden,

12  about a thousand or two thousand for Trump.

13       The same thing happened in Pennsylvania.

14  Pennsylvania they'd get a run where 570 something

15  thousand for Biden and three thousand for Trump.

16  Trump got 0.02 percent of that vote.  There is no

17  place in the whole world, including the worst Trump

18  districts, where he did anything like -- he did 20

19  times better in his worst district in an all

20  democratic district where he ended up with five

21  percent of the vote.  There's no such thing as

22  0.02 percent of the vote for a major party candidate.

23       That is what we call, and let me argue this

24  to a jury, indicia of fraud, and they were counted

25  during the night secretly, 500,000 to three thousand.

1  Hmm.  138,000 to 2,000.  Hmm.  Behind closed doors,

2  people thrown out, ballots hidden under black

3  covering, people putting the ballots in multiple

4  times.  Then the whole thing doesn't balance, not

5  enough -- too many ballots, too few ballots issued.

6  All these states have that.  Extra ballots than the

7  ones that were printed beforehand.

8        Okay.  Here's what you conclude from that

9  with and IQ of about 110, right.  They printed

10  ballots after the election, and I'm going to tell you

11  why.  They didn't expect Trump to be ahead by that

12  much.  Pennsylvania freaked them out.  I wish we were

13  on television and I could show you my Pennsylvania

14  chart that I have ready for the hearings.  It shows

15  you is that in the middle of the night with the doors

16  closed were nobody around Trump's lead went from

17  600,000 to 120,000.  It was wiped out by just putting

18  in one after the other Biden ballot, and many of them

19  duplicate, triplicate times, which is the reason in

20  Pennsylvania there are hundreds of thousands of

21  ballots counted that were never printed.

22        I'm sorry.  I hate to annoy the Times and I

23  hate to annoy the Washington Post, and I hate to

24  annoy the messed up, sick, propaganda filled New

25  Yorkers., liberal New Yorkers.  This was the worst

1  and the most corrupt election in the history of

2  America that we know of.  If we, this generation,

3  does nothing about it we will go down in history as a

4  completely corrupt generation and a corrupted

5  generation, and just exactly when we work our way out

6  of it I don't know.

7          This is a year when we lost a lot of our

8  free speech rights.  This is a year in which we

9  basically gave away our free exercise of religion.

10  This is a year now where we're going to give up our

11  right to a free, fair, transparent election.  Well,

12  over my dead body.

13          So coming up I'm going to get to speak with

14  you about all of this, and we are going to be able to

15  do it on the Tunnel to Tower hotline on

16  1-800-848-WABC.  Help Tunnel to Towers to do good.

17  Donate $11 a month at T2T.org.  That's T, the number

18  2T.org.  To hear me discuss the fight for integrity,

19  and even in the next one tomorrow something about

20  Christmas and the meaning of Christmas and how we can

21  use it visit Rudy'sCommonSense.com or my You Tube

22  channel to watch it where we can go into further

23  detail about what we're talking about here.  And to

24  listen to us on Alexa simply say -- always say this

25  nicely because Alexa is sensitive.  Don't say like

1 Alexa.  Say Alexa, enable the 77 WABC skill.

2        ANNOUNCER:  We are New York, talking about

3 what matters to you.  Now, it's former New York City

4 Mayor Rudy Giuliani on New York's Talk Radio 77 WABC.

5        RUDY GIULIANI:  This Rudy Giuliani back with

6 you on 77 WABC.

7        I'd like to make another point I think

8 that's really rather critical about Georgia.  I would

9 like all of you to consider, agree with me, really

10 putting pressure on the governors of Georgia and

11 Arizona to do the right thing.  You want to write to

12 them, call them, do what you have to do because they

13 are not doing the right thing.

14        The ones in Michigan and Wisconsin are lost

15 causes.  They're Democrats.  I mean, the guy in

16 Philadelphia, Pennsylvania, all he cares about is

17 arresting you for no mask.  But at least those two.

18 How about a real campaign over the holidays to tell

19 them, you know, straighten it out.

20        And here's what to ask him.  Even if you're

21 uncomfortable about saying decertifying, you can

22 write to all of them.  Make the machines available.

23 What are you hiding.  Why won't you let them examine

24 the Dominion machines forthwith.  Why?  Because you

25 know they're crooked.  And for every one of these

1  television guys that says that we, the Trump people,

2  are crazy in saying this, saying to them how about we

3  take a look at the machines, crooked reporter.  How

4  about we take a look at the machines.  Let's see if

5  Giuliani is right the.  Give him access to those

6  Dominion machines in Detroit.  See what he can prove

7  if he has access to them.  I got no problem in

8  putting my reputation on the line.  They have every

9  problem in the world doing it.

10        Second, Georgia.  I know this is

11  complicated, all these problems in Georgia.  If

12  voting right now is probably crooked in Georgia.

13  Everyone is angry at the governor, but we've got to

14  get beyond it as Republicans, and we've got to elect

15  Loeffler, we've got to elect Perdue.

16        First of all, they're better than the

17  people they're running against by a mile, but I'm not

18  even going to get into that.  We can't let the

19  Democrats take control of the Senate and take us

20  toward socialism, a packed Supreme Court, destroying

21  the Supreme Court.  We can't.  We can't have our

22  taxes up at 70 and 80 percent.  They're going to do

23  to America what people like Cuomo and Newsom have

24  done to California and New York.  Do you know the

25  rate at which people are leaving those places?

1       I'm a New Yorker.  I love New York City.  I

2  love it.  When I was out of it too often I would get

3  sick.  I'm sick now that I can't be there for the

4  holidays.  For the first time in my life they're

5  making me think I don't know, and I don't know what

6  to advise Andrew and Caroline about their children.

7  Is this the place to grow up in which you're driving

8  out all the rich people, not that I'm in love with

9  rich people, but they do pay the bills.  You're

10  driving out the middle class, and you're ruining the

11  restaurant industry.  You're at war with the

12  restaurant industry, not this criminals.  You let the

13  criminals out of jail and you destroy the restaurant

14  industry.

15       I don't know what's happened to your west

16  wing pea brains, and I don't know what's happened to

17  the brains of my people.  What are you taking it for?

18  You're letting them destroy the greatest city in the

19  world, the capital of the world.  Please, please pay

20  attention.  Just don't vote democrat because like

21  it's a -- because if you forget, they do it anyway

22  for you.

23       I'm Rudy Giuliani.  With Common Sense we'll

24  uncover the truth and get to a solution on Talk Radio

25  77 WABC.

1       ANNOUNCER:  Mayor Rudy Giuliani on 77 WABC.

2       RUDY GIULIANI:  Rudy Giuliani back.  I'm

3   saying nothing about whether you're ready for Christmas

4   or not because I don't want to give anybody agita.  But,

5   you know, it's fun when you're sometimes late and you've

6   got to run around the stores.  That's if they let you in

7   the stores.  I don't know what they're doing in New

8   York.

9       So we're going to go to Sherry in beautiful

10  Sullivan County.

11      SHERRY:  Hello.  Hi, Mr. Giuliani, how are

12  you?

13      RUDY GIULIANI:  I am terrific, Sherry.  How

14  are you?

15      SHERRY:  First, I love you.  I truly love you.

16      RUDY GIULIANI:  Well, isn't that nice.  Thank

17  you.

18      SHERRY:  Okay.  Here's what's going on, and I

19  think you may be -- your cause might be able to

20  piggyback off my noted corruption.

21      I am just an ordinary housewife, live in

22  Sullivan County.  I'm originally from Queens.  My

23  husband is a former electrician with the IBEW Local

24  3.

25      RUDY GIULIANI:  Uh-huh.

1       SHERRY:  I put in an FCRA claim in the

2   Southern District of New York.  Actually, it was first

3   put in in New York State.  TransUnion did a motion to

4   remove, and I find myself pro se in federal court.

5       I have witnessed unbelievable corruption,

6   unbelievable rubber stamping.  TransUnion, as soon as

7   you file a case against them, they have about seven

8   thousand cases against them.  7,000, you heard me

9   currently.  They put a litigation lock upon your

10  file.  Then the litigation lock will not be removed

11  unless or until you drop the case with prejudice.

12  They claim that this is legal because there's no

13  specific law against it.

14      RUDY GIULIANI:  Against specifically what?

15      SHERRY:  Specifically against them putting a

16  litigation lock on your credit file and telling the

17  litigant, I'm only one of 7,000, that you can -- Equifax

18  is another one that has this experience, that you cannot

19  view your credit report unless you give in to them.

20      RUDY GIULIANI:  Give in to what?

21      SHERRY:  Dismiss your original case with

22  prejudice.

23      RUDY GIULIANI:  Well, I have to say I should

24  know more about this, Sherry, to just give an opinion,

25  so do not consider this an official opinion of any kind

1  other than just an immediate reaction.  That seems like

2  extortion to me, Sherry.

3         SHERRY:  It seems like extortion to me also.

4         RUDY GIULIANI:  I don't know why big companies

5  like this have to use practices like this.  I mean, they

6  should -- I guess I'm sympathetic with you because I've

7  been spending the last month trying to be heard in court

8  about how they cheated in this election and I can't get

9  a judge to listen.

10         SHERRY:  Well, it's the exact same.  I

11  think --

12         RUDY GIULIANI:  I just want to be heard.

13         SHERRY:  Yes.  And I think what you and I can

14  get together on is the difference is your client is one

15  of the most famous people around and so are you and --

16         RUDY GIULIANI:  The only thing that should

17  make you feel better is that we're not being treated

18  much better than you are.

19         SHERRY:  Well, alternatively speaking, if they

20  can trample on a pro se litigant --

21         RUDY GIULIANI:  It's terrible, it's terrible.

22  Is there any way you can get me sort of a brief

23  explanation of this so I can go over it and give you

24  more than a --

25         SHERRY:  I can get you everything, just tell

1  me where to email.

2      RUDY GIULIANI:  Honey, I won't have time to

3  read everything.  I'm too busy right now.  But if you

4  could get me two or three pages that explain it.

5      SHERRY:  I can do that.

6      RUDY GIULIANI:  So why don't you send it to

7  the station, mark it special for me, and I will take a

8  lot at it over the holidays, okay?

9      SHERRY:  I appreciate that tremendously.

10      RUDY GIULIANI:  Just say Sherry from Sullivan

11  County.  I'll remember.

12      SHERRY:  If you could transfer me to Rachel

13  and I'll have Rachel --

14      RUDY GIULIANI:  I'm going to have you hold on.

15  You're on the hold.  Okay.  You're all set.

16      Now we're going to go to Kevin on my

17  favorite island.

18      KEVIN:  Sure.

19      RUDY GIULIANI:  Hi, Kevin.

20      KEVIN:  Rudy, you're the man.  I got cut off.

21  I told your screener.  I was the guy that told you

22  about --

23      RUDY GIULIANI:  Did you get cut off because

24  you said something bad?

25      KEVIN:  No, no, no, no.  Sometimes the

1 screener can be the regulators.  Sometimes they're

2 trying to protect you.

3        RUDY GIULIANI:  I need protection.  I'm very

4 fragile.

5        KEVIN:  You've got to get that.  What I wanted

6 to say, two things real quick.  I wanted to talk about

7 China.  That's what I told the screener and the

8 connection that we have.

9        Two things.  one thing that we've got to

10 get going is 180 at them.  I wanted people to learn

11 this.  When they start talking about you lie, you

12 correct, you did this, it's always them leaving the

13 breadcrumbs behind, crying out inside.  So instead of

14 going through all the things, we just sum it up and

15 say 180 at them, and I want that to get going.

16        RUDY GIULIANI:  And so what you're telling me

17 is when they, meaning the Democrats, start saying we're

18 lying, they're basically projecting.  They're the ones

19 that are lying and they're trying to turn it around on

20 us?

21        KEVIN:  Right.  So we tell them, sum it up

22 real quick, 180 at them.  You better 180 that, and that

23 just sums it all up and just keep calling that at them.

24 Let that be the new thing.

25        Also the other thing too, Brother

1  Giuliani, we've got a space force.  That's a new

2  force.  How about we need a people force.  In other

3  words, it's known, recognized as part of one of the

4  branches in some kind of way.  When we get to these

5  crises you gotta hear the people who are looking from

6  to outside in.  You've got to hear the voices of the

7  people, like we did the space force, you've got to

8  start that.

9          RUDY GIULIANI:  You know, that's what the

10  House of Representatives is for.  If it performs its

11  constitutional function, it's supposed to be the one

12  that represents the people the most, which is why

13  ultimately our funding fathers gave them the primary say

14  on who wins the election in a particular state.  They

15  get to decide and they get to decide because our

16  founding fathers said they're the closest to the people.

17  Maybe it needs a little revival and a little energy, but

18  I've met with a bunch of them, and boy, they understand

19  their obligations, and hopefully they're going to

20  vindicate a lot of things that people feel differently

21  about Congress.

22          Bob, we're going to Queens.

23          BOB:  How are you, Rudy?

24          RUDY GIULIANI:  I'm good, Bob.  How are you?

25          BOB:  Well, I'm still alive.  How about you?

File 18 Appoint New Electors
December 22, 2020                                    19

1        RUDY GIULIANI:  Last time I checked.

2        BOB:  What?

3        RUDY GIULIANI:  Yeah, yeah.  I'm still alive.

4 I've got a pulse and everything.

5        BOB:  So we have something in common.

6        RUDY GIULIANI:  Okay.

7        THE COURT:  I consider Joe Biden a lying

8 crook.  But then again, so many in the government, so

9 many big shot politicians in the government are all

10 lying crooks because they're in there to accumulate

11 money and they'll say whatever they can.

12        Okay.  Anyway, I got a quick answer to what

13 I think is a good solution for this presidential

14 crisis.  The country is split in half, you know,

15 close to half.

16        RUDY GIULIANI:  That's fair enough, yeah.

17        BOB:  Okay.  I say just scrap the votes for

18 the president, and let the army, which respects every

19 ethic group, every religion in the country, let the army

20 do a quick vote, a quick paper ballot vote for who the

21 president is.

22        RUDY GIULIANI:  We can't do that.  You're a

23 good guy.  You know you can't do that.  You can't let

24 the army choose our president.

25        BOB:  Why not?

1       RUDY GIULIANI:  Just the army?

2       BOB:  Why not.

3       RUDY GIULIANI:  Because we're not a military

4  power.  We're a government of the people, for the people

5  and by the people, shall not perish from this earth.

6       BOB:  Very good.

7       RUDY GIULIANI:  Better than Biden, right?

8       BOB:  Look, you're the smartest guy around,

9  and you should be either the head of the FBI or the

10  Attorney General of the United States, not the president

11  but pretty close.

12       Anyway, this is my thought.  Okay.  If it's

13  not the army, the military is protecting all of us,

14  and they have the most to gain or the most to lose by

15  whoever the president is.  In other words, the

16  president could start a war which would jeopardize

17  everybody, or the president could keep the peace

18  which would make everybody happy presumably.

19       RUDY GIULIANI:  What you're essentially

20  recommending is a new election.

21       BOB:  Just for the president and just by the

22  military.

23       RUDY GIULIANI:  Just by active members of the

24  military?

25       BOB:  Yeah.  That would be even better because

1  they have the most to gain and the most to lose.

2      RUDY GIULIANI:  Active and retired or just

3  active?

4      BOB:  I would say just active because retired,

5  they're looking to fill their wallets, you know what I

6  mean.

7      RUDY GIULIANI:  That's an interesting

8  suggestion.  It's a difficult time that we're involved

9  in, Bob, but I would have to say respectfully I disagree

10  with you.  But thank you for your call.

11      BOB:  Why do you disagree, just why?

12      RUDY GIULIANI:  Because the president of the

13  United States should not be selected so narrowly by one

14  group, and certainly not by the military.  We're not a

15  military government.  We're a government whose powers

16  derive from the people, not from the military.  The

17  power derives from God actually, the rights that God

18  gave to people.  The people that run our government are

19  the people, and if there's a problem with our government

20  over the years, and I think this is what elected Trump

21  in the first place four years ago, the government has

22  become way, way too alienated from the people.

23      You know, Gates isn't the people.  These

24  guys are so far gone in terms of not being connected

25  to the people, their interests are almost

1  inconsistent with the interests of the people.  And

2  the Democrats have sold themselves out to them

3  completely and a portion of Republicans.  And where

4  Trump's appeal came, he spoke to the people.  I

5  believe that's what frightened them so much to do

6  everything they could to take him out, impeach him,

7  try to impeach him on phoney charges, drive him

8  crazy, do everything they can to demean him, close

9  down the election when devastating information came

10  out on his opponent, close down the election count

11  when devastating information came out about fraud,

12  make his people look like they're crazy, threaten

13  like they threaten -- you know they're threatening to

14  investigate me today in the papers.  Seem a little

15  strange to you, they're threatening to investigate me

16  when I'm representing the President of the United

17  States?  Do you think maybe that's the sign of an

18  authoritarian out-of-control Democrat party licking

19  its lips, trying to get the justice department to be

20  as corrupted as it was under Obama?  Do you think the

21  press cares?  No.

22        Our problem is getting the government back

23  to the people.  That's what we've got to do.

24        So we're going to give Doreen in Edison a

25  chance.  Doreen?

1      DOREEN:  Oh, my word.  Rudy, I love you.

2      RUDY GIULIANI:  Thank you, Doreen.  I love

3  you, too.

4      DOREEN:  Oh, my word.  From one Italian to

5  another Italian, God bless you, Rudy.  Thank you for

6  taking my call and thank you for all you are doing to

7  help our wonderful president out.

8      RUDY GIULIANI:  Thank you.  So tell me what

9  you'd like to talk about.

10      DOREEN:  I love President Trump so much.

11      RUDY GIULIANI:  He deserves it.  He's been a

12  great president, and I can't think of a president who

13  has been treated more poorly than he has.

14      DOREEN:  Please, do not get my Italian up.  I

15  just can't even take it.  You know how we're nervous

16  people like this, but anyway.

17      RUDY GIULIANI:  Well, tell me what you want to

18  talk about, Doreen.

19      DOREEN:  Okay.  I believe, I believe Biden is

20  selling out our country to China because of extortion,

21  Rudy, and I believe that President Che, he has given

22  Biden so much money, he feels he owns this country now,

23  and I feel them -- what was I going -- I feel so

24  nervous.

25      RUDY GIULIANI:  You're doing pretty good,

1  Doreen.  Everything you're saying I have on a hard

2  drive, but go ahead.

3       THE COURT:  I feel that Che, President Che

4  threatened Biden if he does not win this election I

5  believe he's going to attack us.  That's what I believe.

6  He attacked us one time and he had gotten away with it,

7  Rudy.  I believe that communist China is going to maybe

8  a nuclear war, and I think Barr and I think the Supreme

9  Court judges, I believe they know all of this.  I

10  believe they've been threatened so much in the Supreme

11  Court that they have to turn their back on President

12  Trump.  I think we're going to be attacked.

13       RUDY GIULIANI:  Doreen -- go ahead.

14       THE COURT:  Rudy, it's dangerous.  We're

15  sitting ducks, Rudy.

16       RUDY GIULIANI:  I don't want to minimize the

17  danger.  I agree with some of what you're saying, not

18  with all of what you're saying, but I want to thank you

19  very much for bringing it up because Americans have to

20  deal with this China problem, and I'll respond to what

21  you said right after the break because we have to take a

22  short break, and I want to wish you and your beautiful

23  Italian family Merry Christmas, okay?  So I will be back

24  very, very shortly and we'll be able to hopefully get in

25  another call or two.  I want to thank you for the calls

1 you've made already on the Tunnel of the Towers

2 Foundation hotline.  Help Tunnel of the Towers to do

3 good.  Donate $11 a month at T2T.org.  That's T, the

4 number two T.org.

5      I'm Rudy Giuliani, and with Common Sense

6 we'll uncover the truth and get to a solution on Talk

7 Radio 77 WABC.

8      ANNOUNCER:  We are New York, talking about

9 what matters to you.  Now it's former New York City,

10 Mayor Ruddy Giuliani on New York's Talk Radio 77 WABC.

11      RUDY GIULIANI:  Well, I think we've had some

12 really good conversations today as we lead up to

13 Christmas.  We'll back tomorrow, plenty more to talk

14 about as we get ready for the holiday, but I want to try

15 to get in one or two more people.  I just love your

16 calls.  Kathy from Long Island.

17      KATHY:  Hi, I'm here.  Can you hear me?

18      RUDY GIULIANI:  I can hear you, Kathy.  Sure,

19 just fine.

20      KATHY:  Okay.  All right.  So my question,

21 I'll be quick because I know it's late.  I've heard on

22 television news, Fox, and Kelly Loeffler talking about

23 how the runoff in Georgia are going to be well protected

24 and watched over and poll workers and checking things

25 and, you know, the ballots are going to be checking and

1  rechecking, but no one ever mentions the Dominion

2  machines.  Is anyone going to check them from glitches

3  and doing their fraudulent thing out there, can you tell

4  me?

5       RUDY GIULIANI:  Yeah, I can tell you.  No.

6       KATHY:  Yes or no?

7       RUDY GIULIANI:  No.  Dominion owns Georgia.

8       KATHY:  Oh.

9       RUDY GIULIANI:  They got a nice big fat 110

10  million dollar contractor for probably the crappiest

11  voting machine in the world, and the voting machine

12  can't repeat the election returns twice in a row or

13  three times in a row.  It's not a voting machine it's a

14  calculator.  All you have to do is the simplest

15  examination of it.  Why do you think every one of these

16  crooked election officials is fighting our being able to

17  examine this voting machines.  If the voting machines

18  were good voting machines, Governor Kemp would say

19  Giuliani, big mouth, come on in and look at all of them.

20  We're going to watch you so you can't harm them.  You

21  rip them apart.  Show me what's wrong with them.  Or

22  the -- Ducey, the governor in Arizona just as bad, same

23  thing.  We got a subpoena.  We got a subpoena for the

24  machines in Phoenix, and the board blocked the subpoena.

25  Now, if they wanted to prove their election was fair,

1 why wouldn't they showcase their voting machines and say

2 come, look at our voting machines.  There's nothing

3 wrong with them.  They calculate correctly.  You can't

4 substitute other voters, you can't easily substitute

5 anything else, you can't get access from the outside.

6 All of that happens to be untrue, by the way.  You can

7 get access from the outside, you can change votes.

8 Demand that they produce the voting machines before we

9 pick a winner for this presidential election.

10          This is Rudy Giuliani, and we'll back

11 tomorrow.  We'll being reasoning together.  God bless

12 America.

13          (End of recording.)

14

15

16

17

18

19

20

21

22

23

24

25

1              CERTIFICATE OF REPORTER

2

3        I, Charlotte Crandall, certify that I was

4   authorized to and did transcribe the foregoing audio

5   recorded proceedings and that the transcript is a

6   true and complete record of my stenographic notes

7   from an audio recording and was transcribed to the

8   best of my ability.

9

10       Dated this 19th day of January, 2021.

11

12

13

14

15

16       _____

        Charlotte Crandall
17        Registered Professional Reporter

18

19

20

21

22

23

24

25