# Exhibit 210

Rudy Giuliani Talk Radio
December 23, 2020

```
 1
 2
 3
 4
 5
 6
 7              RUDY GIULIANI 77 TALK RADIO
 8                 DECEMBER 23, 2020
 9
10   (www.youtube.com/watch?v+gpIn2NXdAA4&feature+emb logo)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1          ANNOUNCER:  Bernie and Sid in the Morning.
2          RADIO HOST:  Merry Christmas, happy New Year.
3   Our dear friend, Rudy Giuliani.  Good morning, Rudy.
4          RUDY GIULIANI:  The same to the two of you.
5   That was wonderful.  I love it.
6          RADIO HOST:  You see.  I knew it.
7          RUDY GIULIANI:  That song came out when I was
8   in kindergarten.  When I would come into class all the
9   kids would sing it to make me go cray and I would go
10  crazy.
11         RADIO HOST:  I could just imagine you, Rudy,
12  as a little boy.  The first time you go to see Santa and
13  Santa's like what do you want, and you're like I want a
14  Mickey Mantle baseball.
15         RADIO HOST:  I want to play center field.  Get
16  rid of Mickey Mantle.  I want to play center field.
17         RADIO HOST:  Even better, even better.  So
18  listen, we'll get to the niceties at the end, but let's
19  get to the business at hand which is --
20         RADIO HOST:  Sure.
21         RADIO HOST:  Here we are now getting very,
22  very close to January 6th.
23         RUDY GIULIANI:  Very close.
24         RADIO HOST:  Right, and inauguration day.
25  Where are we with these lawsuits?  Is there any hope

1  left?  Where are we?
2           RUDY GIULIANI:  Yeah.  Where we are is
3  today -- actually, we've got five states in which the
4  state legislatures are holding hearings and considering
5  whether to decertify.  The one today actually, there's
6  going to be a hearing in Georgia, and they're going to
7  call the secretary of state of Georgia before the House,
8  and they're going to ask him why he isn't releasing the
9  machines, the Dominion machines which he's holding which
10 we want to examine because we believe from what we saw
11 in Michigan that the machines have an inaccurate vote,
12 that they're programmed to give Biden somewhere between
13 a two percent and five advantage.  And if he's so confident
14 that we're so wrong, I don't understand why he won't let us
15 examine the machines.  We won't do any damage to them,
16 you can watch us.  It's a bunch of military people who
17 are doing it, honest, honorable people.  They know these
18 machines better than anybody, than probably the people
19 who made them, so we're going to pursue that.  We're
20 also doing the same thing in Arizona and Wisconsin.  And
21 over the Christmas holiday they're going to have
22 hearings, and I'm probably going to testify at two of
23 them.
24          So basic effort right now is to get the
25 state legislature to take a good look at the vote and

1  to see whether it's an accurate vote, and if it isn't
2  to decertify it.
3              BERNIE:  Rudy Giuliani on the Bernie and Sid
4  Show.  Rudy, listen, let me ask you this question.  A,
5  is there anything pending before the Supreme Court now;
6  B, what do you think of the Supreme Court's decision not
7  to take up the Texas case against the other states; and
8  C, can you handicap what you think will happen on
9  February 20th?  Do you think Donald Trump will be
10 inaugurated or Joe Biden?
11             RUDY GIULIANI:  Interesting.  Well, Supreme
12 Court decision -- it wasn't even our case.  It was our
13 case in the sense that we cooperated with it, but it was
14 really brought by the state of Texas and a group of 22
15 other states, and I have no explanation for the decision
16 that there's no standing for the state of Texas to sue
17 because they believe that other states are cheating in
18 an election.  That's what it comes down to, right?
19             You don't have to believe that Texas is
20 right.  When you ask to dismiss a lawsuit, the judge
21 has to assume that the person bringing the lawsuit is
22 telling the truth.  So if I bring a lawsuit against
23 the two of you --
24             RADIO HOST:  Oh, God.  Not another one.
25             RUDY GIULIANI:  And I say when I came in the

1  room you threw something at me.  You may not have done
2  it.  I may be lying, but the judge has to let me be
3  heard, and then he can say I'm lying after he hears me.
4  They don't even hear us.  They don't want to hear us.
5           RADIO HOST:  Why do you think that is?
6           RUDY GIULIANI:  I don't get it.  This is going
7  on all over the country.  I've only argued, you know,
8  two of these cases, so I can't tell you the whole
9  country, and many of the cases are brought by third
10 parties.  But every time we bring the case they say no
11 standing.
12          The last one in Wisconsin, I can't even
13 explain it to people.  It's called latches.
14 Somewhere in law school I learned about this.  I
15 don't remember where it was.  In the bathroom, I
16 think.  Latches.  Do you know what latches means?
17          RADIO HOST:  No.
18          RUDY GIULIANI:  We took too long to bring the
19 lawsuit.  We took two weeks, two weeks.
20          RADIO HOST:  Unbelievable.
21          RUDY GIULIANI:  We took too long.
22          SID:  So with everything you're saying, Rudy,
23 the Supreme Court unwilling to do all these things
24 despite you guys doing all the work that you needed to
25 do, the C part of Bernie's question, who's going to be

1  inaugurated on January 20th, Biden or Trump, it seems
2  like despite your best efforts, and maybe it was stolen,
3  there's no way you can say Trump for the C part of
4  Bernie's question.
5            RADIO HOST:  I think we lost Rudy.  Maybe he
6  just hung up.
7            RADIO HOST:  Well, now that you said that,
8  Sid.
9            RADIO HOST:  I would just be interested to
10 know what he thinks the odds are being a guy in the
11 trenches himself.
12           RADIO HOST:  Well, he's back.
13           RADIO HOST:  Obviously a believer.
14           SID:  Right.  You just made this whole
15 argument, Rudy, and talked about how the Supreme Court
16 isn't doing what they should do.  So back to Bernie's's
17 part C of his question, who gets the job, Trump or
18 Biden?
19           RUDY GIULIANI:  Well, I'm the lawyer for
20 Donald Trump and I'm fighting very hard and I believe in
21 what I'm doing and I believe he should get the job.  I
22 mean, I know people don't want to hear it, but I think I
23 can prove the election was stolen.  But we're down to
24 three states.  Wee have to get three of them to overturn
25 the results that were sent in.

1                I think we have a good chance of doing it.
2     I deal with these legislatures every day now.  I'll
3     give you one example.  Let's talk about the state of
4     Arizona.  In Arizona they sent a number in.  It has
5     to be false.  They don't take account of one single
6     noncitizen voting in Arizona.  Now, what are the
7     possibilities that not a single noncitizen voted in
8     Arizona.  What do you think?
9                RADIO HOST:  Zero.
10               RUDY GIULIANI:  Right.  Okay.  But you can't
11    show that.  I've asked them to please produce the voting
12    list so I can examine it and see if I can find
13    noncitizens.  I can find -- I don't even have to get an
14    expert.  I can do it with Lexis Nexis and accurate.  I
15    can run it in my own machine.  I can probably pick up 30
16    or 40 thousand noncitizens in Arizona.  He only lost
17    Arizona by ten thousand votes.
18               6,000 dead people voted in Arizona.  Now he
19    only lost by 4,000 votes.  Dead people don't count.
20               RADIO HOST:  They shouldn't.  Seems weird for
21    a dead person to vote.
22               RUDY GIULIANI:  I am in possession of facts
23    that they keep suppressing that show me as a logical
24    person that at least four or five states he won and it
25    was taken away from him, so I'm going to argue it right

1  down to the end and I'm going to convince whoever wants
2  to listen to us, and our best chance right now are the
3  state legislatures.  They seem to be in Arizona, in
4  Georgia, in Michigan and Wisconsin they are certainly
5  open to listening to us.
6           RADIO HOST:  Rudy Giuliani, esteemed mayor,
7  colleague of ours, more importantly a dear friend.  We
8  love Rudy as a family member, and we were very happy
9  that you got over the COVID, Rudy, and you sound great
10 and you feel great.  I forgot for a second that you even
11 had it.  But now the big story is the vaccines, and
12 there's a lot of in-fighting, even amongst the
13 Democrats.  They're very upset that a young girl like
14 AOC got the vaccine.
15          RUDY GIULIANI:  Go ahead.  Go ahead.
16          RADIO HOST:  You know, there's no way to have
17 given out this vaccine right.  If you give it to the
18 elderly people first who are the most vulnerable, right,
19 you say well, there's an awful lot of young people that
20 are now being cut out.  They're not in as much danger,
21 but still they're in danger.  If you give it out to the
22 critical workers, then what's your definition of
23 critical worker.  Why should they come first, so I'm not
24 going to be terribly judgmental on how it was given out.
25          I think the theory of giving it to someone

1  like AOC or a public figure is to encourage other
2  people to take it.  I can buy that.  I mean a lot of
3  people -- you and I have our views of AOC.  If she
4  takes a vaccine, I probably won't take a vaccine, but
5  there are a lot of people that will take a vaccine
6  because she did, so I'm not going to -- there's
7  plenty to criticize her for.  that's not one of them.
8           RADIO HOST:  Let me just say this is Rudy
9  Giuliani on the Bernie and Sid show.  Before I ask you
10 my next question, it is unmistakable to me that this
11 election was completely stolen from the President by
12 media, information suppression, and of course the
13 voter -- fake news vote poll suppression, and then on
14 election day and beyond.  So you're doing the country a
15 major service no matter what happens on January 20th.  I
16 just wanted to stipulate this before we move on to New
17 York, which is near and dear to your heart.
18           Mayor DiBlasio is a complete baffoon.  We
19 know that.  Governor Cuomo is a Smart guy, but he
20 seems to get worse and worse by the day.  And whether
21 it's calling this new strain of vaccine diabolical
22 and calling for travel restriction from the UK, which
23 are already in place.  Also, now he shuts down New
24 York City restaurants s even though they were at 25
25 percent capacity, the infection rate was low in this

1   city, while restaurants around the state stay open at
2   50 percent capacity, so he's further damaging this
3   precious city of ours which is already seemingly on
4   its last legs.  What do you think about Governor
5   Cuomo?
6             RUDY GIULIANI:  I think it's diabolical.  It
7   has no rational basis in anything.  Let's completely put
8   politics aside.  Nothing to do with politics.
9             You know, they love to say they base it on
10  the science.  What's the science?.  I mean, I was in
11  a restaurant last night in Washington, D.C.  I was so
12  far away from the other people I could hardly see
13  them.  I mean, they space these restaurants out.  I
14  don't know how they make a living doing it that way.
15  I think they're 20 percent or 25 percent here but,
16  you know, they're struggling to keep going, keep at
17  least a staff going, keep some of your menu going.
18  They all have you half menus.  These are wonderful,
19  hard-working people.  These are what we call a solid,
20  solid middle class of a county, and why are we are
21  war with them.
22            I think of the Democratic Party when I was
23  a kid.  My family was half Democrat and half
24  Republican.  And one of the Democrat parts was they
25  were for the working people.  Democrats were for the

1  working people.  My father would always say that to

2  my mother, and my mother would always say yeah,

3  taking advantage of the working people.  My father

4  would say making sure they got things like social

5  security.  That was true, by the way.  They were for

6  the working people, and sometimes they went too far.

7  Now I don't think they have anything to do with the

8  working people.

9           RADIO HOST:  No.

10          RUDY GIULIANI:  Seems to me they're the party

11  of high tech, of all these big gigantic technology

12  companies, the big networks.  Did you see that woman in

13  Los Angeles?  I thought that was a great symbol.  She's

14  trying to have a restaurant going and they close her

15  restaurant down, and right across the street NBC has a

16  big place where you can eat outdoors, works just like a

17  restaurant.  Well, NBC means something to the creepy

18  mayor of Los Angeles, right?

19          RADIO HOST:  Yes.

20          RUDY GIULIANI:  NBC protects him, NBC attacks

21  Republicans, NBC puts a lid on the Hunter Biden scandal

22  so you don't hear it before the election, so he's going

23  to suck up to NBC.  This poor woman, who's probably a

24  Democrat, which doesn't mean anything to them.  The heck

25  with her.

1                RADIO HOST:  Right.
2                RUDY GIULIANI:  We'll ruin her business.  Who
3    cares.
4                RADIO HOST:  Yeah, terrible.  Diabolic guy.
5    Eric Corsetti in Los Angeles.  Rivals.
6                RADIO HOST:  Bill DiBlasio for the worst mayor
7    in the country.  We agree with you.
8                Anyway, most importantly, have a merry
9    Christmas, Rudy, on Friday.  Enjoy your Christmas Eve
10   tomorrow.  Havae a happy and a healthy New Year.
11               RUDY GIULIANI:  I've got to be on more often.
12   I miss you guys.  Also, if I don't get back to New York
13   soon I don't know what's going to happen.  I'm going to
14   lose my accent.
15               RADIO HOST:  I doubt it, buty we will have you
16   back, and thank you so much, Rudy Giuliani, for
17   everything you're doing.
18               RUDY GIULIANI:  We love you too.
19               RADIO HOST:  Thank you, Rudy.  There he is,
20   the esteemed mayor.  He's a colleague of ours on this
21   station 3:00 week days, and of course on the weekends as
22   as well, but really has become a dear, dear friend.  He
23   is the great, Rudy Giuliani.
24               Thanks for watching.  If you like what you
25   saw it's very simple, just hit the subscribe button,

1  and after that hit the bell for notifications  of new
2  content.  Thanks for watching.
3           (End of recording.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1
 2                  CERTIFICATE OF REPORTER
 3
 4         I, Charlotte Crandall, certify that I was
 5   authorized to and did transcribe the foregoing audio
 6   recorded proceedings and that the transcript is a
 7   true and complete record of my stenographic notes
 8   from an audio recording and was transcribed to the
 9   best of my ability.
10
11         Dated this 21st day of January, 2021.
12
13
14
15
16
17         _____
           Charlotte Crandall
18         Registered Professional Reporter
19
20
21
22
23
24
25
```

### 2

**20**  10:15
**20th**  4:9  6:1
  9:15
**22**  4:14
**25**  9:24  10:15

### 3

**30**  7:15
**3:00**  12:21

### 4

**4,000**  7:19
**40**  7:16

### 5

**50**  10:2

### 6

**6,000**  7:18
**6th**  2:22

### A

**accent**  12:14
**account**  7:5
**accurate**  4:1
  7:14
**advantage**
  3:13  11:3
**agree**  12:7
**ahead**  8:15
**Angeles**
  11:13,18  12:5
**ANNOUNCER**  2:1
**AOC**  8:14  9:1,
  3
**argue**  7:25
**argued**  5:7

**argument**  6:15
**Arizona**  3:20
  7:4,6,8,16,
  17,18  8:3
**assume**  4:21
**attacks**  11:20
**awful**  8:19

### B

**back**  6:12,16
  12:12,16
**baffoon**  9:18
**base**  10:9
**baseball**  2:14
**basic**  3:24
**basis**  10:7
**bathroom**  5:15
**believer**  6:13
**bell**  13:1
**Bernie**  2:1
  4:3  9:9
**Bernie's**  5:25
  6:4
**Bernie's's**
  6:16
**Biden**  3:12
  4:10  6:1,18
  11:21
**big**  8:11
  11:11,12,16
**Bill**  12:6
**boy**  2:12
**bring**  4:22
  5:10,18
**bringing**  4:21
**brought**  4:14
  5:9
**bunch**  3:16
**business**  2:19
  12:2
**button**  12:25
**buty**  12:15
**buy**  9:2

### C

**call**  3:7
  10:19
**called**  5:13
**calling**  9:21,
  22
**capacity**  9:25
  10:2
**cares**  12:3
**case**  4:7,12,
  13  5:10
**cases**  5:8,9
**center**  2:15,
  16
**chance**  7:1
  8:2
**cheating**  4:17
**Christmas**  2:2
  3:21  12:9
**city**  9:24
  10:1,3
**class**  2:8
  10:20
**close**  2:22,23
  11:14
**colleague**  8:7
  12:20
**companies**
  11:12
**complete**  9:18
**completely**
  9:11  10:7
**confident**
  3:13
**content**  13:2
**convince**  8:1
**cooperated**
  4:13
**Corsetti**  12:5
**count**  7:19
**country**  5:7,9
  9:14  12:7
**county**  10:20

**Court**  4:5,12
  5:23  6:15
**Court's**  4:6
**COVID**  8:9
**cray**  2:9
**crazy**  2:10
**creepy**  11:17
**critical**
  8:22,23
**criticize**  9:7
**Cuomo**  9:19
  10:5
**cut**  8:20

### D

**D.C.**  10:11
**damage**  3:15
**damaging**  10:2
**danger**  8:20,
  21
**day**  2:24  7:2
  9:14,20
**days**  12:21
**dead**  7:18,19,
  21
**deal**  7:2
**dear**  2:3  8:7
  9:17  12:22
**decertify**  3:5
  4:2
**decision**  4:6,
  12,15
**definition**
  8:22
**Democrat**
  10:23,24
  11:24
**Democratic**
  10:22
**Democrats**
  8:13  10:25
**Diabolic**  12:4
**diabolical**
  9:21  10:6

**Diblasio** 9:18
  12:6
**dismiss** 4:20
**Dominion** 3:9
**Donald** 4:9
  6:20
**doubt** 12:15

---

**E**

**eat** 11:16
**effort** 3:24
**efforts** 6:2
**elderly** 8:18
**election** 4:18
  6:23 9:11,14
  11:22
**encourage** 9:1
**end** 2:18 8:1
  13:3
**Enjoy** 12:9
**Eric** 12:5
**esteemed** 8:6
  12:20
**Eve** 12:9
**examine** 3:10,
  15 7:12
**expert** 7:14
**explain** 5:13
**explanation**
  4:15

---

**F**

**facts** 7:22
**fake** 9:13
**false** 7:5
**family** 8:8
  10:23
**father** 11:1,3
**February** 4:9
**feel** 8:10
**field** 2:15,16
**fighting** 6:20
**figure** 9:1

**find** 7:12,13
**forgot** 8:10
**Friday** 12:9
**friend** 2:3
  8:7 12:22

---

**G**

**Georgia** 3:6,7
  8:4
**gigantic**
  11:11
**girl** 8:13
**Giuliani** 2:3,
  4,7,23 3:2
  4:3,11,25
  5:6,18,21
  6:19 7:10,22
  8:6,15 9:9
  10:6 11:10,20
  12:2,11,16,
  18,23
**give** 3:12 7:3
  8:17,21
**giving** 8:25
**God** 4:24
**good** 2:3 3:25
  7:1
**Governor** 9:19
  10:4
**great** 8:9,10
  11:13 12:23
**group** 4:14
**guy** 6:10 9:19
  12:4
**guys** 5:24
  12:12

---

**H**

**half** 10:18,23
**hand** 2:19
**handicap** 4:8
**happen** 4:8
  12:13
**happy** 2:2 8:8
  12:10

**hard** 6:20
**hard-working**
  10:19
**Havae** 12:10
**healthy** 12:10
**hear** 5:4 6:22
  11:22
**heard** 5:3
**hearing** 3:6
**hearings** 3:4,
  22
**hears** 5:3
**heart** 9:17
**heck** 11:24
**high** 11:11
**hit** 12:25
  13:1
**holding** 3:4,9
**holiday** 3:21
**honest** 3:17
**honorable**
  3:17
**hope** 2:25
**HOST** 2:2,6,
  11,15,17,20,
  21,24 4:24
  5:5,17,20
  6:5,7,9,12,13
  7:9,20 8:6,16
  9:8 11:9,19
  12:1,4,6,15,
  19
**House** 3:7
**hung** 6:6
**Hunter** 11:21

---

**I**

**imagine** 2:11
**importantly**
  8:7 12:8
**in-fighting**
  8:12
**inaccurate**
  3:11

**inaugurated**
  4:10 6:1
**inauguration**
  2:24
**infection**
  9:25
**information**
  9:12
**interested**
  6:9
**Interesting**
  4:11

---

**J**

**January** 2:22
  6:1 9:15
**job** 6:17,21
**Joe** 4:10
**judge** 4:20
  5:2
**judgmental**
  8:24

---

**K**

**kid** 10:23
**kids** 2:9
**kindergarten**
  2:8
**knew** 2:6

---

**L**

**latches** 5:13,
  16
**law** 5:14
**lawsuit** 4:20,
  21,22 5:19
**lawsuits** 2:25
**lawyer** 6:19
**learned** 5:14
**left** 3:1
**legislature**
  3:25

legislatures
  3:4 7:2 8:3
legs  10:4
Lexis  7:14
lid  11:21
list  7:12
listen  2:18
  4:4 8:2
listening  8:5
living  10:14
logical  7:23
long  5:18,21
Los  11:13,18
  12:5
lose  12:14
lost  6:5
  7:16,19
lot  8:12,19
  9:2,5
love  2:5 8:8
  10:9 12:18
low  9:25
lying  5:2,3

**M**

machine  7:15
machines  3:9,
  11,15,18
made  3:19
  6:14
major  9:15
make  2:9
  10:14
making  11:4
Mantle  2:14,
  16
matter  9:15
mayor  8:6
  9:18 11:18
  12:6,20
means  5:16
  11:17
media  9:12
member  8:8

menu  10:17
menus  10:18
merry  2:2
  12:8
Michigan  3:11
  8:4
Mickey  2:14,
  16
middle  10:20
military  3:16
morning  2:1,3
mother  11:2
move  9:16

**N**

NBC  11:15,17,
  20,21,23
needed  5:24
networks
  11:12
news  9:13
Nexis  7:14
niceties  2:18
night  10:11
noncitizen
  7:6,7
noncitizens
  7:13,16
notifications
  13:1
number  7:4

**O**

odds  6:10
open  8:5 10:1
outdoors
  11:16
overturn  6:24

**P**

part  5:25
  6:3,17

parties  5:10
parts  10:24
party  10:22
  11:10
pending  4:5
people  3:16,
  17,18 5:13
  6:22 7:18,19
  8:18,19 9:2,
  3,5 10:12,19,
  25 11:1,3,6,8
percent  3:13
  9:25 10:2,15
person  4:21
  7:21,24
pick  7:15
place  9:23
  11:16
play  2:15,16
plenty  9:7
politics  10:8
poll  9:13
poor  11:23
possession
  7:22
possibilities
  7:7
precious  10:3
President
  9:11
produce  7:11
programmed
  3:12
protects
  11:20
prove  6:23
public  9:1
pursue  3:19
put  10:7
puts  11:21

**Q**

question  4:4
  5:25 6:4,17
  9:10

**R**

RADIO  2:2,6,
  11,15,17,20,
  21,24 4:24
  5:5,17,20
  6:5,7,9,12,13
  7:9,20 8:6,16
  9:8 11:9,19
  12:1,4,6,15,
  19
rate  9:25
rational  10:7
recording
  13:3
releasing  3:8
remember  5:15
Republican
  10:24
Republicans
  11:21
restaurant
  10:11 11:14,
  15,17
restaurants
  9:24 10:1,13
restriction
  9:22
results  6:25
rid  2:16
Rivals  12:5
room  5:1
Rudy  2:3,4,7,
  11,23 3:2
  4:3,4,11,25
  5:6,18,21,22
  6:5,15,19
  7:10,22 8:6,
  8,9,15 9:8
  10:6 11:10,20
  12:2,9,11,16,
  18,19,23
ruin  12:2
run  7:15

### S

Santa 2:12
Santa's 2:13
scandal 11:21
school 5:14
science 10:10
secretary 3:7
security 11:5
seemingly 10:3
sense 4:13
service 9:15
show 4:4 7:11,23 9:9
shuts 9:23
Sid 2:1 4:3 5:22 6:8,14 9:9
simple 12:25
sing 2:9
single 7:5,7
Smart 9:19
social 11:4
solid 10:19,20
song 2:7
sound 8:9
space 10:13
staff 10:17
standing 4:16 5:11
state 3:4,7,25 4:14,16 7:3 8:3 10:1
states 3:3 4:7,15,17 6:24 7:24
station 12:21
stay 10:1
stipulate 9:16
stolen 6:2,23 9:11
story 8:11
strain 9:21
street 11:15
struggling 10:16
subscribe 12:25
suck 11:23
sue 4:16
suppressing 7:23
suppression 9:12,13
Supreme 4:5,6,11 5:23 6:15
symbol 11:13

### T

takes 9:4
taking 11:3
talk 7:3
talked 6:15
tech 11:11
technology 11:11
telling 4:22
ten 7:17
terrible 12:4
terribly 8:24
testify 3:22
Texas 4:7,14,16,19
theory 8:25
thing 3:20
things 5:23 11:4
thinks 6:10
thought 11:13
thousand 7:16,17
threw 5:1
time 2:12 5:10
today 3:3,5
tomorrow 12:10
travel 9:22
trenches 6:11
true 11:5
Trump 4:9 6:1,3,17,20
truth 4:22

### U

UK 9:22
Unbelievable 5:20
understand 3:14
unmistakable 9:10
unwilling 5:23
upset 8:13

### V

vaccine 8:14,17 9:4,5,21
vaccines 8:11
views 9:3
vote 3:11,25 4:1 7:21 9:13
voted 7:7,18
voter 9:13
votes 7:17,19
voting 7:6,11
vulnerable 8:18

### W

wanted 9:16
war 10:21
Washington 10:11
watch 3:16
watching 12:24 13:2
Wee 6:24
week 12:21
weekends 12:21
weeks 5:19
weird 7:20
Wisconsin 3:20 5:12 8:4
woman 11:12,23
won 7:24
wonderful 2:5 10:18
work 5:24
worker 8:23
workers 8:22
working 10:25 11:1,3,6,8
works 11:16
worse 9:20
worst 12:6
wrong 3:14

### Y

Year 2:2 12:10
York 9:17,24 12:12
young 8:13,19