# Exhibit 211

screenshot-twitter.com-2021.01.23-00_28_31
https://twitter.com/77WABCradio/status/1341816433697828864
23.01.2021



**TalkRadio 77 WABC** ✓
@77WABCradio

@RudyGiuliani on @bernieandsid "We believe from what we saw in Michigan that the machines have an inaccurate vote—that they're programmed to give Biden somewhere between a 2% and 5% advantage."

> 
>
> **TalkRadio 77 WABC** ✓  @77WABCradio · Dec 23, 2020
>
> Today @RudyGiuliani called in to @bernieandsid to update everyone on the election lawsuits, plus he gives us his opinion on the COVID vaccine and who should be getting it.
>
> Listen here - youtu.be/gpIn2NXdAA4

1:42 PM · Dec 23, 2020 · Twitter Web App

**987** Retweets    **40** Quote Tweets    **3.1K** Likes