# Exhibit 212

screenshot-twitter.com-2021.01.22-23_24_27
https://twitter.com/RudyGiuliani/status/1341960025321795584
22.01.2021



**Rudy W. Giuliani** ✓
@RudyGiuliani

Christmas is NOT CANCELED, it's vital this year!

Watch Rudy Giuliani's special Christmas message HERE:
youtu.be/FkvvtuVsyUA



11:12 PM · Dec 23, 2020 · Twitter for iPhone

**5.6K** Retweets   **276** Quote Tweets   **25.1K** Likes