# Exhibit 213

screenshot-twitter.com-2021.01.22-23_25_13
https://twitter.com/RudyGiuliani/status/1342618055654875138
22.01.2021

 **Rudy W. Giuliani** ✔
@RudyGiuliani

000

WHO will be our PRESIDENT? The current state of our country.

Rudy Giuliani answers HERE: youtu.be/NAzCECx8XeE



6:47 PM · Dec 25, 2020 · Twitter for iPhone

**4.8K** Retweets    **427** Quote Tweets    **19.1K** Likes