# Exhibit 214

FLASH UPDATE

CHARLIE KIRK SHOW

podcasts.Apple.com/us/podcast/flash-update-with-mayor-rudy-giuliani/id146060600818?i=100050433207

1          CHARLIE KIRK:  Hey everybody.  On this flash

2   episode of the Charlie Kirk Show, Mr. Mayor, Rudy

3   Giuliani joins us.  We talk about January 6, 180

4   Republicans possibly objecting to the results and so

5   much more.  I learned a lot this episode.  You are going

6   to learn a lot as well.  And if you enjoy our program

7   and want to help support us get this program to millions

8   of more people, go to CharlieKirk.com/support.  It's

9   Charlie Kirk.com/support.  As always, email us your

10   questions, freedom@CharlieKirk.com.

11          Mr. Mayor, Rudy Giuliani is here.  Buckle

12   up.  Here we go is.

13          ANNOUNCER:  Charlie, what you've done is

14   incredible here.  Maybe Charlie Kirk is on the college

15   campuses.  I want you to know we are lucky to have

16   Charlie Kirk.  Charlie Kirk's running the White House.

17   I want to thank Charlie.  He's an incredible guy.  His

18   spirit is love of this country.  He's done an amazing

19   job building one of the most powerful youth

20   organizations ever created, Turning Point USA.  We will

21   not embrace the ideas that have destroyed countries,

22   destroyed lives, and we are going to fight for freedom

23   on campuses across the country.  That's why we are here.

24          CHARLIE KIRK:  Welcome everybody to this

25   episode of the Charlie Kirk Show.  A flash update and

Flash Update Charlie Kirk Show

1  with a little bit of sense of urgency with America's

2  mayor, Mr. Mayor himself, Rudy Giuliani.  Welcome back

3  to the Charlie Kirk Show.

4        RUDY GIULIANI:  Oh, it's always a pleasure,

5  Charlie.  I love listening to you and I love talking to

6  you even more.

7        CHARLIE KIRK:  Thank you.  So we were kind of

8  talking before we started here.  You said we're on the

9  five-yard line.  You have a couple of constitutional

10  professors that are going through theories of what the

11  vice president, the president of the Senate can and

12  cannot do.  Give us an update.

13        RUDY GIULIANI:  Well, I mean, the fact is that

14  you have a constitutional provision on the electoral

15  college.  Then it got changed by the 12th Amendment

16  because of the confusion in the election of 1800 when

17  Jefferson thought he was elected president and Burr was

18  supposed to be the vice president, but they had the same

19  vote and Burr challenged him, and eventually Jefferson

20  became president.  And the interesting thing to know is

21  he selected himself president.

22        He was the vice president at the time.  He

23  was the Mike Pence of his day.  There was a dispute

24  about Georgia.  Georgia had voted in one case for

25  Burr and in one case for Jefferson, different

Flash Update Charlie Kirk Show

4

1   electors.  Jefferson said I make the decision as the

2   president of the Senate.  I pick me, which is

3   precedent for the vice president making the choices

4   with regard or ruling on disputes.  Then you have a

5   statute that was passed in 1788, I believe it was,

6   about that time, and it changes the procedures quite

7   a bit.

8         The problem with the statute is it takes

9   power away from the House of Representatives that is

10  exclusively supposed to choose the president if

11  there's a problem with the electoral college, and it

12  shares that power with the Senate, and it also takes

13  power away from the state legislatures.  So our best

14  legal opinion on that is that that's

15  unconstitutional.  It's been debated for over a

16  hundred years as to whether it's unconstitutional.

17  It's never been challenged in court, so it's an open

18  challenge for the court, so the issue is which way do

19  we proceed.  Do we proceed under the unconstitutional

20  statute, or do we go back to the original 12th

21  Amendment.

22         It seems to me, and the President hasn't

23  made this decision yet, and the professors a little

24  dispute, but it seems to me the better practice is to

25  do it under the constitutional.  You know for sure

Flash Update Charlie Kirk Show

5

1  that's the procedure.  When Congress changed it and

2  altered the power, usually the court finds that to be

3  unconstitutional.  That's how they found the line

4  item needed to be unconstitutional.  Congress passed

5  it, but then the court said it disrupts the power

6  balance between the president and the Congress.  It

7  has to be done by amendment.

8      Our best academic experts here feel, and I

9  agree with them, that a court will eventually find

10  this to be unconstitutional because it takes some of

11  the power away from the House to pick the president.

12  The Constitution gave it only to the House, and it

13  takes power away from the state legislatures, and it

14  puts the governor in their place in determining who

15  the electors are.  That is clearly unconstitutional.

16      CHARLIE KIRK:  So there is a lot of confusion

17  around exactly what is going to happen on January 6th,

18  even with some members of Congress.  I was talking to a

19  couple members of Congress this morning that plan to

20  object and may have completely different opinions on

21  exactly what the course of action can be.  Can you

22  comment on how Vice President Mike Pence very well might

23  have the constitutional authority to not count certain

24  states and their electors?  In 1960 Richard Nixon did

25  this exactly.

Flash Update Charlie Kirk Show

1        RUDY GIULIANI:  I can't tell you the decision

2   yet because that decision has to get made by the

3   President and Vice President, and they are actually

4   meeting today and going through all the research, and

5   they're probably not going to make that decision until

6   sometime tomorrow because it's a very important one, and

7   our party is dedicated to the Constitution.  We

8   appreciate that that so we have to follow it.  So the

9   President will make that decision based on his judgment

10   and the advice that he gets based on what the

11   Constitution demands.

12        I can give you the choices.  I mean, the

13   choices are that the vice president, when the

14   objections are made, if he follows the statute, which

15   I believe unconstitutional, but even if he follows

16   just that procedure and borrows it because he can set

17   any procedure he wants, the way it would work is

18   let's say Arizona would be the first one to come up,

19   and you know there's an objection to Arizona.  Not

20   only is there an objection to Arizona, we have

21   elected a separate group of electors for Arizona, and

22   we have given them to the Congress.  So in essence,

23   the Vice President has two sets of electors in front

24   of him.  He has the ones that come from the governor

25   and the ones that come from us and this is not

Flash Update Charlie Kirk Show

7

1  unusual.

2        The best most recent case that I can

3  remember -- I can't remember but I can read about, is

4  in 1960 Kennedy and Nixon were very close in Hawaii.

5  Nixon won Hawaii on election day.  Nixon won Hawaii

6  on the original recount.  So when the electoral

7  college met, they voted for Nixon.  Kennedy's people

8  held a separate session with their own electors and

9  submitted their names.

10        On December 29th a new recount determined

11  that Kennedy had won like by 20 votes or something.

12  So now both come before the president of the Senate.

13  The president of the Senate was Richard Nixon, and

14  Nixon selected Kennedy, whereas Jefferson had

15  selected himself, but there maybe a reason for that.

16  It wasn't the deciding vote.  Had Nixon taken Hawaii,

17  he still would have lost by 30 or 40 electoral votes,

18  so we don't know the exact motive, but it does show a

19  consistent practice even after the new statute where

20  the vice president makes those choices, not as vice

21  president but as president of the Senate.  He's the

22  presiding officer.  Generally the presiding officer

23  settles disputes like this.

24        You've got two contesting groups.  These

25  are the proper  electors, these are the proper

1  electors.  Very often the chair will make that

2  decision, and that's been the practice.  I believe

3  Adams did it, Jefferson did it, Nixon did it, so this

4  would not be the first time if Mike Pence decides to

5  take that course of action.

6       CHARLIE KIRK:  And in addition, in 1876 with

7  President Hayes vs. Samuel Tilden, the House and the

8  Senate could not agree on certification of the electoral

9  college results.  In 1876 the great compromise or the

10  great bargain got negotiated and reconstruction

11  unfortunately ended for a Republican president by one

12  electoral vote.  So I am of the opinion, and based on

13  all the readings that I have done and also other

14  constitutional scholars that have written on this

15  because the supreme court has yet to decide that the

16  president of the Senate can say look, I'm not going to

17  necessarily put these results in the president's

18  category.  I'm just going to say I will not certify or

19  count results that are in such, you know, hot

20  contention.  What states would those be, and is this

21  something that is still being discussed around that kind

22  of --

23       RUDY GIULIANI:  Yes, yes.  That's a very,

24  very -- that's a very active possibility.  I don't know

25  the right way to discuss it, but easily they could make

1  that decision.  That would be at least six states where

2  there is a dispute where the range is thousands of

3  votes.  I mean, it's not a small little dispute.  It's a

4  determinative number.  In other words, in each one of

5  those states, if you credit the evidence that we have,

6  then Trump would have won the state, and not by the

7  little margins that Biden won it.

8      For example, in Pennsylvania, our

9  calculation that we can prove is he won it by about

10  400,000.  Biden won it by 85,000 with immediately

11  600,000 of those votes being illegal because they

12  were counted secretly, and that's illegal under

13  anybody's law.  So what he's going to have is he's

14  going to have the Biden vote, he's going to have all

15  the evidence supporting the Trump vote, which in each

16  case has Trump ahead of Biden pretty much by over a

17  hundred thousand.  He could easily say basically this

18  is so confusing, rather than make a decision I am

19  going to decertify these votes.

20      He can even do it more generally.  Those

21  six states also didn't follow their own law in a

22  very, very dramatic way.  The legislature sets the

23  law.  For example, you must be able to observe every

24  signature.  Well, in Pennsylvania they didn't observe

25  600,000 signatures on purpose.

Flash Update Charlie Kirk Show

1        Same thing in Georgia.  The secretary of

2  state made a deal with Stacey Abrams that they

3  weren't going to particularly look at all the

4  signatures.  That's illegal.  So before you even get

5  to who won, who lost, he could say in these states

6  the election was conducted illegally in these six

7  states, therefore I'm throwing their votes out.

8  They're going to be not certified.  That would leave,

9  if I'm correct, that would leave Trump at 233, and it

10  would put Biden at about 230.  Nobody has a majority.

11  It immediately goes to the House of Representatives

12  in that case.  In the House of Representatives we

13  have a three, four vote advantage because you get one

14  single vote per delegation so we have 26, 27

15  delegations, they have the balance of them.  So that

16  is a very, very strong possibility absolutely.

17        CHARLIE KIRK:  And so can you also walk our

18  listeners through exactly what we can expect with these

19  objections?  There's a lot of uncertainty.  Not

20  uncertainty.  There's a lot of people that are just

21  looking for clarity.  Is it two hours of debate per

22  objection?  Does it then go to roll call vote?  How

23  exactly does that work?

24        RUDY GIULIANI:  It really depends on what the

25  Vice President decides.  If the Vice President decides

Flash Update Charlie Kirk Show

1  that he's going to follow the guidance of the statute,

2  then he would have two hours of debate, and it happens

3  after each objection.  So Arizona comes up.  We have a

4  senator and is a congressman object to Arizona.  You

5  have to have both a Senator and a congressman object.

6  Once that happens, doesn't matter how good or bad the

7  objection is.  They have to go into separate chambers.

8  So basically the Senate goes back to the Senate and they

9  both debate for two hours, and then they come back and

10  report their vote, and the Vice President -- I mean,

11  obviously if they vote the same way it's fine.  If they

12  vote in conflict, well, then the Vice President can

13  clearly decide.  And if he doesn't agree, he should be

14  able under the 12th Amendment to make his own

15  determination.

16        But in any event, the way it will work for

17  the audience is if it works under the rules where

18  we're going to have the two-hour debate, it should

19  happen right away because Arizona comes up right

20  away.  The minute it comes up a Republican senator, a

21  Republican congressman will object.  That triggers a

22  two-hour debate, and then you move on.  The next

23  state that comes up where there's objection, debate.

24  Next state, debate, and at least six, could be ten.

25  I mean, there are states like New Mexico, Virginia

1  which we didn't challenge, in part because we didn't

2  have the time.  But there are certainly very, very

3  substantial irregularities and illegalities in there,

4  but they may fit into the category where you can't

5  determine a winner, but you can determine the

6  election was illegal, which means they may be

7  candidates for just throwing their vote out because

8  there isn't enough evidence to figure out if Biden

9  had won or Trump had won.

10        There may be a few states I'm not even

11  aware of, but New Mexico and Virginia would be

12  interesting to look at.  They could be challenged and

13  they could be kind of sleepers.  The main ones are

14  Pennsylvania, Michigan, Wisconsin, Arizona, Georgia

15  and Nevada.  Those are the six that will clearly be,

16  and those are the six where I have behind me here all

17  the evidence that shows he won those states.  We can

18  prove it about five different ways.

19        CHARLIE KIRK:  And so each state very well

20  could be a two-hour debate, and then each objection -- I

21  mean, this could be a multi-hour process, and it seems

22  like the Democrats are going to want to end this

23  altogether.  Some Republicans are courageously standing

24  up.  Senator Ted was and Senator Tommy Tuberville,

25  Senator Marcia Blackburn, but some Republicans are

1  saying this is unconstitutional.  Some people are even

2  calling this seditious.  What do you have to say about

3  that?

4        RUDY GIULIANI:  I just described to you all

5  options that are under the Constitution and laws of the

6  United States.  This is about as careful and as

7  constitutional a process as I've ever seen a president

8  follow.  He has asked for what are the constitutional

9  options.  He hasn't asked anybody to go beyond the

10  Constitution, and the one he's going to pick is the one

11  that he thinks is the most constitutional, which

12  ultimately is his choice, but it's based on a hundred

13  hours, 200 hours of legal research.  So anybody who says

14  that is just a liar and forgets that the Democrats

15  objected to the last three Republican presidents and

16  tried to get debates like this.  What was that sedition

17  when they tried to have this kind of a debate over Bush

18  in 2000, Bush in 2004 over Trump the first time?  So

19  we're just doing what they did except they had no

20  evidence.  We have the kind of evidence that I find

21  stronger than when I prosecuted cases as a U.S.

22  attorney.  I mean, it's very powerful evidence.  Some of

23  it is on television.

24        We can prove Georgia.  We can prove he won

25  Georgia and we can put it on television and show you.

1  We can show you them counting 30,000 illegal ballots

2  because nobody was present, and then turning the

3  30,000 into a 138,000 because they counted them

4  multiple times, and we have the printout and the

5  film.  I mean, that should decide Georgia without

6  anything else.

7      CHARLIE KIRK:  Yeah.  And the amount --

8      RUDY GIULIANI:  And we're supposed to give up

9  that challenge?  I'm supposed to say oh, have Georgia,

10  even though I have on television that you will stole

11  130,000 votes in Georgia, which means Trump won by

12  110,000.

13      CHARLIE KIRK:  So in closing, Mr. Mayor, can

14  you tell us why the state legislatures have been so kind

15  of inactive on this?  They have so much power.  A lot of

16  them didn't even call special sessions in December.

17  Arizona, for example, where we are right now, the leader

18  of the Arizona house has been totally feckless,

19  horrible.

20      RUDY GIULIANI:  Bowers.  Remember his name.

21      CHARLIE KIRK:  Brady Bowers or something.

22      RUDY GIULIANI:  Bowers.

23      CHARLIE KIRK:  Yeah.

24      RUDY GIULIANI:  He may be the sole reason,

25  along with the governor, who should join another

1  political party who's a disgrace.  I mean, the reality

2  is state legislatures were good and bad.  The state

3  legislatures were the only places that gave us a hearing

4  with the younger members who are very strong, loyal

5  Republicans and put the Constitution first.  The reason

6  we got all the evidence out is because of Michigan,

7  Georgia, Arizona legislature has been terrific.  That's

8  where we got the evidence out.    I know particularly

9  because I followed Arizona and Georgia the most, they're

10  just a few votes away from decertifying or maybe

11  everyone certifying.

12         In each case, it's the leadership that are

13  being challenged, including in facility Pennsylvania

14  there are the two leaders of the House and the Senate

15  are blocking what could be a majority to really

16  qualify Trump because they have the evidence.  He won

17  Pennsylvania by over 400,000.  It's not even close.

18  It's a disgrace what they're doing in Pennsylvania.

19  He has the votes.  He just has two leaders who

20  afraid.

21         And you know, it stands to reason, Charlie,

22  the leaders get into the establishment.  They make

23  deals.  They're making deals with Democrats all the

24  time.  They're making deals with businesses all the

25  time.  I think you get a much purer read when you

Flash Update Charlie Kirk Show

1  talk to the regular members.  And it's interesting,

2  the newer the member, the more outraged he is by this

3  theft.

4         But in each case we got close to a majority

5  of Republicans, and it's because of Governor Kemp and

6  Raffensperger, who I think is a liar.  I can't say

7  yet that he's a crook, but he's certainly a big liar,

8  two Republicans, and then Speaker Ralston who won't

9  call a session.  If they called a session in Georgia,

10  I guarantee you the vote would be Trump won, Biden

11  lost.  Arizona, same thing.  And why the governors

12  don't allow their legislatures just to do it.  All

13  we're asking two Republican governors to do is let

14  your legislature vote.  And it's their

15  responsibility, not yours.  Let them vote, and they

16  won't call a special session.

17         I mean, we should no longer consider them

18  Republicans.  In the right spirit, we should write

19  down the names of all these senators who aren't

20  supporting us and have serious consideration as to

21  whether they really belong in the Republican Party

22  because if we can't have a party -- Democrats ask

23  people to be loyal when they're cheating.  They've

24  done it at least five times in the last four years

25  and the Democrats remain loyal when they're cheating

Flash Update Charlie Kirk Show

1  or they're saying anti-Semitic remarks like the

2  (inaudible).  They all remain loyal.  They all remain

3  loyal.

4        We're asking them to follow the law.  I

5  believe we're asking them to save the country, and

6  they're running off like cowards.

7        CHARLIE KIRK:  That's right.

8        RUDY GIULIANI:  What kind of -- how are they

9  helping our political party to grow based on the

10  principal things we want to do for the country.  They're

11  cutting that off, and I think we've got to remember that

12  when primaries come up, big time.

13        CHARLIE KIRK:  I completely agree.  And so

14  Senator Ted Cruz is calling for a ten-day audit; is that

15  right?

16        RUDY GIULIANI:  He is.  I mean, I find that a

17  fall back.  I'd rather, if you ask me my options, of

18  course the option that I would go for the most is

19  certification, then a form of decertification that sends

20  it to the House.  And if that can't be done, then at a

21  minimum they should give the state legislatures whose

22  legislators have been denied the basic evidence.  You

23  know, there's not a single place that's given us a

24  single machine.  They're covering up the machines.  The

25  machines aren't sacred.  The machines aren't privileged.

1  We only want the numbers.  You give us 20 of those

2  Dominion machines, we'll flip the entire election.  Give

3  me ten.  Give me the ten machines I'd like to look at in

4  Detroit and I'll show you how they manipulated those

5  machines and changed the vote by two, three percent.

6          Did you know you can change the vote in

7  that machine?  You can actually change the vote.  Why

8  would you have a voting machine where you could

9  change the vote unless you wanted to cheat?  You have

10  invade the vote by internet.  They claim they didn't

11  do it.  We have pictures of them doing it.  So give

12  us those machines, we'll turn the election around, so

13  they're all covering them up, including Republicans.

14          Give us the paper mail ballots.  Give us

15  the paper mail ballots, just hand them over for

16  inspection.  They're not yours, they're the

17  government's.  Won't do that either.  So that ten-day

18  period could allow us to show how many phoney ballots

19  were entered because we have a process, we have an

20  expert who can separate them, and he can do all of it

21  in three days.  In three days we can be sure whether

22  those mail in ballots were legitimate or

23  illegitimate, and I'm willing to guarantee you

24  they're either illegitimate or somebody burned them,

25  which is another possibility.

1        CHARLIE KIRK:  Well, Mr. Mayor, thank you for

2   the phenomenal work you're doing for our country.  In

3   closing --

4        RUDY GIULIANI:  It's an honor.

5        CHARLIE KIRK:  -- how can people -- how can

6   they help and how can people stay involved in this right

7   now?

8        RUDY GIULIANI:  Right now talk to your

9   senators and congressmen.

10       CHARLIE KIRK:  Yes.

11       RUDY GIULIANI:  The ones that aren't on board

12  yet.  I think we're going to have almost the whole

13  House.  I mean, we're up to 150, 160, bare minimum 180.

14  Now you're getting close to just a few more and we have

15  the entire House.

16       The Senate is very disappointing, and I'll

17  tell you, the establishment Republicans are a

18  disgrace.  They're like, I mean, I will, if we don't

19  win, I will dedicate my time to trying to clean up

20  the Republican Party of the traitors.  We don't need

21  traitors.  If you were asking them to do something

22  wrong, of course they shouldn't do it.  We have

23  asking them to really perform their constitutional

24  duties, and their hands are shaking because they're

25  afraid of big business, they're afraid of the

1  newspapers, they're afraid of the Washington Post.

2  If you have so little courage, you don't belong

3  representing other people.  Go find somebody who has

4  courage to represent you, not someone who can get

5  rolled by the Washington Post.

6         CHARLIE KIRK:  I agree.  Well, Mr. Mayor, keep

7  up the fight.  We'll be watching.  We've got your back.

8         RUDY GIULIANI:  Thank you, Charlie.

9         CHARLIE KIRK:  Thank you.

10         RUDY GIULIANI:  Thank you.

11         CHARLIE KIRK:  See you soon.

12         RUDY GIULIANI:  You've been great.

13         CHARLIE KIRK:  Thank you.

14         RUDY GIULIANI:  Unbelievable.

15         CHARLIE KIRK:  Thank you.

16         ANNOUNCER:  Thanks so much for listening,

17  everybody.  Email us your questions.  As always,

18  Freedom@Charlie Kirk.com.  If you want to get involved

19  with Turning Point USA go to TPUSA.com, TPUSA.com, and

20  if you want to support us go to CharlieKirk.com/support.

21         Thanks so much for listening, everybody.

22  God bless.

23         (End of recording.)

24

25

Flash Update Charlie Kirk Show

1

2

3                 CERTIFICATE OF REPORTER

4

5        I, Charlotte Crandall, certify that I was

6  authorized to and did transcribe the foregoing audio

7  recorded proceedings and that the transcript is a

8  true and complete record of my stenographic notes

9  from an audio recording and was transcribed to the

10  best of my ability.

11

12        Dated this 22nd day of January, 2021.

13

14

15

16

17

18        _____

         Charlotte Crandall
19         Registered Professional Reporter

20

21

22

23

24

25

**1**

**110,000** 14:12
**12th** 3:15
4:20 11:14
**130,000** 14:11
**138,000** 14:3
**150** 19:13
**160** 19:13
**1788** 4:5
**180** 2:3 19:13
**1800** 3:16
**1876** 8:6,9
**1960** 5:24 7:4

**2**

**20** 7:11 18:1
**200** 13:13
**2000** 13:18
**2004** 13:18
**2021** 21:12
**22nd** 21:12
**230** 10:10
**233** 10:9
**26** 10:14
**27** 10:14
**29th** 7:10

**3**

**30** 7:17
**30,000** 14:1,3

**4**

**40** 7:17
**400,000** 9:10
15:17

**6**

**6** 2:3

**600,000** 9:11,
25
**6th** 5:17

**8**

**85,000** 9:10

**A**

**ability** 21:10
**Abrams** 10:2
**absolutely**
10:16
**academic** 5:8
**action** 5:21
8:5
**active** 8:24
**Adams** 8:3
**addition** 8:6
**advantage**
10:13
**advice** 6:10
**afraid** 15:20
19:25 20:1
**agree** 5:9 8:8
11:13 17:13
20:6
**ahead** 9:16
**altered** 5:2
**altogether**
12:23
**amazing** 2:18
**amendment**
3:15 4:21 5:7
11:14
**America's** 3:1
**amount** 14:7
**ANNOUNCER**
2:13 20:16
**anti-semitic**
17:1
**anybody's**
9:13
**Arizona** 6:18,
19,20,21

**11**:3,4,19
12:14 14:17,
18 15:7,9
16:11
**attorney**
13:22
**audience**
11:17
**audio** 21:6,9
**audit** 17:14
**authority**
5:23
**authorized**
21:6
**aware** 12:11

**B**

**back** 3:2 4:20
11:8,9 17:17
20:7
**bad** 11:6 15:2
**balance** 5:6
10:15
**ballots** 14:1
18:14,15,18,
22
**bare** 19:13
**bargain** 8:10
**based** 6:9,10
8:12 13:12
17:9
**basic** 17:22
**basically**
9:17 11:8
**belong** 16:21
20:2
**Biden** 9:7,10,
14,16 10:10
12:8 16:10
**big** 16:7
17:12 19:25
**bit** 3:1 4:7
**Blackburn**
12:25
**bless** 20:22

**blocking**
15:15
**board** 19:11
**borrows** 6:16
**Bowers** 14:20,
21,22
**Brady** 14:21
**Buckle** 2:11
**building** 2:19
**burned** 18:24
**Burr** 3:17,19,
25
**Bush** 13:17,18
**business**
19:25
**businesses**
15:24

**C**

**calculation**
9:9
**call** 10:22
14:16 16:9,16
**called** 16:9
**calling** 13:2
17:14
**campuses**
2:15,23
**candidates**
12:7
**careful** 13:6
**case** 3:24,25
7:2 9:16
10:12 15:12
16:4
**cases** 13:21
**category** 8:18
12:4
**CERTIFICATE**
21:3
**certification**
8:8 17:19
**certified**
10:8
**certify** 8:18

21:5
**certifying**
  15:11
**chair** 8:1
**challenge**
  4:18 12:1
  14:9
**challenged**
  3:19 4:17
  12:12 15:13
**chambers** 11:7
**change** 18:6,
  7,9
**changed** 3:15
  5:1 18:5
**Charlie** 1:7
  2:1,2,9,13,
  14,16,17,24,
  25 3:3,5,7
  5:16 8:6
  10:17 12:19
  14:7,13,21,23
  15:21 17:7,13
  19:1,5,10
  20:6,8,9,11,
  13,15
**Charliekirk.**
**com/support.**
  2:8 20:20
**Charlotte**
  21:5,18
**cheat** 18:9
**cheating**
  16:23,25
**choice** 13:12
**choices** 4:3
  6:12,13 7:20
**choose** 4:10
**claim** 18:10
**clarity** 10:21
**clean** 19:19
**close** 7:4
  15:17 16:4
  19:14
**closing** 14:13
  19:3

**college** 2:14
  3:15 4:11 7:7
  8:9
**comment** 5:22
**complete** 21:8
**completely**
  5:20 17:13
**compromise**
  8:9
**conducted**
  10:6
**conflict**
  11:12
**confusing**
  9:18
**confusion**
  3:16 5:16
**Congress** 5:1,
  4,6,18,19
  6:22
**congressman**
  11:4,5,21
**congressmen**
  19:9
**consideration**
  16:20
**consistent**
  7:19
**Constitution**
  5:12 6:7,11
  13:5,10 15:5
**constitutional**
  3:9,14 4:25
  5:23 8:14
  13:7,8,11
  19:23
**contention**
  8:20
**contesting**
  7:24
**correct** 10:9
**count** 5:23
  8:19
**counted** 9:12
  14:3
**counting** 14:1

**countries**
  2:21
**country** 2:18,
  23 17:5,10
  19:2
**couple** 3:9
  5:19
**courage** 20:2,
  4
**courageously**
  12:23
**court** 4:17,18
  5:2,5,9 8:15
**covering**
  17:24 18:13
**cowards** 17:6
**Crandall**
  21:5,18
**created** 2:20
**credit** 9:5
**crook** 16:7
**Cruz** 17:14
**cutting** 17:11

---

### D

**Dated** 21:12
**day** 3:23 7:5
  21:12
**days** 18:21
**deal** 10:2
**deals** 15:23,
  24
**debate** 10:21
  11:2,9,18,22,
  23,24 12:20
  13:17
**debated** 4:15
**debates** 13:16
**December** 7:10
  14:16
**decertification** 17:19
**decertify**
  9:19
**decertifying**

15:10
**decide** 8:15
  11:13 14:5
**decides** 8:4
  10:25
**deciding** 7:16
**decision** 4:1,
  23 6:1,2,5,9
  8:2 9:1,18
**dedicate**
  19:19
**dedicated** 6:7
**delegation**
  10:14
**delegations**
  10:15
**demands** 6:11
**Democrats**
  12:22 13:14
  15:23 16:22,
  25
**denied** 17:22
**depends** 10:24
**destroyed**
  2:21,22
**determination**
  11:15
**determinative**
  9:4
**determine**
  12:5
**determined**
  7:10
**determining**
  5:14
**Detroit** 18:4
**disappointing**
  19:16
**discuss** 8:25
**discussed**
  8:21
**disgrace**
  15:1,18 19:18
**dispute** 3:23
  4:24 9:2,3
**disputes** 4:4
  7:23

**disrupts**   5:5
**Dominion**   18:2
**dramatic**   9:22
**duties**   19:24

---

**E**

**easily**   8:25
  9:17
**elected**   3:17
  6:21
**election**   3:16
  7:5 10:6 12:6
  18:2,12
**electoral**
  3:14 4:11
  7:6,17 8:8,12
**electors**   4:1
  5:15,24 6:21,
  23 7:8,25 8:1
**email**   2:9
  20:17
**embrace**   2:21
**end**   12:22
  20:23
**ended**   8:11
**enjoy**   2:6
**entered**   18:19
**entire**   18:2
  19:15
**episode**   2:2,
  5,25
**essence**   6:22
**establishment**
  15:22 19:17
**event**   11:16
**eventually**
  3:19 5:9
**evidence**   9:5,
  15 12:8,17
  13:20,22
  15:6,8,16
  17:22
**exact**   7:18
**exclusively**
  4:10

**expect**   10:18
**expert**   18:20
**experts**   5:8

---

**F**

**facility**
  15:13
**fact**   3:13
**fall**   17:17
**feckless**
  14:18
**feel**   5:8
**fight**   2:22
  20:7
**figure**   12:8
**film**   14:5
**find**   5:9
  13:20 17:16
  20:3
**finds**   5:2
**fine**   11:11
**fit**   12:4
**five-yard**   3:9
**flash**   1:6
  2:1,25
**flip**   18:2
**follow**   6:8
  9:21 11:1
  13:8 17:4
**foregoing**
  21:6
**forgets**   13:14
**form**   17:19
**found**   5:3
**freedom**   2:22
**Freedom@**
**charlie**   20:18
**freedom@**
**charliekirk.**
**com.**   2:10
**front**   6:23

---

**G**

**gave**   5:12
  15:3
**generally**
  7:22 9:20
**Georgia**   3:24
  10:1 12:14
  13:24,25
  14:5,9,11
  15:7,9 16:9
**Giuliani**   2:3,
  11 3:2,4,13
  6:1 8:23
  10:24 13:4
  14:8,20,22,24
  17:8,16 19:4,
  8,11 20:8,10,
  12,14
**give**   3:12
  6:12 14:8
  17:21 18:1,2,
  3,11,14
**God**   20:22
**good**   11:6
  15:2
**government's**
  18:17
**governor**   5:14
  6:24 14:25
  16:5
**governors**
  16:11,13
**great**   8:9,10
  20:12
**group**   6:21
**groups**   7:24
**grow**   17:9
**guarantee**
  16:10 18:23
**guidance**   11:1
**guy**   2:17

---

**H**

**hand**   18:15
**hands**   19:24
**happen**   5:17
  11:19
**Hawaii**   7:4,5,
  16
**Hayes**   8:7
**hearing**   15:3
**held**   7:8
**helping**   17:9
**Hey**   2:1
**honor**   19:4
**horrible**
  14:19
**hot**   8:19
**hours**   10:21
  11:2,9 13:13
**house**   2:16
  4:9 5:11,12
  8:7 10:11,12
  14:18 15:14
  17:20 19:13,
  15
**hundred**   4:16
  9:17 13:12

---

**I**

**ideas**   2:21
**illegal**   9:11,
  12 10:4 12:6
  14:1
**illegalities**
  12:3
**illegally**
  10:6
**illegitimate**
  18:23,24
**immediately**
  9:10 10:11
**important**   6:6
**inactive**
  14:15

inaudible
  17:2
including
  15:13 18:13
incredible
  2:14,17
inspection
  18:16
interesting
  3:20 12:12
  16:1
internet
  18:10
invade  18:10
involved  19:6
  20:18
irregularities
  12:3
issue  4:18
item  5:4

J

January  2:3
  5:17 21:12
Jefferson
  3:17,19,25
  4:1 7:14 8:3
job  2:19
join  14:25
joins  2:3
judgment  6:9

K

Kemp  16:5
Kennedy  7:4,
  11,14
Kennedy's  7:7
kind  3:7 8:21
  12:13 13:17,
  20 14:14 17:8
Kirk  1:7 2:1,
  2,14,16,24,25
  3:3,7 5:16
  8:6 10:17
  12:19 14:7,

13,21,23
  17:7,13 19:1,
  5,10 20:6,9,
  11,13,15
Kirk's  2:16
Kirk.com.
  20:18
Kirk.com/
support.  2:9

L

law  9:13,21,
  23 17:4
laws  13:5
leader  14:17
leaders
  15:14,19,22
leadership
  15:12
learn  2:6
learned  2:5
leave  10:8,9
legal  4:14
  13:13
legislators
  17:22
legislature
  9:22 15:7
  16:14
legislatures
  4:13 5:13
  14:14 15:2,3
  16:12 17:21
legitimate
  18:22
liar  13:14
  16:6,7
listeners
  10:18
listening  3:5
  20:16,21
lives  2:22
longer  16:17
lost  7:17
  10:5 16:11

lot  2:5,6
  5:16 10:19,20
  14:15
love  2:18 3:5
loyal  15:4
  16:23,25
  17:2,3
lucky  2:15

M

machine  17:24
  18:7,8
machines
  17:24,25
  18:2,3,5,12
made  4:23
  6:2,14 10:2
mail  18:14,
  15,22
main  12:13
majority
  10:10 15:15
  16:4
make  4:1 6:5,
  9 8:1,25 9:18
  11:14 15:22
makes  7:20
making  4:3
  15:23,24
manipulated
  18:4
Marcia  12:25
margins  9:7
matter  11:6
mayor  2:2,11
  3:2 14:13
  19:1 20:6
means  12:6
  14:11
meeting  6:4
member  16:2
members  5:18,
  19 15:4 16:1
met  7:7
Mexico  11:25
  12:11

Michigan
  12:14 15:6
Mike  3:23
  5:22 8:4
millions  2:7
minimum  17:21
  19:13
minute  11:20
morning  5:19
motive  7:18
move  11:22
multi-hour
  12:21
multiple  14:4

N

names  7:9
  16:19
necessarily
  8:17
needed  5:4
negotiated
  8:10
Nevada  12:15
newer  16:2
newspapers
  20:1
Nixon  5:24
  7:4,5,7,13,
  14,16 8:3
notes  21:8
number  9:4
numbers  18:1

O

object  5:20
  11:4,5,21
objected
  13:15
objecting  2:4
objection
  6:19,20 10:22
  11:3,7,23
  12:20

objections
6:14 10:19
observe   9:23,
24
officer   7:22
open   4:17
opinion   4:14
8:12
opinions   5:20
option   17:18
options   13:5,
9 17:17
organizations
2:20
original   4:20
7:6
outraged   16:2

---

**P**

paper   18:14,
15
part   12:1
party   6:7
15:1 16:21,22
17:9 19:20
passed   4:5
5:4
Pence   3:23
5:22 8:4
Pennsylvania
9:8,24 12:14
15:13,17,18
people   2:8
7:7 10:20
13:1 16:23
19:5,6 20:3
percent   18:5
perform   19:23
period   18:18
phenomenal
19:2
phoney   18:18
pick   4:2 5:11
13:10
pictures
18:11

place   5:14
17:23
places   15:3
plan   5:19
pleasure   3:4
podcasts.
apple.com/us/
podcast/flash-
update-with-
mayor-   1:9
Point   2:20
20:19
political
15:1 17:9
possibility
8:24 10:16
18:25
possibly   2:4
Post   20:1,5
power   4:9,12,
13 5:2,5,11,
13 14:15
powerful   2:19
13:22
practice   4:24
7:19 8:2
precedent   4:3
present   14:2
president
3:11,17,18,
20,21,22 4:2,
3,10,22 5:6,
11,22 6:3,9,
13,23 7:12,
13,20,21 8:7,
11,16 10:25
11:10,12 13:7
president's
8:17
presidents
13:15
presiding
7:22
pretty   9:16
primaries
17:12

principal
17:10
printout   14:4
privileged
17:25
problem   4:8,
11
procedure   5:1
6:16,17
procedures
4:6
proceed   4:19
proceedings
21:7
process   12:21
13:7 18:19
Professional
21:19
professors
3:10 4:23
program   2:6,7
proper   7:25
prosecuted
13:21
prove   9:9
12:18 13:24
provision
3:14
purer   15:25
purpose   9:25
put   8:17
10:10 13:25
15:5
puts   5:14

---

**Q**

qualify   15:16
questions
2:10 20:17

---

**R**

Raffensperger
16:6

Ralston   16:8
range   9:2
read   7:3
15:25
readings   8:13
reality   15:1
reason   7:15
14:24 15:5,21
recent   7:2
reconstruction
8:10
record   21:8
recorded   21:7
recording
20:23 21:9
recount   7:6,
10
regard   4:4
Registered
21:19
regular   16:1
remain   16:25
17:2
remarks   17:1
remember   7:3
14:20 17:11
report   11:10
Reporter
21:3,19
represent
20:4
Representative
s   4:9 10:11,
12
representing
20:3
Republican
8:11 11:20,21
13:15 16:13,
21 19:20
Republicans
2:4 12:23,25
15:5 16:5,8,
18 18:13
19:17
research   6:4
13:13

**responsibility**
16:15
**results** 2:4
8:9,17,19
**Richard** 5:24
7:13
**roll** 10:22
**rolled** 20:5
**Rudy** 2:2,11
3:2,4,13 6:1
8:23 10:24
13:4 14:8,20,
22,24 17:8,16
19:4,8,11
20:8,10,12,14
**rudy-giuliani/**
**id146060600818**
**?i=**
**100050433207**
1:9
**rules** 11:17
**ruling** 4:4
**running** 2:16
17:6

**S**

**sacred** 17:25
**Samuel** 8:7
**save** 17:5
**scholars** 8:14
**secretary**
10:1
**secretly** 9:12
**sedition**
13:16
**seditious**
13:2
**selected** 3:21
7:14,15
**Senate** 3:11
4:2,12 7:12,
13,21 8:8,16
11:8 15:14
19:16
**senator** 11:4,
5,20 12:24,25

**17:14**
**senators**
16:19 19:9
**sends** 17:19
**sense** 3:1
**separate** 6:21
7:8 11:7
18:20
**session** 7:8
16:9,16
**sessions**
14:16
**set** 6:16
**sets** 6:23
9:22
**settles** 7:23
**shaking** 19:24
**shares** 4:12
**show** 1:7 2:2,
25 3:3 7:18
13:25 14:1
18:4,18
**shows** 12:17
**signature**
9:24
**signatures**
9:25 10:4
**single** 10:14
17:23,24
**sleepers**
12:13
**small** 9:3
**sole** 14:24
**Speaker** 16:8
**special** 14:16
16:16
**spirit** 2:18
16:18
**Stacey** 10:2
**standing**
12:23
**stands** 15:21
**started** 3:8
**state** 4:13
5:13 9:6 10:2
11:23,24
12:19 14:14

**15:2 17:21**
**states** 5:24
8:20 9:1,5,21
10:5,7 11:25
12:10,17 13:6
**statute** 4:5,
8,20 6:14
7:19 11:1
**stay** 19:6
**stenographic**
21:8
**stole** 14:10
**strong** 10:16
15:4
**stronger**
13:21
**submitted** 7:9
**substantial**
12:3
**support** 2:7
20:20
**supporting**
9:15 16:20
**supposed** 3:18
4:10 14:8,9
**supreme** 8:15

**T**

**takes** 4:8,12
5:10,13
**talk** 2:3 16:1
19:8
**talking** 3:5,8
5:18
**Ted** 12:24
17:14
**television**
13:23,25
14:10
**ten** 11:24
18:3
**ten-day** 17:14
18:17
**terrific** 15:7
**theft** 16:3

**theories** 3:10
**thing** 3:20
10:1 16:11
**things** 17:10
**thinks** 13:11
**thought** 3:17
**thousand** 9:17
**thousands** 9:2
**throwing** 10:7
12:7
**Tilden** 8:7
**time** 3:22 4:6
8:4 12:2
13:18 15:24,
25 17:12
19:19
**times** 14:4
16:24
**today** 6:4
**Tommy** 12:24
**tomorrow** 6:6
**totally** 14:18
**TPUSA.COM**
20:19
**traitors**
19:20,21
**transcribe**
21:6
**transcribed**
21:9
**transcript**
21:7
**triggers**
11:21
**true** 21:8
**Trump** 9:6,15,
16 10:9 12:9
13:18 14:11
15:16 16:10
**Tuberville**
12:24
**turn** 18:12
**turning** 2:20
14:2 20:19
**two-hour**
11:18,22
12:20

## U

**U.S.**  13:21
**ultimately**
  13:12
**Unbelievable**
  20:14
**uncertainty**
  10:19,20
**unconstitution**
**al**  4:15,16,19
  5:3,4,10,15
  6:15 13:1
**United**  13:6
**unusual**  7:1
**update**  1:6
  2:25 3:12
**urgency**  3:1
**USA**  2:20
  20:19

## V

**vice**  3:11,18,
  22 4:3 5:22
  6:3,13,23
  7:20 10:25
  11:10,12
**Virginia**
  11:25 12:11
**vote**  3:19
  7:16 8:12
  9:14,15
  10:13,14,22
  11:10,11,12
  12:7 16:10,
  14,15 18:5,6,
  7,9,10
**voted**  3:24
  7:7
**votes**  7:11,17
  9:3,11,19
  10:7 14:11
  15:10,19
**voting**  18:8

## W

**walk**  10:17
**wanted**  18:9
**Washington**
  20:1,5
**watching**  20:7
**ways**  12:18
**White**  2:16
**win**  19:19
**winner**  12:5
**Wisconsin**
  12:14
**won**  7:5,11
  9:6,7,9,10
  10:5 12:9,17
  13:24 14:11
  15:16 16:10
**words**  9:4
**work**  6:17
  10:23 11:16
  19:2
**works**  11:17
**write**  16:18
**written**  8:14
**wrong**  19:22

## Y

**years**  4:16
  16:24
**younger**  15:4
**youth**  2:19