# Exhibit 215

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 2 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021

1

2

3

4

5

6

7

8    UNCOVERING THE TRUTH WITH RUDY GUILIANI

9        AND DR. MARIA RYAN

10            77 WACB

11          JANUARY 10, 2021

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 3 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    2

1          (Begin audio.)

2

3          MALE:  The following program does not

4   necessarily reflect the views of WABC Radio.

5          MALE:  Hoaxes and other fake news stories.

6   This is Uncovering the Truth with Dr. Maria Ryan and

7   Rudy Giuliani.

8          FEMALE:  Guarding against misinformation.

9          MALE:  Fake news.

10          FEMALE:  And it doesn't seem to be making a

11   difference.

12          MALE:  Using common sense, thinking with

13   New York street smarts.  Now with Dr. Maria Ryan,

14   here's Rudy Giuliani.

15          MR. GUILIANI:  Good morning, this is

16   Rudy Giuliani reporting to you from East Berlin, uh,

17   with Dr. Maria Ryan.

18          DR. RYAN:  Good morning.

19          MR. GUILIANI:  I say East Berlin because the

20   last couple of days, it felt like my old experiences

21   when I worked for President Reagan and dealt with the

22   Cold War.

23          DR. RYAN: It's -- it's -- it feels worse --

24          MR. GUILIANI:  I think there was actually --

25          DR. RYAN:  -- because it's happening to

File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    3

1   Americans.

2        MR. GUILIANI:  -- less censorship in

3   East Berlin, at least toward the end.  And that's what

4   we're -- that's gonna be our topic today.

5        Maria and I are gonna talk about the

6   historic level of censorship that has been imposed on

7   a free country.

8        DR. RYAN:  This is just the second Sunday of

9   the new year.  And everybody was looking forward to

10  2021, a new start.  Smiles.  Let's put the pandemic

11  behind us, the division behind us.  And it starts out

12  with oppression.

13       MR. GUILIANI:  Well, this is --

14       DR. RYAN:  Terrible.

15       MR. GUILIANI:  -- happening on a very, very

16  large level.  And so much is going on, you know,

17  with -- uh, with the election, the election dispute,

18  uh, the inauguration.

19       Is the President gonna go, not go?  What

20  happened -- what happened with the speech?  Uh, what

21  happened with the breach of the capital?

22       All that's -- all that's going on.  And

23  that -- all of that is worthy of tremendous -- uh,

24  tremendous, uh, attention.

25       It may well have had more of an impact on

Case 1:21-cv-00213-CJN  Document 2-150  Filed 01/25/21  Page 5 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                    4

1  the future of the country than this.

2      But I wonder, Maria.  The -- it's often

3  thought that the right of free speech is the first one

4  we're given in the First Amendment, because it's the

5  most important right that we have.

6      DR. RYAN:  It sure is.

7      MR. GUILIANI:  The second one is the right

8  of freedom of religion.

9      DR. RYAN:  Yeah.

10     MR. GUILIANI:  And, uh, I -- I do think that

11 our founding fathers understood that democracy is a

12 farce without free speech.

13     And the first thing the autocrats and

14 eventually the dictators, and then the monstrous, uh,

15 oligarchs take away is free speech.

16     DR. RYAN:  You know, everybody says we've

17 been, um, experiencing the playbook of communism.  And

18 it started -- you know, it's -- it's been going on,

19 actually, for a while.

20     But they've ramped it up in the last couple

21 years.  And now my heart goes out to those people

22 that, uh, are losing their jobs.  Some people work

23 through social media, small businesses.

24     MR. GUILIANI:  They're not all -- because

25 you're a conservative, you're being oppressed.

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 6 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    5

1  They're not all, uh -- uh, you know, Twitter making

2  billions, billions, billions, billions.  They're not

3  all Google and Amazon.

4       They also get -- they get a tremendous break

5  from the government.  They get Section 230 --

6       DR. RYAN:  We gotta -- we gotta get rid of

7  that.

8       MR. GUILIANI:  -- which holds them immune

9  from any kind of lawsuit.  So they can call you any

10  name they want.  They can print any lie they want.

11       Unlike even the newspapers and the -- and --

12  and the networks, they're not subject to suit.  So

13  they're completely uncontrolled.

14       And every time you try to touch them, they

15  yell, "Free speech!"  But they are hypocrites.  Before

16  I get to the legal right of free speech, let me get to

17  the value of free speech.

18       Of course, they argue they're private

19  companies, they can restrict speech any time any way

20  they want.  Maybe that's true.  Maybe that isn't true.

21       But there's something beyond the lore of

22  free speech.  It's called the value of free speech.

23  Free men and women value free speech.  Good men and

24  women value free speech.

25       Maybe put this way by the old-time liberals.

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 7 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    6

1 The test of your dedication to free speech is if you

2 will defend the right of the people you disagree with

3 to speak.

4          DR. RYAN:  Right.  Right.

5          MR. GUILIANI:  It's easy for me to say I'll

6 defend Rush Limbaugh's right to free speech.

7          DR. RYAN:  Hmm.

8          MR. GUILIANI:  Different for me to say I'll

9 defend Rachel Maddow's right to free speech.  I

10 disagree with Rachel Maddow.

11          DR. RYAN:  But you would defend her right.

12          MR. GUILIANI:  Of course.  I think the

13 American people have to hear her.

14          DR. RYAN:  As would I -- as would most

15 Americans.

16          MR. GUILIANI:  I think they have to hear her

17 what I might regard as completely irresponsible,

18 totally wrong --

19          DR. RYAN:  Right.

20          MR. GUILIANI:  -- factually incorrect --

21          DR. RYAN:  Right.

22          MR. GUILIANI:  -- whatever it is.

23          DR. RYAN:  Yeah.

24          MR. GUILIANI:  And that's the way we have,

25 as Justice Oliver Wendell Holmes said, robust debate

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 8 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    7

1    in America.

2        DR. RYAN:  I love it.  I call it spirited

3    debate.

4        MR. GUILIANI:  That's what makes this a

5    democracy.  What they have done now --

6        DR. RYAN:  Oh.  If you d- --

7        MR. GUILIANI:  It's been going on --

8        DR. RYAN:  If you disagree; right?

9        MR. GUILIANI:  It's -- it's been going on

10   since the election.  Whether -- whether the election

11   was stolen in other ways, the American people --

12       DR. RYAN:  It was.

13       MR. GUILIANI:  -- in the last four weeks of

14   the election were deprived of critical information

15   about the criminality of the Biden family.

16           The hard drive was published in only one

17   newspaper.  That newspaper -- the newspaper --

18       DR. RYAN:  New York Post, thank you.

19       MR. GUILIANI:  -- the oldest newspaper in

20   the United States was banned -- was banned.

21       DR. RYAN:  Yeah.

22       MR. GUILIANI:  They couldn't be repaired.

23       DR. RYAN:  Some guy with a beard said --

24       MR. GUILIANI:  Some guy with a beard.  And,

25   uh, does he have a mustache like (unintelligible,

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 9 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    8

1  speakers overlapping) --

2        DR. RYAN:  A bazillionaire who sits on a

3  throne and says, "I don't like what you have to say.

4  I'm" --

5        MR. GUILIANI:  I'm a left-wing --

6        DR. RYAN:  -- "shutting you out."

7        MR. GUILIANI:  I'm a left-wing contributor.

8        DR. RYAN:  "I am shutting you out."

9        MR. GUILIANI:  I'm a left-wing contributor

10  of a government that wants to move towards socialism.

11  That's where I want it to go.

12        And I don't want you to hear about how the

13  Biden family, for 30 years, has been collecting

14  bribes.  I don't want you to hear Hunter Biden say,

15  "For the last 30 years, I've been giving money to Pop

16  and paying all the expenses.  And I still have to kick

17  back half to him."

18        If that doesn't admit a 30-year conspiracy

19  to sell public office, nothing does.  You were not

20  allowed to hear that before you made your choice for

21  President.

22        That isn't just called censorship.  That's

23  called attack and destruction of a democracy.  Because

24  without true information, you can't make the right

25  choice.

Case 1:21-cv-00213-CJN  Document 2-150  Filed 01/25/21  Page 10 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    9

1          This is unAmerican, and this has to stop.

2   And all this nonsense about, well, they're private,

3   private, private, and therefore they can do anything

4   they want.  Well, they are privately controlling

5   public communication.

6          DR. RYAN:  Look what they're doing to

7   Parler.  So a lot of people left Twitter when they

8   abused the President of the United States and silenced

9   his voice.  They almost want to make it like he didn't

10  exist.  They wanted to annihilate him.

11         MR. GUILIANI:  85 million people who count

12  on hearing that and maybe even count on disagreeing

13  with it --

14         DR. RYAN:  Yeah.

15         MR. GUILIANI:  -- have now been cut off from

16  their right to know.

17         What about that?

18         DR. RYAN:  What about --

19         MR. GUILIANI:  What about the right to know

20  of 85 million United States American citizens?  It's

21  not just about President Trump or about Parler.

22         It's about the people who want to get

23  information that way.  They have a right to that.  And

24  Dorsey has no right, unless he thinks he's a

25  modern-day dictator --

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 11 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                    10

1        DR. RYAN:  He does.

2        MR. GUILIANI:  -- (unintelligible) stop

3    that.

4        DR. RYAN:  He's got a little thrown.

5        MR. GUILIANI:  He is too damn irresponsible

6    to run a company that has such a major impact on the

7    public.

8        He doesn't understand America.  He doesn't

9    understand American values.  No American would cut off

10   85 million people, except a distorted one.

11       DR. RYAN:  Except a distorted one like

12   Zuckerberg.  He comes across with that charming little

13   boy look and those bug eyes at you, and all the time

14   donating millions and millions of dollars to these

15   groups that are known to do ballot harvesting, paying

16   people for their vote.  He's just as bad.

17       MR. GUILIANI:  And where's his campaign --

18       DR. RYAN:  We gotta break up those

19   monopolies.

20       MR. GUILIANI:  Where's his campaign

21   contribution --

22       DR. RYAN:  But what they're doing to

23   Parler --

24       MR. GUILIANI:  -- uh, violation?

25       DR. RYAN:  So a lot of people left Twitter

Case 1:21-cv-00213-CJN  Document 2-150  Filed 01/25/21  Page 12 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                      11

1  to go to Parler, another social media platform.

2        MR. GUILIANI:  Well, I have 1.4 million

3  people --

4        DR. RYAN:  Yep.

5        MR. GUILIANI:  I have 1.4 million on Parler

6  that want to hear me.  Some of them want to hear me

7  because they agree.  I know from the responses.  Some

8  want to hear from me to debate with me.

9        DR. RYAN:  To debate?  Some just want to

10  like --

11        MR. GUILIANI:  Some want to rip me apart.

12        DR. RYAN:  Yeah.  Or call you every name.

13        MR. GUILIANI:  I have -- I have every right

14  to do that.  In some ways because of my podcast, it's

15  part of my income.

16        DR. RYAN:  Oh, sure.

17        MR. GUILIANI:  So what they have done is if

18  they do away with Parler, they have done direct damage

19  to my income, direct damage to thousands and hundreds

20  of people's income, and direct damage to Parler.

21        If that isn't a conspiracy and restraint of

22  trade, I don't know what is.  Justice Department, wake

23  up!

24        DR. RYAN:  We are so corrupt.

25        MR. GUILIANI:  Start to get honest!  Wake

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 13 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                              12

1  up!

2      DR. RYAN:  No one can question why people

3  are angry.  So many people have been brainwashed to

4  believe that anybody with a different opinion is bad.

5  We're evil.

6      Oh, anyways.  I just want to talk real quick

7  about Apple, Google, and Amazon.  Big Tech.  Big, big

8  people.  They didn't like it that people are now gonna

9  continue free speech on Parler.  They will no longer

10  host them.

11      MR. GUILIANI:  That is --

12      DR. RYAN:  This is criminal.

13      MR. GUILIANI:  That -- that -- that has to

14  be contested under any number of legal theories, which

15  includes antitrust, a variant of antitrust called

16  Restraint of Trade.

17      Which now that they're getting into people's

18  livelihoods I think is a very good both criminal and

19  civil cause of action.

20      I think Section 230 should be challenged in

21  the courts.

22      DR. RYAN:  And --

23      MR. GUILIANI:  It was premised --

24      DR. RYAN:  Yeah.

25      MR. GUILIANI:  It was premised on there

Case 1:21-cv-00213-CJN  Document 2-150  Filed 01/25/21  Page 14 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                           13

1   being the public square.  You can come and say

2   anything.  They wouldn't edit anything.

3        Now the edit everything.  So they've changed

4   the nature of what they are when they got that

5   immunity.  That immunity should go.

6        DR. RYAN:  The -- yep.  The President asked

7   for that to be put in the COVID bill, since everybody

8   else put in their little pet projects, and money going

9   to, you know, Afghanistan, Egypt.

10       You know, let's -- let's study gender

11  something or other in Pakistan.  Nobody fought against

12  that.  Like give me a break.  And yet this was very

13  telling that not even Republicans went against 230.

14       But indulge me, people.  I do just want to

15  take a few minutes to, uh, recognize the people that

16  lost their lives during what transpired on Wednesday.

17       Capitol Police Officer Brian Sicknick.

18       MR. GUILIANI:  Our prayers -- our prayers

19  to, uh, that brave police officer.

20       DR. RYAN:  Yep.  Ashley Babbitt, a US Army

21  Air Force veteran from San Diego where, disturbingly,

22  most of us saw her live --

23       MR. GUILIANI:  Oh.

24       DR. RYAN:  -- get killed.  It's all over the

25  internet.

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 15 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                          14

1        MR. GUILIANI:  Very, very, very

2   (unintelligible, speakers overlapping).

3        DR. RYAN:  I cannot imagine what the family

4   is going through.

5        MR. GUILIANI:  And lots -- and lots of

6   confusion about it too.

7        DR. RYAN:  From what we know, she was a

8   woman who believed in freedom.  And she saw our

9   country changing, and she wanted her voice heard.

10       Benjamin Phillips of Pennsylvania.

11  Kevin Grissom of Alabama.  Roseanne Boyland of

12  Georgia.

13       And it's important for us to recognize those

14  lives lost.

15       MR. GUILIANI:  They have to be remembered.

16  We must pray for them.  And we must pray that stuff

17  like that never happens again, and we learn from it.

18       And we must also pray that the unbelievable

19  oppression of the last year, of 2020, which began with

20  the destruction of our free speech, freedom of

21  religion, freedom of travel, freedom of movement,

22  freedom to make our own choices, our right to have a

23  free and fair election --

24       DR. RYAN:  Yeah.

25       MR. GUILIANI:  -- and our right to speak out

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 16 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    15

1  about our opinions on that free and fair election, and

2  then our right to speak out on our opinions of, uh,

3  just about anything that they disagree with can be

4  preserved.

5         Because if these oligarchs can take control

6  and shut down 80 percent of the communication in

7  America, gosh.  I don't even think -- I don't even

8  think a dictatorship is that effective.

9         DR. RYAN:  I want to put out a wake-up --

10        MR. GUILIANI:  It becomes --

11        DR. RYAN:  -- call.

12        MR. GUILIANI:  It becomes a private

13  dictatorship sanctioned by the government.

14        DR. RYAN:  And you know, what?

15        MR. GUILIANI:  Because they're cooperating

16  with the general (unintelligible, speakers

17  overlapping).

18        DR. RYAN:  I am not inciting anything.  I am

19  not, uh, encouraging anything.  But I know people.  I

20  feel.  I'm a feeling type of people.  They're not

21  gonna take this much longer.

22        If they really want bloodshed -- and, again,

23  please realize I am not wanting anything.

24        MR. GUILIANI:  There are many elements --

25        DR. RYAN:  But people are angry, feeling

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 17 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                              16

1   oppressed.

2        MR. GUILIANI:  There are -- there are many,

3   many elements to this.  And there's nothing achieved

4   by violence, as -- as we see from what happened this

5   week.  Uh, President Trump had no desire to have that

6   happen.

7        DR. RYAN:  No.  You know what?

8        MR. GUILIANI:  He finished his speech by

9   saying, "Act peacefully, patriotically."

10        DR. RYAN:  At 18 minutes and 16 seconds, we

11   read the transcript --

12        MR. GUILIANI:  Yeah.

13        DR. RYAN:  -- he says --

14        MR. GUILIANI:  And not only that --

15        DR. RYAN:  Yep.

16        MR. GUILIANI:  The -- the whole thing to

17   happen at the Capitol was planned days before.

18        DR. RYAN:  Oh.  We have evidence of that big

19   time.

20        MR. GUILIANI:  We have the evidence.  We

21   have the videos.  We have the texts planning it,

22   telling people to come there, telling them what to do.

23        DR. RYAN:  Several groups.  Black Lives

24   Matter --

25        MR. GUILIANI:  It had nothing to do with the

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 18 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                              17

1   speech.  And I believe it even started before the

2   speech was over.  And the speech counseled "Be

3   peaceful and patriotic."

4         DR. RYAN:  Yeah.

5         MR. GUILIANI:  So it's a political hit job.

6         DR. RYAN:  Yeah.

7         MR. GUILIANI:  However, it shouldn't have

8   happened.

9         DR. RYAN:  Do your own research on it.

10        MR. GUILIANI:  It should not have happened.

11        DR. RYAN:  Yeah.

12        MR. GUILIANI:  There's no defense for it.

13   Americans can't do it.  Left-wing Americans can't do

14   it.  Right-wing Americans can't do it.

15        DR. RYAN:  No.  Nobody should --

16        MR. GUILIANI:  And I'm gonna tell you, if

17   you do it, you hurt your cause.

18        DR. RYAN:  Yep.

19        MR. GUILIANI:  Because the cause was hurt by

20   it.

21        DR. RYAN:  Yep.  Well, that was --

22        MR. GUILIANI:  And we have to separate

23   ourselves from it immediately.

24        And now we're gonna -- and now we're going

25   to have --

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 19 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    18

1          DR. RYAN:  Before break, let's just talk

2    real quick about our question of the week.

3          MR. GUILIANI:  Okay.

4          DR. RYAN:  Uh, last week we asked if there

5    should be a 10-day delay -- of course, this is all in

6    the past -- in the electoral vote to allow forensic

7    examination of mail ballots.

8          MR. GUILIANI:  And so it was 92 of you --

9          DR. RYAN:  Yep.

10          MR. GUILIANI:  -- answered yes.  And

11    12 percent of you answered no.  And, of course, the

12    government is refusing to allow it.  So we will never

13    know.

14          DR. RYAN:  Yep.

15          MR. GUILIANI:  We will never know if there

16    were phony ballots used in this election.  Nor will we

17    ever know if the Dominion machines that were found to

18    be crooked in Antrim, Michigan were as crooked all

19    over the country.

20          We're now going to take a short break.  But

21    don't forget.  We want to hear from you.  Call under

22    the Tunnel2towers Foundation Jury Hotline at

23    1-800-848-9222.

24          Maria, you know the Tunnel2towers

25    Foundation --

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 20 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                              19

1          DR. RYAN:  Love them.

2          MR. GUILIANI:  -- is honoring America's

3     Heroes through it's Season of Hope.  Donate now at

4     t2t.org.  That's t, the number 2, t.org.  T2t.org.

5          DR. RYAN:  And after the break, Rudy and I

6     will go deeper into uncovering the truth with

7     censorship.  Stay with us right here on 77 WABC.

8          MALE:  This is Uncovering the Truth with

9     Dr. Maria Ryan and Rudy Giuliani.

10          FEMALE:  Guarding against misinformation.

11          MALE:  Fake news.

12          FEMALE:  And it doesn't seem to be making a

13     difference.

14          MALE:  Now with Dr. Maria Ryan, here's

15     Rudy Giuliani.

16          MR. GUILIANI:  I'll bring the truth.

17     Rudy Giuliani and Dr. Maria Ryan live on 77 WABC.

18     Don't forget, you can listen to previous shows by

19     going to WABCradio.com under "Weekend Shows."

20          DR. RYAN:  Well, let's talk -- let's

21     continue the conversation about the ridiculous

22     censorship at the hands of social media giants and

23     beyond.  Right?

24          Amazon is this billion, trillion dollar

25     company.  And they don't like your free speech on

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 21 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    20

1   Parler.  So they say they're not gonna host it now.

2          What are we gonna do about this?  We know we

3   have activist judges; right?  We're supposed to listen

4   to law and order.

5          Since the election, I have been surrounded

6   by legal minds, the brightest legal mind,

7   Rudy Giuliani.  And I've learned so much.

8          And the law is supposed to win; right?  It's

9   supposed to be blind to politics, blind to parties.

10  And we know with the election fraud that, um, they

11  didn't even listen to evidence.

12          So it's just so sad.  And then we saw that

13  Hillary Clinton sent out a tweet to ban a sitting

14  President.  Literally.  Somebody sent it to me.  I saw

15  it.

16          MR. GUILIANI:  I can't believe that.

17          DR. RYAN:  She said, "Let's ban this guy

18  forever."  And within an hour, the President receives

19  a permanent ban.

20          Not just, you know, a ban for a month, a

21  band for 12 hours.  Permanent.  We're gonna erase you.

22  We didn't like that you stood up for the little

23  people.

24          We didn't like that you opened the eyes of

25  the American public to the Deep State, how they have

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 22 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                        21

1  their own hidden agendas, how they're in bed with

2  communist China.  China, who hates us.  They smile at

3  us, and they try to steal our intellectual property.

4        MR. GUILIANI:  You know -- you know -- you

5  know -- you know, Maria, those are all public issues

6  of great, great important.

7        And the First Amendment was intended to

8  allow us to debate those iss- -- issues freely and

9  openly.  But I'd like to put a little emphasis on the

10  85 -- on the 85 million people that want him.

11        They wait for him.  They want to hear him.

12  Now, not all of those 85 million people agree with

13  him.  Some probably adore him.  Some probably

14  partially agree with him.  Some probably hate him.

15        Because you can see there are criticisms of

16  what he writes.  It also allow- -- I mean, it was a

17  remarkable thing this President did.  And it should be

18  continued and encouraged.

19        He shared his ideas with us.  You may have

20  found his ideas brilliant, as I did many times.  You

21  may have found his ideas bold, which I did many times.

22        Some of you may have found his ideas

23  offensive, oppressive, horrible, terrible.  But you

24  got them early, and you could debate them quickly.

25        This is a terrible, terrible, terrible

Case 1:21-cv-00213-CJN  Document 2-150  Filed 01/25/21  Page 23 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    22

1  attack on our democracy and the way it functions.  And

2  this guy, because he has a monopoly, because he

3  controls the primary way in which people communicate

4  through Twitter -- Parler is much smaller -- is

5  exercising dictatorial power.

6        DR. RYAN:  You know, it's not like they have

7  rules, and they're their applying it to everybody.

8        MR. GUILIANI:  They make it up.

9        DR. RYAN:  Twitter still allows Portland,

10  Oregon Antifa groups to organize, promote and/or

11  incite violence on the same platform.

12        There's this Youth Liberation Front.  We saw

13  Black Lives Matter groups online pre January 6 saying,

14  "Let's meet at 11:00 a.m. on January 6."

15        We saw hate -- white supremacists who hate

16  Donald Trump because of his --

17        MR. GUILIANI:  Not removed.  Not removed.

18        DR. RYAN:  -- his ties with Israel.

19        MR. GUILIANI:  Not removed.

20        DR. RYAN:  They hate him.  They said, "Let's

21  blend in" --

22        MR. GUILIANI:  If I --

23        DR. RYAN:  -- "like MAGA people."

24        MR. GUILIANI:  If I would have published on

25  Twitter the guy who several days before January 6th --

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 24 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    23

1    Black Lives Matter guy right on Twitter saying, "Let's

2    burn it" --

3          DR. RYAN:  Yeah.

4          MR. GUILIANI:  -- "Let's burn it!"  And he's

5    allowed to speak --

6          DR. RYAN:  Those posts --

7          MR. GUILIANI:  And I --

8          DR. RYAN:  -- are still up too.

9          MR. GUILIANI:  And I -- and I say the

10   election of 2020 was stolen, and I'm inciting

11   violence --

12         DR. RYAN:  Yeah.

13         MR. GUILIANI:  -- and he's not?

14         DR. RYAN:  Yeah.  And --

15         MR. GUILIANI:  "Burn it"?

16         DR. RYAN:  How about, Rudy, the guy --

17         MR. GUILIANI:  Did I say to anybody, "Burn

18   it"?  Did Trump said to anybody, "Burn it"?  They've

19   got, "Burn it.  Shoot it down.  Take it down.  Go

20   after the cops."

21         They've got all kinds of violence all over

22   Twitter, unless it's some kind of a ridiculous claim

23   against the people Dorsey is prejudiced against.

24         It can't work that way.

25         DR. RYAN:  You know, if these people like

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 25 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    24

1  communism, why don't they leave the United States?

2       MR. GUILIANI:  First of all, it's a public

3  accommodation.  It is not his private little company

4  any longer when it gets that big.

5       If was just a little public accommodation,

6  he would not make all that money.  He's making all

7  that money because it's a public accommodation.

8       Just like those, uh, counters were in the

9  South where black people weren't allowed to sit until

10  the Supreme Court said, "Tough luck, (unintelligible).

11  This is a public accommodation.  You can't deny

12  people's rights."

13       DR. RYAN:  Ooh.

14       MR. GUILIANI:  It's a restraint of trade.

15       DR. RYAN:  Okay.  That's what I was just

16  gonna ask you.

17       MR. GUILIANI:  It is being done --

18       DR. RYAN:  Okay.

19       MR. GUILIANI:  -- to hurt people's income.

20  They take -- they take Steve Bannon's show off, that's

21  gonna reduce Steve Bannon's income.

22       They -- they take my -- uh, Twi- -- uh, my

23  podcast off, I will get less income for that podcast.

24  Now, I was picked up on Rumble, and we went right to

25  450,000.  Because you people are tough.

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 26 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                          25

1        You -- you know how to get around this.  But

2   I'm gonna ask you to really pay attention to this.

3   You gotta watch new places to go.

4        You gotta keep getting this news and this

5   information.  And we have got to get tough and stop

6   this nonsense.  They are private (phonetic).

7        If they were private, they'd be poor.  They

8   appeal to the public.  They depend on the public.

9   They are a quasi government organization that is as,

10  uh, subjected to free speech as anyone else.

11       DR. RYAN:  Well, you are listening to

12  Uncovering the Truth with Rudy Giuliani and me,

13  Dr. Maria, here on 77 WABC.

14       When we come back, we open the lines for the

15  Tunnel2towers Foundation Jury Hotline.  You know the

16  number.  1-800-848-WABC.  That's 1-800-848-9222.

17  We'll hear from you on the other side of this break.

18       MALE:  This is Uncovering the Truth with

19  Dr. Maria Ryan and Rudy Giuliani.

20       FEMALE:  Guarding against misinformation.

21       MALE:  Fake news.

22       FEMALE:  And it doesn't seem to be making a

23  difference.

24       MALE:  Now with Dr. Maria Ryan, here's

25  Rudy Giuliani.

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 27 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                              26

1        DR. RYAN:  Welcome back to Uncovering the

2    Truth.  Let's head to the Tunnel2towers Foundation

3    Jury Hotline.  The number, 1-800-848-9222.

4        The Tunnel2towers Foundation is honoring

5    America's heroes through its Season of Hope.  Donate

6    now at t2t.org.  That's t, the number 2, t.org.

7        MR. GUILIANI:  T2t.org.

8        DR. RYAN:  Thank you for that rescue.  I'm

9    like blah, blah, blah, blah.

10        MR. GUILIANI:  T2t.org.  T2t.org.  Come on

11    now.  Come up with the eleven bucks.  Don't be cheap.

12        DR. RYAN:  Yeah.  It's a great, great cause.

13        Joel --

14        MR. GUILIANI:  Great cause.

15        DR. RYAN:  We -- we are --

16        MR. GUILIANI:  Makes you feel good.

17        DR. RYAN:  Yeah.  We're gonna go.  We got --

18    we got a full board of callers here.  Joel from

19    Roanoke, Virginia.

20        MR. GUILIANI:  I like that.

21        JOEL:  Good morning, Dr. Maria.

22        Good morning, Your Honor.

23        First of all --

24        DR. RYAN:  Good morning, Joel.

25        JOEL:  -- please follow up with something

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 28 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                          27

1   that you just discussed.  You're talking about China.

2         MR. GUILIANI:  We appreciated that.

3         JOEL:  Just (unintelligible, speakers

4   overlapping) John -- John Casimatidis' program, he had

5   Gordon Chang on.  Gordon Chang is a --

6         MR. GUILIANI:  Great --

7         JOEL:  (Unintelligible) on China.

8         MR. GUILIANI:  -- great show with John.

9         JOEL:  Exactly.

10        MR. GUILIANI:  And both of them.

11        JOEL:  And what he's saying is now that --

12   now that Mr. Biden has usurped the presidency, China

13   is ready to make their move.

14        They're moving on Hong Kong right now.  They

15   just arrested people in Hong Kong.  And --

16        DR. RYAN:  Is that so?

17        JOEL:  And they're ready to make their move

18   on the United States.  And he's the expert.  He knows.

19   If I may, let me just get back to something else.

20        I'm here in Roanoke, Virginia.  This, uh,

21   last Monday, six of my neighbors, as part of an AARP

22   tour group, went to Washington, DC.

23        They went there to visit the capital.  All

24   right.  On Wednesday, they just happened to find

25   themselves at the Capitol Building prior to the -- uh,

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 29 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    28

1    anything that was going on.

2           As more people came in, they -- they told

3    me, "We have" -- they have photos and videos they've

4    shown me on this.  Again, it's six people.

5           They were at the building and at the front

6    of it.  And they saw about four dozen people come out

7    of nowhere.

8           These people had ropes.  They had grappling

9    hooks.  They had milk bottles.  They had two-way

10   radios.  They had all kind of equipment with them.

11          MR. GUILIANI:  Of course, they did.  We have

12   film on that too, sir.

13          JOEL:  And as people from the MAGA group

14   came near them, they stole people's hats.  They stole

15   people's signs.  They stole the flags.

16          They were telling these people, "If you

17   don't give it to us, we're gonna beat you to the

18   ground."  So, of course, they gave it up.

19          Unfortunately, some of these people got

20   dragged along with them --

21          MR. GUILIANI:  Hmm.

22          JOEL:  -- as they made their way into the

23   Capitol Building.  And what's been happening, I think

24   the word is snookered.  We have been totally,

25   completely snookered.

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 30 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    29

1          As you said, this was planned in advance.

2    These people were there as an AARP tour group.

3          MR. GUILIANI:  Oh, God.

4          JOEL:  They had nothing to do with anything.

5    They're tourists --

6          DR. RYAN:  Yeah.  Right.

7          JOEL:  -- and they saw all this happening.

8          MR. GUILIANI:  Where they even -- were they

9    at the speech?

10         JOEL:  No.  Not at all.  They had nothing --

11         DR. RYAN:  No.  They had nothing to do with

12   any of it.

13         MR. GUILIANI:  So, you know, that's --

14         JOEL:  They had nothing to do with anything.

15   They were at the Capitol Building.  They're tourists.

16   They took their cameras.  (Unintelligible, speakers

17   overlapping.)

18         MR. GUILIANI:  So the speech had nothing to

19   do with what -- what they did or what the terrorists

20   did; right?

21         JOEL:  Nothing whatsoever.  They were

22   standing there just as tourists.

23         MR. GUILIANI:  Do you mind leaving your

24   name --

25         JOEL:  And to be actually true, they're

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 31 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                           30

1    telling me they didn't even know that the President

2    was gonna be making a speech.

3        DR. RYAN:  Wow.

4        JOEL:  They left the preceding Monday as

5    tourists and went to see Washington, DC

6    (unintelligible, speakers overlapping).

7        DR. RYAN:  We would love to have access to

8    those videos.

9        MR. GUILIANI:  If you would -- if you would

10   do me a favor and leave your number, I'll call you

11   back later this afternoon.

12       Would you mind doing that?

13       JOEL:  Not a problem.

14       MR. GUILIANI:  Because -- okay.  Because

15   this could be very helpful --

16       DR. RYAN:  Joel, this is terrible.

17       MR. GUILIANI:  -- to show that this is a

18   phony claim.

19       DR. RYAN:  The American citizens, once

20   again, as they rose up to tell us what they saw with

21   the fraud in the elections, they're rising up to tell

22   us what they've seen --

23       MR. GUILIANI:  I have all kinds of video of

24   (unintelligible, speakers overlapping).

25       DR. RYAN:  -- with what happened at the

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 32 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                         31

1    Capitol.

2         MR. GUILIANI:  And your point that you make

3    that they had all of those implements of scaling walls

4    and --

5         DR. RYAN:  They pre- -- they preplanned all

6    that.

7         MR. GUILIANI:  -- and conducting that means

8    this was planned in advance.  It was premeditated.

9         DR. RYAN:  And to -- to look bad on

10   Donald Trump and the MAGA people.  You know, yes.

11   We're there some MAGA people who entered the Capitol?

12        Of course.  You know, what?  If I was near

13   the Capitol, I would have done it.  I was at the

14   rally, peaceful as all get out.  People hugs, smile at

15   each other.

16        MR. GUILIANI:  And -- and the police

17   invited --

18        JOEL:  Right.  But the problem is that they

19   were grabbed.  It wasn't a matter that these people

20   wanted to go into the Capitol willingly.

21        MR. GUILIANI:  Yeah.  You could see that.

22        DR. RYAN:  Yeah.

23        JOEL:  Some of them were actually grabbed --

24        DR. RYAN:  I think some went in.

25        JOEL:  -- by the hair -- physically grabbed

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 33 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                              32

1  by the hair and taken along with these other people.

2  And they couldn't fight back, because they were told

3  that, "We will do you physical harm."  And they knew

4  they would.

5       MR. GUILIANI:  And I also have a number of

6  photos of MAGA people in there.  They're sort of

7  clueless.  They're taking pictures like --

8       DR. RYAN:  They're like tourists; right?

9       MR. GUILIANI:  -- like tourists.  You know,

10  "Oh.  Look at that statue.  Oh.  Look at that statue."

11       DR. RYAN:  Oh.  Tell him what we heard

12  where --

13       MR. GUILIANI:  Then all of a sudden, you see

14  these MAGA people come out of nowhere.  And they say,

15  "Don't defile the statues.  Don't defile the statues."

16       Another occasion there's a -- there's a MAGA

17  guy trying to break a window.  And a --

18       DR. RYAN:  No.  It was a BLM guy.

19       MR. GUILIANI:  A BLM guy with a black hat

20  on, BLM black bloc on.  And he's banging a window.

21  And a MAGA guy, big guy, jumps up, grabs him, pushes

22  him down.

23       DR. RYAN:  Yeah.

24       MR. GUILIANI:  Just holds him down and stops

25  him.  We got MAGA women protecting the police.

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 34 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    33

1        DR. RYAN:  Yeah.

2        MR. GUILIANI:  Come on.

3        DR. RYAN:  Yeah.  I -- I said looking at all

4   these --

5        MR. GUILIANI:  Come on.

6        DR. RYAN:  -- videos, yes.  Did we some MAGA

7   people --

8        MR. GUILIANI:  I know who they are.

9        DR. RYAN:  -- enter the Capitol?  Yeah.  But

10  those are the ones that stayed in between the red

11  velvet ropes --

12        MR. GUILIANI:  And what they are

13  suppressing --

14        DR. RYAN:  -- you know?

15        MR. GUILIANI:  -- is all of the buildup by

16  this guy from BLM and to some extent Antifa.

17        DR. RYAN:  Weeks.

18        MR. GUILIANI:  All the buildup before.

19        DR. RYAN:  Weeks, weeks before.

20        MR. GUILIANI:  Yeah.  Yeah.  Yeah.

21        DR. RYAN:  Even the white supremacist groups

22  who hate Donald Trump because he loves Israel.  We all

23  love Israel.  And those, um, white supremacists tried

24  to blend in as MAGA people.

25        But they were -- they preplanned what they

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 35 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    34

1  were gonna to do as well.

2        We actually, Joel, saw a video of a BLM guy

3  getting people prepared to come and do this in

4  Washington.  And he -- he was giving instructions.

5        "Bring an umbrella to hide from the cameras.

6  Uh, dress like them.  Here's the Kevlar.  Here's where

7  you buy it.  Make sure you bring a gas mask, because

8  they will react with tear gas when we push."

9        MR. GUILIANI:  Have you -- have you heard

10  this anywhere?

11        I guess he's off.

12        DR. RYAN:  Okay.

13        MR. GUILIANI:  He's heard it nowhere.

14        DR. RYAN:  Yeah.

15        MR. GUILIANI:  Scott in Miami.

16        DR. RYAN:  Hello, Scott.

17        SCOTT:  Yes.  Uh, good morning,

18  Mayor Giuliani and Dr. Ryan.

19        Uh, I don't condone the violence.  But I'll

20  tell you what I do.  I absolutely --

21        MR. GUILIANI:  We don't either.

22        SCOTT:  -- side with these protesters.  Uh,

23  these protesters have legitimate grievances.  Our evil

24  government has completely ignored and abandoned them.

25        DR. RYAN:  Yep.

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 36 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                    35

1        SCOTT:  They stole an election.  The evil

2    and draconian COVID-19 laws that have destroyed the US

3    economy and the middle class is an evil and deliberate

4    communist conspiracy that has been orchestrated and

5    financed by,, to our sorrows, the Rothschilds,

6    Mark Zuckerberg, Michael Bloomberg, and International

7    Jewry to destabilize the United States and the world.

8        And this is right out of a --

9        MR. GUILIANI:  Well, we're gonna cut you

10   right off there, Scott.  You know why I'm going to cut

11   you off?  There's no indication that this is organized

12   by International Jewry.

13       Uh, where the hell did you get that?  What

14   did that come from?  Show me the -- show me the

15   support for that, if it isn't your own horrible

16   anti-Semitism.

17       DR. RYAN:  Oh.  Good pickup.  I didn't even

18   hear that.

19       MR. GUILIANI:  Scott.

20       SCOTT:  Yes.

21       MR. GUILIANI:  Where did the International

22   Jewry stuff come in?  Who -- who --

23       SCOTT:  International Jewry comes in there

24   because --

25       MR. GUILIANI:  Who?  Tell me who the

Case 1:21-cv-00213-CJN    Document 2-150    Filed 01/25/21    Page 37 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    36

1  International Jew- --

2      SCOTT:  What's that?

3      MR. GUILIANI:  Even what is the

4  International Jew?  I never heard of the organization

5  Inter- --

6      SCOTT:  The International Jew was -- was

7  published by Henry Ford in the 1920s.  They have --

8      MR. GUILIANI:  A vicious anti-Semite.

9      SCOTT:  -- that are the most powerful, like

10 the Rothchilds, the Bloombergs, uh, Mark Zuckerberg.

11 They get to the highest, uh --

12     MR. GUILIANI:  They -- they are a couple of

13 Jewish people.

14     DR. RYAN:  Dear Lord.

15     MR. GUILIANI:  They are a couple of Jewish

16 people.

17     DR. RYAN:  I didn't think we'd have this on

18 our show.

19     MR. GUILIANI:  Yeah.  Do you have any idea

20 the strength and the support for President Trump in

21 the Orthodox Jewish Community?

22     I mean, I -- I prayed -- I prayed the other

23 day on the 6th with three very, very famous, very

24 spiritual Orthodox Jewish rabbis.

25     I had breakfast with them.  And they said a

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 38 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    37

1  special blessing and a special prayer that wisdom

2  would descend upon the capital.

3       There are -- the Jewish people are as split

4  on this as everybody else.  If there are a couple in

5  the leadership, there also lots of Christians and lots

6  of everybody else.

7       And I don't like that.  I really don't like

8  that.  I don't like vestiges of authoritarianism.

9  That International Jewry thing is as much of a vestige

10  of authoritarianism as what Dorsey is doing in

11  smashing our right to free speech.

12       We have values in America.  And despite

13  whether you get into the intr- -- intricacies of

14  whether it violates the law or not, our greatest

15  President, or maybe Donald Trump was, was

16  Abraham Lincoln.

17       And he said something that stuck with me

18  forever and, you know, from the first time I heard him

19  say it as a child.

20       DR. RYAN:  What was that?

21       MR. GUILIANI:  He said, "You're defined by

22  American, as an American."  Oh, no.  "How good an

23  American you -- you -- you happen to be is defined by

24  how much you believe in our values."

25       DR. RYAN:  Hmm.

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 39 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                          38

1        MR. GUILIANI:  The more you believe in our

2  values, the greater American you are.  The less you

3  believe in our values, the less of an American you

4  are.

5        Now, free speech is an American value.

6  Don't start defining it about private speech,

7  government speech, government this (unintelligible).

8        Dorsey has no respect for the 85 million

9  people that want to listen to Donald Trump.  He is

10  stepping on them, crushing them, and treating them

11  like they're little worms who have no right.

12        And you know something, Dorsey?  You may

13  have a lot of money.  They're just as important as you

14  are.  A lot of them are probably a hell of a lot more

15  intelligent.

16        And most of them are probably better people.

17  So stop crushing their rights.  Because you are

18  proving to us you are not an American.

19        And you, pal, you're not proving it to us.

20  You made just one word.  Go think about that, huh?  Go

21  think about this International Jewry thing, and stop

22  relying on Henry Ford.  He was a -- he was a

23  well-known anti-Semite.  Let's get rid of this crap,

24  huh?  Please?

25        DR. RYAN:  Oh.

File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                              39

1        MR. GUILIANI:  I can't stand it.

2        DR. RYAN:  Let's move on to Judy --

3        MR. GUILIANI:  Judy --

4        DR. RYAN:  -- in Brooklyn.

5        MR. GUILIANI:  -- from Brooklyn.

6        JUDY:  Hi, guys.  Good morning.

7        DR. RYAN:  Good morning, Judy.

8        JUDY:  I want to thank both of you.  I think

9  both of you are such great humanitarians.  That's what

10  it boils down to.

11        MR. GUILIANI:  Oh, that is the nicest thing

12  we have been told in the new year, I think.

13        DR. RYAN:  Thank you, Judy.

14        MR. GUILIANI:  Thank you, Judy.  Thank you.

15        JUDY:  Okay.  Well, you know

16  (unintelligible, speakers overlapping).

17        MR. GUILIANI:  We're gonna be happy about

18  that all day.

19        DR. RYAN:  Yes.

20        JUDY:  Rudy, I told you, you're my hero.

21  You're one of my heros.  And I have to tell you, both

22  of you should go back and run into office, because we

23  need you guys.  We need you desperately.

24        You know, the gasoline prices.  Now that

25  Biden is almost in, the gasoline prices has -- has

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 41 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                         40

1  already risen.  I mean, it's getting crazier than ever

2  from moment to moment.

3         Okay.  Today you have censorships.  I

4  want -- I want to address that really.

5         DR. RYAN:  Yes.

6         JUDY:  When you have censorship, what

7  happens is those people that censor you, they control.

8  And they control false narratives.  And they control

9  outright lies.

10        And case in point is blaming President Trump

11  for, unfortunately, this out of control protest that

12  went into the Capitol.

13        Where I have to tell you, this rush to

14  judgment -- Rudy, you're gonna love this -- no

15  evidence.  Okay?  No evidence yet of who did what.

16        But they are rushed to judgment, and they're

17  blaming, uh -- um, Trump supporters.  Which Trump

18  supporters -- true Trump supporters are peaceful.

19  They are frustrated, but --

20        DR. RYAN:  Absolutely.

21        JUDY:  -- they would never do crazy stuff.

22  And so blaming President Trump when even -- never mind

23  you listen to his speech.

24        But there is someone who's a great

25  constitutionalist, an expert at it, a brilliant

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 42 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                41

1   attorney.  He's a radio host.  He's got 21 million

2   listeners behind him.

3          And that's Mark Levin.  He said he --

4          DR. RYAN:  Oh, yeah.

5          JUDY:  -- listened to every single word.

6   Every single word.  Not one word was there to

7   encourage any of this stuff.

8          And I can tell you something else while I'm

9   at it.  Thank you.  There were 174 riots going on in

10  like 30 Democratic cities where Antifa,

11  (unintelligible) has come as BLMs and these

12  Mandarin-speaking Chinese anarchists were looting.

13         They were burning down businesses.  They

14  were murdering.  Not a peep.  And this is on Biden &

15  Company.  Not one word.  Nowhere.  No -- no way, Jose.

16         And this one supposed out of control

17  protest, while I'm not condoning violence, where it

18  looks more and more evidence that was, uh, perpetrated

19  by BLM and by Antifa, and it was basically Trump

20  supporters that were telling them, "No.  No.  No.

21  Don't do this."

22         And you're right.  You did see them taking

23  pictures.  They were like tourists.

24         DR. RYAN:  They really were.

25         MR. GUILIANI:  Yeah.  I spent all day

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 43 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                42

1  yesterday going through footage after footage after

2  footage.  And I -- I will say -- I will say it was

3  organized.

4          And it's a strange Alliance.  BLM, Antifa,

5  and also white supremacist.  But --

6          JUDY:  Yeah.

7          MR. GUILIANI:  -- the major white

8  supremacist group, believe it or not, is an

9  anti-Israel, anti-Semitic white supremacist group.

10         DR. RYAN:  And they hate Donald Trump.

11         MR. GUILIANI:  And many of whose members

12 hate Donald Trump for, uh, being good to Israel.  For

13 moving the embassy, for protecting Israel.

14         They hate him for the peace agreement.  And

15 over the years, he's become like one of their prime

16 enemies.  So I suspect --

17         JUDY:  Right.

18         MR. GUILIANI:  -- they were -- I suspect it

19 was a coalition of people that wanted to hurt Trump.

20 Even the -- even the white -- uh, the right-wing, uh,

21 conspirators.

22         JUDY:  No.  Rudy, let me ask you a question.

23 But take a look -- take a look at how it narrated

24 by -- you're talking about censorship.  Look what

25 happened.

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 44 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    43

1        You weren't -- you know, they censor all of

2   us.  They censor you.  They censor me.  They censor

3   everyone that says common sense -- common sense and

4   have evidence of some sort.

5        And yet there they are with no evidence.

6   And they push their agenda because -- they push their

7   narrative for their own agenda, which is basically,

8   "Get Trump."

9        They're afraid of Trump, by the way.

10  They're afraid of Trump, because they know that Trump

11  truly did win.

12        They're afraid of this strong movement

13  behind him of like -- like 85 million people and maybe

14  more that love them like you can't imagine.

15        And they're afraid this will continue.  And

16  that's what they're afraid of.  They're afraid of his

17  strength.  That's what -- that's what they're

18  (unintelligible, speakers overlapping).

19        MR. GUILIANI:  You are right on target.  He

20  is the first one to stand up to the Washington

21  establishment.

22        And when the Washington Post or the New York

23  Times writes a nasty editorial, many Presidents,

24  Republican and Democrat, would just kneel down, be

25  submissive and do what the Post said or -- or the, uh,

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 45 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    44

1   Times.

2        And they want to be popular in the

3   Washington social circle so they can go to the

4   cocktail parties.

5        DR. RYAN:  Hmm.

6        MR. GUILIANI:  You know what I think they

7   should do with all their cocktail parties?  I can't

8   say it on polite radio.  But if I was back in

9   Brooklyn, I would tell you what they should do.

10        I was at one of their cocktail parties

11   Friday with a nice man.  A really nice man.  It

12   couldn't have been a better cocktail party.  I still

13   hated it.  Sorry.

14        I don't like standing around making small

15   talk.  Sorry.  Never liked it.  I had to do it when I

16   was mayor.  I don't get it.  But they want to be

17   invited to cocktail parties.

18        I mean, if these guys don't get invited to

19   the right cocktail parties, they could have a nervous

20   breakdown.

21        DR. RYAN:  Geez.

22        MR. GUILIANI:  Well, Dr. Maria and I --

23        JUDY:  You know, Rudy -- Rudy?  Rudy?

24        MR. GUILIANI:  Yeah.  Go ahead.

25        JUDY:  I just want to say I'm very

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 46 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                45

1    disappointed in most of the Republicans.

2         DR. RYAN:  Me too.

3         MR. GUILIANI:  Not --

4         JUDY:  And the politicians.

5         MR. GUILIANI:  Don't say the --

6         JUDY:  I'm so disappointed in them.

7         MR. GUILIANI:  Some.

8         JUDY:  I really am.  There's just a handful.

9    And -- and after that, all this came.

10         MR. GUILIANI:  Handful it is.  Judy -- Judy,

11   I dealt with them.

12         JUDY:  Cowards.  Cowards.

13         MR. GUILIANI:  I've spent my last four weeks

14   being, as Maria knows, being disappointed with

15   Republicans.  But I'm gonna tell you good news and bad

16   news.

17         Uh, bad news is, we got the Republican

18   leadership.  I don't know.  I think some of them have

19   sold out as much as Democrats.  Not much difference.

20         DR. RYAN:  Yeah.

21         MR. GUILIANI:  In fact, they may -- they

22   may -- some may be worse.  On the other hand, every

23   Legislature I went to, the young people were with me.

24         Every Legislature I went to, all the new --

25   all the new Senators and Representatives, I don't even

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 47 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                          46

1   know if we lost one.

2       JUDY:  But Rudy -- Rudy -- but Rudy, is

3   there a point of no return?

4       MR. GUILIANI:  These people have the spirit.

5   They're -- they're gonna take over.

6       DR. RYAN:  The young people are gonna help

7   us.

8       MR. GUILIANI:  They're -- they're --

9   they're -- they're Trump Republicans.

10      DR. RYAN:  Yep.

11      MR. GUILIANI:  They are.

12      JUDY:  Well --

13      MR. GUILIANI:  I mean, en -- en masse.  So

14  have a little hope there.  We've got some great

15  leaders.

16      JUDY:  Okay.

17      MR. GUILIANI:  We've just got a -- a bit of

18  a corrupt leadership.

19      Dr. Marie and I are ex- -- excited about

20  hearing more from our viewers.  We're gonna take a

21  quick pause, take more of your phone calls on the

22  Tunnel2towers Foundation Jury Hotline.  And then we're

23  gonna give the closing argument and let you make the

24  verdict.

25      MALE:  Hoaxes and other fake news stories.

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 48 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                47

1        FEMALE:  People don't know if the videos

2   that they're watching are real.

3        MALE:  This is Uncovering the Truth with

4   Dr. Maria Ryan and Rudy Giuliani.

5        MALE:  These fake news stories affected the

6   election.

7        MALE:  Now with Dr. Maria Ryan, here's

8   Rudy Giuliani.

9        DR. RYAN:  Welcome back to Uncovering the

10  Truth.  We are going to head to the Tunnel2towers

11  Foundation Jury Hotline.

12       Um, I'm not gonna give out the number,

13  because we still have a lot of callers.  And we are

14  not gonna get to you all.  But we're gonna go with

15  Angie in Buffalo.

16       ANGIE:  Hi.  Hi, Dr. Marie.

17       And hi, Rudy.

18       DR. RYAN:  Good morning, Angie.

19       MR. GUILIANI:  Good morning.

20       ANGIE:  I wanna wish you a Happy New Year.

21  And I have a very important message for the President.

22  And I know you're close to him.  And I hope you'll

23  take my call seriously.

24       MR. GUILIANI:  I certainly will.  I do take

25  them all seriously.

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 49 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    48

1          JUDY:  Okay.  They have equat- -- the -- the

2    left has equated, uh, sticking up for your rights,

3    saying that you lost the election unfairly, trying to

4    assert that, say- -- saying that the election was

5    stolen, they -- they have equated that with sedition.

6          DR. RYAN:  I know.

7          JUDY:  And I'll prove it to you.  They said

8    that Harley and Cruz should have to be -- be thrown

9    out.

10          DR. RYAN:  Right.

11          JUDY:  Okay?  Because they're sticking up,

12    saying that the election was stolen.  Now, my point is

13    this.  Please, please, um, tell the President to lay

14    low until all the impeachment stuff is over, even

15    after he leaves office, until the Senate is finished

16    with the impeachment.

17          He has to lay low.  His calls are taped.

18    They're gonna release an innocent call again -- a

19    perfect phone call like last time.  They will release

20    it.

21          There's people in the Deep State in the

22    White House that are against him.  They will release

23    any phone call he makes.

24          MR. GUILIANI:  You're very, very smart.

25          DR. RYAN:  She is smart.

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 50 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    49

1       JUDY:  Uh, listen to me, please.

2       MR. GUILIANI:  I am.

3       JUDY:  Okay.  He can- -- okay.  He cannot

4   say that he lost the election until the impeachment is

5   over.  Because if he says he lost the election, I know

6   how they will respond.

7       They're gonna say, "He's inciting us again.

8   He's -- he's calling on the people to rise up again."

9       And who knows?  And then the other thing

10  is -- and I don't think he -- I think he knows this.

11  He can't have any kind of rally or gathering at the

12  same time as the inauguration.

13      DR. RYAN:  Right.

14      JUDY:  That was -- that was proposed.  At

15  the time it sounded good at the beginning.  But --

16      DR. RYAN:  Yeah.  No.  I don't think he'll

17  do that.

18      JUDY:  Yeah.

19      DR. RYAN:  And we'll certainly pass on your

20  counsel.

21      JUDY:  Please.

22      MR. GUILIANI:  There's a lot --

23      JUDY:  Please.

24      MR. GUILIANI:  There's a lot to what you're

25  saying.  We --

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 51 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                           50

1        DR. RYAN:  Yeah.

2        MR. GUILIANI:  We don't disagree with it.  I

3  mean --

4        JUDY:  Okay.

5        MR. GUILIANI:  -- there's so many

6  considerations involved, uh.  Not so much on not

7  having the rally and -- and remaining somewhat low

8  key.

9        Uh, there are certain things that may have

10  to be done in defense of the President on the

11  impeachment.  Otherwise, they're not on the record.

12  But we'll try to do --

13        JUDY:  Yeah.  I -- I agree there.  But --

14        MR. GUILIANI:  We'll try -- we'll try to do

15  those in a lawyer-like, you know, sensible way, if we

16  have to do it.

17        I'm still hopeful that they'll think better

18  of it, and take a look at what's happening to his

19  approval rating, which is going up, strangely.

20        DR. RYAN:  Yeah.  Who (unintelligible) that

21  release at?  Was that Newsmax Magazine --

22        MR. GUILIANI:  Rasmussen.

23        DR. RYAN:  -- or something?  Rasmu- --

24        MR. GUILIANI:  Ras- -- Rasmussen went up

25  about eight points.

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 52 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                              51

1          DR. RYAN:  Yeah.

2          MR. GUILIANI:  And the last time they

3   impeached him, he was his most popular.  Because, you

4   know, I think the American people have what we have.

5          DR. RYAN:  He's the people's President --

6          MR. GUILIANI:  American people have --

7          DR. RYAN:  -- for sure.

8          MR. GUILIANI:  -- common sense.  They know

9   they're torturing him.

10          Well, we're gonna need you to answer a

11   question.  Now, you know, we've -- you -- you --

12   you've -- um, you've heard this.  And we -- we count

13   so much on you.

14          And the question is gonna be should big tech

15   censorship lead to a breakup of big tech monopoly?

16   You know, like we broke up the telephone company.

17   Has big --

18          DR. RYAN:  Microsoft; right?

19          MR. GUILIANI:  Micro- -- has big tech gotten

20   so big that it restrains trade, it hurts people's

21   income --

22          DR. RYAN:  Yes.

23          MR. GUILIANI:  -- and it becomes a dictator

24   and takes the right to know away from 85 million

25   people, like that, and thinks it has a right to do it?

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 53 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    52

1          So should big tech censorship lead to a

2   breakup of big tech monopoly?

3          DR. RYAN:  You can go to WABCradio.com up

4   until Wednesday night to vote.  And please make your

5   voices heard.  Our show is all about hearing from you

6   and uncovering the truth about important issues.

7          So today we've been talking about

8   censorship.  And we've never seen it like the likes of

9   it is today.

10          MR. GUILIANI:  This is a crisis.

11          DR. RYAN:  It is a crisis.  It is -- I -- I

12   can't even begin to express.  If you're -- again, I

13   say this repeatedly.

14          If you're a Democrat or a Republican, it

15   doesn't matter.  Put that all aside.  Put your party

16   affiliation aside.

17          What are we about in America?  We are about

18   freedom.  People overseas -- people in Taiwan who were

19   praying that President Trump would stay in office are

20   crying.  I've heard from friends from all over the

21   globe --

22          MR. GUILIANI:  Oh (unintelligible, speakers

23   overlapping).

24          DR. RYAN:  -- people I don't even really

25   know, saying, "We are devastated."  You --

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 54 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    53

1        MR. GUILIANI:  "We're crying for your

2   country."

3        DR. RYAN:  Yep.

4        MR. GUILIANI:  I had -- I had two from

5   France.  You know, France has a special connection to

6   our liberty, our independence.

7        DR. RYAN:  They helped us in the last 11th

8   hour --

9        MR. GUILIANI:  Yeah.  Yeah.

10        DR. RYAN:  -- in the revolution.

11        MR. GUILIANI:  And they said that, "We're

12   crying -- we're crying for your country."

13        This is not -- one asked me, "We don't

14   remember this ever happening in your country before,

15   even -- even when wars.  And we don't remember this

16   kind of crackdown on free speech."

17        DR. RYAN:  Yep.  I want to get back to

18   something that we've -- um, because of social media

19   we've gotten away from, and that's letter writing.

20        Please.  You want to make your voices heard

21   to your politicians?  Letter write.  Keep writing.

22   Peaceful protests at -- near their offices.

23        We gotta let our voices heard.  And I've

24   been begging for a special prosecutor for the

25   election.  And a lawyer last evening said to me, "You

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 55 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    54

1  know what?  We kind of get away from the Federal

2  Government doing something about this."

3          Because definitely the Department of Justice

4  and FBI have failed us.  We have to go back to the

5  states who certified when they knew there was fraud.

6          And you, the people, have the power to vote

7  people out in wherever you're from.  And you gotta

8  actively get involved in politics.

9          This is your life.  This is your livelihood.

10  This is who we are as Americans.  And we are being

11  told to, "Shut up, stand down, or we're gonna get you

12  fired from your jobs.  We're gonna humiliate you.

13  We're gonna make up stories about you."

14          And we shouldn't take it.  We shouldn't

15  cower down.  I've gotten to work with some of the

16  greatest people about this election fraud thing.

17          And I think nearly a hundred percent of the

18  lawyers working on the cases were fired from their

19  firms.  And why were they fired?  Because they stood

20  up for people who witnessed fraud.

21          MR. GUILIANI:  Well, I also think you should

22  remember that American liberalism used to stand on a

23  major principle, which was the dedication of free

24  speech depends on how strongly you defend someone's

25  right to speak against you, someone's right to even

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 56 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    55

1   speak evil, like the Nazis.

2         The ACLU, the American Defense League,

3   defended the Nazis' right to have protest and --

4   and -- and give evil speech, because the American

5   people can absorb it.

6         The right of free speech has to be absolute.

7   Those who go against it are not Americans.  They are

8   not Americans, and they are destroying our country.

9         This is more serious than anything going on,

10  this censorship.  And we've got to recognize it.

11  85 million people cut off, no right to know?

12       God bless America.

13       DR. RYAN:  God bless you.

14       MR. GUILIANI:  God bless America.

15       DR. RYAN:  We love you.

16          (End of recording.)

17              * * *

18

19

20

21

22

23

24

25

Case 1:21-cv-00213-CJN   Document 2-150   Filed 01/25/21   Page 57 of 70
File 23 Uncovering the Truth with Rudy Guiliani
January 10, 2021                                    56

1

2

3          I, SONJA CHERNICK, a Certified Shorthand

4    Reporter for the State of California, do hereby

5    certify:

6          That the foregoing transcript is a verbatim

7    transcription prepared from the electronic audio

8    recording provided to me; that the foregoing is a true

9    and accurate transcription of said recording, to the

10   best of my ability.

11

12         Dated this 19th day of January 2021.

13

14         _____

15             SONJA CHERNICK, CSR 11504

16

17

18

19

20

21

22

23

24

25

Case 1:21-cv-00213-CJN Document 2-150 Filed 01/25/21 Page 58 of 70
Uncover the Truth World Study Page 58 of
January 10, 2021                                              1

| 1 |
| --- |

**1-800-848-9222**
  18:23 25:16
  26:3
**1-800-848-WABC**
  25:16
**1.4** 11:2,5
**10-day** 18:5
**11:00** 22:14
**11th** 53:7
**12** 18:11
  20:21
**16** 16:10
**174** 41:9
**18** 16:10
**1920s** 36:7

| 2 |
| --- |

**2** 19:4 26:6
**2020** 14:19
  23:10
**2021** 3:10
**21** 41:1
**230** 5:5 12:20
  13:13

| 3 |
| --- |

**30** 8:13,15
  41:10
**30-year** 8:18

| 4 |
| --- |

**450,000** 24:25

| 6 |
| --- |

**6** 22:13,14
**6th** 22:25
  36:23

| 7 |
| --- |

**77** 19:7,17
  25:13

| 8 |
| --- |

**80** 15:6
**85** 9:11,20
  10:10 21:10,
  12 38:8 43:13
  51:24 55:11

| 9 |
| --- |

**92** 18:8

| A |
| --- |

**a.m.** 22:14
**AARP** 27:21
  29:2
**abandoned**
  34:24
**Abraham** 37:16
**absolute** 55:6
**absolutely**
  34:20 40:2
**absorb** 55:5
**abused** 9:8
**access** 30:7
**accommodation**
  24:3,5,7,11
**achieved** 16:3
**ACLU** 55:2
**Act** 16:9
**action** 12:19
**actively** 54:8
**activist** 20:3
**address** 40:4
**admit** 8:18
**adore** 21:13
**advance** 29:1
  31:8

**affected** 47:5
**affiliation**
  52:16
**Afghanistan**
  13:9
**afraid** 43:9,
  10,12,15,16
**afternoon**
  30:11
**agenda** 43:6,7
**agendas** 21:1
**agree** 11:7
  21:12,14
  50:13
**agreement**
  42:14
**ahead** 44:24
**Air** 13:21
**Alabama** 14:11
**Alliance** 42:4
**allow-** 21:16
**allowed** 8:20
  23:5 24:9
**Amazon** 5:3
  12:7 19:24
**Amendment** 4:4
  21:7
**America** 7:1
  10:8 15:7
  37:12 52:17
  55:12,14
**America's**
  19:2 26:5
**American** 6:13
  7:11 9:20
  10:9 20:25
  30:19 37:22,
  23 38:2,3,5,
  18 51:4,6
  54:22 55:2,4
**Americans** 3:1
  6:15 17:13,14
  54:10 55:7,8
**anarchists**
  41:12
**and/or** 22:10

**Angie** 47:15,
  16,18,20
**angry** 12:3
  15:25
**annihilate**
  9:10
**anti-israel**
  42:9
**anti-semite**
  36:8 38:23
**anti-semitic**
  42:9
**anti-semitism**
  35:16
**Antifa** 22:10
  33:16 41:10,
  19 42:4
**antitrust**
  12:15
**Antrim** 18:18
**appeal** 25:8
**Apple** 12:7
**applying** 22:7
**appreciated**
  27:2
**approval**
  50:19
**argue** 5:18
**argument**
  46:23
**Army** 13:20
**arrested**
  27:15
**Ashley** 13:20
**assert** 48:4
**attack** 8:23
  22:1
**attention**
  3:24 25:2
**attorney** 41:1
**audio** 2:1
**authoritariani
  sm** 37:8,10
**autocrats**
  4:13

Case 1:21-cv-00213-CJN Document 2-150 Filed 01/25/21 Page 59 of 70
Uncover the Truth with Study Carissani
January 10, 2021
2

**B**

Babbitt 13:20
back 8:17
  25:14 26:1
  27:19 30:11
  32:2 39:22
  44:8 47:9
  53:17 54:4
bad 10:16
  12:4 31:9
  45:15,17
ballot 10:15
ballots 18:7,
  16
ban 20:13,17,
  19,20
band 20:21
banging 32:20
banned 7:20
Bannon's
  24:20,21
basically
  41:19 43:7
bazillionaire
  8:2
beard 7:23,24
beat 28:17
bed 21:1
began 14:19
begging 53:24
begin 2:1
  52:12
beginning
  49:15
believed 14:8
Benjamin
  14:10
Berlin 2:16,
  19 3:3
Biden 7:15
  8:13,14 27:12
  39:25 41:14
big 12:7
  16:18 24:4
  32:21 51:14,

15,17,19,20
  52:1,2
bill 13:7
billion 19:24
billions 5:2
bit 46:17
black 16:23
  22:13 23:1
  24:9 32:19,20
blah 26:9
blaming
  40:10,17,22
blend 22:21
  33:24
bless 55:12,
  13,14
blessing 37:1
blind 20:9
BLM 32:18,19,
  20 33:16 34:2
  41:19 42:4
BLMS 41:11
bloc 32:20
bloodshed
  15:22
Bloomberg
  35:6
Bloombergs
  36:10
board 26:18
boils 39:10
bold 21:21
bottles 28:9
boy 10:13
Boyland 14:11
brainwashed
  12:3
brave 13:19
breach 3:21
break 5:4
  10:18 13:12
  18:1,20 19:5
  25:17 32:17
breakdown
  44:20

breakfast
  36:25
breakup 51:15
  52:2
Brian 13:17
bribes 8:14
brightest
  20:6
brilliant
  21:20 40:25
bring 19:16
  34:5,7
broke 51:16
Brooklyn
  39:4,5 44:9
bucks 26:11
Buffalo 47:15
bug 10:13
building
  27:25 28:5,23
  29:15
buildup
  33:15,18
burn 23:2,4,
  15,17,18,19
burning 41:13
businesses
  4:23 41:13
buy 34:7


**C**

call 5:9 7:2
  11:12 15:11
  18:21 30:10
  47:23 48:18,
  19,23
called 5:22
  8:22,23 12:15
callers 26:18
  47:13
calling 49:8
calls 46:21
  48:17
cameras 29:16
  34:5

campaign
  10:17,20
can- 49:3
capital 3:21
  27:23 37:2
Capitol 13:17
  16:17 27:25
  28:23 29:15
  31:1,11,13,20
  33:9 40:12
case 40:10
cases 54:18
Casimatidis'
  27:4
censor 40:7
  43:1,2
censorship
  3:2,6 8:22
  19:7,22 40:6
  42:24 51:15
  52:1,8 55:10
censorships
  40:3
certified
  54:5
challenged
  12:20
Chang 27:5
changed 13:3
changing 14:9
charming
  10:12
cheap 26:11
child 37:19
China 21:2
  27:1,7,12
Chinese 41:12
choice 8:20,
  25
choices 14:22
Christians
  37:5
circle 44:3
cities 41:10
citizens 9:20
  30:19

civil 12:19
claim 23:22
  30:18
class 35:3
Clinton 20:13
close 47:22
closing 46:23
clueless 32:7
coalition
  42:19
cocktail
  44:4,7,10,12,
  17,19
Cold 2:22
collecting
  8:13
common 2:12
  43:3 51:8
communicate
  22:3
communication
  9:5 15:6
communism
  4:17 24:1
communist
  21:2 35:4
Community
  36:21
companies
  5:19
company 10:6
  19:25 24:3
  41:15 51:16
completely
  5:13 6:17
  28:25 34:24
condone 34:19
condoning
  41:17
conducting
  31:7
confusion
  14:6
connection
  53:5
conservative
  4:25

considerations
  50:6
conspiracy
  8:18 11:21
  35:4
conspirators
  42:21
constitutional
ist 40:25
contested
  12:14
continue 12:9
  19:21 43:15
continued
  21:18
contribution
  10:21
contributor
  8:7,9
control 15:5
  40:7,8,11
  41:16
controlling
  9:4
controls 22:3
conversation
  19:21
cooperating
  15:15
cops 23:20
corrupt 11:24
  46:18
counsel 49:20
counseled
  17:2
count 9:11,12
  51:12
counters 24:8
country 3:7
  4:1 14:9
  18:19 53:2,
  12,14 55:8
couple 2:20
  4:20 36:12,15
  37:4
Court 24:10

courts 12:21
COVID 13:7
COVID-19 35:2
Cowards 45:12
cower 54:15
crackdown
  53:16
crap 38:23
crazier 40:1
crazy 40:21
criminal
  12:12,18
criminality
  7:15
crisis 52:10,
  11
critical 7:14
criticisms
  21:15
crooked 18:18
crushing
  38:10,17
Cruz 48:8
crying 52:20
  53:1,12
cut 9:15 10:9
  35:9,10 55:11

_____

D

d- 7:6
damage 11:18,
  19,20
damn 10:5
day 36:23
  39:18 41:25
days 2:20
  16:17 22:25
DC 27:22 30:5
dealt 2:21
  45:11
Dear 36:14
debate 6:25
  7:3 11:8,9
  21:8,24

dedication
  6:1 54:23
Deep 20:25
  48:21
deeper 19:6
defend 6:2,6,
  9,11 54:24
defended 55:3
defense 17:12
  50:10 55:2
defile 32:15
defined
  37:21,23
defining 38:6
delay 18:5
deliberate
  35:3
democracy
  4:11 7:5 8:23
  22:1
Democrat
  43:24 52:14
Democratic
  41:10
Democrats
  45:19
deny 24:11
Department
  11:22 54:3
depend 25:8
depends 54:24
deprived 7:14
descend 37:2
desire 16:5
desperately
  39:23
destabilize
  35:7
destroyed
  35:2
destroying
  55:8
destruction
  8:23 14:20
devastated
  52:25

dictator   9:25
  51:23
dictatorial
  22:5
dictators
  4:14
dictatorship
  15:8,13
Diego   13:21
difference
  2:11 19:13
  25:23 45:19
direct   11:18,
  19,20
disagree   6:2,
  10 7:8 15:3
  50:2
disagreeing
  9:12
disappointed
  45:1,6,14
discussed
  27:1
dispute   3:17
distorted
  10:10,11
disturbingly
  13:21
division   3:11
dollar   19:24
dollars   10:14
Dominion
  18:17
Donald   22:16
  31:10 33:22
  37:15 38:9
  42:10,12
Donate   19:3
  26:5
donating
  10:14
Dorsey   9:24
  23:23 37:10
  38:8,12
dozen   28:6
draconian
  35:2

dragged   28:20
dress   34:6
drive   7:16

E

early   21:24
East   2:16,19
  3:3
easy   6:5
economy   35:3
edit   13:2,3
editorial
  43:23
effective
  15:8
Egypt   13:9
election   3:17
  7:10,14 14:23
  15:1 18:16
  20:5,10 23:10
  35:1 47:6
  48:3,4,12
  49:4,5 53:25
  54:16
elections
  30:21
electoral
  18:6
elements
  15:24 16:3
eleven   26:11
embassy   42:13
emphasis   21:9
en   46:13
encourage
  41:7
encouraged
  21:18
encouraging
  15:19
end   3:3 55:16
enemies   42:16
enter   33:9
entered   31:11

equat-   48:1
equated   48:2,
  5
equipment
  28:10
erase   20:21
establishment
  43:21
evening   53:25
eventually
  4:14
evidence
  16:18,20
  20:11 40:15
  41:18 43:4,5
evil   12:5
  34:23 35:1,3
  55:1,4
ex-   46:19
examination
  18:7
excited   46:19
exercising
  22:5
exist   9:10
expenses   8:16
experiences
  2:20
experiencing
  4:17
expert   27:18
  40:25
express   52:12
extent   33:16
eyes   10:13
  20:24

F

fact   45:21
factually
  6:20
failed   54:4
fair   14:23
  15:1
fake   2:5,9

19:11 25:21
  46:25 47:5
false   40:8
family   7:15
  8:13 14:3
famous   36:23
farce   4:12
fathers   4:11
favor   30:10
FBI   54:4
Federal   54:1
feel   15:20
  26:16
feeling
  15:20,25
feels   2:23
felt   2:20
FEMALE   2:8,10
  19:10,12
  25:20,22 47:1
fight   32:2
film   28:12
financed   35:5
find   27:24
finished   16:8
  48:15
fired   54:12,
  18,19
firms   54:19
flags   28:15
follow   26:25
footage   42:1,
  2
Force   13:21
Ford   36:7
  38:22
forensic   18:6
forever   20:18
  37:18
forget   18:21
  19:18
forward   3:9
fought   13:11
found   18:17
  21:20,21,22

Case 1:21-cv-00213-CJN Document 2-150 Filed 01/25/21 Page 62 of 70
Uncovered During the Truth and Justly Campaign
January 10, 2021                                    5

**Foundation**
  18:22,25
  25:15 26:2,4
  46:22 47:11
**founding**  4:11
**France**  53:5
**fraud**  20:10
  30:21 54:5,
  16,20
**free**  3:7 4:3,
  12,15 5:15,
  16,17,22,23,
  24 6:1,6,9
  12:9 14:20,23
  15:1 19:25
  25:10 37:11
  38:5 53:16
  54:23 55:6
**freedom**  4:8
  14:8,20,21,22
  52:18
**freely**  21:8
**Friday**  44:11
**friends**  52:20
**front**  22:12
  28:5
**frustrated**
  40:19
**full**  26:18
**functions**
  22:1
**future**  4:1

------

**G**

**gas**  34:7,8
**gasoline**
  39:24,25
**gathering**
  49:11
**gave**  28:18
**Geez**  44:21
**gender**  13:10
**general**  15:16
**Georgia**  14:12
**giants**  19:22

**Giuliani**  2:7,
  16 19:9,15
  20:7 25:12,
  19,25 34:18
  47:4,8
**give**  13:12
  28:17 46:23
  47:12 55:4
**giving**  8:15
  34:4
**globe**  52:21
**God**  29:3
  55:12,13,14
**good**  2:15,18
  5:23 12:18
  26:16,21,22,
  24 34:17
  35:17 37:22
  39:6,7 42:12
  45:15 47:18,
  19 49:15
**Google**  5:3
  12:7
**Gordon**  27:5
**gosh**  15:7
**gotta**  5:6
  10:18 25:3,4
  53:23 54:7
**government**
  5:5 8:10
  15:13 18:12
  25:9 34:24
  38:7 54:2
**grabbed**
  31:19,23,25
**grabs**  32:21
**grappling**
  28:8
**great**  21:6
  26:12,14
  27:6,8 39:9
  40:24 46:14
**greater**  38:2
**greatest**
  37:14 54:16
**grievances**
  34:23

**Grissom**  14:11
**ground**  28:18
**group**  27:22
  28:13 29:2
  42:8,9
**groups**  10:15
  16:23 22:10,
  13 33:21
**Guarding**  2:8
  19:10 25:20
**guess**  34:11
**Guiliani**
  2:14,15,19,24
  3:2,13,15
  4:7,10,24 5:8
  6:5,8,12,16,
  20,22,24 7:4,
  7,9,13,19,22,
  24 8:5,7,9
  9:11,15,19
  10:2,5,17,20,
  24 11:2,5,11,
  13,17,25
  12:11,13,23,
  25 13:18,23
  14:1,5,15,25
  15:10,12,15,
  24 16:2,8,12,
  14,16,20,25
  17:5,7,10,12,
  16,19,22
  18:3,8,10,15
  19:2,16,17
  20:16 21:4
  22:8,17,19,
  22,24 23:4,7,
  9,13,15,17
  24:2,14,17,19
  26:7,10,14,
  16,20 27:2,6,
  8,10 28:11,21
  29:3,8,13,18,
  23 30:9,14,
  17,23 31:2,7,
  16,21 32:5,9,
  13,19,24
  33:2,5,8,12,
  15,18,20
  34:9,13,15,21

  35:9,19,21,25
  36:3,8,12,15,
  19 37:21 38:1
  39:1,3,5,11,
  14,17 41:25
  42:7,11,18
  43:19 44:6,
  22,24 45:3,5,
  7,10,13,21
  46:4,8,11,13,
  17 47:19,24
  48:24 49:2,
  22,24 50:2,5,
  14,22,24
  51:2,6,8,19,
  23 52:10,22
  53:1,4,9,11
  54:21 55:14
**guy**  7:23,24
  20:17 22:2,25
  23:1,16
  32:17,18,19,
  21 33:16 34:2
**guys**  39:6,23
  44:18

------

**H**

**hair**  31:25
  32:1
**half**  8:17
**hand**  45:22
**handful**  45:8,
  10
**hands**  19:22
**happen**  16:6,
  17 37:23
**happened**
  3:20,21 16:4
  17:8,10 27:24
  30:25 42:25
**happening**
  2:25 3:15
  28:23 29:7
  50:18 53:14
**happy**  39:17
  47:20

hard  7:16
Harley  48:8
harm  32:3
harvesting
  10:15
hat  32:19
hate  21:14
  22:15,20
  33:22 42:10,
  12,14
hated  44:13
hates  21:2
hats  28:14
he'll  49:16
head  26:2
  47:10
hear  6:13,16
  8:12,14,20
  11:6,8 18:21
  21:11 25:17
  35:18
heard  14:9
  32:11 34:9,13
  36:4 37:18
  51:12 52:5,20
  53:20,23
hearing  9:12
  46:20 52:5
heart  4:21
hell  35:13
  38:14
helped  53:7
helpful  30:15
Henry  36:7
  38:22
hero  39:20
heroes  19:3
  26:5
heros  39:21
hidden  21:1
hide  34:5
highest  36:11
Hillary  20:13
historic  3:6
hit  17:5
Hmm  6:7 28:21

37:25 44:5
Hoaxes  2:5
  46:25
holds  5:8
  32:24
Holmes  6:25
honest  11:25
Hong  27:14,15
Honor  26:22
honoring  19:2
  26:4
hooks  28:9
hope  19:3
  26:5 46:14
  47:22
hopeful  50:17
horrible
  21:23 35:15
host  12:10
  20:1 41:1
Hotline  18:22
  25:15 26:3
  46:22 47:11
hour  20:18
  53:8
hours  20:21
House  48:22
hugs  31:14
humanitarians
  39:9
humiliate
  54:12
hundred  54:17
hundreds
  11:19
Hunter  8:14
hurt  17:17,19
  24:19 42:19
hurts  51:20
hypocrites
  5:15

                I

idea  36:19

ideas  21:19,
  20,21,22
imagine  14:3
  43:14
immediately
  17:23
immune  5:8
immunity  13:5
impact  3:25
  10:6
impeached
  51:3
impeachment
  48:14,16 49:4
  50:11
implements
  31:3
important  4:5
  14:13 21:6
  38:13 47:21
  52:6
imposed  3:6
inauguration
  3:18 49:12
incite  22:11
inciting
  15:18 23:10
  49:7
includes
  12:15
income  11:15,
  19,20 24:19,
  21,23 51:21
incorrect
  6:20
independence
  53:6
indication
  35:11
indulge  13:14
information
  7:14 8:24
  9:23 25:5
innocent
  48:18
instructions
  34:4

intellectual
  21:3
intelligent
  38:15
intended  21:7
Inter-  36:5
International
  35:6,12,21,23
  36:1,4,6 37:9
  38:21
internet
  13:25
intr-  37:13
intricacies
  37:13
invited  31:17
  44:17,18
involved  50:6
  54:8
irresponsible
  6:17 10:5
Israel  22:18
  33:22,23
  42:12,13
iss-  21:8
issues  21:5,8
  52:6

                J

January
  22:13,14,25
Jew  36:4,6
Jew-  36:1
Jewish  36:13,
  15,21,24 37:3
Jewry  35:7,
  12,22,23 37:9
  38:21
job  17:5
jobs  4:22
  54:12
Joel  26:13,
  18,21,24,25
  27:3,7,9,11,
  17 28:13,22
  29:4,7,10,14,

21,25 30:4,
13,16 31:18,
23,25 34:2
**John** 27:4,8
**Jose** 41:15
**judges** 20:3
**judgment**
50:21
**mail** 18:7
**major** 10:6
40:14,16
**Judy** 39:2,3,
6,7,8,13,14,
15,20 40:6,21
41:5 42:6,17,
22 44:23,25
45:4,6,8,10,
12 46:2,12,16
48:1,7,11
49:1,3,14,18,
21,23 50:4,13
**jumps** 32:21
**Jury** 18:22
25:15 26:3
46:22 47:11
**Justice** 6:25
11:22 54:3

**K**

**Kevin** 14:11
**Kevlar** 34:6
**key** 50:8
**kick** 8:16
**killed** 13:24
**kind** 5:9
23:22 28:10
49:11 53:16
54:1
**kinds** 23:21
30:23
**kneel** 43:24
**knew** 32:3
54:5
**Kong** 27:14,15

**L**

**large** 3:16

**law** 20:4,8
37:14
**laws** 35:2
**lawsuit** 5:9
**lawyer** 53:25
**lawyer-like**
50:15
**lawyers** 54:18
**lay** 48:13,17
**lead** 51:15
52:1
**leaders** 46:15
**leadership**
37:5 45:18
46:18
**League** 55:2
**learn** 14:17
**learned** 20:7
**leave** 24:1
30:10
**leaves** 48:15
**leaving** 29:23
**left** 9:7
10:25 30:4
48:2
**left-wing**
8:5,7,9 17:13
**legal** 5:16
12:14 20:6
**Legislature**
45:23,24
**legitimate**
34:23
**letter** 53:19,
21
**level** 3:6,16
**Levin** 41:3
**liberalism**
54:22
**liberals** 5:25
**Liberation**
22:12
**liberty** 53:6
**lie** 5:10
**lies** 40:9

**life** 54:9
**likes** 52:8
**Limbaugh's**
6:6
**Lincoln** 37:16
**lines** 25:14
**listen** 19:18
20:3,11 38:9
40:23 49:1
**listened** 41:5
**listeners**
41:2
**listening**
25:11
**Literally**
20:14
**live** 13:22
19:17
**livelihood**
54:9
**livelihoods**
12:18
**lives** 13:16
14:14 16:23
22:13 23:1
**longer** 12:9
15:21 24:4
**looting** 41:12
**Lord** 36:14
**lore** 5:21
**losing** 4:22
**lost** 13:16
14:14 46:1
48:3 49:4,5
**lot** 9:7 10:25
38:13,14
47:13 49:22,
24
**lots** 14:5
37:5
**love** 7:2 19:1
30:7 33:23
40:14 43:14
55:15
**loves** 33:22
**low** 48:14,17
50:7

**luck** 24:10

**M**

**machines**
18:17
**Maddow** 6:10
**Maddow's** 6:9
**made** 8:20
28:22 38:20
**MAGA** 22:23
28:13 31:10,
11 32:6,14,
16,21,25
33:6,24
**Magazine**
50:21
**mail** 18:7
**major** 10:6
42:7 54:23
**make** 8:24 9:9
14:22 22:8
24:6 27:13,17
31:2 34:7
46:23 52:4
53:20 54:13
**makes** 7:4
26:16 48:23
**making** 2:10
5:1 19:12
24:6 25:22
30:2 44:14
**MALE** 2:3,5,9,
12 19:8,11,14
25:18,21,24
46:25 47:3,5,
7
**man** 44:11
**Mandarin-
speaking**
41:12
**Maria** 2:6,13,
17 3:5 4:2
18:24 19:9,
14,17 21:5
25:13,19,24
26:21 44:22
45:14 47:4,7

Case 1:21-cv-00213-CJN Document 2-150 Filed 01/25/21 Page 65 of 70
Uncover the Truth with Rusty Capicola
January 10, 2021                                                          8

Marie   46:19
  47:16
Mark   35:6
  36:10 41:3
mask   34:7
masse   46:13
matter   16:24
  22:13 23:1
  31:19 52:15
mayor   34:18
  44:16
means   31:7
media   4:23
  11:1 19:22
  53:18
meet   22:14
members   42:11
men   5:23
message   47:21
Miami   34:15
Michael   35:6
Michigan
  18:18
Micro-   51:19
Microsoft
  51:18
middle   35:3
milk   28:9
million   9:11,
  20 10:10
  11:2,5 21:10,
  12 38:8 41:1
  43:13 51:24
  55:11
millions
  10:14
mind   20:6
  29:23 30:12
  40:22
minds   20:6
minutes   13:15
  16:10
misinformation
  2:8 19:10
  25:20
modern-day
  9:25

moment   40:2
Monday   27:21
  30:4
money   8:15
  13:8 24:6,7
  38:13
monopolies
  10:19
monopoly   22:2
  51:15 52:2
monstrous
  4:14
month   20:20
morning   2:15,
  18 26:21,22,
  24 34:17
  39:6,7 47:18,
  19
move   8:10
  27:13,17 39:2
movement
  14:21 43:12
moving   27:14
  42:13
murdering
  41:14
mustache   7:25

_____

**N**

narrated
  42:23
narrative
  43:7
narratives
  40:8
nasty   43:23
nature   13:4
Nazis   55:1
Nazis'   55:3
necessarily
  2:4
neighbors
  27:21
nervous   44:19
networks   5:12

news   2:5,9
  19:11 25:4,21
  45:15,16,17
  46:25 47:5
Newsmax   50:21
newspaper
  7:17,19
newspapers
  5:11
nice   44:11
nicest   39:11
night   52:4
nonsense   9:2
  25:6
number   12:14
  19:4 25:16
  26:3,6 30:10
  32:5 47:12

_____

**O**

occasion
  32:16
offensive
  21:23
office   8:19
  39:22 48:15
  52:19
officer
  13:17,19
offices   53:22
old-time   5:25
oldest   7:19
oligarchs
  4:15 15:5
Oliver   6:25
online   22:13
Ooh   24:13
open   25:14
opened   20:24
openly   21:9
opinion   12:4
opinions
  15:1,2
oppressed
  4:25 16:1

oppression
  3:12 14:19
oppressive
  21:23
orchestrated
  35:4
order   20:4
Oregon   22:10
organization
  25:9 36:4
organize
  22:10
organized
  35:11 42:3
Orthodox
  36:21,24
outright   40:9
overlapping
  8:1 14:2
  15:17 27:4
  29:17 30:6,24
  39:16 43:18
  52:23
overseas
  52:18

_____

**P**

Pakistan
  13:11
pal   38:19
pandemic   3:10
Parler   9:7,21
  10:23 11:1,5,
  18,20 12:9
  20:1 22:4
part   11:15
  27:21
partially
  21:14
parties   20:9
  44:4,7,10,17,
  19
party   44:12
  52:15
pass   49:19

Case 1:21-cv-00213-CJN Document 2-15 Filed 01/25/21 Page 66 of 70
Uncover the Truth with Study Paralegal
January 10, 2021                                                          9

| | | | |
|---|---|---|---|
| past 18:6 | 51:5,20 | politics 20:9 | Presidents |
| patriotic | percent 15:6 | 54:8 | 43:23 |
| 17:3 | 18:11 54:17 | poor 25:7 | previous |
| patriotically | perfect 48:19 | Pop 8:15 | 19:18 |
| 16:9 | permanent | popular 44:2 | prices 39:24, |
| pause 46:21 | 20:19,21 | 51:3 | 25 |
| pay 25:2 | perpetrated | Portland 22:9 | primary 22:3 |
| paying 8:16 | 41:18 | Post 7:18 | prime 42:15 |
| 10:15 | pet 13:8 | 43:22,25 | principle |
| peace 42:14 | Phillips | posts 23:6 | 54:23 |
| peaceful 17:3 | 14:10 | power 22:5 | print 5:10 |
| 31:14 40:18 | phone 46:21 | 54:6 | prior 27:25 |
| 53:22 | 48:19,23 | powerful 36:9 | private 5:18 |
| peacefully | phonetic 25:6 | pray 14:16,18 | 9:2,3 15:12 |
| 16:9 | phony 18:16 | prayed 36:22 | 24:3 25:6,7 |
| peep 41:14 | 30:18 | prayer 37:1 | 38:6 |
| Pennsylvania | photos 28:3 | prayers 13:18 | privately 9:4 |
| 14:10 | 32:6 | praying 52:19 | problem 30:13 |
| people 4:21, | physical 32:3 | pre 22:13 | 31:18 |
| 22 6:2,13 | physically | pre- 31:5 | program 2:3 |
| 7:11 9:7,11, | 31:25 | preceding | 27:4 |
| 22 10:10,16, | picked 24:24 | 30:4 | projects 13:8 |
| 25 11:3 12:2, | pickup 35:17 | prejudiced | promote 22:10 |
| 3,8 13:14,15 | pictures 32:7 | 23:23 | property 21:3 |
| 15:19,20,25 | 41:23 | premeditated | proposed |
| 16:22 20:23 | places 25:3 | 31:8 | 49:14 |
| 21:10,12 | planned 16:17 | premised | prosecutor |
| 22:3,23 | 29:1 31:8 | 12:23,25 | 53:24 |
| 23:23,25 | planning | prepared 34:3 | protecting |
| 24:9,25 27:15 | 16:21 | preplanned | 32:25 42:13 |
| 28:2,4,6,8, | platform 11:1 | 31:5 33:25 | protest 40:11 |
| 13,16,19 29:2 | 22:11 | preserved | 41:17 55:3 |
| 31:10,11,14, | playbook 4:17 | 15:4 | protesters |
| 19 32:1,6,14 | podcast 11:14 | presidency | 34:22,23 |
| 33:7,24 34:3 | 24:23 | 27:12 | protests |
| 36:13,16 37:3 | point 31:2 | President | 53:22 |
| 38:9,16 40:7 | 40:10 46:3 | 2:21 3:19 | prove 48:7 |
| 42:19 43:13 | 48:12 | 8:21 9:8,21 | proving |
| 45:23 46:4,6 | points 50:25 | 13:6 16:5 | 38:18,19 |
| 47:1 48:21 | police 13:17, | 20:14,18 | public 8:19 |
| 49:8 51:4,6, | 19 31:16 | 21:17 30:1 | 9:5 10:7 13:1 |
| 25 52:18,24 | 32:25 | 36:20 37:15 | 20:25 21:5 |
| 54:6,7,16,20 | polite 44:8 | 40:10,22 | 24:2,5,7,11 |
| 55:5,11 | political | 47:21 48:13 | 25:8 |
| people's | 17:5 | 50:10 51:5 | published |
| 11:20 12:17 | politicians | 52:19 | 7:16 22:24 |
| 24:12,19 | 45:4 53:21 | | 36:7 |
| 28:14,15 | | | |

push  34:8
  43:6
pushes  32:21
put  3:10 5:25
  13:7,8 15:9
  21:9 52:15

---

**Q**

quasi  25:9
question  12:2
  18:2 42:22
  51:11,14
quick  12:6
  18:2 46:21
quickly  21:24

---

**R**

rabbis  36:24
Rachel  6:9,10
radio  2:4
  41:1 44:8
radios  28:10
rally  31:14
  49:11 50:7
ramped  4:20
Ras-  50:24
Rasmu-  50:23
Rasmussen
  50:22,24
rating  50:19
react  34:8
read  16:11
ready  27:13,
  17
Reagan  2:21
real  12:6
  18:2 47:2
realize  15:23
receives
  20:18
recognize
  13:15 14:13
  55:10

record  50:11
recording
  55:16
red  33:10
reduce  24:21
reflect  2:4
refusing
  18:12
regard  6:17
release
  48:18,19,22
  50:21
religion  4:8
  14:21
relying  38:22
remaining
  50:7
remarkable
  21:17
remember
  53:14,15
  54:22
remembered
  14:15
removed
  22:17,19
repaired  7:22
repeatedly
  52:13
reporting
  2:16
Representative
s  45:25
Republican
  43:24 45:17
  52:14
Republicans
  13:13 45:1,15
  46:9
rescue  26:8
research  17:9
respect  38:8
respond  49:6
responses
  11:7
restrains
  51:20

restraint
  11:21 12:16
  24:14
restrict  5:19
return  46:3
revolution
  53:10
rid  5:6 38:23
ridiculous
  19:21 23:22
right-wing
  17:14 42:20
rights  24:12
  38:17 48:2
riots  41:9
rip  11:11
rise  49:8
risen  40:1
rising  30:21
Roanoke  26:19
  27:20
robust  6:25
ropes  28:8
  33:11
rose  30:20
Roseanne
  14:11
Rothchilds
  36:10
Rothschilds
  35:5
Rudy  2:7,14,
  16 19:5,9,15,
  17 20:7 23:16
  25:12,19,25
  39:20 40:14
  42:22 44:23
  46:2 47:4,8,
  17
rules  22:7
Rumble  24:24
run  10:6
  39:22
rush  6:6
  40:13
rushed  40:16

Ryan  2:6,13,
  17,18,23,25
  3:8,14 4:6,9,
  16 5:6 6:4,7,
  11,14,19,21,
  23 7:2,6,8,
  12,18,21,23
  8:2,6,8 9:6,
  14,18 10:1,4,
  11,18,22,25
  11:4,9,12,16,
  24 12:2,12,
  22,24 13:6,
  20,24 14:3,7,
  24 15:9,11,
  14,18,25
  16:7,10,13,
  15,18,23
  17:4,6,9,11,
  15,18,21
  18:1,4,9,14
  19:1,5,9,14,
  17,20 20:17
  22:6,9,18,20,
  23 23:3,6,8,
  12,14,16,25
  24:13,15,18
  25:11,19,24
  26:1,8,12,15,
  17,24 27:16
  29:6,11 30:3,
  7,16,19,25
  31:5,9,22,24
  32:8,11,18,23
  33:1,3,6,9,
  14,17,19,21
  34:12,14,16,
  18,25 35:17
  36:14,17
  37:20,25
  38:25 39:2,4,
  7,13,19 40:5,
  20 41:4,24
  42:10 44:5,21
  45:2,20 46:6,
  10 47:4,7,9,
  18 48:6,10,25
  49:13,16,19
  50:1,20,23

Case 1:21-cv-00213-CJN Document 2-150 Filed 01/25/21 Page 68 of 70
Uncover the Truth with Study Search
January 10, 2021                                                    11

51:1,5,7,18,
22 52:3,11,24
53:3,7,10,17
55:13,15

**S**

sad  20:12
San  13:21
sanctioned
  15:13
say-  48:4
scaling  31:3
Scott  34:15,
  16,17,22
  35:1,10,19,
  20,23 36:2,6,
  9
Season  19:3
  26:5
seconds  16:10
Section  5:5
  12:20
sedition  48:5
sell  8:19
Senate  48:15
Senators
  45:25
sense  2:12
  43:3 51:8
separate
  17:22
shared  21:19
Shoot  23:19
short  18:20
show  24:20
  27:8 30:17
  35:14 36:18
  52:5
shown  28:4
shows  19:18,
  19
shut  15:6
  54:11
shutting  8:6,
  8

Sicknick
  13:17
side  25:17
  34:22
signs  28:15
silenced  9:8
single  41:5,6
sir  28:12
sit  24:9
sits  8:2
sitting  20:13
small  4:23
  44:14
smaller  22:4
smart  48:24,
  25
smarts  2:13
smashing
  37:11
smile  21:2
  31:14
Smiles  3:10
snookered
  28:24,25
social  4:23
  11:1 19:22
  44:3 53:18
socialism
  8:10
sold  45:19
someone's
  54:24,25
sorrows  35:5
sort  32:6
  43:4
sounded  49:15
South  24:9
speak  6:3
  14:25 15:2
  23:5 54:25
  55:1
speakers  8:1
  14:2 15:16
  27:3 29:16
  30:6,24 39:16
  43:18 52:22

special  37:1
  53:5,24
speech  3:20
  4:3,12,15
  5:15,16,17,
  19,22,23,24
  6:1,6,9 12:9
  14:20 16:8
  17:1,2 19:25
  25:10 29:9,18
  30:2 37:11
  38:5,6,7
  40:23 53:16
  54:24 55:4,6
spent  41:25
  45:13
spirit  46:4
spirited  7:2
spiritual
  36:24
split  37:3
square  13:1
stand  39:1
  43:20 54:11,
  22
standing
  29:22 44:14
start  3:10
  11:25 38:6
started  4:18
  17:1
starts  3:11
State  20:25
  48:21
states  7:20
  9:8,20 24:1
  27:18 35:7
  54:5
statue  32:10
statues  32:15
stay  19:7
  52:19
stayed  33:10
steal  21:3
stepping
  38:10

Steve  24:20,
  21
sticking
  48:2,11
stole  28:14,
  15 35:1
stolen  7:11
  23:10 48:5,12
stood  20:22
  54:19
stop  9:1 10:2
  25:5 38:17,21
stops  32:24
stories  2:5
  46:25 47:5
  54:13
strange  42:4
strangely
  50:19
street  2:13
strength
  36:20 43:17
strong  43:12
strongly
  54:24
stuck  37:17
study  13:10
stuff  14:16
  35:22 40:21
  41:7 48:14
subject  5:12
subjected
  25:10
submissive
  43:25
sudden  32:13
suit  5:12
Sunday  3:8
support  35:15
  36:20
supporters
  40:17,18
  41:20
supposed
  20:3,8,9
  41:16

Case 1:21-cv-00213-CJN Document 2-150 Filed 01/25/21 Page 69 of 70
Uncovering the Truth with Rudy Giuliani
January 10, 2021                                                        12

suppressing
  33:13
supremacist
  33:21 42:5,8,
  9
supremacists
  22:15 33:23
Supreme  24:10
surrounded
  20:5
suspect
  42:16,18

**T**

t.org.  19:4
  26:6
t2t.org.  19:4
  26:6,7,10
Taiwan  52:18
takes  51:24
taking  32:7
  41:22
talk  3:5 12:6
  18:1 19:20
  44:15
talking  27:1
  42:24 52:7
taped  48:17
target  43:19
tear  34:8
tech  12:7
  51:14,15,19
  52:1,2
telephone
  51:16
telling  13:13
  16:22 28:16
  30:1 41:20
terrible  3:14
  21:23,25
  30:16
terrorists
  29:19
test  6:1
texts  16:21

theories
  12:14
thing  4:13
  16:16 21:17
  37:9 38:21
  39:11 49:9
  54:16
things  50:9
thinking  2:12
thinks  9:24
  51:25
thought  4:3
thousands
  11:19
throne  8:3
thrown  10:4
  48:8
ties  22:18
time  5:14,19
  10:13 16:19
  37:18 48:19
  49:12,15 51:2
times  21:20,
  21 43:23 44:1
today  3:4
  40:3 52:7,9
told  28:2
  32:2 39:12,20
  54:11
topic  3:4
torturing
  51:9
totally  6:18
  28:24
touch  5:14
tough  24:10,
  25 25:5
tour  27:22
  29:2
tourists
  29:5,15,22
  30:5 32:8,9
  41:23
trade  11:22
  12:16 24:14
  51:20

transcript
  16:11
transpired
  13:16
travel  14:21
treating
  38:10
tremendous
  3:23,24 5:4
trillion
  19:24
true  5:20
  8:24 29:25
  40:18
Trump  9:21
  16:5 22:16
  23:18 31:10
  33:22 36:20
  37:15 38:9
  40:10,17,18,
  22 41:19
  42:10,12,19
  43:8,9,10
  46:9 52:19
truth  2:6
  19:6,8,16
  25:12,18 26:2
  47:3,10 52:6
Tunnel2towers
  18:22,24
  25:15 26:2,4
  46:22 47:10
tweet  20:13
Twi-  24:22
Twitter  5:1
  9:7 10:25
  22:4,9,25
  23:1,22
two-way  28:9
type  15:20

**U**

umbrella  34:5
unamerican
  9:1

unbelievable
  14:18
uncontrolled
  5:13
uncovering
  2:6 19:6,8
  25:12,18 26:1
  47:3,9 52:6
understand
  10:8,9
understood
  4:11
unfairly  48:3
unintelligible
  7:25 10:2
  14:2 15:16
  24:10 27:3,7
  29:16 30:6,24
  38:7 39:16
  41:11 43:18
  50:20 52:22
United  7:20
  9:8,20 24:1
  27:18 35:7
Unlike  5:11
usurped  27:12

**V**

values  10:9
  37:12,24
  38:2,3
variant  12:15
velvet  33:11
verdict  46:24
vestige  37:9
vestiges  37:8
veteran  13:21
vicious  36:8
video  30:23
  34:2
videos  16:21
  28:3 30:8
  33:6 47:1
viewers  46:20
views  2:4

| | | |
|---|---|---|
| violates 37:14 | week 16:5 18:2,4 | **Y** |
| violation 10:24 | Weekend 19:19 | year 3:9 14:19 39:12 47:20 |
| violence 16:4 22:11 23:11, 21 34:19 41:17 | weeks 7:13 33:17,19 45:13 | years 4:21 8:13,15 42:15 |
| Virginia 26:19 27:20 | well-known 38:23 | yell 5:15 |
| visit 27:23 | Wendell 6:25 | yesterday 42:1 |
| voice 9:9 14:9 | whatsoever 29:21 | York 2:13 7:18 43:22 |
| voices 52:5 53:20,23 | white 22:15 33:21,23 42:5,7,9,20 48:22 | young 45:23 46:6 |
| vote 10:16 18:6 52:4 54:6 | willingly 31:20 | Youth 22:12 |
| | win 20:8 43:11 | **Z** |
| **W** | window 32:17, 20 | Zuckerberg 10:12 35:6 36:10 |
| WABC 2:4 19:7,17 25:13 | wisdom 37:1 | |
| WABCRADIO.COM 19:19 52:3 | witnessed 54:20 | |
| wait 21:11 | woman 14:8 | |
| wake 11:22,25 | women 5:23,24 32:25 | |
| wake-up 15:9 | word 28:24 38:20 41:5,6, 15 | |
| walls 31:3 | work 4:22 23:24 54:15 | |
| wanna 47:20 | worked 2:21 | |
| wanted 9:10 14:9 31:20 42:19 | working 54:18 | |
| wanting 15:23 | world 35:7 | |
| War 2:22 | worms 38:11 | |
| wars 53:15 | worse 2:23 45:22 | |
| Washington 27:22 30:5 34:4 43:20,22 44:3 | worthy 3:23 | |
| watch 25:3 | Wow 30:3 | |
| watching 47:2 | write 53:21 | |
| ways 7:11 11:14 | writes 21:16 43:23 | |
| Wednesday 13:16 27:24 52:4 | writing 53:19,21 | |
| | wrong 6:18 | |