# Exhibit 216

1

2

3

4

5

6

7

8  THE SARA CARTER SHOW

9      77 WACB

10   JANUARY 11, 2021

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (Begin audio.)

2          (Commercials not transcribed.)

3

4      MS. CARTER:  I'm gonna say today's podcast

5   is sponsored by the Association of Mature American

6   Citizens, the only conservative alternative to AARP.

7   Go to amac.us/carter.  That's amac.us/carter.

8          This is -- this is one of those days that I

9   believe, and one of these times that will live in

10   American history forever.

11          What we have seen happening to our country

12   is inexplicable.  I don't even know.  When I wake up

13   in the morning, I -- you know, I thought to myself,

14   "Okay.  Things are gonna get better."

15          And then I woke up this morning, and things

16   just got worse.  We're seeing our freedom of speech

17   being trampled on, our constitution, our liberty.

18   Everything.  Everything.  Our worst nightmare in

19   America.

20          But I do have hope.  And today I have a very

21   special guest, Mayor Rudy Guiliani.  He is going to be

22   on here with me today.  And he has a lot to tell you.

23   A lot.

24          He spoke with the President of the United

25   States.  I want you to hold on.  I want you to listen

1  to this podcast.  Because our nation depends on all of

2  us sticking together.  All of us.

3       I want to thank you for joining me on this

4  podcast today.  I want to make sure you subscribe to

5  this podcast on YouTube, as long as we're still on

6  there, and to, uh, the podcast wherever you listen to

7  your podcast.

8       And I need you to follow me on Twitter, on

9  Facebook, and on Parler.  Speaking of which, Parler

10 has been taken down.  Parler has been taken down.  We

11 don't know if Parler is gonna come back up.

12      My great friend, Dan Bongino, who I love

13 dearly, who I think is a true American patriot, has

14 basically been forced into silence.

15      This is unbelievable.  Things are far worse

16 behind the scenes, folks.  Trust me.  I've been

17 talking to people.  Far worse than what you are seeing

18 right now in public.

19      Behind the -- behind the scenes, I mean, I'm

20 frightened.  I'm frightened of what's going on.  So I

21 want you to go to Saraacarter.com, and I want you to

22 sign up for my newsletter.  Okay?  Sign up for the

23 newsletter.

24      Because honestly, I don't know how I'm gonna

25 communicate with you in the next few weeks.  I don't

1   know if I'm gonna to be removed.

2          Instagram has already removed one of my

3   videos, a video that was sent to me by a friend during

4   the Capitol protest.

5          I was actually there during that day.  But

6   they were over by the Capitol before things got bad.

7   And they sent me some video.

8          And I put it out there so you all could see

9   it.  You know, news reel -- just a quick news reel.

10  And Instagram literally said that my post incites

11  violence and danger, and they removed it.

12         They are trying to silence our voices.

13  Look.  They've been doing this for four years.  As I

14  have reported the truth out to you, they have been

15  trying to silence us.

16         We cannot allow this to happen.  I don't

17  know if you all saw former, uh, CIA Director

18  John Brennan's post on Twitter.

19         But he basically is acting like

20  Mao Tse-tung.  He wants anyone who ever supported

21  Trump to basically be banished, to be canceled, unless

22  they come forward publicly -- come forward publicly

23  and denounce Trump, like some kind of Biblical times

24  thing.

25         What is this?  What kind of insanity is this

1   in America?  You guys, this is the United States of

2   America.

3          The news agencies used to fight for people

4   that they didn't even like to have freedom of speech,

5   to be able to talk.  Even those that we disagree with,

6   we didn't want to take away their rights, because then

7   our rights would be taken away.

8          But for decades now, our children have been

9   indoctrinated in our colleges by socialist, leftist,

10  Marxist, Stalinist -- I don't even know what it is

11  anymore.  I call it Stalininskis.

12          I can't believe what's going on here.  I

13  can't believe what has happened to our country.  I

14  have traveled to countries around the world where

15  people were terrified to speak to one another.

16          I remember being in Pakistan.  And I

17  remember taking my phone.  My husband's like, "Oh, my

18  gosh.  You gotta carry your GPS with you.  You gotta

19  give your phone coordinates all the time."

20          "Don't say anything on the phone that you

21  don't want people to listen to.  Don't talk about

22  this.  Don't talk about that.  Don't tell people where

23  you're at."

24          I remember traveling in Iraq.  The same

25  thing.  Afghanistan, the same thing.  Always

1   terrified.  Who's listening in on my phone call?

2   Who's gathering my information?  Who's gonna know who

3   I'm calling right now?

4          If I put, you know, uh, "DOD Press

5   Secretary" in my phone, will they think I'm somebody

6   that works for the DOD if I'm kidnapped?  What's gonna

7   happen?  Who's listening to me?

8          And guess what?  Right now my friends and

9   people that I know are terrified to talk on the phone.

10  They're afraid of saying anything.

11         They're afraid that people are gonna call

12  them MAGA -- MAGA terrorists.  That the FBI is gonna

13  have some reason to come after them.

14         People that actually went to the protest who

15  were there that day.  Good American people.  People

16  who are just speaking their mind who were out there,

17  who were so kind to me.

18         Because I walked through -- I walked through

19  the crowds.  Hundreds of thousands of people.  No one

20  doing anything earlier in the day.

21         I don't have the evidence.  I don't know

22  everything.  I don't know what happened at every step

23  of the way on the way to the Capitol later in that

24  afternoon, because I wasn't there later that

25  afternoon.

1        But I saw the horrors of that.  Yes.

2    Horrible.  But I saw it all summer too.  I saw people

3    burning cars, targeting police departments, uh,

4    burning down cities.

5        I saw Antifa and BLM members and people that

6    I didn't even know who they were tearing apart their

7    own cities.

8        And I saw the Democrats backing them.

9    Backing them and making excuses for them, and saying

10   that it was okay.

11       I remember when Dean Cain came on my show.

12   And he was about backing the blue, backing police

13   officers, because we've lost so many police officers.

14       And God rest the soul of the Capitol Hill

15   police officer who passed away.  God Rest their souls.

16   Right?  And for everyone.  And for that -- for the Air

17   Force veteran, Ashley Babbitt.  For everyone who lost

18   their life that day.

19       I saw it all summer.  Dean Cain came on the

20   Sarah Carter Show.  And because he backs the blue, do

21   you know that YouTube dinged me?

22       Do you know that I -- that that show,

23   because he said, "I back the blue," because he backed

24   the cops, basically they dinged him for supporting law

25   enforcement?

1          They dinged me.  They dinged me out of

2     advertising.  They didn't want anyone saying that

3     then.  Don't you remember that?  Now all of a sudden,

4     the left is telling you that they care about law

5     enforcement, that they care about police officers.

6          This is all political, and it's a dangerous

7     political game.  We -- I have said this before -- are

8     at the crossroads of history.

9          Our nation, our beautiful, fragile

10    democracy, our republic, is literally being led into

11    shambles by lawmakers, feckless lawmakers that do not

12    care about you.  They do not.

13         Our job is to vote them out.  Our job is to

14    speak out against this and to defend our constitution.

15    That is our job.  In all the good ways, folks.

16         We can't tear each other apart in the

17    streets.  That is what they are looking for.  And I'm

18    gonna talk about "they."

19         "They" is former CIA Director John Brennan

20    who is now acting like Mao Tse-tung.  Uh, James Comey,

21    uh, James Clapper, Nancy Pelosi, Chuck Schumer.

22         All of them.  And including the RINO

23    Republicans who are cowards and are afraid to stand up

24    and defend our constitution.  They are more worried

25    about defending their own pockets, defending their

File 24 Sara Carter Show
January 11, 2021                                    9

1  status.

2         This is it.  They live in a bubble.  They

3  don't understand you.  They don't understand me.  They

4  don't understand going to a grocery store.  They don't

5  even know how much groceries are.  They do not care.

6         Look at what has happened to us over the

7  last year.  Look at the COVID lockdowns.  Didn't I say

8  as soon as they come up with a vaccine, there's gonna

9  to be a new COVID strain?  Tada.  Now there's a new

10  one.  Now we have to lockdown everybody until 2022.

11         Guys, look at what is happening to our

12  country.  We have to stick together.  We have to speak

13  out against this, but don't tear each other apart.

14         What happened on Capitol Hill was wrong.  It

15  was wrong.  You want to know why?  Not only because we

16  saw the incitement of violence and -- and everything

17  that happened with that small group, not with the

18  majority of people.

19         The protesters are good people.  I was out

20  there.  The people that were at the rally were good

21  people for the most part.  Hundreds of thousands of

22  people.

23         But they're gonna use any excuse to take

24  away your rights.  They're gonna use any excuse to

25  make arrests.  Look at what they're already planning

File 24 Sara Carter Show
January 11, 2021                                    10

1   on doing to President Trump.

2        Look at what they're already saying about

3   people that support "America first."  We can't even

4   say "Patriot."

5        I wonder if I'm gonna be thrown off the air.

6   I wonder if YouTube is gonna just throw me off the air

7   for -- for -- for talking, for basically saying what I

8   feel.

9        I'm scared to use this phone -- this phone

10  to call people.  What kind of a nation do I live in?

11  My mother fled from Cuba, God rest her soul.  She

12  passed away.

13        But she told me, "In a blink of an eye, Cuba

14  changed."  And she remembered -- I remember her

15  telling me how people would talk about Fidel Castro

16  and Che Guevara.

17        "Oh, no.  You're wrong, Zinida (phonetic).

18  You're wrong.  Fidel Castro -- Fidel Castro's gonna

19  have elections.  He cares about us."

20        "Bautiste (phonetic) is this terrible,

21  horrible human being.  Fidel's promising us this.

22  He's promising us the world."

23        And my mom and my grandfather and my family

24  were smart enough.  And they said, "He's lying to you.

25  He's not going to promise el- -- he can promise all

1  the elections he wants, but there won't be elections."

2       And there weren't.  And people were

3  assassinated.  And people were locked on an island.

4  And they are still locked on that island and

5  controlled by the government.

6       Look at North Korea.  Look at other places

7  in the world.  I've traveled to those places.  I've

8  seen it where women have no rights, where people have

9  no rights, where every phone conversation is being

10 listened to, where they can come after you for any

11 reason.

12       And now these oligarchs, these tech

13 oligarchs, are telling us that we can't communicate

14 with one another, after they created platforms that

15 unite the entire globe?

16       I want you to think about this.  This is

17 before I bring Mayor Rudy Guiliani on.  I want you to

18 think about what they're doing here.

19       They basically told us, "Come.  Join our

20 platforms.  Make us rich.  We're -- you know, we --

21 we've created these amazing platforms where you will

22 be able to speak freely to one another.  We are going

23 to connect the world."

24       And then once they got everybody there, once

25 they became the most wealthiest, powerful industries

1  in the history of humankind, they now control the

2  government.  They control who talks to who, who has

3  power and authority.

4        My God.  There has never been a time in

5  history like this.  This goes against everything our

6  founding fathers built this nation on.  Everything.

7        Is that going to be a problem now that I

8  actually said that?  Is it gonna be a problem that I

9  actually have the voice, that I actually speak up?

10        Look at Mozilla CEO.  We need more

11  de-platforming, folks.  This is what Mozilla's

12  Mitchell Baker said.  This is what she said in a

13  statement, that the internet most needs more

14  de-platforming.

15        That means, "We need to remove you.  We need

16  to remove that person.  We need to remove

17  Sarah Carter.  I don't like the way she talks.  I

18  don't like how many people follow her."

19        I've already lost over 150,000 people on

20  Twitter.  I'm surprised it's not more.

21        She said, "There is no question that social

22  media played a role in the siege and takeover of the

23  US Capitol on January 6."

24        You notice she didn't say that when BLM and

25  Antifa and people used Twitter, used the Google

1  platforms, used all these platforms to basically, uh,

2  assemble and riot and burn stuff after the election,

3  right, in 2017.  January 2017.

4          They basically do -- they didn't do any of

5  this when there were riots all across our country this

6  summer.  None of that.  Why?  Why is that?

7          Why is it only people that support

8  President Trump or Americans that are patriotic or

9  believe in liberty?  Why is that?

10          "The rampant use," she said, "of the

11  internet to foment violence and hate and reinforce

12  white supremacy is about more than any one

13  personality."

14          "Donald Trump is certainly not the first

15  politician to exploit the architecture of the internet

16  this way, and he won't be the last."

17          Listen to what she is saying.  I saw people

18  of all colors and from all places when I was in

19  Washington during the rally, during the day.

20          White supremacy?  So Mozilla is gonna

21  actually tell you how to live your life, you know,

22  what you need to think, who you are, what you do, how

23  you communicate?

24          Think about what she is saying here, folks.

25  Think about what she is saying.  Now Parler is

File 24 Sara Carter Show
January 11, 2021                          14

1   offline.  So they basically took off what they

2   consider their opposition.

3          You know, there is nothing new here, folks.

4   The CIA, the NSA -- I've covered these agencies

5   before -- they have created systems.  Right?

6          They use this type of disinformation psyops

7   campaigns overseas.  From the very beginning, what

8   were the lies about President Trump?

9          Think about it.  Just take a step back.

10  Just take a step back and look at the facts.  Read the

11  reports.  Look at what happened to our nation.

12          John Brennan, James Comey, James Clapper,

13  the CIA.  All of the people that worked with

14  Christopher Steele.

15          That includes, by the way, Hillary Clinton

16  and the DNC, who paid Fusion GPS for a dossier that

17  was a complete set of fabricated lies against

18  President Donald Trump.

19          It doesn't matter if you like him or not.

20  It doesn't matter if you think he's a narcissist or

21  not.  That dossier was a lie.

22          The Inspector Generals have said that.  The

23  people who investigated it have said that.

24  Robert Mueller could not find any evidence that Trump

25  worked with the Russians at all.  At all.

1          There is no truth to one of the biggest lies

2   in our history against a President of the United

3   States by his own bureaucracy.

4          This didn't come from Russia.  This didn't

5   come from Afghanistan or Pakistan or Iran or North

6   Korea.  It came from John Brennan, James Clapper,

7   Andy McCabe, James Comey.

8          Get it into your head.  Our own bureaucracy

9   targeted us, the American people, for voting for

10  President Trump.  And they targeted him.

11         They are sending a message.  They are

12  telling you, "You are no longer allowed to make a

13  selection for your President.  We know what's best for

14  you.  We understand what's best for you."

15         Angela Merkel right now, the Chancellor of

16  Germany, is saying what Twitter has done is wrong.

17  Other nations are standing up.  The President of

18  France is saying it.  They are scared.

19         I have talked to senior officials -- former

20  senior officials from Israel.  They're like, "What is

21  going on over there in the United States?"

22         What has happened to our country?  What is

23  going on in our nation?  Why -- why are we being

24  pitted one against the other?

25         This isn't President Trump, folks.  Listen

1  to what Joe Biden is saying.  Listen to Nancy Pelosi.

2  Listen to Chuck Schumer.  Listen to Dick Durbin.

3  Listen to these people.  They are pitting us against

4  each other.

5          Why do you think Joe Biden is filling up his

6  entire administr- -- we've got like, I don't even

7  know -- like 19 Big Tech ex-staff joining the

8  Joe Biden administration.  They donated a lot of money

9  to him.

10          I want you to hear this clip.  This is, um,

11  basically the Black Lives Matter riots supercut that's

12  out there on Twitter right now.

13          This is how the media reacted to the rioting

14  during the summer where our cities were being burned

15  down, cops were being threatened, people were losing

16  their lives.  Listen to the media then.

17              (Clip begins.)

18          MALE:  I want to be clear in how I

19  characterize this.  This is, uh, mostly a protest.

20  Uh, it is not -- uh, it is not, generally speaking,

21  unruly.

22          FEMALE:  That ain't a riot, what we're

23  seeing right now in Minneapolis.

24          FEMALE:  Was there strictly principled

25  anti-fascists.  And they've taken a principled stand

1  to stand against white supremacists and white

2  nationalists wherever they may show up.

3       MALE:  I argue to you tonight, all punches

4  are not equal morally.

5       MALE:  It says it right in the name.

6  Antifa.  Anti-fascism, which is what they were there,

7  uh, fighting.  Listen, there's -- you know, no

8  organization is perfect.  There was some violence.

9       FEMALE:  Any reasonable person would say we

10  shouldn't be destroying other people's property.  But

11  these are not reasonable times.

12       MALE:  Thank goodness for the looters, man.

13       MALE:  And, please, show me where it says

14  that protests are supposed to be polite and peaceful.

15       FEMALE:  I don't care that much about

16  statues.

17       MALE:  Shouldn't that be done by a --

18  respectfully, shouldn't that be done by a commission

19  or the City Council, not a mob in the middle of the

20  night throwing it into the harbor?

21       FEMALE:  People will do what they do.

22       MALE:  What you're seeing behind me is one

23  of multiple locations that have been burning in

24  Kenosha, Wisconsin.

25       MALE:  Do not get it twisted and think that,

File 24 Sara Carter Show
January 11, 2021                              18

1  oh, this is some- -- something that has not -- never

2  happened before, and then this is so terrible, and

3  where are we, and these savages and all of that.  This

4  is how this country was started.

5          FEMALE:  People get mad, and people get sick

6  of it.  People are risking COVID to explain to this

7  country that we're fed up.

8          MALE:  Most of the major movements in

9  American history have started at the grassroots level,

10  and at some point have turned into direct conflict

11  with American government.  So remember your history

12  before you judge your present.

13          MALE:  Thuggishness is thuggishness

14  where- -- wherever it comes from politically.  And --

15  and we should be the first to call it out.

16          MALE:  I disagree.

17              (End of clip.)

18          MS. CARTER:  Look at that.  The hypocrites,

19  the liars.  They are lying to you.  They are lying to

20  us.  They are trying to divide you.

21          This is a tactic of the communists, even if

22  they don't even realize what they are.  They are

23  leftist tools.  They are being used to drive a wedge

24  in our nation and to drive us apart.

25          Guys, take a deep breath.  Remember when we

1   could all sit at the dinner table and talk to one

2   another?  Even if we got upset about politics, we were

3   still one family.

4          Remember September 11th, when terrorists

5   hijacked planes and drove them into our World Trade

6   Center and into the Pentagon, and then they -- the

7   other plane that crashed in Pennsylvania?  Remember

8   that?  Remember how we stood up for one another?

9          And now we are really going to let this

10  happen to our country?  They are the fascists.  The

11  people who were down in Washington on Wednesday, when

12  I was there, during the rally, the majority were

13  American people.

14         They -- they didn't even want to fight.

15  They were trying to stop people.  There are Trump

16  supporters trying to pull people off of the Capitol

17  Building, stopping those that are violent from

18  breaking through.

19         And mob mentality is horrible.  It is the

20  most dangerous situation for people to be in, when a

21  mob starts to become unruly.  We saw that.  Just

22  showed you a clip of all of that.  Right?

23         There is a lot of danger here for us.  There

24  is a dangerous, dangerous precedent being set right

25  now by these social media giants.  The more they take

1  away our freedom of speech, the more they oppress

2  people, the more dangerous the situation becomes.

3       Because Americans will not put up with that.

4  Americans just won't.  People don't.  Historically

5  it's a fact.  It cannot happen.

6       We have to have a voice.  We should be able

7  to hear one another speak.  We can't allow this to

8  happen.

9       I want to play a clip right now before I go

10  to Rudy.  And this is so important that you hear this,

11  because this is Ronald Reagan talking about fascism

12  will come as liberalism to America.  Listen to this.

13           (Clip beings.)

14       PRESIDENT REAGAN:  You know, someone very

15  profoundly once said many years ago that if fascism

16  ever comes to America, it'll come in the name of

17  li- -- of liberalism.

18       And what is fascism?  Fascism is private

19  ownership, private enterprise, but total government

20  control and regulation.

21       Well, isn't this the liberal philosophy?

22  The conservative so-called is the one that says less

23  government.  Get off my back.  Get out of my pocket,

24  and let me have more control of my own destiny.

25           (End of clip.)

1          MS. CARTER:  Right.  Let me have more

2    control of my own destiny.  But right now we don't

3    know what our destiny has for us.

4          We can't even predict.  We couldn't even

5    have predicted this.  But Ronald Reagan saw what was

6    coming.  He did.  He understood that, because he

7    understood history.

8          And right now we have a President of these

9    United States who wants to speak to the American

10   people and is being held back from speaking to the

11   American people.

12          We have people in government lying to you,

13   telling you, pushing lies on mainstream media outlets,

14   and making you believe these lies.

15          Use your own minds and search it out for

16   yourself.  Look at what happened to our country.  Look

17   at what's happened to our nation over this past week.

18          The reason I'm bringing Mayor Rudy Guiliani

19   on -- and I know that other people won't want him to

20   speak.  They've taken off his YouTube.  They're trying

21   to shut down anybody that's close to the President --

22   is because I feel that everybody has a right to speak.

23          Everybody.  Including Mayor Rudy Giuliani.

24   Including the President of these United States.  He is

25   still the President of these United States.

1   President Donald Trump has a right to speak.

2          And I want to know if he's gonna speak to

3   us.  He needs to.  But before I get to Mayor Giuliani,

4   I want to talk to you about home title theft.

5          It can ruin you financially.  Here's how it

6   happens.  The legal titles to our homes are kept

7   online where they can be hacked.

8          We know how easily that can be done now;

9   right?  The Cyber thief finds your home's title,

10  forges your signature on a Quitclaim Deed -- that's a

11  Quitclaim Deed -- stating you sold your home to him.

12          Then he takes out loans against your home

13  until your equity is gone.  Can you even imagine this?

14  You're not protected by insurance, your bank, or

15  common identity theft programs.

16          Home Title Lock actually protects you.  And

17  in the unlikely event that you become a victim of

18  title theft while a member, Home Title Lock will spend

19  up to a quarter of a million dollars -- listen to

20  that -- a quarter of a million dollars in legal fees

21  to help restore your home's title.

22          So go to hometitlelock.com and register your

23  address to see if you're already a victim.  Then use

24  code "Radio" for 30 free days of protection.  That's

25  code "Radio" at hometitlelock.com.

1        Rudy, are you afraid for your future?  Are

2   you -- have you talked to the President of the United

3   States?  Can we get any information about what is

4   going on there?

5        MR. GUILIANI:  Well, I'm not afraid for my

6   future.  I'm afraid for my country.  Am I -- uh, do I

7   think they may arrest me or -- or try to torture me

8   or -- yeah.  Sure.  I think they can do anything.

9        I think these people are -- uh, gone over

10  the line into becoming authoritarians and who think

11  that any- -- anything justifies whatever it is their

12  goal is for this -- wonderful goal for this country,

13  which is basically to destroy it.

14       MS. CARTER:  Rudy, I need to ask you one

15  question.  So I want you to clarify.  Because the left

16  has been going after you, uh, for saying "trial by

17  combat," uh, when you were, uh --

18       MR. GUILIANI:  Yeah.

19       MS. CARTER:  When you were --

20       MR. GUILIANI:  I was --

21       MS. CARTER:  Talk -- talk about that.  And,

22  yeah.

23       MR. GUILIANI:  Sure.

24       MS. CARTER:  I want you to clarify that.

25       MR. GUILIANI:  Well, first of all, that was

1  in the context of a very peaceful speech --

2       MS. CARTER:  Right.

3       MR. GUILIANI:  -- talking about the law.  It

4  was actually discussing the ancient English way in

5  which they resolved disputes, in which you would have

6  a champion fight for you and a champion fight for --

7  for the other person.

8       And what I was saying was let's have trial

9  by combat between the two machines.  Let's take

10  whatever machine they say is the honest machine, and

11  we'll take the Dominion machine.  And I'll bet the

12  whole election on that.

13       Because I'm convinced that any Dominion

14  machine I can show fixes votes, gets votes from

15  Europe, actually was used to give, uh, Biden more

16  votes than Trump, and was connected, as it should not

17  be -- illegally connected to the internet.

18       So when I said, "Trial by combat," I was

19  discussing let's have combat between the machines, not

20  between human beings.

21       MS. CARTER:  Right.

22       MR. GUILIANI:  And if anything -- if

23  anything, I was kind of thinking in a -- in a -- in a

24  humorous way of Game of Thrones when Tyrion, because

25  he's so small, had somebody else fight for him.

File 24 Sara Carter Show
January 11, 2021                                    25

1          MS. CARTER:  Uh-huh.  Now we're looking at

2    what's -- we've never like --

3          MR. GUILIANI:  Oh.  And by the way -- and by

4    the way, whatever -- whatever took place at the

5    Capitol took place a couple hours after.  It hardly

6    could be my remarks.  And it was planned three days

7    before.  So it has no --

8          MS. CARTER:  Talk about that.

9          MR. GUILIANI:  It has no connection to

10   anything I said, Don Jr., the professor, the

11   President.

12          Uh, the first and earliest planning I have

13   for it goes back to January 1st, where I have a -- um,

14   I have a tweet that we captured that's now been wiped

15   out from a gentleman named, uh, Sullivan, who is a

16   Black Lives Matter/Antifa organizer.

17          He takes the President's, uh, invitation to

18   the January 6 rally, and he puts on top of it -- puts

19   on top of it a notice.  "Let's all assemble there so

20   we get this F out of the White House."

21          It's followed by an invitation the second

22   day for all the Antifa and Black Lives Matter people

23   to come to Washington.  We also have --

24          MS. CARTER:  He was actually photographed

25   there.  He was actually photographed there.  And he

1   was actually, uh --

2          MR. GUILIANI:  Yeah.  I have --

3          MS. CARTER:  -- was taken into --

4          MR. GUILIANI:  -- actual photographs, and

5   I'll send them to you.  I have --

6          MS. CARTER:  Yeah.  I know.  I've seen --

7   I've seen the photographs of him --

8          MR. GUILIANI:  Well, not just his

9   photographs.  But --

10          MS. CARTER:  -- inside.

11          MR. GUILIANI:  -- we have a screen shot of

12   his notice on June -- on January 1st and 2nd to come

13   there on the 6th and disrupt.

14          We have a training film which is about nine

15   minutes long in which he shows people how to put on

16   Antifa gear, which he calls Black Bloc, spelled

17   b-l-o-c.  He shows them how to --

18          MS. CARTER:  Uh-huh.

19          MR. GUILIANI:  -- uh, guard themselves

20   against tear gas.  He shows them how to put on a

21   bulletproof vest.  He displays an AK-47.

22          He shows a smaller weapon.  He shows a

23   knife, how to use it.  And he's saying, "These are the

24   things you have to be prepared for."

25          MS. CARTER:  I need to talk to you about --

1        MR. GUILIANI:  And then finally --

2        MS. CARTER:  Okay.  Go ahead.  Finish up.

3   And then I'm gonna ask you a question.

4        MR. GUILIANI:  And then finally on the next

5   two days, he sends out two more invitations, uh, to

6   come and join, uh, disrupting, uh -- uh, Trump and,

7   uh, trying to get him thrown out of the White House.

8        And then there's a 30-minute tape of him in

9   which he is creating -- first of all, he breaks in.

10  You see him break in.  And then he is encouraging

11  people to violence.

12        And then he's there when the shooting takes

13  place of, uh -- of that -- that unfortunate woman.

14        MS. CARTER:  Right.

15        MR. GUILIANI:  And -- uh, and he exploits

16  that, uh, tremendously.

17        MS. CARTER:  What we saw there was horrific,

18  Rudy.  I know you feel the same way.  It was a

19  horrific scene.

20        We didn't want to see anything like that,

21  not in our country.  But I gotta ask you this.  It

22  feels as though we, the American people, are being

23  silenced.

24        They are being silenced on all -- on all

25  platforms.  I'm talking social media platforms.

File 24 Sara Carter Show
January 11, 2021                                    28

1  They're being threatened with job loss.

2        Uh, we saw the threats going to Mark Levin,

3  actually from their employers, to Ben Shapiro, to

4  Dan Bongino, that if they even talk about the

5  election -- that they even talked about election

6  fraud, they will be canceled.  They will be canceled

7  out.  They will be fired.

8        Now we've seen what's happened in our

9  country, both on the business level side where the

10  government and actually the most powerful businesses

11  in the history of humankind are working together.  Are

12  working together.

13        We know that Big Tech is working with the

14  left.  And they are canceling people out.  And they

15  are silencing people.

16        You can't put anything on.  This is totally

17  antithetical to America, to what we stand for, to our

18  constitution.

19        But we haven't even seen the President,

20  Rudy.  I was afraid I wouldn't even get you on.  I was

21  afraid I wouldn't even be able to talk to you.

22        Have you at all been able to speak to the

23  President?  What is going on with the administration?

24  Will we be hearing from the President?  Has he been

25  silenced?  Has the President been silenced?

File 24 Sara Carter Show
January 11, 2021                              29

1        MR. GUILIANI:  Well, first of all, let me

2   tell you about me.  Uh, I put out a podcast on Friday

3   about this Sullivan guy and about three or four other

4   Black Lives Matter/Antifa, let's call them, domestic

5   terrorists who organized this.

6        This is not a Trump entry into the, uh,

7   Congress.  This was being done by anti-Trump groups to

8   make him look bad.  It is true that some Trump people

9   joined with them --

10        MS. CARTER:  That's what I was gonna say.

11        MR. GUILIANI:  -- not realizing --

12        MS. CARTER:  There are people.

13        MR. GUILIANI:  -- who they were with.  But

14   on my video, I showed the Trump people stopping an

15   Antifa person from breaking a window.  I show the

16   Trump people stopping another one from doing that.  I

17   show people --

18        MS. CARTER:  But we're not 100 per- -- are

19   we sure those were Antifa people that were breaking

20   the window?

21        MR. GUILIANI:  Yes.

22        MS. CARTER:  Have they --

23        MR. GUILIANI:  We're sure of it because our

24   narrator is an Antifa person, and he identifies him.

25   This evidence is so clear, it's overwhelming.

1        So my podcast went up on YouTube as usual.

2   You know how difficult this is.  Within two hours, it

3   had 700,000 followers.  And then YouTube took it down

4   because it was inciting violence.

5        The -- the podcast is explaining that the

6   violence was not coming from Trump, it was coming from

7   organizations who organized it to hurt Trump.

8        They did take advantage of some Trump

9   people.  But not that many.  And it was taken down.

10        MS. CARTER:  But you're right.  Because I

11   was there.  I was at the event earlier in the day.  We

12   walked through it.

13        Because I was there with Gary Brugman.  He

14   is a gentleman from the border patrol that was

15   pardoned by President Trump.

16        I was with some friends.  We wanted to see

17   what was going on.  And all day it was very peaceful.

18   I didn't see any violence.  There was nobody inciting

19   violence.

20        It -- I -- I mean, I posted photographs.  I

21   posted videos as I walked through the crowd.  People

22   were very kind.  They were, you know, saying "Hello"

23   and "How are you?"

24        It was -- there was nothing until later that

25   afternoon.  Later in the afternoon is when we saw the

1   violence and everything happen at the Capitol.

2           But now what I'm focused on -- what I'm

3   really focused on, Mayor, in this podcast is our

4   constitution and our freedoms that are being stripped

5   from us.

6           That started way back in 2016 when we saw

7   how they weaponized these agencies against the

8   President and against his allies.  And it continued

9   all the way through the four years up until right now.

10          And now what we are seeing is literally the

11  leftists take our -- our rights away --

12          MR. GUILIANI:  Yes.

13          MS. CARTER:  -- take our ability to speak

14  freely.

15          MR. GUILIANI:  Completely.

16          MS. CARTER:  And I want to know, is there

17  any way you can tell us -- because everyone's asking

18  me, "What's happened to President Trump?"

19          Where is he?  Are we gonna able to hear from

20  him?

21          MR. GUILIANI:  Yes.

22          MS. CARTER:  What -- is he being silenced?

23  What is going on?

24          MR. GUILIANI:  The President -- the

25  President is preparing to address this.  I believe

1  that he wants to do it at exactly the right moment.

2        Uh, don't -- don't -- don't mistake, uh, any

3  sort of calmness right now for anything other than

4  proper preparation so he makes sure he's right about

5  everything that he says.

6        I certainly haven't been silent.  Uh, my --

7  my podcast has been taken off several places.  It

8  continues to be on other places.  It's gone over a

9  million.  So we have a lot of brave people who are

10  watching it.

11        I'm gonna put out another one.  I have

12  eyewitnesses who saw the same thing you saw.  I have

13  eyewitnesses who say this riot had nothing to do with

14  Trump.

15        It was orchestrated by BLM, Antifa, and

16  similar people like that.  Even some white supremacist

17  groups that are opposed to Donald Trump because of his

18  position on Israel -- who hate him, actually -- but

19  like to pose like they're with him so they can cause

20  him trouble.

21        This was a very, very

22  professionally-executed, I might say, hit job on the

23  President.  Not unlike what they've been doing for

24  five years.  Not unlike the phony Russian collusion.

25  Not unlike the phony Ukraine frame-up.

1        Not unlike, uh, their -- their, uh -- uh,

2   completely banning and censoring anything about

3   Hunter Biden, his hard drive --

4        MS. CARTER:  His laptop.

5        MR. GUILIANI:  -- which proves 30 years of

6   crime, not by Hunter Biden.  By Joe Biden.  It proves

7   that Joe Biden was taking in millions and millions

8   selling his office for 30 years.

9        If you read that -- if you read the text in

10  that hard drive, which is why they banned it.  Now

11  they ban us expressing our opinion about the election

12  being, uh, fraud- -- fraudulent.  I mean, how dare

13  they?

14        MS. CARTER:  But they have, Mayor.  They

15  have.  They have worked to ban everyone.  Everyone

16  that speaks out, they have done that.

17        MR. GUILIANI:  Who do they think they are?

18        MS. CARTER:  Why did the Republicans, those

19  that said they were allies of President Trump, allow

20  this to happen?  Because for four years, even with all

21  the evidence, no one at the DOJ moved a muscle.

22        They lied to the American people.  Because

23  they said over and over again, "There's a report."

24  They said over and over again, "We're gonna indict

25  people."

File 24 Sara Carter Show
January 11, 2021                                    34

1       The President declassified all of that

2  information.  He gave the DOJ permission --

3       MR. GUILIANI:  Sara, you know this better

4  than anybody.  From the very beginning when they

5  started the false charges against him, the first

6  reaction against by certain RINO Republicans, cowardly

7  Republicans, whatever you want to describe them as,

8  was to kind of not give him the benefit of the doubt.

9       When the Russian collusion thing came up, I

10  knew it was totally false.  I was with him for five

11  months.  I knew it was false.

12       Instead, I had a bunch of Republicans

13  saying, "It has to be looked into."  It didn't have to

14  be looked into.  It could have been thrown right out.

15       The Ukraine thing.  You read that thing.

16  It's completely harmless.  And now we find out they

17  were hiding evidence, the hard drive, that would have

18  proved it was harmless.  And the Republicans said, "We

19  have to look into that."

20       Now this thing takes place, and they assume

21  that somehow he caused it.  He had nothing to do with

22  it.  His last -- his last words were, "Be peaceful and

23  patriotic."  That's hardly words of incitement.

24       There's no evidence that anybody ran from

25  that speech and went and did violence.  That's what

1  you need for incitement.

2       You need a whole group.  And you're saying

3  terrible things to them.  And they get up, and they

4  start doing incitement.

5       He was here.  Effectively, the Capitol was

6  one hour away, given the -- given the crowds.  There's

7  no connection between the speech and the preplanned

8  activities in the Congress that go back to

9  January 1st.

10       And if the Republicans would give the man

11  the benefit of the doubt, I can show them the

12  invitations from Black Lives Matter and from Antifa.

13       I don't know what's wrong with Republicans.

14  Democrats stick together when they're stealing.  We

15  can't stick together for one day to hear the evidence.

16       And doesn't it always vindicate the

17  President?  Always.  Because the President is not a

18  bad man.  The President is a good man.

19       And he's a man that tries very, very hard to

20  stay within the rules of ethics and law.  And he

21  succeeds.

22       Give him a break.  Five times he's been

23  victimized like this.  Now they're trying to victimize

24  him by blaming a riot on him that has nothing to do

25  with him.

1          At least give us a chance to show you the

2     darn evidence that shows that Black Lives Matter and

3     Antifa had a lot more to do with this than any Trump

4     people.

5          MS. CARTER:  They don't want that evidence

6     out there.  According to people that I'm talking to,

7     they just -- the focus has really been on

8     President Trump.

9          They have turned onto the President.  Now,

10    these are the RINOs out of Washington DC, Mayor.

11    These are people like Mitt Romney and others.  Um,

12    people like even Senator Tom Cotton, who don't even

13    want to give the President an opportunity now to

14    speak.

15          Some of them are blaming the President,

16    because they said he didn't support, um, Vice

17    President Mike Pence.  And they're walking away from

18    him, and they're turning on him.

19          My fear is how far is this gonna go?  Where

20    are we gonna go?  Americans --

21          MR. GUILIANI:  I can tell you -- I can tell

22    you where the Trump supporters are.  They're up by

23    5 percent.  That's where the Trump supporters are.

24          I mean, they -- they do ban us.  They do,

25    uh, put all kinds of restrictions on us.  Somehow

1  we've been successful in getting the message out.

2        I told the President this last night.  Bare

3  minimum, 45 percent, maybe 55 percent of the American

4  people by now believe that he was railroaded.  They

5  believe it.

6        How do they get that message with everybody

7  banning it?  Somehow they've begun to just trust all

8  these crooks in the mainstream media, and they start

9  relying on whatever they can get.

10        It's almost like radio-free Europe trying to

11  get into -- trying to get into, uh -- uh, Russia.

12  They're getting the message.

13        MS. CARTER:  Uh-huh.

14        MR. GUILIANI:  They're getting the message

15  from you, from me, from Hannity, from -- from

16  Rush Limbaugh, from OAN, from Newsmax, from -- they're

17  getting the message.  It's coming out.  And --

18        MS. CARTER:  But there is a push to shut

19  down all of the messengers.

20        MR. GUILIANI:  They're trying to shut us

21  down --

22        MS. CARTER:  There's a push to shut down

23  OAN.  There's a push to shut down Newsmax.  There's

24  been a push to take out anybody who speaks about MAGA.

25  Dick Durbin, we're hearing rumors about --

File 24 Sara Carter Show
January 11, 2021                    38

1        MR. GUILIANI:  Yeah.  On Friday night -- on

2    Friday night, as soon as my, uh, podcast hit 700,000,

3    they canceled it.

4        All I was giving people was an alternative

5    explanation for January 6th.  It wasn't my opinion.

6    It was based on, uh, texts from the internet that I

7    had, pictures, photographs, and film.

8        Proof.  I had proof.  I wasn't shooting my

9    mouth off.  I had proof.  I had two eyewitnesses.

10   (Unintelligible, speakers overlapping) --

11       MS. CARTER:  But they are gonna try to

12   push -- they are gonna try to push -- this is

13   Nancy Pelosi, the Democrats, and some Republicans are

14   gonna push and push and push for impeachment of the

15   President for inciting violence.

16       MR. GUILIANI:  And they're gonna try -- and

17   they're gonna --

18       MS. CARTER:  They're going after MAGA

19   supporters to do it.

20       MR. GUILIANI:  Let me add to it.  They're

21   gonna try to put me, Don Jr., and Professor -- uh,

22   Professor Eastman in jail.

23       MS. CARTER:  They are.

24       MR. GUILIANI:  They're gonna try to put us

25   in jail for -- for I don't know why.  For, uh -- the

1  main offense we committed was we said that the

2  election was not legitimate.  You're not allowed to

3  say that.  That incites violence if you say that.

4        MS. CARTER:  Is there anywhere in the law,

5  anywhere in the constitution, anywhere in the law,

6  anywhere, that in the history of the United States,

7  that you're not allowed to say that?

8        MR. GUILIANI:  No.  And there's no --

9  there's no logical connection with having an opinion

10  about the integrity of an election and anybody, uh,

11  rioting.

12        And if you try to connect it to the other

13  day, we can prove the genesis of that goes back to

14  emails that were being sent out four and five days

15  before by the terrorist types who were gonna take that

16  over and highjack it.  It had nothing --

17        MS. CARTER:  But now they are saying MAGA --

18  Dick Durbin, Senator Durbin, said that MAGA supporters

19  are terrorists.  Literally are trying to equate people

20  who support President Trump and create laws now to say

21  that there is like domestic terrorism in the United

22  States.  When --

23        MR. GUILIANI:  Well, this has been the

24  objective of Antifa and of Black Lives Matter and --

25  and literally some white, uh, supremacist groups for

1   two or three years to try and define us by committing

2   these acts, and making it look like they come from

3   pro-Trump people.

4           And with a media that's willing to buy any

5   set of lies, and a media that tries to cut out any

6   form of defense, they -- they get some success in

7   that.  I mean, it's unfortunate.

8           But when you listen to the President's

9   speech, once again, like the Ukrainian conversation,

10  there's nothing wrong with it.

11          And to have a speech that incites violence,

12  as he's saying it, people should be jumping up,

13  running away and shooting people.

14          I mean, you look at that audience.  And that

15  audience sat there for two and a half hours in the

16  cold, and all they did was cheer and yell.  They

17  didn't run away.  They didn't run away with

18  pitchforks.

19          I mean, it's ridiculous.  It's ridiculous.

20          MS. CARTER:  Mayor, one of the things that

21  I -- but that I -- I think we've all noticed is the

22  fact that there was -- there was a rumor that

23  President Trump was gonna be speaking.  That he would

24  be on Newsmax or OAN.

25          Um, there was a fear that he wouldn't be

1  allowed, uh, or they wouldn't broadcast, basically,

2  any speech from him on any of the main cable networks,

3  being CNN or Fox or anyone else.

4          So there was a rumor.  And then he didn't

5  come on.  He didn't speak.  Then there were rumors

6  about using the emergency broadcast.

7          Can the President reach the American people?

8  Will he be able to speak directly to the American

9  people without being hampered by the media or being

10  cut off by social media platforms or our main -- or

11  mainstream media?

12          MR. GUILIANI:  Well, cert- -- certainly the

13  President plans to address the American people.  He's

14  going to do it on his terms in his time and when he

15  thinks it's most effective to get the message across.

16          Can he do it directly?  If he has to, yes.

17  There are ways in which he can do that.  But I do

18  think the more they do this, they're overplaying their

19  hand.

20          I do not believe the American people buy

21  this kind of censorship, this kind of shutting people

22  up, and these threats of imprisoning people.

23          This is like some form of Venezuela

24  presently, China presently, Nazi Germany --

25          MS. CARTER:  Uh-huh.

1          MR. GUILIANI:  -- uh, East Berlin.

2    Americans never lived like this.  We've never had this

3    happen before.

4          MS. CARTER:  I have friends that are

5    actually afraid.

6          MR. GUILIANI:  We've had bad things in our

7    history.  We've never had a, uh, free speech shutdown

8    like this.  And for the liberal press to allow this, a

9    liberal press that once used to defend the rights of

10   Nazis --

11         MS. CARTER:  Uh-huh.

12         MR. GUILIANI:  -- to say terrible things and

13   to say hate works (phonetic), because they -- they

14   said, "The key to respecting free speech is to allow

15   your worst enemy to speak."

16         MS. CARTER:  Correct.

17         MR. GUILIANI:  Well, what happened to them?

18   We're not anywhere in that category, and they're

19   shutting us down.

20         You know why they're shutting us down?

21   Because they know we're telling the truth.  And they

22   know if the American people --

23         MS. CARTER:  What's your worst fear --

24         MR. GUILIANI:  -- ever hear it -- if the

25   American people ever get to see my evidence, they will

File 24 Sara Carter Show
January 11, 2021                    43

1   know that every single thing the President has said is

2   100 percent true and provable, as it's always been.

3          MS. CARTER:  Mayor, what's your worst fear?

4   What's the worst fear --

5          MR. GUILIANI:  My worst -- my --

6          MS. CARTER:  -- for our country?

7          MR. GUILIANI:  My worst fear is this is all

8   part of a very, very aggressive effort to make us into

9   a socialist country, a one-world country.

10          No -- I mean, just to say we're no longer

11  gonna say "America First" frightens me.  If America

12  isn't first, who is?

13          MS. CARTER:  Uh-huh.

14          MR. GUILIANI:  Uh, this is all part of the

15  Soros, you know, we're one big world, and America is

16  no better than anybody else socialism.

17          And socialism we've now figured out very

18  early on with what these governors are doing in the

19  Democratic States leads to authoritarianism like that.

20          I mean, look at the way Como is acting, and

21  the way Newsom is acting, and the way Murphy is

22  acting, and the way, uh, the governor in Illinois is

23  act- -- acting.

24          MS. CARTER:  Uh-huh.

25          MR. GUILIANI:  The minute they get power

1  over you, the minute they have you in a position where

2  you're in submission, they then begin to direct your

3  lives.

4       Because you think of socialism, and you

5  study the history of it.  It almost always leads to

6  authoritarianism, and very often it leads to violence.

7  And we're -- we're heading there faster than I

8  thought.

9       MS. CARTER:  What's --

10       MR. GUILIANI:  I mean, we gotta stop this.

11  We're -- we're headed to a vision of this country that

12  probably exists only in the mind of George Soros.

13       MS. CARTER:  Wow.  What is your final

14  message, uh --

15       MR. GUILIANI:  My final message is we gotta

16  stick together.  Americans have to work hard to get

17  the news now.  They gotta go to alternative sources.

18  They gotta use their common sense, which is why I call

19  my podcast Common Sense.

20       MS. CARTER:  Uh-huh.

21       MR. GUILIANI:  And, uh, we gotta -- we gotta

22  fight back.  This whole thing that they're doing, uh,

23  the Big Tech --

24       MS. CARTER:  Let's talk about that.  Because

25  when you say "fight back" --

1        MR. GUILIANI:  We gotta go to court.  This

2   is a restraint of trade --

3        MS. CARTER:  Okay.

4        MR. GUILIANI:  -- among other things now.

5   Now they're taking away our livelihood.  Look.  I get

6   paid for my podcast.

7        MS. CARTER:  Right.

8        MR. GUILIANI:  They have taken away my -- my

9   livelihood.  They've taken away some of Steve Madden's

10  livelihood.  They just threatened Dan Bongino and --

11  and, uh --

12       MS. CARTER:  And Mark Levin?

13       MR. GUILIANI:  -- and Mark Levin.  I mean,

14  Mark Levin is like the dean of -- uh, of radio.  He's

15  one of the smartest men and one of the most

16  distinguished people.

17       I mean, if they can threaten him, they can

18  threaten anybody.  How about if they can threaten the

19  President of the United States, who are we?

20       MS. CARTER:  That's right.

21       MR. GUILIANI:  I mean, this is getting

22  frightening.  And I hope the American people start to

23  realize this.  This is no longer Democrat/Republican.

24  It's no longer Donald Trump or Biden.

25       This is about my rights, your rights, and

1  our children's rights.  And they have taken them away.

2  And they've been doing it all year.

3       They used the COVID thing to take away our

4  right of free speech, freedom of religion, freedom of

5  movement.

6       Now they shut down key evidence during the

7  election.  I mean, 10 percent of the people say if

8  they knew what crooks the Biden's were before the

9  election, they wouldn't have voted for him.

10      Well, why do you think they didn't find out?

11      MS. CARTER:  Uh-huh.

12      MR. GUILIANI:  Because it was deliberately

13  shut down by a crooked press.

14      MS. CARTER:  Well, and now they shut down

15  our ability to communicate to a large extent on the

16  platforms that most Americans and people around the

17  globe use.

18      They've just shut down communication

19  entirely for many people.  And there's no place for

20  them to go.  Because now that the internet -- if the

21  vendors -- if Apple, if Google -- if these major

22  players like Amazon take away the platform, take away

23  your ability to communicate, that's it.  Unless you

24  invent something, a new internet --

25      MR. GUILIANI:  Well, I think --

1        MS. CARTER:  -- where do you go?

2        MR. GUILIANI:  I think -- I think, uh, that

3  is -- I'm not an expert on that.

4        MS. CARTER:  Me neither.

5        MR. GUILIANI:  I can't tell you.  But I know

6  there's a lot of time being spent on trying to figure

7  that out.  I think it's also time for us now to go to

8  court.  And, uh, the government is not gonna do it for

9  us.  But there are a lot --

10       MS. CARTER:  Is it true to the rumors -- is

11  it true to the rumors that President Trump will start

12  his own media empire?

13       MR. GUILIANI:  I can't really --

14       MS. CARTER:  Do you know anything --

15       MR. GUILIANI:  I can't disclose, you know,

16  confidential things.  President Trump is gonna -- is

17  going to do everything he can to combat this.  This

18  will be his mission.

19       Because -- and -- and he'll do it not for

20  himself.  He'll do it because his -- his goal was

21  always to make America greater and better.

22       And to take away free speech in America is

23  to take away America.  We were founded on two basic

24  principles, freedom of religion, freedom of speech.

25       Well, they've taken --

1          MS. CARTER:  Correct.

2          MR. GUILIANI:  -- away freedom of religion,

3    and they've taken God out of the Democratic, uh,

4    National Convention.  Every time you mention God,

5    you're almost in fear of going to jail.

6          And now they're trying to take our right --

7    your right and my right and everybody else -- to

8    express our honest opinions.  We may be wrong.  I'm

9    happy to debate it with anybody.

10          You want to come and debate with me?  I'm

11    happy to debate it with you.  I can prove what I'm

12    saying.  I'm just being shut up.  I'm being bottled up

13    and pretty soon probably gonna get arrested --

14          MS. CARTER:  Well --

15          MR. GUILIANI:  -- by these idiots

16    (phonetic).

17          MS. CARTER:  -- I've always said that.  I've

18    always said we have never once, and I have never once

19    asked for people to be silenced.

20          I've never said, "Because I don't agree with

21    you, I don't think you should speak."

22          I've never said, "Take that person off the

23    internet."  I've never said, "Shut down an entire

24    network."

25          I have never agreed with that.  I've never

1  heard you say that.  I've never heard the President

2  say that.  I have never heard a Republican say that,

3  or a Conservative, or a Libertarian.

4       But I have heard that from the Democratic

5  party and this new leftist progressive revolution

6  that's out there.

7       MR. GUILIANI:  Progressive.

8       MS. CARTER:  Right.

9       MR. GUILIANI:  Wow.

10       MS. CARTER:  That is changing our nation

11  completely.

12       MR. GUILIANI:  Yes.

13       MS. CARTER:  And thank you so much, Mayor,

14  for being on the show.

15       MR. GUILIANI:  Thank you, Sara.

16       MS. CARTER:  Thank you.

17       MR. GUILIANI:  And thank you for focusing on

18  the danger of it.  I do believe even us, even you and

19  me, don't quite realize how bad it is.  It's even

20  beyond anything we can imagine.  This is very serious.

21       MS. CARTER:  I think we're at the beginning

22  of --

23       MR. GUILIANI:  This is a very serious point

24  in our history.  And we gotta stand up and fight it.

25  Otherwise, I don't know what could happen.

File 24 Sara Carter Show
January 11, 2021                          50

1          MS. CARTER:  I think our nation will be lost

2     if we don't.

3          MR. GUILIANI:  Uh, not an exaggeration,

4     Sara.

5          MS. CARTER:  Thank you so much, Mayor.

6          MR. GUILIANI:  God bless you for doing this.

7          MS. CARTER:  Thank you for being with us.

8     God bless you too.  Thank you, Mayor.

9           (Commercials not transcribed.)

10          MS. CARTER:  So President Trump will speak

11    to us.  That's huge news.  We don't know how.  We

12    don't know who else is going to be silenced.

13          Rudy Giuliani is afraid, I mean, obviously

14    that they're targeting him, that they're gonna arrest

15    him.  They're threatening, you heard that from his

16    mouth, um, Steve Bannon, others out there who support

17    President Trump.

18          Now we have people like -- you know, like I

19    said at the beginning, John Brennan and others, you

20    know, creating this kind of Mao Tse-tung type of

21    strategy where they're trying to, uh, defame people in

22    public, and -- and destroy reputations, and make them

23    out to be some kind of criminals when they are not.

24          75 million Americans voted for

25    President Donald Trump, more than any other Republican

1   president in history.

2        And we are still allowed, I guess -- this is

3   America; right? -- to -- to speak the truth, to tell

4   the truth, to be able to have freedom to express

5   ourselves.

6        At least I hope so.  At least I hope that

7   hasn't been taken from us.  I want to read a story to

8   you really quick.  And I just want to make it real

9   quick.

10        But you've got to understand here about the

11   riots on Capitol Hill.  The FBI and the New York

12   Police Department officials, they actually warned

13   Capitol Hill Police of the risk of violence at the

14   Capitol on January 6.

15        They -- they actually warned them, the

16   Capitol Hill Police.  The Police Chief said that he

17   went -- well, now he's resigned -- said he went to

18   Nancy Pelosi, said he went to Mitch McConnell, and

19   they turned down extra help.

20        They turned down extra help.  You have to

21   ask yourself why did this happen?  In the Hill, a

22   senior FBI official, uh, basically told NBC News

23   Network that the FBI obtained credible and actionable

24   information about more than a dozen people who were

25   planning on traveling to the protest and who expressed

1   a desire to engage in violence.

2        Who expressed a desire to engage in

3   violence.  That -- that tells me a lot.  I wonder who

4   the FBI was listening to.

5        That's another thing we gotta think about;

6   right?  How many people were they actually listening

7   to?  And why?  Because they were MAGA supporters?

8        But if they heard that and they knew that

9   there would be violence, why did Nancy Pelosi and

10  Mitch McConnell turn down extra security?  Why didn't

11  they -- why didn't they say, "No.  Let's get the

12  National Guard out here."  Right?

13       You know, it doesn't -- it's not

14  President Trump.  President Trump did not incite

15  violence.  He did not ask people to go to the Capitol.

16       If somebody is telling you that, it is a

17  lie.  It is a straight-up lie.  We have every right to

18  peacefully protest and march and make our voices

19  heard.

20       This is the United States of America.  It is

21  the reason why so many other nations and their people

22  envy us.  Because we're supposed to be a beacon of

23  light for the rest of the world.

24       We're supposed to be standing strong against

25  tyranny.  And now it appears that the tyranny is here.

1   And now it appears that people are being silenced by

2   something we have never seen before in history.

3        Not by a government, but by a government

4   working together with Big Tech corporations that are

5   in their pockets.

6        And you have to ask yourself, folks -- you

7   just have to ask yourself where do we go from here?

8   If we don't stick together, if we don't speak up, if

9   we don't vote these people out, if we don't stand up

10  for what our constitution means, we may not have an

11  America the way we know it anymore.  It will be gone.

12        But I believe in my heart that the nation

13  that my husband fought for, the nation that our

14  forefathers fought for, the nation that all of our

15  brothers and sisters and everybody else have

16  sacrificed so much for is still worth it, and it still

17  exists.

18        And it's up to each and every one of us to

19  ensure the future of this nation for our children and

20  for future generations.

21        Thank you so much for being a part of the

22  Sarah Carter Show.  I promise you if I don't get

23  pulled off the air, and even if I do, I will find a

24  way to come back on and speak with you.

25        Guys, please.  I need you to go to

1  Saraacarter.com, and I need you to sign up for my

2  newsletter.  I really need you to do that.

3         If you want to still stay in touch.  If you

4  want to be, uh, able to communicate with me.  If you

5  want to listen to my podcast.  Just in case anything

6  goes sideways, I would like you to sign up for my

7  newsletter.  That's at Saraacarter.com.  Remember

8  Saraacarter.com.

9         Thank you again for joining us on the

10  podcast.  Make sure to subscribe on YouTube or to the

11  podcast, wherever you get your podcast.  And follow me

12  on, uh, Twitter, Facebook and Parler -- remember what

13  happened to Parler -- at Sarah Carter Official.

14         I'm praying for you, Dan Bongino.  I love

15  you, brother.  I know what you've been through.  I

16  know what you're going through.

17         And for everybody else at Parler, remember.

18  I'm here for you.  We're all on the same side.  We're

19  all on the same key.  All we want to do is have a

20  voice.

21         Thank you so much.  We're taking the story

22  back.  God bless you, America.

23              (Music plays.)

24         MS. CARTER:  Today, I'm joined by

25  Rebecca Weber, the CEO of the Association for Mature

File 24 Sara Carter Show
January 11, 2021                    55

1   American Citizens, also known as AMAC.

2          For the upcoming year, what are some of the

3   biggest topics of advocacy for members?

4          MS. WEBER:  As an organization that

5   represents Americans 50 and over, we recognize that

6   Social Security is such an important component, uh, to

7   seniors' income.

8          And so we also recognize that for someone my

9   age, for example, Social Security, I may not see my

10  entire benefit unless something is done soon.

11         So we promise to fight to keep Social

12  Security solvent.  We've got What's called the AMAC

13  Social Security Guarantee.

14         Information is found on our website.  We're

15  also pushing for transparency in healthcare.  We want

16  to eliminate surprise billing.

17         Sara, another great proposal that we have

18  out there which has got over 22 cosponsors now is AMAX

19  Pro Bono Healthcare Bill, which essentially allows

20  doctors to take a healthcare deduction and provide

21  doctor services to individuals that are currently on

22  Medicaid.

23         We project that it could save billions of

24  dollars in Medicaid.  But also it provides for those

25  lower income folks to have and build a real

File 24 Sara Carter Show
January 11, 2021                          56

1   doctor/patient relationship.

2          MS. CARTER:  Rebecca, thanks so much for

3   being with me today.  I'm honored to have you and AMAC

4   as a sponsor for the Sarah Carter Show.

5          For more information, folks, visit

6   AMAC.US/Carter.

7              (Commercials not transcribed.)

8              (End of recording.)

9                   * * *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3          I, SONJA CHERNICK, a certified shorthand

4   reporter for the State of California, do hereby

5   certify:

6          That the foregoing transcript is a verbatim

7   transcription prepared from the electronic audio

8   recording provided to me; that the foregoing is a true

9   and accurate transcription of said recording, to the

10  best of my ability.

11

12         Dated this 19th day of January 2021.

13

14         _____

15              SONJA CHERNICK, CSR 11504

16

17

18

19

20

21

22

23

24

25