# Exhibit 217

1

2

3

4

5

6

7

8

9

10                    UNCOVERING THE TRUTH

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Uncovering the Truth Rudy Guiiliani

1          ANNOUNCER:  And other fake news stories.  This

2    is Uncovering the Truth with Dr. Maria Ryan and Rudy

3    Giuliani.  Guarding against misinformation, fake news.

4    It doesn't seem to be making a difference.  Using common

5    sense thinking with New York's street smarts.  Now with

6    Dr. Maria Ryan, here is Rudy Giuliani.

7          RUDY GIULIANI:  Good morning, New York.  This

8    is Rudy Giuliani and Dr. Maria Ryan live in our nation's

9    capital as it gets ready for what will appear to be a

10   militarized in the sense of a protected inauguration at

11   an extreme level.

12          DR. MARIA RYAN:  It doesn't look like we're in

13   America anymore.  There's demilitarized zones, there's

14   so much barricades and check points.  Just think about

15   this.

16          RUDY GIULIANI:  Tell them how we had to go

17   over to the White House.

18          DR. MARIA RYAN:  Oh, my God.  I took a little

19   video of it.  We were escorted by secret service in a

20   golf cart and we were in a golf cart.

21          RUDY GIULIANI:  And I didn't have my clubs

22   with me.

23          DR. MARIA RYAN:  Literally, there was

24   barricades and check points everywhere.  If it wasn't

25   for the secret service obviously, we wouldn't have

1 gotten through to the streets.

2     RUDY GIULIANI:  We're literally one, two,

3 three, four, five, five blocks from the White House.

4     DR. MARIA RYAN:  Yeah.

5     RUDY GIULIANI:  If I were to go there right

6 now and walk it would take me 45 minutes because I'd

7 have to walk around some kind of a crazy --

8     DR. MARIA RYAN:  Yeah, even walking.  It's not

9 like you can walk on every sidewalk.  And what I feel

10 for is, we always feel for is the people.  They shut

11 down all the businesses again.

12     RUDY GIULIANI:  There's nobody here.  There

13 are 25,000, 30,000 troops.  I don't know the number of

14 people.  It seems like there are about ten thousand

15 people.  You walk the streets daytime or night time, and

16 we did both times.  Yesterday I saw three people.  I

17 mean, people have left the city, I think, because

18 they're afraid and look, who can say.  It may be that

19 level of problem, but I patrol cities, I've kept cities

20 safe with tremendous threats of violence.  My guess is

21 this is somewhat overdone, but let's see what happens.

22     DR. MARIA RYAN:  I hope it's overdone, but

23 when you think about it, somebody wrote me a little text

24 saying if you have so much military people guarding

25 against the American people, maybe you really didn't get

1  voted into office.

2      RUDY GIULIANI:  You need that many people to

3  guard.  Well, this is what happens in a banana republic,

4  right.

5      DR. MARIA RYAN:  Yeah.  And the other thing,

6  Rudy, when BLM and Antifa were burning down American

7  cities, including DC, why wasn't the military brought

8  out then?

9      RUDY GIULIANI:  Oh, my goodness.  That was

10  terrible.  That would have been terrible.  Oh, my

11  goodness, it would have been terrible.  It would the

12  military being used for domestic purposes.  It would

13  have been awful.

14      DR. MARIA RYAN:  What about the poor shop

15  owners, restaurant owners.

16      RUDY GIULIANI:  Maybe it was really brought

17  out because the Democratic Party knows that the riot on

18  Capitol Hill was not caused by President Trump, but

19  largely caused by Antifa and two other groups which they

20  are lying about, and which we can prove with videotapes

21  and with affidavits, all of which you can find at

22  Rudy'scommonsense.com.

23      DR. MARIA RYAN:  That's Rudy'sCommonSense.com.

24      RUDY GIULIANI:  One of the few places you can

25  go for facts.  See, I don't just give you my opinions.

Uncovering the Truth Rudy Guiiliani

1 I put out the videotape of John Sullivan announcing what

2 he's going to do, dressing up like what he is, black

3 Antifa in black as an Antifa guy.

4 　　　DR. MARIA RYAN:  They call it black block.  We

5 learned a lot from John Sullivan because he's kind of

6 like one of those stupid criminals putting everything on

7 line.

8 　　　RUDY GIULIANI:  Always recruiting.  The

9 numbers that he recruited -- his brother's estimate that

10 there were 226 Antifa people in the rally at the early

11 stage.  The rally was off to a violent start before

12 basically any Trump supporters could have even gotten

13 there.  Remember, the speech was going on when the

14 invasion began, and the speech was roughly with the

15 crowd one hour away, so there's clear separation between

16 the speeches and the rally.  And then when you look at

17 all the preplanning done by Antifa, Croispa (phonetic),

18 which is a another crazy group, and a third group.  This

19 was a preplanned rally, had nothing to do with Donald

20 Trump.  Donald Trump's speeches had nothing to do with

21 it, and as Professor Dershowitz just said, it was not an

22 incendiary speech, none of them were.  This crowd was

23 not jumping up and down like an emotionally charged

24 crowd ready to run off to a riot.

25 　　　DR. MARIA RYAN:  No, I was there.  It was

1 actually a loving crowd saying, you know, we're proud of

2 the work for the last four years.

3      RUDY GIULIANI:  Angry but subdued, also maybe

4 because they were also freezing.

5      DR. MARIA RYAN:  It was freezing.  I thought I

6 was going to get hypothermia.

7      RUDY GIULIANI:  I felt really bad because I

8 had some great lines and had gloves on and, you know,

9 when you have gloves on you can't hear the applause.  I

10 wanted to say after my first great line, take off your

11 gloves, darn it, so I can hear the applause.

12      DR. MARIA RYAN:  I don't think you're that

13 narcissistic.

14      RUDY GIULIANI:  I'm not, but you know I'm --

15      DR. MARIA RYAN:  I know you're making a joke.

16      RUDY GIULIANI:  I want to talk about

17 (inaudible) for a minute because there's no doubt of two

18 things, okay.  Get angry, I don't know, protest me, ban

19 me and put me in hell.  He won the election and he did

20 not cause that riot.

21      DR. MARIA RYAN:  He did not.  I think even CNN

22 said that.

23      RUDY GIULIANI:  They are a lie, a lie, a lie,

24 a big lie that you are being forced to repeat by a

25 tyranny that if we don't fight against it, it's going to

1  ruin this country.  You cannot tell me what to think, I

2  am sorry.  I'm a free man.  God gave me the right to

3  free speech, not you.  I ain't giving it up.  You can

4  torture me, you can do whatever the hell you want to me.

5         Here's the truth.  He won that election.

6  You give me one hour.  I will prove it to you with

7  pictures, documents, votes and people we can call on

8  the phone in five states.  Number two, that riot that

9  took place was organized days before by Antifa and

10  other terrorist groups in order to ruin him and to

11  give the Democrat Party yet one more reason to take a

12  bunch of lies and try to frame him.  That's the

13  truth.

14         Now, January 20th, no matter what we like

15  or don't like, we get a new government.  The

16  Republican Party goes into being the party of

17  opposition, and the question is I think it has two

18  choices Maria, and I want to ask you about that.

19         One party of opposition can be what we call

20  from the English model, and we've had before, the

21  loyal opposition.  We option on principle the things

22  we oppose on principle, we find some areas to

23  compromise where we can agree, and when we firmly

24  disagree we do so on principle, not on personality.

25         DR. MARIA RYAN:  Isn't that the way it always

Uncovering the Truth Rudy Guiiliani

1  should be?

2       RUDY GIULIANI:  Or we be the party of

3  vengeance.  It goes back to what they did with Trump.

4       DR. MARIA RYAN:  I don't want to be like a

5  Democrat.  I don't.

6       RUDY GIULIANI:  I'm going to tell you another

7  thing.  A little bit like a Republican.  We say this all

8  started the way they treated Trump impeachment from the

9  first day, et cetera.  The first day Obama was in office

10  McConnell said my job is to take him out of office.

11  Now, we didn't do all the things the Democrats, did but

12  that was a bad, bad attitude.  McConnell's job was not

13  to take, at that point, Obama out of office.  His job

14  for at least two years was to work with him to help the

15  American government.

16       DR. MARIA RYAN:  I was going to say and to

17  help the people, right?

18       RUDY GIULIANI:  And then when we get to the

19  last year of course we think differently to take him out

20  of office properly.

21       DR. MARIA RYAN:  Yeah.

22       RUDY GIULIANI:  So I'd like to see us go back

23  to -- and let me credit my friend here, Newt Gingrich to

24  what Newt Gingrich did.  I know it's used a lot because

25  it was so darn successful.  What Newt Gingrich did after

1  Clinton won, and I was mayor at the time that this

2  happened, after Clinton won in 1992, big victory,

3  Republican Party dead forever.  Two years later

4  Republican Party takes over the Congress for the first

5  time in 48 years, or 48 out of 50 years first, time in

6  two generations based on contract with America, based on

7  ideas, not based on attacks of Bill Clinton's personal

8  life, which you could have had plenty, by the way.  Not

9  attacks on his personal life, not attacks on his wife or

10  children, not attempts to impeach him, based on ideas.

11  This is what we're going to do, ladies and gentlemen.

12  We're going to have lower taxes, we're going to have

13  stronger crime measures, we're going to have term

14  limits, which they never did, by the way.

15      DR. MARIA RYAN:  Right, smaller government.

16      RUDY GIULIANI:  That's what I want to see.

17      DR. MARIA RYAN:  Lower taxes.  You know, you

18  started this out asking for my opinion, so I'm going to

19  give it to you, Mr. Giuliani.

20      RUDY GIULIANI:  I think you would have even

21  if --

22      DR. MARIA RYAN:  Probably so.  But I like what

23  you first said, and I think no matter what party you're

24  in, Libertarian, Democrat, Republican, Green -- I don't

25  know what other parties there are, well, except

1 communist.

2      RUDY GIULIANI:  Purple people eaters.

3      DR. MARIA RYAN:  Purple people eaters, we

4 should always be fighting on principle.  We shouldn't be

5 doing these personal attacks.  And I hate to label

6 people, you know that.  But the Democrats s took this to

7 a different level these past four years.

8      RUDY GIULIANI:  I agree.

9      DR. MARIA RYAN:  And as an American citizen,

10 I'm frustrated that laws were broken and nobody was held

11 accountable.  The Mueller investigation took $40 million

12 of our taxpayer dollars when they knew it was all fake.

13 They knew before going in there was already several

14 investigations.

15      RUDY GIULIANI:  That's a crime.

16      DR. MARIA RYAN:  And nobody was held

17 accountable for that fake dossier, nobody.

18      RUDY GIULIANI:  That's a crime.  I'll say it

19 again.  You know what I think happened, Maria?  You know

20 I mentioned McConnell sort of started it with day one,

21 it's my job to take --

22      DR. MARIA RYAN:  Yeah.

23      RUDY GIULIANI:  Well, McConnell didn't do the

24 things the Democrats did.  So then the Democrats did him

25 one better.  They took over, and rather than even spend

1  a little time cooperating, immediately day one, two

2  hours, impeach, impeach, impeach, impeach, impeach, one

3  phoney setup story after another, including this very

4  last one with the contrived riots on Capitol Hill.

5      DR. MARIA RYAN:  What did you say, they

6  impeached on newspaper articles, not on facts.

7      RUDY GIULIANI:  They didn't have a single

8  witness for the impeachment.

9      DR. MARIA RYAN:  And why aren't they held

10  accountable?  Why don't they have a higher standard?

11      RUDY GIULIANI:  Remember the congressman that

12  stood up?  We'll get his name before the -- Mast or --

13  the congressman who stood up, the war hero and he said

14  did you produce a single witness from the rally that

15  went to the Capitol and committed a crime?  Let me hear

16  the name, and then he stayed silent for a minute, and

17  none of the creepy Democrats got up and mentioned even

18  one name.  And then he said I just made my point.  You

19  have no evidence.

20      I mean, basically under Brandenburg which

21  Professor Dershowitz knows and I know because I tried

22  cases like this, you've got to prove that those -- I

23  mean, we have a set of protection for the first

24  amendment.  You've to be to prove that those words

25  almost immediately drove the person into the riot.

1  Well, the words were spoken two miles away, separated

2  in some cases by an hour and two in time, and the

3  words are in some cases fighting words, but not words

4  of violence, and those are very important

5  distinctions if we want to maintain individual

6  liberty in America.

7      DR. MARIA RYAN:  You know, the Republican

8  Party --

9      RUDY GIULIANI:  We have some good ideas.

10      DR. MARIA RYAN:  Yeah, yeah, but they better

11  be careful because they could split because there are a

12  lot of people who are frustrated because we say we're

13  the law and order party, but we haven't held Congress

14  accountable.  We haven't held politicians accountable,

15  we haven't held big tech accountable.

16      RUDY GIULIANI:  Particularly the Senate.

17      DR. MARIA RYAN:  Right.  So we, you, know this

18  is carry grounds that we may split and see another party

19  forming out of the Republican Party which will split the

20  party obviously, and we'll never get a chance to be in

21  office.

22      But I wanted to go over our question of the

23  week last week.  Should big tech and censorship lead

24  to a break up of big tech monopoly.  Well, I could

25  have predicted this.  92 percent of you said yes.

1  This is getting into McCarthyism.

2      Professor Dershowitz, I just heard him on

3  the Bernie and Sid Show.  He was talking about

4  Harvard University.  Used to be respected, right?  I

5  wouldn't send my dog to that university.  They are

6  circulating names of people who earned a degree,

7  spent their hard earned money, went to that school,

8  but if they worked for the Trump administration,

9  Harvard's saying they should have their degrees

10  stripped.  What the hell.

11      But anyways, anyways, we always love

12  hearing from you.  Please call us at 1-800-848-9222.

13      RUDY GIULIANI:  Here are a couple ideas to

14  think about during the break.  The Republican Party

15  could define itself as the party of individualism.

16  Dr. Maria would love that because she's from New

17  Hampshire, live free or die.

18      DR. MARIA RYAN:  Amen.

19      RUDY GIULIANI:  The less government the

20  better.

21      DR. MARIA RYAN:  Amen.

22      RUDY GIULIANI:  Low taxes.

23      DR. MARIA RYAN:  Amen.

24      RUDY GIULIANI:  Moderate regulations.

25      DR. MARIA RYAN:  Very few, please.

Uncovering the Truth Rudy Guiiliani

14

1      RUDY GIULIANI:  Fears opposition to socialism.

2      DR. MARIA RYAN:  That's right.

3      RUDY GIULIANI:  Never, ever, ever socialism,

4  educate the American people on socialism because a lot

5  of kids don't know.

6      DR. MARIA RYAN:  Yeah.  They don't know it.

7  They're not learning it in school.

8      RUDY GIULIANI:  It often becomes a dictatorial

9  regime, almost always, and we can see little elements of

10  that happening in America with governors like Cuomo,

11  Newsom, Pritzker, Murphy, some of the people in

12  Congress.  You know the way they're enforcing this

13  thing, rip the mask off you, put you in jail for mask,

14  they don't wear the masks themselves, you know, that

15  kind of stuff.  That's a sign of socialism moving into

16  authoritarianism, their fierce opposition to freedom of

17  religion, our fierce support for freedom of religion,

18  their cooperating rating with big tech and the big media

19  to create the biggest crackdown on free speech in

20  America over the last four months, first the Biden hard

21  drive, now the loss of the election.  We've got to

22  protect free speech.  We should be the party to do it.

23  We've got to protect private education, we've got to

24  protect the nuclear family.  You know they're coming

25  after that.  You know they're coming after that.

1        We're the party of better ideas and

2   policies, not the parties of revenge.  That's what

3   I'd like to see our party do.

4        DR. MARIA RYAN:  I like that.

5        RUDY GIULIANI:  It doesn't mean we hold -- if

6   there are crimes, that can be proven.  If the Bidens

7   committed 30 years of crimes like the Biden tape shows,

8   they should be prosecuted.

9        DR. MARIA RYAN:  They should be prosecuted.

10  Nobody should be above the law.

11       RUDY GIULIANI:  That should not be the focus

12  of our party.

13       DR. MARIA RYAN:  Right.

14       RUDY GIULIANI:  The focus of our party should

15  be to make a better America.

16       DR. MARIA RYAN:  Yep.

17       RUDY GIULIANI:  With better ideas and

18  policies.

19       DR. MARIA RYAN:  And voter integrity, please.

20       RUDY GIULIANI:  Not a Hatfield and McCoy.

21       DR. MARIA RYAN:  Yeah.

22       RUDY GIULIANI:  Not you got me, I'm going to

23  get you more.  You got me, I'm going to get you more.

24       DR. MARIA RYAN:  Well, there's so much more

25  truth to uncover on this Sunday morning, including or

1  nation's capital on lockdown ahead of this Wednesday.

2  So up next, how our nation's capital and state capitals

3  all across America are preparing for this coming

4  Wednesday.

5      RUDY GIULIANI:  And then you.  We go to you on

6  the phone lines because that's the --

7      DR. MARIA RYAN:  Our favorite part.

8      RUDY GIULIANI:  That's 800-848-WABC.  That's

9  800-848-9222.  Call us.  You're going to straighten us

10  out and give us better ideas.  Every Sunday you do.  And

11  now we'll take a short break.

12        This is Uncovering the Truth with Dr. Maria

13  Ryan and Rudy Giuliani, guarding against

14  misinformation, fake news.  It doesn't seem to be

15  making a difference.  Now with Dr. Maria Ryan, here's

16  Rudy Giuliani.

17        DR. MARIA RYAN:  Hello.  Hello.  It's

18  Dr. Maria and Rudy Giuliani in the District of Columbia,

19  and we are going to go into our phone lines.  So don't

20  forget, you can listen to previous shows by going to

21  WABCradio.com under weekend shows.  And we want to

22  welcome our listeners who are tuning in.

23        RUDY GIULIANI:  Just put in a point.  We've

24  had some great subjects, a lot of them produced by

25  Dr. Ryan.  I think one of our best was the abuse of

1 children and the whole human trafficking.

2      DR. MARIA RYAN:  Yeah.  We're going to come

3 back to that at some point.

4      RUDY GIULIANI:  That one made you cry.

5      DR. MARIA RYAN:  Yeah, yeah, yeah.

6      RUDY GIULIANI:  That one made me cry.

7      DR. MARIA RYAN:  Yeah.  It's tough terrible

8 thing happening in our country.

9      RUDY GIULIANI:  Great interview with a man who

10 does the most.  How about the uncovering of China's role

11 in the CCP virus?

12      DR. MARIA RYAN:  I wanted to be on a

13 commission.  I did.  I wanted to look into that.

14      RUDY GIULIANI:  You got the exclusive

15 interview with the Chinese --

16      DR. MARIA RYAN:  Dr. Yan (phonetic).

17      RUDY GIULIANI:  Who now is in protection.

18 Those are things, now that the election is over, we've

19 got to go back to.  Really important.  Yes, we want to

20 find out what happened in the elections.  We've got to

21 find out what happened with China definitively.

22      DR. MARIA RYAN:  Yes.  Amen.

23      RUDY GIULIANI:  Let's go to our great callers.

24      DR. MARIA RYAN:  Let's go to Martin in

25 Washington, DC.  Martin, good morning.

1      RUDY GIULIANI:  We want to know if he's locked

2  in like we are.

3      MARTIN:  Good morning.  Mr. Mayor, I had the

4  pleasure of voting for you in Florida.

5      DR. MARIA RYAN:  Can you please speak up,

6  Martin?

7      MARTIN:  Sure.  Mr. Mayor, had the pleasure of

8  voting for you in Florida.

9      RUDY GIULIANI:  Thank you, Martin.

10      MARTIN:  And I had a question.  What do you

11  make of the research from the My Pillow guy, Mike

12  Lindell, that's very similar to Colonel Waldron's

13  testimony?  Is it nonsense or is it not worthy of

14  investigation or does he have a point?

15      RUDY GIULIANI:  He's got a very, very

16  important point, and it's not nonsense at all.  I know

17  I'm going to get castigated, probably taken off

18  somewhere or other.  Maybe eventually they even torture

19  you for this.  That's what happens in a socialist

20  regime.

21      The reality is that Mr. Lindell and Colonel

22  Waldron, although slightly different methodologies,

23  can point out that the machines were rigged to create

24  a result, and there are even formulas that they can

25  find.  Like for every vote that Biden got, Trump got

1  two, and machines were set differently in different

2  places.

3      DR. MARIA RYAN:  Even fractions, right?

4      RUDY GIULIANI:  Even fractions.  So I'll give

5  you an example.  In the parts of Atlanta where Trump was

6  going to be a big winner, they couldn't make him a

7  loser, but they took him down by three, four percent.

8  So where as he won last time by 75 percent and the state

9  senator got 75 percent this time, he got only

10  71 percent, so you shave just four percent.  Hard to

11  notice, hard to complain about a 71 percent victory, but

12  then it deprives you of the numbers in the rural areas

13  that offset your loss in the city.  That's the kind of

14  stuff that Dominion machine does all over.

15      DR. MARIA RYAN:  And we actually know that

16  factually.  Phil Waldron's team who got ahold of some of

17  the Michigan machines in Michigan.

18      RUDY GIULIANI:  And these are former military

19  people, no political anything.

20      DR. MARIA RYAN:  Right.

21      RUDY GIULIANI:  These people come from NSA,

22  CIA, the Seals.  These are some of your biggest heroes

23  toes and geniuses at this stuff.

24      DR. MARIA RYAN:  And they could see in the

25  algorithms the fractions.  So you and I, Martin, you

Uncovering the Truth Rudy Guiiliani

1 vote, it should be one vote, right?  You wholly voted

2 for whoever.  They would do it in a fraction, so it's

3 shaving votes.  And plus, machines shouldn't be able to

4 do that.  Machines shouldn't subtract, right?  When you

5 have votes you add.  So it's a very bizarre thing.  We

6 can't bury this under the rug.  We can't do anything

7 about this election, but we can do something for our

8 future.

9        RUDY GIULIANI:  Well, we tried.

10        DR. MARIA RYAN:  We tried to have truth and

11 justice.

12        RUDY GIULIANI:  And we got completely ignored

13 by the courts who wouldn't give us a hearing.  We got

14 very close with the legislatures.  Unfortunately, the

15 Vice President would not send the cases back to the

16 legislator.

17        DR. MARIA RYAN:  So the American people do not

18 realize this, but constitutionally he could have done

19 that because there was so much question of fraud.  The

20 Vice President could have said I'm not making a decision

21 but I'm putting this back to the states.  And we knew.

22 We had letters to Mike Pence in our hands from several

23 states, including Pennsylvania, that said we regret

24 certifying the election.  We knew it was fraudulent, we

25 want to look into it further.

1        RUDY GIULIANI:  Yeah.  We want to do a

2  forensic audit.

3        DR. MARIA RYAN:  Yep.

4        ANNOUNCER:  Hoaxes and other fake news

5  stories.  People don't know if the videos that they're

6  watching are real.  This is Uncovering the Truth with

7  Dr. Maria Ryan and Rudy Giuliani.  These fake news

8  stories affected the election.  Now with Dr. Maria Ryan,

9  here's Rudy Giuliani.

10        DR. MARIA RYAN:  Good morning.  You are

11  listening to Uncovering the Truth on 77 WABC.  Download

12  the app today.  You can listen anywhere you are no

13  matter what state at WABCradio.com and you can listen

14  live.

15        We've been having some fun with our

16  callers.  We always learn a lot from you, so we're

17  going to continue with our callers and go to Joe from

18  Long Island.

19        JOE:  Yes, hello.  Thank you for taking my

20  call.  Rudy this question is for you.  I called into

21  your radio show last week, I believe it was on

22  Wednesday, and I spoke to you about a person named Maria

23  Zack.  I don't know if you are familiar.

24        DR. MARIA RYAN:  We are very familiar.

25        RUDY GIULIANI:  Yes.  I've spoken to Maria

1 Zack.

2      JOE:  I'm not trying to bore you, but about

3 two days later she made a video, and I'm watching it now

4 on You Tube.  She said she knows exactly when the

5 elections have took place, where the elections have took

6 place, and exactly how the elections have took place.

7 It took place in an American embassy in Rome, Italy by

8 an IT worker who's employed for an Italian defense

9 contractor named Leonardo who uploaded computer software

10 onto the military defense contractor super computer that

11 was then transmitted to military satellites in Pescara,

12 Italy, then to a computer service in Frankfurt, Germany,

13 and then by satellite back to the United States which

14 flipped all the votes.

15      Now, she said she's having trouble getting

16 these witnesses back to the United States, which is

17 no big surprise to me.  They're using the COVID-19 as

18 an excuse why they can't get the visas to bring them

19 back.

20      Now my question is -- hello?

21      DR. MARIA RYAN:  Yeah, we hear you.

22      RUDY GIULIANI:  I'm just listening.

23      JOE:  My question is President Trump is going

24 to leave office in a few days.  The Biden administration

25 is going to take over the government.  There's no

Uncovering the Truth Rudy Guiiliani

23

1  question that they will clamp down on this.  There's not

2  much time to act, do you know what I'm saying?

3      RUDY GIULIANI:  I know.

4      JOE:  Can you tell whoever's in charge of the

5  state, it's Mike Pompeo, I think.  I think he would

6  handle this, to move his butt.

7      RUDY GIULIANI:  Well, I wish it was as simple

8  as you say.  I'm not sure how much of this I can

9  describe because it is very sensitive.  As far as I know

10  it's not classified, but it is sensitive.  Some of what

11  Maria -- I think it is actually --

12      DR. MARIA RYAN:  It is Maria Zack.

13      RUDY GIULIANI:  Maria Zack, okay.  Some of

14  what Maria is telling you is verifiable, some of that

15  Maria is telling you is not verifiable.

16      DR. MARIA RYAN:  And we've looked into it.

17      RUDY GIULIANI:  And we've looked into it as

18  has a number of government agencies, not just us.  And

19  I'd have to say that -- I don't know how to describe

20  this.  I can't tell you that it's true or false because

21  I don't know.  I'm certainly not going to say something

22  is true that I haven't been able to investigate.  She

23  and her cohort have never provided us with the slightest

24  bit of solid evidence from which we could come to a

25  conclusion that this was provable or real, meaning any

1  of the physical evidence that would solidify it, and

2  they've actually refused to do that, and they've had

3  trouble with several government agencies.  I do believe

4  Mike Pompeo acted on this.

5      DR. MARIA RYAN:  Yep.  I do too.

6      RUDY GIULIANI:  And I believe some other

7  government agencies acted on it.

8      DR. MARIA RYAN:  Yep.

9      RUDY GIULIANI:  And then it always comes down

10  to it doesn't seem to be what they said it was, or they

11  break off the cooperation.  This is a tragedy that this

12  is happening, but I guess the only thing I can say as

13  sensitive as possible is Maria has not been as

14  cooperative as she suggests in her letter.  Had she been

15  a couple weeks ago, we could have examined this

16  thoroughly and known are we dealing with a hoax, which

17  is possible and dangerous, or are we dealing with real

18  information.

19      DR. MARIA RYAN:  Yeah.  We're about uncovering

20  the truth.

21      RUDY GIULIANI:  Not only that, you can't

22  imagine there's anyone with more motivation to want to

23  get this than me, much more than Maria Zack.  There's

24  nobody that wants to defend the President more than I

25  do.

1        DR. MARIA RYAN:  That's right, and you have.

2        RUDY GIULIANI:  And if this had the indicia of

3   responsibility, and I told them what was needed for that

4   and they would trust me, we'd have this resolved by now

5   and I could tell you yes or no.

6        DR. MARIA RYAN:  But Joe, thank you for

7   calling in.

8        RUDY GIULIANI:  And it's a shame that this has

9   happened this way.  But in this case, I know you want to

10  blame the government and the FBI for everything, and

11  there are things to blame them for.  This is not one of

12  them.

13       DR. MARIA RYAN:  Yeah.

14       RUDY GIULIANI:  This one they tried and they

15  were not given the proper responsible cooperation.

16       DR. MARIA RYAN:  Yeah.

17       RUDY GIULIANI:  Nor could I give the advice to

18  move forward with something as risky as this.

19       DR. MARIA RYAN:  No, yeah.

20       RUDY GIULIANI:  I know I'm painted as crazy,

21  crazy, crazy.  I'm not.  I'm a very careful lawyer.

22       DR. MARIA RYAN:  He's very analytical.  He

23  needs evidence.

24       RUDY GIULIANI:  And during the course of this

25  I prevented things from happening that might have

Uncovering the Truth Rudy Guiiliani

26

1  happened in a different situation because of my

2  knowledge of the government because in many cases I had

3  more experience in the justice department than any of

4  these people.  I've had 17 years experience in the

5  justice department and I ran it, and I was the lowest

6  man in the justice department.  I was the third highest,

7  and I don't let me clients do anything that, you know,

8  gets close to violating the lawyer.

9        DR. MARIA RYAN:  As Professor Eastman said,

10  you're the most brilliant legal mind of our time, and

11  you're a great investigator, which I think goes hand in

12  hand.

13        RUDY GIULIANI:  Except he's better.

14        DR. MARIA RYAN:  We're going to head down

15  south to Diane in Florida.

16        RUDY GIULIANI:  Oh, Diane, we wanted to come

17  there this week.

18        DIANE:  Hi.  Thanks for taking my call.  Can

19  you hear me?

20        RUDY GIULIANI:  We want to come there.  Where

21  are you?  Just tell us one thing to make us feel bad.

22  Where are you in Florida?

23        DIANE:  Sunny Fort Lauderdale.

24        DR. MARIA RYAN:  Oh, have you got a couple

25  extra bedrooms?

1          DIANE:  Listen, I have two questions and I

2    want to explain why I'm asking them, okay, because that

3    will color your answer.  The first one is if there is a

4    trial for impeachment, will you use it as an opportunity

5    to explain that it wasn't a lie, and that Trump wasn't,

6    you know, making something up when he talked about the

7    fraud.  That's my first question because -- the reason

8    I'm asking that is even if afterwards you make a book,

9    you make a video, you make a documentary, the mainstream

10   media will never show interest.  You'll never be able to

11   explain how he lost -- how the election was stolen.

12   They're not interested and they won't show it, so the

13   trial might be a good -- the impeachment trial might be

14   a good chance to try to stick it in there.  At least it

15   will be covered.

16          And the second point I want to ask you is

17   are we really stuck with Mitch McConnell being the

18   minority leader when he's not a populist and it's

19   very important.  He's more on the RNC side than he is

20   a Trumpster, and it's really important.  A lot of

21   people that are friends with me that are  Trumpsters

22   are worried about that because we're worried that if

23   Biden wants to give amnesty to 11 million plus

24   illegal immigrants, I'm not talking about DACA, I'm

25   talking about the illegals, and if you only need 60

Uncovering the Truth Rudy Guiiliani

1  senators, and if we don't have someone whipping who

2  has more enthusiasm than a Mitch McConnell we could

3  be in trouble.  Are we stuck with him?

4       RUDY GIULIANI:  No, we're not stuck with him.

5  I think what Mitch McConnell did was treachery.  I think

6  the analogy to the Ides of March and Julius Caesar, I

7  don't know.  I might do a play, sort of like half

8  fictional about the Ides of March and the senators

9  double crossing Caesar.  Donald Trump got McConnell

10  elected.  When he was down by two points he came to

11  President Trump crying for help, and President Trump got

12  him elected by, I don't know, 12, 13 points.  He's not

13  that papular, 12, 13 points, never won by numbers like

14  that.

15       I don't think, and Maria can tell you, I

16  don't think I've ever seen the level of disloyalty

17  anyplace than in Washington DC.

18       DR. MARIA RYAN:  It's disgusting, Diane.

19       RUDY GIULIANI:  And I ran the New York City

20  government for eight years, and it's not exactly, you

21  know, a government of perfection.

22       DR. MARIA RYAN:  No.

23       RUDY GIULIANI:  The weasels and worms in this

24  place are unbelievable.  And the way I was brought up by

25  my father, you make a deal you make a deal, and if you

1  don't keep it you're not a man.  I don't think that

2  exists.  If I said that here they'd think I was crazy.

3  I mean, they break deals all the time.

4          The guy shouldn't be the head of the

5  Republican Party because he doesn't represent the

6  values of the Republican Party.  We're a party now

7  that the majority of this party, and it isn't just

8  Trump.  It's Trump's ideas that we support.  We

9  support Trump because of his personality, his

10  leadership ability, his exceptional ability to

11  negotiate.  All that's true, but we also support him

12  now because of his ideas, making trade fair.  I mean,

13  McConnell made trade really unfair.

14          DR. MARIA RYAN:  That's right.

15          RUDY GIULIANI:  He caved into all of the

16  things, particularly to help China.  Getting tough on

17  China, I don't know if McConnell can get tough on China.

18  I'm not saying he has the problems Biden has but, you

19  know, you read the book that was written about it, he's

20  got a few problems with China too, and we're going to

21  have to be up against China for four years.  Maybe we

22  need a different majority leader.

23          DR. MARIA RYAN:  Yeah.

24          RUDY GIULIANI:  We need somebody that realizes

25  that we need low taxes and he's going to have to fight

Uncovering the Truth Rudy Guiiliani

30

1 those taxes really, really hard, low regulations.  It

2 isn't McConnell who produced a great economy.

3       DR. MARIA RYAN:  No.

4       RUDY GIULIANI:  I mean, he was sitting there

5 doing nothing about the Obama economy.  It's Reagan --

6 not Reagan.  I think of Trump sometimes as Reagan.

7 Isn't that funny.  It was Trump, it was Navarro, it was

8 people like that who did it, and they had to fight some

9 of them.

10       DR. MARIA RYAN:  Peter Navarro is a great guy.

11       RUDY GIULIANI:  So I think it would be

12 healthy.  It would be healthy for our party to think of

13 a guy who isn't -- what is he, about 80, a guy who isn't

14 about 80, who lives in the past.  How about somebody for

15 the future that looks at these new ideas, plus the party

16 has changed.  We've become the party of the middle

17 class.

18       DR. MARIA RYAN:  Absolutely.

19       RUDY GIULIANI:  When McConnell became a

20 senator we were the party of the upper class.  We have

21 changed with Trump to being the party of the middle

22 class.  The upper class is with the Dems now, the big

23 money.

24       DR. MARIA RYAN:  And I may disagree slightly

25 with you, Rudy.  I believe the Republicans are the party

1  of the people, no matter what socioeconomic background,

2  no matter what race.  We don't look at color.  We look

3  at right for Americans.

4       RUDY GIULIANI:  A hundred percent.  We have

5  become -- I'm not sure we always were.  Parties change a

6  little.

7       DR. MARIA RYAN:  Of course.

8       RUDY GIULIANI:  But now we're the party of the

9  people.  You know, fighting for the end of slavery, the

10 Republican Party was the party of the African-American.

11      DR. MARIA RYAN:  Yep.  And then for a long

12 time during reconstruction.  Then when civil rights came

13 along, the Democrats took a more aggressive position.

14 The Democrats eventually needed the Republicans to pass

15 it, so I don't think we ever became anti-civil rights,

16 but they took over that mantle.  And in the last ten

17 years, and certainly under I believe under me as mayor,

18 and under Trump as president we did much, much more for

19 the African community than the crooked Democrats we

20 replaced.  I mean, it was definable.  I reduced crime by

21 60 percent.  Most of the people saved were black people.

22 He put more black people to work, lowered unemployment,

23 record numbers, and I think they're rethinking it.

24      So the party has to change, and McConnell's

25 part of the old party, part of the old Bush party.

Uncovering the Truth Rudy Guiiliani

1  This is now the Reagan party -- the Trump party, the

2  Trump party, the Trump party.

3        DR. MARIA RYAN:  There you go again.

4        RUDY GIULIANI:  But it's like the Reagan

5  party.  Reagan had that ability too to appeal to the

6  common man, which Trump has beautifully.  But thank you.

7  Thank you for the observations.  Those are very, very

8  good observations.

9        DR. MARIA RYAN:  And we'll be down to Fort

10 Lauderdale with our bags.

11       RUDY GIULIANI:  Yep, as soon as we can.  How

12 about Leah in New Jersey?

13       DR. MARIA RYAN:  Well, Mr. Giuliani, I'm not

14 sure if we're supposed to take a break now.

15       RUDY GIULIANI:  Well, you take the break.

16       DR. MARIA RYAN:  All right.  We're going to

17 head into a quick break and then we'll come back to the

18 phone lines at 1-800-848-9222.

19       ANNOUNCER:  This is Uncovering the Truth with

20 Dr. Maria Ryan and Rudy Giuliani, guarding against

21 misinformation, fake news.  It doesn't seem to be making

22 a difference.  Now with Dr. Maria Ryan, here's Rudy

23 Giuliani.

24       RUDY GIULIANI:  This is Rudy Giuliani of

25 course with Maria Ryan, Dr. Maria Ryan.  Welcome back to

1  Uncovering the Truth.  You can listen to us on your

2  Alexa smart speaker.  All you have to say is Alexa,

3  enable 77 skill.

4          DR. MARIA RYAN:  That's great.

5          RUDY GIULIANI:  77 WABC skill.

6          DR. MARIA RYAN:  Of course, I don't trust

7  Alexa.  Who else is listening.  But anyways, we've had

8  some great calls on our phones, and they're still

9  lighting up, so I think that we need to go back to the

10  phone lines, but I also want to let you know about our

11  question for this week.

12          RUDY GIULIANI:  Yeah.  We don't have too much

13  time.  I'm off today, wow.  Thank you.

14          DR. MARIA RYAN:  Thank you, thank you.  We

15  love you.

16          Should the Republican Party develop a set

17  of principles relevant to today, but similar to

18  Gingrich's contract with America?  Those of you who

19  are older know about that.  Speaker of the House Newt

20  Gingrich went in with, you know, let's not talk about

21  personalities.  Let's go in.

22          RUDY GIULIANI:  I was 10 or 15.  I don't

23  remember.

24          DR. MARIA RYAN:  I don't quite remember

25  either.

Uncovering the Truth Rudy Guiiliani

1      RUDY GIULIANI:  We're not saying similar to

2  meaning the same principles.

3      DR. MARIA RYAN:  Right.  What's relevant to

4  today.

5      RUDY GIULIANI:  The same idea, run on ideas,

6  run on ideas.  By doing that, he took the election out

7  of the personal and he forced it to be an election about

8  do you want tax cuts or not.  Do you want a stronger

9  crime bill or not.  Do you want restrictions on

10  regulations or not, that kind.  Do you want term limits

11  or not.  Interestingly they voted for term limits.

12      DR. MARIA RYAN:  And get rid of that 230

13  protection.

14      RUDY GIULIANI:  But that has come up again.

15  Now it would be do you want to take monopoly control 230

16  away from the big tech companies that impose a

17  censorship on this country.

18      DR. MARIA RYAN:  Let's bring them down.

19  They're anti-American.

20      RUDY GIULIANI:  Last night when the secret

21  service helped me get through the White House and get

22  out and I shook hands with the agent and I said gee, it

23  was nice taking a ride through East Berlin and he

24  laughed.

25      DR. MARIA RYAN:  Yeah.

1        RUDY GIULIANI:  He understood.

2        DR. MARIA RYAN:  I think some of them are very

3  uncomfortable.

4        RUDY GIULIANI:  This place right now feels

5  like East Berlin.  We're occupied by my more cops than

6  they had in East Berlin.

7        DR. MARIA RYAN:  You can't do your business.

8        RUDY GIULIANI:  And you can't speak.

9        DR. MARIA RYAN:  And you can't walk anywhere.

10        RUDY GIULIANI:  I can't say, you know, I

11  believe that Trump won the election.  I could be subject

12  to getting beaten up, have things thrown at me, or

13  certainly never be allowed the appear on television in

14  most places.  That's not America.

15        DR. MARIA RYAN:  Not at all.

16        RUDY GIULIANI:  That's heading toward a

17  socialist totalitarian state.  Joseph in the Bronx, and

18  if it's the Joseph I think it is, I'm very mad at him.

19  Joseph?  Joseph?

20        JOSEPH:  Well, Mr. Giuliani --

21        RUDY GIULIANI:  Where have you been, Joseph?

22        DR. MARIA RYAN:  I recognize your voice.

23        RUDY GIULIANI:  Joseph, you abandoned us.

24        DR. MARIA RYAN:  He said last week where is my

25  Joseph.

1       JOSEPH:  Well, I definitely --

2       RUDY GIULIANI:  I don't always agree with you,

3  Joseph, but you always make intelligent, well thought

4  out comments.

5       DR. MARIA RYAN:  Very much so.  You're very

6  thoughtful, very thoughtful.

7       RUDY GIULIANI:  Which is what I appreciate it.

8       JOSEPH:  Thank you.  I think as highly of you

9  as well.  Insofar as we're pressed for time, three

10  points very succinctly.  First, regarding the

11  demonstration in DC on the 6th, you simply cannot trust

12  the mass media to give you an objective analysis.

13  Therefore, I highly urge the audience to visit UNZ.com

14  for reputable people who were there firsthand to provide

15  objective accounts by conservatives who were actually in

16  the demonstration itself.

17       DR. MARIA RYAN:  Okay.  UNZ.com?

18       JOSEPH:  Video footage, UNZ.com, exactly.

19  Because again, the mass media is completely tangentious.

20  They give a bias narrative time and time again on the

21  subjects of the utmost importance.  You cannot trust

22  them, period.

23       Second, Trump should pardon anyone indicted

24  for peaceably assembling at the Capitol building.

25  Aside from perhaps a dozen or so hooligans who messed

1  it up for everybody else, the vast majority of the

2  crowd was lawful and legally supporting our President

3  through exercising their First Amendment rights, and

4  anyone who was simply arrested simply for protesting

5  should be exonerated and they should be -- excuse me,

6  they should be pardoned by the President as one of

7  his final acts in office because again, Trump invited

8  them there.  You had probably agents provocateurs in

9  the crowd directing some of these hooligans.

10      RUDY GIULIANI:  Not probably.  Go on my

11  podcast, last two, you'll see the pictures of them, of

12  the agent provocateurs, 288 from Antifa and a couple

13  from other places.

14      JOSEPH:  Making a liability out of what should

15  have been massive support for the President.

16      RUDY GIULIANI:  Yes.  They were planning it

17  for three weeks before.

18      DR. MARIA RYAN:  Some longer, right?  There

19  was multiple groups involved.

20      RUDY GIULIANI:  Let Joseph go on.

21      DR. MARIA RYAN:  Sorry.

22      RUDY GIULIANI:  We want to hear from Joseph.

23  We haven't heard from him.  We missed him.

24      JOSEPH:  And finally, the third point I want

25  to make.  Have you seen the caravans that are forming in

1  Central America, Honduras and Guatemala over the

2  weekend?

3      RUDY GIULIANI:  Yes.  I just saw it yesterday.

4      DR. MARIA RYAN:  Yep.

5      JOSEPH:  They are headed for, not to Mexico,

6  Acapulco or Veracruz to hang out on the beach at the

7  luxury resorts.

8      DR. MARIA RYAN:  No.

9      JOSEPH:  No.  They're headed for the U.S.

10  border because they know who's in office now.

11      RUDY GIULIANI:  What did he promises them.

12      JOSEPH:  Okay.  They know it's the promised

13  land.  It's the promised land for the poor huddled

14  masses yearning to receive welfare checks at the hand of

15  to Democrats.

16      RUDY GIULIANI:  And free health insurance.

17      JOSEPH:  They want to replace the white

18  working class and the black working class in this

19  country with imported votes that they know they can have

20  dependent on government entitlements and have a complete

21  monopoly on the voting electorate because again, the

22  foreign population in the United States is growing

23  exponentially in terms of illegal aliens.  There's

24  nothing where people want to come to the country

25  legally.  But you're talking about people jumping the

1  line over and above, people who have been waiting to

2  become citizens lawfully.

3      DR. MARIA RYAN:  That is wrong.

4      JOSEPH:  Years upon years.

5      DR. MARIA RYAN:  We should be a nation of

6  laws.  We welcome everybody who wants to come here

7  lawfully.  This is what our country is about, but it's

8  all about contributing.  I agree with you, Rudy.

9      RUDY GIULIANI:  Joseph, I'm glad you're back,

10 and if you ever wait as long I'm not going to put you

11 on.

12      DR. MARIA RYAN:  We missed you.

13      RUDY GIULIANI:  All right.  We missed you

14 Joseph.

15      JOSEPH:  Thank you so much.

16      RUDY GIULIANI:  Your observations are always

17 excellent.  All three were excellent, and I think the

18 point we're trying to make is there's going to be a

19 great desire on the part of our political party,

20 particularly those of us who were completely supportive

21 of President Trump and believe he's been one of the

22 greatest presidents to get even, to do to Biden what

23 they did to Trump, and there's more reason to do it to

24 Biden.  I mean, he really comes into office, a guy with

25 30 years of crime.  We've got to step back from that.

1  Let law enforcement do its job.  Our job is to pass

2  laws, and we've got better -- we can beat them on ideas.

3  We can beat the heck out of them on ideas.

4        DR. MARIA RYAN:  Well, thank you all for

5  joining us on WABC's Uncovering the Truth every Sunday

6  10:00 a.m.

7        RUDY GIULIANI:  We love you.

8        DR. MARIA RYAN:  Listen wherever you go.

9        RUDY GIULIANI:  God bless America.

10        DR. MARIA RYAN:  And keep contributing.  Good

11  day.

12        (End of recording.)

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF REPORTER

    I, Charlotte Crandall, certify that I was
authorized to and did transcribe the foregoing audio
recorded proceedings and that the transcript is a
true and complete record of my stenographic notes
from an audio recording and was transcribed to the
best of my ability.

    Dated this 22nd day of January, 2021.

                    _____
                    Charlotte Crandall
                     Registered Professional Reporter