# Exhibit 220

screenshot-twitter.com-2021.01.18-15_05_11
https://twitter.com/S_Qeptic/status/1327465121577242624
18.01.2021

