# Exhibit 221

War Room
November 13, 2020

```
 1

 2

 3

 4                TRANSCRIPTION OF RECORDED PODCAST

 5                    BANNON'S WAR ROOM

 6

 7

 8           "Steve Bannon, Raheem Kassam, Jack Maxey,

 9      and Greg Manz discuss the latest on the

10      coronavirus pandemic as there are new problems

11      being revealed with the Georgia recount.

12      Calling in are John Fredericks and Rudy

13      Giuliani with reactions."

14

15

16   https://pandemic.warroom.org/2020/11/13/ep-499-pande

17   mic-farce-w-john-fredericks-and-rudy-giuliani/

18

19

20   Date:  11/13/2020

21   Start Time:  27:58

22

23

24

25
```

```
 1                        *  *  *  *  *  *  *

 2          STEVE BANNON:  Rudy, first off, why don't

 3     you just give people an overview of where do

 4     you think we stand going into the weekend, and

 5     then I want to talk to you specifically

 6     about Pennsylvania and Michigan where we have

 7     two court appearances that are coming up.

 8          What's your overall view?  Are we winning

 9     right now, or not?

10          RUDY GIULIANI:  I would say we're in a

11     position to win.  We don't really start winning

12     until these cases start getting presented and

13     they get on the way to a decision, which will

14     be next week.  But, I mean, if you're asking me

15     is there enough material out there for a court

16     to rule in our favor, the answer is yes.  Right

17     now -- right now there's a major lawsuit in

18     Pennsylvania that, basically, if they're

19     successful, would disqualify somewhere around 5

20     to 600,000 votes.  Most of which will be with

21     Biden votes.  He would win Pennsylvania.  It

22     requires now anywhere from 16 to 40 witnesses,

23     depending on the judge and how much he wants

24     and how much corroboration he wants.  And,

25     basically, the core of it would be that all
```

 1   these ballots were submitted and never examined

 2   as if nobody knows if any true, actual person

 3   actually signed these ballots.  The only thing

 4   we have left is the raw ballot, the identifying

 5   material has been removed from it.  And since

 6   there is no number that puts them together,

 7   there's no way to find out.  And they become

 8   immediately under Pennsylvania law unlawful

 9   ballots.  If Pennsylvania agrees with that, or

10   the upper court in Pennsylvania agrees with

11   that, then that would take care of

12   Pennsylvania.

13        Michigan, I'd say Michigan is even worse

14   than Pennsylvania because in addition to having

15   that, you also have that incident where 100,000

16   votes were brought in in the middle of the

17   night.  There are three witnesses to that, and

18   and, actually, some corroboration of people who

19   saw trucks coming in.  And I think we'll be

20   able to prove that 100,000 ballots were brought

21   in at 4:00 in the morning at the hall in

22   Detroit.  And we will be able to put witnesses

23   on who will say that those ballots were all for

24   Biden, and that they had no other candidate on

25   them.

War Room
November 13, 2020                                    4

```
 1        That 100,000 ballots would have to be
 2   disqualified, and then you have the -- and in
 3   Detroit we have an incredible group of witness,
 4   including a woman who worked for Detroit for 40
 5   years, who was trained by the Detroit political
 6   people to cheat.  She was actually put there to
 7   help cheat from the very beginning.  When
 8   people came in to vote early, she would
 9   instruct them to vote democratic and show them
10   how to do it.  When a person came to vote a
11   second time, she would often go find a ream --
12   I mean, a register book, and give it and assign
13   it to that person.  And then she witnessed,
14   also, the exclusion of all the Republicans from
15   the counting.  And then we have the three
16   witnesses who saw 100,000 ballots come in.  We
17   have the postal guy who had to backdate, and
18   the postal inspector came there, browbeat him.
19   Didn't know -- the postal inspector didn't know
20   that the guy was taping him.  And when you read
21   the tape, you say to yourself why is the postal
22   inspector intimidating the guy so much like
23   this.  (Audio distortion) going that far for
24   Biden.
25        Those two cases are set to be heard next
```

```
1   week.  We're also (audio distortion) a case
2   that will be done hopefully today, certainly by
3   tomorrow, in Nevada, in Arizona and in Georgia.
4   The Georgia case really is secondary to the
5   recount now, just by make sure of when it will
6   occur.  So the recount, the recounts going to
7   really have a lot to do with how good a case
8   Georgia becomes, because, despite the fact that
9   they're separate things, if you win -- if you
10  win the recount, you don't have to really worry
11  about the case, and if you lose the recount
12  it's really hard to ask a state to kind of do
13  a -- we'll try because there were real --
14  there's real fraud in Georgia, but I would
15  count more on that in Nevada and on Arizona.
16  And that's the path to victory and it's -- it's
17  really proven that in each state there were
18  ineligible ballots that overwhelmed the margin
19  of victory that Biden has, and in some of these
20  cases it's easy.  I mean, the margins of
21  victory are 41,000 votes, 50,000 votes.  It's
22  not as if we had to climb some incredible
23  mountain.
24       STEVE BANNON:  Let me go back and do --
25  first off, Porter Wright the law firm, either
```

1   through intimidation it looks like or it could

2   be some of the partners there said, hey, this

3   is a wild goose chase, and, you know, we don't

4   want to blow up ourselves in front of

5   our clients because there's no chance to win.

6   Why is Porter Wright one of the major law

7   firms?  Because Jones Day and Porter Wright

8   were the two.  Jones Day is still with you, but

9   Porter Write just dropped off.  They sent a

10   letter that they're resigning from the -- from

11   representing the campaign.  What is that about?

12       RUDY GIULIANI:  It's been going on for

13   quite sometime, Steve.  This was going on

14   during the impeachment also, and it isn't their

15   assessment of the case.  They -- honestly, most

16   of the partners at Porter Wright don't know

17   what the case is about, only Ron Hicks knows

18   what the case is about.  A large law firm, you

19   didn't know about somebody's else's case.  This

20   isn't an evaluation of the quality of the case

21   one way or the other.  This is an evaluation of

22   political (indiscernible).  I mean, they're

23   afraid they're going to lose clients.  I'm sure

24   they've been threatened by clients who have

25   said -- in fact, I know they have -- clients

War Room
November 13, 2020                                    7

1   who said if you continue to represent him,

2   you're not going have our business any longer.

3   It's not the law firm --

4         It's not the first law firm that's acted

5   this way.  This has been a problem for two

6   years, that nobody wants to see Donald Trump

7   get representation.  I find that completely

8   offensive as a lawyer.  We're supposed to

9   represent the worst criminals because they need

10  a defense.  This is hardly a criminal.  This is

11  the president of the United States.  It's

12  bringing out legitimate issues about the

13  integrity of the election process.  Look, I

14  didn't make up -- I didn't make up the

15  testimony of these people.  They came to me.  I

16  wasn't there when 100,000 ballots were brought

17  in that appeared to be fraudulent.  I only know

18  that because five people have told me that.  I

19  didn't know the republicans were kept out of

20  viewing any of the mail-order ballots.  Fifty

21  witnesses told me that.  So I believe you have

22  an obligation to present this to the court.

23  You can't just say, oh, you know, Biden's the

24  king now.

25        It appears as if there was great deal of

War Room
November 13, 2020                                    8

```
 1   cheating that was confined to the major
 2   democratic corrupt cities.  So we can get a
 3   load of it.  Notice it doesn't happen all over
 4   the country.  It happens in the cities that
 5   have the corrupt machines, like Detroit, like
 6   Philadelphia, like Pittsburgh, like Milwaukee,
 7   Minneapolis.  Places where the democrats are in
 8   strong control and have been for quite some
 9   time.
10        STEVE BANNON:  Let's --
11        RUDY GIULIANI:  -- and --
12        STEVE BANNON:  The one thing that we see
13   that, you know, it looks like a lot of, you
14   know, nefarious activity, but the one area
15   where criminal word comes in is Nevada.  You've
16   already had a criminal referral out there from
17   when Ric Grenell was on the scene.  We got
18   Brian Kennedy later.  Matt Schlapton (phonetic)
19   went out after that.  Is Nevada is the Suit --
20   in Nevada also alleged criminal type activity
21   in this -- in trying to either voter fraud --
22        RUDY GIULIANI:  Yes.
23        STEVE BANNON:  -- or manipulation of
24   systems?
25        RUDY GIULIANI:  Yes.  I mean, Michigan
```

1   does too.  Michigan has allegations that
2   ballots were backdated, mail -- the ballots had
3   been stopped basically on November 3rd at 8:00,
4   Justice Alito ordered that, and then put
5   aside -- instead of doing that when those
6   ballots came in, they backdated them.  That
7   would be a straight out and out crime.  They
8   forced people to vote democratic.  That's a
9   straight out and out crime.
10          STEVE BANNON:  So is Nevada --
11          RUDY GIULIANI:  In Michigan --
12          STEVE BANNON:  Hang on.
13          RUDY GIULIANI:  -- (indiscernible) there
14   is a crime.
15          STEVE BANNON:  Is Nevada going to be filed
16   separately in its own -- you've got -- you're
17   in the middle section of Pennsylvania in
18   federal court.  You're in a court -- you're in
19   both -- outside groups in state court, Coleman,
20   they're going to hear from the judge today at
21   noon.  We'll be covering that.  They've --
22   you've got federal court, you're going to be in
23   there next week.
24          Is Nevada going to be a totally separate
25   federal court filing out in -- out in Nevada?

1           RUDY GIULIANI:  Yes.

2           STEVE BANNON:  And when can people

3     expect --

4           RUDY GIULIANI:  I believe they will be.

5     There will be -- there'll be a separate -- it

6     will bring up -- first of all, they all have

7     the common allegation that Republicans were

8     kept out of the process of looking at the mail

9     ballots, and the absentee ballots, which makes

10    the ballots illegal.  Some of them were very

11    thorough in that.  In Pennsylvania and in

12    Detroit -- in Philadelphia and Detroit, I can't

13    find anyone who looked at a ballot yet.  There

14    may be a few, but what I'm saying is they were

15    very effective.

16          In others there's a mix bag.  Like in

17    Pittsburgh they were allowed -- they didn't

18    look for the first hour, the first half.  The

19    second half they were intimidated by the

20    judge's in Philadelphia, and they allowed some

21    viewing.

22          STEVE BANNON:  Hang on.

23          (Talking simultaneously.)

24          RUDY GIULIANI:  -- some vowing.

25          STEVE BANNON:  In Philadelphia, why was

1   there the Republican party?  If they were

2   blocked out that much on those days, is there a

3   track record, and do you have it documented

4   where the Republican party was raising Holy

5   hell.  I remember you went in and got a thing

6   from a sheriff who wouldn't -- a court order

7   that they wouldn't enforce.  You know, the

8   Corey Lewandowski part of it, but is there a

9   record where -- I mean, why is the Republican

10  party not in melt down?  Why were they not

11  having press conferences.  Why was this not

12  like a firestorm when it was going on?

13        RUDY GIULIANI:  It was a bit of a

14  firestorm, just not covered.  I mean, the head

15  of the delegation had two press conferences.

16  He tried to get it out.  Nobody would print it.

17  Then he finally -- then he finally went to

18  court with it that night.

19        STEVE BANNON:  Okay.

20        RUDY GIULIANI:  And was heard the next

21  day.

22        STEVE BANNON:  Good.

23        RUDY GIULIANI:  And the court wanted them

24  to compromise.  So he did make a record of it.

25        STEVE BANNON:  Mayor, can we keep you over

 1  through the commercial break?  And here's what

 2  we want to do, I want to take the two --

 3       RUDY GIULIANI:  Sure.

 4       STEVE BANNON:  -- (audio distortion)

 5  Georgia and Arizona I want to take separately

 6  because they're -- we've been very involved in

 7  both.  John Fredericks is down in Georgia.

 8  We're moving our operations down there in the

 9  John Frederick's Radio Network for both the --

10  this -- to sort out what happened to the

11  presidential but also for the senatorial.  In

12  Arizona I spent an hour last night with the

13  Trump troops out there, and Gosar followed us

14  and Kelli Ward.  There you have what the

15  Republicans establishment wants to do and what

16  the Trump movement and what the Trump complain

17  want to do, and it seems like there's just two

18  different things.

19       Like, Lin Wood is -- who I think is a

20  fantastic lawyer, he's tweeting out, you know,

21  our thing, the Chinese communist party is

22  involved here.  This is going to be massive

23  when it's exposed.  You have Sidney Powell

24  who's out there talking about 450,000 votes in

25  these different areas.  In Arizona they're

1   saying, they're going, hey, we just don't want

2   a recount.  Recount is not going to do it.

3   We've got to go in and do a hand analysis,

4   ballot analysis of what happened here in

5   Maricopa County.  So I just want to deal with

6   Georgia and Arizona, because there's not a

7   united front from our side of the football.

8        We're going to take a commercial break.

9   When we return, we're going to have Mayor Rudy

10  Giuliani, who's kind of the overall architect

11  of this and someone who's not going to back

12  down as we go through this situation that now

13  we're ramping up in a court.

14

15       (Giuliani portion of the recording ended.)

16            * * * * * * * *

17       MALE SPEAKER:  Mayor Giuliani, is that

18  the pressure that's coming on people like

19  Porter Wright where they've got corporate

20  clients and you've got CNN sitting there

21  comparing us all to Nazis.

22       MAYOR GIULIANI:  Absolutely.  I mean, I

23  saw this pressure in my own law firm when I

24  take on the representation of them.  It's

25  clients like Zuckerberg, or any of those people

1   saying we don't want you representing him.

2   It's bad for our brand.  How could you

3   represent them?  The partners who represent

4   those clients then get very upset that they're

5   going to lose those clients.  We've gone into

6   like a McCarthy kind of stage here where we

7   even see it in some of the reactions of some of

8   the democrats who say any these people who

9   support, you know, a contest, they should be

10  thrown out of their jobs.  They're not reliable

11  workers.  They should be thrown out of their

12  communities.  They should be (indiscernible).

13       (Talking simultaneously.)

14       STEVE BANNON:  It's not just -- it's not

15  just democrats.  I mean, the enablist here are

16  the republicans.  Look at -- tell me what's

17  going on in Georgia and in Arizona, and, you

18  know even in the suits, you got Lin Wood in a

19  dedicated, you got Colins, you got fire

20  breathers down there from the Trump -- from the

21  Trump campaign and the Trump movement, but

22  you're not feeling any love from the governor

23  or from the Secretary of State down there,

24  Lieutenant Governor.

25       MAYOR GIULIANI:  The governor there may

```
1   have a special problem.  After all he did

2   contract with Dominion.  Dominion is going to

3   turn around to be a complete disaster, but in

4   any event it's at least going to turn out to be

5   a tremendous embarrassment.  It's not a very

6   good company.  It really isn't a Canadian

7   company.  It really is a Venezuelan company.

8   It depends completely on the software of

9   Smartmatic.  Smartmatic was a company that was

10  developed in about 2004, 2005 to help Chavez

11  steal elections.  That's -- the software is

12  intended to help steal elections, and that's

13  the software that's embedded within Dominion,

14  and Smartmatic owns a big piece of Dominion

15  so --

16       STEVE BANNON:  Why is.

17       (Talking simultaneously.)

18       MAYOR GIULIANI:  -- (indiscernible) going

19  to be a very embarrassing.

20       STEVE BANNON:  Lin Wood's one of the best

21  lawyers you've got working with you.  Sidney

22  Powell, Lin Wood, yourself, others.  He's down

23  there tweeting like he's going off the script

24  from the war room that CCP'S is involved, you

25  got the software system.  What exactly is going
```

```
 1   on with Lin Wood?
 2        MAYOR GIULIANI:  Well, he's got -- he's
 3   got -- got a strange situation that a company
 4   that shouldn't have been hide was hired.  The
 5   company has a lot of problems.  Now, the ones
 6   I'm free to discuss with you are -- it's roots
 7   are Chavistas, Venezuelan roots.  The president
 8   of the Canadian branch is an antifa follower
 9   and supporter.  Why they'd be hired in the
10   state of Georgia is beyond anything you or I
11   can comprehend.
12        STEVE BANNON:  They're hired --
13        MAYOR GIULIANI:  (Indiscernible).
14        STEVE BANNON:  They're hired in Maricopa
15   County I think.  I think they're the system in
16   Maricopa County.  Last time I looked it was
17   Republican GOP.  Now, I'm not sure they made
18   the final decision, but they definitely had the
19   decision made in Georgia.
20        How did that happen?  These are Republican
21   elected officials that President Trump -- they
22   wouldn't be Republican elected officials unless
23   President Trump put his shoulder to the wheel
24   and got these guys elected.  Kemp was a
25   nonstarter before President Trump supported
```

1   him.

2        MAYOR GIULIANI:  Well, the reality is his

3   lobbyists the lobbyist for Dominion was his

4   chief of staff.  So, you know, that's the

5   connection that I made.  Now, the state of

6   Texas turned Dominion down.  The state of Texas

7   did an audit of them, decided they -- I'm not

8   sure the state of Texas actually got the whole

9   history, and the Venezuelan background and the

10  Soros president that was involved in it.

11       STEVE BANNON:  They just --

12       MAYOR GIULIANI:  But --

13       (Talking simultaneously.)

14       MAYOR GIULIANI:  -- they turned down on

15  merits.

16       STEVE BANNON:  They turned them down for

17  incompetence.  I mean, the fact, they had

18  talk --

19       MAYOR GIULIANI:  (Indiscernible) on the

20  merits (indiscernible).

21       MALE SPEAKER:  I've got the study right

22  before me, and they really turn it down on

23  technical aspects.  They don't get into the

24  politics at all.

25       MAYOR GIULIANI:  Yes.

War Room
November 13, 2020                                    18

```
 1       MALE SPEAKER:  A great guy to interview
 2   would be this guy James Sneeringer, Ph.D. who's
 3   the designee for the study.
 4       STEVE BANNON:  Right, but he is on the
 5   merits.
 6       Mayor, we got about a minute left and I
 7   know you got to go.  For -- going into the
 8   weekend, we've got a big rally here tomorrow.
 9   If you've got to fire up the Trump -- the Trump
10   base here and the Trump believers, give is your
11   new rognee (phonetic), you know, of 45 seconds.
12       MAYOR GIULIANI:  Well, we're discovering
13   very, very serious frauds, and don't be mislead
14   by the media that says oh, there's no evidence
15   of fraud.  And it's beginning to start looking
16   systemic, because you see it -- you see the
17   same thing happening in eight or ten cities.
18   All very rock-ribbed protected democrat cities
19   where they feel they can get away with
20   anything.  And it seems to me that it's not by
21   coincidence that they all had the same idea at
22   the same time.  So I can't -- we might be able
23   to show that it's concerted, and that would
24   give us a better chance of getting some of
25   these overturned.
```

War Room
November 13, 2020                              19

```
1        STEVE BANNON:  Mayor, thank you.  I know

2   you've got -- are you going to drop another

3   podcast today?

4        MAYOR GIULIANI:  Yes, one on at 6:00

5   tonight and it will be -- it will be an

6   analysis of just how -- we now have shown, at

7   least in two states, how the election was

8   rigged.  It wasn't -- and we will reveal some

9   of the exhibits.

10        STEVE BANNON:  Perfect.

11        MAYOR GIULIANI:  That --

12        STEVE BANNON:  We've got --

13        MAYOR GIULIANI:  -- point out --

14        STEVE BANNON:  You've got --

15        MAYOR GIULIANI:  -- (indiscernible).

16        STEVE BANNON:  -- path to victory the

17   other day and then how you're going to win.

18   We're going to take highlights from them.

19   They're fantastic.

20        You got to go to Rudy's podcast.  We'll

21   put it up in the next segment.

22        But, Mayor, thank you so much for joining

23   us.

24        (Music playing.)

25        (End of recording.)
```

```
 1                      CERTIFICATE

 2

 3        I, ERINN GREEN, Professional Court

 4   Reporter/Transcriptionist, do hereby certify that I

 5   was authorized to transcribe the foregoing recorded

 6   proceeding, and that the transcript is a true and

 7   accurate transcription of my shorthand notes, to the

 8   best of my ability, taken while listening to the

 9   provided recording.

10

11        I further certify that I am not of counsel or

12   attorney for any of the parties to said proceedings,

13   nor in any way interested in the events of this

14   cause, and that I am not related to any of the

15   parties thereto.

16

17        Dated this 24th day of January, 2021.

18

19

20   _____

21        ERINN L. GREEN, Court Reporter
         Notary Public Commission No.:  GG950705
22       Expires: January 23, 2024

23

24

25
```