# Exhibit 222

War Room  EP 544
November 28, 2020

1

2

3

4

5

6      Bannon's War Room Ep 544- Pandemic: Weather the

7     Storm (w/ Jack Posobiec, Rudy Giuliani, Col. Doug

8            Mastriano, and Raymond Ibrahim)

9                 November 28, 2020

10    https://pandemic.warroom.org/2020/11/28/ep-544-pandemic/

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1  BY STEVE BANNON:

2    Q.  So Mayor Rudy Giuliani, the main stream media is,

3  once again, dancing on your grave, which they do every

4  24 hours, right?  This is why you're a sergeant.  This

5  is why you're the ultimate honey badger.  You do not

6  care.  You just keep going forward.  They are dancing on

7  your grave now because it is the third circuit.  Walk us

8  through why they are wrong and this is not a

9  catastrophic defeat.

10   A.  No.  Actually, it is really -- it actually helps

11  us because it gives us another vehicle to the Supreme

12  Court.  It is far better that they decided it quickly

13  than they took four weeks.  And even it came out our

14  way.  So the realty is I don't think people understand

15  the strategy.  The strategy is to get to the Supreme

16  Court.  With three or four different types of claims,

17  all of which come to the conclusion that this election

18  was systemically fraudulent.

19       What I mean by that was it wasn't in one state or

20  two or three.  It was in six or seven of the most

21  important states and isolated to the crooked Democratic

22  cities in those states.  And they were always counting

23  on these new method of mail-in voting, which had been

24  resisted for 20 years because is so prone to fraud.  I

25  mean, they know exactly what they can do with it.  So

1  basically they were ready to wipe out almost any margin

2  that he had.  And, you know, had we been on the old

3  system, they couldn't have wiped out so many of these

4  margins.  There wasn't enough room in the absentee

5  ballots, only 400, 000.  But when you have 2.5 -- 2.5

6  million, 3 million, you can wipe out a big lead.

7      You do it a couple of ways.  You print extra

8  ballots or you quadruple count the ballot.  You take the

9  ballot and you put it in the machine four or five times.

10  Now, I'm not just telling you that.  We have about 20,

11  25 witnesses that will tell you that happened in

12  Pennsylvania and in Michigan, which it counts for the

13  disparity between the number of mail ballots sent out

14  and the number counted, that was sent out because they

15  were counted four, five times.

16  Q.  Let me --

17  A.  Unbelievable fraud.

18  Q.  Let --

19  A.  Unbelievable.  It happened in six, seven

20  different states.  Was orchestrated by someone because

21  they did it all the same way.  And they were very

22  confident that they could make up almost any lead that

23  he had.

24  Q.  Okay.  I want to get back to the three or four

25  different strategies to get to the Supreme Court and do

1  it expeditiously.  Here is what I think would be helpful

2  for the audience.  The main stream media said this is

3  all baseless, baseless, baseless.  It is made up.  There

4  is nothing here.  They call it "baseless charges."  It

5  is President's Trumps baseless charges.  His baseless

6  charges.  At Gettysburg the other day you presented

7  witnesses that showed it certainly wasn't baseless.

8        Now, you may argue on the details but this is

9  certainly not baseless.  There is a basis here to go

10  forward and to argue this and to be cross-examined in a

11  court or to be crossed at a hearing by a state

12  legislator.  Here is the question.  If this -- if your

13  evidence is so overwhelming and so big and this such a

14  vast scandal, why is it that Republican legislatures in

15  Pennsylvania and in Arizona -- you've got a thing

16  scheduled in Arizona, which I think sounds great, but it

17  is at a Hyatt Regency with a selected group of

18  Republicans, where are, like, the Republican governor of

19  Georgia?  Where is the Republican legislator in

20  Pennsylvania?  And where is it and where is the

21  Governor Ducey and the legislator in Arizona?  Why are

22  they not saying, "Rudy is right.  This is overwhelming.

23  We want to see what he has got for our state.  Let's

24  call a special session and do this."

25    A.  Well, couple of reasons.  First of all, you want

1  to give them the benefit of the doubt.

2   Q.  No, I don't.  No, I don't.  I don't --

3   A.  You don't want to give them the benefit --

4   Q.  No, I am not going to give them the benefit --

5  what are you talking about?  The whole republic -- what

6  are they -- what else -- they are politicians.  What

7  else do they -- no, Rudy, I do not want to give them the

8  benefit of the doubt.  So let's start over.  Go ahead

9  without giving them the benefit of the doubt.

10      What is your next one?

11   A.  Okay.  I don't think Ducey ever really was allied

12  with the President.  He is extremely unpopular in his

13  state.  He got elected by a 17 percent margin, but he

14  hardly gets any applause when he comes out.  And I don't

15  know what he has got for the President, but he certainly

16  isn't an ally.  But the worst part of it is if he

17  doesn't embrace this, he will be finished in the

18  Republican party.

19   Q.  But we don't --

20   A.  This is an attack.

21   Q.  We don't need allies.  What we need is guys who

22  want to stand up for the rule of law.  What we need is

23  governors --

24   A.  The law to do the right thing.

25   Q.  Who want to do the right thing --

War Room  EP 544
November 28, 2020                                    6

1    A.  Who are willing to do the right thing.  They are

2    trying to destroy our political party.  That is part of

3    what they are trying to do.  If they pull off this

4    election this way, by the way they manipulate the mail

5    ballots to the tune of millions of mail ballots they can

6    manipulate and they continue to have control of these

7    crooked cities, we can be ruined as a political party.

8    That is what they would like to do.  They would like a

9    one party system.

10         George Soros would love to have a one party

11   system.  And we would all become internationalists.

12   America would no longer be -- would there be America

13   first, not even America second, but third or fourth.  It

14   would be China first.

15   Q.  Mayor --

16   A.  Who knows, Iran second.

17   Q.  Mayor, any political party that does not stand up

18   for the rule of law and actually counting all fair

19   votes, it should be like the wigs -- it is not the

20   Democrats.  This is self inflicted.  They don't have any

21   moral justification for going forward.  They should be

22   like the wigs.  This should be like 1858.  They should

23   just fade.

24   A.  Yes.

25   Q.  But that is not a Democrat thing.

1    A.  The Democrats should be --

2    Q.  Yeah.  Go ahead.

3    A.  The Democrats should be splintering apart.  The

4  are the ones carrying out the fraud.  We are asking them

5  to do the right thing and they are frightened.  I'm not

6  going to stay at home.  We got some really courageous

7  people in -- I think they are going to turn around

8  Pennsylvania.  The guys who stepped forward and the

9  woman who stepped forward.

10      I think they are going to turn around Arizona.  I

11  think -- and you know what I was told?  This will give

12  you an idea of it.  I was told by one state legislator,

13  "We don't want to be the first one, but we will be the

14  second."  So basically we are either going to get none

15  or we are going to get four.

16   Q.  Yeah.  One falls, they all fall.

17   A.  I'm telling you that.  That is true.  They want a

18  leader to follow.  So it isn't just them.  And they want

19  to know they have a chance to win so it isn't a futile

20  effort.  And they do because there is overwhelming

21  evidence of all fraud in Pennsylvania, in Michigan, in

22  Wisconsin, in Arizona, in Nevada and in Atlanta.

23      Any one of those, the state legislator quite

24  legitimately could say the actual vote is Trump by

25  300,000.  Trump by 4.  Trump by 100,000 of the honest

War Room  EP 544
November 28, 2020                                      8

1   votes.  The votes that are real votes, not the four time

2   in the machine where there is no ballots to even

3   support.

4     Q.  Have you seen this -- and Jack Posobiec is going

5   to jump in here in a second--

6       JACK POSOBIEC:  I think he already knows --

7   Mr. Mayor, how are you doing?  Great to talk to you

8   again.  Happy Thanksgiving -- that I think -- I think

9   the cat may have come out of the bag a little bit early

10  on what you guys have in store for the Arizona hearing

11  because Matt Brainerd just Tweeted that he is going to

12  present VIP findings in person at your Arizona hearing.

13      Is that right, Mr. Mayor?

14      RUDY GIULIANI:  Well, okay, I can say, yes, about

15  that.  I can't tell you the full --

16  BY STEVEN BANNON:

17    Q.  Breaking news.

18    A.  But, look, it is a combination -- it is a

19  combination of witnesses and expert testimony, which is

20  the way you do an election fraud case.

21      JACK POSOBIEC:  Yes.

22      RUDY GIULIANI:  You always use expert testimony.

23  But I want to emphasize it is witnesses, too.  We have

24  over 250 affidavits for Michigan alone.  We have got

25  about 200 for Pennsylvania.  We've got 100 for Arizona.

1  These are human beings.  When I say "affidavits" these

2  are human beings who are swearing under oath they

3  witnessed a crime.

4       In some cases it is the few individual fraud.  In

5  some cases -- in one case he stood there while 100,000

6  ballots were just thrown in not examined by any

7  independent person.  Not even examined by the official

8  of the election commission.  He was throwing them in

9  like this.  Never even looked at them.  He had to know

10  -- and to the extent they could see it at all, it had

11  Biden at the top.  Biden, Biden, Biden, Biden.  They

12  have stretchers now that we can analyze where Biden gets

13  4,000 votes and Trump gets eight.

14       STEVEN BANNON:  Mayor --

15       RUDY GIULIANI:  It is ridiculous.

16       JACK POSOBIEC:  Are these those spikes you --

17       RUDY GIULIANI:  Do they think we are stupid?

18       JACK POSOBIEC:  I mean, you had AN incredible

19  moment that I think has been played again and again from

20  your Pennsylvania hearing where you talked about this --

21  this spike of Biden votes 4:00 a.m. spike in

22  Pennsylvania.

23       Are we going to see something like that in

24  Arizona, possibly Maricopa County that we have focused

25  on?

1      RUDY GIULIANI:  Well, you're going to see --

2   you're going to see something like it.  Maybe not quite

3   as dramatic, but you're going see that the machines had

4   real difficulty getting back to zero or starting out at

5   zero.  And you're going to see in some of the machines

6   an early infusion of votes.  And I think -- I would pay

7   attention to the testimony on the machines there.

8        Remember, in Maricopa County they were using

9   Dominion machines.  And for all the propaganda about

10  Dominion, Dominion is a company that specializes in

11  stealing elections.  That is their expertise.  Their

12  roots are Venezuelan.  They keep denying it.  It is

13  absolutely true.  I think we will be able to prove it

14  scientifically that they are using Smartmatic software.

15  Smartmatic company that was founded for Hugo Chavez to

16  fix elections.

17  BY STEVEN BANNON:

18    Q.  I want to go back and, Mayor, could we keep you

19  over for a couple minutes in the next segment?  But I

20  want to finish --

21    A.  Sure.

22    Q.  I want to finish here for a second.

23        You just made a statement, and I think this is

24  what -- we are the activist part of the Trump movement

25  right?  Our listeners, as you know, and our -- the

1    people from around the world, this is pure MAGA, this is

2    the populist national movement is right here.  The

3    question they've got, you just made a statement, hey, I

4    have 250 affidavits in Michigan.  That is not baseless

5    charges.  I have real human beings that are prepared to

6    come forward and take all the abuse to the left, but

7    here is the question.

8         The legislator in Michigan has not scheduled a

9    hearing.  The legislator in Arizona -- and that in

10   Michigan's control by Republicans.  In Arizona

11   controlled by Republicans.  In Pennsylvania you've got

12   heros like Don Keefer, who was just on here, following

13   you who is going to be Colonel Mastriano, who you know

14   was a hero the other day at your hearing.

15        They are now passing resolutions to reserve a

16   1938 law to get them more involved in this.  They are

17   trying to talk to leadership over the weekend to extend

18   the session past the 30th so they actually are still a

19   body that can address with this.

20        These are not -- this is not George Soros.  This

21   is not the Democratic Party.  This is not the main

22   stream media.  We can't blame this on anybody.  You just

23   said, "Do they think we are stupid?"  No, sir.  They do

24   not think you're stupid.  But they think the Republican

25   party is gutless.  They do not think the Republican

War Room  EP 544
November 28, 2020                                        12

1  party will step up --

2    A.  Well --

3    Q.  -- and stand up here in the -- why do they want

4  to destroy Donald Trump?  Why do they want to destroy

5  this movement?  They think we are smart enough.  They

6  don't think we is the stones to sit there are go, "We

7  are not going to back down to this."

8        So Mayor with all of this, what are you going to

9  do with -- you have done a heros work to get all these

10  affidavits, you and Jenna Bors and the entire team.  I

11  tell you what.  We've got 30 seconds.  Let me take a

12  break here.  We are going to come back to you, Mayor.

13  You cogitate on that response, but they think Rudy

14  Giuliani is smart and brave and tough, but they don't

15  think the establishment in these states is smart and

16  brave and tough.

17        They think they are gutless.  And that is the

18  problem we have.  We are going to return with America's

19  Mayor, the President's lawyer on War Room Pandemic with

20  Jack Posobiec.

21        Steven K. Bannon live from Washington D.C.

22        (Commercial break.)

23        War Room Pandemic with Steven K. Bannon.  The

24  epidemic is the demon.  We cannot let this demon hide.

25  War Room Pandemic.  Here is your host, Steven K. Bannon.

1  BY STEVEN BANNON:

2    Q.  Courage is contagious --

3      JACK POSOBIEC:  New pandemic.

4  BY STEVEN BANNON:

5    Q.  It is the new pandemic.  And when you talk about

6  courage, you got to talk about America's Mayor Rudy

7  Giuliani.

8      So Mayor, understanding you're showing leadership

9  and here is the leadership you're showing, they can mock

10  and ridicule you.  They can say you're -- you can't hit

11  a fast ball anymore.  You've lost a step, you know, Rudy

12  is above his head.  He is not constitutional guy, all of

13  that, right?  And you are just relentless.  You keep

14  coming.  You keep coming.  It is pure honey badger.

15  Okay.  And that is exactly what is needed now.  Grit and

16  determination.

17      So I want to go back to my question.  Is there

18  enough courage in the leadership of the Republican Party

19  in these states to actually -- we are on the cusp of

20  curing a great victory, right?  Or we are on the cusp of

21  oblivion.  This is a binary function, right?  There is

22  not any question here.  One or the other.

23      What do you -- what do you -- what are you

24  telling our audience it takes now and what can they do

25  to assist you in trying to put a spine into the gutless

1  establishment of the Republican Party in states like

2  Georgia, in Arizona and in Pennsylvania?

3    A.  Let the leadership of the party know that this is

4  -- this is an absolute necessity of the future of our

5  county, and it is not going to be forgotten if people

6  are on the wrong side of this.  This is one of these

7  things that 10, 15, 20 years from now people will ask

8  what said were you on.

9        And if you were on the wrong side of it, you're

10  going to be on the wrong side of the Republican Party

11  and the wrong side of history.  And I think, you know,

12  people tend to follow a leader.  And I think this does

13  come down to getting the first legislator to take a

14  stand and say there is too much corruption in this

15  election.  It is quite clear that Biden stole it.  And

16  we are going to disqualify him, and we are going to give

17  our votes to Trump.

18        They are perfectly entitled to do that under

19  Article 2, Section 1, Clause 2 of the constitution.

20  People have to go read it.  The state legislator runs

21  the presidential election.  The state legislator

22  determines the electors.  The state legislator

23  determines ultimately if the vote that was given to them

24  can select electors is legitimate or not.  And has the

25  right to discount votes that are illegitimate.

1      And then you just stamp those illegitimate votes

2   properly and we win Pennsylvania, Michigan, Wisconsin,

3   easily.  We win Arizona and Georgia, which were quite

4   close.  We win Nevada, too.  So you don't need all of

5   those.  You just need three of them.  You have

6   Pennsylvania.  It takes a lot of guts to do it, but I

7   think if -- if enough go out front, the people who are

8   now frightened will just will come along because then

9   they are not going to be standing all by themselves.

10   Q.  In Wisconsin Jack Posobiec has been reporting

11   this entire show.  He is been hearing from guys in the

12   room that there is 19,000 of these IC rejections in

13   Milwaukee County.  There is going to be more in Dane

14   County.  They just announced it is going to be some time

15   on Sunday.  They think they will be finished.

16      What do you do once you get a state like

17   Wisconsin, which the main stream media is not talking

18   about, and the reason they are not talking about it is

19   we caught them dead to rights illegal ballots out there.

20      What is your next step?  Do you go -- do you take

21   it to the general assembly there or you go into court?

22   You're the strategist.  You're driving this.

23   A.  Well, you do both, but you know the courts are so

24   darn political it is a shame.  I mean, it is -- the case

25   in Wisconsin in a court is almost an obvious one.

1  You're supposed to have an application for every

2  absentee ballot.  And when you count -- this is the law

3  in Wisconsin who has the strictest absentee law in the

4  county.

5      They almost don't like absentee ballots.  They

6  basically say it in the their legislation.  And they

7  even say in legislation they want the law strictly

8  construed.  So you have maybe 50, 60,000 absentee

9  mail-in votes without an application.  The law says you

10  count those out in the county in which they were -- they

11  were cast.

12      You do that and he wins that election by about

13  40,000 votes.  You just follow the law.  If you have the

14  courage to follow the law.  So that is why we have to

15  also count on the state legislator because some of the

16  judges make up the law.  In Pennsylvania, the language

17  in the statute says that when you're counting these

18  ballots, both sides have to be present.  You know what

19  the Supreme Court of Pennsylvania decided 5/2, the five

20  Democrat judges, that present just means you can be in

21  the room, but they don't have to show you anything.

22  Well, what would be the purpose of being in the room if

23  they didn't show you anything?  You're supposed to be

24  there to inspect the integrity of the ballot, but they

25  can put you in the room and hide it from you.

1      That is a ridiculous decision.  You only make

2   that decision for political reasons.  No lawyer -- no

3   rational person would come to that conclusion.  I would

4   by embarrassed to put my name on the opinion like that.

5   Well, that will get reserved eventually.  That is the

6   lengths that these judges go to out of -- I don't know

7   what it is, loyalty to the Democratic Party.

8    Q.  Let me real quickly because we are burning

9   daylight here and speaking of burning daylight, the 8th

10   is Safe Harbor, the 14th the elector college meets in

11   the different state capitals.  You're going to go to the

12   Supreme Court.  When do you want to go and you said you

13   had three or four strategies.  What are the three that

14   you have got?  When do you anticipate going and, you

15   know, people are sitting there going, hey, the president

16   is thinking about going to Georgia next weekend, isn't

17   that Safe Harbor like a steak in the ground?

18      It is one we can go past.  The 14th you can't go

19   past.  And the President has actually said if he beats

20   me in the electoral college on the 14th, I won't

21   concede, but I understand it is time to move on.  So

22   when does Rudy Giuliani and the team, when are you going

23   to be arguing in front of the Supreme Court as you see

24   it on the 27th?

25    A.  Well, it depends on how we get there.  If we can

1    -- if we can get these legislatures to do what they are

2    supposed to do, to do what the evidence suggests then we

3    will be in the Supreme court as defendants because Biden

4    will show and take us there, right?  And if we get --

5    right now the two situations that we have going on --

6      Q.  Hang on.  Mayor, hang on.  Mayor, this is my

7    point.  I got that, but my point is you don't have

8    Arizona, Pennsylvania, and Michigan will overwhelming

9    evidence and even in Georgia with another Republican

10   legislator.  You don't even have a joint meeting set up

11   yet.  You have one week -- we have ten --

12     A.  Yes, we do.

13     Q.  In which state?

14     A.  We have meetings set up.  We have meetings set

15   up.  We have Arizona.  We have --

16     Q.  Mayor, that is a meeting with a group of

17   Republicans that are going to sit there like in

18   Gettysburg.  It is fantastic.  That is not an official

19   -- the state legislator --

20     A.  We are going to put -- we are going -- we going

21   to put witnesses on so that the public can see the

22   witnesses.  And therefore create the, kind of, pressure

23   that will get the leadership to have to come along.  I'm

24   not -- I talk to those leaders.  I'm not convinced that

25   that will turn into a hearing.  Pennsylvania didn't

1  start as a hearing.  Pennsylvania started as a private

2  meeting.  And we built it into a hearing.  So let's us

3  -- let us keep working all weekend.  We've got -- we've

4  made a lot of progress.  You know, Michigan gave us a

5  meeting.  Then they took it back.  And as soon as they

6  heard about Pennsylvania they called me up and now we

7  are going to have a bigger meeting.  And now we are

8  going to try to get the meeting from an informal hearing

9  to a formal hearing.

10      So believe me --

11   Q.  Is the buried lead --

12   A.  If Pennsylvania takes action, they will all

13  follow very quickly.

14   Q.  Is the buried lead here the Safe Harbor and the

15  8th, we are going to blow by, it is really the 14th?

16  Because this is never all going to get done by the 8th.

17  It just can't.

18   A.  I mean --

19   Q.  You can't argue --

20   A.  It would be better -- there is no reason why it

21  can't get done by the 8th particularly the legislative

22  part of it where you don't have all of those procedures

23  rules that you have in court where you have to make a

24  motion to dismiss and you have to make a motion of

25  summary of judgment and although we are going to bring

War Room  EP 544
November 28, 2020                                    20

1  another case probably within two days that would very

2  quickly go to the Supreme court as a back up just in

3  case.

4    Q.  Mayor, you're a hero.  Tell people -- do you have

5  a new Podcast that is going to come out tonight?  Your

6  Podcast are a must watch.  Do you have a new Podcast

7  coming out today?

8    A.  I have one.  I have one.  I have one that I did

9  here yesterday.  And it gives you an idea of -- gives

10  you an idea of our strategy and people have heard a lot

11  about the case in -- in Pennsylvania.  They haven't

12  heard a lot about the case in Michigan.

13       And we show them the evidence in the case in

14  Michigan.  And the Podcast are good because it puts the

15  lie to what the media is saying "we have no evidence."

16  If you were to take seven or eight of my Podcasts and

17  put them together we got about 25 witnesses and about 50

18  documents and pictures.  I mean, it is -- the case is --

19  the evidence is there.

20    Q.  Your Podcast --

21    A.  This propaganda --

22    Q.  Yeah, your Podcast are amazing.

23    A.  The propaganda is overwhelming.

24    Q.  We got about -- how do people get to the Podcast?

25  How do they get you on Twitter?  How do they get you on

1  parlor?  How do they get to the website?  I know you got

2  a great team.

3    A.  Rudy -- Rudy -- Rudy -- Rudy'sCommonSense.com is

4  my Podcast and Rudy Giuliani for all the rest.

5    Q.  Mayor, you're a -- you're not just America's

6  hero, I think you're the hero also of the deplorable's

7  in the Trump movement and the MAGA movement.  You never

8  quit.  You never die down.

9    A.  I love being the hero of the deplorable's.

10    Q.  You're the deplorable --

11    A.  Some idiot wrote -- some idiot of the Times wrote

12  with all these Trump -- with all these Trump people

13  should be excluded from polite society, and I said, "I

14  agree with you.  I don't want to be apart of polite

15  society."  I never like the New York cocktail parties

16  any ways.  Bunch of phony's.

17    Q.  You resemble that comment.  Mayor Giuliani, thank

18  you so much.

19    A.  Would you (inaudible).

20    Q.  Thank you so much for having us on -- or are

21  coming on and thank you staff sometime.

22    A.  Okay.  Okay.

23    Q.  Thank you, Mayor.

24    A.  Bye.

25    Q.  Mayor Rudy Giuliani.

1    A.  Yes, sir.

2    Q.  Mayor Rudy Giuliani.

3        I guess that was supposed to be the Park Avenue,

4    the Park Avenue --

5        JACK POSOBIEC:  This turns out to be the Rudy

6    Giuliani comedy hour after --

7        STEVEN BANNON:  A stand up.  I tell you what.  A

8    real hero.  We are going to take a short break.  We are

9    going to get the State Senator that really had the

10   inflection point, Senator Mastriano, who is a

11   31-year-Army Colonel Veteran.  Just like Jack Posobiec

12   is Naval Intelligence.  He is military.  He is army

13   intelligence.  We will have them thrash it out in the

14   next segment.  Jack Posobiec, Steven K.  Bannon.  Be

15   back in the War Room in a moment.

16       (End of recording.)

17

18

19

20

21

22

23

24

25

1          C E R T I F I C A T E

2

3      I, SHAWNEE WILBORN, Certified Shorthand Reporter/

4    Transcriptionist, do hereby certify that I was

5    authorized to transcribe the foregoing recorded

6    proceeding, and that the transcript is a true and

7    accurate transcription of my shorthand notes, to the

8    best of my ability, taken while listening to the

9    provided recording.

10

11      I further certify that I am not of counsel or

12    attorney for either or any of the parties to said

13    proceedings, nor in any way interested in the events of

14    this cause, and that I am not related to any of the

15    parties thereto.

16

17

18    Dated this 23rd day of January, 2021

19

20

21              _____

22              SHAWNEE WILBORN, CSR 13361

23

24

25