# Exhibit 223

War Room EP 582
December 14, 2020

1

2

3

4

5

6      Bannon's War Room EP 582 - Pandemic: Crisis At

7      Our Own Making (w/ Maggie VandenBerghe, Rudy

8          Giuliani, Raheem Kassam, Jack Maxey)

9              December 14, 2020

10  https://pandemic.warroom.org/2020/12/14/ep-582-pandemic-

11  quest-for-justice-w-maggie-vandenberg-john-eastman-boris

12  -epshteyn-phill-kline-ben-bergquam-mark-finchem/

13

14

15

16

17

18

19

20

21

22

23

24

25

1  BY STEVEN BANNON:

2    Q.  Now, I want to go to America's Mayor, Rudy

3  Giuliani.  He is the President's lawyer.  He is the

4  senior strategist.  He is the guy that is relentlessly

5  going around the country.  He has changed all the

6  polling because of these hearings he's had before state

7  legislatures and because he is driving all the different

8  states and overseeing all the different lawsuits.

9      Rudy, or Mayor, John Avlon, if memory serves me

10  correctly, he is lecturing and essentially lecturing the

11  American people but really pointedly lecturing Rudy

12  Giuliani.  If I remember correctly, I think John Avlon

13  at one point in time was actually on your payroll,

14  wasn't he?  Wasn't he head of coms before Jason Miller

15  showed up?

16    A.  Yeah.  He worked with me in communications and he

17  worked on my presidential campaign.  And he and his

18  wife, Margaret, are our good friends.  They have gone

19  way over for quite some time now.  Way back during the

20  impeachment they were flying off the left edge.  And he

21  works with CNN, and I think somehow he must have gotten

22  affected or something.  I don't know what happened to

23  him.

24      The realty is that they are the ones don't want

25  to look that facts.  I would like to sit John down, give

War Room EP 582
December 14, 2020                                    3

1  him something to calm him down for about 20 minutes, and

2  just have him watch the tape of what went on in Atlanta.

3  All you need to know to know that this election was

4  stolen, and it will last forever.

5       Like, there is a film of the Kennedy

6  assassination.  It shows them stealing somewhere between

7  40 or 50,000 votes.  The margin of 10,000.  There is

8  Georgia right there.  They locked the doors.  They

9  chased the people out.  They count the ballots as if

10  they are cracking up crack, moving crack around.  They

11  are looking all over, turn your shoulders.

12       I mean, it looked like a heist out of a James

13  Bond movie or something.  It is about as clear as

14  evidence of voter fraud as you've ever seen on live

15  television.  It will be there for posterity.  They are

16  never going to escape this.  No matter what the outcome

17  of this, this will be a stolen election.

18    Q.  Let's talk about that cause the numbers clearly

19  coming the way the President of people walking up and

20  saying, "Hey, something is going on here," but I want to

21  -- before I get into the details, and we talk about

22  Miller's great subnation and the about the electors, the

23  breaking news here out of Steven Miller something that

24  Rudy and the team have worked on, the Trump slate of

25  electors are showing up today in the state capitals.

1   People ought to get -- ought to understand

2   President Trump has not even begun to think about

3   backing down and the reason he won, and he is going to

4   close on his win, his electors are showing up today.

5        So heads are blowing up all over, but I want to

6   go -- Raheem is coming on later at the bottom of the

7   hour to talk about this guy Ryan Cooper and Ryder at

8   yahoo or I think The Week, Yahoo put it up, but you see

9   this tenancy now of John Avlon, and they are really

10  pointing to elected officials and Rudy Giuliani and all

11  of us that we are guilty of sedition.  We are

12  un-Democratic.  This is basically illegal what we are

13  doing.  It is not fighting to basically make sure that

14  only legal votes count is now an act of sedition.

15       The President Tweeted out yesterday, I thought a

16  powerful Tweet, saying, "Hey, if you're guilty of

17  election fraud or voter fraud and you're apart of this

18  scam and you're going to show up and put forward a slate

19  of electors and you knowingly were apart of this, that

20  is a crime."  So put it -- are you guilty of -- are you

21  guilty of sedition, Mayor?  Are you being a trader to

22  the United States by demanding that only legal votes of

23  American citizens count?

24    A.  Well, it would seem to me that the people who are

25  setting forth these certifications they know are false

1   are guilty of a crime.  They are making a false

2   statement to the United States government.  So if you're

3   certifying -- let's take Georgia because we mentioned

4   Georgia, if you're certifying Georgia as an accurate

5   vote, you know, by clear and convincing evidence that

6   that is a false number.

7       You know, that it is discounted by the number of

8   votes that were illegal and counted right there live on

9   tape.  You know, it is discounted by the 11,000 dead

10  people who voted.  That number is a false number.  I

11  hope we can all agree that dead people can't vote.  It

12  is discounted by the 16,000 already determined

13  noncitizens who voted.

14      So you know that without any doubt the number

15  you're signing your name to is false.  So you're making

16  a false statement to the United States government.  So

17  tell me who is committing the crime.  You're committing

18  the crime.  Plus, there is no government yet.  No one

19  has selected our government.  Our government is still in

20  the making.  The electors are meeting today.  And the

21  final vote, if it is a final vote, isn't until the 20th.

22  So that is a totally ridiculous charge.

23      Q.  Do you believe --

24      A.  The ones that are guilty of sedition --

25      Q.  Yep.

1    A.  The ones that are guilty of sedition are the ones

2    who are covering up the Biden connection with China.  I

3    mean, they are letting a -- they are letting a business

4    partner of the Chinese Communist -- they are trying to

5    whisk him in the White House without any examination of

6    whether there was any espionage, any danger to national

7    security.

8         How could it be that the Biden's were partners

9    with the Chinese government for eight years and they got

10   millions of dollars and there were no national security

11   implications to that?  What about Swalwell?  Who is

12   investigating him?  He is sleeping with a Chinese spy,

13   and she is not getting information out of him.  She must

14   be a pretty bad Chinese spy.

15   Q.  Mayor, the elect -- your strategy today about

16   having the electors show up, do you agree with

17   Steven Miller, the assistant to the president, who said

18   today the only date that matters here is high noon on

19   the 20th of January because that is where the

20   constitution says the term of office ends and another

21   term of office begins.

22        Is that -- are you of the belief that that --

23   what Steven Miller said was accurate?  That the date

24   here, so we are going blow through like we did --

25   A.  Of course.

War Room EP 582
December 14, 2020                                          7

1     Q.  -- with Safe Harbor you were going to blow

2  through today?

3     A.  Well, of course it is.  Of course it is the only

4  date that matters.  It is the date on which the

5  government changes.  Until that date Donald Trump is

6  president of the United States.  And if there is no

7  president selected on that date, then the vice president

8  is the -- the -- speaker of the house is the acting

9  President as we have had -- as could happen.  And then

10  it will have to be determined who the president is.  But

11  I mean, tentatively that would be the -- that would be

12  the real date that counts.  That is the date on which

13  the rubber meets the road.

14     Q.  Why are you -- why are you sending electors why

15  are electors going to the state capitals today?  Today

16  is the first Monday after the second -- after the second

17  Wednesday in December.  That is by statute, not be

18  constitution, but by implementing statute.  That is

19  where the electors college meets in the States capitals

20  and the elector -- the elector slate is put forward by

21  the state govern -- by the State legislatures and the

22  state governments.  So why are you -- why is the Trump

23  campaign sending its own slate electors to these state

24  capitals?

25     A.  Well, based on our legal research, the advise

1  we've gotten from a number of professors, our own

2  advise, we could have had a gap here.  If, for example,

3  let's say, the State of Georgia decides to continue its

4  hearing and decides that the count is grossly wrong,

5  that Trump actually won Georgia, if we don't have a

6  group of electors selected today, there is a question as

7  to whether we can select electors after today.  So out

8  of an access of caution -- this goes back to the

9  Kennedy/Nixon race in 1960.

10       In 1960 Nixon won Hawaii on election night.  It

11  was awarded to him, but it was very close.  It was like

12  3 or 400 votes.  The Kennedy people selected their own

13  group of electors on that -- on that day -- on this day

14  in 1960 as an alternative.

15       And then in December of 29 of 1960 the courts

16  ruled for Kennedy.  They gave him the state by 50 votes.

17  And so, therefore, two sets of electors was sent to the

18  congress.  And guess who picked the Kennedy electors?

19  Nixon, but had there have been no Kennedy electors, all

20  they could have done is disqualify the Nixon electors.

21       And there is always a question as to whether you

22  need a majority of the 271 or a majority only of the

23  people voting.  So it is done out of an access of

24  caution so that if we get awarded a state, our electors

25  are right there, and they can step right in.

1    Q.  You bring up an interesting -- the buried lead

2    there was that Nixon was president of the senate when

3    you said he selected it.  Just remember there is a lot

4    more to come --

5    A.  Yeah, president of the senate.  Same thing

6    Pence --

7    Q.  Mike Pence is a lot --

8    A.  Same thing Pence would get to it.

9    Q.  There is a lot of fight left in this, ladies and

10   gentlemen.  As President Trump said on Saturday quoting

11   one of my favorite Naval officers, "We have not yet

12   begun to fight," that is John Paul Jones during the

13   Naval engagement in the revolutionary war.

14        Rudy, can we ask you to please stay over for our

15   next segment?  I've got more questions on Biden and --

16   A.  Of course.

17   Q.  -- what the strategy is.

18        Mayor Rudy Giuliani, America's Mayor.  Remember,

19   Mayor Rudy Giuliani has taking on tough ones before.  He

20   has broke the five families, the five Mafia families

21   back in New York in the mid -- the late 1980s.  Then he

22   broke the Mafia that was running Wall Street, Mike

23   Milken and Ivan Boesky, that crowd.  He broke them.  He

24   knows how to use RICO.  He knows how to prosecute.  He

25   knows how to unearth bad guys.  And Rudy Giuliani is now

1   dedicating his life to making sure that every legal vote

2   counts.  This is all the Trump movement wants.  This is

3   all the President wants, counting of legal votes and not

4   counting illegal votes.  Not all votes count.  Only

5   legal votes count.

6         This somehow is what the main stream media and

7   the Democratic Party doesn't get.  We are not going to

8   count all votes.  We are only going to count legal

9   certifiable chain of custody votes.

10        Mayor Rudy Giuliani, we will come back and join

11   Maggie VandenBerghe, Fog City Midge.  She is sitting in

12   as our cohost today.

13        Steven K. Bannon in the War Room.  We are going

14   to return in just a moment.

15         (Commercial break.)

16        War Room Pandemic with Steven K. Bannon.  The

17   epidemic is a demon.  We cannot let this demon hide.

18   War Room Pandemic.  Here is your host, Steven K. Bannon.

19   BY STEVEN BANNON:

20    Q.  Welcome back.  Our guest is Mayor Giuliani, the

21   war time (inaudible) for President Trump in this war to

22   make sure that only legal votes count.

23        Mayor, the President was on Twitter lighting

24   stuff up over the weekend.  Do you anticipate the fiasco

25   state by state and cowardly state legislatures, the

1  courts want to look the other way, you got the

2  Wisconsin's supreme court, they got it right now, they

3  are arguing about it.  You got the situation in the

4  Michigan.  We will get to in a second, but have you

5  recommended to the President, do you believe giving your

6  time at the justice department, your time as the senior

7  head of the southern district of New York, that a

8  special prosecutor, a special counsel, is warranted to

9  look at the election fraud and the voter fraud

10  throughout the country particularly in these five or six

11  battleground states?

12    A.  Absolutely.  It has to be done.  It has to be

13  done for the sake of this election.  And it has to do be

14  for the sake of the country in the future.  You can't --

15  you can't let something like this go unaddressed because

16  otherwise it will just be done again.  I mean, that is

17  the history of the crime.  When you ignore it, it just

18  gets worse and worse and worse.

19        It has to be -- it has to be dealt with at the

20  earliest possible stage.  And by the way, we are not

21  dealing with it at the earliest possible stage.  This

22  kind of fraud has been going on for quite some time with

23  the Democrat Party, and we have chosen to ignore it.

24  And this time because of the pandemic, because of this

25  hystera that was created over mail-in voting, which, you

1  know, we've always known would be the core of major

2  fraud, they were able to do it on a very, very large

3  scale, but I look back on some of their past elections

4  that were this close.

5      Think about those Dominion machines, the way in

6  which they play around with absentee ballots.  And I say

7  to myself, "This is not the first stolen election.  This

8  is the one that is the most traumatic however."

9   Q.  Does the President have to be a supplicant to

10  Bill Barr?  Does he have to go and say "Pretty please,

11  Bill Barr, can you do me a favor?  Can you look at

12  this?"  Or is the President, as the Chief Magistrate of

13  the country, does he have the authority, in your mind

14  and in your understanding of the constitution, the

15  relationship between the justice department and the

16  White House, does the President have the authority to

17  basically inform the attorney general that there is

18  going to be a special prosecutor selected, and he is

19  going to have full subpoena power and a full budget?

20   A.  Well, yes, he is the Chief Executive Officer of

21  the United States.  He has all the executive powers of

22  every inferior officer.  It is a unitary executive.

23  All executive power exists with the President.  No one

24  of those cabinet offices has a single bit of the

25  executive power other than comes from the President and

1   therefore, he can tell them what to do and do it for

2   them.  And it would be far better for every one if the

3   attorney general would recognize the gravity of the

4   situation.  Both with regard to the election, which is

5   now at a point where --

6    Q.  But Mayor, Mayor, Mayor, Mayor, you have --

7   Berney Kerik, who is a former police commissioner in

8   New York under your administration and also spent his

9   career in law enforcement, is one of the organizers of

10  the thing.  He has got binders with 2000 signed

11  affidavits of American citizens under the penalty of

12  perjury.

13       Affidavits that attest to voter from and election

14  fraud and election administration mismanagement.  You've

15  got additional -- you've got other, you know, into the

16  thousands other pieces of evidence besides just the

17  affidavits.  The attorney general said, "Well, I haven't

18  seen anything yet," right, "I haven't seen anything."

19       So his lackadaisical attitude in addition to the

20  fact that he covered for Biden on a national stage in a

21  debate that was -- that globally had hundreds of

22  millions eyeballs on it.  The President of the United

23  States called him out on the day the New York Post put

24  up the hard drive from hell, and he looked the nation in

25  the eye, President frump called him out.

1      Biden looked the nation in the eye and said,

2   "Hey, my son hasn't done anything wrong.  My son is a

3   good guy.  I'm proud of my son.  He hasn't done anything

4   wrong.  He hasn't made any money from any foreign

5   company."  That is what his quote or "country."

6   Bill Barr heard that.  Bill Barr and Chris Ray knew

7   that.  They had the hard drive from hell.  The hard

8   drive from hell, they had it in '19, which would have

9   stopped the entire impeachment process and proven that

10   Trump's phone call actually was perfect to the head of

11   the Ukrain.  Actually was because got mocked ridiculed

12   for that.  It was a perfect call given from what we know

13   about the tax returns now of Hunter Biden and all of

14   that.

15      So how can anybody possibly think that Bill Barr

16   is going to do anything because he just, kind of, is

17   lollygagging around.  Bill Barr -- we need -- Bill Barr

18   has either got to step up to the plate or move on,

19   right?  And the President of the United States has got

20   to take the bull by the horns and put in a special

21   prosecutor today on this election fraud because you will

22   have all the rats leaving the ship in the Democratic

23   Party.

24      Guys, once they know the subpoena power and they

25   can be put in jail, that is when they are going to start

1  coming forward and there should be a special prosecutor

2  on the Biden.

3      Biden has compromised the country.  He is the

4  Manchurian candidate.  He is owned lock, stock and

5  barrel by the CCP and the evidence and the hard drive

6  from hell, which the intelligence community former guys

7  Burden and Haden and those guys, all lied in this -- in

8  the thing in the Wash -- in the Wall Street journal,

9  this ad that said it was Russian disinformation.  This

10 hard drive from hell is all Hunter Bidens, of which they

11 never refuted it.

12      So do you think the President ought to today get

13 these special prosecutors up and rolling?

14   A.  I think the President should appoint two.  One

15 should be specifically geared toward the election.

16 Should start immediately.  He's got the evidence.  He

17 could open a grand jury today, if he wanted to.  And the

18 others should be the Biden case, in which really you

19 would have to put together whatever it is the justice

20 department is doing.

21      They are doing little things here and there all

22 over the justice department investigating the Bidens.

23 It needs to be pulled together.  And the focus of the

24 investigation is not Hunter Biden.  The focus of the

25 investigation, let's be clear about it, is Joe Biden.

1  He is the boss.  He is the big guy.  He is the chairman.

2  He is the guy getting half the money.

3       Remember -- do you remember the text.  Put it out

4  there 100 times.  Nobody wanted to pay attention to it.

5  Hunter Biden explains to his daughter I get 50 percent

6  of the cash to pop.  Pop gets 50 percent of the

7  kickbacks.  Typical -- typical cheap although big scale

8  bagman scheme.  They have been doing it for 30 years.

9  They are thoroughly corrupt to be discovered in a matter

10 of weeks --

11   Q.  Mayor Giuliani, given your expertise in national

12 security and in national security, could Joe Biden today

13 get a security clearance?  Could he get a security

14 clearance issued by the national security apparatus of

15 the United States government?  Could Joe Biden, given

16 the information that is out there publically, could he

17 get a security clearance today?

18   A.  I don't even think they would be given an

19 investigation.  They would throw him out of the office.

20 They would say, "Are you kidding me?  You're in a

21 partnership with Chinese Communist spy, and we are going

22 to give you a clearance?  Your family took millions in

23 from Chinese communists.  We are going to give you a

24 clearance?"  Are you out of your mind?  You think we are

25 stupid?  Of course, he couldn't get a clearance.

1   Couldn't even get close to a clearance nor could anybody

2   in his family.  They have been in business with the

3   Chinese Communist.  How could they get a clearance?  How

4   could they get a clearance?

5     Q.  Do you believe that this information -- there is

6   two things going on here.  One, it is to get to the

7   bottom of the election fraud and to get to the bottom of

8   Trump's victory.  And, by the way, we are not -- all we

9   are saying is let's get all the information out to the

10  state legislatures.  Hey, if they deem, after going

11  through and having Democrats question that and the legal

12  votes that Biden got it, then Biden got it.  But the

13  other issue today, the other crisis, is here you have a

14  guy that has been compromised by the CCP.  There is

15  evidence out there.

16      The justice department has been dragging their

17  feet.  The FBI has been dragging their feet.  They had

18  all this Bernie Sanders would have been the nominee if

19  they had stood up to the plate in December of '19 when

20  they got this because they wanted a Neoliberalcon.  They

21  didn't want a populist from the left because they hate

22  -- as much as they hate Trump, they had populists almost

23  as much.

24      Do you think that we are in a crisis that no

25  matter how the outcome of the vote goes as we grind

1  through this, that you can't place Joe Biden right now

2  -- Joe Biden cannot take the oath of office on the 20th

3  for the simple fact of the national security breach.

4      Does that make sense?  Is that logical that you

5  can't put Biden -- the constitution says only one of two

6  guys that got electoral votes.  There is no open --

7  Nancy Pelosi would only be the acting president.  Only

8  the person that could be president is someone who got

9  electoral votes, either Donald J. Trump or Joe Biden.

10      So what type of crisis are we hurdling to because

11  they are trying to protect Biden?

12    A.  We are in a crisis that -- in that particular

13  area we are in a crisis without a clear answer to it.

14  And it is a crisis of our own making.  This information

15  was brought to the justice department by me over a year

16  ago.  They've had this information for over a year.  Not

17  only that I made it public.  I yelled it.  I screamed

18  it.  I put it on Fox.  John Solomon printed it.  I put

19  it on Podcast.  I was accused of being a Russian agent

20  for doing it.

21      I did it anyway.  I did it to warn the American

22  people let's look into this man before we inaugurate

23  him.  This man has serious problems of criminality going

24  back 30 years that nobody is looking at.  And there was

25  a concerted conspiracy to cover it up.  And it is clear

War Room EP 582
December 14, 2020                                    19

1   -- the evidence is clear.  It is overwhelming.  It

2   doesn't only involve corruption.  It involves

3   compromising our national security with Communist China.

4   And, by the way, with Russian also.  Money from Russia

5   as well.

6      Q.  Mayor, I know you got to bounce.  I only got,

7   like, 60 seconds, but I got to ask you this question.

8   We are going to put up all your social media and we are

9   going to push your Podcast after the break because we

10  will have time then --

11     A.  Please.  I mean --

12     Q.  Do you think --

13     A.  -- people should see this.

14     Q.  Do you think there is probable cause right now as

15  you see it to seize all the machines up in Michigan and

16  other places of Dominion voting and the --

17     A.  100 percent.  100 percent.  The Dominion machine

18  is a -- it is like cheesecake -- it is like a piece of

19  swiss cheese.  I mean, I'm not particularly good at

20  computers.  I think I can probably hack it, if I knew

21  how to hack.

22     Q.  But you think probable cause --

23     A.  Anybody can get into it.  You can change numbers.

24  Why would you make a voting machine in which you can

25  change the numbers?

War Room EP 582
December 14, 2020                                              20

1   Q.  Mayor, we got to bounce.

2   A.  I put my one in, you put your one in, and I can

3   change your one to two.

4   Q.  Mayor, we got to bounce but you believe there is

5   probable cause to seize all the machines in Michigan and

6   other places of Dominion, correct?

7   A.  Any place Dominion was used is probable cause to

8   seize the machines.  They are not voting machines.  They

9   are calculators.

10  Q.  Mayor, thank you very --

11  A.  And dishonest calculators built to fix elections.

12  Q.  Thank you very much Mayor Rudy Giuliani.  Be back

13  in a moment.

14  A.  Thank you Steve.

15     (End of recording.)

16

17

18

19

20

21

22

23

24

25

1          C E R T I F I C A T E

2

3       I, SHAWNEE WILBORN, Certified Shorthand Reporter/

4    Transcriptionist, do hereby certify that I was

5    authorized to transcribe the foregoing recorded

6    proceeding, and that the transcript is a true and

7    accurate transcription of my shorthand notes, to the

8    best of my ability, taken while listening to the

9    provided recording.

10

11       I further certify that I am not of counsel or

12   attorney for either or any of the parties to said

13   proceedings, nor in any way interested in the events of

14   this cause, and that I am not related to any of the

15   parties thereto.

16

17

18   Dated this 23rd day of January, 2021

19

20

21          _____

22          SHAWNEE WILBORN, CSR 13361

23

24

25