# Exhibit 224

Warroom
December 16, 2020

4  IN RE:

5  https://pandemic.warroom.org/2020/12/16/ep-588-pandemic-one-

6  person-one-vote-w-maggie-vandenberghe-john-fredericks-michael-

7  leahy-rudy-giuliani/

8  _____

11  DATE:            December 16, 2020

13  TRANSCRIBED BY:    Lourdes Alvarado, Court Reporter

14                    U.S. Legal Support, Inc.

1    STEPHEN K. BANNON:  I want to go now to, Mayor,
2  the special prosecutor, Jonathan Lemire lays out a
3  case.  I just have a question, a technical question,
4  for you, sir.  There is some confusion.  They keep
5  saying Rosen's got to do it and Barr left because he
6  didn't want to do it.  Does the president of the United
7  States, as chief magistrate, by the Constitution, does
8  he have the power at his sole discretion to actually
9  direct the acting attorney general or the real attorney
10 general or the deputy attorney general to set up a
11 special prosecutor and say who that's going to be named
12 and empower that with subpoena power in a budget to go
13 about their work independently from any other
14 interference?  Does the president have that power?
15    RUDY GIULIANI:  The president absolutely has that
16 power.  Under Article 2 of the Constitution, the
17 executive power of the United States, is vested in one
18 person.  The rest of it flows from the president.  We
19 refer to it as the unitary executive.  Meaning, every
20 one of the cabinet offices derives his power out of the
21 Constitution from the president.  So, simply anything
22 any cabinet officer can do, the president can do.  And
23 unless for some reason the president has delegated it
24 away or said, "I want to leave that for you to decide,"
25 which he hasn't done.

1   So, for example, when I was the United States
2   Attorney of the Southern District of New York, I worked
3   in the Justice Department but I was appointed by the
4   president.  My first loyalty was to the president, not
5   to the attorney general.  He signed my certificate of
6   employment.  The deputy attorney general
7   (unintelligible) signed it.  So, every U.S. attorney
8   technically works for the president of the United
9   States.
10   So, if he wanted to order AG or the acting AG to
11  appoint an independent counsel, he can do that.  If he
12  wanted to do it himself he could do it.  He can just
13  write an order saying, "Ken Starr is appointed the
14  independent counsel to investigate everything
15  pertaining to the 200 election and render a report on
16  any criminal acts or irregularities that occur."
17  That's it.  And Starr is now the independent counsel.
18       STEPHEN K. BANNON:  So, it's (unintelligible) -- I
19  want to make sure the audience understands.  There is
20  two things that we're talking about.  One is an
21  independent prosecution, special prosecutor,
22  independent counsel to look at -- to go into depth and
23  have subpoena power and the power to basically go, I
24  guess, in front of a grand jury and indict people about
25  the election fraud and the voter fraud associated with

1  the 2020 campaign.
2     As we speak right now, Ken Starr is actually the
3  leadoff witness to Senator Johnson's hearing on Capitol
4  Hill.  Note to YouTube.  Note to the Associated Press.
5  This is not the war room.  This is not Rudy Giuliani.
6  This is -- this is the United States Senate.  And our
7  team here is going to feed us, if we have anything.
8     Number two, what Jonathan Lemire is talking about
9  is the hard drive from hell and the investigation into
10 Hunter Biden and other parts of the Biden crime family
11 and, specifically, in relationship to their compromise
12 by the Chinese communist party as a national security
13 issue.
14    Is it your belief, Mayor Giuliani, that the
15 president should, because of everything that's going on
16 and all the moving pieces, that on both of those, the
17 election fraud and voter fraud as one, and a separate
18 one regarding the national security issue of being
19 compromised by the greatest enemy the United States has
20 ever had, the Chinese community party, do you believe
21 that the president should forthwith move and selected
22 two independent special prosecutors that are -- that
23 are basically outside the purview of the Justice
24 Department as they would move forward?
25    RUDY GIULIANI:  I believe he has to in both cases.

1  In the case of Hunter Biden, it really isn't about
2  Hunter Biden.  If it were Hunter Biden, maybe the
3  Justice Department could do it.  But, I mean, I know
4  the hard drive backwards and forwards.  You can't open
5  an investigation of Hunter Biden without Joe Biden
6  being a subject of that investigation.  He's all over
7  the hard drive.
8      For example, if you just want to look at the
9  Chinese issue, he's getting 10 percent of the equity
10 from the Chinese.  That's established in the text, in
11 the emails and also with Mr. Bobulinski's testimony.
12 So, it begins as an investigation of Joe Biden.  He's
13 the number one target of that investigation.  Hunter
14 Biden is way down the totem pole.  I mean, he's the bag
15 man, the guy who collects the money, the guy who writes
16 the deals.  But it's quite clear right in the text of
17 that hard drive, that the number one guy, the top of
18 the totem pole, the top of the crime family is Joe
19 Biden.  You can't escape that.  If I were -- if you
20 were representing Joe Biden when that investigation
21 opened, and you are a lawyer, and you went to the
22 Justice Department and you asked them, "Is Joe Biden
23 the subject," they would be lying to you if they said
24 he wasn't.  The evidence makes him the subject.
25     STEPHEN K. BANNON:  This is -- by the way, and I

1  want to move on to the subject of Wray and Pat
2  Cipollone, and what this reporting is coming out, I
3  think, in the Politico and Washington Post about Pat
4  Cipollone and the FIU director.  And this is not coming
5  from Rudy Giuliani.  This is Stephen K. Bannon, and I'm
6  just putting it out there.  And I'm not a lawyer.
7  Rudy's spent his career -- the Mayor spent his career
8  being about law enforcement.  He was the heroic and
9  mythic Southern District of New York when he broke the
10 five families, the five mafia families that controlled
11 New York for so many decades.
12     He also broke the mafia that controlled Wall
13 Street.  When I was there at Goldman Sachs back in the
14 80s, Mike Milken, Ivan Boesky, put them all away.  He
15 knows what he's doing.  He knows about RICO.  But I
16 will tell you, ladies and gentlemen, right this down on
17 December 16th, when that special prosecutor is
18 appointed for the Biden crime family, a target, maybe
19 not a target, but an area of inquiry is going to be the
20 Attorney General Bill Barr.  What did Bill Barr know,
21 and why this information suppressed?  Why are we in
22 this situation in December of 2020?  Why was this
23 information suppressed?  Bill Barr will be a target of
24 an investigation.  And he deserves to be a target.
25         Okay.  I want to move on to a different

1  target.  Pat Cipollone -- it's reported that Pat
2  Cipollone has told the president -- sorry about that --
3  told the president he cannot fire the FBI director,
4  Christopher Wray.
5      What are your thoughts about that, Mayor?
6      RUDY GIULIANI:  For the life of me, I can't figure
7  out why he can't fire the head of the FBI.  I mean, he
8  already did it, right?  We've already been through
9  that, haven't we?  With Comey and even the special
10 counsel found that he had the power to do it.  Even
11 Comey agreed that he had the power to do it.
12     STEPHEN K. BANNON:  I want --
13     RUDY GIULIANI:  (Unintelligible).
14     STEPHEN K. BANNON:  I want to reiterate that
15 point, that you just brought up.  Both the Mueller
16 investigation of all those months and all that money
17 and Comey himself, I think in his own testimony, did
18 they not both --
19     RUDY GIULIANI:  Yes.
20     STEPHEN K. BANNON:  -- confer that the president
21 has the absolute power to --
22     RUDY GIULIANI:  Absolutely.
23     STEPHEN K. BANNON:  -- terminate his FBI director?
24     RUDY GIULIANI:  The question was -- the question
25 was, did he obstruct justice?  Which he didn't.  But

1 here there would be no obstruction of justice. If he
2 wants to fire him, he can fire him. He's not
3 obstructing anything. And he's not involved in any
4 investigation, involved with the FBI. So, he can fire
5 him this second.
6    STEPHEN K. BANNON: So, what do you think -- what
7 would Pat Cipollone -- and, by the way, I know Pat.
8 He's a great guy. I think he's done overall a very
9 good job.
10    RUDY GIULIANI: Pat's a great lawyer. I mean, I'd
11 have to really talk to him --
12    STEPHEN K. BANNON: He's a great lawyer.
13    RUDY GIULIANI: -- to understand what he's saying,
14 if he is saying that. Maybe he's getting more
15 political advice than legal advice, I don't know.
16    But legally he has the absolute right to fire the
17 FBI director any time he wants for any reason that he
18 wants. He serves at the pleasure of the president.
19    STEPHEN K. BANNON: Okay. We got a couple minutes
20 in this segment. I want to go to a different topic.
21 You're the ultimate honey badger. You just been named
22 Patriot of the Year in the National Pulse, a very
23 prestigious award coming from the Trump base, Rahim
24 Kasam (phonetic) and the team there at National Pulse.
25 You're Patriot of the Year there with a tremendous

1  portrait, with the pocket square and all that, but --
2      And one of the reasons you are a honey badger is
3  you went around and went to Gettysburg, and went out to
4  Arizona for the 11-hour hearing and to Georgia and to
5  Michigan.  You're mocked and ridiculed by the
6  mainstream media, "This is Rudy.  He's out of control.
7  Nobody's listening.  They're doing it in hotel
8  ballrooms.  They're too embarrassed."
9      Today we have subpoenas coming from joint
10 committees in Michigan, a massive subpoena, to
11 basically say, "preserve the evidence."  We have a
12 massive subpoena in Arizona going to Maricopa County of
13 four million people and telling the Board of
14 Supervisors and the Election Commission, "We want the
15 machines and we want the machines now.  Don't touch
16 anything."
17     Okay.  Rudy this came about because of your road
18 show and you're -- and the evidence that you put
19 forward.  Did it not, sir?
20     RUDY GIULIANI:  Sure.  And the team that we have.
21 And also the report earlier this week that, you know,
22 took two weeks to do, but that showed that the Dominion
23 machines are completely fraudulent.  I mean, they're a
24 piece of Swiss cheese.  You can do anything with them
25 that you want.  In the case of the machines, we got to

1  examine 22 of them.  They had a 68 percent error rate.

2  68 percent error rate.  And then missing from them were

3  all the corrections.  They had pulled out all of the

4  material that would show the corrections that were

5  made, which basically were to change votes from Trump

6  to Biden.

7       So, I think that incensed the Michigan

8  legislature.  That's a republican county they were

9  doing it in.  If they're doing it in a republicans

10 county to shave Trump's lead, imagine what they're

11 doing in a crooked democrat dominated county.  So

12 that's why I think the legislature just said, "We've

13 had enough.  We're going to subpoena everything.  We're

14 going to look at every one of those machines."

15      And we start off knowing that the vote in Michigan

16 is false.  We immediately know it's false.  I mean,

17 they got 12,000 dead people to vote.  So, we know it's

18 false, right?  We know that there are 100,000 ballots,

19 that came out of no where, that were not cast by

20 anybody, that were added in, all for Biden.  So, we

21 begin with a couple hundred votes already false.  The

22 question is, "How many more?"

23      STEPHEN K. BANNON:  Mayor, we're going to take a

24 short break.  We want you to please hold over time.

25 But we got to cover more questions we got to ask you.

1   (Thereupon, commercials played.)

2   STEPHEN K. BANNON:  Welcome back.  We've got Mayor
3   Giuliani.

4   Mayor, yesterday there was a recording that came
5   out that Mitch McConnell, talking to the -- his entire
6   conference.  And basically saying, "Hey, we don't want
7   to have a tough vote.  You just got to not support Mo
8   Brooks, and when this thing comes to the senate, if it
9   does come to the senate in January, you guys got to
10  take a pass on it.  We got to move on."

11  What are your thoughts about that?

12  RUDY GIULIANI:  Very disappointed, of course.  The
13  evidence isn't even in yet.  He hasn't really had a
14  chance to see it.  I don't know what he's basing it on.
15  The fact is that 80 to 90 percent of the republican
16  party disagrees with him.  I don't know what political
17  party he belongs to.  Well, I guess I know the
18  political party, it's the Washington party.

19  I mean, we have a right to be heard on these
20  things.  And I tell you, Steve, no matter how it shakes
21  out, if they completely cut off our right to be heard,
22  it's going to be disaster ever trying to bring this
23  country together again.  I mean, when people are
24  feeling aggrieved like this, the worst thing in the
25  world to do is to cut them off.  Let them have a chance

1  to have their hearing and maybe at the end they can

2  say, "We don't agree with the result, but at least we

3  got heard."  Look at what the Supreme Court did.

4      STEPHEN K. BANNON:  By the way -- by the way --

5      RUDY GIULIANI:  The supreme Court said, "No, no,

6  we don't want to look at it.  We don't want to look at

7  it."

8      STEPHEN K. BANNON:  The polling is all coming.

9  Jonathan Lemire implied this today on Morning Joe.  The

10  polling is all coming in the direction of -- the

11  president's supporters are saying this was illegal.

12  This was illegitimate.  Things happened here from

13  Michigan to Pennsylvania to Wisconsin to Georgia.

14      RUDY GIULIANI:  Big time.

15      STEPHEN K. BANNON:  And we've seen this in

16  Wisconsin, and the Supreme Court, they validated where

17  the steal was.  Now, it's incumbent upon you -- like in

18  Wisconsin.  They talked about these indefinitely

19  confined.  They said, "Hey, the campaign's got to go

20  find these people.  Yes, it was clearly illegal.  It

21  was ballot harvesting, but you have to prove it."

22      Are you going to go -- to put the naysayers on

23  their back foot, Mayor, are you going to -- are you --

24  since you're the head guy, are you going to authorize

25  people to go to Wisconsin and find these -- of the

1   221,000 people, find out which ones were legal, which
2   ones were truly and definitely confined and which ones
3   were skiing in Aspen or in Hawaii on a beach, and just
4   being ballot harvested at some park in either Madison
5   or Milwaukee?
6        RUDY GIULIANI:  Yes.  And that's what we're trying
7   do right now.  I mean, it really isn't necessary.  The
8   law gives you the remedy.  We're just unwilling to
9   apply the law, which means that this can be done in the
10  future.  What is -- what is the deterrent to cheat?
11  So, if you cheat, and they say, "Well, we can't take
12  the vote away from somebody."  If you cheat, a vote
13  should be taken away.  That's the only way to deter
14  cheating in the future.  And think about it this way,
15  if you don't take the vote that was a dishonest vote
16  away, you're taking my vote away, which was the honest
17  vote.
18       I don't understand these judges.  I really don't.
19  I think it's just an excuse to not have to do something
20  difficult and then be ridiculed in their community or
21  in the Bar Association or with a bunch of other phony
22  lawyers, who, you know -- that feel that if you do
23  anything for Trump, you're a freak.
24       STEPHEN K. BANNON:  Let me ask you a technical
25  question, and this is for our folks at YouTube.  Let me

1  just ask you a technical question.  Given the
2  dissenting opinion of the Supreme Court justices in
3  Wisconsin in that case, given the case that you won on
4  the indefinitely confined, given this hand audit that's
5  going on in signature ballots in Georgia, in Cobb
6  County, given subpoenas that are being issued by joint
7  committees in Michigan to preserve all evidence and the
8  Senate Judiciary Committee in Arizona to freeze
9  everything in place immediately on the Dominion
10 machines, given all that, when the media says that Rudy
11 Giuliani has no evidence, when they say Rudy Giuliani
12 and the president, it's all baseless -- I'm just asking
13 from my technical point of view -- being that Bernie
14 Kerik has binders, 50 or 60 binders of 2000 affidavits
15 by American citizens under the panel of perjury, plus
16 thousands of other pieces of evidence, is this, sir --
17 technically, from your expertise as a former
18 prosecutor, are these charges baseless and is there no
19 evidence?
20      RUDY GIULIANI:  It's just the opposite.  There is
21 an overwhelming amount of evidence that this election
22 was a farce in six states.  It wasn't anything close to
23 an election.  And now we add to it the 22 machines that
24 we got to examine that have a 68 percent error rate,
25 that means they were wrong more than they were right.

1  Now, how could you have confidence in the result in
2  Michigan, when those are the machines that are being
3  used. And part of the reason this is happening is
4  because the republicans elector in Arizona, this was an
5  uprising, a popular uprising. The legislature was
6  going to close this matter and then they started having
7  peaceful demonstrations all over the weekend, and just
8  came up from the grass roots.
9      Same thing in Michigan, when the people in
10 Michigan heard that report about the Dominion machine,
11 the legislature had no choice but to open this
12 investigation. After all, right now on record is a
13 false statement from the State of Michigan to the
14 United States Government. We know that the election
15 results they certified is a false statement. If we
16 don't know anything else, we know that.
17     This has to be resolved. Otherwise, this is going
18 to haunt us historically forever. This will be, you
19 know, the election that was stolen.
20     STEPHEN K. BANNON: This is a scar --
21     RUDY GIULIANI: There's more and more evidence
22 coming out than the Kennedy assassination. 20 years
23 from now we'll find more evidence of machines that were
24 fixed and Chinese that were involved in helping
25 Dominion. I mean, there is a lot to this, including

1  foreign involvement.
2      STEPHEN K. BANNON:  This is why you need a special
3  prosecutor.  This is a scar that's not going to heal.
4      Last question, Mayor.  One, the direction you're
5  taking this?  And, two, has anybody in the Biden
6  campaign or the democratic party reached out to you to
7  assist and try to get to the bottom of this so they can
8  put it in back of them and go do what they're going to
9  do?
10      Has anybody in their aparatus or democratic party
11  -- I know, because you know tons of democrats, being a
12  Mayor of New York City.  Has anybody reached out to you
13  to somehow work together to get to the bottom of this?
14  And, number two, we got about a minute, what's the
15  direction that you're taking this in the next couple of
16  days?
17      RUDY GIULIANI:  Well, they have one answer to
18  this, and they have one answer to the Biden crime
19  family.  It's been debunked.  Of course, it hasn't
20  been.  They just lie.  They tell the big lie and they
21  get away with it because they have the establishment on
22  their side that supports the big lie.
23      And our next step is two-fold.  One, to get inside
24  those machines, as many of them as possible.  And to
25  find out what the real vote is.  That would totally

1  scientifically disprove the election results.  And,

2  secondly, to examine the mail ballots very, very

3  carefully, because we're sure a number of them were

4  created, more than enough to affect the outcome of the

5  election.  And now we have the technology to determine

6  that.

7      STEPHEN K. BANNON:  Mayor, we got --

8      RUDY GIULIANI:  So, I think, our (unintelligible)

9  right now is to put our hands on these -- on this raw

10  material.

11      STEPHEN K. BANNON:  We got to bounce.  Last thing.

12  The podcast, when is your podcast up so I can give

13  people the specific when the podcast Common Sense Of

14  Rudy?

15      RUDY GIULIANI:  It's on Wednesday and Friday.  It

16  comes on at six o'clock every Wednesday and Friday.

17  Rudy'scommonsense.com.  And the one on right now is a

18  reintroduction to the Biden crime family.  We go back,

19  you know, six months and point out what was available.

20  To your point, the Justice Department had this

21  information two years ago.

22      STEPHEN K. BANNON:  We got to bounce.

23      RUDY GIULIANI:  Two years ago.

24      STEPHEN K. BANNON:  We got to bounce.

25      Rudy Giuliani.  We'll be back after this short

1  break.

2     (Thereupon, the recording concluded.)

```
1           REPORTER'S CERTIFICATE
2
3     I, LOURDES ALVARADO, Professional Reporter, certify
4  that I was authorized to and did stenographically transcribe
5  said recording; and that the foregoing pages are a true and
6  complete record; and that this computer-assisted transcript
7  was prepared under my supervision.
8
9  Dated this 22nd day of January, 2021.
10
11
12  _____
13  LOURDES ALVARADO, Professional Reporter
14
15
16
17
18
19
20
21
22
23
24
25
```