# Exhibit 225

WAR ROOM 597

12/19/20

listen.warroom.org/e/ep-597-pandemic-america-under-attack-w-maggie-vandenberghe-tony-shaffer-rudy-guiliani-john-fredericks/

1      STEVEN BANNON: I want to turn now to an
2  American patriot. The gentleman who as the head of the
3  Southern District of New York put away, broke the back
4  of the five families, the five Mafia families that
5  controlled New York City for so many decades, also then
6  smashed the basic Mafia, the cartel that ran Wall Street
7  in 1983. You saw the movie Wall Street. It was really
8  about Rudy Giuliani's efforts to break the mob the Mafia
9  run by Mike Milken, although I realize he's St. Mike
10 Milken today. He wasn't a St. Mike Milken back then,
11 Mike Milken, Ivan Boskey and that crowd.
12      Okay. Rudy Giuliani. Rudy, Mayor, here's
13 the thing. I think it's accurate but I don't know.
14 it's John Fredericks, he's down in Georgia. Last
15 night at the Christmas party and, you know, I'm
16 throwing out some inside baseball for our audience.
17 Rudy and the lovely Dr. Maria Ryan were the guest of
18 the President and the First Lady at the Christmas
19 party, but somehow Governor Kemp, Governor Kemp's
20 putting out pictures that he's -- look, I realize
21 he's a Republican governor and there's a certain
22 protocol and everything like that. But yo, we're in
23 a dog fight. This guy refuses, refuses, refuses --
24 listen, I'm just throwing it out there.
25      You went out there. You've been sick.

1  You've had CCP virus.  You've sick as a dog.  You
2  know, you're on the other side of 70.  You're a
3  fighter.  You're down there.  You do a multi-hour
4  presentation down there of the facts.  People's heads
5  are blown up.  You now have got everybody fighting
6  for you, and Governor Kemp I don't think he even met
7  with you, didn't even have the common courtesy to
8  meet with Rudy Giuliani.
9          You know what, I go around.  I see people
10  around the world think it's a great honor to meet
11  Rudy Giuliani.  The mayor's down there kind of as an
12  official representative, the President's lawyer, the
13  official representative of the campaign to make a
14  nine-hour presentation, and Kemp can't find it in his
15  busy schedule I think to meet with you.  Yet, he's
16  shlepping up there on the taxpayer's money of Georgia
17  to put his big mug in front of a Christmas tree and
18  take a picture like it's all good.  No, Governor,
19  it's not all good, and I'm telling you, brother, if
20  you don't call a special session you're going to get
21  recalled.  They're not going to primary you.  They're
22  going to recall you because you deserve to be
23  recalled.
24          The President let him up yesterday on
25  Twitter, and my God, I pray that the President lights

1  this guy up every day.
2       Mayor Giuliani, what was going on inside
3  the Christmas party?
4       RUDY GIULIANI:  Well, I didn't know he was
5  there.  I was at the White House with Maria.  She was my
6  colleague, and we just happened to spend the entire time
7  in the oval office.  The President both wanted to talk
8  about the case, and he really just wanted to have some
9  pleasant conversation with friends.  It was actually --
10 it was very, very -- you know what, he's fun.  He's a
11 heck of a lot of fun.
12      STEVEN BANNON:  Yeah, very funny.
13      RUDY GIULIANI:  He was telling a lot of jokes,
14 and I would say his feelings about -- I guess I'm glad
15 he didn't know that Kemp was there.  I don't know what
16 would have happened.
17      He does not understand for the life of him
18 how it is that this guy can't call a special session.
19      STEVEN BANNON:  I understand the President,
20 but do you understand.  I know the President, he can't
21 get it because it's just too unbelievable, but you're a
22 professional prosecutor.  And let's start in Georgia.
23 Do you understand why he's not calling it?
24      RUDY GIULIANI:  I only can come to one bad
25 conclusion, Steve.  I hate to do that.  I can't imagine

1  why a Republican governor with the most popular

2  President in Georgia history probably and, the governor

3  is down to an 11 percent approval rating.  Who wants to

4  be at 11 percent approval rating?  I'm not even sure if

5  that's just his party or the entire state.  Half the

6  legislators want to remove him.  They're embarrassed of

7  him.

8        I think we're going to succeed in Georgia

9  without him.  We've got a big project working in

10  Georgia right now right around his back.  He doesn't

11  no what the heck is going on.  The secretary of state

12  is some kind of total disaster.  I think he's

13  becoming a Democrat, so I understand these

14  Republicans.

15        I mean, I hate to say this, Steve, but if

16  the Republican Party was as loyal as the Democratic

17  Party we would right now have three more states.  We

18  would have Georgia, we would have Michigan and

19  Arizona on our side, and we'd have more electoral

20  votes than Joe Biden.

21        STEVEN BANNON:  Of course the case -- go

22  ahead, Mayor.

23        RUDY GIULIANI:  We're just asking them to

24  listen.  They won't even listen to us.

25        STEVEN BANNON:  Mayor, if my aunt had other

1  equipment, she'd be my uncle. Listen, here's the point.

2  Here's the point. Here's the point. It's not happening

3  right now with all this evidence. Look, you did 11

4  hours in Arizona and changed the direction of this. You

5  did up in Gettysburg and changed the direction of this.

6  You did the Lansing, Michigan and changed the direction

7  of this. Your road show changed the direction where we

8  sit. But in Maricopa County they're fighting the

9  subpoena that you got the legislature to move. Maricopa

10 County fighting it. It's total (inaudible).

11         The only thing they understand -- the

12 reason the Democrats are disciplined because they

13 know how to apply discipline. You get out of line,

14 it's not a good thing.

15         RUDY GIULIANI: Yes.

16         STEVEN BANNON: Look at AOC. You get out of

17 line, hey, AOC, sorry, not sorry, right? What are we

18 doing on the discipline? What are we doing on the

19 discipline of people like Kemp?

20         RUDY GIULIANI: We met pretty much on and off

21 yesterday, and starting the morning there's a completely

22 different strategy. The strategy is going to focus a

23 great deal on some evidence we have about some of these

24 machines that could throw off these states in a matter

25 of maybe a one or two-day audit. I think we can get

1  these accomplished despite the resistance and the cover
2  up of the Republican governors, the guy in Arizona and
3  the guy in Georgia.  If we had their cooperation we
4  could have it ended by Monday.  So I'm tired of dealing
5  with them.  We just push them aside, and I think over
6  the weekend you'll see different strategies being
7  employed than we were employing before.
8         I also think it's time for Republicans in
9  those states where we have turncoat Republicans to
10  demonstrate.  I think it's time to let the governor
11  of Georgia know that we think he's a traitor to the
12  Republican Party.  Not only that.  He's a traitor to
13  the sense of a fair election.
14          He won't even listen to my evidence.  I
15  mean, it would be one thing if he said Mayor
16  Giuliani, I don't agree with you but I understand you
17  have this videotape of votes you say are being
18  stolen.  You've got these five people on video who
19  explain how it's stolen and it amounts to enough
20  votes to turn the election.  Now, my people say it's
21  false, but let me give you the courtesy of looking at
22  it.  What could be so bad about that except they
23  don't want to know the truth.  Or how about Arizona?
24  We get a warrant.  We want a warrant to search all of
25  the machines in Maricopa County and Maricopa County

1  resists the warrant.  Why would you ever not want

2  people to look at voting machines.  Voting machines

3  aren't private.  They don't contain medical

4  information, they don't contain legal information.

5  We don't get to see who you vote for.  It's public

6  information, doesn't even belong to you.

7         The only reason you would be resisting our

8  examining those machines is because you know you did

9  something crooked.  If those machines were straight

10 as an arrow, they'd have put them out a month ago.

11 Are the people stupid?  Don't they realize when

12 somebody resists a subpoena to examine voting

13 machines and we're complaining fraud and they're

14 claiming no fraud, the person who wants to reveal it

15 is the one who's right.

16        STEVEN BANNON:  Mayor, hang on for a second.

17 You said a few minutes ago that if we had this ability

18 in a forum today, by Monday this would all be cleared

19 up.  If you had the legislatures in Wisconsin, in

20 Georgia, in Arizona that would actually have these

21 hearings in a special session, what would you present

22 that's so damning that you think it gets reversed by a

23 vote in those legislatures by Monday?

24        RUDY GIULIANI:  Here's what I propose to do.

25 It would depend on the state.  In the state of Arizona,

1  make two hundred machines available.  We can do it

2  publicly.  We can have the press there.  Make sure we

3  don't do any damage to the machine.  Give us eight

4  hours, and we'll show you how many false votes were in

5  this machine and how it was used to manipulate the vote.

6  Do that in Georgia, do that in Arizona, do that in

7  Michigan and do that in Pennsylvania, and I am pretty

8  certain we'll flip all four of those states, but let us

9  see the machines.  Let us examine them.  We'll examine

10 them on television if you want.  It takes eight hours to

11 do 22 machines.  So we give one day to one place, one

12 day to another.  And we're not looking at anything

13 particularly private.  We're not looking at a person's

14 medical record, we're not looking at their criminal

15 record, we're not looking at their dental record.  We're

16 not looking at anything but a little number that says

17 one for Trump and one for Biden.  But sometimes when you

18 were voting one for Trump, you ended up voting two for

19 Biden which is what we want to show.

20          STEVEN BANNON:  Besides the machines, what

21 else would you present?

22          RUDY GIULIANI:  Well, then we would present --

23 I think the machines get your attention because you

24 can't fight the machine.  If they would allow this, I

25 could put on television a machine, and I could show you

1  how I could change the vote 14 day ways.  You shouldn't
2  be able to change a vote in a machine.
3         I can show you when they reran the vote in
4  Coppee County Georgia they got three different
5  results three different times, three different
6  results three different times.  This is a voting
7  machine?  This is a voting machine designed way back
8  in Venezuela to fix elections.  That's why it works
9  that way.  So we can discount these votes.  We can
10 show you these votes belong to Trump, they don't
11 belong to Biden.
12        Now it's easy in Atlanta, it's easy in
13 Arizona and it's relatively easy in Wisconsin.  The
14 margin is ten thousand.  We're talking about 20
15 machines.
16        it is more difficult in Michigan and in
17 Philadelphia because to scope of the fraud there was
18 much larger.  They had to make up 80,000 votes and
19 what, 160,000.  It still could be done.
20        STEVEN BANNON:  Mayor, hang on for a second.
21 If you stay through the break, we're going to take a
22 commercial break.  Just a couple things.  Dominion's
23 starting to fight back.  They sent a letter everything
24 Sidney Powell and people are saying about these machines
25 is absolutely incorrect and they're going to sue if they

1  don't stop.

2      Smartmatic I think retained a lawyer, got

3  to Fox because they rattled some cages.  The great

4  Lou Dobbs put in thing up last night.  It was bizarro

5  land about some guy basically saying Smartmatic is

6  fine.  You guys are off the bat.  And Mediaite, Dan

7  Abrams' site, is reporting that tonight on Judge

8  Shenine and tomorrow morning on Maria Bartiromo,

9  guess what, they're going to have the same codicil or

10 the same coda I guess you should say of this thing if

11 you get away from a Smartmatic lawsuit.

12     So Dominion voting systems and Smartmatic

13 take a different point of view, Mayor, just saying,

14 and we're in an advocacy system.  They're saying hey,

15 you guys are not just wrong.  You're actually

16 smearing us inadvertently.

17     In addition, I want to get into the other

18 receipts, illegal voting and no chain of custody.

19 We're going to take a short commercial break.

20 America's Mayor will rejoin us on the other side of

21 this.

22     (Music)

23     ANNOUNCER:  Pandemic with Steven K. Bannon.

24 The epidemic is a demon.  We cannot let this demon hide.

25 War Room Pandemic.  Here's your host, Steven K. Bannon.

1      (Chanting.)

2      STEVEN BANNON: You're at the home of the
3 fight club. Remember, these are fights that matter
4 fighting for President Trump, right now you're fighting
5 for the United States of America, you're fighting for
6 this republic. It's a righteous fight, and we're never,
7 ever, ever, ever going to concede, okay, ever, will not
8 happen. We've got some breaking news, at least
9 something out of to war room.

10      ANNOUNCER: The war room audience wanted to
11 recall Kemp, and we've got some tweets going up, people
12 saying Governor Brian Kemp, call a special session or be
13 recalled. It is your choice.

14      STEVEN BANNON: Cut to the chase. That's what
15 I love about this, most powerful audience in all media.
16 Kemp, either call a special session or get ready to be
17 recalled. Not going to worry about primary. By the
18 way, you're getting very close to what I call the
19 Christy line. Remember the Mendoza line in baseball
20 batting 215? The Christy line was when Christy left the
21 governorship of New Jersey. Given all his lies and
22 incompetence he was at nine percent, okay. Kemp's at
23 11 percent. You're getting close to the Christy line.
24 Once you cross that line you never return, right.
25 You're a one digit midget, okay. And now we're going to

1  return to the single digit midget.
2         Okay.  We're going to return now to
3  America's Mayor.
4         Mayor, if you said hey, if I had a special
5  session, if Kemp gave me a special session, in 48
6  hours they would vote to reverse, to decertify their
7  Biden electors and either certify Trump or just
8  either decertify and let the House of representatives
9  deal with it.
10        RUDY GIULIANI:  Absolutely, or they would
11 certify Trump.
12        STEVEN BANNON:  Or certify Trump.  Besides the
13 machines, tell me what else you got.  What else you got
14 there?
15        RUDY GIULIANI:  Of course we have the most
16 famous film of all.  We have the film of this Ruby
17 Freeman who's a Democratic operative who basically
18 stuffing the ballot box with about 30 or 40,000 phoney
19 votes.  You can see her do it.  She throws everybody out
20 of the room.  She doesn't realize that the security
21 cameras at the forum are on.  We didn't realize it for a
22 week and a half.  It took us awhile to get it, and
23 there you can see her.  I mean, you can make your own
24 judgment about it the way she's going about it.  It
25 looks like a Pierce Brosnan bank heist movie.  I mean,

1  they're looking all over the place surreptitiously.

2  Then they're grabbing the ballots.  Nobody's looking.

3  They go over.  They give it to the person.

4         You can distinctly see them counting the

5  ballots more than one time.  There's no reason to

6  count any ballot than one time.  You can distinctly

7  see them throwing away some ballots, and then when

8  you go look at the count you realize who that must be

9  because roughly it came out 138,000 to 7,000 Biden

10 over Trump, which is crazy.  That was the numbers

11 they needed to catch up in Georgia.

12        So I say you put that together with the

13 machines.  You put it together with the evidence in

14 Coppee County where Coppee County alone there's a

15 nine thousand vote mistake that gets you one thousand

16 votes from turning the election.  I think you give me

17 two days in front of the Georgia legislature done

18 professionally, calling witnesses, putting on videos

19 and doing demonstrations with machines.  That

20 legislature will vote to substitute Trump as the

21 winner in Georgia.  I think we can prove he won

22 Georgia.

23        STEVEN BANNON:  Okay.  We've only got a couple

24 minutes, but I just want to throw it out there and have

25 you respond because look, the Trump movement, the

1  Republican Party, the people love the President and are
2  fighting for the righteousness here in this fight.  Love
3  you, support you and pray for you.  But of course,
4  obviously we're in an advocacy system and the Democrats
5  disagree with that.
6         Right now they're saying, Rudy, you got
7  nothing.  It's baseless, you have no evidence, you've
8  run around.  You're one for 50 or one for 60 in court
9  cases.  You can't even get standing, nobody wants to
10 hear this, nobody wants to see it.  No legislature
11 wants to deal with it, no court wants to deal with
12 it, there's no fairy godmother in the Supreme Court
13 that's going to come in, there's no fairy godmother
14 in the insurrection act.  You're running around and
15 they're saying hey, Rudy's a good guy, he's a loyal
16 guy, but he's doing this because he's a friend of
17 President Trump, he loves President Trump, he
18 supports President Trump, but they got nothing.  What
19 do you say to that, sir and we got two minutes, sir.
20 Tell me what you got.  Tell me what you got.
21        RUDY GIULIANI:  That's part of the cover up.
22 That's part of to cover up going back to the charges
23 against Joe Biden were debunked six months ago.  We see
24 how true that is, right?  This is a usual Democrat
25 propaganda.

1      First of all, I've only argued one case,
2  not 50 cases, one.  So it's ridiculous.  We haven't
3  lost 50 cases.  Number two, in none of those cases
4  brought by some of our allies were we given one
5  minute of a hearing.  They didn't want to hear
6  evidence.  So how could the court decide a case
7  without hearing evidence.  The only place we've been
8  able to present evidence is the state legislatures,
9  and it's the only place we have support for
10  overturning this election.  And if we could get a
11  fair two-day hearing, we could prove that he won
12  Georgia, that he won Arizona, that he won Wisconsin,
13  and he won, believe it or not, Pennsylvania and
14  Michigan by big numbers.  We could prove it.  We have
15  the proof.  They don't want to hear it.
16      STEVEN BANNON:  Mayor, okay, in a minute.
17      RUDY GIULIANI:  They are cooking us down from
18  our free speech right.
19      STEVEN BANNON:  In one minute, does the
20  President of the United States have the -- does she have
21  the full authority to call for a special prosecutor on
22  the election fraud and a separate special prosecutor on
23  the Biden crime family's compromise by the Chinese
24  communist party?  Does he have that authority, yes or
25  no?

1      RUDY GIULIANI:  He does, and he should
2  exercise it, and she should exercise it that way.  Those
3  are things that are both very complicated.  They require
4  two separate kinds of prosecutors, and it's my advice to
5  do it, absolutely, and for the good of the country.
6      STEVEN BANNON:  Since he follows your advice,
7  why has this not happened?
8      RUDY GIULIANI:  You know the White House.  One
9  person's advice goes through I don't know what I call
10 it, puzzle palace of other people's advice.  They have
11 valid ideas also, but I would say I'm more confident it
12 will happen than I will not happen.
13     STEVEN BANNON:  Mayor, how do people get to
14 your podcast, how do they get to your Twitter?  We've
15 got about 30 sections.  Give us your podcast address and
16 your Twitter.
17     RUDY GIULIANI:  Rudy'scommonsense.com.  You
18 can go on there right now with a nice review of the
19 evidence against Hunter Biden.  And then tomorrow
20 Dr. Ryan are on between 10:00 and 11:00, and of course
21 we're be discussing this in great detail.
22     STEVEN BANNON:  That's WABC.  You can't miss
23 that show, 10:00.
24     RUDY GIULIANI:  WABC.
25     STEVEN BANNON:  Every Sunday morning in New

1  York City, and you can get it up on their app and listen

2  to Dr. Maria Ryan and Mayor Rudy Giuliani.

3          RUDY GIULIANI:  You can get to call in from

4  the app.  It's great.

5          STEVEN BANNON:  It a fabulous show and the

6  podcast is amazing.  His Twitter will put it up.  Mayor

7  thank you very much.  Dr. Ryan, thank you for setting

8  this up.

9          RUDY GIULIANI:  Thank you, Steve.  See you

10 soon.

11         STEVEN BANNON:  Two great Americans.  Two

12 great Americans, two patriots fighting.  Rudy needs one

13 presentation.  48 hours it's done.  Return with Boris

14 Epstein next.

15         (Music.)

16         (End of recording.)

17

18

19

20

21

22

23

24

25

1        CERTIFICATE OF REPORTER

2

3       I, Charlotte Crandall, certify that I was

4   authorized to and did transcribe the foregoing audio

5   recorded proceedings and that the transcript is a

6   true and complete record of my stenographic notes

7   from an audio recording and was transcribed to the

8   best of my ability.

9

10        Dated this 23rd day of January, 2021.

11

12

13

14

15

16      _____
         Charlotte Crandall
17         Registered Professional Reporter

18

19

20

21

22

23

24

25