# Exhibit 226

JOE PAGS SHOW

JOEPAGS - Twitch and 2 more pages

1       JOE PAGS:  Radio stations across the land,
2  JoePags.com.  All the social media that you can get on.
3  Parler still doesn't work but (inaudible).  Also
4  (inaudible) the Joe Pags Show.  Glad to have you here.
5  Really glad to have back America's mayor.  It's Rudy
6  Giuliani.  Rudy, how are you?
7       RUDY GIULIANI:  I'm doing all right.  How are
8  you, Joe?
9       JOE PAGS:  I'm doing well.  You know, I've got
10  the U.S. Capitol behind me in the shot.  I know you
11  can't see it.
12       RUDY GIULIANI:  Oh, yeah.  That's a shame.
13       JOE PAGS:  I know.  I've got it behind us, and
14  that thing we saw yesterday was very strange.  The first
15  moves made by this administration, very strange.  But
16  I'd be remiss if I didn't start where people want me to
17  start, which is what is the future of the former
18  president, Donald Trump?  What does that look like?  Is
19  he really going to be going through an impeachment trial
20  as a private American citizen?
21       RUDY GIULIANI:  He shouldn't.  The impeachment
22  is completely bogus.  You can't remove -- impeachment is
23  in the Constitution for removal from office.  He has to
24  be removed from office.  So by the plain language of the
25  United States Constitution, this is completely malicious

1  and bogus prosecution intended to try to stop him from
2  running for office because of the Democrats and some
3  turncoat Republicans are deadly afraid of him because he
4  has the support of 75 million people, real people.  I
5  mean, Joe Biden has horns that honk, a few occasional
6  people.
7          JOE PAGS:  That's true.
8          RUDY GIULIANI:  You'd think that was all about
9  security yesterday at the Capitol?  That was about the
10 fact that if they had a real inauguration he might have
11 had 30 people show up in a couple of cars.
12         JOE PAGS:  I think that America --
13         RUDY GIULIANI:  This guy got 85 million votes
14 and he couldn't turn out 500 people.
15         JOE PAGS:  Right.
16         RUDY GIULIANI:  Is one of the things why the
17 darn thing is so suspicious.
18         JOE PAGS:  Well, you and I agree.  And you and
19 I talked about that last time, just last week or the
20 week before.  Rudy Giuliani, you check out Rudy's Common
21 Sentence which is amazing.  It's a podcast that he does.
22 Go check it out on his a Web site.  Other people try to
23 keep your podcast down.  I say everybody go in there to
24 make sure you can do it.
25         RUDY GIULIANI:  The latest one I did I did on

1 censorship and the censors took it down. So now if you

2 want to see it you go to Rudy'sCommonSense.com. If

3 you'd like to register a protest, just hit subscribe.

4     JOE PAGS: Yeah.

5     RUDY GIULIANI: And tell those petty dictators

6 you're not going to stop uses from speaking. No way.

7     JOE PAGS: I want to get into that in earnest

8 in a moment. Let me ask you this. Is Dominion coming

9 after you? Are you afraid of Dominion. Did the

10 evidence that you have -- I mean, you've got a thousand

11 plus affidavits that are signed sworn statements.

12     RUDY GIULIANI: I'd love to take discovery on

13 Dominion and find out where they got their money to show

14 you where they started, where they came from, how they

15 got tossed out of Texas, and then to show you how the

16 machine works where you can change votes and where

17 80 percent of the votes end up in adjudication, which

18 means only 20 percent of the votes get registered the

19 way you put it in, and the other 80, some Democratic

20 hack can come along and say oh, that doesn't look like

21 it's clear enough.

22     JOE PAGS: Right.

23     RUDY GIULIANI: Oh, I think that's really a

24 vote for Biden, 80 percent. I would like you to know

25 that among the other vicious, malicious and

1  unconstitutional things the Democrats are doing here,

2  the New York Bar Association is about as left as you can

3  get now wants to disbar me because I lied when I said

4  there was voter fraud.

5      JOE PAGS:  Well, it would be verifiable you

6  didn't lie, Rudy obviously with these affidavits.  You

7  taught me this, if you've got a signed, sworn affidavit,

8  somebody's putting their freedom on the line to say this

9  is what I saw.  In any court of law in any place in this

10  country a signed, sworn affidavit is evidence.  What the

11  hell are they talking about in New York?

12      RUDY GIULIANI:  What they're trying to do is

13  frighten people.  Not everybody is me, not everybody has

14  a career I've had, not everybody is as tough as I am.

15      JOE PAGS:  Yeah.

16      RUDY GIULIANI:  We lost lawyers on this case

17  because they were afraid of the left wing bar

18  association would do this to them, but this is

19  extraordinary.  They're actually suing me for exercising

20  my right of free speech.  They may disagree with

21  vehemently, but I have the right to say it, and I'm

22  saying it based on videotape and affidavits.

23      JOE PAGS:  And doesn't Donald Trump have the

24  right to a vehement, fervent defense?  Doesn't he have

25  the right to have somebody represent him?

1     RUDY GIULIANI:  No, he doesn't have a right to
2 anything.  If you look at the impeachment proceeding,
3 every single form of due process was taken away from
4 him.  They didn't even have witnesses.  They didn't call
5 a single witness.  The impeachment is based on newspaper
6 stories.
7     JOE PAGS:  He literally couldn't defend
8 himself.
9     RUDY GIULIANI:  He wasn't allowed to call a
10 witness, he wasn't allowed to cross-examine witnesses.
11 And the most extraordinary thing of all, they didn't
12 call a single witness.  I mean, the thing should be
13 thrown out because there is no evidence evidentiary
14 support to anything they elect.  One congressman stood
15 up and said is there anyone who can produce someone who
16 was at the rally and went to the Congress.  And after
17 one minute of silence he kept his mouth shut.  All these
18 phoneys allege that in the impeachment.  If you allege
19 it, you have to have evidence of it.  You don't have it.
20     JOE PAGS:  Is it your opinion, Rudy, that's
21 why Nancy Pelosi has not sent over the article of
22 impeachment yet because really there's nothing there.
23     RUDY GIULIANI:  There is absolutely nothing.
24 It's based on newspaper articles and television reports,
25 no witnesses.  Like a person coming in and swearing

1  these people did for me, particularly one woman who said

2  she was trained by the Detroit Democratic Party on how

3  to cheat.

4          JOE PAGS:  It's sick.  It's Rudy's Common

5  Sense.

6          RUDY GIULIANI:  That's her.

7          JOE PAGS:  If you want access --

8          RUDY GIULIANI:  Her saying they showed me how

9  to cheat.  I'm a very religious Catholic, and I was

10  disgusted by it.

11          JOE PAGS:  And her testimony was (inaudible).

12  I heard that testimony.  It was amazing.  It was

13  truthful.  It was great.  And guess what, she's not in

14  jail today for lying under oath.  You know why because

15  she wasn't lying under oath.  It's Rudy's Common Sense.

16  Go there.  It's Rudy'sCommonSense.com.  It's being

17  squelched by big media all over the place.  We won't

18  allow his voice to be squelched.  Go to

19  Rudy'sCommonSense.com.

20          By the way, when it comes to the actual

21  trial they're alleging they're going to have on a

22  private citizen now, I saw Alan Dershowitz that you

23  know and you've known for a long time say this the

24  other day.  The Constitution disallows this because

25  let's say that Rudy Giuliani wanted to run for

1  president and Rudy Giuliani's got a pretty good
2  following and he probably could win.  All the
3  Congress has to do is impeach him preemptively and
4  they stop him from ever running.  I mean, this is a
5  way to get rid of your political opponents, isn't it,
6  if you can do this to a private citizen?
7          RUDY GIULIANI:  Well, since they have no
8  evidence of the charge they're making, which means they
9  produced no witnesses, the reason for it is the
10  collateral consequence of stopping him from running for
11  office, which is totally undemocratic, small D, totally
12  anti-American.
13          JOE PAGS:  Right.
14          RUDY GIULIANI:  Shouldn't the American people
15  make the judgment as to whether Donald Trump should be
16  president again, not the corrupt leaders of the Democrat
17  Party?
18          JOE PAGS:  A thousand percent.  But like I
19  said the other day --
20          RUDY GIULIANI:  The same people that have been
21  fighting for five years.
22          JOE PAGS:  If he's such a nothing, if he's
23  such a bad candidate what are they so afraid of?  Why
24  try to make it so that he can't run again?  Because
25  they're lying.  They're scared to death of him and the

1  75 million people in the movement, right?

2        RUDY GIULIANI:  There may have been more too.

3  They took a lot of votes away from him.  I mean,

4  75 million is a bare minimum that he got.  It was

5  substantially more than that.

6        JOE PAGS:  It's Rudy Giuliani.  Make sure you

7  go follow him everywhere and check out Rudy's Common

8  Sense.  When I hear you on WABC I think you're a star

9  when it comes to talk radio.  Thank God your first job

10  is a lawyer so you leave people like me alone.

11        At the end of the day what you say is

12  common sense, and I'm glad you're doing this.  But

13  let me ask you something the media and social media

14  have been widely reporting.  There's a rift between

15  you and former President Trump, you're not friends

16  anymore, you're on the outs.  Any of that true?

17        RUDY GIULIANI:  Never been true.  I had

18  several very, very long conversations with him the last

19  two days, one very emotional one.  I called him late at

20  night on Monday night.  Was it Monday night or Tuesday

21  night?  Monday night.  I called him late at night on

22  Monday night, basically the last hour that he'd be in

23  the White House, and I told him that as his friend I

24  supported him in '16, and I was one of the few people

25  very confident he'd be a good president because a lot of

1  people felt he didn't have experience.  And I said
2  Mr. President, I never thought you'd be a great
3  president and you were.  Nobody can ever take that away
4  from you.  You accomplished more in four years than any
5  president I can think of.  The only president maybe that
6  did as much maybe was Roosevelt.  I don't think he
7  didn't anything much in foreign policy except dilly
8  dally over Hitler.
9          JOE PAGS:  And again, you're absolutely right.
10 He was a great president.  He did everything you said he
11 would do.  His agenda make sense for all Americans.  But
12 the movement now because Biden's been sworn in is to
13 undo everything Trump did because everything Trump did
14 was horrible, Rudy.  Everything Trump did was
15 anti-American and he divided us somehow.
16         The great divider, and I think you and I
17 agree on this, was Barack Obama.  He divided us on
18 the lines of race and the lines of wealth and the
19 lines of where you live.  He did that on purpose
20 because if you divide you can conquer.  This
21 president, President Trump, tried to bring us back
22 together.  Now you've got a divider back in there.
23         And how did it make you feel to see Hunter
24 Biden standing there at the inauguration, knowing who
25 this guy is, having seen the hard drive like you

1  have, and I've seen some of it too.  How did it make

2  you feel to see that guy there?

3       JOE PAGS:  Joe, my anger is at Joe Biden.

4  Hunter Biden is an addicted personality, he's been

5  addicted since he was probably 20.  His father misused

6  him, his father abused him, his father used him so he

7  could make millions and millions collected by him as a

8  bag man.  So Hunter Biden is somebody that can't be

9  relied on.  He's a national security risk, but he's got

10 an addiction.  Joe has.  I don't know what his son has

11 on that position.

12       But here's the simple fact.  That hard

13 drive shows that for 30 years his family's been a

14 crime family.  To watch him go into the White House

15 was very, very hard on me, knowing that for 30 years

16 they've been selling out public office to the tune of

17 millions and millions of dollars to some of our worst

18 enemies in the Chinese communist party.  This is

19 absurd.

20       JOE PAGS:  Does all that go away now, Rudy?

21 Does any investigation continue with this guy being the

22 commander in chief?

23       RUDY GIULIANI:  Not with the warped criminal

24 justice we have now with one standard criminal justice

25 system.  If this man wanted to have unity, he would have

1   called off the censorship.  He would have said to the

2   big tech, after all they're in each other's pocket,

3   right?  They have to depend on him for 230.  They do

4   witness to him.  They did unprecedented censorship.

5   They should have said, you want to bring this country

6   together, you can't stop the American people.  You can't

7   (inaudible) their right to know.  It's even more.

8   85 million American people watch and listen to Donald

9   Trump.  They have a right to know.

10          We're not afraid of Donald Trump's ideas

11  because we'll battle his ideas in the marketplace of

12  ideas which comes from Oliver Wendell Holmes, by the

13  way.  Your anti First Amendment attitude, your anti

14  free speech attitude reminds you of communism.

15          JOE PAGS:  It does.  America's Mayor Rudy

16  Giuliani, Rudy's Common Sense, go and check it out right

17  now.  Two.

18          Last quick questions.  One report in the

19  media is that Donald Trump can't find any anybody to

20  defend him in an impeachment trial if it happens.  Is

21  that true?

22          RUDY GIULIANI:  That's not true.  There are a

23  number of lawyers that he's working with, and if it all

24  breaks right and if you get past the legal issue, I

25  might be very happy to defend him.

1          JOE PAGS:  Because it's just a lie.
2    (inaudible).
3          Last question.  You know how much I think
4    of you, you know how much America thinks of you.  No
5    matter what social media and big media says or big
6    tech says, Rudy Giuliani is always going to be
7    America's mayor.  What is next for you?  I know
8    you're still going to be friends with Donald Trump.
9    I know you'll still appear on my show.  We'll talk
10   about it.  But what's the next step away from that
11   fray?  Are you just going to be working your ass off.
12         RUDY GIULIANI:  (Inaudible) to win by far
13   (inaudible) I love.  The reason it angers me is there's
14   nothing I love more than being a lawyer and I'm a darn
15   good one and a very honest one.  I'm very, very careful
16   about who I represent, how I do it and I never had a
17   problem at all in 50 years of practicing law except now,
18   a political witch hunt over my right of free speech and
19   my right to defend my client.  That's how -- if I were
20   defending a terrorist the bar association would be going
21   crazy on my side.  You can't defend Donald Trump.  He's
22   not entitled to a vigorous robust defense.
23         JOE PAGS:  You said that last time.
24         RUDY GIULIANI:  Can't do it any other way.
25         JOE PAGS:  If you were a murderer they would

1  be applauding you and giving you an award. You said
2  that last time and you were a hundred percent right.
3         Going forward, and I'm glad to hear you're
4  going to stay in the public eye, you're going to keep
5  on defending people who deserve a good, vigorous
6  defense. You'll keep your connection with Donald
7  Trump in whatever your his next steps are? You guys
8  will stay affiliated?
9         RUDY GIULIANI: He's a close personal friend.
10 He was before he was president. The things we went
11 through while he was president, both the impeachments
12 and now this election situation really bonds you to a
13 person. I mean, I remain very close with him. The
14 whole idea -- I don't think we've ever really had an
15 argument in the sense of nasty arguments.
16        JOE PAGS: So the media is simply lying.
17        RUDY GIULIANI: When I first came in I got
18 very adamant about I didn't want to testify, but we
19 didn't yell and scream about that.
20        That's also another thing about him that's
21 a complete myth. He's quite rational.
22        JOE PAGS: He's a nice guy. Hey Rudy, you
23 know, I was invited to the white house.
24        RUDY GIULIANI: Too nice a guy.
25        JOE PAGS: I was one of five people to

1  interview him.  He's a nice man.

2        RUDY GIULIANI:  He's too nice.  He hung onto

3  too many of these bums for too long.

4        JOE PAGS:  Yeah.  I agree.

5        RUDY GIULIANI:  He's too nice.

6        JOE PAGS:  It's Rudy Giuliani, America's

7  mayor.  Go to Rudy'sCommonSense.com and check out every

8  vodcast, podcast he does.  It's amazing how you lay

9  things out, and I really appreciate your friendship, my

10  friend.  Let's talk again, sir.

11        RUDY GIULIANI:  Joe (inaudible).  Nowadays I

12  don't get on everywhere.  I really appreciate twice

13  because they try to cut my voice off.  And do you think

14  they're doing that because I'm ineffective?

15        JOE PAGS:  No, of course not.

16        RUDY GIULIANI:  They wasted all this time

17  trying to get me disbarred, trying to silence me because

18  I'm making weak points?

19        JOE PAGS:  No, no.

20        RUDY GIULIANI:  You know why they're doing it

21  because I'm kicking the hell out of them.

22        JOE PAGS:  You are.  You've always got access

23  to my five million listeners, my friend, on my 145

24  stations.  I'm honored to have you on any time, any day.

25  Thank you my friend.

Joe Pags Show Rudy Giuliani

16

1    RUDY GIULIANI:  Thank you, Joe.  Thank you.
2    JOE PAGS:  All right, brother.  We're back
3 after this on the Joe Pags Show.  Stay right here.
4    (End of recording.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1

2      CERTIFICATE OF REPORTER

3

4      I, Charlotte Crandall, certify that I was

5 authorized to and did transcribe the foregoing audio

6 recorded proceedings and that the transcript is a

7 true and complete record of my stenographic notes

8 from an audio recording and was transcribed to the

9 best of my ability.

10

11      Dated this 22nd day of January, 2021.

12

13

14

15

16

17      _____
           Charlotte Crandall
18           Registered Professional Reporter

19

20

21

22

23

24

25