# Exhibit 227

```
 1
 2
 3
 4
 5
 6
 7
 8           RUDY'S COMMON SENSE
 9
10  app.cricalmention.com/app#clip/view/a6d28d7d-10df-4f50-
11  b601-a9618d30dd27?token=c61d6a3e-e336-44f7-8438-b22c6611
12                f7fb
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1    RUDY GIULIANI:  It is a big, phoney operation.

2 So let's o to her Cheryl in Woodbury.

3    CHERYL:  Hello.  Can you hear me?

4    RUDY GIULIANI:  Yes, yes.  How are you, Chery.

5    CHERYL:  Hi, Rudy.  Thank you for all you are

6 doing.  If I get a couple of minutes of sleep at night

7 it's because of you.  So I'm up on everything.

8    This is my question.  The definition of

9 insanity is going back to the same thing and thinking

10 you're going to get a different result.  In 2022

11 they're going to have the House and Senate elections

12 again.  If we cannot get the electoral fraud heard,

13 how do we ever change a result?  Are you confident

14 do, you feel there's anything that we're going to be

15 heard?  I'm getting nervous.

16     I feel like McCarthy's now a sell out, I

17 think McConnell.  If my kid had an election in middle

18 school and there was a discrepancy, there would be an

19 investigation.  I have no words.

20     RUDY GIULIANI:  You're not far off.  There's

21 nothing right now that suggests that the mid-term

22 election would be conducted anymore regularly or

23 properly than the prior election.  Dominion is still the

24 voting machine in 27 percent of the states.  Dominion is

25 a voting machine.  I'll just tell you one thing about

1  it.  You can change the vote.
2      If you can change the vote in a voting
3  machine, then it's built for one purpose and one
4  purpose alone, and that's to cheat.  Once my vote
5  goes in for Trump, it should never be able to be
6  changed.  Not only that, it computes votes rather
7  than just counts them.  It is susceptible and is used
8  to be used to be connected to the internet, which
9  means people can get in and hack it and change the
10 vote.
11     So so long as you have Dominion, there is a
12 clear and present danger that there's going to be a
13 bump of two, three, four percent for whomever they
14 want to bump it for.  And then if you continue this
15 mail-in ballot thing where people never have to show
16 up at the poling place, and three out of four voters
17 can just send in a piece of paper which is never
18 everybody scrutinized, never even looked at with
19 regard to signature, which is what happened in
20 Pennsylvania, in Michigan, in Arizona, nor will they
21 allow you to examine the ballots forensically to
22 determine which were official and which weren't, nor
23 will they allow you to look at the machines
24 forensically thereafter so you can see whether
25 they're cheating or not.  If that same thing follows

1  like they stole if Senate selection, they'll be
2  stealing any number of elections except where the
3  vote is so high you can't do it, you know, a place
4  let's say like Mississippi where you get 75 percent
5  of the vote or 70 percent of the vote.  But anything
6  within 55, 56.  Like Pennsylvania I'd said he won by
7  minimum 400,000.  They were able to steal that many
8  votes.
9         Now, I know I'm in a lot of trouble for
10 saying that.  They want to disbar me or something for
11 it, but I'm ready for them.  I got the proof and the
12 witnesses.  This is my opinion based on what people
13 have told me.  This is not my opinion based upon the
14 propaganda and the lies of the press and the pressure
15 of losing my job if I don't say what they want me to
16 say.
17        I'm Rudy Giuliani and with Common Sense --
18        (End of recording.)
19
20
21
22
23
24
25

1      CERTIFICATE OF REPORTER

2

3      I, Charlotte Crandall, certify that I was

4  authorized to and did transcribe the foregoing audio

5  recorded proceedings and that the transcript is a

6  true and complete record of my stenographic notes

7  from an audio recording and was transcribed to the

8  best of my ability.

9

10     Dated this 23rd day of January, 2021.

11

12

13

14

15

16     _____
       Charlotte Crandall
17         Registered Professional Reporter

18

19

20

21

22

23

24

25

Rudy Giuliani Phone call with Maureen

1
2
3
4
5
6
7
8    RUDY GIULIANI SPEAKING TO TELEPHONE CALLER MAUREEN
9
10   app.criticalmention.com/app#clip/view/cfa46023-a414-45c4
11   -9107-bba054e13868Ztoken=c61d63e-336-44f7-8438-622c6611f
12                               7fb
13
14
15
16
17
18
19
20
21
22
23
24
25

Rudy Giuliani Phone call with Maureen

2

```
 1              RUDY GIULIANI:  T2T.org, and Maureen, we'll go
 2   to you in Bedford, New York.
 3              MAUREEN:  Hi, Rudy.  How are you?
 4              RUDY GIULIANI:  I'm good, Maureen.  How are
 5   you?
 6              MAUREEN:  Good.  I have a question.
 7              RUDY GIULIANI:  Please.
 8              MAUREEN:  All during this rigged election I
 9   kept thinking why don't they put a huge ad in the New
10   York Post, anyone that comes out and tells us what went
11   on behind the scenes, we'll give them $50,000 and get
12   the people to come out that rigged the election because
13   you know they hired people to do this.  AOC and her
14   crew, they were all behind this, and I think that they
15   also had a deal with Biden that if you win this election
16   after we rig it, you've got to open the gates and let
17   them all in.  Every immigrant gets in and clemency for
18   all.  It sounds cynical but this is what I think --
19              RUDY GIULIANI:  I know it does.  It's a
20   hypothetical.
21              MAUREEN:  I don't put anything past them.
22              RUDY GIULIANI:  I don't either, but you would
23   call that a hypothesis, not a fact.  The thing they
24   won't let us talk about are the facts, the facts that
25   there were votes stolen, that it can be proven, that it
```

```
 1  has been proven in at least seven or eight states, that
 2  that evidence is in the form of a security tape that
 3  lasts nine hours that demonstrates the theft of about
 4  30,000 votes.  It's in the form of another security tape
 5  showing the passing on of hard drives or the things that
 6  they use to program these Dominion machines, it's
 7  evidenced by the examination of the Dominion machines in
 8  Antrim, Michigan that showed 6,000 votes changed, it's
 9  evidenced by the fact that 165,000 underage voters voted
10  in Atlanta, and that's on the state's record.  That's a
11  fact.
12            Underage voters cannot vote.  Those votes
13  are illegal.  Trump would have won the state had they
14  not been allowed to vote.  And when you say oh, gee,
15  they're just young people voting, I guarantee you
16  those underage votes were not underage people.  Those
17  underage votes were phoney registrations for people
18  voting a second, third and fourth time.  I would bet
19  that no more than 20,000 underage people actually
20  showed up, but it's a great category in which these
21  professional vote stealers hide votes.
22            I can go on and on and on.  But when they
23  say I lied like they are saying now about
24  Congresswoman Stephanic that I lied about voter
25  fraud, I have boxes of evidence to support everything
```

1  I said.  They never gave me a chance to present it in
2  any court.  Every place I presented it I now have
3  that testimony on tape, so I'm ready to take on
4  anybody that wants to fight that battle, and I can
5  show you the hundreds of thousands of votes that
6  Biden stole, and I can show you the states in which
7  it would have made a significant difference.  I just
8  gave you one, the state of Atlanta where there were
9  165,000 underage voters by the Biden ten thousand
10 little lead, and 30,000 ballots that were counted
11 with no one around in secret after they illegally
12 cleared out the center, which you can all see on tape
13 if you have the patience to care about honesty in
14 voting.
15          Now we go to Lance in Queens.
16          (End of recording.)

1 | CERTIFICATE OF REPORTER

2

3       I, Charlotte Crandall, certify that I was
4  authorized to and did transcribe the foregoing audio
5  recorded proceedings and that the transcript is a
6  true and complete record of my stenographic notes
7  from an audio recording and was transcribed to the
8  best of my ability.

9

10       Dated this 23rd day of January, 2021.

11

12

13

14

15

16       _____
         Charlotte Crandall
17       Registered Professional Reporter

18

19       *Charlotte Crandall* (signature)

20

21

22

23

24

25