AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation

*Plaintiff(s)*

v.

Rudolph W. Giuliani

*Defendant(s)*

Civil Action No. 21-cv-00213-CJN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rudolph W. Giuliani
45 East 66th Street, Apt. 10W
New York, NY 10065

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Thomas A. Clare, P.C.
Clare Locke LLP
10 Prince Street
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 01/25/2021

/s/ Simone Bledsoe

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rudolph Giuliani
was received by me on *(date)* 2/10/21 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JoAnn Zafonte , who is
designated by law to accept service of process on behalf of *(name of organization)* @ 445 Park Ave, NYC
Rudolph Giuliani Judges Partners on *(date)* 2/10/21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/10/21

K. Guiseppone
*Server's signature*

Kathleen Guiseppone (Private Investigator)
*Printed name and title*

44 W. 12th Rd
*Server's address*
BC., N.Y.  11693

Additional information regarding attempted service, etc:

After speaking with Mr. Giuliani's security person I was directed to his offices at 445 Park Ave, NYC, NY where I was advised summons and documents would be accepted. At the offices I verified Joann Zafonte was designated to recieve personal service on Mr. Giuliani behalf.