AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| US DOMINION, INC., et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-00213 |
| RUDOLPH W. GIULIANI | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation, Plaintiffs .

Date: 02/11/2021

/s/ Dustin A. Pusch
*Attorney's signature*

Dustin Pusch (Bar No. 1015069)
*Printed name and bar number*

10 Prince Street
Alexandria, VA 22314
*Address*

dustin@clarelocke.com
*E-mail address*

(202) 628-7400
*Telephone number*

*FAX number*