UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave, NW, Ste. 1130<br>Washington, DC 20005<br><br>*Plaintiffs,*<br><br>v.<br><br>RUDOLPH W. GIULIANI<br>45 East 66th Street, Apt. 10W<br>New York, NY 10065<br><br>*Defendant,* | Civil Action No. 1:21-cv-00213-CJN<br><br>Jury Demanded |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
TO EXTEND TIME TO RESPOND TO PLAINTIFFS' ORIGINAL COMPLAINT**

On March 3, 2021, Pursuant to FED. R. CIV. P. 6(b) and without waiving any defenses under FED. R. CIV. P. 12 (other than service of process), Defendant Rudolph W. Giuliani ("Defendant") filed his Unopposed Motion to Extend Time to Respond to Plaintiffs' Original Complaint ("Complaint") [Doc. 1].

The Court hereby GRANTS the Motion and ORDERS that Defendant shall answer or otherwise respond to the Complaint on or before April 7, 2021.

IT IS SO ORDERED.

Date: _____

_____
UNITED STATES DISTRICT JUDGE