IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Case No. 1:21-cv-00213-CJN |

**PLAINTIFFS' MOTION FOR
ADMISSION *PRO HAC VICE* OF ATTORNEY STEPHEN SHACKELFORD, JR.**

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation move for the admission and appearance of attorney Stephen Shackelford, Jr. *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Stephen Shackelford, Jr., filed herewith. As set forth in Mr. Shackelford's declaration, he is admitted and in good standing in the following bars and courts: State Bars of New York, Texas and Virginia; all New York, Texas, and Virginia State Courts; the United States District Courts for the Southern District of New York, Eastern District of New York, Northern District of Texas, Eastern District of Texas, and District of Colorado; U.S. Court of Appeals for the Second Circuit; and the U.S. Supreme Court.

This motion is supported and signed by Thomas A. Clare, P.C., an active and sponsoring member of the Bar of this Court.

Dated: March 26, 2021               Respectfully submitted,

*/s/ Thomas A. Clare, P.C.*
Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Megan L. Meier (D.C. Bar No. 985553)
Dustin A. Pusch (D.C. Bar No. 1015069)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

Justin A. Nelson (D.C. Bar No. 490347)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 653-7895
Facsimile:  (713) 654-6666
jnelson@susmangodfrey.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document will be filed with the Clerk of Court using the CM/ECF system and sent via email on March 26, 2021 to the following:

Joseph Sibley, Esq.
Camara & Sibley, LLP
4400 Post Oak Parkway, Suite 2700
Houston, TX 77027
Email: sibley@camarasibley.com

*Counsel for Defendant Rudolph Giuliani*

>                                   */s/ Thomas A. Clare, P.C.*
>                                   Thomas A. Clare, P.C.

3