## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> RUDOLPH W. GIULIANI, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Case No. 1:21-cv-00213-CJN <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF STEPHEN E. MORRISSEY
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Stephen E. Morrissey, hereby declare:

1.       My full name is Stephen E. Morrissey.  I serve as counsel for plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

2.       I am an attorney practicing with the law firm of Susman Godfrey L.L.P. located at 1201 Third Avenue, Suite 3800, Seattle, WA 98101.  My telephone number is (206) 516-3880.

3.       I am a member in good standing in the following bars and courts: State Bars of Washington, California, and the District of Columbia, including the courts under their jurisdictions; and the United States District Courts for the Central District of California, Northern District of California, Southern District of California, Western District of Washington, and Eastern District of Texas.

4.       I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5.       I have not previously been admitted *pro hac vice* in this Court.

6.      I do not practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 26, 2021.

_____

Stephen E. Morrissey