## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>RUDOLPH W. GIULIANI,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:21-cv-00213-CJN<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
ADMISSION *PRO HAC VICE* OF ATTORNEY EMILY CRONIN**

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Emily Cronin in the above-captioned matter and the Declaration of Emily Cronin in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED**, that Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Emily Cronin be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED**, that Emily Cronin be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2021.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE