UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    *Plaintiffs*,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>    *Defendant*, | Civil Action No. 1:21-cv-00213-CJN |

## DEFENDANT'S MOTION TO DISMISS
## PLAINTIFFS' ORIGINAL COMPLAINT

Pursuant to FED. R. CIV. P. 12(b)(1), (6), and FED. R. CIV. P. 9(g), Defendant Rudolph W. Giuliani hereby files his Motion to Dismiss Plaintiffs' Original Complaint [Doc. 1].

Arguments in support of this Motion are set forth in the accompanying Memorandum of Points and Authorities filed herewith.

Defendant respectfully prays that the Court grant this Motion, in accordance with the proposed order included herewith.

Date: April 7, 2021

                                                      Respectfully submitted,

                                                      By: */s/ Joseph D. Sibley IV*

                                                      CAMARA & SIBLEY L.L.P.

                                                      Joseph D. Sibley IV
                                                      DC Bar ID: TX0202
                                                      1108 Lavaca St.
                                                      Suite 110263
                                                      Austin, TX 78701

Telephone:  (713) 966-6789
Fax:  (713) 583-1131
Email:  sibley@camarasibley.com

**ATTORNEYS FOR RUDOLPH W. GIULIANI**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of April, 2021, I electronically filed the foregoing motion—together with the accompanying proposed order and memorandum of law—with the Clerk of the Court using the CM/ECF system, which I understand to have caused service on all counsel of record.

*/s/ Joe Sibley*
Joseph D. Sibley IV