# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>*Defendant*, | Civil Action No. 1:21-cv-00213-CJN |

## [*PROPOSED*] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' ORIGINAL COMPLAINT

On April 7, 2021, pursuant to FED. R. CIV. P. 12(b)(1), (6), and FED. R. CIV. P. 9(g), Defendant Rudolph W. Giuliani filed his Motion to Dismiss [Doc. 26] Plaintiffs' Original Complaint [Doc. 1].

After considering the Motion, response to the Motion, reply in support of the Motion, and the entire record, the Court GRANTS the Motion [Doc. 26] and hereby ORDERS that the Complaint [Doc. 1] is hereby DISMISSED WITH PREJUDICE as to refiling same.

IT IS SO ORDERED.

Date: _____

_____
UNITED STATES DISTRICT JUDGE