IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Civil Case No. 1:21-cv-00213-CJN |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME
TO RESPOND TO MOTION TO DISMISS**

Pursuant to Local Rule 7 and Fed. R. Civ. P. 6(b), U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corp. ("Plaintiffs") respectfully move to extend the time within which plaintiffs may respond to the motion to dismiss filed by defendant Rudolph W. Giuliani ("Defendant") (Dkt. 26) by two weeks. Currently, Plaintiffs' opposition is due April 21, 2021. The relief requested would extend Plaintiffs' deadline to May 5, 2021. Pursuant to Local Rule 7(m), the parties' counsel conferred about the proposed extension, and Defendant does not oppose this motion.

In support of this motion, Plaintiffs state as follows:

1. Pursuant to Paragraph 9(b)(i)-(ii) of this Court's standing order (Dkt. 7), Plaintiffs' response is due April 21, 2021. No party has sought a prior extension of these dates; on March 4, 2021, Defendant sought a 35-day extension to answer or move in response to the complaint. (Dkt. 11.) That extension was granted. (Minute Order (Mar. 9, 2021).)

1

2. Pursuant to Paragraph 9(b)(iv)-(v) of this Court's standing order, the requested relief would not affect any other deadlines (i.e., no hearings are set, and the requested relief provides a complete briefing schedule for the motion to dismiss).

3. Pursuant to Paragraph 9(b)(vi) of this Court's standing order, Defendant does not oppose the requested extension of Plaintiffs' time within which to respond.

4. Pursuant to Paragraph 9(b)(iii) of this Court's standing order, Defendants seek the requested extension for the following good cause:

- Plaintiffs' counsel has a response to a motion to dismiss due on April 19, 2021, in *U.S. Dominion, Inc. v. Powell*, No. 1:21-cv-00040-CJN (D.D.C. Jan. 8, 2021), which will require counsel's focus at the same time as the currently scheduled response.

- New counsel appeared on behalf of Plaintiffs on or about April 2, 2021 in this matter, and counsel must prepare a response to the memorandum in support of Defendant's motion to dismiss.

5. Plaintiffs respectfully submit that the foregoing constitutes good cause for an extension under Fed. R. Civ. P. 6(b)(1) ("[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time"), that they do not seek these enlargements for purpose of delay or frustration of the progress of this matter, and that the respective enlargements would not unduly burden the opposite parties.

WHEREFORE, Plaintiffs respectfully ask this Court to extend until May 5, 2021, Plaintiffs' time within which to respond to the motion to dismiss.

Dated: April 13, 2021                BY:    SUSMAN GODFREY LLP

                                            */s/ Justin A. Nelson*
                                            Justin A. Nelson

                                            Justin A. Nelson

                                        SUSMAN GODFREY LLP
                                        1000 Louisiana Street, #5100
                                        Houston, Texas 77002
                                        (713) 651-9366
                                        jnelson@susmangodfrey.com

| Of Counsel: | Of Counsel: |
|---|---|
| Justin A. Nelson (D.C. Bar No. 490347) | Thomas A. Clare, P.C. (D.C. Bar No. 461964) |
| SUSMAN GODFREY LLP | Megan L. Meier (D.C. Bar No. 985553) |
| 1000 Louisiana Street, #5100 | Dustin A. Pusch (D.C. Bar No. 1015069) |
| Houston, Texas 77002 | CLARE LOCKE LLP |
| (713) 651-9366 | 10 Prince Street |
| jnelson@susmangodfrey.com | Alexandria, VA 22314 |
| | (202) 628-7400 |
| Stephen Shackelford, Jr. (*pro hac vice*) | tom@clarelocke.com |
| Elisha Barron (*pro hac vice*) | megan@clarelocke.com |
| SUSMAN GODFREY LLP | dustin@clarelocke.com |
| 1301 6th Avenue | |
| New York, NY 10019 | |
| (212) 336-8330 | |
| sshackelford@susmangodfrey.com | |
| ebarron@susmangodfrey.com | |
| | |
| Davida Brook (*pro hac vice*) | |
| Emily Cronin (*pro hac vice*) | |
| Brittany Fowler (*pro hac vice*) | |
| SUSMAN GODFREY LLP | |
| 1900 Avenue of the Stars, Suite 1400 | |
| Los Angeles, CA 90067 | |
| (310) 789-3100 | |
| dbrook@susmangodfrey.com | |
| ecronin@susmangodfrey.com | |
| bfowler@susmangodfrey.com | |
| | |
| Stephen E. Morrissey (*pro hac vice*) | |
| SUSMAN GODFREY LLP | |
| 1201 Third Avenue, Suite 3800 | |
| Seattle, WA 98101 | |
| (206) 516-3880 | |
| smorrissey@susmangodfrey.com | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

/s/ Justin A. Nelson
Justin A. Nelson
