IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Civil Case No. 1:21-cv-00213-CJN |

### [PROPOSED] ORDER

On considering Plaintiffs' Unopposed Motion to Extend Time to Respond to Motion to Dismiss (ECF #27), the lack of any opposition thereto, and the entire record herein, the Court finds that plaintiffs' motion is well taken. For the foregoing reasons, it is hereby

**ORDERED** that Plaintiffs' motion is granted; and it is

**FURTHER ORDERED** that Plaintiffs' time within which to file an opposition to the motion to dismiss (ECF #26) is extended to May 5, 2021.

**SO ORDERED.**

Date: _____, 2021

_____
HONORABLE CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE