IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Case No. 1:21-cv-00213-CJN |

**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

After considering the Motion, Opposition, and Reply to Defendant Rudolph W. Giuliani's Motion to Dismiss [Dkt. 26], Plaintiffs' Original Complaint [Dkt. 1], and the entire record, the Court hereby DENIES the Motion [Dkt. 26] and hereby ORDERS that the Defendant shall file a response to Plaintiffs' Original Complaint [Dkt. 1] on or before _____, 2021

IT IS SO ORDERED.

Date: _____, 2021

_____
HONORABLE CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE