UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>*Defendant*, | Civil Action No. 1:21-cv-00213-CJN |

**DEFENDANT'S UNOPPOSED MOTION
TO EXTEND TIME TO REPLY TO PLAINTIFFS'
MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 6(b) and L.R. 7, Defendant Rudolph W. Giuliani ("***Defendant***") hereby files his Unopposed Motion to Extend Time to Reply to Plaintiffs' Memorandum in Opposition [Doc. 28] to Defendants' Motion to Dismiss [Doc. 26] from *May 12, 2021* to **May 24, 2021** and would respectfully show the Court as follows:

### I.     GROUNDS FOR MOTION

1. Defendant filed a Motion to Dismiss Plaintiffs' Original Complaint on April 7, 2021. *See generally* Doc. 26.

2. Plaintiffs' original due date for opposition to the Motion to Dismiss was April 21, 2021, but Plaintiffs requested—and Defendant did not oppose—an additional 14 days to respond to the Motion to Dismiss, which it obtained, making their Opposition to the Motion due on May 5, 2021. *See* Doc. 27.

3. Plaintiffs filed the Opposition to the Motion on May 5, 2021, making Defendant's current deadline to reply to the Opposition May 12, 2021 pursuant to L.R. 7(d).

1

4. Because the issues raised in the Motion to Dismiss and Opposition are complex and because Defendant's counsel has agreed to provide a responsive pleading in *Swalwell v. Trump et al*, Case No. 1:21-cv-00586-APM (D.D.C. Mar. 5, 2021) by May 10, 2021, as well as an appellate reply brief due in the Fifth Circuit on May 12, 2021, there is good cause to grant Defendant additional time to file a reply and, therefore, Defendant requests an additional 10 days, making the new due date for the reply **May 24, 2021.**

5. This is Defendant's first request for an extension of time to reply to the Opposition and the time for replying to the Opposition has not yet expired.

6. Plaintiffs do not oppose this Motion.

7. This Motion is not made for purposes of delay, but so that Defendant can properly and adequately respond to the Opposition. There are no other case deadlines currently set and thus none will be affected by the relief requested in this Motion.

## II.   PRAYER

Defendant respectfully requests that this Court extend Defendant's time to Reply to Plaintiff's Opposition [Doc. 28] to Defendant's Motion to Dismiss [Doc. 26] up to and until **May 24, 2021** in accordance with the proposed order filed concurrently herewith.

Date:  May 7, 2021

Respectfully submitted,

By: */s/ Joseph D. Sibley IV*

CAMARA & SIBLEY L.L.P.

Joseph D. Sibley IV
DC Bar ID: TX0202
1108 Lavaca St.
Suite 110263

Austin, TX 78701

Telephone: (713) 966-6789  
Fax: (713) 583-1131  
Email: sibley@camarasibley.com

**ATTORNEYS FOR RUDOLPH W. GIULIANI**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on the 6th day of May, 2021, I conferred with Plaintiffs' counsel by email and they are unopposed to the relief requested herein.

*/s/ Joseph D. Sibley IV*  
Joseph D. Sibley IV

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of May, 2021, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which I understand to have caused service on all counsel of record.

*/s/ Joseph D. Sibley IV*  
Joseph D. Sibley IV