UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>*Defendant*, | Civil Action No. 1:21-cv-00213-CJN |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
TO EXTEND TIME TO REPLY TO PLAINTIFFS'
MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

On May 7, 2021, pursuant to Fed. R. Civ. P. 6(b) and L.R. 7, Defendant Rudolph W. Giuliani ("***Defendant***") filed his Unopposed Motion to Extend Time to Reply to Plaintiffs' Memorandum in Opposition [Doc. 28] to Defendants' Motion to Dismiss [Doc. 26], requesting a 10-day extension of time.

The Court hereby GRANTS the Motion and ORDERS that Defendant shall file his reply to Plaintiffs' Memorandum in Opposition [Doc. 28] on or before May 24, 2021.

IT IS SO ORDERED.

Date: _____

_____
UNITED STATES DISTRICT JUDGE

1