**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.S. DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Plaintiffs,<br><br>        v.<br><br>RUDOLPH W. GIULIANI,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:21-cv-00213-CJN<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff submits this notice to alert the Court and parties that Plaintiff may rely on the following case at oral argument to respond to arguments raised in Defendant's Reply: *Solers, Inc. v. Doe*, 977 A.2d 941, 948-49 (D.C. 2009).

Dated: June 23, 2021     BY: SUSMAN GODFREY LLP

            */s/ Justin A. Nelson*
            Justin A. Nelson
            SUSMAN GODFREY LLP
            1000 Louisiana Street, #5100
            Houston, Texas 77002
            (713) 651-9366
            jnelson@susmangodfrey.com

Of Counsel:

| | |
|---|---|
| Justin A. Nelson | Rodney Smolla (Bar No. 6327) |
| Brittany Fowler | 4601 Concord Pike |
| SUSMAN GODFREY LLP | Wilmington, DE 19803 |
| 1000 Louisiana Street, #5100 | rodsmolla@gmail.com |
| Houston, Texas 77002 | (864) 373-3882 |
| (713) 651-9366 | |
| jnelson@susmangodfrey.com | Thomas A. Clare, P.C. |
| bfowler@susmangodfrey.com | Megan L. Meier |
| | Dustin A. Pusch |
| Stephen Shackelford, Jr. | Daniel P. Watkins |
| Elisha Barron | CLARE LOCKE LLP |
| SUSMAN GODFREY LLP | 10 Prince Street |
| 1301 6th Avenue | Alexandria, VA 22314 |
| New York, NY 10019 | (202) 628-7400 |
| (212) 336-8330 | tom@clarelocke.com |
| sshackelford@susmangodfrey.com | megan@clarelocke.com |
| ebarron@susmangodfrey.com | dustin@clarelocke.com |
| | daniel@clarelocke.com |
| Davida Brook | |
| Emily Cronin | |
| SUSMAN GODFREY LLP | |
| 1900 Avenue of the Stars, Suite 1400 | |
| Los Angeles, CA 90067 | |
| (310) 789-3100 | |
| dbrook@susmangodfrey.com | |
| ecronin@susmangodfrey.com | |
| | |
| Stephen E. Morrissey | |
| SUSMAN GODFREY LLP | |
| 1201 Third Avenue, Suite 3800 | |
| Seattle, WA  98101 | |
| (206) 516-3880 | |
| smorrissey@susmangodfrey.com | |

            *Attorneys for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 23rd day of June 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/ Justin A. Nelson*
Justin A. Nelson
