IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:21-cv-00213-CJN<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF RODNEY A. SMOLLA
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Rodney A. Smolla, hereby declare:

1. My full name is Rodney Alan Smolla. I serve as co-counsel for plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

2. My office address is 4601 Concord Pike, Wilmington, Delaware, 19803. My telephone number is (864) 373-3882.

3. I am a member in good standing of the State Bars of Delaware, Virginia, and Illinois. I am also admitted to practice before the following courts:

> The United States Supreme Court
> The United States Court of Appeals for the District of Columbia Circuit
> The United States Court of Appeals for the Second Circuit
> The United States Court of Appeals for the Third Circuit
> The United States Court of Appeals for the Fourth Circuit
> The United States Court of Appeals for the Seventh Circuit
> The United States Court of Appeals for the Ninth Circuit
> The United States District Court for the Northern District of Illinois
> The United States District Court for the Eastern District of Virginia
> The United States District Court for the District of Delaware

4. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5. I was previously admitted *pro hac vice* in this Court in 2018 in *Tah v. Global Witness Publishing*, Civil Action No. 1:18-cv-02109.

6. I do not practice law from an office located in the District of Columbia.

I certify under penalty of perjury that the information above is true and correct.

/s/ Rodney A. Smolla

Rodney A. Smolla    June 23, 2021