# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Plaintiffs,<br><br>        v.<br><br>RUDOLPH W. GIULIANI,<br><br>    Defendant. | Case No. 1:21-cv-00213-CJN |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY RODNEY A. SMOLLA

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Rodney A. Smolla in the above-captioned matter and the Declaration of Rodney A. Smolla in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED**, that Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Rodney A. Smolla be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED**, that Rodney A. Smolla be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2021.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE