UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US DOMINION, INC., et al.,

    *Plaintiffs*,

v.

RUDOLPH W. GIULIANI,

    *Defendant*.

Civil Action No. 1:21-cv-00213 (CJN)

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion to Dismiss, ECF No. 26, is **DENIED**.

DATE: August 11, 2021

CARL J. NICHOLS
United States District Judge

1