AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

US Dominion, Inc. et al.
*Plaintiff*
v.                                                Case No.   1:21-cv-00213-CJN
Rudolph W. Giuliani
*Defendant*

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

Date:   01/24/2022

/s/ Florence T. Chen
*Attorney's signature*

Florence T. Chen TX0025
*Printed name and bar number*
Susman Godfrey LLP
1000 Louisiana St # 5100
Houston, TX 77002

*Address*

fchen@susmangodfrey.com
*E-mail address*

(713) 651-9366
*Telephone number*

(713) 656-4666
*FAX number*