AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| US Dominion, Inc., et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Rudolph W. Giuliani, et al. | ) |
| *Defendant* | ) |

Case No.   1:21-cv-00213

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation, Plaintiffs        .

Date:     01/25/2022

/s/ Laranda M. Walker
*Attorney's signature*

Laranda M. Walker (TX Bar No. 24089943)
*Printed name and bar number*
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002

*Address*

lwalker@susmangodfrey.com
*E-mail address*

(713) 653-7842
*Telephone number*

(713) 654-6666
*FAX number*