# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al., *Plaintiffs/Counter-Defendants*, v. SIDNEY POWELL, et al., *Defendants/Counter-Plaintiffs*. | Civil Action No. 1:21-cv-00040 (CJN) |
| US DOMINION, INC., et al., *Plaintiffs*, v. RUDOLPH W. GIULIANI, *Defendant*. | Civil Action No. 1:21-cv-00213 (CJN) |
| US DOMINION, INC., et al., *Plaintiffs/Counter-Defendants*, v. MY PILLOW, INC., et al., *Defendants/ Counter- and Third- Party Plaintiffs*, v. SMARTMATIC USA CORP., et al., *Third-Party Defendants*. | Civil Action No. 1:21-cv-00445 (CJN) |

## AMENDED SCHEDULING ORDER

Upon review of the Parties' Stipulated Motion to Amend Scheduling Order, the Court enters the following schedule to govern discovery in all of the above-captioned cases:

1. Deadline to Exchange Initial Disclosures under Fed. R. Civ. P. 26(a)(1):  **June 24, 2022**

2. Deadline to Serve Document Requests under Fed. R. Civ. P. 34:  **December 2, 2022**

3. Deadline for Completion of Fact Discovery:  **April 14, 2023**

4. Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2):  **May 26, 2023**

5. Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2):  **June 30, 2023**

6. Deadline for Proponents to Produce Responsive Expert Reports:  **August 4, 2023**

7. Deadline for Expert Depositions: **September 22, 2023**

8. Status Conference:  **In-person on October 4, 2023 at 10:00am**

9. Deadline to File Dispositive Motions:  **November 3, 2023**

10. Deadline to File Oppositions to Dispositive Motions: **December 18, 2023**

11. Deadline to File Replies in Support of Dispositive Motions:  **January 17, 2024**

The Court intends to discuss a potential date for the final pretrial conference and potential trial dates at the status conference scheduled for October 4, 2023 at 10:00am.

It is so **ORDERED**.

DATE:  August 18, 2022

_____
CARL J. NICHOLS
United States District Judge