# Exhibit A

| | |
|---|---|
| Colorado Court of Appeals<br><br>2 East 14th Avenue<br>Denver, Colorado 80203 | DATE FILED: May 23, 2022 8:04 PM<br>FILING ID: 32B5B5D640BE0<br>CASE NUMBER: 2022CA843 |
| **Plaintiff/Appellee**: ERIC COOMER, Ph.D.<br><br>v.<br><br>**Defendants/Appellants**: HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, and CHANEL RION | ▲ **COURT USE ONLY** ▲ |
| **Attorneys for Defendant/Appellants:**<br>Richard A. Westfall, No. 15295<br>Westfall Law, LLC<br>5842 W. Marquette Drive<br>Denver, Colorado 80235<br>Telephone: (720) 904-6022<br>Email: rwestfall@westfall.law<br><br>Blaine C. Kimrey, No. 57422<br>Jeanah Park, No. 57301<br>Vedder Price P.C.<br>222 N. LaSalle Street, Suite 2600<br>Chicago, Illinois 60601<br>Telephone: (312) 609-7500<br>Facsimile: (312) 609-5005<br>Email: bkimrey@vedderprice.com<br>          jpark@vedderprice.com | Court of Appeals<br>Case No.:<br><br>District Court<br>Case No.: 2020CV034319<br>County: Denver<br>Courtroom: 409 |
| **NOTICE OF APPEAL** | |

Defendants/Appellants Herring Networks, Inc., d/b/a One America News Network, and Chanel Rion (collectively "Appellants"), pursuant to C.R.S. §§ 13-20-1101(7), 13-4-102.2, and C.A.R. 3, submit this Notice of Appeal in the above-captioned matter.

1.  **Final Order on Appeal**

Appeal is taken from the District Court's May 13, 2022 "Order Regarding All Defendants' Special Motions to Dismiss Pursuant to C.R.S. § 13-20-1101" (the "anti-SLAPP Order"), which denied Appellants' special motion to dismiss under C.R.S. § 13-20-1101 (the "anti-SLAPP

Motion").

Jurisdiction is based on C.R.S. §§ 13-20-1101(7) and 13-4-102.2, which permit an appeal as of right and confer appellate jurisdiction over orders denying anti-SLAPP motions.

**2.     Magistrate Order**

Appellants' anti-SLAPP Motion was not decided by a magistrate judge.

**3.     Time to Appeal**

Appellants are not seeking additional time to initiate the appeal.

**4.     Post-Trial Motions**

No parties have filed post-trial motions.

**5.     Possible Issues on Appeal**

1.     Whether the District Court committed reversible error in denying Appellants relief under the Colorado anti-SLAPP statute, § 13-20-1101 *et seq.*, on any of the four counts asserted by Appellee: (1) defamation; (2) intentional infliction of emotional distress; (3) conspiracy; and (4) injunctive relief.

2.     Whether the District Court committed reversible error in *sua sponte* sanctioning Appellants and denying recusal under Colorado Rule of Civil Procedure 97.

**6.     Transcript**

The transcripts identified below are necessary to review the Issues on Appeal.

- March 1, 2021
- March 9, 2021
- May 4, 2021
- May 27, 2021
- July 2, 2021
- July 7, 2021

- August 27, 2021
- September 17, 2021
- October 13-14, 2021

Appellants will file a Designation of Transcripts with the District Court clerk's office within seven (7) days.

**7.    Party Information**

Counsel for Plaintiff/Appellee:

| | |
|---|---|
| Charles J. Cain | Thomas M. Rogers III |
| Steve Skarnulis | Mark Grueskin |
| Bradley A. Kloewer | Andrew E. Ho |
| Zachary Bowman | Recht Kornfeld PC |
| Cain & Skarnulis PLLC | 1600 Stout Street, Suite 1400 |
| P.O. Box 1064 | Denver, Colorado 80202 |
| Salida, Colorado 81201 | Telephone: (303) 573-1900 |
| Telephone: (719) 530-3011 | Email: trey@rklawpc.com |
| Facsimile: (512) 477-5011 | mark@rklawpc.com |
| Email: ccain@cstrial.com | andrew@rklawpc.com |
| skarnulis@cstrial.com | |
| bkloewer@cstrial.com | |
| zbowman@cstrial.com | |

Counsel for Defendants/Appellants:

| | |
|---|---|
| Blaine C. Kimrey | Richard A. Westfall |
| Jeanah Park | Westfall Law, LLC |
| Vedder Price P.C. | 5842 W. Marquette Dr. |
| 222 N. LaSalle Street, Suite 2600 | Denver, Colorado 80235 |
| Chicago, Illinois 60601 | Telephone: (720) 904-6022 |
| Telephone: (312) 609-7500 | Email: rwestfall@westfall.law |
| Facsimile: (312) 609-5005 | |
| Email: bkimrey@vedderprice.com | |
| jpark@vedderprice.com | |

**8.    Attachments**

Attached please find a copy of the May 13, 2022 Order that is being appealed, as well as the $223.00 filing fee.

3

**9.     Copies Delivered**

Appellants certify that on May 24, 2022, they will mail a copy of this Notice of Appeal to the following:

1. Denver County District Court
   1437 Bannock Street
   Denver, Colorado 80202

2. Eric Coomer, Ph.D (via counsel)

   | | |
   |---|---|
   | Charles J. Cain | Thomas M. Rogers III |
   | Steve Skarnulis | Mark Grueskin |
   | Bradley A. Kloewer | Andrew E. Ho |
   | Zachary Bowman | Recht Kornfeld PC |
   | Cain & Skarnulis PLLC | 1600 Stout Street, Suite 1400 |
   | P.O. Box 1064 | Denver, Colorado 80202 |
   | Salida, Colorado 81201 | |

Respectfully submitted May 23, 2022

By: /s/ Richard A. Westfall
    Richard A. Westfall, No. 15295
    5842 W. Marquette Drive
    Denver, Colorado 80235
    Telephone: (720) 904-6022
    Email: rwestfall@westfall.law

By: /s/ Blaine C. Kimrey
    Blaine C. Kimrey, No. 57422
    Jeanah Park, No. 57301
    Vedder Price P.C.
    222 N. LaSalle Street, Suite 2600
    Chicago, Illinois 60601
    Telephone: (312) 609-7865
    Facsimile: (312) 609-5005
    Email: bkimrey@vedderprice.com
    jpark@vedderprice.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May 2022, a true and correct copy of the foregoing was electronically served via the Integrated Colorado Courts E-Filing System (ICCES) and has been e-served via ICCES on all counsel of record.

/s/ Blaine C. Kimrey