IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Case No. 1:21-cv-213 (CJN) |

**DECLARATION OF MARK HATCH-MILLER**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Mark Hatch-Miller, hereby declare:

1. My full name is Mark Hatch-Miller. I serve as counsel for plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

2. I am an attorney practicing with the law firm of Susman Godfrey L.L.P. located at 1301 Avenue of the Americas, 32nd Floor, New York, New York, 10019. My telephone number is (212) 336-8332.

3. I am a member in good standing of the State Bar of New York, Bar NY No. 4981635. I am also admitted to practice before the following courts:

    a. United States District Court for the Southern District of New York;

    b. United States District Court for the Eastern District of New York;

      c.   United States Bankruptcy Court for the Southern District of New York;

      d.   United States Court of Appeals for the Second Circuit; and

      e.   United States District Court for the Western District of Texas.

4.    I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5.    I have not previously been admitted *pro hac vice* in this Court.

6.    I do not practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 7, 2023.

*/s/ Mark Hatch-Miller*
Mark Hatch-Miller