IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Case No. 1:21-cv-213 (CJN) |

**PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY EDGAR SARGENT**

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation move for the admission and appearance of attorney Edgar Sargent *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Edgar Sargent, filed herewith. As set forth in Mr. Sargent's declaration, he is admitted and in good standing in the following bars and courts: State Bar of Washington; Eastern District of Washington United States District Court, Western District of Washington United States District Court, District of Arizona United States District Court, District of Minnesota United States District Court, Ninth Circuit Court of Appeals, Second Circuit Court of Appeals, and Eighth Circuit Court of Appeals. This motion is supported and signed by Stephen Shackelford, Jr., an active and sponsoring member of the Bar of this Court.

Respectfully submitted,

1

Dated: July 7, 2023

/s/ Stephen Shackelford, Jr.

| | |
|---|---|
| Stephen Shackelford, Jr. | Thomas A. Clare, P.C. (D.C. Bar No. 461964) |
| (D.C. Bar No. NY0443) | Megan L. Meier (D.C. Bar No. 985553) |
| Mark Hatch-Miller (*pro hac vice* pending) | Dustin A. Pusch (D.C. Bar No. 1015069) |
| Zachary Savage (D.C. Bar No. NY0465) | **CLARE LOCKE LLP** |
| Eve Levin (D.C. Bar No. 1672808) | 10 Prince Street |
| Christina Dieckmann (*pro hac vice* pending) | Alexandria, VA 22314 |
| **SUSMAN GODFREY L.L.P.** | (202) 628-7400 |
| 1301 Avenue of the Americas, 32nd Fl. | tom@clarelocke.com |
| New York, NY 10019 | megan@clarelocke.com |
| Tel: (212) 336-8330 | dustin@clarelocke.com |
| sshackelford@susmangodfrey.com | |
| zsavage@susmangodfrey.com | Rodney Smolla (*pro hac vice*) |
| elevin@susmangodfrey.com | 164 Chelsea Street |
| cdieckmann@susmangodfrey.com | South Royalton, VT 05068 |
| | (864) 373-3882 |
| Davida Brook (D.C. Bar No. CA00117) | rodsmolla@gmail.com |

**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Jonathan J. Ross (D.C. Bar No. TX0027)
Mary K. Sammons (D.C. Bar No. TX0030)
Laranda Walker (D.C. Bar No. TX0028)
Elizabeth Hadaway (*pro hac vice* pending)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
jross@susmangodfrey.com
ksammons@susmangodfrey.com
lwalker@susmangodfrey.com
ehadaway@susmangodfrey.com

Edgar Sargent (*pro hac vice* pending)
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com

*Attorneys for Plaintiffs*