**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> RUDOLPH W. GIULIANI, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Case No. 1:21-cv-213 (CJN) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF EDGAR SARGENT**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District

of Columbia, I, Edgar Sargent, hereby declare:

1.      My full name is Edgar Sargent. I serve as counsel for plaintiffs US Dominion, Inc.,

Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

2.      I am an attorney practicing with the law firm of Susman Godfrey L.L.P. located at 401

Union Street, Suite 3000, Seattle, Washington 98101-2683, and my telephone number is (206)

516-3880.

3.      I am a member in good standing of the State Bar of Washington, Bar No. 28283.  I am

also admitted to practice before the following courts:

        a.   United States District Court for the District of Minnesota;

        b.   United States District Court for the Eastern District of Washington;

1

      c.   United States District Court for the District of Arizona;

      d.   United States District Court for the Eastern District of Texas;

      e.   United States Court of Appeals for the Second Circuit;

      f.   United States Court of Appeals for the Eight Circuit;

      g.   United States Court of Appeals for the Ninth Circuit.

4.      I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5.      I have previously been admitted *pro hac vice* in this Court in the following cases:

      a.   None.

6.      I do not practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 7, 2023.

Edgar Sargent

2