IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RUDOLPH W. GIULIANI,<br><br>　　　　Defendant. | Case No. 1:21-cv-213 (CJN) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY EDGAR SARGENT

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Edgar Sargent in the above-captioned matter and the Declaration of Edgar Sargent in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED** that the Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Edgar Sargent be, and the same hereby, is **GRANTED**; and it is

**FURTHER ORDERED** that Edgar Sargent be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2023.


Dated: _____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE