IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:21-cv-213 (CJN)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF ELIZABETH B. HADAWAY
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Elizabeth B. Hadaway, hereby declare:

1. My full name is Elizabeth B. Hadaway. I serve as counsel for plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

2. I am an attorney practicing with the law firm of Susman Godfrey L.L.P. located at 1000 Louisiana Street, Suite 5100, Houston, Texas 77002. My telephone number is (713) 653-7856.

3. I am a member in good standing of the State Bar of Texas, TX Bar No. 24109962 and State Bar of California, CA Bar No. 308800. I am also admitted to practice before the following courts:

    a. United States District Court for the Central District of California; and

    b. United States District Court for the Southern District of Texas.

1

4. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5. I do not practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 7, 2023.

_____
Elizabeth B. Hadaway