AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| U.S. Dominion, Inc., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cv-00213-CJN |
| Rudolph W. Giuliani | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

US Dominion, Inc., Dominion Voting Systems, Inc. and Dominion Voting Systems Corporation   .

Date:   07/07/2023

/s/ Jonathan J. Ross
*Attorney's signature*

Jonathan J. Ross, Bar ID TX0027
*Printed name and bar number*

Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas  77002

*Address*

jross@susmangodfrey.com
*E-mail address*

(713) 653-7813
*Telephone number*

(713) 654-6666
*FAX number*