AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| US Dominion, Inc., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00213-CJN |
| Rudolph W. Giuliani | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

Date: 09/08/2023

/s/ Edgar Sargent
*Attorney's signature*

Edgar Sargent, WA Bar No.28283
*Printed name and bar number*

Susman Godfrey L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
*Address*

esargent@susmangodfrey.com
*E-mail address*

(206) 516-3880
*Telephone number*

(206) 516-3883
*FAX number*