**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., et al.,<br><br>    *Plaintiffs/Counter-Defendants*,<br><br>    v.<br><br>SIDNEY POWELL, et al.,<br><br>    *Defendants/Counter-Plaintiffs*. | Civil Action No. 1:21-cv-00040 (CJN) |
| US DOMINION, INC., et al.,<br><br>    *Plaintiffs/Counter-Defendants*,<br><br>    v.<br><br>MY PILLOW, INC., et al.,<br><br>    *Defendants/ Counter- and Third-Party Plaintiffs*. | Civil Action No. 1:21-cv-00445 (CJN) |
| US DOMINION, INC., et al.,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>RUDOLPH W. GIULIANI,<br><br>    *Defendant.* | Civil Action No. 1:21-cv-00213 (CJN) |

| | |
|---|---|
| US DOMINION, INC., et al.,<br>   *Plaintiffs*,<br><br>v.<br><br>PATRICK BYRNE,<br><br>   *Defendant.* | Civil Action No. 1:21-cv-02131 (CJN) |
| US DOMINION, INC., *et al.*,<br>   *Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>HERRING NETWORKS, INC. *et al.*,<br>   *Defendants/ Counter- and<br>   Third-Party Plaintiffs*,<br><br>v.<br><br>AT&T SERVICES, *et al.*,<br>   *Third-Party Defendants.* | Civil Action No. 1:21-cv-02130 (CJN) |

## SECOND JOINT STATUS REPORT

Pursuant to Magistrate Judge Moxila A. Upadhyaya's August 13, 2024 Minute Order (the "August 13 Order"), Plaintiffs U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Dominion") and Defendants Sidney Powell, Sidney Powell, P.C., Defending the Republic, My Pillow, Inc., Michael J. Lindell, Rudolph Giuliani, Herring Networks, Inc. d/b/a One America News Network, Charles Herring, Robert Herring, Sr.,

2

Chanel Rion, and Christina Bobb ("Defendants") (herein collectively "the Parties"), hereby submit this Joint Status Report.[1]

Following the August 13 Order, the Parties met and conferred and submit herewith as **Exhibit 1** a chart detailing discovery disputes presented to the Court as of August 13, 2024 that remain in dispute, the Parties' efforts to resolve them, and the order in which the Parties seek Court intervention (the parties have prioritized 3 issues each in Part Two of the chart – items 1-6 – to be taken up alternately). The chart is broken up into three parts:

(1) Part One: Disputes related to the Discovery Protocol.

(2) Part Two: Specific disputes involving Dominion and OAN.

(3) Part Three: Specific disputes involving Dominion and Byrne.

Along with the chart, to facilitate the Court's review, the Parties also provide the below Appendix that includes the following previously submitted materials[2]:

| Exhibit | Description | Status |
|---|---|---|
| **Documents related to Part One** | | |
| 2 | Dominion's Proposed Order on Discovery Protocol | Disputed |
| 3 | Defendants' Proposed Order on Discovery Protocol | Disputed |
| 4 | Exhibit 1 to both parties' Discovery Protocols (ESI Protocol) | Agreed |
| 5 | Exhibit 2 to both parties' Discovery Protocols (Expert Stipulation) | Agreed |

---

[1] Although predecessor counsel for Patrick Byrne were included in the correspondence surrounding the discovery disputes described herein, Dominion notes that Mr. Byrne did not have counsel of record at the time this Joint Status Report was prepared/submitted and as such they were not included in this joint submission.

[2] On March 20, 2024, the parties submitted to the Court competing proposed discovery protocol orders (with highlighting for agreed provisions), along with their exhibits. Those proposed orders, without highlighting, are submitted herewith as **Exhibits 2-9**. On April 3, 2024, Dominion and OAN submitted five discovery disputes. *See* **Exhibit 10**. On July 29, 2024, Dominion and OAN submitted six discovery disputes. *See* **Exhibit 11**. On July 2, 2024, Dominion submitted two discovery disputes regarding Patrick Byrne. *See* **Exhibit 12**.

3

| | | |
|---|---|---|
| 6 | Exhibit 3 to Dominion's Discovery Protocol (Custodians) | Disputed |
| 7 | Exhibit 3 to Defendants' Discovery Protocol (Custodians) | Disputed |
| 8 | Exhibit 4 to Dominion's Proposed Discovery Protocol (List of Interview Topics) | Disputed |
| 9 | Exhibit 5 to Dominion's Proposed Discovery Protocol (List of "Apps") | Disputed |
| **Documents related to Part Two** | | |
| 10 | April 3, 2024, Dominion and OAN Discovery Disputes regarding both parties | Disputed |
| 11 | July 29, 2024, Dominion and OAN Discovery Disputes regarding both parties | Disputed |
| **Documents related to Part Three** | | |
| 12 | July 2, 2024, Dominion Discovery Disputes regarding Patrick Byrne | Disputed |

The Parties propose that on August 20, 2024, the Court take up at least the issues identified in Part One of the attached chart. The Parties further propose that the Court take up the issues identified in Part Two and Part Three of the attached chart in the order in which they appear in the chart. The Parties would appreciate the Court's guidance on these issues at its earliest convenience.

Dated: August 16, 2024

Respectfully submitted,

*/s/ Davida Brook*
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com
Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs*

5

**CERTIFICATE OF SERVICE**

I, Davida Brook, hereby certify that on this 16th day of August, 2024, a copy of the Notice of Subpoenas was served via email to all counsel of record in *US Dominion, Inc., et al. v. Powell, et al.*, No. 1:21-cv-000040 (CJN), *US Dominion, Inc. et al. v. Rudolph Giuliani*, 1:21-cv-00213, *US Dominion, et al. v. My Pillow, Inc., et al.*, No. 1:2lcv-00445 (CJN), *US Dominion, et al. v. Patrick Byrne*, No. 1:2l-cv-02131 (CJN), and *US Dominion, et al. v. Herring Networks, Inc., et al.*, No. 1:21-cv-02130 (CJN) by agreement.

                                                         */s/ Davida Brook*
                                                         Davida Brook