# Exhibit 3

## Dominion's Proposed Custodians

Listed below are Dominion's proposed custodians for each case, separated by defendant. Dominion reserves its right to seek documents from non-custodial sources, including any central document repositories, for all requests. Dominion also reserves its right to add additional search terms and custodians as discovery develops.

### *US Dominion, Inc., et al v. MyPillow, Inc., et al*

**Michael Lindell**
1. Michael Lindell

**MyPillow**
1. Dawn Curtis-Dollerschell
2. Kim Rasmessen
3. Shannon Smith
4. Nick Dressen
5. Todd Carter
6. Katelyn Gamlin
7. Michael Lindell
8. Darren Lindell
9. Jessica Maskovich
10. Heidi O'Donnell
11. Brad Carlson
12. James Furlong
13. Michael Thomas
14. Joe Schmieg
15. Rob Way
16. Jazmin Kampen
17. Bobbi Anderson
18. Dawn Garry
19. Heather Lueth
20. Jerry Johnson
21. Sarah Cronin
22. Thomas Clapp
23. Jennifer Duneman
24. Andy Wincel
25. Doug Wardlow
26. Mark Schabert
27. Wayne Belisle
28. Bob Roepke
29. Ron Falenschek
30. Charlie Kovacs
31. Mark Jones
32. Richard Swanson
33. David Boyd
34. Brian Schmieg

## *US Dominion, Inc. et al v. Powell, et al*

**Sidney Powell**
1. Sidney Powell

**Sidney Powell, P.C.**
1. Sidney Powell
2. Julia Haller
3. Brandon Johnson
4. Emily Newman
5. Tricia Dale

**Defending the Republic, Inc.**
1. Sidney Powell
2. Michael Abidin
3. Neal Coker
4. Victor Sperandeo
5. Mary Pat Coughlin
6. Mary Bridget Kateri
7. Gene Bigelman
8. Brannon Castleberry
9. Lin Wood
10. Brandon Johnson
11. Michael Flynn, Jr.
12. Gen. Michael Flynn
13. Joseph Flynn
14. Julia Haller
15. Emily Newman
16. Patrick Byrne
17. Abby Jones
18. Catherine Granito
19. May O'Neill

## *US Dominion, Inc. et al v. Giuliani*

1. Rudolph Giuliani
2. Christiane Allen
3. Christina Bobb

## *US Dominion, Inc. et al v. Byrne*

1. Patrick Byrne

## *US Dominion, Inc. et al v. OAN et al.*

1. Agagas, Jennesh

2. Aksalic, Elma
3. Althaus, Shane
4. Ball, Dan
5. Betts, Keith
6. Blashinsky, Derek
7. Bobb, Christina
8. Britton, Alyssia
9. Brown, Justin Adam
10. Cohen, Dana
11. Dinow, Mike
12. Drew, Peyton
13. Fifield, Lilia
14. Finn, Emily
15. Gadow, Brandon
16. Golingan, Marty
17. Hamill, Stephanie
18. Harp, Natalie
19. Herring, Bobby
20. Herring, Charles
21. Herring, Robert
22. Hines, John
23. Hussion, Patrick
24. Kinsey, Camryn
25. Midkiff, Caroline
26. Myers, Stephanie
27. Oakley, Lindsay
28. Posobiec, Jack
29. Rouz, Kristian
30. Scott, Taylor
31. Sharp, Pearson
32. Shippen, Olivia
33. Rion, Chanel
34. Unutona, Sani
35. Wolk, Jezzamine

**Christina Bobb**
1. Christina Bobb

**Defendants' Proposed Custodians for Non-OAN Defendants**

*Listed below are the Defendants' proposed custodians for Dominion in each case. Each Defendant reserves the right to seek documents from non-custodial sources, including any central document repositories, for all requests. Each Defendant also reserves the right to add search terms and custodians as discovery develops. Dominion has separately negotiated custodians with OAN, and the below list does not apply to OAN.*

**Dominion**
1. Aamer Chaudhry
2. Amir Ebrahimi
3. Andy Banks
4. Aslam Hirani
5. Barry Herron
6. Ben Humphreys
7. Cathi Smothers
8. Christina Reich
9. Chuck Hogancamp
10. Dallas Newby
11. Daniel Mallatt
12. Darren Silverburg
13. David Moreno
14. Diedre Lazenby
15. Eric Coomer
16. Ethan Tyree
17. Giovanni Costantiello
18. Goran Obradovic
19. Howard Cramer
20. Ian MacVicar
21. Ian Piper
22. Ivan Vukovic (Vucovic)
23. Jason Frank
24. Jeremy Holck
25. Jerry Wagoner
26. Jessica Bowers
27. John Hastings
28. John Poulos
29. Juan Serratti
30. Kay Stimson
31. Logan Dingwall
32. Mark Beckstrand
33. Matthew Horace
34. Megan Berg
35. Melissa Romero
36. Michael McGee
37. Mike Frontera
38. Nebojsa Cirovic
39. Nick Coudsy
40. Nick Ikonomakis

41. Nicole Nollette
42. Paul Chavez-Casanova
43. Paul Schmitt
44. Phil Schmidt
45. Ron Rosania
46. Ronald Morales
47. Scott Tucker
48. Sean Bodwell
49. Sheannse Smith
50. Sheree Noell
51. Srdjan Markovic
52. Steven Bennett
53. Surendar Gupta
54. Tami Koch
55. Thanh Hoang
56. Thomas Feehan, Jr.
57. Tim Baumbach
58. Waldeep Singh
59. Xavier Khouri
60. Yash Dave
61. Yvonne Cai

## **Dominion Custodians for OAN Defendants**

*Dominion has agreed to the following custodians in the OAN case. OAN has requested additional custodians. Dominion does not believe any additional custodians are warranted at this time. OAN reserves its right to seek additional custodians.*

1. Banks, Andy
2. Baumbach, Tim
3. Beckstrand, Mark
4. Bennett, Steven
5. Berg, Megan
6. Bodwell, Sean
7. Bowers, Jessica
8. Chaudhry, Aamer
9. Chavez-Casanova, Paul
10. Constantiello, Gio
11. Coomer, Eric
12. Cramer, Howard
13. Dave, Yash
14. Dingwall, Logan
15. Feehan, Jr., Thomas
16. Frontera, Mike
17. Hastings, John
18. Herron, Barry
19. Holck, Jeremy

20. Holmes, Cheryl
21. Ben Humphreys
22. Ikonomakis, Nick
23. Khouri, Zavier
24. Koch, Tami
25. Mallatt, Daniel
26. McGee, Michael
27. MacVicar, Ian
28. Morales, Ronald
29. Moreno, David
30. Newby, Dallas
31. Noell, Sheree
32. Nollette, Nicole
33. Obradovic, Goran
34. Papoulias, Steve
35. Piper, Ian
36. Poulos, John
37. Reich, Christina
38. Rosania, Ron
39. Singh, Waldeep
40. Stimson, Kay
41. Vukovic, Ivan (Vucovic)
42. Wagoner, Jerry
43. security@dominionvoting.com