IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>    Defendant. | Case No. 1:21-cv-213 (CJN) |

**PARTIES' JOINT STATUS REPORT**

Pursuant to the Court's September 13, 2024, Minute Order, Plaintiffs, US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Plaintiffs"); and Defendant Rudolph Giuliani ("Defendant") submit this joint status report regarding discovery.

This case was stayed, and discovery paused, for several months due to bankruptcy proceedings initiated by Defendant, which were just recently dismissed. Now that the stay is lifted, the Parties anticipate that there could be some discovery issues requiring the Court's attention and guidance; however, at this time, the Parties do not have any current discovery disputes. In light of the stay, however, the parties agree to continue scheduling and taking party and third-party depositions beyond September 30, as outlined in the proposed amended schedule Dominion submitted to the Court on September 10, 2024.

Dated: September 18, 2024    Respectfully submitted,

                                                                        */s/ Davida Brook*
                                                                         Laranda Walker (D.C. Bar No. TX0028)

Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Fl. New York, NY 10019
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com
Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*) Katherine Peaslee (*Admitted pro hac vice*) **SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs*

2

                    */s/ Joseph D. Sibley IV*
                    Joseph D. Sibley IV
                    **CAMARA & SIBLEY LLP**
                    1108 Lavaca Street, Suite 110263
                    Austin, TX 78701
                    sibley@camarasibley.com

                    *Attorneys for Defendant Rudolph Giuliani*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 18th day of September 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

                    */s/ Davida Brook*